# Exhibit 1

KoveIO Compl. Ex. 1



## 10 EMERGING TECHNOLOGIES THAT WILL CHANGE YOUR WORLD

With new technologies constantly being invented in universities and companies across the globe, guessing which ones will transform computing, medicine, communication, and our energy infrastructure is always a challenge. Nonetheless, *Technology Review*'s editors are willing to bet that the 10 emerging technologies highlighted in this special package will affect our lives and work in revolutionary ways—whether next year or next decade. For each, we've identified a researcher whose ideas and efforts both epitomize and reinvent his or her field. The following snapshots of the innovators and their work provide a glimpse of the future these evolving technologies may provide. **PHOTOGRAPH BY DENNIS KLEIMAN**



KoveIO Compl. Ex. 1



6

With distributed storage, you can now move and replicate files across machines, and the way in which you get them is unchanged. —HARI BALAKRISHNAN

**OTHER LEADERS**
in Distributed Storage

**IAN CLARKE**
Freenet
(Open-source project)
Anonymous content publishing and distribution

**JOHN KUBIATOWICZ**
University of
California, Berkeley
(Berkeley, CA)
Secure distributed
storage over the Internet

**TOM LEIGHTON**
Akamai
(Cambridge, MA)
Internet content
distribution

**MICHAEL LYNCH**
Autonomy
(Cambridge, England)
Distributed corporate
databases

make t-ray systems easier to build. In the part of the spectrum between the domains of cell phones and lasers, t-rays could shed light on mysteries hidden from even today's most technologically enhanced eyes. **NEIL SAVAGE**

**HARI BALAKRISHNAN**

# Distributed Storage

Whether it's organizing documents, spreadsheets, music, photos, and videos or maintaining regular backup files in case of theft or a crash, taking care of data is one of the biggest hassles facing any computer user. Wouldn't it be better to store data in the nooks and crannies of the Internet, a few keystrokes away from any computer, anywhere? A budding technology known as distributed storage could do just that, transforming data storage for individuals and companies by making digital files easier to maintain and access while eliminating the threat of catastrophes that obliterate information, from blackouts to hard-drive failures.

**Hari Balakrishnan** is pursuing this dream, working to free important data from dependency on specific computers or systems. Music-sharing services such as KaZaA, which let people download and trade songs from Internet-connected PCs, are basic distributed-storage systems. But Balakrishnan, an MIT computer scientist, is part of a coalition of programmers who want to extend the concept to all types of data. The beauty of such a system, he says, is that it would provide all-purpose protection and convenience without being complicated to use. "You can now move [files] across machines," he says. "You can replicate them, remove them, and the way in which [you] get them is unchanged." With inability to access data sometimes costing companies millions in revenue per hour of downtime, according to Stamford, CT-based Meta Group, a distributed-storage system could dramatically enhance productivity.

Balakrishnan's work centers on "distributed hash tables," an update on a venerable computer-science concept. Around since the 1950s, hash tables provide a quick way to organize data: a simple mathematical operation assigns each file its own row in a table; the row stores the file's location. Such tables are now ubiquitous, forming an essential part of most software.

In the distributed-storage scheme pursued by Balakrishnan and his colleagues, files are scattered around the Internet, as are the hash tables listing their locations. Each table points to other tables, so while the first hash table searched may not list the file you want, it will point to other tables that will eventually—but still within milliseconds—reveal the file's location. The trick is to devise efficient ways to route data through the network—and to keep the tables up to date. Get it right and distributed hash tables could turn the Internet into a series of automatically organized, easily searchable filing cabinets. Balakrishnan says, "I view distributed hash tables as the coming future" of networked storage.

Balakrishnan's work is part of IRIS, the Infrastructure for Resilient Internet Systems project, a collaboration among researchers at MIT, the University of California, Berkeley, the International Computer Science Institute in Berkeley, CA, New York University, and Rice University. The effort, funded by the National Science Foundation, has no director (Balakrishnan always uses "we" and "us" when describing the work). Its research includes several distributed-storage projects, including OceanStore, which seeks to prove the basic concepts of distributed-storage networks (see "The Internet Reborn," TR October 2003). Another MIT researcher, Frans Kaashoek, is developing a prototype that automatically backs up data by routinely taking file system "snapshots" and distributing them around the Internet.

KovelO Compl. Ex. 1



RNAi worked the first time we did the experiment. —THOMAS TUSCHL

KovelO Compl. Ex. 1

It will be at least five years before the impact of IRIS becomes clear. Balakrishnan says the group still has to figure out how to track file updates across multiple storage sites and whether distributed hash tables should be built into the Internet foundation or incorporated into individual applications—as well as the answers to basic security questions.

But it's the fundamental power of the technology that excites many computer scientists. "What's striking about it is its huge variety of applications," says Sylvia Ratnasamy, a researcher at Intel's laboratory at Berkeley who is exploring ways that distributed storage might change the basic operation of the Internet. "Not very many technologies have that broad potential."

Stay tuned. Turning the Internet into a filing cabinet may be just step one. **MICHAEL FITZGERALD**

THOMAS TUSCHL

# RNAi Therapy

From heart disease to hepatitis, cancer to AIDS, a host of modern ailments are triggered by our own errant genes—or by those of invading organisms. So if a simple technique could be found for turning off specific genes at will, these diseases could—in theory—be arrested or cured. Biochemist **Thomas Tuschl** may have found just such an off switch in humans: RNA interference (RNAi). While working at Germany's Max Planck Institute for Biophysical Chemistry, Tuschl discovered that tiny double-stranded molecules of RNA designed to target a certain gene can, when introduced into human cells, specifically block that gene's effects.

Tuschl, now at Rockefeller University in New York City, first presented his findings at a meeting in Tokyo in May 2001. His audience was filled with doubters who remembered other much hyped RNA techniques that ultimately didn't work very well. "They were very skeptical and very critical," recalls Tuschl. What the skeptics didn't realize was that RNAi is much more potent and reliable than earlier methods. "It worked the first time we did the experiment," Tuschl recalls. Within a year, the doubts had vanished, and now the technique has universal acceptance—spawning research at every major drug company and university and likely putting Tuschl on the short list for a Nobel Prize.

The implications of RNAi are breathtaking, because living organisms are largely defined by the exquisitely orchestrated turning on and off of genes. For example, a cut on a finger activates blood-clotting genes, and clot formation in turn shuts them down. "Just about anything is possible with this," says John Rossi, a molecular geneticist at the City of Hope National Medical Center in Duarte, CA, who advises Australian RNAi startup Benitec. "If you knock out gene expression, you could have big impacts on any disease, any infectious problem." Pharmaceutical companies are already using RNAi to discover drug targets, by simply blocking the activity of human genes, one by one, to see what happens. If, for instance, a cancer cell dies when a particular gene is shut down, researchers can hunt for drugs that target that gene and the proteins it encodes. Screening the whole human genome this way "is not complicated," Tuschl points out.

Now drug companies, along with biotech startups and academic researchers, are seeking to use RNAi to treat disease directly. In fact, Tuschl cofounded one such startup, Alnylam Pharmaceuticals in Cambridge, MA *(see "The RNA Cure?" TR November 2003)*, which hopes to create RNAi drugs to treat cancer, AIDS, and other diseases. For example, silencing a key gene in the HIV virus could stop it from causing AIDS; knocking out the mutated gene that causes Huntington's could halt the progression of the disease; and turning off cancer genes could shrink tumors. "It's going to be a very, very powerful approach," says Rossi.

The interference process works by preventing the gene from being translated into the protein it encodes. (Proteins do most of the real work of biology.) Normally, a gene is transcribed into an intermediate "messenger RNA" molecule, which is used as a template for assembling a protein. When a small interfering RNA molecule is introduced, it binds to the messenger, which cellular scissors then slice up and destroy.

The biggest hurdle to transforming RNAi from laboratory aide to medicine is delivering the RNA to a patient's cells, which are harder to access than the individual cells used in lab experiments. "That's the major limitation right now," says Rossi, who nevertheless predicts that RNAi-based therapies could be on the market "within maybe three or four years." Tuschl is more cautious. He thinks the technique's first applications—say, local delivery to the eye to treat a viral infection—may indeed come that soon. But he says it could take a decade or longer to develop a system that effectively delivers RNAi drugs to larger organs or the whole body.

Tuschl's lab is one of many now teasing out the precise molecular mechanisms responsible for RNA interference's remarkable potency, hoping to help realize the payoffs of RNA drugs sooner rather than later. Presuming the tiny RNA molecules can fulfill the promise of their fast start, traditional molecular biology will be turned on its head. **KEN GARBER**

OTHER LEADERS in RNAi Therapy

**REUVEN AGAMI**
Netherlands Cancer Institute
(Amsterdam, the Netherlands)
Cancer

**BEVERLY DAVIDSON**
University of Iowa
(Iowa City, IA)
Huntington's disease

**MICHAEL GRAHAM**
Benitec
(Queensland, Australia)
Cancer, AIDS

**MARK KAY**
Stanford University
(Palo Alto, CA)
Hepatitis B and C

**JUDY LIEBERMAN**
Harvard University
(Cambridge, MA)
AIDS, hepatitis, cancer

DENIS KELMAN

KoveIO Compl. Ex. 1

# Exhibit 2

# The New York Times

# Amazon's Profit Swells to $1.6 Billion, Lifted by Its Cloud Business

**By Nick Wingfield**

April 26, 2018

SEATTLE — Jeff Bezos, Amazon's founder and chief executive, long ago figured out how to keep Amazon's sales figures shooting skyward. Now he is doing the same with profit.

The company, which once seemed to have only a passing interest in turning a profit, said its net income for the first quarter more than doubled. Although Amazon is best known as an internet shopping destination, its cloud computing and advertising businesses were big contributors to the jump in profit.

Mr. Bezos singled out the performance of the company's cloud computing business — known as Amazon Web Services, or A.W.S. — referring in a statement to a "remarkable acceleration" in growth in the segment for a second consecutive quarter.

Amazon often boasts of its commitment to lowering prices — part of the reason its profits have been so limited until now — but on Thursday it announced a price hike for one of its most important offerings. The company said it was raising the price of its Prime membership service 20 percent, to $119 from $99. Prime memberships include two-day shipping at no extra cost, a video streaming service and other benefits.

Amazon's shares surged 7 percent in after-hours trading following the release of the quarterly news.

KovelO Compl. Ex. 2



The company said it would raise the price of its Prime membership service 20 percent, to $119 from $99.  Albert Gea/Reuters

The company reported that its net income for the first quarter, which ended March 31, was $1.63 billion, or $3.27 per share, compared with net income of $724 million, or $1.48 per share, in the same period last year. Revenue jumped 43 percent to $51 billion, up from $35.7 billion a year earlier.

The average estimate of financial analysts, compiled by Thomson Reuters, was for revenue of $49.87 billion and earnings of $1.27 a share.

"This was an unusually strong quarter for Amazon, where results came in both better for revenue and profits across the board," said Mark Mahaney, an analyst at RBC Capital Markets.

Like Facebook, which has faced a grilling in Congress over its data protection practices, Amazon has faced criticism in Washington. President Trump has regularly slammed the company, saying it was killing jobs and not collecting enough taxes.

But as with Facebook's users, Amazon's customers have apparently not been swayed by criticism of politicians, though many of Mr. Trump's attacks happened after the end of the quarter.

Amazon's revenue received a big lift from the company's acquisition of Whole Foods Markets last year. The company's physical stores business, most of which is from Whole Foods, added $4.26 billion in revenue for the quarter.

KoveIO Compl. Ex. 2

Revenue from A.W.S., meanwhile, rose 49 percent to $5.44 billion from the same period a year earlier.

That increase is larger that what the A.W.S. business was seeing just a few quarters ago. It is unusual to see revenue growth increase significantly at Amazon's size and in a hypercompetitive market, and it seems to have prompted Mr. Bezos to single out the business in his statement.

Mr. Mahaney, the RBC analyst, said, "That's rare to see him say something like that."

The increase in the cost of Prime memberships came shortly after Mr. Bezos announced, in the company's annual shareholder letter, that Amazon had more than 100 million Prime subscribers globally. During the first quarter, revenue from subscription services, including Prime, jumped 60 percent to $3.1 billion.

Amazon said the price on Prime will go up on May 11 for new members, and starting June 16 for renewals of membership for existing members. The company said the increase, the first for its annual plan in four years, was the result of significantly increased costs for the service.

Those include the billions of dollars that Amazon has poured into financing new television shows and movies which have been added to its video streaming service. On Thursday, it announced with the National Football League a renewed agreement for Amazon to exclusively stream Thursday night football games to Prime subscribers.

In a call with financial analysts, Brian Olsavsky, Amazon's chief financial officer, said that four years ago, Prime members could receive free two-day shipping on about 20 million products from Amazon. Now that figure is 100 million.

"There's all kinds of new features that we've continually added to the Prime program," Mr. Olsavsky said. "It's much different than it was in 2014."

A version of this article appears in print on April 26, 2018, on Page B3 of the New York edition with the headline: Amazon Profits Swell to $1.6 Billion With Rise of Its Business Services

KoveIO Compl. Ex. 2

# Exhibit 3

KoveIO Compl. Ex. 3



# Government, Education, and Nonprofits

# Case Studies and Customer Success Stories

Contact Public Sector Sales

---

**Government**          **Education**          **Nonprofits**

## Government Customer Stories & Case Studies













**Louisiana Department of Corrections**

Read the Story »

**City of McKinney, Texas**

Watch the Video »

**Georgia Technology Authority**

Read the Story »

**Healthcare.gov**

Watch the Video »

**Singapore Post**

Watch the Video »

**National Renewable Energy Laboratory**

Read the Story »











**New York Public Library**

Watch the Video »

**UCAS**

Watch the Video »

**Federal Home Loan Bank of Chicago**

Watch the Video »

**Europol**

Watch the Video »

**Healthdirect Australia**

Watch the Video »

**Hubworks**

Read the Story »








**City of Asheville**

Watch the Video »

**State of Arizona**

Watch the Video »

**USDA**

Read the Story »

**King County**

Watch the Video »

**Center for American Progress**

Watch the Video »

**New York Dept of Transporation**

Watch the Video »








**NASA/JPL**

Read the Story »

**FDA**

Watch the Video »

**NASA/JPL - Curiosity**

Read the Story »

**Corte dei Conti (CDC)**

Read the Story »

**FINRA**

Watch the Video »

**Singapore Land Transport Authority**

Watch the Video »






KoveIO Compl. Ex. 3

 

**CSRA**

Read the Story »

**Veterans Affairs**

Watch the Video »

**Geonet**

Read the Story »

**National Rail Enquiries (NRE)**

Read the Story »

**Tradeworx**

Watch the Video »

**UK Ministry of Justice**

Watch the Video »













**State Department – US Department of State**

Read the Story »

**Airport Nuremberg**

Read the Story »

**City of Chicago**

Watch the Video »

**Centers for Disease Control and Prevention (CDC)**

Watch the Video »

**European Space Agency**

Read the Story »

**Department of Homeland Security**

Watch the Video »















**Government of Singapore**

Watch the Video »

**DigitalGlobe**

Watch the Video »

**Biblioteca de Catalunya**

Read the Story »

**General Land Office – The Alamo**

Read the Story »

**Texas State Library and Archives Commission**

Read the Story »

**NREL**

Read the Story »

KoveIO Compl. Ex. 3

 



**Advanced Survey Design**

Read the Story »

**NGA**

Read the Story »

**Enlighten IT Consulting (EITC)**

Read the Story »

**Transport for London**

Read the Story »

**Walter and Eliza Hall Institute of Medical Research**

Read the Story »

**The Met Office**

Read the Story »

     

**Landgate**

Read the Story »

**Michigan Health Information Network Shared Services**

Read the Story »

**Vancouver International Airport**

Read the Story »

**UK Data Service**

Read the Story »

**UK Driver and Vehicle Licensing Agency**

Read the Story »

**Lockheed Martin**

Read the Story »

     

**Sequence Bio**

Watch the Video »

**Swisstopo**

Read the Story »

**Alameda County**

**Kansas City, Missouri**

**Government of Ontario**

**Smithsonian Institute**

KoveIO Compl. Ex. 3

 



**City of Cagliari**

[Read the Story »](#)



**District of Columbia Health Benefit Exchange Authority**

[Watch the Video »](#)



**City of Iowa City**

[Watch the Video »](#)



**State of Minnesota**

[Watch the Video »](#)



**NOAA**

[Read the Story »](#)



**Agentschap Wegen & Verkeer**

[Read the Story »](#)



**European Investment Fund**

[Watch the Video »](#)



**Finnish Meteorological Institute**

[Watch the Video »](#)



**MirrorWeb**

[Watch the Video »](#)



**PDEvidence**

[Read the Story »](#)



**City of Johns Creek, Georgia**

[Watch the Video »](#)



**Aylesbury Vale District Council**

[Watch the Video »](#)

# Education Customer Stories & Case Studies













**University of Notre Dame**

Watch the Video »

**Knewton**

Read the Story »

**Penn State**

Watch the Video »

**University of California, Berkeley**

Watch the Video »

**Gujarat Technological University**

Read the Story »

**University of Chicago**

Watch the Video »



**Coursera**

Watch the Video »



**Gibraltar Area Schools**

Read the Story »



**University of Maryland University College**

Watch the Video »



**San Francisco State University**

Read the Story »



**New York University Langone Medical Center**

Read the Story »



**Desire2Learn**

Read the Story »



**2U**

Watch the Video »



**Anhanguera**

Read the Story »



**Baylor**

Read the Story »



**Clever**

Read the Story »



**CrossKnowledge**

Watch the Video »



**Echo360**

Watch the Video »













KovelO Compl. Ex. 3

 

Read the Story »    Video »    Video »    »    Australia    Mount Sinai

Read the Story »    Read the Story »

     

**IE Business School**

Read the Story »

**Instructure**

Watch the Video »

**Kaplan**

Read the Story »

**MacMillan India**

Read the Story »

**Manipal Global**

Watch the Video »

**Makewaves**

Read the Story »

     

**National Cerebral and Cardiovascular Center**

Read the Story »

**National Taiwan University**

Read the Story »

**Precision Exams**

Watch the Video »

**Remind**

Watch the Video »

**Seton Hall University**

Read the Story »

**St Lukes Anglican School**

Read the Story »

     

KoveIO Compl. Ex. 3

 

Center

[Read the Story »](#)

Berkeley AMP Lab's Carat Project

[Watch the Video »](#)

[Watch the Video »](#)

[Video »](#)

College

[Watch the Video »](#)

[Read the Story »](#)



**Open Universities Australia**

[Read the Story »](#)



**The Guttman Lab at Caltech**

[Read the Story »](#)



**University of Maryland**

[Watch the Video »](#)



**Code.org**

[Read the Story »](#)



**Oregon State University**

[Watch the Video »](#)



**Murdoch University Centre for Comparative Genomics**

[Read the Story »](#)



**Idaho State University**

[Read the Story »](#)



**Cornell University**

[Read the Story »](#)



**Blackboard**

[Read the Story »](#)



**Heliocampus**

[Read the Story »](#)



**LiveSafe**

[Read the Story »](#)



**Villanova**

[Read the Story »](#)

University of Oklahoma



Georgia Tech

PNCA

Stanford University

ALARIASPOT

 

**University of Oklahoma**

Read the Story »

**Wayne State University**

Read the Story »

**Georgia Tech**

Read the Story »

**Pacific Northwest College of Art**

Read the Story »

**Stanford University**

Read the Story »

**Malaria Spot**

Read the Story »













**South African National Bioinformatics Institute**

Read the Story »

**University of Muenster**

Read the Story »

**British Columbia Institute of Technology**

Watch the Video »

**Idaho Digital Learning**

Read the Story »

**Seminole County Public Schools**

Read the Story »

**Southern Oregon University**

Read the Story »













**Santillana**

Watch the Video »

**QEdu**

Read the Story »

**Cedars School of Excellence**

Read the Story »

**Southwest MiTech**

Read the Story »

**Beuth University**

Read the Story »

**Ottawa Hospital Research Institute**

Read the Story »

KoveIO Compl. Ex. 3




**Pearson**

Watch the Video »

**Career Colleges Trust**

Watch the Video »

**Singapore University of Social Sciences**

Read the Story »

**Genome Institute of Singapore**

Watch the Video »

**University of Alaska Satellite Facility**

Watch the Video »

**Space Telescope Science Institute**

Watch the Video »





**Cerego**

Watch the Video »

**KAIST**

Read the Story »

# Nonprofit Customer Stories & Case Studies













**American Heart Association**

Read the Story »

**Azim Premji Foundation**

Watch the Video »

**Black Dog Institute**

Read the Story »

**Cleveland Clinic**

Watch the Video »

**Change.org**

Read the Story »

**Democratic National Committee**

Watch the Video »

KoveIO Compl. Ex. 3













**The Global Crop Diversity Trust**

Read the Story »

**International Civil Aviation Organization (ICAO)**

Watch the Video »

**International Rice Research Institute (IRRI)**

Read the Story »

**JustGiving**

Watch the Video »

**League of Women Voters (LWV)**

Read the Story »

**Michael J. Fox Foundation**

Watch the Video »













**Municipal Property Assessment Corporation (MPAC)**

Watch the Video »

**NaNoWriMo**

Watch the Video »

**National Democratic Institute (NDI)**

Watch the Video »

**The National Trust**

Read the Story »

**Obama for America Campaign 2012**

Watch the Video »

**Overseas Vote Foundation (OVF)**

Read the Story »













**Public Broadcasting Service (PBS)**

**Quorum**

Watch the Video »

**The Royal Opera House**

Watch the Video »

**The World Bank Group**

Watch the Video »

**Igreja Universal do Reino de Deus (Universal Church or UCKG)**

**Worldreader**

Read the Story »

KoveIO Compl. Ex. 3

 



**MedStar Health**

[Read the Story »](#)



**Claritas Genomics**

[Watch the Video »](#)



**Intermountain Healthcare**

[Watch the Video »](#)



**Medscheme**

[Read the Story »](#)



**UNICEF**

[Watch the Video »](#)



**PetaJakarta**

[Read the Story »](#)



**Thorn**

[View the video »](#)



**GivenGain**

[Read the Story »](#)



**Conservation International**

[Read the Story »](#)



**Open Source Election Technology (OSET)**

[Read the Story »](#)



**Zooniverse**

[Read the Story »](#)



**American Enterprise Institute**

[Read the Story »](#)



**World Elephant Day**



**Jour De La Terre**



**The Michael J. Fox Foundation**



**WeFarm**

[Read the Story »](#)



**MEANS Database**



**Petabencana.id**

[Watch the Video »](#)

 
KoveIO Compl. Ex. 3



**SoundExchange**

Watch the Video »



**Ocean Conservancy**

Watch the Video »



**Federation for Internet Alerts**

Read the Story »



**Toronto International Film Festival**

Read the Story »



**White House Historical Association**

Watch the Video »



**Canadian Pharmacists Association**

Read the Story »



**SkinVision**

Watch the Video »



**Digital Leadership Institute**

Watch the Video »



**GameChanger Charity**

Watch the Video »

# Getting Started with AWS

Ready to get started building and scaling your startup on AWS?

Contact AWS Public Sector Sales | Create an AWS Account

 

Create a Free Account

 Twitter  Facebook 🎙 Podcast 📺 Twitch ▦ AWS Blog 🔊 RSS News Feed ✉ Email Updates

**AWS & Cloud Computing**

What is Cloud Computing?

What is Caching?

What is NoSQL?

What is DevOps?

What is Docker?

Products & Services

Customer Success

Economics Center

Architecture Center

Security Center

What's New

Whitepapers

AWS Blog

Events

Sustainable Energy

Press Releases

AWS in the News

Analyst Reports

Legal

**Solutions**

Websites & Website Hosting

Business Applications

Backup & Recovery

Disaster Recovery

Data Archive

DevOps

Serverless Computing

Big Data

High Performance Computing

Mobile Services

Digital Marketing

Game Development

Health

Financial Services

Windows on AWS

Retail

Power & Utilities

Oil & Gas

Automotive

Blockchain

Manufacturing

**Resources & Training**

Developers

Java on AWS

JavaScript on AWS

Mobile on AWS

PHP on AWS

Python on AWS

Ruby on AWS

.NET on AWS

SDKs & Tools

AWS Marketplace

User Groups

Support Plans

Service Health Dashboard

Discussion Forums

FAQs

Documentation

Articles & Tutorials

Quick Starts

**Manage Your Account**

Management Console

Billing & Cost Management

Subscribe to Updates

Personal Information

Payment Method

AWS Identity & Access Management

Security Credentials

Request Service Limit Increases

Contact Us

**Amazon Web Services is Hiring.**

KoveIO Compl. Ex. 3



Visit our careers page to learn more.

Amazon.com is an Equal Opportunity-Affirmative Action Employer – Minority / Female / Disability / Veteran / Gender Identity / Sexual Orientation.

**Language**  Bahasa Indonesia    Deutsch    English    Español    Français    Italiano    Português    Tiếng Việt    Türkçe    Русский    ไทย    日本語    한국어    中文 (简体)    中文 (繁體)

Site Terms | Privacy

© 2018, Amazon Web Services, Inc. or its affiliates. All rights reserved.

KoveIO Compl. Ex. 3

# Exhibit 4

KoveIO Compl. Ex. 4



US007103640B1

(12) **United States Patent** (10) **Patent No.:** **US 7,103,640 B1**
Overton et al. (45) **Date of Patent:** **Sep. 5, 2006**

(54) **NETWORK DISTRIBUTED TRACKING WIRE TRANSFER PROTOCOL**

(75) Inventors: **John K. Overton**, Chicago, IL (US); **Stephen W. Bailey**, Chicago, IL (US)

(73) Assignee: **Econnectix, LLC**, Chicago, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 640 days.

(21) Appl. No.: **09/661,222**

(22) Filed: **Sep. 13, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/153,709, filed on Sep. 14, 1999.

(51) **Int. Cl.**
*G06F 15/16* (2006.01)

(52) **U.S. Cl.** ........................ **709/217**; 709/219; 707/10

(58) **Field of Classification Search** ............ 709/201–3, 709/217–19, 230, 227, 228; 707/3, 4, 5, 707/6, 10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,553,261 A | 11/1985 | Froessl | |
| 4,636,858 A | 1/1987 | Hague et al. | |
| 4,728,978 A | 3/1988 | Inoue et al. | |
| 4,800,488 A | 1/1989 | Agrawal et al. | |
| 4,825,406 A | 4/1989 | Bean et al. | |
| 4,835,372 A | 5/1989 | Gombrich et al. | |
| 4,914,571 A | 4/1990 | Baratz et al. | |
| 5,008,700 A | 4/1991 | Okamoto | |
| 5,124,814 A | 6/1992 | Takahashi et al. | |
| 5,193,185 A | 3/1993 | Lanter | |
| 5,208,623 A | 5/1993 | Takahashi | |
| 5,291,399 A | 3/1994 | Chaco | |
| 5,319,401 A | 6/1994 | Hicks | |
| 5,347,600 A | 9/1994 | Barnsley et al. | |
| 5,384,643 A | 1/1995 | Inga et al. | |
| 5,414,841 A | 5/1995 | Bingham et al. | |
| 5,455,648 A | 10/1995 | Kazami | |

| | | | |
|---|---|---|---|
| 5,475,817 A | * | 12/1995 | Waldo et al. ............... 719/316 |
| 5,479,654 A | | 12/1995 | Squibb |
| 5,499,113 A | | 3/1996 | Tsuboi et al. |
| 5,522,077 A | | 5/1996 | Cuthbert et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

EP 568 161 A1 3/1993

(Continued)

OTHER PUBLICATIONS

"Service Location in an Open Distributed Environment," Beitz et al, Second International Workshop on Services in Distributed and Networked Environments, IEEE Comput. Soc., pp. 28-34 (Jun. 1995).

(Continued)

*Primary Examiner*—Marc D. Thompson
(74) *Attorney, Agent, or Firm*—Brinks Hofer Gilson & Lione

(57) **ABSTRACT**

A network distributed tracking wire transfer protocol for storing and retrieving data across a distributed data collection. The protocol includes a location string for specifying the network location of data associated with an entity in the distributed data collection, and an identification string for specifying the identity of an entity in the distributed data collection. According to the protocol, the length of the location string and the length of the identification string are variable, and an association between an identification string and a location string can be spontaneously and dynamically changed. The network distributed tracking wire transfer protocol is application independent, organizationally independent, and geographically independent. A method for using the protocol in a distributed data collection environment and a system for implementing the protocol are also provided.

**25 Claims, 12 Drawing Sheets**

NETWORK DISTRIBUTED TRACKING
DISTRIBUTED RECORD RETRIEVAL



KovelO Compl. Ex. 4

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,537,547 | A | 7/1996 | Chan et al. |
| 5,550,981 | A | 8/1996 | Bauer et al. |
| 5,551,027 | A | 8/1996 | Choy et al. |
| 5,557,790 | A | 9/1996 | Bingham et al. |
| 5,560,005 | A | 9/1996 | Hoover et al. |
| 5,576,952 | A | 11/1996 | Stutman et al. |
| 5,579,067 | A | 11/1996 | Wakabayashi |
| 5,610,653 | A | 3/1997 | Abecassis |
| 5,617,570 | A | 4/1997 | Russell et al. |
| 5,625,841 | A | 4/1997 | Dawkins et al. |
| 5,649,247 | A | 7/1997 | Itoh et al. |
| 5,664,170 | A | 9/1997 | Taylor |
| 5,669,029 | A | 9/1997 | Fyson et al. |
| 5,740,428 | A | 4/1998 | Mortimore et al. |
| 5,764,889 | A | 6/1998 | Ault et al. |
| 5,764,906 | A * | 6/1998 | Edelstein et al. .......... 709/219 |
| 5,774,670 | A | 6/1998 | Montulli |
| 5,781,725 | A | 7/1998 | Saito |
| 5,784,565 | A | 7/1998 | Lewine |
| 5,802,518 | A | 9/1998 | Karaev et al. |
| 5,809,161 | A | 9/1998 | Auty et al. |
| 5,809,331 | A | 9/1998 | Staats et al. |
| 5,809,495 | A | 9/1998 | Loaiza |
| 5,813,006 | A | 9/1998 | Polnerow et al. |
| 5,848,246 | A | 12/1998 | Gish |
| 5,864,482 | A | 1/1999 | Hazama et al. |
| 5,872,973 | A | 2/1999 | Mitchell et al. |
| 5,875,302 | A | 2/1999 | Obhan |
| 5,903,889 | A | 5/1999 | de la Huerga et al. |
| 5,907,837 | A | 5/1999 | Ferrel et al. |
| 5,913,210 | A | 6/1999 | Call |
| 5,915,240 | A | 6/1999 | Kapff |
| 5,918,214 | A | 6/1999 | Perkowski |
| 5,920,702 | A | 7/1999 | Bleidt et al. |
| 5,940,844 | A | 8/1999 | Cahill et al. |
| 5,950,173 | A | 9/1999 | Perkowski |
| 5,961,610 | A | 10/1999 | Kelly et al. |
| 5,966,705 | A | 10/1999 | Koneru et al. |
| 5,974,124 | A | 10/1999 | Schlueter, Jr. et al. |
| 5,978,773 | A | 11/1999 | Hudetz et al. |
| 5,987,519 | A | 11/1999 | Peifer et al. |
| 5,995,965 | A | 11/1999 | Experton |
| 6,032,175 | A | 2/2000 | Fletcher et al. |
| 6,047,332 | A | 4/2000 | Viswanathan et al. |
| 6,055,544 | A | 4/2000 | DeRose et al. |
| 6,058,193 | A | 5/2000 | Cordery et al. |
| 6,092,189 | A | 7/2000 | Fisher et al. |
| 6,108,787 | A | 8/2000 | Anderson et al. |
| 6,131,095 | A * | 10/2000 | Low et al. .................... 707/10 |

| | | | |
|---|---|---|---|
| 6,154,738 | A | 11/2000 | Call |
| 6,188,766 | B1 | 2/2001 | Kocher |
| 6,201,931 | B1 | 3/2001 | Cipolla et al. |
| 6,202,070 | B1 | 3/2001 | Nguyen et al. |
| 6,209,095 | B1 | 3/2001 | Anderson et al. |
| 6,212,258 | B1 | 4/2001 | Howard, Jr. et al. |
| 6,377,986 | B1 * | 4/2002 | Philyaw et al. ............. 709/219 |
| 6,418,441 | B1 * | 7/2002 | Call ............................ 707/10 |
| 6,438,652 | B1 | 8/2002 | Jordan et al. |
| 6,463,454 | B1 | 10/2002 | Lumelsky et al. |
| 6,466,980 | B1 | 10/2002 | Lumelsky et al. |
| 6,578,068 | B1 | 6/2003 | Bowman-Amuah |
| 6,711,408 | B1 | 3/2004 | Raith |
| 2002/0112048 | A1 | 8/2002 | Gruyer et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 889 422 A2 | 1/1999 |
| WO | WO 86/05610 | 9/1986 |
| WO | WO 98/15910 | 4/1998 |
| WO | WO 98/31138 | 7/1998 |
| WO | WO 00/03526 | 1/2000 |

## OTHER PUBLICATIONS

Callaghan V L et al: "Structures and Metrics for Image Storage and Interchange" Journal of Electronic Imaging, vol. 2 No. 2, Apr. 1, 1993, pp. 126-137.

Bourke D G et al: "Programmable Module and Circuit for Machine-Readable Unique Serial Number" IBM Technical Dislosure Bulletin, vol. 27, No. 4A, Sep. 1, 1984 pp. 1942-1944.

Kleinholz L et al: "Supporting Cooperative Medicine: The Bermed Project" IEEE Multimedia, vol. 1, No. 4, Dec. 21, 1994, pp. 44-53.

"Method for Network Naming and Routing" IBM Technical Disclosure Bulletin, vol. 37, No. 9, Sep. 1, 1994, p. 255.

"Minimizing Locking To Access Global Shared Data", IBM Technical Disclosure Bulletin, pp 619-622, Feb. 1995.

"Service Location in an Open Distributed Environment," Beitz et al, Second International Workshop on Services in Distributed and Networked Environments, IEEE Comput. Soc., pp. 28-34 (Jun. 1995).

Muniz, R., et al., "A robust software barcode reader using the Hough transform", Abstract from IEEE/IEE Electronic Library online, printed Apr. 30, 2001, 2 pages.

Fresonke, D., "In-fab identification of silicon wafers with clean, laser marked barcodes", Abstract from IEEE/IEE Electronic Library online, printed Apr. 30, 2001, 2 pages.

Sriram, T., et al., "Applications of barcode technology in automated storage and retrieval systems", Abstract from IEEE/IEE Electronic Library online, printed Apr. 30, 2001, 2 pages.

* cited by examiner

KoveIO Compl. Ex. 4



**Use Of Request Identifiers**

*Fig. 1*

KovelO Compl. Ex. 4



Length (n)

Data

Byte n-1

Padding

*NDTP String Format*

Fig. 2

NDTP_GET (0)

Reserved

NDTP request identifier

String area length (ROUND4(n) + 4)

Identifier length (n)

Identifier data

Identifier byte n-1

Padding

*NDTP_GET Format*

Fig. 3



0                    1                    2                    3
0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1

NDTP_GET_RSP (1) | Reserved

NDTP request identifier

String area length (ROUND4(n0) + 4 + ... + ROUND4(nm) + 4)

Location0 length (n0)

Location0 data

Location0 byte n-1 | Padding0

Location1

. . .

Locationm byte n-1 | Paddingm

NDTP_GET_RSP Format

Fig. 4

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| NDTP_PUT (2)        |            Reserved                      |
+---------------------+------------------------------------------+
|           NDTP request identifier                              |
+----------------------------------------------------------------+
|  String area length (ROUND4(n) + 4 + ROUND4(m) + 4)            |
+----------------------------------------------------------------+
|              Identifier length (n)                             |
+----------------------------------------------------------------+

|  Identifier byte n-1  |   Identifier data    |Identifier padding|
+-----------------------+----------------------+------------------+
|              Location length (m)                               |
+----------------------------------------------------------------+

|  Location byte m-1    |   Location data      | Location padding |
+-----------------------+----------------------+------------------+
```

50

52

54

NDTP_PUT Format

Fig. 5

KoveIO Compl. Ex. 4



Fig. 6

| 0 | | | | | | | | 1 | | | | | | | | 2 | | | | | | | | 3 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | 1 |

NDTP_DEL (4) | Reserved

NDTP request identifier

String area length (ROUND4(n) + 4 + ROUND4(m) + 4)

Identifier length (n)

Identifier data     72

Identifier byte n-1 | Identifier padding

Location length (m)

Location data     74

Location byte m-1 | Location padding

NDTP_DEL Format

*Fig. 7*

70



*Fig. 8*

KovelO Compl. Ex. 4

| 0 | 1 | 2 | 3 |
|---|---|---|---|
| 0 1 2 3 4 5 6 7 | 8 9 0 1 2 3 4 5 6 7 | 8 9 0 1 2 3 4 5 6 7 | 8 9 0 1 |

90

| NDTP_RDR_RSP (6) | Reserved |
|---|---|

NDTP request identifier

String area length (ROUND4(n0) + 4 + ... + ROUND4(nm) + 4)

NDTP Server URL0 length (n0)

NDTP Server URL0 data    92

| URL0 byte n0-1 | Padding0 |
|---|---|

NDTP Server URL1    94

... ...

URLm

| URLm byte nm-1 |
|---|

NDTP_RDR_RSP With Server Table

Fig. 9(a)



90

| 0 | 1 | 2 | 3 |

NDTP_RDR_RSP (6)

Reserved

NDTP request identifier

String area length (ROUND4(n) + 4)

Serialized NDTPRedirectFunction length (n)

Serialized NDTPRedirectFunction data

Function byte n-1

Padding

NDTP_RDR_RSP With Redirection Function



Fig. 9(b)

KoveIO Compl. Ex. 4





*Fig. 11*     **NDTP Server Constellation Context**



*Fig. 12*     **NDTP Client-Centric Constellation**

KoveIO Compl. Ex. 4



NDTP Server-Centric Constellation

*Fig. 13*

KovelO Compl. Ex. 4

# NETWORK DISTRIBUTED TRACKING WIRE TRANSFER PROTOCOL

## RELATED APPLICATIONS

This application claims priority to provisional patent application Ser. No. 60/153,709, entitled SIMPLE DATA TRANSPORT PROTOCOL METHOD AND APPARATUS, filed on Sep. 14, 1999, and to regular patent application Ser. No. 09/111,896, entitled SYSTEM AND METHOD FOR ESTABLISHING AND RETREIVING DATA BASED ON GLOBAL INDICES, filed on Jul. 8, 1998.

## MICROFICHE/COPYRIGHT REFERENCE

A Microfiche Appendix (143 frames, 2 sheets) is included in this application that contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the Microfiche Appendix, as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all copyright rights whatsoever.

## FIELD OF THE INVENTION

This invention relates generally to the storage and retrieval of information, and in particular, to a protocol for dynamic and spontaneous global search and retrieval of information across a distributed network regardless of the data format.

## BACKGROUND OF THE INVENTION

Data can reside in many different places. In existing retrieval systems and methods, a client seeking information sends a request to a server.

Typically, only data that are statically associated with that server are returned. Disadvantageously, the search is also usually restricted to previously known systems. The search is thus conducted only where the server knows in advance to look.

Another disadvantage of known retrieval systems is the difficulty in accessing data in different forms. Known retrieval systems are typically designed to search for data in limited forms. One example is where a client requests files based on a subject, like a person's name. In the search results, therefore, only text files of peoples' names may be retrieved. Another problem in current retrieval systems is that the client may receive text and image files in the search results, but could not seamlessly access the image files. Yet another problem in current retrieval systems is that video and sound files related to the request may not even be found in the search results. For example, a doctor might be able to retrieve medical records on a specific patient, but cannot view an MRI or X-Ray results associated with that record.

A distributed data collection is a system where data is stored and retrieved among multiple machines connected by a network. Typically, each machine in which some portion of the data in a distributed data collection may reside is called a "data repository machine", or simply a "data repository". One commonly asked question in a data repository environment is: Where is data associated with a particular entity in a distributed data collection? The data location is a key question when a distributed data collection has highly dynamic data distribution properties.

In networked environments where there are a large number of data repositories and any particular entity does not

store data in all the repositories, a mechanism is needed that would permit queries to be directed only at data repositories with relevant information. It would also be beneficial to permit membership in the set of data repositories itself to be highly dynamic. Such a system would support on-the-fly addition and removal of data repositories from a distributed data collection seamlessly and without the need to reprogram the client and server participants.

## BRIEF SUMMARY OF THE INVENTION

In view of the above, the invention provides a network distributed tracking wire transfer protocol, and a system and method for using the protocol in a networked environment. The network distributed tracking wire transfer protocol includes two basic components: identification strings for specifying the identity of an entity in the distributed data collection, and location strings for specifying network locations of data associated with an entity. The protocol accommodates variable length identifier and location strings. Relationships between identification strings and location strings can be dynamically and spontaneously manipulated thus allowing the corresponding data relationships also to change dynamically, spontaneously, and efficiently. In addition, the network distributed tracking wire transfer protocol is application independent, organizationally independent, and geographically independent.

In another aspect of the invention, a system of components using the network distributed tracking protocol are provided for storing and identifying data with a distributed data collection. The components include (1) a data repository for storing data in the distributed data collection, (2) a client entity for manipulating data in the distributed data collection, and (3) a first server entity operative to locate data in the distributed data collection, which may be coupled to a client entity and/or data repository. In a network with these components, a client entity transmits an identifier string to the first server entity along with the client request, and the first server entity provides a set of location strings to the client entity in response thereto. The first server entity maps the identifier string received from the client entity to a set of location strings. The network may also include any number of additional server entities coupled to the first server entity.

According to yet another aspect of the invention, a method is provided for storing and retrieving tracking information over a network using a wire transfer protocol. A location string specifies the location of data associated with an entity in the distributed data collection and the identification string specifies the identification of an entity in a distributed data collection. A first data repository entity stores data by associating an identification string with each particular stored unit of data, and by mapping the identification string to a location string associated with the first data repository. The identification string and location string for the particular unit of data are at a first server entity coupled to the first data repository entity. A request is transmitted from a client entity to the first server entity to retrieve at least one location string associated with the stored unit of data in the distributed data collection. The request includes the identification string associated with the particular stored unit of data. The request is received at the first server entity, which responds to the client entity by providing at least one location string associated with the particular stored unit of data to the client entity.

The request may also be transmitted to a second server entity prior to responding to the client entity, where the

KoveIO Compl. Ex. 4

second server entity is coupled to the first server entity and includes the mapping of the identification string and location strings for the particular units of data. In such case, the second server entity responds to the client entity by providing the at least one location string associated with the particular stored unit of data to the client entity.

The network distributed tracking protocol of the invention is a networking protocol that efficiently manages mappings from one or more identifier strings to zero or more location strings. The protocol permits client entities to add and remove identifier/location associations, and request the current set of locations for an identifier or identifiers from server entities that comply with the protocol.

The protocol is designed for use in the larger context of a distributed data collection. As such, it supports an architecture in which information about where data associated with particular application entities can be managed and obtained independently of the data itself. The protocol and its associated servers thus maintain a mapping between entity identifiers and data locations. The identifier/location mapping maintained by the servers is very dynamic. Regardless of the expected system context in a distributed data collection, the protocol can be used for any application in which one-to-one or one-to-many associations among strings are to be maintained and accessed on a network.

In any context, the protocol supports identifier and location strings of up to $2^{32}-4$ bytes in length, but in most applications it is expected that the strings are typically short. String length is not fixed by the protocol, except by the upperbound. Accordingly, string formats are controlled at a local level and not dictated by the protocol.

These and other features and advantages of the invention will become apparent upon a review of the following detailed description of the presently preferred embodiments of the invention, when viewed in conjunction with the appended drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an example of multiple outstanding protocol requests.

FIG. **2** is a layout of one presently preferred string format.

FIG. **3** is a layout of one presently preferred NDTP_GET message.

FIG. **4** is a layout of one presently preferred NDTP_GET_RSP message.

FIG. **5** is a layout of one presently preferred NDTP_PUT message.

FIG. **6** is a layout of one presently preferred NDTP_PUT_RSP message.

FIG. **7** is a layout of one presently preferred NDTP_DEL message.

FIG. **8** is a layout of one presently preferred NDTP_DEL_RSP message.

FIG. **9** is a layout of one presently preferred NDTP_RDR_RSP message, where FIG. **9**(*a*) shows a server table layout, and FIG. **9**(*b*) shows a redirection function layout.

FIG. **10** is a system block diagram showing a multi-server implementation environment of the network distributed tracking wire transfer protocol of the invention.

FIG. **11** is a system diagram showing an NDTP server constellation configuration.

FIG. **12** is a system diagram showing a client-centric constellation approach.

FIG. **13** is a system diagram showing a server-centric constellation approach.

## DETAILED DESCRIPTION OF THE PRESENTLY PREFERRED EMBODIMENTS OF THE INVENTION

The following terms are used to describe the operation of the presently preferred network distributed tracking protocol (NDTP). An "identifier string" or an "identifier" is a unique string with which zero or more location strings are associated in an NDTP server. A "data location" or a "location" is a string that is a member of a set of strings associated with an identifier string in an NDTP server. An "NDTP client" or a "client" is a network-attached component that initiates update or lookup of identifier/location mappings from an NDTP server with NDTP request messages. An "NDTP server" or a "server" is a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to NDTP request messages from NDTP clients. The term "Network Byte Order" is the ordering of bytes that compose an integer of larger than a single byte as defined in the Internet Protocol (I P) suite. Preferably, Network Byte Order specifies a big-endian, or most significant byte first, representation of multibyte integers. In this specification a byte is preferably composed of eight bits.

### Network Distributed Tracking Protocol (NDTP)

The Network Distributed Tracking Protocol (NDTP) efficiently tracks the location of data associated with an individual entity in a distributed data collection. NDTP is a transactional protocol, which means that each operation within NDTP consists of a request message from an NDTP client to an NDTP server, followed by an appropriate response message from the NDTP server to the NDTP client. NDTP defines an entity key (or "identifier") as a unique string used to refer to an entity about which a distributed query is performed.

The NDTP server treats the entity key as an unstructured stream of octets, which is assumed to be unique to a particular entity. The precise structure of the NDTP entity key and the mechanism for ensuring its uniqueness are a function of the application in which the NDTP server is used. In a customer oriented application, the NDTP entity key might be a unique customer identifier, for example, a Social Security Number, in either printable or binary integer form, as is appropriate to the application. NDTP also defines a data location specifier as a string used to specify a data repository in which data associated with a particular entity may be found.

As with NDTP entity keys, the NDTP server treats NDTP data location specifiers as unstructured streams of octets. The structure of an NDTP data location specifier is a function of the application in which the NDTP server is used. For example, an NDTP data location specifier might be an Internet machine name, and a TCP/IP port number for a relational database server, or an HTTP Universal Resource Locator(URL), or some concatenation of multiple components.

The NDTP server efficiently maintains and dispenses one to zero or one to many relationships between entity keys and data location specifiers. In other words, an entity key may be associated with any number of data location specifiers. When data for a particular entity is added to a data repository, the NDTP server is updated to indicate an association between the entity key and the data repository's data location specifier. When a query is performed for an entity key, the NDTP server supplies the set of data repositories in which data may be found for that entity key.

KoveIO Compl. Ex. 4

**General NDTP Mechanics**

The protocol of the invention is designed to provide maximum transaction throughput from the NDTP server, associated clients, and associated data repositories when appropriate. The design goal is realized through two design principles:

1. NDTP messages should preferably be as short as possible to maximize the rate of NDTP transactions for a given network communication bandwidth.

2. NDTP messages should preferably be structured for efficient processing on existing machine architectures.

**Design Optimizations.**

Numerical fields of an NDTP message are preferably represented in binary integer format rather than ASCII or other printable format to minimize host processing overhead and network utilization. Numerical fields of NDTP messages are also aligned on 32-bit boundaries to minimize the cost of manipulation on current machine architectures. Manipulating unaligned multibyte integer quantities on modern machine architectures usually incurs an extra cost ranging from mild to severe compared to manipulating the same quantities in aligned form.

In keeping with other network protocol standards including TCP/IP, multioctet integer quantities in NDTP are preferably encoded using the big end ian integer interpretation convention, as set forth above.

To overcome network latency, NDTP is designed to support asynchronous operation, where many requests may be sent to an NDTP server before a response from any of them is received.

Each NDTP message is preceded by a fixed size, 12-octet header, using the preferred data structure:

```
        typedef struct ndtp-hdr {
            uint8_T op;              /* opcode */
            uint8_t pad[3];
            uint32_t id;             /* transaction identifier */
            uint32_t size;           /* total request size
                                        following the header */
        }ndtp__hdr__t;
        where:
        op:
            NDTP message numerical operation code.
            NDTP__GET:        get request
            NDTP__GET__RSP:   get response
            NDTP__PUT:        put request
            NDTP__PUT__RSP:   put response
            NDTP__DEL:        delete request
            NDTP__DEL__RSP:   delete response
            NDTP__RDR__RSP:   provide redirection
        id:
```

Client supplied operation request used to distinguish responses from multiple outstanding NDTP asynchronous requests. Each "_RSP" message echoes the id field of the associated request.

Size:

Size, in octets of the remainder of the NDTP message. The size field should always be a multiple of 4 octets.

Variably sized portions of NDTP messages are preferably defined with a size field rather than some other delimiter mechanism to facilitate efficient reading of NDTP messages. Requests may be made to the network layer to read the entire variably sized portion of an NDTP message, rather than reading small chunks while scanning for a delimiter. Furthermore, client and server resource management can be more efficient since the size of NDTP messages is known before reading.

The variably sized portions of NDTP messages are composed of zero or more NDTP stings:

```
        typedef struct ndtp_str {
            uint32_t len;
            uint8_t data [ ];
        {ndtp_str_t;
```

Note that the C struct definitions in this document are schematic, and not necessarily fully compliant structures in the C programming language. Specifically, arrays denoted in this document with "[ ]" imply a dimension which is only known dynamically and this indefinite array size specifier is not allowed in C struct definitions. Note also the following:

Len:

the number of significant octets of data following the len field in the data area.

Data:

len octets of data, followed by up to 3 octets of padding, to ensure that the total length of the NDTP string structure is a multiple of 4 octets. The padding octets are not included in the len field.

Because variable sized portion NDTP messages are composed of zero or more NDTP stings and NDTP strings preferably occupy an even multiple of 4 octets, this ensures that the "size" field of NDTP message headers will preferably be a multiple of 4 octets.

Protocol Structure

An example of multiple outstanding NDTP requests and the use of request identifiers is shown in FIG. 1. NDTP preferably has a simple, stateless request/response structure. Each request message **10** sent by a client **12** has a corresponding response message **14** returned by the server **16**. To maximize server **16** throughput and use of available network bandwidth, NDTP is asynchronous in nature. Many requests **10** from a single client **12** may be outstanding simultaneously, and responses **14** may or may not be returned from the server **16** in the order in which the requests **10** were issued. Each NDTP request **10** contains an NDTP request identifier **18** that is returned in the NDTP response **14** for the associated request **10**. An NDTP client **12** uses a unique NDTP request identifier **18** for each NDTP request **10** that is outstanding at the same time to an NDTP server **16** if it wishes to correlate responses with requests.

There are four operations preferably supported by the protocol:

Add a location association to an identifier.

Delete a location association from an identifier.

Get all locations associated with an identifier.

Provide a redirect instruction to identify an alternative server.

The response to adding a location association to an identifier **18** is a simple acknowledgement. If the location is already associated with the identifier **18**, adding the association has no effect, but the request **10** is still acknowledged appropriately. In other words, the NDTP add operation is idempotent. The response to deleting a location association from an identifier **18** is a simple acknowledgement. If the location is not currently associated with the identifier **18**, deleting the association has no effect, but the request **10** is still acknowledged appropriately. In other words, the NDTP delete operation is idempotent. The response **14** to getting all locations associated with an identifier **18** is a list of the locations presently associated with an identifier **18**. If no locations are currently associated with an identifier **18**, a list of length zero is returned.

### Message Formats

NDTP messages **10**, **14** preferably have a regular structure that consists of a message operation code, followed by a request identifier **18**, followed by a string area length (in bytes) **20**, followed by zero or more strings **22**, as shown in FIG. **2**. As those skilled in the art will appreciate, NDTP message formats are preferably independent of the network transport layer used to carry them. NDTP preferably defines mappings of these messages **10**, **14** onto TCP and UDP transport layers (described in detail below), but other mappings could also be defined and it is likely that these NDTP message formats would not require change. For example, the notation ROUND4(x) means x, rounded up to the next multiple of 4.

### Integer Format

Multibyte integers in NDTP messages are represented in network byte order; using the big-endian convention. In other words, the most significant byte of a multibyte integer is sent first, followed by the remainder of the bytes, in decreasing significance order.

### String Format

Strings in NDTP are represented as counted strings, with a 32-bit length field **20**, followed by the string data **22**, followed by up to 3 bytes of padding **24** to make the total length of the string representation equal to ROUND4 (length). This layout is shown diagrammatically in FIG. **2**.

### NDTP GET Format

The NDTP_GET message has a message operation code **30** of 0, and a single NDTP string **32** which is the identifier string for which to get associated location strings. This layout is shown diagrammatically in FIG. **3**.

### NDTP GET RSP Format

The NDTP_GET_RSP message has a message operation code **40** of 1, and zero or more strings **42** that are the locations currently associated with the requested identifier. This layout is shown diagrammatically in FIG. **4**.

### NDTP PUT Format

The NDTP_PUT message has a message operation code **50** of 2, and two NDTP strings **52**, **54**. The first string **52** is the identifier for which to add a location association, and the second string **54** is the location to add. This layout is shown diagrammatically in FIG. **5**.

### NDTP PUT RSP Format

The NDTP_PUT_RSP message has a message operation code **60** of 3, and zero NDTP strings. This layout is shown diagrammatically in FIG. **6**.

### NDTP DEL Format

The NDTP_DEL message has a message operation code **70** of 4, and two NDTP strings **72**, **74**. The first string **72** is the identifier from which to delete a location association, and the second string **74** is the location to delete. This layout is shown diagrammatically in FIG. **7**.

### NDTP DEL RSP Format

The NDTP_DEL_RSP message has a message operation code **80** of 5, and zero NDTP strings. This layout is shown diagrammatically in FIG. **8**.

### NDTP RDR RSP Format

The NDTP_RDR_RSP message has a message operation code **90** of 6, and one or more NDTP strings **92**, **94**. Two layouts apply, which are shown diagrammatically in FIGS. **9**(a) and **9**(b).

A general description of the usage and operation of these protocol messages is provided below.

### NDTP GET Transaction

The NDTP_GET message contains a single NDTP string which is the entity key for which associated data locations are requested.

```
typedef struct ndtp_get {
    ndtp_hdr_t hdr;
    ndtp_str_t key;
} ndtp_get_t;
```

The NDTP_GET_RSP message contains zero or more NDTP strings which are the data location specifiers associated with the NDTP entity key:

```
typedef struct ndtp_get_rsp {
    ndtp_hdr_t hdr;
    uint32_t rsps;
    ndtp_str_t values[ ];
} ndtp_get_rsp_t;
```

### NDTP PUT Transaction

The NDTP_PUT messages contains two NDTP strings which are (1) the NDTP entity key and (2) the NDTP data location specifier which is to be associated with the NDTP entity key.

```
typedef struct ndtp_put {
    ndtp_hdr_t hdr;
    ndtp_str_t key;
    ndtp_str_t data;
}ndtp_put_t;
```

The NDTP_PUT_RSP message has no NDTP strings, and simply indicates that the requested entity key/data location specifier association was added:

```
typedef struct ndtp_put_rsp {
    ndtp_hdr_t hdr;
} ndtp_put_rsp_t;
```

The requested entity key/data location specifier association is added in addition to any other associations already maintained by the NDTP server. If the requested entity key/data location specifier association is already in effect, the NDTP_PUT still succeeds and results in an NDTP_PUT_RSP message.

### NDTP DELETE Transaction

The NDTP_DEL message contains two NDTP strings which are (1) the NDTP entity key and (2) the NDTP data location specifier which is to be unassociated with the NDTP entity key:

```
typedef struct ndtp_del {
    ndtp_hdr_t hdr;
    ndtp_str_t key;
    ndtp_str_t data;
} ndtp_del_t;
```

The NDTP_DEL_RSP message has no NDTP strings, and simply indicates that the requested entity key/data location specifier association was deleted:

```
typedef struct ndtp_del_rsp {
    ndtp_hdr_t hdr;
} ndtp_del_rsp_t;
```

If the requested entity key/data location specifier association is not in effect, the NDTP_DEL still succeeds and results in an NDTP_DEL_RSP message.

### NDTP RDR RSP Message

NDTP supports a distributed server implementation for which two principle redirection methods apply: (1) embedded redirection links, and (2) passed functions. The passed functions method in turn has two variants: (a) a well-known

function, and (b) a communicated function. (These methods and variants are described in further detail below.)

### Network Front End

The NDTP server network front end preferably maximizes NDTP transaction throughput including concurrent NDTP requests from a single client as well NDTP requests from multiple concurrent clients.

### Network Communication Mechanism

NDTP defines a transaction oriented protocol, which can be carried over any of a variety of lower level network transport protocols. For example:

TCP/IP: TCP/IP provides a ubiquitously implemented transport which works effectively on both local area and wide area networks. An NDTP client using TCP/IP preferably connects with the NDTP server at an established TCP port number, and then simply writes NDTP request messages through the TCP/IP connection to the server, which then writes NDTP response messages back to the client through the same TCP/IP connection in the reverse direction. TCP/IP implementations perform buffering and aggregation of many small messages into larger datagrams, which are carried more efficiently through the network infrastructure. Running NDTP on top of TCP/IP will take advantage of this behavior when the NDTP client is performing many NDTP requests. For example, a data repository which is undergoing rapid addition of data records associated with various entities will perform many rapid NDTP_PUT operations to the NDTP server that can all be carried on the same NDTP TCP/IP connection.

UDP/IP: If an NDTP client only performs occasional, isolated NDTP operations, or there are a vast number of clients communicating with an NDTP server, TCP/IP will not offer the best possible performance because many traversals of the network are required to establish a TCP/IP connection, and yet more network traversals are required to transfer actual NDTP messages themselves. For such isolated NDTP transactions, depending upon the application and network infrastructure in use, it is beneficial to have the NDTP server employ UDP/IP, which is a widely available connectionless datagram protocol.

However, UDP/IP does not support reliable data transfer, or any congestion control mechanism. This means that NDTP clients using UDP/IP must implement reliability and congestion control maintaining transaction timeouts and performing exponential retry backoff times, precisely analogous to the congestion control mechanism implemented by Ethernet, and other well known UDP protocols. Those skilled in the art will note that the NDTP protocol is stateless from the standpoint of the NDTP server, which means that there is no congestion control or reliability burden on the server; it is all implemented in a distributed manner by the NDTP UDP/IP clients.

Still Higher Performance (ST): Both TCP/IP and to a lesser degree UDP/IP suffer from high host CPU overhead. Like the relatively long latency of TCP/IP, this host CPU consumption is considered just the "cost of doing business" where TCP/IP provides ubiquitous connectivity. If an NDTP server were running in a more constrained environment, where ubiquitous connectivity was not required, its absolute performance could be improved substantially by using a different protocol that is optimized to reduce CPU overhead and latency, such as the Scheduled Transfer (St) protocol.

None of these network implementation issues are particularly unique to NDTP, however. All similar protocols face similar tradeoffs, and what art exists to improve the performance of such protocols applies fully to NDTP as well.

### NDTP Query Processing

Servicing NDTP query requests does not require high latency operations, such as disk I/O. Therefore, the NDTP server network front end preferably services NDTP query requests in a FIFO style by reading the NDTP_GET message, performing the lookup for the entity key in the NDTP server string store, and writing the NDTP_GET_RSP message. Each NDTP query is independent of any other NDTP transactions (other queries or updates), so it is possible to process multiple NDTP queries simultaneously on multiprocessor machines. The NDTP server permits this by not performing multiprocessor locking in the NDTP query processing path.

The current prototype NDTP server preferably does not create multiple read service threads per NDTP connection, so multiprocessing will only occur while processing queries from different NDTP connections. Nonetheless, the NDTP server could be extended to support multiprocessing of NDTP queries from a single NDTP connection if this turned out to be advantageous.

### NDTP Update Processing

Unlike NDTP queries, processing NDTP updates requires the high latency operation of committing the change to nonvolatile storage. To maintain high performance on NDTP updates, the NDTP server network front end preferably supports multiple concurrent asynchronous update transactions. Also, each update is preferably performed atomically to avoid creating an inconsistent state in the string store. Currently, the string store supports only a single mutator thread, which means that all NDTP updates are serialized through the string store mutator critical code sections. As is traditional in transactional systems, the string store mutation mechanism is implemented as a split transaction.

When an NDTP update is processed, a call is made to the string store mutation function, which returns immediately indicating either that the mutation is complete, or that the completion will be signaled asynchronously through a callback mechanism. The mutator function might indicate an immediate completion on an NDTP_PUT operation if the entity key/data location specifier mapping was already present in the database. In this case, the network front end will immediately write the update response message back to the client.

For updates which are not immediately completed, the network front end maintains a queue of NDTP updates for which it is awaiting completion. When the completion callback is called by the string store log file update mechanism, the network front end writes the NDTP update response messages for all completed updates back to the clients. If no new NDTP update requests are arriving from NDTP clients, and there are some incomplete updates in the update queue, the network front end preferably calls the string store log buffer flush function to precipitate the completion of the incomplete updates in update queue.

### Multiple Connection Handling

Handling multiple clients in a single server process requires that the server process not block waiting for events from a single client, such as newly received data forming an NDTP request message, or clearing a network output buffer so an NDTP response message can be written. The NDTP server network front end may be conditionally compiled to

11

use either of two standard synchronous I/O multiplexing mechanisms, select or poll, or to use threads to prevent blocking the server waiting for events on individual connections. The select and poll interfaces are basically similar in their nature, but different in the details. When compiled for synchronous I/O multiplexing, the NDTP server network front end maintains an input buffer for each connection. The multiplexing function is called to determine if any of the connections have input available, and if so, it is read into the connection's input buffer. Once a complete NDTP request is in the buffer, it is acted upon. Similarly, the network front end maintains an output buffer for each connection, and if there is still a portion of an NDTP response message to send, and the connection has some output buffer available, more of the NDTP response message is sent.

The threaded version of the NDTP server network front end preferably creates two threads for each NDTP connection, one for reading and one for writing. While individual threads may block as input data or output buffer is no longer available on a connection, the thread scheduling mechanism ensures that if any of the threads can run, they will. The threaded version of the NDTP server is most likely to offer best performance on modern operating systems, since it will permit multiple processors of a system to be used, and the thread scheduling algorithms tend to be more efficient than the synchronous I/O multiplexing interfaces. Nonetheless, the synchronous I/O multiplexing versions of NDTP server will permit it to run on operating systems with poor or nonexistent thread support.

A more detailed description of the mapping operation in both a TCP and UDP environment appears below.

TCP Mapping

As those skilled in the art will appreciate, the Transmission Control Protocol (TCP) is a connection-oriented protocol that is part of a universally implemented subset of the Internet Protocol (IP) suite. TCP provides reliable, bi-directional stream data transfer. TCP also implements adaptive congestion avoidance to ensure data transfer across a heterogeneous network with various link speeds and traffic levels.

NDTP is preferably carried on TCP in the natural way. An NDTP/TCP client opens a connection with a server on a well-known port. (The well-known TCP (and UDP) port numbers can be selected arbitrarily by the initial NDTP implementer. Port numbers that do not conflict with existing protocols should preferably be chosen.) The client sends NDTP requests 10 to the server 16 on the TCP connection, and receives responses 14 back on the same connection. While it is permissible for a single client 12 to open multiple NDTP/TCP connections to the same server 16, this practice is discouraged to preserve relatively limited connection resources on the NDTP server 16. The asynchronous nature of NDTP should make it unnecessary for a client 12 to open multiple NDTP/TCP connections to a single server 16.

If protocol errors are detected on an NDTP/TCP connection, the NDTP/TCP connection should be closed immediately. If further NDTP/TCP communication is required after an error has occurred, a new NDTP/TCP connection should be opened. Some examples of detectable protocol errors include:

Illegal NDTP message operation code;

Nonzero String Area Length in NDTP_PUT_RSP or NDTP_GET_RSP;

Inconsistent String Area Length and String Length(s) in NDTP_GET, NDTP_GET_RSP, NDTP_PUT or NDTP_DEL;

Unexpected NDTP request identifier by client.

12

Due to the reliable nature of TCP, NDTP/TCP servers 16 and clients 12 need not maintain any additional form of operation timeout. The only transport errors that can occur will result in gross connection level errors. A client 12 should assume that any NDTP requests 10 for which it has not received responses 14 have not been completed. Incomplete operations may be retried. However, whether unacknowledged NDTP requests 10 have actually been completed is implementation dependent. Any partially received NDTP messages should also be ignored.

UDP Mapping

As those skilled in the art will appreciate, the Unreliable Datagram Protocol (UDP) is a best-effort datagram protocol that, like TCP, is also part of the universally implemented subset of the IP suite. UDP provides connectionless, unacknowledged datagram transmission. The minimal protocol overhead associated with UDP can deliver extremely high performance if used properly.

NDTP/UDP clients 12 send UDP datagrams with NDTP request messages 10 to a well-known UDP port (see above). NDTP/UDP servers 16 return NDTP response messages 14 to the client 12 selected local UDP port indicated in the NDTP/UDP datagram containing the requests 10. NDTP/UDP does not require any form of connection or other association to be established in advance. An NDTP interchange begins simply with the client request message 10.

For efficiency, the mapping of NDTP on to UDP permits multiple NDTP messages to be sent in a single UDP datagram. UDP datagrams encode the length of their payload, so when a UDP datagram is received, the exact payload length is available. The recipient of an NDTP/UDP datagram will read NDTP messages from the beginning of the UDP datagram payload until the payload is exhausted. Thus, a sender of an NDTP/UDP datagram is free to pack as many NDTP messages as will fit in a UDP datagram.

The largest possible UDP datagram payload is presently slightly smaller than 64 K bytes. In addition, there may be a performance penalty sending UDP datagrams that are larger than the maximum datagram size allowed by the physical network links between the sender and intended recipient. IP provides mechanisms for discovering this maximum transfer size, called the Path Maximum Transfer Unit (Path MTU), but a discussion of these mechanisms is beyond the scope of this specification. An implementation of NDTP/UDP should preferably respect these datagram size limitations.

Unlike TCP, UDP does not provide reliable data delivery. Therefore, an NDTP/UDP client 12 implementation should implement a timeout mechanism to await the response for each outstanding NDTP request 10. The exact duration of this response timer is implementation dependent, and may be set adaptively as a client 12 receives responses from a server 16, but a reasonable default maximum value is preferably 60 seconds. If a response 14 is not received within the response timeout, the client 12 may retransmit the request 10. NDTP/UDP servers 16 need not maintain any timeout mechanisms.

Depending upon the exact timeout values selected, the client 12 retry mechanism may place some requirements on a client's 12 use of the NDTP request identifier 18 field. If the response timer is shorter than the maximum lifetime of a datagram in the network, it is possible that a delayed response will arrive after the response timer for the associated request has expired. An NDTP/UDP client 12 implementation should ensure that this delayed response is not mistaken for a response to a different active NDTP request 10. Distinguishing current responses from delayed ones is

KoveIO Compl. Ex. 4

called antialiasing. One presently preferred way to perform antialiasing in NDTP/UDP is to ensure that NDTP request identifier **18** values are not reused more frequently than the maximum datagram lifetime.

NDTP/UDP client **12** implementations that use the NDTP request identifier **18** for antialiasing should ignore (i.e., skip) NDTP messages within a NDTP/UDP datagram with invalid NDTP request identifier **18** values. Client **12** or server **16** NDTP/UDP implementations detecting any other protocol error should also preferably discard the remainder of the current NDTP/UDP datagram without processing any further NDTP requests from that datagram. Some examples of such detectable errors include:

Illegal NDTP message operation code;

Nonzero String Area Length in NDTP_PUT_RSP or NDTP_GET_RSP;

Inconsistent String Area Length and String Length(s) in NDTP_GET, NDTP_GET_RSP, NDTP_PUT or NDTP_DEL;

Inconsistent NDTP message length and UDP datagram length.

Because NDTP/UDP messages are limited to the length of a single UDP datagram payload, NDTP/UDP cannot be used to transfer long NDTP messages. For example, it would be very difficult to send an NDTP_GET message with NDTP/UDP for a 64 K byte identifier string. This case is avoidable by a client **12** realizing that an NDTP message is too long to send as a UDP datagram and using NDTP/TCP instead. However, a greater limitation is that NDTP currently provides no mechanism for an NDTP server **16** to indicate that a response is too large to fit in a UDP datagram. In this case, the NDTP server **16** should not send a response **14**, and it may or may not chose to complete the request **10**. The recovery mechanism in this case preferably is, after several unsuccessful attempts to use NDTP/UDP, a client **12** may try again with NDTP/TCP.

Because UDP does not provide any form of congestion avoidance it is possible that the simple retry strategy specified for NDTP/UDP can create network congestion. Network congestion can cause a severe degradation in the successful delivery of all network traffic (not just NDTP traffic, nor just the traffic from the particular client/server **12**, **16** pair) through a congested network link. Congestion will occur when an NDTP/UDP implementation is sending datagrams faster than can be accommodated through a network link. Sending a large number of NDTP/UDP datagrams all at once is the most likely way to trigger such congestion. Sending a single NDTP/UDP datagram, assuming it is smaller than the Path MTU, and then waiting for a response **14** is unlikely to create congestion. Therefore, the use of NDTP/UDP should be confined to contexts where clients **12** send few outstanding requests at a time, or where network congestion is avoided through network engineering techniques.

Those skilled in the art will appreciate that network congestion is a highly dynamic property that is a function of network traffic from all sources through a network link and will vary over time over any given network path. An NDTP/UDP client **12** implementation can recover from network congestion by switching to NDTP/TCP after several failed retries using NDTP/UPD. Failure due to network congestion may be indistinguishable from failure due to UDP packet size limitations, but since the recovery strategy is the same in both cases, there is no need to distinguish these cases.

NDTP/UDP Congestion Avoidance

Given the stateless, transactional nature of NDTP, NDTP/UDP generally performs much better than NDTP/TCP. This performance improvement is measurable both in terms of the maximum sustainable transaction rate of an NDTP server **16**, and the latency of a single response to an NDTP client **12**. In the same way as the Domain Name Service (DNS), NDTP fits naturally in the UDP model. It is a working assumption of NDTP (and DNS) that for every NDTP transfer, there will be an associated transfer of real data that is an order of magnitude or more greater in size than the NDTP protocol traffic. This property will naturally limit the amount of NDTP traffic on a network. However, in applications where NDTP traffic reaches high levels, particularly at network 'choke points' which are not within the control of network engineers, it may be desirable to support a congestion avoidance mechanism for NDTP/UDP.

However, those skilled in the art will appreciate that the other main future requirement of NDTP, security (described below), implies an existing, durable association between NDTP clients **12** and NDTP servers **16**. This association is much like (and in the case of SSL, it is) a network connection. Therefore, depending upon what security technology is applied, developing a congestion avoidance mechanism for NDTP/UDP may be an irrelevant exercise.

Server Redirection Mechanism

NDTP provides two mechanisms for server redirection. The redirection mechanisms allow cluster and hierarchical topologies, and mixtures of such topologies (described in detail below). The first redirection mechanism supported by NDTP, embedded redirection links, uses an application specific convention to return redirection pointers as NDTP data location strings. For example, if location strings are W3C URLs, a URL with the schema ndtp: could be a server indirection pointer. An NDTP_GET_RSP message may contain any mixture of real data location strings and NDTP server redirection pointers. In this case, the client must issue the same NDPT_GET query message to other NDTP servers indicated by the redirection pointers. The total set of data location strings associated with the supplied identifier string is the collection of all the data location strings returned from all the NDTP servers queried. The embedded redirection link technique does not require any specific NDTP protocol support. Therefore, it could be used within the NDTP protocol as is, and does not require further description in this specification.

The second redirection mechanism, which is specified as a future extension of NDTP, is having the server return an NDTP_RDR_RSP message in response to an NDTP request for which the NDTP server has no ownership of the supplied identifier string. Those skilled in the art will note that unlike the embedded redirection links mechanism, the NDTP_RDR_RSP mechanism applies to all NDTP requests, not just NDTP_GET.

As mentioned above, the second redirection mechanism has two variants. The first variant of the NDTP_RDR_RSP function mechanism specifies a well-known function that all NDTP server and client implementations know when they are programmed, and the NDTP_RDR_RSP message carries a table of NDTP server URLs. The format of the NDTP_RDR_RSP message with an NDTP server URL table is shown in FIG. 9(a).

The appropriate NDTP server is selected from the table in the NDTP_RDR_RSP message by applying a well-known function to the identifier string and using the function result as an index into the NDTP server table.

The well-known function preferably applied is the hashpjw function presented by Aho, Sethi and Ullman in their text *Compilers, Principles, Techniques and Tools*:

```
uint32_t
hash (uint8_t *s, uint32_t slen, uint32_t size)
{
    uint32_t g;
    uint32_t i;
        uint32_t h = 0;
    uint8_t c;
    for (i = 0; i < slen; i++) {
        c = s[i];
        h = (h << 4) + c;
        g = (h & 0xf0000000);
        if (g) {
            h ^= g >> 24;
            h ^= g;
        }
    }
    return h % size;
}
```

In this case, the size parameter is the number of elements in the NDTP server URL table returned in the NDTP_RDR_RSP message. For the hashpjw function to behave correctly, the size parameter must be a prime number, therefore the NDTP server URL table must also have a prime number of elements. Those skilled in the art will appreciate that the same NDTP server may appear multiple times in the NDTP server URL table. For example, if the server URL table has 2039 elements, by putting one NDTP server URL in the first 1019 table elements, and a second NDTP server URL in the second 1020 table elements, the responsibility for the index string space will be split roughly in half.

The second variant of the NDTP_RDR_RSP function mechanism specifies that a general function description will be sent to the NDTP client in the NDTP_RDR_RSP message. The NDTP client will apply this function to the identifier string and the output of the function will be the NDTP server URL to which to send NDTP requests for the particular identifier string. The advantage of this technique over the well-know function approach is that it allows application-specific partitions of the identifier string space. This can permit useful administrative control. For example, if General Electric manages all identifiers beginning with the prefix "GE", a general function can be used to make this selection appropriately. The disadvantage of using a general function is it may be less efficient to compute than a well-known function.

There are a variety of possible mechanisms for sending function descriptions. NDTP is expected to be applied in environments that make extensive use of the Java programming platform. Therefore the NDTP_RDR_RSP Mechanism preferably uses a feature of the Java programming language called "serialized representation" to communicate generalized functions in the NDTP_RDR_RSP message. A serialized form of a Java object is a stream of bytes that represents the precise state of the object, including its executable methods. For example, the Java Remote Method Invocation (RMI) mechanism uses serialized objects to send executable code to a remote platform for execution. The NDTP_RDR_RSP message contains the serialized form of an object implementing this Java interface:

interface NDTPRedirectFunction {
    String selectServer(byte[ ] identifier);
}

The format of the NDTP_RDR_RSP message with a Java Serialized form of the NDTP redirection function is specifically identified in FIG. 9(*b*).

The NDTP server redirection mechanism also permits construction of NDTP server clusters (described below). It is expected that the identifier string hash function will be defined at the time NDTP is implemented, but the actual list of NDTP servers 90 will change from application to application and within a single application throughout the lifetime of the system. Therefore, it is necessary for clients to be able to discover updated NDTP server lists, and any other relevant dynamic parameters of the server selection function as these inputs change.

Hierarchical Server Topology

While the NDTP server topology supported by the server redirection mechanism described above and shown in FIGS. 9(*a*) and 9(*b*) is an extremely powerful and general scaling technique, suitable for diverse topology deployments, some applications might still benefit from a specifically hierarchical server topology. An NDTP server hierarchy 100, such as that shown in FIG. 10, permits identifier/location association data to be owned and physically controlled by many different entities. An NDTP server cluster should be managed by a single administrative entity 102, and the distribution of data can be for performance and scaling purposes. Furthermore, a server hierarchy would provide some fault isolation so portions of the identifier/location association data can be accessed and updated in the presence of failures of some NDTP servers 104. Finally, an NDTP server hierarchy can localize NDTP update operations (NDTP_PUT and NDTP_DEL), which can improve performance and reduce network load.

A hierarchical NDTP server topology also allows organizations to maintain their own local NDTP server 104 or NDTP server cluster 102 that manages associations to data locations that are within the organizations' control. Upper tier NDTP servers 108 would be used to link the various leaf NDTP servers 104.

Server Constellations

The NDTP server organization also allows NDTP servers to be combined in various ways to build server constellations that offer arbitrary server performance scalability and administrative control of the location of portions of the identifier/data location relationship mappings. FIG. 11 illustrates an NDTP server constellation 110 as it relates to a client 112 and a data repository 114. In FIG. 10, the client 112 and data repository 114 of FIG. 11 were merged into the single client entity 106 for ease of discussion. Their distinction can now be separated and identified in order to illustrate the storage and retrieval of data in a distributed data collection.

As shown in FIG. 11, a client 112 consults the server constellation 110, which may be construed in either of two forms (see FIGS. 12 and 13), and which returns location strings in response to a client 112 request. Once the client 112 has the location string for a particular unit of data, the client 112 contacts and retrieves information directly from the data repository 114. In one embodiment, if the client 112 contains a data repository 114, internal application logic would facilitate this interaction. Those skilled in the art will appreciate that the term "data collection" is being employed rather than the term "database" because database frequently invokes images of Relational Database Systems (which is only one application of the protocol); an NDTP data collection could just as easily be routing tables as it could be files or records in a RDBS database.

NDTP server constellations **110** preferably have two basic organizational paradigms: Client-Centric and Server-Centric. NDTP supports both by design, and both approaches apply to all aspects of managing the relationships between identifiers and locations, such as data retrieval, index manipulation, and server redirection. Each will be discussed separately below.

Client-Centric Approach

The first basic pattern that NDTP supports is driven by the client **112**, and can be called "client-centric". Referring to FIG. **12**, a single client (not shown) asks a server **120***a* in the server constellation **110** for operations that the client desires executed (represented by arrow **1** in FIG. **12**). If the client doesn't receive the data requested, it will receive a redirection response message (NDTP_RDR_RSP) from the contacted server **120***a* (arrow **2**). The client then uses the information it receives to ask another server **120***b* for the operations the client wants to initiate (arrow **3**). A successful response from the second server **120***b* is then sent to the client (arrow **4**).

This design constructs operating patterns for (1) redirection, (2) index operations, and (3) hierarchical or cluster topologies. The important point is that the Network Distributed Tracking Protocol is designed to support highly configurable methods for processing index-related operations.

NDTP supports two specific redirection mechanisms, which are not mutually exclusive and may be combined in any way within a single NDTP server constellation **110**. This formation may increase performance when many clients (not shown) participate, since client processing is emphasized rather than server processing. The first NDTP redirection mechanism uses a distinctively encoded location string for each NDTP server **120***a,b* that contains additional location strings associated with the identifier string supplied in the NDTP request **122***a,b*. This is an embedded redirection link. For example, if location strings are some form of HTTP URL, a URL with the schema specifier ndtp: would indicate a redirection. Using this scheme, the location strings associated with an identifier string may be spread among multiple NDTP servers **120***a,b*. In addition to redirection, in FIG. **12**, all index manipulation operations continue to apply, but they are directed at the correct NDTP server **110***b* for which they apply: NDTP_GET, NDTP_PUT, NDTP_DEL.

The second NDTP redirection mechanism uses a NDTP_ RDR_RSP message to indicate that the server **120***a* to which the NDTP request **122***a* was directed does not contain any of the location strings associated with the identifier string supplied in the NDTP request **122***a*. The NDTP_RDR_RSP message contains all the information required for the originator of the NDTP request **122***a* to reissue the original NDTP request **122***b* to a different NDTP server **120***b* that does have location strings associated with the identifier string supplied in the NDTP request **122***b*. This information may be an array of NDTP server hosts from which one is selected by applying a well-known function to the identifier string supplied in the NDTP request **122***b*, or the communicated function to apply as well as a list or other description of the NDTP server hosts from which to choose, as described above.

FIG. **12** illustrates a cluster topology for client interaction with NDTP servers **120**. A single client queries a first server **120***a* (Server0), learns of a new index location (Server1), and then contacts that server **120***b* (Server1) for the operations it wishes to execute on the index that the client identifies. The basic idea is that a client asks a server **120***a* to process an index operation. If the contacted server **120***a*

does not have all the information, as for example in a redirect, then it passes the request to another server **120***b*. If the second server **120***b* is appropriate it responds appropriately, or it passes the request on to another server (not shown), and so on. FIG. **12** could also illustrate a hierarchical topology if a client (not shown) contacted another client in a handoff as shown in FIG. **10**, where a client **106** "asks up" to another client **106**, and so on.

Behind the scenes, the server constellation **110** could also be using a hierarchical organization or a cluster organization for managing indices. The important point of this topology is pushing processing emphasis toward clients (not shown) rather than toward servers **120***a,b*. Such protocol design has scale implications as the number of participating machines/ mechanisms increases, since it distributes aggregate processing.

Server-Centric Approach

The second basic pattern that the Network Distributed Tracking Protocol provides is a "Server-Centric Approach". FIG. **13** shows the server constellation **110** characterizing "server-centric" functionality. In this figure, an NDTP server **130***a* (Server0) receives a request **132***a* from a client (not shown). The server **130***a* (Server0) passes the request to a second server **130***b* (Server1), which is an appropriate server for the process, and the second server **130***b* returns a response **134***a* to the first server **130***a* (Server0). If the second server **130***a* (Server1) was not appropriate, it could pass the request to another server (not shown), and so on. Each NDTP server **130***a,b* will combine the results of NDTP requests **132***a,b* it has performed of other NDTP servers **130***a,b* with whatever responses **134***a,b* it gene rates locally for the original NDTP request **132***a*, and the combined response **134***b* will be the appropriate response for the original NDTP request **132***a*.

This design constructs operating patterns for (1) index operations and (2) hierarchical or cluster topologies. The important point is that the Network Distributed Tracking Protocol is designed to support highly configurable methods for processing index-related operations, but this method emphasizes server-processing rather than client-processing. In FIG. **13**, all index manipulation operations continue to apply, but they are directed at the correct NDTP server **130***a,b* for which they apply: NDTP_GET, NDTP_PUT, NDTP_DEL.

FIG. **13** illustrates an hierarchical topology for client interaction with NDTP servers **130**. A single client queries a first server **130***a* (Server0), which is not appropriate, and so the first server **130***a* (not the client) itself contacts an appropriate server **130***b* (Server1) for operations it "passes through" to execute on the index that the client has identified. Alternatively, FIG. **13** could illustrate a cluster topology if a server **130***a* contacted another server **130***b* in a what is known as a "peer" handoff. The important point of this topology is that it pushes processing emphasis toward servers **130***a,b* rather than toward clients. Since index processing services can be centralized, administration of the indices can be administered more conveniently in certain cases.

The simplest NDTP server constellation **110** is a single server **130**, and the protocol is designed to permit massive scale with a single or simple server constellation. Highly configurable installations are possible using "client-centric" or "server-centric" techniques. NDTP server constellations **110** composed of more than one NDTP server may use any combination of the two approaches for performance optimization and data ownership properties. Client-centric and server-centric approaches can be used to build NDTP server

KoveIO Compl. Ex. 4

clusters, NDTP server trees, NDTP server trees of NDTP server clusters, or any other useful configuration.

NDTP design thus explicitly addresses the emerging "peer-to-peer" topologies called "pure" and "hybrid". The "pure" peer-to-peer approach emphasizes symmetric communication among peers, and is achievable through the "server-centric" approach. The "hybrid" peer-to-peer approach emphasizes asymmetric communication among non-peer participants, and is achievable through the "client-centric" approach. Beyond the pure and hybrid approaches that NDTP allows, as described above, NDTP permits any additional mixtures between client-centric and server-centric approaches to provide superior configurability and performance tuning.

Security

NDTP preferably has no provisions for security. Three key features of security should therefore be provided:

Data privacy (encryption)

Client **12** authentication

Client **12** authorization

NDTP/TCP will be extended using SSL/X.509 to support these security features in a straightforward, 'industry standard' way.

Adding security to NDTP/UDP also requires technology other than SSL. For example, IPSec supports securing all IP traffic, not just TCP between two endpoints. IPSec is a somewhat more heavyweight technology than SSL, and the rate of adoption in industry is somewhat slow. Nonetheless, it can provide the relevant capabilities to NDTP/UDP.

Additional Transport Layers

The early-adopter portion of the industry is in a state of turmoil regarding network transport protocols. On one hand, TCP has provided decades of solid service, and is so widely implemented that the mainstream computer industry could not imagine using another protocol to replace it. On the other hand, TCP lacks several features that may be necessary to enable the next step in network applications. In particular, the TCP design assumed pure software implementations by relatively powerful host computer computers. However, developments in network technology have increased the packet rate that a TCP implementation must handle to deliver full network speed beyond the capabilities of even increasingly powerful host computers. To take the next step, much of the packet processing work must be off-loaded to hardware, and TCP's design makes this very difficult.

It is unclear whether it will become possible to implement the relevant portions of TCP in hardware in a timely fashion. If this does not happen, one of the many new transport layers currently under development (ST, SCTP, VI, etc.) may emerge as a market leader in high performance networking. In this case, a layering of NDTP on top of a new hardware accelerated transport would permit NDTP servers to deliver greatly increased transaction rates. Even with the use of a hardware accelerated transport layer, however, the only benefit to a typical NDTP client would be lower cost of service due to cheaper NDTP server platform requirements. On the flip side, NDTP clients could likely still use a cheaper software implementation of the new transport because of individual clients' modest performance demands.

As can be seen, the Network Distributed Tracking Protocol is a networking protocol that runs on top of any stream (e.g. TCP) or datagram (e.g. UDP) network transport layer. The goal of NDTP is to support a network service that efficiently manages mappings from each individual key string, an identifier, to an arbitrary set of strings, locations.

NDTP permits protocol participating clients to add and remove identifier/location associations, and request the current set of locations for an identifier from protocol servers.

NDTP is designed for use in the larger context of a distributed data collection. As such, it supports an architecture, in which information about where data associated with particular application entities, can be managed and obtained independently of the data itself. One way to understand this is as a highly dynamic DNS for data. DNS maintains a mapping between names and machines. NDTP and its associated servers maintain a mapping between entity identifiers and data locations. The identifier/location mapping maintained by NDTP servers is much more dynamic (more frequent updates), than the domain name/IP address mapping maintained by DNS. NDTP is designed to support very fast, very diverse, and very large scale mapping manipulations.

Regardless of the expected system context of NDTP in a distributed data collection, those skilled in the art will appreciate that NDTP can be used for any application in which one-to-zero or one-to-many associations among strings are to be maintained and accessed on a network. In applications of NDTP other than distributed databases, the term identifier is likely to make sense in most cases, but the term location may not. In any context, however, although NDTP supports identifier and location strings of up to $2^{32}-4$ bytes in length, it is a general assumption that the strings are typically short.

Those skilled in the art will note that the invention provides for the management and manipulation of indices and their associated relationships.

Even more importantly, it is the manipulation of dynamic and spontaneous relationships between indices and locations, not the indices and locations, that is the core significance. The Network Distributed Tracking Protocol was written to manipulate these relationships, of which indices (identifiers) and locations are components of the aggregate solution.

It is to be understood that a wide range of changes and modifications to the embodiments described above will be apparent to those skilled in the art, and are contemplated. It is therefore intended that the foregoing detailed description be regarded as illustrative, rather than limiting, and that it be understood that it is the following claims, including all equivalents, that are intended to define the spirit and scope of the invention.

We claim:

1. A method for retrieving data location information for data stored in a distributed network, comprising the steps of:

a) receiving at a first data query for retrieving data associated with an identification string, wherein the data is stored at a data repository and wherein a location string associated with the identification string of the data is stored in at least one of a plurality of data location servers;

b) transmitting a data location request from the first client to a server to retrieve the location string associated with the identification string in the data query, the data location request including the identification string;

c) if the server is not a data location server, then operating the server as a next client and transmitting the data location request from the next client to a server logically associated with the next client;

d) repeating c) until the data location request is transmitted to a data location server, wherein a communication path is defined between the first client and the data location server; and

e) if the data location server does not possess the location string, transmitting a redirect message to the first client over the communication path, the redirect message containing information with which the first client is configured to determine a location of a second data location server, wherein the second data location server contains the location string.

**2**. The method of claim **1**, wherein transmitting the redirect message comprises transmitting a data location server table to the first client.

**3**. The method of claim **2**, further comprising:

f) calculating at the first client the location of the second data location server with a function commonly known to the data location server and the first client and based on the identification string and the data location server table.

**4**. The method of claim **3**, wherein the function comprises a hash function and wherein the first client applies the hash function to the identification string and the data location server table to obtain the location of the second data location server.

**5**. The method of claim **1**, wherein transmitting the redirect message comprises transmitting a function to the first client.

**6**. The method of claim **5**, further comprising:

f) calculating at the first client the location of the second data location server with the transmitted function.

**7**. The method of claim **6**, wherein calculating at the first client the location of the second data location server comprises applying the transmitted function to the identifier string.

**8**. The method of claim **7**, wherein applying the transmitted function generates a URL of the second data location server.

**9**. The method of claim **1**, wherein a length of the identification string and the location string each is variable.

**10**. A method for retrieving data location information for data stored in a distributed network, comprising the steps of:

a) receiving at a first client a data query for retrieving data associated with an identification string, wherein the data is stored at a data repository in the distributed network and wherein a location string associated with the identification string of the data is stored in at least one of a plurality of data location servers;

b) transmitting a data location request from the first client to a first data location server to retrieve the location string associated with the identification string in the data query, the data location request including the identification string;

c) if the first data location server does not possess the location string, transmitting a redirect message to the first client, the redirect message containing information for use by the first client to calculate a location of a second data location server, wherein the second data location server contains the location string;

d) calculating the location of the second data location server at the first client; and

e) transmitting the data query from the first client to the second data location server.

**11**. The method of claim **10**, wherein transmitting the redirect message comprises transmitting a data location server table to the first client.

**12**. The method of claim **11**, wherein calculating the location of the second data location server comprises calculating the location of the second data location server with

a function commonly known to the first data location server and the first client and based on the data location server table and the identification string.

**13**. The method of claim **12**, wherein the function comprises a hash function and wherein the first client applies the hash function to the identification string and the data location server table to obtain the location of the second data location server.

**14**. The method of claim **10**, wherein transmitting the redirect message comprises transmitting a function to the first client.

**15**. The method of claim **14**, wherein calculating at the first client the location of the second data location server comprises applying the transmitted function to the identifier string.

**16**. The method of claim **15**, wherein applying the transmitted function generates a URL of the second data location server.

**17**. A system for retrieving data location information for data stored in a distributed network, the system comprising:

a plurality of data repositories configured to store data, wherein the data is associated with a respective identifier string in each data repository;

a data location sewer network having a plurality of data location servers, each of the plurality of data location servers containing location strings associated with respective identifier strings and each of the plurality of data location servers having computer executable code configured to execute the following steps:

in response to receiving a data location request from a client to retrieve a location string associated with an identification string provided in the data location request, transmitting a redirect message to the client if the identification string is not associated with a location string at the data location server, wherein the redirect message contains information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string.

**18**. A system for retrieving data location information for data stored in a distributed network, the system comprising:

a data repository configured to store data, wherein the data is associated with an identifier string;

a client responsive to a data query to query a data location server for location information associated with the identifier string;

a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string, wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client:

if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string;

if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data

location servers, wherein the different data location server contains the location string.

**19**. The system of claim **18**, wherein the client and the plurality of data location servers each comprise a function commonly known to the client and the plurality of data location servers and wherein the client is configured to apply the commonly known function to the location information or redirect information.

**20**. The system of claim **19**, wherein the redirect message comprises a data location server table.

**21**. The system of claim **20**, wherein the commonly known function comprises a hash function and wherein the client is configured to apply the hash function to the identification string and the data location server table to obtain the location of the different data location server.

**22**. The system of claim **19**, wherein the redirect message comprises a transmitted function for use by the client.

**23**. The system of claim **22**, wherein the client is configured to calculate the location of the different data location server by applying the transmitted function to the identifier string.

**24**. The system of claim **18**, wherein the location information comprises a portion of a hash table distributed over the plurality of data location servers.

**25**. The system of claim **18**, further comprising a plurality of servers related in a logical hierarchy between the client and the data location servers, wherein each of the plurality of servers is configured to function as a next client and retransmit the data location request to a next logically associated server until a data location server receives the data location request.

\* \* \* \* \*

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.       : 7,103,640 B1                             Page 1 of 1
APPLICATION NO. : 09/661222
DATED            : September 5, 2006
INVENTOR(S)     : John K. Overton and Stephen W. Bailey

      It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On Title Page, Item (60) Pat No. 7,103,640 B1, Related to U.S. Application Data should be changed from:

    "Provisional application No. 60/153,709, filed on Sep. 14, 1999."; to

    --U.S. Provisional App. No. 60/153,709, filed Sep. 14, 1999, and U.S. Pat. App. No. 09/111,896, filed Jul 8, 1998.--

Signed and Sealed this

Third Day of April, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

KovelO Compl. Ex. 4

# Exhibit 5

KoveIO Compl. Ex. 5



US007233978B2

(12) **United States Patent**
Overton et al.

(10) Patent No.: **US 7,233,978 B2**
(45) Date of Patent: **Jun. 19, 2007**

(54) **METHOD AND APPARATUS FOR MANAGING LOCATION INFORMATION IN A NETWORK SEPARATE FROM THE DATA TO WHICH THE LOCATION INFORMATION PERTAINS**

(75) Inventors: **John K. Overton**, Chicago, IL (US); **Stephen W. Bailey**, Andover, MA (US)

(73) Assignee: **Econnectix, LLC**, Chicago, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 810 days.

(21) Appl. No.: **09/872,736**

(22) Filed: **Jun. 1, 2001**

(65) **Prior Publication Data**

US 2002/0032787 A1      Mar. 14, 2002

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/661,222, filed on Sep. 13, 2000, now Pat. No. 7,103,640, and a continuation-in-part of application No. 09/503,441, filed on Feb. 14, 2000, now abandoned, and a continuation-in-part of application No. 09/367,461, filed on Aug. 13, 1999, now abandoned, and a continuation-in-part of application No. 09/111,896, filed on Jul. 8, 1998, now abandoned.

(60) Provisional application No. 60/277,408, filed on Mar. 19, 2001, provisional application No. 60/209,070, filed on Jun. 2, 2000.

(51) Int. Cl.
*G06F 15/16* (2006.01)

(52) U.S. Cl. ........................ **709/217**; 709/226; 709/232

(58) Field of Classification Search ................ 718/105; 709/203, 206, 217, 207, 223, 226, 230, 232, 709/235, 241, 242
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,553,261 A    11/1985  Froessl
4,636,858 A    1/1987  Hague
(Continued)

FOREIGN PATENT DOCUMENTS

EP        0 568 161 A1    1/1992
(Continued)

OTHER PUBLICATIONS

Communication relating to the results of the Partial International Search Report for PCT Application No. PCT/US01/18013 dated Apr. 15, 2002.

(Continued)

*Primary Examiner*—Paul H. Kang
(74) *Attorney, Agent, or Firm*—Brinks Hofer Gilson & Lione

(57) **ABSTRACT**

A system and method for storing and retrieving location information across a network is disclosed. The system and method utilize a transfer protocol configured to transport an identifier/location relationship to allow one or more locations to be associated with an identifier in the location store of a location server, where the identifier represents a unique entity and the location represents a location of data pertaining to the identifier. The location server contains programming logic operative to provide responses to location queries and capable of scaling a plurality of location servers according to system performance and logistical requirements.

**31 Claims, 17 Drawing Sheets**



KovelO Compl. Ex. 5

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,728,978 | A | 3/1988 | Inoue et al. |
| 4,800,488 | A | 1/1989 | Agrawal et al. |
| 4,825,406 | A | 4/1989 | Bean et al. |
| 4,835,372 | A | 5/1989 | Gombrich et al. |
| 4,914,571 | A | 4/1990 | Baratz et al. |
| 5,008,700 | A | 4/1991 | Okamoto |
| 5,124,814 | A | 6/1992 | Takahashi et al. |
| 5,193,185 | A | 3/1993 | Lanter |
| 5,208,623 | A | 5/1993 | Takahashi |
| 5,291,399 | A | 3/1994 | Chaco |
| 5,319,401 | A | 6/1994 | Hicks |
| 5,347,600 | A | 9/1994 | Barnsley |
| 5,384,643 | A | 1/1995 | Inga et al. |
| 5,414,841 | A | 5/1995 | Bingham et al. |
| 5,455,648 | A | 10/1995 | Kazami |
| 5,475,817 | A | 12/1995 | Waldo et al. |
| 5,479,654 | A | 12/1995 | Squibb |
| 5,499,113 | A | 3/1996 | Tsuboi |
| 5,522,077 | A | 5/1996 | Cuthbert et al. |
| 5,537,547 | A | 7/1996 | Chan et al. |
| 5,550,981 | A | 8/1996 | Bauer et al. |
| 5,551,027 | A | 8/1996 | Choy et al. |
| 5,557,790 | A | 9/1996 | Bingham et al. |
| 5,560,005 | A | 9/1996 | Hoover et al. |
| 5,576,952 | A | 11/1996 | Stutman et al. |
| 5,579,067 | A | 11/1996 | Wakabayashi |
| 5,610,653 | A | 3/1997 | Abecassis |
| 5,617,570 | A | 4/1997 | Russell et al. |
| 5,625,841 | A | 4/1997 | Dawkins et al. |
| 5,649,247 | A | 7/1997 | Itoh et al. |
| 5,664,170 | A | 9/1997 | Taylor |
| 5,669,029 | A | 9/1997 | Fyson et al. |
| 5,724,575 | A | 3/1998 | Hoover et al. |
| 5,740,428 | A | 4/1998 | Mortimore et al. |
| 5,764,889 | A | 6/1998 | Ault et al. |
| 5,764,906 | A | 6/1998 | Edelstein et al. |
| 5,774,670 | A | 6/1998 | Montulli |
| 5,781,725 | A | 7/1998 | Saito |
| 5,784,565 | A | 7/1998 | Lewine |
| 5,802,518 | A | 9/1998 | Karaev et al. |
| 5,809,161 | A | 9/1998 | Auty |
| 5,809,331 | A | 9/1998 | Staats et al. |
| 5,809,495 | A | 9/1998 | Loaiza |
| 5,813,006 | A | 9/1998 | Polnerow et al. |
| 5,848,246 | A | 12/1998 | Gish |
| 5,864,482 | A | 1/1999 | Hazama |
| 5,872,973 | A | 2/1999 | Mitchell et al. |
| 5,875,302 | A | 2/1999 | Obhan |
| 5,903,889 | A | 5/1999 | de la Huerga et al. |
| 5,907,837 | A | 5/1999 | Ferrel et al. |
| 5,913,210 | A | 6/1999 | Call |
| 5,915,240 | A | 6/1999 | Karpf |
| 5,918,214 | A | 6/1999 | Perkowski |
| 5,920,702 | A | 7/1999 | Bleidt et al. |
| 5,940,844 | A | 8/1999 | Cahill et al. |
| 5,950,173 | A | 9/1999 | Perkowski |
| 5,961,610 | A | 10/1999 | Kelly et al. |
| 5,966,705 | A | 10/1999 | Koneru et al. |
| 5,974,124 | A | 10/1999 | Schlueter, Jr. et al. |
| 5,974,409 | A | 10/1999 | Sanu et al. |
| 5,978,773 | A | 11/1999 | Hudetz et al. |
| 5,987,519 | A | 11/1999 | Peifer et al. |
| 5,995,965 | A | 11/1999 | Experton |
| 6,032,175 | A | 2/2000 | Fletcher et al. |
| 6,047,332 | A | 4/2000 | Viswanathan et al. |
| 6,055,544 | A | 4/2000 | DeRose et al. |
| 6,058,193 | A | 5/2000 | Cordery et al. |

| | | | | |
|---|---|---|---|---|
| 6,092,189 | A | 7/2000 | Fisher et al. | |
| 6,108,787 | A | 8/2000 | Anderson et al. | |
| 6,131,095 | A | 10/2000 | Low et al. | |
| 6,154,738 | A | 11/2000 | Call | |
| 6,188,766 | B1 | 2/2001 | Kocher | |
| 6,201,931 | B1 | 3/2001 | Cipolla et al. | |
| 6,202,070 | B1 | 3/2001 | Nguyen et al. | |
| 6,209,095 | B1 | 3/2001 | Anderson et al. | |
| 6,212,280 | B1 | 4/2001 | Howard, Jr. et al. | |
| 6,377,986 | B1 | 4/2002 | Philyaw et al. | |
| 6,418,441 | B1 | 7/2002 | Call | |
| 6,438,652 | B1 * | 8/2002 | Jordan et al. | 711/120 |
| 6,463,454 | B1 * | 10/2002 | Lumelsky et al. | 718/105 |
| 6,466,980 | B1 * | 10/2002 | Lumelsky et al. | 709/226 |
| 6,578,068 | B1 * | 6/2003 | Bowman-Amuah | 709/203 |
| 6,711,408 | B1 * | 3/2004 | Raith | 455/440 |
| 2002/0112048 | A1 | 8/2002 | Gruyer et al. | |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 889 422 A2 | 1/1999 |
| EP | 0 919 912 A2 | 6/1999 |
| WO | WO 86/05610 | 9/1986 |
| WO | WO 98/15910 | 4/1998 |
| WO | WO 98/00624 | 7/1998 |
| WO | WO 98/31138 | 7/1998 |
| WO | WO 00/03526 | 1/2000 |

## OTHER PUBLICATIONS

Bourke D G et al: "Programmable Module and Circuit for Machine-Readable Unique Serial Number" IBM Technical Disclosure Bulletin, vol. 27, No. 4A, Sep. 1, 1984 pp. 1942-1944.

Kleinholz L et al: "Supporting Cooperative Medicine: The Bermed Project" IEEE Multimedia, vol. 1, No. 4, Dec. 21, 1994 pp. 44-53.

"Method for Network Naming and Routing" IBM Technical Disclosure Bulletin, vol. 37, No. 9, Sep. 1, 1994 p. 255.

"Minimizing Locking To Access Global Shared Data", IBM Technical Disclosure Bulletin, pp. 619-622, Feb. 1995.

"A robust software barcode reader using the Hough transform", Muniz, R., Junco, L.; Otero, A., Abstract, 1999 Int'l Conf. On Information Intelligence and Systems (Oct. 31 to Nov. 3, 1999).

"In-Fab identification of silicon wafers with clean, laser marked barcodes", Fresonke, D., Abstract, 1994 IEEE/Semi Advanced Semiconductor Manufacturing Conference and Workshop (Nov. 14 to Nov. 16, 1994).

"Applications of barcode technology in automated storage and retrieval systems", Sriram, T.; Vishwanatha Rao, K.; Biswas, S.; Ahmed, Abstract, Proceedings of the 1996 IEEE IECON 22nd Int'l Conf. On Industrial Electrodes (Aug. 5 to Aug. 10, 1996).

Claims for U.S. Appl. No. 09/111,896, filed Jul. 8, 1998 entitled System And Method For Establishing And Retrieving Data Based On Global Indices.

Claims for U.S. Appl. No. 09/503,441, filed Feb. 14, 2000 entitled Automated Image Archiving System.

Claims for U.S. Appl. No. 09/367,461, filed Aug. 13, 1999 entitled Automated Image Archiving System.

Callaghan V L et al., "Structures and Metrics for Image Storage and Interchange" Journal of Electronic Imaging, vol. 2, No. 2, Apr. 1, 1993, pp. 126-137.

"Method for Network Naming and Routing" IBM Technical Disclosure Bulletin, vol. 37, No. 9, Sep. 1, 1994, p. 255.

"Service Location in an Open Distributed Environment," Beitz et al., Second International Workshop on Services in Distributed and Networked Environments, IEEE Comput. Soc., Jun. 1995, pp. 28-34.

Baer, Tony, "Tales from the Network", Computerworld Healthcare Journal, www.computerworld.com/news/1996/story/0,11280,14557,00.html, pp. 1-9, Oct. 1, 1996.

* cited by examiner

# FIG. 1



KoveIO Compl. Ex. 5

# FIG. 2



# FIG. 3



KoveIO Compl. Ex. 5

# FIG. 4

APPLICATION
SERVER
MESSAGES

COMMUNICATION
NETWORK

CLIENT
MESSAGES

PROTOCOL    34

LOGGING    46

LOCATION
STORE
(RAM)    36

DISK    38

12

# FIG. 5



SERVER₁    12

50

SERVER₀    12

SERVER₂    12

SERVER₄    12

SERVER₃    12



FIG. 6

KoveIO Compl. Ex. 5



FIG. 7

USE OF REQUEST IDENTIFIERS

CLIENT 14     SERVER 12

60    REQ, ID = 1000    64

60    REQ, ID = 2000    64

62    RSP, ID = 2000

62    RSP, ID = 1000

FIG. 8

NDTP STRING FORMAT

0

0 1 2 3 4 5 6 7 8 9

1

0 1 2 3 4 5 6 7 8 9

2

0 1 2 3 4 5 6 7 8 9

3

0 1

LENGTH (n)   66

DATA   68

PADDING   70

BYTE n-1



FIG. 9

NDTP_GET FORMAT

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
```

NDTP_GET (2)     RESERVED

NDTP REQUEST IDENTIFIER

STRING AREA LENGTH (ROUND4(n) + 4)

IDENTIFIER LENGTH (n)

IDENTIFIER DATA    74

IDENTIFIER BYTE n-1    PADDING

FIG. 10

NDTP_GET_RSP FORMAT

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
```

NDTP_GET_RSP (3)     RESERVED

NDTP REQUEST IDENTIFIER

STRING AREA LENGTH (ROUND4(n0) + 4 + ... + ROUND4(nm) + 4)

Location0 LENGTH (n0)

Location0 DATA    78

Location0 BYTE n-1    Padding0

LOCATION 1
...

LOCATIONm BYTE n-1    PADDINGm



# FIG. 11

NDTP_PUT FORMAT

| 0 1 2 3 4 5 6 7 | 8 9 0 1 | 2 3 4 5 6 7 8 9 | 0 1 2 3 4 5 6 7 8 9 | 0 1 |
|---|---|---|---|---|

NDTP_PUT (4)    RESERVED

NDTP REQUEST IDENTIFIER

STRING AREA LENGTH (ROUND4(n) + 4 + ROUND4(m) + 4)

IDENTIFIER LENGTH (n)

IDENTIFIER DATA   <u>82</u>

IDENTIFIER PADDING

LOCATION BYTE n-1    LOCATION LENGTH (m)

LOCATION DATA   <u>84</u>

LOCATION BYTE m-1    LOCATION PADDING

80

# FIG. 12

NDTP_PUT_RSP FORMAT

| 0 1 2 3 4 5 6 7 | 8 9 0 1 | 2 3 4 5 6 7 8 9 | 0 1 2 3 4 5 6 7 8 9 | 0 1 |
|---|---|---|---|---|

NDTP_PUT_RSP (5)    RESERVED

NDTP REQUEST IDENTIFIER

STRING AREA LENGTH (0)

86

KoveIO Compl. Ex. 5



FIG. 13

NDTP_DEL FORMAT

| 0 | 1 | 2 | 3 |
|---|---|---|---|
| 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 | | | |

NDTP_DEL (6) | RESERVED

NDTP REQUEST IDENTIFIER

STRING AREA LENGTH (ROUND4(n) + 4 + ROUND4(m) + 4)

IDENTIFIER LENGTH (n)

IDENTIFIER DATA    90

LOCATION BYTE n-1 | IDENTIFIER PADDING

LOCATION LENGTH (m)

LOCATION DATA    92

LOCATION BYTE m-1 | LOCATION PADDING

FIG. 14

NDTP_DEL_RSP FORMAT

| 0 | 1 | 2 | 3 |
|---|---|---|---|
| 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 | | | |

NDTP_DEL_RSP (7) | RESERVED

NDTP REQUEST IDENTIFIER

STRING AREA LENGTH (0)

# FIG. 15

NDTP_UPD FORMAT

| 0 1 2 3 4 5 6 7 | 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 |
|---|---|
| 0 | 1       2       3 |

93

| NDTP_UPD (9) | RESERVED |
|---|---|
| | NDTP REQUEST IDENTIFIER |
| | STRING AREA LENGTH (ROUND4(o) + 4 ROUND4(n) + 4 + ROUND4(m) + 4) |
| | IDENTIFIER LENGTH (m) |
| | IDENTIFIER DATA    96 |
| LOCATION BYTE m-1 | IDENTIFIER PADDING |
| | LOCATION LENGTH (n) |
| | LOCATION DATA    97 |
| LOCATION BYTE n-1 | LOCATION PADDING |
| | IDENTIFIER LENGTH (o) |
| | LOCATION DATA    98 |
| LOCATION BYTE o-1 | LOCATION PADDING |

95

KovelO Compl. Ex. 5



FIG. 16

NDTP_UPD_RSP FORMAT

# FIG. 17A

| 0 | 1 | 2 | 3 |
|---|---|---|---|
| 0 1 2 3 4 5 6 7 8 9 | 0 1 2 3 4 5 6 7 8 9 | 0 1 2 3 4 5 6 7 8 9 | 0 1 |

101

| |
|---|
| NDTP_RDR_RSP (8) | RESERVED |
| NDTP REQUEST IDENTIFIER |
| HASH LIST LENGTH (ROUND4(n0) + 4 + ... + ROUND4(nm) + 4) |
| REPLICATION SET LIST 0 LENGTH (ROUND4(n0) + 4 + ... + ROUND4(nm) + 4) |
| NDTP SERVER URL0 LENGTH (n0) |
| NDTP SERVER URL0 DATA |
| URL0 BYTE nm-1 | PADDING 0 |
| NDTP SERVER URL1 |
| ... |
| URLm BYTE nm-1 | PADDING |
| REPLICATION SET LIST 1 LENGTH (ROUND4(n0) + 4 + ... + ROUND4(nm) + 4) |
| REPLICATION SET LIST 1 DATA |
| ... |
| REPLICATION SET LIST m BYTE nm-1 | PADDING |

# FIG. 17B





FIG. 18

FIG. 19

FIG. 20

# FIG. 21

NETWORK DISTRIBUTED TRACKING
DISTRIBUTED RECORD RETRIEVAL



FIG. 22

FIG. 23



FIG. 24

KovelO Compl. Ex. 5

# FIG. 25



# FIG. 26



KoveIO Compl. Ex. 5

1

# METHOD AND APPARATUS FOR MANAGING LOCATION INFORMATION IN A NETWORK SEPARATE FROM THE DATA TO WHICH THE LOCATION INFORMATION PERTAINS

## RELATED APPLICATIONS

This application claims the benefit of provisional patent application Ser. No. 60/209,070 filed Jun. 2, 2000 and provisional application Ser. No. 60/277,408 filed Mar. 19, 2001; and this application is a continuation-in-part of each of the following non-provisional U.S. patent applications: application Ser. No. 09/661,222 entitled NETWORK DIS-TRIBUTED TRACKING WIRE TRANSFER PROTO-COL, filed on Sep. 13, 2000 now U.S. Pat. No. 7,103,640; application Ser. No. 09/503,441 entitled AUTOMATED SYSTEM FOR IMAGE ARCHIVING, filed Feb. 14, 2000 now abandoned; application Ser. No. 09/367,461 entitled AUTOMATED SYSTEM FOR IMAGING ARCHIVING, filed Aug. 13, 1999 now abandoned; and application Ser. No. 09/111,896 entitled SYSTEM AND METHOD FOR ESTABLISHING AND RETRIEVING DATA BASED ON GLOBAL INDICES, filed on Jul. 8,1998 now abandoned, wherein the entirety of each of these provisional and non-provisional applications is incorporated herein by reference.

## FIELD OF THE INVENTION

This invention relates generally to the storage and retrieval of information, and in particular, to a system and method for managing global search and retrieval of information across a network.

## BACKGROUND

Data records can reside in many different places. In existing retrieval systems and methods, a client seeking information sends a request to a server. Typically, only files that are registered with that server are returned. Disadvantageously, the search is also usually restricted to a local, identified system. The search is thus conducted only where the server knows in advance to look.

Another disadvantage of known retrieval systems is the difficulty in accessing data in different forms. Current retrieval systems are typically designed to search for data in limited forms. One example is where a client requests files based on a subject, like a person's name. Search results for this type of search may only retrieve text files of peoples' names. Another problem in current retrieval systems is that the client may receive text and image files in the search results, but cannot seamlessly access the image files. Yet another problem in current retrieval systems is that video and sound files related to the request may not even be found in the search results. For example, a doctor might be able to retrieve medical records on a specific patient, but cannot view MRI or X-Ray results associated with that record.

A distributed database is one where data is stored and retrieved among multiple machines connected by a network. Typically, each machine in which some portion of the data in a distributed database may reside is called an application server. One commonly asked question in an application server environment is: Where is data associated with a particular entity in a distributed database? The data location is a key question when a distributed database has highly dynamic, and even spontaneous, data distribution properties.

2

In networked environments where there are a large number of data repositories and any particular entity does not have data in all of the data repositories, a mechanism is needed that would permit queries to be directed only at data repositories with relevant information. It would also be beneficial to permit membership in the set of data repositories itself to be highly dynamic. Such a system would support on-the-fly addition and removal of data repositories from the topology of a distributed database seamlessly and without the need to reprogram the database.

Another challenge faced in networked environments is scaling system capabilities in a manner sufficient to handle variable demand for resources. A system and method for scaling resources to accommodate demands for those resources is also desirable.

## BRIEF SUMMARY

In view of the above, the invention provides a system and method for managing data, using a transfer protocol, in a network environment. According to one aspect of the invention, a system for managing location information and providing location information to data location queries comprises a transfer protocol configured to manipulate an identifier, and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each data location specifies a location of data in a network pertaining to the entity. The system also includes a location server containing location information corresponding to at least one entity that is formatted according to the transfer protocol, where the location of data relates to an application server in the network. The system further includes programming logic stored on the location server that is responsive to a location query identifying a desired entity to return a location message. The location message includes one or more locations associated with the desired entity.

According to another aspect of the invention, a method of handling location queries in a network having a plurality of location servers containing location information correlating each of a plurality of unique identifiers with at least one location is disclosed. The method includes receiving a location query from a client requesting the location of data relevant to an entity identified in the query. The queried location server sends a location response message to the client if the queried location server contains information relevant to the entity identified in the query. The location server sends a redirect message to the client if it does not contain location information relevant to the entity identified in the query, where the redirect message comprising a list of location servers containing information relevant to the entity identified in the query.

In another aspect of the invention, a method of scaling at least one of location server capacity and transaction rate capability in a system for storing and retrieving location information over a network using a transfer protocol is disclosed. The method includes providing a transfer protocol configured to transport and manipulate an identifier and a location, the location specifying the location of data in the network corresponding to the identifier, and providing a first location server storing location information formatted according to the transfer protocol. Upon receipt of an identifier and location from a first client, where the location represents a location of an application server in the network containing data stored by the first client related to an entity represented by the identifier, the location is stored in a location store at the first location server. A portion of the

KoveIO Compl. Ex. 5

identifiers and respective location associations in the first location server are transferred to a second location server when a performance criterion of the first location server reaches a predetermined performance limit.

According to another aspect of the invention a database is disclosed. The database includes a computer readable medium containing a plurality of index designations, where each index designation represents one of a plurality of identifiers, and where each identifier uniquely identifies an entity. The database also contains a plurality of locations, where each of the locations is associated with at least one of the plurality of index designations and represents a location of information relevant to an identifier represented by an index designation. A location store having a table containing the plurality of index designations and associated locations is stored in the computer readable medium, as well as an indexing function operative to map each of the plurality of identifiers to a respective one of the plurality of index designations.

These and other features and advantages of the invention will become apparent upon a review of the following detailed description of the presently preferred embodiments of the invention, when viewed in conjunction with the appended drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a system block diagram according to a preferred embodiment.

FIG. 2 is a block diagram of a location suitable for use in the system of FIG. 1.

FIG. 3 is a block diagram of an alternative embodiment of the location of FIG. 2.

FIG. 4 is a block diagram of an NDTP server suitable for use in the system of FIG. 1.

FIG. 5 is a block diagram of an NDTP server topology according to a preferred embodiment.

FIG. 6 is a block diagram of an alternative NDTP server topology.

FIG. 7 is an example of multiple outstanding protocol requests.

FIG. 8 is a layout of one presently preferred string format.

FIG. 9 is a layout of one presently preferred NDTP_GET message.

FIG. 10 is a layout of one presently preferred NDTP_GET RSP message.

FIG. 11 is a layout of one presently preferred NDTP_PUT message.

FIG. 12 is a layout of one presently preferred NDTP_PUT_RSP message.

FIG. 13 is a layout of one presently preferred NDTP_DEL message.

FIG. 14 is a layout of one presently preferred NDTP_DEL_RSP message.

FIG. 15 is a layout of one presently preferred NDTP_UPD message.

FIG. 16 is a layout of one presently preferred NDTP_UPD_RSP message.

FIG. 17 is a layout of one presently preferred NDTP_RDR_RSP message, where FIG. 17(a) shows a server table layout, and FIG. 17(b) shows a redirect function layout.

FIG. 18 is a system diagram showing an NDTP server constellation configuration and exemplary data flow paths.

FIG. 19 is a system diagram showing a client-centric NDTP server constellation approach for redirection.

FIG. 20 is a system diagram showing a server-centric NDTP server constellation approach for redirection.

FIG. 21 is a system block diagram showing a multi-server implementation environment of the transfer protocol of the invention.

FIG. 22 is a block diagram of a splitting process in an NDTP server cluster.

FIG. 23 illustrates an embodiment of a content management/object management system configuration incorporating an NDTP server network.

FIG. 24 illustrates an embodiment of a vehicle tracking system incorporating an NDTP server.

FIG. 25 illustrates an embodiment of a mobility management application incorporating an NDTP server.

FIG. 26 illustrates an embodiment of a location store format for the NDTP server of FIG. 25.

## DETAILED DESCRIPTION OF THE PRESENTLY PREFERRED EMBODIMENTS

The following terms are used to describe the operation of the presently preferred distributed database system. A network distributed tracking protocol (NDTP) is a transfer protocol having the capability to manipulate location information used to efficiently track the location of information associated with an individual entity in the distributed database system. An "entity identifier" or an "identifier" is a unique encoding, which may be a string in one embodiment, with which zero or more data location specifiers are associated in an NDTP server. A "data location" or "location" is an encoding, for example a string, that is a member of a set of associations with an identifier in an NDTP server. An "NDTP client" or a "client" is a network-attached component that initiates add, delete, lookup and update of identifier/location mappings, or associations, from an NDTP server with NDTP request messages. An "NDTP server" or a "server" is a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to NDTP request messages from clients. The term "Network Byte Order" is the ordering of bytes that compose an integer of larger than a single byte as defined in the Internet Protocol (IP) suite. Preferably, Network Byte Order specifies a big-endian, or most significant byte first, representation of multibyte integers. In this specification a byte is preferably composed of eight bits.

FIG. 1 shows one basic topology of a preferred network 10 implementing a preferred embodiment of the distributed database system. The distributed database system 10 includes at least one NDTP server 12, at least one client 14, and, in one embodiment, an application server 16. An application server 16 is deployed for given purposes, such as a distributed database, instant messaging, phone routing, distributed content management, geo-location services and etc. As will be explained in greater detail below, the distributed database system preferably allows clients 14 to efficiently locate information through queries to the NDTP servers 12. Using the NDTP protocol, the NDTP servers maintain location information in the form a list of location associations with an entity. The location may be address information for the application server(s) containing information relevant to the identifier or address information for the application server(s) through which data relevant to the identifier may be accessed. In one embodiment, when a client queries the NDTP server for information pertaining to an entity, the NDTP server preferably returns a list of all locations for the specified entity. The client then can directly access the various locations, relieving the NDTP server of any further involvement in the transaction and allowing the NDTP server to handle more queries.

Alternatively, the location may also be one or more pieces of data identifying the physical location of the entity identified by the identifier. In embodiments where the location on the NDTP server is a physical location of the entity identified by the identifier (e.g. a geo-location service), no application servers 16 may be necessary because the location information on the NDTP server(s) may be the endpoint of the client query.

When the locations returned by an NDTP server to a client are of address information of one or more application servers, these application servers 16 may be any type of mechanism accessible by a client system. As shown in FIG. 2, a location, such as an application server 16 containing a location-enabled service or router table, may include an NDTP application 18 for receiving and reporting NDTP references. The application server 16 running the location-enabled service or router table preferably supports the client-server interactions. Any of a number of existing location-enabled services, such as Universal Resource Identifier (URI)—Universal Resource Locator (URL) mappings in distributed content management, or router table formats may be operated on the application server 16.

FIG. 3 illustrates an embodiment where the location is a data repository 24 composed of an application server 22 and an NDTP application 20 associated with a persistent storage mechanism 26 such as a disk drive, for managing client-server interaction. In an alternative embodiment, the location in FIG. 2 may consist of a routing table on the application server 16. In this alternative embodiment, the NDTP application 18 performs location interactions and the routing table routes services to appropriate destinations. Similarly, the client 14 may be any mechanism capable of communicating with the NDTP server. For example, a client 14 may consist of a PC-based computer, computer network, personal digital assistant (PDA), telephone, car messaging center, and so on.

The NDTP server 12 illustrated in FIG. 1 is preferably a network server configured to answer the question: Where is data associated with a particular entity in a distributed database system? This is in contrast to the question of what is the data associated with a particular entity in the distributed database system that must be answered by a typical distributed database mechanism. The NDTP server is built upon a location store data structure. Large databases store large amounts of data, but the NDTP server is only concerned with the location of that data, rather than the endpoint referent data itself.

Referring to FIG. 4, the NDTP server 12 includes a network front end 34, RAM storage 36, and non-volatile storage 38. The non-volatile storage 38 may be a disk drive that is in communication with, or integral with, the NDTP server hardware. The network front end 34 includes a memory manager that is preferably logic operative to divide a large contiguous memory area into small, fixed sized chunks, for example 128 octets. These fixed sized chunks are used to build both strings, with linked lists of chunks used to represent strings that do not fit within a single chunk, and mapping lists, with linked lists of chunks to represent mapping lists that have more elements than fit in a single chunk. The network front end also includes a transaction protocol, such as transaction control protocol/Internet protocol (TCP/IP). The NDTP server 12 preferably maintains the state of its mappings in the non-volatile storage 38. An indexed location store is maintained in RAM 36 that contains a table of index designations, where the identifiers are mapped to one or more locations in the location store. The indexed location store may be indexed by a table imple-

mented through an efficient function, such as hash function, b-tree function or t-tree function. Additionally, an NDTP server map identifying any other NDTP server locations for the specific network and the set of associations contained in each respective NDTP server is maintained in RAM, persistent storage, or preferably both RAM and persistent storage.

In one embodiment, a NDTP server 12 will read the state of its mapping sets from disk storage to service requests from clients, and once it starts servicing requests, the only action it will perform to disk storage is to record each NDTP update transaction as it is processed. In other embodiments, the state of the NDTP server mapping sets may be maintained in RAM. In yet other embodiments, the server mapping sets are maintained in RAM and persistent storage. The records written to the NDTP server log file refer to associations in the NDTP server location store using a pointer that defines a reference to an existing location. In one embodiment, the record looks like:

```
typedef struct ss_log_map {
    ss_i_t op;              /* opcode, LOG_MAP */
    ss_i_t rec;             /* rec pointer (previously allocated chunk */
    ss_i_t to;              /* to pointer (string) */
} ss_log_map_t;
```

The ss_i_t type is the natural unsigned integer for the platform on which the NDTP server is being run. For example, it is a 32-bit integer on Intel (IA32) platforms, and a 64-bit integer on UltraSPARC platforms.

If the NDTP_PUT results in extending the linked list of mapping pointers with a new memory chunk, the record is somewhat different:

```
typedef struct ss_log_new_map {
    ss_i_t op;              /* opcode, LOG_NEW_MAP */
    ss_i_t from;            /* from pointer (in string or rec) */
    ss_i_t rec;             /* rec pointer (new rec) */
    ss_i_t to;              /* to pointer (string) */
} ss_log_new_map_t;
```

The log record for an NDTP_DEL update is similar to the one for an NDTP_PUT;

```
typedef struct ss_log_unmap {
    ss_i_t op;
    ss_i_t from;            /* from pointer (key cstr) */
    ss_i_t to;              /* to pointer (data cstr) */
} ss_log_unmap_t;
```

Each time a new location is created in the NDTP server location store, a new string log file entry is written into the log file:

```
typedef struct ss_log_string {
    ss_i_t op;              /* opcode, LOG_STRING */
    ss_i_t len;
    ss_i_t chunks[ ];
    ss_log_str_t s;
} ss_log_string_t;
```

7

where the ss_log_str type is similar to the ndtp_str_t, except that the len field is an ss_i_t instead of a uint32_t:

```
typedef struct ss__log__str__t {
    ss__i__t len;
    uint8__t data[ ];
} ndtp__str__t;
```

The transactional nature of NDTP protocol means that the response to an update request is not returned until request has completed, including being committed to nonvolatile storage. The NDTP server 12 combines the log file writes of multiple NDTP update transactions by adding each log file record to a log file write buffer 46 until either the buffer becomes full, or the network front end requests that one or all log file write buffers 46 be flushed to disk. The NDTP server 12 preferably maintains more than one log file buffer so that its performance at high transaction rates becomes insensitive to the high latency of individual file write operations. To prevent unbounded log file growth, the NDTP server will periodically write its entire current state to a new log file, close the old log file, and then begin the update logging process in the new log file.

Implementing the NDTP protocol specified below, if there are a large number of data repositories and other types of application servers in a network and any particular entity does not have data in all of them, the NDTP server permits queries to be directed only at pertinent data repositories and application servers. The NDTP server also preferably permits membership in the set of repositories and application servers itself to be highly dynamic and even spontaneous. The NDTP server supports on-the-fly addition and removal of data repositories and application servers from its deployed topology.

The NDTP server 12 may be implemented on any of a number of standard computer platforms including, for example, PC-based platforms having 64 Megabytes of RAM, and a PENTIUM-type processor operating at 450 MHz on a 100 Mbit Ethernet connection. Additionally, as illustrated in FIGS. 5 and 6, the NDTP server may be a network of NDTP servers configured in any number of ways. For example, FIG. 5 illustrates a flat NDTP server topology using clustering, or a distributed topology using replication, where each of the NDTP servers 12 in the cluster may contain a different portion of a pool of associated identifier and location information. In another alternative embodiment, a hierarchical NDTP server topology, such as the NDTP server tree 52 shown in FIG. 6, may be utilized. In the NDTP server tree 52 topology, each node 54 may be an individual NDTP server 12, a cluster 50 of NDTP servers, an NDTP server tree or any combination of these arrangements.

Network Distributed Tracking Protocol (NDTP)

The Network Distributed Tracking Protocol (NDTP) efficiently tracks the location of data associated with an individual entity in a distributed database. NDTP is a transactional protocol, which means that each operation within NDTP consists of a request message from an NDTP client to an NDTP server, followed by an appropriate response message from the NDTP server to the NDTP client.

The NDTP server treats the identifier as an unstructured stream of octets, which is assumed to be unique to a particular entity. The precise structure of the NDTP identifier and the mechanism for ensuring its uniqueness are a function of the application in which the NDTP server is used. In a customer oriented application, the NDTP identifier might

8

be a unique customer identifier, for example, a Social Security Number, in either printable or binary integer form, as is appropriate to the application. NDTP also defines a location to specify an association with a particular identifier. Multiple connections of locations with identifiers may be used concurrently.

As with identifiers, the NDTP server treats locations as unstructured streams of octets. The structure of a location is a function of the application in which the NDTP server is used. For example, a location might be an Internet machine name, and a TCP/IP port number for a relational database server, or an HTTP Universal Resource Locator (URL), or some concatenation of multiple components.

The NDTP server efficiently maintains and dispenses one to many relationships between identifiers and locations. In other words, an identifier may be associated with any number of locations. In embodiments where the location information relates to locations of application servers containing data or routing information for finding data, the NDTP server is updated to indicate an association between the identifier and the application server's location when data for a particular identifier is added to an application server. When a query is performed for an identifier, the NDTP server supplies the set of application servers in which data may be found for that identifier.

General NDTP Mechanics

The protocol of the invention is designed to provide maximum transaction throughput from both the NDTP server and associated clients. The design goal is realized through two design principles:

1. NDTP messages should preferably be as short as possible to maximize the rate of NDTP transactions for a given network communication bandwidth.

2. NDTP messages should preferably be structured for efficient processing on existing machine architectures. Design Optimizations.

In keeping with other network protocol standards including TCP/IP, multioctet integer quantities in NDTP are preferably encoded using the big endian integer interpretation convention, as set forth above. In one embodiment, NDTP fields are preferably represented in binary format and aligned on 32-bit boundaries.

To overcome network latency, NDTP is designed to support asynchronous operation, where many requests may be sent to an NDTP server before a response from any of them is received.

Each NDTP message is preceded by a fixed size, 12-octet header, using the preferred data structure:

```
typedef struct ndtp__hdr {
    uint8__t op;              /* opcode */
    uint8__t pad[3];
    uint32__t id;             /* transaction identifier */
    uint32__t size;           /* total request size
                                 following the header */
} ndtp__hdr__t;
```

where:
op:
    NDTP message numerical operation code.

```
NDTP__GET:              get request
NDTP__GET__RSP:         get response
```

-continued

| | |
|---|---|
| NDTP_PUT: | put request |
| NDTP_PUT_RSP: | put response |
| NDTP_DEL: | delete request |
| NDTP_DEL_RSP: | delete response |
| NDTP_RDR_RSP: | request redirection |
| NDTP_UPD: | update |
| NDTP_UPD_RSP: | update response |

id:

Client supplied operation request used to distinguish responses from multiple outstanding NDTP asynchronous requests. Each "_RSP" message echoes the id field of the associated request.

size:

Size, in octets of the remainder of the NDTP message. The size field should preferably be a multiple of 4 octets.

Variably sized portions of NDTP messages are preferably defined with a size field rather than some other delimiter mechanism to facilitate efficient reading of NDTP messages.

The variably sized portions of NDTP messages are composed of zero or more NDTP strings:

```
typedef struct ndtp_str {
    uint32_t len;
    uint8_t data[ ];
} ndtp_str_t;
```

Note that the C struct definitions in this document are schematic, and not necessarily fully compliant structures in the C programming language. Specifically, arrays denoted in this document with "[]" imply a dimension which is only known dynamically and this indefinite array size specifier is not allowed in C struct definitions. Note also the following:

len:

the number of significant octets of data following the len field in the data area.

data:

len octets of data, followed by up to 3 octets of padding, to ensure that the total length of the NDTP string structure is a multiple of 4 octets.

The padding octets are not included in the len field.

Because variable sized portion NDTP messages are composed of zero or more NDTP strings and NDTP records preferably occupy an even multiple of 4 octets, this ensures that the "size" field of NDTP message headers will preferably be a multiple of 4 octets.

Protocol Structure

An example of multiple outstanding NDTP requests and the use of request identifiers is shown in FIG. 7. NDTP preferably has a simple, stateless request response structure. Each request message 60 sent by a client 14 has a corresponding response message 62 returned by the server 12. To maximize server throughput and use of available network bandwidth, NDTP is asynchronous in nature. Many requests 60 from a single client 14 may be outstanding simultaneously, and responses 62 may or may not be returned from the server 12 in the order in which the requests 60 were issued. Each NDTP request 60 contains an NDTP request identifier 64 that is returned in the NDTP response 62 for the associated request 60. An NDTP client 14 uses a unique NDTP request identifier 64 for each NDTP request 60 that is outstanding at the same time to an NDTP server 12 if it wishes to correlate responses with requests.

There are four basic operations preferably supported by the NDTP: add a location association, delete a location association, get location associations, and update a location association or associations. The response to adding a location association is a simple acknowledgement. If the location is already associated with the identifier, adding the association has no effect, but the request 10 is still acknowledged appropriately. In other words, the NDTP add operation is idempotent. The response to deleting a location association is a simple acknowledgement. If the location is not currently associated with the identifier, deleting the association has no effect, but the request 60 is still acknowledged appropriately. In other words, the NDTP delete operation is idempotent. The response to getting one or more locations is a list of one or more locations presently associated with an identifier. If no location associations currently exist, a list of length zero is returned. The response to updating a location association for an identifier is a simple acknowledgement. As the NDTP update operation is functionally a combination of the NDTP add and delete operations, the NDTP update operation is also idempotent.

Message Formats

NDTP messages 60, 62 preferably have a regular structure that consists of a message operation code, followed by a request identifier 64, followed by a length (in bytes) 66 followed by zero or more strings 68 as shown in FIG. 8. As those skilled in the art will appreciate, NDTP message formats are preferably independent of the network transport layer used to carry them. NDTP preferably defines mappings of these messages 60, 62 onto TCP and UDP transport layers (described in detail below), but other mappings could also be defined and it is likely that these NDTP message formats would not require change. For example, the notation ROUND4(X) means X, rounded up to the next multiple of 4.

Integer Format

Multibyte integers in NDTP messages are represented in network byte order; using the big-endian convention. In other words, the most significant byte of a multibyte integer is sent first, followed by the remainder of the bytes, in decreasing significance order.

String Format

Strings in NDTP are represented as counted strings, with a 32-bit length field 66, followed by the string data 68, followed by up to 3 bytes of padding 70 to make the total length of the string representation equal to ROUND4 (length). This layout is shown diagrammatically in FIG. 8.

NDTP_GET Format

The NDTP_GET message has a message operation code 72 of 2, and a single NDTP string 74 which is the identifier string for which to get associated locations. This layout is shown diagrammatically in FIG. 9.

NDTP_GET_RSP Format

The NDTP_GET_RSP message has a message operation code 76 of 3, and zero or more strings 78 that are the locations currently associated with the requested identifier. This layout is shown diagrammatically in FIG. 10.

NDTP_PUT Format

The NDTP_PUT message has a message operation code 80 of 4, and two NDTP strings 82, 84. The first string 82 is the identifier for which to add a location association, and the second string 84 is the location to add. This layout is shown diagrammatically in FIG. 11.

    

## NDTP_PUT_RSP Format

The NDTP_PUT_RSP message has a message operation code **86** of 5, and zero NDTP strings. This layout is shown diagrammatically in FIG. **12**.

## NDTP_DEL Format

The NDTP_DEL message has a message operation code **88** of 6, and two NDTP strings **90**, **92**. The first string **90** is the identifier from which to delete a location association, and the second string **92** is the location to delete. This layout is shown diagrammatically in FIG. **13**.

### NDTP_DEL_RSP Format

The NDTP_DEL_RSP has a message operation code **94** of 7, and zero NDTP strings. This layout is shown diagrammatically in FIG. **14**.

## NDTP_UPD Format

The NDTP_UPD message **93** has an operation code **95** of 9 and three NDTP strings. The first string **96** is the identifier from which to update the location association. The second string **97** is the location to delete. The third string **98** is the location to add. This layout is shown diagrammatically in FIG. **15**.

## NDTP_UPD_RSP Format

The NDTP_UPD_RSP message **99** has an operation code **100** of 10, and zero NDTP strings. This layout is shown diagrammatically in FIG. **16**.

A general description of the usage and operation of these protocol messages is provided below.

## NDTP_GET Transaction

The NDTP_GET message contains a single NDTP string which is the identifier for which associated data locations are requested.

```
typedef struct ndtp_get {
        ndtp_hdr_t hdr;
        ndtp_str_t key;
} ndtp_get_t;
```

The NDTP_GET_RSP message contains zero or more NDTP strings which are the locations associated with the NDTP identifier:

```
typedef struct ndtp_get_rsp {
        ndtp_hdr_t hdr;
        uint32_t rsps;
        ndtp_str_t values[ ];
} ndtp_get_rsp_t;
```

## NDTP_PUT Transaction

The NDTP_PUT messages contains two NDTP strings which are (1) the NDTP identifier and (2) the NDTP location which is to be associated with the NDTP identifier.

```
typedef struct ndtp_put {
        ndtp_hdr_t hdr;
        ndtp_str_t key;
        ndtp_str_t data;
} ndtp_put_t;
```

The NDTP_PUT_RSP message has no NDTP strings, and simply indicates that the requested identifier/location association was added:

```
typedef struct ndtp_put_rsp {
        ndtp_hdr_t hdr;
} ndtp_put_rsp_t;
```

The requested identifier/location association is added in addition to any other associations already maintained by the NDTP server. If the requested identifier/location association is already in effect, the NDTP_PUT still succeeds and results in an NDTP_PUT_RSP message.

## NDTP_DELETE Transaction

The NDTP_DEL message contains two NDTP strings which are (1) the NDTP identifier and (2) the NDTP location which is to be unassociated with the NDTP identifier:

```
typedef struct ndtp_del {
        ndtp_hdr_t hdr;
        ndtp_str_t key;
        ndtp_str_t data;
} ndtp_del_t;
```

The NDTP_DEL_RSP message has no NDTP strings, and simply indicates that the requested identifier/location association was deleted.

```
typedef struct ndtp_del_rsp {
        ndtp_hdr_t hdr;
} ndtp_del_rsp_t;
```

If the requested identifier/location association is not in effect, the NDTP_DEL still succeeds and results in an NDTP_DEL_RSP message.

## NDTP_RDR_RSP Message

NDTP supports a distributed server implementation where the NDTP client selects the appropriate server from a table of servers based upon a distribution function computed from the identifier. This distribution function is preferably a standard hash function, for example the hashpjw function presented by Aho, Sethi and Ullman in their text Compilers, Principles, Techniques and Tools. Alternatively, when inter-est so dictates, NDTP allows applications to provide a customized function as an alternative to a standard hash function.

The NDTP client can determine the size of the NDTP server table, which may have changed, and then update its local copy of the NDTP server table and attempt the NDTP transaction again, this time directed at the correct NDTP server. An NDTP redirection mechanism (described in detail below) preferably permits a client to store permanently only a single NDTP server address, and learn the complete NDTP server table size and contents from the NDTP_RDR_RSP message from the first NDTP request the client performs for which the identifier does not reside on a well-known server.

## NDTP_UDP Transaction

The NDTP_UPD message is functionally a combination of the NDTP_PUT and NDTP_DEL messages described above. The NDTP_UPD_RSP message is also functionally

KoveIO Compl. Ex. 5

the same as the NDTP_UPD_RSP and NDTP_DEL_RSP messages, where there is simply an indication that an identifier/location association update was made.

## Network Front End

The NDTP server network front end preferably maximizes NDTP transaction throughput including concurrent NDTP requests from a single client as well NDTP requests from multiple concurrent clients.

## Network Communication Mechanism

NDTP defines a transaction oriented protocol, which can be carried over any of a variety of lower level network transport protocols. TCP and UDP are currently supported, however any of a number of other protocols are also supportable.

TCP/IP: TCP/IP provides a ubiquitously implemented transport which works effectively on both local area and wide area networks. An NDTP client using TCP/IP preferably connects with the NDTP server at an established TCP port number, and then simply writes NDTP request messages through the TCP/IP connection to the server, which then writes NDTP response messages back to the client through the same TCP/IP connection in the reverse direction.

UDP/IP: For isolated NDTP transactions, depending upon the application and network infrastructure in use, it is beneficial to have the NDTP server employ UDP/IP, which is a widely available connectionless datagram protocol.

However, UDP/IP does not support reliable data transfer, or any congestion control mechanism. This means that NDTP clients using UDP/IP must implement reliability and congestion control maintaining transaction timeouts and performing exponential retry backoff timers, precisely analogous to the congestion control mechanism implemented by Ethernet, and other well known UDP protocols. Those skilled in the art will note that the NDTP protocol is stateless from the standpoint of the NDTP server, which means that there is no congestion control or reliability burden on the server; it is all implemented in a distributed manner by the NDTP UDP/IP clients. Still Higher Performance (ST): Both TCP/IP and to a lesser degree UDP/IP suffer from high host CPU overhead. Like the relatively long latency of TCP/IP, this host CPU consumption is considered just the "cost of doing business" where TCP/IP provides ubiquitous connectivity. If an NDTP server were running in a more constrained environment, where ubiquitous connectivity was not required, its absolute performance could be improved substantially by using a different protocol that is optimized to reduce CPU overhead and latency, such as the Scheduled Transfer (St) protocol.

## NDTP Query Processing

In one embodiment, the NDTP server network front end preferably services NDTP query requests in a FIFO style by reading the NDTP_GET message, performing the lookup for the identifier in the NDTP server location store, and writing the NDTP_GET_RSP message. Each NDTP query is independent of any other NDTP transactions (other queries or updates), so multiple NDTP queries may be processed simultaneously on multiprocessor machines. The NDTP server permits this by not performing multiprocessor locking in the NDTP query processing path.

## NDTP Update Processing

To maintain high performance on NDTP updates, the NDTP server network front end preferably supports multiple concurrent asynchronous update transactions. Each update is preferably performed automatically to avoid creating an

inconsistent state in the location store. All NDTP updates are serialized through the location store mutator critical code sections.

When an NDTP update is processed, a call is made to the location store mutation function, which returns immediately indicating either that the mutation is complete, or that the completion will be signaled asynchronously through a call-back mechanism. For updates which are not immediately completed, the network front end maintains a queue of NDTP updates for which it is awaiting completion. When completed, the network front end writes the NDTP update response messages for all completed updates back to the clients.

## Multiple Connection Handling

The NDTP server network front end may be conditionally compiled to use either of two standard synchronous I/O multiplexing mechanisms, select or poll, or to use threads to prevent blocking the server waiting for events on individual connections. The threaded version of the NDTP server network front end preferably creates two threads for each NDTP connection, one for reading and one for writing.

## TCP Mapping

NDTP is preferably carried on TCP in a standard manner. An NDTP/TCP client opens a connection with a server on a well-known port. The well-known TCP and UDP port numbers can be selected arbitrarily by the initial NDTP implementer. Port numbers that do not conflict with existing protocols should preferably be chosen. The client sends NDTP requests 60 to the server 12 on the TCP connection, and receives responses 62 back on the same connection. While it is permissible for a single client 14 to open multiple NDTP/TCP connections to the same server 12, this practice is discouraged to preserve relatively limited connection resources on the NDTP server 12. The asynchronous nature of NDTP should make it unnecessary for a client 14 to open multiple NDTP/TCP connections to a single server 12.

If protocol errors are detected on an NDTP/TCP connection, the NDTP/TCP connection should be closed immediately. If further NDTP/TCP communication is required after an error has occurred, a new NDTP/TCP connection should be opened. Some examples of detectable protocol errors include: Illegal NDTP message operation code; Nonzero String Area Length in NDTP_PUT_RSP or NDTP_GET_RSP; Inconsistent String Area Length and String Length(s) in NDTP_GET, NDTP_GET_RSP, NDTP_PUT, NDTP_DEL or NDTP_UPD; and Unexpected NDTP request identifier by client.

Due to the reliable nature of TCP, NDTP/TCP servers 16 and clients 12 need not maintain any additional form of operation timeout. The only transport errors that can occur will result in gross connection level errors. A client 12 should assume that any NDTP requests 10 for which it has not received responses 14 have not been completed. Incomplete operations may be retried. However, whether unacknowledged NDTP requests 10 have actually been completed is implementation dependent.

## UDP Mapping

Unreliable Datagram Protocol (UDP) provides connectionless, unacknowledged datagram transmission. The minimal protocol overhead associated with UDP can deliver extremely high performance if used properly.

NDTP/UDP clients 14 send UDP datagrams with NDTP request messages 60 to a well-known UDP port (see above). NDTP/UDP servers 12 return NDTP response messages 62 to the client 14 selected local UDP port indicated in the

NDTP/UDP datagram containing the requests **60**. NDTP/UDP does not require any form of connection or other association to be established in advance. An NDTP interchange begins simply with the client request message **60**.

For efficiency, the mapping of NDTP onto UDP permits multiple NDTP messages to be sent in a single UDP datagram. UDP datagrams encode the length of their payload, so when a UDP datagram is received, the exact payload length is available. The recipient of an NDTP/UDP datagram will read NDTP messages from the beginning of the UDP datagram payload until the payload is exhausted. Thus, a sender of an NDTP/UDP datagram is free to pack as many NDTP messages as will fit in a UDP datagram.

NDTP/UDP client **14** implementations that use the NDTP request identifier **64** for antialiasing should ignore (i.e., skip) NDTP messages within a NDTP/UDP datagram with invalid NDTP request identifier **64** values. Client **14** or server **12** NDTP/UDP implementations detecting any other protocol error should also preferably discard the remainder of the current NDTP/UDP datagram without processing any further NDTP requests from that datagram. Some examples of such detectable errors include: Illegal NDTP message operation code, Nonzero String Area Length in NDTP_PUT_RSP or NDTP_GET_RSP, Inconsistent String Area Length and String Length(s) in NDTP_GET, NDTP_GET_RSP, NDTP_PUT Or NDTP_DEL, and Inconsistent NDTP message length and UDP datagram length.

Because NDTP/UDP messages are limited to the length of a single UDP datagram payload, NDTP/UDP cannot be used to transfer long NDTP messages. For example, it would be difficult to send an NDTP_GET message with NDTP/UDP for a 64 K byte identifier.

Those skilled in the art will appreciate that network congestion is a highly dynamic property that is a function of network traffic from all sources through a network link and will vary over time over any given network path. An NDTP/UDP client **14** implementation can recover from network congestion by switching to NDTP/TCP after several failed retries using NDTP/UDP. Failure due to network congestion may be indistinguishable from failure due to UDP packet size limitations, but since the recovery strategy is the same in both cases, there is no need to distinguish these cases.

### NDTP Redirection

NDTP handles NDTP server scaling with the NDTP's redirection mechanism, which is managed through an NDTP server **12**, or set of such servers. This redirection mechanism allows arbitrary distribution of the data set across completely independent machines. The set of machines managing the NDTP server data set may be referred to as an NDTP server cluster **50**, as shown in FIG. **5**. The NDTP redirection mechanism exploits this by permitting the distribution of identifiers to location mappings across members of an NDTP server cluster. An advantage of distributing an NDTP server data set across independent machines is that both capacity and transaction rate scale can be increased. In one embodiment, each additional machine in an NDTP server cluster **50** linearly increases capacity, by adding main and secondary storage, and transaction rate, by adding processing power and network bandwidth (assuming a properly scalable network infrastructure is employed).

Each NDTP server **12** maintains a copy of the NDTP server map. An NDTP server will check each request it receives and verify that it is intended for itself. If it is not, it will respond to the client **14** with an NDTP Redirection

Response message (NDTP_RDR_RSP), instead of responding with the normal operation completion message.

A client may misdirect a NDTP request because the NDTP server cluster may have been reconfigured since the client last obtained a copy of the NDTP server map. Thus, the NDTP_RDR_RSP message includes a complete copy of the current NDTP server map with which the client may determine the correct NDTP server for the given NDTP request.

In essence, the NDTP server maintains authoritative copies of the NDTP server map, whereas NDTP clients may have out-of-date copies of the NDTP server map. This property permits efficient reconfiguration of the NDTP server cluster. With the redirect message, an NDTP client can determine the size of the NDTP server table, which may have changed, and then update its local copy of the NDTP server table, and attempt the NDTP transaction again, this time directed at the correct NDTP server.

The NDTP redirection mechanism permits a client permanently to store only a single NDTP server address, and learn the complete NDTP server table size and contents from the NDTP_RDR_RSP from the first NDTP request the client performs which the identifier does not reside on the well known server. The NDTP backbone topology can change dynamically in a similar way to application server topology. Preferably, any time the cluster is reconfigured, only the NDTP servers are updated, rather than the (potentially) unbounded number of clients in the network.

The NDTP client can start out with an NDTP server map containing a single, well known, NDTP server entry: If the well-known NDTP server is not the NDTP server which is managing the portion of the NDTP server data set containing the identifier in the client request, an NDTP_RDR_RSP will be returned, and the client can update its local copy of the NDTP server map. Once a client has received a new NDTP server map, it will use it for the lifetime of the client application, or until it receives a new NDTP server map. The client may also put the most current NDTP server map into a persistent store, so that new invocations of the client application, or other clients of the same network, can begin operation without even a single NDTP_RDR_RSP.

If the client's saved NDTP server map becomes out-of-date, the server will return an updated NDTP server map the first time a client sends a NDTP request to an incorrect NDTP server. If a client NDTP request times out for some reason, this might mean that a machine in the current NDTP server map has been removed from the NDTP server cluster. In this case, to get the current NDTP server map the client may either (1) return to its base-line NDTP server map, containing the single well known NDTP server, or (2) direct the request to any other NDTP server in its current NDTP server map. Whether received directly, or by a map update via NDTP_RDR_RSP, the client will obtain the desired location specifiers with at most two NDTP transactions.

The ability to scale NDTP service beyond a single server requires a mechanism to distribute portions of the identifier/location association set across multiple NDTP servers. The presently preferred embodiment for accomplishing this is to define a well-known function of the identifier and use this function to select from a set of NDTP servers. NDTP clients will preferably apply this well-known function to the identifier for each NDTP request, and send the NDTP request to the indicated NDTP server. This technique will effectively partition the set of all identifier/location associations across the NDTP servers. Each NDTP server will only maintain the portion of the total association set which corresponds to its particular identifiers. This NDTP server redirection mechanism permits construction of NDTP server clusters. It is

KoveIO Compl. Ex. 5

reasonable to expect that the identifier index function will be defined when an NDTP server instantiation is implemented, but the actual list of NDTP servers will change from application to application and within a single application throughout the lifetime of the system.

In one embodiment, each of the clients and NDTP servers are programmed with a well-known function and the redirection message, as shown in FIG. **17**(*a*) carries of table of NDTP server URLs. The NDTP_RDR_RSP message **101** has a message operation code of 8, and a description of the system that the client should send its message to. In one embodiment, the system is described by a list of strings, where each string is an NDTP URL (e.g. ndtp://server.name.com:24500).

If there is more than one list in the outer list, then the client is to select the appropriate inner list to send a message to by applying the following well-known function to the identifier and using the function result as an index into the NDTP server table. In one preferred embodiment, the well-known function applied is the hashpjw function presented by Aho, Sethi and Ullman in their text Compilers, Principles, Techniques and Tools:

```
uint32_t
hash (uint8_t *s, uint32_t slen, uint32_t size)
{
    uint32_t g;
    uint32_t i;
    uint32_t h = 0;
    uint8_t c;
    for (i = 0; i < slen; i++) {
        c = s [i];
        h = (h << 4) + c;
        g = (h & 0xf0000000);
        if (g) {
            h ^= g >> 24;
            h ^= g;
        }
    }
    return h % size;
}
```

In the above code sequence, the parameter size is the size of the hash table (the number of elements in the NDTP server URL table in the NDTP_RDR_RSP message), and is preferably a prime number. Those skilled in the art will appreciate that the same NDTP server may appear multiple times in the NDTP server URL table. For example, if the server URL table has 2039 elements, by putting one NDTP server URL in the first **1019** table elements, and a second NDTP server URL in the second **1020** table elements, the responsibility for the index will be split roughly in half.

A second variant of the NDTP_RDR_RSP function mechanism specifies that a general function description will be sent to the NDTP client in the NDTP_RDR_RSP message. The NDTP client will apply this function to the identifier and the output of the function will be the NDTP server URL to which to send NDTP requests for the particular identifier. The advantage of this technique over the well-known function approach is that it allows application-specific partitions of the identifier space. This can permit useful administrative control. For example, if General Electric manages all identifiers beginning with the prefix "GE", a general function can be used to make this selection appropriately. The disadvantage of using a general function is it may be less efficient to compute than a well-known function.

There are a variety of possible mechanisms for sending function descriptions. NDTP is expected to be applied in environments that make extensive use of the Java programming platform. Therefore the NDTP_RDR_RSP mechanism preferably uses a feature of the Java programming language called "serialized representation" to communicate generalized function in the NDTP_RDR_RSP message. A serialized form of a Java object is a stream of bytes that represents the precise state of the object, including its executable methods. For example, the Java Remote Method Invocation (RMI) mechanism uses serialized objects to send executable code to a remote platform for execution. The NDTP_RDR_RSP message contains the serialized form of an object implementing this Java interface:

```
interface NDTPRedirect Function {
    String selectServer(byte[ ] identifier);
}
```

The format of the NDTP_RDR_RSP message **103** with a Java Serialized form of the NDTP redirection function is specifically identified in FIG. **17**(*b*).

After the NDTP client has received a new server list, the client will direct further NDTP requests based on this updated NDTP server list until the NDTP server configuration changes again. An NDTP client may even save the current NDTP server list in non-volatile storage so that it can immediately select the correct NDTP server even after application or system restarts. Another possible alternative is for a client to remember only a single, well-known NDTP server, and update its NDTP server list every time the client restarts. These alternatives may be implemented as desired to accommodate design goals for a particular system.

Server Constellations

The NDTP server organization also allows NDTP servers to be combined in various ways to build server constellations that offer arbitrary server performance scalability and administrative control of the location of positions of the identifier/data location relation mappings. FIG. **18** illustrates a basic transaction flow according to a preferred embodiment where a client **112** communicates NDTP protocol messages with an NDTP server constellation **110** (which may be one or more NDTP servers) and separately transacts with an application server **114**. The basic communication flow in FIG. **18** may represent a client **112** adding, deleting, or updating an identifier/location association(s), and in turn adding, deleting, or updating corresponding data. The communication flow may represent a client **112** requesting an identifier/location association(s) from the NDTP server, which may be a server constellation construed in either of two forms (see FIGS. **19** and **20** ), and then querying directly based on the identifier/location association(s) received from the NDTP server. NDTP server constellations preferably have two basic organizational paradigms: Client-Centric and Server-Centric.

Client-Centric Approach

Referring to FIG. **19**, a single client (not shown) asks a server **120***a* in the server constellation **110** for operations that the client desires executed (represented by arrow 1 in FIG. **19**). As discussed above, if the client does not receive the data requested, it will receive a redirection response message (NDTP_RDR_RSP) from the contacted server **120***a* (arrow 2 ). The client then uses the information it

KoveIO Compl. Ex. 5

receives to ask another server **120***b* for the operations the client wants to initiate (arrow **3**). A successful response from the second server **120***b* is then sent to the client (arrow **4**).

Server-Centric Approach

FIG. **20** shows the server constellation **110** characterizing "server-centric" functionality. In this figure, an NDTP server **130***a* (server**0**) receives a request **132***a* from a client (not shown). The server **130***a* (server**0**) passes the request to a second server **130***b* (server**1**), which is an appropriate server for the process, and the second server **130***b* returns a response **134***a* to the first server **130***a* (server**0**). If the second server **130***a,b* (server**1**) was not appropriate, it could pass the request to another server (not shown), and so on. Each NDTP server **130***a,b* will combine the results of NDTP requests **132***a,b* it has performed of other NDTP servers **130***a,b* with whatever responses **134***a,b* it generates locally for the original NDTP request **132***a*, and the combined response **134** *b* will be with the appropriate response for the original NDTP request **132** *a*.

An important aspect of this topology is that it pushes processing emphasis toward servers **130***a,b* rather than toward clients. Since location/identifier processing can be centralized, administration of the indices can be administered more conveniently in certain cases.

Hybrid Constellations

The simplest NDTP server constellation is a single server, and the protocol is designed to permit massive scale with a single or simple server constellation. Highly configurable installations are possible using "client-centric" or "server-centric" techniques. NDTP server constellations **110** composed of more than one NDTP server may use any combination of the two approaches for performance optimization and administrative properties. Client-centric and server centric approaches can be used to build NDTP server clusters, NDTP server trees, NDTP server trees of NDTP server clusters, or any other useful configuration.

Topology: Hierarchical and Clustered

Hierarchical and clustered topologies may be created using a server-centric or client-centric approach. One illustration of a cluster topology **50** is shown in FIG. **5**. A mixed topology containing hierarchical and clustered elements is shown in FIGS. **6** and **21**. The primarily hierarchical topology of the embodiment of FIG. **21** can allow for a single administrative entity **102** to manage the NDTP sever cluster. An NDTP server hierarchy **100**, such as illustrated in FIG. **21**, permits identifier/location association data to be owned and physically controlled by many different entities.

Splitting & Coalescing Data Sets

The NDTP redirection mechanism discussed above offers flexibility in NDTP server cluster configuration with preferably little impact on clients. However, the NDTP server cluster itself must execute several steps to reconfigure the NDTP server data load. Methods for adding or removing an NDTP server from a running NDTP server cluster include splitting some portion of the data set from a running NDTP server cluster into one or more NDTP servers to be added to the cluster; coalescing some portion of the data set to a remaining NDTP server cluster; and propagating updated NDTP server maps efficiently to all NDTP servers in an NDTP server cluster. Preferably, these methods minimize interruption of service. Large batch-style updates are preferably avoided using the splitting and coalescing algorithm discussed below to handle large scale reconfiguration.

When reconfiguring NDTP server clusters, splitting and coalescing problems for an NDTP server are handled by

checkpointing the current data set state and loading it into another instance of an NDTP server. In the case where a data set will be split, a set of identifiers is transferred to another NDTP server. In the case where a data set is coalesced, several NDTP server states are loaded on a single NDTP server cumulatively.

Consider an example of splitting, as shown in FIG. **22**, in which a given NDTP server cluster **140** having at least two NDTP servers **12** needs to reconfigure the distribution of identifier/location data among NDTP servers. If the identifier space needs to be split, whether for local policy reasons initiated by an administrator, or based on automatically monitored performance criteria such as transaction rate, storage capacity and etc., the splitting process begins by identifying the set of the data on Server **1**, that will be transferred to Server **2**. Referring to FIG. **22**, Server **1** initially contains a total set of data consisting of Set A **142** and Set B **144**. Assuming Server **1** has identified Set B as the data that needs to be split out to Server **2**, Server **1** first checkpoints the data in Set B. Server **1** continues to operate normally with respect to Set A and will update (perform any of the NDTP add, delete, or update functions) without interruption. Server **1** also creates new set of data, Set C **146**, which accumulates all operations directed to Set B **144** since the checkpoint of Set B **146** took place. Server **1** then copies Set B **144** to Set B' **148** on Server **2**. After the copying of Set B **144** to Set B' **148** is complete, Server **1** freezes operations on Set C **146** and copies it to Set C' **150** on Server **2**. Operation on Set B' **148** and Set C' **150** is then resumed on Server **2** and Sets B and C **144**,**146** are deleted from Server **1**.

Preferably, the only interruption to the NDTP server activity in Server **1** or Server **2** is limited to the Set C and the time it takes to complete the copy step of Set C from Set C to Set C' **150** while Server **1** freezes operations to Set C. Operations on the remaining data are preferably unaffected throughout the splitting process. NDTP lookup operations do not affect the checkpoints that are saved or loaded. Furthermore, if more than one NDTP server is already operating in the cluster, only the affected subset of the NDTP servers in an NDTP server cluster are interrupted during this process; the remainder of the NDTP server continues to operate undisturbed. An advantage that splitting and coalescing provides is the redistribution of identifier space without requiring reindexing, which is more expensive computationally.

When reconfiguring an NDTP server cluster, the new NDTP server map must be propagated to all NDTP servers in the cluster so that accurate NDTP redirection messages can be sent. An asynchronous mechanism is preferably used to supply the new NDTP server map. Preferably, the NDTP server transferring the data set will broadcast the new NDTP server map to all other NDTP servers in the cluster over its network connection, such as a TCP connection. In one embodiment, each server may maintain an internal table holding all server locations in memory. Preferably, server map size is selected for a likely maximum number of machines in the NDTP server and is a prime number suitable for use with a well-known function. In one embodiment, a server may appear more than one time on the server map. For example, if the initial NDTP server map size is established at **1023**, and only a single NDTP server will be used to form the NDTP server cluster so that the single NDTP server machine appears **1023** times in the NDTP server map.

After splitting and coalescing one method of transferring the updated server map to other servers is to use a data structure containing a list or URL's with ranges of identifiers

KoveIO Compl. Ex. 5

associated with each URL. In another embodiment, the new server map may be carried in a message having the same properties and format as the NDTP_RDR_RSP message (see FIG. 17(a)) but having a message code identifying the contents as a server-to-server transmission.

If an NDTP server is added by splitting an existing portion of the data set without changing the NDTP server map size, only the new and old NDTP servers need immediately know about the modification of the NDTP server map. The NDTP servers uninvolved in the split will forward all requests for the data set now existing on either the new or the old NDTP server. The old NDTP server will then return an NDTP_RSP_RDR with the new NDTP server map, when responding to requests for the data set that now exists on the new NDTP server. A new NDTP server map will eventually be propagated to all NDTP servers using the NDTP server map propagation mechanism. The NDTP redirection mechanism allows this propagation to be asynchronous to the actual NDTP server cluster reconfiguration. In one preferred embodiment, the server map is transmitted from a server involved in a splitting or coalescing operation to all other servers in a cluster.

Removing NDTP Servers from Server Clusters

The most efficient way to remove NDTP server machines from an NDTP server cluster includes ensuring either sending clients redirects or aliasing the NDTP server. Using redirects, the removed NDTP server machine remains a citizen of the NDTP server cluster, does not manage any particular data set, and simply responds with NDTP_RDR_RSP requests with the new NDTP server map. In effect, this simply returns a forwarding address. Using aliasing, the network address of the removed NDTP server is assigned as an alias to a remaining, active member of the NDTP server cluster.

The methods for splitting data on NDTP servers and removing NDTP servers entirely permit flexibility for coalescing data in NDTP servers. If, for example, an NDTP server needs to transfer some of its data due to performance limitations (physical storage capacity limits, transaction rate limitations, etc.), the target NDTP server for receiving the transferred data set may already contain an active data set. Preferably, copying a subset of data from a first server to a second server already actively processing its own data proceeds according to the splitting process as described above. Utilizing the NDTP server operations and system configuration flexibility described above, numerous applications of the preferred data location system are contemplated.

Content Management

Referring to FIG. 23, a geographically dispersed network of clients 152, NDTP servers 154 and application servers 156 is shown. Each of the clients, NDTP servers and application servers may each represent one or multiple systems. The application servers 156 contain substantive content in one or more forms (text, graphics, etc.) to which the clients 152 require access. The NDTP servers may maintain tables of identifiers, where each identifier represents one or more instances of a specific file, and the associated location or locations of that file. The identifier may be a Universal Resource Identifier (URI) and the location may be a URL for the specific application server 156 at which the substantive content may be accessed, or any other addressing convention. A client at a Paris location 158 may request the location of information relating to an identifier from the local NDTP cluster 154 and receive a URL for an application server 156 residing in a Chicago

location 160. The information for the URI maintained at the Chicago URL is preferably cached at the client 152 in the Paris location on a per instance basis such that the file is available for the client in Paris for the duration of that client's needs. In one embodiment, the NDTP server cluster in the Paris location preferably maintains a record of the number of requests for that particular URI and, if the URI is the subject of a predetermined number of queries, the frequently requested content at the URL in Chicago is automatically transferred to an application server in the Paris location 158 or copied to an application server in the Paris location. Using the NDTP delete, add, or update operations, the NDTP server clusters in Paris and Chicago preferably update the location information for the URI and asynchronously propagate the new server maps to the remaining NDTP servers.

Object Management

In another embodiment, the same geographical arrangement of data and clients applies to object management, where the object is a programming element or file. Examples of some objects include C++ objects or portions of programming toolkits that various geographically dispersed clients may wish to access in executing a program. By assigning each object a unique identifier and maintaining the location information in NDTP servers, efficient transfer of the object may be achieved and accurate accounting of where the object has been, or currently resides, is obtainable. In particular, embodiments of the present invention are well suited to handle high transaction volume for tracking the objects.

Tracking and Sensing

The NDTP protocol and network configurations discussed above may be applied to any one of a number of physical object (animal, telecommunications devices, troop location, package, family member, part, product and etc.) tracking applications. Referring to FIG. 24, one embodiment of a vehicle tracking application is shown. A shipping company 170, which may be any number of moving company, airborne delivery or ground delivery services, may track company vehicles 172 in a delivery territory 174 in order to maintain delivery fleet status or optimize fleet deployment to, for example, select the best vehicle to pick-up materials at designated pick-up location 175. A dispatcher 176 may access an NDTP server 178 having a location store 180 of information containing identifiers 182 corresponding to individual vehicles 172 and a list of locations 184 associated with the identifier for each vehicle. In one embodiment, the vehicles may be automobiles and the identifier assigned to the vehicles may be the unique vehicle identification number (VIN) assigned by automobile manufacturers to the automobiles they produce.

The location store 180 may be maintained such that only the most recent geographic location (e.g. latitude and longitude) is associated with a vehicle, or the table may be maintained to continuously receive current location information for each vehicle at predetermined intervals so that vehicle travel history, speed, heading and other types of information may be obtained with the location information for a vehicle. In one embodiment, the vehicles 172 may each be equipped with a Global Positioning System (GPS) receiver and a transceiver that is programmed to automatically broadcast position information, or any other location identifying technology. The broadcasts may be picked up through a network, such as a cellular network 186 and transmitted to the NDTP server 178. The broadcasts contain the vehicle identifier and geographic information, such as

23

latitude/longitude or any other geographic measure, that is then appended to the appropriate portion of the indexed table **180**. An advantage of the NDTP server application in the vehicle tracking example illustrated in FIG. **24** is that the NDTP server performance may be used to track large numbers of vehicles at high update rates.

Mobility Management, With and Without Presence

In another embodiment, the NDTP protocol and network configurations discussed above may be applied to mobility management applications. Additionally, the mobility management applications may include the ability to indicate whether a device is available for interaction ("presence"), where device availability is tracked in addition to the physical location of a device. For example, as illustrated in FIG. **25**, an NDTP server **190** may maintain a set of identifier/location associations on the physical location and availability of portable devices belonging to a particular user. The portable devices **192** may be, in one embodiment, any type of cellular enabled device, or other wireless mobile device, such as personal digital assistants (PDA), notebook computers with cellular modems, mobility-enabled wrist watches, mobile telephones, and etc. The portable devices **192** preferably include location service enabled software **193**, such as standard plug-in software modified to translate NDTP and the service protocol of the third party tracking mechanism. In the embodiment of FIG. **25**, a third party tracking mechanism, such as a mobile network tower **194**, communicates with an NDTP server **190** to update the whereabouts and accessibility of a person through one or more portable devices. In FIG. **25**, the mobile network tower **194** communicates with the NDTP server via the portable device. In other embodiments, either the third party tracking mechanism or the portable device **192** may be modified, through a standard API, to directly communicate with the NDTP server. In yet another embodiment, a proxy server (not shown) may provide protocol translation functionality to allow the third party tracking mechanism and/or the portable device to communicate directly with the NDTP server **190** without the need to modify the third party tracking system or the portable device.

As illustrated in FIG. **26**, the location store **196** maintained on the NDTP server **190** may be configured to have identifiers **198** such as a person's name, associated with locations **200** which may be a device address **202** paired with a presence (availability) **204** indicator. Whenever a portable device **192** is activated, the mobile network tower **194** will inform the NDTP server **190** of the existence of the portable device and its availability. In the given example, a "1" represents an active device and a "0" represents an inactive device. Each time a portable device associated with a person's identifier is activated (and/or deactivated depending upon implementation), the NDTP server location store **196** will be updated by the mobile network tower **194** with the device address. The device address may be in the form of electronic address or other type of location. Using this system, a party attempting to contact the person or entity represented by the identifier "Alice" in the location store **196** may access the NDTP server to receive the address for the most recently activated device, the address for all active devices, and/or addresses for all devices associated with "Alice".

Generic Naming and Addressing

The NDTP system and protocol described above may provide a specialized database designed to solve general naming and addressing needs. NDTP is designed for use in the larger context of a distributed database system including, but not limited to, addressing and namespace services. As such, it supports an architecture in which information about where data associated with particular application entities can

24

be managed and obtained independently of the data itself. One way to understand this is as a highly dynamic domain name service (DNS) for data. DNS maintains a mapping between names and machines. NDTP and its associated servers maintain a mapping between identifiers and locations. The identifier/location mapping maintained by NDTP servers is much more dynamic (suitable for frequent updates), than the domain name/IP address mapping maintained by DNS. NDTP may be viewed in this respect as fully generalized name service suitable for any kind of service and not restricted to a specialized service.

Mobile Telephone Tracking and Dynamic Telephone Numbers

In other applications of the NDTP protocol and system discussed above, mobile telephone tracking and dynamic telephone number applications may be implemented. With respect to mobile telephone tracking, an NDTP server location store may use the electronic serial number (ESN) of, for example, cellular phones as identifiers, and the cellular tower translation encoding or latitude longitude of the phone as the location. Advantages of tracking mobile phone location through an NDTP server may include speed of information access and the ability to construct an audit trail showing where a cell phone has traveled. In another embodiment, a cellular telephone customer may be mapped to a new service provider by mapping the cell phone ESN to an appropriate location of an instruction set that will convert the cellular telephone customer's telephone number to a new service provider. In this manner, the cellular telephone customer may switch providers without having to obtain a new telephone number.

With respect to dynamic telephone number functionality, a telephone system organized by NDTP would permit telephone service customers to create and delete unique communication roles freely, for any purpose. For example, a customer may create a new communication role identifier to give to a service provider, such as an auto mechanic, to permit contact during the service. After service completion, the customer may delete the communication role identifier, thereby preventing unwanted subsequent contact, such as telemarketing solicitation. In another embodiment, this communication role identifier property can be employed to dynamically control customer-initiated contact. Telephone-based service providers, such as customer relationship management, computer support, medical services, etc., can dynamically control customer initiated contact. For example, a customer with an active case could dial a unique communication role identifier which would be routed directly to the appropriate support specialist until the incident is resolved. The person reached by the customer's unique communication role identifier can be changed by the service provider as the service cycle progresses. After incident resolution, the service provider may delete the communication role identifier, thereby preventing the customer from gaining additional, inappropriate access to support specialists. The dynamic telephone number application of NDTP may be used on various systems, including voice over Internet protocol (VOIP) systems, to allow users to readily map and unmap single use, or limited use, addresses to a desired communication path.

As described above, a method and system for managing data location information in a network has been disclosed having an easily scaleable architecture that permits rapid operation and flexibility for expansion and reconfiguration of service. The system is based on a Network Distributed Tracking Protocol that runs on top of any stream (e.g. TCP) or datagram (e.g. UDP) network transport layer. With NDTP, the system supports a network service that efficiently manages mappings from each individual identifier (definable

using any format, size, encoding, etc.), to one or more locations (which are also definable using any format, size, encoding, etc.). In one embodiment, the identifiers and locations may be formatted as strings. NDTP permits clients to manipulate identifier/location associations, and request the current set of locations for an identifier from protocol servers. The servers in the network may be reconfigured to change the data set currently stored in one or more servers in response to performance goals or limitations.

Regardless of the expected system context of NDTP in a distributed database, those skilled in the art will appreciate that NDTP can be used for any application in which one-to-one or one-to-many associations among identifier and location associations are to be maintained and accessed on a network.

It is to be understood that a wide range of changes and modifications to the embodiments described above will be apparent to those skilled in the art, and are contemplated. It is therefore intended that the foregoing detailed description be regarded as illustrative, rather than limiting, and that it be understood that it is the following claims, including all equivalents, that are intended to define the spirit and scope of the invention.

We claim:

1. A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising:

a first location server containing a first set of location information corresponding to at least one entity, the location information comprising an identifier and at least one location string associated with the identifier, wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity

a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first set of location information; and

programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity.

2. The system of claim 1, wherein the at least one location comprises a plurality of geographic locations, each of the geographic locations representing a position of the entity at a different time.

3. The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query.

4. The system of claim 3, wherein the information for finding the location server known to have location information relevant to the location query comprises a list of location servers and a corresponding list of each of the entities having location information on the location servers.

5. The system of claim 1, wherein each of the location servers stores at least a portion of the location information on a persistent storage device.

6. The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table.

7. The system of claim 6, wherein the location query identifying the desired entity comprises a unique identifier for the desired entity, and wherein the programming logic stored on the location server further comprises programming logic for applying an index function to the unique identifier to retrieve at least a portion of the location information associated with the unique identifier in the indexed location store.

8. The system of claim 7, wherein the location query is received at a location server in a first node and wherein the redirect message comprises a list of at least one other location server in a node other than the first node that may have location information relevant to the location query.

9. The system of claim 1, wherein the plurality of location servers are arranged in a network topology having a plurality of nodes organized in a logical hierarchy, wherein each node comprises at least one location server and wherein each node is connected to at least one other node in the logical hierarchy.

10. A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising:

a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information, and comprising at least one application server address, wherein the plurality of location servers are arranged in a cluster topology such that each location server contains a unique set of location information of an aggregate set of the location information; and

programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server does not contain location information relevant to the desired identifier, wherein the redirect message comprises information for finding a location server having location information related to the desired identifier.

11. The system of claim 10, wherein the location information comprises geographic location information.

12. The system of claim 10, wherein the location information comprises network address information.

13. The system of claim 12, wherein the network address information comprises a network address of a data repository containing data pertaining to the desired identifier.

14. A method of handling location queries in a network, the network comprising a plurality of location servers, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location, the method comprising:

receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location;

sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location response message comprising location information

identifying at least one application server containing information relevant to the entity identified in the query; and

sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query.

**15**. The method of claim **14**, further comprising applying information in the location query from the client to an indexing function to determine if the queried location server contains location information relevant to the entity identified in the query.

**16**. The method of claim **15**, wherein each of the plurality of location servers comprises an indexed table of identifiers and associated locations, and wherein applying information in the location query comprises applying an identifier in the location query to a hash function.

**17**. A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising:

providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier;

storing location information formatted according to the transfer protocol at a first location server;

receiving an identifier and a location relevant to the identifier at the first location server;

storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and

transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit.

**18**. The method of claim **17**, wherein receiving an identifier and a location comprises receiving the identifier and the location at the first location server from an application server, wherein the location comprises an address for the application server.

**19**. The method of claim **17**, wherein receiving an identifier and a location comprises receiving the identifier and the location at the first location server from a physical object, wherein the identifier identifies the physical object and wherein the location comprises a geographic location for the physical object.

**20**. The method of claim **19**, wherein the physical object comprises a vehicle.

**21**. The method of claim **19**, wherein the physical object comprises a portable telecommunications device.

**22**. The method of claim **17**, wherein transferring a portion of the identifier and location associations comprises:

identifying a portion of identifier and location associations on the first location server to be transferred to the second location server and identifying a data set state of the identified portion at an initial time;

copying a data set for the identified portion corresponding to the identified data set state from the first location server to the second location server and maintaining a

second data set containing changes to the identified portion since the initial time;

identifying a data set state for the second data set;

ceasing operation of the first location server with respect to the identified portion and copying the second data set to the second location server, wherein the second data set corresponds to the identified data set state for the second data set; and

initiating operation of the second location server for the identified portion of identifiers and location associations.

**23**. The method of claim **17**, wherein the performance criterion comprises an amount of available persistent storage space in the first location server.

**24**. The method of claim **17**, wherein the performance criterion comprises a transaction rate limit.

**25**. The method of claim **17**, wherein the transaction rate limit comprises a processor speed limit.

**26**. The method of claim **17**, wherein the transaction rate limit comprises a network connection bandwidth limit.

**27**. The method of claim **17**, further comprising transmitting a location server map from the first location server, the location server map comprising information identifying the second location server and a list of identifiers associated with the second location server.

**28**. The method of claim **27**, wherein the first and second location servers are part of a location server cluster comprising a plurality of location servers, and wherein transmitting the location server map comprises transmitting the location server map to each of the plurality of data location servers asynchronously.

**29**. The method of claim **27**, wherein transmitting a location server map comprises transmitting the location server map to a client in response to query received at the first location server from the client regarding an identifier that is not resident on the first location server.

**30**. The method of claim **17**, wherein transferring a portion of the identifiers and associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit.

**31**. A system for managing location information and providing location information to location queries, the system comprising:

a location server operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each location specifies a location of data in a network pertaining to the entity, the location server containing location information corresponding to at least one entity and formatted according to the transfer protocol, and wherein the location of data for the location comprises an application server in communication with the network; and

programming logic stored on the location server responsive to a location query identifying a desired entity to return a location message, the location message comprising locations associated with the desired entity, wherein the location server returns the location message if the location server contains location information for the desired entity.

\* \* \* \* \*

# Exhibit 6

KoveIO Compl. Ex. 6



US007814170B2

(12) **United States Patent**  (10) Patent No.: **US 7,814,170 B2**
Overton et al.  (45) Date of Patent: ***Oct. 12, 2010**

(54) **NETWORK DISTRIBUTED TRACKING WIRE TRANSFER PROTOCOL**

(75) Inventors: **John K. Overton**, Chicago, IL (US);
**Stephen W. Bailey**, Chicago, IL (US)

(73) Assignee: **Econnectix Corporation**, Chicago, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 749 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/354,224**

(22) Filed: **Feb. 13, 2006**

(65) **Prior Publication Data**

US 2007/0011267 A1  Jan. 11, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 09/661,222, filed on Sep. 13, 2000, now Pat. No. 7,103,640, and a continuation-in-part of application No. 09/111,896, filed on Jul. 8, 1998, now abandoned.

(60) Provisional application No. 60/153,709, filed on Sep. 14, 1999.

(51) **Int. Cl.**
*G06F 15/16* (2006.01)
*G06F 17/30* (2006.01)
(52) **U.S. Cl.** .......................... **709/217**; 709/219; 707/10
(58) **Field of Classification Search** ................. 709/217, 709/223, 238, 219; 707/10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,553,261 A  11/1985 Froessl
4,636,858 A  1/1987 Hague

(Continued)

FOREIGN PATENT DOCUMENTS

EP  0 568 161 A1  1/1992

(Continued)

OTHER PUBLICATIONS

D.G. Bourke et al., Programmable Module and Circuit for Machine-Readable Unique Serial Number, IBM Technical Disclosure Bulletin, vol. 27, No. 4A, Sep. 1, 1984, pp. 1942-1944.

(Continued)

*Primary Examiner*—Larry Donaghue
*Assistant Examiner*—Brian J Gillis
(74) *Attorney, Agent, or Firm*—Brinks Hofer Gilson & Lione

(57) **ABSTRACT**

A network distributed tracking wire transfer protocol for storing and retrieving data across a distributed data collection. The protocol includes a location string for specifying the network location of data associated with an entity in the distributed data collection, and an identification string for specifying the identity of an entity in the distributed data collection. According to the protocol, the length of the location string and the length of the identification string are variable, and an association between an identification string and a location string can be spontaneously and dynamically changed. The network distributed tracking wire transfer protocol is application independent, organizationally independent, and geographically independent. A method for using the protocol in a distributed data collection environment and a system for implementing the protocol are also provided.

**17 Claims, 12 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,728,978 | A | 3/1988 | Inoue et al. |
| 4,800,488 | A | 1/1989 | Agrawal et al. |
| 4,825,406 | A | 4/1989 | Bean et al. |
| 4,835,372 | A | 5/1989 | Gombrich et al. |
| 4,914,571 | A | 4/1990 | Baratz et al. |
| 5,008,700 | A | 4/1991 | Okamoto |
| 5,124,814 | A | 6/1992 | Takahashi et al. |
| 5,193,185 | A | 3/1993 | Lanter |
| 5,208,623 | A | 5/1993 | Takahashi |
| 5,276,735 | A | 1/1994 | Boebert et al. ................ 380/21 |
| 5,291,399 | A | 3/1994 | Chaco |
| 5,319,401 | A | 6/1994 | Hicks |
| 5,345,586 | A | 9/1994 | Hamala et al. .............. 395/650 |
| 5,347,600 | A | 9/1994 | Barnsley |
| 5,384,643 | A | 1/1995 | Inga et al. |
| 5,414,841 | A | 5/1995 | Bingham et al. |
| 5,454,101 | A | 9/1995 | Mackay et al. |
| 5,455,648 | A | 10/1995 | Kazami |
| 5,475,817 | A | 12/1995 | Waldo et al. |
| 5,479,654 | A | 12/1995 | Squibb |
| 5,491,511 | A | 2/1996 | Olde |
| 5,499,113 | A | 3/1996 | Tsuboi |
| 5,522,077 | A | 5/1996 | Cuthbert et al. |
| 5,537,547 | A | 7/1996 | Chan et al. |
| 5,550,981 | A | 8/1996 | Bauer et al. |
| 5,551,027 | A | 8/1996 | Choy et al. |
| 5,557,790 | A | 9/1996 | Bingham et al. |
| 5,560,005 | A | 9/1996 | Hoover et al. |
| 5,576,952 | A | 11/1996 | Stutman et al. |
| 5,579,067 | A | 11/1996 | Wakabayashi |
| 5,610,653 | A | 3/1997 | Abecassis |
| 5,617,570 | A | 4/1997 | Russell et al. |
| 5,625,841 | A | 4/1997 | Dawkins et al. |
| 5,649,247 | A | 7/1997 | Itoh et al. |
| 5,664,170 | A | 9/1997 | Taylor |
| 5,669,029 | A | 9/1997 | Fyson et al. |
| 5,724,575 | A | 3/1998 | Hoover et al. |
| 5,740,428 | A | 4/1998 | Mortimore et al. |
| 5,764,889 | A | 6/1998 | Ault et al. |
| 5,764,906 | A | 6/1998 | Edelstein et al. |
| 5,774,670 | A | 6/1998 | Montulli |
| 5,781,725 | A | 7/1998 | Saito |
| 5,784,565 | A | 7/1998 | Lewine |
| 5,802,518 | A | 9/1998 | Karaev et al. |
| 5,809,161 | A | 9/1998 | Auty |
| 5,809,331 | A | 9/1998 | Staats et al. |
| 5,809,495 | A | 9/1998 | Loaiza |
| 5,813,006 | A | 9/1998 | Polnerow et al. |
| 5,832,487 | A | 11/1998 | Olds et al. |
| 5,848,246 | A | 12/1998 | Gish |
| 5,864,482 | A | 1/1999 | Hazama |
| 5,872,973 | A | 2/1999 | Mitchell et al. |
| 5,875,302 | A | 2/1999 | Obhan |
| 5,903,889 | A | 5/1999 | De la Huerga et al. |
| 5,907,837 | A | 5/1999 | Ferrel et al. |
| 5,913,210 | A | 6/1999 | Call |
| 5,915,240 | A | 6/1999 | Karpf |
| 5,918,214 | A | 6/1999 | Perkowski |
| 5,920,702 | A | 7/1999 | Bleidt et al. |
| 5,940,844 | A | 8/1999 | Cahill et al. |
| 5,950,173 | A | 9/1999 | Perkowski |
| 5,961,610 | A | 10/1999 | Kelly et al. |
| 5,966,705 | A | 10/1999 | Koneru et al. |
| 5,974,124 | A | 10/1999 | Schlueter, Jr. et al. |
| 5,974,409 | A | 10/1999 | Sanu et al. |
| 5,978,773 | A | 11/1999 | Hudetz et al. |
| 5,987,519 | A | 11/1999 | Peifer et al. |
| 5,995,965 | A | 11/1999 | Experton |
| 6,032,175 | A | 2/2000 | Fletcher et al. |
| 6,047,332 | A | 4/2000 | Viswanathan et al. |
| 6,055,544 | A | 4/2000 | DeRose et al. |
| 6,058,193 | A | 5/2000 | Cordery et al. |
| 6,070,191 | A | 5/2000 | Narendran et al. .......... 709/226 |
| 6,092,189 | A | 7/2000 | Fisher et al. |
| 6,108,787 | A | 8/2000 | Anderson et al. |
| 6,131,095 | A | * 10/2000 | Low et al. ..................... 707/10 |
| 6,154,738 | A | 11/2000 | Call |
| 6,167,438 | A | 12/2000 | Yates et al. ................. 709/216 |
| 6,188,766 | B1 | 2/2001 | Kocher |
| 6,201,931 | B1 | 3/2001 | Cipolla et al. |
| 6,202,070 | B1 | 3/2001 | Nguyen et al. |
| 6,209,095 | B1 | 3/2001 | Anderson et al. |
| 6,212,280 | B1 | 4/2001 | Howard, Jr. et al. |
| 6,370,584 | B1 | * 4/2002 | Bestavros et al. .......... 709/238 |
| 6,374,253 | B1 | 4/2002 | Weider et al. ............... 707/102 |
| 6,377,986 | B1 | 4/2002 | Philyaw et al. |
| 6,418,441 | B1 | 7/2002 | Call |
| 6,438,652 | B1 | 8/2002 | Jordan et al. |
| 6,453,404 | B1 | 9/2002 | Bereznyi et al. ............ 711/171 |
| 6,463,454 | B1 | 10/2002 | Lumelsky et al. |
| 6,466,980 | B1 | 10/2002 | Lumelsky et al. |
| 6,470,389 | B1 | * 10/2002 | Chung et al. ............... 709/227 |
| 6,578,068 | B1 | 6/2003 | Bowman-Amuah |
| 6,594,253 | B1 | 7/2003 | Sallberg et al. ............. 370/349 |
| 6,711,408 | B1 | 3/2004 | Raith |
| 7,103,640 | B1 | 9/2006 | Overton et al. |
| 7,233,978 | B2 | 6/2007 | Overton et al. |
| 7,272,625 | B1 | 9/2007 | Hannel et al. .............. 709/200 |
| 7,349,902 | B1 | 3/2008 | Arlitt et al. ................... 707/8 |
| 7,634,453 | B1 | 12/2009 | Bakke et al. .................. 707/1 |
| 2001/0013059 | A1 | 8/2001 | Dawson et al. ............. 709/217 |
| 2002/0112048 | A1 | 8/2002 | Gruyer et al. |
| 2003/0065653 | A1 | 4/2003 | Overton et al. |
| 2004/0205055 | A1 | 10/2004 | Overton et al. |
| 2008/0005275 | A1 | 1/2008 | Overton et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 889 422 A2 | 1/1999 |
| WO | WO 86/05610 | 9/1986 |
| WO | WO 98/15910 | 4/1998 |
| WO | WO 98/31138 | 7/1998 |
| WO | WO 00/32526 | 1/2000 |

## OTHER PUBLICATIONS

Kleinholz, L. et al., Supporting Cooperative Medicine: The Bermed Project, IEEE Multimedia, vol. 1, No. 4, Dec. 21, 1994, pp. 44-53.
Method for Network Naming and Routing, IBM Technical Disclosure Bulletin, vol. 37, No. 9, Sep. 1, 1994, pp. 255-256.
Minimizing Locking to Access Global Shared Data, IBM Technical Disclosure Bulletin, Feb. 1995, pp. 619-622.
R. Muniz et al., A Robust Software Barcode Reader Using the Hough Transform, Abstract, 1999, International Conference on Information Intelligence and Systems (Oct. 31 to Nov. 3, 1999).
D. Fresonke, In-fab Identification of Silicon Wafers With Clean, Laser Marked Barcodes, Abstract, 1994, IEEE/Semi Advanced Semiconductor Manufacturing Conference and Workshop (Nov. 14 to Nov. 16, 1994).
T. Sriram et al., Applications of Barcode Technology in Automated Storage and Retrieval Systems, Abstract, Proceedings of the 1996 IEEE IECON 22nd International Conference on Industrial Electrodes (Aug. 5 to Aug. 10, 1996).
V.L. Callaghan et al., Structures and Metrics for Image Storage and Interchange, Journal of Electronic Imaging, vol. 2, No. 2, Apr. 1, 1993, pp. 126-137.
Beitz et al., Service Location in an Open Distributed Environment, Second International Workshop on Services in Distributed and Networked Environments, IEEE Computer Society Press, Jun. 1995, pp. 28-34.
Office Action, dated Mar. 30, 2010, pp. 1-12, U.S. Appl. No. 11/803,332, U.S. Patent and Trademark Office, Virginia.
Notice of Allowance, dated May 19, 2010, pp. 1-8, U.S. Appl. No. 10/646,350, U.S. Patent and Trademark Office, Virginia.

* cited by examiner

KoveIO Compl. Ex. 6



**Use Of Request Identifiers**





Fig. 2

NDTP String Format

Fig. 3

NDTP_GET Format

KoveIO Compl. Ex. 6

*Fig. 4*

NDTP_GET_RSP Format

40

42

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
NDTP_GET_RSP (1)                Reserved
                    NDTP request identifier
String area length (ROUND4(n0) + 4 + ... + ROUND4(nm) + 4)
                    Location0 length (n0)

                    Location0 data

Location0 byte n-1              Padding0

                    Location1

                        ...

Locationm byte n-1             Paddingm
```

Fig. 5

| 0 | | | | | | | | 1 | | | | | | | | 2 | | | | | | | | 3 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | 1 |

50

NDTP_PUT (2)

Reserved

NDTP request identifier

String area length (ROUND4(n) + 4 + ROUND4(m) + 4)

Identifier length (n)

Identifier data — 52

Identifier byte n-1 | Identifier padding

Location length (m)

Location data — 54

Location byte m-1 | Location padding

NDTP_PUT Format

KoveIO Compl. Ex. 6



Fig. 6

NDTP_PUT_RSP (3)

Reserved

NDTP request identifier

String area length (0)

NDTP_PUT_RSP Format



Fig. 7

NDTP_DEL Format



Fig. 8

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| NDTP_RDR_RSP (6)            | Reserved                         |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| NDTP request identifier                                        |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| String area length (ROUND4(n0) + 4 + ... + ROUND4(nm) + 4)    |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| NDTP Server URL0 length (n0)                                   |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| NDTP Server URL0 data                                         92
|                                                               |
| URL0 byte n0-1                                                 |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| Padding0                                                       |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| NDTP Server URL1                                              94
|                                                               |
|                             ...                               |
| URLm                                                          |
|                                                               |
| URLm byte nm-1                                                |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

90

NDTP_RDR_RSP With Server Table

Fig. 9(a)

KoveIO Compl. Ex. 6



*Fig. 9(b)*



KovelO Compl. Ex. 6



NETWORK DISTRIBUTED TRACKING
DISTRIBUTED RECORD RETRIEVAL

Fig. 10

KoveIO Compl. Ex. 6



*Fig. 11*

NDTP Server Constellation Context



*Fig. 12*

NDTP Client-Centric Constellation

KoveIO Compl. Ex. 6



**NDTP Server-Centric Constellation**



KoveIO Compl. Ex. 6

# NETWORK DISTRIBUTED TRACKING WIRE TRANSFER PROTOCOL

## RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 09/661,222 filed Sep. 13, 2000, now U.S. Pat. No. 7,103, 640, the entirety of which is hereby incorporated by reference, which claims the benefit of U.S. patent application Ser. No. 60/153,709, entitled SIMPLE DATA TRANSPORT PROTOCOL METHOD AND APPARATUS, filed on Sep. 14, 1999, and is a continuation-in-part of U.S. application Ser. No. 09/111,896, entitled SYSTEM AND METHOD FOR ESTABLISHING AND RETRIEVING DATA BASED ON GLOBAL INDICES, filed on Jul. 8, 1998, abandoned.

## MICROFICHE/COPYRIGHT REFERENCE

A Microfiche Appendix (143 frames, 2 sheets) is included in this application that contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the Microfiche Appendix, as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all copyright rights whatsoever.

## FIELD OF THE INVENTION

This invention relates generally to the storage and retrieval of information, and in particular, to a protocol for dynamic and spontaneous global search and retrieval of information across a distributed network regardless of the data format.

## BACKGROUND OF THE INVENTION

Data can reside in many different places. In existing retrieval systems and methods, a client seeking information sends a request to a server. Typically, only data that are statically associated with that server are returned. Disadvantageously, the search is also usually restricted to previously known systems. The search is thus conducted only where the server knows in advance to look.

Another disadvantage of known retrieval systems is the difficulty in accessing data in different forms. Known retrieval systems are typically designed to search for data in limited forms. One example is where a client requests files based on a subject, like a person's name. In the search results, therefore, only text files of peoples' names may be relevant. Another problem in current retrieval systems is that the client may receive text and image files in the search results, but could not seamlessly access the image files. Yet another problem in current retrieval systems is that video and sound files related to the request may not even be found in the search results. For example, a doctor might be able to retrieve medical records on a specific patient, but cannot view an MRI or X-Ray results associated with that record.

A distributed data collection is a system where data is stored and retrieved among multiple machines connected by a network. Typically, each machine in which some portion of the data in a distributed data collection may reside is called a "data repository machine", or simply a "data repository". One commonly asked question in a data repository environment is: Where is data associated with a particular entity in a distributed data collection? The data location is a key question when a distributed data collection has highly dynamic data distribution properties.

In networked environments where there are a large number of data repositories and any particular entity does not store data in all the repositories, a mechanism is needed that would permit queries to be directed only at data repositories with relevant information. It would also be beneficial to permit membership in the set of data repositories itself to be highly dynamic. Such a system would support on-the-fly addition and removal of data repositories from a distributed data collection seamlessly and without the need to reprogram the client and server participants.

## BRIEF SUMMARY OF THE INVENTION

In view of the above, the invention provides a network distributed tracking wire transfer protocol, and a system and method for using the protocol in a networked environment. The network distributed tracking wire transfer protocol includes two basic components: identification strings for specifying the identity of an entity in the distributed data collection, and location strings for specifying network locations of data associated with an entity. The protocol accommodates variable length identifier and location strings. Relationships between identification strings and location strings can be dynamically and spontaneously manipulated thus allowing the corresponding data relationships also to change dynamically, spontaneously, and efficiently. In addition, the network distributed tracking wire transfer protocol is application independent, organizationally independent, and geographically independent.

In another aspect of the invention, a system of components using the network distributed tracking protocol are provided for storing and identifying data with a distributed data collection. The components include (1) a data repository for storing data in the distributed data collection, (2) a client entity for manipulating data in the distributed data collection, and (3) a first server entity operative to locate data in the distributed data collection, which may be coupled to a client entity and/or data repository. In a network with these components, a client entity transmits an identifier string to the first server entity along with the client request, and the first server entity provides a set of location strings to the client entity in response thereto. The first server entity maps the identifier string received from the client entity to a set of location strings. The network may also include any number of additional server entities coupled to the first server entity.

According to yet another aspect of the invention, a method is provided for storing and retrieving tracking information over a network using a wire transfer protocol. A location string specifies the location of data associated with an entity in the distributed data collection and the identification string specifies the identification of an entity in a distributed data collection. A first data repository entity stores data by associating an identification string with each particular stored unit of data, and by mapping the identification string to a location string associated with the first data repository. The identification string and location string for the particular unit of data are at a first server entity coupled to the first data repository entity. A request is transmitted from a client entity to the first server entity to retrieve at least one location string associated with the stored unit of data in the distributed data collection. The request includes the identification string associated with the particular stored unit of data. The request is received at the first server entity, which responds to the client entity by providing at least one location string associated with the particular stored unit of data to the client entity.

The request may also be transmitted to a second server entity prior to responding to the client entity, where the sec-

KoveIO Compl. Ex. 6

ond server entity is coupled to the first server entity and includes the mapping of the identification string and location strings for the particular units of data. In such case, the second server entity responds to the client entity by providing the at least one location string associated with the particular stored unit of data to the client entity.

The network distributed tracking protocol of the invention is a networking protocol that efficiently manages mappings from one or more identifier strings to zero or more location strings. The protocol permits client entities to add and remove identifier/location associations, and request the current set of locations for an identifier or identifiers from server entities that comply with the protocol.

The protocol is designed for use in the larger context of a distributed data collection. As such, it supports an architecture in which information about where data associated with particular application entities can be managed and obtained independently of the data itself. The protocol and its associated servers thus maintain a mapping between entity identifiers and data locations. The identifier/location mapping maintained by the servers is very dynamic. Regardless of the expected system context in a distributed data collection, the protocol can be used for any application in which one-to-one or one-to-many associations among strings are to be maintained and accessed on a network.

In any context, the protocol supports identifier and location strings of up to $2^{32}$-4 bytes in length, but in most applications it is expected that the strings are typically short. String length is not fixed by the protocol, except by the upperbound. Accordingly, string formats are controlled at a local level and not dictated by the protocol.

These and other features and advantages of the invention will become apparent upon a review of the following detailed description of the presently preferred embodiments of the invention, when viewed in conjunction with the appended drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an example of multiple outstanding protocol requests.

FIG. **2** is a layout of one presently preferred string format.

FIG. **3** is a layout of one presently preferred NDTP_GET message.

FIG. **4** is a layout of one presently preferred NDTP_GET_RSP message.

FIG. **5** is a layout of one presently preferred NDTP_PUT message.

FIG. **6** is a layout of one presently preferred NDTP_PUT_RSP message.

FIG. **7** is a layout of one presently preferred NDTP_DEL message.

FIG. **8** is a layout of one presently preferred NDTP_DEL_RSP message.

FIG. **9** is a layout of one presently preferred NDTP_RDR_RSP message, where FIG. **9**(*a*) shows a server table layout, and FIG. **9**(*b*) shows a redirection function layout.

FIG. **10** is a system block diagram showing a multi-server implementation environment of the network distributed tracking wire transfer protocol of the invention.

FIG. **11** is a system diagram showing an NDTP server constellation configuration.

FIG. **12** is a system diagram showing a client-centric constellation approach.

FIG. **13** is a system diagram showing a server-centric constellation approach.

## DETAILED DESCRIPTION OF THE PRESENTLY PREFERRED EMBODIMENTS OF THE INVENTION

The following terms are used to describe the operation of the presently preferred network distributed tracking protocol (NDTP). An "identifier string" or an "identifier" is a unique string with which zero or more location strings are associated in an NDTP server. A "data location" or a "location" is a string that is a member of a set of strings associated with an identifier string in an NDTP server. An "NDTP client" or a "client" is a network-attached component that initiates update or lookup of identifier/location mappings from an NDTP server with NDTP request messages. An "NDTP server" or a "server" is a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to NDTP request messages from NDTP clients. The term "Network Byte Order" is the ordering of bytes that compose an integer of larger than a single byte as defined in the Internet Protocol (IP) suite. Preferably, Network Byte Order specifies a big-endian, or most significant byte first, representation of multibyte integers. In this specification a byte is preferably composed of eight bits.

Network Distributed Tracking Protocol (NDTP)

The Network Distributed Tracking Protocol (NDTP) efficiently tracks the location of data associated with an individual entity in a distributed data collection. NDTP is a transactional protocol, which means that each operation within NDTP consists of a request message from an NDTP client to an NDTP server, followed by an appropriate response message from the NDTP server to the NDTP client. NDTP defines an entity key (or "identifier") as a unique string used to refer to an entity about which a distributed query is performed.

The NDTP server treats the entity key as an unstructured stream of octets, which is assumed to be unique to a particular entity. The precise structure of the NDTP entity key and the mechanism for ensuring its uniqueness are a function of the application in which the NDTP server is used. In a customer oriented application, the NDTP entity key might be a unique customer identifier, for example, a Social Security Number, in either printable or binary integer form, as is appropriate to the application. NDTP also defines a data location specifier as a string used to specify a data respository in which data associated with a particular entity may be found.

As with NDTP entity keys, the NDTP server treats NDTP data location specifiers as unstructured streams of octets. The structure of an NDTP data location specifier is a function of the application in which the NDTP server is used. For example, an NDTP data location specifier might be an Internet machine name, and a TCP/IP port number for a relational database server, or an HTTP Universal Resource Locator (URL), or some concatenation of multiple components.

The NDTP server efficiently maintains and dispenses one to zero or one to many relationships between entity keys and data location specifiers. In other words, an entity key may be associated with any number of data location specifiers. When data for a particular entity is added to a data repository, the NDTP server is updated to indicate an association between the entity key and the data repository's data location specifier. When a query is performed for an entity key, the NDTP server supplies the set of data repositories in which data may be found for that entity key.

General NDTP Mechanics

The protocol of the invention is designed to provide maximum transaction throughput from the NDTP server, associated clients, and associated data repositories when appropriate. The design goal is realized through two design principles:

1. NDTP messages should preferably be as short as possible to maximize the rate of NDTP transactions for a given network communication bandwidth.

2. NDTP messages should preferably be structured for efficient processing on existing machine architectures.

Design Optimizations.

Numerical fields of an NDTP message are preferably represented in binary integer format rather than ASCII or other printable format to minimize host processing overhead and network utilization. Numerical fields of NDTP messages are also aligned on 32-bit boundaries to minimize the cost of manipulation on current machine architectures. Manipulating unaligned multibyte integer quantities on modern machine architectures usually incurs an extra cost ranging from mild to severe compared to manipulating the same quantities in aligned form.

In keeping with other network protocol standards including TCP/IP, multioctet integer quantities in NDTP are preferably encoded using the big endian integer interpretation convention, as set forth above.

To overcome network latency, NDTP is designed to support asynchronous operation, where many requests may be sent to an NDTP server before a response from any of them is received.

Each NDTP message is preceded by a fixed size, 12-octet header, using the preferred data structure:

```
typedef struct ndtp-hdr {
    uint8_T op;            /* opcode */
    uint8_t pad[3];
    uint32_t id;           /* transaction identifier */
    uint32_t size;         /* total request size
                              following the header */
}ndtp__hdr_t;
```

where:

op:

NDTP message numerical operation code.

NDTP_GET: get request

NDTP_GET_RSP: get response

NDTP_PUT: put request

NDTP_PUT_RSP: put response

NDTP_DEL: delete request

NDTP_DEL_RSP: delete response

NDTP_RDR_RSP: provide redirection

id:

Client supplied operation request used to distinguish responses from multiple outstanding NDTP asynchronous requests. Each "_RSP" message echoes the id field of the associated request.

size:

Size, in octets of the remainder of the NDTP message. The size field should always be a multiple of 4 octets.

Variably sized portions of NDTP messages are preferably defined with a size field rather than some other delimiter mechanism to facilitate efficient reading of NDTP messages. Requests may be made to the network layer to read the entire variably sized portion of an NDTP message, rather than reading small chunks while scanning for a delimiter. Furthermore,

client and server resource management can be more efficient since the size of NDTP messages is known before reading.

The variably sized portions of NDTP messages are composed of zero or more NDTP stings:

```
typedef struct ndtp__str {
    uint32_t len;
    uint8_t data [ ];
{ ndtp__str_t;
```

Note that the C struct definitions in this document are schematic, and not necessarily fully compliant structures in the C programming language. Specifically, arrays denoted in this document with "[ ]" imply a dimension which is only known dynamically and this indefinite array size specifier is not allowed in C struct definitions. Note also the following:

len:

the number of significant octets of data following the len field in the data area.

data:

len octets of data, followed by up to 3 octets of padding, to ensure that the total length of the NDTP string structure is a multiple of 4 octets.

The padding octets are not included in the len field.

Because variable sized portion NDTP messages are composed of zero or more NDTP stings and NDTP strings preferably occupy an even multiple of 4 octets, this ensures that the "size" field of NDTP message headers will preferably be a multiple of 4 octets.

Protocol Structure

An example of multiple outstanding NDTP requests and the use of request identifiers is shown in FIG. 1. NDTP preferably has a simple, stateless request/response structure. Each request message 10 sent by a client 12 has a corresponding response message 14 returned by the server 16. To maximize server 16 throughput and use of available network bandwidth, NDTP is asynchronous in nature. Many requests 10 from a single client 12 may be outstanding simultaneously, and responses 14 may or may not be returned from the server 16 in the order in which the requests 10 were issued. Each NDTP request 10 contains an NDTP request identifier 18 that is returned in the NDTP response 14 for the associated request 10. An NDTP client 12 uses a unique NDTP request identifier 18 for each NDTP request 10 that is outstanding at the same time to an NDTP server 16 if it wishes to correlate responses with requests.

There are four operations preferably supported by the protocol:

Add a location association to an identifier.

Delete a location association from an identifier.

Get all locations associated with an identifier.

Provide a redirect instruction to identify an alternative server.

The response to adding a location association to an identifier 18 is a simple acknowledgement. If the location is already associated with the identifier 18, adding the association has no effect, but the request 10 is still acknowledged appropriately. In other words, the NDTP add operation is idempotent. The response to deleting a location association from an identifier 18 is a simple acknowledgement. If the location is not currently associated with the identifier 18, deleting the association has no effect, but the request 10 is still acknowledged appropriately. In other words, the NDTP delete operation is idempotent. The response 14 to getting all locations associ-

ated with an identifier **18** is a list of the locations presently associated with an identifier **18**. If no locations are currently associated with an identifier **18**, a list of length zero is returned.

Message Formats

NDTP messages **10**, **14** preferably have a regular structure that consists of a message operation code, followed by a request identifier **18**, followed by a string area length (in bytes) **20**, followed by zero or more strings **22**, as shown in FIG. **2**. As those skilled in the art will appreciate, NDTP message formats are preferably independent of the network transport layer used to carry them. NDTP preferably defines mappings of these messages **10**, **14** onto TCP and UDP transport layers (described in detail below), but other mappings could also be defined and it is likely that these NDTP message formats would not require change. For example, the notation ROUND4(x) means x, rounded up to the next multiple of 4.

Integer Format

Multibyte integers in NDTP messages are represented in network byte order; using the big-endian convention. In other words, the most significant byte of a multibyte integer is sent first, followed by the remainder of the bytes, in decreasing significance order.

String Format

Strings in NDTP are represented as counted strings, with a 32-bit length field **20**, followed by the string data **22**, followed by up to 3 bytes of padding 24 to make the total length of the string representation equal to ROUND4(length). This layout is shown diagrammatically in FIG. **2**.

NDTP_GET Format

The NDTP_GET message has a message operation code **30** of 0, and a single NDTP string **32** which is the identifier string for which to get associated location strings. This layout is shown diagrammatically in FIG. **3**.

NDTP_GET_RSP Format

The NDTP_GET_RSP message has a message operation code **40** of 1, and zero or more strings **42** that are the locations currently associated with the requested identifier. This layout is shown diagrammatically in FIG. **4**.

NDTP_PUT Format

The NDTP_PUT message has a message operation code **50** of 2, and two NDTP strings **52**, **54**. The first string **52** is the identifier for which to add a location association, and the second string **54** is the location to add. This layout is shown diagrammatically in FIG. **5**.

NDTP_PUT_RSP Format

The NDTP_PUT_RSP message has a message operation code **60** of 3, and zero NDTP strings. This layout is shown diagrammatically in FIG. **6**.

NDTP_DEL Format

The NDTP_DEL message has a message operation code **70** of 4, and two NDTP strings **72**, **74**. The first string **72** is the identifier from which to delete a location association, and the second string **74** is the location to delete. This layout is shown diagrammatically in FIG. **7**.

NDTP_DEL_RSP Format

The NDTP_DEL_RSP message has a message operation code **80** of 5, and zero NDTP strings. This layout is shown diagrammatically in FIG. **8**.

NDTP_RDR_RSP Format

The NDTP_RDR_RSP message has a message operation code **90** of 6, and one or more NDTP strings **92**, **94**. Two layouts apply, which are shown diagrammatically in FIGS. **9**(*a*) and **9**(*b*).

A general description of the usage and operation of these protocol messages is provided below.

NDTP_GET Transaction

The NDTP_GET message contains a single NDTP string which is the entity key for which associated data locations are requested.

```
typedef struct ndtp_get {
    ndtp_hdr_t hdr;
    ndtp_str_t key;
} ndtp_get_t;
```

The NDTP_GET_RSP message contains zero or more NDTP strings which are the data location specifiers associated with the NDTP entity key:

```
typedef struct ndtp_get_rsp {
    ndtp_hdr_t hdr;
    uint32_t rsps;
    ndtp_str_t values[ ];
} ndtp_get_rsp_t;
```

NDTP_PUT Transaction

The NDTP_PUT messages contains two NDTP strings which are (1) the NDTP entity key and (2) the NDTP data location specifier which is to be associated with the NDTP entity key.

```
typedef struct ndtp_put {
    ndtp_hdr_t hdr;
    ndtp_str_t key;
    ndtp_str_t data;
} ndtp_put_t;
```

The NDTP_PUT_RSP message has no NDTP strings, and simply indicates that the requested entity key/data location specifier association was added:

```
typedef struct ndtp_put_rsp {
    ndtp_hdr_t hdr;
} ndtp_put_rsp_t;
```

The requested entity key/data location specifier association is added in addition to any other associations already maintained by the NDTP server. If the requested entity key/data location specifier association is already in effect, the NDTP_PUT still succeeds and results in an NDTP_PUT_RSP message.

NDTP_DELETE Transaction

The NDTP_DEL message contains two NDTP strings which are (1) the NDTP entity key and (2) the NDTP data location specifier which is to be unassociated with the NDTP entity key:

```
typedef struct ndtp__del {
    ndtp__hdr_t hdr;
    ndtp__str_t key;
    ndtp__str_t data;
} ndtp__del_t;
```

The NDTP_DEL_RSP message has no NDTP strings, and simply indicates that the requested entity key/data location specifier association was deleted.

```
typedef struct ndtp__del__rsp {
    ndtp__hdr_t hdr;
} ndtp__del__rsp_t;
```

If the requested entity key/data location specifier association is not in effect, the NDTP_DEL still succeeds and results in an NDTP_DEL_RSP message.

NDTP_RDR_RSP Message

NDTP supports a distributed server implementation for which two principle redirection methods apply: (1) embedded redirection links, and (2) passed functions. The passed functions method in turn has two variants: (a) a well-known function, and (b) a communicated function. (These methods and variants are described in further detail below.)

Network Front End

The NDTP server network front end preferably maximizes NDTP transaction throughput including concurrent NDTP requests from a single client as well NDTP requests from multiple concurrent clients.

Network Communication Mechanism

NDTP defines a transaction oriented protocol, which can be carried over any of a variety of lower level network transport protocols. For example:

TCP/IP: TCP/IP provides a ubiquitously implemented transport which works effectively on both local area and wide area networks. An NDTP client using TCP/IP preferably connects with the NDTP server at an established TCP port number, and then simply writes NDTP request messages through the TCP/IP connection to the server, which then writes NDTP response messages back to the client through the same TCP/IP connection in the reverse direction. TCP/IP implementations perform buffering and aggregation of many small messages into larger datagrams, which are carried more efficiently through the network infrastructure. Running NDTP on top of TCP/IP will take advantage of this behavior when the NDTP client is performing many NDTP requests. For example, a data repository which is undergoing rapid addition of data records associated with various entities will perform many rapid NDTP_PUT operations to the NDTP server that can all be carried on the same NDTP TCP/IP connection.

UDP/IP: If an NDTP client only performs occasional, isolated NDTP operations, or there are a vast number of clients communicating with an NDTP server, TCP/IP will not offer the best possible performance because many traversals of the network are required to establish a TCP/IP connection, and yet more network traversals are required to transfer actual NDTP messages themselves. For such isolated NDTP transactions, depending upon the application and network infrastructure in use, it is beneficial to have the NDTP server employ UDP/IP, which is a widely available connectionless datagram protocol.

However, UDP/IP does not support reliable data transfer, or any congestion control mechanism. This means that NDTP clients using UDP/IP must implement reliability and congestion control maintaining transaction timeouts and performing exponential retry backoff timers, precisely analogous to the congestion control mechanism implemented by Ethernet, and other well known UDP protocols. Those skilled in the art will note that the NDTP protocol is stateless from the standpoint of the NDTP server, which means that there is no congestion control or reliability burden on the server; it is all implemented in a distributed manner by the NDTP UDP/IP clients.

Still Higher Performance (ST): Both TCP/IP and to a lesser degree UDP/IP suffer from high host CPU overhead. Like the relatively long latency of TCP/IP, this host CPU consumption is considered just the "cost of doing business" where TCP/IP provides ubiquitous connectivity. If an NDTP server were running in a more constrained environment, where ubiquitous connectivity was not required, its absolute performance could be improved substantially by using a different protocol that is optimized to reduce CPU overhead and latency, such as the Scheduled Transfer (St) protocol.

None of these network implementation issues are particularly unique to NDTP, however. All similar protocols face similar tradeoffs, and what art exists to improve the performance of such protocols applies fully to NDTP as well.

NDTP Query Processing

Servicing NDTP query requests does not require high latency operations, such as disk I/O. Therefore, the NDTP server network front end preferably services NDTP query requests in a FIFO style by reading the NDTP_GET message, performing the lookup for the entity key in the NDTP server string store, and writing the NDTP_GET_RSP message. Each NDTP query is independent of any other NDTP transactions (other queries or updates), so it is possible to process multiple NDTP queries simultaneously on multiprocessor machines. The NDTP server permits this by not performing multiprocessor locking in the NDTP query processing path.

The current prototype NDTP server preferably does not create multiple read service threads per NDTP connection, so multiprocessing will only occur while processing queries from different NDTP connections. Nonetheless, the NDTP server could be extended to support multiprocessing of NDTP queries from a single NDTP connection if this turned out to be advantageous.

NDTP Update Processing

Unlike NDTP queries, processing NDTP updates requires the high latency operation of committing the change to non-volatile storage. To maintain high performance on NDTP updates, the NDTP server network front end preferably supports multiple concurrent asynchronous update transactions. Also, each update is preferably performed atomically to avoid creating an inconsistent state in the string store. Currently, the string store supports only a single mutator thread, which means that all NDTP updates are serialized through the string store mutator critical code sections. As is traditional in transactional systems, the string store mutation mechanism is implemented as a split transaction.

When an NDTP update is processed, a call is made to the string store mutation function, which returns immediately indicating either that the mutation is complete, or that the completion will be signaled asynchronously through a callback mechanism. The mutator function might indicate an immediate completion on an NDTP_PUT operation if the entity key/data location specifier mapping was already

present in the database. In this case, the network front end will immediately write the update response message back to the client.

For updates which are not immediately completed, the network front end maintains a queue of NDTP updates for which it is awaiting completion. When the completion callback is called by the string store log file update mechanism, the network front end writes the NDTP update response messages for all completed updates back to the clients. If no new NDTP update requests are arriving from NDTP clients, and there are some incomplete updates in the update queue, the network front end preferably calls the string store log buffer flush function to precipitate the completion of the incomplete updates in update queue.

### Multiple Connection Handling

Handling multiple clients in a single server process requires that the server process not block waiting for events from a single client, such as newly received data forming an NDTP request message, or clearing a network output buffer so an NDTP response message can be written. The NDTP server network front end may be conditionally compiled to use either of two standard synchronous I/O multiplexing mechanisms, select or poll, or to use threads to prevent blocking the server waiting for events on individual connections. The select and poll interfaces are basically similar in their nature, but different in the details. When compiled for synchronous I/O multiplexing, the NDTP server network front end maintains an input buffer for each connection. The multiplexing function is called to determine if any of the connections have input available, and if so, it is read into the connection's input buffer. Once a complete NDTP request is in the buffer, it is acted upon. Similarly, the network front end maintains an output buffer for each connection, and if there is still a portion of an NDTP response message to send, and the connection has some output buffer available, more of the NDTP response message is sent.

The threaded version of the NDTP server network front end preferably creates two threads for each NDTP connection, one for reading and one for writing. While individual threads may block as input data or output buffer is no longer available on a connection, the thread scheduling mechanism ensures that if any of the threads can run, they will run. The threaded version of the NDTP server is most likely to offer best performance on modern operating systems, since it will permit multiple processors of a system to be used, and the thread scheduling algorithms tend to be more efficient than the synchronous I/O multiplexing interfaces. Nonetheless, the synchronous I/O multiplexing versions of NDTP server will permit it to run on operating systems with poor or non-existent thread support.

A more detailed description of the mapping operation in both a TCP and UDP environment appears below.

### TCP Mapping

As those skilled in the art will appreciate, the Transmission Control Protocol (TCP) is a connection-oriented protocol that is part of a universally implemented subset of the Internet Protocol (IP) suite. TCP provides reliable, bi-directional stream data transfer. TCP also implements adaptive congestion avoidance to ensure data transfer across a heterogeneous network with various link speeds and traffic levels.

NDTP is preferably carried on TCP in the natural way. An NDTP/TCP client opens a connection with a server on a well-known port. (The well-known TCP (and UDP) port numbers can be selected arbitrarily by the initial NDTP implementer. Port numbers that do not conflict with existing protocols should preferably be chosen.) The client sends

NDTP requests **10** to the server **16** on the TCP connection, and receives responses **14** back on the same connection. While it is permissible for a single client **12** to open multiple NDTP/TCP connections to the same server **16**, this practice is discouraged to preserve relatively limited connection resources on the NDTP server **16**. The asynchronous nature of NDTP should make it unnecessary for a client **12** to open multiple NDTP/TCP connections to a single server **16**.

If protocol errors are detected on an NDTP/TCP connection, the NDTP/TCP connection should be closed immediately. If further NDTP/TCP communication is required after an error has occurred, a new NDTP/TCP connection should be opened. Some examples of detectable protocol errors include:

Illegal NDTP message operation code;

Nonzero String Area Length in NDTP_PUT_RSP or NDTP_GET_RSP;

Inconsistent String Area Length and String Length(s) in NDTP_GET, NDTP_GET_RSP, NDTP_PUT or NDTP_DEL;

Unexpected NDTP request identifier by client.

Due to the reliable nature of TCP, NDTP/TCP servers **16** and clients **12** need not maintain any additional form of operation timeout. The only transport errors that can occur will result in gross connection level errors. A client **12** should assume that any NDTP requests **10** for which it has not received responses **14** have not been completed. Incomplete operations may be retried. However, whether unacknowledged NDTP requests **10** have actually been completed is implementation dependent. Any partially received NDTP messages should also be ignored.

### UDP Mapping

As those skilled in the art will appreciate, the Unreliable Datagram Protocol (UDP) is a best-effort datagram protocol that, like TCP, is also part of the universally implemented subset of the IP suite. UDP provides connectionless, unacknowledged datagram transmission. The minimal protocol overhead associated with UDP can deliver extremely high performance if used properly.

NDTP/UDP clients **12** send UDP datagrams with NDTP request messages **10** to a well-known UDP port (see above). NDTP/UDP servers **16** return NDTP response messages **14** to the client **12** selected local UDP port indicated in the NDTP/UDP datagram containing the requests **10**. NDTP/UDP does not require any form of connection or other association to be established in advance. An NDTP interchange begins simply with the client request message **10**.

For efficiency, the mapping of NDTP on to UDP permits multiple NDTP messages to be sent in a single UDP datagram. UDP datagrams encode the length of their payload, so when a UDP datagram is received, the exact payload length is available. The recipient of an NDTP/UDP datagram will read NDTP messages from the beginning of the UDP datagram payload until the payload is exhausted. Thus, a sender of an NDTP/UDP datagram is free to pack as many NDTP messages as will fit in a UDP datagram.

The largest possible UDP datagram payload is presently slightly smaller than 64K bytes. In addition, there may be a performance penalty sending UDP datagrams that are larger than the maximum datagram size allowed by the physical network links between the sender and intended recipient. IP provides mechanisms for discovering this maximum transfer size, called the Path Maximum Transfer Unit (Path MTU), but a discussion of these mechanisms is beyond the scope of this specification. An implementation of NDTP/UDP should preferably respect these datagram size limitations.

Unlike TCP, UDP does not provide reliable data delivery. Therefore, an NDTP/UDP client **12** implementation should implement a timeout mechanism to await the response for each outstanding NDTP request **10**. The exact duration of this response timer is implementation dependent, and may be set adaptively as a client **12** receives responses from a server **16**, but a reasonable default maximum value is preferably 60 seconds. If a response **14** is not received within the response timeout, the client **12** may retransmit the request **10**. NDTP/UDP servers **16** need not maintain any timeout mechanisms.

Depending upon the exact timeout values selected, the client **12** retry mechanism may place some requirements on a client's **12** use of the NDTP request identifier **18** field. If the response timer is shorter than the maximum lifetime of a datagram in the network, it is possible that a delayed response will arrive after the response timer for the associated request has expired. An NDTP/UDP client **12** implementation should ensure that this delayed response is not mistaken for a response to a different active NDTP request **10**. Distinguishing current responses from delayed ones is called antialiasing. One presently preferred way to perform antialiasing in NDTP/UDP is to ensure that NDTP request identifier **18** values are not reused more frequently than the maximum datagram lifetime.

NDTP/UDP client **12** implementations that use the NDTP request identifier **18** for antialiasing should ignore (i.e., skip) NDTP messages within a NDTP/UDP datagram with invalid NDTP request identifier **18** values. Client **12** or server **16** NDTP/UDP implementations detecting any other protocol error should also preferably discard the remainder of the current NDTP/UDP datagram without processing any further NDTP requests from that datagram. Some examples of such detectable errors include:

Illegal NDTP message operation code;

Nonzero String Area Length in NDTP_PUT_RSP or NDTP_GET_RSP;

Inconsistent String Area Length and String Length(s) in NDTP_GET, NDTP_GET_RSP, NDTP_PUT or NDTP_DEL;

Inconsistent NDTP message length and UDP datagram length.

Because NDTP/UDP messages are limited to the length of a single UDP datagram payload, NDTP/UDP cannot be used to transfer long NDTP messages. For example, it would be very difficult to send an NDTP_GET response with NDTP/UDP for a 64K byte identifier string. This case is avoidable by a client **12** realizing that an NDTP message is too long to send as a UDP datagram and using NDTP/TCP instead. However, a greater limitation is that NDTP currently provides no mechanism for an NDTP server **16** to indicate that a response is too large to fit in a UDP datagram. In this case, the NDTP server **16** should not send a response **14**, and it may or may not chose to complete the request **10**. The recovery mechanism in this case preferably is, after several unsuccessful attempts to use NDTP/UDP, a client **12** may try again with NDTP/TCP.

Because UDP does not provide any form of congestion avoidance it is possible that the simple retry strategy specified for NDTP/UDP can create network congestion. Network congestion can cause a severe degradation in the successful delivery of all network traffic (not just NDTP traffic, nor just the traffic from the particular client/server **12**, **16** pair) through a congested network link. Congestion will occur when an NDTP/UDP implementation is sending datagrams faster than can be accommodated through a network link. Sending a large number of NDTP/UDP datagrams all at once is the most likely way to trigger such congestion. Sending a single NDTP/UDP datagram, assuming it is smaller than the Path

MTU, and then waiting for a response **14** is unlikely to create congestion. Therefore, the use of NDTP/UDP should be confined to contexts where clients **12** send few outstanding requests at a time, or where network congestion is avoided through network engineering techniques.

Those skilled in the art will appreciate that network congestion is a highly dynamic property that is a function of network traffic from all sources through a network link and will vary over time over any given network path. An NDTP/UDP client **12** implementation can recover from network congestion by switching to NDTP/TCP after several failed retries using NDTP/UPD. Failure due to network congestion may be indistinguishable from failure due to UDP packet size limitations, but since the recovery strategy is the same in both cases, there is no need to distinguish these cases.

NDTP/UDP Congestion Avoidance

Given the stateless, transactional nature of NDTP, NDTP/UDP generally performs much better than NDTP/TCP. This performance improvement is measurable both in terms of the maximum sustainable transaction rate of an NDTP server **16**, and the latency of a single response to an NDTP client **12**. In the same way as the Domain Name Service (DNS), NDTP fits naturally in the UDP model. It is a working assumption of NDTP (and DNS) that for every NDTP transfer, there will be an associated transfer of real data that is an order of magnitude or more greater in size than the NDTP protocol traffic. This property will naturally limit the amount of NDTP traffic on a network. However, in applications where NDTP traffic reaches high levels, particularly at network 'choke points' which are not within the control of network engineers, it may be desirable to support a congestion avoidance mechanism for NDTP/UDP.

However, those skilled in the art will appreciate that the other main future requirement of NDTP, security (described below), implies an existing, durable association between NDTP clients **12** and NDTP servers **16**. This association is much like (and in the case of SSL, it is) a network connection. Therefore, depending upon what security technology is applied, developing a congestion avoidance mechanism for NDTP/UDP may be an irrelevant exercise.

Server Redirection Mechanism

NDTP provides two mechanisms for server redirection. The redirection mechanisms allow cluster and hierarchical topologies, and mixtures of such topologies (described in detail below). The first redirection mechanism supported by NDTP, embedded redirection links, uses an application specific convention to return redirection pointers as NDTP data location strings. For example, if location strings are W3C URLs, a URL with the schema ndtp: could be a server indirection pointer. An NDTP_GET_RSP message may contain any mixture of real data location strings and NDTP server redirection pointers. In this case, the client must issue the same NDPT_GET query message to other NDTP servers indicated by the redirection pointers. The total set of data location strings associated with the supplied identifier string is the collection of all the data location strings returned from all the NDTP servers queried. The embedded redirection link technique does not require any specific NDTP protocol support. Therefore, it could be used within the NDTP protocol as is, and does not require further description in this specification.

The second redirection mechanism, which is specified as a future extension of NDTP, is having the server return an NDTP_RDR_RSP message in response to an NDTP request for which the NDTP server has no ownership of the supplied identifier string. Those skilled in the art will note that unlike

the embedded redirection links mechanism, the NDT-P_RDR_RSP mechanism applies to all NDTP requests, not just NDTP_GET.

As mentioned above, the second redirection mechanism has two variants. The first variant of the NDTP_RDR_RSP function mechanism specifies a well-known function that all NDTP server and client implementations know when they are programmed, and the NDTP_RDR_RSP message carries a table of NDTP server URLs. The format of the NDTP_RDR_RSP message with an NDTP server URL table is shown in FIG. 9(*a*).

The appropriate NDTP server is selected from the table in the NDTP_RDR_RSP message by applying a well-known function to the identifier string and using the function result as an index into the NDTP server table. The well-known function preferably applied is the hashpjw function presented by Aho, Sethi and Ullman in their text *Compilers, Principles, Techniques and Tools*:

```
uint32_t
hash (uint8_t *s, uint32_t slen, uint32_t size)
{
    uint32_t g;
    uint32_t i;
        uint32_t h = 0;
    uint8_t c;
    for (i = 0; i < slen; i++) {
        c = s[i];
        h = (h << 4) + c;
        g = (h & 0xf0000000);
        if (g) {
            h = g >> 24;
            h = g;
        }
    }
    return h % size;
}
```

In this case, the size parameter is the number of elements in the NDTP server URL table returned in the NDT-P_RDR_RSP message. For the hashpjw function to behave correctly, the size parameter must be a prime number, therefore the NDTP server URL table must also have a prime number of elements. Those skilled in the art will appreciate that the same NDTP server may appear multiple times in the NDTP server URL table. For example, if the server URL table has 2039 elements, by putting one NDTP server URL in the first 1019 table elements, and a second NDTP server URL in the second 1020 table elements, the responsibility for the index string space will be split roughly in half.

The second variant of the NDTP_RDR_RSP function mechanism specifies that a general function description will be sent to the NDTP client in the NDTP_RDR_RSP message. The NDTP client will apply this function to the identifier string and the output of the function will be the NDTP server URL to which to send NDTP requests for the particular identifier string. The advantage of this technique over the well-know function approach is that it allows application-specific partitions of the identifier string space. This can permit useful administrative control. For example, if General Electric manages all identifiers beginning with the prefix "GE", a general function can be used to make this selection appropriately. The disadvantage of using a general function is it may be less efficient to compute than a well-known function.

There are a variety of possible mechanisms for sending function descriptions. NDTP is expected to be applied in environments that make extensive use of the Java programming platform. Therefore the NDTP_RDR_RSP mechanism preferably uses a feature of the Java programming language called "serialized representation" to communicate generalized functions in the NDTP_RDR_RSP message. A serialized form of a Java object is a stream of bytes that represents the precise state of the object, including its executable methods. For example, the Java Remote Method Invocation (RMI) mechanism uses serialized objects to send executable code to a remote platform for execution. The NDTP_RDR_RSP message contains the serialized form of an object implementing this Java interface:

```
interface NDTPRedirectFunction {
    String selectServer(byte[ ] identifier);
}
```

The format of the NDTP_RDR_RSP message with a Java Serialized form of the NDTP redirection function is specifically identified in FIG. 9(*b*).

The NDTP server redirection mechanism also permits construction of NDTP server clusters (described below). It is expected that the identifier string hash function will be defined at the time NDTP is implemented, but the actual list of NDTP servers **90** will change from application to application and within a single application throughout the lifetime of the system. Therefore, it is necessary for clients to be able to discover updated NDTP server lists, and any other relevant dynamic parameters of the server selection function as these inputs change.

Hierarchical Server Topology

While the NDTP server topology supported by the server redirection mechanism described above and shown in FIGS. 9(*a*) and 9(*b*) is an extremely powerful and general scaling technique, suitable for diverse topology deployments, some applications might still benefit from a specifically hierarchical server topology. An NDTP server hierarchy **100**, such as that shown in FIG. **10**, permits identifier/location association data to be owned and physically controlled by many different entities. An NDTP server cluster should be managed by a single administrative entity **102**, and the distribution of data can be for performance and scaling purposes. Furthermore, a server hierarchy would provide some fault isolation so portions of the identifier/location association data can be accessed and updated in the presence of failures of some NDTP servers **104**. Finally, an NDTP server hierarchy can localize NDTP update operations (NDTP_PUT and NDTP_DEL), which can improve performance and reduce network load.

A hierarchical NDTP server topology also allows organizations to maintain their own local NDTP server **104** or NDTP server cluster **102** that manages associations to data locations that are within the organizations' control. Upper tier NDTP servers **108** would be used to link the various leaf NDTP servers **104**.

Server Constellations

The NDTP server organization also allows NDTP servers to be combined in various ways to build server constellations that offer arbitrary server performance scalability and administrative control of the location of portions of the identifier/data location relationship mappings. FIG. **11** illustrates an NDTP server constellation **110** as it relates to a client **112** and a data repository **114**. In FIG. **10**, the client **112** and data repository **114** of FIG. **11** were merged into the single client entity **106** for ease of discussion. Their distinction can now be

17

18

separated and identified in order to illustrate the storage and retrieval of data in a distributed data collection.

As shown in FIG. 11, a client 112 consults the server constellation 110, which may be construed in either of two forms (see FIGS. 12 and 13), and which returns location strings in response to a client 112 request. Once the client 112 has the location string for a particular unit of data, the client 112 contacts and retrieves information directly from the data repository 114. In one embodiment, if the client 112 contains a data repository 114, internal application logic would facilitate this interaction. Those skilled in the art will appreciate that the term "data collection" is being employed rather than the term "database" because database frequently invokes images of Relational Database Systems (which is only one application of the protocol); an NDTP data collection could just as easily be routing tables as it could be files or records in a RDBS database.

NDTP server constellations 110 preferably have two basic organizational paradigms: Client-Centric and Server-Centric. NDTP supports both by design, and both approaches apply to all aspects of managing the relationships between identifiers and locations, such as data retrieval, index manipulation, and server redirection. Each will be discussed separately below.

Client-Centric Approach

The first basic pattern that NDTP supports is driven by the client 112, and can be called "client-centric". Referring to FIG. 12, a single client (not shown) asks a server 120a in the server constellation 110 for operations that the client desires executed (represented by arrow 1 in FIG. 12). If the client doesn't receive the data requested, it will receive a redirection response message (NDTP_RDR_RSP) from the contacted server 120a (arrow 2). The client then uses the information it receives to ask another server 120b for the operations the client wants to initiate (arrow 3). A successful response from the second server 120b is then sent to the client (arrow 4).

This design constructs operating patterns for (1) redirection, (2) index operations, and (3) hierarchical or cluster topologies. The important point is that the Network Distributed Tracking Protocol is designed to support highly configurable methods for processing index-related operations.

NDTP supports two specific redirection mechanisms, which are not mutually exclusive and may be combined in any way within a single NDTP server constellation 110. This formation may increase performance when many clients (not shown) participate, since client processing is emphasized rather than server processing. The first NDTP redirection mechanism uses a distinctively encoded location string for each NDTP server 120a,b that contains additional location strings associated with the identifier string supplied in the NDTP request 122a,b. This is an embedded redirection link. For example, if location strings are some form of HTTP URL, a URL with the schema specifier ndtp: would indicate a redirection. Using this scheme, the location strings associated with an identifier string may be spread among multiple NDTP servers 120a,b. In addition to redirection, in FIG. 12, all index manipulation operations continue to apply, but they are directed at the correct NDTP server 110b for which they apply: NDTP_GET, NDTP_PUT, NDTP_DEL.

The second NDTP redirection mechanism uses a NDTP_RDR_RSP message to indicate that the server 120a to which the NDTP request 122a was directed does not contain any of the location strings associated with the identifier string supplied in the NDTP request 122a. The NDTP_RDR_RSP message contains all the information required for the originator of the NDTP request 122a to reissue the original NDTP request 122b to a different NDTP server 120b that does have location strings associated with the identifier string supplied in the NDTP request 122b. This information may be an array of NDTP server hosts from which one is selected by applying a well-known function to the identifier string supplied in the NDTP request 122b, or the communicated function to apply as well as a list or other description of the NDTP server hosts from which to choose, as described above.

FIG. 12 illustrates a cluster topology for client interaction with NDTP servers 120. A single client queries a first server 120a (Server0), learns of a new index location (Server1), and then contacts that server 120b (Server1) for the operations it wishes to execute on the index that the client identifies. The basic idea is that a client asks a server 120a to process an index operation. If the contacted server 120a does not have all the information, as for example in a redirect, then it passes the request to another server 120b. If the second server 120b is appropriate it responds appropriately, or it passes the request on to another server (not shown), and so on. FIG. 12 could also illustrate a hierarchical topology if a client (not shown) contacted another client in a handoff as shown in FIG. 10, where a client 106 "asks up" to another client 106, and so on.

Behind the scenes, the server constellation 110 could also be using a hierarchical organization or a cluster organization for managing indices. The important point of this topology is that it is pushing processing emphasis toward clients (not shown) rather than toward servers 120a,b. Such protocol design has scale implications as the number of participating machines/mechanisms increases, since it distributes aggregate processing.

Server-Centric Approach

The second basic pattern that the Network Distributed Tracking Protocol provides is a "Server-Centric Approach". FIG. 13 shows the server constellation 110 characterizing "server-centric" functionality. In this figure, an NDTP server 130a (Server0) receives a request 132a from a client (not shown). The server 130a (Server0) passes the request to a second server 130b (Server1), which is an appropriate server for the process, and the second server 130b returns a response 134a to the first server 130a (Server0). If the second server 130a (Server1) was not appropriate, it could pass the request to another server (not shown), and so on. Each NDTP server 130a,b will combine the results of NDTP requests 132a,b it has performed of other NDTP servers 130a,b with whatever responses 134a,b it generates locally for the original NDTP request 132a, and the combined response 134b will be the appropriate response for the original NDTP request 132a.

This design constructs operating patterns for (1) index operations and (2) hierarchical or cluster topologies. The important point is that the Network Distributed Tracking Protocol is designed to support highly configurable methods for processing index-related operations, but this method emphasizes server-processing rather than client-processing. In FIG. 13, all index manipulation operations continue to apply, but they are directed at the second NDTP server 130a,b for which they apply: NDTP_GET, NDTP_PUT, NDTP_DEL.

FIG. 13 illustrates an hierarchical topology for client interaction with NDTP servers 130. A single client queries a first server 130a (Server0), which is not appropriate, and so the first server 130a (not the client) itself contacts an appropriate server 130b (Server1) for operations it "passes through" to execute on the index that the client has identified. Alternatively, FIG. 13 could illustrate a cluster topology if a server 130a contacted another server 130b in a what is known as a "peer" handoff. The important point of this topology is that it

pushes processing emphasis toward servers **130***a,b* rather than toward clients. Since index processing services can be centralized, administration of the indices can be administered more conveniently in certain cases.

The simplest NDTP server constellation **110** is a single server **130**, and the protocol is designed to permit massive scale with a single or simple server constellation. Highly configurable installations are possible using "client-centric" or "server-centric" techniques. NDTP server constellations **110** composed of more than one NDTP server may use any combination of the two approaches for performance optimization and data ownership properties. Client-centric and server-centric approaches can be used to build NDTP server clusters, NDTP server trees, NDTP server trees of NDTP server clusters, or any other useful configuration.

NDTP design thus explicitly addresses the emerging "peer-to-peer" topologies called "pure" and "hybrid". The "pure" peer-to-peer approach emphasizes symmetric communication among peers, and is achievable through the "server-centric" approach. The "hybrid" peer-to-peer approach emphasizes asymmetric communication among non-peer participants, and is achievable through the "client-centric" approach. Beyond the pure and hybrid approaches that NDTP allows, as described above, NDTP permits any additional mixtures between client-centric and server-centric approaches to provide superior configurability and performance tuning.

Security

NDTP preferably has no provisions for security. Three key features of security should therefore be provided:

Data privacy (encryption)

Client **12** authentication

Client **12** authorization

NDTP/TCP will be extended using SSL/X.509 to support these security features in a straightforward, 'industry standard' way.

Adding security to NDTP/UDP also requires technology other than SSL. For example, IPSec supports securing all IP traffic, not just TCP between two endpoints. IPSec is a somewhat more heavyweight technology than SSL, and the rate of adoption in industry is somewhat slow. Nonetheless, it can provide the relevant capabilities to NDTP/UDP.

Additional Transport Layers

The early-adopter portion of the industry is in a state of turmoil regarding network transport protocols. On one hand, TCP has provided decades of solid service, and is so widely implemented that the mainstream computer industry could not imagine using another protocol to replace it. On the other hand, TCP lacks several features that may be necessary to enable the next step in network applications. In particular, the TCP design assumed pure software implementations by relatively powerful host computer computers. However, developments in network technology have increased the packet rate that a TCP implementation must handle to deliver full network speed beyond the capabilities of even increasingly powerful host computers. To take the next step, much of the packet processing work must be off-loaded to hardware, and TCP's design makes this very difficult.

It is unclear whether it will become possible to implement the relevant portions of TCP in hardware in a timely fashion. If this does not happen, one of the many new transport layers currently under development (ST, SCTP, VI, etc.) may emerge as a market leader in high performance networking. In this case, a layering of NDTP on top of a new hardware accelerated transport would permit NDTP servers to deliver

greatly increased transaction rates. Even with the use of a hardware accelerated transport layer, however, the only benefit to a typical NDTP client would be lower cost of service due to cheaper NDTP server platform requirements. On the flip side, NDTP clients could likely still use a cheaper software implementation of the new transport because of individual clients' modest performance demands.

As can be seen, the Network Distributed Tracking Protocol is a networking protocol that runs on top of any stream (e.g. TCP) or datagram (e.g. UDP) network transport layer. The goal of NDTP is to support a network service that efficiently manages mappings from each individual key string, an identifier, to an arbitrary set of strings, locations. NDTP permits protocol participating clients to add and remove identifier/ location associations, and request the current set of locations for an identifier from protocol servers.

NDTP is designed for use in the larger context of a distributed data collection. As such, it supports an architecture, in which information about where data associated with particular application entities, can be managed and obtained independently of the data itself. One way to understand this is as a highly dynamic DNS for data. DNS maintains a mapping between names and machines. NDTP and its associated servers maintain a mapping between entity identifiers and data locations. The identifier/location mapping maintained by NDTP servers is much more dynamic (more frequent updates), than the domain name/IP address mapping maintained by DNS. NDTP is designed to support very fast, very diverse, and very large scale mapping manipulations.

Regardless of the expected system context of NDTP in a distributed data collection, those skilled in the art will appreciate that NDTP can be used for any application in which one-to-zero or one-to-many associations among strings are to be maintained and accessed on a network. In applications of NDTP other than distributed databases, the term identifier is likely to make sense in most cases, but the term location may not. In any context, however, although NDTP supports identifier and location strings of up to $2^{32}-4$ bytes in length, it is a general assumption that the strings are typically short.

Those skilled in the art will note that the invention provides for the management and manipulation of indices and their associated relationships. Even more importantly, it is the manipulation of dynamic and spontaneous relationships between indices and locations, not the indices and locations, that is the core significance. The Network Distributed Tracking Protocol was written to manipulate these relationships, of which indices (identifiers) and locations are components of the aggregate solution.

It is to be understood that a wide range of changes and modifications to the embodiments described above will be apparent to those skilled in the art, and are contemplated. It is therefore intended that the foregoing detailed description be regarded as illustrative, rather than limiting, and that it be understood that it is the following claims, including all equivalents, that are intended to define the spirit and scope of the invention.

We claim:

**1**. A system for managing data stored in a distributed network, the system comprising:

a data repository configured to store a data entity, wherein an identifier string identifies the data entity; and

a data location server network comprising a plurality of data location servers, wherein data location information for a plurality of data entities is stored in the data location server network, at least one of the plurality of data location servers includes location information associated with the identifier string, each one of the plurality of

data location servers comprises a processor and a portion of the data location information, the portion of the data location information included in a corresponding one of the data location servers is based on a hash function used to organize the data location information across the plurality of data location servers, and each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function applied to the identifier string.

**2.** The system of claim **1**, wherein the location information comprises any portion of a hash table generated with the hash function.

**3.** The system of claim **1**, wherein the data repository comprises a plurality of data repository servers and wherein each of the plurality of data location servers is configured, in response to a request to store data in the data repository, to execute the hash function and store the data on one of the plurality of data repository servers based on a result of the hash function.

**4.** The system of claim **1**, wherein each one of the data location servers is configured to return all location information associated with a respective one of the data entities in response to a request for any location information associated with the respective one of the data entities.

**5.** The system of claim **1**, wherein the location information includes a hash table and the hash table includes an association between a hash of the string identifier and at least one identifier of the at least one of the plurality of data location servers.

**6.** A system for managing data location information and providing the data location information in response to location queries, the system comprising:

a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity;

wherein the location server includes a processor; and

programming logic stored on the location server, wherein the programming logic is configured to return, in response to a location query related to a desired entity, a location message, the location message in conformance with the transfer protocol and comprising at least one location associated with the desired entity, wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity, and wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect message comprising a list of at least one other location server known to have the location information for the desired entity.

**7.** The system of claim **6**, wherein the list of at least one other location server comprises a list of a plurality of location servers in the network and a corresponding list of a plurality of entities having location information on the respective one of the plurality of location servers.

**8.** The system of claim **6**, wherein each of a plurality of location servers in the network stores only a portion of the data location information.

**9.** The system of claim **6**, wherein the location information in the location server is maintained in an indexed location store.

**10.** The system of claim **9**, wherein the indexed location store comprises a string store indexed by a hash table.

**11.** The system of claim **9**, wherein the indexed location store comprises a string store indexed by a hash table distributed across a plurality of clients.

**12.** The system of claim **9**, wherein the indexed location store comprises a string store indexed by a hash table distributed across a plurality of servers.

**13.** The system of claim **9**, wherein the location query identifying the desired entity comprises a unique identifier for the desired entity, and wherein the programming logic stored on the location server further comprises programming logic configured to apply an index function to the unique identifier to retrieve at least a portion of the locations associated with the unique identifier in the indexed location store.

**14.** The system of claim **13**, wherein the indexed location store comprises a string store and the index function comprises a hash function.

**15.** A method of handling location queries in a network, the network comprising a plurality of location servers including data location information, the method comprising:

correlating each one of a plurality of identifiers with at least one of a plurality of locations in the network, each one of the plurality of identifiers identifying a respective one of a plurality of data entities, wherein the data entities are stored in corresponding locations in the network;

receiving a location query from a client at one of the plurality of location servers, the location query requesting location information identifying a location of a data entity included in the data entities;

determining which of the plurality of location servers includes the location information;

sending a location response message to the client in response to determining the one of the plurality of location servers includes the location information, the location response message comprising the location information; and

sending a redirect message to the client in response to determining the one of the plurality of location servers fails to include the location information, the redirect message identifying which of the plurality of location servers includes the location information.

**16.** The method of claim **15**, further comprising applying an identifier of the data entity to an indexing function to determine which of the location servers includes the location information.

**17.** The method of claim **16**, wherein each one of the plurality of location servers comprises a portion of an indexed table of the identifiers and corresponding associated locations, and wherein determining which of the plurality of location servers includes the location information comprises applying one of the identifiers to a hash function to look up corresponding associated locations in the indexed table, the one of the identifiers identifying the data entity.

* * * * *

KoveIO Compl. Ex. 6

# Exhibit 7

About Amazon  /  Press Room  /  Press Release

## PRESS RELEASE

<< Back

# Amazon Web Services Launches

SEATTLE--(BUSINESS WIRE)--March 14, 2006-- S3 Provides Application Programming Interface for Highly Scalable, Reliable, Low-Latency Storage at Very Low Costs

Amazon Web Services today announced "Amazon S3(TM)," a simple storage service that offers software developers a highly scalable, reliable, and low-latency data storage infrastructure at very low costs. Amazon S3 is available today at http://aws.amazon.com/s3.

Amazon S3 is storage for the Internet. It's designed to make web-scale computing easier for developers. Amazon S3 provides a simple web services interface that can be used to store and retrieve any amount of data, at any time, from anywhere on the web. It gives any developer access to the same highly scalable, reliable, fast, inexpensive data storage infrastructure that Amazon uses to run its own global network of web sites. The service aims to maximize benefits of scale and to pass those benefits on to developers.

Amazon S3 Functionality

Amazon S3 is intentionally built with a minimal feature set. The focus is on simplicity and robustness.

- Write, read, and delete objects containing from 1 byte to 5 gigabytes of data each. The number of objects that can be stored is unlimited.

- Each object is stored and retrieved via a unique developer-assigned key.

- Objects can be made private or public, and rights can be assigned to specific users.

- Uses standards-based REST and SOAP interfaces designed to work with any Internet-development toolkit.

Amazon S3 Design Requirements

Amazon built S3 to fulfill the following design requirements:

- Scalable: Amazon S3 can scale in terms of storage, request rate, and users to support an unlimited number of web-scale applications. It uses scale as an advantage: adding nodes to the system increases, not decreases, its availability, speed, throughput, capacity, and robustness.

KoveIO Compl. Ex. 7

- Reliable: Store data durably, with 99.99% availability. There can be no single points of failure. All failures must be tolerated or repaired by the system without any downtime.

- Fast: Amazon S3 must be fast enough to support high-performance applications. Server-side latency must be insignificant relative to Internet latency. Any performance bottlenecks can be fixed by simply adding nodes to the system.

- Inexpensive: Amazon S3 is built from inexpensive commodity hardware components. As a result, frequent node failure is the norm and must not affect the overall system. It must be hardware-agnostic, so that savings can be captured as Amazon continues to drive down infrastructure costs.

- Simple: Building highly scalable, reliable, fast, and inexpensive storage is difficult. Doing so in a way that makes it easy to use for any application anywhere is more difficult. Amazon S3 must do both.

A forcing function for the design was that a single Amazon S3 distributed system must support the needs of both internal Amazon applications and external developers of any application. This means that it must be fast and reliable enough to run Amazon.com's web sites, while flexible enough that any developer can use it for any data storage need.

Amazon S3 Design Principles

Amazon used the following principles of distributed system design to meet Amazon S3 requirements:

- Decentralization: Use fully decentralized techniques to remove scaling bottlenecks and single points of failure.

- Asynchrony: The system makes progress under all circumstances.

- Autonomy: The system is designed such that individual components can make decisions based on local information.

- Local responsibility: Each individual component is responsible for achieving its consistency; this is never the burden of its peers.

- Controlled concurrency: Operations are designed such that no or limited concurrency control is required.

- Failure tolerant: The system considers the failure of components to be a normal mode of operation and continues operation with no or minimal interruption.

- Controlled parallelism: Abstractions used in the system are of such granularity that parallelism can be used to improve performance and robustness of recovery or the introduction of new nodes.

- Decompose into small, well-understood building blocks: Do not try to provide a single service that does everything for everyone, but instead build small components that can be used as building blocks for other services.

- Symmetry: Nodes in the system are identical in terms of functionality, and require no or minimal node-specific configuration to function.

- Simplicity: The system should be made as simple as possible, but no simpler.

"Amazon S3 is based on the idea that quality Internet-based storage should be taken for granted," said Andy Jassy, vice president of Amazon Web Services. "It helps free developers from worrying about where they are going to store data, whether it will be safe and secure, if it will be available when they need it, the costs associated with server maintenance, or whether they have enough storage available. Amazon S3 enables developers to focus on innovating with data, rather than figuring out how to store it."

S3 lets developers pay only for what they consume and there is no minimum fee. Developers pay just $0.15 per gigabyte of storage per month and $0.20 per gigabyte of data transferred.

Early S3 Applications

University of California Berkeley "Stardust@Home" Team: The science team at the University of California Berkeley responsible for NASA's "Stardust@Home" project (http://stardustathome.ssl.berkeley.edu/) is using Amazon S3 to store and deliver the 60 million images that represent the data collected from their dust particle aerogel experiment. These images will be delivered to 100,000 volunteers around the world who scan the images looking for dust particles from comet Wild2.

"We quickly ran into challenges when we started the project using our own infrastructure," said Andrew Westphal, project director of Stardust@Home. "Using Amazon S3 has allowed us to proceed without having to worry about building out the massive storage infrastructure we realized that we needed to successfully complete the project. The fact that Amazon S3 is an Internet-connected storage service is particularly useful to us as we expect the data examination phase of the project to take only a few months. We can quickly ramp up and back down again without a huge investment."

CastingWords: Podcast transcription service provider CastingWords is already using Amazon S3. CastingWords transcribes audio files into high-quality text at a rate of $0.42 per minute of audio. Another Amazon Web Services solution, Amazon Mechanical Turk (http://aws.amazon.com/mturk), lets CastingWords access a network of humans to transcribe the podcasts inexpensively, quickly, and with high quality. CastingWords uses Amazon S3 to store and retrieve the original audio files and the transcribed texts.

"Amazon S3 provides CastingWords with easy-to-use, reliable storage that allows us to concentrate on building our business and not worry about storage solutions. Its reliability and Internet accessibility mean that it's always there when and where we need it," said CastingWords founder Nathan McFarland. "It is simple to use and it works so well that it eliminated one of the many things we have to think about, which is huge when starting a small business."

FilmmakerLIVE.com: Developer of storyboarding software for the motion picture industry, FilmmakerLIVE.com is using Amazon S3 to store and share digital storyboard elements with its customers around the world. After only a few weeks of using Amazon S3, the company realized it could also help other filmmakers and entrepreneurs take advantage of Amazon's economies of scale that Amazon S3 offers. FilmmakerLIVE.com's development manager Don Alvarez is currently building this new service, which he expects to announce this summer.

"Building a data center that meets the needs of online filmmakers is serious business when you consider the redundant hardware, racks of hard drives, filtered power lines, 24x7 monitoring, and all the other necessary components," said Alvarez. "With Amazon S3, we have instant access to a virtual data center that was far beyond anything we could have hoped to build ourselves. The biggest benefit for us is that Amazon S3 lets us concentrate our resources on what we do best, building tools for filmmakers."

About Amazon Web Services

Launched in July 2002, the Amazon Web Services platform exposes technology and product data from Amazon and its affiliates, enabling developers to build innovative and entrepreneurial applications on their own. More than 150,000 developers have signed up to use Amazon Web Services since its inception. Applications built using Amazon Web Services range from podcast transcription services and marketplaces for web site advertising space to enhanced sites that advertise Amazon products from Amazon sites and integrated solutions for retailers selling merchandise on Amazon sites. Developers make money by selling the applications they build, charging for the services they offer, or generating referral fees from the Associates sites they build. Amazon Web Services is a division of Amazon Digital Services, Inc.

About Amazon.com, Inc.

Amazon.com, Inc., (Nasdaq:AMZN), a Fortune 500 company based in Seattle, opened on the World Wide Web in July 1995 and today offers Earth's Biggest Selection. Amazon.com seeks to be Earth's most customer-centric company, where customers can find and discover anything they might want to buy online, and endeavors to offer its customers the lowest possible prices. Amazon.com and other sellers offer millions of unique new, refurbished and used items in categories such as health and personal care, jewelry and watches, gourmet food, sports and outdoors, apparel and accessories, books, music, DVDs, electronics and office, toys and baby, and home and garden.

Amazon and its affiliates operate websites, including www.amazon.com, www.amazon.co.uk, www.amazon.de, www.amazon.co.jp, www.amazon.fr, www.amazon.ca, and www.joyo.com.

As used herein, "Amazon.com," "we," "our" and similar terms include Amazon.com, Inc., and its subsidiaries, unless the context indicates otherwise.

Forward-Looking Statement

KovelO Compl. Ex. 7

This announcement contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Actual results may differ significantly from management's expectations. These forward-looking statements involve risks and uncertainties that include, among others, risks related to competition, management of growth, potential fluctuations in operating results, international expansion, outcomes of legal proceedings and claims, fulfillment center optimization, seasonality, commercial agreements, acquisitions and strategic transactions, foreign exchange rates, system interruption, significant amount of indebtedness, inventory, limited operating history, government regulation and taxation, payments, fraud, consumer trends, and new business areas. More information about factors that potentially could affect Amazon.com's financial results is included in Amazon.com's filings with the Securities and Exchange Commission, including its Annual Report on Form 10-K for the year ended December 31, 2005, and all subsequent filings.

CONTACT:
Amazon Media Hotline, 206-266-7180
SOURCE:
Amazon.com, Inc.



Press Releases



Images & Videos

   

CONTACT AMAZON PR

**Contact by E-mail:**
Amazon.com PR

# Exhibit 8

KoveIO Compl. Ex. 8



# How A Regular Employee Helped Put Amazon On The Path To Billions Of Dollars

Richard Feloni
Jul. 22, 2014, 5:12 PM    🔥 28,842

f  FACEBOOK      in  LINKEDIN      🐦  TWITTER      ✉      🔗

Last year Amazon's cloud computing business, Amazon Web Services (AWS), brought the company $3.8 billion in revenue.



**Benjamin Black.** YouTube/O'Reilly

As LinkedIn CEO Reid Hoffman, along with entrepreneurs Ben Casnocha and Chris Yeh, illustrate in their new book "The Alliance," this multibillion-dollar business wasn't the brainchild of CEO Jeff Bezos or even an executive. It came from Benjamin Black, an employee who had been with the company a little over a year.

It was 2003, and Black was recently promoted to website engineering manager. As Black explains in a blog post, he wrote a short paper that outlined a way to restructure Amazon's infrastructure, and at the end "mentioned the possibility of selling virtual servers as a service."

He writes that he worked on the paper with his boss, vice president of IT infrastructure Chris Pinkham, and that they drew from the ideas they had discussed with their team.

"We presented the paper to Bezos (he doesn't do slides), he liked a lot of it, and we went back to work," Black writes.

Bezos put Pinkham in charge of leading the project that would become AWS, and championed the unorthodox idea. Bezos was "on board from the beginning," Pinkham's former employee Christopher Brown previously told Business Insider.

"When Amazon's board questioned whether the company should tackle something so unrelated to online retail," Hoffman, Casnocha, and Yeh write, "Bezos defended the idea and pushed it through."

Savers, things are looking up.
2.25% APY* on a 24-Month Certificate or IRA    LEARN MORE




## Videos You May Like

MICHAEL MOORE: 'I think there's an excellent chance' Trump will be president

RICHARD BRANSON: We've just 'got to give Donald Trump and his team three months, six months'

Everything we know about the mysterious SR-72 — Lockheed Martin's successor to the fastest plane ever

'Really?': A reporter calls out Huckabee's claim that 'countless' FBI employees were happy with Comey's firing

by Taboola



## From The Web    Sponsored Links

Redwood City, California: This Young, Genius Company Is Disrupting a $200 Billion Industry
EverQuote Insurance Quotes



KovelO Compl. Ex. 8

Amazon's culture" and "the way they stay ahead of the competition."



The authors of "The Alliance" think this story is a great case study in good management, since Bezos listened to and recognized a smart idea, no matter whose it was.

Disney missed this opportunity when it fired animator John Lasseter in 1995 for wanting to pursue computer animation. He joined the team that eventually became Pixar and now serves as the studio's chief creative officer.

The authors explain how managers can learn from Bezos' example:

> Unlike John Lasseter's bosses at Disney, Bezos was open to the entrepreneurial contributions of Amazon's individual employees — even when those ideas were outside what Wall Street (and even his own board of directors) considered the company's core business. AWS represents precisely the kind of value creation any CEO or shareholder would want from their employees.



5 ways to be a smarter CIO
Get the e-book ›

Want your employees to come up with multibillion-dollar ideas while on the job? You have to attract professionals with the founder mindset and then harness their entrepreneurial impulses for your company. As Intuit CEO Brad Smith told us, "A leader's job is not to put greatness into people, but rather to recognize that it already exists, and to create the environment where that greatness can emerge and grow."

**SEE ALSO: Brilliant Management Advice From LinkedIn's Billionaire Founder »**

More:   Management   Amazon   Cloud Computing   Jeff Bezos ⌄

FACEBOOK     LINKEDIN     TWITTER

### Recommended from the Web

Sponsored Links by Taboola

**It's Like eBay, But Everything Sells in 90 Seconds.**
Tophatter

**Redwood City, California: This Brilliant Company Is Disrupting a $200 Billion Industry**

---

YAHOO!NEWS | Bombas Socks

by Taboola

### Sponsored Financial Content

Financial Advisors: Seeking inflation hedging plus stable duration? (FlexShares ETFs)

See How Some Retirees Use Options Trading As A Safe Way To Earn Income (TradeWins)

Turn $100 into Fortune Without Risking a Dime in the Stock Market (Crowdability)

6 Credit Cards You Should Not Ignore If You Have Excellent Credit (NerdWallet)

Here are the Savings Accounts Your Bank Doesn't Want You to Know About (smartasset)

PM Perspectives: Dividend Gains Could Boost Large-Cap Growth
(Janus Henderson Investors)




### Featured

It's time for better capitalism
More "Better Capitalism" »

Silicon Valley could help the last people you'd expect — and Elon Musk has given $15 million to a contest that will prove it
More "Better Capitalism" »

### Business Insider Intelligence Exclusive Free Report

### Get The Slide Deck From Henry Blodget's Ignition Presentation On The Future Of Media

# Exhibit 9

KoveIO Compl. Ex. 9

# Amazon S3 – Two Trillion Objects, 1.1 Million Requests / Second

by Jeff Barr | on 18 APR 2013 | Permalink | 🔗 Share

Last June I blogged about the first trillion objects stored in Amazon S3. On the first day of re:Invent I updated that number to 1.3 trillion.

It is time for another update!

I'm pleased to announce that there are now more than 2 trillion (2 x $10^{12}$) objects stored in Amazon S3 and that the service is regularly peaking at over 1.1 million requests per second.

It took us six years to grow to one trillion stored objects, and less than a year to double that number.

## What Does That Mean?

It is always fun to try and put these numbers into real-world terms:

I spoke at a cloud computing conference in China last week. With a population of 1.35 billion, there are 1,481 Amazon S3 objects per Chinese citizen!

Our galaxy is estimated to contain about 400 billion stars. That works out to five objects for every star in the galaxy.

The field of Paleodemography estimates that 100 billion people have been born on planet Earth. Each of them can have 20 S3 objects.

And one more — our universe is about 13.6 billion years old. If you added one S3 object every 60 hours starting at the Big Bang, you'd have accumulated almost two trillion of them by now.

## Getting Started With Amazon S3

If you aren't using S3, now is the time to start!

You can read the S3 Getting Started Guide and the Console User Guide, use the AWS SDKs to access the S3 APIs, use some of these S3 tools, or S3 apps.

— Jeff;

TAGS: Amazon S3

## Related Posts

Rotate Amazon RDS database credentials automatically with AWS Secrets Manager

AWS IoT-Driven Precision Agriculture

Classify sensitive data in your environment using Amazon Macie

Building SaaS Services for AWS Customers with PrivateLink

Autopagination feature in the AWS SDK for Java 2.0

Leveraging AWS Marketplace Partner Storage Solutions for Microsoft

AWS Achieves Spain's ENS High Certification Across 29 Services

KoveIO Compl. Ex. 9

# Exhibit 10

KoveIO Compl. Ex. 10



# Amazon Web Services: the secret to the online retailer's future success

AWS was launched as little more than a way to buy space and time on Amazon's computers. Now it powers Netflix, Airbnb and the Ministry of Justice

**Alex Hern**

Thu 2 Feb 2017 02.00 EST

**A**mazon is big. In its last financial quarter, it sold $32bn (£25.6bn) worth of stuff worldwide, including $6bn of media, $10bn of sales outside North America, and $23bn of electronics "and other general merchandise". That "other" category encompasses everything from crucifixes to sex toys, board games to plyboard, and mousemats printed with the faces of obscure TV and Radio personalities.

It has also diversified beyond its simple shopping business: the company will sell you something to be delivered in less than one hour, food from restaurants, and even digital content to be watched on your TV or listened to on your phone. And, of course, it has a hardware business which many other companies would kill for, producing ebook readers and tablets, and single-handedly creating the product category of "smart speaker" with the Echo.


Amazon Echo voice-controlled speakers, which went on sale in the UK last September. Photograph: Mikael Buck/Rex/Shutterstock

But there's another chunk of Amazon that you're less likely to know about. It's responsible for a full tenth of the company's revenues, yet its "operating income" – the amount of money it leaves in Amazon's coffers once expenses are accounted for – dwarfs any other sector, pulling in $861m compared to the $255m Amazon makes in North American sales and the $541m it *loses* internationally.

The division is Amazon Web Services, or AWS, the section of the company that sells cloud computing services to both the outside world and to Amazon itself. You can buy storage space to hold a huge database, bandwidth to host a website, or processing power to run complex software remotely. It lets companies and individuals avoid the hassle of buying and running their own hardware, while also letting them pay for only what they actually use.

It began as almost a point of principle for Amazon founder, Jeff Bezos, before evolving to become the single most profitable part of the entire company. Now, AWS is moving into the third stage of its life, providing the underpinning for Amazon's own quest to dominate not just our shopping, but our homes themselves.

## What actually is AWS?

The sort of people who use AWS are almost as varied as the people who shop at Amazon. I employed it when I decided to train a neural network to write Guardian leaders: work that would have taken around 50 hours on my laptop took eight when I employed Amazon's specialised hardware to do the job, and cost around £4.

At the other end of the scale, Netflix uses AWS for almost all its backend infrastructure, storing and streaming its web series from the same servers as its direct competitor, Amazon Instant Video – servers which Amazon owns. More than 35% of all network traffic in North America is Netflix, and all of that ultimately comes from Amazon's servers.

KoveIO Compl. Ex. 10



More than 35% of all network traffic in North America is Netflix, Amazon Instant Video's biggest rival. Photograph: Mike Blake/Reuters

Its customer list is huge running from Adobe and Airbnb to Yelp and Zapproved, via the UK Ministry of Justice and Nasa's Jet Propulsion Laboratory. But at the beginning, it had just one customer: Amazon.

Before it was Amazon Web Services, it was just Amazon's backend technology. Like any large dotcom in the early 00s, Amazon ran its own datacentre, spending millions on servers and software. One SEC filing from May 2001 put its quarterly technology bill at $55m, apparently reduced from $70m through the switch to the open-source operating system Linux. (Linux is still used in Amazon's servers today, though the scale is somewhat larger: in fact, Amazon actually develops its own version of the operating system, which it offers to AWS customers.)

Then, one day, Bezos issued a mandate. Writing almost a decade later, long-term Amazon employee Steve Yegge remembered it as the archetypal example of Bezos' micromanagement. This is a chief executive who, Yegge said, "hands out little yellow stickies with his name on them, reminding people 'who runs the company' when they disagree with him"; mandates from on high are standard when you work under Bezos.

But this one was different. Every team at Amazon, Bezos said, should begin working with each other in standard, systematic ways, and only those ways. If the ads team needed sales figures from the analytics, they weren't allowed to ask for them, or send an email over; instead, the analytics team had to build an interface for pulling the sales figures out, share it with the whole company and teach the ads team how to use it. And those interfaces weren't allowed to be simplistic things built for internal use only; they had to withstand being opened up to developers outside Amazon, too.

In effect, Bezos was asking Amazon to stop behaving like one singular company, and start behaving like hundreds of mini companies all bound together through one shared CEO. That command was the beginning of Amazon Web Services, which launched in July 2002.

Yegge, who left for Google in 2005, wrote that "from the time Bezos issued his edict through the time I left, Amazon had transformed culturally into a company that thinks about everything in a services-first fashion."

KoveIO Compl. Ex. 10



Amazon first opened its internal services up to the outside world in 2000, when it launched eBay rival Marketplace. Photograph: Emmanuel Dunand/AFP/Getty

The roots of this transformation were there for everyone to see. The first example of Amazon opening its internal services up to the outside world came in 2000, when the company launched Marketplace, its platform for external retailers to sell their goods through the Amazon website. A bold move, it demonstrated the scope of Amazon's ambitions – directly competing with another dotcom giant, eBay, even while it was still focusing on matching wits with the old masters of brick and mortar retail. But it also showed the company was already keenly aware about which parts of its business were tightly guarded unique selling points, and which could be opened up to the rest of the world. Amazon wanted to make money selling you everything it could, and make money selling you everything it couldn't, too.

Some spotted this transformation as it happened, but drew the wrong conclusions. In 2001, venture capitalist Steve Jurvetson argued that Amazon should spin its logistics operation off from its web storefront, letting other companies outsource their warehousing and dispatching to the new firm while Amazon focused on its website business. Instead, Amazon kept its logistics firmly in-house, relentlessly improving efficiencies, until 2006, when it opened that up too. Through Fulfilment by Amazon, companies can now outsource their warehousing and dispatching to Amazon even while Amazon itself continues to own those warehouses.

In 2006, the fruits of that externalisation came to bear when Amazon launched AWS to the outside world.

### And it grew

When it launched, AWS was little more than a fancy way to buy space and time on Amazon's computers. It had spent years in private beta, gradually allowing more and more customers to take advantage of the service-led structure that Amazon had invented for itself, and eventually coalesced into four services: storage, computing, database and internal messaging.

The first two, sold as Amazon S3 (for "Simple Storage Service") and EC2 (for "Elastic Computing Cloud"), still provide the bulk of Amazon's offering to customers now. Storage plus computing is the basis of almost everything you would want to do on the internet, from simple stuff like hosting webpages and delivering media to hideously complicated work like training a neural network, crunching regressions on big datasets, or just running a company like Airbnb or Pinboard.

But before AWS, if you wanted to get storage and computing power on the net, you had to hire server time to do it. That meant tracking down a server provider, picking the type of machine you wanted, and paying every month for your stuff to carry on sitting on that machine (usually paying on top for any bandwidth you used to actually get data from the server to your customers).

That leads to a host of predictable problems. If too many people visited your site all at once, it would crash under the load; but if you bought, or leased, a server big enough to handle them all, you'd be paying through the nose for power you weren't using.

While useful on a day to day basis, that flexibility takes on a whole new meaning when viewed over the course of a company's life. Scaling up is traditionally one of the hardest things for any startup to do: systems, procedures and products that work for a few users often fail when a company has a few million.

One of the most notorious examples in recent years is Twitter, which found out early in its life that the old-fashioned, server-focused way it was built was simply not compatible with it becoming a worldwide media platform. The first obvious crunch point was the 2010 World Cup, when Twitter would regularly get overloaded and crash to its error page, featuring the notorious "fail whale". Initially, Twitter tried to "throw machines at the problem", simply buying more and more servers, but eventually it realised it needed a more complex, ground-up redesign of its entire back-end.

The year after Twitter was founded, another service decided to launch without buying into the old-fashioned model. Dropbox, launched in 2007, probably couldn't have existed without the existence of Amazon's storage-for-rent. The company ran its own servers for the nitty gritty of the service, storing metadata about whose files were where in-house, but the actual files themselves – the gigabytes of free space every new user is given, and the terabytes of space paid users could consume – were hosted on S3.



Tinder uses AWS, although a 2015 east-coast outage affected the dating service for hours, along with Netflix and a host of Amazon's own services. Photograph: Leon Neal/Getty

You'll have heard the name for the new system pioneered by the likes of Dropbox: cloud computing. Amazon's cloud was one of the first, and is the biggest in the world today, but it's still far outweighed by all the companies determined to host their own data. Speaking to the Guardian, Gavin Jackson, the head of AWS for the UK and Ireland, described that "inertia" from traditional IT as the company's biggest competitor. Admins are still reluctant to host their company's crown jewels on servers they don't control.

KoveIO Compl. Ex. 10

## Cloud on the horizon

But enough companies have made the switch that there's a new problem on the horizon: concentration. Way back in the late 1960s, Arpanet, the predecessor to the internet, was built with a decentralised model: no one server, university or military establishment could take down the network if it was removed. That meant the project, funded by the US department of defence, could theoretically route around damage, making it robust against attack.

More than 50 years on, and the internet has changed beyond all recognition. The physical infrastructure routes through a few chokepoints: submarine and underground cables can be cut, knocking internet access offline for whole countries at a time; major internet service providers are consolidating, allowing action by just a few companies to censor the internet for millions; and a few major providers acting as the phonebook for the internet are another bottleneck, and if they can be forced offline, the entire eastern seaboard can suffer.

Amazon Web Services is reaching the size where it might need to be added to that list. A 2015 outage on the company's eastcoast datacentre, for instance, caused connection issues for Netflix and Tinder for hours, as well as several of Amazon's own services.

Amazon's Jackson argues that it's wrong to view AWS as anywhere near a single point of failure for the net. "We're still day one," he says, pointing to the fact that AWS's annual run rate – the amount of cash it pulls in each year – is around $10bn. That's high, but the annual run-rate of the wider internet services market is $3trn. Amazon is a big fish, but swimming in an enormous ocean.

More to the point, he argues, Amazon's customers choose to use them, unlike most internet chokepoints, which are forced through the basic facts of internet infrastructure. If Amazon's concentration ever becomes a problem, they're free to up stakes and move over to another cloud provider such as Microsoft or Google, or go back to the good old-fashioned days of self-hosting.

## The future: Alexa

One customer, of course, will likely never leave: Amazon itself. Internally, AWS insists it doesn't see Amazon as anything other than a large customer. "A very demanding large customer," Jackson says with a smile, "and a very vocal one." There's obvious business reasons for doing so, since some of AWS's largest customers are direct competitors of the greater Amazon business; Jackson cited Dropbox, Tesco and Netflix as clients that "vote with their wallets" in sticking around (since we spoke, however, Dropbox changed its vote, migrating away from the Amazon cloud).

Even if Amazon is just another AWS customer, AWS isn't merely a backend for Amazon anymore. The cloud provider has gone through several distinct phases in its history, from wildly ambitious project, to future-proofed data centre, to reliably profitable side-bet. But now it's moving into a new stage, one which takes it back to the core of Amazon's business.

Amazon's hardware division, which dates back to the launch of the first Kindle in 2007, has traced a similar path to AWS, from weird and ambitious to core project.

First, Amazon's Kindle e-readers grew from an expensive distraction to the dominant platform of a multi-billion pound industry; then they expanded into general-purpose tablet computing, and multi-platform media streaming. It slowly began to eye the sort of platform dominance that had made Apple the biggest company in the world.

KoveIO Compl. Ex. 10

But the expensive failure of the Fire Phone, Amazon's attempt to take on Apple head first, prompted a change in strategy: a slim black cylinder called the Echo. Two years on, the Echo has competition from Google, in the form of the Google Home. But it remains the dominant "smart speaker" on the market, letting users interact with the device by speaking with "Alexa", Amazon's virtual assistant.



Amazon CEO Jeff Bezos, at the launch of the Fire Phone, the company's failed attempt to take on Apple in the smartphone market. Photograph: Ted S. Warren/AP

In a way, the device is just an evolutionary step from phone-based assistants like Siri and Google Now. But it also moves those assistants on by opening up the platform to external developers: anyone can write their own Alexa "skill", from useful mini-apps like MyChef and Philips Hue's smart-home hub to utterly useless ones like Egg Facts ("Stay up to date on the latest egg-related trivia with egg facts").

There are over 7,000 skills on the market now, with more coming every day. And what's the easiest way to make an Alexa skill? Hosting it in AWS. If you have a small enough userbase, Amazon won't even charge you for the pleasure, letting budding voice-app developers start small and work their way up, risk-free.

The value of Amazon's decade of experience shouldn't be discounted, either. Internet services are notoriously hard to pull off at scale: one look at Apple's continuing struggles to effectively take on Google with its iCloud software suite should be enough to convince on that count. The Echo has the benefit of piggybacking on a much more stable, mature and stress-tested platform than it would have if Amazon had to build its services from the ground up to support cloud-hosted speech-based apps.

For a sense of the scale of Amazon's ambitions for Alexa and the Echo, analyst Ben Thompson suggests it's worth thinking of the speech service as "Amazon's operating system". An operating system is the piece of software that sits between complicated hardware and the user, allowing for standardisation for both software developers and the user interface itself. In that way, it's almost better to think of Alexa as AWS's operating system: the first thing from Amazon that opens up the power of its cloud service to end users the world over.

Amazon has a tough fight on its hands. Google has been in the web services game much longer, and has much more experience creating – and monetising – consumer software. The battle for the living room feels a lot like the battle for our pockets was a decade ago: there may just be room for two companies, but no more.

KoveIO Compl. Ex. 10

But Amazon didn't come out of nowhere. There's a reason Alexa was so good, so quickly, and that reason is more than a decade's experience working in the cloud. Amazon's latest big bet has already paid off, and now it's enabling the company's next big one.

## Global reach

**23m**: Items ordered from Amazon's sellers on 28 November 2016 – Cyber Monday – up 40% on a year earlier.

**43%:** Amazon's share of total US online sales, based on research by Slice Intelligence.

**64m**: Number of customers signed up for the video-streaming service Prime, according to the consultancy cg42.

**5th**: Ranking of Amazon's founder, Jeff Bezos, in the league table of the world's richest people.

**1.3m:** Estimated number of servers that comprise AWS, the enormously profitable cloud computing arm, according to analysts at Oppenheimer.

*This article contains affiliate links, which means we may earn a small commission if a reader clicks through and makes a purchase. All our journalism is independent and is in no way influenced by any advertiser or commercial initiative.*
*The links are powered by Skimlinks. By clicking on an affiliate link, you accept that Skimlinks cookies will be set. More information.*

# Since you're here...

... we have a small favour to ask. More people are reading the Guardian than ever, but advertising revenues across the media are falling fast. And unlike many news organisations, we haven't put up a paywall – we want to keep our journalism as open as we can. So you can see why we need to ask for your help.

The Guardian is editorially independent. So we set our own agenda. Our journalism is free from commercial bias. It isn't influenced by billionaire owners, politicians or shareholders. No one edits our editor. No one steers our opinion. This means we can give a voice to the voiceless. It lets us challenge the powerful - and hold them to account. At a time when our honest, factual reporting is critical, it's one of many things that set us apart.

Our approach is different from others in the media. While others offer only fixed subscriptions, we give our readers the option to support us voluntarily. This is not meant as a short term solution; this approach is for now and for the future. By supporting The Guardian, you're investing in the long term sustainability of our independent, investigative journalism.

If everyone who reads our reporting, who likes it, helps to support it, our future would be much more secure. **For as little as $1, you can support the Guardian – and it only takes a minute. Thank you.**

Support The Guardian

   

Topics
- Amazon
- Cloud computing
- Internet

# Exhibit 11

KoveIO Compl. Ex. 11

# Amazon DynamoDB

**Developer Guide**

**API Version 2012-08-10**



KoveIO Compl. Ex. 11

# Amazon DynamoDB: Developer Guide

Copyright © 2017 Amazon Web Services, Inc. and/or its affiliates. All rights reserved.

Amazon's trademarks and trade dress may not be used in connection with any product or service that is not Amazon's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits Amazon. All other trademarks not owned by Amazon are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

# Table of Contents

What Is Amazon DynamoDB? ....................................................................................................................... 1
    How It Works ............................................................................................................................................ 2
        Core Components ................................................................................................................................ 2
        The DynamoDB API ............................................................................................................................ 8
        Naming Rules and Data Types .......................................................................................................... 10
        Read Consistency .............................................................................................................................. 15
        Provisioned Throughput ..................................................................................................................... 15
        Partitions and Data Distribution ........................................................................................................ 18
    From SQL to NoSQL ............................................................................................................................... 20
        SQL or NoSQL? ................................................................................................................................. 21
        Accessing the Database ..................................................................................................................... 22
        Creating a Table ................................................................................................................................. 24
        Getting Information About a Table ...................................................................................................... 26
        Writing Data To a Table ..................................................................................................................... 27
        Reading Data From a Table ............................................................................................................... 29
        Managing Indexes .............................................................................................................................. 33
        Modifying Data in a Table .................................................................................................................. 36
        Deleting Data from a Table ................................................................................................................ 38
        Removing a Table ............................................................................................................................... 39
Setting Up DynamoDB ................................................................................................................................. 41
    Setting Up DynamoDB Local (Downloadable Version) ......................................................................... 41
        Downloading and Running DynamoDB ............................................................................................. 41
        Setting the Local Endpoint ................................................................................................................ 44
        Usage Notes ....................................................................................................................................... 44
    Setting Up DynamoDB (Web Service) ................................................................................................... 45
        Sign Up for AWS ................................................................................................................................ 46
        Get Your AWS Access Key ID and Secret Key ................................................................................. 46
Accessing DynamoDB ................................................................................................................................. 47
    Using the Console .................................................................................................................................. 47
        Working with Items and Attributes ..................................................................................................... 49
        Monitoring Tables ............................................................................................................................... 53
        Setting Up CloudWatch Alarms ......................................................................................................... 54
        Managing DynamoDB Streams and Triggers .................................................................................... 54
    Using the CLI .......................................................................................................................................... 55
        Downloading and Configuring the AWS CLI ...................................................................................... 56
        Using the AWS CLI with DynamoDB ................................................................................................. 56
        Using the AWS CLI with Downloadable DynamoDB ......................................................................... 57
    Using the API ......................................................................................................................................... 57
Programming with DynamoDB .................................................................................................................... 58
    Overview of AWS SDK Support for DynamoDB .................................................................................... 58
    Programmatic Interfaces ......................................................................................................................... 60
        Low-Level Interfaces .......................................................................................................................... 60
        Document Interfaces ........................................................................................................................... 61
        Object Persistence Interface .............................................................................................................. 62
    DynamoDB Low-Level API ..................................................................................................................... 63
        Request Format .................................................................................................................................. 65
        Response Format ................................................................................................................................ 65
        Data Type Descriptors ....................................................................................................................... 66
        Numeric Data ...................................................................................................................................... 67
        Binary Data ......................................................................................................................................... 67
    Error Handling ........................................................................................................................................ 67
        Error Components ............................................................................................................................... 67
        Error Messages and Codes ................................................................................................................ 68
        Error Handling in Your Application ..................................................................................................... 70

KoveIO Compl. Ex. 11

Error Retries and Exponential Backoff ................................................................ 71
Batch Operations and Error Handling .............................................................. 72
Higher-Level Programming Interfaces for DynamoDB ............................................ 72
Java: DynamoDBMapper ............................................................................ 73
.NET: Document Model ............................................................................ 110
.NET: Object Persistence Model .................................................................. 131
Running the Code Samples ............................................................................ 158
Load Sample Data .................................................................................. 158
Java Code Samples ................................................................................ 163
.NET Code Samples ................................................................................ 165
Working with DynamoDB ..................................................................................... 168
Working with Tables ...................................................................................... 168
Specifying the Primary Key ...................................................................... 169
Read and Write Requirements for Tables ...................................................... 169
Capacity Unit Calculations ...................................................................... 171
Listing and Describing Tables .................................................................. 173
Tagging for DynamoDB ............................................................................ 173
Working with Tables: Java ...................................................................... 175
Working with Tables: .NET ...................................................................... 180
Working with Items ...................................................................................... 187
Reading an Item .................................................................................... 187
Writing an Item .................................................................................... 188
Return Values ...................................................................................... 190
Batch Operations .................................................................................. 191
Atomic Counters .................................................................................... 193
Conditional Writes ................................................................................ 193
Using Expressions in DynamoDB .................................................................. 198
Time To Live ........................................................................................ 222
Working with Items: Java ........................................................................ 228
Working with Items: .NET ........................................................................ 247
Working with Queries .................................................................................... 269
Key Condition Expression ........................................................................ 270
Filter Expressions for *Query* .................................................................. 272
Limiting the Number of Items in the Result Set .............................................. 272
Paginating the Results ............................................................................ 273
Counting the Items in the Results .............................................................. 273
Capacity Units Consumed by *Query* ............................................................ 273
Read Consistency for *Query* .................................................................... 274
Querying: Java ...................................................................................... 274
Querying: .NET ...................................................................................... 280
Working with Scans ...................................................................................... 286
Filter Expressions for *Scan* .................................................................... 286
Limiting the Number of Items in the Result Set .............................................. 287
Paginating the Results ............................................................................ 287
Counting the Items in the Results .............................................................. 287
Capacity Units Consumed by *Scan* .............................................................. 288
Read Consistency for *Scan* ...................................................................... 288
Parallel Scan ........................................................................................ 289
Scanning: Java ...................................................................................... 290
Scanning: .NET ...................................................................................... 297
Working with Indexes .................................................................................... 305
Global Secondary Indexes ........................................................................ 307
Local Secondary Indexes .......................................................................... 342
Working with Streams .................................................................................... 377
Endpoints for DynamoDB Streams .............................................................. 378
Enabling a Stream .................................................................................. 378
Reading and Processing a Stream ................................................................ 379

KoveIO Compl. Ex. 11

DynamoDB Streams and Time To Live ............................................................................... 381
Using the DynamoDB Streams Kinesis Adapter to Process Stream Records ........................... 382
Walkthrough: DynamoDB Streams Low-Level API .............................................................. 393
Cross-Region Replication ............................................................................................... 399
DynamoDB Streams and AWS Lambda Triggers ............................................................... 400
In-Memory Acceleration with DAX (Preview) ............................................................................ 409
Accessing the DAX Preview ........................................................................................... 409
Documentation and Developer Resources ......................................................................... 409
Authentication and Access Control ......................................................................................... 410
Authentication .............................................................................................................. 410
Access Control .............................................................................................................. 411
Overview of Managing Access ........................................................................................ 412
Amazon DynamoDB Resources and Operations ....................................................... 412
Understanding Resource Ownership ...................................................................... 412
Managing Access to Resources ............................................................................ 413
Specifying Policy Elements: Actions, Effects, and Principals ...................................... 414
Specifying Conditions in a Policy .......................................................................... 415
Using Identity-Based Policies (IAM Policies) ..................................................................... 415
Console Permissions ........................................................................................... 416
AWS Managed (Predefined) Policies for Amazon DynamoDB ...................................... 416
Customer Managed Policy Examples ..................................................................... 416
DynamoDB API Permissions Reference ............................................................................ 422
Related Topics ................................................................................................... 426
Using Conditions ........................................................................................................... 426
Overview ........................................................................................................... 427
Specifying Conditions: Using Condition Keys .......................................................... 429
Related Topics ................................................................................................... 436
Using Web Identity Federation ........................................................................................ 436
Additional Resources for Web Identity Federation .................................................... 436
Example Policy for Web Identity Federation ............................................................ 437
Preparing to Use Web Identity Federation .............................................................. 439
Writing Your App to Use Web Identity Federation ..................................................... 440
Monitoring Amazon DynamoDB .............................................................................................. 443
Monitoring Tools ........................................................................................................... 443
Automated Tools ................................................................................................ 444
Manual Tools ..................................................................................................... 444
Monitoring with Amazon CloudWatch .............................................................................. 444
Metrics and Dimensions ...................................................................................... 445
Using Metrics ..................................................................................................... 455
Creating Alarms ................................................................................................. 456
Logging DynamoDB Operations by Using AWS CloudTrail ................................................... 458
DynamoDB Information in CloudTrail ..................................................................... 458
Understanding DynamoDB Log File Entries ............................................................. 459
Integrating with Other AWS Services ...................................................................................... 464
Integrating with Amazon Cognito .................................................................................... 464
Integrating with Amazon Redshift ................................................................................... 466
Integrating with Amazon EMR ........................................................................................ 467
Overview ........................................................................................................... 467
Tutorial: Working with Amazon DynamoDB and Apache Hive ..................................... 468
Creating an External Table in Hive ....................................................................... 474
Processing HiveQL Statements ............................................................................. 476
Querying Data in DynamoDB ............................................................................... 477
Copying Data to and from Amazon DynamoDB ....................................................... 479
Performance Tuning ............................................................................................ 490
Integrating with Amazon Data Pipeline ............................................................................ 493
Prerequisites to Export and Import Data ................................................................ 495
Exporting Data From DynamoDB to Amazon S3 ....................................................... 499

KoveIO Compl. Ex. 11

Importing Data From Amazon S3 to DynamoDB ................................................................ 499
Troubleshooting .............................................................................................................. 500
Predefined Templates for AWS Data Pipeline and DynamoDB ............................................ 501
Limits in DynamoDB .................................................................................................................. 502
Capacity Units and Provisioned Throughput ............................................................................ 502
Capacity Unit Sizes .......................................................................................................... 502
Provisioned Throughput Minimums and Maximums ............................................................ 502
Increasing Provisioned Throughput ................................................................................... 503
Decreasing Provisioned Throughput .................................................................................. 503
Tables ................................................................................................................................. 503
Table Size ....................................................................................................................... 503
Tables Per Account .......................................................................................................... 503
Secondary Indexes ............................................................................................................... 504
Secondary Indexes Per Table ........................................................................................... 504
Projected Secondary Index Attributes Per Table ................................................................ 504
Partition Keys and Sort Keys ................................................................................................. 504
Partition Key Length ........................................................................................................ 504
Partition Key Values ......................................................................................................... 504
Sort Key Length ............................................................................................................... 504
Sort Key Values ............................................................................................................... 504
Naming Rules ....................................................................................................................... 504
Table Names and Secondary Index Names ......................................................................... 504
Attribute Names ............................................................................................................... 505
Data Types .......................................................................................................................... 505
String ............................................................................................................................. 505
Number ........................................................................................................................... 505
Binary ............................................................................................................................. 505
Items ................................................................................................................................... 506
Item Size ......................................................................................................................... 506
Item Size for Tables With Local Secondary Indexes ............................................................ 506
Attributes ............................................................................................................................ 506
Attribute Name-Value Pairs Per Item ................................................................................. 506
Number of Values in List, Map, or Set ............................................................................... 506
Attribute Values ............................................................................................................... 506
Nested Attribute Depth ..................................................................................................... 506
Expression Parameters .......................................................................................................... 506
Lengths ........................................................................................................................... 507
Operators and Operands ................................................................................................... 507
Reserved Words ............................................................................................................... 507
DynamoDB Streams .............................................................................................................. 507
Simultaneous Readers of a Shard in DynamoDB Streams .................................................... 507
Maximum Write Capacity for a Table With a Stream Enabled ............................................... 507
API-Specific Limits ............................................................................................................... 508
Best Practices .............................................................................................................................. 509
Table Best Practices .............................................................................................................. 509
Item Best Practices ............................................................................................................... 509
Query and Scan Best Practices .............................................................................................. 510
Local Secondary Index Best Practices .................................................................................... 510
Global Secondary Index Best Practices ................................................................................... 510
Guidelines for Working with Tables ......................................................................................... 510
Design For Uniform Data Access Across Items In Your Tables .............................................. 511
Understand Partition Behavior ........................................................................................... 513
Use Burst Capacity Sparingly ............................................................................................ 517
Distribute Write Activity During Data Upload ...................................................................... 517
Understand Access Patterns for Time Series Data ............................................................... 518
Cache Popular Items ......................................................................................................... 518
Consider Workload Uniformity When Adjusting Provisioned Throughput ................................. 519

KoveIO Compl. Ex. 11

Test Your Application At Scale ....................................................................................... 520
Guidelines for Working with Items ........................................................................................ 520
    Use One-to-Many Tables Instead Of Large Set Attributes ....................................................... 521
    Use Multiple Tables to Support Varied Access Patterns ......................................................... 521
    Compress Large Attribute Values ................................................................................... 523
    Store Large Attribute Values in Amazon S3 ...................................................................... 523
    Break Up Large Attributes Across Multiple Items ................................................................ 523
Guidelines for Query and Scan .......................................................................................... 525
    Performance Considerations for Scans ............................................................................. 525
    Avoid Sudden Spikes in Read Activity ............................................................................. 525
    Take Advantage of Parallel Scans .................................................................................. 527
Guidelines for Local Secondary Indexes .............................................................................. 527
    Use Indexes Sparingly ............................................................................................... 528
    Choose Projections Carefully ....................................................................................... 528
    Optimize Frequent Queries To Avoid Fetches .................................................................... 528
    Take Advantage of Sparse Indexes ................................................................................. 528
    Watch For Expanding Item Collections ............................................................................ 529
Guidelines for Global Secondary Indexes ............................................................................. 529
    Choose a Key That Will Provide Uniform Workloads ............................................................ 530
    Take Advantage of Sparse Indexes ................................................................................. 530
    Use a Global Secondary Index For Quick Lookups .............................................................. 530
    Create an Eventually Consistent Read Replica ................................................................... 531
Appendix .................................................................................................................... 532
  Example Tables and Data .............................................................................................. 532
    Sample Data Files .................................................................................................... 533
  Creating Example Tables and Uploading Data ...................................................................... 542
    Creating Example Tables and Uploading Data - Java ........................................................... 542
    Creating Example Tables and Uploading Data - .NET ........................................................... 549
  Example Application Using AWS SDK for Python (Boto) .......................................................... 557
    Step 1: Deploy and Test Locally .................................................................................... 558
    Step 2: Examine the Data Model and Implementation Details ................................................. 561
    Step 3: Deploy in Production ........................................................................................ 568
    Step 4: Clean Up Resources ......................................................................................... 574
  Amazon DynamoDB Storage Backend for Titan ..................................................................... 574
    Working with Graph Databases ..................................................................................... 574
    Titan with the DynamoDB Storage Backend for Titan .......................................................... 575
    Titan Features ........................................................................................................ 576
    Getting Started with the DynamoDB Storage Backend for Titan ............................................. 578
    Titan Graph Modeling in DynamoDB ............................................................................... 584
    Titan Metrics ......................................................................................................... 591
  Reserved Words in DynamoDB ........................................................................................ 596
  Legacy Conditional Parameters ....................................................................................... 605
    AttributesToGet ...................................................................................................... 606
    AttributeUpdates ..................................................................................................... 607
    ConditionalOperator .................................................................................................. 608
    Expected .............................................................................................................. 609
    KeyConditions ........................................................................................................ 612
    QueryFilter ........................................................................................................... 614
    ScanFilter ............................................................................................................ 615
    Writing Conditions With Legacy Parameters ..................................................................... 616
  Current Low-Level API Version (2012-08-10) ........................................................................ 622
  Previous Low-Level API Version (2011-12-05) ....................................................................... 622
    BatchGetItem .......................................................................................................... 623
    BatchWriteItem ....................................................................................................... 628
    CreateTable ........................................................................................................... 632
    DeleteItem ............................................................................................................ 637
    DeleteTable ........................................................................................................... 641

KoveIO Compl. Ex. 11

DescribeTables ............................................................................................................ 644
GetItem ..................................................................................................................... 646
ListTables .................................................................................................................. 649
PutItem ..................................................................................................................... 651
Query ....................................................................................................................... 655
Scan ........................................................................................................................ 664
UpdateItem ................................................................................................................ 674
UpdateTable ............................................................................................................... 680
Document History ................................................................................................................ 684

KoveIO Compl. Ex. 11

# What Is Amazon DynamoDB?

Welcome to the Amazon DynamoDB Developer Guide.

Amazon DynamoDB is a fully managed NoSQL database service that provides fast and predictable performance with seamless scalability. DynamoDB lets you offload the administrative burdens of operating and scaling a distributed database, so that you don't have to worry about hardware provisioning, setup and configuration, replication, software patching, or cluster scaling.

With DynamoDB, you can create database tables that can store and retrieve any amount of data, and serve any level of request traffic. You can scale up or scale down your tables' throughput capacity without downtime or performance degradation, and use the AWS Management Console to monitor resource utilization and performance metrics.

DynamoDB allows you to delete expired items from tables automatically to help you reduce storage usage and the cost of storing data that is no longer relevant. For more information, see Time To Live (p. 222).

DynamoDB automatically spreads the data and traffic for your tables over a sufficient number of servers to handle your throughput and storage requirements, while maintaining consistent and fast performance. All of your data is stored on solid state disks (SSDs) and automatically replicated across multiple Availability Zones in an AWS region, providing built-in high availability and data durability.

We recommend that you begin by reading the following sections:

- **Amazon DynamoDB: How It Works (p. 2)**—To learn essential DynamoDB concepts.
- **Setting Up DynamoDB (p. 41)**—To learn how to setup DynamoDB (Downloadable Version or Web Service).
- **Accessing DynamoDB (p. 47)**—To learn how to access DynamoDB using the console, CLI, or API.

To learn more about application development see the following:

- Programming with DynamoDB and the AWS SDKs (p. 58)
- Working with DynamoDB (p. 168)

  **Note**
  You can also review the Amazon DynamoDB Getting Started Guide for language-specific tutorials with sample code. AWS SDKs are available for a wide variety of languages. For a complete list, see Tools for Amazon Web Services.

To quickly find recommendations for maximizing performance and minimizing throughput costs see Best Practices for DynamoDB (p. 509). To learn how to tag DynamoDB resources see Tagging for DynamoDB (p. 173).

KoveIO Compl. Ex. 11

For more best practices, how-to guides and tools, be sure to check the DynamoDB Developer Resources page: http://aws.amazon.com/dynamodb/developer-resources/.

Finally, if you want to identify and migrate Relational Database Management Systems (RDBMS) databases to DynamoDB, see Best Practices for Migrating from RDBMS to Amazon DynamoDB.

# Amazon DynamoDB: How It Works

The following sections provide an overview of Amazon DynamoDB service components and how they interact.

After you read this introduction, try working through the Creating Tables and Loading Sample Data (p. 158) section, which walks you through the process of creating sample tables, uploading data, and performing some basic database operations.

You can also review the Amazon DynamoDB Getting Started Guide for language-specific tutorials with sample code.

Topics
- DynamoDB Core Components (p. 2)
- The DynamoDB API (p. 8)
- Naming Rules and Data Types (p. 10)
- Read Consistency (p. 15)
- Provisioned Throughput (p. 15)
- Partitions and Data Distribution (p. 18)

## DynamoDB Core Components

In DynamoDB, tables, items, and attributes are the core components that you work with. A *table* is a collection of *items*, and each item is a collection of *attributes*. DynamoDB uses primary keys to uniquely identify each item in a table and secondary indexes to provide more querying flexibility. You can use DynamoDB Streams to capture data modification events in DynamoDB tables.

There are limits in DynamoDB. For more information, see Limits in DynamoDB (p. 502).

Topics
- Tables, Items, and Attributes (p. 2)
- Primary Key (p. 5)
- Secondary Indexes (p. 5)
- DynamoDB Streams (p. 7)

### Tables, Items, and Attributes

The basic DynamoDB components are:

- **Tables** – Similar to other database systems, DynamoDB stores data in tables. A *table* is a collection of data. For example, see the example table called `People` (shown following) that you could use to store personal contact information.
- **Items** – Each table contains multiple items. An *item* is a group of attributes that is uniquely identifiable among all of the other items. Items in DynamoDB are similar in many ways to rows, records, or tuples in other database systems. In the example `People` table, each item represents a person.

KoveIO Compl. Ex. 11

- **Attributes** – Each item is composed of one or more attributes. An *attribute* is a fundamental data element, something that does not need to be broken down any further. Attributes in DynamoDB are similar in many ways to fields or columns in other database systems. For example, an item in the example `People` table contains attributes called `PersonID`, `LastName`, `FirstName`, and so on.

The following diagram shows a table named `People` with some example items and attributes.

People

```
{
    "PersonID": 101,
    "LastName": "Smith",
    "FirstName": "Fred",
    "Phone": "555-4321"
}
```

```
{
    "PersonID": 102,
    "LastName": "Jones",
    "FirstName": "Mary",
    "Address": {
        "Street": "123 Main",
        "City": "Anytown",
        "State": "OH",
        "ZIPCode": 12345
    }
}
```

```
{
    "PersonID": 103,
    "LastName": "Stephens",
    "FirstName": "Howard",
    "Address": {
        "Street": "123 Main",
        "City": "London",
        "PostalCode": "ER3 5K8"
    },
    "FavoriteColor": "Blue"
}
```

Note the following about the `People` table:

- Each item in the table has a unique identifier, or primary key that distinguishes the item from all of the others in the table. In the `People` table, the primary key consists of one attribute (`PersonID`).

- Other than the primary key, the `People` table is schemaless, which means that neither the attributes nor their data types need to be defined beforehand. Each item can have its own distinct attributes.

- Most of the attributes are *scalar*, which means that they can have only one value. Strings and numbers are common examples of scalars.

- Some of the items have a nested attribute (`Address`). DynamoDB supports nested attributes up to 32 levels deep.

The following is another example table named `Music` that you could use to keep track of your music collection.

KoveIO Compl. Ex. 11

## Music

```
{
    "Artist": "No One You Know",
    "SongTitle": "My Dog Spot",
    "AlbumTitle": "Hey Now",
    "Price": 1.98,
    "Genre": "Country",
    "CriticRating": 8.4
}
```

```
{
    "Artist": "No One You Know",
    "SongTitle": "Somewhere Down The Road",
    "AlbumTitle": "Somewhat Famous",
    "Genre": "Country",
    "CriticRating": 8.4,
    "Year": 1984
}
```

```
{
    "Artist": "The Acme Band",
    "SongTitle": "Still in Love",
    "AlbumTitle": "The Buck Starts Here",
    "Price": 2.47,
    "Genre": "Rock",
    "PromotionInfo": {
        "RadioStationsPlaying": [
            "KHCR",
            "KQBX",
            "WTNR",
            "WJJH"
        ],
        "TourDates": {
            "Seattle": "20150625",
            "Cleveland": "20150630"
        },
        "Rotation": "Heavy"
    }
}
```

```
{
    "Artist": "The Acme Band",
    "SongTitle": "Look Out, World",
    "AlbumTitle": "The Buck Starts Here",
    "Price": 0.99,
    "Genre": "Rock"
}
```

Note the following about the `Music` table:

- The primary key for `Music` consists of two attributes (`Artist` and `SongTitle`). Each item in the table must have these two attributes. The combination of `Artist` and `SongTitle` distinguishes each item in the table from all of the others.

- Other than the primary key, the `Music` table is schemaless, which means that neither the attributes nor their data types need to be defined beforehand. Each item can have its own distinct attributes.

- One of the items has a nested attribute (`PromotionInfo`), which contains other nested attributes. DynamoDB supports nested attributes up to 32 levels deep.

For more information, see Working with Tables in DynamoDB (p. 168).

KoveIO Compl. Ex. 11

# Primary Key

When you create a table, in addition to the table name, you must specify the primary key of the table. The primary key uniquely identifies each item in the table, so that no two items can have the same key.

DynamoDB supports two different kinds of primary keys:

- **Partition key** – A simple primary key, composed of one attribute known as the *partition key*.

  DynamoDB uses the partition key's value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored.

  In a table that has only a partition key, no two items can have the same partition key value.

  The `People` table described in [Tables, Items, and Attributes (p. 2)](#) is an example of a table with a simple primary key (`PersonID`). You can access any item in the `People` table immediately by providing the `PersonId` value for that item.

- **Partition key and sort key** – Referred to as a *composite primary key*, this type of key is composed of two attributes. The first attribute is the *partition key*, and the second attribute is the *sort key*.

  DynamoDB uses the partition key value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored. All items with the same partition key are stored together, in sorted order by sort key value.

  In a table that has a partition key and a sort key, it is possible for two items to have the same partition key value—however, those two items must have different sort key values.

  The `Music` table described in [Tables, Items, and Attributes (p. 2)](#) is an example of a table with a composite primary key (`Artist` and `SongTitle`). You can access any item in the `Music` table immediately, if you provide the `Artist` and `SongTitle` values for that item.

  A composite primary key gives you additional flexibility when querying data. For example, if you provide only the value for `Artist`, DynamoDB would retrieve all of the songs by that artist. You could even provide a value for `Artist` and a range of `SongTitle` values, to retrieve only a subset of songs by a particular artist.

  > **Note**
  > The partition key of an item is also known as its *hash attribute*. The term *hash attribute* derives from DynamoDB's usage of an internal hash function to evenly distribute data items across partitions, based on their partition key values.
  > The sort key of an item is also known as its *range attribute*. The term *range attribute* derives from the way DynamoDB stores items with the same partition key physically close together, in sorted order by the sort key value.

Each primary key attribute must be a scalar (meaning that it can only hold a single value). The only data types allowed for primary key attributes are string, number, or binary. There are no such restrictions for other, non-key attributes.

# Secondary Indexes

You can create one or more secondary indexes on a table. A *secondary index* lets you query the data in the table using an alternate key, in addition to queries against the primary key. DynamoDB does not require that you use indexes, but they give your applications more flexibility when it comes to querying your data.

DynamoDB supports two kinds of indexes:

- Global secondary index – an index with a partition key and sort key that can be different from those on the table.

KoveIO Compl. Ex. 11

• Local secondary index – an index that has the same partition key as the table, but a different sort key.

You can define up to 5 global secondary indexes and 5 local secondary indexes per table.

In the example `Music` table shown previously, you can query data items by `Artist` (partition key) or by `Artist` and `SongTitle` (partition key and sort key). What if you also wanted to query the data by `Genre` and `AlbumTitle`? To do this, you could create an index on these attributes, and then you could query the index in much the same way as you'd query the `Music` table.

The following diagram shows the example `Music` table, with a new index called `GenreAlbumTitle`.



Note the following about the `GenreAlbumTitle` index:

KoveIO Compl. Ex. 11

- Every index belongs to a table, which is called the *base table* for the index. In the preceding example, `Music` is the base table for the `GenreAlbumTitle` index.

- DynamoDB maintains indexes automatically. When you add, update, or delete an item in the base table, DynamoDB adds, updates, or deletes the corresponding item in any indexes that belong to that table.

- When you create an index, you specify which attributes will be copied, or *projected*, from the base table to the index. At a minimum, DynamoDB will project the key attributes from the base table into the index. This is the case with `GenreAlbumTitle`, where only the key attributes from the `Music` table are projected into the index.

You can query the `GenreAlbumTitle` index to find all of the albums of a particular genre (for example, all of the `Rock` albums). You can also query the index to find all of the albums within a particular genre, but only for those with certain album titles (for example, all of the `Country` albums with titles that start with the letter H).

For more information, see Improving Data Access with Secondary Indexes (p. 305).

## DynamoDB Streams

DynamoDB Streams is an optional feature that captures data modification events in DynamoDB tables. The data about these events appear in the stream in near real time, and in the order that the events occurred.

Each event is represented by a *stream record*. If you enable a stream on a table, DynamoDB Streams will write a stream record whenever one of the following events occurs:

- If a new item is added to the table, the stream captures an image of the entire item, including all of its attributes.

- If an item is updated, the stream captures the "before" and "after" image of any attributes that were modified in the item.

- If an item is deleted from the table, the stream captures an image of the entire item before it was deleted.

Each stream record also contains the name of the table, the event timestamp, and other metadata. Stream records have a lifetime of 24 hours; after that, they are automatically removed from the stream.

You can use DynamoDB Streams together with AWS Lambda to create a *trigger*—code that executes automatically whenever an event of interest appears in a stream. For example, consider a `Customers` table that contains customer information for a company. Suppose you want to send an email to each new customer, to welcome them. You could enable a stream on that table, and then associate the stream with a Lambda function. The Lambda function would execute whenever a new stream record appears, but only process new items added to the `Customers` table. For any item that has an `EmailAddress` attribute, the Lambda function would invoke Amazon Simple Email Service (Amazon SES) to send an email to that address.

The following diagram illustrates this scenario.

KoveIO Compl. Ex. 11



**Note**
In this example, note that the last customer, Craig Roe, will not receive an email because he does not have an `EmailAddress`.

In addition to triggers, DynamoDB Streams enables powerful solutions such as data replication within and across AWS regions, materialized views of data in DynamoDB tables, data analysis using Amazon Kinesis materialized views, and much more.

For more information, see Capturing Table Activity with DynamoDB Streams (p. 377).

# The DynamoDB API

To work with DynamoDB, your application will need to use a few simple API operations. The following is a summary of these operations, organized by category.

Topics
- Control Plane (p. 8)
- Data Plane (p. 9)
- DynamoDB Streams (p. 10)

# Control Plane

*Control plane* operations let you create and manage DynamoDB tables. They also let you work with indexes, streams, and other objects that are dependent on tables.

KoveIO Compl. Ex. 11

- `CreateTable` – Creates a new table. Optionally, you can create one or more secondary indexes, and enable DynamoDB Streams for the table.

- `DescribeTable`– Returns information about a table, such as its primary key schema, throughput settings, index information, and so on.

- `ListTables` – Returns the names of all of your tables in a list.

- `UpdateTable` – Modifies the settings of a table or its indexes, creates or remove new indexes on a table, or modifies DynamoDB Streams settings for a table.

- `DeleteTable` – Removes a table and all of its dependent objects from DynamoDB.

# Data Plane

*Data plane* operations let you perform create, read, update, and delete (also called *CRUD*) actions on data in a table. Some of the data plane operations also let you read data from a secondary index.

## Creating Data

- `PutItem` – Writes a single item to a table. You must specify the primary key attributes, but you don't have to specify other attributes.

- `BatchWriteItem` – Writes up to 25 items to a table. This is more efficient than calling `PutItem` multiple times because your application only needs a single network round trip to write the items. Note that you can also use `BatchWriteItem` for deleting multiple items from one or more tables.

## Reading Data

- `GetItem` – Retrieves a single item from a table. You must specify the primary key for the item that you want. You can retrieve the entire item, or just a subset of its attributes.

- `BatchGetItem` – Retrieves up to 100 items from one or more tables. This is more efficient than calling `GetItem` multiple times because your application only needs a single network round trip to read the items.

- `Query` – Retrieves all of the items that have a specific partition key. You must specify the partition key value. You can retrieve entire items, or just a subset of their attributes. Optionally, you can apply a condition to the sort key values, so that you only retrieve a subset of the data that has the same partition key. You can use this operation on a table, provided that the table has both a partition key and a sort key. You can also use this operation on an index, provided that the index has both a partition key and a sort key.

- `Scan` – Retrieves all of the items in the specified table or index. You can retrieve entire items, or just a subset of their attributes. Optionally, you can apply a filtering condition to return only the values that you are interested in and discard the rest.

## Updating Data

- `UpdateItem` – Modifies one or more attributes in an item. You must specify the primary key for the item that you want to modify. You can add new attributes, as well as modify or remove existing attributes. You can also perform conditional updates, so that the update is only successful when a user-defined condition is met. Optionally, you can implement an atomic counter, which increments or decrements a numeric attribute without interfering with other write requests.

## Deleting Data

- `DeleteItem` – Deletes a single item from a table. You must specify the primary key for the item that you want to delete.

KoveIO Compl. Ex. 11

- `BatchWriteItem` — Deletes up to 25 items from one or more tables. This is more efficient than calling `DeleteItem` multiple times because your application only needs a single network round trip to delete the items. Note that you can also use `BatchWriteItem` for adding multiple items to one or more tables.

## DynamoDB Streams

*DynamoDB Streams* operations let you enable or disable a stream on a table, and allow access to the data modification records contained in a stream.

- `ListStreams` — Returns a list of all your streams, or just the stream for a specific table.
- `DescribeStream` — Returns information about a stream, such as its Amazon Resource Name (ARN) and where your application can begin reading the first few stream records.
- `GetShardIterator` — Returns a *shard iterator*, which is a data structure that your application uses to retrieve the records from the stream.
- `GetRecords` — Retrieves one or more stream records, using a given shard iterator.

# Naming Rules and Data Types

This section describes the DynamoDB naming rules and the various data types that DynamoDB supports. There are limits that apply to datatypes. For more information, see Data Types (p. 505).

Topics
- Naming Rules (p. 10)
- Data Types (p. 11)

## Naming Rules

Tables, attributes, and other objects in DynamoDB must have names. Names should be meaningful and concise—for example, names such as `Products`, `Books`, and `Authors` are self-explanatory.

The following are the naming rules for DynamoDB:

- All names must be encoded using UTF-8, and are case-sensitive.
- Table names and index names must be between 3 and 255 characters long, and can contain only the following characters:
  - `a-z`
  - `A-Z`
  - `0-9`
  - `_` (underscore)
  - `-` (dash)
  - `.` (dot)
- Attribute names must be between 1 and 255 characters long.

## Reserved Words and Special Characters

Like many other database management systems, DynamoDB has a list of reserved words and special characters.

- For a complete list of reserved words in DynamoDB, see Reserved Words in DynamoDB (p. 596).

KoveIO Compl. Ex. 11

- The following characters have special meanings in DynamoDB: **#** (hash) and **:** (colon)

Even though DynamoDB allows you to use these reserved words and special characters for naming purposes, we recommend that you avoid doing so because you will need to define placeholder variables whenever you use these names in an expression.

For more information, see Expression Attribute Names (p. 202).

# Data Types

DynamoDB supports many different data types for attributes within a table. They can be categorized as follows:

- **Scalar Types** – A scalar type can represent exactly one value. The scalar types are number, string, binary, Boolean, and null.
- **Document Types** – A document type can represent a complex structure with nested attributes—such as you would find in a JSON document. The document types are list and map.
- **Set Types** – A set type can represent multiple scalar values. The set types are string set, number set, and binary set.

When you create a table or a secondary index, you must specify the names and data types of each primary key attribute (partition key and sort key). Furthermore, each primary key attribute must be defined as type string, number, or binary.

DynamoDB is a NoSQL database, and is *schemaless*, which means that, other than the primary key attributes, you do not need to define any attributes or data types at table creation time. By comparison, relational databases require you to define the names and data types of each column when you create a table.

The following are descriptions of each data type, along with examples in JSON format.

## Scalar Types

The scalar types are number, string, binary, Boolean, and null.

### String

Strings are Unicode with UTF-8 binary encoding. The length of a string must be greater than zero, and is constrained by the maximum DynamoDB item size limit of 400 KB.

If you define a primary key attribute as a string type attribute, the following additional constraints apply:

- For a simple primary key, the maximum length of the first attribute value (the partition key) is 2048 bytes.
- For a composite primary key, the maximum length of the second attribute value (the sort key) is 1024 bytes.

DynamoDB collates and compares strings using the bytes of the underlying UTF-8 string encoding. For example, "a" (0x61) is greater that "A" (0x41), and "¿" (0xC2BF) is greater than "z" (0x7A).

**Example**

```
"Bicycle"
```

KovelO Compl. Ex. 11

You can use the String data type to represent a date or a timestamp. One way to do this is by using ISO 8601 strings, as shown in these examples:

- `2016-02-15`
- `2015-12-21T17:42:34Z`
- `20150311T122706Z`

For more information, see http://en.wikipedia.org/wiki/ISO_8601.

## Number

Numbers can be positive, negative, or zero. Numbers can have up to 38 digits precision—exceeding this will result in an exception.

- Positive range: 1E-130 to 9.9999999999999999999999999999999999999E+125
- Negative range: -9.9999999999999999999999999999999999999E+125 to -1E-130

In DynamoDB, numbers are represented as variable length. Leading and trailing zeroes are trimmed.

All numbers are sent across the network to DynamoDB as strings, to maximize compatibility across languages and libraries. However, DynamoDB treats them as number type attributes for mathematical operations.

### Note
If number precision is important, you should pass numbers to DynamoDB using strings that you convert from number type.

### Example

```
300
```

You can use the Number data type to represent a date or a timestamp. One way to do this is by using epoch time—the number of seconds since 00:00:00 UTC on 1 January 1970. For example, the epoch time `1437136300` represents 12:31:40 UTC on 17 July 2015.

For more information, see http://en.wikipedia.org/wiki/Unix_time.

## Binary

Binary type attributes can store any binary data, such as compressed text, encrypted data, or images. Whenever DynamoDB compares binary values, it treats each byte of the binary data as unsigned.

The length of a binary attribute must be greater than zero, and is constrained by the maximum DynamoDB item size limit of 400 KB.

If you define a primary key attribute as a binary type attribute, the following additional constraints apply:

- For a simple primary key, the maximum length of the first attribute value (the partition key) is 2048 bytes.
- For a composite primary key, the maximum length of the second attribute value (the sort key) is 1024 bytes.

Your applications must encode binary values in base64-encoded format before sending them to DynamoDB. Upon receipt of these values, DynamoDB decodes the data into an unsigned byte array and uses that as the length of the binary attribute.

KoveIO Compl. Ex. 11

**Example**

The following example is a binary attribute, using base64-encoded text.

```
dGhpcyB0ZXh0IGlzIGJhc2U2NC1lbmNvZGVk
```

## Boolean

A Boolean type attribute can store either `true` or `false`.

**Example**

```
true
```

## Null

Null represents an attribute with an unknown or undefined state.

**Example**

```
NULL
```

# Document Types

The document types are list and map. These data types can be nested within each other, to represent complex data structures up to 32 levels deep.

There is no limit on the number of values in a list or a map, as long as the item containing the values fits within the DynamoDB item size limit (400 KB).

An attribute value cannot be an empty String or empty Set (String Set, Number Set, or Binary Set). However, empty Lists and Maps are allowed. For more information, see Attributes (p. 506).

## List

A list type attribute can store an ordered collection of values. Lists are enclosed in square brackets: `[ ... ]`

A list is similar to a JSON array. There are no restrictions on the data types that can be stored in a list element, and the elements in a list element do not have to be of the same type.

The following example shows a list that contains two strings and a number.

**Example**

```
FavoriteThings: ["Cookies", "Coffee", 3.14159]
```

KoveIO Compl. Ex. 11

**Note**

DynamoDB lets you work with individual elements within lists, even if those elements are deeply nested. For more information, see Using Expressions in DynamoDB (p. 198).

## Map

A map type attribute can store an unordered collection of name-value pairs. Maps are enclosed in curly braces: `{ ... }`

A map is similar to a JSON object. There are no restrictions on the data types that can be stored in a map element, and the elements in a map do not have to be of the same type.

Maps are ideal for storing JSON documents in DynamoDB. The following example shows a map that contains a string, a number, and a nested list that contains another map.

**Example**

```
{
    Day: "Monday",
    UnreadEmails: 42,
    ItemsOnMyDesk: [
        "Coffee Cup",
        "Telephone",
        {
            Pens: { Quantity : 3},
            Pencils: { Quantity : 2},
            Erasers: { Quantity : 1}
        }
    ]
}
```

**Note**

DynamoDB lets you work with individual elements within Maps, even if those elements are deeply nested. For more information, see Using Expressions in DynamoDB (p. 198).

## Sets

DynamoDB supports types that represent sets of Number, String, or Binary values. All of the elements within a set must be of the same type. For example, an attribute of type Number Set can only contain numbers; String Set can only contain strings; and so on.

There is no limit on the number of values in a Set, as long as the item containing the values fits within the DynamoDB item size limit (400 KB).

Each value within a set must be unique. The order of the values within a set are not preserved; therefore, your applications must not rely on any particular order of elements within the set. Finally, DynamoDB does not support empty sets.

**Example (String Set, Number Set, and Binary Set)**

```
["Black", "Green" ,"Red"]

[42.2, -19, 7.5, 3.14]

["U3Vubnk=", "UmFpbnk=", "U25vd3k="]
```

KoveIO Compl. Ex. 11

# Read Consistency

Amazon DynamoDB is available in multiple AWS regions around the world. Each region is completely independent and isolated from other AWS regions. For example, if you have a table called `People` in the `us-east-1` region and another table named `People` in the `us-west-2` region, these are considered two entirely separate tables. For a list of all the AWS regions in which DynamoDB is available, see AWS Regions and Endpoints in the *Amazon Web Services General Reference*.

Every AWS region consists of multiple distinct locations called Availability Zones. Each Availability Zone is isolated from failures in other Availability Zones, and to provide inexpensive, low-latency network connectivity to other Availability Zones in the same region. This allows rapid replication of your data among multiple Availability Zones in a region.

When your application writes data to a DynamoDB table and receives an HTTP 200 response (`OK`), all copies of the data are updated. The data will eventually be consistent across all storage locations, usually within one second or less.

DynamoDB supports *eventually consistent* and *strongly consistent* reads.

**Eventually Consistent Reads**

When you read data from a DynamoDB table, the response might not reflect the results of a recently completed write operation. The response might include some stale data. If you repeat your read request after a short time, the response should return the latest data.

**Strongly Consistent Reads**

When you request a strongly consistent read, DynamoDB returns a response with the most up-to-date data, reflecting the updates from all prior write operations that were successful. A strongly consistent read might not be available in the case of a network delay or outage.

> **Note**
> DynamoDB uses eventually consistent reads, unless you specify otherwise. Read operations (such as `GetItem`, `Query`, and `Scan`) provide a `ConsistentRead` parameter: If you set this parameter to true, DynamoDB will use strongly consistent reads during the operation.

# Provisioned Throughput

Topics
* Read Capacity Units (p. 16)
* Write Capacity Units (p. 17)
* Purchasing Reserved Capacity (p. 17)

When you create a table, you specify how much provisioned throughput capacity you want to reserve for reads and writes. DynamoDB will reserve the necessary resources to meet your throughput needs while ensuring consistent, low-latency performance. You can also change your provisioned throughput settings, increasing or decreasing capacity as needed.

In DynamoDB, you specify provisioned throughput requirements in terms of *capacity units.* Use the following guidelines to determine your provisioned throughput:

* One *read capacity unit* represents one strongly consistent read per second, or two eventually consistent reads per second, for items up to 4 KB in size. If you need to read an item that is larger than 4 KB, DynamoDB will need to consume additional read capacity units. The total number of read capacity units required depends on the item size, and whether you want an eventually consistent or strongly consistent read.

KoveIO Compl. Ex. 11

- One *write capacity unit* represents one write per second for items up to 1 KB in size. If you need to write an item that is larger than 1 KB, DynamoDB will need to consume additional write capacity units. The total number of write capacity units required depends on the item size.

For tables with secondary indexes, DynamoDB will consume additional capacity units. For example, if you wanted to add a single 1 KB item to a table, and that item contained an indexed attribute, you would need *two* write capacity units—one for writing to the table and another for writing to the index. For more information, see:

- Provisioned Throughput Considerations for Local Secondary Indexes (p. 348)
- Provisioned Throughput Considerations for Global Secondary Indexes (p. 313)

If your application's read or write requests exceed the provisioned throughput for a table, DynamoDB might *throttle* that request. When this happens, the request fails with an HTTP 400 code (`Bad Request`), accompanied by a `ProvisionedThroughputExceededException`. The AWS SDKs have built-in support for retrying throttled requests. However, you might want to consider using exponential backoff logic in your error handling code. For more information, see Error Retries and Exponential Backoff (p. 71).

You can use the AWS Management Console to monitor your provisioned and actual throughput, to determine whether any requests are being throttled and change your provisioned capacity settings in anticipation of traffic changes.

## Read Capacity Units

If your items are smaller than 4 KB in size, each read capacity unit will yield one strongly consistent read per second or two eventually consistent reads per second.

For example, suppose that you want to read 80 items per second from a table. Suppose that the items are 3 KB in size and you want strongly consistent reads. For this scenario, each read would require one provisioned read capacity unit. To determine this, you divide the item size of the operation by 4 KB, and then round up to the nearest whole number, as in this example:

```
3 KB / 4 KB = 0.75 --> 1
```

For this scenario, you need to set the table's provisioned read throughput to 80 read capacity units:

```
1 read capacity unit per item × 80 reads per second = 80 read capacity units
```

If you wanted eventually consistent reads instead of strongly consistent reads, you would only need to provision 40 read capacity units.

If your items are larger than 4 KB, you need to round the item size up to the next 4 KB boundary. For example, suppose that you want to perform 100 strongly consistent reads per second, and that the items are 6 KB in size. First, you need to determine the number of read capacity units required per item and round it up to the nearest whole number, as shown following:

```
6 KB / 4 KB = 1.5 --> 2
```

The result is two read capacity units per item. Now, you multiply this by the number of strongly consistent reads per second:

```
2 read capacity units per item × 100 reads per second = 200
```

KoveIO Compl. Ex. 11

Thus, you would need to set the table's provisioned read capacity units to 200. (If you wanted eventually consistent reads instead of strongly consistent reads, then you would only need to provision 100 read capacity units.)

To read a single item, you use the `GetItem` operation. If you want to read multiple items, you can use `BatchGetItem` to retrieve up to 100 items from a table.

You can use the `Query` and `Scan` operations to retrieve multiple consecutive items from a table or an index, in a single request. With these operations, DynamoDB uses the cumulative size of the processed items to calculate provisioned throughput. For example, if a `Query` operation retrieves 100 items that are 1 KB each, the read capacity calculation is *not* (100 × 4 KB) = 100 read capacity units, as if those items had been retrieved individually using `GetItem` or `BatchGetItem`. Instead, the total would be only 25 read capacity units, as shown following:

```
(100 * 1024 bytes = 100 KB) / 4 KB = 25 read capacity units
```

For more information see Capacity Unit Calculations (p. 171).

## Write Capacity Units

If your items are smaller than 1 KB in size, each write capacity unit will yield one write per second. For example, suppose that you want to write 100 items per second to your table, and that the items are 512 bytes in size. For this scenario, each write would require one provisioned write capacity unit. To determine this, you divide the item size of the operation by 1 KB, and then round up to the nearest whole number:

```
512 bytes / 1 KB = 0.5 --> 1
```

For this scenario, you would want to set the table's provisioned write throughput to 100 write capacity units:

```
1 write capacity unit per item × 100 writes per second = 100 write capacity units
```

If your items are larger than 1 KB in size, you need to round the item size up to the next 1 KB boundary. For example, suppose that you wanted to perform 10 writes per second, and that the items are 1.5 KB in size. First, you would determine the number of write capacity units required per item, rounding up to the nearest whole number, as shown following:

```
1.5 KB / 1 KB = 1.5 --> 2
```

The result is two write capacity units per item. Now, you multiply this by the number of writes per second:

```
2 write capacity units per item × 10 writes per second = 20 write capacity units
```

Thus, you need to set the table's provisioned write capacity units to 20 in this scenario.

To work with a single item, use the `PutItem`, `UpdateItem`, or `DeleteItem` operation as appropriate. You can also use `BatchWriteItem` to put or delete up to 25 items in a single operation. (Note that `BatchWriteItem` supports PutItem and DeleteItem operations, but not UpdateItem.)

## Purchasing Reserved Capacity

DynamoDB allows customers to purchase *reserved capacity*, as described at Amazon DynamoDB Pricing. With reserved capacity, you pay a one-time upfront fee and commit to a minimum usage level over a period

KoveIO Compl. Ex. 11

of time. By reserving your read and write capacity units ahead of time, you realize significant cost savings compared to on-demand provisioned throughput settings.

To manage reserved capacity, go to the DynamoDB console and choose **Reserved Capacity**.

> **Note**
> You can prevent users from viewing or purchasing reserved capacity, while still allowing them to access the rest of the console. For more information, see "Grant Permissions to Prevent Purchasing of Reserved Capacity Offerings" in Authentication and Access Control for Amazon DynamoDB (p. 410).

# Partitions and Data Distribution

DynamoDB stores data in partitions. A *partition* is an allocation of storage for a table, backed by solid-state drives (SSDs) and automatically replicated across multiple Availability Zones within an AWS region. Partition management is handled entirely by DynamoDB—customers never need to manage partitions themselves.

When you create a table, the initial status of the table is `CREATING`. During this phase, DynamoDB allocates sufficient partitions to the table so that it can handle your provisioned throughput requirements. You can begin writing and reading table data after the table status changes to `ACTIVE`.

DynamoDB will allocate additional partitions to a table in the following situations:

- If you increase the table's provisioned throughput settings beyond what the existing partitions can support.
- If an existing partition fills to capacity and more storage space is required.

For more details, see Understand Partition Behavior (p. 513).

Partition management occurs automatically in the background and is transparent to your applications. Your table remains available throughout and fully supports your provisioned throughput requirements.

Note that indexes in DynamoDB are also composed of partitions. The data in an index is stored separately from the data in its base table, but index partitions behave in much the same way as table partitions.

## Data Distribution: Partition Key

If your table has a simple primary key (partition key only), DynamoDB stores and retrieves each item based on its partition key value.

To write an item to the table, DynamoDB uses the value of the partition key as input to an internal hash function. The output value from the hash function determines the partition in which the item will be stored.

To read an item from the table, you must specify the partition key value for the item. DynamoDB uses this value as input to its hash function, yielding the partition in which the item can be found.

The following diagram shows a table named `Pets`, which spans multiple partitions. The table's primary key is `AnimalType` (only this key attribute is shown). DynamoDB uses its hash function to determine where to store a new item, in this case based on the hash value of the string `Dog`. Note that the items are not stored in sorted order. Each item's location is determined by the hash value of its partition key.

KoveIO Compl. Ex. 11



**Note**

DynamoDB is optimized for uniform distribution of items across a table's partitions, no matter how many partitions there may be. We recommend that you choose a partition key that can have a large number of distinct values relative to the number of items in the table. For more information, see Guidelines for Working with Tables (p. 510).

## Data Distribution: Partition Key and Sort Key

If the table has a composite primary key (partition key and sort key), DynamoDB calculates the hash value of the partition key in the same way as described in Data Distribution: Partition Key (p. 18)—but it stores all of the items with the same partition key value physically close together, ordered by sort key value.

To write an item to the table, DynamoDB calculates the hash value of the partition key to determine which partition should contain the item. In that partition, there could be several items with the same partition key value, so DynamoDB stores the item among the others with the same partition key, in ascending order by sort key.

To read an item from the table, you must specify its partition key value and sort key value. DynamoDB calculates the partition key's hash value, yielding the partition in which the item can be found.

You can read multiple items from the table in a single operation (Query), provided that the items you want have the same partition key value. DynamoDB will return all of the items with that partition key value. Optionally, you can apply a condition to the sort key so that it returns only the items within a certain range of values.

KoveIO Compl. Ex. 11

Suppose that the `Pets` table has a composite primary key consisting of `AnimalType` (partition key) and `Name` (sort key). The following diagram shows DynamoDB writing an item with a partition key value of `Dog` and a sort key value of `Fido`.



To read that same item from the `Pets` table, DynamoDB calculates the hash value of `Dog`, yielding the partition in which these items are stored. DynamoDB then scans the sort key attribute values until it finds `Fido`.

To read all of the items with an `AnimalType` of `Dog`, you can issue a `Query` operation without specifying a sort key condition. By default, the items are be returned in the order that they are stored (that is, in ascending order by sort key). Optionally, you can request descending order instead.

To query only some of the `Dog` items, you can apply a condition to the sort key (for example, only the `Dog` items where `Name` is within the range `A` through `K`).

**Note**
In a DynamoDB table, there is no upper limit on the number of distinct sort key values per partition key value. If you needed to store many billions of `Dog` items in the `Pets` table, DynamoDB would automatically allocate enough storage to handle this requirement.

# From SQL to NoSQL

If you are an application developer, you might have some experience using relational database management systems (RDBMS) and Structured Query Language (SQL). As you begin working with

KoveIO Compl. Ex. 11

# Best Practices for DynamoDB

Use this section to quickly find recommendations for maximizing performance and minimizing throughput costs.

## Table Best Practices

DynamoDB tables are distributed across multiple partitions. For best results, design your tables and applications so that read and write activity is spread evenly across all of the items in your tables, and avoid I/O "hot spots" that can degrade performance.

- Design For Uniform Data Access Across Items In Your Tables (p. 511)
- Understand Partition Behavior (p. 513)
- Use Burst Capacity Sparingly (p. 517)
- Distribute Write Activity During Data Upload (p. 517)
- Understand Access Patterns for Time Series Data (p. 518)
- Cache Popular Items (p. 518)
- Consider Workload Uniformity When Adjusting Provisioned Throughput (p. 519)
- Test Your Application At Scale (p. 520)

## Item Best Practices

DynamoDB items are limited in size (see Limits in DynamoDB (p. 502)). However, there is no limit on the number of items in a table. Rather than storing large data attribute values in an item, consider one or more of these application design alternatives.

- Use One-to-Many Tables Instead Of Large Set Attributes (p. 521)
- Use Multiple Tables to Support Varied Access Patterns (p. 521)

KoveIO Compl. Ex. 11

- Compress Large Attribute Values (p. 523)
- Store Large Attribute Values in Amazon S3 (p. 523)
- Break Up Large Attributes Across Multiple Items (p. 523)

# Query and Scan Best Practices

Sudden, unexpected read activity can quickly consume the provisioned read capacity of a table or a global secondary index. In addition, such activity can be inefficient if it is not evenly spread across table partitions.

- Performance Considerations for Scans (p. 525)
- Avoid Sudden Spikes in Read Activity (p. 525)
- Take Advantage of Parallel Scans (p. 527)

# Local Secondary Index Best Practices

A local secondary index lets you define an alternative sort key for your data. You can query a local secondary index in the same way that you query a table. Before using local secondary indexes, you should be aware of the inherent tradeoffs in terms of provisioned throughput costs, storage costs, and query efficiency.

- Use Indexes Sparingly (p. 528)
- Choose Projections Carefully (p. 528)
- Optimize Frequent Queries To Avoid Fetches (p. 528)
- Take Advantage of Sparse Indexes (p. 528)
- Watch For Expanding Item Collections (p. 529)

# Global Secondary Index Best Practices

Global Secondary Indexes let you define alternative partition key and sort key attributes for your data. These attributes don't have to be the same as the table's partition key and sort key. You can query a global secondary index in the same way that you query a table. As with local secondary indexes, global secondary indexes also present tradeoffs that you need to consider when designing your applications.

- Choose a Key That Will Provide Uniform Workloads (p. 530)
- Take Advantage of Sparse Indexes (p. 530)
- Use a Global Secondary Index For Quick Lookups (p. 530)
- Create an Eventually Consistent Read Replica (p. 531)

# Guidelines for Working with Tables

Topics

- Design For Uniform Data Access Across Items In Your Tables (p. 511)
- Understand Partition Behavior (p. 513)

KoveIO Compl. Ex. 11

- Use Burst Capacity Sparingly (p. 517)
- Distribute Write Activity During Data Upload (p. 517)
- Understand Access Patterns for Time Series Data (p. 518)
- Cache Popular Items (p. 518)
- Consider Workload Uniformity When Adjusting Provisioned Throughput (p. 519)
- Test Your Application At Scale (p. 520)

This section covers some best practices for working with tables.

# Design For Uniform Data Access Across Items In Your Tables

The optimal usage of a table's provisioned throughput depends on these factors:

- The primary key selection.
- The workload patterns on individual items.

The primary key uniquely identifies each item in a table. The primary key can be simple (partition key) or composite (partition key and sort key).

When it stores data, DynamoDB divides a table's items into multiple partitions, and distributes the data primarily based upon the partition key value. Consequently, to achieve the full amount of request throughput you have provisioned for a table, keep your workload spread evenly across the partition key values. Distributing requests across partition key values distributes the requests across partitions.

For example, if a table has a very small number of heavily accessed partition key values, possibly even a single very heavily used partition key value, request traffic is concentrated on a small number of partitions – potentially only one partition. If the workload is heavily unbalanced, meaning that it is disproportionately focused on one or a few partitions, the requests will not achieve the overall provisioned throughput level. To get the most out of DynamoDB throughput, create tables where the partition key has a large number of distinct values, and values are requested fairly uniformly, as randomly as possible.

This does not mean that you must access all of the partition key values to achieve your throughput level; nor does it mean that the percentage of accessed partition key values needs to be high. However, be aware that when your workload accesses more distinct partition key values, those requests will be spread out across the partitioned space in a manner that better utilizes your allocated throughput level. In general, you will utilize your throughput more efficiently as the ratio of partition key values accessed to the total number of partition key values in a table grows.

## Choosing a Partition Key

The following table compares some common partition key schemas for provisioned throughput efficiency:

| Partition key value | Uniformity |
|---|---|
| User ID, where the application has many users. | Good |
| Status code, where there are only a few possible status codes. | Bad |
| Item creation date, rounded to the nearest time period (e.g. day, hour, minute) | Bad |

KoveIO Compl. Ex. 11

| Partition key value | Uniformity |
|---|---|
| Device ID, where each device accesses data at relatively similar intervals | Good |
| Device ID, where even if there are a lot of devices being tracked, one is by far more popular than all the others. | Bad |

If a single table has only a very small number of partition key values, consider distributing your write operations across more distinct partition key values. In other words, structure the primary key elements to avoid one "hot" (heavily requested) partition key value that slows overall performance.

For example, consider a table with a composite primary key. The partition key represents the item's creation date, rounded to the nearest day. The sort key is an item identifier. On a given day, say `2014-07-09`, all of the new items will be written to that same partition key value.

If the table will fit entirely into a single partition (taking into consideration growth of your data over time), and if your application's read and write throughput requirements do not exceed the read and write capabilities of a single partition, then your application should not encounter any unexpected throttling as a result of partitioning.

However, if you anticipate scaling beyond a single partition, then you should architect your application so that it can use more of the table's full provisioned throughput.

## Randomizing Across Multiple Partition Key Values

One way to increase the write throughput of this application would be to randomize the writes across multiple partition key values. Choose a random number from a fixed set (for example, `1` to `200`) and concatenate it as a suffix to the date. This will yield partition key values such as `2014-07-09.1`, `2014-07-09.2` and so on through `2014-07-09.200`. Because you are randomizing the partition key, the writes to the table on each day are spread evenly across all of the partition key values; this will yield better parallelism and higher overall throughput.

To read all of the items for a given day, you would need to obtain all of the items for each suffix. For example, you would first issue a `Query` request for the partition key value `2014-07-09.1`, then another `Query` for `2014-07-09.2`, and so on through `2014-07-09.200`. Finally, your application would need to merge the results from all of the `Query` requests.

## Using a Calculated Value

A randomizing strategy can greatly improve write throughput; however, it is difficult to read a specific item because you don't know which suffix value was used when writing the item. To make it easier to read individual items, you can use a different strategy: Instead of using a random number to distribute the items among partitions, use a number that you are able to calculate based upon something that's intrinsic to the item.

Continuing with our example, suppose that each item has an `OrderId`. Before your application writes the item to the table, it can calculate a partition key suffix based upon the order ID. The calculation should result in a number between 1 and 200 that is fairly evenly distributed given any set of names (or user IDs.)

A simple calculation would suffice, such as the product of the UTF-8 code point values for the characters in the order ID, modulo 200 + 1. The partition key value would then be the date concatenated with the calculation result as a suffix. With this strategy, the writes are spread evenly across the partition key values, and thus across the partitions. You can easily perform a `GetItem` operation on a particular item, because you can calculate the partition key value you need when you want to retrieve a specific `OrderId` value.

KoveIO Compl. Ex. 11

To read all of the items for a given day, you would still need to `Query` each of the `2014-07-09.N` keys (where `N` is 1 to 200), and your application would need to merge all of the results. However, you will avoid having a single "hot" partition key value taking all of the workload.

# Understand Partition Behavior

DynamoDB manages table partitioning for you automatically, adding new partitions if necessary and distributing provisioned throughput capacity evenly across them.

You can estimate the number of partitions that DynamoDB will initially allocate for your table, and compare that estimate against your scale and access patterns. You can also estimate the number of additional partitions that DynamoDB will allocate in response to increased storage or provisioned throughput requirements. These estimates can help you determine the best table design for your application needs.

> **Note**
> The following details about partition sizes and throughput are subject to change.

## Initial Allocation of Partitions

When you create a new table, DynamoDB allocates the table's partitions according to the provisioned throughput settings that you specify.

A single partition can support a maximum of 3,000 read capacity units or 1,000 write capacity units. When you create a new table, the initial number of partitions can be expressed as follows:

```
( readCapacityUnits / 3,000 ) + ( writeCapacityUnits / 1,000 ) = initialPartitions (rounded up)
```

For example, suppose that you created a table with 1,000 read capacity units and 500 write capacity units. In this case, the initial number of partitions would be:

```
( 1,000 / 3,000 ) + ( 500 / 1,000 ) = 0.8333 --> 1
```

Therefore, a single partition could accommodate all of the table's provisioned throughput requirements.

However, if you had created the table with 1,000 read capacity units and 1,000 write capacity units, then a single partition would not be able to support the specified throughput capacity:

```
( 1,000 / 3,000 ) + ( 1,000 / 1,000 ) = 1.333 --> 2
```

In this case, the table would require two partitions, each with 500 read capacity units and 500 write capacity units.

## Subsequent Allocation of Partitions

A single partition can hold approximately 10 GB of data, and can support a maximum of 3,000 read capacity units or 1,000 write capacity units.

If necessary, DynamoDB can allocate additional partitions to your table by *splitting* an existing partition. Suppose that one of a table's partitions (**P**) exceeded its limit for storage (10 GB). In this case, DynamoDB would split the partition as follows:

1. Allocate two new partitions (**P1** and **P2**).
2. Distribute the data from **P** evenly across **P1** and **P2**.

KoveIO Compl. Ex. 11

3. Deallocate **P** from the table.

The following diagram shows how DynamoDB performs a partition split. The large squares represent partitions, and the small squares represent data items in the table.



During a partition split, DynamoDB evenly distributes the data from the old partition to the two new partitions (the data in other partitions are not affected). The old partition's provisioned throughput capacity is then evenly distributed across the two new partitions (see Throughput Capacity Per Partition (p. 516)).

Note that DynamoDB performs partition splits automatically, in the background. The table remains fully available for read and write activity at your specified throughput levels.

A partition split can occur in response to:

- Increased provisioned throughput settings
- Increased storage requirements

## Increased Provisioned Throughput Settings

If you increase a table's provisioned throughput and the table's current partitioning scheme cannot accommodate your new requirements, DynamoDB will *double* the current number of partitions.

For example, suppose that you created a new table with 5,000 read capacity units and 2,000 write capacity units. Using the information from Initial Allocation of Partitions (p. 513), you can determine that this new table will require four partitions:

```
( 5,000 / 3,000 ) + ( 2,000 / 1,000 ) = 3.6667 --> 4
```

Each of the four partitions can accommodate 1,250 reads per second (5,000 read capacity units / 4 partitions) and 500 writes per second (2,000 write capacity units / 4 partitions).

Now suppose that you increased the table's read capacity units from 5,000 to 8,000. The existing four partitions would not be able to support this requirement. In response (see Subsequent Allocation of Partitions (p. 513)), DynamoDB would double the number of partitions to eight (4 * 2 = 8). Each of the resulting partitions would be able to accommodate 1,000 reads per second (8,000 read capacity units / 8 partitions) and 250 writes per second (2,000 write capacity units / 8 partitions).

The following diagram shows the original four partitions in the table, and the resulting partition scheme after DynamoDB doubles the number of partitions. The large squares represent partitions, and the small squares represent data items in the table.

KoveIO Compl. Ex. 11







## Increased Storage Requirements

If an existing partition fills up with data, DynamoDB will split that partition. The result will be two partitions, with the data from the old partition divided equally between the new partitions.

The table described in Increased Provisioned Throughput Settings (p. 514) has eight partitions, so its maximum capacity would be approximately 80 GB, as shown following:

```
8 partitions * 10 GB = 80 GB
```

If one of these partitions were to fill to capacity, DynamoDB would respond by splitting that partition, for a total of nine partitions and an overall capacity of 90 GB, as shown following:

```
9 partitions * 10 GB = 90 GB
```

The following diagram shows one of the original partitions filling to capacity, and the resulting partition scheme after DynamoDB splits that partition. The large squares represent partitions, and the small squares represent data items in the table.

KoveIO Compl. Ex. 11

1.



2.



## Throughput Capacity Per Partition

If you estimate the number of partitions in your table, you can determine the approximate throughput capacity per partition. Suppose that you wanted to create a table with 5,000 read capacity units and 2,000 write capacity units. DynamoDB would allocate four partitions for the new table:

```
( 5,000 / 3,000 ) + ( 2,000 / 1,000 ) = 3.6667 --> 4
```

You could determine the amount of read and write capacity per partition as follows:

```
5,000 read capacity units / 4 partitions = 1,250 read capacity units per partition

2,000 write capacity units / 4 partitions = 500 write capacity units per partition
```

Now suppose that one of these four partitions were to fill to capacity. DynamoDB would split that partition, resulting in five partitions allocated to the table. The read and write capacity per partition would then be distributed as follows:

```
1,250 read capacity units / 2 partitions = 625 read capacity units per child partition

500 write capacity units / 2 partitions = 250 write capacity units per child partition
```

As a result:

* Three of the five partitions would each have 1,250 read capacity units and 500 write capacity units.

* The other two partitions would each have 625 read capacity units and 250 write capacity units.

KoveIO Compl. Ex. 11

Note that as the number of partitions in a table increases, each partition has fewer read and write capacity units available to it. (However, the total provisioned throughput for the table remains the same.)

# Use Burst Capacity Sparingly

DynamoDB provides some flexibility in the per-partition throughput provisioning. When you are not fully utilizing a partition's throughput, DynamoDB retains a portion of your unused capacity for later *bursts* of throughput usage.  DynamoDB currently retains up to five minutes (300 seconds) of unused read and write capacity.  During an occasional burst of read or write activity, these extra capacity units can be consumed very quickly—even faster than the per-second provisioned throughput capacity that you've defined for your table. However, do not design your application so that it depends on burst capacity being available at all times: DynamoDB can and does use burst capacity for background maintenance and other tasks without prior notice.

**Note**
In the future, these details of burst capacity may change.

# Distribute Write Activity During Data Upload

There are times when you load data from other data sources into DynamoDB. Typically, DynamoDB partitions your table data on multiple servers. When uploading data to a table, you get better performance if you upload data to all the allocated servers simultaneously. For example, suppose you want to upload user messages to a DynamoDB table. You might design a table that uses a composite primary key in which UserID is the partition key and the MessageID is the sort key. When uploading data from your source, you might tend to read all message items for a specific user and upload these items to DynamoDB as shown in the sequence in the following table.

| UserID | MessageID |
|--------|-----------|
| U1 | 1 |
| U1 | 2 |
| U1 | ... |
| U1 | ... up to 100 |
| U2 | 1 |
| U2 | 2 |
| U2 | ... |
| U2 | ... up to 200 |

The problem in this case is that you are not distributing your write requests to DynamoDB across your partition key values. You are taking one partition key value at a time and uploading all its items, before going to the next partition key value and doing the same. Behind the scenes, DynamoDB is partitioning the data in your tables across multiple servers. To fully utilize all of the throughput capacity that has been provisioned for your tables, you need to distribute your workload across your partition key values. In this case, by directing an uneven amount of upload work toward items all with the same partition key value, you may not be able to fully utilize all of the resources DynamoDB has provisioned for your table. You can distribute your upload work by uploading one item from each partition key value first. Then you repeat the pattern for the next set of sort key values for all the items until you upload all the data as shown in the example upload sequence in the following table:

KoveIO Compl. Ex. 11

| UserID | MessageID |
|--------|-----------|
| U1 | 1 |
| U2 | 1 |
| U3 | 1 |
| ... | .... |
| U1 | 2 |
| U2 | 2 |
| U3 | 2 |
| ... | ... |

Every upload in this sequence uses a different partition key value, keeping more DynamoDB servers busy simultaneously and improving your throughput performance.

# Understand Access Patterns for Time Series Data

For each table that you create, you specify the throughput requirements. DynamoDB allocates resources to handle your throughput requirements with sustained low latency. When you design your application and tables, you should consider your application's access pattern to make the most efficient use of your table's resources.

Suppose you design a table to track customer behavior on your site, such as URLs that they click. You might design the table with a composite primary key consisting of Customer ID as the partition key and date/time as the sort key. In this application, customer data grows indefinitely over time; however, the applications might show uneven access pattern across all the items in the table where the latest customer data is more relevant and your application might access the latest items more frequently and as time passes these items are less accessed, eventually the older items are rarely accessed. If this is a known access pattern, you could take it into consideration when designing your table schema. Instead of storing all items in a single table, you could use multiple tables to store these items. For example, you could create tables to store monthly or weekly data. For the table storing data from the latest month or week, where data access rate is high, request higher throughput and for tables storing older data, you could dial down the throughput and save on resources.

You can save on resources by storing "hot" items in one table with higher throughput settings, and "cold" items in another table with lower throughput settings. You can remove old items by simply deleting the tables. You can optionally backup these tables to other storage options such as Amazon Simple Storage Service (Amazon S3). Deleting an entire table is significantly more efficient than removing items one-by-one, which essentially doubles the write throughput as you do as many delete operations as put operations.

# Cache Popular Items

Some items in a table might be more popular than others. For example, consider the *ProductCatalog* table that is described in Creating Tables and Loading Sample Data (p. 158), and suppose that this table contains millions of different products. Some products might be very popular among customers, so those items would be consistently accessed more frequently than the others. As a result, the distribution of read activity on *ProductCatalog* would be highly skewed toward those popular items.

One solution would be to cache these reads at the application layer. Caching is a technique that is used in many high-throughput applications, offloading read activity on hot items to the cache rather than to

KoveIO Compl. Ex. 11

the database. Your application can cache the most popular items in memory, or use a product such as ElastiCache to do the same.

Continuing with the *ProductCatalog* example, when a customer requests an item from that table, the application would first consult the cache to see if there is a copy of the item there. If so, it is a cache hit; otherwise, it is a cache miss. When there is a cache miss, the application would need to read the item from DynamoDB and store a copy of the item in the cache. Over time, the cache misses would decrease as the cache fills with the most popular items; applications would not need to access DynamoDB at all for these items.

A caching solution can mitigate the skewed read activity for popular items. In addition, since it reduces the amount of read activity against the table, caching can help reduce your overall costs for using DynamoDB.

# Consider Workload Uniformity When Adjusting Provisioned Throughput

As the amount of data in your table grows, or as you provision additional read and write capacity, DynamoDB automatically spreads the data across multiple partitions. If your application doesn't require as much throughput, you simply decrease it using the `UpdateTable` operation, and pay only for the throughput that you have provisioned.

For applications that are designed for use with uniform workloads, DynamoDB's partition allocation activity is not noticeable. A temporary non-uniformity in a workload can generally be absorbed by the bursting allowance, as described in Use Burst Capacity Sparingly (p. 517). However, if your application must accommodate non-uniform workloads on a regular basis, you should design your table with DynamoDB's partitioning behavior in mind (see Understand Partition Behavior (p. 513)), and be mindful when increasing and decreasing provisioned throughput on that table.

If you reduce the amount of provisioned throughput for your table, DynamoDB will not decrease the number of partitions. Suppose that you created a table with a much larger amount of provisioned throughput than your application actually needed, and then decreased the provisioned throughput later. In this scenario, the provisioned throughput per partition would be less than it would have been if you had initially created the table with less throughput.

For example, consider a situation where you need to bulk-load 20 million items into a DynamoDB table. Assume that each item is 1 KB in size, resulting in 20 GB of data. This bulk-loading task will require a total of 20 million write capacity units. To perform this data load within 30 minutes, you would need to set the provisioned write throughput of the table to 11,000 write capacity units.

The maximum write throughput of a partition is 1000 write capacity units (see Understand Partition Behavior (p. 513)); therefore, DynamoDB will create 11 partitions, each with 1000 provisioned write capacity units.

After the bulk data load, your steady-state write throughput requirements might be much lower — for example, suppose that your applications only require 200 writes per second. If you decrease the table's provisioned throughput to this level, each of the 11 partitions will have around 20 write capacity units per second provisioned. This level of per-partition provisioned throughput, combined with DynamoDB's bursting behavior, might be adequate for the application.

However, if an application will require sustained write throughput above 20 writes per second per partition, you should either: (a) design a schema that requires fewer writes per second per partition key value, or (b) design the bulk data load so that it runs at a slower pace and reduces the initial throughput requirement. For example, suppose that it was acceptable to run the bulk import for over 3 hours, instead of just 30 minutes. In this scenario, only 1900 write capacity units per second needs to be provisioned, rather than 11,000. As a result, DynamoDB would create only two partitions for the table.

KoveIO Compl. Ex. 11

# Test Your Application At Scale

Many tables begin with small amounts of data, but then grow larger as applications perform write activity. This growth can occur gradually, without exceeding the provisioned throughput settings you have defined for the table. As your table grows larger, DynamoDB automatically scales your table out by distributing the data across more partitions. When this occurs, the provisioned throughput that is allocated to each resulting partition is less than that which is allocated for the original partition(s).

Suppose that your application accesses the table's data across all of the partition key values, but in a non-uniform fashion (accessing a small number of partition key values more frequently than others). Your application might perform acceptably when there is not very much data in the table. However, as the table becomes larger, there will be more partitions and less throughput per partition. You might discover that your application is throttled when it attempts to use the same non-uniform access pattern that worked in the past.

To avoid problems with "hot" keys when your table becomes larger, make sure that you test your application design at scale. Consider the ratio of storage to throughput when running at scale, and how DynamoDB will allocate partitions to the table. (For more information, see Understand Partition Behavior (p. 513).)

If it isn't possible for you to generate a large amount of test data, you can create a table that has very high provisioned throughput settings. This will create a table with many partitions; you can then use UpdateTable to reduce the settings, but keep the same ratio of storage to throughput that you determined for running the application at scale. You now have a table that has the throughput-per-partition ratio that you expect after it grows to scale. Test your application against this table using a realistic workload.

Tables that store time series data can grow in an unbounded manner, and can cause slower application performance over time. With time series data, applications typically read and write the most recent items in the table more frequently than older items. If you can remove older time series data from your real-time table, and archive that data elsewhere, you can maintain a high ratio of throughput per partition.

For best practices with time series data, Understand Access Patterns for Time Series Data (p. 518).

# Guidelines for Working with Items

Topics

- Use One-to-Many Tables Instead Of Large Set Attributes (p. 521)
- Use Multiple Tables to Support Varied Access Patterns (p. 521)
- Compress Large Attribute Values (p. 523)
- Store Large Attribute Values in Amazon S3 (p. 523)
- Break Up Large Attributes Across Multiple Items (p. 523)

When you are working with items in DynamoDB, you need to consider how to get the best performance, how to reduce provisioned throughput costs, and how to avoid throttling by staying within your read and write capacity units. If the items that you are handling exceed the maximum item size, as described in Limits in DynamoDB (p. 502), you need to consider how you will deal with the situation. This section offers best practices for addressing these considerations.

KoveIO Compl. Ex. 11

# Use One-to-Many Tables Instead Of Large Set Attributes

If your table has items that store a large set type attribute, such as number set or string set, consider removing the attribute and breaking the table into two tables. To form one-to-many relationships between these tables, use the primary keys.

The Forum, Thread, and Reply tables in the Creating Tables and Loading Sample Data (p. 158) section are good examples of these one-to-many relationships. For example, the Thread table has one item for each forum thread, and the Reply table stores one or more replies for each thread.

Instead of storing replies as items in a separate table, you could store both threads and replies in the same table. For each thread, you could store all replies in an attribute of string set type; however, keeping thread and reply data in separate tables is beneficial in several ways:

- If you store replies as items in a table, you can store any number of replies, because a DynamoDB table can store any number of items.

  If you store replies as an attribute value in the Thread table, you would be constrained by the maximum item size, which would limit the number of replies that you could store. (See Limits in DynamoDB (p. 502))

- When you retrieve a Thread item, you pay less for provisioned throughput, because you are retrieving only the thread data and not all the replies for that thread.

- Queries allow you to retrieve only a subset of items from a table. By storing replies in a separate Reply table, you can retrieve only a subset of replies, for example, those within a specific date range, by querying the Reply table.

  If you store replies as a set type attribute value, you would always have to retrieve all the replies, which would consume more provisioned throughput for data that you might not need.

- When you add a new reply to a thread, you add only an item to the Reply table, which incurs the provisioned throughput cost of only that single Reply item. If replies are stored in the Thread table, you incur the full cost of writing the entire Thread item including all replies whenever you add a single user reply to a thread.

# Use Multiple Tables to Support Varied Access Patterns

If you frequently access large items in a DynamoDB table and you do not always use all of an item's larger attributes, you can improve your efficiency and make your workload more uniform by storing your smaller, more frequently accessed attributes as separate items in a separate table.

For example, consider the *ProductCatalog* table described in the Creating Tables and Loading Sample Data (p. 158) section. Items in this table contain basic product information, such as product name and description. This information changes infrequently, but it is used every time an application displays a product for the user.

If your application also needed to keep track of rapidly changing product attributes, such as price and availability, you could store this information in a separate table called *ProductAvailability*. This approach would minimize the throughput cost of updates. To illustrate, suppose that a *ProductCatalog* item was 3 KB in size, and the price and availability attributes for that item was 300 bytes. In this case, an update of these rapidly changing attributes would cost three, the same cost as updating any other product attributes. Now suppose that price and availability information were stored in a *ProductAvailability* table instead. In this case, updating the information would cost only one write capacity unit.

KoveIO Compl. Ex. 11

**Note**

For an explanation of capacity units, see Provisioned Throughput (p. 15).

If your application also needed to store product data that is displayed less frequently, you could store this information in a separate table called *ExtendedProductCatalog*. Such data might include product dimensions, a track listing for music albums, or other attributes that are not accessed as often as the basic product data. This way, the application would only consume throughput when displaying basic product information to the users, and would only consume additional throughput if the user requests the extended product details.

The following are example instances of the tables in the preceding discussion. Note that all the tables have an Id attribute as the primary key.

**ProductCatalog**

| Id | Title | Description |
|----|-------|-------------|
| 21 | "Famous Book" | "From last year's best sellers list, ..." |
| 302 | "Red Bicycle" | "Classic red bicycle..." |
| 58 | "Music Album" | "A new popular album from this week..." |

**ProductAvailability**

| Id | Price | QuantityOnHand |
|----|-------|----------------|
| 21 | "$5.00 USD" | 3750 |
| 302 | "$125.00 USD" | 8 |
| 58 | "$5.00 USD" | "infinity (digital item)" |

**ExtendedProductCatalog**

| Id | AverageCustomerRating | TrackListing |
|----|----------------------|--------------|
| 21 | 5 | |
| 302 | 3.5 | |
| 58 | 4 | {"Track1#3:59", "Track2#2:34", "Track3#5:21", ...} |

Here are several advantages and considerations for splitting the attributes of an item into multiple items in different tables:

- The throughput cost of reading or writing these attributes is reduced. The cost of updating a single attribute of an item is based on the full size of the item. If the items are smaller, you will incur less throughput when you access each one.

- If you keep your frequently accessed items small, your I/O workload will be distributed more evenly. Retrieving a large item can consume a great deal of read capacity all at once, from the same partition of

KoveIO Compl. Ex. 11

your table; this can make your workload uneven, which can cause throttling. For more information, see
Avoid Sudden Spikes in Read Activity (p. 525)

- For single-item read operations, such as `GetItem`, throughput calculations are rounded up to the next 4
  KB boundary. If your items are smaller than 4 KB and you retrieve the items by primary key only, storing
  item attributes as separate items may not reduce throughput. Even so, the throughput cost of operations
  such as `Query` and `Scan` are calculated differently: the sizes of all returned items are totaled, and that
  final total is rounded up to the next 4 KB boundary. For these operations, you might still reduce your
  throughput cost by moving the large attributes into separate items. For more information, see Capacity
  Unit Calculations (p. 171).

# Compress Large Attribute Values

You can compress large values before storing them in DynamoDB. Doing so can reduce the cost of storing
and retrieving such data. Compression algorithms, such as GZIP or LZO, produce a binary output. You can
then store this output in a Binary attribute type.

For example, the Reply table in the Creating Tables and Loading Sample Data (p. 158) section stores
messages written by forum users. These user replies might consist of very long strings of text, which makes
them excellent candidates for compression.

For sample code that demonstrates how to compress long messages in DynamoDB, see:

- Example: Handling Binary Type Attributes Using the AWS SDK for Java Document API (p. 245)
- Example: Handling Binary Type Attributes Using the AWS SDK for .NET Low-Level API (p. 267)

# Store Large Attribute Values in Amazon S3

DynamoDB currently limits the size of the items that you store in tables. For more information, see Limits
in DynamoDB (p. 502). Your application, however, might need to store more data in an item than the
DynamoDB size limits permit. To work around this issue, you can store the large attributes as an object in
Amazon Simple Storage Service (Amazon S3), and store the object identifier in your item. You can also
use the object metadata support in Amazon S3 to store the primary key value of the corresponding item as
Amazon S3 object metadata. This use of metadata can help with future maintenance of your Amazon S3
objects.

For example, consider the *ProductCatalog* table in the Creating Tables and Loading Sample Data (p. 158)
section. Items in the *ProductCatalog* table store information about item price, description, authors for books,
and dimensions for other products. If you wanted to store an image of each product, these images could be
large. It might make sense to store the images in Amazon S3 instead of DynamoDB.

There are important considerations with this approach:

- Since DynamoDB does not support transactions that cross Amazon S3 and DynamoDB, your application
  will have to deal with failures and with cleaning up orphaned Amazon S3 objects.
- Amazon S3 limits length of object identifiers, so you must organize your data in a way that
  accommodates this and other Amazon S3 constraints. For more information, go to the Amazon Simple
  Storage Service Developer Guide.

# Break Up Large Attributes Across Multiple Items

If you need to store more data in a single item than DynamoDB allows, you can store that data in multiple
items as chunks of a larger "virtual item". To get the best results, store the chunks in a separate table that
has a simple primary key (partition key), and use batch operations (`BatchGetItem` and `BatchWriteItem`)

KoveIO Compl. Ex. 11

# Exhibit 12

KoveIO Compl. Ex. 12

# All Things Distributed

Werner Vogels' weblog on building scalable and robust distributed systems.

## A Decade of Dynamo: Powering the next wave of high-performance, internet-scale applications

By Werner Vogels on 02 October 2017 11:00 AM | Permalink | Comments (16)





Today marks the 10 year anniversary of Amazon's Dynamo whitepaper, a milestone that made me reflect on how much innovation has occurred in the area of databases over the last decade and a good reminder on why taking a customer obsessed approach to solving hard problems can have lasting impact beyond your original expectations.

It all started in 2004 when Amazon was running Oracle's enterprise edition with clustering and replication. We had an advanced team of database administrators and access to top experts within Oracle. We were pushing the limits of what was a leading commercial database at the time and were unable to sustain the availability, scalability and performance needs that our growing Amazon business demanded.

Our straining database infrastructure on Oracle led us to evaluate if we could develop a purpose-built database that would support our business needs for the long term. We prioritized focusing on requirements that would support high-scale, mission-critical services like Amazon's shopping cart, and questioned assumptions traditionally held by relational databases such as the requirement for strong consistency. Our goal was to build a database that would have the unbounded scalability, consistent performance and the high availability to support the needs of our rapidly growing business.

A deep dive on how we were using our existing databases revealed that they were frequently not used for their relational capabilities. About 70 percent of operations were of the key-value kind, where only a primary key was used and a single row would be returned. About 20 percent would return a set of rows, but still operate on only a single table.

With these requirements in mind, and a willingness to question the status quo, a small group of distributed systems experts came together and designed a horizontally scalable distributed database that would scale out for both reads and writes to meet the long-term needs of our business. This was the genesis of the Amazon Dynamo database.

The success of our early results with the Dynamo database encouraged us to write Amazon's Dynamo whitepaper and share it at the 2007 ACM Symposium on Operating Systems Principles (SOSP conference), so that others in the industry could benefit. The Dynamo paper was well-received and served as a catalyst to create the category of distributed database technologies commonly known today as "NoSQL."

### Contact Info

**Werner Vogels**
*CTO - Amazon.com*

werner@allthingsdistributed.com

### Other places

Follow werner on twitter if you want to know what he is current reading or thinking about.
At werner.ly he posts material that doesn't belong on this blog or on twitter.

### Check out some great music



### Syndication

Subscribe to this weblog's
atom feed or rss feed

### Archives

All postings

Recent Entries

Make your voice count by simply saying, "Alexa, let's chat."

A one size fits all database doesn't fit anyone

The workplace of the future

Changing the calculus of containers in the cloud

Looking back at 10 years of compartmentalization at AWS

Infinitely scalable machine learning with Amazon SageMaker

Unlocking Enterprise systems using voice

Rethinking the 'production' of data

'Paris s'éveille'! Introducing the AWS EU (Paris) Region

Expanding the AWS Cloud: Introducing the AWS China (Ningxia) Region

Accelerate Machine Learning with Amazon SageMaker

Scaling Amazon ElastiCache for Redis with Online Cluster Resizing

A Decade of Dynamo: Powering the next wave of high-performance, internet-scale applications

As-Salaam-Alaikum: The cloud arrives in the Middle East!

AI for everyone - How companies can benefit from the advance of machine learning

Improving Customer Service with Amazon Connect and Amazon Lex

Stop waiting for perfection and learn from your mistakes

Amazon DynamoDB Accelerator (DAX): Speed Up DynamoDB Response Times from Milliseconds to Microseconds without Application Rewrite.

Expanding the Cloud – An AWS Region is coming to Hong Kong

Unlocking the Value of Device Data with AWS Greengrass.

Of course, no technology change happens in isolation, and at the same time NoSQL was evolving, so was cloud computing. As we began growing the AWS business, we realized that external customers might find our Dynamo database just as useful as we found it within Amazon.com. So, we set out to build a fully hosted AWS database service based upon the original Dynamo design.

The requirements for a fully hosted cloud database service needed to be at an even higher bar than what we had set for our Amazon internal system. The cloud-hosted version would need to be:

- **Scalable** – The service would need to support hundreds of thousands, or even millions of AWS customers, each supporting their own internet-scale applications.
- **Secure** – The service would have to store critical data for external AWS customers which would require an even higher bar for access control and security.
- **Durable and Highly-Available** – The service would have to be extremely resilient to failure so that all AWS customers could trust it for their mission-critical workloads as well.
- **Performant** – The service would need to be able to maintain *consistent* performance in the face of diverse customer workloads.
- **Manageable** – The service would need to be easy to manage and operate. This was perhaps the most important requirement if we wanted a broad set of users to adopt the service.

With these goals in mind, In January, 2012 we launched Amazon DynamoDB, our cloud-based NoSQL database service designed from the ground up to support extreme scale, with the security, availability, performance and manageability needed to run mission-critical workloads.

Today, DynamoDB powers the next wave of high-performance, internet-scale applications that would overburden traditional relational databases. Many of the world's largest internet-scale businesses such as Lyft, Tinder and Redfin as well as enterprises such as Comcast, Under Armour, BMW, Nordstrom and Toyota depend on DynamoDB's scale and performance to support their mission-critical workloads.

DynamoDB is used by Lyft to store GPS locations for all their rides, Tinder to store millions of user profiles and make billions of matches, Redfin to scale to millions of users and manage data for hundreds of millions of properties, Comcast to power their XFINITY X1 video service running on more than 20 million devices, BMW to run its car-as-a-sensor service that can scale up and down by two orders of magnitude within 24 hours, Nordstrom for their recommendations engine reducing processing time from 20 minutes to a few seconds, Under Armour to support its connected fitness community of 200 million users, Toyota Racing to make real time decisions on pit-stops, tire changes, and race strategy, and another 100,000+ AWS customers for a wide variety of high-scale, high-performance use cases.

With all the real-world customer use, DynamoDB has proven itself on those original design dimensions:

- **Scalable** – DynamoDB supports customers with single tables that serve millions of requests per second, store hundreds of terabytes, or contain over 1 trillion items of data. In support of Amazon Prime Day 2017, the biggest day in Amazon retail history, DynamoDB served over 12.9 million requests per second. DynamoDB operates in all AWS regions (16 geographic regions now with announced plans for six more Regions in Bahrain, China, France, Hong Kong, Sweden), so you can have a scalable database in the geographic region you need.
- **Secure** – DynamoDB provides fine-grained access control at the table, item, and attribute level, integrated with AWS Identity and Access Management. VPC Endpoints give you the ability to control whether network traffic between your application and DynamoDB traverses the public Internet or stays within your virtual private cloud. Integration with AWS CloudWatch, AWS CloudTrail, and AWS Config enables support for monitoring, audit, and configuration management. SOC, PCI, ISO, FedRAMP, HIPAA BAA, and DoD Impact Level 4 certifications allows customers to meet a wide range of compliance standards.
- **Durable and Highly-Available** – DynamoDB maintains data durability and 99.99 percent availability in the event of a server, a rack of servers, or an Availability Zone failure. DynamoDB automatically re-distributes your data to healthy servers to ensure there are always multiple replicas of your data without you needing to intervene.
- **Performant** – DynamoDB consistently delivers single-digit millisecond latencies even as your traffic volume increases. In addition, DynamoDB Accelerator (DAX) a fully managed, highly available, in-memory cache further speeds up DynamoDB response times from milliseconds to microseconds and can continue to do so at millions of requests per second.
- **Manageable** – DynamoDB eliminates the need for manual capacity planning, provisioning, monitoring of servers, software upgrades, applying security patches, scaling infrastructure,

KoveIO Compl. Ex. 12

monitoring, performance tuning, replication across distributed datacenters for high availability, and replication across new nodes for data durability. All of this is done for you automatically and with zero downtime so that you can focus on your customers, your applications, and your business.

- **Adaptive Capacity** –DynamoDB intelligently adapts to your table's unique storage needs, by scaling your table storage *up* by horizontally partitioning them across many servers, or *down* with <u>Time To Live (TTL)</u> that deletes items that you marked to expire. DynamoDB provides <u>Auto Scaling</u>, which automatically adapts your table throughput up or down in response to actual traffic to your tables and indexes. Auto Scaling is on by default for all new tables and indexes.

Ten years ago, we never would have imagined the lasting impact our efforts on Dynamo would have. What started out as an exercise in solving our own needs in a customer obsessed way, turned into a catalyst for a broader industry movement towards non-relational databases, and ultimately, an enabler for a new class of internet-scale applications.

As we say at AWS, It is still Day One for DynamoDB. We believe we are in the midst of a transformative period for databases, and the adoption of purpose-built databases like DynamoDB is only getting started. We expect that the next ten years will see even more innovation in databases than the last ten. I know the team is working on some exciting new things for DynamoDB – I can't wait to share them with you over the upcoming months.

---

## Comments

**16 Comments**   **AllThings Distributed**    **1** Login ▾

♡ Recommend  9          ↪ Share          Sort by Best ▾

 | Join the discussion…

LOG IN WITH        OR SIGN UP WITH DISQUS ⑦

| Name |

 **Graeme Roberts** • a year ago
Much more of a miracle to me than any of the artificial intelligence applications to date.
7 ∧ | ∨ • Reply • Share ›

>  **Todd** ➜ Graeme Roberts • 10 months ago
> I am not sure about that, because anytime you can take the human element out of the equation while enhancing the system to make decisions on the fly from different data-sources and types is like the discovery of electricity. This tells me that we are moving in a direction that is unprecedented.
> ∧ | ∨ • Reply • Share ›

 **assignment writing help** • 4 months ago
Good internet-scale application which is really good work. It is an application which is done everything, i want this types of apps for working different types of work. Thanks a lot.
∧ | ∨ • Reply • Share ›

 **Thomas Ray** • 8 months ago
Werner, Its really the best post I have read till date about Dynamo DB. You have detailed it in such perfection that no body does. Keep up the good work. I always follow your post as I am also writing about **data integrity** niche.
∧ | ∨ • Reply • Share ›

**Neil Anderson** • 10 months ago
Werner, No doubt this is is the best the best DynamoDB intro/overview so far. Great article thanks and keep it up!
∧ | ∨ • Reply • Share ›

KoveIO Compl. Ex. 12



**Jason** • 10 months ago

Here's to hoping future Dynamo libraries in the AWS SDK for Node.js support optional async methods to make waiting on queries to return much easier on devs!

∧ | ∨ • Reply • Share ›



**UtterlyCloud** • 10 months ago

That was really nice, I've created a website based on cloud, hosted on cloud. Please visit www.utterlycloud.com

∧ | ∨ • Reply • Share ›



**Todd** ➜ UtterlyCloud • 10 months ago

I looked at the site, I love the concept, but there are a few things I would change:

→ The frame on the left needs to be moved over so I can see the wording
→ "is the onethe best ", maybe change that to "is one of the best CSPs"
→ AWS - to keep consistency, include the date AWS was made available to the public

I do like the step-by-step procedures to help individuals create cloud resources, very nice.

Todd

∧ | ∨ • Reply • Share ›



**UtterlyCloud** ➜ Todd • 10 months ago

https://www.utterlycloud.co... .Your feedback is really helpful to us.The above contains a article on basic understanding of DynamoDB for beginners. Have a look at it and provide feedback. We have number of articles on other cloud services. Please go through them too. We are going to push more articles and tutorials in coming days. Please go through them and please share with your friends who want to learn cloud. People like you really motivates us. Thank you so much.

∧ | ∨ • Reply • Share ›



**William Cox** • a year ago

If DynamoDB is still "day one" then how come the Release Notes show no changes have been made for nearly 2 years? Nov. 2015 is the last change noted: https://aws.amazon.com/rele...

∧ | ∨ • Reply • Share ›



**Prashant Singh** • a year ago

I have one humble question. If Hashing is used to distribute the keys over the ring, and if hash function is any good, why do Dynamo had to employ vnode concept?

∧ | ∨ • Reply • Share ›



**Sreedhar Kukunooru** ➜ Prashant Singh • a year ago

Prashant, Refer to this white paper (section 4.2). That should answer your question.

http://www.allthingsdistrib...

∧ | ∨ • Reply • Share ›



**Sean Anderson** • a year ago

By far, the best DynamoDB intro/overview I have ever seen.

∧ | ∨ • Reply • Share ›



**Luis Trigueiros** • a year ago

Thank you found it very interesting read.

∧ | ∨ • Reply • Share ›

KoveIO Compl. Ex. 12



**joono** • a year ago

Pretty interesting indeed

∧ | ∨ • Reply • Share ›



**Avraam J. Dectis** • a year ago

.

That was actually kind of interesting.

.

∧ | ∨ • Reply • Share ›

ALSO ON **ALLTHINGS DISTRIBUTED**

**Expanding the Cloud – An AWS Region is coming to the Hong Kong - All Things …**

1 comment • a year ago

Avatar **Daniel Geske** — Leih hou heung gong!

**As-Salaam-Alaikum: The cloud arrives in the Middle East! - All Things Distributed**

2 comments • a year ago

Avatar **Hassan Ezzeldin** — Peace be upon youAll companies knows what is the different between who used Amazon services and …

**Stop waiting for perfection and learn from your mistakes - All Things …**

1 comment • a year ago

Avatar **Steve McIrvin** — Thanks for the insights, Werner! This attitude of experimentation and learning quickly from failure is why I've …

**Scaling Amazon ElastiCache for Redis with Online Cluster Resizing - All …**

4 comments • 9 months ago

Avatar **Itamar Haber** — Nitpicking: I believe that it should be "Redis' microsecond latency ..." and "Lua".All in all a great addition to the …

✉ Subscribe ⓓ Add Disqus to your siteAdd DisqusAdd

🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

Generated by Jekyll and served out of Amazon S3

KoveIO Compl. Ex. 12

# Exhibit 13

KoveIO Compl. Ex. 13

# All Things Distributed

Werner Vogels' weblog on building scalable and robust distributed systems.

## Amazon's Dynamo

By Werner Vogels on 02 October 2007 08:10 AM | Permalink | Comments (21)

In two weeks we'll present a paper on the Dynamo technology at SOSP, the prestigious biannual Operating Systems conference. Dynamo is internal technology developed at Amazon to address the need for an incrementally scalable, highly-available key-value storage system. The technology is designed to give its users the ability to trade-off cost, consistency, durability and performance, while maintaining high-availability.

Let me emphasize the internal technology part before it gets misunderstood: Dynamo is not directly exposed externally as a web service; however, Dynamo and similar Amazon technologies are used to power parts of our Amazon Web Services, such as S3.

We submitted the technology for publication in SOSP because many of the techniques used in Dynamo originate in the operating systems and distributed systems research of the past years; DHTs, consistent hashing, versioning, vector clocks, quorum, anti-entropy based recovery, etc. As far as I know Dynamo is the first production system to use the synthesis of all these techniques, and there are quite a few lessons learned from doing so. The paper is mainly about these lessons.

We are extremely fortunate that the paper was selected for publication in SOSP; only a very few true production systems have made it into the conference and as such it is a recognition of the quality of the work that went into building a real incrementally scalable storage system in which the most important properties can be appropriately configured.

Dynamo is representative of a lot of the work that we are doing at Amazon; we continuously develop cutting edge technologies using recent research, and in many cases do the research ourselves. Much of the engineering work at Amazon, whether it is in infrastructure, distributed systems, workflow, rendering, search, digital, similarities, supply chain, shipping or any of the other systems, is equally highly advanced.

The official reference for the paper is:

> Giuseppe DeCandia, Deniz Hastorun, Madan Jampani, Gunavardhan Kakulapati, Avinash Lakshman, Alex Pilchin, Swami Sivasubramanian, Peter Vosshall and Werner Vogels, "Dynamo: Amazon's Highly Available Key-Value Store", in the Proceedings of the 21st ACM Symposium on Operating Systems Principles, Stevenson, WA, October 2007.

A pdf version is available here. You can also read the full online version.

The text of the paper is copyright of the ACM and as such the following statement applies:

© ACM, 2007. This is the author's version of the work. It is posted here by permission of ACM for your personal use. Not for redistribution. The definitive version was published in SOSP'07, October 14–17, 2007, Stevenson, Washington, USA, Copyright 2007 ACM 978-1-59593-591-5/07/0010

### Dynamo: Amazon's Highly Available Key-value Store

Giuseppe DeCandia, Deniz Hastorun, Madan Jampani, Gunavardhan Kakulapati, Avinash Lakshman, Alex Pilchin, Swaminathan Sivasubramanian, Peter Vosshall and Werner Vogels

Amazon.com

#### Abstract

Reliability at massive scale is one of the biggest challenges we face at Amazon.com, one of the largest e-commerce operations in the world; even the slightest outage has significant financial consequences and impacts customer trust. The Amazon.com platform, which provides services for many web sites worldwide, is implemented on top of an infrastructure of tens of thousands of servers and network



### Contact Info

Werner Vogels
CTO - Amazon.com

werner@allthingsdistributed.com

### Other places

Follow werner on twitter if you want to know what he is current reading or thinking about.
At werner.ly he posts material that doesn't belong on this blog or on twitter.

### Check out some great music



### Syndication

Subscribe to this weblog's atom feed or rss feed

### Archives

All postings

KoveIO Compl. Ex. 13

components located in many datacenters around the world. At this scale, small and large components fail continuously and the way persistent state is managed in the face of these failures drives the reliability and scalability of the software systems.

This paper presents the design and implementation of Dynamo, a highly available key-value storage system that some of Amazon's core services use to provide an "always-on" experience. To achieve this level of availability, Dynamo sacrifices consistency under certain failure scenarios. It makes extensive use of object versioning and application-assisted conflict resolution in a manner that provides a novel interface for developers to use.

Categories and Subject Descriptors
D.4.2 [Operating Systems]: Storage Management; D.4.5 [Operating Systems]: Reliability; D.4.2 [Operating Systems]: Performance;

General Terms
Algorithms, Management, Measurement, Performance, Design, Reliability.

## 1. Introduction

Amazon runs a world-wide e-commerce platform that serves tens of millions customers at peak times using tens of thousands of servers located in many data centers around the world. There are strict operational requirements on Amazon's platform in terms of performance, reliability and efficiency, and to support continuous growth the platform needs to be highly scalable. Reliability is one of the most important requirements because even the slightest outage has significant financial consequences and impacts customer trust. In addition, to support continuous growth, the platform needs to be highly scalable.

One of the lessons our organization has learned from operating Amazon's platform is that the reliability and scalability of a system is dependent on how its application state is managed. Amazon uses a highly decentralized, loosely coupled, service oriented architecture consisting of hundreds of services. In this environment there is a particular need for storage technologies that are always available. For example, customers should be able to view and add items to their shopping cart even if disks are failing, network routes are flapping, or data centers are being destroyed by tornados. Therefore, the service responsible for managing shopping carts requires that it can always write to and read from its data store, and that its data needs to be available across multiple data centers.

Dealing with failures in an infrastructure comprised of millions of components is our standard mode of operation; there are always a small but significant number of server and network components that are failing at any given time. As such Amazon's software systems need to be constructed in a manner that treats failure handling as the normal case without impacting availability or performance.

To meet the reliability and scaling needs, Amazon has developed a number of storage technologies, of which the Amazon Simple Storage Service (also available outside of Amazon and known as Amazon S3), is probably the best known. This paper presents the design and implementation of Dynamo, another highly available and scalable distributed data store built for Amazon's platform. Dynamo is used to manage the state of services that have very high reliability requirements and need tight control over the tradeoffs between availability, consistency, cost-effectiveness and performance. Amazon's platform has a very diverse set of applications with different storage requirements. A select set of applications requires a storage technology that is flexible enough to let application designers configure their data store appropriately based on these tradeoffs to achieve high availability and guaranteed performance in the most cost effective manner.

There are many services on Amazon's platform that only need primary-key access to a data store. For many services, such as those that provide best seller lists, shopping carts, customer preferences, session management, sales rank, and product catalog, the common pattern of using a relational database would lead to inefficiencies and limit scale and availability. Dynamo provides a simple primary-key only interface to meet the requirements of these applications.

Dynamo uses a synthesis of well known techniques to achieve scalability and availability: Data is partitioned and replicated using consistent hashing [10], and consistency is facilitated by object versioning [12]. The consistency among replicas during updates is maintained by a quorum-like technique and a decentralized replica synchronization protocol. Dynamo employs a gossip based distributed failure detection and membership protocol. Dynamo is a completely decentralized system

## Recent Entries

Back-to-Basics Weekend Reading: An Implementation of a Log-Structured File System

Back-to-Basics Weekend Reading: Deep learning in neural networks

Amazon Makes it Free for Developers to Build and Host Most Alexa Skills Using AWS

How companies can become magnets for digital talent

Back-to-Basics Weekend Reading: The Foundations of Blockchain

Back-to-Basics Weekend Reading: Why Do Computers Stop and What Can Be Done About It?

Back-to-Basics Weekend Reading: Byzantine Generals

Back-to-Basic Weekend Reading: Monte-Carlo Methods

Back-to-Basics Weekend Reading - Bloom Filters

A survival strategy for the digital transformation

Expanding the AWS Cloud Introducing the AWS Europe (London) Region

Expanding the AWS Cloud: Introducing the AWS Canada (Central) Region

Transforming Development with AWS

Bringing the Magic of Amazon AI and Alexa to Apps on AWS.

MXNet - Deep Learning Framework of Choice at AWS

Spice up your Analytics: Amazon QuickSight Now Generally Available in N. Virginia, Oregon, and Ireland.

Meet the Teams Competing for the Alexa Prize

Welcoming Adrian Cockcroft to the AWS Team.

Expanding the AWS Cloud: Introducing the AWS US East (Ohio) Region

Accelerating Data: Faster and More Scalable ElastiCache for Redis

KoveIO Compl. Ex. 13

with minimal need for manual administration. Storage nodes can be added and removed from Dynamo without requiring any manual partitioning or redistribution.

In the past year, Dynamo has been the underlying storage technology for a number of the core services in Amazon's e-commerce platform. It was able to scale to extreme peak loads efficiently without any downtime during the busy holiday shopping season. For example, the service that maintains shopping cart (Shopping Cart Service) served tens of millions requests that resulted in well over 3 million checkouts in a single day and the service that manages session state handled hundreds of thousands of concurrently active sessions.

The main contribution of this work for the research community is the evaluation of how different techniques can be combined to provide a single highly-available system. It demonstrates that an eventually-consistent storage system can be used in production with demanding applications. It also provides insight into the tuning of these techniques to meet the requirements of production systems with very strict performance demands.

The paper is structured as follows. Section 2 presents the background and Section 3 presents the related work. Section 4 presents the system design and Section 5 describes the implementation. Section 6 details the experiences and insights gained by running Dynamo in production and Section 7 concludes the paper. There are a number of places in this paper where additional information may have been appropriate but where protecting Amazon's business interests require us to reduce some level of detail. For this reason, the intra- and inter-datacenter latencies in section 6, the absolute request rates in section 6.2 and outage lengths and workloads in section 6.3 are provided through aggregate measures instead of absolute details.

## 2. Background

Amazon's e-commerce platform is composed of hundreds of services that work in concert to deliver functionality ranging from recommendations to order fulfillment to fraud detection. Each service is exposed through a well defined interface and is accessible over the network. These services are hosted in an infrastructure that consists of tens of thousands of servers located across many data centers world-wide. Some of these services are stateless (i.e., services which aggregate responses from other services) and some are stateful (i.e., a service that generates its response by executing business logic on its state stored in persistent store).

Traditionally production systems store their state in relational databases. For many of the more common usage patterns of state persistence, however, a relational database is a solution that is far from ideal. Most of these services only store and retrieve data by primary key and do not require the complex querying and management functionality offered by an RDBMS. This excess functionality requires expensive hardware and highly skilled personnel for its operation, making it a very inefficient solution. In addition, the available replication technologies are limited and typically choose consistency over availability. Although many advances have been made in the recent years, it is still not easy to scale-out databases or use smart partitioning schemes for load balancing.

This paper describes Dynamo, a highly available data storage technology that addresses the needs of these important classes of services. Dynamo has a simple key/value interface, is highly available with a clearly defined consistency window, is efficient in its resource usage, and has a simple scale out scheme to address growth in data set size or request rates. Each service that uses Dynamo runs its own Dynamo instances.

### 2.1 System Assumptions and Requirements

The storage system for this class of services has the following requirements:

Query Model: simple read and write operations to a data item that is uniquely identified by a key. State is stored as binary objects (i.e., blobs) identified by unique keys. No operations span multiple data items and there is no need for relational schema. This requirement is based on the observation that a significant portion of Amazon's services can work with this simple query model and do not need any relational schema. Dynamo targets applications that need to store objects that are relatively small (usually less than 1 MB).

ACID Properties: ACID (Atomicity, Consistency, Isolation, Durability) is a set of properties that guarantee that database transactions are processed reliably. In the context of databases, a single logical operation on the data is called a transaction. Experience at Amazon has shown that data stores that provide ACID

KoveIO Compl. Ex. 13

guarantees tend to have poor availability. This has been widely acknowledged by both the industry and academia [5]. Dynamo targets applications that operate with weaker consistency (the "C" in ACID) if this results in high availability. Dynamo does not provide any isolation guarantees and permits only single key updates.

Efficiency: The system needs to function on a commodity hardware infrastructure. In Amazon's platform, services have stringent latency requirements which are in general measured at the 99.9th percentile of the distribution. Given that state access plays a crucial role in service operation the storage system must be capable of meeting such stringent SLAs (see Section 2.2 below). Services must be able to configure Dynamo such that they consistently achieve their latency and throughput requirements. The tradeoffs are in performance, cost efficiency, availability, and durability guarantees.

Other Assumptions: Dynamo is used only by Amazon's internal services. Its operation environment is assumed to be non-hostile and there are no security related requirements such as authentication and authorization. Moreover, since each service uses its distinct instance of Dynamo, its initial design targets a scale of up to hundreds of storage hosts. We will discuss the scalability limitations of Dynamo and possible scalability related extensions in later sections.

## 2.2 Service Level Agreements (SLA)

To guarantee that the application can deliver its functionality in a bounded time, each and every dependency in the platform needs to deliver its functionality with even tighter bounds. Clients and services engage in a Service Level Agreement (SLA), a formally negotiated contract where a client and a service agree on several system-related characteristics, which most prominently include the client's expected request rate distribution for a particular API and the expected service latency under those conditions. An example of a simple SLA is a service guaranteeing that it will provide a response within 300ms for 99.9% of its requests for a peak client load of 500 requests per second.

In Amazon's decentralized service oriented infrastructure, SLAs play an important role. For example a page request to one of the e-commerce sites typically requires the rendering engine to construct its response by sending requests to over 150 services. These services often have multiple dependencies, which frequently are other services, and as such it is not uncommon for the call graph of an application to have more than one level. To ensure that the page rendering engine can maintain a clear bound on page delivery each service within the call chain must obey its performance contract.

Figure 1 shows an abstract view of the architecture of Amazon's platform, where dynamic web content is generated by page rendering components which in turn query many other services. A service can use different data stores to manage its state and these data stores are only accessible within its service boundaries. Some services act as aggregators by using several other services to produce a composite response. Typically, the aggregator services are stateless, although they use extensive caching.



Figure 1: Service-oriented architecture of Amazon's platform.

KoveIO Compl. Ex. 13

A common approach in the industry for forming a performance oriented SLA is to describe it using average, median and expected variance. At Amazon we have found that these metrics are not good enough if the goal is to build a system where all customers want a good experience, rather than just the majority. For example if extensive personalization techniques are used then customers with longer histories require more processing which impacts performance at the high-end of the distribution. An SLA stated in terms of mean or median response times will not address the performance of this important customer segment. To address this issue, at Amazon, SLAs are expressed and measured at the 99.9th percentile of the distribution. The choice for 99.9% over an even higher percentile has been made based on a cost-benefit analysis which demonstrated a significant increase in cost to improve performance that much. Experiences with Amazon's production systems have shown that this approach provides a better overall experience compared to those systems that meet SLAs defined based on the mean or median.

In this paper there are many references to this 99.9th percentile of distributions, which reflects Amazon engineers' relentless focus on performance from the perspective of the customers' experience. Many papers report on averages, so these are included where it makes sense for comparison purposes. Nevertheless, Amazon's engineering and optimization efforts are not focused on averages. Several techniques, such as the load balanced selection of write coordinators, are purely targeted at controlling performance at the 99.9th percentile.

Storage systems often play an important role in establishing a service's SLA, especially if the business logic is relatively lightweight, as is the case for many Amazon services. State management then becomes the main component of a service's SLA. One of the main design considerations for Dynamo is to give services control over their system properties, such as durability and consistency, and to let services make their own tradeoffs between functionality, performance and cost-effectiveness.

## 2.3 Design Considerations

Data replication algorithms used in commercial systems traditionally perform synchronous replica coordination in order to provide a strongly consistent data access interface. To achieve this level of consistency, these algorithms are forced to tradeoff the availability of the data under certain failure scenarios. For instance, rather than dealing with the uncertainty of the correctness of an answer, the data is made unavailable until it is absolutely certain that it is correct. From the very early replicated database works, it is well known that when dealing with the possibility of network failures, strong consistency and high data availability cannot be achieved simultaneously [2, 11]. As such systems and applications need to be aware which properties can be achieved under which conditions.

For systems prone to server and network failures, availability can be increased by using optimistic replication techniques, where changes are allowed to propagate to replicas in the background, and concurrent, disconnected work is tolerated. The challenge with this approach is that it can lead to conflicting changes which must be detected and resolved. This process of conflict resolution introduces two problems: when to resolve them and who resolves them. Dynamo is designed to be an eventually consistent data store; that is all updates reach all replicas eventually.

An important design consideration is to decide when to perform the process of resolving update conflicts, i.e., whether conflicts should be resolved during reads or writes. Many traditional data stores execute conflict resolution during writes and keep the read complexity simple [7]. In such systems, writes may be rejected if the data store cannot reach all (or a majority of) the replicas at a given time. On the other hand, Dynamo targets the design space of an "always writeable" data store (i.e., a data store that is highly available for writes). For a number of Amazon services, rejecting customer updates could result in a poor customer experience. For instance, the shopping cart service must allow customers to add and remove items from their shopping cart even amidst network and server failures. This requirement forces us to push the complexity of conflict resolution to the reads in order to ensure that writes are never rejected.

The next design choice is who performs the process of conflict resolution. This can be done by the data store or the application. If conflict resolution is done by the data store, its choices are rather limited. In such cases, the data store can only use simple policies, such as "last write wins" [22], to resolve conflicting updates. On the other hand, since the application is aware of the data schema it can decide on the conflict resolution method that is best suited for its client's experience. For instance, the application that maintains customer shopping carts can choose to "merge" the conflicting versions and return a single unified shopping cart. Despite this flexibility, some application developers may not want to

KoveIO Compl. Ex. 13

write their own conflict resolution mechanisms and choose to push it down to the data store, which in turn chooses a simple policy such as "last write wins".

Other key principles embraced in the design are:

Incremental scalability: Dynamo should be able to scale out one storage host (henceforth, referred to as "node") at a time, with minimal impact on both operators of the system and the system itself.

Symmetry: Every node in Dynamo should have the same set of responsibilities as its peers; there should be no distinguished node or nodes that take special roles or extra set of responsibilities. In our experience, symmetry simplifies the process of system provisioning and maintenance.

Decentralization: An extension of symmetry, the design should favor decentralized peer-to-peer techniques over centralized control. In the past, centralized control has resulted in outages and the goal is to avoid it as much as possible. This leads to a simpler, more scalable, and more available system.

Heterogeneity: The system needs to be able to exploit heterogeneity in the infrastructure it runs on. e.g. the work distribution must be proportional to the capabilities of the individual servers. This is essential in adding new nodes with higher capacity without having to upgrade all hosts at once.

3. **Related W**ork

### 3.1 Peer to Peer Systems

There are several peer-to-peer (P2P) systems that have looked at the problem of data storage and distribution. The first generation of P2P systems, such as Freenet and Gnutella, were predominantly used as file sharing systems. These were examples of unstructured P2P networks where the overlay links between peers were established arbitrarily. In these networks, a search query is usually flooded through the network to find as many peers as possible that share the data. P2P systems evolved to the next generation into what is widely known as structured P2P networks. These networks employ a globally consistent protocol to ensure that any node can efficiently route a search query to some peer that has the desired data. Systems like Pastry [16] and Chord [20] use routing mechanisms to ensure that queries can be answered within a bounded number of hops. To reduce the additional latency introduced by multi-hop routing, some P2P systems (e.g., [14]) employ O(1) routing where each peer maintains enough routing information locally so that it can route requests (to access a data item) to the appropriate peer within a constant number of hops.

Various storage systems, such as Oceanstore [9] and PAST [17] were built on top of these routing overlays. Oceanstore provides a global, transactional, persistent storage service that supports serialized updates on widely replicated data. To allow for concurrent updates while avoiding many of the problems inherent with wide-area locking, it uses an update model based on conflict resolution. Conflict resolution was introduced in [21] to reduce the number of transaction aborts. Oceanstore resolves conflicts by processing a series of updates, choosing a total order among them, and then applying them atomically in that order. It is built for an environment where the data is replicated on an untrusted infrastructure. By comparison, PAST provides a simple abstraction layer on top of Pastry for persistent and immutable objects. It assumes that the application can build the necessary storage semantics (such as mutable files) on top of it.

### 3.2 Distributed File Systems and Databases

Distributing data for performance, availability and durability has been widely studied in the file system and database systems community. Compared to P2P storage systems that only support flat namespaces, distributed file systems typically support hierarchical namespaces. Systems like Ficus [15] and Coda [19] replicate files for high availability at the expense of consistency. Update conflicts are typically managed using specialized conflict resolution procedures. The Farsite system [1] is a distributed file system that does not use any centralized server like NFS. Farsite achieves high availability and scalability using replication. The Google File System [6] is another distributed file system built for hosting the state of Google's internal applications. GFS uses a simple design with a single master server for hosting the entire metadata and where the data is split into chunks and stored in chunkservers. Bayou is a distributed relational database system that allows disconnected operations and provides eventual data consistency [21].

Among these systems, Bayou, Coda and Ficus allow disconnected operations and are resilient to issues such as network partitions and outages. These systems differ on their conflict resolution procedures. For instance, Coda and Ficus perform system level conflict resolution and Bayou allows application level

KoveIO Compl. Ex. 13

resolution. All of them, however, guarantee eventual consistency. Similar to these systems, Dynamo allows read and write operations to continue even during network partitions and resolves updated conflicts using different conflict resolution mechanisms. Distributed block storage systems like FAB [18] split large size objects into smaller blocks and stores each block in a highly available manner. In comparison to these systems, a key-value store is more suitable in this case because: (a) it is intended to store relatively small objects (size < 1M) and (b) key-value stores are easier to configure on a per-application basis. Antiquity is a wide-area distributed storage system designed to handle multiple server failures [23]. It uses a secure log to preserve data integrity, replicates each log on multiple servers for durability, and uses Byzantine fault tolerance protocols to ensure data consistency. In contrast to Antiquity, Dynamo does not focus on the problem of data integrity and security and is built for a trusted environment. Bigtable is a distributed storage system for managing structured data. It maintains a sparse, multi-dimensional sorted map and allows applications to access their data using multiple attributes [2]. Compared to Bigtable, Dynamo targets applications that require only key/value access with primary focus on high availability where updates are not rejected even in the wake of network partitions or server failures.

Traditional replicated relational database systems focus on the problem of guaranteeing strong consistency to replicated data. Although strong consistency provides the application writer a convenient programming model, these systems are limited in scalability and availability [7]. These systems are not capable of handling network partitions because they typically provide strong consistency guarantees.

### 3.3 Discussion

Dynamo differs from the aforementioned decentralized storage systems in terms of its target requirements. First, Dynamo is targeted mainly at applications that need an "always writeable" data store where no updates are rejected due to failures or concurrent writes. This is a crucial requirement for many Amazon applications. Second, as noted earlier, Dynamo is built for an infrastructure within a single administrative domain where all nodes are assumed to be trusted. Third, applications that use Dynamo do not require support for hierarchical namespaces (a norm in many file systems) or complex relational schema (supported by traditional databases). Fourth, Dynamo is built for latency sensitive applications that require at least 99.9% of read and write operations to be performed within a few hundred milliseconds. To meet these stringent latency requirements, it was imperative for us to avoid routing requests through multiple nodes (which is the typical design adopted by several distributed hash table systems such as Chord and Pastry). This is because multi-hop routing increases variability in response times, thereby increasing the latency at higher percentiles. Dynamo can be characterized as a zero-hop DHT, where each node maintains enough routing information locally to route a request to the appropriate node directly.

### 4.System Architecture

The architecture of a storage system that needs to operate in a production setting is complex. In addition to the actual data persistence component, the system needs to have scalable and robust solutions for load balancing, membership and failure detection, failure recovery, replica synchronization, overload handling, state transfer, concurrency and job scheduling, request marshalling, request routing, system monitoring and alarming, and configuration management. Describing the details of each of the solutions is not possible, so this paper focuses on the core distributed systems techniques used in Dynamo: partitioning, replication, versioning, membership, failure handling and scaling. Table 1 presents a summary of the list of techniques Dynamo uses and their respective advantages.

Table 1: Summary of techniques used in Dynamo and their advantages.

| Problem | Technique | Advantage |
|---------|-----------|-----------|
| Partitioning | Consistent Hashing | Incremental Scalability |
| High Availability for writes | Vector clocks with reconciliation during reads | Version size is decoupled from update rates. |
| Handling temporary failures | Sloppy Quorum and hinted handoff | Provides high availability and durability guarantee when some of the replicas are not available. |
| Recovering from permanent | Anti-entropy using Merkle trees | Synchronizes divergent replicas in the background. |

KoveIO Compl. Ex. 13

| failures | | |
|---|---|---|
| Membership and failure detection | Gossip-based membership protocol and failure detection. | Preserves symmetry and avoids having a centralized registry for storing membership and node liveness information. |

## 4.1 System Interface

Dynamo stores objects associated with a key through a simple interface; it exposes two operations: get() and put(). The get(key) operation locates the object replicas associated with the key in the storage system and returns a single object or a list of objects with conflicting versions along with a context. The put(key, context, object) operation determines where the replicas of the object should be placed based on the associated key, and writes the replicas to disk. The context encodes system metadata about the object that is opaque to the caller and includes information such as the version of the object. The context information is stored along with the object so that the system can verify the validity of the context object supplied in the put request.

Dynamo treats both the key and the object supplied by the caller as an opaque array of bytes. It applies a MD5 hash on the key to generate a 128-bit identifier, which is used to determine the storage nodes that are responsible for serving the key.

## 4.2 Partitioning Algorithm

One of the key design requirements for Dynamo is that it must scale incrementally. This requires a mechanism to dynamically partition the data over the set of nodes (i.e., storage hosts) in the system. Dynamo's partitioning scheme relies on consistent hashing to distribute the load across multiple storage hosts. In consistent hashing [10], the output range of a hash function is treated as a fixed circular space or "ring" (i.e. the largest hash value wraps around to the smallest hash value). Each node in the system is assigned a random value within this space which represents its "position" on the ring. Each data item identified by a key is assigned to a node by hashing the data item's key to yield its position on the ring, and then walking the ring clockwise to find the first node with a position larger than the item's position. Thus, each node becomes responsible for the region in the ring between it and its predecessor node on the ring. The principle advantage of consistent hashing is that departure or arrival of a node only affects its immediate neighbors and other nodes remain unaffected.

The basic consistent hashing algorithm presents some challenges. First, the random position assignment of each node on the ring leads to non-uniform data and load distribution. Second, the basic algorithm is oblivious to the heterogeneity in the performance of nodes. To address these issues, Dynamo uses a variant of consistent hashing (similar to the one used in [10, 20]): instead of mapping a node to a single point in the circle, each node gets assigned to multiple points in the ring. To this end, Dynamo uses the concept of "virtual nodes". A virtual node looks like a single node in the system, but each node can be responsible for more than one virtual node. Effectively, when a new node is added to the system, it is assigned multiple positions (henceforth, "tokens") in the ring. The process of fine-tuning Dynamo's partitioning scheme is discussed in Section 6.

Using virtual nodes has the following advantages:

- If a node becomes unavailable (due to failures or routine maintenance), the load handled by this node is evenly dispersed across the remaining available nodes.

- When a node becomes available again, or a new node is added to the system, the newly available node accepts a roughly equivalent amount of load from each of the other available nodes.

- The number of virtual nodes that a node is responsible can decided based on its capacity, accounting for heterogeneity in the physical infrastructure.

## 4.3 Replication

To achieve high availability and durability, Dynamo replicates its data on multiple hosts. Each data item is replicated at N hosts, where N is a parameter configured "per-instance". Each key, k, is assigned to a coordinator node (described in the previous section). The coordinator is in charge of the replication of the data items that fall within its range. In addition to locally storing each key within its range, the coordinator replicates these keys at the N-1 clockwise successor nodes in the ring. This results in a system where each node is responsible for the region of the ring between it and its Nth predecessor. In

KoveIO Compl. Ex. 13

Figure 2, node B replicates the key k at nodes C and D in addition to storing it locally. Node D will store the keys that fall in the ranges (A, B], (B, C], and (C, D].



Figure 2: Partitioning and replication of keys in Dynamo ring.

The list of nodes that is responsible for storing a particular key is called the preference list. The system is designed, as will be explained in Section 4.8, so that every node in the system can determine which nodes should be in this list for any particular key. To account for node failures, preference list contains more than N nodes. Note that with the use of virtual nodes, it is possible that the first N successor positions for a particular key may be owned by less than N distinct physical nodes (i.e. a node may hold more than one of the first N positions). To address this, the preference list for a key is constructed by skipping positions in the ring to ensure that the list contains only distinct physical nodes.

## 4.4 Data Versioning

Dynamo provides eventual consistency, which allows for updates to be propagated to all replicas asynchronously. A put() call may return to its caller before the update has been applied at all the replicas, which can result in scenarios where a subsequent get() operation may return an object that does not have the latest updates.. If there are no failures then there is a bound on the update propagation times. However, under certain failure scenarios (e.g., server outages or network partitions), updates may not arrive at all replicas for an extended period of time.

There is a category of applications in Amazon's platform that can tolerate such inconsistencies and can be constructed to operate under these conditions. For example, the shopping cart application requires that an "Add to Cart" operation can never be forgotten or rejected. If the most recent state of the cart is unavailable, and a user makes changes to an older version of the cart, that change is still meaningful and should be preserved. But at the same time it shouldn't supersede the currently unavailable state of the cart, which itself may contain changes that should be preserved. Note that both "add to cart" and "delete item from cart" operations are translated into put requests to Dynamo. When a customer wants to add an item to (or remove from) a shopping cart and the latest version is not available, the item is added to (or removed from) the older version and the divergent versions are reconciled later.

In order to provide this kind of guarantee, Dynamo treats the result of each modification as a new and immutable version of the data. It allows for multiple versions of an object to be present in the system at the same time. Most of the time, new versions subsume the previous version(s), and the system itself can determine the authoritative version (syntactic reconciliation). However, version branching may happen, in the presence of failures combined with concurrent updates, resulting in conflicting versions of an object. In these cases, the system cannot reconcile the multiple versions of the same object and the client must perform the reconciliation in order to collapse multiple branches of data evolution back into one (semantic reconciliation). A typical example of a collapse operation is "merging" different versions of a customer's shopping cart. Using this reconciliation mechanism, an "add to cart" operation is never lost. However, deleted items can resurface.

It is important to understand that certain failure modes can potentially result in the system having not just two but several versions of the same data. Updates in the presence of network partitions and node failures can potentially result in an object having distinct version sub-histories, which the system will need to reconcile in the future. This requires us to design applications that explicitly acknowledge the possibility of multiple versions of the same data (in order to never lose any updates).

KoveIO Compl. Ex. 13

Dynamo uses vector clocks [12] in order to capture causality between different versions of the same object. A vector clock is effectively a list of (node, counter) pairs. One vector clock is associated with every version of every object. One can determine whether two versions of an object are on parallel branches or have a causal ordering, by examine their vector clocks. If the counters on the first object's clock are less-than-or-equal to all of the nodes in the second clock, then the first is an ancestor of the second and can be forgotten. Otherwise, the two changes are considered to be in conflict and require reconciliation.

In Dynamo, when a client wishes to update an object, it must specify which version it is updating. This is done by passing the context it obtained from an earlier read operation, which contains the vector clock information. Upon processing a read request, if Dynamo has access to multiple branches that cannot be syntactically reconciled, it will return all the objects at the leaves, with the corresponding version information in the context. An update using this context is considered to have reconciled the divergent versions and the branches are collapsed into a single new version.



Figure 3: Version evolution of an object over time.

To illustrate the use of vector clocks, let us consider the example shown in Figure 3. A client writes a new object. The node (say Sx) that handles the write for this key increases its sequence number and uses it to create the data's vector clock. The system now has the object D1 and its associated clock [(Sx, 1)]. The client updates the object. Assume the same node handles this request as well. The system now also has object D2 and its associated clock [(Sx, 2)]. D2 descends from D1 and therefore over-writes D1, however there may be replicas of D1 lingering at nodes that have not yet seen D2. Let us assume that the same client updates the object again and a different server (say Sy) handles the request. The system now has data D3 and its associated clock [(Sx, 2), (Sy, 1)].

Next assume a different client reads D2 and then tries to update it, and another node (say Sz) does the write. The system now has D4 (descendant of D2) whose version clock is [(Sx, 2), (Sz, 1)]. A node that is aware of D1 or D2 could determine, upon receiving D4 and its clock, that D1 and D2 are overwritten by the new data and can be garbage collected. A node that is aware of D3 and receives D4 will find that there is no causal relation between them. In other words, there are changes in D3 and D4 that are not reflected in each other. Both versions of the data must be kept and presented to a client (upon a read) for semantic reconciliation.

Now assume some client reads both D3 and D4 (the context will reflect that both values were found by the read). The read's context is a summary of the clocks of D3 and D4, namely [(Sx, 2), (Sy, 1), (Sz, 1)]. If the client performs the reconciliation and node Sx coordinates the write, Sx will update its sequence number in the clock. The new data D5 will have the following clock: [(Sx, 3), (Sy, 1), (Sz, 1)].

A possible issue with vector clocks is that the size of vector clocks may grow if many servers coordinate the writes to an object. In practice, this is not likely because the writes are usually handled by one of the top N nodes in the preference list. In case of network partitions or multiple server failures, write requests may be handled by nodes that are not in the top N nodes in the preference list causing the size of vector

KoveIO Compl. Ex. 13

clock to grow. In these scenarios, it is desirable to limit the size of vector clock. To this end, Dynamo employs the following clock truncation scheme: Along with each (node, counter) pair, Dynamo stores a timestamp that indicates the last time the node updated the data item. When the number of (node, counter) pairs in the vector clock reaches a threshold (say 10), the oldest pair is removed from the clock. Clearly, this truncation scheme can lead to inefficiencies in reconciliation as the descendant relationships cannot be derived accurately. However, this problem has not surfaced in production and therefore this issue has not been thoroughly investigated.

## 4.5 Execution of get () and put () operations

Any storage node in Dynamo is eligible to receive client get and put operations for any key. In this section, for sake of simplicity, we describe how these operations are performed in a failure-free environment and in the subsequent section we describe how read and write operations are executed during failures.

Both get and put operations are invoked using Amazon's infrastructure-specific request processing framework over HTTP. There are two strategies that a client can use to select a node: (1) route its request through a generic load balancer that will select a node based on load information, or (2) use a partition-aware client library that routes requests directly to the appropriate coordinator nodes. The advantage of the first approach is that the client does not have to link any code specific to Dynamo in its application, whereas the second strategy can achieve lower latency because it skips a potential forwarding step.

A node handling a read or write operation is known as the coordinator. Typically, this is the first among the top N nodes in the preference list. If the requests are received through a load balancer, requests to access a key may be routed to any random node in the ring. In this scenario, the node that receives the request will not coordinate it if the node is not in the top N of the requested key's preference list. Instead, that node will forward the request to the first among the top N nodes in the preference list.

Read and write operations involve the first N healthy nodes in the preference list, skipping over those that are down or inaccessible. When all nodes are healthy, the top N nodes in a key's preference list are accessed. When there are node failures or network partitions, nodes that are lower ranked in the preference list are accessed.

To maintain consistency among its replicas, Dynamo uses a consistency protocol similar to those used in quorum systems. This protocol has two key configurable values: R and W. R is the minimum number of nodes that must participate in a successful read operation. W is the minimum number of nodes that must participate in a successful write operation. Setting R and W such that R + W > N yields a quorum-like system. In this model, the latency of a get (or put) operation is dictated by the slowest of the R (or W) replicas. For this reason, R and W are usually configured to be less than N, to provide better latency.

Upon receiving a put() request for a key, the coordinator generates the vector clock for the new version and writes the new version locally. The coordinator then sends the new version (along with the new vector clock) to the N highest-ranked reachable nodes. If at least W-1 nodes respond then the write is considered successful.

Similarly, for a get() request, the coordinator requests all existing versions of data for that key from the N highest-ranked reachable nodes in the preference list for that key, and then waits for R responses before returning the result to the client. If the coordinator ends up gathering multiple versions of the data, it returns all the versions it deems to be causally unrelated. The divergent versions are then reconciled and the reconciled version superseding the current versions is written back.

## 4.6 Handling Failures: Hinted Handoff

If Dynamo used a traditional quorum approach it would be unavailable during server failures and network partitions, and would have reduced durability even under the simplest of failure conditions. To remedy this it does not enforce strict quorum membership and instead it uses a "sloppy quorum"; all read and write operations are performed on the first N healthy nodes from the preference list, which may not always be the first N nodes encountered while walking the consistent hashing ring.

Consider the example of Dynamo configuration given in Figure 2 with N=3. In this example, if node A is temporarily down or unreachable during a write operation then a replica that would normally have lived on A will now be sent to node D. This is done to maintain the desired availability and durability guarantees. The replica sent to D will have a hint in its metadata that suggests which node was the

KoveIO Compl. Ex. 13

intended recipient of the replica (in this case A). Nodes that receive hinted replicas will keep them in a separate local database that is scanned periodically. Upon detecting that A has recovered, D will attempt to deliver the replica to A. Once the transfer succeeds, D may delete the object from its local store without decreasing the total number of replicas in the system.

Using hinted handoff, Dynamo ensures that the read and write operations are not failed due to temporary node or network failures. Applications that need the highest level of availability can set W to 1, which ensures that a write is accepted as long as a single node in the system has durably written the key it to its local store. Thus, the write request is only rejected if all nodes in the system are unavailable. However, in practice, most Amazon services in production set a higher W to meet the desired level of durability. A more detailed discussion of configuring N, R and W follows in section 6.

It is imperative that a highly available storage system be capable of handling the failure of an entire data center(s). Data center failures happen due to power outages, cooling failures, network failures, and natural disasters. Dynamo is configured such that each object is replicated across multiple data centers. In essence, the preference list of a key is constructed such that the storage nodes are spread across multiple data centers. These datacenters are connected through high speed network links. This scheme of replicating across multiple datacenters allows us to handle entire data center failures without a data outage.

### 4.7 Handling permanent failures: Replica synchronization

Hinted handoff works best if the system membership churn is low and node failures are transient. There are scenarios under which hinted replicas become unavailable before they can be returned to the original replica node. To handle this and other threats to durability, Dynamo implements an anti-entropy (replica synchronization) protocol to keep the replicas synchronized.

To detect the inconsistencies between replicas faster and to minimize the amount of transferred data, Dynamo uses Merkle trees [13]. A Merkle tree is a hash tree where leaves are hashes of the values of individual keys. Parent nodes higher in the tree are hashes of their respective children. The principal advantage of Merkle tree is that each branch of the tree can be checked independently without requiring nodes to download the entire tree or the entire data set. Moreover, Merkle trees help in reducing the amount of data that needs to be transferred while checking for inconsistencies among replicas. For instance, if the hash values of the root of two trees are equal, then the values of the leaf nodes in the tree are equal and the nodes require no synchronization. If not, it implies that the values of some replicas are different. In such cases, the nodes may exchange the hash values of children and the process continues until it reaches the leaves of the trees, at which point the hosts can identify the keys that are "out of sync". Merkle trees minimize the amount of data that needs to be transferred for synchronization and reduce the number of disk reads performed during the anti-entropy process.

Dynamo uses Merkle trees for anti-entropy as follows: Each node maintains a separate Merkle tree for each key range (the set of keys covered by a virtual node) it hosts. This allows nodes to compare whether the keys within a key range are up-to-date. In this scheme, two nodes exchange the root of the Merkle tree corresponding to the key ranges that they host in common. Subsequently, using the tree traversal scheme described above the nodes determine if they have any differences and perform the appropriate synchronization action. The disadvantage with this scheme is that many key ranges change when a node joins or leaves the system thereby requiring the tree(s) to be recalculated. This issue is addressed, however, by the refined partitioning scheme described in Section 6.2.

### 4.8 Membership and Failure Detection

#### 4.8.1 Ring Membership

In Amazon's environment node outages (due to failures and maintenance tasks) are often transient but may last for extended intervals. A node outage rarely signifies a permanent departure and therefore should not result in rebalancing of the partition assignment or repair of the unreachable replicas. Similarly, manual error could result in the unintentional startup of new Dynamo nodes. For these reasons, it was deemed appropriate to use an explicit mechanism to initiate the addition and removal of nodes from a Dynamo ring. An administrator uses a command line tool or a browser to connect to a Dynamo node and issue a membership change to join a node to a ring or remove a node from a ring. The node that serves the request writes the membership change and its time of issue to persistent store. The membership changes form a history because nodes can be removed and added back multiple times. A gossip-based protocol propagates membership changes and maintains an eventually

KoveIO Compl. Ex. 13

consistent view of membership. Each node contacts a peer chosen at random every second and the two nodes efficiently reconcile their persisted membership change histories.

When a node starts for the first time, it chooses its set of tokens (virtual nodes in the consistent hash space) and maps nodes to their respective token sets. The mapping is persisted on disk and initially contains only the local node and token set. The mappings stored at different Dynamo nodes are reconciled during the same communication exchange that reconciles the membership change histories. Therefore, partitioning and placement information also propagates via the gossip-based protocol and each storage node is aware of the token ranges handled by its peers. This allows each node to forward a key's read/write operations to the right set of nodes directly.

### 4.8.2 External Discovery

The mechanism described above could temporarily result in a logically partitioned Dynamo ring. For example, the administrator could contact node A to join A to the ring, then contact node B to join B to the ring. In this scenario, nodes A and B would each consider itself a member of the ring, yet neither would be immediately aware of the other. To prevent logical partitions, some Dynamo nodes play the role of seeds. Seeds are nodes that are discovered via an external mechanism and are known to all nodes. Because all nodes eventually reconcile their membership with a seed, logical partitions are highly unlikely. Seeds can be obtained either from static configuration or from a configuration service. Typically seeds are fully functional nodes in the Dynamo ring.

### 4.8.3 Failure Detection

Failure detection in Dynamo is used to avoid attempts to communicate with unreachable peers during get() and put() operations and when transferring partitions and hinted replicas. For the purpose of avoiding failed attempts at communication, a purely local notion of failure detection is entirely sufficient: node A may consider node B failed if node B does not respond to node A's messages (even if B is responsive to node C's messages). In the presence of a steady rate of client requests generating inter-node communication in the Dynamo ring, a node A quickly discovers that a node B is unresponsive when B fails to respond to a message; Node A then uses alternate nodes to service requests that map to B's partitions; A periodically retries B to check for the latter's recovery. In the absence of client requests to drive traffic between two nodes, neither node really needs to know whether the other is reachable and responsive.

Decentralized failure detection protocols use a simple gossip-style protocol that enable each node in the system to learn about the arrival (or departure) of other nodes. For detailed information on decentralized failure detectors and the parameters affecting their accuracy, the interested reader is referred to [8]. Early designs of Dynamo used a decentralized failure detector to maintain a globally consistent view of failure state. Later it was determined that the explicit node join and leave methods obviates the need for a global view of failure state. This is because nodes are notified of permanent node additions and removals by the explicit node join and leave methods and temporary node failures are detected by the individual nodes when they fail to communicate with others (while forwarding requests).

### 4.9 Adding/Removing Storage Nodes

When a new node (say X) is added into the system, it gets assigned a number of tokens that are randomly scattered on the ring. For every key range that is assigned to node X, there may be a number of nodes (less than or equal to N) that are currently in charge of handling keys that fall within its token range. Due to the allocation of key ranges to X, some existing nodes no longer have to some of their keys and these nodes transfer those keys to X. Let us consider a simple bootstrapping scenario where node X is added to the ring shown in Figure 2 between A and B. When X is added to the system, it is in charge of storing keys in the ranges (F, G], (G, A] and (A, X]. As a consequence, nodes B, C and D no longer have to store the keys in these respective ranges. Therefore, nodes B, C, and D will offer to and upon confirmation from X transfer the appropriate set of keys. When a node is removed from the system, the reallocation of keys happens in a reverse process.

Operational experience has shown that this approach distributes the load of key distribution uniformly across the storage nodes, which is important to meet the latency requirements and to ensure fast bootstrapping. Finally, by adding a confirmation round between the source and the destination, it is made sure that the destination node does not receive any duplicate transfers for a given key range.

### 5.Implementation

KoveIO Compl. Ex. 13

In Dynamo, each storage node has three main software components: request coordination, membership and failure detection, and a local persistence engine. All these components are implemented in Java.

Dynamo's local persistence component allows for different storage engines to be plugged in. Engines that are in use are Berkeley Database (BDB) Transactional Data Store, BDB Java Edition, MySQL, and an in-memory buffer with persistent backing store. The main reason for designing a pluggable persistence component is to choose the storage engine best suited for an application's access patterns. For instance, BDB can handle objects typically in the order of tens of kilobytes whereas MySQL can handle objects of larger sizes. Applications choose Dynamo's local persistence engine based on their object size distribution. The majority of Dynamo's production instances use BDB Transactional Data Store.

The request coordination component is built on top of an event-driven messaging substrate where the message processing pipeline is split into multiple stages similar to the SEDA architecture [24]. All communications are implemented using Java NIO channels. The coordinator executes the read and write requests on behalf of clients by collecting data from one or more nodes (in the case of reads) or storing data at one or more nodes (for writes). Each client request results in the creation of a state machine on the node that received the client request. The state machine contains all the logic for identifying the nodes responsible for a key, sending the requests, waiting for responses, potentially doing retries, processing the replies and packaging the response to the client. Each state machine instance handles exactly one client request. For instance, a read operation implements the following state machine: (i) send read requests to the nodes, (ii) wait for minimum number of required responses, (iii) if too few replies were received within a given time bound, fail the request, (iv) otherwise gather all the data versions and determine the ones to be returned and (v) if versioning is enabled, perform syntactic reconciliation and generate an opaque write context that contains the vector clock that subsumes all the remaining versions. For the sake of brevity the failure handling and retry states are left out.

After the read response has been returned to the caller the state machine waits for a small period of time to receive any outstanding responses. If stale versions were returned in any of the responses, the coordinator updates those nodes with the latest version. This process is called read repair because it repairs replicas that have missed a recent update at an opportunistic time and relieves the anti-entropy protocol from having to do it.

As noted earlier, write requests are coordinated by one of the top N nodes in the preference list. Although it is desirable always to have the first node among the top N to coordinate the writes thereby serializing all writes at a single location, this approach has led to uneven load distribution resulting in SLA violations. This is because the request load is not uniformly distributed across objects. To counter this, any of the top N nodes in the preference list is allowed to coordinate the writes. In particular, since each write usually follows a read operation, the coordinator for a write is chosen to be the node that replied fastest to the previous read operation which is stored in the context information of the request. This optimization enables us to pick the node that has the data that was read by the preceding read operation thereby increasing the chances of getting "read-your-writes" consistency. It also reduces variability in the performance of the request handling which improves the performance at the 99.9 percentile.

## 6. Experiences & Lessons Learned

Dynamo is used by several services with different configurations. These instances differ by their version reconciliation logic, and read/write quorum characteristics. The following are the main patterns in which Dynamo is used:

- Business logic specific reconciliation: This is a popular use case for Dynamo. Each data object is replicated across multiple nodes. In case of divergent versions, the client application performs its own reconciliation logic. The shopping cart service discussed earlier is a prime example of this category. Its business logic reconciles objects by merging different versions of a customer's shopping cart.

- Timestamp based reconciliation: This case differs from the previous one only in the reconciliation mechanism. In case of divergent versions, Dynamo performs simple timestamp based reconciliation logic of "last write wins"; i.e., the object with the largest physical timestamp value is chosen as the correct version. The service that maintains customer's session information is a good example of a service that uses this mode.

KoveIO Compl. Ex. 13

- High performance read engine: While Dynamo is built to be an "always writeable" data store, a few services are tuning its quorum characteristics and using it as a high performance read engine. Typically, these services have a high read request rate and only a small number of updates. In this configuration, typically R is set to be 1 and W to be N. For these services, Dynamo provides the ability to partition and replicate their data across multiple nodes thereby offering incremental scalability. Some of these instances function as the authoritative persistence cache for data stored in more heavy weight backing stores. Services that maintain product catalog and promotional items fit in this category.

The main advantage of Dynamo is that its client applications can tune the values of N, R and W to achieve their desired levels of performance, availability and durability. For instance, the value of N determines the durability of each object. A typical value of N used by Dynamo's users is 3.

The values of W and R impact object availability, durability and consistency. For instance, if W is set to 1, then the system will never reject a write request as long as there is at least one node in the system that can successfully process a write request. However, low values of W and R can increase the risk of inconsistency as write requests are deemed successful and returned to the clients even if they are not processed by a majority of the replicas. This also introduces a vulnerability window for durability when a write request is successfully returned to the client even though it has been persisted at only a small number of nodes.

Traditional wisdom holds that durability and availability go hand-in-hand. However, this is not necessarily true here. For instance, the vulnerability window for durability can be decreased by increasing W. This may increase the probability of rejecting requests (thereby decreasing availability) because more storage hosts need to be alive to process a write request.

The common (N,R,W) configuration used by several instances of Dynamo is (3,2,2). These values are chosen to meet the necessary levels of performance, durability, consistency, and availability SLAs.

All the measurements presented in this section were taken on a live system operating with a configuration of (3,2,2) and running a couple hundred nodes with homogenous hardware configurations. As mentioned earlier, each instance of Dynamo contains nodes that are located in multiple datacenters. These datacenters are typically connected through high speed network links. Recall that to generate a successful get (or put) response R (or W) nodes need to respond to the coordinator. Clearly, the network latencies between datacenters affect the response time and the nodes (and their datacenter locations) are chosen such that the applications target SLAs are met.

## 6.1 Balancing Performance and Durability

While Dynamo's principle design goal is to build a highly available data store, performance is an equally important criterion in Amazon's platform. As noted earlier, to provide a consistent customer experience, Amazon's services set their performance targets at higher percentiles (such as the 99.9th or 99.99th percentiles). A typical SLA required of services that use Dynamo is that 99.9% of the read and write requests execute within 300ms.

Since Dynamo is run on standard commodity hardware components that have far less I/O throughput than high-end enterprise servers, providing consistently high performance for read and write operations is a non-trivial task. The involvement of multiple storage nodes in read and write operations makes it even more challenging, since the performance of these operations is limited by the slowest of the R or W replicas. Figure 4 shows the average and 99.9th percentile latencies of Dynamo's read and write operations during a period of 30 days. As seen in the figure, the latencies exhibit a clear diurnal pattern which is a result of the diurnal pattern in the incoming request rate (i.e., there is a significant difference in request rate between the daytime and night). Moreover, the write latencies are higher than read latencies obviously because write operations always results in disk access. Also, the 99.9th percentile latencies are around 200 ms and are an order of magnitude higher than the averages. This is because the 99.9th percentile latencies are affected by several factors such as variability in request load, object sizes, and locality patterns.

KoveIO Compl. Ex. 13



Figure 4: Average and 99.9 percentiles of latencies for read and write requests during our peak request season of December 2006. The intervals between consecutive ticks in the x-axis correspond to 12 hours. Latencies follow a diurnal pattern similar to the request rate and 99.9 percentile latencies are an order of magnitude higher than averages.

While this level of performance is acceptable for a number of services, a few customer-facing services required higher levels of performance. For these services, Dynamo provides the ability to trade-off durability guarantees for performance. In the optimization each storage node maintains an object buffer in its main memory. Each write operation is stored in the buffer and gets periodically written to storage by a writer thread. In this scheme, read operations first check if the requested key is present in the buffer. If so, the object is read from the buffer instead of the storage engine.

This optimization has resulted in lowering the 99.9th percentile latency by a factor of 5 during peak traffic even for a very small buffer of a thousand objects (see Figure 5). Also, as seen in the figure, write buffering smoothes out higher percentile latencies. Obviously, this scheme trades durability for performance. In this scheme, a server crash can result in missing writes that were queued up in the buffer. To reduce the durability risk, the write operation is refined to have the coordinator choose one out of the N replicas to perform a "durable write". Since the coordinator waits only for W responses, the performance of the write operation is not affected by the performance of the durable write operation performed by a single replica.



Figure 5: Comparison of performance of 99.9th percentile latencies for buffered vs. non-buffered writes over a period of 24 hours. The intervals between consecutive ticks in the x-axis correspond to one hour.

### 6.2 Ensuring Uniform Load distribution

Dynamo uses consistent hashing to partition its key space across its replicas and to ensure uniform load distribution. A uniform key distribution can help us achieve uniform load distribution assuming the access distribution of keys is not highly skewed. In particular, Dynamo's design assumes that even where there is a significant skew in the access distribution there are enough keys in the popular end of the distribution so that the load of handling popular keys can be spread across the nodes uniformly through

KoveIO Compl. Ex. 13

partitioning. This section discusses the load imbalance seen in Dynamo and the impact of different partitioning strategies on load distribution.

To study the load imbalance and its correlation with request load, the total number of requests received by each node was measured for a period of 24 hours - broken down into intervals of 30 minutes. In a given time window, a node is considered to be "in-balance", if the node's request load deviates from the average load by a value a less than a certain threshold (here 15%). Otherwise the node was deemed "out-of-balance". Figure 6 presents the fraction of nodes that are "out-of-balance" (henceforth, "imbalance ratio") during this time period. For reference, the corresponding request load received by the entire system during this time period is also plotted. As seen in the figure, the imbalance ratio decreases with increasing load. For instance, during low loads the imbalance ratio is as high as 20% and during high loads it is close to 10%. Intuitively, this can be explained by the fact that under high loads, a large number of popular keys are accessed and due to uniform distribution of keys the load is evenly distributed. However, during low loads (where load is 1/8th of the measured peak load), fewer popular keys are accessed, resulting in a higher load imbalance.



Figure 6: Fraction of nodes that are out-of-balance (i.e., nodes whose request load is above a certain threshold from the average system load) and their corresponding request load. The interval between ticks in x-axis corresponds to a time period of 30 minutes.

This section discusses how Dynamo's partitioning scheme has evolved over time and its implications on load distribution.

Strategy 1: T random tokens per node and partition by token value: This was the initial strategy deployed in production (and described in Section 4.2). In this scheme, each node is assigned T tokens (chosen uniformly at random from the hash space). The tokens of all nodes are ordered according to their values in the hash space. Every two consecutive tokens define a range. The last token and the first token form a range that "wraps" around from the highest value to the lowest value in the hash space. Because the tokens are chosen randomly, the ranges vary in size. As nodes join and leave the system, the token set changes and consequently the ranges change. Note that the space needed to maintain the membership at each node increases linearly with the number of nodes in the system.

While using this strategy, the following problems were encountered. First, when a new node joins the system, it needs to "steal" its key ranges from other nodes. However, the nodes handing the key ranges off to the new node have to scan their local persistence store to retrieve the appropriate set of data items. Note that performing such a scan operation on a production node is tricky as scans are highly resource intensive operations and they need to be executed in the background without affecting the customer performance. This requires us to run the bootstrapping task at the lowest priority. However, this significantly slows the bootstrapping process and during busy shopping season, when the nodes are handling millions of requests a day, the bootstrapping has taken almost a day to complete. Second, when a node joins/leaves the system, the key ranges handled by many nodes change and the Merkle trees for the new ranges need to be recalculated, which is a non-trivial operation to perform on a production system. Finally, there was no easy way to take a snapshot of the entire key space due to the randomness in key ranges, and this made the process of archival complicated. In this scheme, archiving the entire key space requires us to retrieve the keys from each node separately, which is highly inefficient.

The fundamental issue with this strategy is that the schemes for data partitioning and data placement are intertwined. For instance, in some cases, it is preferred to add more nodes to the system in order to

KoveIO Compl. Ex. 13

handle an increase in request load. However, in this scenario, it is not possible to add nodes without affecting data partitioning. Ideally, it is desirable to use independent schemes for partitioning and placement. To this end, following strategies were evaluated:

Strategy 2: T random tokens per node and equal sized partitions: In this strategy, the hash space is divided into Q equally sized partitions/ranges and each node is assigned T random tokens. Q is usually set such that Q >> N and Q >> S*T, where S is the number of nodes in the system. In this strategy, the tokens are only used to build the function that maps values in the hash space to the ordered lists of nodes and not to decide the partitioning. A partition is placed on the first N unique nodes that are encountered while walking the consistent hashing ring clockwise from the end of the partition. Figure 7 illustrates this strategy for N=3. In this example, nodes A, B, C are encountered while walking the ring from the end of the partition that contains key k1. The primary advantages of this strategy are: (i) decoupling of partitioning and partition placement, and (ii) enabling the possibility of changing the placement scheme at runtime.



Figure 7: Partitioning and placement of keys in the three strategies. A, B, and C depict the three unique nodes that form the preference list for the key k1 on the consistent hashing ring (N=3). The shaded area indicates the key range for which nodes A, B, and C form the preference list. Dark arrows indicate the token locations for various nodes.

Strategy 3: Q/S tokens per node, equal-sized partitions: Similar to strategy 2, this strategy divides the hash space into Q equally sized partitions and the placement of partition is decoupled from the partitioning scheme. Moreover, each node is assigned Q/S tokens where S is the number of nodes in the system. When a node leaves the system, its tokens are randomly distributed to the remaining nodes such that these properties are preserved. Similarly, when a node joins the system it "steals" tokens from nodes in the system in a way that preserves these properties.

The efficiency of these three strategies is evaluated for a system with S=30 and N=3. However, comparing these different strategies in a fair manner is hard as different strategies have different configurations to tune their efficiency. For instance, the load distribution property of strategy 1 depends on the number of tokens (i.e., T) while strategy 3 depends on the number of partitions (i.e., Q). One fair way to compare these strategies is to evaluate the skew in their load distribution while all strategies use the same amount of space to maintain their membership information. For instance, in strategy 1 each node needs to maintain the token positions of all the nodes in the ring and in strategy 3 each node needs to maintain the information regarding the partitions assigned to each node.

In our next experiment, these strategies were evaluated by varying the relevant parameters (T and Q). The load balancing efficiency of each strategy was measured for different sizes of membership information that needs to be maintained at each node, where Load balancing efficiency is defined as the ratio of average number of requests served by each node to the maximum number of requests served by the hottest node.

The results are given in Figure 8. As seen in the figure, strategy 3 achieves the best load balancing efficiency and strategy 2 has the worst load balancing efficiency. For a brief time, Strategy 2 served as an interim setup during the process of migrating Dynamo instances from using Strategy 1 to Strategy 3. Compared to Strategy 1, Strategy 3 achieves better efficiency and reduces the size of membership information maintained at each node by three orders of magnitude. While storage is not a major issue the nodes gossip the membership information periodically and as such it is desirable to keep this information as compact as possible. In addition to this, strategy 3 is advantageous and simpler to deploy for the following reasons: (i) Faster bootstrapping/recovery: Since partition ranges are fixed, they can be stored in separate files, meaning a partition can be relocated as a unit by simply transferring the file (avoiding random accesses needed to locate specific items). This simplifies the process of bootstrapping and recovery. (ii) Ease of archival: Periodical archiving of the dataset is a mandatory requirement for

KoveIO Compl. Ex. 13

most of Amazon storage services. Archiving the entire dataset stored by Dynamo is simpler in strategy 3 because the partition files can be archived separately. By contrast, in Strategy 1, the tokens are chosen randomly and, archiving the data stored in Dynamo requires retrieving the keys from individual nodes separately and is usually inefficient and slow. The disadvantage of strategy 3 is that changing the node membership requires coordination in order to preserve the properties required of the assignment.



Figure 8: Comparison of the load distribution efficiency of different strategies for system with 30 nodes and N=3 with equal amount of metadata maintained at each node. The values of the system size and number of replicas are based on the typical configuration deployed for majority of our services.

## 6.3 Divergent Versions: When and How Many?

As noted earlier, Dynamo is designed to tradeoff consistency for availability. To understand the precise impact of different failures on consistency, detailed data is required on multiple factors: outage length, type of failure, component reliability, workload etc. Presenting these numbers in detail is outside of the scope of this paper. However, this section discusses a good summary metric: the number of divergent versions seen by the application in a live production environment.

Divergent versions of a data item arise in two scenarios. The first is when the system is facing failure scenarios such as node failures, data center failures, and network partitions. The second is when the system is handling a large number of concurrent writers to a single data item and multiple nodes end up coordinating the updates concurrently. From both a usability and efficiency perspective, it is preferred to keep the number of divergent versions at any given time as low as possible. If the versions cannot be syntactically reconciled based on vector clocks alone, they have to be passed to the business logic for semantic reconciliation. Semantic reconciliation introduces additional load on services, so it is desirable to minimize the need for it.

In our next experiment, the number of versions returned to the shopping cart service was profiled for a period of 24 hours. During this period, 99.94% of requests saw exactly one version; 0.00057% of requests saw 2 versions; 0.00047% of requests saw 3 versions and 0.00009% of requests saw 4 versions. This shows that divergent versions are created rarely.

Experience shows that the increase in the number of divergent versions is contributed not by failures but due to the increase in number of concurrent writers. The increase in the number of concurrent writes is usually triggered by busy robots (automated client programs) and rarely by humans. This issue is not discussed in detail due to the sensitive nature of the story.

## 6.4 Client-driven or Server-driven Coordination

As mentioned in Section 5, Dynamo has a request coordination component that uses a state machine to handle incoming requests. Client requests are uniformly assigned to nodes in the ring by a load balancer. Any Dynamo node can act as a coordinator for a read request. Write requests on the other hand will be coordinated by a node in the key's current preference list. This restriction is due to the fact that these preferred nodes have the added responsibility of creating a new version stamp that causally subsumes the version that has been updated by the write request. Note that if Dynamo's versioning scheme is based on physical timestamps, any node can coordinate a write request.

KoveIO Compl. Ex. 13

An alternative approach to request coordination is to move the state machine to the client nodes. In this scheme client applications use a library to perform request coordination locally. A client periodically picks a random Dynamo node and downloads its current view of Dynamo membership state. Using this information the client can determine which set of nodes form the preference list for any given key. Read requests can be coordinated at the client node thereby avoiding the extra network hop that is incurred if the request were assigned to a random Dynamo node by the load balancer. Writes will either be forwarded to a node in the key's preference list or can be coordinated locally if Dynamo is using timestamps based versioning.

An important advantage of the client-driven coordination approach is that a load balancer is no longer required to uniformly distribute client load. Fair load distribution is implicitly guaranteed by the near uniform assignment of keys to the storage nodes. Obviously, the efficiency of this scheme is dependent on how fresh the membership information is at the client. Currently clients poll a random Dynamo node every 10 seconds for membership updates. A pull based approach was chosen over a push based one as the former scales better with large number of clients and requires very little state to be maintained at servers regarding clients. However, in the worst case the client can be exposed to stale membership for duration of 10 seconds. In case, if the client detects its membership table is stale (for instance, when some members are unreachable), it will immediately refresh its membership information.

Table 2 shows the latency improvements at the 99.9th percentile and averages that were observed for a period of 24 hours using client-driven coordination compared to the server-driven approach. As seen in the table, the client-driven coordination approach reduces the latencies by at least 30 milliseconds for 99.9th percentile latencies and decreases the average by 3 to 4 milliseconds. The latency improvement is because the client-driven approach eliminates the overhead of the load balancer and the extra network hop that may be incurred when a request is assigned to a random node. As seen in the table, average latencies tend to be significantly lower than latencies at the 99.9th percentile. This is because Dynamo's storage engine caches and write buffer have good hit ratios. Moreover, since the load balancers and network introduce additional variability to the response time, the gain in response time is higher for the 99.9th percentile than the average.

Table 2: Performance of client-driven and server-driven coordination approaches.

|  | 99.9th percentile read latency (ms) | 99.9th percentile write latency (ms) | Average read latency (ms) | Average write latency (ms) |
|---|---|---|---|---|
| Server-driven | 68.9 | 68.5 | 3.9 | 4.02 |
| Client-driven | 30.4 | 30.4 | 1.55 | 1.9 |

## 6.5 Balancing background vs. foreground tasks

Each node performs different kinds of background tasks for replica synchronization and data handoff (either due to hinting or adding/removing nodes) in addition to its normal foreground put/get operations. In early production settings, these background tasks triggered the problem of resource contention and affected the performance of the regular put and get operations. Hence, it became necessary to ensure that background tasks ran only when the regular critical operations are not affected significantly. To this end, the background tasks were integrated with an admission control mechanism. Each of the background tasks uses this controller to reserve runtime slices of the resource (e.g. database), shared across all background tasks. A feedback mechanism based on the monitored performance of the foreground tasks is employed to change the number of slices that are available to the background tasks.

The admission controller constantly monitors the behavior of resource accesses while executing a "foreground" put/get operation. Monitored aspects include latencies for disk operations, failed database accesses due to lock-contention and transaction timeouts, and request queue wait times. This information is used to check whether the percentiles of latencies (or failures) in a given trailing time window are close to a desired threshold. For example, the background controller checks to see how close the 99th percentile database read latency (over the last 60 seconds) is to a preset threshold (say 50ms). The controller uses such comparisons to assess the resource availability for the foreground operations. Subsequently, it decides on how many time slices will be available to background tasks,

KoveIO Compl. Ex. 13

thereby using the feedback loop to limit the intrusiveness of the background activities. Note that a similar problem of managing background tasks has been studied in [4].

## 6.6 Discussion

This section summarizes some of the experiences gained during the process of implementation and maintenance of Dynamo. Many Amazon internal services have used Dynamo for the past two years and it has provided significant levels of availability to its applications. In particular, applications have received successful responses (without timing out) for 99.9995% of its requests and no data loss event has occurred to date.

Moreover, the primary advantage of Dynamo is that it provides the necessary knobs using the three parameters of (N,R,W) to tune their instance based on their needs.. Unlike popular commercial data stores, Dynamo exposes data consistency and reconciliation logic issues to the developers. At the outset, one may expect the application logic to become more complex. However, historically, Amazon's platform is built for high availability and many applications are designed to handle different failure modes and inconsistencies that may arise. Hence, porting such applications to use Dynamo was a relatively simple task. For new applications that want to use Dynamo, some analysis is required during the initial stages of the development to pick the right conflict resolution mechanisms that meet the business case appropriately. Finally, Dynamo adopts a full membership model where each node is aware of the data hosted by its peers. To do this, each node actively gossips the full routing table with other nodes in the system. This model works well for a system that contains couple of hundreds of nodes. However, scaling such a design to run with tens of thousands of nodes is not trivial because the overhead in maintaining the routing table increases with the system size. This limitation might be overcome by introducing hierarchical extensions to Dynamo. Also, note that this problem is actively addressed by O(1) DHT systems(e.g., [14]).

## 7. Conclusions

This paper described Dynamo, a highly available and scalable data store, used for storing state of a number of core services of Amazon.com's e-commerce platform. Dynamo has provided the desired levels of availability and performance and has been successful in handling server failures, data center failures and network partitions. Dynamo is incrementally scalable and allows service owners to scale up and down based on their current request load. Dynamo allows service owners to customize their storage system to meet their desired performance, durability and consistency SLAs by allowing them to tune the parameters N, R, and W.

The production use of Dynamo for the past year demonstrates that decentralized techniques can be combined to provide a single highly-available system. Its success in one of the most challenging application environments shows that an eventual-consistent storage system can be a building block for highly-available applications.

## ACKNOWLEDGEMENTS

The authors would like to thank Pat Helland for his contribution to the initial design of Dynamo. We would also like to thank Marvin Theimer and Robert van Renesse for their comments. Finally, we would like to thank our shepherd, Jeff Mogul, for his detailed comments and inputs while preparing the camera ready version that vastly improved the quality of the paper.

## References

[1] Adya, A., Bolosky, W. J., Castro, M., Cermak, G., Chaiken, R., Douceur, J. R., Howell, J., Lorch, J. R., Theimer, M., and Wattenhofer, R. P. 2002. Farsite: federated, available, and reliable storage for an incompletely trusted environment. SIGOPS Oper. Syst. Rev. 36, SI (Dec. 2002), 1-14.

[2] Bernstein, P.A., and Goodman, N. An algorithm for concurrency control and recovery in replicated distributed databases. ACM Trans. on Database Systems, 9(4):596-615, December 1984

[3] Chang, F., Dean, J., Ghemawat, S., Hsieh, W. C., Wallach, D. A., Burrows, M., Chandra, T., Fikes, A., and Gruber, R. E. 2006. Bigtable: a distributed storage system for structured data. In Proceedings of the 7th Conference on USENIX Symposium on Operating Systems Design and Implementation - Volume 7 (Seattle, WA, November 06 - 08, 2006). USENIX Association, Berkeley, CA, 15-15.

[4] Douceur, J. R. and Bolosky, W. J. 2000. Process-based regulation of low-importance processes. SIGOPS Oper. Syst. Rev. 34, 2 (Apr. 2000), 26-27.

KoveIO Compl. Ex. 13

[5] Fox, A., Gribble, S. D., Chawathe, Y., Brewer, E. A., and Gauthier, P. 1997. Cluster-based scalable network services. In Proceedings of the Sixteenth ACM Symposium on Operating Systems Principles (Saint Malo, France, October 05 - 08, 1997). W. M. Waite, Ed. SOSP '97. ACM Press, New York, NY, 78-91.

[6] Ghemawat, S., Gobioff, H., and Leung, S. 2003. The Google file system. In Proceedings of the Nineteenth ACM Symposium on Operating Systems Principles (Bolton Landing, NY, USA, October 19 - 22, 2003). SOSP '03. ACM Press, New York, NY, 29-43.

[7] Gray, J., Helland, P., O'Neil, P., and Shasha, D. 1996. The dangers of replication and a solution. In Proceedings of the 1996 ACM SIGMOD international Conference on Management of Data (Montreal, Quebec, Canada, June 04 - 06, 1996). J. Widom, Ed. SIGMOD '96. ACM Press, New York, NY, 173-182.

[8] Gupta, I., Chandra, T. D., and Goldszmidt, G. S. 2001. On scalable and efficient distributed failure detectors. In Proceedings of the Twentieth Annual ACM Symposium on Principles of Distributed Computing (Newport, Rhode Island, United States). PODC '01. ACM Press, New York, NY, 170-179.

[9] Kubiatowicz, J., Bindel, D., Chen, Y., Czerwinski, S., Eaton, P., Geels, D., Gummadi, R., Rhea, S., Weatherspoon, H., Wells, C., and Zhao, B. 2000. OceanStore: an architecture for global-scale persistent storage. SIGARCH Comput. Archit. News 28, 5 (Dec. 2000), 190-201.

[10] Karger, D., Lehman, E., Leighton, T., Panigrahy, R., Levine, M., and Lewin, D. 1997. Consistent hashing and random trees: distributed caching protocols for relieving hot spots on the World Wide Web. In Proceedings of the Twenty-Ninth Annual ACM Symposium on theory of Computing (El Paso, Texas, United States, May 04 - 06, 1997). STOC '97. ACM Press, New York, NY, 654-663.

[11] Lindsay, B.G., et. al., "Notes on Distributed Databases", Research Report RJ2571(33471), IBM Research, July 1979

[12] Lamport, L. Time, clocks, and the ordering of events in a distributed system. ACM Communications, 21(7), pp. 558-565, 1978.

[13] Merkle, R. A digital signature based on a conventional encryption function. Proceedings of CRYPTO, pages 369–378. Springer-Verlag, 1988.

[14] Ramasubramanian, V., and Sirer, E. G. Beehive: O(1)lookup performance for power-law query distributions in peer-to-peer overlays. In Proceedings of the 1st Conference on Symposium on Networked Systems Design and Implementation, San Francisco, CA, March 29 - 31, 2004.

[15] Reiher, P., Heidemann, J., Ratner, D., Skinner, G., and Popek, G. 1994. Resolving file conflicts in the Ficus file system. In Proceedings of the USENIX Summer 1994 Technical Conference on USENIX Summer 1994 Technical Conference - Volume 1 (Boston, Massachusetts, June 06 - 10, 1994). USENIX Association, Berkeley, CA, 12-12..

[16] Rowstron, A., and Druschel, P. Pastry: Scalable, decentralized object location and routing for large-scale peer-to-peer systems.Proceedings of Middleware, pages 329-350, November, 2001.

[17] Rowstron, A., and Druschel, P. Storage management and caching in PAST, a large-scale, persistent peer-to-peer storage utility. Proceedings of Symposium on Operating Systems Principles, October 2001.

[18] Saito, Y., Frølund, S., Veitch, A., Merchant, A., and Spence, S. 2004. FAB: building distributed enterprise disk arrays from commodity components. SIGOPS Oper. Syst. Rev. 38, 5 (Dec. 2004), 48-58.

[19] Satyanarayanan, M., Kistler, J.J., Siegel, E.H. Coda: A Resilient Distributed File System. IEEE Workshop on Workstation Operating Systems, Nov. 1987.

[20] Stoica, I., Morris, R., Karger, D., Kaashoek, M. F., and Balakrishnan, H. 2001. Chord: A scalable peer-to-peer lookup service for internet applications. In Proceedings of the 2001 Conference on Applications, Technologies, Architectures, and Protocols For Computer Communications (San Diego, California, United States). SIGCOMM '01. ACM Press, New York, NY, 149-160.

[21] Terry, D. B., Theimer, M. M., Petersen, K., Demers, A. J., Spreitzer, M. J., and Hauser, C. H. 1995. Managing update conflicts in Bayou, a weakly connected replicated storage system. In Proceedings of the Fifteenth ACM Symposium on Operating Systems Principles (Copper Mountain, Colorado, United States, December 03 - 06, 1995). M. B. Jones, Ed. SOSP '95. ACM Press, New York, NY, 172-182.

KovelO Compl. Ex. 13

[22] Thomas, R. H. A majority consensus approach to concurrency control for multiple copy databases. ACM Transactions on Database Systems 4 (2): 180-209, 1979.

[23] Weatherspoon, H., Eaton, P., Chun, B., and Kubiatowicz, J. 2007. Antiquity: exploiting a secure log for wide-area distributed storage. SIGOPS Oper. Syst. Rev. 41, 3 (Jun. 2007), 371-384.

[24] Welsh, M., Culler, D., and Brewer, E. 2001. SEDA: an architecture for well-conditioned, scalable internet services. In Proceedings of the Eighteenth ACM Symposium on Operating Systems Principles (Banff, Alberta, Canada, October 21 - 24, 2001). SOSP '01. ACM Press, New York, NY, 230-243.

## Comments

21 Comments    AllThings Distributed     Login

♡ Recommend   9    ⤴ Share      Sort by Best

 Join the discussion…

 **Ali Aziz** • 9 years ago

Have you considered comparisons with in-memory data grid solutions like Coherence that are designed for high scalability, availability and performance.

http://www.oracle.com/products/middleware/coherence/index.html

7 ∧ | ∨ • Reply • Share ›

 **Ashwin Jayaprakash** • 9 years ago

Thanks for making this info available to the public.

You said that many of the components are written in Java. Do the individual Nodes run on very large (> 1 Gig) Java Heaps? Or are there a large number of small Heap Java based Nodes? I've heard that anything larger than a 1 GB Java Heap grinds to a halt.

Ashwin.

6 ∧ | ∨ • Reply • Share ›

 **Caustic Dave** • 9 years ago

Thank you for sharing this. This would really rock in a REST architecture.

4 ∧ | ∨ • Reply • Share ›

 **Tres** • 6 years ago

Could someone simplify the explanation of Consistent Hashing?

1 ∧ | ∨ • Reply • Share ›

 **Tomzhangmingfeng** ➜ Tres • 5 years ago

go wikipadia,search consistent hashing

∧ | ∨ • Reply • Share ›

 **Tres** ➜ Tomzhangmingfeng • 5 years ago

Thanks,

http://code.google.com/p/co...

∧ | ∨ • Reply • Share ›

 **Scott Fleckenstein** • 9 years ago

Fascinating work! Distributed systems like these are so fun to read about, I wish I had the time to work on them myself.

1 ∧ | ∨ • Reply • Share ›

 **mikhailfranco** • 9 years ago

KoveIO Compl. Ex. 13



Shame about reusing the name Dynamo, but I suppose if ATG **don't want to use it anymore**, then it's up for grabs :)

Mik

1 ∧ | ∨ • Reply • Share ›



**Bui manh Ha** • 10 months ago

Amazon is banning thei affliater for no reason

∧ | ∨ • Reply • Share ›



**paykasa bozdurma** • a year ago

its good thnk you

∧ | ∨ • Reply • Share ›



**mariya tim** • 2 years ago

Thanks for sharing this information with us. You provided an excellent information.

∧ | ∨ • Reply • Share ›



**Sandeep Chauhan** • 5 years ago

very informative article.

∧ | ∨ • Reply • Share ›



**ao** • 5 years ago

Very interesting (and long) read! thanks

∧ | ∨ • Reply • Share ›



**Ravi Shakya** • 5 years ago

A detailed tech writing that provides a view to this interesting technology by Amazon!

∧ | ∨ • Reply • Share ›



**Skisinde** • 6 years ago

hey this piece is great.thanks alot

∧ | ∨ • Reply • Share ›



**Vinod** • 9 years ago

This is a great piece of work, congratulations and I hope there is more to come :)

∧ | ∨ • Reply • Share ›



**Einar Vollset** • 9 years ago

A very nice paper, congrats on getting it to SOSP; hopefully more industry papers will make it in years to come.

I guess the only thing I found dissappointing was the lack of a measurement of how the "sloppy quorum" approach impacted data persistance; all the measurements I saw were with "standard" overlapped quorums. Or did I miss something?

∧ | ∨ • Reply • Share ›



**Luke Baker** • 9 years ago

In Section 4.2, the last bullet of that section:

"The number of virtual nodes that a node is responsible can

decided based on its capacity, accounting for heterogeneity

in the physical infrastructure."

seems to be missing a word or two around "responsible can decided based on".

KoveIO Compl. Ex. 13

^ | v • Reply • Share ›



**Max** • 9 years ago

Looks like a lot of thought has been put into this. I stopped reading about halfway through but how much of this was inspired by memcached?

^ | v • Reply • Share ›



**Jason Watkins** • 9 years ago

Will the video from Seattle be posted?

^ | v • Reply • Share ›



**Jesse Robbins** • 9 years ago

Great to see this published, congratulations!

-Jesse Robbins

^ | v • Reply • Share ›

ALSO ON ALLTHINGS DISTRIBUTED

**Amazon Makes it Free for Developers to Build and Host Most Alexa Skills …**

1 comment • 16 days ago•

Umair Faried — Whoa..Great information i love it...hopefully another peoples also like it. Keep it up buddy...!!android apps

**10 Lessons from 10 Years of Amazon Web Services**

30 comments • a year ago•

Andy Tapaswi — Good one! Next 10 lessons would be even more interesting ..!

**Expanding the Cloud: Introducing the AWS Asia Pacific (Seoul) Region**

5 comments • a year ago•

Alaina Smith — It's look like very good and will be also.

**Expanding the Cloud: Introducing the AWS Asia Pacific (Mumbai) Region**

1 comment • 9 months ago•

lily smith — Yeah, its really nice to hear that now cloud technology has been evolved in almost region.

✉ Subscribe   Ⓓ Add Disqus to your site Add Disqus Add   🔒 Privacy

Generated by Jekyll and served out of Amazon S3

KoveIO Compl. Ex. 13

# Exhibit 14

KoveIO Compl. Ex. 14

# All Things Distributed

Werner Vogels' weblog on building scalable and robust distributed systems.

## Amazon DynamoDB – a Fast and Scalable NoSQL Database Service Designed for Internet Scale Applications

By Werner Vogels on 18 January 2012 07:00 AM | Permalink | Comments ()

Today is a very exciting day as we release Amazon DynamoDB, a fast, highly reliable and cost-effective NoSQL database service designed for internet scale applications. DynamoDB is the result of 15 years of learning in the areas of large scale non-relational databases and cloud services. Several years ago we published a paper on the details of Amazon's Dynamo technology, which was one of the first non-relational databases developed at Amazon. The original Dynamo design was based on a core set of strong distributed systems principles resulting in an ultra-scalable and highly reliable database system. Amazon DynamoDB, which is a new service, continues to build on these principles, and also builds on our years of experience with running non-relational databases and cloud services, such as Amazon SimpleDB and Amazon S3, at scale. It is very gratifying to see all of our learning and experience become available to our customers in the form of an easy-to-use managed service.

Amazon DynamoDB is a fully managed NoSQL database service that provides fast performance at any scale. Today's web-based applications often encounter database scaling challenges when faced with growth in users, traffic, and data. With Amazon DynamoDB, developers scaling cloud-based applications can start small with just the capacity they need and then increase the request capacity of a given table as their app grows in popularity. Their tables can also grow without limits as their users store increasing amounts of data. Behind the scenes, Amazon DynamoDB automatically spreads the data and traffic for a table over a sufficient number of servers to meet the request capacity specified by the customer. Amazon DynamoDB offers low, predictable latencies at any scale. Customers can typically achieve average service-side in the single-digit milliseconds. Amazon DynamoDB stores data on Solid State Drives (SSDs) and replicates it synchronously across multiple AWS Availability Zones in an AWS Region to provide built-in high availability and data durability.

**History of NoSQL at Amazon – Dynamo**

The Amazon.com ecommerce platform consists of hundreds of decoupled services developed and managed in a decentralized fashion. Each service encapsulates its own data and presents a hardened API for others to use. Most importantly, direct database access to the data from outside its respective service is not allowed. This architectural pattern was a response to the scaling challenges that had challenged Amazon.com through its first 5 years, when direct database access was one of the major bottlenecks in scaling and operating the business. While a service-oriented architecture addressed the problems of a centralized database architecture, each service was still using traditional data management systems. The growth of Amazon's business meant that many of these services needed more scalable database solutions.

In response, we began to develop a collection of storage and database technologies to address the demanding scalability and reliability requirements of the Amazon.com ecommerce platform. We had been pushing the scalability of commercially available technologies to their limits and finally reached a point where these third party technologies could no longer be used without significant risk. This was not our technology vendors' fault; Amazon's scaling needs were beyond the specs for their technologies and we were using them in ways that most of their customers were not. A number of outages at the height of the 2004 holiday shopping season can be traced back to scaling commercial technologies beyond their boundaries.

Dynamo was born out of our need for a highly reliable, ultra-scalable key/value database. This non-relational, or NoSQL, database was targeted at use cases that were core to the Amazon ecommerce operation, such as the shopping cart and session service. Any downtime or performance degradation in these services has an immediate financial impact and their fault-tolerance and performance requirements for their data systems are very strict. These services also require the ability to scale infrastructure incrementally to accommodate growth in request rates or dataset sizes. Another important requirement



### Contact Info

**Werner Vogels**
*CTO - Amazon.com*

werner@allthingsdistributed.com

### Other places

Follow werner on twitter if you want to know what he is current reading or thinking about.
At werner.ly he posts material that doesn't belong on this blog or on twitter.

### Check out some great music



### Syndication

Subscribe to this weblog's
atom feed or rss feed

### Archives

All postings

for Dynamo was predictability. This is not just predictability of median performance and latency, but also at the end of the distribution (the 99.9th percentile), so we could provide acceptable performance for virtually every customer.

To achieve all of these goals, we needed to do groundbreaking work. After the successful launch of the first Dynamo system, we documented our experiences in a paper so others could benefit from them. Since then, several Dynamo clones have been built and the Dynamo paper has been the basis for several other types of distributed databases. This demonstrates that Amazon is not the only company than needs better tools to meet their database needs.

**Lessons learned from Amazon's Dynamo**

Dynamo has been in use by a number of core services in the ecommerce platform, and their engineers have been very satisfied by its performance and incremental scalability. However, we never saw much adoption beyond these core services. This was remarkable because although Dynamo was originally built to serve the needs of the shopping cart, its design and implementation were much broader and based on input from many other service architects. As we spoke to many senior engineers and service owners, we saw a clear pattern start to emerge in their explanations of why they didn't adopt Dynamo more broadly: while Dynamo gave them a system that met their reliability, performance, and scalability needs, it did nothing to reduce the operational complexity of running large database systems. Since they were responsible for running their own Dynamo installations, they had to become experts on the various components running in multiple data centers. Also, they needed to make complex tradeoff decisions between consistency, performance, and reliability. This operational complexity was a barrier that kept them from adopting Dynamo.

During this period, several other systems appeared in the Amazon ecosystem that did meet their requirements for simplified operational complexity, notably Amazon S3 and Amazon SimpleDB. These were built as managed web services that eliminated the operational complexity of managing systems while still providing extremely high durability. Amazon engineers preferred to use these services instead of managing their own databases like Dynamo, even though Dynamo's functionality was better aligned with their applications' needs.

With Dynamo we had taken great care to build a system that met the requirements of our engineers. After evaluations, it was often obvious that Dynamo was ideal for many database use cases. But ... we learned that engineers found the prospect of running a large software system daunting and instead looked for less ideal design alternatives that freed them from the burden of managing databases and allowed them to focus on their applications.

It became obvious that developers strongly preferred simplicity to fine-grained control as they voted "with their feet" and adopted cloud-based AWS solutions, like Amazon S3 and Amazon SimpleDB, over Dynamo. Dynamo might have been the best technology in the world at the time but it was still software you had to run yourself. And nobody wanted to learn how to do that if they didn't have to. Ultimately, developers wanted a service.

**History of NoSQL at Amazon - SimpleDB**

One of the cloud services Amazon developers preferred for their database needs was Amazon SimpleDB. In the 5 years that SimpleDB has been operational, we have learned a lot from its customers.

First and foremost, we have learned that a database service that takes away the operational headache of managing distributed systems is extremely powerful. Customers like SimpleDB's table interface and its flexible data model. Not having to update their schemas when their systems evolve makes life much easier. However, they most appreciate the fact that SimpleDB just works. It provides multi-data center replication, high availability, and offers rock-solid durability. And yet customers never need to worry about setting up, configuring, or patching their database.

Second, most database workloads do not require the complex query and transaction capabilities of a full-blown relational database. A database service that only presents a table interface with a restricted query set is a very important building block for many developers.

While SimpleDB has been successful and powers the applications of many customers, it has some limitations that customers have consistently asked us to address.

*Domain scaling limitations*. SimpleDB requires customers to manage their datasets in containers called Domains, which have a finite capacity in terms of storage (10 GB) and request throughput. Although

Recent Entries

Make your voice count by simply saying, "Alexa, let's chat."

A one size fits all database doesn't fit anyone

The workplace of the future

Changing the calculus of containers in the cloud

Looking back at 10 years of compartmentalization at AWS

Infinitely scalable machine learning with Amazon SageMaker

Unlocking Enterprise systems using voice

Rethinking the 'production' of data

'Paris s'éveille'! Introducing the AWS EU (Paris) Region

Expanding the AWS Cloud: Introducing the AWS China (Ningxia) Region

Accelerate Machine Learning with Amazon SageMaker

Scaling Amazon ElastiCache for Redis with Online Cluster Resizing

A Decade of Dynamo: Powering the next wave of high-performance, internet-scale applications

As-Salaam-Alaikum: The cloud arrives in the Middle East!

AI for everyone - How companies can benefit from the advance of machine learning

Improving Customer Service with Amazon Connect and Amazon Lex

Stop waiting for perfection and learn from your mistakes

Amazon DynamoDB Accelerator (DAX): Speed Up DynamoDB Response Times from Milliseconds to Microseconds without Application Rewrite.

Expanding the Cloud – An AWS Region is coming to Hong Kong

Unlocking the Value of Device Data with AWS Greengrass.

many customers worked around SimpleDB's scaling limitations by partitioning their workloads over many Domains, this side of SimpleDB is certainly not simple. It also fails to meet the requirement of incremental scalability, something that is critical to many customers looking to adopt a NoSQL solution.

*Predictability of Performance*. SimpleDB, in keeping with its goal to be simple, indexes all attributes for each item stored in a domain. While this simplifies the customer experience on schema design and provides query flexibility, it has a negative impact on the predictability of performance. For example, every database write needs to update not just the basic record, but also all attribute indices (regardless of whether the customer is using all the indices for querying). Similarly, since the Domain maintains a large number of indices, its working set does not always fit in memory. This impacts the predictability of a Domain's read latency, particularly as dataset sizes grow.

Consistency. SimpleDB's original implementation had taken the "eventually consistent" approach to the extreme and presented customers with consistency windows that were up to a second in duration. This meant the system was not intuitive to use and developers used to a more traditional database solution had trouble adapting to it. The SimpleDB team eventually addressed this issue by enabling customers to specify whether a given read operation should be strongly or eventually consistent.

*Pricing complexity*. SimpleDB introduced a very fine-grained pricing dimension called "Machine Hours." Although most customers have eventually learned how to predict their costs, it was not really transparent or simple.

**Introducing DynamoDB**

As we thought about how to address the limitations of SimpleDB and provide 1) the most scalable NoSQL solution available and 2) predictable high performance, we realized our goals could not be met with the SimpleDB APIs. Some SimpleDB operations require that all data for a Domain is on a single server, which prevents us from providing the seamless scalability our customers are demanding. In addition, SimpleDB APIs assume all item attributes are automatically indexed, which limits performance.

We concluded that an ideal solution would combine the best parts of the original Dynamo design (incremental scalability, predictable high performance) with the best parts of SimpleDB (ease of administration of a cloud service, consistency, and a table-based data model that is richer than a pure key-value store). These architectural discussions culminated in Amazon DynamoDB, a new NoSQL service that we are excited to release today.

Amazon DynamoDB is based on the principles of Dynamo, a progenitor of NoSQL, and brings the power of the cloud to the NoSQL database world. It offers customers high-availability, reliability, and incremental scalability, with no limits on dataset size or request throughput for a given table. And it is fast – it runs on the latest in solid-state drive (SSD) technology and incorporates numerous other optimizations to deliver low latency at any scale.

Amazon DynamoDB is the result of everything we've learned from building large-scale, non-relational databases for Amazon.com and building highly scalable and reliable cloud computing services at AWS. Amazon DynamoDB is a NoSQL database service that offers the following benefits:

- **Managed**. DynamoDB frees developers from the headaches of provisioning hardware and software, setting up and configuring a distributed database cluster, and managing ongoing cluster operations. It handles all the complexities of scaling and partitions and re-partitions your data over more machine resources to meet your I/O performance requirements. It also automatically replicates your data across multiple Availability Zones (and automatically re-replicates in the case of disk or node failures) to meet stringent availability and durability requirements. From our experience of running Amazon.com, we know that manageability is a critical requirement. We have seen many job postings from companies using NoSQL products that are looking for NoSQL database engineers to help scale their installations. We know from our Amazon experiences that once these clusters start growing, managing them becomes the same nightmare that running large RDBMS installations was. Because Amazon DynamoDB is a managed service, you won't need to hire experts to manage your NoSQL installation—your developers can do it themselves.

- **Scalable**. Amazon DynamoDB is designed to scale the resources dedicated to a table to hundreds or even thousands of servers spread over multiple Availability Zones to meet your storage and throughput requirements. There are no pre-defined limits to the amount of data each table can store. Developers can store and retrieve any amount of data and DynamoDB will spread the data across more servers as the amount of data stored in your table grows.

- **Fast**. Amazon DynamoDB provides high throughput at very low latency. It is also built on Solid State Drives to help optimize for high performance even at high scale. Moreover, by not indexing all attributes, the cost of read and write operations is low as write operations involve updating only the primary key index thereby reducing the latency of both read and write operations. An application running in EC2 will typically see average service-side latencies in the single-digit millisecond range for a 1KB object. Most importantly, DynamoDB latencies are predictable. Even as datasets grow, latencies remain stable due to the distributed nature of DynamoDB's data placement and request routing algorithms.

- **Durable and Highly Available**. Amazon DynamoDB replicates its data over at least 3 different data centers so that the system can continue to operate and serve data even under complex failure scenarios.

- **Flexible**. Amazon DynamoDB is an extremely flexible system that does not force its users into a particular data model or a particular consistency model. DynamoDB tables do not have a fixed schema but instead allow each data item to have any number of attributes, including multi-valued attributes. Developers can optionally use stronger consistency models when accessing the database, trading off some performance and availability for a simpler model. They can also take advantage of the atomic increment/decrement functionality of DynamoDB for counters.

- **Low cost**. Amazon DynamoDB's pricing is simple and predictable: Storage is $1 per GB per month. Requests are priced based on how much capacity is reserved: $0.01 per hour for every 10 units of Write Capacity and $0.01 per hour for every 50 units of Read Capacity. A unit of Read (or Write) Capacity equals one read (or write) per second of capacity for items up to 1KB in size. If you use eventually consistent reads, you can achieve twice as many reads per second for a given amount of Read Capacity. Larger items will require additional throughput capacity.

In the current release, customers will have the choice of using two types of keys for primary index querying: Simple Hash Keys and Composite Hash Key / Range Keys:

Simple Hash Key gives DynamoDB the Distributed Hash Table abstraction. The key is hashed over the different partitions to optimize workload distribution. For more background on this please read the original Dynamo paper.

Composite Hash Key with Range Key allows the developer to create a primary key that is the composite of two attributes, a "hash attribute" and a "range attribute." When querying against a composite key, the hash attribute needs to be uniquely matched but a range operation can be specified for the range attribute: e.g. all orders from Werner in the past 24 hours, all log entries from server 16 with clients IP addresses on subnet 192.168.1.0

**Performance Predictability in DynamoDB**

In addition to taking the best ideas of Dynamo and SimpleDB, we have added new functionality to provide even greater performance predictability.

Cloud-based systems have invented solutions to ensure fairness and present their customers with uniform performance, so that no burst load from any customer should adversely impact others. This is a great approach and makes for many happy customers, but often does not give a single customer the ability to ask for higher throughput if they need it.

As satisfied as engineers can be with the simplicity of cloud-based solutions, they would love to specify the request throughput they need and let the system reconfigure itself to meet their requirements. Without this ability, engineers often have to carefully manage caching systems to ensure they can achieve low-latency and predictable performance as their workloads scale. This introduces complexity that takes away some of the simplicity of using cloud-based solutions.

The number of applications that need this type of performance predictability is increasing: online gaming, social graphs applications, online advertising, and real-time analytics to name a few. AWS customers are building increasingly sophisticated applications that could benefit from a database that can give them fast, predictable performance that exactly matches their needs.

Amazon DynamoDB's answer to this problem is "Provisioned Throughput." Customers can now specify the request throughput capacity they require for a given table. Behind the scenes, DynamoDB will allocate sufficient resources to the table to predictably achieve this throughput with low-latency performance. Throughput reservations are elastic, so customers can increase or decrease the throughput

KoveIO Compl. Ex. 14

capacity of a table on-demand using the AWS Management Console or the DynamoDB APIs. CloudWatch metrics enable customers to make informed decisions about the right amount of throughput to dedicate to a particular table. Customers using the service tell us that it enables them to achieve the appropriate amount of control over scaling and performance while maintaining simplicity. Rather than adding server infrastructure and re-partitioning their data, they simply change a value in the management console and DynamoDB takes care of the rest.

**Summary**

Amazon DynamoDB is designed to maintain predictably high performance and to be highly cost efficient for workloads of any scale, from the smallest to the largest internet-scale applications. You can get started with Amazon DynamoDB using a free tier that enables 40 million of requests per month free of charge. Additional request capacity is priced at cost-efficiently hourly rates as low as $.01 per hour for 10 units of Write Capacity or 50 strongly consistent units of Read Capacity (if you use eventually consistent reads you can get twice the throughput at the same cost, or the same read throughput at half the cost) Also, replicated solid state disk (SSD) storage is $1 per GB per month. Our low request pricing is designed to meet the needs of typical database workloads that perform large numbers of reads and writes against every GB of data stored.

To learn more about Amazon DynamoDB its functionality, APIs, use cases, and service pricing, please visit the detail page at aws.amazon.com/DynamoDB and also the Developer Guide. I am excited to see the years of experience with systems such as Amazon Dynamo result in an innovative database service that can be broadly used by all our customers.

---

## Comments

blog comments powered by Disqus

Generated by Jekyll and served out of Amazon S3

# Exhibit 15

KoveIO Compl. Ex. 15

# Backup, Archive, and Restore Approaches Using AWS

*Pawan Agnihotri*

*AWS Certified Solutions Architect – Professional*

*Amazon Web Services*

*November  2014*



# Contents

Abstract                                                                              3

Introduction                                                                          3

Why Use AWS                                                                           4

Backup and Archive                                                                    5

  Cloud Native                                                             5

    Snapshot Options for Amazon EBS                              6

    Creating Consistent or Hot Backups                           7

    Multivolume Backups                                          8

    Backing Up Databases                                         9

    Backups for Amazon Relational Database Service               10

    Backup and Recovery of the Amazon Machine Image (AMI)        11

  On Premises                                                             12

  Hybrid                                                                  15

Cloud Paradigms                                                                       19

    Protecting Configurations Rather Than Servers                19

    Using Storage Fit for Purpose                                21

    Automating Infrastructure                                    23

Conclusion                                                                            23

Appendices                                                                            25

  Terms                                                                    25

  Partner Solutions                                                        26



KoveIO Compl. Ex. 15

# Abstract

Over the past couple of years enterprise data has grown substantially, and the growth is accelerating. The need to protect the data has grown along with it. The increase in data also brings an increase in the complexity of methods used for the backing up the data. Questions such as durability and scalability of the backup solution are now commonplace. A common question is: How does cloud help my backup and archival needs?

This document aims to answer this question and propose some solutions around using cloud to back up your data. It discusses best practices of protecting your data using cloud services from AWS. This guide for backup, archive and restore will assist enterprise solution architects, backup architects, and IT administrators who are responsible for the design and deployment of the data protection for their corporate IT environments.

# Introduction

As a backup architect or engineer, you are responsible for backups and archive for your enterprise. You have to manage the infrastructure as well as the backup operations. This may include managing tapes, sending tapes offsite, managing tape drives, managing backup servers, managing backup software, creating backup policies, insuring the backup data is secure, meeting compliance requirements for data retention, and performing restores. Furthermore, cost cutting puts pressure on your budgets and, with business open for more hours, your window to perform the backup is getting smaller.

These are some of the challenges that are faced by backup teams across many enterprises. The legacy environments are hard to scale, you need more tape and tape drives, and more storage capacity to back up the avalanche of data that the business is producing.

For those of you dealing with backups and restores, you may be employing many different systems, processes, and techniques available in the market. Additionally, you may have to support multiple configurations. With AWS, organizations can obtain a flexible, secure, and cost-effective IT infrastructure in much the same way that national electric grids enable homes and organizations to plug into a centrally managed, efficient, and cost-effective energy source. When freed from creating their own electricity, organizations were able to focus on the core competencies of their business and the needs of their customers. Please review some of the terms related to backup and archiving in the appendix which will be used throughout this whitepaper.



KoveIO Compl. Ex. 15

# Why Use AWS

Amazon Web Services (AWS) is a secure, high-performance, flexible, cost-effective, and easy-to-use cloud computing platform. AWS takes care of the undifferentiated heavy lifting and provides the user with the necessary tools to accomplish the task of backing up the vast amounts of data from a variety of sources.

The first question asked by many customers is about security: Will my data be secure in the cloud? Amazon Web Services takes security very seriously; every service that we launch focuses on security as the foundation. Our storage services like Amazon Simple Storage Service[1] (Amazon S3) provide strong capabilities for access control and encryption both at rest and in transit. For encryption at rest, customers can use their own encryption keys[2] with the Amazon S3 server side giving them control over their data.

Switching to AWS offers many advantages:

- **Durability** – Amazon S3 and Amazon Glacier[3] are designed for 99.999999999% durability for the objects stored in them.

- **Security** – AWS provides a number of options for access control and encrypting data in transit and at rest.

- **Global Infrastructure** – Amazon Web Services are available across the globe so you can back up and store data in the region that meets your compliance requirement.

- **Compliance** –AWS infrastructure is designed and managed in alignment with regulations, standards and best-practices including (as of the date of this publication) SOC, SSAE 16, ISO 27001, PCI DSS, HIPPA, and FedRamp so you can easily fit the backup solution into your existing compliance regimen.

- **Scalability** – With AWS, you don't have to worry about capacity. You can scale your consumption up or down as your needs change.

- **Lower TCO** – The AWS scale of operations drives service costs down and helps lower the overall TCO of the storage. AWS often passes these cost savings on to the customer. As of the date of this publication, AWS has lowered prices 45 times since they began offering web services.

---

[1] http://aws.amazon.com/s3/
[2] http://aws.amazon.com/blogs/aws/s3-encryption-with-your-keys/
[3] http://aws.amazon.com/glacier/



KoveIO Compl. Ex. 15

# Backup and Archive

Developing a comprehensive strategy for backing up and restoring data is not a simple task. In some industries, regulatory requirements for data security, privacy, and records retention can be important factors to consider when developing a backup strategy. A good backup process can be defined based on the objectives:

1. Backing up file data

2. Backing up database

3. Backing up machine images

In the following sections we describe the backup and archives approaches based on the organization of your infrastructure. IT infrastructure can broadly be categorized into the following scenarios - Cloud native, on premises, and hybrid.

## Cloud Native

This scenario describes a workload environment that exists entirely on AWS. This includes web servers, application servers, databases, Active Directory, monitoring servers, etc. See Figure 1: AWS Native Scenario.



**Figure 1: AWS Native Scenario**



KoveIO Compl. Ex. 15

With all the services in AWS, you can leverage many of the built-in features to accomplish the backup-archive tasks.

## Snapshot Options for Amazon EBS

In AWS "file data" can be stored on either Amazon S3 or Amazon Elastic Block Store[4] (Amazon EBS) volumes. Let's take a look at how you can backup data on these.

Amazon Elastic Compute Cloud[5] (Amazon EC2) can use Amazon EBS volumes to store block-based data. You can use this block storage for databases, or formatted into any OS-supported file system. Amazon EBS provides the ability to create snapshots (backups) of any Amazon EBS volume and write a copy of the data in the volume to Amazon S3, where it is stored redundantly in multiple Availability Zones. You can create the Amazon EBS snapshot by using the AWS Management Console, the command line interface (CLI), or the APIs. Using the Elastic Block Store Volumes page[6] of the Amazon EC2 console, click **Actions** and then click **Create Snapshot** to commence the creation of a snapshot that is stored in Amazon S3.



**Figure 2: Creating a Snapshot from Amazon EBS Using the Console**

You can also create the snapshot using the CLI command `ec2-create-snapshot`.

When you create a snapshot, you protect your data directly to durable disk-based storage. You can schedule and issue the commands on a regular basis. And due to the economical pricing of Amazon S3, you can retain many generations of data. Further,

---

[4] http://aws.amazon.com/ebs/

[5] http://aws.amazon.com/ec2/

[6] https://console.aws.amazon.com/ec2/v2/#Volumes



KoveIO Compl. Ex. 15

because snapshots are block-based, you consume space only for changed data after the initial snapshot is created.

To restore data from a snapshot, use AWS Management Console, the command line interface (CLI), or the APIs to create a new volume from an existing snapshot.

For example, to restore a volume to a prior point-in-time backup, you could use the following sequence:

1. Create a new volume from the backup snapshot by using the following command:

   > ec2-create-volume –z us-west-1b –snapshot *MySnapshotName*

2. Within the Amazon EC2 instance, unmount the existing volume (e.g., by using umount in Linux or the Logical Volume Manager in Windows).

3. Detach the existing volume from the instance by using the following command:

   > ec2-detach-volume *OldVolume*

4. Attach the new volume that was created from the snapshot by using the following command:

   > ec2-attach-volume *VolumeID* –I *InstanceID* –d *Device*

5. Remount the volume on the running instance.

This process is a fast and reliable way to restore full volume data as needed. If you need only a partial restore, you can attach the volume to the running instance under a different device name, mount it, and then use operating system copy commands to copy the data from the backup volume to the production volume.

Amazon EBS snapshots can also be copied between AWS regions using the Amazon EBS snapshot copy capability that is available from the console or command line, as explained in the *Amazon Elastic Compute Cloud User Guide*.[7] You can use this feature to store your backup in another region without having to manage the underlying replication technology.

## Creating Consistent or Hot Backups

When you back up a system, the ideal is to have the system in a quiet state where it is not performing any I/O. From a backup perspective, the ideal state is a machine that is

---

[7] http://docs.aws.amazon.com/AWSEC2/latest/UserGuide/ebs-copy-snapshot.html



accepting no traffic. But this ideal is increasingly rare as 24/7 IT operations become the norm.

Consequently, it is necessary to quiesce the file system or database in order to make a clean backup. How you do this depends on your database and/or file system, so due diligence is required. To summarize the process for a database:

- If possible, put the database into hot backup mode. Alternatively, create a read replica copy of the database; this is a copy of the database that is up to date but runs on a separate instance. Keep in mind that on AWS you can run this instance for the duration required to perform the backup and then close it down, saving resources.

- Issue the relevant Amazon EBS snapshot commands.

- Take the database out of hot backup mode or, if using a read replica, terminate the read replica instance.

Backing up a file system works similarly and depends highly on the capabilities of the particular operating system or file system. An example of a file system that can flush its data for a consistent backup is xfs (see `xfs freeze`).[8] If the file system in question does not support the ability to freeze, you should unmount it, issue the snapshot command, and then remount the file system. Alternatively, you can facilitate this process by using a logical volume manager that supports freezing of I/O.

Because the snapshot process is fast to execute and captures a point in time, the volumes you are backing up only need be unmounted for a matter of seconds. This ensures that the backup window is as small as possible and that outage time is predictable and can be effectively scheduled. While the data copy process of creating the snapshot may take longer, the snapshot activity requiring the volume to be un-mounted is very quick. Don't confuse the two processes when structuring your backup regime.

## Multivolume Backups
In some cases, you may stripe data across multiple Amazon EBS volumes by using a logical volume manager in order to increase potential throughput. When using a logical volume manager (e.g., mdadm or LVM), it is important to perform the backup from the volume manager layer rather than the underlying devices. This ensures all metadata is consistent and that the various subcomponent volumes are coherent. You can take a number of approaches to accomplish this, an example being the script created by alestic.com.[9]

---

[8] https://access.redhat.com/documentation/en-US/Red_Hat_Enterprise_Linux/6/html/Storage_Administration_Guide/xfsfreeze.html

[9] https://github.com/alestic/ec2-consistent-snapshot



KoveIO Compl. Ex. 15

You can also perform backups of this nature from the logical volume manager or file system level. In these cases, using a "traditional" backup agent enables the data to be backed up over the network. A number of agent-based backup solutions are available on the internet and the AWS Marketplace.[10] It is important to remember that agent-based backup software expects a consistent server name/IP address. As a result, using these tools in concert with instances deployed in a virtual private cloud (VPC)[11] is the best method to ensure reliability.

An alternative approach is to create a replica of the primary system volumes that exist on a single large volume. This simplifies the backup process, as only one large volume needs to be backed up, and the backup does not take place on the primary system. However, it is important to ascertain whether the single volume can perform sufficiently to maintain changes during the backup and whether the maximum volume size is appropriate for the application.

## Backing Up Databases

AWS has many options for running databases. You can run your own database on an Amazon EC2 instance or use one of the managed services offering. If you are running your own database on an Amazon EC2 instance, you can back up data to files using database native tools (e.g., MySQL,[12] Oracle,[13, 14] MSSQL,[15] postgresSQL[16]) or create a snapshot of the volumes containing the data.

Backing up data for database differs from the web and application layers. In general, databases contain larger amounts of business data (tens of GB to multiple TB) in database-specific formats that must be retained and protected at all times. In these cases, you can leverage efficient data movement techniques such as snapshots to create backups that are fast, reliable, and space efficient.

For databases that are built upon RAID sets of Amazon EBS volumes (and have total storage less than 1 TB), an alternative backup approach is to asynchronously replicate data to another database instance built using a single Amazon EBS volume. While the destination Amazon EBS volume will have slower performance, it is not being used for data access, and you can easily send a snapshot to Amazon S3 using the Amazon EBS

---

[10] https://aws.amazon.com/marketplace/

[11] http://aws.amazon.com/vpc/

[12] http://dev.mysql.com/doc/refman/5.7/en/backup-and-recovery.html

[13] https://media.amazonwebservices.com/AWS_Amazon_Oracle_Backups.pdf

[14] http://docs.oracle.com/cd/E11882_01/backup.112/e10642/rcmbckba.htm#BRADV8003

[15] http://msdn.microsoft.com/en-us/library/ms187510.aspx

[16] http://www.postgresql.org/docs/9.3/static/backup.html



KoveIO Compl. Ex. 15

snapshot capability (see "Snapshot Options for Amazon EBS" earlier in this paper section).

## Backups for Amazon Relational Database Service

The Amazon Relational Database Service (Amazon RDS)[17] includes automated backups. This means that you do not need to issue specific commands to create backups of your database.

Amazon RDS provides two different methods for backing up and restoring your DB Instance(s); automated backups and database snapshots (DB snapshots).

- **Automated backups** enable point-in-time recovery of your DB Instance. When automated backups are turned on for your DB instance, Amazon RDS automatically performs a full daily backup of your data (during your preferred backup window) and captures transaction logs (as updates to your DB instance are made).

  When you initiate a point-in-time recovery, transaction logs are applied to the most appropriate daily backup in order to restore your DB instance to the specific time you requested. Amazon RDS retains backups of a DB instance for a limited, user-specified period of time called the retention period, which, as of the date of this publication, by default is one day but can be set to up to thirty-five days.

  You can initiate a point-in-time restore and specify any second during your retention period, up to the Latest Restorable Time. You can use the `DescribeDBInstances` API call to return the latest restorable time for your DB instance(s), which is typically within the last five minutes. Alternatively, you can find the Latest Restorable Time for a DB instance by selecting it in the AWS Management Console and looking in the **Description** tab in the lower panel of the console.

- **DB snapshots** are user-initiated and enable you to back up your DB instance in a known state as frequently as you wish, and then restore to that specific state at any time. DB snapshots can be created with the AWS Management Console or by using the `CreateDBSnapshot` API call. The snapshots are kept until you explicitly delete them with the console or the `DeleteDBSnapshot` API call.

Note that when you restore to a point in time or from a DB snapshot, a new DB instance is created with a new endpoint. (If you want, you can delete the old DB instance by using the AWS Management Console or a `DeleteDBInstance` call.) You do this so you can create multiple DB instances from a specific DB snapshot or point in time.

---

[17] http://aws.amazon.com/rds/



KoveIO Compl. Ex. 15

## Backup of the Amazon Machine Image (AMI)

Next we look at "machine images." AWS stores system images in what are called Amazon Machine Images or AMI for short. These images consist of the template for the root volume required to launch an instance. To save your instance's as a machine image you simply backup the root volume as an AMI.



**Figure 3: Using AMI to backup and launch an instance**

An AMI that you register is automatically stored in your account using Amazon EBS snapshots. These snapshots reside in Amazon S3 and are highly durable. This means that the underlying storage mechanism for the AMIs is protected from multiple failure scenarios.



KoveIO Compl. Ex. 15



**Figure 4: Using the EC2 console to create a machine image**

Once you have created an AMI of your Amazon EC2 instance you can use the AMI to recreate the instance or launch more copies of the instance. It is also possible to copy AMIs from one region to another. Consequently, you can save a copy of a system image to another region.

## On Premises

This scenario describes a workload environment with no component in the cloud. All resources, including web servers, application servers, databases, Active Directory, monitoring, and more, are hosted either in the customer data center or colocation. See the following figure.



KoveIO Compl. Ex. 15



**Figure 5: On-premises environment**

AWS can be leveraged very nicely for this scenario to help with backup and archiving. Using AWS storage services lets you focus on the backup and archiving task, leaving the heavy lifting on the storage side to AWS. With AWS you do not have to worry about storage scaling or infrastructure capacity to accomplish the backup task.

Amazon storage services such as Amazon S3 and Amazon Glacier are natively API based and available via the Internet. This allows backup software vendors to directly integrate their applications with storage solutions provided by AWS as represented in the following figure. You can look at our partner directory[18]  for the backup software vendors who work with AWS.

The primary solution in this scenario is to use backup and archive software that directly interfaces with AWS through the APIs. Here the backup software is AWS aware and will

---

[18] http://www.aws-partner-directory.com/PartnerDirectory/PartnerSearch?type=ISV



KoveIO Compl. Ex. 15

back up the data from the on premises servers directly to Amazon S3 or Amazon Glacier.



Figure 6: Backup connector to Amazon S3 or Amazon Glacier

If your existing backup software does not natively support the AWS cloud, the alternate solution is to use our storage gateway products. AWS Storage Gateway[19] is a virtual appliance that provides seamless and secure integration between your data center and AWS's storage infrastructure. The service allows you to securely store data in the AWS cloud for scalable and cost-effective storage. The AWS Storage Gateway supports industry-standard storage protocols that work with your existing applications while securely storing all of your data encrypted in Amazon S3 or Amazon Glacier.



Figure 7: Connecting on-premises to AWS storage

---

[19] http://aws.amazon.com/storagegateway/



AWS Storage Gateway supports three configurations:

- **Gateway-cached volumes** – You can store your primary data in Amazon S3 and retain your frequently accessed data locally. Gateway-cached volumes provide substantial cost savings on primary storage, minimize the need to scale your storage on premises, and retain low-latency access to your frequently accessed data.

- **Gateway-stored volumes** – In the event you need low-latency access to your entire data set, you can configure your on-premises data gateway to store your primary data locally, and asynchronously back up point-in-time snapshots of this data to Amazon S3. Gateway-stored volumes provide durable and inexpensive off-site backups that you can recover locally or from Amazon EC2.

- **Gateway-virtual tape library (gateway-VTL)** – With gateway-VTL you can have a limitless collection of virtual tapes. Each virtual tape can be stored in a virtual tape library backed by Amazon S3 or a virtual tape shelf backed by Amazon Glacier. The virtual tape library exposes an industry standard iSCSI interface, which provides your backup application with online access to the virtual tapes. When you no longer require immediate or frequent access to data contained on a virtual tape, you can use your backup application to move it from its virtual tape library to your virtual tape shelf to further reduce your storage costs.

These gateways act as plug-and-play devices providing standard iSCSI devices, which can be integrated into your backup or archive framework. You can use the iSCSI disk devices as storage pools for your backup software or the gateway-VTL to offload tape-based backup or archive directly to Amazon S3 or Amazon Glacier.

Using this method your backup and archives are automatically offsite (for compliance purposes) and stored on durable media, eliminating the complexity and security risks of off-site tape management.

To offer flexibility to the customer, a multitude of third-party appliances and gateway devices work with Amazon storage services and can be found on our [partner network website](#).[20]

## Hybrid

The two infrastructure deployments addressed up to this point, "cloud native" and "on-premises," can be combined into a hybrid scenario whose workload environment has infrastructure components in AWS as well as on premises. Resources, including web servers, application servers, databases, Active Directory, monitoring, and more, are

---

[20] http://www.aws-partner-directory.com/



KoveIO Compl. Ex. 15

hosted either in the customer data center or AWS. Applications running in the AWS are connected to applications running in the customer premises.

This scenario is emerging as a very common case for enterprise workloads. Many enterprises have data centers of their own while leveraging AWS to augment capacity. These customer data centers are often connected to the AWS network by high capacity network links. For example, with [AWS Direct Connect](#)[21] you can establish private dedicated connectivity from your premises to AWS.



<div align="center">

**Figure 8: A hybrid infrastructure scenario**

</div>

You can leverage AWS to help with backup and archiving for this scenario as well. The techniques you use are a combination of the methods described previously in cloud-native and on-premises solutions.

## Hybrid Techniques

If you already have an existing framework that backs up data for your on-premises servers, then it is easy to extend that framework to your AWS resources over a VPN

---

[21] http://aws.amazon.com/directconnect/



connection or AWS Direct Connect. You will install the backup agent on the Amazon EC2 instances and back them up per the existing data protection policies.

Depending on your backup framework setup, you may have a master backup server along with one or more media servers. You may consider moving the master backup server to an Amazon EC2 instance to automatically protect your master backup server against on-premises disasters and have a highly available backup infrastructure.

To manage the backup data flows, you may also consider creating one or more media servers on Amazon EC2 instances. This will help the cloud-based resources backup to a local media target rather than go over the network back to the on-premises environment.

You can also leverage the AWS Storage Gateway or other third-party storage gateways from the AWS Marketplace to connect your backup framework to Amazon storage services. The storage gateways are connected to the media servers allowing data to be securely and durably stored on Amazon S3 or Amazon Glacier.



**Figure 9: Leveraging gateways in the hybrid scenario**



KoveIO Compl. Ex. 15

## Use Cases

A use case can help explain the on-premises and hybrid scenarios: Assume that you are managing an environment where you are backing up a mixture of standalone servers, virtual machines, and database servers. This environment has 1,000 servers, and you backup operating system, file data, virtual machine images, and database backups. You have 20 databases to back up, which are a mixture of MySQL, MSSQL, and Oracle. You use "myqldump" to create a database dump file to disk for MySQL backups. Your backup software provides plugins or agents to back up operating system, virtual machine images, data, and MSSQL databases. Additionally this software has tight integration to backup Oracle database using RMAN.

To support the above environment, your backup software has a global catalogue server or master server that controls the backup, archive and restore activities as well as multiple media serves that are connected to disk-based storage and LTO tape drives.

**Case 1**: As the very first step, you check the vendor site to see if there is a plugin or built-in support for cloud storage backup and archive. If the software has cloud storage backup options, you can proceed to configure it. Many vendors support Amazon S3 as an option for cloud storage and Amazon Glacier for cloud archive. You can create the target bucket either from within the backup software or use the AWS Management Console to create a bucket in Amazon S3. Next you configure the media servers to create storage pools that use the Amazon S3 bucket. Once the storage pool is configured, the backup software starts using Amazon S3 to store the backup data.

**Case 2:** If your backup software does not natively support cloud storage for backup or archive, you can use a storage gateway device as a bridge between the backup software and Amazon S3 or Amazon Glacier. If you want to attach disk-based storage to your media server, you can download the gateway – cached volumes storage gateway. If you want to attach tape drives to your media server you can download the gateway– virtual tape library storage gateway.  You can download the storage gateway from the AWS Management Console. Once the gateway is downloaded and activated, you can create iSCSI targets, which can be attached to the media servers. The media server sees these iSCSI targets as local disks or tape drives. You can then configure these into the storage pools and used for backups or archives.



KoveIO Compl. Ex. 15



**Figure 10: Choose and download the appropriate storage gateway**

# Cloud Paradigms

As cloud-based computing has evolved, so has the strategy for using it in backup and recovery.

## Protecting Configurations Rather Than Servers

The Amazon EC2 service simplifies the backup and recovery of a standard server, such as a web server or application server. Traditionally, you would back up the complete server via a central backup server. With Amazon EC2 you can focus on protecting configuration and stateful data, rather than the server itself. This set of data is much smaller than the aggregate set of server data, which typically includes various application files, operating system files, temporary files, and so on. This change of approach means that regular nightly incremental or weekly full backups can take far less time and consume less storage space.



KoveIO Compl. Ex. 15



**Figure 11: Traditional backup approach**

When a compute instance is started in Amazon EC2, it is based upon an AMI and can also connect to existing storage volumes such as Amazon EBS. In addition, when launching a new instance, it is possible to pass "user data"[22] to the instance that can be accessed internally as dynamic configuration parameters.

A sample workflow is as follows:

- Launch a new instance of a web server, passing it the "identity" of the web server and any security credentials required for initial setup. The instance is based upon a prebuilt AMI that contains the operating system and relevant web-server application (e.g., Apache or IIS).

- Upon startup, a boot script accesses a designated and secured Amazon S3 bucket that contains the specified configuration file(s).

---

[22] http://docs.amazonwebservices.com/AWSEC2/latest/UserGuide/index.html?AESDG-chapter-instancedata.html





**Figure 12: Amazon EC2 Backup Approach**

- The configuration file contains various instructions for setting up the server (e.g., web server parameters, locations of related servers, additional software to install, and patch updates).

- The server executes the specified configuration and is ready for service. An open source tool for performing this process, called cloud-init,[23] is already installed on Amazon Linux AMIs and is also available for a number of other Linux distributions.

In this case, there is no need to back up the server itself. The relevant configuration is contained in the combination of the AMI and the configuration file(s). So the only components requiring backup and recovery are the AMI and configuration file(s).

## Using Storage Fit for Purpose

In traditional storage model you have a choice of SAN or NAS based storage. Amazon Web Services provides many storage options. If your data and workflow need a file- or object-based store then Amazon S3 is the best solution. Amazon S3 is highly durable data store designed for 99.999999999% data durability. The data is internally replicated across multiple data centers. In addition Amazon S3 provides many features such as versioning. With versioning enabled, you can automatically save versions of objects that are overwritten.[24] This provides an automatic backup capability for the data stored in Amazon S3. Amazon S3 also offers data lifecycle management features so you can automatically archive or delete data when certain time criteria are met.

---

[23] https://launchpad.net/cloud-init

[24] http://docs.aws.amazon.com/AmazonS3/latest/dev/Versioning.html



KoveIO Compl. Ex. 15



**Figure 13: Using the console to enable versioning for an S3 bucket**

If your data and workflow need long-term retention with low chances of retrieval then Amazon Glacier is the best solution. Amazon Glacier is a storage service optimized for infrequently used data, or "cold data." The service provides durable and extremely low-cost storage with security features for data archiving and backup. With Amazon Glacier, you can store your data cost-effectively for months, years, or even decades. With Amazon S3's lifecycle management, you can automatically move data from Amazon S3 to Amazon Glacier based on the lifecycle policy.



**Figure 14: Amazon Glacier storage**

If your data and workflow require a file system to store files or database data then Amazon EBS is the best storage option. Amazon EBS provides many features such as high durability and reliability, encryption, provisioned IOPS, and point-in-time snapshots amongst others. The built-in volume snapshot feature is a good option for backing up data.



KoveIO Compl. Ex. 15

## Automating Infrastructure

One of the main advantages of using Amazon Web Services is that capacity is available to you on demand. You have no need to preprovision your infrastructure for future or backup use. Using tools such as AWS CloudFormation[25] and AWS OpsWorks,[26] you can automate the build out of your infrastructure, as explained in the Bootstrapping Applications whitepaper.[27] With this approach, you can operate your infrastructure as code. You are then not tied to a specific system image that you have to backup. The application can be backed up in code repositories and used to create a full-blown infrastructure at the time it is needed.  Anytime you need to create a server, you launch an automated deployment of the application, which creates the infrastructure within minutes to host your application.

# Conclusion

The growth in data and an explosion in the creation and use of machine-generated data are increasing the need for robust, scalable and secure backup solutions. At the same time, organizations are struggling to deal with an explosion in retained data for compliance or business reuse. Providing IT teams with services and solutions that are optimized for usability in backup and archival environments is a critical requirement.

Amazon Web Services provides cost-effective and scalable solutions to help organizations balance their requirements for backup and archiving. These services integrate well with new as well as existing technologies the customers are working with today. Gartner has recognized AWS as a leader in providing public cloud storage services[28]. AWS is well positioned to help organizations move their workloads to the cloud-based platforms that are the next generation of backup.

**Notices**

© 2014, Amazon Web Services, Inc. or its affiliates. All rights reserved. This document is provided for informational purposes only. It represents AWS's current product offerings as of the date of issue of this document, which are subject to change without notice. Customers are responsible for making their own independent assessment of the information in this document and any use of AWS's products or services, each of which is provided "as is" without warranty of any kind, whether express or implied. This document does not create any warranties, representations, contractual commitments, conditions or assurances from AWS, its affiliates, suppliers or licensors. The responsibilities and liabilities of AWS to its

---

25 http://aws.amazon.com/cloudformation/
26 http://aws.amazon.com/opsworks/
27 https://s3.amazonaws.com/cloudformation-examples/BoostrappingApplicationsWithAWSCloudFormation.pdf
28 http://www.gartner.com/technology/reprints.do?id=1-1WWKTQ3&ct=140709&st=sb



KoveIO Compl. Ex. 15

customers are controlled by AWS agreements, and this document is not part of, nor does it modify, any agreement between AWS and its customers.



KoveIO Compl. Ex. 15

# Appendices

## Terms

Some important terms often used in backup and restore discussions

- **Archive** – A strategy for long-term retention of data for use in case of compliance, regulatory, or historical records requirement.

- **Backup** – A strategy of copying files or databases for short-term retention for use in case of failure or corruption.

- **Backup Frequency** – The time between consecutive backups.

- **Data Lifecycle Management** – The process of managing data information throughout its lifecycle, from requirements through retirement.

- **Data Versioning** – Maintaining multiple versions of data for backup purposes.

- **File / Data Backup** – The process of copying individual data files to a backup medium so that they will be preserved.

- **Image Backup** – An exact copy of a drive or storage device containing the complete contents and structure representing the operating system and all the data associated with it, including the system state and application configurations.

- **Off-Site Backups** – The process of storing the copy of data in a geographically different location from the source.

- **Restore** – A process that involves copying backup files from secondary storage (tape, zip disk, or other backup media) to hard disk. A restore is performed in order to return data to its original condition if files have become damaged or to copy or move data to a new location.

- **Retention** – The amount of time that a given set of data remains available for restore. Some backup products rely on daily copies of data and measure retention in terms of days. Others retain a number of copies of data changes regardless of the amount of time.

- **RPO** – The maximum tolerable period in which data might be lost from an IT service due to a major incident.

- **RTO** – The targeted duration of time and a service level within which a business process must be restored after a disaster (or disruption) in order to avoid unacceptable consequences associated with a break in business continuity.



KoveIO Compl. Ex. 15

## Partner Solutions

- **Avere** – Hybrid cloud NAS and AWS:
  http://www.averesystems.com/amazon-web-services

- **Commvault** – Cloud Integration with Amazon Web Services:
  http://www.commvault.com/resource-library/1843/commvault-amazon-web-services-solution-brief.pdf

- **CTERA** – CTERA Cloud Storage Services Platform and Amazon Web Services:
  http://www.ctera.com/amazon-aws-cloud-storage-platform

- **NetApp Riverbed SteelStore™** – cloud storage gateway:
  http://www.riverbed.com/partners/find-a-partner/find-a-partner-tool/aws-partner.html#Cloud_Storage

- **Symantec Solutions for Amazon Web Services** – Symantec Netbackup Platform:
  http://www.symantec.com/content/en/us/enterprise/fact_sheets/b-nbu-DS-solutions-for-amazon-web-services-21281095.en-us.pdf

- **Zmanda** – Backup to Amazon S3:
  http://www.zmanda.com/backup-Amazon-S3.html



KoveIO Compl. Ex. 15

# Exhibit 16

KoveIO Compl. Ex. 16

# FILE SYNCHRONIZATION SERVICE

Given the straightforward, stateless client-server architecture in which web services are viewed as resources and can be identified by their URLs, development teams are free to create file sharing and syncing applications for their departments, for enterprises, or for consumers directly.

This diagram represents the core architecture of a scalable and cost-effective file sharing and synchronization platform, using Amazon Web Services.

**AWS Reference Architectures**

- Amazon EC2
- Auto Scaling
- Elastic Load Balancing
- Amazon Route 53
- Amazon DynamoDB
- Amazon S3
- AWS STS
- Amazon SES



amazon web services

KovelO Compl. Ex. 16

## System Overview

**1** The file synchronization service endpoint consists of an **Elastic Load Balancer** distributing incoming requests to a group of application servers hosted on **Amazon Elastic Compute Cloud** (Amazon EC2) instances. An **Auto Scaling** group automatically adjusts the number of **Amazon EC2** instances depending on the application needs.

**2** To upload a file, a client first needs to request the permission to the service and get a security token.

**3** After checking the user's identity, application servers get a temporary credential from **AWS Security Token Service** (STS). This credential allows users to upload files.

**4** Users upload files into **Amazon Simple Storage Service** (Amazon S3), a highly durable storage infrastructure designed for mission-critical and primary data storage. **Amazon S3** makes it easy to store and retrieve any amount of data, at any time. Large files can be uploaded by the same client using multiple concurrent threads to maximize bandwidth usage.

**5** File metadata, version information, and unique identifiers are stored by the application servers on an **Amazon DynamoDB** table. As the number of files to maintain in the application grows, **Amazon DynamoDB** tables can store and retrieve any amount of data, and serve any level of traffic.

**6** File change notifications can be sent via email to users following the resource with **Amazon Simple Email Service** (Amazon SES), an easy-to-use, cost-effective email solution.

**7** Other clients sharing the same files will query the service endpoint to check if newer versions are available. This query compares the list of local files checksums with the checksums listed in an **Amazon DynamoDB** table. If the query finds newer files, they can be retrieved from **Amazon S3** and sent to the client application.

# Exhibit 17

KoveIO Compl. Ex. 17

# Amazon Simple Storage Service

**Developer Guide**

**API Version 2006-03-01**



KoveIO Compl. Ex. 17

# Amazon Simple Storage Service: Developer Guide

Copyright © 2018 Amazon Web Services, Inc. and/or its affiliates. All rights reserved.

Amazon's trademarks and trade dress may not be used in connection with any product or service that is not Amazon's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits Amazon. All other trademarks not owned by Amazon are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

# Table of Contents

What Is Amazon S3? ........................................................................................................................... 1
  How Do I...? ............................................................................................................................... 1
Introduction ..................................................................................................................................... 2
  Overview of Amazon S3 and This Guide ........................................................................................ 2
  Advantages to Amazon S3 ........................................................................................................... 2
  Amazon S3 Concepts ................................................................................................................... 3
    Buckets ............................................................................................................................... 3
    Objects ............................................................................................................................... 3
    Keys ................................................................................................................................... 3
    Regions .............................................................................................................................. 4
    Amazon S3 Data Consistency Model ....................................................................................... 4
  Amazon S3 Features .................................................................................................................... 6
    Storage Classes ................................................................................................................... 6
    Bucket Policies .................................................................................................................... 6
    AWS Identity and Access Management ..................................................................................... 7
    Access Control Lists ............................................................................................................. 7
    Versioning .......................................................................................................................... 7
    Operations ......................................................................................................................... 7
  Amazon S3 Application Programming Interfaces (API) ...................................................................... 8
    The REST Interface .............................................................................................................. 8
    The SOAP Interface ............................................................................................................. 8
  Paying for Amazon S3 ................................................................................................................. 9
  Related Services ......................................................................................................................... 9
Making Requests ............................................................................................................................. 10
  About Access Keys ..................................................................................................................... 10
    AWS Account Access Keys ................................................................................................... 10
    IAM User Access Keys ........................................................................................................ 10
    Temporary Security Credentials ............................................................................................ 11
  Request Endpoints .................................................................................................................... 11
  Making Requests over IPv6 ......................................................................................................... 12
    Getting Started with IPv6 ................................................................................................... 12
    Using IPv6 Addresses in IAM Policies ................................................................................... 13
    Testing IP Address Compatibility ......................................................................................... 14
    Using Dual-Stack Endpoints ................................................................................................ 14
  Making Requests Using the AWS SDKs ......................................................................................... 18
    Using AWS Account or IAM User Credentials .......................................................................... 18
    Using IAM User Temporary Credentials ................................................................................. 25
    Using Federated User Temporary Credentials ......................................................................... 34
  Making Requests Using the REST API ........................................................................................... 44
    Dual-Stack Endpoints (REST API) ......................................................................................... 45
    Virtual Hosting of Buckets .................................................................................................. 45
    Request Redirection and the REST API .................................................................................. 49
Buckets .......................................................................................................................................... 52
  Creating a Bucket ...................................................................................................................... 52
    About Permissions ............................................................................................................. 53
  Accessing a Bucket .................................................................................................................... 54
  Bucket Configuration Options ..................................................................................................... 54
  Restrictions and Limitations ....................................................................................................... 56
    Rules for Naming ............................................................................................................... 57
  Examples of Creating a Bucket .................................................................................................... 57
    Using the Amazon S3 Console ............................................................................................. 58
    Using the AWS SDK for Java ............................................................................................... 58
    Using the AWS SDK for .NET ............................................................................................... 59
    Using the AWS SDK for Ruby Version 3 ................................................................................. 60

KoveIO Compl. Ex. 17

Using Other AWS SDKs .................................................................................................. 61
Deleting or Emptying a Bucket ............................................................................................. 61
Delete a Bucket ...................................................................................................... 61
Empty a Bucket ...................................................................................................... 63
Default Encryption for a Bucket ........................................................................................... 65
How to Set Up Amazon S3 Default Bucket Encryption ............................................................. 65
Moving to Default Encryption from Using Bucket Policies for Encryption Enforcement ............... 66
Using Default Encryption with Cross-Region Replication ........................................................ 66
Monitoring Default Encryption with CloudTrail and CloudWatch ............................................. 67
More Info ............................................................................................................... 67
Bucket Website Configuration ............................................................................................... 68
Using the AWS Management Console ................................................................................ 68
Using the AWS SDK for Java .......................................................................................... 68
Using the AWS SDK for .NET ......................................................................................... 69
Using the SDK for PHP ................................................................................................ 71
Using the REST API ................................................................................................... 72
Transfer Acceleration ........................................................................................................ 72
Why use Transfer Acceleration? ..................................................................................... 72
Getting Started ....................................................................................................... 73
Requirements for Using Amazon S3 Transfer Acceleration .................................................... 74
Transfer Acceleration Examples ..................................................................................... 74
Requester Pays Buckets ..................................................................................................... 79
Configure with the Console .......................................................................................... 80
Configure with the REST API ........................................................................................ 80
Charge Details ......................................................................................................... 82
Access Control ................................................................................................................ 83
Billing and Usage Reporting ................................................................................................ 83
Billing Reports ......................................................................................................... 83
Usage Report ........................................................................................................... 85
Understanding Billing and Usage Reports .......................................................................... 86
Using Cost Allocation Tags ........................................................................................... 92
Objects .......................................................................................................................... 94
Object Key and Metadata ................................................................................................... 95
Object Keys ............................................................................................................. 95
Object Metadata ....................................................................................................... 97
Storage Classes ............................................................................................................... 99
Storage Classes for Frequently Accessed Objects .............................................................. 100
Storage Classes for Infrequently Accessed Objects ............................................................ 100
GLACIER Storage Class ............................................................................................... 101
Storage Classes: Comparing Durability and Availability ....................................................... 102
Setting the Storage Class of an Object ............................................................................ 103
Subresources .................................................................................................................. 103
Versioning ...................................................................................................................... 104
Object Tagging ................................................................................................................ 106
API Operations Related to Object Tagging ....................................................................... 107
Object Tagging and Additional Information ....................................................................... 108
Managing Object Tags ............................................................................................... 111
Lifecycle Management ....................................................................................................... 114
When Should I Use Lifecycle Configuration? ..................................................................... 115
How Do I Configure a Lifecycle? ................................................................................... 115
Additional Considerations .......................................................................................... 115
Lifecycle Configuration Elements .................................................................................. 120
Examples of Lifecycle Configuration .............................................................................. 127
Setting Lifecycle Configuration .................................................................................... 136
Cross-Origin Resource Sharing (CORS) ................................................................................... 145
Cross-Origin Resource Sharing: Use-case Scenarios ............................................................ 145
How Do I Configure CORS on My Bucket? ........................................................................ 146

KoveIO Compl. Ex. 17

How Does Amazon S3 Evaluate the CORS Configuration on a Bucket? .................................... 148
Enabling CORS ............................................................................................................. 148
Troubleshooting CORS ................................................................................................... 154
Operations on Objects ........................................................................................................... 154
Getting Objects ............................................................................................................ 155
Uploading Objects ........................................................................................................ 163
Copying Objects ........................................................................................................... 205
Listing Object Keys ....................................................................................................... 216
Deleting Objects ........................................................................................................... 222
Selecting Content from Objects ..................................................................................... 241
Restoring Archived Objects ............................................................................................ 244
Querying Archived Objects ............................................................................................. 248
Storage Class Analysis ................................................................................................................ 252
How to Set Up Storage Class Analysis ..................................................................................... 252
Storage Class Analysis ........................................................................................................... 253
How Can I Export Storage Class Analysis Data? ....................................................................... 255
Storage Class Analysis Export File Layout ....................................................................... 256
Amazon S3 Analytics REST APIs .............................................................................................. 257
Inventory ................................................................................................................................... 258
How to Set Up Amazon S3 Inventory ....................................................................................... 258
Amazon S3 Inventory Buckets ........................................................................................ 258
Setting Up Amazon S3 Inventory ................................................................................... 259
Inventory Lists ....................................................................................................................... 260
Inventory Consistency ................................................................................................... 261
Location of Inventory Lists ..................................................................................................... 261
What Is an Inventory Manifest? ...................................................................................... 262
Notify When Inventory Is Complete ........................................................................................ 263
>Querying Inventory with Athena ............................................................................................ 264
Amazon S3 Inventory REST APIs ............................................................................................. 265
Managing Access ........................................................................................................................ 266
Introduction ........................................................................................................................... 266
Overview ...................................................................................................................... 267
How Amazon S3 Authorizes a Request ............................................................................ 272
Guidelines for Using the Available Access Policy Options ................................................... 277
Example Walkthroughs: Managing Access ........................................................................ 280
Using Bucket Policies and User Policies .................................................................................... 306
Access Policy Language Overview ................................................................................... 306
Bucket Policy Examples ................................................................................................. 335
User Policy Examples ..................................................................................................... 344
Managing Access with ACLs .................................................................................................... 367
Access Control List (ACL) Overview ................................................................................ 367
Managing ACLs ............................................................................................................. 373
Protecting Data .......................................................................................................................... 379
Data Encryption ..................................................................................................................... 379
Server-Side Encryption .................................................................................................. 379
Client-Side Encryption ................................................................................................... 409
Versioning ............................................................................................................................. 416
How to Configure Versioning on a Bucket ....................................................................... 417
MFA Delete .................................................................................................................. 418
Related Topics .............................................................................................................. 419
Examples ..................................................................................................................... 419
Managing Objects in a Versioning-Enabled Bucket ........................................................... 422
Managing Objects in a Versioning-Suspended Bucket ....................................................... 435
Hosting a Static Website ............................................................................................................ 439
Website Endpoints ................................................................................................................. 440
Key Differences Between the Amazon Website and the REST API Endpoint ............................ 440
Configuring a Bucket for Website Hosting ................................................................................ 441

KoveIO Compl. Ex. 17

Enabling Website Hosting ................................................................................................. 441
Configuring Index Document Support ................................................................................ 442
Permissions Required for Website Access .......................................................................... 444
(Optional) Configuring Web Traffic Logging ...................................................................... 444
(Optional) Custom Error Document Support ...................................................................... 445
(Optional) Configuring a Redirect ..................................................................................... 446
Example Walkthroughs ............................................................................................................. 453
Example: Setting up a Static Website ................................................................................ 453
Example: Setting up a Static Website Using a Custom Domain .............................................. 455
Example: Speed Up Your Website with Amazon CloudFront ................................................. 461
Clean Up Example Resources ............................................................................................ 464
Notifications .................................................................................................................................. 466
Overview ................................................................................................................................. 466
How to Enable Event Notifications ............................................................................................ 467
Event Notification Types and Destinations ................................................................................ 469
Supported Event Types .................................................................................................... 469
Supported Destinations .................................................................................................... 469
Configuring Notifications with Object Key Name Filtering ........................................................... 470
Examples of Valid Notification Configurations with Object Key Name Filtering ........................ 470
Examples of Notification Configurations with Invalid Prefix/Suffix Overlapping ....................... 472
Granting Permissions to Publish Event Notification Messages to a Destination ............................... 474
Granting Permissions to Invoke an AWS Lambda Function .................................................... 474
Granting Permissions to Publish Messages to an SNS Topic or an SQS Queue .......................... 475
Example Walkthrough 1 ............................................................................................................ 476
Walkthrough Summary ..................................................................................................... 476
Step 1: Create an Amazon SNS Topic ................................................................................ 477
Step 2: Create an Amazon SQS Queue ............................................................................... 478
Step 3: Add a Notification Configuration to Your Bucket ...................................................... 479
Step 4: Test the Setup ..................................................................................................... 482
Example Walkthrough 2 ............................................................................................................ 482
Event Message Structure ........................................................................................................... 482
Cross-Region Replication ................................................................................................................. 485
When to Use CRR ..................................................................................................................... 485
Requirements for CRR ............................................................................................................... 485
What Does Amazon S3 Replicate? .............................................................................................. 486
What Is Replicated? .......................................................................................................... 486
What Isn't Replicated? ...................................................................................................... 487
Related Topics .................................................................................................................. 488
Overview of Setting Up CRR ...................................................................................................... 488
Replication Configuration Overview .................................................................................... 489
Setting Up Permissions for CRR ........................................................................................ 497
Additional CRR Configurations ................................................................................................... 500
CRR Additional Configuration: Changing Replica Owner ....................................................... 500
CRR Additional Configuration: Replicating Encrypted Objects ............................................... 503
CRR Walkthroughs .................................................................................................................... 508
CRR Example 1: Same AWS Account ................................................................................... 508
CRR Example 2: Different AWS Accounts ............................................................................ 515
CRR Example 3: Change Replica Owner .............................................................................. 516
CRR Example 4: Replicating Encrypted Objects ................................................................... 520
CRR: Status Information ............................................................................................................ 525
Related Topics .................................................................................................................. 526
CRR: Troubleshooting ............................................................................................................... 526
Related Topics .................................................................................................................. 527
CRR: Additional Considerations ................................................................................................. 527
Lifecycle Configuration and Object Replicas ........................................................................ 527
Versioning Configuration and Replication Configuration ....................................................... 528
Logging Configuration and Replication Configuration .......................................................... 528

KoveIO Compl. Ex. 17

CRR and Destination Region ........................................................................................................ 528
Pausing Replication Configuration ............................................................................................ 528
Related Topics ............................................................................................................................ 529
Request Routing ................................................................................................................................. 530
Request Redirection and the REST API ..................................................................................... 530
DNS Routing ............................................................................................................................... 530
Temporary Request Redirection ................................................................................................ 531
Permanent Request Redirection ................................................................................................ 533
Request Redirection Examples .................................................................................................. 533
DNS Considerations ......................................................................................................................... 533
Performance Optimization ................................................................................................................ 535
Request Rate and Performance Guidelines ............................................................................... 535
GET-Intensive Workloads ........................................................................................................... 535
TCP Window Scaling ...................................................................................................................... 535
TCP Selective Acknowledgement ................................................................................................. 536
Monitoring .......................................................................................................................................... 537
Monitoring Tools ............................................................................................................................. 537
Automated Tools ........................................................................................................................ 537
Manual Tools .............................................................................................................................. 537
Monitoring Metrics with CloudWatch ....................................................................................... 538
Metrics and Dimensions ........................................................................................................... 539
Amazon S3 CloudWatch Daily Storage Metrics for Buckets ................................................ 539
Amazon S3 CloudWatch Request Metrics ............................................................................... 539
Amazon S3 CloudWatch Dimensions ....................................................................................... 542
Accessing CloudWatch Metrics ................................................................................................ 542
Related Resources ...................................................................................................................... 543
Metrics Configurations for Buckets ........................................................................................... 543
Best-Effort CloudWatch Metrics Delivery ............................................................................... 544
Filtering Metrics Configurations ............................................................................................... 544
How to Add Metrics Configurations ........................................................................................ 544
Logging API Calls with AWS CloudTrail ..................................................................................... 545
Amazon S3 Information in CloudTrail ...................................................................................... 546
Using CloudTrail Logs with Amazon S3 Server Access Logs and CloudWatch Logs ................... 550
Example: Amazon S3 Log File Entries ..................................................................................... 550
Related Resources ...................................................................................................................... 552
BitTorrent ............................................................................................................................................ 553
How You are Charged for BitTorrent Delivery ........................................................................... 553
Using BitTorrent to Retrieve Objects Stored in Amazon S3 ..................................................... 554
Publishing Content Using Amazon S3 and BitTorrent ............................................................. 554
Error Handling .................................................................................................................................... 556
The REST Error Response .............................................................................................................. 556
Response Headers ...................................................................................................................... 556
Error Response ........................................................................................................................... 557
The SOAP Error Response ............................................................................................................ 557
Amazon S3 Error Best Practices .................................................................................................. 558
Retry InternalErrors ................................................................................................................... 558
Tune Application for Repeated SlowDown errors .................................................................. 558
Isolate Errors .............................................................................................................................. 558
Troubleshooting Amazon S3 ............................................................................................................. 560
Troubleshooting Amazon S3 by Symptom ................................................................................. 560
Significant Increases in HTTP 503 Responses to Requests to Buckets with Versioning Enabled .... 560
Unexpected Behavior When Accessing Buckets Set with CORS ............................................. 560
Getting Amazon S3 Request IDs for AWS Support ................................................................... 561
Using HTTP to Obtain Request IDs ......................................................................................... 561
Using a Web Browser to Obtain Request IDs ........................................................................ 561
Using AWS SDKs to Obtain Request IDs ................................................................................ 561
Using the AWS CLI to Obtain Request IDs ............................................................................ 563

KoveIO Compl. Ex. 17

Related Topics ..................................................................................................................... 563
Server Access Logging ........................................................................................................... 564
How to Enable Server Access Logging ............................................................................ 564
Log Object Key Format .................................................................................................. 565
How Are Logs Delivered? ................................................................................................ 565
Best Effort Server Log Delivery ...................................................................................... 566
Bucket Logging Status Changes Take Effect Over Time ................................................... 566
Enabling Logging Using the Console .............................................................................. 566
Enabling Logging Programmatically ............................................................................... 566
Enabling Logging ................................................................................................... 567
Granting the Log Delivery Group WRITE and READ_ACP Permissions ...................... 567
Example: AWS SDK for .NET ................................................................................... 568
More Info ............................................................................................................... 569
Log Format ................................................................................................................... 569
Custom Access Log Information .............................................................................. 573
Programming Considerations for Extensible Server Access Log Format ...................... 573
Additional Logging for Copy Operations ................................................................. 573
Deleting Log Files ......................................................................................................... 576
More Info ............................................................................................................... 576
AWS SDKs and Explorers ....................................................................................................... 577
Specifying Signature Version in Request Authentication ................................................... 578
Setting Up the AWS CLI ................................................................................................. 579
Using the AWS SDK for Java .......................................................................................... 580
The Java API Organization ...................................................................................... 580
Testing the Amazon S3 Java Code Examples ............................................................ 581
Using the AWS SDK for .NET .......................................................................................... 581
The .NET API Organization ..................................................................................... 582
Running the Amazon S3 .NET Code Examples .......................................................... 582
Using the AWS SDK for PHP and Running PHP Examples .................................................. 582
AWS SDK for PHP Levels ........................................................................................ 583
Running PHP Examples ........................................................................................... 583
Related Resources ................................................................................................... 583
Using the AWS SDK for Ruby – Version 3 ........................................................................ 583
The Ruby API Organization ..................................................................................... 583
Testing the Ruby Script Examples ........................................................................... 584
Using the AWS SDK for Python (Boto) ............................................................................ 585
Using the AWS Mobile SDKs for iOS and Android ............................................................ 585
More Info ............................................................................................................... 585
Using the AWS Amplify JavaScript Library ...................................................................... 585
More Info ............................................................................................................... 585
Appendices ........................................................................................................................... 586
Appendix A: Using the SOAP API .................................................................................... 586
Common SOAP API Elements .................................................................................. 586
Authenticating SOAP Requests ............................................................................... 586
Setting Access Policy with SOAP ............................................................................ 587
Appendix B: Authenticating Requests (AWS Signature Version 2) ...................................... 588
Authenticating Requests Using the REST API ........................................................... 590
Signing and Authenticating REST Requests .............................................................. 592
Browser-Based Uploads Using POST ........................................................................ 601
Resources .............................................................................................................................. 617
SQL Reference ....................................................................................................................... 618
SELECT Command ......................................................................................................... 618
SELECT List ........................................................................................................... 618
FROM Clause .......................................................................................................... 618
WHERE Clause ....................................................................................................... 622
LIMIT Clause (Amazon S3 Select only) .................................................................... 622
Attribute Access ..................................................................................................... 622

KoveIO Compl. Ex. 17

Case Sensitivity of Header/Attribute Names ....................................................................... 623
Using Reserved Keywords as User-Defined Terms .............................................................. 624
Scalar Expressions ........................................................................................................... 624
Data Types ............................................................................................................................... 625
Data Type Conversions .................................................................................................... 625
Supported Data Types ...................................................................................................... 625
Operators .................................................................................................................................. 625
Logical Operators ............................................................................................................. 625
Comparison Operators ...................................................................................................... 626
Pattern Matching Operators .............................................................................................. 626
Math Operators ................................................................................................................ 626
Operator Precedence ........................................................................................................ 626
Reserved Keywords ................................................................................................................... 627
SQL Functions .......................................................................................................................... 631
Aggregate Functions (Amazon S3 Select only) ................................................................. 631
Conditional Functions ....................................................................................................... 632
Conversion Functions ....................................................................................................... 633
Date Functions ................................................................................................................. 633
String Functions ............................................................................................................... 639
Document History ............................................................................................................................ 642
Earlier Updates ......................................................................................................................... 642
AWS Glossary .................................................................................................................................. 656

KoveIO Compl. Ex. 17

# What Is Amazon S3?

Amazon Simple Storage Service is storage for the Internet. It is designed to make web-scale computing easier for developers.

Amazon S3 has a simple web services interface that you can use to store and retrieve any amount of data, at any time, from anywhere on the web. It gives any developer access to the same highly scalable, reliable, fast, inexpensive data storage infrastructure that Amazon uses to run its own global network of web sites. The service aims to maximize benefits of scale and to pass those benefits on to developers.

This guide explains the core concepts of Amazon S3, such as buckets and objects, and how to work with these resources using the Amazon S3 application programming interface (API).

## How Do I...?

| Information | Relevant Sections |
|---|---|
| General product overview and pricing | Amazon S3 |
| Get a quick hands-on introduction to Amazon S3 | Amazon Simple Storage Service Getting Started Guide |
| Learn about Amazon S3 key terminology and concepts | Introduction to Amazon S3 (p. 2) |
| How do I work with buckets? | Working with Amazon S3 Buckets (p. 52) |
| How do I work with objects? | Working with Amazon S3 Objects (p. 94) |
| How do I make requests? | Making Requests (p. 10) |
| How do I manage access to my resources? | Managing Access Permissions to Your Amazon S3 Resources (p. 266) |

KoveIO Compl. Ex. 17

# Introduction to Amazon S3

This introduction to Amazon Simple Storage Service is intended to give you a detailed summary of this web service. After reading this section, you should have a good idea of what it offers and how it can fit in with your business.

**Topics**

- Overview of Amazon S3 and This Guide (p. 2)
- Advantages to Amazon S3 (p. 2)
- Amazon S3 Concepts (p. 3)
- Amazon S3 Features (p. 6)
- Amazon S3 Application Programming Interfaces (API) (p. 8)
- Paying for Amazon S3 (p. 9)
- Related Services  (p. 9)

## Overview of Amazon S3 and This Guide

Amazon S3 has a simple web services interface that you can use to store and retrieve any amount of data, at any time, from anywhere on the web.

This guide describes how you send requests to create buckets, store and retrieve your objects, and manage permissions on your resources. The guide also describes access control and the authentication process. Access control defines who can access objects and buckets within Amazon S3, and the type of access (e.g., READ and WRITE). The authentication process verifies the identity of a user who is trying to access Amazon Web Services (AWS).

## Advantages to Amazon S3

Amazon S3 is intentionally built with a minimal feature set that focuses on simplicity and robustness. Following are some of advantages of the Amazon S3 service:

- **Create Buckets** – Create and name a bucket that stores data. Buckets are the fundamental container in Amazon S3 for data storage.

- **Store data in Buckets** – Store an infinite amount of data in a bucket. Upload as many objects as you like into an Amazon S3 bucket. Each object can contain up to 5 TB of data. Each object is stored and retrieved using a unique developer-assigned key.

- **Download data** – Download your data or enable others to do so. Download your data any time you like or allow others to do the same.

- **Permissions** – Grant or deny access to others who want to upload or download data into your Amazon S3 bucket. Grant upload and download permissions to three types of users. Authentication mechanisms can help keep data secure from unauthorized access.

- **Standard interfaces** – Use standards-based REST and SOAP interfaces designed to work with any Internet-development toolkit.

KoveIO Compl. Ex. 17

**Note**
SOAP support over HTTP is deprecated, but it is still available over HTTPS. New Amazon S3 features will not be supported for SOAP. We recommend that you use either the REST API or the AWS SDKs.

# Amazon S3 Concepts

**Topics**

- Buckets (p. 3)
- Objects (p. 3)
- Keys (p. 3)
- Regions (p. 4)
- Amazon S3 Data Consistency Model (p. 4)

This section describes key concepts and terminology you need to understand to use Amazon S3 effectively. They are presented in the order you will most likely encounter them.

## Buckets

A bucket is a container for objects stored in Amazon S3. Every object is contained in a bucket. For example, if the object named `photos/puppy.jpg` is stored in the `johnsmith` bucket, then it is addressable using the URL `http://johnsmith.s3.amazonaws.com/photos/puppy.jpg`

Buckets serve several purposes: they organize the Amazon S3 namespace at the highest level, they identify the account responsible for storage and data transfer charges, they play a role in access control, and they serve as the unit of aggregation for usage reporting.

You can configure buckets so that they are created in a specific region. For more information, see Buckets and Regions (p. 54). You can also configure a bucket so that every time an object is added to it, Amazon S3 generates a unique version ID and assigns it to the object. For more information, see Versioning (p. 416).

For more information about buckets, see Working with Amazon S3 Buckets (p. 52).

## Objects

Objects are the fundamental entities stored in Amazon S3. Objects consist of object data and metadata. The data portion is opaque to Amazon S3. The metadata is a set of name-value pairs that describe the object. These include some default metadata, such as the date last modified, and standard HTTP metadata, such as Content-Type. You can also specify custom metadata at the time the object is stored.

An object is uniquely identified within a bucket by a key (name) and a version ID. For more information, see Keys (p. 3) and Versioning (p. 416).

## Keys

A key is the unique identifier for an object within a bucket. Every object in a bucket has exactly one key. Because the combination of a bucket, key, and version ID uniquely identify each object, Amazon S3 can be thought of as a basic data map between "bucket + key + version" and the object itself. Every object in Amazon S3 can be uniquely addressed through the combination of the web

KoveIO Compl. Ex. 17

service endpoint, bucket name, key, and optionally, a version. For example, in the URL http://doc.s3.amazonaws.com/2006-03-01/AmazonS3.wsdl, "doc" is the name of the bucket and "2006-03-01/AmazonS3.wsdl" is the key.

For more information about object keys, see Object Keys.

# Regions

You can choose the geographical region where Amazon S3 will store the buckets you create. You might choose a region to optimize latency, minimize costs, or address regulatory requirements. Objects stored in a region never leave the region unless you explicitly transfer them to another region. For example, objects stored in the EU (Ireland) region never leave it.

For a list of Amazon S3 regions and endpoints, see Regions and Endpoints in the *AWS General Reference*.

# Amazon S3 Data Consistency Model

Amazon S3 provides read-after-write consistency for PUTS of new objects in your S3 bucket in all regions with one caveat. The caveat is that if you make a HEAD or GET request to the key name (to find if the object exists) before creating the object, Amazon S3 provides eventual consistency for read-after-write.

Amazon S3 offers eventual consistency for overwrite PUTS and DELETES in all regions.

Updates to a single key are atomic. For example, if you PUT to an existing key, a subsequent read might return the old data or the updated data, but it will never return corrupted or partial data.

Amazon S3 achieves high availability by replicating data across multiple servers within Amazon's data centers. If a PUT request is successful, your data is safely stored. However, information about the changes must replicate across Amazon S3, which can take some time, and so you might observe the following behaviors:

- A process writes a new object to Amazon S3 and immediately lists keys within its bucket. Until the change is fully propagated, the object might not appear in the list.
- A process replaces an existing object and immediately attempts to read it. Until the change is fully propagated, Amazon S3 might return the prior data.
- A process deletes an existing object and immediately attempts to read it. Until the deletion is fully propagated, Amazon S3 might return the deleted data.
- A process deletes an existing object and immediately lists keys within its bucket. Until the deletion is fully propagated, Amazon S3 might list the deleted object.

**Note**
Amazon S3 does not currently support object locking. If two PUT requests are simultaneously made to the same key, the request with the latest time stamp wins. If this is an issue, you will need to build an object-locking mechanism into your application.
Updates are key-based; there is no way to make atomic updates across keys. For example, you cannot make the update of one key dependent on the update of another key unless you design this functionality into your application.

The following table describes the characteristics of eventually consistent read and consistent read.

| Eventually Consistent Read | Consistent Read |
| --- | --- |
| Stale reads possible | No stale reads |

KoveIO Compl. Ex. 17

| Eventually Consistent Read | Consistent Read |
|---|---|
| Lowest read latency | Potential higher read latency |
| Highest read throughput | Potential lower read throughput |

## Concurrent Applications

This section provides examples of eventually consistent and consistent read requests when multiple clients are writing to the same items.

In this example, both W1 (write 1) and W2 (write 2) complete before the start of R1 (read 1) and R2 (read 2). For a consistent read, R1 and R2 both return `color = ruby`. For an eventually consistent read, R1 and R2 might return `color = red`, `color = ruby`, or no results, depending on the amount of time that has elapsed.



In the next example, W2 does not complete before the start of R1. Therefore, R1 might return `color = ruby` or `color = garnet` for either a consistent read or an eventually consistent read. Also, depending on the amount of time that has elapsed, an eventually consistent read might return no results.

For a consistent read, R2 returns `color = garnet`. For an eventually consistent read, R2 might return `color = ruby`, `color = garnet`, or no results depending on the amount of time that has elapsed.



In the last example, Client 2 performs W2 before Amazon S3 returns a success for W1, so the outcome of the final value is unknown (`color = garnet` or `color = brick`). Any subsequent reads (consistent read or eventually consistent) might return either value. Also, depending on the amount of time that has elapsed, an eventually consistent read might return no results.

KoveIO Compl. Ex. 17



# Amazon S3 Features

**Topics**

- Storage Classes (p. 6)
- Bucket Policies (p. 6)
- AWS Identity and Access Management (p. 7)
- Access Control Lists (p. 7)
- Versioning (p. 7)
- Operations (p. 7)

This section describes important Amazon S3 features.

## Storage Classes

Amazon S3 offers a range of storage classes designed for different use cases. These include Amazon S3 STANDARD for general-purpose storage of frequently accessed data, Amazon S3 STANDARD_IA for long-lived, but less frequently accessed data, and GLACIER for long-term archive.

For more information, see Storage Classes (p. 99).

## Bucket Policies

Bucket policies provide centralized access control to buckets and objects based on a variety of conditions, including Amazon S3 operations, requesters, resources, and aspects of the request (e.g., IP address). The policies are expressed in our *access policy language* and enable centralized management of permissions. The permissions attached to a bucket apply to all of the objects in that bucket.

Individuals as well as companies can use bucket policies. When companies register with Amazon S3 they create an *account*. Thereafter, the company becomes synonymous with the account. Accounts are financially responsible for the Amazon resources they (and their employees) create. Accounts have the power to grant bucket policy permissions and assign employees permissions based on a variety of conditions. For example, an account could create a policy that gives a user write access:

- To a particular S3 bucket
- From an account's corporate network

KoveIO Compl. Ex. 17

- During business hours

An account can grant one user limited read and write access, but allow another to create and delete buckets as well. An account could allow several field offices to store their daily reports in a single bucket, allowing each office to write only to a certain set of names (e.g., "Nevada/*" or "Utah/*") and only from the office's IP address range.

Unlike access control lists (described below), which can add (grant) permissions only on individual objects, policies can either add or deny permissions across all (or a subset) of objects within a bucket. With one request an account can set the permissions of any number of objects in a bucket. An account can use wildcards (similar to regular expression operators) on Amazon resource names (ARNs) and other values, so that an account can control access to groups of objects that begin with a common prefix or end with a given extension such as *.html*.

Only the bucket owner is allowed to associate a policy with a bucket. Policies, written in the access policy language, *allow* or *deny* requests based on:

- Amazon S3 bucket operations (such as `PUT ?acl`), and object operations (such as `PUT Object`, or `GET Object`)
- Requester
- Conditions specified in the policy

An account can control access based on specific Amazon S3 operations, such as `GetObject`, `GetObjectVersion`, `DeleteObject`, or `DeleteBucket`.

The conditions can be such things as IP addresses, IP address ranges in CIDR notation, dates, user agents, HTTP referrer and transports (HTTP and HTTPS).

For more information, see Using Bucket Policies and User Policies (p. 306).

# AWS Identity and Access Management

For example, you can use IAM with Amazon S3 to control the type of access a user or group of users has to specific parts of an Amazon S3 bucket your AWS account owns.

For more information about IAM, see the following:

- AWS Identity and Access Management (IAM)
- Getting Started
- IAM User Guide

# Access Control Lists

For more information, see Managing Access with ACLs (p. 367)

# Versioning

For more information, see Object Versioning (p. 104).

# Operations

Following are the most common operations you'll execute through the API.

KoveIO Compl. Ex. 17

**Common Operations**

- **Create a Bucket** – Create and name your own bucket in which to store your objects.
- **Write an Object** – Store data by creating or overwriting an object. When you write an object, you specify a unique key in the namespace of your bucket. This is also a good time to specify any access control you want on the object.
- **Read an Object** – Read data back. You can download the data via HTTP or BitTorrent.
- **Deleting an Object** – Delete some of your data.
- **Listing Keys** – List the keys contained in one of your buckets. You can filter the key list based on a prefix.

Details on this and all other functionality are described in detail later in this guide.

# Amazon S3 Application Programming Interfaces (API)

The Amazon S3 architecture is designed to be programming language-neutral, using our supported interfaces to store and retrieve objects.

Amazon S3 provides a REST and a SOAP interface. They are similar, but there are some differences. For example, in the REST interface, metadata is returned in HTTP headers. Because we only support HTTP requests of up to 4 KB (not including the body), the amount of metadata you can supply is restricted.

**Note**
SOAP support over HTTP is deprecated, but it is still available over HTTPS. New Amazon S3 features will not be supported for SOAP. We recommend that you use either the REST API or the AWS SDKs.

## The REST Interface

The REST API is an HTTP interface to Amazon S3. Using REST, you use standard HTTP requests to create, fetch, and delete buckets and objects.

You can use any toolkit that supports HTTP to use the REST API. You can even use a browser to fetch objects, as long as they are anonymously readable.

The REST API uses the standard HTTP headers and status codes, so that standard browsers and toolkits work as expected. In some areas, we have added functionality to HTTP (for example, we added headers to support access control). In these cases, we have done our best to add the new functionality in a way that matched the style of standard HTTP usage.

## The SOAP Interface

**Note**
SOAP support over HTTP is deprecated, but it is still available over HTTPS. New Amazon S3 features will not be supported for SOAP. We recommend that you use either the REST API or the AWS SDKs.

The SOAP API provides a SOAP 1.1 interface using document literal encoding. The most common way to use SOAP is to download the WSDL (go to http://doc.s3.amazonaws.com/2006-03-01/AmazonS3.wsdl), use a SOAP toolkit such as Apache Axis or Microsoft .NET to create bindings, and then write code that uses the bindings to call Amazon S3.

KoveIO Compl. Ex. 17

# Paying for Amazon S3

Pricing for Amazon S3 is designed so that you don't have to plan for the storage requirements of your application. Most storage providers force you to purchase a predetermined amount of storage and network transfer capacity: If you exceed that capacity, your service is shut off or you are charged high overage fees. If you do not exceed that capacity, you pay as though you used it all.

Amazon S3 charges you only for what you actually use, with no hidden fees and no overage charges. This gives developers a variable-cost service that can grow with their business while enjoying the cost advantages of Amazon's infrastructure.

Before storing anything in Amazon S3, you need to register with the service and provide a payment instrument that will be charged at the end of each month. There are no set-up fees to begin using the service. At the end of the month, your payment instrument is automatically charged for that month's usage.

For information about paying for Amazon S3 storage, see Amazon S3 Pricing.

# Related Services

Once you load your data into Amazon S3, you can use it with other services that we provide. The following services are the ones you might use most frequently:

- **Amazon Elastic Compute Cloud** – This web service provides virtual compute resources in the cloud. For more information, go to the Amazon EC2 product details page.
- **Amazon EMR** – This web service enables businesses, researchers, data analysts, and developers to easily and cost-effectively process vast amounts of data. It utilizes a hosted Hadoop framework running on the web-scale infrastructure of Amazon EC2 and Amazon S3. For more information, go to the Amazon EMR product details page.
- **AWS Import/Export** – AWS Import/Export enables you to mail a storage device, such as a RAID drive, to Amazon so that we can upload your (terabytes) of data into Amazon S3. For more information, go to the AWS Import/Export Developer Guide.

KoveIO Compl. Ex. 17

# Making Requests

**Topics**

- About Access Keys (p. 10)
- Request Endpoints (p. 11)
- Making Requests to Amazon S3 over IPv6 (p. 12)
- Making Requests Using the AWS SDKs (p. 18)
- Making Requests Using the REST API (p. 44)

Amazon S3 is a REST service. You can send requests to Amazon S3 using the REST API or the AWS SDK (see Sample Code and Libraries) wrapper libraries that wrap the underlying Amazon S3 REST API, simplifying your programming tasks.

Every interaction with Amazon S3 is either authenticated or anonymous. Authentication is a process of verifying the identity of the requester trying to access an Amazon Web Services (AWS) product. Authenticated requests must include a signature value that authenticates the request sender. The signature value is, in part, generated from the requester's AWS access keys (access key ID and secret access key). For more information about getting access keys, see How Do I Get Security Credentials? in the *AWS General Reference*.

If you are using the AWS SDK, the libraries compute the signature from the keys you provide. However, if you make direct REST API calls in your application, you must write the code to compute the signature and add it to the request.

## About Access Keys

The following sections review the types of access keys that you can use to make authenticated requests.

### AWS Account Access Keys

The account access keys provide full access to the AWS resources owned by the account. The following are examples of access keys:

- Access key ID (a 20-character, alphanumeric string). For example: AKIAIOSFODNN7EXAMPLE
- Secret access key (a 40-character string). For example: wJalrXUtnFEMI/K7MDENG/bPxRfiCYEXAMPLEKEY

The access key ID uniquely identifies an AWS account. You can use these access keys to send authenticated requests to Amazon S3.

### IAM User Access Keys

You can create one AWS account for your company; however, there may be several employees in the organization who need access to your organization's AWS resources. Sharing your AWS account access keys reduces security, and creating individual AWS accounts for each employee might not be practical.

KoveIO Compl. Ex. 17

Also, you cannot easily share resources such as buckets and objects because they are owned by different accounts. To share resources, you must grant permissions, which is additional work.

In such scenarios, you can use AWS Identity and Access Management (IAM) to create users under your AWS account with their own access keys and attach IAM user policies granting appropriate resource access permissions to them. To better manage these users, IAM enables you to create groups of users and grant group-level permissions that apply to all users in that group.

These users are referred to as IAM users that you create and manage within AWS. The parent account controls a user's ability to access AWS. Any resources an IAM user creates are under the control of and paid for by the parent AWS account. These IAM users can send authenticated requests to Amazon S3 using their own security credentials. For more information about creating and managing users under your AWS account, go to the AWS Identity and Access Management product details page.

# Temporary Security Credentials

In addition to creating IAM users with their own access keys, IAM also enables you to grant temporary security credentials (temporary access keys and a security token) to any IAM user to enable them to access your AWS services and resources. You can also manage users in your system outside AWS. These are referred to as federated users. Additionally, users can be applications that you create to access your AWS resources.

IAM provides the AWS Security Token Service API for you to request temporary security credentials. You can use either the AWS STS API or the AWS SDK to request these credentials. The API returns temporary security credentials (access key ID and secret access key), and a security token. These credentials are valid only for the duration you specify when you request them. You use the access key ID and secret key the same way you use them when sending requests using your AWS account or IAM user access keys. In addition, you must include the token in each request you send to Amazon S3.

An IAM user can request these temporary security credentials for their own use or hand them out to federated users or applications. When requesting temporary security credentials for federated users, you must provide a user name and an IAM policy defining the permissions you want to associate with these temporary security credentials. The federated user cannot get more permissions than the parent IAM user who requested the temporary credentials.

You can use these temporary security credentials in making requests to Amazon S3. The API libraries compute the necessary signature value using those credentials to authenticate your request. If you send requests using expired credentials, Amazon S3 denies the request.

For information on signing requests using temporary security credentials in your REST API requests, see Signing and Authenticating REST Requests (p. 592). For information about sending requests using AWS SDKs, see Making Requests Using the AWS SDKs (p. 18).

For more information about IAM support for temporary security credentials, see Temporary Security Credentials in the *IAM User Guide*.

For added security, you can require multifactor authentication (MFA) when accessing your Amazon S3 resources by configuring a bucket policy. For information, see Adding a Bucket Policy to Require MFA (p. 339). After you require MFA to access your Amazon S3 resources, the only way you can access these resources is by providing temporary credentials that are created with an MFA key. For more information, see the AWS Multi-Factor Authentication detail page and Configuring MFA-Protected API Access in the *IAM User Guide*.

# Request Endpoints

You send REST requests to the service's predefined endpoint. For a list of all AWS services and their corresponding endpoints, go to Regions and Endpoints in the *AWS General Reference*.

KoveIO Compl. Ex. 17

# Request Routing

**Topics**

- Request Redirection and the REST API (p. 530)
- DNS Considerations (p. 533)

Programs that make requests against buckets created using the <CreateBucketConfiguration> API must support redirects. Additionally, some clients that do not respect DNS TTLs might encounter issues.

This section describes routing and DNS issues to consider when designing your service or application for use with Amazon S3.

## Request Redirection and the REST API

Amazon S3 uses the Domain Name System (DNS) to route requests to facilities that can process them. This system works effectively, but temporary routing errors can occur. If a request arrives at the wrong Amazon S3 location, Amazon S3 responds with a temporary redirect that tells the requester to resend the request to a new endpoint. If a request is incorrectly formed, Amazon S3 uses permanent redirects to provide direction on how to perform the request correctly.

> **Important**
> To use this feature, you must have an application that can handle Amazon S3 redirect responses. The only exception is for applications that work exclusively with buckets that were created without <CreateBucketConfiguration>. For more information about location constraints, see Accessing a Bucket (p. 54).

**Topics**

- DNS Routing (p. 530)
- Temporary Request Redirection (p. 531)
- Permanent Request Redirection (p. 533)
- Request Redirection Examples (p. 533)

## DNS Routing

DNS routing routes requests to appropriate Amazon S3 facilities. The following figure and procedure show an example of DNS routing.

KoveIO Compl. Ex. 17



**DNS routing request steps**

1. The client makes a DNS request to get an object stored on Amazon S3.
2. The client receives one or more IP addresses for facilities that can process the request. In this example, the IP address is for Facility B.
3. The client makes a request to Amazon S3 Facility B.
4. Facility B returns a copy of the object to the client.

# Temporary Request Redirection

A temporary redirect is a type of error response that signals to the requester that they should resend the request to a different endpoint. Due to the distributed nature of Amazon S3, requests can be temporarily routed to the wrong facility. This is most likely to occur immediately after buckets are created or deleted.

For example, if you create a new bucket and immediately make a request to the bucket, you might receive a temporary redirect, depending on the location constraint of the bucket. If you created the bucket in the US East (N. Virginia) AWS Region, you will not see the redirect because this is also the default Amazon S3 endpoint.

However, if the bucket is created in any other Region, any requests for the bucket go to the default endpoint while the bucket's DNS entry is propagated. The default endpoint redirects the request to the

KoveIO Compl. Ex. 17

correct endpoint with an HTTP 302 response. Temporary redirects contain a URI to the correct facility, which you can use to immediately resend the request.

**Important**

Don't reuse an endpoint provided by a previous redirect response. It might appear to work (even for long periods of time), but it might provide unpredictable results and will eventually fail without notice.

The following figure and procedure shows an example of a temporary redirect.



**Temporary request redirection steps**

1. The client makes a DNS request to get an object stored on Amazon S3.

2. The client receives one or more IP addresses for facilities that can process the request.

3. The client makes a request to Amazon S3 Facility B.

4. Facility B returns a redirect indicating the object is available from Location C.

5. The client resends the request to Facility C.

6. Facility C returns a copy of the object.

KoveIO Compl. Ex. 17

# Permanent Request Redirection

A permanent redirect indicates that your request addressed a resource inappropriately. For example, permanent redirects occur if you use a path-style request to access a bucket that was created using `<CreateBucketConfiguration>`. For more information, see Accessing a Bucket (p. 54).

To help you find these errors during development, this type of redirect does not contain a Location HTTP header that allows you to automatically follow the request to the correct location. Consult the resulting XML error document for help using the correct Amazon S3 endpoint.

# Request Redirection Examples

The following are examples of temporary request redirection responses.

## REST API Temporary Redirect Response

```
HTTP/1.1 307 Temporary Redirect
Location: http://johnsmith.s3-gztb4pa9sq.amazonaws.com/photos/puppy.jpg?rk=e2c69a31
Content-Type: application/xml
Transfer-Encoding: chunked
Date: Fri, 12 Oct 2007 01:12:56 GMT
Server: AmazonS3

<?xml version="1.0" encoding="UTF-8"?>
<Error>
  <Code>TemporaryRedirect</Code>
  <Message>Please re-send this request to the specified temporary endpoint.
  Continue to use the original request endpoint for future requests.</Message>
  <Endpoint>johnsmith.s3-gztb4pa9sq.amazonaws.com</Endpoint>
</Error>
```

## SOAP API Temporary Redirect Response

**Note**
SOAP support over HTTP is deprecated, but it is still available over HTTPS. New Amazon S3 features will not be supported for SOAP. We recommend that you use either the REST API or the AWS SDKs.

```
<soapenv:Body>
  <soapenv:Fault>
    <Faultcode>soapenv:Client.TemporaryRedirect</Faultcode>
    <Faultstring>Please re-send this request to the specified temporary endpoint.
    Continue to use the original request endpoint for future requests.</Faultstring>
    <Detail>
      <Bucket>images</Bucket>
      <Endpoint>s3-gztb4pa9sq.amazonaws.com</Endpoint>
    </Detail>
  </soapenv:Fault>
</soapenv:Body>
```

# DNS Considerations

One of the design requirements of Amazon S3 is extremely high availability. One of the ways we meet this requirement is by updating the IP addresses associated with the Amazon S3 endpoint in DNS

KoveIO Compl. Ex. 17

as needed. These changes are automatically reflected in short-lived clients, but not in some long-lived clients. Long-lived clients will need to take special action to re-resolve the Amazon S3 endpoint periodically to benefit from these changes. For more information about virtual machines (VMs), refer to the following:

- For Java, Sun's JVM caches DNS lookups forever by default; go to the "InetAddress Caching" section of the InetAddress documentation for information on how to change this behavior.
- For PHP, the persistent PHP VM that runs in the most popular deployment configurations caches DNS lookups until the VM is restarted. Go to the getHostByName PHP docs.

KoveIO Compl. Ex. 17

# Performance Optimization

This section discusses Amazon S3 best practices for optimizing performance in the following topics.

**Topics**

- Request Rate and Performance Guidelines (p. 535)
- TCP Window Scaling (p. 535)
- TCP Selective Acknowledgement (p. 536)

> **Note**
> For more information about high performance tuning, see Enabling High Performance Data Transfers at the Pittsburgh Supercomputing Center (PSC) website.

# Request Rate and Performance Guidelines

Amazon S3 automatically scales to high request rates. For example, your application can achieve at least 3,500 PUT/POST/DELETE and 5,500 GET requests per second per prefix in a bucket. There are no limits to the number of prefixes in a bucket. It is simple to increase your read or write performance exponentially. For example, if you create 10 prefixes in an Amazon S3 bucket to parallelize reads, you could scale your read performance to 55,000 read requests per second.

If your Amazon S3 workload uses server-side encryption with AWS Key Management Service (SSE-KMS), see AWS KMS Limits in the *AWS Key Management Service Developer Guide* for information about the request rates supported for your use case.

## GET-Intensive Workloads

If your workload is mainly sending GET requests, in addition to the preceding guidelines, you should consider using Amazon CloudFront for performance optimization. By integrating CloudFront with Amazon S3, you can distribute content to your users with low latency and a high data transfer rate. You also send fewer direct requests to Amazon S3, which reduces your costs.

For example, suppose that you have a few objects that are very popular. CloudFront fetches those objects from Amazon S3 and caches them. CloudFront can then serve future requests for the objects from its cache, reducing the number of GET requests it sends to Amazon S3. For more information, see the Amazon CloudFront product detail page.

# TCP Window Scaling

TCP window scaling allows you to improve network throughput performance between your operating system and application layer and Amazon S3 by supporting window sizes larger than 64 KB. At the start of the TCP session, a client advertises its supported receive window WSCALE factor, and Amazon S3 responds with its supported receive window WSCALE factor for the upstream direction.

Although TCP window scaling can improve performance, it can be challenging to set correctly. Make sure to adjust settings at both the application and kernel level. For more information about TCP window scaling, refer to your operating system's documentation and go to RFC 1323.

KoveIO Compl. Ex. 17

# TCP Selective Acknowledgement

TCP selective acknowledgement is designed to improve recovery time after a large number of packet losses. TCP selective acknowledgement is supported by most newer operating systems, but might have to be enabled. For more information about TCP selective acknowledgements, refer to the documentation that accompanied your operating system and go to RFC 2018.

KoveIO Compl. Ex. 17

# Exhibit 18

KoveIO Compl. Ex. 18

# Summary of the Amazon S3 Service Disruption in the Northern Virginia (US-EAST-1) Region

We'd like to give you some additional information about the service disruption that occurred in the Northern Virginia (US-EAST-1) Region on the morning of February 28th, 2017. The Amazon Simple Storage Service (S3) team was debugging an issue causing the S3 billing system to progress more slowly than expected. At 9:37AM PST, an authorized S3 team member using an established playbook executed a command which was intended to remove a small number of servers for one of the S3 subsystems that is used by the S3 billing process. Unfortunately, one of the inputs to the command was entered incorrectly and a larger set of servers was removed than intended. The servers that were inadvertently removed supported two other S3 subsystems. One of these subsystems, the index subsystem, manages the metadata and location information of all S3 objects in the region. This subsystem is necessary to serve all GET, LIST, PUT, and DELETE requests. The second subsystem, the placement subsystem, manages allocation of new storage and requires the index subsystem to be functioning properly to correctly operate. The placement subsystem is used during PUT requests to allocate storage for new objects. Removing a significant portion of the capacity caused each of these systems to require a full restart. While these subsystems were being restarted, S3 was unable to service requests. Other AWS services in the US-EAST-1 Region that rely on S3 for storage, including the S3 console, Amazon Elastic Compute Cloud (EC2) new instance launches, Amazon Elastic Block Store (EBS) volumes (when data was needed from a S3 snapshot), and AWS Lambda were also impacted while the S3 APIs were unavailable.

S3 subsystems are designed to support the removal or failure of significant capacity with little or no customer impact. We build our systems with the assumption that things will occasionally fail, and we rely on the ability to remove and replace capacity as one of our core operational processes. While this is an operation that we have relied on to maintain our systems since the launch of S3, we have not completely restarted the index subsystem or the placement subsystem in our larger regions for many years. S3 has experienced massive growth over the last several years and the process of restarting these services and running the necessary safety checks to validate the integrity of the metadata took longer than expected. The index subsystem was the first of the two affected subsystems that needed to be restarted. By 12:26PM PST, the index subsystem had activated enough capacity to begin servicing S3 GET, LIST, and DELETE requests. By 1:18PM PST, the index subsystem was fully recovered and GET, LIST, and DELETE APIs were functioning normally. The S3 PUT API also required the placement subsystem. The placement subsystem began recovery when the index subsystem was functional and finished recovery at 1:54PM PST. At this point, S3 was operating normally. Other AWS services that were impacted by this event began recovering. Some of these services had accumulated a backlog of work during the S3 disruption and required additional time to fully recover.

We are making several changes as a result of this operational event. While removal of capacity is a key operational practice, in this instance, the tool used allowed too much capacity to be removed too quickly. We have modified this tool to remove capacity more slowly and added safeguards to prevent capacity from being removed when it will take any subsystem below its minimum required capacity level. This will prevent an incorrect input from triggering a similar event in the future. We are also auditing our other operational tools to ensure we

involves breaking services into small partitions which we call cells. By factoring services into cells, engineering teams can assess and thoroughly test recovery processes of even the largest service or subsystem. As S3 has scaled, the team has done considerable work to refactor parts of the service into smaller cells to reduce blast radius and improve recovery. During this event, the recovery time of the index subsystem still took longer than we expected. The S3 team had planned further partitioning of the index subsystem later this year. We are reprioritizing that work to begin immediately.

From the beginning of this event until 11:37AM PST, we were unable to update the individual services' status on the AWS Service Health Dashboard (SHD) because of a dependency the SHD administration console has on Amazon S3. Instead, we used the AWS Twitter feed (@AWSCloud) and SHD banner text to communicate status until we were able to update the individual services' status on the SHD.  We understand that the SHD provides important visibility to our customers during operational events and we have changed the SHD administration console to run across multiple AWS regions.

Finally, we want to apologize for the impact this event caused for our customers. While we are proud of our long track record of availability with Amazon S3, we know how critical this service is to our customers, their applications and end users, and their businesses. We will do everything we can to learn from this event and use it to improve our availability even further.



**Create a Free Account**

 Twitter      Facebook      Podcast      Twitch      AWS Blog      RSS News Feed
 Email Updates

**AWS & Cloud Computing**
What is Cloud Computing?
What is Caching?
What is NoSQL?
What is DevOps?
What is Docker?
Products & Services
Customer Success
Economics Center
Architecture Center
Security Center
What's New
Whitepapers
AWS Blog
Events

KoveIO Compl. Ex. 18

# Exhibit 19

KoveIO Compl. Ex. 19

**AWS Big Data Blog**

# Building and Maintaining an Amazon S3 Metadata Index without Servers

by Mike Deck | on 12 AUG 2015 | in Amazon DynamoDB, Amazon Simple Storage Services (S3), AWS Lambda | Permalink | 💬 Comments | ↪ Share

*Mike Deck is a Solutions Architect with AWS*

Amazon S3 is a simple key-based object store whose scalability and low cost make it ideal for storing large datasets. Its design enables S3 to provide excellent performance for storing and retrieving objects based on a known key. Finding objects based on other attributes, however, requires doing a linear search using the LIST operation. Because each listing can return at most 1000 keys, it may require many requests before finding the object. Because of these additional requests, implementing attribute-based queries in S3 alone can be challenging.

A common solution is to build an external index that maps queryable attributes to the S3 object key. This index can leverage data repositories that are built for fast lookups but might not be great at storing large data blobs. These types of indexes provide an entry point to your data that can be used by a variety of systems. For instance, the AWS Lambda search function described in "Building Scalable and Responsive Big Data Interfaces with AWS Lambda" could leverage an index instead of listing keys directly, to dramatically reduce the search space and improve performance.

In this post, I walk through an approach for building such an index using Amazon DynamoDB and AWS Lambda. With these technologies, you can create a high performance, low-cost index that scales and remains highly available without the need to maintain traditional servers.

## Example use case

For the purposes of illustration, this post focuses on a common use case in which S3 is used as the primary data store for a fleet of data ingestion servers. For this example, assume you have a large number of Amazon EC2 instances that receive data sent by customers via a public API. These servers batch the data in one-minute increments and add an object per customer to S3 with the raw data items received in that minute. Because of the distributed nature of the instances, there's no way to know which servers might store data for a given customer at any minute.

Assume that the servers upload objects with the following key structure:

KoveIO Compl. Ex. 19

```
[4-digit hash]/[server id]/[year]-[month]-[day]-[hour]-[minute]/[customer id]-[epoch
timestamp].data
```

Example: `a5b2/i-31cc02/2015-07-05-00-25/87423-1436055953839.data`

This key structure enables sustained, high-access rates to S3 but makes it difficult to find all keys for a given customer or server using S3 LIST operations. For instance, to list all the data objects for a given customer uploaded within the last 24 hours, you would have to iterate over every single key in the bucket and inspect the customer ID for each one separately.

In addition to the information encoded in the key, each object has a user-defined metadata field that specifies whether a transaction record is present in the data. A very small percentage of these objects contain transaction records. However, these records are particularly important for certain analyses.

For data collected in this manner there are a number of analyses you could run. This post focuses on building a metadata index to facilitate four specific reports and queries:

1. Find all objects for a given customer collected during a time range.
2. Calculate the total storage used for a given customer.
3. List all objects for a given customer that contain a transaction record.
4. Find all objects uploaded by a given server during a time range.

## Architecture

In addition to fulfilling the functional requirements outlined above, below are the primary architectural goals for this system:

- **Zero administration cost** – This system should not require the creation or administration of any servers.
- **Scalable and elastic** – The index should be able to accommodate a growing number of entries seamlessly as well as scaling up and down to handle changing rates of insertions and queries.
- **Automatic** – Adding objects to the index should not require any additional operations beyond adding the object to S3.

DynamoDB is a NoSQL data store that can be used for storing the index itself, and AWS Lambda is a compute service that can run code to add index entries. Both of these services are fully managed, providing scalable and highly available components without the need to administer servers directly.

To update the index automatically when new objects are created, the AWS Lambda function that creates the index entries can be configured to execute in response to S3 object creation events.

The process is illustrated below.

KoveIO Compl. Ex. 19



*Note*: The example code in this post only handles object creation, but the same approach can also be used to remove entries from the index when objects are deleted from the bucket.

**DynamoDB table design**

The heart of the S3 object index is a DynamoDB table with one item per object, which associates various attributes with the object's S3 key. Each item contains the S3 key, the size of the object, and any additional attributes to use for lookups.

Because DynamoDB tables are schema-less, the only things you need to define explicitly are the primary key and any additional indexes to support your queries. When selecting a primary key and indexes, you need to consider how the table will be queried. The following sections look at each of the four queries from the example and show an index optimized for each one.

In this example, you define all of your indexes up front. In a more iterative development context, you could define only the primary key to begin with and then add secondary indexes as your requirements demand.

### 1. Find all objects for a given customer collected during a time range

For this query type, use a hash and range primary key. By making the customer ID the hash key, you can find all the objects for a given customer. Additionally, if the range key is the timestamp you can narrow the results to a specific time range.  You can't use just these two pieces of information alone because there's no guarantee that two different servers won't upload an object for the same customer at the same time, violating the uniqueness requirement of your primary key. To guarantee uniqueness while still enabling the ability to query on time range, you can append the server ID to the timestamp for the range key. The resulting key layout is shown below.

| Cust ID | TS-Server | Key | Size |
|---|---|---|---|
| 38229 | 2015-07-05T15:02-663e32 | c82e/i-663e32/2015-07-05T15:02/38229.data | 2062 |
| 49113 | 2015-07-05T14:29-31cc04 | 29cc/i-31cc02/2015-07-05T14:29/49113.data | 2334 |
| 49113 | 2015-07-05T14:29-86d1fa | cc2f/i-86d1fa/2015-07-05T14:29/49113.data | 1988 |

## 2. Calculate the total storage used for a given customer

Because your primary key always allows you to retrieve all of the attributes for each item, you'll also be able to use this index to track the storage consumed for each customer by retrieving all of the records for a given customer ID and summing the size attribute.

## 3. List all objects for a given customer that contain a transaction record.

Because most of the objects won't contain a transaction, you can use a sparse secondary index to enable fast lookups of log files with transactions for a customer. To create a sparse index you need a "HasTransaction" attribute that is only present when a transaction exists in the object. When no transaction is present you should omit the attribute entirely.

For this index, use the same customer ID hash key and set the range key to the "HasTransaction" attribute. Because this index's hash key is the same as the primary key you can define the index to be a local secondary index.

## 4. Find all objects uploaded by a given server during a time range

This query will require a global secondary index since the lookup will use a different hash key than the primary key.  Use the server ID as the hash key and reuse the concatenated timestamp and server ID attribute for the range key. Because global secondary indexes do not have the same uniqueness constraint as primary keys, you don't need to worry about including the customer ID in this index.

| Server ID | TS-Server | Key |
|---|---|---|
| i-663e32 | 2015-07-05T15:02-663e32 | c82e/i-663e32/2015-07-05T15:02/38229.data |
| i-31cc02 | 2015-07-05T14:29-31cc04 | 29cc/i-31cc02/2015-07-05T14:29/49113.data |
| i-86d1fa | 2015-07-05T14:29-86d1fa | cc2f/i-86d1fa/2015-07-05T14:29/49113.data |

### Lambda function overview

Now that you have your DynamoDB table defined, you can build the Lambda function that handles the object creation events fired by S3. The event handler needs to complete the following tasks for each object added to your bucket:

1. Extract the key and object size from the event data.

KoveIO Compl. Ex. 19

2. Request the user-defined metadata fields for the object from S3.
3. Determine the name of the index DynamoDB table.
4. Put an item into the table.

Steps 1, 2, and 4 are very straightforward, and are shown in the example code that accompanies this post.

Determining the name of the DynamoDB table to use can be done in several ways. For the sake of simplicity, the code example uses a simple naming convention in which an "-index" suffix is appended to the bucket name. This way, the same Lambda function can be reused on multiple buckets. Other alternatives to this strategy would be to simply hard-code the index table name in the function or use the event notification configuration ID to encode the table name in the S3 event itself.

## Practical considerations

The approach described in this post is an effective way to build and maintain an index for S3 buckets across a variety of usage patterns, but there are some issues you should consider before using this architecture in production.

## Error Handling

While all of the services used for this index are designed to be highly available, there's always the potential that the indexing function could encounter an error. We can write our function defensively and handle many scenarios gracefully, but we also need a mechanism for dealing with unrecoverable failures.

Fortunately, Lambda functions create and write to Amazon CloudWatch log streams by default. Each invocation of the function is logged. If it does not complete successfully, there is a record of what caused the failure. You can also create a CloudWatch alarm that notifies a human whenever there is an error that our automated process couldn't deal with, so that the problem can be investigated and remedied.

## Object creation rate

When configuring your index, consider the rate at which objects will be created in S3 to properly set the provisioned throughput for the DynamoDB table as well as the concurrency rates for the Lambda function. This style of index generally requires DynamoDB write capacity equivalent to the maximum object creation rate. For more information about provisioning throughput, see the Use Burst Capacity Sparingly section in the Guidelines for Working with Tables topic.

You should also test your Lambda function under various loads to determine its concurrency requirements. After you've determined the maximum request rate and concurrent invocations needed to support your usage patterns, you can request an appropriate increase to the default limits if necessary.

## Performance Tuning

Depending on your AWS Lambda function's complexity, you may need to adjust the available resources (memory, CPU, and network). You can adjust the memory allocated to your function at any time and AWS Lambda assigns proportional CPU and network resources based on that value.

## Sample code and query examples

The AWS Big Data Blog's Github repository contains sample code and instructions for deploying this system.

I've also created a video that demonstrates deploying the sample code.

## Conclusion

By leveraging S3's integration with other fully-managed AWS services, you can build extremely useful extensions with minimal development and ongoing administrative costs. Because both Lambda and DynamoDB provide highly flexible platforms for executing arbitrary code or storing schema-less data, respectively, you can use the overarching approach described in this post to build sophisticated solutions that don't create the operational burden of provisioning and maintaining traditional servers.

TAGS: AWS Lambda, DynamoDB, S3

## Resources

Amazon Athena

Amazon EMR

AWS Glue

Amazon DynamoDB

Amazon Kinesis

Amazon QuickSight

Amazon Redshift

## Follow

 Twitter
 Facebook
 LinkedIn
 Twitch
 Email Updates

## Related Posts

Using Sort Keys to Organize Data in Amazon DynamoDB

Your guide to Amazon DynamoDB sessions, workshops, and chalk talks at AWS re:Invent 2018

# Exhibit 20

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

# Frequently Asked Questions About Amazon DynamoDB

What is Amazon DynamoDB?

Getting started

Data model and APIs

Scalability, availability, and durability

Auto Scaling

Global secondary indexes

Local secondary indexes

Security and control

Pricing

Reserved capacity

Cross-region replication

Triggers

Streams

Storage backend for Titan

CloudWatch metrics

Tagging

Time to Live (TTL)

Amazon DynamoDB Accelerator (DAX)

Global tables

Backup and restore

Encryption at rest

VPC endpoints

**Get Started with AWS for Free**

Create a Free Account

AWS Free Tier offers 25 GB of storage, up to 200 million requests per month with Amazon DynamoDB.

View AWS Free Tier Details »

---

AWS FREE TIER

Gain free, hands-on experience with AWS for 12 months



GET STARTED WITH AWS

Learn how to start using AWS in minutes



KoveIO Compl. Ex. 20

# What is Amazon DynamoDB?

**Q: What is Amazon DynamoDB?**

Amazon DynamoDB is a fully managed NoSQL database service that provides fast and predictable performance with seamless scalability. DynamoDB enables customers to offload the administrative burdens of operating and scaling distributed databases to AWS so that they don't have to worry about hardware provisioning, setup and configuration, throughput capacity planning, replication, software patching, or cluster scaling.

**Q: What does Amazon DynamoDB manage on my behalf?**

Amazon DynamoDB takes away one of the main stumbling blocks of scaling databases: the management of database software and the provisioning of the hardware needed to run it. You can deploy a nonrelational database in a matter of minutes. DynamoDB automatically scales throughput capacity to meet workload demands and partitions and repartitions your data as your table size grows. In addition, DynamoDB synchronously replicates data across three facilities in an AWS Region, giving you high availability and data durability.

**Q: What does read consistency mean? Why should I care?**

Amazon DynamoDB stores three geographically distributed replicas of each table to enable high availability and data durability. Read consistency represents the manner and timing in which the successful write or update of a data item is reflected in a subsequent read operation of that same item. DynamoDB exposes logic that enables you to specify the consistency characteristics you desire for each read request within your application.

**Q: What is the consistency model of Amazon DynamoDB?**

When reading data from Amazon DynamoDB, users can specify whether they want the read to be eventually consistent or strongly consistent:

- Eventually consistent reads (Default) – The eventual consistency option maximizes your read throughput. However, an eventually consistent read might not reflect the results of a recently completed write. Consistency across all copies of data is usually reached within a second. Repeating a read after a short time should return the updated data.

- Strongly consistent reads — In addition to eventual consistency, Amazon DynamoDB also gives you the flexibility and control to request a strongly consistent read if your application, or an element of your application, requires it. A strongly consistent read returns a result that reflects all writes that received a successful response prior to the read.

**Q: Does DynamoDB support in-place atomic updates?**

Amazon DynamoDB supports fast, in-place updates. You can increment or decrement a numeric attribute in a row using a single API call. Similarly, you can atomically add or remove sets, lists, or maps. For more information about atomic updates, see Atomic Counters.

**Q: Why is Amazon DynamoDB built on solid-state drives?**

Amazon DynamoDB runs exclusively on solid-state drives (SSDs). SSDs help AWS achieve the design goals of predictable low-latency response times for storing and accessing data at any scale. The high I/O (high reads/second and writes/second) performance of SSDs also enables us to serve high-scale request workloads cost-efficiently, and to pass this efficiency along in low request pricing.

**Q: The storage cost of DynamoDB seems high. Is this a cost-effective service?**

As with any product, we encourage potential customers of Amazon DynamoDB to consider the total cost of a solution, not just a single pricing dimension. The total cost of servicing a database workload is a function of the request traffic requirements and the amount of data stored. Most database workloads are characterized by a requirement for high I/O (high reads/second and writes/second) per GB stored. DynamoDB is built on SSD drives, which raises the cost per GB stored, relative to spinning media, but it also allows us to offer very low request costs. Based on what we see in typical database workloads, we believe that the total bill for using SSD-based DynamoDB will usually be lower than the cost of using a typical spinning media-based relational or nonrelational database. If you need to store a large amount of data that

KoveIO Compl. Ex. 20

you rarely access, DynamoDB may not be right for you. We recommend that you use Amazon S3 for such use cases.

You also should note that the storage cost reflects the cost of storing multiple copies of each data item across multiple facilities in an AWS Region.

**Q: Is DynamoDB only for high-scale applications?**

No. Amazon DynamoDB offers seamless scaling so that you can scale automatically as your application requirements increase. If you need fast, predictable performance at any scale, DynamoDB may be the right choice for you.

# Getting started

**Q: How do I get started with Amazon DynamoDB?**

Click "Sign Up" to get started with Amazon DynamoDB today. From there, you can begin interacting with Amazon DynamoDB using either the AWS Management Console or Amazon DynamoDB APIs. If you are using the AWS Management Console, you can create a table with Amazon DynamoDB and begin exploring with just a few clicks.

**Q: What kind of query functionality does DynamoDB support?**

Amazon DynamoDB supports GET/PUT operations using a user-defined primary key. The primary key is the only required attribute for items in a table and it uniquely identifies each item. You specify the primary key when you create a table. In addition to that DynamoDB provides flexible querying by letting you query on non-primary key attributes using Global Secondary Indexes and Local Secondary Indexes.

A primary key can either be a single-attribute partition key or a composite partition-sort key. A single attribute partition primary key could be, for example, "UserID". This would allow you to quickly read and write data for an item associated with a given user ID.

A composite partition-sort key is indexed as a partition key element and a sort key element. This multi-part key maintains a hierarchy between the first and second element values. For example, a composite partition-sort key could be a combination of "UserID" (partition) and "Timestamp" (sort). Holding the partition key element constant, you can search across the sort key element to retrieve items. This would allow you to use the Query API to, for example, retrieve all items for a single UserID across a range of timestamps.

For more information on Global Secondary Indexing and its query capabilities, see the Secondary Indexes section in FAQ.

**Q: How do I update and query data items with Amazon DynamoDB?**

After you have created a table using the AWS Management Console or CreateTable API, you can use the PutItem or BatchWriteItem APIs to insert items. Then you can use the GetItem, BatchGetItem, or, if composite primary keys are enabled and in use in your table, the Query API to retrieve the item(s) you added to the table.

**Q: Does Amazon DynamoDB support conditional operations?**

Yes, you can specify a condition that must be satisfied for a put, update, or delete operation to be completed on an item. To perform a conditional operation, you can define a ConditionExpression that is constructed from the following:

- Boolean functions: ATTRIBUTE_EXIST, CONTAINS, and BEGINS_WITH

- Comparison operators: =, <>, <, >, <=, >=, BETWEEN, and IN

- Logical operators: NOT, AND, and OR.

You can construct a free-form conditional expression that combines multiple conditional clauses, including nested clauses. Conditional operations allow users to implement optimistic concurrency control systems on DynamoDB. For more information on conditional operations, please see our documentation.

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

KoveIO Compl. Ex. 20

**Q: Are expressions supported for key conditions?**

Yes, you can specify an expression as part of the Query API call to filter results based on values of primary keys on a table using the KeyConditionExpression parameter.

**Q: Are expressions supported for partition and partition-sort keys?**

Yes, you can use expressions for both partition and partition-sort keys. Refer to the [documentation page](#) for more information on which expressions work on partition and partition-sort keys.

**Q: Does Amazon DynamoDB support increment or decrement operations?**

EC2?

Today's web-based applications generate and consume massive amounts of data. For example, an online game might start out with only a few thousand users and a light database workload consisting of 10 writes per second and 50 reads per second. However, if the game becomes successful, it may rapidly grow to millions of users and generate tens (or even hundreds) of thousands of writes and reads per second. It may also create terabytes or more of data per day. Developing your applications against Amazon DynamoDB enables you to start small and simply dial-up your request capacity for a table as your requirements scale, without incurring downtime. You pay highly cost-efficient rates for the request capacity you provision, and let Amazon DynamoDB do the work over partitioning your data and traffic over sufficient server capacity to meet your needs. Amazon DynamoDB does the database management and administration, and you simply store and request your data. Automatic replication and failover provides built-in fault tolerance, high availability, and data durability. Amazon DynamoDB gives you the peace of mind that your database is fully managed and can grow with your application requirements.

While Amazon DynamoDB tackles the core problems of database scalability, management, performance, and reliability, the datamodel, just like any NoSQL, must be designed specifically for the access patterns required by the application. In other words, running adhoc queries on DynamoDB can be inefficient. Refer to the design guidance that shows how to effectively migrate from a Relational database to DynamoDB. If your workload requires this functionality, or you are looking for compatibility with an existing relational engine, you may wish to run a relational engine on Amazon RDS or Amazon EC2. While relational database engines provide robust features and functionality, scaling a workload beyond a single relational database instance is highly complex and requires significant time and expertise. As such, if you anticipate scaling requirements for your new application and do not need relational features, Amazon DynamoDB may be the best choice for you.

**Q: How does Amazon DynamoDB differ from Amazon SimpleDB?**

Which should I use? Both services are non-relational databases that remove the work of database administration. Amazon DynamoDB focuses on providing seamless scalability and fast, predictable performance. It runs on solid state disks (SSDs) for low-latency response times, and there are no limits on the request capacity or storage size for a given table. This is because Amazon DynamoDB automatically partitions your data and workload over a sufficient number of servers to meet the scale requirements you provide. In contrast, a table in Amazon SimpleDB has a strict storage limitation of 10 GB and is limited in the request capacity it can achieve (typically under 25 writes/second); it is up to you to manage the partitioning and re-partitioning of your data over additional SimpleDB tables if you need additional scale. While SimpleDB has scaling limitations, it may be a good fit for smaller workloads that require query flexibility. Amazon SimpleDB automatically indexes all item attributes and thus supports query flexibility at the cost of performance and scale.

[Amazon CTO Werner Vogels' DynamoDB blog post](#) provides additional context on the evolution of non-relational database technology at Amazon.

**Q: When should I use Amazon DynamoDB vs Amazon S3?**

Amazon DynamoDB stores structured data, indexed by primary key, and allows low latency read and write access to items ranging from 1 byte up to 400KB. Amazon S3 stores unstructured blobs and suited for storing large objects up to 5 TB. In order to optimize your costs across AWS services, large objects or

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

Get Started for Free

Create Free Account

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

infrequently accessed data sets should be stored in Amazon S3, while smaller data elements or file pointers (possibly to Amazon S3 objects) are best saved in Amazon DynamoDB.

**Q: Can DynamoDB be used by applications running on any operating system?**

Yes. DynamoDB is a fully managed cloud service that you access via API. DynamoDB can be used by applications running on any operating system (e.g. Linux, Windows, iOS, Android, Solaris, AIX, HP-UX, etc.). We recommend using the AWS SDKs to get started with DynamoDB. You can find a list of the AWS SDKs on our Developer Resources page. If you have trouble installing or using one of our SDKs, please let us know by posting to the relevant AWS Forum.

›

# Data models and APIs

**Q: What is the Data Model?**

The data model for Amazon DynamoDB is as follows:

Table: A table is a collection of data items – just like a table in a relational database is a collection of rows. Each table can have an infinite number of data items. Amazon DynamoDB is schema-less, in that the data items in a table need not have the same attributes or even the same number of attributes. Each table must have a primary key. The primary key can be a single attribute key or a "composite" attribute key that combines two attributes. The attribute(s) you designate as a primary key must exist for every item as primary keys uniquely identify each item within the table.

Item: An Item is composed of a primary or composite key and a flexible number of attributes. There is no explicit limitation on the number of attributes associated with an individual item, but the aggregate size of an item, including all the attribute names and attribute values, cannot exceed 400KB.

Attribute: Each attribute associated with a data item is composed of an attribute name (e.g. "Color") and a value or set of values (e.g. "Red" or "Red, Yellow, Green"). Individual attributes have no explicit size limit, but the total value of an item (including all attribute names and values) cannot exceed 400KB.

**Q: Is there a limit on the size of an item?**

The total size of an item, including attribute names and attribute values, cannot exceed 400KB. Refer to the design guidance for using 'Composite Sort Keys' to design for items that exceed the 400K limit.

**Q: Is there a limit on the number of attributes an item can have?**

There is no limit to the number of attributes that an item can have. However, the total size of an item, including attribute names and attribute values, cannot exceed 400KB.

**Q: What are the APIs?**

- CreateTable – Creates a table and specifies the primary index used for data access.

- UpdateTable – Updates the provisioned throughput values for the given table.

- DeleteTable – Deletes a table.

- DescribeTable – Returns table size, status, and index information.

- ListTables – Returns a list of all tables associated with the current account and endpoint.

- PutItem – Creates a new item, or replaces an old item with a new item (including all the attributes). If an item already exists in the specified table with the same primary key, the new item completely replaces the existing item. You can also use conditional operators to replace an item only if its attribute values match certain conditions, or to insert a new item only if that item doesn't already exist.

- BatchWriteItem – Inserts, replaces, and deletes multiple items across multiple tables in a single request, but not as a single transaction. Supports batches of up to 25 items to Put or Delete, with a maximum total request size of 16 MB.

KoveIO Compl. Ex. 20

- UpdateItem – Edits an existing item's attributes. You can also use conditional operators to perform an update only if the item's attribute values match certain conditions.

- DeleteItem – Deletes a single item in a table by primary key. You can also use conditional operators to perform a delete an item only if the item's attribute values match certain conditions.

- GetItem – The GetItem operation returns a set of Attributes for an item that matches the primary key. The GetItem operation provides an eventually consistent read by default. If eventually consistent reads are not acceptable for your application, use ConsistentRead.

- BatchGetItem – The BatchGetItem operation returns the attributes for multiple items from multiple tables using their primary keys. A single response has a size limit of 16 MB and returns a maximum of 100 items. Supports both strong and eventual consistency.

- Query – Gets one or more items using the table primary key, or from a secondary index using the index key. You can narrow the scope of the query on a table by using comparison operators or expressions. You can also filter the query results using filters on non-key attributes. Supports both strong and eventual consistency. A single response has a size limit of 1 MB.

- Scan – Gets all items and attributes by performing a full scan across the table or a secondary index. You can limit the return set by specifying filters against one or more attributes.

**Q: What is the consistency model of the Scan operation?**

The Scan operation supports eventually consistent and consistent reads. By default, the Scan operation is eventually consistent. However, you can modify the consistency model using the optional ConsistentRead parameter in the Scan API call. Setting the ConsistentRead parameter to true will enable you make consistent reads from the Scan operation. For more information, read the [documentation](documentation) for the Scan operation.

**Q: How does the Scan operation work?**

You can think of the Scan operation as an iterator. Once the aggregate size of items scanned for a given Scan API request exceeds a 1 MB limit, the given request will terminate and fetched results will be returned along with a LastEvaluatedKey (to continue the scan in a subsequent operation).

**Q: Are there any limitations for a Scan operation?**

A Scan operation on a table or secondary index has a limit of 1MB of data per operation. After the 1MB limit, it stops the operation and returns the matching values up to that point, and a LastEvaluatedKey to apply in a subsequent operation, so that you can pick up where you left off.

**Q: How many read capacity units does a Scan operation consume?**

The read units required is the number of bytes fetched by the scan operation, rounded to the nearest 4KB, divided by 4KB. Scanning a table with consistent reads consumes twice the read capacity as a scan with eventually consistent reads.

**Q: What data types does DynamoDB support?**

DynamoDB supports four scalar data types: Number, String, Binary, and Boolean. Additionally, DynamoDB supports collection data types: Number Set, String Set, Binary Set, heterogeneous List and heterogeneous Map. DynamoDB also supports NULL values.

**Q: What types of data structures does DynamoDB support?**

DynamoDB supports key-value and document data structures.

**Q: What is a key-value store?**

A key-value store is a database service that provides support for storing, querying and updating collections of objects that are identified using a key and values that contain the actual content being stored.

**Q: What is a document store?**

A document store provides support for storing, querying and updating items in a document format such as JSON, XML, and HTML.

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

**Q: Does DynamoDB have a JSON data type?**

No, but you can use the document SDK to pass JSON data directly to DynamoDB. DynamoDB's data types are a superset of the data types supported by JSON. The document SDK will automatically map JSON documents onto native DynamoDB data types.

**Q: Can I use the AWS Management Console to view and edit JSON documents?**

Yes. The AWS Management Console provides a simple UI for exploring and editing the data stored in your DynamoDB tables, including JSON documents. To view or edit data in your table, please log in to the AWS Management Console, choose DynamoDB, select the table you want to view, then click on the "Explore Table" button.

**Q: Is querying JSON data in DynamoDB any different?**

No. You can create a Global Secondary Index or Local Secondary Index on any top-level JSON element. For example, suppose you stored a JSON document that contained the following information about a person: First Name, Last Name, Zip Code, and a list of all of their friends. First Name, Last Name and Zip code would be top-level JSON elements. You could create an index to let you query based on First Name, Last Name, or Zip Code. The list of friends is not a top-level element, therefore you cannot index the list of friends. For more information on Global Secondary Indexing and its query capabilities, see the Secondary Indexes section in this FAQ.

**Q: If I have nested JSON data in DynamoDB, can I retrieve only a specific element of that data?**

Yes. When using the GetItem, BatchGetItem, Query, or Scan APIs, you can define a ProjectionExpression to determine which attributes should be retrieved from the table. Those attributes can include scalars, sets, or elements of a JSON document.

**Q: If I have nested JSON data in DynamoDB, can I update only a specific element of that data?**

Yes. When updating a DynamoDB item, you can specify the sub-element of the JSON document that you want to update.

**Q: What is the Document SDK?**

The Document SDK is a datatypes wrapper for JavaScript that allows easy interoperability between JS and DynamoDB datatypes. With this SDK, wrapping for requests will be handled for you; similarly for responses, datatypes will be unwrapped. For more information and downloading the SDK see our GitHub respository here.

## Scalability, availability, and durability

**Q: Is there a limit to how much data I can store in Amazon DynamoDB?**

No. There is no limit to the amount of data you can store in an Amazon DynamoDB table. As the size of your data set grows, Amazon DynamoDB will automatically spread your data over sufficient machine resources to meet your storage requirements.

**Q: Is there a limit to how much throughput I can get out of a single table?**

No, you can increase the maximum capacity limit setting for Auto Scaling or increase the throughput you have manually provisioned for your table using the API or the AWS Management Console. DynamoDB is able to operate at massive scale and there is no theoretical limit on the maximum throughput you can achieve. DynamoDB automatically divides your table across multiple partitions, where each partition is an independent parallel computation unit. DynamoDB can achieve increasingly high throughput rates by adding more partitions.

If you wish to exceed throughput rates of 10,000 writes/second or 10,000 reads/second, you must first contact Amazon through this online form.

**Q: Does Amazon DynamoDB remain available when Auto Scaling triggers scaling or when I ask it to scale up or down by changing the provisioned throughput?**

KoveIO Compl. Ex. 20

Yes. Amazon DynamoDB is designed to scale its provisioned throughput up or down while still remaining available, whether managed by Auto Scaling or manually.

**Q: Do I need to manage client-side partitioning on top of Amazon DynamoDB?**

No. Amazon DynamoDB removes the need to partition across database tables for throughput scalability.

**Q: How highly available is Amazon DynamoDB?**

The service runs across Amazon's proven, high-availability data centers. The service replicates data across three facilities in an AWS Region to provide fault tolerance in the event of a server failure or Availability Zone outage.

**Q: How does Amazon DynamoDB achieve high uptime and durability?**

To achieve high uptime and durability, Amazon DynamoDB synchronously replicates data across three facilities within an AWS Region.

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

# Auto Scaling

**Q. What is DynamoDB Auto Scaling?**

DynamoDB Auto Scaling is a fully managed feature that automatically scales up or down provisioned read and write capacity of a DynamoDB table or a global secondary index, as application requests increase or decrease.

**Q. Why do I need to use Auto Scaling?**

Auto Scaling eliminates the guesswork involved in provisioning adequate capacity when creating new tables and reduces the operational burden of continuously monitoring consumed throughput and adjusting provisioned capacity manually. Auto Scaling helps ensure application availability and reduces costs from unused provisioned capacity.

**Q. What application request patterns and workload are suited for Auto Scaling?**

Auto Scaling is ideally suited for request patterns that are uniform, predictable, with sustained high and low throughput usage that lasts for several minutes to hours.

**Q. How can I enable Auto Scaling for a DynamoDB table or global secondary index?**

From the DynamoDB console, when you create a new table, leave the 'Use default settings' option checked, to enable Auto Scaling and apply the same settings for global secondary indexes for the table. If you uncheck 'Use default settings', you can either set provisioned capacity manually or enable Auto Scaling with custom values for target utilization and minimum and maximum capacity. For existing tables, you can enable Auto Scaling or change existing Auto Scaling settings by navigating to the 'Capacity' tab and for indexes, you can enable Auto Scaling from under the 'Indexes' tab. Auto Scaling can also be programmatically managed using CLI or AWS SDK. Please refer to the DynamoDB developer guide to learn more.

**Q. What are settings I can configure for Auto Scaling?**

There are three configurable settings for Auto Scaling: Target Utilization, the percentage of actual consumed throughput to total provisioned throughput, at a point in time, the Minimum capacity to which Auto Scaling can scale down to, and Maximum capacity, to which the Auto Scaling can scale up to. The default value for Target Utilization is 70% (allowed range is 20% - 80% in one percent increments), minimum capacity is 1 unit and maximum capacity is the table limit for your account in the region. Please refer to the Limits in DynamoDB page for region-level default table limits.

**Q. Can I change the settings of an existing Auto Scaling policy?**

KoveIO Compl. Ex. 20

Yes, you can change the settings of an existing Auto Scaling policy at any time, by navigating to the 'Capacity' tab in the management console or programmatically from the CLI or SDK using the AutoScaling APIs.

**Q. How does Auto Scaling work?**

When you create a new Auto Scaling policy for your DynamoDB table, Amazon CloudWatch alarms are created with thresholds for target utilization you specify, calculated based on consumed and provisioned capacity metrics published to CloudWatch. If the table's actual utilization deviates from target for a specific length of time, the CloudWatch alarms activates Auto Scaling, which evaluates your policy and in turn makes an UpdateTable API request to DynamoDB to dynamically increase (or decrease) the table's provisioned throughput capacity to bring the actual utilization closer to the target.

**Q. Can I enable a single Auto Scaling policy across multiple tables in multiple regions?**

No, an Auto Scaling policy can only be set to a single table or a global secondary indexes within a single region.

**Q. Can I force an Auto Scaling policy to scale up to maximum capacity or scale down to minimum capacity instantly?**

No, scaling up instantly to maximum capacity or scaling down to minimum capacity is not supported. Instead, you can temporarily disable Auto Scaling, set desired capacity you need manually for required duration, and re-enable Auto Scaling later.

**Q. Where can I monitor the scaling actions triggered by Auto Scaling?**

You can monitor status of scaling actions triggered by Auto Scaling under the 'Capacity' tab in the management console and from CloudWatch graphs under the 'Metrics' tab.

**Q. How can I tell if a table has an active Auto Scaling policy or not?**

From the DynamoDB console, click on Tables in the left menu, to bring up the list view of all DynamoDB tables in your account. For tables with an active Auto Scaling policy, the 'Auto Scaling' column shows either READ_CAPACITY, WRITE_CAPACITY or READ_AND_WRITE depending on whether Auto Scaling is enabled for read or write or both. Additionally, under the 'Table details' section of the 'Overview' tab of a table, the provisioned capacity label shows whether Auto Scaling is enabled for read, write or both.

**Q. What happens to the Auto Scaling policy when I delete a table or global secondary index with an active policy?**

When you delete a table or global secondary index from the console, its Auto Scaling policy and supporting Cloud Watch alarms are also deleted.

**Q. Are there any additional costs to use Auto Scaling?**

No, there are no additional cost to using Auto Scaling, beyond what you already pay for DynamoDB and CloudWatch alarms. To learn about DynamoDB pricing, please visit the DynamoDB pricing page.

**Q. How does throughput capacity managed by Auto Scaling work with my Reserved Capacity?**

Auto Scaling works with reserved capacity in the same manner as manually provisioned throughput capacity does today. Reserved Capacity is applied to the total provisioned capacity for the region you purchased it in. Capacity provisioned by Auto Scaling will consume the reserved capacity first, billed at discounted prices, and any excess capacity will be charged at standard rates. To limit total consumption to the reserved capacity you purchased, distribute maximum capacity limit across all tables with Auto Scaling enabled, to be cumulatively less than total reserved capacity amount you have purchased.

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

KovelO Compl. Ex. 20

# Global secondary indexes

**Q: What are global secondary indexes?**

Global secondary indexes are indexes that contain a partition or partition-and-sort keys that can be different from the table's primary key.

For efficient access to data in a table, Amazon DynamoDB creates and maintains indexes for the primary key attributes. This allows applications to quickly retrieve data by specifying primary key values. However, many applications might benefit from having one or more secondary (or alternate) keys available to allow efficient access to data with attributes other than the primary key. To address this, you can create one or more secondary indexes on a table, and issue Query requests against these indexes.

Amazon DynamoDB supports two types of secondary indexes:

> Local secondary index — an index that has the same partition key as the table, but a different sort key. A local secondary index is "local" in the sense that every partition of a local secondary index is scoped to a table partition that has the same partition key.

> Global secondary index — an index with a partition or a partition-and-sort key that can be different from those on the table. A global secondary index is considered "global" because queries on the index can span all items in a table, across all partitions.

Secondary indexes are automatically maintained by Amazon DynamoDB as sparse objects. Items will only appear in an index if they exist in the table on which the index is defined. This makes queries against an index very efficient, because the number of items in the index will often be significantly less than the number of items in the table.

Global secondary indexes support non-unique attributes, which increases query flexibility by enabling queries against any non-key attribute in the table.

Consider a gaming application that stores the information of its players in a DynamoDB table whose primary key consists of *UserId* (partition) and *GameTitle* (sort). Items have attributes named *TopScore*, *Timestamp*, *ZipCode*, and others. Upon table creation, DynamoDB provides an implicit index (primary index) on the primary key that can support efficient queries that return a specific user's top scores for all games.

However, if the application requires top scores of users for a particular game, using this primary index would be inefficient, and would require scanning through the entire table. Instead, a global secondary index with GameTitle as the partition key element and TopScore as the sort key element would enable the application to rapidly retrieve top scores for a game.

A GSI does not need to have a sort key element. For instance, you could have a GSI with a key that only has a partition element *GameTitle*. In the example below, the GSI has no projected attributes, so it will just return all items (identified by primary key) that have an attribute matching the *GameTitle* you are querying on.

**Q: When should I use global secondary indexes?**

Global secondary indexes are particularly useful for tracking relationships between attributes that have a lot of different values. For example, you could create a DynamoDB table with *CustomerID* as the primary partition key for the table and *ZipCode* as the partition key for a global secondary index, since there are a lot of zip codes and since you will probably have a lot of customers. Using the primary key, you could quickly get the record for any customer. Using the global secondary index, you could efficiently query for all customers that live in a given zip code.

To ensure that you get the most out of your global secondary index's capacity, please review our best practices documentation on uniform workloads.

**Q: How do I create a global secondary index for a DynamoDB table?**

GSIs associated with a table can be specified at any time. For detailed steps on creating a Table and its indexes, see here. You can create a maximum of 5 global secondary indexes per table.

**Q: Does the local version of DynamoDB support global secondary indexes?**

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

Yes. The local version of DynamoDB is useful for developing and testing DynamoDB-backed applications. You can download the local version of DynamoDB here.

**Q: What are projected attributes?**

The data in a secondary index consists of attributes that are projected, or copied, from the table into the index. When you create a secondary index, you define the alternate key for the index, along with any other attributes that you want to be projected in the index. Amazon DynamoDB copies these attributes into the index, along with the primary key attributes from the table. You can then query the index just as you would query a table.

**Q: Can a global secondary index key be defined on non-unique attributes?**

Yes. Unlike the primary key on a table, a GSI index does not require the indexed attributes to be unique. For instance, a GSI on *GameTitle* could index all items that track scores of users for every game. In this example, this GSI can be queried to return all users that have played the game "TicTacToe."

**Q: How do global secondary indexes differ from local secondary indexes?**

Both global and local secondary indexes enhance query flexibility. An LSI is attached to a specific partition key value, whereas a GSI spans all partition key values. Since items having the same partition key value share the same partition in DynamoDB, the "Local" Secondary Index only covers items that are stored together (on the same partition). Thus, the purpose of the LSI is to query items that have the same partition key value but different sort key values. For example, consider a DynamoDB table that tracks Orders for customers, where *CustomerId* is the partition key.

An LSI on *OrderTime* allows for efficient queries to retrieve the most recently ordered items for a particular customer.

In contrast, a GSI is not restricted to items with a common partition key value. Instead, a GSI spans all items of the table just like the primary key. For the table above, a GSI on *ProductId* can be used to efficiently find all orders of a particular product. Note that in this case, no GSI sort key is specified, and even though there might be many orders with the same *ProductId*, they will be stored as separate items in the GSI.

In order to ensure that data in the table and the index are co-located on the same partition, LSIs limit the total size of all elements (tables and indexes) to 10 GB per partition key value. GSIs do not enforce data co-location, and have no such restriction.

When you write to a table, DynamoDB atomically updates all the LSIs affected. In contrast, updates to any GSIs defined on the table are eventually consistent.

LSIs allow the Query API to retrieve attributes that are not part of the projection list. This is not supported behavior for GSIs.

**Q: How do global secondary indexes work?**

In many ways, GSI behavior is similar to that of a DynamoDB table. You can query a GSI using its partition key element, with conditional filters on the GSI sort key element. However, unlike a primary key of a DynamoDB table, which must be unique, a GSI key can be the same for multiple items. If multiple items with the same GSI key exist, they are tracked as separate GSI items, and a GSI query will retrieve all of them as individual items. Internally, DynamoDB will ensure that the contents of the GSI are updated appropriately as items are added, removed or updated.

DynamoDB stores a GSI's projected attributes in the GSI data structure, along with the GSI key and the matching items' primary keys. GSI's consume storage for projected items that exist in the source table. This enables queries to be issued against the GSI rather than the table, increasing query flexibility and improving workload distribution. Attributes that are part of an item in a table, but not part of the GSI key, primary key of the table, or projected attributes are thus not returned on querying the GSI index. Applications that need additional data from the table after querying the GSI, can retrieve the primary key from the GSI and then use either the GetItem or BatchGetItem APIs to retrieve the desired attributes from the table. As GSI's are eventually consistent, applications that use this pattern have to accommodate item deletion (from the table) in between the calls to the GSI and GetItem/BatchGetItem.

DynamoDB automatically handles item additions, updates and deletes in a GSI when corresponding changes are made to the table. When an item (with GSI key attributes) is added to the table, DynamoDB updates the

KoveIO Compl. Ex. 20

GSI asynchronously to add the new item. Similarly, when an item is deleted from the table, DynamoDB removes the item from the impacted GSI.

**Q: Can I create global secondary indexes for partition-based tables and partition-sort schema tables?**

Yes, you can create a global secondary index regardless of the type of primary key the DynamoDB table has. The table's primary key can include just a partition key, or it may include both a partition key and a sort key.

**Q: What is the consistency model for global secondary indexes?**

GSIs support eventual consistency. When items are inserted or updated in a table, the GSIs are not updated synchronously. Under normal operating conditions, a write to a global secondary index will propagate in a fraction of a second. In unlikely failure scenarios, longer delays may occur. Because of this, your application logic should be capable of handling GSI query results that are potentially out-of-date. Note that this is the same behavior exhibited by other DynamoDB APIs that support eventually consistent reads.

Consider a table tracking top scores where each item has attributes *UserId*, *GameTitle* and *TopScore*. The partition key is *UserId*, and the primary sort key is *GameTitle*. If the application adds an item denoting a new top score for *GameTitle* "TicTacToe" and *UserId* "GAMER123," and then subsequently queries the GSI, it is possible that the new score will not be in the result of the query. However, once the GSI propagation has completed, the new item will start appearing in such queries on the GSI.

**Q: Can I provision throughput separately for the table and for each global secondary index?**

Yes. GSIs manage throughput independently of the table they are based on. When you enable Auto Scaling for a new or existing table from the console, you can optionally choose to apply the same settings to GSIs. You can also provision different throughput for tables and global secondary indexes manually.

Depending upon on your application, the request workload on a GSI can vary significantly from that of the table or other GSIs. Some scenarios that show this are given below:

- A GSI that contains a small fraction of the table items needs a much lower write throughput compared to the table.

- A GSI that is used for infrequent item lookups needs a much lower read throughput, compared to the table.

- A GSI used by a read-heavy background task may need high read throughput for a few hours per day.

As your needs evolve, you can change the provisioned throughput of the GSI, independently of the provisioned throughput of the table.

Consider a DynamoDB table with a GSI that projects all attributes, and has the GSI key present in 50% of the items. In this case, the GSI's provisioned write capacity units should be set at 50% of the table's provisioned write capacity units. Using a similar approach, the read throughput of the GSI can be estimated. Please see DynamoDB GSI Documentation for more details.

**Q: How does adding a global secondary index impact provisioned throughput and storage for a table?**

Similar to a DynamoDB table, a GSI consumes provisioned throughput when reads or writes are performed to it. A write that adds or updates a GSI item will consume write capacity units based on the size of the update. The capacity consumed by the GSI write is in addition to that needed for updating the item in the table.

Note that if you add, delete, or update an item in a DynamoDB table, and if this does not result in a change to a GSI, then the GSI will not consume any write capacity units. This happens when an item without any GSI key attributes is added to the DynamoDB table, or an item is updated without changing any GSI key or projected attributes.

A query to a GSI consumes read capacity units, based on the size of the items examined by the query.

Storage costs for a GSI are based on the total number of bytes stored in that GSI. This includes the GSI key and projected attributes and values, and an overhead of 100 bytes for indexing purposes.

**Q: Can DynamoDB throttle my application writes to a table because of a GSI's provisioned throughput?**

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

KoveIO Compl. Ex. 20

Because some or all writes to a DynamoDB table result in writes to related GSIs, it is possible that a GSI's provisioned throughput can be exhausted. In such a scenario, subsequent writes to the table will be throttled. This can occur even if the table has available write capacity units.

**Q: How often can I change provisioned throughput at the index level?**

Tables with GSIs have the same daily limits on the number of throughput change operations as normal tables.

**Q: How am I charged for DynamoDB global secondary index?**

You are charged for the aggregate provisioned throughput for a table and its GSIs by the hour. When you provision manually, while not required, You are charged for the aggregate provisioned throughput for a table and its GSIs by the hour. In addition, you are charged for the data storage taken up by the GSI as well as standard data transfer (external) fees. If you would like to change your GSI's provisioned throughput capacity, you can do so using the DynamoDB Console or the UpdateTable API or the PutScalingPolicy API for updating Auto Scaling policy settings.

**Q: Can I specify which global secondary index should be used for a query?**

Yes. In addition to the common query parameters, a GSI Query command explicitly includes the name of the GSI to operate against. Note that a query can use only one GSI.

**Q: What API calls are supported by a global secondary index?**

The API calls supported by a GSI are Query and Scan. A Query operation only searches index key attribute values and supports a subset of comparison operators. Because GSIs are updated asynchronously, you cannot use the ConsistentRead parameter with the query. Please see here for details on using GSIs with queries and scans.

**Q: What is the order of the results in scan on a global secondary index?**

For a global secondary index, with a partition-only key schema there is no ordering. For global secondary index with partition-sort key schema the ordering of the results for the same partition key is based on the sort key attribute.

**Q. Can I change Global Secondary Indexes after a table has been created?**

Yes, Global Secondary Indexes can be changed at any time, even after the table has been created.

**Q. How can I add a Global Secondary Index to an existing table?**

You can add a Global Secondary Indexes through the console or through an API call. On the DynamoDB console, first select the table for which you want to add a Global Secondary Index and click the "Create Index" button to add a new index. Follow the steps in the index creation wizard and select "Create" when done. You can also add or delete a Global Secondary Index using the UpdateTable API call with the GlobalSecondaryIndexes parameter.You can learn more by reading our documentation page.

**Q. How can I delete a Global Secondary Index?**

You can delete a Global Secondary Index from the console or through an API call. On the DynamoDB console, select the table for which you want to delete a Global Secondary Index. Then, select the "Indexes" tab under "Table Items" and click on the "Delete" button next to delete the index. You can also delete a Global Secondary Index using the UpdateTable API call.You can learn more by reading our documentation page.

**Q. Can I add or delete more than one index in a single API call on the same table?**

You can only add or delete one index per API call.

**Q. What happens if I submit multiple requests to add the same index?**

Only the first add request is accepted and all subsequent add requests will fail till the first add request is finished.

**Q. Can I concurrently add or delete several indexes on the same table?**

No, at any time there can be only one active add or delete index operation on a table.

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

**Q. Should I provision additional throughput to add a Global Secondary Index?**

With Auto Scaling, it is recommended that you apply the same settings to Global Secondary Index as the table. When you provision manually, while not required, it is highly recommended that you provision additional write throughput that is separate from the throughput for the index. If you do not provision additional write throughput, the write throughput from the index will be consumed for adding the new index. This will affect the write performance of the index while the index is being created as well as increase the time to create the new index.

**Q. Do I have to reduce the additional throughput on a Global Secondary Index once the index has been created?**

Yes, you would have to dial back the additional write throughput you provisioned for adding an index, once the process is complete.

**Q. Can I modify the write throughput that is provisioned for adding a Global Secondary Index?**

Yes, you can dial up or dial down the provisioned write throughput for index creation at any time during the creation process.

**Q. When a Global Secondary Index is being added or deleted, is the table still available?**

Yes, the table is available when the Global Secondary Index is being updated.

**Q. When a Global Secondary Index is being added or deleted, are the existing indexes still available?**

Yes, the existing indexes are available when the Global Secondary Index is being updated.

**Q. When a Global Secondary Index is being created added, is the new index available?**

No, the new index becomes available only after the index creation process is finished.

**Q. How long does adding a Global Secondary Index take?**

The length of time depends on the size of the table and the amount of additional provisioned write throughput for Global Secondary Index creation. The process of adding or deleting an index could vary from a few minutes to a few hours. For example, let's assume that you have a 1GB table that has 500 write capacity units provisioned and you have provisioned 1000 additional write capacity units for the index and new index creation. If the new index includes all the attributes in the table and the table is using all the write capacity units, we expect the index creation will take roughly 30 minutes.

**Q. How long does deleting a Global Secondary Index take?**

Deleting an index will typically finish in a few minutes. For example, deleting an index with 1GB of data will typically take less than 1 minute.

**Q. How do I track the progress of add or delete operation for a Global Secondary Index?**

You can use the DynamoDB console or DescribeTable API to check the status of all indexes associated with the table. For an add index operation, while the index is being created, the status of the index will be "CREATING". Once the creation of the index is finished, the index state will change from "CREATING" to "ACTIVE". For a delete index operation, when the request is complete, the deleted index will cease to exist.

**Q. Can I get a notification when the index creation process for adding a Global Secondary Index is complete?**

You can request a notification to be sent to your email address confirming that the index addition has been completed. When you add an index through the console, you can request a notification on the last step before creating the index. When the index creation is complete, DynamoDB will send an SNS notification to your email.

**Q. What happens when I try to add more Global Secondary Indexes, when I already have 5?**

You are currently limited to 5 GSIs. The "Add" operation will fail and you will get an error.

**Q. Can I reuse a name for a Global Secondary Index after an index with the same name has been deleted?**

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

Yes, once a Global Secondary Index has been deleted, that index name can be used again when a new index is added.

**Q. Can I cancel an index add while it is being created?**

No, once index creation starts, the index creation process cannot be canceled.

**Q: Are GSI key attributes required in all items of a DynamoDB table?**

No. GSIs are sparse indexes. Unlike the requirement of having a primary key, an item in a DynamoDB table does not have to contain any of the GSI keys. If a GSI key has both partition and sort elements, and a table item omits either of them, then that item will not be indexed by the corresponding GSI. In such cases, a GSI can be very useful in efficiently locating items that have an uncommon attribute.

**Q: Can I retrieve all attributes of a DynamoDB table from a global secondary index?**

A query on a GSI can only return attributes that were specified to be included in the GSI at creation time. The attributes included in the GSI are those that are projected by default such as the GSI's key attribute(s) and table's primary key attribute(s), and those that the user specified to be projected. For this reason, a GSI query will not return attributes of items that are part of the table, but not included in the GSI. A GSI that specifies all attributes as projected attributes can be used to retrieve any table attributes. See here for documentation on using GSIs for queries.

**Q: How can I list GSIs associated with a table?**

The DescribeTable API will return detailed information about global secondary indexes on a table.

**Q: What data types can be indexed?**

All scalar data types (Number, String, Binary, and Boolean) can be used for the sort key element of the local secondary index key. Set, list, and map types cannot be indexed.

**Q: Are composite attribute indexes possible?**

No. But you can concatenate attributes into a string and use this as a key.

**Q: What data types can be part of the projected attributes for a GSI?**

You can specify attributes with any data types (including set types) to be projected into a GSI.

**Q: What are some scalability considerations of GSIs?**

Performance considerations of the primary key of a DynamoDB table also apply to GSI keys. A GSI assumes a relatively random access pattern across all its keys. To get the most out of secondary index provisioned throughput, you should select a GSI partition key attribute that has a large number of distinct values, and a GSI sort key attribute that is requested fairly uniformly, as randomly as possible.

**Q: What new metrics will be available through CloudWatch for global secondary indexes?**

Tables with GSI will provide aggregate metrics for the table and GSIs, as well as breakouts of metrics for the table and each GSI.

Reports for individual GSIs will support a subset of the CloudWatch metrics that are supported by a table. These include:

- Read Capacity (Provisioned Read Capacity, Consumed Read Capacity)

- Write Capacity (Provisioned Write Capacity, Consumed Write Capacity)

- Throttled read events

- Throttled write events

For more details on metrics supported by DynamoDB tables and indexes see here.

**Q: How can I scan a Global Secondary Index?**

Global secondary indexes can be scanned via the Console or the Scan API.

To scan a global secondary index, explicitly reference the index in addition to the name of the table you'd like to scan. You must specify the index partition attribute name and value. You can optionally specify a

KoveIO Compl. Ex. 20

condition against the index key sort attribute.

**Q: Will a Scan on Global secondary index allow me to specify non-projected attributes to be returned in the result set?**

Scan on global secondary indexes will not support fetching of non-projected attributes.

**Q: Will there be parallel scan support for indexes?**

Yes, parallel scan will be supported for indexes and the semantics are the same as that for the main table.

›

›

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

# Local secondary indexes

**Q: What are local secondary indexes?**

Local secondary indexes enable some common queries to run more quickly and cost-efficiently, that would otherwise require retrieving a large number of items and then filtering the results. It means your applications can rely on more flexible queries based on a wider range of attributes.

Before the launch of local secondary indexes, if you wanted to find specific items within a partition (items that share the same partition key), DynamoDB would have fetched all objects that share a single partition key, and filter the results accordingly. For instance, consider an e-commerce application that stores customer order data in a DynamoDB table with partition-sort schema of customer id-order timestamp. Without LSI, to find an answer to the question "Display all orders made by Customer X with shipping date in the past 30 days, sorted by shipping date", you had to use the Query API to retrieve all the objects under the partition key "X", sort the results by shipment date and then filter out older records.

With local secondary indexes, we are simplifying this experience. Now, you can create an index on "shipping date" attribute and execute this query efficiently and just retrieve only the necessary items. This significantly reduces the latency and cost of your queries as you will retrieve only items that meet your specific criteria. Moreover, it also simplifies the programming model for your application as you no longer have to write custom logic to filter the results. We call this new secondary index a 'local' secondary index because it is used along with the partition key and hence allows you to search locally within a partition key bucket. So while previously you could only search using the partition key and the sort key, now you can also search using a secondary index in place of the sort key, thus expanding the number of attributes that can be used for queries which can be conducted efficiently.

Redundant copies of data attributes are copied into the local secondary indexes you define. These attributes include the table partition and sort key, plus the alternate sort key you define. You can also redundantly store other data attributes in the local secondary index, in order to access those other attributes without having to access the table itself.

Local secondary indexes are not appropriate for every application. They introduce some constraints on the volume of data you can store within a single partition key value. For more information, see the FAQ items below about item collections.

**Q: What are Projections?**

The set of attributes that is copied into a local secondary index is called a projection. The projection determines the attributes that you will be able to retrieve with the most efficiency. When you query a local secondary index, Amazon DynamoDB can access any of the projected attributes, with the same performance characteristics as if those attributes were in a table of their own. If you need to retrieve any attributes that are not projected, Amazon DynamoDB will automatically fetch those attributes from the table.

When you define a local secondary index, you need to specify the attributes that will be projected into the index. At a minimum, each index entry consists of: (1) the table partition key value, (2) an attribute to serve as the index sort key, and (3) the table sort key value.

Beyond the minimum, you can also choose a user-specified list of other non-key attributes to project into the index. You can even choose to project all attributes into the index, in which case the index replicates the same data as the table itself, but the data is organized by the alternate sort key you specify.

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

**Q: How can I create a LSI?**

You need to create a LSI at the time of table creation. It can't currently be added later on. To create an LSI, specify the following two parameters:

Indexed Sort key – the attribute that will be indexed and queried on.

Projected Attributes – the list of attributes from the table that will be copied directly into the local secondary index, so they can be returned more quickly without fetching data from the primary index, which contains all items of the table. Without projected attributes, local secondary index contains only primary and secondary index keys.

**Q: What is the consistency model for LSI?**

Local secondary indexes are updated automatically when the primary index is updated. Similar to reads from a primary index, LSI supports both strong and eventually consistent read options.

**Q: Do local secondary indexes contain references to all items in the table?**

No, not necessarily. Local secondary indexes only reference those items that contain the indexed sort key specified for that LSI. DynamoDB's flexible schema means that not all items will necessarily contain all attributes.

This means local secondary index can be sparsely populated, compared with the primary index. Because local secondary indexes are sparse, they are efficient to support queries on attributes that are uncommon.

For example, in the Orders example described above, a customer may have some additional attributes in an item that are included only if the order is canceled (such as CanceledDateTime, CanceledReason). For queries related to canceled items, an local secondary index on either of these attributes would be efficient since the only items referenced in the index would be those that had these attributes present.

**Q: How do I query local secondary indexes?**

Local secondary indexes can only be queried via the Query API.

To query a local secondary index, explicitly reference the index in addition to the name of the table you'd like to query. You must specify the index partition attribute name and value. You can optionally specify a condition against the index key sort attribute.

Your query can retrieve non-projected attributes stored in the primary index by performing a table fetch operation, with a cost of additional read capacity units.

Both strongly consistent and eventually consistent reads are supported for query using local secondary index.

**Q: How do I create local secondary indexes?**

Local secondary indexes must be defined at time of table creation. The primary index of the table must use a partition-sort composite key.

**Q: Can I add local secondary indexes to an existing table?**

No, it's not possible to add local secondary indexes to existing tables at this time. We are working on adding this capability and will be releasing it in the future. When you create a table with local secondary index, you may decide to create local secondary index for future use by defining a sort key element that is currently not used. Since local secondary index are sparse, this index costs nothing until you decide to use it.

**Q: How many local secondary indexes can I create on one table?**

Each table can have up to five local secondary indexes.

**Q: How many projected non-key attributes can I create on one table?**

Each table can have up to 20 projected non-key attributes, in total across all local secondary indexes within the table. Each index may also specifify that all non-key attributes from the primary index are projected.

**Q: Can I modify the index once it is created?**

No, an index cannot be modified once it is created. We are working to add this capability in the future.

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

**Q: Can I delete local secondary indexes?**

No, local secondary indexes cannot be removed from a table once they are created at this time. Of course, they are deleted if you also decide to delete the entire table. We are working on adding this capability and will be releasing it in the future.

**Q: How do local secondary indexes consume provisioned capacity?**

You don't need to explicitly provision capacity for a local secondary index. It consumes provisioned capacity as part of the table with which it is associated.

Reads from LSIs and writes to tables with LSIs consume capacity by the standard formula of 1 unit per 1KB of data, with the following differences:

When writes contain data that are relevant to one or more local secondary indexes, those writes are mirrored to the appropriate local secondary indexes. In these cases, write capacity will be consumed for the table itself, and additional write capacity will be consumed for each relevant LSI.

Updates that overwrite an existing item can result in two operations– delete and insert – and thereby consume extra units of write capacity per 1KB of data.

When a read query requests attributes that are not projected into the LSI, DynamoDB will fetch those attributes from the primary index. This implicit GetItem request consumes one read capacity unit per 4KB of item data fetched.

**Q: How much storage will local secondary indexes consume?**

Local secondary indexes consume storage for the attribute name and value of each LSI's primary and index keys, for all projected non-key attributes, plus 100 bytes per item reflected in the LSI.

**Q: What data types can be indexed?**

All scalar data types (Number, String, Binary) can be used for the sort key element of the local secondary index key. Set types cannot be used.

**Q: What data types can be projected into a local secondary index?**

All data types (including set types) can be projected into a local secondary index.

**Q: What are item collections and how are they related to LSI?**

In Amazon DynamoDB, an item collection is any group of items that have the same partition key, across a table and all of its local secondary indexes. Traditional partitioned (or sharded) relational database systems call these shards or partitions, referring to all database items or rows stored under a partition key.

Item collections are automatically created and maintained for every table that includes local secondary indexes. DynamoDB stores each item collection within a single disk partition.

**Q: Are there limits on the size of an item collection?**

Every item collection in Amazon DynamoDB is subject to a maximum size limit of 10 gigabytes. For any distinct partition key value, the sum of the item sizes in the table plus the sum of the item sizes across all of that table's local secondary indexes must not exceed 10 GB.

The 10 GB limit for item collections does not apply to tables without local secondary indexes; only tables that have one or more local secondary indexes are affected.

Although individual item collections are limited in size, the storage size of an overall table with local secondary indexes is not limited. The total size of an indexed table in Amazon DynamoDB is effectively unlimited, provided the total storage size (table and indexes) for any one partition key value does not exceed the 10 GB threshold.

**Q: How can I track the size of an item collection?**

DynamoDB's write APIs (PutItem, UpdateItem, DeleteItem, and BatchWriteItem) include an option, which allows the API response to include an estimate of the relevant item collection's size. This estimate includes lower and upper size estimate for the data in a particular item collection, measured in gigabytes.

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

We recommend that you instrument your application to monitor the sizes of your item collections. Your applications should examine the API responses regarding item collection size, and log an error message whenever an item collection exceeds a user-defined limit (8 GB, for example). This would provide an early warning system, letting you know that an item collection is growing larger, but giving you enough time to do something about it.

**Q: What if I exceed the 10GB limit for an item collection?**

If a particular item collection exceeds the 10GB limit, then you will not be able to write new items, or increase the size of existing items, for that particular partition key. Read and write operations that shrink the size of the item collection in the table are still allowed. Other item collections in the table are not affected.

To address this problem , you can remove items or reduce item sizes in the collection that has exceeded 10GB. Alternatively, you can introduce new items under a new partition key value to work around this problem. If your table includes historical data that is infrequently accessed, consider archiving the historical data to Amazon S3, Amazon Glacier or another data store.

**Q: How can I scan a local secondary index?**

To scan a local secondary index, explicitly reference the index in addition to the name of the table you'd like to scan. You must specify the index partition attribute name and value. You can optionally specify a condition against the index key sort attribute.

Your scan can retrieve non-projected attributes stored in the primary index by performing a table fetch operation, with a cost of additional read capacity units.

**Q: Will a Scan on a local secondary index allow me to specify non-projected attributes to be returned in the result set?**

Scan on local secondary indexes will support fetching of non-projected attributes.

**Q: What is the order of the results in scan on a local secondary index?**

For local secondary index, the ordering within a collection will be the based on the order of the indexed attribute.

## Security and control

**Q: What is DynamoDB Fine-Grained Access Control?**

Fine Grained Access Control (FGAC) gives a DynamoDB table owner a high degree of control over data in the table. Specifically, the table owner can indicate *who* (caller) can access *which* items or attributes of the table and perform *what* actions (read / write capability). FGAC is used in concert with AWS Identity and Access Management (IAM), which manages the security credentials and the associated permissions.

**Q: What are the common use cases for DynamoDB FGAC?**

FGAC can benefit any application that tracks information in a DynamoDB table, where the end user (or application client acting on behalf of an end user) wants to read or modify the table directly, without a middle-tier service. For instance, a developer of a mobile app named *Acme* can use FGAC to track the top score of every *Acme* user in a DynamoDB table. FGAC allows the application client to modify only the top score for the user that is currently running the application.

**Q: Can I use Fine Grain Access Control with JSON documents?**

Yes. You can use Fine Grain Access Control (FGAC) to restrict access to your data based on top-level attributes in your document. You cannot use FGAC to restrict access based on nested attributes. For example, suppose you stored a JSON document that contained the following information about a person: ID, first name, last name, and a list of all of their friends. You could use FGAC to restrict access based on their ID, first name, or last name, but not based on the list of friends.

**Q: Without FGAC, how can a developer achieve item level access control?**

To achieve this level of control without FGAC, a developer would have to choose from a few potentially onerous approaches. Some of these are:

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

1. Proxy: The application client sends a request to a brokering proxy that performs the authentication and authorization. Such a solution increases the complexity of the system architecture and can result in a higher total cost of ownership (TCO).

2. Per Client Table: Every application client is assigned its own table. Since application clients access different tables, they would be protected from one another. This could potentially require a developer to create millions of tables, thereby making database management extremely painful.

3. Per-Client Embedded Token: A secret token is embedded in the application client. The shortcoming of this is the difficulty in changing the token and handling its impact on the stored data. Here, the key of the items accessible by this client would contain the secret token.

**Q: How does DynamoDB FGAC work?**

With FGAC, an application requests a security token that authorizes the application to access only specific items in a specific DynamoDB table. With this token, the end user application agent can make requests to DynamoDB directly. Upon receiving the request, the incoming request's credentials are first evaluated by DynamoDB, which will use IAM to authenticate the request and determine the capabilities allowed for the user. If the user's request is not permitted, FGAC will prevent the data from being accessed.

**Q: How much does DynamoDB FGAC cost?**

There is no additional charge for using FGAC. As always, you only pay for the provisioned throughput and storage associated with the DynamoDB table.

**Q: How do I get started?**

Refer to the Fine-Grained Access Control section of the DynamoDB Developer Guide to learn how to create an access policy, create an IAM role for your app (e.g. a role named AcmeFacebookUsers for a Facebook app_id of 34567), and assign your access policy to the role. The trust policy of the role determines which identity providers are accepted (e.g. Login with Amazon, Facebook, or Google), and the access policy describes which AWS resources can be accessed (e.g. a DynamoDB table). Using the role, your app can now to obtain temporary credentials for DynamoDB by calling the AssumeRoleWithIdentityRequest API of the AWS Security Token Service (STS).

**Q: How do I allow users to Query a Local Secondary Index, but prevent them from causing a table fetch to retrieve non-projected attributes?**

Some Query operations on a Local Secondary Index can be more expensive than others if they request attributes that are not projected into an index. You an restrict such potentially expensive "fetch" operations by limiting the permissions to only projected attributes, using the "dynamodb:Attributes" context key.

**Q: How do I prevent users from accessing specific attributes?**

The recommended approach to preventing access to specific attributes is to follow the principle of least privilege, and Allow access to only specific attributes.

Alternatively, you can use a *Deny* policy to specify attributes that are disallowed. However, this is not recommended for the following reasons:

1. With a *Deny* policy, it is possible for the user to discover the hidden attribute names by issuing repeated requests for every possible attribute name, until the user is ultimately denied access.

2. *Deny* policies are more fragile, since DynamoDB could introduce new API functionality in the future that might allow an access pattern that you had previously intended to block.

**Q: How do I prevent users from adding invalid data to a table?**

The available FGAC controls can determine which items changed or read, and which attributes can be changed or read. Users can add new items without those blocked attributes, and change any value of any attribute that is modifiable.

**Q: Can I grant access to multiple attributes without listing all of them?**

Yes, the IAM policy language supports a rich set of comparison operations, including StringLike, StringNotLike, and many others.  For additional details, please see the IAM Policy Reference.

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

**Q: How do I create an appropriate policy?**

We recommend that you use the DynamoDB Policy Generator from the DynamoDB console. You may also compare your policy to those listed in the Amazon DynamoDB Developer Guide to make sure you are following a recommended pattern. You can post policies to the AWS Forums to get thoughts from the DynamoDB community.

**Q: Can I grant access based on a canonical user id instead of separate ids for the user based on the identity provider they logged in with?**

Not without running a "token vending machine". If a user retrieves federated access to your IAM role directly using Facebook credentials with STS, those temporary credentials only have information about that user's Facebook login, and not their Amazon login, or Google login. If you want to internally store a mapping of each of these logins to your own stable identifier, you can run a service that contacts to log in, and then call STS and provide them with credentials scoped to whatever partition key value you come up with as their canonical user id.

**Q: What information cannot be hidden from callers using FGAC?**

Certain information cannot currently be blocked from the caller about the items in the table:

- Item collection metrics. The caller can ask for the estimated number of items and size in bytes of the item collection.

- Consumed throughput The caller can ask for the detailed breakdown or summary of the provisioned throughput consumed by operations.

- Validation cases. In certain cases, the caller can learn about the existence and primary key schema of a table when you did not intend to give them access. To prevent this, follow the principle of least privilege and only allow access to the tables and actions that you intended to allow access to.

- If you deny access to specific attributes instead of whitelisting access to specific attributes, the caller can theoretically determine the names of the hidden attributes if "allow all except for" logic. It is safer to whitelist specific attribute names instead.

**Q: Does Amazon DynamoDB support IAM permissions?**

Yes, DynamoDB supports API-level permissions through AWS Identity and Access Management (IAM) service integration.

For more information about IAM, go to:

- AWS Identity and Access Management

- AWS Identity and Access Management Getting Started Guide

- Using AWS Identity and Access Management

**Q: I wish to perform security analysis or operational troubleshooting on my DynamoDB tables. Can I get a history of all DynamoDB API calls made on my account?**

Yes. AWS CloudTrail is a web service that records AWS API calls for your account and delivers log files to you. The AWS API call history produced by AWS CloudTrail enables security analysis, resource change tracking, and compliance auditing. Details about DynamoDB support for CloudTrail can be found here. Learn more about CloudTrail at the AWS CloudTrail detail page, and turn it on via CloudTrail's AWS Management Console home page.

---

# Pricing

**Q: How will I be charged for my use of Amazon DynamoDB?**

Each DynamoDB table has provisioned read-throughput and write-throughput associated with it. You are billed by the hour for that throughput capacity if you exceed the free tier.

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

Please note that you are charged by the hour for the throughput capacity, whether or not you are sending requests to your table. If you would like to change your table's provisioned throughput capacity, you can do so using the AWS Management Console, the UpdateTable API or the PutScalingPolicy API for Auto Scaling..

In addition, DynamoDB also charges for indexed data storage as well as the standard internet data transfer fees

To learn more about DynamoDB pricing, please visit the DynamoDB pricing page.

**Q: What are some pricing examples?**

Here is an example of how to calculate your throughput costs using US East (Northern Virginia) Region pricing. To view prices for other regions, visit our pricing page.

If you create a table and request 10 units of write capacity and 200 units of read capacity of provisioned throughput, you would be charged:

$0.01 + (4 x $0.01) = $0.05 per hour

If your throughput needs changed and you increased your reserved throughput requirement to 10,000 units of write capacity and 50,000 units of read capacity, your bill would then change to:

(1,000 x $0.01) + (1,000 x $0.01) = $20/hour

To learn more about DynamoDB pricing, please visit the DynamoDB pricing page.

**Q: Do your prices include taxes?**

For details on taxes, see Amazon Web Services Tax Help.

**Q: What is provisioned throughput?**

Amazon DynamoDB Auto Scaling adjusts throughput capacity automatically as request volumes change, based on your desired target utilization and minimum and maximum capacity limits, or lets you specify the request throughput you want your table to be able to achieve manually. Behind the scenes, the service handles the provisioning of resources to achieve the requested throughput rate. Rather than asking you to think about instances, hardware, memory, and other factors that could affect your throughput rate, we simply ask you to provision the throughput level you want to achieve. This is the provisioned throughput model of service.

During creation of a new table or global secondary index, Auto Scaling is enabled by default with default settings for target utilization, minimum and maximum capacity; or you can specify your required read and write capacity needs manually; and Amazon DynamoDB automatically partitions and reserves the appropriate amount of resources to meet your throughput requirements.

**Q: How does selection of primary key influence the scalability I can achieve?**

When storing data, Amazon DynamoDB divides a table into multiple partitions and distributes the data based on the partition key element of the primary key. While allocating capacity resources, Amazon DynamoDB assumes a relatively random access pattern across all primary keys. You should set up your data model so that your requests result in a fairly even distribution of traffic across primary keys. If a table has a very small number of heavily-accessed partition key elements, possibly even a single very heavily-used partition key element, traffic is concentrated on a small number of partitions – potentially only one partition. If the workload is heavily unbalanced, meaning disproportionately focused on one or a few partitions, the operations will not achieve the overall provisioned throughput level. To get the most out of Amazon DynamoDB throughput, build tables where the partition key element has a large number of distinct values, and values are requested fairly uniformly, as randomly as possible. An example of a good primary key is CustomerID if the application has many customers and requests made to various customer records tend to be more or less uniform. An example of a heavily skewed primary key is "Product Category Name" where certain product categories are more popular than the rest.

**Q: What is a read/write capacity unit?**

How do I estimate how many read and write capacity units I need for my application? A unit of Write Capacity enables you to perform one write per second for items of up to 1KB in size. Similarly, a unit of Read Capacity enables you to perform one strongly consistent read per second (or two eventually consistent reads per second) of items of up to 4KB in size. Larger items will require more capacity. You can calculate the number of

KoveIO Compl. Ex. 20

units of read and write capacity you need by estimating the number of reads or writes you need to do per second and multiplying by the size of your items (rounded up to the nearest KB).

Units of Capacity required for writes = Number of item writes per second x item size in 1KB blocks

Units of Capacity required for reads* = Number of item reads per second x item size in 4KB blocks

* If you use eventually consistent reads you'll get twice the throughput in terms of reads per second.

If your items are less than 1KB in size, then each unit of Read Capacity will give you 1 strongly consistent read/second and each unit of Write Capacity will give you 1 write/second of capacity. For example, if your items are 512 bytes and you need to read 100 items per second from your table, then you need to provision 100 units of Read Capacity.

If your items are larger than 4KB in size, then you should calculate the number of units of Read Capacity and Write Capacity that you need. For example, if your items are 4.5KB and you want to do 100 strongly consistent reads/second, then you would need to provision 100 (read per second) x 2 (number of 4KB blocks required to store 4.5KB) = 200 units of Read Capacity.

Note that the required number of units of Read Capacity is determined by the number of items being read per second, not the number of API calls. For example, if you need to read 500 items per second from your table, and if your items are 4KB or less, then you need 500 units of Read Capacity. It doesn't matter if you do 500 individual GetItem calls or 50 BatchGetItem calls that each return 10 items.

**Q: Will I always be able to achieve my level of provisioned throughput?**

Amazon DynamoDB assumes a relatively random access pattern across all primary keys. You should set up your data model so that your requests result in a fairly even distribution of traffic across primary keys. If you have a highly uneven or skewed access pattern, you may not be able to achieve your level of provisioned throughput.

When storing data, Amazon DynamoDB divides a table into multiple partitions and distributes the data based on the partition key element of the primary key. The provisioned throughput associated with a table is also divided among the partitions; each partition's throughput is managed independently based on the quota allotted to it. There is no sharing of provisioned throughput across partitions. Consequently, a table in Amazon DynamoDB is best able to meet the provisioned throughput levels if the workload is spread fairly uniformly across the partition key values. Distributing requests across partition key values distributes the requests across partitions, which helps achieve your full provisioned throughput level.

If you have an uneven workload pattern across primary keys and are unable to achieve your provisioned throughput level, you may be able to meet your throughput needs by increasing your provisioned throughput level further, which will give more throughput to each partition. However, it is recommended that you considering modifying your request pattern or your data model in order to achieve a relatively random access pattern across primary keys.

**Q: If I retrieve only a single element of a JSON document, will I be charged for reading the whole item?**

Yes. When reading data out of DynamoDB, you consume the throughput required to read the entire item.

**Q: What is the maximum throughput I can provision for a single DynamoDB table?**

DynamoDB is designed to scale without limits However, if you wish to exceed throughput rates of 10,000 write capacity units or 10,000 read capacity units for an individual table, you must first contact Amazon through this online form. If you wish to provision more than 20,000 write capacity units or 20,000 read capacity units from a single subscriber account you must first contact us using the form described above.

**Q: What is the minimum throughput I can provision for a single DynamoDB table?**

The smallest provisioned throughput you can request is 1 write capacity unit and 1 read capacity unit for both Auto Scaling and manual throughput provisioning..

This falls within the free tier which allows for 25 units of write capacity and 25 units of read capacity. The free tier applies at the account level, not the table level. In other words, if you add up the provisioned capacity of all your tables, and if the total capacity is no more than 25 units of write capacity and 25 units of read capacity, your provisioned capacity would fall into the free tier.

**Q: Is there any limit on how much I can change my provisioned throughput with a single request?**

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

KoveIO Compl. Ex. 20

You can increase the provisioned throughput capacity of your table by any amount using the UpdateTable API. For example, you could increase your table's provisioned write capacity from 1 write capacity unit to 10,000 write capacity units with a single API call. Your account is still subject to table-level and account-level limits on capacity, as described in our documentation page. If you need to raise your provisioned capacity limits, you can visit our Support Center, click "Open a new case", and file a service limit increase request.

**Q: How am I charged for provisioned throughput?**

Every Amazon DynamoDB table has pre-provisioned the resources it needs to achieve the throughput rate you asked for. You are billed at an hourly rate for as long as your table holds on to those resources. For a complete list of prices with examples, see the DynamoDB pricing page.

**Q: How do I change the provisioned throughput for an existing DynamoDB table?**

There are two ways to update the provisioned throughput of an Amazon DynamoDB table. You can either make the change in the management console, or you can use the UpdateTable API call. In either case, Amazon DynamoDB will remain available while your provisioned throughput level increases or decreases.

**Q: How often can I change my provisioned throughput?**

You can increase your provisioned throughput as often as you want. You can decrease up to four times any time per day. A day is defined according to the GMT time zone. Additionally, if there was no decrease in the past four hours, an additional dial down is allowed, effectively bringing maximum number of decreases in a day to 9 (4 decreases in the first 4 hours, and 1 decrease for each of the subsequent 4 hour windows in a day).

Keep in mind that you can't change your provisioned throughput if your Amazon DynamoDB table is still in the process of responding to your last request to change provisioned throughput. Use the management console or the DescribeTables API to check the status of your table. If the status is "CREATING", "DELETING", or "UPDATING", you won't be able to adjust the throughput of your table. Please wait until you have a table in "ACTIVE" status and try again.

**Q: Does the consistency level affect the throughput rate?**

Yes. For a given allocation of resources, the read-rate that a DynamoDB table can achieve is different for strongly consistent and eventually consistent reads. If you request "1,000 read capacity units", DynamoDB will allocate sufficient resources to achieve 1,000 strongly consistent reads per second of items up to 4KB. If you want to achieve 1,000 eventually consistent reads of items up to 4KB, you will need half of that capacity, i.e., 500 read capacity units. For additional guidance on choosing the appropriate throughput rate for your table, see our provisioned throughput guide.

**Q: Does the item size affect the throughput rate?**

Yes. For a given allocation of resources, the read-rate that a DynamoDB table can achieve does depend on the size of an item. When you specify the provisioned read throughput you would like to achieve, DynamoDB provisions its resources on the assumption that items will be less than 4KB in size. Every increase of up to 4KB will linearly increase the resources you need to achieve the same throughput rate. For example, if you have provisioned a DynamoDB table with 100 units of read capacity, that means that it can handle 100 4KB reads per second, or 50 8KB reads per second, or 25 16KB reads per second, and so on.

Similarly the write-rate that a DynamoDB table can achieve does depend on the size of an item. When you specify the provisioned write throughput you would like to achieve, DynamoDB provisions its resources on the assumption that items will be less than 1KB in size. Every increase of up to 1KB will linearly increase the resources you need to achieve the same throughput rate. For example, if you have provisioned a DynamoDB table with 100 units of write capacity, that means that it can handle 100 1KB writes per second, or 50 2KB writes per second, or 25 4KB writes per second, and so on.

For additional guidance on choosing the appropriate throughput rate for your table, see our provisioned throughput guide.

**Q: What happens if my application performs more reads or writes than my provisioned capacity?**

If your application performs more reads/second or writes/second than your table's provisioned throughput capacity allows, requests above your provisioned capacity will be throttled and you will receive 400 error codes. For instance, if you had asked for 1,000 write capacity units and try to do 1,500 writes/second of 1 KB items, DynamoDB will only allow 1,000 writes/second to go through and you will receive error code 400 on your extra

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

KovelO Compl. Ex. 20

requests. You should use CloudWatch to monitor your request rate to ensure that you always have enough provisioned throughput to achieve the request rate that you need.

**Q: How do I know if I am exceeding my provisioned throughput capacity?**

DynamoDB publishes your consumed throughput capacity as a CloudWatch metric. You can set an alarm on this metric so that you will be notified if you get close to your provisioned capacity.

**Q: How long does it take to change the provisioned throughput level of a table?**

In general, decreases in throughput will take anywhere from a few seconds to a few minutes, while increases in throughput will typically take anywhere from a few minutes to a few hours.

We strongly recommend that you do not try and schedule increases in throughput to occur at almost the same time when that extra throughput is needed. We recommend provisioning throughput capacity sufficiently far in advance to ensure that it is there when you need it.

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

## Reserved capacity

**Q: What is Reserved Capacity?**

Reserved Capacity is a billing feature that allows you to obtain discounts on your provisioned throughput capacity in exchange for:

- A one-time up-front payment

- A commitment to a minimum monthly usage level for the duration of the term of the agreement.

Reserved Capacity applies within a single AWS Region and can be purchased with 1-year or 3-year terms. Every DynamoDB table has provisioned throughput capacity associated with it, whether managed by Auto Scaling or provisioned manually when you create or update a table. This capacity is what determines the read and write throughput rate that your DynamoDB table can achieve. Reserved Capacity is a billing arrangement and has no direct impact on the performance or capacity of your DynamoDB tables. For example, if you buy 100 write capacity units of Reserved Capacity, you have agreed to pay for that much capacity for the duration of the agreement (1 or 3 years) in exchange for discounted pricing.

**Q: How do I buy Reserved Capacity?**

Log into the AWS Management Console, go to the DynamoDB console page, and then click on "Reserved Capacity". This will take you to the "Reserved Capacity Usage" page. Click on "Purchase Reserved Capacity" and this will bring up a form you can fill out to purchase Reserved Capacity. Make sure you have selected the AWS Region in which your Reserved Capacity will be used. After you have finished purchasing Reserved Capacity, you will see purchase you made on the "Reserved Capacity Usage" page.

**Q: Can I cancel a Reserved Capacity purchase?**

No, you cannot cancel your Reserved Capacity and the one-time payment is not refundable. You will continue to pay for every hour during your Reserved Capacity term regardless of your usage.

**Q: What is the smallest amount of Reserved Capacity that I can buy?**

The smallest Reserved Capacity offering is 100 capacity units (reads or writes).

**Q: Are there APIs that I can use to buy Reserved Capacity?**

Not yet. We will provide APIs and add more Reserved Capacity options over time.

**Q: Can I move Reserved Capacity from one Region to another?**

No. Reserved Capacity is associated with a single Region.

**Q: Can I provision more throughput capacity than my Reserved Capacity?**

Yes. When you purchase Reserved Capacity, you are agreeing to a minimum usage level and you pay a discounted rate for that usage level. If you provision more capacity than that minimum level, you will be charged at standard rates for the additional capacity.

**Q: How do I use my Reserved Capacity?**

KoveIO Compl. Ex. 20

Reserved Capacity is automatically applied to your bill. For example, if you purchased 100 write capacity units of Reserved Capacity and you have provisioned 300, then your Reserved Capacity purchase will automatically cover the cost of 100 write capacity units and you will pay standard rates for the remaining 200 write capacity units.

**Q: What happens if I provision less throughput capacity than my Reserved Capacity?**

A Reserved Capacity purchase is an agreement to pay for a minimum amount of provisioned throughput capacity, for the duration of the term of the agreement, in exchange for discounted pricing. If you use less than your Reserved Capacity, you will still be charged each month for that minimum amount of provisioned throughput capacity.

**Q: Can I use my Reserved Capacity for multiple DynamoDB tables?**

Yes. Reserved Capacity is applied to the total provisioned capacity within the Region in which you purchased your Reserved Capacity. For example, if you purchased 5,000 write capacity units of Reserved Capacity, then you can apply that to one table with 5,000 write capacity units, or 100 tables with 50 write capacity units, or 1,000 tables with 5 write capacity units, etc.

**Q: Does Reserved Capacity apply to DynamoDB usage in Consolidated Billing accounts?**

Yes. If you have multiple accounts linked with Consolidated Billing, Reserved Capacity units purchased either at the Payer Account level or Linked Account level are shared with all accounts connected to the Payer Account. Reserved capacity will first be applied to the account which purchased it and then any unused capacity will be applied to other linked accounts.

# Cross-region replication

**Q: What is a DynamoDB cross-region replication?**

DynamoDB cross-region replication allows you to maintain identical copies (called replicas) of a DynamoDB table (called master table) in one or more AWS regions. After you enable cross-region replication for a table, identical copies of the table are created in other AWS regions. Writes to the table will be automatically propagated to all replicas.

**Q: When should I use cross-region replication?**

You can use cross-region replication for the following scenarios.

- **Efficient disaster recovery:** By replicating tables in multiple data centers, you can switch over to using DynamoDB tables from another region in case a data center failure occurs.

- **Faster reads:** If you have customers in multiple regions, you can deliver data faster by reading a DynamoDB table from the closest AWS data center.

- **Easier traffic management:** You can use replicas to distribute the read workload across tables and thereby consume less read capacity in the master table.

- **Easy regional migration:** By creating a read replica in a new region and then promoting the replica to be a master, you migrate your application to that region more easily.

- **Live data migration:** To move a DynamoDB table from one region to another, you can create a replica of the table from the source region in the destination region. When the tables are in sync, you can switch your application to write to the destination region.

**Q: What cross-region replication modes are supported?**

Cross-region replication currently supports single master mode. A single master has one master table and one or more replica tables.

**Q. How can I set up single master cross-region replication for a table?**

You can create cross-region replicas using the [DynamoDB Cross-region Replication library](#).

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

**Q: How do I know when the bootstrapping is complete?**

On the replication management application, the state of the replication changes from Bootstrapping to Active.

**Q: Can I have multiple replicas for a single master table?**

Yes, there are no limits on the number of replicas tables from a single master table. A DynamoDB Streams reader is created for each replica table and copies data from the master table, keeping the replicas in sync.

**Q: How much does it cost to set up cross-region replication for a table?**

DynamoDB cross-region replication is enabled using the DynamoDB Cross-region Replication Library. While there is no additional charge for the cross-region replication library, you pay the usual prices for the following resources used by the process. You will be billed for:

- Provisioned throughput (Writes and Reads) and storage for the replica tables.

- Data Transfer across regions.

- Reading data from DynamoDB Streams to keep the tables in sync.

- The EC2 instances provisioned to host the replication process. The cost of the instances will depend on the instance type you choose and the region hosting the instances.

**Q: In which region does the Amazon EC2 instance hosting the cross-region replication run?**

The cross-region replication application is hosted in an Amazon EC2 instance in the same region where the cross-region replication application was originally launched. You will be charged the instance price in this region.

**Q: Does the Amazon EC2 instance Auto Scale as the size and throughput of the master and replica tables change?**

Currently, we will not auto scale the EC2 instance. You will need to pick the instance size when configuring DynamoDB Cross-region Replication.

**Q: What happens if the Amazon EC2 instance managing the replication fails?**

The Amazon EC2 instance runs behind an auto scaling group, which means the application will automatically fail over to another instance. The application underneath uses the Kinesis Client Library (KCL), which checkpoints the copy. In case of an instance failure, the application knows to find the checkpoint and resume from there.

**Q: Can I keep using my DynamoDB table while a Read Replica is being created?**

Yes, creating a replica is an online operation. Your table will remain available for reads and writes while the read replica is being created. The bootstrapping uses the Scan operation to copy from the source table. We recommend that the table is provisioned with sufficient read capacity units to support the Scan operation.

**Q: How long does it take to create a replica?**

The time to initially copy the master table to the replica table depends on the size of the master table, the provisioned capacity of the master table and replica table. The time to propagate an item-level change on the master table to the replica table depends on the provisioned capacity on the master and replica tables, and the size of the Amazon EC2 instance running the replication application.

**Q: If I change provisioned capacity on my master table, does the provisioned capacity on my replica table also update?**

After the replication has been created, any changes to the provisioned capacity on the master table will not result in an update in throughput capacity on the replica table.

**Q: Will my replica tables have the same indexes as the master table?**

KoveIO Compl. Ex. 20

If you choose to create the replica table from the replication application, the secondary indexes on the master table will NOT be automatically created on the replica table. The replication application will not propagate changes made on secondary indices on the master table to replica tables. You will have to add/update/delete indexes on each of the replica tables through the AWS Management Console as you would with regular DynamoDB tables.

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

**Q: Will my replica have the same provisioned throughput capacity as the master table?**

When creating the replica table, we recommend that you provision at least the same write capacity as the master table to ensure that it has enough capacity to handle all incoming writes. You can set the provisioned read capacity of your replica table at whatever level is appropriate for your application.

**Q: What is the consistency model for replicated tables?**

Replicas are updated asynchronously. DynamoDB will acknowledge a write operation as successful once it has been accepted by the master table. The write will then be propagated to each replica. This means that there will be a slight delay before a write has been propagated to all replica tables.

**Q: Are there CloudWatch metrics for cross-region replication?**

CloudWatch metrics are available for every replication configuration. You can see the metric by selecting the replication group and navigating to the Monitoring tab. Metrics on throughput and number of record processed are available, and you can monitor for any discrepancies in the throughput of the master and replica tables.

**Q: Can I have a replica in the same region as the master table?**

Yes, as long as the replica table and the master table have different names, both tables can exist in the same region.

**Q: Can I add or delete a replica after creating a replication group?**

Yes, you can add or delete a replica from that replication group at any time.

**Q: Can I delete a replica group after it is created ?**

Yes, deleting the replication group will delete the EC2 instance for the group. However, you will have to delete the DynamoDB metadata table.

## Triggers

**Q. What is DynamoDB Triggers?**

DynamoDB Triggers is a feature which allows you to execute custom actions based on item-level updates on a DynamoDB table. You can specify the custom action in code.

**Q. What can I do with DynamoDB Triggers?**

There are several application scenarios where DynamoDB Triggers can be useful. Some use cases include sending notifications, updating an aggregate table, and connecting DynamoDB tables to other data sources.

**Q. How does DynamoDB Triggers work?**

The custom logic for a DynamoDB trigger is stored in an AWS Lambda function as code. To create a trigger for a given table, you can associate an AWS Lambda function to the stream (via DynamoDB Streams) on a DynamoDB table. When the table is updated, the updates are published to DynamoDB Streams. In turn, AWS Lambda reads the updates from the associated stream and executes the code in the function.

**Q: What does it cost to use DynamoDB Triggers?**

With DynamoDB Triggers, you only pay for the number of requests for your AWS Lambda function and the amount of time it takes for your AWS Lambda function to execute. Learn more about AWS Lambda pricing here. You are not charged for the reads that your AWS Lambda function makes to the stream (via DynamoDB Streams) associated with the table.

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

**Q. Is there a limit to the number of triggers for a table?**

There is no limit on the number of triggers for a table.

**Q. What languages does DynamoDB Triggers support?**

Currently, DynamoDB Triggers supports Javascript, Java, and Python for trigger functions.

**Q. Is there API support for creating, editing or deleting DynamoDB triggers?**

No, currently there are no native APIs to create, edit, or delete DynamoDB triggers. You have to use the AWS Lambda console to create an AWS Lambda function and associate it with a stream in DynamoDB Streams. For more information, see the AWS Lambda FAQ page.

**Q. How do I create a DynamoDB trigger?**

You can create a trigger by creating an AWS Lambda function and associating the event-source for the function to a stream in DynamoDB Streams. For more information, see the AWS Lambda FAQ page.

**Q. How do I delete a DynamoDB trigger?**

You can delete a trigger by deleting the associated AWS Lambda function. You can delete an AWS Lambda function from the AWS Lambda console or throughput an AWS Lambda API call. For more information, see the AWS Lambda FAQ and documentation page.

**Q. I have an existing AWS Lambda function, how do I create a DynamoDB trigger using this function?**

You can change the event source for the AWS Lambda function to point to a stream in DynamoDB Streams. You can do this from the DynamoDB console. In the table for which the stream is enabled, choose the stream, choose the Associate Lambda Function button, and then choose the function that you want to use for the DynamoDB trigger from the list of Lambda functions.

**Q. In what regions is DynamoDB Triggers available?**

DynamoDB Triggers is available in all AWS regions where AWS Lambda and DynamoDB are available.

# Streams

**Q: What is DynamoDB Streams?**

DynamoDB Streams provides a time-ordered sequence of item-level changes made to data in a table in the last 24 hours. You can access a stream with a simple API call and use it to keep other data stores up-to-date with the latest changes to DynamoDB or to take actions based on the changes made to your table.

**Q: What are the benefits of DynamoDB Streams?**

Using the DynamoDB Streams APIs, developers can consume updates and receive the item-level data before and after items are changed. This can be used to build creative extensions to your applications built on top of DynamoDB. For example, a developer building a global multi-player game using DynamoDB can use the DynamoDB Streams APIs to build a multi-master topology and keep the masters in sync by consuming the DynamoDB Streams for each master and replaying the updates in the remote masters. As another example, developers can use the DynamoDB Streams APIs to build mobile applications that automatically notify the mobile devices of all friends in a circle as soon as a user uploads a new selfie. Developers could also use DynamoDB Streams to keep data warehousing tools, such as Amazon Redshift, in sync with all changes to their DynamoDB table to enable real-time analytics. DynamoDB also integrates with Elasticsearch using the Amazon DynamoDB Logstash Plugin, thus enabling developers to add free-text search for DynamoDB content.

You can read more about DynamoDB Streams in our documentation.

**Q: How long are changes to my DynamoDB table available via DynamoDB Streams?**

DynamoDB Streams keep records of all changes to a table for 24 hours. After that, they will be erased.

**Q: How do I enable DynamoDB Streams?**

DynamoDB Streams have to be enabled on a per-table basis. To enable DynamoDB Streams for an existing DynamoDB table, select the table through the AWS Management Console, choose the Overview tab, click

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

the Manage Stream button, choose a view type, and then click Enable.

For more information, see our documentation.

**Q: How do I verify that DynamoDB Streams has been enabled?**

After enabling DynamoDB Streams, you can see the stream in the AWS Management Console. Select your table, and then choose the Overview tab. Under Stream details, verify Stream enabled is set to Yes.

**Q: How can I access DynamoDB Streams?**

You can access a stream available through DynamoDB Streams with a simple API call using the DynamoDB SDK or using the Kinesis Client Library (KCL). KCL helps you consume and process the data from a stream and also helps you manage tasks such as load balancing across multiple readers, responding to instance failures, and checkpointing processed records.

For more information about accessing DynamoDB Streams, see our documentation.

**Q: Does DynamoDB Streams display all updates made to my DynamoDB table in order?**

Changes made to any individual item will appear in the correct order. Changes made to different items may appear in DynamoDB Streams in a different order than they were received.

For example, suppose that you have a DynamoDB table tracking high scores for a game and that each item in the table represents an individual player. If you make the following three updates in this order:

- Update 1: Change Player 1's high score to 100 points
- Update 2: Change Player 2's high score to 50 points
- Update 3: Change Player 1's high score to 125 points

Update 1 and Update 3 both changed the same item (Player 1), so DynamoDB Streams will show you that Update 3 came after Update 1. This allows you to retrieve the most up-to-date high score for each player. The stream might not show that all three updates were made in the same order (i.e., that Update 2 happened after Update 1 and before Update 3), but updates to each individual player's record will be in the right order.

**Q: Do I need to manage the capacity of a stream in DynamoDB Streams?**

No, capacity for your stream is managed automatically in DynamoDB Streams. If you significantly increase the traffic to your DynamoDB table, DynamoDB will automatically adjust the capacity of the stream to allow it to continue to accept all updates.

**Q: At what rate can I read from DynamoDB Streams?**

You can read updates from your stream in DynamoDB Streams at up to twice the rate of the provisioned write capacity of your DynamoDB table. For example, if you have provisioned enough capacity to update 1,000 items per second in your DynamoDB table, you could read up to 2,000 updates per second from your stream.

**Q: If I delete my DynamoDB table, does the stream also get deleted in DynamoDB Streams?**

No, not immediately. The stream will persist in DynamoDB Streams for 24 hours to give you a chance to read the last updates that were made to your table. After 24 hours, the stream will be deleted automatically from DynamoDB Streams.

**Q: What happens if I turn off DynamoDB Streams for my table?**

If you turn off DynamoDB Streams, the stream will persist for 24 hours but will not be updated with any additional changes made to your DynamoDB table.

**Q: What happens if I turn off DynamoDB Streams and then turn it back on?**

When you turn off DynamoDB Streams, the stream will persist for 24 hours but will not be updated with any additional changes made to your DynamoDB table. If you turn DynamoDB Streams back on, this will create a new stream in DynamoDB Streams that contains the changes made to your DynamoDB table starting from the time that the new stream was created.

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

**Q: Will there be duplicates or gaps in DynamoDB Streams?**

No, DynamoDB Streams is designed so that every update made to your table will be represented exactly once in the stream.

**Q: What information is included in DynamoDB Streams?**

A DynamoDB stream contains information about both the previous value and the changed value of the item. The stream also includes the change type (INSERT, REMOVE, and MODIFY) and the primary key for the item that changed.

**Q: How do I choose what information is included in DynamoDB Streams?**

For new tables, use the CreateTable API call and specify the ViewType parameter to choose what information you want to include in the stream.

For an existing table, use the UpdateTable API call and specify the ViewType parameter to choose what information to include in the stream.

The ViewType parameter takes the following values:

*ViewType: {*
*{ KEYS_ONLY,*
*NEW_IMAGE,*
*OLD_IMAGE,*
*NEW_AND_OLD_IMAGES}*
*}*

The values have the following meaning: KEYS_ONLY: Only the name of the key of items that changed are included in the stream.

NEW_IMAGE: The name of the key and the item after the update (new item) are included in the stream.

OLD_IMAGE: The name of the key and the item before the update (old item) are included in the stream.

NEW_AND_OLD_IMAGES: The name of the key, the item before (old item) and after (new item) the update are included in the stream.

**Q: Can I use my Kinesis Client Library to access DynamoDB Streams?**

Yes, developers who are familiar with Kinesis APIs will be able to consume DynamoDB Streams easily. You can use the DynamoDB Streams Adapter, which implements the Amazon Kinesis interface, to allow your application to use the Amazon Kinesis Client Libraries (KCL) to access DynamoDB Streams. For more information about using the KCL to access DynamoDB Streams, please see our documentation.

**Q: Can I change what type of information is included in DynamoDB Streams?**

If you want to change the type of information stored in a stream after it has been created, you must disable the stream and create a new one using the UpdateTable API.

**Q: When I make a change to my DynamoDB table, how quickly will that change show up in a DynamoDB stream?**

Changes are typically reflected in a DynamoDB stream in less than one second.

**Q: If I delete an item, will that change be included in DynamoDB Streams?**

Yes, each update in a DynamoDB stream will include a parameter that specifies whether the update was a deletion, insertion of a new item, or a modification to an existing item. For more information on the type of update, see our documentation.

**Q: After I turn on DynamoDB Streams for my table, when can I start reading from the stream?**

You can use the DescribeStream API to get the current status of the stream. Once the status changes to ENABLED, all updates to your table will be represented in the stream.

You can start reading from the stream as soon as you start creating it, but the stream may not include all updates to the table until the status changes to ENABLED.

**Q: What is the Amazon DynamoDB Logstash Plugin for Elasticsearch?**

KoveIO Compl. Ex. 20

Elasticsearch is a popular open source search and analytics engine designed to simplify real-time search and big data analytics. Logstash is an open source data pipeline that works together with Elasticsearch to help you process logs and other event data. The Amazon DynamoDB Logstash Plugin make is easy to integrate DynamoDB tables with Elasticsearch clusters.

**Q: How much does the Amazon DynamoDB Logstash Plugin cost?**

The Amazon DynamoDB Logstash Plugin is free to download and use.

**Q: How do I download and install the Amazon DynamoDB Logstash Plugin?**

The Amazon DynamoDB Logstash Plugin is available on GitHub. Read our documentation page to learn more about installing and running the plugin.

# Storage backend for Titan

**Q: What is the DynamoDB Storage Backend for Titan?**

The DynamoDB Storage Backend for Titan is a plug-in that allows you to use DynamoDB as the underlying storage layer for Titan graph database. It is a client side solution that implements index free adjacency for fast graph traversals on top of DynamoDB.

**Q: What is a graph database?**

A graph database is a store of vertices and directed edges that connect those vertices. Both vertices and edges can have properties stored as key-value pairs.

A graph database uses adjacency lists for storing edges to allow simple traversal. A graph in a graph database can be traversed along specific edge types, or across the entire graph. Graph databases can represent how entities relate by using actions, ownership, parentage, and so on.

**Q: What applications are well suited to graph databases?**

Whenever connections or relationships between entities are at the core of the data you are trying to model, a graph database is a natural choice. Therefore, graph databases are useful for modeling and querying social networks, business relationships, dependencies, shipping movements, and more.

**Q: How do I get started using the DynamoDB Storage Backend for Titan?**

The easiest way to get started is to launch an EC2 instance running Gremlin Server with the DynamoDB Storage Backend for Titan, using the CloudFormation templates referred to in this documentation page. You can also clone the project from the GitHub repository and start by following the Marvel and Graph-Of-The-Gods tutorials on your own computer by following the instructions in the documentation here. When you're ready to expand your testing or run in production, you can switch the backend to use the DynamoDB service. Please see the AWS documentation for further guidance.

**Q: How does the DynamoDB Storage Backend differ from other Titan storage backends?**

DynamoDB is a managed service, thus using it as the storage backend for Titan enables you to run graph workloads without having to manage your own cluster for graph storage.

**Q: Is the DynamoDB Storage Backend for Titan a fully managed service?**

No. The DynamoDB storage backend for Titan manages the storage layer for your Titan workload. However, the plugin does not do provisioning and managing of the client side. For simple provisioning of Titan we have developed a CloudFormation template that sets up DynamoDB Storage Backend for Titan with Gremlin Server; see the instructions available here.

**Q: How much does using the DynamoDB Storage Backend for Titan cost?**

You are charged the regular DynamoDB throughput and storage costs. There is no additional cost for using DynamoDB as the storage backend for a Titan graph workload.

**Q: Does DynamoDB backend provide full compatibility with the Titan feature set on other backends?**

A table comparing feature sets of different Titan storage backends is available in the documentation.

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

**Q: Which versions of Titan does the plugin support?**

We have released DynamoDB storage backend plugins for Titan versions 0.5.4 and 1.0.0.

**Q: I use Titan with a different backend today. Can I migrate to DynamoDB?**

Absolutely. The DynamoDB Storage Backend for Titan implements the Titan KCV Store interface so you can switch from a different storage backend to DynamoDB with minimal changes to your application. For full comparison of storage backends for Titan please see our documentation.

**Q: I use Titan with a different backend today. How do I migrate to DynamoDB?**

You can use bulk loading to copy your graph from one storage backend to the DynamoDB Storage Backend for Titan.

**Q: How do I connect my Titan instance to DynamoDB via the plugin?**

If you create a graph and Gremlin server instance with the DynamoDB Storage Backend for Titan installed, all you need to do to connect to DynamoDB is provide a principal/credential set to the default AWS credential provider chain. This can be done with an EC2 instance profile, environment variables, or the credentials file in your home folder. Finally, you need to choose a DynamoDB endpoint to connect to.

**Q: How durable is my data when using the DynamoDB Storage Backend for Titan?**

When using the DynamoDB Storage Backend for Titan, your data enjoys the strong protection of DynamoDB, which runs across Amazon's proven, high-availability data centers. The service replicates data across three facilities in an AWS Region to provide fault tolerance in the event of a server failure or Availability Zone outage.

**Q: How secure is the DynamoDB Storage Backend for Titan?**

The DynamoDB Storage Backend for Titan stores graph data in multiple DynamoDB tables, thus is enjoys the same high security available on all DynamoDB workloads. Fine-Grained Access Control, IAM roles, and AWS principal/credential sets control access to DynamoDB tables and items in DynamoDB tables.

**Q: How does the DynamoDB Storage Backend for Titan scale?**

The DynamoDB Storage Backend for Titan scales just like any other workload of DynamoDB. You can choose to increase or decrease the required throughput at any time.

**Q: How many vertices and edges can my graph contain?**

You are limited by Titan's limits for (2^60) for the maximum number of edges and half as many vertices in a graph, as long as you use the multiple-item model for edgestore. If you use the single-item model, the number of edges that you can store at a particular out-vertex key is limited by DynamoDB's maximum item size, currently 400kb.

**Q: How large can my vertex and edge properties get?**

The sum of all edge properties in the multiple-item model cannot exceed 400kb, the maximum item size. In the multiple item model, each vertex property can be up to 400kb. In the single-item model, the total item size (including vertex properties, edges and edge properties) can't exceed 400kb.

**Q: How many data models are there? What are the differences?**

There are two different storage models for the DynamoDB Storage Backend for Titan – single item model and multiple item model. In the single item storage model, vertices, vertex properties, and edges are stored in one item. In the multiple item data model, vertices, vertex properties and edges are stored in different items. In both cases, edge properties are stored in the same items as the edges they correspond to.

**Q: Which data model should I use?**

In general, we recommend you use the multiple-item data model for the edgestore and graphindex tables. Otherwise, you either limit the number of edges/vertex-properties you can store for one out-vertex, or you limit the number of entities that can be indexed at a particular property name-value pair in graph index. In general, you can use the single-item data model for the other 4 KCV stores in Titan versions 0.5.4 and 1.0.0 because the items stored in them are usually less than 400KB each. For full list of tables that the Titan plugin creates on DynamoDB please see here.

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

**Q: Do I have to create a schema for Titan graph databases?**

Titan supports automatic type creation, so new edge/vertex properties and labels will get registered on the fly (see here for details) with the first use. The Gremlin Structure (Edge labels=MULTI, Vertex properties=SINGLE) is used by default.

**Q: Can I change the schema of a Titan graph database?**

Yes, however, you cannot change the schema of existing vertex/edge properties and labels. For details please see here.

**Q: How does the DynamoDB Storage Backend for Titan deal with supernodes?**

DynamoDB deals with supernodes via vertex label partitioning. If you define a vertex label as partitioned in the management system upon creation, you can key different subsets of the edges and vertex properties going out of a vertex at different partition keys of the partition-sort key space in the edgestore table. This results in the virtual vertex label partitions being stored in different physical DynamoDB partitions, as long as your edgestore has more than one physical partition. To estimate the number of physical partitions backing your edgestore table, please see guidance in the documentation.

**Q: Does the DynamoDB Storage Backend for Titan support batch graph operations?**

Yes, the DynamoDB Storage Backend for Titan supports batch graph with the Blueprints BatchGraph implementation and through Titan's bulk loading configuration options.

**Q: Does the DynamoDB Storage Backend for Titan support transactions?**

The DynamoDB Storage Backend for Titan supports optimistic locking. That means that the DynamoDB Storage Backend for Titan can condition writes of individual Key-Column pairs (in the multiple item model) or individual Keys (in the single item model) on the existing value of said Key-Column pair or Key.

**Q: Can I have a Titan instance in one region and access DynamoDB in another?**

Accessing a DynamoDB endpoint in another region than the EC2 Titan instance is possible but not recommended. When running a Gremlin Server out of EC2, we recommend connecting to the DynamoDB endpoint in your EC2 instance's region, to reduce the latency impact of cross-region requests. We also recommend running the EC2 instance in a VPC to improve network performance. The CloudFormation template performs this entire configuration for you.

**Q: Can I use this plugin with other DynamoDB features such as update streams and cross-region replication?**

You can use Cross-Region Replication with the DynamoDB Streams feature to create read-only replicas of your graph tables in other regions.

# CloudWatch metrics

**Q: Does Amazon DynamoDB report CloudWatch metrics?**

Yes, Amazon DynamoDB reports several table-level metrics on CloudWatch. You can make operational decisions about your Amazon DynamoDB tables and take specific actions, like setting up alarms, based on these metrics. For a full list of reported metrics, see the *Monitoring DynamoDB with CloudWatch* section of our documentation.

**Q: How can I see CloudWatch metrics for an Amazon DynamoDB table?**

On the Amazon DynamoDB console, select the table for which you wish to see CloudWatch metrics and then select the Metrics tab.

**Q: How often are metrics reported?**

Most CloudWatch metrics for Amazon DynamoDB are reported in 1-minute intervals while the rest of the

KoveIO Compl. Ex. 20

metrics are reported in 5-minute intervals. For more details, see the *Monitoring DynamoDB with CloudWatch* section of our documentation.

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

# Tagging

**Q: What is a tag?**

A tag is a label you assign to an AWS resource. Each tag consists of a key and a value, both of which you can define. AWS uses tags as a mechanism to organize your resource costs on your cost allocation report. For more about tagging, see the *AWS Billing and Cost Management User Guide*.

**Q: What DynamoDB resources can I tag?**

You can tag DynamoDB tables. Local Secondary Indexes and Global Secondary Indexes associated with the tagged tables are automatically tagged with the same tags. Costs for Local Secondary Indexes and Global Secondary Indexes will show up under the tags used for the corresponding DynamoDB table.

**Q: Why should I use Tagging for DynamoDB?**

You can use Tagging for DynamoDB for cost allocation. Using tags for cost allocation enables you to label your DynamoDB resources so that you can easily track their costs against projects or other criteria to reflect your own cost structure.

**Q: How can I use tags for cost allocation?**

You can use cost allocation tags to categorize and track your AWS costs. AWS Cost Explorer and detailed billing reports support the ability to break down AWS costs by tag. Typically, customers use business tags such as cost center/business unit, customer, or project to associate AWS costs with traditional cost-allocation dimensions. However, a cost allocation report can include any tag. This enables you to easily associate costs with technical or security dimensions, such as specific applications, environments, or compliance programs.

**Q: How can I see costs allocated to my AWS tagged resources?**

You can see costs allocated to your AWS tagged resources through either Cost Explorer or your cost allocation report.

*Cost Explorer* is a free AWS tool that you can use to view your costs for up to the last 13 months, and forecast how much you are likely to spend for the next three months. You can see your costs for specific tags by filtering by "Tag" and then choose the tag key and value (choose "No tag" if no tag value is specified).

The cost allocation report includes all of your AWS costs for each billing period. The report includes both tagged and untagged resources, so you can clearly organize the charges for resources. For example, if you tag resources with an application name, you can track the total cost of a single application that runs on those resources. More information on cost allocation can be found in *AWS Billing and Cost Management User Guide*.

**Q: Can DynamoDB Streams usage be tagged?**

No, DynamoDB Streams usage cannot be tagged at present.

**Q: Will Reserved Capacity usage show up under my table tags in my bill?**

Yes, DynamoDB Reserved Capacity charges per table will show up under relevant tags. Please note that Reserved Capacity is applied to DynamoDB usage on a first come, first serve basis, and across all linked AWS accounts. This means that even if your DynamoDB usage across tables and indexes is similar from month to month, you may see differences in your cost allocation reports per tag since Reserved Capacity will be distributed based on which DynamoDB resources are metered first.

**Q: Will data usage charges show up under my table tags in my bill?**

No, DynamoDB data usage charges are not tagged. This is because data usage is billed at an account level and not at table level.

**Q: Do my tags require a value attribute?**

KoveIO Compl. Ex. 20

No, tag values can be null.

**Q: Are tags case sensitive?**

Yes, tag keys and values are case sensitive.

**Q: How many tags can I add to single DynamoDB table?**

You can add up to 50 tags to a single DynamoDB table. Tags with the prefix "aws:" cannot be manually created and do not count against your tags per resource limit.

**Q: Can I apply tags retroactively to my DynamoDB tables?**

No, tags begin to organize and track data on the day you apply them. If you create a table on January 1st but don't designate a tag for it until February 1st, then all of that table's usage for January will remain untagged.

**Q: If I remove a tag from my DynamoDB table before the end of the month, will that tag still show up in my bill?**

Yes, if you build a report of your tracked spending for a specific time period, your cost reports will show the costs of the resources that were tagged during that timeframe.

**Q. What happens to existing tags when a DynamoDB table is deleted?**

When a DynamoDB table is deleted, its tags are automatically removed.

**Q. What happens if I add a tag with a key that is same as one for an existing tag?**

Each DynamoDB table can only have up to one tag with the same key. If you add a tag with the same key as an existing tag, the existing tag is updated with the new value.

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

# Time to Live (TTL)

**Q: What is DynamoDB Time-to-Live (TTL)?**

DynamoDB Time-to-Live (TTL) is a mechanism that lets you set a specific timestamp to delete expired items from your tables. Once the timestamp expires, the corresponding item is marked as expired and is subsequently deleted from the table. By using this functionality, you do not have to track expired data and delete it manually. TTL can help you reduce storage usage and reduce the cost of storing data that is no longer relevant.

**Q: Why do I need to use TTL?**

There are two main scenarios where TTL can come in handy:

- Deleting old data that is no longer relevant – data like event logs, usage history, session data, etc. when collected can get bloated over time and the old data though stored in the system may not be relevant any more. In such situations, you are better off clearing these stale records from the system and saving the money used for storing it.

- Sometimes you may want data to be kept in DynamoDB for a specified time period in order to comply with your data retention and management policies. You might want to eventually delete this data once the obligated duration expires. Please do know however that TTL works on a best effort basis to ensure there is throughput available for other critical operations. DynamoDB will aim to delete expired items within a two-day period. The actual time taken may be longer based on the size of the data.

**Q: How does DynamoDB TTL work?**

To enable TTL for a table, first ensure that there is an attribute that can store the expiration timestamp for each item in the table. This timestamp needs to be in the epoch time format. This helps avoid time zone discrepancies between clients and servers.

DynamoDB runs a background scanner that monitors all the items. If the timestamp has expired, the process will mark the item as expired and queue it for subsequent deletion.

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

Note: TTL requires a numeric DynamoDB table attribute populated with an epoch timestamp to specify the expiration criterion for the data. You should be careful when setting a value for the TTL attribute since a wrong value could cause premature item deletion.

**Q: How do I specify TTL?**

To specify TTL, first enable the TTL setting on the table and specify the attribute to be used as the TTL value. As you add items to the table, you can specify a TTL attribute if you would like DynamoDB to automatically delete it after its expiration. This value is the expiry time, specified in epoch time format. DynamoDB takes care of the rest. TTL can be specified from the console from the overview tab for the table. Alternatively, developers can invoke the TTL API to configure TTL on the table. See our documentation and our API guide.

**Q: Can I set TTL on existing tables?**

Yes. If a table is already created and has an attribute that can be used as TTL for its items, then you only need to enable TTL for the table and designate the appropriate attribute for TTL. If the table does not have an attribute that can be used for TTL, you will have to create such an attribute and update the items with values for TTL.

**Q: Can I delete an entire table by setting TTL on the whole table?**

No. While you need to define an attribute to be used for TTL at the table level, the granularity for deleting data is at the item level. That is, each item in a table that needs to be deleted after expiry will need to have a value defined for the TTL attribute. There is no option to automatically delete the entire table.

**Q: Can I set TTL only for a subset of items in the table?**

Yes. TTL takes affect only for those items that have a defined value in the TTL attribute. Other items in the table remain unaffected.

**Q: What is the format for specifying TTL?**

The TTL value should use the epoch time format, which is number of seconds since January 1, 1970 UTC. If the value specified in the TTL attribute for an item is not in the right format, the value is ignored and the item won't be deleted.

**Q: How can I read the TTL value for items in my table?**

The TTL value is just like any attribute on an item. It can be read the same way as any other attribute. In order to make it easier to visually confirm TTL values, the DynamoDB Console allows you to hover over a TTL attribute to see its value in human-readable local and UTC time.

**Q: Can I create an index based on the TTL values assigned to items in a table?**

Yes. TTL behaves like any other item attribute. You can create indexes the same as with other item attributes.

**Q: Can the TTL attribute be projected to an index?**

Yes. TTL attribute can be projected onto an index just like any other attribute.

**Q: Can I edit the TTL attribute value once it has been set for an item?**

Yes. You can modify the TTL attribute value just as you modify any other attribute on an item.

**Q: Can I change the TTL attribute for a table?**

Yes. If a table already has TTL enabled and you want to specify a different TTL attribute, then you need to disable TTL for the table first, then you can re-enable TTL on the table with a new TTL attribute. Note that Disabling TTL can take up to one hour to apply across all partitions, and you will not be able to re-enable TTL until this action is complete.

**Q: Can I use AWS Management Console to view and edit the TTL values?**

Yes. The AWS Management Console allows you to easily view, set or update the TTL value.

**Q: Can I set an attribute within a JSON document to be the TTL attribute?**

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

No. We currently do not support specifying an attribute in a JSON document as the TTL attribute. To set TTL, you must explicitly add the TTL attribute to each item.

**Q: Can I set TTL for a specific element in a JSON Document?**

No. TTL values can only be set for the whole document. We do not support deleting a specific item in a JSON document once it expires.

**Q: What if I need to remove the TTL on specific items?**

Removing TTL is as simple as removing the value assigned to the TTL attribute or removing the attribute itself for an item.

**Q: What if I set the TTL timestamp value to sometime in the past?**

Updating items with an older TTL values is allowed. Whenever the background process checks for expired items, it will find, mark and subsequently delete the item. However, if the value in the TTL attribute contains an epoch value for a timestamp that is over 5 years in the past, DynamoDB will ignore the timestamp and not delete the item. This is done to mitigate accidental deletion of items when really low values are stored in the TTL attribute.

**Q: What is the delay between the TTL expiry on an item and the actual deletion of that item?**

TTL scans and deletes expired items using background throughput available in the system. As a result, the expired item may not be deleted from the table immediately. DynamoDB will aim to delete expired items within a two-day window on a best-effort basis, to ensure availability of system background throughput for other data operations. The exact duration within which an item truly gets deleted after expiration will be specific to the nature of the workload and the size of the table.

**Q: What happens if I try to query or scan for items that have been expired by TTL?**

Given that there might be a delay between when an item expires and when it actually gets deleted by the background process, if you try to read items that have expired but haven't yet been deleted, the returned result will include the expired items. You can filter these items out based on the TTL value if the intent is to not show expired items.

**Q: What happens to the data in my Local Secondary Index (LSI) if it has expired?**

The impact is the same as any delete operation. The local secondary index is stored in the same partition as the item itself. Hence if an item is deleted it immediately gets removed from the Local Secondary Index.

**Q: What happens to the data in my Global Secondary Index (GSI) if it has expired?**

The impact is the same as any delete operation. A Global Secondary Index (GSI) is eventually consistent and so while the original item that expired will be deleted it may take some time for the GSI to get updated.

**Q: How does TTL work with DynamoDB Streams?**

The expiry of data in a table on account of the TTL value triggering a purge is recorded as a delete operation. Therefore, the Streams will also have the delete operation recorded in it. The delete record will have an additional qualifier so that you can distinguish between your deletes and deletes happening due to TTL. The stream entry will be written at the point of deletion, not the TTL expiration time, to reflect the actual time at which the record was deleted. See our documentation and our API guide.

**Q: When should I use the delete operation vs TTL?**

TTL is ideal for removing expired records from a table. However, this is intended as a best-effort operation to help you remove unwanted data and does not provide a guarantee on the deletion timeframe. As a result, if data in your table needs to be deleted within a specific time period (often immediately), we recommend using the delete command.

**Q: Can I control who has access to set or update the TTL value?**

Yes. The TTL attribute is just like any other attribute on a table. You have the ability to control access at an attribute level on a table. The TTL attribute will follow the regular access controls specified for the table.

**Q: Is there a way to retrieve the data that has been deleted after TTL expiry?**

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

No. Expired items are not backed up before deletion. You can leverage the DynamoDB Streams to keep track of the changes on a table and restore values if needed. The delete record is available in Streams for 24 hours since the time it is deleted.

**Q: How can I know whether TTL is enabled on a table?**

You can get the status of TTL at any time by invoking the DescribeTable API or viewing the table details in the DynamoDB console. See our documentation and our API guide.

**Q: How do I track the items deleted by TTL?**

If you have DynamoDB streams enabled, all TTL deletes will show up in the DynamoDB Streams and will be designated as a system delete in order to differentiate it from an explicit delete done by you. You can read the items from the streams and process them as needed. They can also write a Lambda function to archive the item separately. See our documentation and our API guide.

**Q: Do I have to pay a specific fee to enable the TTL feature for my data?**

No. Enabling TTL requires no additional fees.

**Q: How will enabling TTL affect my overall provisioned throughput usage?**

The scan and delete operations needed for TTL are carried out by the system and does not count toward your provisioned throughput or usage.

**Q: Will I have to pay for the scan operations to monitor TTL?**

No. You are not charged for the internal scan operations to monitor TTL expiry for items. Also these operations will not affect your throughput usage for the table.

**Q: Do expired items accrue storage costs till they are deleted?**

Yes. After an item has expired it is added to the delete queue for subsequent deletion. However, until it has been deleted, it is just like any regular item that can be read or updated and will incur storage costs.

**Q: If I query for an expired item, does it use up my read capacity?**

Yes. This behavior is the same as when you query for an item that does not exist in the table.

## Amazon DynamoDB Accelerator (DAX)

**Q. What is DynamoDB Accelerator (DAX)?**

Amazon DynamoDB Accelerator (DAX) is a fully managed, highly available, in-memory cache for DynamoDB that enables you to benefit from fast in-memory performance for demanding applications. DAX improves the performance of read-intensive DynamoDB workloads so repeat reads of cached data can be served immediately with extremely low latency, without needing to be re-queried from DynamoDB. DAX will automatically retrieve data from DynamoDB tables upon a cache miss. Writes are designated as write-through (data is written to DynamoDB first and then updated in the DAX cache).

Just like DynamoDB, DAX is fault-tolerant and scalable. A DAX cluster has a primary node and zero or more read-replica nodes. Upon a failure for a primary node, DAX will automatically fail over and elect a new primary. For scaling, you may add or remove read replicas.

To get started, create a DAX cluster, download the DAX SDK for Java or Node.js (compatible with the DynamoDB APIs), re-build your application to use the DAX client as opposed to the DynamoDB client, and finally point the DAX client to the DAX cluster endpoint. You do not need to implement any additional caching logic into your application as DAX client implements the same API calls as DynamoDB.

**Q. What does "DynamoDB-compatible" mean?**

It means that most of the code, applications, and tools you already use today with DynamoDB can be used with DAX with little or no change. The DAX engine is designed to support the DynamoDB APIs for reading and modifying data in DynamoDB. Operations for table management such as CreateTable/DescribeTable/UpdateTable/DeleteTable are not supported.

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

**Q. What is in-memory caching, and how does it help my application?**

Caching improves application performance by storing critical pieces of data in memory for low-latency and high throughput access. In the case of DAX, the results of DynamoDB operations are cached. When an application requests data that is stored in the cache, DAX can serve that data immediately without needing to run a query against the regular DynamoDB tables. Data is aged or evicted from DAX by specifying a Time-to-Live (TTL) value for the data or, once all available memory is exhausted, items will be evicted based on the Least Recently Used (LRU) algorithm.

**Q. What is the consistency model of DAX?**

When reading data from DAX, users can specify whether they want the read to be eventually consistent or strongly consistent:

Eventually Consistent Reads (Default) – the eventual consistency option maximizes your read throughput and minimizes latency. On a cache hit, the DAX client will return the result directly from the cache. On a cache miss, DAX will query DynamoDB, update the cache, and return the result set. It should be noted that an eventually consistent read might not reflect the results of a recently completed write. If your application requires full consistency, then we suggest using strongly consistent reads.

Strongly Consistent Reads — in addition to eventual consistency, DAX also gives you the flexibility and control to request a strongly consistent read if your application, or an element of your application, requires it. A strongly consistent read is pass-through for DAX, does not cache the results in DAX, and returns a result that reflects all writes that received a successful response in DynamoDB prior to the read.

**Q. What are the common use cases for DAX?**

DAX has a number of use cases that are not mutually exclusive:

Applications that require the fastest possible response times for reads. Some examples include real-time bidding, social gaming, and trading applications. DAX delivers fast, in-memory read performance for these use cases.

Applications that read a small number of items more frequently than others. For example, consider an e-commerce system that has a one-day sale on a popular product. During the sale, demand for that product (and its data in DynamoDB) would sharply increase, compared to all of the other products. To mitigate the impacts of a "hot" key and a non-uniform data distribution, you could offload the read activity to a DAX cache until the one-day sale is over.

Applications that are read-intensive, but are also cost-sensitive. With DynamoDB, you provision the number of reads per second that your application requires. If read activity increases, you can increase your table's provisioned read throughput (at an additional cost). Alternatively, you can offload the activity from your application to a DAX cluster, and reduce the amount of read capacity units you'd need to purchase otherwise.

Applications that require repeated reads against a large set of data. Such an application could potentially divert database resources from other applications. For example, a long-running analysis of regional weather data could temporarily consume all of the read capacity in a DynamoDB table, which would negatively impact other applications that need to access the same data. With DAX, the weather analysis could be performed against cached data instead.

**How It Works**

**Q. What does DAX manage on my behalf?**

DAX is a fully-managed cache for DynamoDB. It manages the work involved in setting up dedicated caching nodes, from provisioning the server resources to installing the DAX software. Once your DAX cache cluster is set up and running, the service automates common administrative tasks such as failure detection and recovery, and software patching. DAX provides detailed CloudWatch monitoring metrics associated with your cluster, enabling you to diagnose and react to issues quickly. Using these metrics, you can set up thresholds to receive CloudWatch alarms. DAX handles all of the data caching, retrieval, and eviction so your application does not have to. You can simply use the DynamoDB API to write and retrieve data, and DAX handles all of the caching logic behind the scenes to deliver improved performance.

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

**Q. What kinds of data does DAX cache?**

All read API calls will be cached by DAX, with strongly consistent requests being read directly from DynamoDB, while eventually consistent reads will be read from DAX if the item is available. Write API calls are write-through (synchronous write to DynamoDB which is updated in the cache upon a successful write).

The following API calls will result in examining the cache. Upon a hit, the item will be returned. Upon a miss, the request will pass through, and upon a successful retrieval the item will be cached and returned.

- GetItem
- BatchGetItem
- Query
- Scan

The following API calls are write-through operations.

- BatchWriteItem
- UpdateItem
- DeleteItem
- PutItem

**Q. How does DAX handle data eviction?**

DAX handles cache eviction in three different ways. First, it uses a Time-to-Live (TTL) value that denotes the absolute period of time that an item is available in the cache. Second, when the cache is full, a DAX cluster uses a Least Recently Used (LRU) algorithm to decide which items to evict. Third, with the write-through functionality, DAX evicts older values as new values are written through DAX. This helps keep the DAX item cache consistent with the underlying data store using a single API call.

**Q. Does DAX work with DynamoDB GSIs and LSIs?**

Just like DynamoDB tables, DAX will cache the result sets from both query and scan operations against both DynamoDB GSIs and LSIs.

**Q. How does DAX handle Query and Scan result sets?**

Within a DAX cluster, there are two different caches: 1) item cache and 2) query cache. The item cache manages GetItem, PutItem, and DeleteItem requests for individual key-value pairs. The query cache manages the result sets from Scan and Query requests. In this regard, the Scan/Query text is the "key" and the result set is the "value". While both the item cache and the query cache are managed in the same cluster (and you can specify different TTL values for each cache), they do not overlap. For example, a scan of a table does not populate the item cache, but instead records an entry in the query cache that stores the result set of the scan.

**Q. Does an update to the item cache either update or invalidate result sets in my query cache?**

No. The best way to mitigate inconsistencies between result sets in the item cache and query cache is to set the TTL for the query cache to be of an acceptable period of time for which your application can handle such inconsistencies.

**Q. Can I connect to my DAX cluster from outside of my VPC?**

The only way to connect to your DAX cluster from outside of your VPC is through a VPN connection.

**Q. When using DAX, what happens if my underlying DynamoDB tables are throttled?**

If DAX is either reading or writing to a DynamoDB table and receives a throttling exception, DAX will return the exception back to the DAX client. Further, the DAX service does not attempt server-side retries.

**Q. Does DAX support pre-warming of the cache?**

DAX utilizes lazy-loading to populate the cache. What this means is that on the first read of an item, DAX will fetch the item from DynamoDB and then populate the cache. While DAX does not support cache pre-warming as a feature, the DAX cache can be pre-warmed for an application by running an external script/application that reads the desired data.

**Q. How does DAX work with the DynamoDB TTL feature?**

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

Both DynamoDB and DAX have the concept of a "TTL" (or Time to Live) feature. In the context of DynamoDB, TTL is a feature that enables customers to age out their data by tagging the data with a particular attribute and corresponding timestamp. For example, if customers wanted data to be deleted after the data has aged for one month, they would use the DynamoDB TTL feature to accomplish this task as opposed to managing the aging workflow themselves.

In the context of DAX, TTL specifies the duration of time in which an item in cache is valid. For instance, if a TTL is set for 5-minutes, once an item has been populated in cache it will continue to be valid and served from the cache until the 5-minute period has elapsed. Although not central to this conversation, TTL can be preempted by writes to the cache for the same item or if there is memory pressure on the DAX node and LRU evicts the items as it was the least recently used.

While TTL for DynamoDB and DAX will typically be operating in very different time scales (i.e., DAX TTL operating in the scope of minutes/hours and DynamoDB TTL operating in the scope of weeks/months/years), there is a potential when customers will need to be present of how these two features affect each other. For example, let's imagine a scenario in which the TTL value for DynamoDB is less than the TTL value for DAX. In this scenario, an item could conceivably be cached in DAX and subsequently deleted from DynamoDB via the DynamoDB TTL feature. The result would be an inconsistent cache. While we don't expect this scenario to happen often as the time scales for the two features are typically order of magnitude apart, it is good to be aware of how the two features relate to each other.

**Q. Does DAX support cross-region replication?**

Currently DAX only supports DynamoDB tables in the same AWS region as the DAX cluster.

**Q. Is DAX supported as a resource type in AWS CloudFormation?**

Yes. You can create, update and delete DAX clusters, parameter groups, and subnet groups using AWS CloudFormation.

**Getting Started**

**Q. How do I get started with DAX?**

You can create a new DAX cluster through the AWS console or AWS SDK to obtain the DAX cluster endpoint. A DAX-compatible client will need to be downloaded and used in the application with the new DAX endpoint.

**Q. How do I create a DAX cluster?**

You can create a DAX cluster using the AWS Management Console or the DAX CLI. DAX clusters range from a 13 GiB cache (dax.r3.large) to 216 GiB (dax.r3.8xlarge) in the R3 instance types, 15.25GiB cache (dax.r4.large) to 488 GiB (dax.r4.16xlarge) in the R4 instance types, and 2 GiB (dax.t2.small) to 4 GiB (data.t2.medium) for the smaller T2 instance types. With a few clicks in the console or a single API call, you can add up to 10 replicas to your cluster for increased throughput.

The single node configuration enables you to get started with DAX quickly and cost-effectively, and then scale out to a multi-node configuration as your needs grow. The multi-node configuration consists of a primary node that manages writes, and up to nine read replica nodes. The primary node is provisioned for you automatically.

Specify your preferred subnet groups and Availability Zones (optional), the number of nodes, node types, VPC subnet group, and other system settings. After you've chosen your desired configuration, DAX will provision the required resources and set up your caching cluster specifically for DynamoDB.

**Q. Does all my data need to fit in memory to use DAX?**

No. DAX will utilize the available memory on the node. Using either TTL and/or LRU, items will be expunged to make space for new data when the memory space is exhausted.

**Q. Which languages does DAX support?**

DAX provides DAX SDKs for Java, Node.js, Python, and .NET that you can download. We are actively working on adding support for additional client SDKs.

**Q. Can I use DAX and DynamoDB at the same time?**

KoveIO Compl. Ex. 20

Yes, you can access the DAX endpoint and DynamoDB at the same time through different clients. However, DAX will not be able to detect changes in data written directly to DynamoDB unless these changes are explicitly populated in to DAX through a read operation after the update was made directly to DynamoDB.

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

**Q. Can I utilize multiple DAX clusters for the same DynamoDB table?**

Yes, you can provision multiple DAX clusters for the same DynamoDB table. These clusters will provide different endpoints that can be used for different use cases, ensuring optimal caching for each scenario. Two DAX clusters will be independent of each other and will not share state or updates, so users are best served using these for completely different tables.

**Q. How will I know what DAX node type I'll need for my workload?**

Sizing of a DAX cluster is an iterative process. It is recommended to provision a three-node cluster (for high availability) with enough memory to fit the application's working set in memory. Based on the performance and throughput of the application, the utilization of the DAX cluster, and the cache hit/miss ratio you may need to scale your DAX cluster to achieve desired results.

**Q. On what kinds of Amazon EC2 instances can DAX run?**

See the [Amazon DynamoDB Pricing](#) page for the latest instance types supported by DAX.

**Q. Does DAX support Reserved Instances or the AWS Free Usage Tier?**

Currently DAX only supports on-demand instances.

**Q. How is DAX priced?**

DAX is priced per node-hour consumed, from the time a node is launched until it is terminated. Each partial node-hour consumed will be billed as a full hour. Pricing applies to all individual nodes in the DAX cluster. For example, if you have a three node DAX cluster, you will be billed for each of the separate nodes (three nodes in total) on an hourly basis.

**Availability**

**Q. How can I achieve high availability with my DAX cluster?**

DAX provides built-in multi-AZ support, letting you choose the preferred availability zones for the nodes in your DAX cluster. DAX uses asynchronous replication to provide consistency between the nodes, so that in the event of a failure, there will be additional nodes that can service requests. To achieve high availability for your DAX cluster, for both planned and unplanned outages, we recommend that you deploy at least three nodes in three separate availability zones. Each AZ runs on its own physically distinct, independent infrastructure, and is engineered to be highly reliable.

**Q. What happens if a DAX node fails?**

If the primary node fails, DAX automatically detects the failure, selects one of the available read replicas, and promotes it to become the new primary. In addition, DAX provisions a new node in the same availability zone of the failed primary; this new node replaces the newly-promoted read replica. If the primary fails due to a temporary availability zone disruption, the new replica will be launched as soon as the AZ has recovered. If a single-node cluster fails, DAX launches a new node in the same availability zone.

**Scalability**

**Q. What type of scaling does DAX support?**

DAX supports two scaling options today. The first option is read scaling to gain additional throughput by adding read replicas to a cluster. A single DAX cluster supports up to 10 nodes, offering millions of requests per second. Adding or removing additional replicas is an online operation. The second way to scale a cluster is to scale up or down by selecting larger or smaller r3 instance types. Larger nodes will enable the cluster to store more of the application's data set in memory and thus reduce cache misses and improve overall performance of the application. When creating a DAX cluster, all nodes in the cluster must be of the same instance type. Additionally, if you desire to change the instance type for your DAX cluster (i.e., scale up from r3.large to r3.2xlarge), you must create a new DAX cluster with the desired instance type. DAX does not currently support online scale-up or scale-down operations.

**Q. How do I write-scale my application?**

KoveIO Compl. Ex. 20

Within a DAX cluster, only the primary node handles write operations to DynamoDB. Thus, adding more nodes to the DAX cluster will increase the read throughput, but not the write throughput. To increase write throughput for your application, you will need to either scale-up to a larger instance size or provision multiple DAX clusters and shard your key-space in the application layer.

**Monitoring**

**Q. How do I monitor the performance of my DAX cluster?**

Metrics for CPU utilization, cache hit/miss counts and read/write traffic to your DAX cluster are available via the AWS Management Console or Amazon CloudWatch APIs. You can also add additional, user-defined metrics via Amazon CloudWatch's custom metric functionality. In addition to CloudWatch metrics, DAX also provides information on cache hit, miss, query and cluster performance via the AWS Management Console.

**Maintenance**

**Q. What is a maintenance window? Will my DAX cluster be available during software maintenance?**

You can think of the DAX maintenance window as an opportunity to control when cluster modifications such as software patching occur. If a "maintenance" event is scheduled for a given week, it will be initiated and completed at some point during the maintenance window you identify.

Required patching is automatically scheduled only for patches that are security and reliability related. Such patching occurs infrequently (typically once every few months). If you do not specify a preferred weekly maintenance window when creating your cluster, a default value will be assigned. If you wish to modify when maintenance is performed on your behalf, you can do so by modifying your cluster in the AWS Management Console or by using the UpdateCluster API. Each of your clusters can have different preferred maintenance windows.

For multi-node clusters, updates in the cluster are performed serially, and one node will be updated at a time. After the node is updated, it will sync with one of the peers in the cluster so that the node has the current working set of data. For a single-node cluster, we will provision a replica (at no charge to you), sync the replica with the latest data, and then perform a failover to make the new replica the primary node. This way, you don't lose any data during an upgrade for a one-node cluster.

# Global tables

**Q. What is DynamoDB Global Tables?**

DynamoDB Global Tables is a new multi-master, cross-region replication capability of DynamoDB to support data access locality and regional fault tolerance for database workloads. Applications can now perform reads and writes to DynamoDB in AWS regions around the world, with changes in any region propagated to every region where a table is replicated.

**Q. Why should I use Global Tables?**

Global Tables enable you to build applications that take advantage of data locality to reduce overall latency. Your applications can read/write data to the region closest to your end users, thereby improving the overall responsiveness of your application. In addition, Global Tables enables your applications to stay highly available even in the unlikely event of isolation or degradation of an entire region.

**Q. Which AWS regions support Global Tables?**

Global Tables is currently supported in five regions: US East (Ohio), US East (N. Virginia), US West (Oregon), EU (Ireland), and EU (Frankfurt).

**Q. How many AWS regions can I replicate to?**

You can have one replica table per region, for as many regions in which Global Tables is supported.

**Q. What consistency guarantees does Global Table provide?**

Global Tables ensures eventual consistency, meaning that any update made to any item in any replica table will be replicated to all other replicas in the same global table. If there are multiple updates to the same item, all replicas in the global table will agree on the latest update, and hence all replicas will converge continually towards a state in which they store identical data.

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

KoveIO Compl. Ex. 20

**Q. What latency can I expect when accessing a replica table?**

If your application is hosted in a region with a global table, accessing the local replica table through its regional endpoint will exhibit the same single-digit millisecond latencies that you have come to expect from DynamoDB.

**Q. What is the pricing for Global Tables?**

Please refer to the [pricing page](#) for details.

**Q. Can I use Global Tables with DynamoDB's free tier?**

Yes. You can create a global table with replica tables that each fall within free tier, as long as it is replicated in no more than two AWS regions.

**Q. Does DynamoDB Global Tables support cross-account access (i.e. replicating data from one AWS account to another)?**

A: No. Currently, Global Tables replicates data among regions within a single AWS account.

# Backup and restore

**Q. What backup options does DynamoDB support for my tables?**

You can enable point-in-time recovery (PITR) as well as create an on-demand backup for your Amazon DynamoDB tables.

PITR provides continuous backups of your DynamoDB table data. You can enable PITR with a single click from the AWS Management Console or a single API call. When enabled, DynamoDB maintains continuous backups of your table up to the last 35 days. You can recover a copy of that table to a previous state at any point in time from the moment you enable PITR, up to a maximum of the 35 preceding days. PITR provides continuous backups until you explicitly disable it.

On-demand backups allow you to create backups of DynamoDB table data and its settings. You can initiate an on-demand backup at any time with a single click from the AWS Management Console or a single API call. You can restore the backups to a new DynamoDB table in the same AWS Region at any time.

For both PITR and on-demand backups, DynamoDB encrypts, catalogs, and stores the backups automatically.

**Q. Why should I use PITR and on-demand backups?**

Amazon DynamoDB provides two complementary options for your data protection and archival.

PITR gives your DynamoDB tables continuous protection from accidental writes and deletes. With PITR, you do not have to worry about creating, maintaining, or scheduling backups. You enable PITR on your table and your backup is available for restore at any point in time from the moment you enable it, up to a maximum of the 35 preceding days. For example, imagine a test script writing accidentally to a production DynamoDB table. You could recover your table to any point in time within the last 35 days.

On-demand backups help with long-term archival requirements for regulatory compliance. On-demand backups give you full-control of managing the lifecycle of your backups, from creating as many backups as you need to retaining these for as long as you need.

**Q. How do I enable or disable PITR?**

You can enable or disable PITR by using the Amazon DynamoDB console, the AWS CLI, or any AWS SDK.

**Q. How do I initiate an on-demand backup?**

You can initiate an on-demand backup from the DynamoDB console, the AWS CLI, or any AWS SDK. All on-demand backup actions—create, restore, and delete—are available from the **Backups** tab of a DynamoDB table. You also can browse the full list of on-demand backups in your account from the navigation pane of the console. For more information about the on-demand backup and restore API, see the [DynamoDB API Reference documentation](#).

**Q. How long are on-demand backups and PITR backups retained?**

KoveIO Compl. Ex. 20

DynamoDB retains on-demand backups until you delete those backups. PITR retains backups from the last 35 days.

**Q. What happens with my backups after I delete the source table?**

On-demand backups remain accessible even after you delete the source table. When you delete a table that has PITR enabled, the system stops tracking changes. If you need to recover a table that you deleted, you need to contact AWS Support to restore that table from a PITR backup within the 35-day recovery window.

**Q. Do backups consume provisioned read or write capacity of the source table?**

No. DynamoDB executes backup and restore actions within the service and does not consume any provisioned read or write capacity of the source table.

**Q. Do backups affect the performance of my table?**

No.

**Q. Where are my backups stored?**

Backups are stored using the highly durable managed storage of DynamoDB to provide a simple, high-performing, and easy experience.

**Q. What does DynamoDB restore with PITR?**

When you restore a backup created by PITR, DynamoDB restores your table data to the state based on the selected date and time (day:hour:minute:second) to a new table. The settings for that new table come from the current settings of the source table and include local secondary indexes, global secondary indexes, encryption, and read capacity unit and write capacity unit settings.

**Q. Can I restore a table in a different account or AWS Region with PITR?**

No. You can restore a table only to the same AWS Region and account where the source table resided.

**Q. Can a table restore overwrite an existing table?**

No. When you restore your table from backup, the process always writes to a new table.

**Q. Which AWS Regions support on-demand backups and PITR?**

See Pricing Details for the latest regional availability and pricing.

**Q. What does DynamoDB retain with on-demand backups and PITR?**

Along with the data, on-demand backups retain your table's settings for read capacity units, write capacity units, local secondary indexes, global secondary indexes, streams, and encryption. On-demand backups do not preserve auto scaling policies, PITR settings, Time To Live (TTL), tags, and CloudWatch metrics and alarms.

PITR backs up the content of the table and uses the current settings of that table at the time of restore.

**Q. What does DynamoDB restore from an on-demand backup?**

On restore, the destination table is set with the same provisioned read capacity units and write capacity units as the source table, as recorded at the time backup was requested. The process restores the local secondary indexes and the global secondary indexes and does not restore streams and TTL data.

**Q. What happens if I disable PITR and later reenable it?**

If you disable PITR and later reenable it on a table, you reset the start time for which you can recover that table. For example, when you disable PITR, you remove the restore snapshot and logs. As a result, you cannot recover that table. If you later enable PITR again for that table, DynamoDB will create a new sequence of snapshots and logs.

**Q. How long do backup and restore operations take to complete?**

DynamoDB processes backup requests in seconds and those backups become available for restore immediately. The time it takes you to restore a table will vary based on multiple factors, and the restore times are not always correlated directly to the size of the table. For example, because of parallelization, it is

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB ›

Product Details

DynamoDB Accelerator (DAX) ›

Global Tables

Backup and Restore

Getting Started ›

Developer Resources ›

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

possible that restoring a 300 GB table could take the same amount of time as restoring a 3 GB table. Here are some of the considerations for restore times:

1. You restore backups to a new table. It can take up to 20 minutes (even if the table is empty) to perform all the actions to create the new table and initiate the restore process.

2. For tables with even data distribution across your primary keys, the restore time is proportional to the largest single partition by item count and not the overall table size. For the largest partitions with billions of items, a restore could take less than 10 hours.

3. If your source table contains data with significant skew, the time to restore may increase. For example, if your table's primary key is using the month of the year for partitioning and all your data is from the month of December, you have skewed data.

**Q. Is there a limit to the number of on-demand backups I can create?**

No. There is no limit to the number of on-demand backups you can create for a table. There is also no limit to the number of backups you can retain in your AWS account.

**Q. How much does it cost to use on-demand backups and PITR?**

See Pricing Details to learn more about pricing for on-demand backups and PITR.

**Q. Can I use on-demand backups or PITR to back up my DynamoDB tables and restore these to another AWS account?**

No. Currently, you must recover a table from backup to the same AWS Region within the same AWS account where you took the backup.

**Q. Can I back up a DynamoDB global table?**

You can create an on-demand backup or enable PITR on each local replica of your global table. When you restore from backup, it creates a new independent table that is not part of the global table.

**Q. Can I back up an encrypted table?**

Yes. You can create an on-demand backup or enable PITR on an encrypted table.

**Q. How is on-demand backup different from import and export using AWS Data Pipeline?**

The AWS Data Pipeline import and export capability uses your table's provisioned read and write throughput capacity and impacts table performance because DynamoDB table data is moved using full table scans. On-demand backups, on the other hand, do not consume any throughput capacity, with no impact to table performance and availability. The import and export options under the Actions menu in the DynamoDB console have been removed, but they are still accessible from the AWS Data Pipeline console.

## Encryption at rest

**Q. What is DynamoDB encryption at rest?**

DynamoDB encryption at rest provides you with the ability to enable encryption for the data persisted (data at rest) in your DynamoDB tables. This includes - base table, local secondary indexes, and global secondary indexes. Encryption at rest automatically integrates with AWS Key Management Service (KMS) for managing the keys used for encrypting your tables.

**Q. Why do I need to use encryption at rest?**

Encryption at rest is a managed server side encryption feature using AWS KMS keys stored in your AWS account. You do not have to implement and maintain additional code to encrypt data before it is sent to DynamoDB and decrypt data after it is retrieved. Once encryption at rest is enabled for a DynamoDB table, your application will work seamlessly without any other changes.

**Q. How do I encrypt a table?**

You can enable encryption at rest for your new DynamoDB tables using the console, AWS CLI, or API. At present, you cannot enable encryption at rest for an existing DynamoDB table.

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

**Q.  Are my Global Secondary Indexes (GSI) and Local Secondary Indexes (LSI) encrypted in encryption at rest?**

Yes, Global Secondary Indexes (GSI) and Local Secondary Indexes (LSI) associated with an encrypted table are encrypted by default using the same key that is used to encrypt the table.

**Q.  What are the additional costs for using DynamoDB encryption at rest?**

There are no additional DynamoDB costs for using DynamoDB encryption at rest. However, KMS charges will apply for using a service default key. These charges can be seen on the AWS KMS pricing page.

**Q.  Can I encrypt DynamoDB Streams?**

Currently, you cannot enable encryption at rest for DynamoDB Streams. If encryption at rest is a compliance/regulatory requirement, we recommend turning off DynamoDB Streams for encrypted tables.

**Q.  Are DynamoDB On-Demand Backups encrypted as well?**

Yes, On-Demand Backups of encrypted DynamoDB tables are encrypted (using S3's Server-Side Encryption). At present, these backups are partially encrypted using your service default keys and service managed keys. We are working towards encrypting all data related to On-Demand Backups using only customer owned KMS keys.

**Q.  How does encryption at rest encrypt my data?**

DynamoDB uses envelope encryption to encrypt your data in which it uses a hierarchy of encryption keys to encrypt the database. You use AWS KMS to manage the top-level encryption keys in this hierarchy. Once your data is encrypted, Amazon DynamoDB handles decryption of your data transparently with a minimal impact on performance. You don't need to modify your database client applications to use encryption.

**Q.  How do I manage my keys used for encryption at rest?**

DynamoDB is integrated with AWS KMS for ease of managing the key(s) used to encrypt your tables. DynamoDB encryption at rest uses service default keys (specific to DynamoDB) stored in your KMS account. If a service default key does not exist when creating your encrypted DynamoDB table, KMS will automatically create a new key for you that will be used with encrypted tables created in the future. For more information, see the AWS Key Management Service Developer Guide.

**Q.  Which encryption keys can I choose to encrypt my DynamoDB table?**

Currently, you can only use the service default key used for your DynamoDB tables. If this key doesn't exist, it will be created.

**Q.  What is the role of my service default key in AWS Key Management Service (KMS) in encryption at rest?**

DynamoDB cannot read your table data without access to your KMS service default key. DynamoDB uses envelope encryption and key hierarchy to encrypt data. Your KMS encryption key is used to encrypt the root key of this key hierarchy. For more information, see How Envelope Encryption Works with Supported AWS Service.

**Q.  Can I use different service default keys for different tables?**

No, DynamoDB uses a single service default key for encrypting all of your DynamoDB tables.

**Q.  Can I encrypt only a subset of items in a table?**

No. Encryption at Rest works at a table level granularity.

**Q.  How can I check if encryption at rest is enabled on my table?**

From the console, you can get the status of encryption from the "Table details" section of the "Overview" tab. You can also use DescribeTable command to get the status of encryption on the table.

**Q.  Can I disable encryption at rest on a table once it is enabled?**

No, you cannot disable encryption at rest on an encrypted table.

**Q.  How is encryption at rest different from the DynamoDB client side encryption library?**

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

The client side encryption library - Amazon DynamoDB Encryption Client for Java - performs encryption and decryption of your data at the client side (in your application using the AWS SDK). The encryption keys reside on the client side. Since DynamoDB does not have access to your encryption keys, DynamoDB cannot access your decrypted data. The server side encryption at rest feature encrypts your data just before storing it in DynamoDB tables. The encryption and decryption of your data is performed at the server side by DynamoDB using your specified KMS encryption keys. You can still use full querying capabilities for your encrypted data.

**Q. Does encryption at rest protect my data while it is being transferred over the network?**

No. Encryption at rest only encrypts data while it is static (at rest) on a persistent storage media. You have to ensure protection of data while it is actively moving over a public or a private network (data in transit) by encrypting sensitive data on the client side or using encrypted connections (TLS).

**Q. What encryption algorithm does encryption at rest use?**

Encryption at rest encrypts your data using 256-bit AES encryption.

**Q. How does encryption at rest work with DynamoDB Global Tables?**

You can enable encryption at rest on your Global Table replicas. Note that Global Tables uses DynamoDB Streams, which does not yet support Encryption at Rest. As a result, replicated data on DynamoDB Streams will not be encrypted at rest.

# VPC endpoints

**Q. What are VPC endpoints for Amazon DynamoDB?**

Amazon Virtual Private Cloud (VPC) is an AWS service that provides users a virtual private cloud, by provisioning a logically isolated section of the AWS Cloud. VPC endpoints for Amazon DynamoDB are logical entities within a VPC that create a private connection between a VPC and DynamoDB without requiring access over the internet, through a network address translation (NAT) device, or a VPN connection. For more information about VPC endpoints, see [VPC Endpoints](#).

**Q. Why should I use VPC endpoints for DynamoDB?**

In the past, the main way of accessing Amazon DynamoDB from within a VPC was to traverse the internet, which may have required complex configurations such as firewalls and VPNs. VPC endpoints for DynamoDB improve privacy and security for customers, especially those dealing with sensitive workloads with compliance and audit requirements, by enabling private access to DynamoDB from within a VPC without the need for an internet gateway or NAT gateway. In addition, VPC endpoints for DynamoDB support AWS Identity and Access Management (IAM) policies to simplify DynamoDB access control. You can now easily restrict access to your DynamoDB tables to a specific VPC endpoint.

**Q. How do I get started using VPC endpoints for DynamoDB?**

You can create VPC endpoints for Amazon DynamoDB by using the AWS Management Console, AWS SDK, or AWS Command Line Interface (CLI). You must specify the VPC and existing route tables in the VPC, and describe the IAM policy to attach to the endpoint. A route is automatically added to each of the specified VPC's route tables.

**Q. Do VPC endpoints for DynamoDB ensure that traffic will not be routed outside of the Amazon network?**

Yes, when using VPC endpoints for Amazon DynamoDB, data packets between DynamoDB and your VPC will remain in the Amazon network.

**Q. Can I connect to a DynamoDB table in an AWS Region different from my VPC using VPC endpoints for DynamoDB?**

No, VPC endpoints can be created only for Amazon DynamoDB tables in the same AWS Region as the VPC.

**Q. Do VPC endpoints for DynamoDB limit throughput to DynamoDB?**

No, you will continue to get the same throughput to Amazon DynamoDB as you do today from an instance with a public IP within your VPC.

KoveIO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

**Q. What is the price of using VPC endpoints for DynamoDB?**

There is no additional cost for using VPC endpoints for Amazon DynamoDB.

**Q. Can I access DynamoDB Streams using VPC endpoints for DynamoDB?**

Currently, you cannot access Amazon DynamoDB Streams using VPC endpoints for Amazon DynamoDB.

**Q. I currently use an internet gateway and a NAT gateway to send requests to DynamoDB. Do I need to change my application code when I use a VPC endpoint?**

Your application code does not need to change. Simply create a VPC endpoint, update your route table to point Amazon DynamoDB traffic at the DynamoDB VPC endpoint, and access DynamoDB directly. You can continue using the same code and same DNS names to access DynamoDB.

**Q. Can I use one VPC endpoint for both DynamoDB and another AWS service?**

No, each VPC endpoint supports one service. You can create one for Amazon DynamoDB and another for the other AWS service and use both of them in a route table.

**Q. Can I have multiple VPC endpoints in a single VPC?**

Yes, you can have multiple VPC endpoints in a single VPC. For example, you can have one VPC endpoint for Amazon S3 and one VPC endpoint for Amazon DynamoDB.

**Q. Can I have multiple VPC endpoints for DynamoDB in a single VPC?**

Yes, you can have multiple VPC endpoints for Amazon DynamoDB in a single VPC. Individual VPC endpoints can have different VPC endpoint policies. For example, you could have a VPC endpoint that is read-only and one that is read/write. However, a single route table in a VPC can only be associated with a single VPC endpoint for DynamoDB, because that route table will route all traffic to DynamoDB through the specified VPC endpoint.

**Q. What are the differences between VPC endpoints for S3 and VCP endpoints for DynamoDB?**

The main difference is that these two VPC endpoints support different services – Amazon S3 and Amazon DynamoDB.

**Q. What IP address will I see in AWS CloudTrail logs for traffic coming from the VPC endpoint for DynamoDB?**

AWS CloudTrail logs for Amazon DynamoDB will contain the private IP address of the Amazon EC2 instance in the VPC, and the VPC endpoint identifier (for example, sourceIpAddress=10.89.76.54, VpcEndpointId=vpce-12345678).

**Q. How can I manage VPC endpoints using the AWS Command Line Interface (CLI)?**

You can use the following CLI commands to manage VPC endpoints: create-vpc-endpoint, modify-vpc-endpoint, describe-vpc-endpoint, delete-vpc-endpoint, and describe-vpc-endpoint-services. You should specify the Amazon DynamoDB service name specific to your VPC and DynamoDB Region (for example, com.amazon.us.east-1.DynamoDB). For more information, see create-vpc-endpoint.

**Q. Do VPC endpoints for DynamoDB require customers to know and manage the public IP address ranges of DynamoDB?**

No, customers don't need to know or manage the public IP address ranges for Amazon DynamoDB in order to use this feature. A prefix list will be provided to use in route tables and security groups. AWS maintains the address ranges in the list. The prefix list name is: com.amazonaws.<region>.DynamoDB (for example, com.amazonaws.us-east-1.DynamoDB).

**Q. Can I use AWS IAM policies on a VPC endpoint for DynamoDB?**

Yes. You can attach an AWS IAM policy to your VPC endpoint and this policy will apply to all traffic through this endpoint. For example, a VPC endpoint using this policy allows only describe* API calls:

```
{
    "Statement": [
        {
            "Sid": "Stmt1415116195105",
```

KovelO Compl. Ex. 20

PRODUCTS & SERVICES

Amazon DynamoDB

Product Details

DynamoDB Accelerator (DAX)

Global Tables

Backup and Restore

Getting Started

Developer Resources

FAQs

Pricing

Community

Ad Tech

Gaming

IoT

DynamoDB Partner Solutions

RELATED LINKS

Documentation

Management Console

Release Notes

Discussion Forum

What is NoSQL?

Get Started with a Self-Paced Lab

```
      "Action": "dynamodb:describe*",
      "Effect": "Allow",
      "Resource": "arn:aws:dynamodb:region:account-id:table/table-name",
      "Principal": "*"
    }
  ]
}
```

**Q. Can I limit access to my DynamoDB table from a VPC endpoint?**

Yes, you can create an AWS IAM policy to restrict an IAM user, group, or role to a particular VPC endpoint for DynamoDB tables.

This can be done by setting the IAM policy's Resource element to a DynamoDB table and the Condition element's key to aws:sourceVpce. For more details, see the IAM JSON Policy Elements Reference.

For example, the following IAM policy restricts access to DynamoDB tables unless sourceVpce matches "vpce-111bbb22"

```
{
  "Statement": [
    {
      "Sid": "Stmt1415116195105",
      "Action": "dynamodb:*",
      "Effect": "Deny",
      "Resource": "arn:aws:dynamodb:region:account-id:*",
      "Condition": { "StringNotEquals" : { "aws:sourceVpce": "vpce-111bbb22" } }
    }
  ]
}
```

**Q. Do VPC endpoints for DynamoDB support IAM policy conditions for fine-grained access control?**

Yes. VPC endpoints for DynamoDB support all fine-grained access control access keys. You can use AWS IAM policy conditions for fine-grained access control to control access to individual data items and attributes. For more information about fine-grained access control, see Using IAM Policy Conditions for Fine-Grained Access Control.

**Q. Can I use the AWS Policy Generator to create VPC endpoint policies for DynamoDB?**

Yes, you can use the AWS Policy Generator to create VPC endpoint policies.

**Q. Does DynamoDB support resource-based policies similar to Amazon S3 bucket policies?**

No, Amazon DynamoDB does not support resource-based policies pertaining to individual tables, items, and the like.

---

**AWS FREE TIER**

Gain free, hands-on experience with AWS for 12 months

**AWS MARKETPLACE**

Launch popular software on AWS in minutes

---

KoveIO Compl. Ex. 20

# Exhibit 21

KoveIO Compl. Ex. 21

# Dynamo: Amazon's Highly Available Key-value Store

Giuseppe DeCandia, Deniz Hastorun, Madan Jampani, Gunavardhan Kakulapati,
Avinash Lakshman, Alex Pilchin, Swaminathan Sivasubramanian, Peter Vosshall
and Werner Vogels

Amazon.com

## ABSTRACT

Reliability at massive scale is one of the biggest challenges we face at Amazon.com, one of the largest e-commerce operations in the world; even the slightest outage has significant financial consequences and impacts customer trust. The Amazon.com platform, which provides services for many web sites worldwide, is implemented on top of an infrastructure of tens of thousands of servers and network components located in many datacenters around the world. At this scale, small and large components fail continuously and the way persistent state is managed in the face of these failures drives the reliability and scalability of the software systems.

This paper presents the design and implementation of Dynamo, a highly available key-value storage system that some of Amazon's core services use to provide an "always-on" experience. To achieve this level of availability, Dynamo sacrifices consistency under certain failure scenarios. It makes extensive use of object versioning and application-assisted conflict resolution in a manner that provides a novel interface for developers to use.

## Categories and Subject Descriptors

D.4.2 [**Operating Systems**]: Storage Management; D.4.5 [**Operating Systems**]: Reliability; D.4.2 [**Operating Systems**]: Performance;

## General Terms

Algorithms, Management, Measurement, Performance, Design, Reliability.

## 1. INTRODUCTION

Amazon runs a world-wide e-commerce platform that serves tens of millions customers at peak times using tens of thousands of servers located in many data centers around the world. There are strict operational requirements on Amazon's platform in terms of performance, reliability and efficiency, and to support continuous growth the platform needs to be highly scalable. Reliability is one of the most important requirements because even the slightest outage has significant financial consequences and impacts customer trust. In addition, to support continuous growth, the platform needs to be highly scalable.

Permission to make digital or hard copies of all or part of this work for personal or classroom use is granted without fee provided that copies are not made or distributed for profit or commercial advantage and that copies bear this notice and the full citation on the first page. To copy otherwise, or republish, to post on servers or to redistribute to lists, requires prior specific permission and/or a fee.
*SOSP'07*, October 14–17, 2007, Stevenson, Washington, USA.
Copyright 2007 ACM 978-1-59593-591-5/07/0010...$5.00.

One of the lessons our organization has learned from operating Amazon's platform is that the reliability and scalability of a system is dependent on how its application state is managed. Amazon uses a highly decentralized, loosely coupled, service oriented architecture consisting of hundreds of services. In this environment there is a particular need for storage technologies that are always available. For example, customers should be able to view and add items to their shopping cart even if disks are failing, network routes are flapping, or data centers are being destroyed by tornados. Therefore, the service responsible for managing shopping carts requires that it can always write to and read from its data store, and that its data needs to be available across multiple data centers.

Dealing with failures in an infrastructure comprised of millions of components is our standard mode of operation; there are always a small but significant number of server and network components that are failing at any given time. As such Amazon's software systems need to be constructed in a manner that treats failure handling as the normal case without impacting availability or performance.

To meet the reliability and scaling needs, Amazon has developed a number of storage technologies, of which the Amazon Simple Storage Service (also available outside of Amazon and known as Amazon S3), is probably the best known. This paper presents the design and implementation of Dynamo, another highly available and scalable distributed data store built for Amazon's platform. Dynamo is used to manage the state of services that have very high reliability requirements and need tight control over the tradeoffs between availability, consistency, cost-effectiveness and performance. Amazon's platform has a very diverse set of applications with different storage requirements. A select set of applications requires a storage technology that is flexible enough to let application designers configure their data store appropriately based on these tradeoffs to achieve high availability and guaranteed performance in the most cost effective manner.

There are many services on Amazon's platform that only need primary-key access to a data store. For many services, such as those that provide best seller lists, shopping carts, customer preferences, session management, sales rank, and product catalog, the common pattern of using a relational database would lead to inefficiencies and limit scale and availability. Dynamo provides a simple primary-key only interface to meet the requirements of these applications.

Dynamo uses a synthesis of well known techniques to achieve scalability and availability: Data is partitioned and replicated using consistent hashing [10], and consistency is facilitated by object versioning [12]. The consistency among replicas during updates is maintained by a quorum-like technique and a decentralized replica synchronization protocol. Dynamo employs

KovelO Compl. Ex. 21

a gossip based distributed failure detection and membership protocol. Dynamo is a completely decentralized system with minimal need for manual administration. Storage nodes can be added and removed from Dynamo without requiring any manual partitioning or redistribution.

In the past year, Dynamo has been the underlying storage technology for a number of the core services in Amazon's e-commerce platform. It was able to scale to extreme peak loads efficiently without any downtime during the busy holiday shopping season. For example, the service that maintains shopping cart (Shopping Cart Service) served tens of millions requests that resulted in well over 3 million checkouts in a single day and the service that manages session state handled hundreds of thousands of concurrently active sessions.

The main contribution of this work for the research community is the evaluation of how different techniques can be combined to provide a single highly-available system. It demonstrates that an eventually-consistent storage system can be used in production with demanding applications. It also provides insight into the tuning of these techniques to meet the requirements of production systems with very strict performance demands.

The paper is structured as follows. Section 2 presents the background and Section 3 presents the related work. Section 4 presents the system design and Section 5 describes the implementation. Section 6 details the experiences and insights gained by running Dynamo in production and Section 7 concludes the paper. There are a number of places in this paper where additional information may have been appropriate but where protecting Amazon's business interests require us to reduce some level of detail. For this reason, the intra- and inter-datacenter latencies in section 6, the absolute request rates in section 6.2 and outage lengths and workloads in section 6.3 are provided through aggregate measures instead of absolute details.

## 2. BACKGROUND

Amazon's e-commerce platform is composed of hundreds of services that work in concert to deliver functionality ranging from recommendations to order fulfillment to fraud detection. Each service is exposed through a well defined interface and is accessible over the network. These services are hosted in an infrastructure that consists of tens of thousands of servers located across many data centers world-wide. Some of these services are stateless (i.e., services which aggregate responses from other services) and some are stateful (i.e., a service that generates its response by executing business logic on its state stored in persistent store).

Traditionally production systems store their state in relational databases. For many of the more common usage patterns of state persistence, however, a relational database is a solution that is far from ideal. Most of these services only store and retrieve data by primary key and do not require the complex querying and management functionality offered by an RDBMS. This excess functionality requires expensive hardware and highly skilled personnel for its operation, making it a very inefficient solution. In addition, the available replication technologies are limited and typically choose consistency over availability. Although many advances have been made in the recent years, it is still not easy to scale-out databases or use smart partitioning schemes for load balancing.

This paper describes Dynamo, a highly available data storage technology that addresses the needs of these important classes of services. Dynamo has a simple key/value interface, is highly available with a clearly defined consistency window, is efficient in its resource usage, and has a simple scale out scheme to address growth in data set size or request rates. Each service that uses Dynamo runs its own Dynamo instances.

## 2.1 System Assumptions and Requirements

The storage system for this class of services has the following requirements:

*Query Model*: simple read and write operations to a data item that is uniquely identified by a key. State is stored as binary objects (i.e., blobs) identified by unique keys. No operations span multiple data items and there is no need for relational schema. This requirement is based on the observation that a significant portion of Amazon's services can work with this simple query model and do not need any relational schema. Dynamo targets applications that need to store objects that are relatively small (usually less than 1 MB).

*ACID Properties*: ACID (*Atomicity, Consistency, Isolation, Durability*) is a set of properties that guarantee that database transactions are processed reliably. In the context of databases, a single logical operation on the data is called a transaction. Experience at Amazon has shown that data stores that provide ACID guarantees tend to have poor availability. This has been widely acknowledged by both the industry and academia [5]. Dynamo targets applications that operate with weaker consistency (the "C" in ACID) if this results in high availability. Dynamo does not provide any isolation guarantees and permits only single key updates.

*Efficiency*: The system needs to function on a commodity hardware infrastructure. In Amazon's platform, services have stringent latency requirements which are in general measured at the 99.9[th] percentile of the distribution. Given that state access plays a crucial role in service operation the storage system must be capable of meeting such stringent SLAs (see Section 2.2 below). Services must be able to configure Dynamo such that they consistently achieve their latency and throughput requirements. The tradeoffs are in performance, cost efficiency, availability, and durability guarantees.

Other Assumptions: Dynamo is used only by Amazon's internal services. Its operation environment is assumed to be non-hostile and there are no security related requirements such as authentication and authorization. Moreover, since each service uses its distinct instance of Dynamo, its initial design targets a scale of up to hundreds of storage hosts. We will discuss the scalability limitations of Dynamo and possible scalability related extensions in later sections.

## 2.2 Service Level Agreements (SLA)

To guarantee that the application can deliver its functionality in a bounded time, each and every dependency in the platform needs to deliver its functionality with even tighter bounds. Clients and services engage in a Service Level Agreement (SLA), a formally negotiated contract where a client and a service agree on several system-related characteristics, which most prominently include the client's expected request rate distribution for a particular API and the expected service latency under those conditions. An example of a simple SLA is a service guaranteeing that it will

KovelO Compl. Ex. 21



**Figure 1: Service-oriented architecture of Amazon's platform**

provide a response within 300ms for 99.9% of its requests for a peak client load of 500 requests per second.

In Amazon's decentralized service oriented infrastructure, SLAs play an important role. For example a page request to one of the e-commerce sites typically requires the rendering engine to construct its response by sending requests to over 150 services. These services often have multiple dependencies, which frequently are other services, and as such it is not uncommon for the call graph of an application to have more than one level. To ensure that the page rendering engine can maintain a clear bound on page delivery each service within the call chain must obey its performance contract.

Figure 1 shows an abstract view of the architecture of Amazon's platform, where dynamic web content is generated by page rendering components which in turn query many other services. A service can use different data stores to manage its state and these data stores are only accessible within its service boundaries. Some services act as aggregators by using several other services to produce a composite response. Typically, the aggregator services are stateless, although they use extensive caching.

A common approach in the industry for forming a performance oriented SLA is to describe it using average, median and expected variance. At Amazon we have found that these metrics are not good enough if the goal is to build a system where **all** customers have a good experience, rather than just the majority. For example if extensive personalization techniques are used then customers with longer histories require more processing which impacts performance at the high-end of the distribution. An SLA stated in terms of mean or median response times will not address the performance of this important customer segment. To address this issue, at Amazon, SLAs are expressed and measured at the 99.9th percentile of the distribution. The choice for 99.9% over an even higher percentile has been made based on a cost-benefit analysis which demonstrated a significant increase in cost to improve performance that much. Experiences with Amazon's

production systems have shown that this approach provides a better overall experience compared to those systems that meet SLAs defined based on the mean or median.

In this paper there are many references to this 99.9th percentile of distributions, which reflects Amazon engineers' relentless focus on performance from the perspective of the customers' experience. Many papers report on averages, so these are included where it makes sense for comparison purposes. Nevertheless, Amazon's engineering and optimization efforts are not focused on averages. Several techniques, such as the load balanced selection of write coordinators, are purely targeted at controlling performance at the 99.9th percentile.

Storage systems often play an important role in establishing a service's SLA, especially if the business logic is relatively lightweight, as is the case for many Amazon services. State management then becomes the main component of a service's SLA. One of the main design considerations for Dynamo is to give services control over their system properties, such as durability and consistency, and to let services make their own tradeoffs between functionality, performance and cost-effectiveness.

## 2.3 Design Considerations

Data replication algorithms used in commercial systems traditionally perform synchronous replica coordination in order to provide a strongly consistent data access interface. To achieve this level of consistency, these algorithms are forced to tradeoff the availability of the data under certain failure scenarios. For instance, rather than dealing with the uncertainty of the correctness of an answer, the data is made unavailable until it is absolutely certain that it is correct. From the very early replicated database works, it is well known that when dealing with the possibility of network failures, strong consistency and high availability cannot be achieved simultaneously [2, 11]. As such systems and applications need to be aware which properties can be achieved under which conditions.

For systems prone to server and network failures, availability can be increased by using optimistic replication techniques, where changes are allowed to propagate to replicas in the background, and concurrent, disconnected work is tolerated. The challenge with this approach is that it can lead to conflicting changes which must be detected and resolved. This process of conflict resolution introduces two problems: when to resolve them and who resolves them. Dynamo is designed to be an eventually consistent data store; that is all updates reach all replicas eventually.

An important design consideration is to decide *when* to perform the process of resolving update conflicts, i.e., whether conflicts should be resolved during reads or writes. Many traditional data stores execute conflict resolution during writes and keep the read complexity simple [7]. In such systems, writes may be rejected if the data store cannot reach all (or a majority of) the replicas at a given time. On the other hand, Dynamo targets the design space of an "always writeable" data store (i.e., a data store that is highly available for writes). For a number of Amazon services, rejecting customer updates could result in a poor customer experience. For instance, the shopping cart service must allow customers to add and remove items from their shopping cart even amidst network and server failures. This requirement forces us to push the complexity of conflict resolution to the reads in order to ensure that writes are never rejected.

KovelO Compl. Ex. 21

The next design choice is *who* performs the process of conflict resolution. This can be done by the data store or the application. If conflict resolution is done by the data store, its choices are rather limited. In such cases, the data store can only use simple policies, such as "last write wins" [22], to resolve conflicting updates. On the other hand, since the application is aware of the data schema it can decide on the conflict resolution method that is best suited for its client's experience. For instance, the application that maintains customer shopping carts can choose to "merge" the conflicting versions and return a single unified shopping cart. Despite this flexibility, some application developers may not want to write their own conflict resolution mechanisms and choose to push it down to the data store, which in turn chooses a simple policy such as "last write wins".

Other key principles embraced in the design are:

*Incremental scalability*: Dynamo should be able to scale out one storage host (henceforth, referred to as "*node*") at a time, with minimal impact on both operators of the system and the system itself.

*Symmetry*: Every node in Dynamo should have the same set of responsibilities as its peers; there should be no distinguished node or nodes that take special roles or extra set of responsibilities. In our experience, symmetry simplifies the process of system provisioning and maintenance.

*Decentralization*: An extension of symmetry, the design should favor decentralized peer-to-peer techniques over centralized control. In the past, centralized control has resulted in outages and the goal is to avoid it as much as possible. This leads to a simpler, more scalable, and more available system.

*Heterogeneity*: The system needs to be able to exploit heterogeneity in the infrastructure it runs on. e.g. the work distribution must be proportional to the capabilities of the individual servers. This is essential in adding new nodes with higher capacity without having to upgrade all hosts at once.

## 3. RELATED WORK

### 3.1 Peer to Peer Systems

There are several peer-to-peer (P2P) systems that have looked at the problem of data storage and distribution. The first generation of P2P systems, such as Freenet and Gnutella[1], were predominantly used as file sharing systems. These were examples of unstructured P2P networks where the overlay links between peers were established arbitrarily. In these networks, a search query was usually flooded through the network to find as many peers as possible that share the data. P2P systems evolved to the next generation into what is widely known as structured P2P networks. These networks employ a globally consistent protocol to ensure that any node can efficiently route a search query to some peer that has the desired data. Systems like Pastry [16] and Chord [20] use routing mechanisms to ensure that queries can be answered within a bounded number of hops. To reduce the additional latency introduced by multi-hop routing, some P2P systems (e.g., [14]) employ O(1) routing where each peer maintains enough routing information locally so that it can route requests (to access a data item) to the appropriate peer within a constant number of hops.

[1] http://freenetproject.org/, http://www.gnutella.org

Various storage systems, such as Oceanstore [9] and PAST [17] were built on top of these routing overlays. Oceanstore provides a global, transactional, persistent storage service that supports serialized updates on widely replicated data. To allow for concurrent updates while avoiding many of the problems inherent with wide-area locking, it uses an update model based on conflict resolution. Conflict resolution was introduced in [21] to reduce the number of transaction aborts. Oceanstore resolves conflicts by processing a series of updates, choosing a total order among them, and then applying them atomically in that order. It is built for an environment where the data is replicated on an untrusted infrastructure. By comparison, PAST provides a simple abstraction layer on top of Pastry for persistent and immutable objects. It assumes that the application can build the necessary storage semantics (such as mutable files) on top of it.

### 3.2 Distributed File Systems and Databases

Distributing data for performance, availability and durability has been widely studied in the file system and database systems community. Compared to P2P storage systems that only support flat namespaces, distributed file systems typically support hierarchical namespaces. Systems like Ficus [15] and Coda [19] replicate files for high availability at the expense of consistency. Update conflicts are typically managed using specialized conflict resolution procedures. The Farsite system [1] is a distributed file system that does not use any centralized server like NFS. Farsite achieves high availability and scalability using replication. The Google File System [6] is another distributed file system built for hosting the state of Google's internal applications. GFS uses a simple design with a single master server for hosting the entire metadata and where the data is split into chunks and stored in chunkservers. Bayou is a distributed relational database system that allows disconnected operations and provides eventual data consistency [21].

Among these systems, Bayou, Coda and Ficus allow disconnected operations and are resilient to issues such as network partitions and outages. These systems differ on their conflict resolution procedures. For instance, Coda and Ficus perform system level conflict resolution and Bayou allows application level resolution. All of them, however, guarantee eventual consistency. Similar to these systems, Dynamo allows read and write operations to continue even during network partitions and resolves updated conflicts using different conflict resolution mechanisms. Distributed block storage systems like FAB [18] split large size objects into smaller blocks and stores each block in a highly available manner. In comparison to these systems, a key-value store is more suitable in this case because: (a) it is intended to store relatively small objects (size < 1M) and (b) key-value stores are easier to configure on a per-application basis. Antiquity is a wide-area distributed storage system designed to handle multiple server failures [23]. It uses a secure log to preserve data integrity, replicates each log on multiple servers for durability, and uses Byzantine fault tolerance protocols to ensure data consistency. In contrast to Antiquity, Dynamo does not focus on the problem of data integrity and security and is built for a trusted environment. Bigtable is a distributed storage system for managing structured data. It maintains a sparse, multi-dimensional sorted map and allows applications to access their data using multiple attributes [2]. Compared to Bigtable, Dynamo targets applications that require only key/value access with primary focus on high availability where updates are not rejected even in the wake of network partitions or server failures.

KovelO Compl. Ex. 21



**Figure 2: Partitioning and replication of keys in Dynamo ring.**

Traditional replicated relational database systems focus on the problem of guaranteeing strong consistency to replicated data. Although strong consistency provides the application writer a convenient programming model, these systems are limited in scalability and availability [7]. These systems are not capable of handling network partitions because they typically provide strong consistency guarantees.

### 3.3   Discussion

Dynamo differs from the aforementioned decentralized storage systems in terms of its target requirements. First, Dynamo is targeted mainly at applications that need an "always writeable" data store where no updates are rejected due to failures or concurrent writes. This is a crucial requirement for many Amazon applications. Second, as noted earlier, Dynamo is built for an infrastructure within a single administrative domain where all nodes are assumed to be trusted. Third, applications that use Dynamo do not require support for hierarchical namespaces (a norm in many file systems) or complex relational schema (supported by traditional databases). Fourth, Dynamo is built for latency sensitive applications that require at least 99.9% of read and write operations to be performed within a few hundred milliseconds. To meet these stringent latency requirements, it was imperative for us to avoid routing requests through multiple nodes (which is the typical design adopted by several distributed hash table systems such as Chord and Pastry). This is because multi-hop routing increases variability in response times, thereby increasing the latency at higher percentiles. Dynamo can be characterized as a zero-hop DHT, where each node maintains enough routing information locally to route a request to the appropriate node directly.

### 4.   SYSTEM ARCHITECTURE

The architecture of a storage system that needs to operate in a production setting is complex. In addition to the actual data persistence component, the system needs to have scalable and robust solutions for load balancing, membership and failure detection, failure recovery, replica synchronization, overload handling, state transfer, concurrency and job scheduling, request marshalling, request routing, system monitoring and alarming, and configuration management. Describing the details of each of the solutions is not possible, so this paper focuses on the core distributed systems techniques used in Dynamo: partitioning, replication, versioning, membership, failure handling and scaling.

**Table 1: Summary of techniques used in *Dynamo* and their advantages.**

| Problem | Technique | Advantage |
|---|---|---|
| Partitioning | Consistent Hashing | Incremental Scalability |
| High Availability for writes | Vector clocks with reconciliation during reads | Version size is decoupled from update rates. |
| Handling temporary failures | Sloppy Quorum and hinted handoff | Provides high availability and durability guarantee when some of the replicas are not available. |
| Recovering from permanent failures | Anti-entropy using Merkle trees | Synchronizes divergent replicas in the background. |
| Membership and failure detection | Gossip-based membership protocol and failure detection. | Preserves symmetry and avoids having a centralized registry for storing membership and node liveness information. |

Table 1 presents a summary of the list of techniques Dynamo uses and their respective advantages.

### 4.1   System Interface

Dynamo stores objects associated with a key through a simple interface; it exposes two operations: get() and put(). The get(*key*) operation locates the object replicas associated with the *key* in the storage system and returns a single object or a list of objects with conflicting versions along with a *context*. The put(*key, context, object*) operation determines where the replicas of the *object* should be placed based on the associated *key*, and writes the replicas to disk. The *context* encodes system metadata about the object that is opaque to the caller and includes information such as the version of the object. The context information is stored along with the object so that the system can verify the validity of the context object supplied in the put request.

Dynamo treats both the key and the object supplied by the caller as an opaque array of bytes. It applies a MD5 hash on the key to generate a 128-bit identifier, which is used to determine the storage nodes that are responsible for serving the key.

### 4.2   Partitioning Algorithm

One of the key design requirements for Dynamo is that it must scale incrementally. This requires a mechanism to dynamically partition the data over the set of nodes (i.e., storage hosts) in the system. Dynamo's partitioning scheme relies on consistent hashing to distribute the load across multiple storage hosts. In consistent hashing [10], the output range of a hash function is treated as a fixed circular space or "ring" (i.e. the largest hash value wraps around to the smallest hash value). Each node in the system is assigned a random value within this space which represents its "position" on the ring. Each data item identified by a key is assigned to a node by hashing the data item's key to yield its position on the ring, and then walking the ring clockwise to find the first node with a position larger than the item's position.

KoveIO Compl. Ex. 21

Thus, each node becomes responsible for the region in the ring between it and its predecessor node on the ring. The principle advantage of consistent hashing is that departure or arrival of a node only affects its immediate neighbors and other nodes remain unaffected.

The basic consistent hashing algorithm presents some challenges. First, the random position assignment of each node on the ring leads to non-uniform data and load distribution. Second, the basic algorithm is oblivious to the heterogeneity in the performance of nodes. To address these issues, Dynamo uses a variant of consistent hashing (similar to the one used in [10, 20]): instead of mapping a node to a single point in the circle, each node gets assigned to multiple points in the ring. To this end, Dynamo uses the concept of "virtual nodes". A virtual node looks like a single node in the system, but each node can be responsible for more than one virtual node. Effectively, when a new node is added to the system, it is assigned multiple positions (henceforth, "tokens") in the ring. The process of fine-tuning Dynamo's partitioning scheme is discussed in Section 6.

Using virtual nodes has the following advantages:

- If a node becomes unavailable (due to failures or routine maintenance), the load handled by this node is evenly dispersed across the remaining available nodes.

- When a node becomes available again, or a new node is added to the system, the newly available node accepts a roughly equivalent amount of load from each of the other available nodes.

- The number of virtual nodes that a node is responsible can decided based on its capacity, accounting for heterogeneity in the physical infrastructure.

## 4.3 Replication

To achieve high availability and durability, Dynamo replicates its data on multiple hosts. Each data item is replicated at N hosts, where N is a parameter configured *"per-instance"*. Each key, $k$, is assigned to a coordinator node (described in the previous section). The coordinator is in charge of the replication of the data items that fall within its range. In addition to locally storing each key within its range, the coordinator replicates these keys at the N-1 clockwise successor nodes in the ring. This results in a system where each node is responsible for the region of the ring between it and its $N^{th}$ predecessor. In Figure 2, node B replicates the key $k$ at nodes C and D in addition to storing it locally. Node D will store the keys that fall in the ranges (A, B], (B, C], and (C, D].

The list of nodes that is responsible for storing a particular key is called the *preference list*. The system is designed, as will be explained in Section 4.8, so that every node in the system can determine which nodes should be in this list for any particular key. To account for node failures, preference list contains more than N nodes. Note that with the use of virtual nodes, it is possible that the first N successor positions for a particular key may be owned by less than N distinct physical nodes (i.e. a node may hold more than one of the first N positions). To address this, the preference list for a key is constructed by skipping positions in the ring to ensure that the list contains only distinct physical nodes.

## 4.4 Data Versioning

Dynamo provides eventual consistency, which allows for updates to be propagated to all replicas asynchronously. A put() call may return to its caller before the update has been applied at all the replicas, which can result in scenarios where a subsequent get() operation may return an object that does not have the latest updates.. If there are no failures then there is a bound on the update propagation times. However, under certain failure scenarios (e.g., server outages or network partitions), updates may not arrive at all replicas for an extended period of time.

There is a category of applications in Amazon's platform that can tolerate such inconsistencies and can be constructed to operate under these conditions. For example, the shopping cart application requires that an *"Add to Cart"* operation can never be forgotten or rejected. If the most recent state of the cart is unavailable, and a user makes changes to an older version of the cart, that change is still meaningful and should be preserved. But at the same time it shouldn't supersede the currently unavailable state of the cart, which itself may contain changes that should be preserved. Note that both *"add to cart"* and *"delete item from cart"* operations are translated into put requests to Dynamo. When a customer wants to add an item to (or remove from) a shopping cart and the latest version is not available, the item is added to (or removed from) the older version and the divergent versions are reconciled later.

In order to provide this kind of guarantee, Dynamo treats the result of each modification as a new and immutable version of the data. It allows for multiple versions of an object to be present in the system at the same time. Most of the time, new versions subsume the previous version(s), and the system itself can determine the authoritative version (syntactic reconciliation). However, version branching may happen, in the presence of failures combined with concurrent updates, resulting in conflicting versions of an object. In these cases, the system cannot reconcile the multiple versions of the same object and the client must perform the reconciliation in order to *collapse* multiple branches of data evolution back into one (semantic reconciliation). A typical example of a collapse operation is "merging" different versions of a customer's shopping cart. Using this reconciliation mechanism, an "add to cart" operation is never lost. However, deleted items can resurface.

It is important to understand that certain failure modes can potentially result in the system having not just two but several versions of the same data. Updates in the presence of network partitions and node failures can potentially result in an object having distinct version sub-histories, which the system will need to reconcile in the future. This requires us to design applications that explicitly acknowledge the possibility of multiple versions of the same data (in order to never lose any updates).

Dynamo uses vector clocks [12] in order to capture causality between different versions of the same object. A vector clock is effectively a list of (node, counter) pairs. One vector clock is associated with every version of every object. One can determine whether two versions of an object are on parallel branches or have a causal ordering, by examine their vector clocks. If the counters on the first object's clock are less-than-or-equal to all of the nodes in the second clock, then the first is an ancestor of the second and can be forgotten. Otherwise, the two changes are considered to be in conflict and require reconciliation.

In Dynamo, when a client wishes to update an object, it must specify which version it is updating. This is done by passing the context it obtained from an earlier read operation, which contains the vector clock information. Upon processing a read request, if

KoveIO Compl. Ex. 21



**Figure 3: Version evolution of an object over time.**

Dynamo has access to multiple branches that cannot be syntactically reconciled, it will return all the objects at the leaves, with the corresponding version information in the context. An update using this context is considered to have reconciled the divergent versions and the branches are collapsed into a single new version.

To illustrate the use of vector clocks, let us consider the example shown in Figure 3. A client writes a new object. The node (say Sx) that handles the write for this key increases its sequence number and uses it to create the data's vector clock. The system now has the object D1 and its associated clock [(Sx, 1)]. The client updates the object. Assume the same node handles this request as well. The system now also has object D2 and its associated clock [(Sx, 2)]. D2 *descends* from D1 and therefore over-writes D1, however there may be replicas of D1 lingering at nodes that have not yet seen D2. Let us assume that the same client updates the object again and a different server (say Sy) handles the request. The system now has data D3 and its associated clock [(Sx, 2), (Sy, 1)].

Next assume a different client reads D2 and then tries to update it, and another node (say Sz) does the write. The system now has D4 (descendant of D2) whose version clock is [(Sx, 2), (Sz, 1)]. A node that is aware of D1 or D2 could determine, upon receiving D4 and its clock, that D1 and D2 are overwritten by the new data and can be garbage collected. A node that is aware of D3 and receives D4 will find that there is no causal relation between them. In other words, there are changes in D3 and D4 that are not reflected in each other. Both versions of the data must be kept and presented to a client (upon a read) for semantic reconciliation.

Now assume some client reads both D3 and D4 (the context will reflect that both values were found by the read). The read's context is a summary of the clocks of D3 and D4, namely [(Sx, 2), (Sy, 1), (Sz, 1)]. If the client performs the reconciliation and node Sx coordinates the write, Sx will update its sequence number in the clock. The new data D5 will have the following clock: [(Sx, 3), (Sy, 1), (Sz, 1)].

A possible issue with vector clocks is that the size of vector clocks may grow if many servers coordinate the writes to an object. In practice, this is not likely because the writes are usually handled by one of the top N nodes in the preference list. In case of network partitions or multiple server failures, write requests may be handled by nodes that are not in the top N nodes in the preference list causing the size of vector clock to grow. In these scenarios, it is desirable to limit the size of vector clock. To this end, Dynamo employs the following clock truncation scheme: Along with each (node, counter) pair, Dynamo stores a timestamp that indicates the last time the node updated the data item. When the number of (node, counter) pairs in the vector clock reaches a threshold (say 10), the oldest pair is removed from the clock. Clearly, this truncation scheme can lead to inefficiencies in reconciliation as the descendant relationships cannot be derived accurately. However, this problem has not surfaced in production and therefore this issue has not been thoroughly investigated.

## 4.5  Execution of get () and put () operations

Any storage node in Dynamo is eligible to receive client get and put operations for any key. In this section, for sake of simplicity, we describe how these operations are performed in a failure-free environment and in the subsequent section we describe how read and write operations are executed during failures.

Both get and put operations are invoked using Amazon's infrastructure-specific request processing framework over HTTP. There are two strategies that a client can use to select a node: (1) route its request through a generic load balancer that will select a node based on load information, or (2) use a partition-aware client library that routes requests directly to the appropriate coordinator nodes. The advantage of the first approach is that the client does not have to link any code specific to Dynamo in its application, whereas the second strategy can achieve lower latency because it skips a potential forwarding step.

A node handling a read or write operation is known as the *coordinator*. Typically, this is the first among the top N nodes in the preference list. If the requests are received through a load balancer, requests to access a key may be routed to any random node in the ring. In this scenario, the node that receives the request will not coordinate it if the node is not in the top N of the requested key's preference list. Instead, that node will forward the request to the first among the top N nodes in the preference list.

Read and write operations involve the first N healthy nodes in the preference list, skipping over those that are down or inaccessible. When all nodes are healthy, the top N nodes in a key's preference list are accessed. When there are node failures or network partitions, nodes that are lower ranked in the preference list are accessed.

To maintain consistency among its replicas, Dynamo uses a consistency protocol similar to those used in quorum systems. This protocol has two key configurable values: R and W. R is the minimum number of nodes that must participate in a successful read operation. W is the minimum number of nodes that must participate in a successful write operation. Setting R and W such that R + W > N yields a quorum-like system. In this model, the latency of a get (or put) operation is dictated by the slowest of the R (or W) replicas. For this reason, R and W are usually configured to be less than N, to provide better latency.

Upon receiving a put() request for a key, the coordinator generates the vector clock for the new version and writes the new version locally. The coordinator then sends the new version (along with

KoveIO Compl. Ex. 21

the new vector clock) to the N highest-ranked reachable nodes. If at least W-1 nodes respond then the write is considered successful.

Similarly, for a get() request, the coordinator requests all existing versions of data for that key from the N highest-ranked reachable nodes in the preference list for that key, and then waits for R responses before returning the result to the client. If the coordinator ends up gathering multiple versions of the data, it returns all the versions it deems to be causally unrelated. The divergent versions are then reconciled and the reconciled version superseding the current versions is written back.

## 4.6 Handling Failures: Hinted Handoff
If Dynamo used a traditional quorum approach it would be unavailable during server failures and network partitions, and would have reduced durability even under the simplest of failure conditions. To remedy this it does not enforce strict quorum membership and instead it uses a "sloppy quorum"; all read and write operations are performed on the first N *healthy* nodes from the preference list, which may not always be the first N nodes encountered while walking the consistent hashing ring.

Consider the example of Dynamo configuration given in Figure 2 with N=3. In this example, if node A is temporarily down or unreachable during a write operation then a replica that would normally have lived on A will now be sent to node D. This is done to maintain the desired availability and durability guarantees. The replica sent to D will have a hint in its metadata that suggests which node was the intended recipient of the replica (in this case A). Nodes that receive hinted replicas will keep them in a separate local database that is scanned periodically. Upon detecting that A has recovered, D will attempt to deliver the replica to A. Once the transfer succeeds, D may delete the object from its local store without decreasing the total number of replicas in the system.

Using hinted handoff, Dynamo ensures that the read and write operations are not failed due to temporary node or network failures. Applications that need the highest level of availability can set W to 1, which ensures that a write is accepted as long as a single node in the system has durably written the key to its local store. Thus, the write request is only rejected if all nodes in the system are unavailable. However, in practice, most Amazon services in production set a higher W to meet the desired level of durability. A more detailed discussion of configuring N, R and W follows in section 6.

It is imperative that a highly available storage system be capable of handling the failure of an entire data center(s). Data center failures happen due to power outages, cooling failures, network failures, and natural disasters. Dynamo is configured such that each object is replicated across multiple data centers. In essence, the preference list of a key is constructed such that the storage nodes are spread across multiple data centers. These datacenters are connected through high speed network links. This scheme of replicating across multiple datacenters allows us to handle entire data center failures without a data outage.

## 4.7 Handling permanent failures: Replica synchronization
Hinted handoff works best if the system membership churn is low and node failures are transient. There are scenarios under which hinted replicas become unavailable before they can be returned to

the original replica node. To handle this and other threats to durability, Dynamo implements an anti-entropy (replica synchronization) protocol to keep the replicas synchronized.

To detect the inconsistencies between replicas faster and to minimize the amount of transferred data, Dynamo uses Merkle trees [13]. A Merkle tree is a hash tree where leaves are hashes of the values of individual keys. Parent nodes higher in the tree are hashes of their respective children. The principal advantage of Merkle tree is that each branch of the tree can be checked independently without requiring nodes to download the entire tree or the entire data set. Moreover, Merkle trees help in reducing the amount of data that needs to be transferred while checking for inconsistencies among replicas. For instance, if the hash values of the root of two trees are equal, then the values of the leaf nodes in the tree are equal and the nodes require no synchronization. If not, it implies that the values of some replicas are different. In such cases, the nodes may exchange the hash values of children and the process continues until it reaches the leaves of the trees, at which point the hosts can identify the keys that are "out of sync". Merkle trees minimize the amount of data that needs to be transferred for synchronization and reduce the number of disk reads performed during the anti-entropy process.

Dynamo uses Merkle trees for anti-entropy as follows: Each node maintains a separate Merkle tree for each key range (the set of keys covered by a virtual node) it hosts. This allows nodes to compare whether the keys within a key range are up-to-date. In this scheme, two nodes exchange the root of the Merkle tree corresponding to the key ranges that they host in common. Subsequently, using the tree traversal scheme described above the nodes determine if they have any differences and perform the appropriate synchronization action. The disadvantage with this scheme is that many key ranges change when a node joins or leaves the system thereby requiring the tree(s) to be recalculated. This issue is addressed, however, by the refined partitioning scheme described in Section 6.2.

## 4.8 Membership and Failure Detection
### 4.8.1 Ring Membership
In Amazon's environment node outages (due to failures and maintenance tasks) are often transient but may last for extended intervals. A node outage rarely signifies a permanent departure and therefore should not result in rebalancing of the partition assignment or repair of the unreachable replicas. Similarly, manual error could result in the unintentional startup of new Dynamo nodes. For these reasons, it was deemed appropriate to use an explicit mechanism to initiate the addition and removal of nodes from a Dynamo ring. An administrator uses a command line tool or a browser to connect to a Dynamo node and issue a membership change to join a node to a ring or remove a node from a ring. The node that serves the request writes the membership change and its time of issue to persistent store. The membership changes form a history because nodes can be removed and added back multiple times. A gossip-based protocol propagates membership changes and maintains an eventually consistent view of membership. Each node contacts a peer chosen at random every second and the two nodes efficiently reconcile their persisted membership change histories.

When a node starts for the first time, it chooses its set of tokens (virtual nodes in the consistent hash space) and maps nodes to their respective token sets. The mapping is persisted on disk and

KovelO Compl. Ex. 21

initially contains only the local node and token set. The mappings stored at different Dynamo nodes are reconciled during the same communication exchange that reconciles the membership change histories. Therefore, partitioning and placement information also propagates via the gossip-based protocol and each storage node is aware of the token ranges handled by its peers. This allows each node to forward a key's read/write operations to the right set of nodes directly.

### 4.8.2    External Discovery

The mechanism described above could temporarily result in a logically partitioned Dynamo ring.    For example, the administrator could contact node A to join A to the ring, then contact node B to join B to the ring. In this scenario, nodes A and B would each consider itself a member of the ring, yet neither would be immediately aware of the other.   To prevent logical partitions, some Dynamo nodes play the role of seeds.  Seeds are nodes that are discovered via an external mechanism and are known to all nodes.  Because all nodes eventually reconcile their membership with a seed, logical partitions are highly unlikely. Seeds can be obtained either from static configuration or from a configuration service. Typically seeds are fully functional nodes in the Dynamo ring.

### 4.8.3    Failure Detection

Failure detection in Dynamo is used to avoid attempts to communicate with unreachable peers during get() and put() operations and when transferring partitions and hinted replicas. For the purpose of avoiding failed attempts at communication, a purely local notion of failure detection is entirely sufficient: node A may consider node B failed if node B does not respond to node A's messages (even if B is responsive to node C's messages).  In the presence of a steady rate of client requests generating inter-node communication in the Dynamo ring, a node A quickly discovers that a node B is unresponsive when B fails to respond to a message; Node A then uses alternate nodes to service requests that map to B's partitions; A periodically retries B to check for the latter's recovery.   In the absence of client requests to drive traffic between two nodes, neither node really needs to know whether the other is reachable and responsive.

Decentralized failure detection protocols use a simple gossip-style protocol that enable each node in the system to learn about the arrival (or departure) of other nodes. For detailed information on decentralized failure detectors and the parameters affecting their accuracy, the interested reader is referred to [8]. Early designs of Dynamo used a decentralized failure detector to maintain a globally consistent view of failure state.  Later it was determined that the explicit node join and leave methods obviates the need for a global view of failure state. This is because nodes are notified of permanent node additions and removals by the explicit node join and leave methods and temporary node failures are detected by the individual nodes when they fail to communicate with others (while forwarding requests).

## 4.9    Adding/Removing Storage Nodes

When a new node (say X) is added into the system, it gets assigned a number of tokens that are randomly scattered on the ring. For every key range that is assigned to node X, there may be a number of nodes (less than or equal to N) that are currently in charge of handling keys that fall within its token range. Due to the allocation of key ranges to X, some existing nodes no longer have to some of their keys and these nodes transfer those keys to X. Let us consider a simple bootstrapping scenario where node X is added to the ring shown in Figure 2 between A and B. When X is added to the system, it is in charge of storing keys in the ranges (F, G], (G, A] and (A, X]. As a consequence, nodes B, C and D no longer have to store the keys in these respective ranges. Therefore, nodes B, C, and D will offer to and upon confirmation from X transfer the appropriate set of keys.  When a node is removed from the system, the reallocation of keys happens in a reverse process.

Operational experience has shown that this approach distributes the load of key distribution uniformly across the storage nodes, which is important to meet the latency requirements and to ensure fast bootstrapping. Finally, by adding a confirmation round between the source and the destination, it is made sure that the destination node does not receive any duplicate transfers for a given key range.

## 5.   IMPLEMENTATION

In Dynamo, each storage node has three main software components: request coordination, membership and failure detection, and a local persistence engine.  All these components are implemented in Java.

Dynamo's local persistence component allows for different storage engines to be plugged in. Engines that are in use are Berkeley Database (BDB) Transactional Data Store[2], BDB Java Edition, MySQL, and an in-memory buffer with persistent backing store. The main reason for designing a pluggable persistence component is to choose the storage engine best suited for an application's access patterns. For instance, BDB can handle objects typically in the order of tens of kilobytes whereas MySQL can handle objects of larger sizes. Applications choose Dynamo's local persistence engine based on their object size distribution. The majority of Dynamo's production instances use BDB Transactional Data Store.

The request coordination component is built on top of an event-driven messaging substrate where the message processing pipeline is split into multiple stages similar to the SEDA architecture [24]. All communications are implemented using Java NIO channels. The coordinator executes the read and write requests on behalf of clients by collecting data from one or more nodes (in the case of reads) or storing data at one or more nodes (for writes). Each client request results in the creation of a state machine on the node that received the client request. The state machine contains all the logic for identifying the nodes responsible for a key, sending the requests, waiting for responses, potentially doing retries, processing the replies and packaging the response to the client. Each state machine instance handles exactly one client request. For instance, a read operation implements the following state machine: (i) send read requests to the nodes, (ii) wait for minimum number of required responses, (iii) if too few replies were received within a given time bound, fail the request, (iv) otherwise gather all the data versions and determine the ones to be returned and (v) if versioning is enabled, perform syntactic reconciliation and generate an opaque write context that contains the vector clock that subsumes all the remaining versions. For the sake of brevity the failure handling and retry states are left out.

After the read response has been returned to the caller the state

_____
[2] http://www.oracle.com/database/berkeley-db.html

KoveIO Compl. Ex. 21





**Figure 4: Average and 99.9 percentiles of latencies for read and write requests during our peak request season of December 2006. The intervals between consecutive ticks in the x-axis correspond to 12 hours. Latencies follow a diurnal pattern similar to the request rate and 99.9 percentile latencies are an order of magnitude higher than averages**

**Figure 5: Comparison of performance of 99.9th percentile latencies for buffered vs. non-buffered writes over a period of 24 hours. The intervals between consecutive ticks in the x-axis correspond to one hour.**

machine waits for a small period of time to receive any outstanding responses. If stale versions were returned in any of the responses, the coordinator updates those nodes with the latest version. This process is called *read repair* because it repairs replicas that have missed a recent update at an opportunistic time and relieves the anti-entropy protocol from having to do it.

As noted earlier, write requests are coordinated by one of the top N nodes in the preference list. Although it is desirable always to have the first node among the top N to coordinate the writes thereby serializing all writes at a single location, this approach has led to uneven load distribution resulting in SLA violations. This is because the request load is not uniformly distributed across objects. To counter this, any of the top N nodes in the preference list is allowed to coordinate the writes. In particular, since each write usually follows a read operation, the coordinator for a write is chosen to be the node that replied fastest to the previous read operation which is stored in the context information of the request. This optimization enables us to pick the node that has the data that was read by the preceding read operation thereby increasing the chances of getting "read-your-writes" consistency. It also reduces variability in the performance of the request handling which improves the performance at the 99.9 percentile.

## 6. EXPERIENCES & LESSONS LEARNED

Dynamo is used by several services with different configurations. These instances differ by their version reconciliation logic, and read/write quorum characteristics. The following are the main patterns in which Dynamo is used:

- *Business logic specific reconciliation:* This is a popular use case for Dynamo. Each data object is replicated across multiple nodes. In case of divergent versions, the client application performs its own reconciliation logic. The shopping cart service discussed earlier is a prime example of this category. Its business logic reconciles objects by merging different versions of a customer's shopping cart.

- *Timestamp based reconciliation:* This case differs from the previous one only in the reconciliation mechanism. In case of divergent versions, Dynamo performs simple timestamp based reconciliation logic of "last write wins"; i.e., the object with the largest physical timestamp value is chosen as the correct version. The service that maintains customer's session information is a good example of a service that uses this mode.

- *High performance read engine:* While Dynamo is built to be an "always writeable" data store, a few services are tuning its quorum characteristics and using it as a high performance read engine. Typically, these services have a high read request rate and only a small number of updates. In this configuration, typically R is set to be 1 and W to be N. For these services, Dynamo provides the ability to partition and replicate their data across multiple nodes thereby offering incremental scalability. Some of these instances function as the authoritative persistence cache for data stored in more heavy weight backing stores. Services that maintain product catalog and promotional items fit in this category.

The main advantage of Dynamo is that its client applications can tune the values of N, R and W to achieve their desired levels of performance, availability and durability. For instance, the value of N determines the durability of each object. A typical value of N used by Dynamo's users is 3.

The values of W and R impact object availability, durability and consistency. For instance, if W is set to 1, then the system will never reject a write request as long as there is at least one node in the system that can successfully process a write request. However, low values of W and R can increase the risk of inconsistency as write requests are deemed successful and returned to the clients even if they are not processed by a majority of the replicas. This also introduces a vulnerability window for durability when a write request is successfully returned to the client even though it has been persisted at only a small number of nodes.

214

KoveIO Compl. Ex. 21



**Figure 6: Fraction of nodes that are out-of-balance (i.e., nodes whose request load is above a certain threshold from the average system load) and their corresponding request load. The interval between ticks in x-axis corresponds to a time period of 30 minutes.**

Traditional wisdom holds that durability and availability go hand-in-hand. However, this is not necessarily true here. For instance, the vulnerability window for durability can be decreased by increasing W. This may increase the probability of rejecting requests (thereby decreasing availability) because more storage hosts need to be alive to process a write request.

The common (N,R,W) configuration used by several instances of Dynamo is (3,2,2). These values are chosen to meet the necessary levels of performance, durability, consistency, and availability SLAs.

All the measurements presented in this section were taken on a live system operating with a configuration of (3,2,2) and running a couple hundred nodes with homogenous hardware configurations. As mentioned earlier, each instance of Dynamo contains nodes that are located in multiple datacenters. These datacenters are typically connected through high speed network links. Recall that to generate a successful get (or put) response R (or W) nodes need to respond to the coordinator. Clearly, the network latencies between datacenters affect the response time and the nodes (and their datacenter locations) are chosen such that the applications target SLAs are met.

## 6.1    Balancing Performance and Durability

While Dynamo's principle design goal is to build a highly available data store, performance is an equally important criterion in Amazon's platform. As noted earlier, to provide a consistent customer experience, Amazon's services set their performance targets at higher percentiles (such as the 99.9th or 99.99th percentiles). A typical SLA required of services that use Dynamo is that 99.9% of the read and write requests execute within 300ms.

Since Dynamo is run on standard commodity hardware components that have far less I/O throughput than high-end enterprise servers, providing consistently high performance for read and write operations is a non-trivial task. The involvement of multiple storage nodes in read and write operations makes it even more challenging, since the performance of these operations is limited by the slowest of the R or W replicas. Figure 4 shows the average and 99.9th percentile latencies of Dynamo's read and write operations during a period of 30 days. As seen in the figure, the latencies exhibit a clear diurnal pattern which is a result of the diurnal pattern in the incoming request rate (i.e., there is a

significant difference in request rate between the daytime and night). Moreover, the write latencies are higher than read latencies obviously because write operations always results in disk access. Also, the 99.9th percentile latencies are around 200 ms and are an order of magnitude higher than the averages. This is because the 99.9th percentile latencies are affected by several factors such as variability in request load, object sizes, and locality patterns.

While this level of performance is acceptable for a number of services, a few customer-facing services required higher levels of performance. For these services, Dynamo provides the ability to trade-off durability guarantees for performance. In the optimization each storage node maintains an object buffer in its main memory. Each write operation is stored in the buffer and gets periodically written to storage by a *writer thread*. In this scheme, read operations first check if the requested key is present in the buffer. If so, the object is read from the buffer instead of the storage engine.

This optimization has resulted in lowering the 99.9th percentile latency by a factor of 5 during peak traffic even for a very small buffer of a thousand objects (see Figure 5). Also, as seen in the figure, write buffering smoothes out higher percentile latencies. Obviously, this scheme trades durability for performance. In this scheme, a server crash can result in missing writes that were queued up in the buffer. To reduce the durability risk, the write operation is refined to have the coordinator choose one out of the N replicas to perform a "durable write". Since the coordinator waits only for W responses, the performance of the write operation is not affected by the performance of the durable write operation performed by a single replica.

## 6.2    Ensuring Uniform Load distribution

Dynamo uses consistent hashing to partition its key space across its replicas and to ensure uniform load distribution. A uniform key distribution can help us achieve uniform load distribution assuming the access distribution of keys is not highly skewed. In particular, Dynamo's design assumes that even where there is a significant skew in the access distribution there are enough keys in the popular end of the distribution so that the load of handling popular keys can be spread across the nodes uniformly through partitioning. This section discusses the load imbalance seen in Dynamo and the impact of different partitioning strategies on load distribution.

To study the load imbalance and its correlation with request load, the total number of requests received by each node was measured for a period of 24 hours - broken down into intervals of 30 minutes. In a given time window, a node is considered to be "in-balance", if the node's request load deviates from the average load by a value a less than a certain threshold (here 15%). Otherwise the node was deemed "out-of-balance". Figure 6 presents the fraction of nodes that are "out-of-balance" (henceforth, "imbalance ratio") during this time period. For reference, the corresponding request load received by the entire system during this time period is also plotted. As seen in the figure, the imbalance ratio decreases with increasing load. For instance, during low loads the imbalance ratio is as high as 20% and during high loads it is close to 10%. Intuitively, this can be explained by the fact that under high loads, a large number of popular keys are accessed and due to uniform distribution of keys the load is evenly distributed. However, during low loads (where load is 1/8th

KovelO Compl. Ex. 21



**Figure 7: Partitioning and placement of keys in the three strategies. A, B, and C depict the three unique nodes that form the preference list for the key k1 on the consistent hashing ring (N=3). The shaded area indicates the key range for which nodes A, B, and C form the preference list. Dark arrows indicate the token locations for various nodes.**

of the measured peak load), fewer popular keys are accessed, resulting in a higher load imbalance.

This section discusses how Dynamo's partitioning scheme has evolved over time and its implications on load distribution.

*Strategy 1: T random tokens per node and partition by token value*: This was the initial strategy deployed in production (and described in Section 4.2). In this scheme, each node is assigned T tokens (chosen uniformly at random from the hash space). The tokens of all nodes are ordered according to their values in the hash space. Every two consecutive tokens define a range. The last token and the first token form a range that "wraps" around from the highest value to the lowest value in the hash space. Because the tokens are chosen randomly, the ranges vary in size. As nodes join and leave the system, the token set changes and consequently the ranges change. Note that the space needed to maintain the membership at each node increases linearly with the number of nodes in the system.

While using this strategy, the following problems were encountered. First, when a new node joins the system, it needs to "steal" its key ranges from other nodes. However, the nodes handing the key ranges off to the new node have to scan their local persistence store to retrieve the appropriate set of data items. Note that performing such a scan operation on a production node is tricky as scans are highly resource intensive operations and they need to be executed in the background without affecting the customer performance. This requires us to run the bootstrapping task at the lowest priority. However, this significantly slows the bootstrapping process and during busy shopping season, when the nodes are handling millions of requests a day, the bootstrapping has taken almost a day to complete. Second, when a node joins/leaves the system, the key ranges handled by many nodes change and the Merkle trees for the new ranges need to be recalculated, which is a non-trivial operation to perform on a production system. Finally, there was no easy way to take a snapshot of the entire key space due to the randomness in key ranges, and this made the process of archival complicated. In this scheme, archiving the entire key space requires us to retrieve the keys from each node separately, which is highly inefficient.

The fundamental issue with this strategy is that the schemes for data partitioning and data placement are intertwined. For instance, in some cases, it is preferred to add more nodes to the system in order to handle an increase in request load. However, in this scenario, it is not possible to add nodes without affecting data partitioning. Ideally, it is desirable to use independent schemes for partitioning and placement. To this end, following strategies were evaluated:

*Strategy 2: T random tokens per node and equal sized partitions:* In this strategy, the hash space is divided into Q equally sized partitions/ranges and each node is assigned T random tokens. Q is usually set such that Q >> N and Q >> S*T, where S is the number of nodes in the system. In this strategy, the tokens are only used to build the function that maps values in the hash space to the ordered lists of nodes and not to decide the partitioning. A partition is placed on the first N unique nodes that are encountered while walking the consistent hashing ring clockwise from the end of the partition. Figure 7 illustrates this strategy for N=3. In this example, nodes A, B, C are encountered while walking the ring from the end of the partition that contains key k1. The primary advantages of this strategy are: (i) decoupling of partitioning and partition placement, and (ii) enabling the possibility of changing the placement scheme at runtime.

*Strategy 3: Q/S tokens per node, equal-sized partitions:* Similar to strategy 2, this strategy divides the hash space into Q equally sized partitions and the placement of partition is decoupled from the partitioning scheme. Moreover, each node is assigned Q/S tokens where S is the number of nodes in the system. When a node leaves the system, its tokens are randomly distributed to the remaining nodes such that these properties are preserved. Similarly, when a node joins the system it "steals" tokens from nodes in the system in a way that preserves these properties.

The efficiency of these three strategies is evaluated for a system with S=30 and N=3. However, comparing these different strategies in a fair manner is hard as different strategies have different configurations to tune their efficiency. For instance, the load distribution property of strategy 1 depends on the number of tokens (i.e., T) while strategy 3 depends on the number of partitions (i.e., Q). One fair way to compare these strategies is to

KovelO Compl. Ex. 21



**Figure 8: Comparison of the load distribution efficiency of different strategies for system with 30 nodes and N=3 with equal amount of metadata maintained at each node. The values of the system size and number of replicas are based on the typical configuration deployed for majority of our services.**

evaluate the skew in their load distribution while all strategies use the same amount of space to maintain their membership information. For instance, in strategy 1 each node needs to maintain the token positions of all the nodes in the ring and in strategy 3 each node needs to maintain the information regarding the partitions assigned to each node.

In our next experiment, these strategies were evaluated by varying the relevant parameters (T and Q). The load balancing efficiency of each strategy was measured for different sizes of membership information that needs to be maintained at each node, where *Load balancing efficiency* is defined as the ratio of average number of requests served by each node to the maximum number of requests served by the hottest node.

The results are given in Figure 8. As seen in the figure, strategy 3 achieves the best load balancing efficiency and strategy 2 has the worst load balancing efficiency. For a brief time, Strategy 2 served as an interim setup during the process of migrating Dynamo instances from using Strategy 1 to Strategy 3. Compared to Strategy 1, Strategy 3 achieves better efficiency and reduces the size of membership information maintained at each node by three orders of magnitude. While storage is not a major issue the nodes gossip the membership information periodically and as such it is desirable to keep this information as compact as possible. In addition to this, strategy 3 is advantageous and simpler to deploy for the following reasons: (i) *Faster bootstrapping/recovery:* Since partition ranges are fixed, they can be stored in separate files, meaning a partition can be relocated as a unit by simply transferring the file (avoiding random accesses needed to locate specific items). This simplifies the process of bootstrapping and recovery. (ii) *Ease of archival*: Periodical archival of the dataset is a mandatory requirement for most of Amazon storage services. Archiving the entire dataset stored by Dynamo is simpler in strategy 3 because the partition files can be archived separately. By contrast, in Strategy 1, the tokens are chosen randomly and, archiving the data stored in Dynamo requires retrieving the keys from individual nodes separately and is usually inefficient and slow. The disadvantage of strategy 3 is that changing the node membership requires coordination in order to preserve the properties required of the assignment.

## 6.3 Divergent Versions: When and How Many?

As noted earlier, Dynamo is designed to tradeoff consistency for availability. To understand the precise impact of different failures on consistency, detailed data is required on multiple factors: outage length, type of failure, component reliability, workload etc. Presenting these numbers in detail is outside of the scope of this paper. However, this section discusses a good summary metric: the number of divergent versions seen by the application in a live production environment.

Divergent versions of a data item arise in two scenarios. The first is when the system is facing failure scenarios such as node failures, data center failures, and network partitions. The second is when the system is handling a large number of concurrent writers to a single data item and multiple nodes end up coordinating the updates concurrently. From both a usability and efficiency perspective, it is preferred to keep the number of divergent versions at any given time as low as possible. If the versions cannot be syntactically reconciled based on vector clocks alone, they have to be passed to the business logic for semantic reconciliation. Semantic reconciliation introduces additional load on services, so it is desirable to minimize the need for it.

In our next experiment, the number of versions returned to the shopping cart service was profiled for a period of 24 hours. During this period, 99.94% of requests saw exactly one version; 0.00057% of requests saw 2 versions; 0.00047% of requests saw 3 versions and 0.00009% of requests saw 4 versions. This shows that divergent versions are created rarely.

Experience shows that the increase in the number of divergent versions is contributed not by failures but due to the increase in number of concurrent writers. The increase in the number of concurrent writes is usually triggered by busy robots (automated client programs) and rarely by humans. This issue is not discussed in detail due to the sensitive nature of the story.

## 6.4 Client-driven or Server-driven Coordination

As mentioned in Section 5, Dynamo has a request coordination component that uses a state machine to handle incoming requests. Client requests are uniformly assigned to nodes in the ring by a load balancer. Any Dynamo node can act as a coordinator for a read request. Write requests on the other hand will be coordinated by a node in the key's current preference list. This restriction is due to the fact that these preferred nodes have the added responsibility of creating a new version stamp that causally subsumes the version that has been updated by the write request. Note that if Dynamo's versioning scheme is based on physical timestamps, any node can coordinate a write request.

An alternative approach to request coordination is to move the state machine to the client nodes. In this scheme client applications use a library to perform request coordination locally. A client periodically picks a random Dynamo node and downloads its current view of Dynamo membership state. Using this information the client can determine which set of nodes form the preference list for any given key. Read requests can be coordinated at the client node thereby avoiding the extra network hop that is incurred if the request were assigned to a random Dynamo node by the load balancer. Writes will either be forwarded to a node in the key's preference list or can be

KovelO Compl. Ex. 21

**Table 2: Performance of client-driven and server-driven coordination approaches.**

|  | 99.9th percentile read latency (ms) | 99.9th percentile write latency (ms) | Average read latency (ms) | Average write latency (ms) |
|---|---|---|---|---|
| Server-driven | 68.9 | 68.5 | 3.9 | 4.02 |
| Client-driven | 30.4 | 30.4 | 1.55 | 1.9 |

coordinated locally if Dynamo is using timestamps based versioning.

An important advantage of the client-driven coordination approach is that a load balancer is no longer required to uniformly distribute client load. Fair load distribution is implicitly guaranteed by the near uniform assignment of keys to the storage nodes. Obviously, the efficiency of this scheme is dependent on how fresh the membership information is at the client. Currently clients poll a random Dynamo node every 10 seconds for membership updates. A pull based approach was chosen over a push based one as the former scales better with large number of clients and requires very little state to be maintained at servers regarding clients. However, in the worst case the client can be exposed to stale membership for duration of 10 seconds. In case, if the client detects its membership table is stale (for instance, when some members are unreachable), it will immediately refresh its membership information.

Table 2 shows the latency improvements at the 99.9th percentile and averages that were observed for a period of 24 hours using client-driven coordination compared to the server-driven approach. As seen in the table, the client-driven coordination approach reduces the latencies by at least 30 milliseconds for 99.9th percentile latencies and decreases the average by 3 to 4 milliseconds. The latency improvement is because the client-driven approach eliminates the overhead of the load balancer and the extra network hop that may be incurred when a request is assigned to a random node. As seen in the table, average latencies tend to be significantly lower than latencies at the 99.9th percentile. This is because Dynamo's storage engine caches and write buffer have good hit ratios. Moreover, since the load balancers and network introduce additional variability to the response time, the gain in response time is higher for the 99.9th percentile than the average.

## 6.5 Balancing background vs. foreground tasks

Each node performs different kinds of background tasks for replica synchronization and data handoff (either due to hinting or adding/removing nodes) in addition to its normal foreground put/get operations. In early production settings, these background tasks triggered the problem of resource contention and affected the performance of the regular put and get operations. Hence, it became necessary to ensure that background tasks ran only when the regular critical operations are not affected significantly. To this end, the background tasks were integrated with an admission control mechanism. Each of the background tasks uses this controller to reserve runtime slices of the resource (e.g. database),

shared across all background tasks. A feedback mechanism based on the monitored performance of the foreground tasks is employed to change the number of slices that are available to the background tasks.

The admission controller constantly monitors the behavior of resource accesses while executing a "foreground" put/get operation. Monitored aspects include latencies for disk operations, failed database accesses due to lock-contention and transaction timeouts, and request queue wait times. This information is used to check whether the percentiles of latencies (or failures) in a given trailing time window are close to a desired threshold. For example, the background controller checks to see how close the 99th percentile database read latency (over the last 60 seconds) is to a preset threshold (say 50ms). The controller uses such comparisons to assess the resource availability for the foreground operations. Subsequently, it decides on how many time slices will be available to background tasks, thereby using the feedback loop to limit the intrusiveness of the background activities. Note that a similar problem of managing background tasks has been studied in [4].

## 6.6 Discussion

This section summarizes some of the experiences gained during the process of implementation and maintenance of Dynamo. Many Amazon internal services have used Dynamo for the past two years and it has provided significant levels of availability to its applications. In particular, applications have received successful responses (without timing out) for 99.9995% of its requests and no data loss event has occurred to date.

Moreover, the primary advantage of Dynamo is that it provides the necessary knobs using the three parameters of (N,R,W) to tune their instance based on their needs.. Unlike popular commercial data stores, Dynamo exposes data consistency and reconciliation logic issues to the developers. At the outset, one may expect the application logic to become more complex. However, historically, Amazon's platform is built for high availability and many applications are designed to handle different failure modes and inconsistencies that may arise. Hence, porting such applications to use Dynamo was a relatively simple task. For new applications that want to use Dynamo, some analysis is required during the initial stages of the development to pick the right conflict resolution mechanisms that meet the business case appropriately. Finally, Dynamo adopts a full membership model where each node is aware of the data hosted by its peers. To do this, each node actively gossips the full routing table with other nodes in the system. This model works well for a system that contains couple of hundreds of nodes. However, scaling such a design to run with tens of thousands of nodes is not trivial because the overhead in maintaining the routing table increases with the system size. This limitation might be overcome by introducing hierarchical extensions to Dynamo. Also, note that this problem is actively addressed by O(1) DHT systems(e.g., [14]).

## 7. CONCLUSIONS

This paper described Dynamo, a highly available and scalable data store, used for storing state of a number of core services of Amazon.com's e-commerce platform. Dynamo has provided the desired levels of availability and performance and has been successful in handling server failures, data center failures and network partitions. Dynamo is incrementally scalable and allows service owners to scale up and down based on their current

KovelO Compl. Ex. 21

request load. Dynamo allows service owners to customize their storage system to meet their desired performance, durability and consistency SLAs by allowing them to tune the parameters N, R, and W.

The production use of Dynamo for the past year demonstrates that decentralized techniques can be combined to provide a single highly-available system. Its success in one of the most challenging application environments shows that an eventual-consistent storage system can be a building block for highly-available applications.

## ACKNOWLEDGEMENTS
The authors would like to thank Pat Helland for his contribution to the initial design of Dynamo. We would also like to thank Marvin Theimer and Robert van Renesse for their comments. Finally, we would like to thank our shepherd, Jeff Mogul, for his detailed comments and inputs while preparing the camera ready version that vastly improved the quality of the paper.

## REFERENCES
[1] Adya, A., Bolosky, W. J., Castro, M., Cermak, G., Chaiken, R., Douceur, J. R., Howell, J., Lorch, J. R., Theimer, M., and Wattenhofer, R. P. 2002. Farsite: federated, available, and reliable storage for an incompletely trusted environment. *SIGOPS Oper. Syst. Rev.* 36, SI (Dec. 2002), 1-14.

[2] Bernstein, P.A., and Goodman, N. An algorithm for concurrency control and recovery in replicated distributed databases. ACM Trans. on Database Systems, 9(4):596-615, December 1984

[3] Chang, F., Dean, J., Ghemawat, S., Hsieh, W. C., Wallach, D. A., Burrows, M., Chandra, T., Fikes, A., and Gruber, R. E. 2006. Bigtable: a distributed storage system for structured data. In *Proceedings of the 7th Conference on USENIX Symposium on Operating Systems Design and Implementation - Volume 7* (Seattle, WA, November 06 - 08, 2006). USENIX Association, Berkeley, CA, 15-15.

[4] Douceur, J. R. and Bolosky, W. J. 2000. Process-based regulation of low-importance processes. *SIGOPS Oper. Syst. Rev.* 34, 2 (Apr. 2000), 26-27.

[5] Fox, A., Gribble, S. D., Chawathe, Y., Brewer, E. A., and Gauthier, P. 1997. Cluster-based scalable network services. In *Proceedings of the Sixteenth ACM Symposium on Operating Systems Principles* (Saint Malo, France, October 05 - 08, 1997). W. M. Waite, Ed. SOSP '97. ACM Press, New York, NY, 78-91.

[6] Ghemawat, S., Gobioff, H., and Leung, S. 2003. The Google file system. In *Proceedings of the Nineteenth ACM Symposium on Operating Systems Principles* (Bolton Landing, NY, USA, October 19 - 22, 2003). SOSP '03. ACM Press, New York, NY, 29-43.

[7] Gray, J., Helland, P., O'Neil, P., and Shasha, D. 1996. The dangers of replication and a solution. In *Proceedings of the 1996 ACM SIGMOD international Conference on Management of Data* (Montreal, Quebec, Canada, June 04 - 06, 1996). J. Widom, Ed. SIGMOD '96. ACM Press, New York, NY, 173-182.

[8] Gupta, I., Chandra, T. D., and Goldszmidt, G. S. 2001. On scalable and efficient distributed failure detectors. In *Proceedings of the Twentieth Annual ACM Symposium on Principles of Distributed Computing* (Newport, Rhode Island, United States). PODC '01. ACM Press, New York, NY, 170-179.

[9] Kubiatowicz, J., Bindel, D., Chen, Y., Czerwinski, S., Eaton, P., Geels, D., Gummadi, R., Rhea, S., Weatherspoon, H., Wells, C., and Zhao, B. 2000. OceanStore: an architecture for global-scale persistent storage. *SIGARCH Comput. Archit. News* 28, 5 (Dec. 2000), 190-201.

[10] Karger, D., Lehman, E., Leighton, T., Panigrahy, R., Levine, M., and Lewin, D. 1997. Consistent hashing and random trees: distributed caching protocols for relieving hot spots on the World Wide Web. In *Proceedings of the Twenty-Ninth Annual ACM Symposium on theory of Computing* (El Paso, Texas, United States, May 04 - 06, 1997). STOC '97. ACM Press, New York, NY, 654-663.

[11] Lindsay, B.G., et. al., "Notes on Distributed Databases", Research Report RJ2571(33471), IBM Research, July 1979

[12] Lamport, L. Time, clocks, and the ordering of events in a distributed system. ACM Communications, 21(7), pp. 558-565, 1978.

[13] Merkle, R. A digital signature based on a conventional encryption function. Proceedings of CRYPTO, pages 369–378. Springer-Verlag, 1988.

[14] Ramasubramanian, V., and Sirer, E. G. Beehive: O(1)lookup performance for power-law query distributions in peer-to-peer overlays. In *Proceedings of the 1st Conference on Symposium on Networked Systems Design and Implementation,* San Francisco, CA, March 29 - 31, 2004.

[15] Reiher, P., Heidemann, J., Ratner, D., Skinner, G., and Popek, G. 1994. Resolving file conflicts in the Ficus file system. In *Proceedings of the USENIX Summer 1994 Technical Conference on USENIX Summer 1994 Technical Conference - Volume 1* (Boston, Massachusetts, June 06 - 10, 1994). USENIX Association, Berkeley, CA, 12-12..

[16] Rowstron, A., and Druschel, P. Pastry: Scalable, decentralized object location and routing for large-scale peer-to-peer systems. Proceedings of Middleware, pages 329-350, November, 2001.

[17] Rowstron, A., and Druschel, P. Storage management and caching in PAST, a large-scale, persistent peer-to-peer storage utility. Proceedings of Symposium on Operating Systems Principles, October 2001.

[18] Saito, Y., Frølund, S., Veitch, A., Merchant, A., and Spence, S. 2004. FAB: building distributed enterprise disk arrays from commodity components. *SIGOPS Oper. Syst. Rev.* 38, 5 (Dec. 2004), 48-58.

[19] Satyanarayanan, M., Kistler, J.J., Siegel, E.H. Coda: A Resilient Distributed File System. IEEE Workshop on Workstation Operating Systems, Nov. 1987.

[20] Stoica, I., Morris, R., Karger, D., Kaashoek, M. F., and Balakrishnan, H. 2001. Chord: A scalable peer-to-peer lookup service for internet applications. In *Proceedings of the 2001 Conference on Applications, Technologies, Architectures, and Protocols For Computer Communications* (San Diego, California, United States). SIGCOMM '01. ACM Press, New York, NY, 149-160.

KovelO Compl. Ex. 21

[21] Terry, D. B., Theimer, M. M., Petersen, K., Demers, A. J., Spreitzer, M. J., and Hauser, C. H. 1995. Managing update conflicts in Bayou, a weakly connected replicated storage system. In *Proceedings of the Fifteenth ACM Symposium on Operating Systems Principles* (Copper Mountain, Colorado, United States, December 03 - 06, 1995). M. B. Jones, Ed. SOSP '95. ACM Press, New York, NY, 172-182.

[22] Thomas, R. H. A majority consensus approach to concurrency control for multiple copy databases. ACM Transactions on Database Systems 4 (2): 180-209, 1979.

[23] Weatherspoon, H., Eaton, P., Chun, B., and Kubiatowicz, J. 2007. Antiquity: exploiting a secure log for wide-area distributed storage. *SIGOPS Oper. Syst. Rev.* 41, 3 (Jun. 2007), 371-384.

[24] Welsh, M., Culler, D., and Brewer, E. 2001. SEDA: an architecture for well-conditioned, scalable internet services. In *Proceedings of the Eighteenth ACM Symposium on Operating Systems Principles* (Banff, Alberta, Canada, October 21 - 24, 2001). SOSP '01. ACM Press, New York, NY, 230-243.

KoveIO Compl. Ex. 21

# Exhibit 22

KoveIO Compl. Ex. 22

**AWS News Blog**

# Amazon S3 Update: New Storage Class and General Availability of S3 Select

by Jeff Barr | on 04 APR 2018 | in Amazon Simple Storage Services (S3), Launch, News, S3 Select | Permalink | ➦ Share

I've got two big pieces of news for anyone who stores and retrieves data in Amazon Simple Storage Service (S3):

**New S3 One Zone-IA Storage Class** – This new storage class is 20% less expensive than the existing Standard-IA storage class. It is designed to be used to store data that does not need the extra level of protection provided by geographic redundancy.

**General Availability of S3 Select** – This unique retrieval option lets you retrieve subsets of data from S3 objects using simple SQL expressions, with the possibility for a 400% performance improvement in the process.

Let's take a look at both!

### <u>S3 One Zone-IA (Infrequent Access) Storage Class</u>
This new storage class stores data in a single AWS Availability Zone and is designed to provide eleven 9's (99.99999999%) of data durability, just like the other S3 storage classes. Unlike those other classes, it is not designed to be resilient to the physical loss of an AZ due to major event such as an earthquake or a flood, and data could be lost in the unlikely event that an AZ is destroyed. S3 One Zone-IA storage gives you a lower cost option for secondary backups of on-premises data and for data that can be easily re-created. You can also use it as the target of S3 Cross-Region Replication from another AWS region.

You can specify the use of S3 One Zone-IA storage when you upload a new object to S3:

KoveIO Compl. Ex. 22



You can also make use of it as part of an S3 lifecycle rule:



You can set up a lifecycle rule that moves previous versions of an object to S3 One Zone-IA after 30 or more days:



KoveIO Compl. Ex. 22

And you can modify the storage class of an existing object:



You can also manage storage classes using the S3 API, CLI, and CloudFormation templates.

The S3 One Zone-IA storage class can be used in all public AWS regions. As I noted earlier, pricing is 20% lower than for the S3 Standard-IA storage class (see the S3 Pricing page for more info). There's a 30 day minimum retention period, and a 128 KB minimum object size.

**General Availability of S3 Select**

Randall wrote a detailed introduction to S3 Select last year and showed you how you can use it to retrieve selected data from within S3 objects. During the preview we added support for server-side encryption and the ability to run queries from the S3 Console.

I used a CSV file of airport codes to exercise the new console functionality:

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Airport (IATA) | Airport (City) | Country (Name) | Latitude | Longitude |
| 2 | BIN | Bamiyan | Afghanistan | 34.8 | 67.816667 |
| 3 | BST | Bost | Afghanistan | 31.55 | 64.366667 |
| 4 | CCN | Chakcharan | Afghanistan | 34.533333 | 65.266667 |
| 5 | DAZ | Darwaz | Afghanistan | 38.466667 | 70.883333 |
| 6 | FBD | Faizabad | Afghanistan | 37.083333 | 70.5 |
| 7 | FAH | Farah | Afghanistan | 32.366667 | 62.166667 |
| 8 | GRG | Gardez | Afghanistan | 33.616667 | 69.116667 |
| 9 | GZI | Ghazni | Afghanistan | 33 | 68.416667 |
| 10 | HEA | Herat | Afghanistan | 34.183333 | 62.233333 |
| 11 | JAA | Jalalabad | Afghanistan | 34.4 | 70.5 |

This file contains listings for over 9100 airports, so it makes for useful test data but it definitely does not test the limits of S3 Select in any way. I select the file, open the **More** menu, and choose **Select from**:



The console sets the file format and compression according to the file name and the encryption status. I set delimiter and click **Show file preview** to verify that my settings are correct. Then I click **Next** to proceed:

KoveIO Compl. Ex. 22



I type SQL expressions in the SQL editor and click Run SQL to issue the query:



Or:



I can also issue queries from the AWS SDKs. I initiate the select operation:

```
s3 = boto3.client('s3', region_name='us-west-2')

r = s3.select_object_content(
        Bucket='jbarr-us-west-2',
        Key='sample-data/airportCodes.csv',
        ExpressionType='SQL',
        Expression="select * from s3object s where s.\"Country (Name)\" like '%Unit
        InputSerialization = {'CSV': {"FileHeaderInfo": "Use"}},
        OutputSerialization = {'CSV': {}},
)
```

And then I process the stream of results:

```python
for event in r['Payload']:
    if 'Records' in event:
        records = event['Records']['Payload'].decode('utf-8')
        print(records)
    elif 'Stats' in event:
        statsDetails = event['Stats']['Details']
        print("Stats details bytesScanned: ")
        print(statsDetails['BytesScanned'])
        print("Stats details bytesProcessed: ")
        print(statsDetails['BytesProcessed'])
```

S3 Select is available in all public regions and you can start using it today. Pricing is based on the amount of data scanned and the amount of data returned.

— Jeff;

## Resources

Getting Started

What's New

Top Posts

Official AWS Podcast

Case Studies

## Follow

Twitter

Facebook

LinkedIn

Twitch

RSS Feed

Email Updates

**Related Posts**

Migrate to Apache HBase on Amazon S3 on Amazon EMR: Guidelines and Best Practices

Connect to Amazon Athena with federated identities using temporary credentials

# Exhibit 23

KoveIO Compl. Ex. 23

# Cloud Infrastructure Architect – Chicago

Job ID: 583645 | Amazon Web Services, Inc.

**DESCRIPTION**

Would you like to gain the deepest customer and partner insights while maximizing the value of cloud computing technologies?

Do you want to work for the most customer centric company on earth?

At AWS, we're hiring highly technical cloud computing consultants to help our partners develop technical expertise and capacity, while also collaborating with our customers and partners on key engagements. Our consultants will deliver proof-of-concept projects, topical workshops, and lead implementation projects. These professional services engagements will focus on key customer solutions such as, web applications, enterprise applications, HPC, batch processing and big data, archiving and disaster recovery, education and government.

Amazon aims to be the most customer centric company on earth. Amazon Web Services (AWS) provides a highly reliable, scalable, low-cost infrastructure platform in the cloud that powers critical applications for hundreds of thousands of businesses in 190 countries around the world.

Responsibilities include:
· Expertise - Collaborate with AWS field sales, pre-sales, training and support teams to help partners and customers learn and use AWS services such as Amazon Elastic Compute Cloud (EC2), Amazon Simple Storage Service (S3), Amazon SimpleDB/RDS databases, AWS Identity and Access Management (IAM), etc.
· Solutions - Define and deliver on-site technical engagements with partners and customers. This includes participating in pre-sales on-site visits, understanding customer requirements, and proposing and delivering packaged offerings, and delivering custom solution engagements.
· Delivery - Engagements include short on-site projects proving the use of AWS services to support new distributed computing solutions that often span private cloud and public cloud services. Engagements will include migration of existing applications and development of new applications using AWS cloud services.
· Insights - Work with AWS engineering and support teams to convey partner and customer needs and feedback as input to technology roadmaps. Share real world implementation challenges and recommend new capabilities that would simplify adoption and drive greater value from use of AWS cloud services.

**BASIC QUALIFICATIONS**

· Customer facing skills to represent AWS well within the customer's environment and drive discussions with senior personnel regarding trade-offs, best practices, project management and risk mitigation
· Demonstrated ability to think strategically about business, product, and technical challenges
· Highly technical and analytical, possessing 7 or more years of IT implementation experience
· Deep hands-on experience leading the design, development and deployment of business software at scale or current hands on technology infrastructure, network, compute, storage, and virtualization experience

KoveIO Compl. Ex. 23

· Proven experience with software development life cycle (SDLC) and agile/iterative methodologies required

· Strong track record of implementing AWS services in a variety of distributed computing environments

· Integration of AWS cloud services with on-premise technologies from Microsoft, IBM, Oracle, HP, SAP etc.

· Experience with IT compliance and risk management requirements (eg. security, privacy, SOX, HIPAA etc.)

· BS level technical degree required; Computer Science or Math background preferred; MS degree desired

· Extended travel to customer locations may be required to sell and deliver professional services as needed


**PREFERRED QUALIFICATIONS**

· Managing Customer relationships through Service excellence.

· IT Advisory services and Consulting skills.

· Intermediate/advanced knowledge of the primary AWS services (EC2, ELB, RDS, Route53 & S3).

· Leading highly-available and fault-tolerant enterprise and web-scale software deployments.

· Infrastructure automation through DevOps scripting (E.g. shell, Python, Ruby, Powershell).

· Configuration management using CloudFormation, Chef & Puppet.

· Strong practical Linux and Windows-based systems administration skills in a Cloud or Virtualized environment.

· Experience managing data center operations, including data assurance, monitoring, alerting and notifications.


Amazon is an Equal Opportunity-Affirmative Action Employer – Minority / Female / Disability / Veteran / Gender Identity / Sexual Orientation.

aws-proserv-na

KoveIO Compl. Ex. 23

# Exhibit 24

KoveIO Compl. Ex. 24

# AWS Management Console

**Getting Started Guide**

**Version 1.0**



KoveIO Compl. Ex. 24

# AWS Management Console: Getting Started Guide

Copyright © 2018 Amazon Web Services, Inc. and/or its affiliates. All rights reserved.

Amazon's trademarks and trade dress may not be used in connection with any product or service that is not Amazon's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits Amazon. All other trademarks not owned by Amazon are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

# Table of Contents

Working with the AWS Management Console ................................................................................................... 1
    What Is the AWS Management Console? ............................................................................................. 1
    Getting Started with a Service ........................................................................................................... 1
    Adding and Removing Shortcuts ....................................................................................................... 2
    Choosing a Region ........................................................................................................................... 2
    Changing Your Password ................................................................................................................... 2
    Getting Billing Information ................................................................................................................ 3
    Using the Device of Your Choice ....................................................................................................... 3
    Troubleshooting .............................................................................................................................. 3
        Fix Page Load Issues with Internet Explorer 11 ...................................................................... 3
Working with Resource Groups ............................................................................................................... 4
    What Are Resource Groups? ............................................................................................................. 4
        How Resource Groups Work ................................................................................................. 6
        How Tagging Works ............................................................................................................. 6
    Obtaining Permissions ...................................................................................................................... 6
        Permissions for Individual Services ........................................................................................ 7
        Granting Permissions for Using Resource Groups and Tag Editor ............................................. 7
    Creating a Resource Group ............................................................................................................... 9
    Supported Resources ...................................................................................................................... 11
        Supported Resources for Resource Groups (Console) ............................................................. 11
        Supported Resources for Tag Editor Tagging (Console) .......................................................... 12
    Accessing a Resource Group ........................................................................................................... 13
    Managing Resources ...................................................................................................................... 14
        Getting Information About a Resource ................................................................................... 14
        Taking Action on a Resource ............................................................................................... 15
    Managing Resource Groups ............................................................................................................ 15
        Modifying What Resources Are in a Group ............................................................................ 15
        Customizing Your Resource Group Display ............................................................................ 16
        Updating Your Resource Group Display ................................................................................. 16
        Sharing a Resource Group ................................................................................................... 17
        Deleting a Resource Group .................................................................................................. 17
Working with Tag Editor ....................................................................................................................... 18
    Obtaining Permissions .................................................................................................................... 18
    Searching for Resources to Tag ....................................................................................................... 18
    Finding Untagged Resources ........................................................................................................... 19
    Customizing Tag Search Results ...................................................................................................... 20
    Tagging Resources ......................................................................................................................... 21
    Scenario: Implementing a New Tagging Strategy .............................................................................. 22
AWS Glossary ...................................................................................................................................... 24

KoveIO Compl. Ex. 24

# Working with the AWS Management Console

Welcome to the AWS Management Console. This guide provides a short introduction to working with the console. To learn how to work with individual services in the console, see AWS Documentation.

**Topics**

- What Is the AWS Management Console? (p. 1)
- Getting Started with a Service (p. 1)
- Adding and Removing Shortcuts (p. 2)
- Choosing a Region (p. 2)
- Changing Your Password (p. 2)
- Getting Billing Information (p. 3)
- Using the Device of Your Choice (p. 3)
- Troubleshooting (p. 3)

## What Is the AWS Management Console?

The AWS Management Console is a web application that comprises and refers to a broad collection of service consoles for managing Amazon Web Services. When you first sign in, you see the console home page.

The home page provides access to each service console as well as an intuitive user interface for exploring AWS and getting helpful tips. Among other things, the individual service consoles offer tools for working with Amazon S3 buckets, launching and connecting to Amazon EC2 instances, setting Amazon CloudWatch alarms, and getting information about your account and about billing.

## Getting Started with a Service

The AWS Management Console provides multiple ways for navigating to individual service consoles.

**To open a console for a service**

Do one of the following:

- Enter the name of the service in the search box. Then choose the service that you want from the list of search results.
- Choose one of your recently visited services under the search box.

- Choose **Services** to open a full list of services. On the upper right of the page, choose **Group** to see the services listed by category or choose **A–Z** to see an alphabetical listing. Then choose the service that you want.

KoveIO Compl. Ex. 24

# Adding and Removing Shortcuts

You can add shortcuts for the consoles that you use most.

**To add a shortcut**

1. On the navigation bar, choose the pushpin icon.
2. Drag a service from the menu to the navigation bar.

   You can add more shortcuts and drop them onto the navigation bar in any order that you want.

**To remove a shortcut**

1. On the navigation bar, choose the pushpin icon.
2. Drag the shortcut off the navigation bar.

# Choosing a Region

For many services, you can choose a Region that specifies where your resources are managed. You do not choose a Region for the AWS Management Console or for some services, such as IAM.

**To choose a Region**

1. In the AWS Management Console, choose a service (p. 1) to go to that service's console.
2. On the navigation bar, choose the name of the currently displayed Region.

   When you choose a Region, that Region becomes the default in the console.

   **Note**
   If you have created AWS resources, but you don't see those resources in the console, the console might be displaying resources from a different Region. Some resources (such as EC2 instances) are created in a specific Region. To see them, use the Region selector to choose the Region in which the resources were created.

# Changing Your Password

If you are an account owner, you can change your AWS account password from the AWS Management Console.

**To change your password**

1. On the navigation bar, choose your account name.



2. Choose **Security Credentials**.
3. The page that you see varies with the type of account that you used to sign in. Follow the console instructions to get to the page for changing your password.
4. Enter your current password once and your new password twice.

KoveIO Compl. Ex. 24

The new password must be at least eight characters long and must include a symbol, a number, an uppercase letter, and a lowercase letter.

5. When you've completed the password form, choose **Change Password** or **Save changes**.

# Getting Billing Information

If you have the necessary permissions, you can get information about your AWS charges from the console.

**To get your billing information**

1. On the navigation bar, choose your account name.
2. Choose **My Billing Dashboard**.
3. Use the AWS Billing and Cost Management dashboard to find a summary and a breakdown of your monthly spending. To learn more, see the AWS Billing and Cost Management User Guide.

# Using the Device of Your Choice

The AWS Management Console has been designed to work on tablets as well as other kinds of devices:

- Horizontal and vertical space is maximized to show more on your screen.

- Buttons and selectors are larger for a better touch experience.

The AWS Management Console is also available as an app for Android and iOS. This app provides mobile-relevant tasks that are a good companion to the full web experience. For example, you can easily view and manage your existing Amazon EC2 instances and Amazon CloudWatch alarms from your phone.

You can download the AWS Console mobile app from Amazon Appstore, Google Play, or iTunes.

# Troubleshooting

Consult this section to find solutions to common problems with the AWS Management Console.

## Fix Page Load Issues with Internet Explorer 11

If you use the AWS Management Console with Internet Explorer 11, the browser might fail to load some pages of the console. This is a problem related to Internet Explorer's Compatibility View. To address this issue, in Internet Explorer, open **Compatibility View Settings** and disable **Display intranet sites in Compatibility View**.

For more information, see Fix site display problems with Compatibility View.

KoveIO Compl. Ex. 24

# Working with Resource Groups

**Note**
This content describes legacy Resource Groups. For information about the new AWS Resource Groups service, see the AWS Resource Groups User Guide.

You can maximize your effectiveness with AWS offerings by working with *resource groups*. This guide provides a short introduction to creating and managing resource groups in the AWS Management Console. To learn more about the AWS Management Console in general, see Working with the AWS Management Console (p. 1).

**To work with resource groups**

1. Sign in to the AWS Management Console.
2. On the navigation bar, choose **Resource Groups**.
3. Choose the name of an existing resource group or choose **Create a Resource Group**.

**Topics**

- What Are Resource Groups? (p. 4)
- Obtaining Permissions for Resource Groups and Tag Editor (p. 6)
- Creating a Resource Group (p. 9)
- Supported Resources (p. 11)
- Accessing a Resource Group (p. 13)
- Managing Resources (p. 14)
- Managing Resource Groups (p. 15)

## What Are Resource Groups?

**Note**
This content describes legacy Resource Groups. For information about the new AWS Resource Groups service, see the AWS Resource Groups User Guide.

In AWS, a *resource* is an entity that you can work with. Examples include an Amazon EC2 instance, an AWS CloudFormation stack, and an Amazon S3 bucket. If you work with multiple resources, you might find it useful to manage them as a group rather than move from one AWS service to another for each task.

Resource Groups helps you do just that. By default, the AWS Management Console is organized by AWS service. But with the Resource Groups tool, you can create a custom console that organizes and consolidates information based on your project and the resources that you use. If you manage resources in multiple regions, you can create a resource group to view resources from different regions on the same page.

Resource Groups can display metrics, alarms, and configuration details. If you need more detailed information or you want to change a setting for a given resource, choosing a link takes you to the page you need.

KoveIO Compl. Ex. 24



For example, let's say you are developing a web application, and you are maintaining separate sets of resources for your alpha, beta, and release environments. Each version runs on Amazon EC2 with an Amazon Elastic Block Store storage volume. You use Elastic Load Balancing to manage traffic and Route 53 to manage your domain. Without the Resource Groups tool, you might have to access multiple consoles just to check the status of your services or modify the settings for one version of your application.

With the Resource Groups tool, you use a single page to view and manage your resources. For example, let's say you use the tool to create a resource group for each version—alpha, beta, and release—of your application. To check your resources for the alpha version of your application and see whether any CloudWatch alarms have been triggered, simply open your resource group. Then view the consolidated information on your resource group page. To modify a specific resource, choose the appropriate links on your resource group page to quickly access the service console with the settings that you need.

As other examples, you could also use the Resources Groups tool for the following types of projects:

• A blog that has different phases, such as development, staging, and production

• Projects managed by multiple departments or individuals

• A set of AWS resources that you use together for a common project or that you want to manage or monitor as a group

KoveIO Compl. Ex. 24

# How Resource Groups Work

A resource group is a collection of resources that share one or more *tags* or portions of tags. To create a resource group, you simply identify the tags that contain the items that members of the group should have in common.

If you or your administrator uses the AWS Identity and Access Management (IAM) service to create multiple users in the same account, those users have their own individual resource groups. These groups are not visible to other users. However, each user can share a resource group with others in the same account by sharing a URL, which lets another user create a resource group with the same parameters. For information about creating IAM users, see Creating an IAM User in the *IAM User Guide*. For information about sharing resources, see Sharing a Resource Group (p. 17).

The tags themselves function like properties of a resource, so they are shared across the entire account. That way, users in a department can draw from a common vocabulary (tags) within the department or account to create resource groups that are meaningful to their roles and responsibilities. Having a common pool of tags also means that when users share a resource group (p. 17), they don't have to worry about missing or conflicting tag information.

## How Tagging Works

Tags are words or phrases that act as metadata for organizing your AWS resources. With most AWS resources, you have the option of adding tags when you create the resource, whether it's an Amazon EC2 instance, an Amazon S3 bucket, or other resource. However, you can also add tags to multiple resources at once by using Tag Editor. You simply search for resources of various types and then add, remove, or replace tags for the resources in your search results.

For more information about Tag Editor, see Working with Tag Editor (p. 18) in this guide. For more information about tagging, see Tag Basics in the *Amazon EC2 User Guide for Linux Instances*.

# Obtaining Permissions for Resource Groups and Tag Editor

**Note**
This content describes legacy Resource Groups. For information about the new AWS Resource Groups service, see the AWS Resource Groups User Guide. The managed policies that are used for legacy Resource Groups, `ResourceGroupsandTagEditorFullAccess` and `ResourceGroupsandTagEditorReadOnlyAccess` do not grant access to the new AWS Resource Groups service.

To make full use of Resource Groups and Tag Editor, you might need additional permissions to tag resources or to see a resource's tag keys and values. These permissions fall into two categories:

- Permissions for individual services so that you can tag resources from those services and include them in resource groups
- Permissions that are required to use the Resource Groups and Tag Editor consoles

If you need additional permissions, contact your administrator and request the permissions that you need.

If you are an administrator, you can provide permissions for your users by creating policies through the AWS Identity and Access Management (AWS IAM) service. You first create IAM users or groups, and then apply the policies with the permissions that they need. For general information about creating and attaching IAM policies, see Working with Policies.

KoveIO Compl. Ex. 24

# Permissions for Individual Services

**Important**
This section describes permissions required for individual services if you want to tag resources from those services' consoles and APIs and include them in resource groups.

As explained in How Resource Groups Work (p. 6), each resource group represents a collection of resources that share one or more tag keys or values. In order to add tags to a resource, you need the necessary permissions for the service that the resource belongs to. For example, if you want to tag Amazon EC2 instances, your administrator must give you permissions to the tagging actions in that service's API, such as those listed in the Amazon EC2 user guide.

In addition, to make full use of the Resource Groups feature, you need other permissions that allow you to access a service's console and interact with the resources there. For examples of such policies for Amazon EC2, see Example Policies for Working in the Amazon EC2 Console in the *Amazon EC2 User Guide for Linux Instances*.

# Granting Permissions for Using Resource Groups and Tag Editor

**Important**
This section describes permissions that are required if you want to tag resources via the the Resource Groups and Tag Editor consoles and Resource Groups Tagging APIs.
If you want to tag resources that belong to AWS services from those services' individual consoles or APIs, see the above section - Permissions for Individual Services.

If you're an administrator, you can grant permissions to others to use Resource Groups and Tag Editor. To do that, you create and attach IAM policies to users, groups, or roles. For information about creating and working with users, groups, and roles, see Identities (Users, Groups, and Roles) in the *IAM User Guide*. To attach a policy for Resources Groups and Tag Editor, see the following procedures.

## Using AWS Managed Policies for Resource Groups and Tag Editor

The easiest way to attach a policy is to use one of the AWS managed policies found in the AWS Management Console. It provides a full-access policy as well as a read-only policy for the Resource Groups and Tag Editor services. For more information about managed IAM policies, see Managed Policies and Inline Policies in the *IAM User Guide*.

**To attach a Resource Groups and Tag Editor policy to an IAM user or group**

1. Sign in to the AWS Management Console and open the IAM console at https://console.aws.amazon.com/iam/.

2. In the navigation pane, choose **Policies**.

3. In the **Filter: Policy Type** search box, start typing `ResourceGroupsandTagEditor` to display the Resource Groups and Tag Editor policies.

4. Select the check box next to the policy that you want:

   - **ResourceGroupsandTagEditorReadOnlyAccess** allows users to access and use Resource Groups and Tag Editor but does not allow them to edit tags in the Tag Editor.

   - **ResourceGroupsandTagEditorFullAccess** allows users complete use of all Resource Groups and Tag Editor features.

5. Choose **Policy Actions**, and then choose **Attach**.

KoveIO Compl. Ex. 24

6.  Select the check box next to the name of each user or group that you want the policy to apply to, and then choose **Attach policy**.

# Creating Your Own IAM Policies for Resource Groups and Tag Editor

If the built-in IAM policies (known as AWS managed policies) for Resource Groups and Tag Editor do not meet your needs, you can create your own. For information about creating IAM policies, see Overview of IAM Policies. Then use the following examples of IAM policies as a guide to creating the policies that you need.

The `tag:getResources` permission is required to list resources that share a particular tag, such as when viewing a Resource Group or searching for resources in Tag Editor. You could grant this permission by using a policy like the following:

```
{
    "Version" : "2012-10-17",
    "Statement" : [{
        "Effect" : "Allow",
        "Action" : "tag:GetResources",
        "Resource" : "*"
    }]
}
```

Additional permissions are required to get full use of the Resource Groups and Tag Editors consoles. The `tag:getTagKeys` and `tag:getTagValues` permissions allow you to see existing tag keys and values for resources in your account. You can grant both permissions by using a policy like the following:

```
{
    "Version" : "2012-10-17",
    "Statement" : [{
        "Effect" : "Allow",
        "Action" : [
            "tag:GetTagKeys",
            "tag:GetTagValues"
        ],
        "Resource" : "*"
    }]
}
```

To use these consoles to add and remove tags, you need the permissions in the following policy:

```
{
    "Version" : "2012-10-17",
    "Statement" : [{
        "Effect" : "Allow",
        "Action" : [
            "tag:AddResourceTags",
            "tag:RemoveResourceTags",
            "tag:TagResources",
            "tag:UntagResources"
        ],
        "Resource" : "*"
    }]
}
```

Finally, the following policy ensures that users have access to all features of Resource Groups and Tag Editor.

KoveIO Compl. Ex. 24

```
{
    "Version" : "2012-10-17",
    "Statement" : [{
        "Effect" : "Allow",
        "Action" : "tag:*",
        "Resource" : "*"
    }]
}
```

# Creating a Resource Group

**Note**
This content describes legacy Resource Groups. For information about the new AWS Resource Groups service, see the AWS Resource Groups User Guide.

To create a resource group, you start by tagging your resources (if you have not already done so). Next, you create a view of resources that have common tags or common strings in those tags. You can create your own custom tags or use tags created by others in your same account. You also can use the tags that AWS automatically creates, such as the stack name in AWS CloudFormation. To use Tag Editor to add, remove, and manage tags, see Working with Tag Editor (p. 18). For a list of ways to tag resources within their respective services, see Applying Tags.

Every tag consists of a key and a value. In search engine terms, adding values is like searching for them with the OR operator (all items found are included). But adding keys is like searching for them with AND (only items with all keys are included). As a result, adding more values to each tag key that you specify can increase the size of your resource group, but adding more keys might reduce the group size.

For example, suppose that you have an account with only two resources, a pair of Amazon EC2 instances. To each instance you assign a tag with the key name **Stack**. One of the stack keys has the value **Production** and the other has the value **Test**. One of the instances also has a tag with the key name **Owner** and the value **Jan**.



If you create a resource group with the **Stack** key and both **Production** and **Test** values, your group has two members. If you then add the **Owner** key to your group definition, your group shrinks to one because only one instance has that key.

You can also create groups based on a portion of a tag value. For example, if you have alpha, beta, and release versions of a project, you might have a naming scheme for each resource's name key that includes multiple points of information. For example, you might have several Amazon S3 buckets whose Name keys have values like **John Alpha Bucket**, **John Beta Bucket**, **Mary Alpha Bucket**, and so on. To

KoveIO Compl. Ex. 24

create a resource group for your alpha version, you would specify only tags whose value includes **Alpha**. Or you could create a group of all buckets by specifying that the tag value include **Bucket**.

Not every AWS resource can be included in a resource group. For a list of currently supported resources, see Supported Resources (p. 11).

To create a resource group, you begin by searching for tags or tag strings that your group has in common. You perform this search either on the **Create a resource group** page or with Tag Editor.

**To create a resource group**

1. Sign in to the AWS Management Console. On the navigation bar, choose **Resource Groups**, and then choose **Create a Resource Group**.

2. On the **Create a resource group** page, for **Group name**, type a name for your group.

3. For **Tags**, choose the name of a tag key in the first box. You can type in the box to search for a key based on characters it contains.

4. (Optional) Choose the box next to that and do any of the following:

   • Leave the box empty to find tags with the specified key and any value.

   • Select **Empty value** to find tags with the specified key but no value.

   • Type one or more characters to find the values that you are looking for. Select a value from the list to find an exact match or select the **Contains:** option to find values that contain the characters that you typed.

     If you don't see any values listed, you might not have permissions to view available tags. In that case, you can simply type in a complete value and press **Enter** to start searching.

   • Choose the **x** next to an item that you added to remove it from the search criteria.

   You can repeat any of the preceding steps to search for multiple values for each tag key. Resources whose values have any of the criteria for that particular key are included in the resource group. The searches are case sensitive.

   For more information about tag keys and values, see What Is a Tag?

   > **Note**
   > Before a key and its values appear in the autocomplete list, they must have been applied to at least one resource in the current account. If you don't see a tag that you just applied to a resource, try refreshing your browser window.
   > If the autocomplete list still doesn't work, you might need to contact your administrator to get the necessary permissions. For more information, see Obtaining Permissions for Resource Groups and Tag Editor (p. 6).

5. (Optional) To further refine your group, use another row of **Tags** boxes to specify more tag keys and values. The group now contains only those resources that have all the specified tags, so the more tags that you specify, the fewer resources your group contains. If you change your mind, choose **Remove** next to any row.

6. (Optional) For **Regions**, choose the regions that you want to include in your group. Repeat for as many regions as you want. To remove a region, choose the **x** by its name. Leave the box empty to include all regions.

KoveIO Compl. Ex. 24

7. (Optional) For **Resource types**, choose the kind of resources that you want to include in your group. Repeat for as many resource types as you want. To remove a resource type, choose the **x** by its name. Leave the box empty to include all resource types.

8. (Optional) When you have your preferred settings, choose **Preview** to see which resources are included based on your current settings. You can change any of the previous settings, and then choose **Preview** again.

9. When you are satisfied with your group, choose **Save**.

If you need to change the settings later, see Modifying What Resources Are in a Group (p. 15).

**To create a resource group from Tag Editor search results**

1. In Tag Editor, search for the resources (p. 18) that you want in your group. You must include at least one tag key in your search.

2. When the search is complete, choose **View as resource group**.

3. In the space provided, type a name for your resource group.

4. (Optional) Modify the settings for the resource group as explained in the preceding procedure. To see your changes, choose **Preview**.

5. When you are satisfied with your group, choose **Save**.

# Supported Resources

**Note**
This content describes legacy Resource Groups. For information about the new AWS Resource Groups service, see the AWS Resource Groups User Guide.

You can add tags to your AWS resources from the AWS Management Console.

**Topics**
- Supported Resources for Resource Groups (Console) (p. 11)
- Supported Resources for Tag Editor Tagging (Console) (p. 12)

## Supported Resources for Resource Groups (Console)

You can use the Resource Groups tool in the AWS Management Console to create resource groups for the following tagged AWS resources. For more information, see Creating a Resource Group (p. 9).

| Service | Resources |
| --- | --- |
| AWS CloudFormation | • Stack |
| AWS Elastic Beanstalk | • Environment |
| Amazon Elastic Compute Cloud (Amazon EC2) | • Instance<br>• Load balancer<br>• Security group<br>• Snapshot<br>• Volume |
| Amazon ElastiCache | • Cache cluster |

KoveIO Compl. Ex. 24

# Exhibit 25

KoveIO Compl. Ex. 25

# Amazon Simple Storage Service

## Console User Guide



KoveIO Compl. Ex. 25

# Amazon Simple Storage Service: Console User Guide

Copyright © 2018 Amazon Web Services, Inc. and/or its affiliates. All rights reserved.

Amazon's trademarks and trade dress may not be used in connection with any product or service that is not Amazon's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits Amazon. All other trademarks not owned by Amazon are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

# Table of Contents

Welcome to the Amazon S3 Console User Guide ................................................................................. 1
Creating and Configuring a Bucket ............................................................................................... 2
    Creating a Bucket ................................................................................................................ 2
        More Info .................................................................................................................. 7
    Deleting a Bucket ................................................................................................................ 7
        More Info .................................................................................................................. 9
    Emptying a Bucket ............................................................................................................... 9
    Viewing Bucket Properties ................................................................................................... 10
    Enabling or Disabling Versioning .......................................................................................... 11
    Enabling Default Encryption ................................................................................................ 12
        More Info ................................................................................................................ 14
    Enabling Server Access Logging ........................................................................................... 14
    Enabling Object-Level Logging ............................................................................................ 16
        More Info ................................................................................................................ 18
    Configuring Static Website Hosting ...................................................................................... 19
    Redirecting Website Requests .............................................................................................. 22
    Advanced Settings ............................................................................................................. 23
        Setting Up a Destination for Event Notifications .............................................................. 23
        Enabling and Configuring Event Notifications ................................................................. 25
        Enabling Transfer Acceleration .................................................................................... 29
Uploading, Downloading, and Managing Objects ............................................................................ 31
    Uploading S3 Objects ......................................................................................................... 31
        Uploading Files and Folders by Using Drag and Drop ....................................................... 32
        Uploading Files by Pointing and Clicking ....................................................................... 37
        More Info ................................................................................................................ 39
    Downloading S3 Objects ..................................................................................................... 40
        Related Topics .......................................................................................................... 43
    Deleting Objects ................................................................................................................ 43
        More Info ................................................................................................................ 45
    Undeleting Objects ............................................................................................................ 45
        More Info ................................................................................................................ 46
    Restoring Archived S3 Objects ............................................................................................. 46
        Archive Retrieval Options ........................................................................................... 47
        Restoring an Archived S3 Object .................................................................................. 47
        Checking Archive Restore Status and Expiration Date ....................................................... 49
    Viewing an Overview of an Object ........................................................................................ 50
        More Info ................................................................................................................ 52
    Viewing Object Versions ..................................................................................................... 53
        More Info ................................................................................................................ 54
    Viewing Object Properties ................................................................................................... 54
    Adding Encryption to an Object ........................................................................................... 56
        More Info ................................................................................................................ 59
    Adding Metadata to an Object ............................................................................................ 59
        Adding System-Defined Metadata ................................................................................ 60
        Adding User-Defined Metadata .................................................................................... 62
    Adding Tags to an Object ................................................................................................... 64
        More Info ................................................................................................................ 67
    Using Folders .................................................................................................................... 67
        Creating a Folder ..................................................................................................... 68
        Deleting Folders ....................................................................................................... 69
        Making Folders Public ............................................................................................... 71
Storage Management .................................................................................................................. 72
    Creating a Lifecycle Policy .................................................................................................. 72
    Creating Cross-Region Replication Rules ............................................................................... 76

KoveIO Compl. Ex. 25

Adding a CRR Rule When the Destination Bucket Is in the Same AWS Account .......................... 77
Adding a CRR Rule When the Destination Bucket Is in a Different AWS Account ........................ 84
More Info ................................................................................................................. 90
Managing Cross-Region Replication Rules ................................................................................ 90
More Info ................................................................................................................. 92
Configuring Storage Class Analysis ......................................................................................... 92
Configuring Amazon S3 Inventory ........................................................................................... 95
Destination Bucket Policy ........................................................................................... 98
Grant Amazon S3 Permission to Encrypt Using Your AWS KMS Key ........................................ 98
Configuring Request Metrics .................................................................................................. 99
Configuring a Request Metrics Filter ....................................................................................... 101
Setting Permissions ...................................................................................................................... 105
Bucket Permissions Check ..................................................................................................... 105
Listing Public Buckets ................................................................................................ 106
More Info ................................................................................................................. 107
Setting Object Permissions .................................................................................................... 107
More Info ................................................................................................................. 111
Setting ACL Bucket Permissions ............................................................................................ 111
More Info ................................................................................................................. 114
Adding a Bucket Policy ......................................................................................................... 115
More Info ................................................................................................................. 116
Allowing Cross-Domain Resource Sharing with CORS ............................................................... 116
More Info ................................................................................................................. 117
Document History .......................................................................................................................... 118
Earlier Updates .................................................................................................................... 118
AWS Glossary ............................................................................................................................... 120

KoveIO Compl. Ex. 25

# Welcome to the Amazon S3 Console User Guide

Welcome to the *Amazon Simple Storage Service Console User Guide* for the Amazon Simple Storage Service (Amazon S3) console.

Amazon S3 provides virtually limitless storage on the internet. This guide explains how you can manage buckets, objects, and folders in Amazon S3 by using the AWS Management Console, a browser-based graphical user interface for interacting with AWS services.

For detailed conceptual information about how Amazon S3 works, see What Is Amazon S3? in the *Amazon Simple Storage Service Developer Guide*. The developer guide also has detailed information about Amazon S3 features and code examples to support those features.

**Topics**

- Creating and Configuring an S3 Bucket (p. 2)
- Uploading, Downloading, and Managing Objects (p. 31)
- Storage Management (p. 72)
- Setting Bucket and Object Access Permissions (p. 105)

KoveIO Compl. Ex. 25

# Creating and Configuring an S3 Bucket

Amazon S3 is cloud storage for the Internet. To upload your data (photos, videos, documents etc.), you first create a bucket in one of the AWS Regions. You can then upload your data objects to the bucket.

Every object you store in Amazon S3 resides in a bucket. You can use buckets to group related objects in the same way that you use a directory to group files in a file system.

Amazon S3 creates buckets in the AWS Region that you specify. You can choose any AWS Region that is geographically close to you to optimize latency, minimize costs, or address regulatory requirements. For example, if you reside in Europe, you might find it advantageous to create buckets in the EU (Ireland) or EU (Frankfurt) regions. For a list of Amazon S3 AWS Regions, see Regions and Endpoints in the *Amazon Web Services General Reference*.

You are not charged for creating a bucket. You are only charged for storing objects in the bucket and for transferring objects out of the bucket. For more information about pricing, see Amazon Simple Storage Service (S3) FAQs.

Amazon S3 bucket names are globally unique, regardless of the AWS Region in which you create the bucket. You specify the name at the time you create the bucket. For bucket naming guidelines, see Bucket Restrictions and Limitations in the *Amazon Simple Storage Service Developer Guide*.

The following topics explain how to use the Amazon S3 console to create, delete, and manage buckets.

**Topics**

- How Do I Create an S3 Bucket? (p. 2)
- How Do I Delete an S3 Bucket? (p. 7)
- How Do I Empty an S3 Bucket? (p. 9)
- How Do I View the Properties for an S3 Bucket? (p. 10)
- How Do I Enable or Suspend Versioning for an S3 Bucket? (p. 11)
- How Do I Enable Default Encryption for an S3 Bucket? (p. 12)
- How Do I Enable Server Access Logging for an S3 Bucket? (p. 14)
- How Do I Enable Object-Level Logging for an S3 Bucket with AWS CloudTrail Data Events? (p. 16)
- How Do I Configure an S3 Bucket for Static Website Hosting? (p. 19)
- How Do I Redirect Requests to an S3 Bucket Hosted Website to Another Host? (p. 22)
- Advanced Settings for S3 Bucket Properties (p. 23)

## How Do I Create an S3 Bucket?

Before you can upload data to Amazon S3, you must create a bucket in one of the AWS Regions to store your data in. After you create a bucket, you can upload an unlimited number of data objects to the bucket.

KoveIO Compl. Ex. 25

Buckets have configuration properties, including their geographical region, who has access to the objects in the bucket, and other metadata.

**To create an S3 bucket**

1. Sign in to the AWS Management Console and open the Amazon S3 console at https://console.aws.amazon.com/s3/.

2. Choose **Create bucket**.



3. On the **Name and region** page, type a name for your bucket and choose the AWS Region where you want the bucket to reside. Complete the fields on this page as follows:

   a. For **Bucket name**, type a unique DNS-compliant name for your new bucket. Follow these naming guidelines:

   - The name must be unique across all existing bucket names in Amazon S3.

   - The name must not contain uppercase characters.

   - The name must start with a lowercase letter or number.

   - The name must be between 3 and 63 characters long.

   - After you create the bucket you cannot change the name, so choose wisely.

   - Choose a bucket name that reflects the objects in the bucket because the bucket name is visible in the URL that points to the objects that you're going to put in your bucket.

   For information about naming buckets, see Rules for Bucket Naming in the *Amazon Simple Storage Service Developer Guide*.

   b. For **Region**, choose the AWS Region where you want the bucket to reside. Choose a Region close to you to minimize latency and costs, or to address regulatory requirements. Objects stored in a Region never leave that Region unless you explicitly transfer them to another Region. For a list of Amazon S3 AWS Regions, see Regions and Endpoints in the *Amazon Web Services General Reference*.

   c. (Optional) If you have already set up a bucket that has the same settings that you want to use for the new bucket that you want to create, you can set it up quickly by choosing **Copy settings from an existing bucket**, and then choosing the bucket whose settings you want to copy.

   The settings for the following bucket properties are copied: versioning, tags, and logging.

   d. Do one of the following:

   - If you copied settings from another bucket, choose **Create**. You're done, so skip the following steps.

   - If not, choose **Next**.

KoveIO Compl. Ex. 25

# Uploading, Downloading, and Managing Objects

Amazon S3 is cloud storage for the Internet. To upload your data (photos, videos, documents etc.), you first create a bucket in one of the AWS Regions. You can then upload an unlimited number of data objects to the bucket.

The data that you store in Amazon S3 consists of objects. Every object resides within a bucket that you create in a specific AWS Region. Every object that you store in Amazon S3 resides in a bucket.

Objects stored in a region never leave the region unless you explicitly transfer them to another region. For example, objects stored in the EU (Ireland) region never leave it. The objects stored in an AWS region physically remain in that region. Amazon S3 does not keep copies of objects or move them to any other region. However, you can access the objects from anywhere, as long as you have necessary permissions to do so.

Before you can upload an object into Amazon S3, you must have write permissions to a bucket.

Objects can be any file type: images, backups, data, movies, etc. The maximum size of file you can upload by using the Amazon S3 console is 78GB. You can have an unlimited number of objects in a bucket.

The following topics explain how to use the Amazon S3 console to upload, delete, and manage objects.

**Topics**

- How Do I Upload Files and Folders to an S3 Bucket? (p. 31)
- How Do I Download an Object from an S3 Bucket? (p. 40)
- How Do I Delete Objects from an S3 Bucket? (p. 43)
- How Do I Undelete a Deleted S3 Object? (p. 45)
- How Do I Restore an S3 Object That Has Been Archived to Amazon Glacier? (p. 46)
- How Do I See an Overview of an Object? (p. 50)
- How Do I See the Versions of an S3 Object? (p. 53)
- How Do I View the Properties of an Object? (p. 54)
- How Do I Add Encryption to an S3 Object? (p. 56)
- How Do I Add Metadata to an S3 Object? (p. 59)
- How Do I Add Tags to an S3 Object? (p. 64)
- How do I use folders in an S3 Bucket? (p. 67)

## How Do I Upload Files and Folders to an S3 Bucket?

This topic explains how to use the AWS Management Console to upload one or more files or entire folders to an Amazon S3 bucket. Before you can upload files and folders to an Amazon S3 bucket, you need write permissions for the bucket. For more information about access permissions, see

KoveIO Compl. Ex. 25

Setting Bucket and Object Access Permissions (p. 105). For information about uploading files programmatically, see Uploading Objects in the *Amazon Simple Storage Service Developer Guide*.

When you upload a file to Amazon S3, it is stored as an S3 object. Objects consist of the file data and metadata that describes the object. You can have an unlimited number of objects in a bucket.

You can upload any file type—images, backups, data, movies, etc.—into an S3 bucket. The maximum size of a file that you can upload by using the Amazon S3 console is 78 GB.

You can upload files by dragging and dropping or by pointing and clicking. To upload folders, you *must* drag and drop them. Drag and drop functionality is supported *only* for the Chrome and Firefox browsers. For information about which Chrome and Firefox browser versions are supported, see Which Browsers are Supported for Use with the AWS Management Console?.

When you upload a folder, Amazon S3 uploads all of the files and subfolders from the specified folder to your bucket. It then assigns an object key name that is a combination of the uploaded file name and the folder name. For example, if you upload a folder called `/images` that contains two files, `sample1.jpg` and `sample2.jpg`, Amazon S3 uploads the files and then assigns the corresponding key names, `images/sample1.jpg` and `images/sample2.jpg`. The key names include the folder name as a prefix. The Amazon S3 console displays only the part of the key name that follows the last "/". For example, within an images folder the `images/sample1.jpg` and `images/sample2.jpg` objects are displayed as `sample1.jpg` and a `sample2.jpg`.

If you upload individual files and you have a folder open in the Amazon S3 console, when Amazon S3 uploads the files, it includes the name of the open folder as the prefix of the key names. For example, if you have a folder named `backup` open in the Amazon S3 console and you upload a file named `sample1.jpg`, the key name is `backup/sample1.jpg`. However, the object is displayed in the console as `sample1.jpg` in the `backup` folder.

If you upload individual files and you do not have a folder open in the Amazon S3 console, when Amazon S3 uploads the files, it assigns only the file name as the key name. For example, if you upload a file named `sample1.jpg`, the key name is `sample1.jpg`. For more information on key names, see Object Key and Metadata in the *Amazon Simple Storage Service Developer Guide*.

If you upload an object with a key name that already exists in a versioning-enabled bucket, Amazon S3 creates another version of the object instead of replacing the existing object. For more information about versioning, see How Do I Enable or Suspend Versioning for an S3 Bucket? (p. 11).

**Topics**

- Uploading Files and Folders by Using Drag and Drop (p. 32)
- Uploading Files by Pointing and Clicking (p. 37)
- More Info (p. 39)

# Uploading Files and Folders by Using Drag and Drop

If you are using the Chrome or Firefox browsers, you can choose the folders and files to upload, and then drag and drop them into the destination bucket. Dragging and dropping is the *only* way that you can upload folders.

**To upload folders and files to an S3 bucket by using drag and drop**

1. Sign in to the AWS Management Console and open the Amazon S3 console at https://console.aws.amazon.com/s3/.
2. In the **Bucket name** list, choose the name of the bucket that you want to upload your folders or files to.

KoveIO Compl. Ex. 25



3. In a window other than the console window, select the files and folders that you want to upload. Then drag and drop your selections into the console window that lists the objects in the destination bucket.



The files you chose are listed in the **Upload** dialog box.

4. In the **Upload** dialog box, do one of the following:

   a. Drag and drop more files and folders to the console window that displays the **Upload** dialog box. To add more files, you can also choose **Add more files**. This option works *only* for files, not folders.

   b. To immediately upload the listed files and folders without granting or removing permissions for specific users or setting public permissions for all of the files that you're uploading, choose **Upload**. For information about object access permissions, see How Do I Set Permissions on an Object? (p. 107).

   c. To set permissions or properties for the files that you are uploading, choose **Next**.

KoveIO Compl. Ex. 25



5. On the **Set Permissions** page, under **Manage users** you can change the permissions for the AWS account owner. The *owner* refers to the AWS account root user, and not an AWS Identity and Access Management (IAM) user. For more information about the root user, see The AWS Account Root User.

Choose **Add account** to grant access to another AWS account. For more information about granting permissions to another AWS account, see How Do I Set ACL Bucket Permissions? (p. 111).

Under **Manage public permissions** you can grant read access to your objects to the general public (everyone in the world), for all of the files that you're uploading. Granting public read access is applicable to a small subset of use cases such as when buckets are used for websites. We recommend that you do not change the default setting of **Do not grant public read access to this object(s)**. You can always make changes to object permissions after you upload the object. For information about object access permissions, see How Do I Set Permissions on an Object? (p. 107).

When you're done configuring permissions, choose **Next**.

KoveIO Compl. Ex. 25



6. On the **Set Properties** page, choose the storage class and encryption method to use for the files that you are uploading. You can also add or modify metadata.

   a. Choose a storage class for the files you're uploading. For more information about storage classes, see Storage Classes in the *Amazon Simple Storage Service Developer Guide*.

   b. Choose the type of encryption for the files that you're uploading. If you don't want to encrypt them, choose **None**.



   i. To encrypt the uploaded files using keys that are managed by Amazon S3, choose **Amazon S3 master-key**. For more information, see Protecting Data with Amazon S3-Managed Encryption Keys Classes in the *Amazon Simple Storage Service Developer Guide*.

KoveIO Compl. Ex. 25

   ii.   To encrypt the uploaded files using the AWS Key Management Service (AWS KMS), choose **AWS KMS master-key**. Then choose a master key from the list of AWS KMS master keys.

> **Note**
> To encrypt objects in a bucket, you can use only keys that are available in the same AWS Region as the bucket.

       You can give an external account the ability to use an object that is protected by an AWS KMS key. To do this, select **Custom KMS ARN** from the list and enter the Amazon Resource Name (ARN) for the external account. Administrators of an external account that have usage permissions to an object protected by your AWS KMS key can further restrict access by creating a resource-level IAM policy.

       For more information about creating an AWS KMS key, see Creating Keys in the *AWS Key Management Service Developer Guide*. For more information about protecting data with AWS KMS, see Protecting Data with AWS KMS–Managed Key in the *Amazon Simple Storage Service Developer Guide*.

  c.   Metadata for Amazon S3 objects is represented by a name-value (key-value) pair. There are two kinds of metadata: system-defined metadata and user-defined metadata.

      If you want to add Amazon S3 system-defined metadata to all of the objects you are uploading, for **Header**, select a header. You can select common HTTP headers, such as **Content-Type** and **Content-Disposition**. Type a value for the header, and then choose **Save**. For a list of system-defined metadata and information about whether you can add the value, see System-Defined Metadata in the *Amazon Simple Storage Service Developer Guide*.

  d.   Any metadata starting with prefix `x-amz-meta-` is treated as user-defined metadata. User-defined metadata is stored with the object, and is returned when you download the object.

      To add user-defined metadata to all of the objects that you are uploading, type `x-amz-meta-` plus a custom metadata name in the **Header** field. Type a value for the header, and then choose **Save**. Both the keys and their values must conform to US-ASCII standards. User-defined metadata can be as large as 2 KB. For more information about user-defined metadata, see User-Defined Metadata in the *Amazon Simple Storage Service Developer Guide*.



  e.   Object tagging gives you a way to categorize storage. Each tag is a key-value pair. Key and tag values are case sensitive. You can have up to 10 tags per object.

      To add tags to all of the objects that you are uploading, type a tag name in the **Key** field. Type a value for the tag, and then choose **Save**. A tag key can be up to 128 Unicode characters in length and tag values can be up to 255 Unicode characters in length. For more information about object tags, see Object Tagging in the *Amazon Simple Storage Service Developer Guide*.

KoveIO Compl. Ex. 25



7. Choose **Next**.

8. On the **Upload** review page, verify that your settings are correct, and then choose **Upload**. To make changes, choose **Previous**.

9. To see the progress of the upload, choose **In progress** at the bottom of the browser window.



To see a history of your uploads and other operations, choose **Success**.



# Uploading Files by Pointing and Clicking

This procedure explains how to upload files into an S3 bucket by choosing **Upload**.

KoveIO Compl. Ex. 25

**To upload files to an S3 bucket by pointing and clicking**

1. Sign in to the AWS Management Console and open the Amazon S3 console at https://console.aws.amazon.com/s3/.

2. In the **Bucket name** list, choose the name of the bucket that you want to upload your files to.



3. Choose **Upload**.



4. In the **Upload** dialog box, choose **Add files**.



5. Choose one or more files to upload, and then choose **Open.**

KoveIO Compl. Ex. 25



6. After you see the files that you chose listed in the **Upload** dialog box, do one of the following:

   a. To add more files, choose **Add more files**.

   b. To immediately upload the listed files, choose **Upload**.

   c. To set permissions or properties for the files that you are uploading, choose **Next**.



7. To set permissions and properties, start with **Step 5** of Uploading Files and Folders by Using Drag and Drop (p. 32).

# More Info

- How Do I Set Permissions on an Object? (p. 107).
- How Do I Download an Object from an S3 Bucket? (p. 40)

KoveIO Compl. Ex. 25

# How Do I Download an Object from an S3 Bucket?

This section explains how to use the Amazon S3 console to download objects from an S3 bucket.

Data transfer fees apply when you download objects. For information about Amazon S3 features, and pricing, see Amazon S3.

**To download an object from an S3 bucket**

1. Sign in to the AWS Management Console and open the Amazon S3 console at https://console.aws.amazon.com/s3/.

2. In the **Bucket name** list, choose the name of the bucket that you want to download an object from.



3. You can download an object from an S3 bucket in any of the following ways:

   - In the **Name** list, select the check box next to the object you want to download, and then choose **Download** on the object description page that appears.

KoveIO Compl. Ex. 25



- Choose the name of the object that you want to download.



On the **Overview** page, choose **Download**.

KoveIO Compl. Ex. 25



- Choose the name of the object that you want to download and then choose **Download as** on the **Overview** page.



- Choose the name of the object that you want to download. Choose **Latest version** and then choose the download icon.

KoveIO Compl. Ex. 25



## Related Topics

- How Do I Upload Files and Folders to an S3 Bucket? (p. 31)

# How Do I Delete Objects from an S3 Bucket?

This section explains how to use the Amazon S3 console to delete objects. Because all objects in your S3 bucket incur storage costs, you should delete objects that you no longer need. If you are collecting log files, for example, it's a good idea to delete them when they're no longer needed. You can set up a lifecycle rule to automatically delete objects such as log files.

For information about Amazon S3 features and pricing, see Amazon S3.

**To delete objects from an S3 bucket**

1. Sign in to the AWS Management Console and open the Amazon S3 console at https://console.aws.amazon.com/s3/.

2. In the **Bucket name** list, choose the name of the bucket that you want to delete an object from.



3. You can delete objects from an S3 bucket in any of the following ways:

   - In the **Name** list, select the check box next to the objects and folders that you want to delete, choose **More**, and then choose **Delete**.

KoveIO Compl. Ex. 25