UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, Inc., Delaware Corporation,<br><br>                Plaintiff,<br><br>v.<br><br>Amazon Web Services, Inc., Delaware Corporation,<br><br>                Defendant. | Civil Action No. 18-cv-8175 |

**NOTICE OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff Kove IO, Inc. ("Kove") by and through its counsel, hereby provides the following: Kove has no publicly held affiliates.

1

Dated: December 12, 2018

Respectfully submitted,

/s/ _Renato Mariotti_
Renato Mariotti

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Sarah O. Jorgensen
(*pro hac vice* application pending)
sjorgensen@reichmanjorgensen.com
Reichman Jorgensen LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (650) 623-1403
Telecopier: (650) 623-1449

Courtland L. Reichman
(*pro hac vice* application pending)
creichman@reichmanjorgensen.com
Jennifer P. Estremera
(*pro hac vice* application pending)
jestremera@reichmanjorgensen.com
Phillip Lee
(*pro hac vice* application pending)
plee@reichmanjorgensen.com
Joachim B. Steinberg
(*pro hac vice* application pending)
jsteinberg@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien
(*pro hac vice* application pending)
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
303 Twin Dolphin Drive, Suite 600
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.**