UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, Inc., <br> Delaware Corporation, <br>                 Plaintiff, <br>    v. <br> Amazon Web Services, Inc., <br> Delaware Corporation, <br>                 Defendant. | Civil Action No. 18-cv-8175 |

## NOTICE OF CLAIMS INVOLVING PATENTS

Pursuant to Local Rule 3.4, Plaintiff Kove IO, Inc. ("Kove"), by and through its counsel, hereby provides notice of claims involving patents. The information required by the rule and 35 U.S.C. § 290 is as follows:

1. Names and Addresses of Parties:

   Plaintiff

   Kove IO, Inc. - 14 North Peoria Street Suite 2H, Chicago, Illinois 60607.

   Defendant

   Amazon Web Services, Inc. - 410 Terry Avenue North Seattle, Washington 98109.

2. Patent Numbers and Inventors:

   | U.S. Patent No. | Inventors |
   |---|---|
   | 7,814,170 | John Overton and Stephen Bailey |
   | 7,103,640 | John Overton and Stephen Bailey |
   | 7,233,978 | John Overton and Stephen Bailey |

| | |
|---|---|
| Dated: December 12, 2018 | Respectfully submitted,<br><br>/s/    Renato Mariotti<br>Renato Mariotti<br><br>Renato Mariotti (State Bar No. 6323198)<br>rmariotti@thompsoncoburn.com<br>Thompson Coburn LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603<br>Telephone: (312) 346-7500<br>Telecopier: (312) 580-2201 |
| Sarah O. Jorgensen<br>(*pro hac vice* application pending)<br>sjorgensen@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>1201 West Peachtree, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (650) 623-1403<br>Telecopier: (650) 623-1449 | Courtland L. Reichman<br>(*pro hac vice* application pending)<br>creichman@reichmanjorgensen.com<br>Jennifer P. Estremera<br>(*pro hac vice* application pending)<br>jestremera@reichmanjorgensen.com<br>Phillip Lee<br>(*pro hac vice* application pending)<br>plee@reichmanjorgensen.com<br>Joachim B. Steinberg<br>(*pro hac vice* application pending)<br>jsteinberg@reichmanjorgensen.com<br>Michael G. Flanigan (State Bar No. 6309008)<br>mflanigan@reichmanjorgensen.com<br>Kate M. Falkenstien<br>(*pro hac vice* application pending)<br>kfalkenstien@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>303 Twin Dolphin Drive, Suite 600<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Telecopier: (650) 623-1449<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**KOVE IO, INC.** |