ClientCaseID: 55855  CaseReturnDate: 12/13/18

Affidavit of A PRIVATE INVESTIGATOR

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Case Number 18-CV-8175

I, JOHN J PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED AGENT OF THE ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY ACT LICENSE NUMBER #117.001633

### CORPORATE SERVICE

THAT I SERVED THE WITHIN SUMMONS & COMPLAINT
ON THE WITHIN NAMED DEFENDANT AMAZON WEB SERVICES, INC.
PERSON SERVED LYLE NEEMAN, AUTHORIZED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 12/14/18

.20 X 531= 106.20

That the sex, race and approximate age of the whom I left the SUMMONS & COMPLAINT are as follow:

| Sex | MALE | Race | WHITE | Age | 67 | Height | 5'6" | Build | MEDIUM | Hair | GRY |

LOCATION OF SERVICE  801 ADLAI STEVENSON DR.
SPRINGFIELD, IL, 62703

Date Of Service 12/14/18  Time of Service 1:12 PM

JOHN J PENNELL  12/14/2018
A PRIVATE INVESTIGATOR
PRIVATE DETECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.