UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | ) |
| Plaintiff, | ) Case No. 1: 18-cv-08175 |
| v. | ) Hon. Rebecca R. Pallmeyer. |
| AMAZON WEB SERVICES, INC., | ) |
| Defendant. | ) |

**NOTICE OF AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

TO: Counsel of Record

**PLEASE TAKE NOTICE** that on January 3, 2019 at 8:45 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Rebecca R. Pallmeyer, or any Judge sitting in her stead, in Courtroom 2141 at 219 S. Dearborn Street, Chicago, Illinois and present Plaintiff Kove IO, Inc.'s Agreed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, copies of which are being filed with the Court and served upon you concurrently herewith.

Dated: December 28, 2018

Respectfully submitted,

*/s/     Michael G. Flanigan*
Michael G. Flanigan

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

1

| | |
|---|---|
| Sarah O. Jorgensen (*pro hac vice)*<br>sjorgensen@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>1201 West Peachtree, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (650) 623-1403<br>Telecopier: (650) 623-1449 | Courtland L. Reichman (*pro hac vice*)<br>creichman@reichmanjorgensen.com<br>Phillip Lee (*pro hac vice*)<br>plee@reichmanjorgensen.com<br>Jennifer P. Estremera (*pro hac vice*)<br>jestremera@reichmanjorgensen.com<br>Joachim B. Steinberg (*pro hac vice*)<br>jsteinberg@reichmanjorgensen.com<br>Michael G. Flanigan (State Bar No. 6309008)<br>mflanigan@reichmanjorgensen.com<br>Kate M. Falkenstien (*pro hac vice*)<br>kfalkenstien@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>303 Twin Dolphin Drive, Suite 600<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Telecopier: (650) 623-1449 |

**ATTORNEYS FOR PLAINTIFF**
**KOVE IO, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Michael G. Flanigan*
Michael G. Flanigan