UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KOVE IO, INC.,** | ) |
| Plaintiff, | ) Case No. 1: 18-cv-08175 |
| v. | ) Hon. Rebecca R. Pallmeyer. |
| **AMAZON WEB SERVICES, INC.,** | ) |
| Defendant. | ) |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff Kove IO, Inc. ("Kove") respectfully moves this Court for an extension of time for Defendant Amazon Web Services, Inc. ("AWS") to answer or otherwise respond to Kove's Complaint for Patent Infringement ("the Complaint") to February 18, 2019. In support thereof, Kove states the following:

1. Counsel for AWS[1] conferred with counsel for Kove concerning this matter on December 28, 2018.

2. Counsel for AWS requested additional time to respond to the Complaint and to assess the issues raised therein.

3. The date to answer or otherwise respond to the Complaint is currently set for January 4, 2019.

---

[1] Counsel for AWS has yet to make a formal appearance in this case.

1

4.      Kove has agreed to AWS's request and does not oppose an extension of time to answer or otherwise plead in response to the Complaint from January 4, 2019 to February 18, 2019.

5.      A proposed Order is submitted herewith.

WHEREFORE Kove respectfully requests that the Court grant this Motion and set AWS's time to answer or otherwise respond to the Complaint to **February 18, 2019**.

Dated: December 28, 2018

Respectfully submitted,

*/s/*      *Michael G. Flanigan*
Michael G. Flanigan

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
Reichman Jorgensen LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (650) 623-1403
Telecopier: (650) 623-1449

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Phillip Lee (*pro hac vice*)
plee@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Joachim B. Steinberg (*pro hac vice*)
jsteinberg@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
303 Twin Dolphin Drive, Suite 600
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of December, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                      /s/ *Michael G. Flanigan*
                                      Michael G. Flanigan