# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **KOVE IO, INC.,** | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 1: 18-cv-08175<br>) |
| v. | ) Hon. Rebecca R. Pallmeyer.<br>) |
| **AMAZON WEB SERVICES, INC.,** | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

### [PROPOSED] ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Before the Court is Plaintiff Kove IO, Inc.'s ("Kove") Agreed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint ("the Motion"). Upon due consideration, the Court hereby GRANTS the Motion. Defendant Amazon Web Services, Inc.'s time to answer or otherwise respond to Kove's Complaint for Patent Infringement is set to **February 18, 2019**.