IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.., <br>       Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br>       Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Judge Rebecca R. Pallmeyer |

**AGREED SECOND MOTION FOR EXTENSION
OF DEADLINE FOR RESPONSIVE PLEADING**

Defendant Amazon Web Services, Inc. ("Amazon") respectfully moves this Court for a two week extension of time to answer or otherwise respond to Kove's Complaint for Patent Infringement (the "Complaint") from February 18, 2019 to March 4, 2019. In support thereof, Amazon states the following:

1. On December 12, 2018, Kove filed its Complaint against Amazon in this case. (ECF No. 1.)

2. On December 28, 2018, the parties filed an Agreed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint until February 18, 2019. (ECF No. 19.)

3. On January 2, 2019, the Court granted the Agreed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint. (ECF No. 20.)

4. On January 21, 2019, Amazon retained Jenner & Block to represent Amazon in this case.

5. On January 28, 2019, counsel for Amazon conferred with counsel for Kove and requested a two week extension of the February 18 deadline to answer or otherwise respond to Kove's Complaint.

6. On January 30, 2019, counsel for Kove agreed to Amazon's request of extension of time to answer or otherwise respond the Complaint from February 18, 2019 to March 4, 2019.

7. Counsel for Amazon requests the two week extension to properly investigate the factual allegations and evaluate the claims and defenses asserted in the Complaint and to prepare Amazon's responsive pleading.

8. A proposed Order is submitted herewith.

WHEREFORE Amazon respectfully requests that the Court grant this Motion and extend the deadline for Amazon to answer or otherwise respond to the Complaint to March 4, 2019.

Dated: February 1, 2019

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ Terri L. Mascherin*

Terri L. Mascherin
Michael Babbitt
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
tmascherin@jenner.com
mbabbitt@jenner.com
mwerner@jenner.com

*Attorneys for Defendant Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I, Michael Werner, an attorney at the law firm of Jenner & Block LLP, certify that on February 1, 2019, the foregoing Agreed Second Motion for Extension of Deadline for Responsive Pleading was electronically served on counsel of record via email.

/s/ Michael T. Werner
Michael T. Werner