IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:18-cv-08175 |
| AMAZON WEB SERVICES, INC., ) | |
| ) | Hon. Judge Rebecca R. Pallmeyer |
| Defendant. ) | |
| ) | |
| ) | |

**NOTICE OF AGREED SECOND MOTION FOR EXTENSION
OF DEADLINE FOR RESPONSIVE PLEADING**

TO: Counsel of Record

PLEASE TAKE NOTICE that on February 5, 2019 at 8:45 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Rebecca R. Pallmeyer, or any Judge sitting in her stead, in Courtroom 2141 at 219 S. Dearborn Street, Chicago, Illinois and present Defendant Amazon Web Services, Inc.'s Agreed Second Motion for Extension of Deadline for Responsive Pleading, copies of which are being filed with the Court and served upon you concurrently herewith.

Dated: February 1, 2019

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ Terri L. Mascherin*

Terri L. Mascherin
Michael Babbitt
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484

tmascherin@jenner.com
mbabbitt@jenner.com
mwerner@jenner.com

*Attorneys for Defendant Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

    I, Michael Werner, an attorney at the law firm of Jenner & Block LLP, certify that on February 1, 2019, the foregoing Notice of Agreed Second Motion for Extension of Time to Answer or Otherwise Respond to the Complaint was electronically served on counsel of record via email.

                                              /s/ Michael T. Werner
                                                 Michael T. Werner