IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

**AGREED MOTION FOR
EXTENSION OF DEADLINES**

Plaintiff Kove IO, Inc. ("Kove") respectfully moves this Court for an extension of time for the following two dates: (1) deadline to answer or otherwise respond to Kove's Complaint from March 4, 2019 to April 5, 2019; and (2) Rule 16 Conference from March 19, 2019 to April 25, 2019.

In support thereof, Kove states the following:

1. On December 12, 2018, Kove filed its Complaint against Amazon in this case. (ECF No. 1.)

2. On December 28, 2018, the parties filed an Agreed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint until February 18, 2019. (ECF No. 19.)

3. On January 2, 2019, the Court granted the Agreed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint. (ECF No. 20.)

4. On January 21, 2019, Amazon retained Jenner & Block to represent Amazon in this case.

5. On January 28, 2019, counsel for Amazon conferred with counsel for Kove and requested a two week extension of the February 18 deadline to answer or otherwise respond to

Kove's Complaint.

6. On February 1, 2019, Amazon filed a Second Agreed Motion for Extension of Time. (ECF No. 24.)

7. On February 4, 2019, the Court granted the Second Agreed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint. (ECF No. 26.)

7. On February 26, 2019, counsel for Kove and Amazon conducted a Rule 26(f) Conference and discussed, among other things, each counsel's scheduling conflicts with upcoming deadlines in March.

8. On February 27, 2019, counsel for Kove and counsel for Amazon agreed to an extension of time as to the date a responsive pleading is due and the date of the Rule 16 Conference into April. This proposed extension accommodates counsel's scheduling conflicts in March by extending the date for the responsive pleading, because that date in the normal course triggers the initial Local Patent Rule deadlines, such as for initial disclosures and initial infringement contentions.

9. A proposed order is submitted herewith.

Wherefore Kove respectfully requests that the Court grant this Motion and extend the deadlines from March 4, 2019 to April 5, 2019 for the date to answer or otherwise respond to Kove's Complaint and from March 19, 2019 to April 25, 2019 for the Rule 16 Conference.

<table>
<tr><td>Dated: February 28, 2019</td><td>Respectfully submitted,<br><br>/s/ *Michael Flanigan*<br>Michael Flanigan<br><br>Renato Mariotti (State Bar No. 6323198)<br>rmariotti@thompsoncoburn.com<br>Thompson Coburn LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603<br>Telephone: (312) 346-7500<br>Telecopier: (312) 580-2201</td></tr>
<tr><td>Sarah O. Jorgensen (*pro hac vice*)<br>sjorgensen@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>1201 West Peachtree, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (650) 623-1403<br>Telecopier: (650) 623-1449</td><td>Courtland L. Reichman (*pro hac vice*)<br>creichman@reichmanjorgensen.com<br>Jennifer P. Estremera (*pro hac vice*)<br>jestremera@reichmanjorgensen.com<br>Phillip Lee (*pro hac vice*)<br>plee@reichmanjorgensen.com<br>Joachim B. Steinberg (*pro hac vice*)<br>jsteinberg@reichmanjorgensen.com<br>Michael G. Flanigan (State Bar No. 6309008)<br>mflanigan@reichmanjorgensen.com<br>Kate M. Falkenstien (*pro hac vice*)<br>kfalkenstien@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>303 Twin Dolphin Drive, Suite 600<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Telecopier: (650) 623-1449<br><br>**ATTORNEYS FOR PLAINTIFF KOVE IO, INC.**</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                                                   */s/ Michael Flanigan*
                                                                                    Michael Flanigan