IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| AMAZON WEB SERVICES, INC., | |
| Defendant. | |

NOTICE OF AGREED MOTION FOR
EXTENSION OF DEADLINES

TO: Counsel of Record

PLEASE TAKE NOTICE that on March 4, 2019 at 9:00 a.m. or soon thereafter as counsel may be heard, the undersign will appear before the Honorable Rebecca R. Pallymeyer, or any Judge sitting her stead, in Courtroom 2141 at 219 S. Dearborn Street, Chicago, Illinois and present Plaintiff Kove IO, Inc.'s Agreed Motion for Extension of Deadlines, copies of which are being filed with the Court and served upon you concurrently herewith.

Dated: February 28, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Michael Flanigan*
　　　　　　　　　　　　　　　　　　　　　　Michael Flanigan

　　　　　　　　　　　　　　　　　　　　　　Renato Mariotti (State Bar No. 6323198)
　　　　　　　　　　　　　　　　　　　　　　rmariotti@thompsoncoburn.com
　　　　　　　　　　　　　　　　　　　　　　Thompson Coburn LLP
　　　　　　　　　　　　　　　　　　　　　　55 E. Monroe St., 37th Floor
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 346-7500
　　　　　　　　　　　　　　　　　　　　　　Telecopier: (312) 580-2201

Sarah O. Jorgensen (*pro hac vice*)　　　　　Courtland L. Reichman (*pro hac vice*)
sjorgensen@reichmanjorgensen.com　　　　creichman@reichmanjorgensen.com
Reichman Jorgensen LLP　　　　　　　　　Jennifer P. Estremera (*pro hac vice*)
1201 West Peachtree, Suite 2300　　　　　　jestremera@reichmanjorgensen.com
Atlanta, GA 30309　　　　　　　　　　　　Phillip Lee (*pro hac vice*)
Telephone: (650) 623-1403　　　　　　　　　plee@reichmanjorgensen.com
Telecopier: (650) 623-1449　　　　　　　　　Joachim B. Steinberg (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　jsteinberg@reichmanjorgensen.com
　　　　　　　　　　　　　　　　　　　　　　Michael G. Flanigan (State Bar No. 6309008)
　　　　　　　　　　　　　　　　　　　　　　mflanigan@reichmanjorgensen.com
　　　　　　　　　　　　　　　　　　　　　　Kate M. Falkenstien (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　kfalkenstien@reichmanjorgensen.com
　　　　　　　　　　　　　　　　　　　　　　Reichman Jorgensen LLP
　　　　　　　　　　　　　　　　　　　　　　303 Twin Dolphin Drive, Suite 600
　　　　　　　　　　　　　　　　　　　　　　Redwood Shores, CA 94065
　　　　　　　　　　　　　　　　　　　　　　Telephone: (650) 623-1401
　　　　　　　　　　　　　　　　　　　　　　Telecopier: (650) 623-1449

　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　　　　　**KOVE IO, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 28th day of February, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                   */s/ Michael Flanigan*
                                                   Michael Flanigan