# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Kove IO, Inc.

                        Plaintiff,

v.                                          Case No.: 1:18−cv−08175

                                                  Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 4, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Agreed motion for extension of deadlines [29] is granted without an appearance. The deadline to answer or otherwise respond to Kove's Complaint extended to April 5, 2019; and the Rule 16 Conference set for 3/19/2019 is stricken and re−set to April 25, 2019 at 9:00 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.