IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., )<br>          Plaintiff, )<br>)<br>v. )<br>)<br>AMAZON WEB SERVICES, INC., )<br>)<br>          Defendant. )<br>)<br>) | Civil Action No. 1:18-cv-08175<br><br>Hon. Judge Rebecca R. Pallmeyer |

**AMAZON WEB SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2(a), Defendant Amazon Web Services, Inc. ("AWS") hereby states that it is an indirect, wholly-owned subsidiary of Amazon.com, Inc. ("Amazon"). The following publicly held entities own more than 5% of Amazon's stock: BlackRock, Inc.

Dated: April 5, 2019

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ Terri L. Mascherin*

Terri L. Mascherin
Michael Babbitt
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
tmascherin@jenner.com
mbabbitt@jenner.com
mwerner@jenner.com

Adam Unikowsky
(pro hac vice)
JENNER & BLOCK LLP

2743103.2

1099 New York Ave, NW
Washington, DC 20016
Telephone: 212 639-6041
Facsimile: 202 661-4925
aunikowsky@jenner.com

*Attorneys for Defendant Amazon Web Services, Inc*