IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:18-cv-08175 |
| AMAZON WEB SERVICES, INC., ) | |
| ) | Hon. Judge Rebecca R. Pallmeyer |
| Defendant. ) | |
| ) | |

## MOTION TO DISMISS

Defendant Amazon Web Services, Inc. ("Amazon"), by its attorneys, Jenner & Block LLP, hereby moves the Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the complaint in this action. As Amazon explains more fully in its Memorandum In Support of Motion to Dismiss, Plaintiff Kove IO, Inc.'s claims fail as a matter of law because the asserted patent claims are directed toward abstract ideas and are therefore ineligible to be patented under 35 U.S.C. § 101.

WHEREFORE Amazon requests that this Court dismiss the Complaint, with prejudice, and award Amazon such further relief as the Court deems just and proper.

Dated: April 5, 2019

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ Terri L. Mascherin*

Terri L. Mascherin
Michael Babbitt
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484

tmascherin@jenner.com
mbabbitt@jenner.com
mwerner@jenner.com

Adam Unikowsky
(pro hac vice)
JENNER & BLOCK LLP
1099 New York Ave, NW
Washington, DC 20016
Telephone: 212 639-6041
Facsimile: 202 661-4925
aunikowsky@jenner.com

*Attorneys for Defendant Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I, Michael Werner, an attorney at the law firm of Jenner & Block LLP, certify that on April 5, 2019, the foregoing Motion to Dismiss was electronically served on counsel of record the Court's ECF system.

/s/ Michael T. Werner
Michael T. Werner
