IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:18-cv-08175 |
| AMAZON WEB SERVICES, INC., | ) |
| | ) Hon. Judge Rebecca R. Pallmeyer |
|       Defendant. | ) |
| | ) |
| | ) |

**NOTICE OF MOTION FOR MOTION TO DISMISS**

TO: Counsel of Record

PLEASE TAKE NOTICE that on April 15, 2019 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Rebecca R. Pallmeyer, or any Judge sitting in her stead, in Courtroom 2141 at 219 S. Dearborn Street, Chicago, Illinois and present Defendant Amazon Web Services, Inc.'s Motion to Dismiss, copies of which are being filed with the Court and served upon you concurrently herewith.

Dated: April 5, 2019                    Respectfully Submitted,

                                             AMAZON WEB SERVICES, INC.

                                             By: */s/ Terri L. Mascherin*

                                             Terri L. Mascherin
                                             Michael Babbitt
                                             Michael T. Werner
                                             JENNER & BLOCK LLP
                                             353 N. Clark Street
                                             Chicago, IL 60654-3456
                                             Telephone: 312 222-9350
                                             Facsimile: 312 527-0484
                                             tmascherin@jenner.com
                                             mbabbitt@jenner.com
                                             mwerner@jenner.com

Adam Unikowsky
(pro hac vice)
JENNER & BLOCK LLP
1099 New York Ave, NW
Washington, DC 20016
Telephone: 212 639-6041
Facsimile: 202 661-4925
aunikowsky@jenner.com

*Attorneys for Defendant Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I, Michael Werner, an attorney at the law firm of Jenner & Block LLP, certify that on April 5, 2019, the foregoing Notice of Motion was electronically served on counsel of record via the Court's ECF system.

/s/ Michael T. Werner
Michael T. Werner