# APPENDIX A

| **Claim 18 of U.S. Patent No. 7,103,640** |
|---|
| **[18.Preamble]** A system for retrieving data location information for data stored in a distributed network, the system comprising: |
| **[18.a]** a data repository configured to store data |
| **[18.b]** wherein the data is associated with an identifier string; |
| **[18.c]** a client responsive to a data query to query a data location server for location information associated with the identifier string; |
| **[18.d]** a data location server network comprising a plurality of data location servers, |
| **[18.e]** at least one of the plurality of data location servers containing location information associated with the identifier string, |
| **[18.f]** wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client: |
| **[18.f (Step 1)]** if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string; |
| **[18.f (Step 2)]** if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. |

| CLAIM 1 OF U.S. PATENT NO. 7,814,170 |
|---|
| **[1.Preamble]** A system for managing data stored in a distributed network, the system comprising: |
| **[1.a]** a data repository configured to store a data entity, |
| **[1.b]** wherein an identifier string identifies the data entity; and |
| **[1.c]** a data location server network comprising a plurality of data location servers, |
| **[1.d]** wherein data location information for a plurality of data entities is stored in the data location server network, |
| **[1.e]** at least one of the plurality of data location servers includes location information associated with the identifier string, |
| **[1.f]** each one of the plurality of data location servers comprises a processor and a portion of the data location information, |
| **[1.g]** the portion of the data location information included in a corresponding one of the data location servers is based on a hash function used to organize the data location information across the plurality of data location servers, and |
| **[1.h]** each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function applied to the identifier string. |

| CLAIM 17 OF U.S. PATENT NO 7,233,978 |
|---|
| **[17.Preamble]** A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising: |
|    **[17.a]** providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier; |
|    **[17.b]** storing location information formatted according to the transfer protocol at a first location server; |
|    **[17.c]** receiving an identifier and a location relevant to the identifier at the first location server; |
|    **[17.d]** storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and |
|    **[17.e]** transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit. |