UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Kove IO, Inc.
                      Plaintiff,

v.                                      Case No.: 1:18−cv−08175
                                        Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 15, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 4/15/2019. Defendant's motion to dismiss [36] is entered and continued for briefing. Response to be filed by or on 5/13/2019; reply to be filed by or on 5/28/2019; oral argument set for 5/30/2019 at 10:30 AM. Rule 16 conference set for 4/30/2019 is stricken. Defendant's motion to stay discovery and suspend local patent rule deadline [39] is granted in part and entered and continued in part; deadlines are suspending pending oral argument on motion to dismiss is granted except for Rule 26(a)(1) disclosures. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.