## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Kove IO, Inc.

                          Plaintiff,

v.                                                 Case No.: 1:18–cv–08175
                                                          Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 10, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Parties' joint motion for entry of report of parties' planning meeting and agreed case schedule [52] is granted. Parties' joint motion for entry of agreed protective order [36] is granted. Enter Protective Order. Motion hearing date of 7/15/19 is stricken. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.