# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge: Hon. Rebecca R. Pallmeyer |

**PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL OF PHILLIP LEE**

Pursuant to Local Rule 83.17, the undersigned respectfully requests leave to withdraw the appearance of Phillip Lee as counsel on behalf of Plaintiff Kove IO, Inc. ("Kove").

Mr. Lee is no longer with the law firm of Reichman Jorgensen LLP. Plaintiff will continue to be represented by counsel from the firm Reichman Jorgensen LLP. Counsel respectfully submits that neither party will be prejudiced by the withdrawal of Mr. Lee and that Kove IO, Inc. consents to this withdrawal.

WHEREFORE, counsel respectfully requests that the Court enter an order granting this motion, and withdrawing the appearance of Phillip Lee as counsel for Kove.

Dated: August 15, 2019 			Respectfully submitted,

/s/ *Michael G. Flanigan*
Michael G. Flanigan

| | |
|---|---|
| Sarah O. Jorgensen *(pro hac vice)*<br>sjorgensen@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>1201 West Peachtree, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (404) 609-1040<br>Telecopier: (650) 623-1449 | Renato Mariotti (State Bar No. 6323198)<br>rmariotti@thompsoncoburn.com<br>Thompson Coburn LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603<br>Telephone: (312) 346-7500<br>Telecopier: (312) 580-2201 |
| Christine E. Lehman *(pro hac vice)*<br>clehman@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>1615 M Street, NW, Suite 300<br>Washington, DC 20036<br>Telephone: (202) 894-7310<br>Telecopier: (650) 623-1449 | Courtland L. Reichman *(pro hac vice)*<br>creichman@reichmanjorgensen.com<br>Jennifer P. Estremera *(pro hac vice)*<br>jestremera@reichmanjorgensen.com<br>Shawna L. Ballard (Identification No. 155188)<br>sballard@reichmanjorgensen.com<br>Joachim B. Steinberg *(pro hac vice)*<br>jsteinberg@reichmanjorgensen.com<br>Michael G. Flanigan (State Bar No. 6309008)<br>mflanigan@reichmanjorgensen.com<br>Kate M. Falkenstien *(pro hac vice)*<br>kfalkenstien@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>303 Twin Dolphin Drive, Suite 600<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Telecopier: (650) 623-1449 |
| Jaime Cardenas-Navia *(pro hac vice)*<br>jcardenas-navia@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>100 Park Avenue, Suite 1600<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>Telecopier: (650) 623-1449 | |

**ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of August, 2019, the foregoing Plaintiff's Motion to Withdraw as Counsel was filed via the Court's CM/ECF filing system, to be served electronically on all counsel of record in this matter. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented to electronic service.

*/s/ Michael G. Flanigan*
Michael G. Flanigan