IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc.,<br><br>   Plaintiff,<br><br>vs.<br><br>Amazon Web Services, Inc.,<br><br>   Defendant. | Civil Action No. 1:18-cv-08175<br><br>Judge: Hon. Rebecca R. Pallmeyer |

### NOTICE OF MOTION OF PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL OF PHILLIP LEE

 PLEASE TAKE NOTICE that on Tuesday August 27 at 8:45 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Rebecca R. Pallmeyer or any judge sitting in his or her stead in Courtroom 2141 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto: Plaintiff's Motion to Withdraw as Counsel of Phillip Lee.

Dated: August 15, 2019

Sarah O. Jorgensen *(pro hac vice)*
sjorgensen@reichmanjorgensen.com
Reichman Jorgensen LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (404) 609-1040
Telecopier: (650) 623-1449

Christine E. Lehman *(pro hac vice)*
clehman@reichmanjorgensen.com
Reichman Jorgensen LLP
1615 M Street, NW, Suite 300
Washington, DC 20036
Telephone: (202) 894-7310
Telecopier: (650) 623-1449

Jaime Cardenas-Navia *(pro hac vice)*
jcardenas-navia@reichmanjorgensen.com
Reichman Jorgensen LLP
100 Park Avenue, Suite 1600
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

Respectfully submitted,

*/s/ Michael G. Flanigan*
Michael G. Flanigan

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Courtland L. Reichman *(pro hac vice)*
creichman@reichmanjorgensen.com
Jennifer P.Estremera *(pro hac vice)*
jestremera@reichmanjorgensen.com
Shawna L. Ballard (Identification No. 155188)
sballard@reichmanjorgensen.com
Joachim B. Steinberg *(pro hac vice)*
jsteinberg@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien *(pro hac vice)*
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
303 Twin Dolphin Drive, Suite 600
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of August, 2019, the foregoing Notice of Motion of Plaintiff's Motion to Withdraw as Counsel was filed via the Court's CM/ECF filing system, to be served electronically on all counsel of record in this matter. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented to electronic service.

/s/ *Michael G. Flanigan*
Michael G. Flanigan