# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Kove IO, Inc.

                    Plaintiff,

v.

Amazon Web Services, Inc.

                    Defendant.

Case No.: 1:18−cv−08175
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 20, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion to withdraw as counsel [56] is granted. Attorney Phillip Lee is given leave to withdraw as counsel for the Plaintiff. Motion hearing date of 8/27/19 is stricken. Notice mailed by judge's staff(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.