

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

---

Name   Kate Falkenstien

Firm   Reichman Jorgensen LLP

Street Address   100 Marine Parkway Suite 300

City/State/Zip Code   Redwood Shores, CA 94065

Phone Number   650 623 1401

Email address   kfalkenstien@reichmanjorgensen.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:18-cv-08175 | Kove IO, Inc. v. Amazon Web | Rebecca R. Pallmeyer |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____   10/16/2019
Signature of Attorney             Date

Rev. 01272016