# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Kove IO, Inc.

                            Plaintiff,

v.                                          Case No.: 1:18−cv−08175
                                            Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 18, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion for leave to appear pro hac vice [62] is granted. Attorney Rahul Sarkar is given leave to file an appearance form on behalf of Plaintiff. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.