

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Christine Lehman

Firm   Reichman Jorgensen LLP

Street Address   818 Connecticut Ave NW, Suite 850

City/State/Zip Code   Washington, DC 20006

Phone Number   (202) 894-7310

Email address   clehman@reichmanjorgensen.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:18-cv-08175 | Kove IO, Inc. v. Amazon Web | Rebecca R. Pallmeyer |
| | | |
| | | |
| | | |
| | | |
| | | |

_Christine Lehman_                                          10/21/2019
Signature of Attorney                                         Date

Rev. 01272016