IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**DECLARATION OF RAHUL SARKAR IN SUPPORT OF PLAINTIFF KOVE'S MOTION TO EXTEND THE CASE SCHEDULE**

I, Rahul Sarkar, declare as follows:

1. I am an attorney at Reichman Jorgensen LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above referenced action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify thereto. I submit this declaration in support of Kove's Motion to Extend the Case Schedule.

2. Attached as Exhibit A is a true and correct copy of a letter from Michael T. Werner to Jaime Cardenas-Navia dated October 11, 2019.

3. Attached as Exhibit B is a true and correct copy of an email chain between counsel for Amazon and counsel for Kove dated from October 7, 2019 to October 21, 2019, designated Highly Confidential and **filed under seal**.

4. Attached as Exhibit C is a true and correct copy of a letter from Rahul Sarkar to Michael G. Babbitt dated October 25, 2019, designated Highly Confidential and **filed under seal**.

5. Attached as Exhibit D is a true and correct copy of a letter from Jaime Cardenas-Navia to Michael G. Babbitt dated October 24, 2019.

6. On Monday, October 28, 2019, counsel for Kove and counsel for Amazon held a telephonic meet and confer to discuss an extension of two months to the current case schedule.

7. During those discussions, counsel for Amazon informed counsel for Kove that it does not oppose the extension by two months of any date in the current case schedule, except for the November 7th date for reduction of asserted claims under Local Patent Rule 3.1(a).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Chicago, Illinois, on the 29th day of October, 2019.

                                                                        /s/      *Rahul Sarkar*
                                                                         Rahul Sarkar