# Exhibit A

Michael T. Werner
Tel: 312 923 4792
mwerner@jenner.com

October 11, 2019

Jaime F. Cardenas-Navia
REICHMAN JORGENSEN LLP
100 Park Avenue, Suite 1600
New York, NY 10017
(646) 921-1474
jcardenas-navia@reichmanjorgensen.com

  Re: *Kove IO, Inc. v. Amazon Web Services, Inc.*
    Case No. 18-cv-8175 (N.D. Ill.)

Dear Jaime:

I am writing to inform you that in response to Kove's Request for Production No. 14, Amazon Web Services ("AWS") is prepared to produce for inspection source code packages related to Amazon S3 and DynamoDB as described herein. Based on the allegations in Kove's Complaint and Initial Infringement Contentions, AWS will produce for inspection at this time the source code packages for the S3 Keymap Functional Coordinator and the DynamoDB Request Router.

The source code will be made available for inspection pursuant to the requirements of the protective order. Specifically, the source code will be loaded onto two stand-alone computers at the offices of Jenner & Block at 353 N. Clark St., Chicago, Il 60653. The computers will not be linked to any network, including any local area network, intranet, or the Internet. The source code will be available for Kove's first inspection on Monday, October 14, 2019, provided that you let us know for security purposes the names of the individuals who you intend to have review the code and the dates that they will be here. Subsequent requests for inspection shall require at least (2) days' notice, unless otherwise agreed by the parties. AWS requests that Kove make a good faith effort to provide additional notice for inspections when possible and to limit its requests for access to normal business hours.

Please note that AWS's source code is highly sensitive, proprietary business information, the unauthorized disclosure of which would be irreparably damaging to AWS. All AWS source code is designated as "Highly Confidential – Source Code" under the protective order. Access to AWS's source code, both by inspection and by review of any printed or electronic copies made pursuant to the protective order, shall be limited to Persons identified under paragraphs 4(b)(i), (iv), (v), and (vi) of the protective order. As a reminder, AWS's source code <u>shall not</u> be disclosed to any current or former employees or affiliates of Kove, including Kove's in-house counsel or any individual who will be involved in any proceedings before the USPTO as defined in Paragraph 11 of the protective order for two (2) years after the completion of the present litigation.

If you would like to discuss these issues, I am available to meet-and-confer to discuss any reasonable requests.

Regards,

*/s/ Michael T. Werner*
Michael T. Werner