# Exhibit B

| From: | Babbitt, Michael |
|---|---|
| To: | Jaime F. Cardenas-Navia; Werner, Michael T. |
| Cc: | "Mariotti, Renato"; "Campbell, Holly H."; RJ_Kove_AWS; Mascherin, Terri L.; Unikowsky, Adam G.; Schoedel, Lisa M.; Garcia, Daniel O.; McDowell, Fallon P. |
| Subject: | RE: Kove v. AWS |
| Date: | Monday, October 21, 2019 2:38:00 PM |

[EXTERNAL]

Jaime,

We can accommodate your request to review code 10/22-24.  We intend to make available source code packages related to S3 and DynamoDB, including the KFC and Request Router and their dependencies.  For your information, this amounts to approximately 90 total packages of source code.

With that in mind, I note again that we disagree with your characterizations of the discovery to date.  Your Friday email vaguely asked for code related to the S3 ███████████████ ████████████████████████████████████████████████████ for instance. But your infringement contentions do not specify what specific parts of the accused products you believe relate to these components (such as the KFC or Request Router).  Nor do your contentions allege what are the claim elements related to these components.  More generally, your contentions also fail to allege what aspects of the accused products correspond to basic parts of the claim.  As a few examples, your contentions don't seem to identify what is the claimed "location server," "location information," "identifier," or "client," etc. in S3 and DynamoDb.  Your responsive contentions include no allegations regarding DynamoDb.

It is therefore hard for us to understand precisely what aspects of S3 and DynamoDB's source code you are seeking.  Nonetheless, we believe the source code we are providing covers the aspects of S3 and DynamoDB that you have asked for to the best of our understanding.  Our production of source code in no way concedes the relevance of the information produced. We maintain the burden of producing this information outweighs the potential benefit in light of the needs of the case, particularly in light of your vague contentions.

Finally, we wrote to you on 10/11 identifying multiple deficiencies in Kove's discovery responses.  We have yet to receive any further documents or information, or even a written response to our letter.  When I raised this issue in our recent meet and confer, you suggested you could not respond because you have your hands full pursuing discovery from Amazon.  That is not an excuse.  Discovery is a two-way street, and we need your response before 10/25.

Regards,
Mike

**From:** Jaime F. Cardenas-Navia [mailto:jcardenas-navia@reichmanjorgensen.com]
**Sent:** Friday, October 18, 2019 6:28 PM
**To:** Werner, Michael T. <MWerner@jenner.com>; Babbitt, Michael <MBabbitt@jenner.com>
**Cc:** 'Mariotti, Renato' <rmariotti@thompsoncoburn.com>; 'Campbell, Holly H.'
<HCampbell@thompsoncoburn.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>;
Mascherin, Terri L. <TMascherin@jenner.com>; Unikowsky, Adam G. <AUnikowsky@jenner.com>;
Schoedel, Lisa M. <LSchoedel@jenner.com>; Garcia, Daniel O. <DGarcia@jenner.com>; McDowell,
Fallon P. <FMcDowell@jenner.com>
**Subject:** RE: Kove v. AWS

External Email – Exercise Caution

Mike,

Thank you for confirming that Amazon's source code will be available for review the week of
October 28th.  We have been able to re-work the schedules of our source code review team, and will
also review Amazon's source code Tuesday through Thursday of next week (October 22nd-24th).

As we discussed during the call, there are deficiencies in Amazon's production of source code and
technical documents that should be remedied.  Amazon has only produced the source code
packages for the S3 Keymap Functional Coordinator and the DynamoDB Request Router, which is
just a subset of the relevant source code, and would not agree to broaden its production to include
the source code that corresponds to the accused features.  While Kove does not agree that it is
required to do so, in an effort to advance the production of relevant source code, it provides the
following identification of additional, non-limiting categories of source code that must be produced:



Technical documents that describe the above processes must also be produced.  Please confirm by
Monday, October 21st, that the requested source code and documents will be produced, and
provide a date by when they will be produced.

Further, we understand that

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**REICHMAN JORGENSEN LLP**
100 Park Avenue, Suite 1600
New York, NY 10017
(646) 921-1474

---

**From:** Werner, Michael T. <MWerner@jenner.com>
**Sent:** Thursday, October 17, 2019 1:50 PM
**To:** Jaime F. Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; Babbitt, Michael <MBabbitt@jenner.com>
**Cc:** 'Mariotti, Renato' <rmariotti@thompsoncoburn.com>; 'Campbell, Holly H.' <HCampbell@thompsoncoburn.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; Mascherin, Terri L. <TMascherin@jenner.com>; Unikowsky, Adam G. <AUnikowsky@jenner.com>; Schoedel, Lisa M. <LSchoedel@jenner.com>; Garcia, Daniel O. <DGarcia@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>
**Subject:** RE: Kove v. AWS

[EXTERNAL]
Jaime,

Following up on our call yesterday, I am writing to confirm that AWS's identified source code will be available for Kove's inspection each day from October 28th through November 1st, during normal business hours, at Jenner and Block's offices. On each day, Kove will have access to a room for inspection and a separate room for breakout purposes. As we discussed, we will provide two stand-alone computers in the inspection room, each a 15" laptop connected to a 20" external monitor, for review. Each machine will be loaded with Scitools Understand, PowerGrep, Beyond Compare 4, Cygwin, Adobe PDF, Microsoft Office, Notepad ++, Easy File Viewer, and a decompression tool.

Scitools Understand, PowerGrep, and Beyond Compare 4 each require the purchase of a license which—per the protective order—is Kove's responsibility to provide. If you are able to provide us with license information for those programs in advance, we can work to install the licensed versions of the programs on the stand alone computers. Otherwise, we will install unlicensed trial versions of those programs on the machines, and it will be Kove's responsibility to provide the necessary license information. The stand alone computers will not be able to access the internet, a LAN, or any external media such as a USB or CD, even for the purposes of providing licensing information.

I am also confirming the procedure we discussed for printing source code, whereby Kove will keep a folder of printed pdfs that it requests for print on the desktop of the stand alone computers, which we will provide as appropriate via secure ftp in accordance with the protective order.

Please let me know if you have questions or would like to discuss any other aspects of Kove's source

code inspection.

Best,
Mike

---

**From:** Jaime F. Cardenas-Navia [mailto:jcardenas-navia@reichmanjorgensen.com]
**Sent:** Wednesday, October 16, 2019 11:00 AM
**To:** Babbitt, Michael <MBabbitt@jenner.com>; Werner, Michael T. <MWerner@jenner.com>
**Cc:** 'Mariotti, Renato' <rmariotti@thompsoncoburn.com>; 'Campbell, Holly H.'
<HCampbell@thompsoncoburn.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>;
Mascherin, Terri L. <TMascherin@jenner.com>; Unikowsky, Adam G. <AUnikowsky@jenner.com>;
Schoedel, Lisa M. <LSchoedel@jenner.com>; Garcia, Daniel O. <DGarcia@jenner.com>; McDowell,
Fallon P. <FMcDowell@jenner.com>
**Subject:** RE: Kove v. AWS

External Email – Exercise Caution
Mike,

We are available today at 3:30pm CT.  Please circulate call information.

I will not belabor these issues over email, but Amazon has long known that it has source code that is relevant and must be produced.  It is not reasonable for Amazon to first give notice that it will produce source code last Friday and then expect Kove to be prepared to review that source code less than 72 hours later (on a holiday no less).  Nor is it reasonable for Amazon to then renege on its source code availability based on known events that could have been worked around.  Amazon's actions are prejudicial to Kove.

Your characterization of the parties' document productions is also inaccurate.  Amazon has not produced documents responsive to the vast majority of Kove's document requests, despite agreeing that it would.  And Kove has produced thousands of pages of substantive documents.

Finally, you did not respond to Kove's request to inspect Amazon's source code the week of October 28th, to install software on the source code review computers, or to provide a breakout room. Please be prepared to do so on the call.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**REICHMAN JORGENSEN LLP**
100 Park Avenue, Suite 1600
New York, NY 10017
(646) 921-1474

[EXTERNAL]
Jaime,

We can do a meet and confer between 10-11:30 am or 2:30-4:30 pm central tomorrow.

That said, we obviously disagree with your characterization of prejudice to Kove. Kove could have reviewed the code Monday-Wednesday this week. We have a pre-set scheduling conflict this Thursday/Friday, and you are welcome to review the code next Monday 10/21. You have your own scheduling conflicts next week. We are going to do our best to cooperate in good faith here, and the parties are going to have to work through the logistics together.

It is also inaccurate to suggest you have been pursuing the source code for four months. One of your 100+ production requests related to source code. AWS objected to the request and offered to meet and confer, but you never took us up on that offer. AWS has now voluntarily made available source code well in advance of the upcoming deadlines.

As to documents, AWS has produced 60k+ pages in response to your voluminous production requests. If there is a more specific request and document that you would like to discuss, let us know. Also, please let us know when Kove can commit to responding to our recent discovery letter and making its first substantive production, which it has yet to do so.

We can discuss other issues tomorrow.

Regards,
Mike

---

**Subject:** RE: Kove v. AWS

External Email – Exercise Caution
Mike,

It is disappointing to hear that Amazon's source code will not be available for inspection this week. We had already begun making preparations for the review, and have incurred some non-refundable costs in the process. Most importantly, it has been more than four months since Kove requested access to the source code (e.g., RFP No. 14). With the upcoming case deadlines for narrowing claims and final contentions, this additional delay multiplies the prejudice to Kove.

Due to prior commitments, our source code team is unable to review next week. Please let us know ASAP if there are any restrictions on Amazon's ability to host code review the week of October 28th. And please confirm that we will have a breakout room available for use, and that the following review tools will be installed on the source code computers:

1. Scitools Understand
https://scitools.com/buy/understand/

2. PowerGrep
https://www.powergrep.com/

3. Beyond Compare 4
https://www.scootersoftware.com/

4. Cygwin (with grep, find, xargs, diff, a2ps, ps2pdf, gs)
https://www.cygwin.com/

5. Adobe PDF, or other software that provides the ability to print or save to PDF

6. Software to unzip files (if needed)

7. Software to view Microsoft Office files (if needed)

In response to your earlier question, Rahul is an attorney at Reichman Jorgensen.

Finally, please provide your availability **tomorrow or Thursday** to meet and confer about Amazon's source code production. We would like to understand exactly what source code is being produced, and what has still not been made available for inspection. We would also like to know when related technical documents for the Accused Products (e.g., source code notes and revisions, version histories, wiki pages, technical specifications, flowcharts, etc.) will be produced.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**REICHMAN JORGENSEN LLP**
100 Park Avenue, Suite 1600
New York, NY 10017
(646) 921-1474

---

**From:** Werner, Michael T. <MWerner@jenner.com>
**Sent:** Tuesday, October 15, 2019 4:37 PM
**To:** Jaime F. Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>
**Cc:** 'Mariotti, Renato' <rmariotti@thompsoncoburn.com>; 'Campbell, Holly H.'
<HCampbell@thompsoncoburn.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>;
Mascherin, Terri L. <TMascherin@jenner.com>; Unikowsky, Adam G. <AUnikowsky@jenner.com>;
Schoedel, Lisa M. <LSchoedel@jenner.com>; Garcia, Daniel O. <DGarcia@jenner.com>; McDowell,
Fallon P. <FMcDowell@jenner.com>; Babbitt, Michael <MBabbitt@jenner.com>
**Subject:** RE: Kove v. AWS

[EXTERNAL]
Jaime,

To follow up on our correspondence below, we are unfortunately not able to accommodate a review
of AWS's source code this Thursday or Friday.  There is a firm-wide event taking place and it turns
out that every conference room that we could use for the source code review is booked.

Please let us know if you would like to schedule the inspection the following week.  I apologize for
any inconvenience.

Best,
Mike

**From:** Werner, Michael T.
**Sent:** Tuesday, October 15, 2019 11:27 AM
**To:** 'Jaime F. Cardenas-Navia' <jcardenas-navia@reichmanjorgensen.com>
**Cc:** Mariotti, Renato <rmariotti@thompsoncoburn.com>; Campbell, Holly H.
<HCampbell@thompsoncoburn.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>;
Mascherin, Terri L. <TMascherin@jenner.com>; Unikowsky, Adam G. <AUnikowsky@jenner.com>;
Schoedel, Lisa M. <LSchoedel@jenner.com>; Garcia, Daniel O. <DGarcia@jenner.com>; McDowell,
Fallon P. <FMcDowell@jenner.com>; Babbitt, Michael <MBabbitt@jenner.com>
**Subject:** RE: Kove v. AWS

Jaime,

The stand-alone computers will have Notepad++ and Effective File Search installed.

Please provide an identification Rahul Sarkar.  If he is an expert engaged by Kove, he will need to be
disclosed to AWS per the requirements of the protective order and provide a signed copy of the
undertaking attached as Appendix 1 to the Order before accessing AWS's source code.

Best,
Mike

---

**From:** Jaime F. Cardenas-Navia [mailto:jcardenas-navia@reichmanjorgensen.com]
**Sent:** Monday, October 14, 2019 6:41 PM
**To:** Werner, Michael T. <MWerner@jenner.com>
**Cc:** Mariotti, Renato <rmariotti@thompsoncoburn.com>; Campbell, Holly H. <HCampbell@thompsoncoburn.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; Mascherin, Terri L. <TMascherin@jenner.com>; Unikowsky, Adam G. <AUnikowsky@jenner.com>; Schoedel, Lisa M. <LSchoedel@jenner.com>; Garcia, Daniel O. <DGarcia@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>; Babbitt, Michael <MBabbitt@jenner.com>
**Subject:** RE: Kove v. AWS

External Email – Exercise Caution
Mike,

Thanks for the letter.  Kove plans to review Amazon's source code this Thursday and Friday.  The following people will be there:

1)  Rahul Sarkar
2)  Jonathan Babb

Also, please let us know what software is currently installed on the review computers.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**REICHMAN JORGENSEN LLP**
100 Park Avenue, Suite 1600
New York, NY 10017
(646) 921-1474

---

**From:** Werner, Michael T. <MWerner@jenner.com>
**Sent:** Friday, October 11, 2019 3:40 PM
**To:** Jaime F. Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>
**Cc:** Mariotti, Renato <rmariotti@thompsoncoburn.com>; Campbell, Holly H. <HCampbell@thompsoncoburn.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; Mascherin, Terri L. <TMascherin@jenner.com>; Unikowsky, Adam G. <AUnikowsky@jenner.com>; Schoedel, Lisa M. <LSchoedel@jenner.com>; Garcia, Daniel O. <DGarcia@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>; Babbitt, Michael <MBabbitt@jenner.com>
**Subject:** Kove v. AWS

[EXTERNAL]

Counsel,

Please see the attached letter regarding Amazon Web Services' source code production.

Best,
Mike

---

**From:** Babbitt, Michael
**Sent:** Monday, October 07, 2019 12:57 PM
**To:** 'Jaime F. Cardenas-Navia' <jcardenas-navia@reichmanjorgensen.com>
**Cc:** Mariotti, Renato <rmariotti@thompsoncoburn.com>; Campbell, Holly H. <HCampbell@thompsoncoburn.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; Mascherin, Terri L. <TMascherin@jenner.com>; Unikowsky, Adam G. <AUnikowsky@jenner.com>; Werner, Michael T. <MWerner@jenner.com>; Schoedel, Lisa M. <LSchoedel@jenner.com>; Garcia, Daniel O. <DGarcia@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>
**Subject:** Kove v. AWS

Counsel, Please see attached letter regarding discovery. Regards, Mike

---

## Michael Babbitt

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456  |  jenner.com
+1 312 923 2879 | TEL
+1 312 923 2979 | FAX
MBabbitt@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is proh bited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.
NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.
NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.

If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.
NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.