# Exhibit C



Rahul Sarkar
Direct Dial: (646) 970-2651
rsarkar@reichmanjorgensen.com

100 Park Avenue
Suite 1600
New York, NY 10017

**MAY CONTAIN HIGHLY CONFIDENTIAL INFORMATION**

October 25, 2019

**By E-Mail**
Michael G. Babbitt
Jenner & Block LLP
353 North Clark St.
Chicago, IL 60654
mbabbitt@jenner.com

RE: *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Counsel,

Based on our initial review of Amazon's source code, we have identified additional deficiencies that need to be remedied. In particular:

- ███████████████████████████████████████████████

- ███████████████████████████████████████████████

- ███████████████████████████████████████████████

Further, ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

Finally, Amazon has still not produced many technical documents that pertain to the Accused Products. The absence of such documents prejudices Kove, including by impeding its review of Amazon's source code. Examples of relevant technical documents that Kove is aware of include:

Page 2

- ███████████████████████████████████████████████
- █████████████████
- ███████████████████████████████████████████████
- ██████████████████████████████████████████
- ██████████████████████████████████████████
- ███████████████████████████████████████████
- ██████████████████████████████████
- ████████████████████████████████████

    Please confirm that the above-identified source code packages and technical documents will be promptly produced.  If Amazon does not agree to provide these materials, then please provide your availability next Monday or Tuesday to meet and confer.


Best Regards,

*Rahul Sarkar*

Rahul Sarkar