# Exhibit D



Jaime Cardenas-Navia
Direct Dial: (646) 921-1474
jcardenas-navia@reichmanjorgensen.com

100 Park Avenue
Suite 1600
New York, NY 10017

October 24, 2019

**By E-Mail**

Michael G. Babbitt
Jenner & Block LLP
353 North Clark St.
Chicago, IL 60654
mbabbitt@jenner.com

RE: *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Michael,

Following up on our calls from October 16th and earlier today, I write regarding Amazon's responses to Kove's First Set of Requests for Production and First Set of Interrogatories, served on June 10, 2019. There are a number of deficiencies in Amazon's responses that must be addressed.[1]

### 1) Amazon's Document Production

Amazon has agreed to produce documents in response to many of Kove's Requests but has yet to do so (*e.g.*, Request Nos. 2-13, 16, 19-22, 25-32, 34, 36-39, 41, 45, 50, 53-58, 77-86, 88-92, 96-97, 99-101, 105-106, 108, 113-119). Please confirm that Amazon will promptly produce these documents.

Additionally, for many of Kove's Requests, Amazon has improperly refused to produce documents or unjustifiably narrowed the scope of documents that it says it will produce. Exemplary documents and information that Kove seeks but that Amazon is refusing to produce are identified below:

- Request No. 1: Kove seeks a corporate structure chart and a corporate hierarchy chart, which are relevant at least to identifying key entities and witnesses.
- Request Nos. 2(b), 3, 107: Kove seeks documents that identify the geographic location of the Accused Products, *e.g.*, the location of the servers that provide the Amazon S3 and DynamoDB services. This information is relevant at least to Kove's claims of direct and indirect infringement.
- Request Nos. 14-15, 111: Kove seeks the source code and technical documents (*e.g.*, architectural diagrams, white papers, design documents, technical specifications, internal wikis, pseudo-code, directory structure, libraries, etc.) that describe the aspects of the Accused Products that are relevant to Kove's infringement claims. Kove has already raised multiple deficiencies with Amazon's source code and document

---

[1] Kove reserves all rights to identify additional deficiencies in Amazon's discovery responses.

- production (*see* 2019-10-18 email from J. Cardenas-Navia) and will be raising additional deficiencies in a separate letter.
- Request Nos. 28-30, 82-84, 89, 92-93: Kove seeks financial data relevant to its damages claims, including quantities sold, gross revenue, net revenue, costs, profits, and other realized financial benefits for the Accused Products, on a monthly basis. Kove also seeks business reports, such as profit and loss statements, demand forecasts, and market analyses. Finally, Kove seeks documents that describe the accounting practices and methodologies by which Amazon collects, tracks, and compiles this financial information.
- Request Nos. 32, 88, 99-100, 108: Kove seeks documents that relate to the use of the Accused Products, including customer use studies, tracking data, usage statistics, usage analytics, usage metrics, usage reports, estimates of use, and business plans. This information is relevant to Kove's infringement claims as well as damages.
- Request Nos. 51-52: Kove seeks all non-privileged documents that describe or analyze the issues of infringement, validity, or enforceability of Kove's asserted patents.
- Request Nos. 61-63: Kove seeks all non-privileged documents that relate to Amazon's efforts to design around Kove's asserted patents, and more generally to any designs that Amazon contends are non-infringing alternatives. These documents are relevant to damages and willfulness.
- Request No. 67: Kove seeks all non-privileged documents that describe or analyze the impact this lawsuit may have on Amazon, including with respect to damages, injunctive relief, or product changes. This information is relevant to damages and willfulness.
- Request Nos. 68: Kove seeks all non-privileged documents that describe or analyze the value or benefits of the inventions of Kove's asserted patents. This information is relevant to damages.
- Request No. 71: Kove seeks all documents that relate to Amazon's defenses (affirmative, equitable, or otherwise). That Amazon has not formally filed an Answer in this case is not a valid basis to withhold this relevant information.
- Request Nos. 100, 102, 104: Kove seeks documents that describe the importance, significance, and benefits of the Accused Products, including internal and third-party reports, presentations, analyses, studies, and other documents. These documents are relevant to damages.
- Request No. 118: Kove seeks all agreements stemming from allegations that the Accused Products are covered by patents, or agreements that involve patents that Amazon alleges cover the Accused Products. These documents are relevant to damages.

Please confirm that Amazon will produce the above documents that are responsive to these Requests promptly.

**2) Amazon's Interrogatory Responses**

Amazon has also not adequately responded to Kove's Interrogatories. Exemplary information that Amazon must provide is identified below:

Interrogatory No. 2: Kove seeks the factual and legal bases for Amazon's defenses. That Amazon has not formally filed an Answer in this case is not a valid basis to withhold this relevant

information, as Amazon knows the defenses it may assert and must provide relevant discovery pertaining to those defenses.

Interrogatory No. 5: Kove seeks an identification of all versions of the Accused Products. For example, for Amazon S3 and DynamoDB, Amazon must indicate if there are multiple versions, and if so, how those versions are identified. Amazon must also identify the first and last dates of sale for each version of each Accused Product.

Interrogatory No. 6: Kove seeks, on a monthly basis, the number of Accused Products sold, leased, licensed, or distributed by Amazon, as well as revenues, costs, profits, margins, and any other financial benefit. Further, Kove seeks an explanation of how Amazon distinguishes between U.S. and non-U.S. sales.

Please confirm that Amazon will supplement its response to these Interrogatories promptly.

**************************************

Amazon's failure to provide documents that it stated it would be provide three months ago, combined with its improper objections to Kove's discovery requests, are highly prejudicial to Kove, and must be immediately addressed. If Amazon does not agree to provide the requested discovery as requested herein, then please provide your availability to meet and confer this coming Monday or Tuesday.

Best regards,

*/s/ Jaime Cardenas-Navia*

Jaime Cardenas-Navia