# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:18-cv-08175 |
| | ) |
| AMAZON WEB SERVICES, INC., | ) Hon. Judge Rebecca R. Pallmeyer |
| | ) |
|     Defendant. | ) |
| | ) |

**AWS'S RESPONSE AND OBJECTIONS TO PLAINTIFF'S
FIRST SET OF REQUESTS FOR PRODUCTION OF
DOCUMENTS AND THINGS (NOS. 1-119)**

Pursuant to Federal Rule of Civil Procedure 34 and the rules and orders of this Court, Defendant Amazon Web Services, Inc. ("AWS") hereby responds with the answers and objections set forth below to Plaintiff Kove IO, Inc.'s ("Kove") First Requests for Production of Documents and Things to Defendant Amazon (Nos. 1-119) dated June 10, 2019. AWS's investigation concerning the matters raised by Kove's Requests is continuing, and, pursuant to Federal Rule of Civil Procedure 26(e), AWS expressly reserves the right to amend and supplement these responses and its production of documents if it learns of additional responsive information not previously provided to Kove.

## GENERAL OBJECTIONS

The following General Objections apply to Kove's First Requests for Production of Documents and Things to Defendant Amazon (Nos. 1-119) and are incorporated by reference into the individual responses contained herein. AWS's assertion of any General Responses and Objections, assertion of similar or additional objections, or partial answers in response to the Requests does not waive AWS's General Objections as set forth below.

1

Subject to the foregoing general and specific objections, AWS will produce relevant and non-privileged documents responsive to this Request within its possession, custody, or control, if any, which describe the functionality, design, and requirements of Amazon S3 and DynamoDB such as white papers, user guides, developer guides, marketing and advertising materials, API reference guides, technical manuals, and use cases.

**REQUEST FOR PRODUCTION NO. 13**

All documents identifying, describing, or referencing the conception, benefits, development, testing, assessment, enhancement, modification, adoption, and implementation of each of the Accused Products, including but not limited to correspondence or other internal communications, market studies or assessments, A/B testing, surveys, focus group studies, consumer testing, web-based analytics (e.g. "Dashboard" reports), feature goals and objectives, proposals, budgets, internal reports, cost estimates, release schedules; or other documents.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13**

AWS objects to this Request as overly broad and unduly burdensome and disproportionate to the needs of this case to the extent that it seeks "all documents . . . " related to a myriad of different and unrelated aspects of Amazon S3 and DynamoDB. AWS objects to this Request as vague and ambiguous, particularly with respect to the term(s) "referencing the conception," "adoption," "feature goals and objectives," and "other documents."

Subject to the foregoing general and specific objections, AWS will produce relevant and non-privileged documents responsive to this Request within its possession, custody, or control, if any, including white papers, customer use cases, consumer surveys or reports, market studies, or web analytics information.

**REQUEST FOR PRODUCTION NO. 14**

The source code, executable software, and all documentation for the Accused Products and/or included with Accused Products (including but not limited to user's manuals, EULA, support documentation, etc.) for each version, model, and release of each of the Accused Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14**

AWS objects to this Request as overly broad and unduly burdensome and disproportionate to the needs of this case to the extent that it seeks production of the complete source code for the Accused Products. Amazon S3 and DynamoDB are highly complex and sophisticated software systems, and there are many aspects of these products that have no relation to Kove's allegations in this case. It would not be reasonable or proportionate to the needs of this case for AWS to produce the entire source code for these products. Furthermore, Kove has not shown the need for source code in this case, particularly in light of the scope of asserted claims and Kove's allegations to date. AWS also objects to this Request as overly broad and unduly burdensome and disproportionate to the needs of this case with respect to the term(s) "all documentation . . . ."

Subject to the foregoing general and specific objections, AWS is willing meet and confer with Kove at the appropriate time to identify source code that may be relevant to show the operation of specific aspects of the accused products that are identified with specificity in Kove's pleading or infringement contentions, if any. Furthermore, AWS will produce relevant and non-privileged documents responsive to this Request within its possession, custody, or control, if any, such as white papers, use cases, user manuals, and developer guides for Amazon S3 and DynamoDB.

**REQUEST FOR PRODUCTION NO. 15**

All documents identifying, describing, or referencing the development, revision history, refinement, evolution, testing, and internal use of each source code file produced by You in this case (including but not limited to the geographic location, (e.g., city, state and country) of such development, revision, refinement, evolution, testing, and internal use, the results, date or reason for each such revision, refinement, evolution, test, and/or internal use of each such source code file).

any, which constitute the file histories of patents owned by or assigned to AWS in which AWS or the examiner cited the Patents-in-Suit.

Dated: July 24, 2019

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ Terri L. Mascherin*

Terri L. Mascherin
Michael Babbitt
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
tmascherin@jenner.com
mbabbitt@jenner.com
mwerner@jenner.com

Adam Unikowsky
(pro hac vice)
JENNER & BLOCK LLP
1099 New York Ave, NW
Washington, DC 20016
Telephone: 212 639-6041
Facsimile: 202 661-4925
aunikowsky@jenner.com

*Attorneys for Defendant Amazon Web Services, Inc.*

# CERTIFICATE OF SERVICE

I, Michael Werner, an attorney at the law firm of Jenner & Block LLP, certify that on July 24, 2019, the Foregoing **AWS'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-119),** was electronically served on counsel of record via email.

/s/ Michael T. Werner
Michael T. Werner