# EXHIBIT B

| From: | Jaime F. Cardenas-Navia |
|---|---|
| To: | Mascherin, Terri L.; Unikowsky, Adam G.; Babbitt, Michael; Werner, Michael T.; Schoedel, Lisa M.; Garcia, Daniel O. |
| Cc: | Mariotti, Renato; Campbell, Holly H.; RJ_Kove_AWS |
| Subject: | Kove v. AWS - Jonathan Babb |
| Date: | Thursday, October 03, 2019 2:47:23 PM |
| Attachments: | CV - Jonathan Babb (Confidential).pdf<br>Consulting Experience - Jonathan Babb (Confidential).pdf<br>Exhibit 1 to PO - Jonathan Babb signed.pdf |

<span style="color:red">External Email – Exercise Caution</span>

Counsel,

Pursuant to paragraph 4(d) of the Protective Order, Kove discloses Jonathan Babb as a consultant. Attached are his CV, list of recent consulting experience, and signed undertaking.

Please note that Mr. Babb's CV and list of recent consulting experience contain confidential information, and are not to be shared or used for purposes other than evaluating Mr. Babb under the Protective Order.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**REICHMAN JORGENSEN LLP**
100 Park Avenue, Suite 1600
New York, NY 10017
(646) 921-1474

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.