IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>               Defendant. | Civil Action No. 1:18-cv-08175<br><br>Judge Rebecca R. Pallmeyer<br><br>Jury Trial Demanded |

**ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFF'S MOTION TO EXTEND THE CASE SCHEDULE**

The Court having reviewed the motion and related papers; due and proper notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor, the Court finds that Plaintiff's Motion to Extend the Case Schedule should be GRANTED IN PART and DENIED IN PART.

The case schedule shall be amended as set forth below:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Kove's List of Asserted Claims (Per local rule: 10 claims per patent; 20 claims total) | November 7, 2019 | December 2, 2019 |
| Kove's Final Infringement Contentions | November 21, 2019 | January 23, 2019 |
| Amazon's Final Unenforceability, and Invalidity Contentions | November 21, 2019 | January 23, 2019 |
| Amazon's Supplemental Prior Art Disclosure | November 21, 2019 | January 23, 2019 |
| Amazon's Final Non-Infringement Contentions / Kove's Final Enforceability and Validity Contentions | December 19, 2019 | February 20, 2019 |

1

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Exchange of Claim Terms to be Construed and Proposed Constructions | January 16, 2020 | March 19, 2020 |
| Meet and Confer re Terms for Construction by Court | January 23, 2020 | March 26, 2020 |
| Amazon's Opening Claim Construction Brief | February 11, 2020 | April 14, 2020 |
| Joint Appendix (w/ patents and prosecution histories) | February 11, 2020 | April 14, 2020 |
| Close of Initial Fact Discovery | February 14, 2020 | April 17, 2020 |
| Kove's Responsive Claim Construction Brief | March 12, 2020 | May 14, 2020 |
| Amazon's Reply Claim Construction Brief | April 2, 2020 | June 4, 2020 |
| Joint Claim Construction Chart | April 9, 2020 | June 11, 2020 |
| Claim Construction Demonstrative Exhibits, etc. to be exchanged (LPR 4.3) | 3 days before the Markman Hearing | |
| Markman Hearing (LPR 4.3) | Within 28 days of the filing of the reply claim construction brief or at the Court's convenience | |
| Parties agree to re-open fact discovery in light of the claim construction ruling (LPR 1.3) | Upon entry of claim construction ruling | |
| Parties Submit Proposed Deadlines for Remaining Case Events (including close of fact discovery, expert discovery dates, dispositive motion cutoff date, etc.) | 14 days after entry of the claim construction ruling | |

ENTER:

Date: November 4, 2019

_____
HON. REBECCA R. PALLMEYER
UNITED STATES DISTRICT JUDGE