

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Jaime Francisco Cardenas-Navia

Firm   Reichman Jorgensen LLP

Street Address   750 3rd Ave Suite 2400

City/State/Zip Code   New York, NY 10017

Phone Number   (212) 381-1965

Email address   jcardenas-navia@reichmanjorgensen.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:18-cv-08175 | Kove IO, Inc. v. Amazon Web | Rebecca R. Pallmeyer |
| | | |
| | | |
| | | |
| | | |
| | | |

_____          3/9/2020
Signature of Attorney                              Date

Rev. 01272016