IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | ) |
|                 Plaintiff, | ) |
| | ) |
|    v. | ) Civil Action No. 1:18-cv-08175 |
| | ) |
| AMAZON WEB SERVICES, INC., | ) Hon. Judge Rebecca R. Pallmeyer |
| | ) |
|               Defendant. | ) |
| | ) |

**MOTION TO SEAL MOTION TO COMPEL BY AMAZON WEB SERVICES, INC.**

Pursuant to Local Rules 5.8 and 26.2 and Local Patent Rule 1.4, Defendant Amazon Web Services, Inc. ("AWS") respectfully requests that the Court grant leave to seal AWS's Motion to Compel Amendment of Final Infringement Contentions to Conform with Local Patent Rules ("Motion to Compel"), and certain exhibits thereto. In support thereof, AWS states as follows:

1. AWS's Motion to Compel contains detailed descriptions and excerpts of proprietary and highly confidential source code and technical documents related to AWS's S3 and DynamoDB services. AWS would be prejudiced if this information were publicly disclosed.

2. Several exhibits to AWS's Motion to Compel similarly contain reproductions of technical documents, descriptions and excerpts of AWS's proprietary source code, and excerpts from the depositions of AWS's technical witnesses which describe proprietary and sensitive information regarding AWS's S3 and DynamoDB services. Exhibits C – G comprise Kove's Final Infringement Contention Charts. Exhibits H and L comprise correspondence regarding Kove's Final Infringement Contentions, which reproduce proprietary technical information contained therein.

2963423.4

3. Further, on July 10, 2019, the Court entered the Parties' Agreed Protective Order. Pursuant to the terms of the protective order, AWS is not permitted to publicly disclose any information designated by Plaintiff Kove IO, Inc. ("Kove") as Confidential or Highly Confidential.

4. AWS's Motion to Compel describes information that Kove has designated as Highly Confidential. Similarly, Exhibits A – G, and J have been marked Highly Confidential by Kove, and Exhibits H, K, and L contain information that Kove has designated as Highly Confidential.

For the forgoing reasons, AWS respectfully requests that the Court enter an order granting leave to file AWS's Motion to Compel and Exhibits A, B, C, D, E, F, G, H, J, K and L under seal.

Dated: March 11, 2020

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ Terri L. Mascherin*

Terri L. Mascherin
Michael Babbitt
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
tmascherin@jenner.com
mbabbitt@jenner.com
mwerner@jenner.com

Adam Unikowsky
(pro hac vice)
JENNER & BLOCK LLP
1099 New York Ave, NW
Washington, DC 20016
Telephone: 212 639-6041
Facsimile: 202 661-4925
aunikowsky@jenner.com

*Attorneys for Defendant Amazon Web Services, Inc.*

2963423.4

## **CERTIFICATE OF SERVICE**

    I, Michael Werner, an attorney at the law firm of Jenner & Block LLP, certify that on March 11, 2020, the foregoing Motion to Seal Motion to Compel by Amazon Web Services, Inc. was electronically served on counsel of record via the Court's ECF system.

                                            */s/ Michael T. Werner*
                                              Michael T. Werner

2963423.4