IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:18-cv-08175 |
| AMAZON WEB SERVICES, INC., ) | |
| ) | Hon. Judge Rebecca R. Pallmeyer |
| Defendant. ) | |
| ) | |
| ) | |

**NOTICE OF MOTION TO SEAL MOTION TO COMPEL**

TO: Counsel of Record

PLEASE TAKE NOTICE that on March 16, 2020 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Rebecca R. Pallmeyer, or any Judge sitting in her stead, in Courtroom 2541 at 219 S. Dearborn Street, Chicago, Illinois and present Defendant Amazon Web Services, Inc.'s Motion to Seal Motion to Compel, copies of which are being filed with the Court and served upon you concurrently herewith.

Dated: March 11, 2020

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ Terri L. Mascherin*

Terri L. Mascherin
Michael Babbitt
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
tmascherin@jenner.com
mbabbitt@jenner.com
mwerner@jenner.com

2735066.3

2

*Attorneys for Defendant Amazon Web Services, Inc.*

2

2735066.3

**CERTIFICATE OF SERVICE**

I, Michael Werner, an attorney at the law firm of Jenner & Block LLP, certify that on March 11, 2020, the foregoing Notice of Motion to Seal Motion to Compel was electronically served on counsel of record via the Court's ECF system.

/s/ Michael T. Werner
Michael T. Werner

2735066.3