# EXHIBITS A-H, J-L FILED UNDER SEAL