**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR**
**LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 26.2(c), Plaintiff Kove IO, Inc. ("Kove") moves for leave to file under seal its Response to Defendant Amazon Web Services, Inc.'s ("AWS") Motion to Compel Amendment of Final Infringement Contentions. In support thereof, Kove states as follows:

1.     On July 10, 2019, this Court entered the Parties' Agreed Protective Order, pursuant to which, Kove is not permitted to publicly disclose any information designated by AWS as Confidential or Highly Confidential.

2.     Subject to the confidentiality order, AWS designated certain document and discovery responses as either Confidential or Highly Confidential. Kove's response to AWS's Motion to Compel contains citations to AWS's and Kove's Confidential or Highly Confidential technical information.

3.     Pursuant to Local Rule 26.2(c), Kove is provisionally filing its response under seal and serving it on all parties. Kove will also file a redacted public-record version of its response.

WHEREFORE, for the foregoing reasons, Plaintiff Kove IO, Inc. respectfully requests that this Court grant its motion for leave to file under seal its Response to Defendant AWS's Motion to Compel Amendment of Final Infringement Contentions.

Respectfully submitted,

By: */s/ Renato Mariotti*

Renato Mariotti
rmariotti@thompsoncoburn.com
Holly H. Campbell
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
Reichman Jorgensen LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (650) 623-1403
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Reichman Jorgensen LLP
818 Connecticut Avenue NW, Suite 850
Washington, DC 20006
Telephone: (202) 894-7311
Telecopier: (650) 623-1449

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Joachim B. Steinberg (*pro hac vice*)
jsteinberg@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

Khue Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Wesley White (*pro hac vice*)
wwhite@reichmanjorgensen.com
Rahul Sarkar (*pro hac vice*)
rsarkar@reichmanjorgensen.com
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (646) 921-1474
Telecopier: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF, KOVE IO, INC.**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing was filed electronically on March 15, 2020, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

/s/ *Renato Mariotti*