IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

### NOTICE OF MOTION

TO: Counsel of Record

PLEASE TAKE NOTICE that on March 18, 2020 at 8:45 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Rebecca R. Pallmeyer, or any Judge sitting in her stead, in Courtroom 2541 at 219 S. Dearborn Street, Chicago, Illinois and present Plaintiff Kove IO, Inc.'s Motion for Leave to File Documents Under Seal, a copy of which is concurrently filed and served upon you.

Dated: March 15, 2020

Respectfully submitted,

By: */s/ Renato Mariotti*

Renato Mariotti
rmariotti@thompsoncoburn.com
Holly H. Campbell
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
Reichman Jorgensen LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Joachim B. Steinberg (*pro hac vice*)

Telephone: (650) 623-1403  
Telecopier: (650) 623-1449  

Christine E. Lehman (*pro hac vice*)  
clehman@reichmanjorgensen.com  
Reichman Jorgensen LLP  
818 Connecticut Avenue NW, Suite 850  
Washington, DC 20006  
Telephone: (202) 894-7311  
Telecopier: (650) 623-1449  

jsteinberg@reichmanjorgensen.com  
Michael G. Flanigan (State Bar No. 6309008)  
mflanigan@reichmanjorgensen.com  
Kate M. Falkenstien (*pro hac vice*)  
kfalkenstien@reichmanjorgensen.com  
Reichman Jorgensen LLP  
100 Marine Parkway, Suite 300  
Redwood Shores, CA 94065  
Telephone: (650) 623-1401  
Telecopier: (650) 623-1449  

Khue Hoang (*pro hac vice*)  
khoang@reichmanjorgensen.com  
Jaime F. Cardenas-Navia (*pro hac vice*)  
jcardenas-navia@reichmanjorgensen.com  
Wesley White (*pro hac vice*)  
wwhite@reichmanjorgensen.com  
Rahul Sarkar (*pro hac vice*)  
rsarkar@reichmanjorgensen.com  
Reichman Jorgensen LLP  
750 Third Avenue, Suite 2400  
New York, NY 10017  
Telephone: (646) 921-1474  
Telecopier: (650) 623-1449  

**ATTORNEYS FOR PLAINTIFF, KOVE IO, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing was filed electronically on March 15, 2020, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

/s/ *Renato Mariotti*