UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Kove IO, Inc.
                        Plaintiff,

v.                                          Case No.: 1:18−cv−08175
                                                    Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 16, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held. Defendant's motion to seal motion to compel [88] is granted. Plaintiff's motion to seal response to motion to compel [93] is granted. Motion hearing date of 3/18/2020 is stricken. Defendant's motions to compel [90] and [91] are granted as stated in court. Plaintiff is directed to file a revised claim chart. Parties are directed to submit a proposed schedule to this court's proposed order email inbox. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.