IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KOVE IO, INC., | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:18-cv-08175 |
| AMAZON WEB SERVICES, INC., | ) | |
| | ) | Hon. Judge Rebecca R. Pallmeyer |
|         Defendant. | ) | |
| | ) | |
| | ) | |

**JOINT MOTION FOR MODIFICATION OF CASE SCHEDULE**

Pursuant to the Court's March 16, 2020 Minute Order (ECF No. 97) and the Court's March 16, 2020 Amended General Order 20-0012 (ECF No. 98), Plaintiff Kove IO, Inc. and Defendant Amazon Web Services, Inc. (collectively, the "Parties") jointly request that the Court enter the attached Proposed Scheduling Order. In support thereof, the Parties state the following:

1. On March 25, 2020, following the March 16, 2020 telephonic hearing before the Court regarding AWS's Motion to Compel Amendment of Final Infringement Contentions to Conform with Local Patent Rules (D.I. 91), the Parties met and conferred telephonically to discuss scheduling issues stemming from the Court's ruling.

2. On March 25, 2020, the Court issued Amended General Order 20-0012 regarding the Coronavirus Covid-19 Public Emergency, wherein the Court ordered that "all deadlines" in civil matters be extended by 21 days from the current set deadline.

3. The Parties acknowledge that the coronavirus pandemic has caused significant disruptions, resulting in both Parties' need for more time to meet certain discovery and filing obligations.

2

4. In addition to the 21 day extension of all deadlines mandated by the Court's General Order 20-0012, the Parties request a further adjustment to the Schedule, as reflected in the attached Proposed Scheduling Order.

5. The Parties recognize that the ongoing uncertainty and disruptions caused by the pandemic may require further adjustments to the schedule. The Parties will work cooperatively together to minimize any such adjustments where possible and will seek the Court's assistance as appropriate.

WHEREFORE the Parties respectfully request that the Court grant this Motion and enter the attached Proposed Scheduling Order.

March 27, 2020

Respectfully Submitted,
By: */s/ Khue Hoang*

Renato Mariotti
rmariotti@thompsoncoburn.com
Holly H. Campbell
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
Reichman Jorgensen LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (404) 609-1040
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Reichman Jorgensen LLP
1615 M Street, NW, Suite 300
Washington, DC 20036
Telephone: (202) 894-7310
Telecopier: (650) 623-1449

Khue Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard
(Identification No. 155188)
sballard@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Joachim B. Steinberg (*pro hac vice*)
jsteinberg@reichmanjorgensen.com
Michael G. Flanigan
(State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

2735046.3

Wesley White (*pro hac vice*)
wwhite@reichmanjorgensen.com
Rahul Sarkar (*pro hac vice*)
rsarkar@reichmanjorgensen.com
Michael W. Marvin (pro hac vice)
mmarvin@reichmanjorgensen.com
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

|  |  |
|---|---|
|  | AMAZON WEB SERVICES, INC. |
|  | By: /s/ *Terri L. Mascherin* |
| Adam G. Unikowsky | Terri L. Mascherin |
| JENNER & BLOCK LLP | Michael G. Babbitt |
| 1099 New York Ave. NW Suite 900 | Michael T. Werner |
| Washington, DC 20001 | JENNER & BLOCK LLP |
| (202) 639-6000 | 353 N. Clark St. |
| aunikowsky@jenner.com | Chicago, IL 60654 |
|  | (312) 222-9350 |
|  | tmascherin@jenner.com |
|  | mbabbitt@jenner.com |
|  | mwerner@jenner.com |
|  | *Attorneys for Amazon Web Services, Inc.* |

3

2735046.3

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and exact copy of the foregoing was filed electronically on March 27, 2020, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

                                                                                                /s/    *Khue Hoang*
                                                                                                Khue Hoang