# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

## [PROPOSED] SCHEDULING ORDER

The Court hereby sets the following case deadlines, good cause having been found therefor:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Kove's Amended Final Infringement Contentions | n/a | April 6, 2020 |
| Amazon's Amended Final Unenforceability and Invalidity Contentions | n/a | April 6, 2020 |
| Amazon's Final Non-Infringement Contentions / Kove's Final Enforceability and Validity Contentions | March 26, 2020 | April 22, 2020 |
| Exchange of Claim Terms to be Construed and Proposed Constructions | April 9, 2020 | May 14, 2020 |
| Meet and Confer re Terms for Construction by Court | April 16, 2020 | May 21, 2020 |
| Amazon's Opening Claim Construction Brief | May 7, 2020 | June 11, 2020 |
| Joint Appendix (w/ patents and prosecution histories) | May 7, 2020 | June 11, 2020 |
| Close of Initial Fact Discovery | May 11, 2020 | June 15, 2020 |
| Kove's Responsive Claim Construction Brief | June 9, 2020 | July 14, 2020 |

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Amazon's Reply Claim Construction Brief | June 30, 2020 | August 4, 2020 |
| Joint Claim Construction Chart | July 7, 2020 | August 11, 2020 |
| Claim Construction Demonstrative Exhibits, etc. to be exchanged (LPR 4.3) | 3 days before the Markman Hearing | |
| Markman Hearing (LPR 4.3) | Within 28 days of the filing of the reply claim construction brief or at the Court's convenience | |
| Parties agree to re-open fact discovery in light of the claim construction ruling (LPR 1.3) | Upon entry of claim construction ruling | |
| Parties Submit Proposed Deadlines for Remaining Case Events (including close of fact discovery, expert discovery dates, dispositive motion cutoff date, etc.) | 14 days after entry of the claim construction ruling | |

**IT IS SO ORDERED.**

Date:  /s/_____
HON. REBECCA R. PALLMEYER
UNITED STATES DISTRICT JUDGE