# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Kove IO, Inc.

                        Plaintiff,

v.                                                   Case No.: 1:18−cv−08175
                                                    Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 30, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Parties' joint motion for modification of case schedule [111] is granted. Parties are directed to submit their proposed order to the court's proposed order email address. Motion hearing date of 4/1/2020 is stricken. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.