IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KOVE IO, INC., | ) | |
| Plaintiff, | ) | Civil Action No. 1:18-cv-08175 |
| | ) | |
| v. | ) | Hon. Judge Rebecca R. Pallmeyer |
| | ) | |
| AMAZON WEB SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**MOTION TO WITHDRAW APPEARANCE OF MICHAEL G. BABBITT**

Pursuant to Local Rule 83.17, Defendant Amazon Web Services, Inc. ("AWS") requests leave to withdraw the appearance of Michael G. Babbitt as counsel for AWS. In support thereof, AWS states as follows:

1. On February 1, 2019, Mr. Babbitt entered an appearance on behalf of AWS as a partner of Jenner & Block LLP.

2. As of April 9, 2020, Mr. Babbitt is no longer a partner of Jenner & Block LLP.

3. AWS will continue to be represented by the undersigned counsel of record from Jenner & Block LLP.

4. Neither party will be prejudiced by the withdrawal of the appearance of Mr. Babbitt.

WHEREFORE, AWS respectfully requests that the Court enter an order granting leave to withdraw the appearance of Michael Babbitt as counsel for AWS.

2

April 14, 2020

Adam G. Unikowsky
JENNER & BLOCK LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001
(202) 639-6000
aunikowsky@jenner.com

Respectfully submitted,

*/s/ Terri L. Mascherin*

Terri L. Mascherin
Timothy J. Baron
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350
tmascherin@jenner.com
tbaron@jenner.com
mwerner@jenner.com

*Attorneys for Amazon Web Services, Inc.*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 14, 2020, I caused a true and correct copy of the foregoing motion to be served on all counsel of record via the Court's ECF system.

                                                     */s/ Michael T. Werner*
                                                     Michael T. Werner
                                                     Jenner & Block LLP
                                                     353 N. Clark Street
                                                     Chicago, Illinois 60654
                                                     (312) 222-9350