IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KOVE IO, INC., | ) | |
|           Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-08175 |
| | ) | |
| AMAZON WEB SERVICES, INC., | ) | Hon. Judge Rebecca R. Pallmeyer |
| | ) | |
|           Defendant. | ) | |
| | ) | |

**MOTION TO SEAL MOTION TO CONDUCT
*IN CAMERA* REVIEW BY AMAZON WEB SERVICES, INC.**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, and the requirements of the Protective Order entered in this case (ECF No. 55), Defendant Amazon Web Services, Inc. ("AWS") has filed under seal AWS's Motion to Conduct *In Camera* Review and to Compel Production ("Motion to Compel"), and Exhibits E, N, and O thereto, which Kove has designated as "Highly Confidential."  AWS seeks leave to file these documents under seal due to Kove's confidentiality designations.  In support of this Motion, AWS states as follows:

       1.       On July 10, 2019, the Court entered the Parties' Agreed Protective Order.  (ECF No. 55.)  Pursuant to the terms of the Protective Order, AWS is not permitted to file publicly any information designated by Kove as Confidential or Highly Confidential.

       2.       Kove has designated Exhibits E, N, and O to AWS's Motion to Compel as Highly Confidential.  Although AWS objects to Kove's confidentiality designations (for the reasons set forth below), AWS has filed its Motion to Compel and Exhibits E, N, and O under seal, as required by the Protective Order.  Contemporaneously, AWS has publicly filed a redacted version of its Motion to Compel.

3. Under the terms of the Protective Order, "Confidential" information is defined as "information concerning a Person's business operations, processes, and technical and development information . . . the disclosure of which is likely to harm that Person's competitive position, or the disclosure of which would contravene an obligation of confidentiality to a third-person or to a Court." (ECF No. 55 at 2.b.)

4. "Highly Confidential" information is defined as information "that is current or future business or technical trade secrets and plans more sensitive or strategic than Confidential information, the disclosure of which is likely to significantly harm that Person's competitive position, or the disclosure of which would contravene an obligation of confidentiality to a third-person or to a Court." (*Id.* at 2.c.)

5. The Protective Order further provides that information should not be designated as Confidential or Highly Confidential "if it is disclosed in a printed publication," or if it "is known to the public." (*Id.* at 2.e.)

6. Exhibit E to AWS's Motion to Compel is a published academic paper. That does not meet the definition of a "Highly Confidential" document under the Protective Order. (*Id.* at 2.e.)

7. Exhibits N and O to AWS's Motion to Compel are the body and signature pages of a contract between a now-dissolved company and a third-party, dated in March 2000. AWS does not believe those documents contain any information that meets the definition of Highly Confidential information under the Protective Order.

8. Counsel for AWS has asked counsel for Kove to agree that these three documents may be filed publicly. Kove's counsel has not yet indicated whether it will agree to lift its claim of confidentiality over these documents.

For the forgoing reasons, AWS respectfully requests that the Court enter an order permitting AWS to file its Motion to Compel and Exhibits E, N and O to that Motion under seal, pending Kove's response to AWS's request to lift its designation of Exhibits E, N and O as Highly Confidential.

Dated: April 23, 2020

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ Terri L. Mascherin*

Terri L. Mascherin
Timothy J. Barron
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
tmascherin@jenner.com
tbarron@jenner.com
mwerner@jenner.com

Adam Unikowsky
(pro hac vice)
JENNER & BLOCK LLP
1099 New York Ave, NW
Washington, DC 20016
Telephone: 212 639-6041
Facsimile: 202 661-4925
aunikowsky@jenner.com

*Attorneys for Defendant Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

    I, Michael Werner, an attorney at the law firm of Jenner & Block LLP, certify that on April 23, 2020, the foregoing Motion to Seal Motion to Compel by Amazon Web Services, Inc. was electronically served on counsel of record via the Court's ECF system.

                                            */s/ Michael T. Werner*
                                                Michael T. Werner