# **EXHIBIT D**

353 NORTH CLARK ST., CHICAGO, ILLINOIS 60654    JENNER&BLOCK LLP

Terri L. Mascherin
Phone: 312 923-2799
Fax: 312 840-7799
tmascherin@jenner.com

October 31, 2019

Khue V. Hoang
REICHMAN JORGENSEN LLP
100 Park Avenue
Suite 1600
New York, NY 10017
(646) 921-1474
khoang@reichmanjorgensen.com

Re:  *Kove IO, Inc. v. Amazon Web Services, Inc.*
     Case No. 18-cv-8175 (N.D. Ill.)

Dear Ms. Hoang,

I write to renew our concerns regarding the deficiencies in Kove's written discovery responses and document production, which AWS first identified in its letter dated October 7, 2019. It has been over 3 weeks since you received our letter, yet we still have not received a response. During our meet and confer call on Monday, October 28, you promised a response to AWS's letter by the end of this week.

I note that since receiving AWS's letter, Kove has made several requests for AWS to produce documents and source code, which we have promptly addressed. Discovery in litigation is a two way street. As described in our October 7 letter, Kove's failure to respond to AWS's discovery requests, and its silence in response to AWS's request for Kove to remedy those deficiencies, is an obstacle to AWS's ability to defend itself in this litigation and is not in the spirit of the Federal Rules.

Based upon our discussion this past Monday, we expect to receive a letter by the end of the day tomorrow which provides a substantive response to AWS's October 7 letter, including a date by which you will complete Kove's production of documents responsive to AWS's Requests.

Further, Kove has not responded to my September 24 letter, which sought Kove's rationale for its $20 million demand to settle this lawsuit. As I said in that letter, AWS is not able to assess the possibility of settlement without understanding the bases for your offer.

Very truly yours,

*/s/ Terri L. Mascherin*
Terri L. Mascherin

cc: All counsel of record

CHICAGO   LOS ANGELES   NEW YORK   WASHINGTON, DC   LONDON                    WWW.JENNER.COM