# EXHIBIT G



Michael Marvin
Direct Dial: (646) 970-2652
mmarvin@reichmanjorgensen.com

750 Third Avenue
Suite 2402
New York, NY 10017

March 18, 2020

**By E-Mail**

Michael G. Babbitt
Jenner & Block LLP
353 North Clark St.
Chicago, IL 60654
mbabbitt@jenner.com

      RE:    *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Counsel,

      By and through counsel, Kove IO, Inc. ("Kove") hereby notifies Amazon Web Services, Inc. ("AWS"), pursuant to Section 6 of the Protective Order entered in this case, that documents produced by Kove beginning with the following list of Bates numbers are protected by attorney-client privilege and/or work product protection:

- KOV_00039114
- KOV_00040527
- KOV_00052509
- KOV_00039111
- KOV_00039112
- KOV_00052511

Pursuant to Section 6(e) of the Protective Order, within five days of receipt of this letter please certify in writing that AWS has destroyed the documents identified above and has made reasonably diligent efforts to identify and destroy each copy thereof and all information derived therefrom.

Best regards,

Michael Marvin