# **EXHIBIT H**



Michael Marvin
Direct Dial: (646) 970-2652
mmarvin@reichmanjorgensen.com

750 Third Avenue
Suite 2402
New York, NY 10017

March 23, 2020

**By E-Mail**

Michael G. Babbitt
Jenner & Block LLP
353 North Clark St.
Chicago, IL 60654
mbabbitt@jenner.com

        RE:    *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Counsel,

In the spirit of compromise, but without accepting the validity of AWS's assertion that it is entitled to an immediate explanation of why the documents referenced in my letter of March 18 are protected by attorney-client privilege or the work-product doctrine, Kove hereby provides the following information regarding documents beginning with Bates stamps KOV_00039111, KOV_00039112, KOV_00039114, KOV_00040527, KOV_00052509, and KOV_00052511. The provision of the below information is without waiver of any privilege or protection.

- KOV_00039111, KOV_00039112 and KOV_00039114 are drafts of submissions to the U.S. Patent and Trademark Office and associated notes which reflect advice sought from and provided by patent counsel, Brinks Hoffer. Each document is protected by attorney-client privilege and/or the work-product doctrine.
- KOV_00040527 is a note from John Overton to Paul Carmichael, an attorney who provided legal advice to OverX regarding its patent filings. This document on its face seeks legal advice regarding submissions to the U.S. Patent and Trademark Office and related issues, such as how to prosecute certain patent claims, and is protected by attorney-client privilege.
- KOV_00052509 is an email from John Overton to himself, sent April 10, 2003, memorializing notes from a meeting with Kent Genin of Brinks Hofer relating to legal advice regarding various patent filings. This document is protected by attorney-client privilege and the work-product doctrine.
- KOV_00052511 is a scan of handwritten notes taken by John Overton at an August 31, 2009, meeting with Kent Genin, relating to legal advice regarding various patent filings. This document is protected by attorney-client privilege and the work-product doctrine.

We will respond to the other issues raised in your March 12 letter under separate cover.

March 23, 2020
Page 2

Regards,

Michael Marvin


CC (by email):  Renato Mariotti (rmariotti@thompsoncoburn.com);
Michael Parks (mparks@thompsoncoburn.com).