# EXHIBIT I

Kove IO, Inc. v. Amazon Web Serices, Inc.
Case No. 18-cv-08175
Kove's April 10, 2020, Privilege Log

| Bates Range | BegAttach | EndAttach | File Name | File Extension | Date* | Addressee(s) | Author(s) | CC | Title / Subject / Re: | Attorney Client (AC) / Work Product (WP) | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CTRL0000019950 | CTRL0000019950 | 2004-05-12--Approaching-Milestones.txt | TXT | May 12, 2004 | | John Overton | | | AC | Notes re: legal advice and communications with counsel regarding office actions and applications. |
| | CTRL0000019952 | CTRL0000019952 | Hetz-Claim-Guidelines-Response.doc | DOC | November 13, 2002 | | John Overton | | | AC | Notes re: legal advice and communications re: office action response |
| | CTRL0000020086 | CTRL0000020086 | Claims.doc | DOC | February 22, 2006 | | Kent Genin | | Amendment | AC | Draft amendment in response to non-final office action for case number 11958-49. |
| | CTRL0000020087 | CTRL0000020087 | Nomenclature.doc | DOC | October 26, 2006 | Brinks Hofer | John Overton | | | AC | Notes on nomenclature for new patent claims in application WO 01/95137 A2 prepared for and at the direction of counsel. |
| | CTRL0000020088 | CTRL0000020088 | 10406-50 Overton.L06.doc | DOC | July 26, 2002 | John Overton | Kent Genin | Paul Carmichael | PCT Application No. PCT/US01/18013 Method and Apparatus for Managing Location Information in a Network | AC | Letter re: search report for PCT/US01/18013. |
| | CTRL0000020092 | CTRL0000020092 | 2006-02-13--Response-v1.4.doc | DOC | February 22, 2006 | | Kent Genin | | Amendment | AC | Draft amendment in response to non-final office action for case number 10406-49 (application no. 09/872,736). |
| | CTRL0000020093 | CTRL0000020093 | Conceptual-Differences.doc | DOC | February 16, 2006 | John Overton | Brinks Hofer | | | AC | Notes from counsel re: prior art at issue in prosecution of patent case no. 10406-49 (application no. 09/872,736). |
| | CTRL0000020094 | CTRL0000020094 | 11958-49 Amendment.1.doc | DOC | February 22, 2006 | | Kent Genin | | Amendment | AC | Draft amendment in response to non-final office action in appl no. 09/872,736 |
| | CTRL0000020110 | CTRL0000020110 | Redirection.doc | DOC | June 8, 2005 | Brinks Hofer | John Overton | | NDTP Redirection | AC | Draft document containing description and characterization of application no. 09/661,222 prepared to assist counsel. |
| | CTRL0000020120 | CTRL0000020120 | 7-27-2005 Draft NDTP Claims.doc | DOC | July 27, 2005 | | Brinks Hofer | | Draft Replacement Claims -- 11958/43 NDTP | AC | Draft claims for Appl. No. 09/661,222 |
| | CTRL0000020121 | CTRL0000020121 | 11958-43 Amendment 2 (4).doc | DOC | August 8, 2005 | Kent Genin John Overton | John Overton Kent Genin | | Amendment | AC | Draft amendment in response to non-final office action, with notes from John Overton to Kent Genin. |
| | CTRL0000020125 | CTRL0000020125 | Proposed Amendment to 12.doc | DOC | June 15, 2005 | | Brinks Hofer | | | AC | Draft amended claims re: Appln. No. 09/661,222 |
| | CTRL0000020126 | CTRL0000020126 | 11958-43 Amendment - Fourth draft.doc | DOC | August 25, 2004 | | Kent Genin | | Amendment | AC | Draft amendment in response to non-final office action re: Appl. No. 09/661,222 |
| | CTRL0000020128 | CTRL0000020129 | RE Maintenance Fee Reminder - Due on 3 5 2010.msg | MSG | March 4, 2010 | Michael Hussey | John Overton | Kent Genin | RE: Maintenance Fee Reminder - Due on 3/5/2010 | AC | Email re: maintenance fee re: Appl. No. 09/661,222 |
| | CTRL0000020131 | CTRL0000020131 | 0--Cover-Letter.jpg | JPG | April 7, 2007 | John Overton | Kent Genin | | Certificate of Correction U.S. Patent Application Serial No. 7,103,640 Network Distributed Tracking Wire Transfer Protocol | AC | Letter re: certificate of correction for Pat. No. 7,103,640 |
| | CTRL0000020133 | CTRL0000020133 | 2007-05-30--Claims.doc | DOC | May 30, 2007 | | Brinks Hofer John Overton | | | AC | Draft claims with notes re: PCT WO 01/95137 A2 |
| | CTRL0000020134 | CTRL0000020134 | 2007-05-05--Claims.doc | DOC | May 5, 2007 | | Brinks Hofer John Overton | | | AC | Draft claims with notes re: PCT WO 01/95137 A2 |
| | CTRL0000020135 | CTRL0000020135 | 2007-06-09--Claims.doc | DOC | June 9, 2007 | | Brinks Hofer John Overton | | | AC | Draft claims with notes re: PCT WO 01/95137 A2 |
| | CTRL0000020143 | CTRL0000020143 | Mortimer-5740428-objections.doc | DOC | November 11, 2002 | Kent Genin | John Overton | | | AC | Notes for counsel re: prior art at issue in prosecution of patent applications |
| | CTRL0000020146 | CTRL0000020146 | Mortimer-Claims-graphed.doc | DOC | November 14, 2002 | Kent Genin | John Overton | | | AC | Notes for counsel re: prior art at issue in prosecution of patent applications |
| | CTRL0000020245 | CTRL0000020245 | 2006-08-07--Status.txt | TXT | August 7, 2006 | | John Overton | | | AC | Notes re: communication with counsel re: application status |
| | CTRL0000020276 | CTRL0000020276 | 11958-62 New Claims.doc | DOC | September 4, 2006 | | Brinks Hofer | | | AC | Draft claims re: Appl. No. 11/354,224 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CTRL0000020282 | CTRL0000020282 | NDTP-2--Claims.doc | DOC | June 30, 2006 | Brinks Hofer | John Overton | | | AC | Draft claims and notes for counsel re: Appl. No. 11/354,224 |
| | CTRL0000020283 | CTRL0000020283 | Claims.doc | DOC | February 22, 2006 | | Brinks Hofer | | Amendment | AC | Draft amendment in response to non-final office action re: Appl. No. 09/872,736 |
| | CTRL0000021168 | CTRL0000021168 | 2003-03-15--README-JKO.txt | TXT | March 6, 2009 | John Overton | John Overton | | | AC | Notes re: communication with counsel re: asset transfers |
| KOV_00039114 | CTRL0000020112 | CTRL0000020112 | README!--JKO.txt | TXT | June 20, 2005 | Brinks Hofer | John Overton | | | AC | Notes re: submission to USPTO reflecting advice of patent counsel. |
| KOV_00040527 | CTRL0000006959 | CTRL0000006959 | IP-Status.doc | DOC | November 4, 2005 | Paul Carmichael | John Overton | | IP Status | AC | Note re: legal advice re: submissions to USPTO re: prosecution of claims. |
| KOV_00052509-10 | CTRL0000021381 | CTRL0000021381 | FW Econnectix Patent Portfolio Status & Projected Fees.msg | MSG | April 10, 2003 | John Overton | John Overton | | FW: Econnectix Patent Portfolio Status & Projected Fees | AC | Email to self memorializing notes re: meeting with counsel re: patent filings. |
| KOV_00039111 | CTRL0000020109 | CTRL0000020109 | Bar-Chart.doc | DOC | June 15, 2005 | Brinks Hofer | John Overton | | Bar Chart | AC | Draft chart re: claims for submission to USPTO reflecting advice of counsel. |
| KOV_00039112-13 | CTRL0000020111 | CTRL0000020111 | About.doc | DOC | June 8, 2005 | Brinks Hofer | John Overton | | | AC | Draft description of NDTP reflecting advice of counsel. |
| KOV_00052511-12 | CTRL0000021382 | CTRL0000021382 | 2009-08-31--Kent-... | PDF | August 31, 2009 | | Kent Genin John Overton | | | AC | Scan of handwritten notes taken at August 31, 2009 meeting with counsel re: various patent filings. |

\* Where no date is present on the document itself, the best available approximate date is identified, based on available metadata.