IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.., <br>         Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br>         Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Judge Rebecca R. Pallmeyer |

**NOTICE OF MOTION TO CONDUCT**
***IN CAMERA* REVIEW AND TO COMPEL PRODUCTION**

TO: Counsel of Record

PLEASE TAKE NOTICE that on April 27, 2020 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Rebecca R. Pallmeyer, or any Judge sitting in her stead, in Courtroom 2541 at 219 S. Dearborn Street, Chicago, Illinois and present Defendant Amazon Web Services, Inc.'s Motion to Conduct *In Camera* Review and to Compel Production, copies of which are being filed with the Court and served upon you concurrently herewith.

Dated: April 23, 2020

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ Terri L. Mascherin*

Terri L. Mascherin
Timothy J. Barron
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350

2

Facsimile: 312 527-0484
tmascherin@jenner.com
tbarron@jenner.com
mwerner@jenner.com

Adam Unikowsky
(pro hac vice)
JENNER & BLOCK LLP
1099 New York Ave, NW
Washington, DC 20016
Telephone: 212 639-6041
Facsimile: 202 661-4925
aunikowsky@jenner.com

*Attorneys for Defendant Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I, Michael Werner, an attorney at the law firm of Jenner & Block LLP, certify that on April 23, 2020, the foregoing Notice of Motion to Conduct *In Camera* Review and to Compel Production was electronically served on counsel of record via the Court's ECF system.

/s/ *Michael T. Werner*
Michael T. Werner