**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., ) | |
|                 Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-08175 |
| ) | |
| AMAZON WEB SERVICES, INC., ) | Hon. Rebecca R. Pallmeyer |
| ) | |
|                 Defendant. ) | |
| ) | |

**MOTION TO SEAL MEMORANDUM
IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, and the requirements of the Protective Order entered in this case (ECF No. 55), Defendant Amazon Web Services, Inc. ("AWS") has filed under seal AWS's Memorandum in Support of Motion For Judgment On the Pleadings ("Memorandum"), and Exhibit J thereto, which Kove has designated as "Highly Confidential." Further, Exhibit J also contains descriptions of AWS's proprietary and sensitive source code, which AWS has designated as Highly Confidential. AWS thus seeks leave to file these documents under seal. In support of this Motion, AWS states as follows:

1. On July 10, 2019, the Court entered the Parties' Agreed Protective Order. (ECF No. 55.) Pursuant to the terms of the Protective Order, AWS is not permitted to file publicly any information designated by Kove as Confidential or Highly Confidential.

2. Under the terms of the Protective Order, "Confidential" information is defined as "information concerning a Person's business operations, processes, and technical and development information . . . the disclosure of which is likely to harm that Person's competitive position, or the disclosure of which would contravene an obligation of confidentiality to a third-person or to a Court." (ECF No. 55 at 2.b.)

1

2

3. "Highly Confidential" information is defined as information "that is current or future business or technical trade secrets and plans more sensitive or strategic than Confidential information, the disclosure of which is likely to significantly harm that Person's competitive position, or the disclosure of which would contravene an obligation of confidentiality to a third-person or to a Court." (*Id.* at 2.c.)

4. Kove has designated Exhibit J to AWS's Memorandum as Highly Confidential. AWS's Memorandum describes information contained in Exhibit J. AWS has thus filed its Memorandum and Exhibit J under seal, as required by the Protective Order. Contemporaneously, AWS has publicly filed a redacted version of its Memorandum.

5. Exhibit J also contains information that has been designated as Highly Confidential by AWS. Exhibit J is the cover pleading to Kove's Final Infringement Contentions and describes technical details of AWS's proprietary and sensitive source code. All of the source code that AWS has produced in this case has been designated as Highly Confidential. The disclosure of AWS's source code is likely to cause significant harm to AWS. AWS thus asks that the Court allow Exhibit J to remain filed under seal.

For the forgoing reasons, AWS respectfully requests that the Court enter an order permitting AWS to file its Memorandum and Exhibit J thereto under seal.

Dated: May 1, 2020

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ Terri L. Mascherin*

Terri L. Mascherin
Timothy J. Barron
Michael T. Werner
JENNER & BLOCK LLP

3

353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
tmascherin@jenner.com
tbarron@jenner.com
mwerner@jenner.com

Adam Unikowsky
(pro hac vice)
JENNER & BLOCK LLP
1099 New York Ave, NW
Washington, DC 20016
Telephone: 212 639-6041
Facsimile: 202 661-4925
aunikowsky@jenner.com

*Attorneys for Defendant Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

  I, Michael Werner, an attorney at the law firm of Jenner & Block LLP, certify that on May 1, 2020, the foregoing Motion to Seal Memorandum in Support of Judgment on the Pleadings by Amazon Web Services, Inc. was electronically served on counsel of record via the Court's ECF system.

                 */s/ Michael T. Werner*
                  Michael T. Werner