**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., )<br>          Plaintiff, )<br>)<br>v. )<br>)<br>AMAZON WEB SERVICES, INC., )<br>)<br>          Defendant. )<br>)<br>) | Civil Action No. 1:18-cv-08175<br><br>Hon. Rebecca R. Pallmeyer |

**MOTION FOR JUDGMENT ON THE
PLEADINGS BY DEFENDANT AMAZON WEB SERVICES, INC.**

Defendant Amazon Web Services, Inc. ("AWS"), by its attorneys, Jenner & Block LLP, hereby moves the Court pursuant to Fed. R. Civ. P. 12(c) to enter judgment on the pleadings in favor of AWS with respect to claims 1, 3, 6, 10, 14, and 31 of U.S. Patent No. 7,233,978. As Amazon explains more fully in its Memorandum In Support of Motion for Judgment On the Pleadings, those claims are invalid under 35 U.S.C. § 101 for obviousness-type double patenting in view of U.S. Patent Nos. 7,103,640 and 7,814,170.

WHEREFORE Amazon requests that this Court enter judgment on the pleadings in favor of AWS on claims 1, 3, 6, 10, 14, and 31 of the U.S. Patent No. 7,233,978.

Dated: May 1, 2020

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By:   */s/ Terri L. Mascherin*

Adam G. Unikowsky
JENNER & BLOCK LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001
(202) 639-6000
aunikowsky@jenner.com

Terri L. Mascherin
Timothy J. Barron
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350
tmascherin@jenner.com
tbarron@jenner.com
mwerner@jenner.com

*Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I, Michael Werner, an attorney at the law firm of Jenner & Block LLP, certify that on May 1, 2020, the foregoing Motion for Judgment on the Pleadings By Defendant Amazon Web Services, Inc. was electronically served on counsel of record the Court's ECF system.

/s/ *Michael T. Werner*
Michael T. Werner