# Appendix A

## Double Patenting Claim Chart
## U.S. Patent No. 7,233,978 In View of U.S. Patent No. 7,103,640

| U.S. Patent No. 7,233,978 | Disclosures of U.S. Patent No. 7,103,640 |
|---|---|
| [1.Preamble] A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | "A system for retrieving data location information for data stored in a distributed network, the system comprising" … "a client responsive to a data query to query a data location server for location information" and " a data location server network comprising a plurality of data location servers" ('640 Patent, Claim 18.) |
| [1.a.1] a first location server containing a first set of location information corresponding to at least one entity, | "a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information" ('640 Patent, Claim 18.) |
| [1.a.2] the location information comprising an identifier and at least one location string associated with the identifier, | "the data location server contains the location string associated with the identification string provided in the data location request" ('640 Patent, Claim 18.) |
| [1.a.3] wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity | "a data repository configured to store data, wherein the data is associated with an identifier string" ('640 Patent, Claim 18.)<br><br>"location information for use by the client to calculate a location of the data associated with the identification string" (*Id.*) |
| [1.b] a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first set of location information; and | "a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information" ('640 Patent, Claim 18.)<br><br>"if the data location server does not contain the location string associated with the identification string, … the different data location server contains the location string." (*Id.*) |

1

| | |
|---|---|
| [1.c.1] programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, | "each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client" ('640 Patent, Claim 18.)<br><br>"if the data location server contains the location string . . . the data location server transmits location information for use by the client to calculate a location of the data." (*Id.*) |
| [1.c.2] the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity. | "if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string" ('640 Patent, Claim 18.) |
| [3] The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query. | See above evidence regarding Claim 1.<br><br>"if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string; if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string." ('640 Patent, Claim 18.) |
| [6] The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table. | See evidence above regarding Claim 1.<br><br>"The system of claim 18, wherein the location information comprises a portion of a hash table distributed over the plurality of data location servers." ('640 Patent, Claim 24.) |

| | |
|---|---|
| [10.Preamble] A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | See above evidence regarding Claim 1 Preamble. |
| [10.a.1] a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information, | "a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string" ('640 Patent, Claim 18.)<br><br>"Network distributed tracking wire transfer protocol" ('640 Patent, Title.)<br><br>"A network distributed tracking wire transfer protocol for storing and retrieving data across a distributed data collection. The protocol includes a location string for specifying the network location of data associated with an entity in the distributed data collection, and an identification string for specifying the identity of an entity in the distributed data collection. … A method for using the protocol in a distributed data collection environment and a system for implementing the protocol are also provided." ('640 Patent, Abstract.) |
| [10.a.2] and comprising at least one application server address, | "the data location server contains the location string associated with the identification string provided in the data location request" ('640 Patent, claim 18.) |
| [10.a.3] wherein the plurality of location servers are arranged in a cluster topology such that each location server contains a unique set of location information of an aggregate set of the location information; and | "The redirection mechanisms allow cluster and hierarchical topologies, and mixtures of such topologies." ('640 Patent, 14:28-30.)<br><br>"FIG. 12 illustrates a cluster topology for client interaction with NDTP servers 120. A single client queries a first server 120a (Server0), learns of a new index location (Server1), and then contacts that server 120b (Server1) for the operations it wishes to execute on the index that the client identifies. The basic idea is that a client asks a server 120a to process an index operation. If the contacted server 120a does not have all the information, as for example in a |

3

redirect, then it passes the request to another server 120b." ('640 Patent, 17:61-62.)



('640 Patent Fig. 12.)

| | |
|---|---|
| [10.b] programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server does not contain location | "if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string; if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the |

4

| | |
|---|---|
| information relevant to the desired identifier, wherein the redirect message comprises information for finding a location server having location information related to the desired identifier. | different data location server contains the location string." ('640 Patent, Claim 18.) |
| [14.Preamble] A method of handling location queries in a network, the network comprising a plurality of location servers, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location, the method comprising: | "A system for retrieving data location information for data stored in a distributed network, the system comprising" … "a client responsive to a data query to query a data location server for location information associated with an identifier string" and "a data location server network comprising a plurality of data location servers, . . . containing location information associated with an identifer string" ('640 Patent, Claim 18.)<br><br>"if the data location server does not contain the location string associated with the identification string, … the different data location server contains the location string." (*Id.*) |
| [14.a] receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location; | "a client responsive to a data query to query a data location server for location information associated with the identifier string" ('640 Patent, Claim 18.)<br><br>"each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client" ('640 Patent, Claim 18.) |
| [14.b] sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location response message comprising location information identifying at least one application server containing information relevant to the entity identified in the query; and | "A data location server network . . . wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client: if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string." ('640 Patent, Claim 18.) |
| [14.c] sending a redirect message to the client if the queried location server does not contain data | "if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the |

5

| | |
|---|---|
| location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query. | client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string." ('640 Patent, Claim 18.) |
| [31.Preamble] A system for managing location information and providing location information to location queries, the system comprising: | "A system for retrieving data location information for data stored in a distributed network, the system comprising" … "a client responsive to a data query to query a data location server for location information" and "a data location server network comprising a plurality of data location servers" ('640 Patent, Claim 18.) |
| [31.a] a location server operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each location specifies a location of data in a network pertaining to the entity, the location server containing location information corresponding to at least one entity and formatted according to the transfer protocol, and wherein the location of data for the location comprises an application server in communication with the network; and | "a data repository configured to store data, wherein the data is associated with an identifier string" ('640 patent, Claim 18.)<br><br>"a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string" (*Id.*)<br><br>"Network distributed tracking wire transfer protocol" ('640 Patent, Title.)<br><br>"A network distributed tracking wire transfer protocol for storing and retrieving data across a distributed data collection. The protocol includes a location string for specifying the network location of data associated with an entity in the distributed data collection, and an identification string for specifying the identity of an entity in the distributed data collection. … A method for using the protocol in a distributed data collection environment and a system for implementing the protocol are also provided." ('640 Patent, Abstract.) |
| [31.b] programming logic stored on the location server responsive to a location query identifying a desired entity to return a location message, the location message comprising locations associated with the desired entity, wherein the location server | "A data location server network . . . wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client: if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits |

6

| | |
|---|---|
| returns the location message if the location server contains location information for the desired entity. | location information for use by the client to calculate a location of the data associated with the identification string." ('640 Patent, Claim 18.) |

# Double Patenting Claim Chart
## U.S. Patent No. 7,233,978 In View of U.S. Patent No. 7,814,170

| U.S. Patent No. 7,233,978 | Disclosures of U.S. Patent No. 7,814,170 |
|---|---|
| [1.Preamble] A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | "A system for managing data location information and providing the data location information in response to location queries" ('170 patent, Claim 6.) |
| [1.a.1] a first location server containing a first set of location information corresponding to at least one entity, | "location server configured to receive a location addition request … comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity" ('170 patent, Claim 6.) |
| [1.a.2] the location information comprising an identifier and at least one location string associated with the identifier, | "location addition request … comprising an identifier and at least one location to associate with the identifier" ('170 patent, Claim 6.) |
| [1.a.3] wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity | "wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity" ('170 patent, Claim 6.) |
| [1.b] a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first set of location information; and | "if the location server lacks the location information for the desired entity … at least one other location server [is] known to have the location information for the desired entity." ('170 patent, Claim 6.) |
| [1.c.1] programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, | "programming logic stored on the location server, wherein the programming logic is configured to return, in response to a location query related to a desired entity, a location message" ('170 patent, Claim 6.) |
| [1.c.2] the location message comprising at least one location of data pertaining to the desired entity, if | "the location message … comprising at least one location associated with the desired entity, wherein the programming logic is further configured to return the |

| | |
|---|---|
| the location server receiving the location query contains location information for the desired entity. | location message if the location server contains location information for the desired entity" ('170 patent, Claim 6.) |
| [3] The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query. | See above evidence regarding Claim 1.<br><br>"the location message … comprising at least one location associated with the desired entity, wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity, and wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect message comprising a list of at least one other location server known to have the location information for the desired entity" ('170 patent, Claim 6.) |
| [6] The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table. | See evidence above regarding Claim 1.<br><br>"The system of claim 6, wherein the location information in the location server is maintained in an indexed location store." ('170 Patent, Claim 9.)<br><br>"The system of claim 9, wherein the indexed location store comprises a string store indexed by a hash table." ('170 Patent, Claim 10.) |
| [10.Preamble] A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | See above evidence regarding Claim 1 Preamble. |

| | |
|---|---|
| [10.a.1] a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information, | "A system for managing data location information and providing the data location information in response to location queries" ('170 patent, Claim 6.)<br><br>"A location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier" ('170 Patent, Claim 6.)<br><br>"the location message in conformance with the transfer protocol and comprising at least one location associated with the desired entity" (*Id.*)<br><br>The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information. (*Id.*, Claim 8.) |
| [10.a.2] and comprising at least one application server address, | "each one of the at least one location specifies a location of data in a network" ('170 Patent, claim 6.) |
| [10.a.3] wherein the plurality of location servers are arranged in a cluster topology such that each location server contains a unique set of location information of an aggregate set of the location information; and | "The redirection mechanisms allow cluster and hierarchical topologies, and mixtures of such topologies." ('170 Patent, 14:43-45.)<br><br>"FIG. 12 illustrates a cluster topology for client interaction with NDTP servers 120. A single client queries a first server 120a (Server0), learns of a new index location (Server1), and then contacts that server 120b (Server1) for the operations it wishes to execute on the index that the client identifies. The basic idea is that a client asks a server 120a to process an index operation. If the contacted server 120a does not have all the information, as for example in a redirect, then it passes the request to another server 120b." ('170 Patent, 18:9-19.) |



('170 Patent Fig. 12.)

| | |
|---|---|
| "data location information for a plurality of data entities is stored in the data location server network … each one of the plurality of data location servers comprises a processor and a portion of the data location information" ('170 Patent, Claim 1.) | |

"data location information for a plurality of data entities is stored in the data location server network … each one of the plurality of data location servers comprises a processor and a portion of the data location information" ('170 Patent, Claim 1.)

The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information. (*Id.*, Claim 8.)

| | |
|---|---|
| [10.b] programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a | "programming logic stored on the location server, wherein the programming logic is configured to return, in response to a location query related to a desired entity, a location message, the location message in conformance with the transfer |

11

| | |
|---|---|
| location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server does not contain location information relevant to the desired identifier, wherein the redirect message comprises information for finding a location server having location information related to the desired identifier. | protocol and comprising at least one location associated with the desired entity, wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity, and wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect message comprising a list of at least one other location server known to have the location information for the desired entity." ('170 Patent, Claim 6.) |
| [14.Preamble] A method of handling location queries in a network, the network comprising a plurality of location servers, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location, the method comprising: | "A method of handling location queries in a network, the network comprising a plurality of location servers including data location information, the method comprising: correlating each one of a plurality of identifiers with at least one of a plurality of locations in the network" ('170 Patent, Claim 15.)<br><br>"data location information for a plurality of data entities is stored in the data location server network … each one of the plurality of data location servers comprises a processor and a portion of the data location information" ('170 Patent, Claim 1.) |
| [14.a] receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location; | "receiving a location query from a client at one of the plurality of location servers, the location query requesting location information identifying a location of a data entity included in the data entities." ('170 Patent, Claim 15.) |
| [14.b] sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location response message comprising location information identifying at least one application server containing information relevant to the entity identified in the query; and | "determining which of the plurality of location servers includes the location information; sending a location response message to the client in response to determining the one of the plurality of location servers includes the location information, the location response message comprising the location information." ('170 Patent, Claim 15.) |

| | |
|---|---|
| [14.c] sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query. | "sending a redirect message to the client in response to determining the one of the plurality of location servers fails to include the location information, the redirect message identifying which of the plurality of location servers includes the location information." ('170 Patent, Claim 15.) |
| [31.Preamble] A system for managing location information and providing location information to location queries, the system comprising: | "A system for managing data location information and providing the data location information in response to location queries." ('170 Patent, Claim 6.) |
| [31.a] a location server operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each location specifies a location of data in a network pertaining to the entity, the location server containing location information corresponding to at least one entity and formatted according to the transfer protocol, and wherein the location of data for the location comprises an application server in communication with the network; and | "A system for managing data location information and providing the data location information in response to location queries, the system comprising:<br><br>a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity" ('170 Patent, Claim 6.) |
| [31.b] programming logic stored on the location server responsive to a location query identifying a desired entity to return a location message, the location message comprising locations associated with the desired entity, wherein the location server returns the location message if the location server contains location information for the desired entity. | "programming logic stored on the location server, wherein the programming logic is configured to return, in response to a location query related to a desired entity, a location message, the location message in conformance with the transfer protocol and comprising at least one location associated with the desired entity, wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity." ('170 Patent, Claim 6.) |

13