# EXHIBIT A



Jaime Cardenas-Navia  
Direct Dial: (646) 921-1474  
jcardenas-navia@reichmanjorgensen.com

100 Park Avenue  
Suite 1600  
New York, NY 10017

December 2, 2019

**By E-Mail**

Michael G. Babbitt  
Jenner & Block LLP  
353 North Clark St.  
Chicago, IL 60654  
mbabbitt@jenner.com

RE: *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Counsel,

Pursuant to Local Patent Rule 3.1 and the modified Scheduling Order (Dkt No. 80), Kove hereby identifies its asserted claims:

- '170 Patent: claims 1, 2, 6, 8, 12, 15, 17
- '640 Patent: claims 17, 18, 24
- '978 Patent: claims 1, 3, 6, 10, 14, 17, 23, 24, 30, 31

Best regards,

Jaime Cardenas-Navia