UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RISHI SHAH,<br>SHRADHA AGARWAL,<br>BRAD PURDY, and<br>ASHIK DESAI | No. 19 CR 864<br><br>Judge Thomas M. Durkin |

## NOTICE OF MOTION

Please take notice that on Thursday, July 16, 2020, at 9:00 a.m., in Courtroom 1441, I shall appear before the Honorable Thomas M. Durkin in the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, and shall present the government's JOINT MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS.

                                        Respectfully submitted,

                                        LINDSAY JENKINS
                                        Attorney for the United States
                                        Acting Under Authority Conferred
                                        By 28 U.S.C. § 515
                                        Northern District of Illinois

              By:    <u>/s/ Matthew F. Madden</u>
                        Matthew F. Madden
                        Saurish Appleby-Bhattacharjee
                        Assistant United States Attorneys
                        219 S. Dearborn Street, Rm. 500
                        Chicago, Illinois 60604
                        (312) 353-5300

        ROBERT ZINK
        Chief, Fraud Section
        Criminal Division

By:    <u>/s/ William Johnston</u>
        William Johnston
        Assistant Chief
        Kyle C. Hankey
        Trial Attorney

        RISHI SHAH

By:    <u>/s/ John Hueston</u>
        John Hueston
        Vicki Chou
        Michael Todisco
        Counsel for Rishi Shah
        Hueston Hennigan LLP
        620 Newport Center Drive, Suite 1300
        Newport Beach, CA 92660
        (949) 229-8640

        SHRADHA AGARWAL

By:    <u>/s/ Stephen Larson</u>
        Stephen Larson
        Koren Bell
        Counsel for Shradha Agarwal
        Larson O'Brien LLP
        555 S. Flower Street
        Suite 4400
        Los Angeles, CA 90071

By:    <u>/s/ Patrick Blegan</u>
        Patrick Blegan
        Counsel for Shradha Agarwal
        Blegen & Garvey
        53 West Jackson Boulevard
        Suite 1437
        Chicago, IL 60604

BRAD PURDY

By: /s/ Theodore Poulos
Theodore Poulos
Emily Vermylen
Counsel for Brad Purdy
33 North Dearborn, Suite 600
Chicago, IL 60602
(312) 263-0345

Dated: July 10, 2020