# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                   Case No.: 1:19−cr−00864

                                                                Honorable Thomas M. Durkin

Ashik Desai, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 10, 2020:

        MINUTE entry before the Honorable Thomas M. Durkin:Government's joint motion for early return of trial subpoenas [134] is granted as to Rishi Shah, Shradha Agarwal, Brad Purdy, and Ashik Desai. No appearance is required on 7/16/2020. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.