UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Kove IO, Inc., | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:18-cv-08175 |
| | ) | Hon. Rebecca R. Pallmeyer |
| Amazon Web Services, Inc., | ) ) | |
| Defendant. | ) ) | |

# [PROPOSED] SCHEDULING ORDER

The Court hereby sets the following case deadline, good cause having been found therefor:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Kove's Answer to Amazon's Counterclaims | May 22, 2020 | June 22, 2020. By agreement of the parties, this deadline shall not be extended by virtue of any General Order entered by this Court relating to the Coronavirus COVID-19 Public Emergency. |

**IT IS SO ORDERED.**

Date:    /s/_____
HON. REBECCA R. PALLMEYER
UNITED STATES DISTRICT JUDGE

1