# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Ashik Desai, et al.

Defendant.

Case No.: 1:19−cr−00864
Honorable Thomas M. Durkin

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 15, 2020:

MINUTE entry before the Honorable Thomas M. Durkin:as to Ashik Desai, Rishi Shah, Shradha Agarwal, Brad Purdy, Telephone conference held on 7/15/2020. Telephone Conference set for 8/6/2020 at 01:00 PM. The parties are to call 877−402−9757, access code 4410831. In the interest of justice and without objection, time is excluded from 7/15/2020 to and including 8/6/2020 under 18:3161(h)(7)(B)(iv) of the Speedy Trial Act. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.