UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:18-cv-08175 ) ) Hon. Rebecca R. Pallmeyer |
| Amazon Web Services, Inc., | ) ) |
| Defendant. | ) ) |

**UNOPPOSED MOTION FOR MODIFICATION OF CASE SCHEDULE**

Plaintiff Kove IO, Inc. ("Kove") respectfully requests that the Court extend by three days Kove's deadline to respond to Defendant Amazon Web Services, Inc.'s Motion for Judgment on the Pleadings (ECF No. 131). In support thereof, Kove states the following:

1. On May 1, 2020, Amazon Web Services, Inc. ("AWS") filed its Motion for Judgment on the Pleadings.

2. The date to respond to AWS's motion is currently set for May 26, 2020.

3. On May 25, 2020, Kove discussed scheduling issues with AWS, and AWS agreed that it would not oppose Kove's request to extend the time to respond to AWS's Motion for Judgment on the Pleadings from May 26, 2020, to May 29, 2020 and AWS's time to reply to Kove's response from June 9, 2020, to June 12, 2020.

4. A Proposed Scheduling Order is submitted herewith.

WHEREFORE Kove respectfully requests that the Court grant this Motion and enter the attached Proposed Scheduling Order.

1

May 26, 2020

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
Reichman Jorgensen LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (404) 609-1040
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Reichman Jorgensen LLP
1615 M Street, NW, Suite 300
Washington, DC 20036
Telephone: (202) 894-7310
Telecopier: (650) 623-1449

Khue Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Wesley White (*pro hac vice*)
wwhite@reichmanjorgensen.com
Rahul Sarkar (*pro hac vice*)
rsarkar@reichmanjorgensen.com
Michael W. Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

Respectfully submitted,

/s/ Khue Hoang

Renato Mariotti
rmariotti@thompsoncoburn.com
Holly H. Campbell
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard
(Identification No. 155188)
sballard@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Joachim B. Steinberg (*pro hac vice*)
jsteinberg@reichmanjorgensen.com
Michael G. Flanigan
(State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

*Attorneys for Kove IO, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2020, I caused a true and correct copy of the foregoing motion to be served on all counsel of record via the Court's ECF system,

                                                */s/ Khue Hoang*
                                                Khue V. Hoang
                                                Reichman Jorgensen LLP
                                                750 Third Avenue, Suite 2400
                                                New York, NY 10017
                                                Telephone: (212) 381-1965