## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Kove IO, Inc.

                        Plaintiff,

v.
                                         Case No.: 1:18–cv–08175

                                         Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 27, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's unopposed motion for modification of case schedule [140] is granted. Date for Plaintiff to respond to AWS's Motion for Judgment on the Pleadings [131] is extended to May 29, 2020. Reply date is extended to June 12, 2020. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.