UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:18-cv-08175 |
| v. | ) |
| | ) Hon. Rebecca R. Pallmeyer |
| Amazon Web Services, Inc., | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR MODIFICATION OF CASE SCHEDULE**

Plaintiff Kove IO, Inc. ("Kove") respectfully requests that the Court extend by three days Kove's deadline to respond to Defendant Amazon Web Services, Inc.'s Motion to Conduct *In Camera* Review and to Compel Production (ECF No. 122). In support thereof, Kove states the following:

1. On April 23, 2020, Amazon Web Services, Inc. ("AWS") filed its Motion to Conduct *In Camera* Review and to Compel Production.

2. On April 24, AWS filed its Supplement to Motion to Conduct *In Camera* Review and to Compel Production (ECF No. 126).

3. On April 25, AWS filed its Corrected Supplement to Motion to Conduct *In Camera* Review and to Compel Production (ECF No. 127).

4. The date to respond to AWS's motion is currently set for May 28, 2020.

5. On May 27, 2020, Kove discussed scheduling issues with AWS, and AWS agreed that it would not oppose Kove's request to extend the time to respond to AWS's Motion to

1

Conduct *In Camera* Review from May 28, 2020, to June 1, 2020 and AWS's time to reply to Kove's response from June 4, 2020, to June 8, 2020.

  6.  A Proposed Scheduling Order is submitted herewith.

WHEREFORE Kove respectfully requests that the Court grant this Motion and enter the attached Proposed Scheduling Order.

May 28, 2020

Respectfully submitted,

/s/ Khue Hoang

Renato Mariotti
rmariotti@thompsoncoburn.com
Holly H. Campbell
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
Reichman Jorgensen LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (404) 609-1040
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Reichman Jorgensen LLP
1615 M Street, NW, Suite 300
Washington, DC 20036
Telephone: (202) 894-7310
Telecopier: (650) 623-1449

Khue Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Wesley White (*pro hac vice*)
wwhite@reichmanjorgensen.com
Rahul Sarkar (*pro hac vice*)
rsarkar@reichmanjorgensen.com
Michael W. Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard
(Identification No. 155188)
sballard@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Joachim B. Steinberg (*pro hac vice*)
jsteinberg@reichmanjorgensen.com
Michael G. Flanigan
(State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

*Attorneys for Kove IO, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2020, I electronically filed the foregoing Plaintiff's Unopposed Motion for Modification of Case Schedule with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *Holly H. Campbell*
Holly H. Campbell
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603