# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Kove IO, Inc.

        Plaintiff,

v.               Case No.: 1:18−cv−08175
                Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 28, 2020:

  MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's unopposed motion for modification of case schedule [143] is granted. Date for Plaintiff to respond to AWS's Motion to conduct in camera review and compel production [122] is extended to June 1, 2020. Reply date is extended to June 8, 2020. Parties are directed to file a joint status report by 6/26/2020. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.