# TAB A

**TAB A**

| <u>U.S. Patent No. 7,233,978</u> | <u>U.S. Patent No. 7,103,640</u> | <u>Disputed Claim Limitations[1]</u> |
|---|---|---|
| [1.Preamble] A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising:<br><br>[1.a.1] a first location server containing a first set of location information corresponding to at least one entity,<br><br>[1.a.2] the location information comprising an identifier and at least one location string associated with the identifier,<br><br>[1.a.3] wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity<br><br>[1.b] a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first set of location information; and<br><br>[1.c.1] programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, | [18 Preamble] A system for retrieving data location information for data stored in a distributed network, the system comprising:<br><br>[18.a] a data repository configured to store data, wherein the data is associated with an identifier string;<br><br>[18.b] a client responsive to a data query to query a data location server for location information associated with the identifier string;<br><br>[18.c] a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string, wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client:<br><br>[18.d] if the data location server contains the location string associated with the identification string provided in the data location request, data location server transmits location information for use by the client to calculate a location of the data associated with the identification string;<br><br>[18.e] if the data location server does not contain the location string associated with the identification string, | **Claim 1:**<br>[1.Preamble]<br>• "A system…for managing location information"<br>[1.a.2]<br>• "the location information comprising an identifier and at least one location string associated with the identifier"<br>[1.a.3]<br>• "wherein the identifier identifies the entity"<br>[1.b]<br>• "a second location server comprising a second set of location information"<br>• "wherein at least a portion of the second set of location information differs from the first set of location information."<br>[1.c.1]<br>• "a location message"<br>[1.c.2]<br>• "the location message comprising at least one location of data pertaining to the desired entity" |

---

[1] These terms are intended to be exemplary. Because AWS does not identify specific terms requiring construction or present any argument relating thereto, Kove is unable to ascertain at this stage which terms will ultimately be in dispute.

| | | |
|---|---|---|
| [1.c.2] the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity. | the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. | |
| [3] The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query. | See claim 18 above. | **Claim 3:**<br>[1.Preamble]<br>• "A system…for managing location information"<br>[1.a.2]<br>• "the location information comprising an identifier and at least one location string associated with the identifier"<br>[1.a.3]<br>• "wherein the identifier identifies the entity"<br>[1.b]<br>• "a second location server comprising a second set of location information"<br>• "wherein at least a portion of the second set of location information differs from the first set of location information."<br>[1.c.1]<br>• "a location message"<br>[1.c.2]<br>• "the location message comprising at least one location of data pertaining to the desired entity"<br>[3]<br>• "the redirect message comprising information for finding a location server known to have information relevant to the location query." |

| | | |
|---|---|---|
| [6] The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table. | See claim 18 above.<br><br>[24] The system of claim 18, wherein the location information comprises a portion of a hash table distributed over the plurality of data location servers. | **Claim 6:**<br>[1.Preamble]<br>• "A system…for managing location information"<br>[1.a.2]<br>• "the location information comprising an identifier and at least one location string associated with the identifier"<br>[1.a.3]<br>• "wherein the identifier identifies the entity"<br>[1.b]<br>• "a second location server comprising a second set of location information"<br>• "wherein at least a portion of the second set of location information differs from the first set of location information."<br>[1.c.1]<br>• "a location message"<br>[1.c.2]<br>• "the location message comprising at least one location of data pertaining to the desired entity"<br>[6]<br>• "the location information…is maintained in an indexed location store" |

| | | |
|---|---|---|
| [10.Preamble] A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising:<br><br>[10.a.1] a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information,<br><br>[10.a.2] and comprising at least one application server address,<br><br>[10.a.3] wherein the plurality of location servers are arranged in a cluster topology such that each location server contains a unique set of location information of an aggregate set of the location information; and<br><br>[10.b] programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server does not contain location information relevant to the desired identifier, wherein the redirect message comprises information for finding a location server having location information related to the desired identifier. | See claim 18 above. | **Claim 10:**<br><br>[10.Preamble]<br>&bull; "A system…for managing location information"<br>[10.a.1]<br>&bull; "a plurality of location servers containing location information corresponding to a plurality of entities"<br>&bull; "location information formatted according to a transfer protocol"<br>[10.a.2]<br>&bull; "comprising at least one application server address"<br>[10.a.3]<br>&bull; "a cluster topology"<br>&bull; "each location server contains a unique set of location information"<br>[10.b]<br>&bull; "a location message"<br>&bull; "the redirect message comprises information for finding a location server having location information related to the desired identifier." |

| | | |
|---|---|---|
| [14.Preamble] A method of handling location queries in a network, the network comprising a plurality of location servers, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location, the method comprising:<br><br>[14.a] receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location;<br><br>[14.b] sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location response message comprising location information identifying at least one application server containing information relevant to the entity identified in the query; and<br><br>[14.c] sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query. | See claim 18 above. | **Claim 14:**<br>[14.Preamble]<br>• "each location server containing a unique set of location information"<br>[14.b]<br>• "location response message"<br>[14.c]<br>• "the redirect message comprising information for finding a location server storing the entity identified in the query." |

| | | |
|---|---|---|
| [31.Preamble] A system for managing location information and providing location information to location queries, the system comprising:<br><br>[31.a] a location server operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each location specifies a location of data in a network pertaining to the entity, the location server containing location information corresponding to at least one entity and formatted according to the transfer protocol, and wherein the location of data for the location comprises an application server in communication with the network; and<br><br>[31.b] programming logic stored on the location server responsive to a location query identifying a desired entity to return a location message, the location message comprising locations associated with the desired entity, wherein the location server returns the location message if the location server contains location information for the desired entity. | See claim 18 above. | **Claim 31:**<br>[31.Preamble]<br>• "A system for managing location information"<br>[31.a]<br>• "location information…formatted according to the transfer protocol"<br>• "wherein the identifier uniquely specifies an entity"<br>• "wherein the location of data…comprises an application server in communication with the network."<br>[31.b]<br>• "location message comprising locations associated with the desired entity"<br>• "location query identifying a desired entity" |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 7,814,170 | Disputed Claim Limitations |
|---|---|---|
| [1.Preamble] A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising:<br><br>[1.a.1] a first location server containing a first set of location information corresponding to at least one entity,<br><br>[1.a.2] the location information comprising an identifier and at least one location string associated with the identifier,<br><br>[1.a.3] wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity<br><br>[1.b] a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first set of location information; and<br><br>[1.c.1] programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message,<br><br>[1.c.2] the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity. | [6.Preamble] A system for managing data location information and providing the data location information in response to location queries, the system comprising:<br><br>a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier,<br><br>wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity;<br><br>wherein the location server includes a processor; and<br><br>programming logic stored on the location server, wherein the programming logic is configured to return, in response to a location query related to a desired entity, a location message, the location message in conformance with the transfer protocol and comprising at least one location associated with the desired entity,<br><br>wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity, and wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect message comprising a list of at least one other location server known to have the location information for the desired entity. | **Claim 1:**<br>[1.a.2]<br><ul><li>"location information comprising an identifier and at least one location string associated with the identifier"</li><li>"location string"</li></ul>[1.b]<br><ul><li>"a second location server comprising a second set of location information"</li><li>"wherein at least a portion of the second set of location information differs from the first set of location information."</li></ul> |

| | | |
|---|---|---|
| [3] The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query. | See Claim 6 above. | **Claim 3:**<br>[1.a.2]<br>• "location information comprising an identifier and at least one location string associated with the identifier"<br>• "location string"<br><br>[1.b]<br>• "a second location server comprising a second set of location information"<br>• "wherein at least a portion of the second set of location information differs from the first set of location information."<br>[3]<br>• "a redirect message comprising information for finding a location server known to have location information relevant to the location query" |
| [6] The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table. | See Claim 6 above.<br><br>[9] The system of claim 6, wherein the location information in the location server is maintained in an indexed location store.<br><br>[10] The system of claim 9, wherein the indexed location store comprises a string store indexed by a hash table. | **Claim 6:**<br>[1.a.2]<br>• "location information comprising an identifier and at least one location string associated with the identifier"<br>• "location string"<br>[1.b]<br>• "a second location server comprising a second set of location information"<br>• "wherein at least a portion of the second set of location information differs from the first set of location information." |

8

| | | |
|---|---|---|
| | | [6]<br>• "the location information…is maintained in an indexed location store" |
| [10.Preamble] A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising:<br><br>[10.a.1] a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information,<br><br>[10.a.2] and comprising at least one application server address,<br><br>[10.a.3] wherein the plurality of location servers are arranged in a cluster topology such that each location server contains a unique set of location information of an aggregate set of the location information; and<br><br>[10.b] programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server does not contain location information relevant to the desired identifier, wherein the redirect message comprises information for finding a location server having | See Claim 6 above. | **Claim 10:**<br>[10.a.1]<br>• "location information formatted according to a transfer protocol"<br>[10.a.2]<br>• "at least one application server address"<br>[10.a.3]<br>• "a cluster topology"<br>• "each location server contains a unique set of location information"<br>[10.b]<br>• "redirect message comprises information for finding a location server having location information related to the desired identifier." |

| | | |
|---|---|---|
| location information related to the desired identifier. | | |
| [14.Preamble] A method of handling location queries in a network, the network comprising a plurality of location servers, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location, the method comprising:<br><br>[14.a] receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location;<br><br>[14.b] sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location response message comprising location information identifying at least one application server containing information relevant to the entity identified in the query; and<br><br>[14.c] sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query. | [15.Preamble] A method of handling location queries in a network, the network comprising a plurality of location servers including data location information, the method comprising:<br><br>[15.a] correlating each one of a plurality of identifiers with at least one of a plurality of locations in the network, each one of the plurality of identifiers identifying a respective one of a plurality of data entities, wherein the data entities are stored in corresponding locations in the network;<br><br>[15.b] receiving a location query from a client at one of the plurality of location servers, the location query requesting location information identifying a location of a data entity included in the data entities;<br><br>[15.c] determining which of the plurality of location servers includes the location information;<br><br>[15.d] sending a location response message to the client in response to determining the one of the plurality of location servers includes the location information, the location response message comprising the location information; and<br><br>[15.e] sending a redirect message to the client in response to determining the one of the plurality of location servers fails to include the location information, the redirect message identifying which of the plurality of location servers includes the location information. | **Claim 14:**<br>[14.Preamble]<br>• "each location server containing a unique set of location information"<br>[14.b]<br>• "location response message"<br>[14.c]<br>• "the redirect message comprising information for finding a location server storing the entity identified in the query." |

| | | |
|---|---|---|
| [31.Preamble] A system for managing location information and providing location information to location queries, the system comprising:<br><br>[31.a] a location server operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each location specifies a location of data in a network pertaining to the entity, the location server containing location information corresponding to at least one entity and formatted according to the transfer protocol, and wherein the location of data for the location comprises an application server in communication with the network; and<br><br>[31.b] programming logic stored on the location server responsive to a location query identifying a desired entity to return a location message, the location message comprising locations associated with the desired entity, wherein the location server returns the location message if the location server contains location information for the desired entity. | See claim 6 above. | **Claim 31:**<br>[31.a]<br>• "location information…formatted according to the transfer protocol"<br>• "the location server containing location information corresponding to at least one entity"<br>• "wherein the identifier uniquely specifies an entity"<br>• "wherein the location of data…comprises an application server in communication with the network."<br>[31.b]<br>• "location query identifying a desired entity" |