# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

**DECLARATION OF MICHAEL MARVIN IN SUPPORT OF PLAINTIFF KOVE'S OPPOSITION TO AMAZON WEB SERVICES' MOTION TO CONDUCT *IN CAMERA* REVIEW AND TO COMPEL PRODUCTION AND SUPPLEMENT TO MOTION**

I, Michael Marvin, declare as follows:

1. I am an attorney at Reichman Jorgensen LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above referenced action. I am admitted to practice in the State of New York and I have been admitted to appear in this case *pro hac vice*. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify thereto. I submit this declaration in support of Kove's Opposition to Amazon Web Services' Motion to Conduct *In Camera* Review and to Compel Production and Supplement to Motion.

2. Attached as Exhibit A is a true and correct copy of a note dated June 20, 2005 and authored by John Overton. It was initially produced bearing Bates stamp KOV_00039114 on February 14, 2020, and then re-produced bearing Bates stamp KOV_00057795 on May 11, 2020.

3. Exhibit A states, "These materials were not given to the patent examiner." The "materials" Exhibit A refers to are documents bearing control numbers CTRL000020109, CTRL000020110, and CTRL000020111. Exhibit A does not refer to the Karger reference or any other documents.

4. The Karger reference was initially produced bearing Bates stamp KOV_00039222.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles, California, on the 1st day of June, 2020.

*/s/ Michael Marvin*
Michael Marvin

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.


                                                /s/     *Holly Campbell*
                                                        Holly Campbell

# EXHIBIT A

These materials were not given to the patent examiner.

- JKO

2005-06-20

KOV_00057795