# EXHIBIT R

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | ) |
|                 Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:18-cv-08175 |
| | ) |
| AMAZON WEB SERVICES, INC., | ) Hon. Rebecca R. Pallmeyer |
| | ) |
|                 Defendant. | ) |
| | ) |
| | ) |

## DECLARATION OF MICHAEL T. WERNER

I, Michael T. Werner, declare as follows:

1. I am an attorney with the law firm of Jenner & Block LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above captioned matter. I submit this declaration in support of the Reply in Support of its Motion to Conduct *In Camera* Review and to Compel Production by AWS.

2. On March 12, 2020, counsel for AWS sent a letter to counsel for Kove requesting information regarding the timing and contents of several documents that Kove produced in February 2020. On April 1, Kove demanded that AWS destroy all copies of its March 12 letter and replace it with a version that redacts information related to the documents that were subject to Kove's clawback request. A true and correct copy of an email chain discussing Kove's demand that AWS destroy its March 12 letter is attached as Exhibit DD. AWS complied with Kove's demand and, on April 21, destroyed all unredacted copies of the March 12 letter. AWS replaced the unredacted version of its March 12 letter with a redacted version that was agreed upon with Kove as sufficient to satisfy AWS's obligations under the protective order. (Ex. DD.) Kove has

1

since reproduced the documents described in the March 12 letter with the majority of their contents unredacted.

3. AWS filed its Motion to Conduct *In Camera* Review and to Compel Production ("Motion to Compel") on April 23, 2020. After AWS filed that motion, we received an email from Kove's counsel clawing back KOV_00057037 and KOV_00057069, which were attached as Exhibits N and O to AWS's Motion to Compel. A copy of that email is attached as Exhibit CC. On April 24, AWS filed a Supplemental Motion to Compel, notifying the Court that Kove had claimed privilege over Exhibits N and O to its Motion to Compel and asking the Court to perform an *in camera* review of those documents. On May 11, Kove reproduced KOV_00057037 and KOV_00057069, with no redactions.

4. On May 12, at Kove's request, counsel for AWS and counsel for Kove participated in a call to meet and confer further regarding the issues raised in AWS's Motion to Compel. I participated in that call. On that call, Kove's counsel stated for the first time that the Carmichael Letter was never sent to Mr. Carmichael. Counsel for Kove also stated that Kove's claim of privilege over that document was based on the fact that the content of that letter reflects advice given by another lawyer. We informed Kove's counsel that AWS maintains its objection to Kove's claim of privilege over the Carmichael Letter and asked them to provide a corrected privilege log identifying Kove's new basis for its claim of privilege.

5. In that same call, we discussed the Technical Documents. Kove's counsel told us that the basis for Kove's claim of privilege over these documents is that they contain or reflect a discussion of the inventor's patent prosecution strategy.

6. In the May 12 call, we discussed the Overton Notes. In that call, Kove's counsel took the position that the Overton Notes are protected by the attorney-client privilege because they reflect the inventor's "prosecution strategy moving into the future."

7. On May 27, Kove produced a redacted version of the Carmichael Letter. A true and correct copy of the redacted version of the Carmichael Letter that was produced on May 27 is attached as Exhibit U. Kove's May 27 production also included reproductions in either full or redacted form of several of the other documents that were at issue in AWS's Motion to Compel.

8. CTRL000020109 and CTRL000020111 (the "Technical Documents") were originally produced to AWS in fully unredacted form. On March 12, Kove clawed back CTRL000020109 and CTRL000020111. On May 11, Kove reproduced CTRL000020109 and CTRL000020111, and produced CTRL000020110 for the first time, all three with their contents fully redacted. A true and correct copy of CTRL000020109, as it was produced by Kove on May 11, is attached as Exhibit W. A true and correct copy of CTRL000020110, as it was produced by Kove on May 11, is attached as Exhibit X. A true and correct copy of CTRL000020111, as it was produced by Kove on May 11, is attached as Exhibit Y.

9. CTRL0000021381 (one of the "Overton Notes") was originally produced to AWS . On March 12, Kove clawed back CTRL0000021381. On May 11, Kove reproduced CTRL0000021381 and produced CTRL0000019950 (a second one of the "Overton Notes") for the first time, both documents containing partial redactions. CTRL0000019952 (the third of the "Overton Notes") has not been produced to AWS. A true and correct copy of CTRL0000019950, as it was produced by Kove on May 11, is attached as Exhibit EE. A true and correct copy of CTRL0000021381, as it was produced by Kove on May 11, is attached as Exhibit FF.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on this 8th day of June, 2020.

/s/ Michael T. Werner