# EXHIBIT S

| | |
|---|---|
| **From:** | Barron, Timothy J. |
| **Sent:** | Thursday, May 28, 2020 2:02 PM |
| **To:** | Jaime F. Cardenas-Navia |
| **Cc:** | RJ_Kove_AWS; Mascherin, Terri L.; Unikowsky, Adam G.; Werner, Michael T.; Mitchell, Cayman C. |
| **Subject:** | Kove IO v. AWS: Topics for Tomorrow's Meet-and-Confer Call |

Counsel,

Before our scheduled meet-and-confer call tomorrow, I wanted to inquire about the status of the matters we discussed in our May 12 call relating to AWS's discovery requests and Kove's responses. I memorialized our discussions and agreements in my May 18, 2020 letter.

  1.  In relation to KOV_0040527, you indicated in our call that the description in Kove's current privilege log is not correct because the document was never transmitted to Mr. Carmichael, as the log indicates, but instead "reflects advice given by other counsel." You have now produced a redacted version of the document, but have not yet produced an updated log to reflect Kove's current basis for asserting privilege over the redacted portions. Please let us know when you expect to produce the amended log.

  2.  As we discussed on our May 12 call, AWS believes that Kove's designations of documents as "Confidential" or "Highly Confidential" are overbroad and do not comply with the protective order. In the call, Kove asked AWS to provide its basis for challenging Kove's confidentiality designations. Although we had already done so in our March 12, 2020 letter, my May 18 letter provided even more detail regarding the bases of our objections to those designations, namely Kove's improper designation of confidentiality for: (a) public documents, (b) documents from defunct businesses, (c) documents containing no substantive information, and (d) internal communications concerning non-sensitive matters. Please update us on the status of Kove's review of its confidentiality designations.

  3.  As Kove requested, in my May 18 letter, we specified the metadata AWS is seeking, but which Kove has not provided, for the documents Kove has produced: custodian, file path, date/time created, date/time last modified, filename, file extension, author, url path, and identification of related family members or attachments. We specifically requested this metadata for KOV_00057795, a note written by one of the named inventors of the Patents-in-Suit; for KOV_0039222; and for the pages of source code Kove produced as .tif files without the associated metadata that AWS has requested. (*See, e.g.*, KOV_000008965.). Please let us know where Kove's production of this critical information stands.

  4.  On our May 12 call, Kove agreed to (a) supplement its response to Interrogatory No. 2 to provide a substantive response regarding the circumstances related to the conception and reduction to practice of the inventions claimed by the Patents-in-Suit and all related evidence and documents and (b) conduct an in-depth search of the named inventors' files to locate any documents related to the conception and reduction to practice of the claimed inventions prior to the filing of the applications that led to the patents in suit. Please update the status of your supplementation and search of the named inventors' files.

Please let us know where Kove's supplementation stands. We will be happy to discuss this during tomorrow's call.

On another issue, you requested that AWS search for additional "design documents" related to S3 and DynamoDB. Although we believe we have produced sufficient technical documentation related to both services, we agreed to investigate whether additional documentation exists in line with your request. In order to aid our

investigation, you agreed to provide examples from AWS's prior productions of the types of documents you are seeking.  Please provide those examples and we will respond to you expeditiously.

Best regards,

Tim

### Timothy J. Barron

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456  |  jenner.com
+1 312 923 8309 | TEL
+1 312 593 0461 | MOBILE
+1 312 923 8409 | FAX
TBarron@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.