# EXHIBIT CC

| | |
|---|---|
| **From:** | Jaime F. Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com> |
| **Sent:** | Thursday, April 23, 2020 7:40 PM |
| **To:** | Mascherin, Terri L.; rmariotti@thompsoncoburn.com; mparks@thompsoncoburn.com; RJ_Kove_AWS; Michael W. Marvin; Karlanna M. Lewis |
| **Cc:** | Unikowsky, Adam G.; Barron, Timothy J.; Werner, Michael T.; Garcia, Daniel O. |
| **Subject:** | RE: Kove I.O. v. AWS:  Request to Remove Confidentiality Designations |

External Email – Exercise Caution

Terri,

We are in receipt of your request, which we received yesterday evening, that Kove de-designate the three documents identified in your email.  Amazon's filing of a motion, just 24 hours after this request and without meeting and conferring, is a violation of Section 3(f) of the Protective Order as well as Judge Pallmeyer's Rules.

With respect to your request that Kove de-designate KOV_00039222, Kove agrees to do so, and will produce a replacement version tomorrow.

With respect to your request that Kove de-designate KOV_00057037 and KOV_00057069, as is apparent on the face of these documents, they are protected by attorney-client privilege.  Thus, pursuant to the Protective Order, Amazon must certify in writing within five days that AWS has destroyed the documents identified above and has made reasonably diligent efforts to identify and destroy each copy thereof and all information derived therefrom.  Any further use of such documents or information by Amazon is a violation of the Protective Order.  Kove will supplement its privilege log to address these documents.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**REICHMAN JORGENSEN LLP**
750 Third Avenue, Suite 2400
New York, NY 10017
(646) 921-1474

**From:** Mascherin, Terri L. <TMascherin@jenner.com>
**Sent:** Wednesday, April 22, 2020 2:58 PM
**To:** rmariotti@thompsoncoburn.com; mparks@thompsoncoburn.com; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; Michael W. Marvin <mmarvin@reichmanjorgensen.com>; Karlanna M. Lewis <klewis@reichmanjorgensen.com>
**Cc:** Unikowsky, Adam G. <AUnikowsky@jenner.com>; Barron, Timothy J. <TBarron@jenner.com>; Werner, Michael T. <MWerner@jenner.com>; Garcia, Daniel O. <DGarcia@jenner.com>
**Subject:** Kove I.O. v. AWS: Request to Remove Confidentiality Designations

[EXTERNAL]
Counsel:

We object to Kove's designation of the documents beginning at the following Bates Nos. as "Highly Confidential" under the terms of the Protective Order entered in this case:

KOV_00039222
KOV_00057037
KOV_00057069

Please let us know whether you will agree to remove your confidentiality designations over these documents.

Regards,
Terri

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.