IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**KOVE IO INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY TO AMAZON WEB SERVICES' MOTION TO CONDUCT *IN CAMERA* REVIEW AND TO COMPEL PRODUCTION AND SUPPLEMENT TO MOTION**

Plaintiff Kove IO, Inc. ("Kove"), by and through counsel, hereby respectfully requests leave of the Court to file a sur-reply to Amazon Web Services' (AWS's) Motion to Conduct *In Camera* Review and to Compel Production and Supplement to Motion. Kove seeks permission to file a sur-reply to correct several inaccurate arguments that AWS raised for the first time in its Reply in Support of Motion to Conduct *In Camera* Review and to Compel Production ("Reply Brief"). Specifically, Kove seeks leave to correct the following inaccurate statements made by AWS:

1. AWS's inaccurate statement that Kove conceded the document bearing the control number CTRL0000006959 "was *not* written to seek legal advice from Mr. Carmichael." Reply Br. at 5 (emphasis original).

2. AWS's inaccurate statement that the documents bearing the control numbers CTRL0000020109, CTRL0000020110, and CTRL0000020111 were "provided . . . to the patent examiner to explain the invention." Reply Br. at 8.

Kove seeks leave to file a sur-reply to correct these newly-advanced mischaracterizations, which were raised for the first time in AWS's Reply Brief, giving Kove no opportunity to address them in its Opposition. *Univ. Healthsystem Consortium v. UnitedHealth Grp.*, 68 F.Supp.3d 917, 922 (N.D. Ill. 2014) (granting leave to file a sur-reply is appropriate when a moving party raises new arguments in a reply brief, as doing so "provides the court with the information necessary to make an informed decision") (citing *In re Sulfuric Acid Antitrust Litig.*, 231 F.R.D. 320, 329 (N.D. Ill. 2005)).

In support of the present motion, Kove additionally states as follows:

1. Kove's Sur-reply to AWS's Motion to Conduct *In Camera* Review and to Compel Production and Supplement to Motion, which is filed concurrently herewith as

1

Exhibit 1, addresses only the new arguments raised in AWS's Reply Brief.

2. Counsel for AWS represents that it does not presently intend to oppose this Motion.

WHEREFORE, Kove respectfully requests that this Court grant its Motion for Leave to File a Sur-reply to AWS's Motion to Conduct *In Camera* Review and to Compel Production and Supplement to Motion.

| | |
|---|---|
| Dated: June 10, 2020 | Respectfully submitted,<br><br>/s/     *Khue Hoang*<br>Khue Hoang<br><br>Renato Mariotti (State Bar No. 6323198)<br>rmariotti@thompsoncoburn.com<br>Holly H. Campbell<br>hcampbell@thompsoncoburn.com<br>Thompson Coburn LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603<br>Telephone: (312) 346-7500<br>Telecopier: (312) 580-2201 |
| Sarah O. Jorgensen (*pro hac vice*)<br>sjorgensen@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>1201 West Peachtree, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (650) 623-1403<br>Telecopier: (650) 623-1449<br><br>Christine E. Lehman (*pro hac vice*)<br>clehman@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>818 Connecticut Avenue NW, Suite 850<br>Washington, DC 20006<br>Telephone: (202) 894-7311<br>Telecopier: (650) 623-1449<br><br>Khue Hoang (*pro hac vice*)<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia (*pro hac vice*)<br>jcardenas-navia@reichmanjorgensen.com<br>Wesley White (*pro hac vice*)<br>wwhite@reichmanjorgensen.com<br>Rahul Sarkar (*pro hac vice*)<br>rsarkar@reichmanjorgensen.com<br>Michael Marvin (*pro hac vice*)<br>mmarvin@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>750 Third Avenue, Suite 2400<br>New York, NY 10017<br>Telephone: (646) 921-1474<br>Telecopier: (212) 381-1965 | Courtland L. Reichman (*pro hac vice*)<br>creichman@reichmanjorgensen.com<br>Jennifer P. Estremera (*pro hac vice*)<br>jestremera@reichmanjorgensen.com<br>Joachim B. Steinberg (*pro hac vice*)<br>jsteinberg@reichmanjorgensen.com<br>Michael G. Flanigan (State Bar No. 6309008)<br>mflanigan@reichmanjorgensen.com<br>Kate M. Falkenstien (*pro hac vice*)<br>kfalkenstien@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Telecopier: (650) 623-1449<br><br><br><br><br><br><br><br><br><br>*ATTORNEYS FOR PLAINTIFF*<br>*KOVE IO, INC.* |

3

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 10, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                */s/  Holly Campbell*
                    Holly Campbell