# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>Amazon Web Services, Inc.,<br><br>    Defendant. | Civil Action No. 1:18-cv-08175<br><br>Judge Rebecca R. Pallmeyer<br><br>Jury Trial Demanded |

**KOVE IO INC.'S SUR-REPLY TO AMAZON WEB SERVICES'
MOTION TO CONDUCT *IN CAMERA* REVIEW AND TO COMPEL PRODUCTION AND
SUPPLEMENT TO MOTION**

Plaintiff Kove IO, Inc. ("Kove") submits this sur-reply to Defendant Amazon Web Services, Inc.'s ("AWS") Motion to Conduct *In Camera* Review And To Compel Production ("Motion" or "Mot.") (Dkt. No. 122) and Supplement to Motion ("Supplement") (Dkt. No. 126) (collectively, "Motions").

I.   **CORRECTIONS OF MISSTATEMENTS BY AWS**

Kove seeks to correct two misstatements by AWS that were raised for the first time in its reply brief.[1]

First, AWS incorrectly states that Kove conceded that the Carmichael Letter[2] "was *not* written to seek legal advice from Mr. Carmichael." Reply Br. at 5 (emphasis original); *see also* Reply Br. at 6 ("Kove has abandoned the position that Overton wrote to Carmichael in his capacity as a lawyer."). This is not true. To the contrary, Mr. Carmichael was patent counsel to OverX, providing legal services, including advice relating to patent prosecution. The Carmichael Letter was a draft letter written by Mr. Overton to Mr. Carmichael, with the intent of seeking legal services from Mr. Carmichael for his new company, Econnectix, OverX's successor in interest (Econnectix continued prosecuting the same patent applications for which Mr. Carmichael had previously provided legal advice). This was communicated to AWS during the May 12th meet and confer. Marvin Decl. at ¶ 2 (Ex. A).

Second, AWS wrongly asserts that the Technical Documents[3] were "provided . . . to the patent examiner to explain the invention." Reply Br. at 8 (also incorrectly suggesting that the Technical Documents were provided to the patent attorney with the intent for the information to

---

[1] AWS's opening and reply briefs (and supporting attorney declarations) make numerous incorrect and misleading statements, including about Kove's document production and discussions between counsel for the parties. Because the vast majority of these statements do not bear on the issues before the Court, Kove does not address them at this time.
[2] CTRL0000006959.
[3] CTRL0000020109, CTRL0000020110, and CTRL0000020111.

1

be disclosed to the patent examiner). This is pure (and inaccurate) speculation by AWS. The Technical Documents were prepared by Mr. Overton and provided directly to his patent prosecution attorney in order to prepare him to debate the merits of the patent application with the patent examiner. Marvin Decl. at ¶ 3 (Ex. A).

Dated: June 10, 2020

Respectfully submitted,

/s/    *Khue Hoang*
Khue Hoang

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
Reichman Jorgensen LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (650) 623-1403
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Reichman Jorgensen LLP
818 Connecticut Avenue NW, Suite 850
Washington, DC 20006
Telephone: (202) 894-7311
Telecopier: (650) 623-1449

Khue Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Wesley White (*pro hac vice*)
wwhite@reichmanjorgensen.com
Rahul Sarkar (*pro hac vice*)
rsarkar@reichmanjorgensen.com
Michael Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (646) 921-1474
Telecopier: (212) 381-1965

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Joachim B. Steinberg (*pro hac vice*)
jsteinberg@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

*ATTORNEYS FOR PLAINTIFF*
*KOVE IO, INC.*

3

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**SUPPLEMENTAL DECLARATION OF MICHAEL MARVIN IN SUPPORT OF PLAINTIFF KOVE'S SUR-REPLY TO AMAZON WEB SERVICES' MOTION TO CONDUCT *IN CAMERA* REVIEW AND TO COMPEL PRODUCTION AND SUPPLEMENT TO MOTION**

I, Michael Marvin, declare as follows:

1. I am an attorney at Reichman Jorgensen LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above referenced action. I am admitted to practice in the State of New York and I have been admitted to appear in this case *pro hac vice*. I make this supplemental declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify thereto. I submit this declaration in support of Kove's Sur-Reply to Amazon Web Services' Motion to Conduct *In Camera* Review and to Compel Production and Supplement to Motion.

2. I participated in a telephonic meet and confer with counsel for AWS on May 12, 2020, during which the following information was substantively communicated: (a) Paul Carmichael provided legal advice to OverX relating to the prosecution of certain patent applications, including those that subsequently issued as the patents-in-suit; and (b) the Carmichael Letter, identified in Kove's May 27, 2020 Privilege Log as CTRL0000006959, was drafted by John Overton with the intent of requesting legal services from Mr. Carmichael for Econnectix, OverX's successor in interest, including legal advice relating to the prosecution of the patent applications referred to above.

3. During that same May 12th meet and confer, AWS counsel was also informed that documents CTRL0000020109, CTRL0000020110, and CTRL0000020111 (collectively, "Technical Documents") were provided to the prosecuting attorney for the purposes of preparing for a meeting with the patent examiner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles, California, on the 10th day of June, 2020.

/s/ Michael Marvin
Michael Marvin

1