IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

**KOVE IO INC.'S SUR-REPLY TO AMAZON WEB SERVICES'
MOTION TO CONDUCT *IN CAMERA* REVIEW AND TO COMPEL PRODUCTION AND
SUPPLEMENT TO MOTION**

Plaintiff Kove IO, Inc. ("Kove") submits this sur-reply to Defendant Amazon Web Services, Inc.'s ("AWS") Motion to Conduct *In Camera* Review And To Compel Production ("Motion" or "Mot.") (Dkt. No. 122) and Supplement to Motion ("Supplement") (Dkt. No. 126) (collectively, "Motions").

I.  CORRECTIONS OF MISSTATEMENTS BY AWS

Kove seeks to correct two misstatements by AWS that were raised for the first time in its reply brief.[1]

First, AWS incorrectly states that Kove conceded that the Carmichael Letter[2] "was *not* written to seek legal advice from Mr. Carmichael." Reply Br. at 5 (emphasis original); *see also* Reply Br. at 6 ("Kove has abandoned the position that Overton wrote to Carmichael in his capacity as a lawyer."). This is not true. To the contrary, Mr. Carmichael was patent counsel to OverX, providing legal services, including advice relating to patent prosecution. The Carmichael Letter was a draft letter written by Mr. Overton to Mr. Carmichael, with the intent of seeking legal services from Mr. Carmichael for his new company, Econnectix, OverX's successor in interest (Econnectix continued prosecuting the same patent applications for which Mr. Carmichael had previously provided legal advice). This was communicated to AWS during the May 12th meet and confer. Marvin Decl. at ¶ 2 (Ex. A).

Second, AWS wrongly asserts that the Technical Documents[3] were "provided . . . to the patent examiner to explain the invention." Reply Br. at 8 (also incorrectly suggesting that the Technical Documents were provided to the patent attorney with the intent for the information to

---

[1] AWS's opening and reply briefs (and supporting attorney declarations) make numerous incorrect and misleading statements, including about Kove's document production and discussions between counsel for the parties. Because the vast majority of these statements do not bear on the issues before the Court, Kove does not address them at this time.
[2] CTRL0000006959.
[3] CTRL0000020109, CTRL0000020110, and CTRL0000020111.

1

be disclosed to the patent examiner). This is pure (and inaccurate) speculation by AWS. The Technical Documents were prepared by Mr. Overton and provided directly to his patent prosecution attorney in order to prepare him to debate the merits of the patent application with the patent examiner. Marvin Decl. at ¶ 3 (Ex. A).

| | |
|---|---|
| Dated: June 11, 2020 | Respectfully submitted,<br><br>/s/     *Khue Hoang*<br>Khue Hoang<br><br>Renato Mariotti (State Bar No. 6323198)<br>rmariotti@thompsoncoburn.com<br>Holly H. Campbell<br>hcampbell@thompsoncoburn.com<br>Thompson Coburn LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603<br>Telephone: (312) 346-7500<br>Telecopier: (312) 580-2201 |
| Sarah O. Jorgensen (*pro hac vice*)<br>sjorgensen@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>1201 West Peachtree, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (650) 623-1403<br>Telecopier: (650) 623-1449<br><br>Christine E. Lehman (*pro hac vice*)<br>clehman@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>818 Connecticut Avenue NW, Suite 850<br>Washington, DC 20006<br>Telephone: (202) 894-7311<br>Telecopier: (650) 623-1449<br><br>Khue Hoang (*pro hac vice*)<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia (*pro hac vice*)<br>jcardenas-navia@reichmanjorgensen.com<br>Wesley White (*pro hac vice*)<br>wwhite@reichmanjorgensen.com<br>Rahul Sarkar (*pro hac vice*)<br>rsarkar@reichmanjorgensen.com<br>Michael Marvin (*pro hac vice*)<br>mmarvin@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>750 Third Avenue, Suite 2400<br>New York, NY 10017<br>Telephone: (646) 921-1474<br>Telecopier: (212) 381-1965 | Courtland L. Reichman (*pro hac vice*)<br>creichman@reichmanjorgensen.com<br>Jennifer P. Estremera (*pro hac vice*)<br>jestremera@reichmanjorgensen.com<br>Joachim B. Steinberg (*pro hac vice*)<br>jsteinberg@reichmanjorgensen.com<br>Michael G. Flanigan (State Bar No. 6309008)<br>mflanigan@reichmanjorgensen.com<br>Kate M. Falkenstien (*pro hac vice*)<br>kfalkenstien@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Telecopier: (650) 623-1449<br><br><br><br><br><br><br><br><br><br><br><br>*ATTORNEYS FOR PLAINTIFF*<br>*KOVE IO, INC.* |

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2020, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                                         */s/      Holly Campbell*
                                                                             Holly Campbell