# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**SUPPLEMENTAL DECLARATION OF MICHAEL MARVIN IN SUPPORT OF PLAINTIFF KOVE'S SUR-REPLY TO AMAZON WEB SERVICES' MOTION TO CONDUCT *IN CAMERA* REVIEW AND TO COMPEL PRODUCTION AND SUPPLEMENT TO MOTION**

I, Michael Marvin, declare as follows:

1. I am an attorney at Reichman Jorgensen LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above referenced action. I am admitted to practice in the State of New York and I have been admitted to appear in this case *pro hac vice*. I make this supplemental declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify thereto. I submit this declaration in support of Kove's Sur-Reply to Amazon Web Services' Motion to Conduct *In Camera* Review and to Compel Production and Supplement to Motion.

2. I participated in a telephonic meet and confer with counsel for AWS on May 12, 2020, during which the following information was substantively communicated: (a) Paul Carmichael provided legal advice to OverX relating to the prosecution of certain patent applications, including those that subsequently issued as the patents-in-suit; and (b) the Carmichael Letter, identified in Kove's May 27, 2020 Privilege Log as CTRL0000006959, was drafted by John Overton with the intent of requesting legal services from Mr. Carmichael for Econnectix, OverX's successor in interest, including legal advice relating to the prosecution of the patent applications referred to above.

3. During that same May 12th meet and confer, AWS counsel was also informed that documents CTRL0000020109, CTRL0000020110, and CTRL0000020111 (collectively, "Technical Documents") were provided to the prosecuting attorney for the purposes of preparing for a meeting with the patent examiner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles, California, on the 11th day of June, 2020.

*/s/ Michael Marvin*
Michael Marvin