IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**KOVE IO INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY TO AMAZON WEB SERVICES' MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff Kove IO, Inc. ("Kove"), by and through counsel, hereby respectfully requests leave of the Court to file a sur-reply to Amazon Web Services' ("AWS") Motion for Judgment on the Pleadings (Dkt. No. 132). Kove seeks permission to file a sur-reply to respond to several arguments and cases that AWS raised for the first time in its reply brief. Specifically, Kove seeks leave to address the following:

1. AWS's assertion that "Kove's position is irreconcilable with 35 U.S.C. § 154(b)(2)(B)." (Dkt. No. 156, at 3.) This argument puts at issue the proper interpretation of §154(b)(2)(B) and its application to the present facts. Kove has not had an opportunity to address AWS's position with respect to §154(b)(2)(B) in view of recent Federal Circuit decisions pertaining to §156, which Kove believes is legally analogous. Kove believes its reply to AWS's argument on this complex issue will assist the Court.

2. AWS's argument that "*Ezra* supports AWS, not Kove." (Dkt. No. 156, at 4-5.) *Novartis AG v. Ezra Ventures LLC*, 909 F.3d 1367 (Fed. Cir. 2018) involves a nuanced analysis of the interplay between the doctrine of obviousness-type double patenting ("ODP"), terminal disclaimers, and the statutes that govern patent term. AWS did not discuss *Ezra* in its opening brief, and so a sur-reply would be Kove's only opportunity to respond to AWS's newly-stated interpretation of the case and its arguments stemming therefrom.

3. AWS's position that claim construction and a developed factual record are not necessary for a determination of ODP. (Dkt. No. 156, at 6-13.) AWS takes these positions for the first time in its reply brief, and a sur-reply would be Kove's first opportunity to respond to the arguments and supporting case citations.

Kove seeks leave to file a sur-reply to respond these newly-advanced arguments, which were raised for the first time in AWS's reply brief, giving Kove no opportunity to address them in its Opposition. *Univ. Healthsystem Consortium v. UnitedHealth Grp.*, 68 F.Supp.3d 917, 922 (N.D. Ill. 2014) (granting leave to file a sur-reply is appropriate when a moving party raises new arguments in a reply brief, as doing so "provides the court with the information necessary to make an informed decision.") (citing *In re Sulfuric Acid Antitrust Litig.*, 231 F.R.D. 320, 329 (N.D. Ill. 2005)). Further, Kove's analysis will assist the Court in resolving complex issues of statutory interpretation, case law analysis, and application of statutes and cases to the present facts. *See id.*

Kove requests until June 19, 2020 to file its sur-reply. Kove's sur-reply will address only the new arguments raised in AWS's reply brief and will not exceed ten (10) pages.

Counsel for AWS represents that it intends to oppose this Motion.

WHEREFORE, Kove respectfully requests that this Court grant its Motion for Leave to File a Sur-reply to AWS's Motion for Judgment on the Pleadings.

| | |
|---|---|
| Dated: June 15, 2020 | Respectfully submitted,<br><br>/s/ _Khue Hoang_<br>Khue Hoang<br><br>Renato Mariotti (State Bar No. 6323198)<br>rmariotti@thompsoncoburn.com<br>Holly H. Campbell<br>hcampbell@thompsoncoburn.com<br>Thompson Coburn LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603<br>Telephone: (312) 346-7500<br>Telecopier: (312) 580-2201 |
| Sarah O. Jorgensen (*pro hac vice*)<br>sjorgensen@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>1201 West Peachtree, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (650) 623-1403<br>Telecopier: (650) 623-1449<br><br>Christine E. Lehman (*pro hac vice*)<br>clehman@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>818 Connecticut Avenue NW, Suite 850<br>Washington, DC 20006<br>Telephone: (202) 894-7311<br>Telecopier: (650) 623-1449<br><br>Khue Hoang (*pro hac vice*)<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia (*pro hac vice*)<br>jcardenas-navia@reichmanjorgensen.com<br>Wesley White (*pro hac vice*)<br>wwhite@reichmanjorgensen.com<br>Rahul Sarkar (*pro hac vice*)<br>rsarkar@reichmanjorgensen.com<br>Michael Marvin (*pro hac vice*)<br>mmarvin@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>750 Third Avenue, Suite 2400<br>New York, NY 10017<br>Telephone: (646) 921-1474<br>Telecopier: (212) 381-1965 | Courtland L. Reichman (*pro hac vice*)<br>creichman@reichmanjorgensen.com<br>Jennifer P. Estremera (*pro hac vice*)<br>jestremera@reichmanjorgensen.com<br>Joachim B. Steinberg (*pro hac vice*)<br>jsteinberg@reichmanjorgensen.com<br>Michael G. Flanigan (State Bar No. 6309008)<br>mflanigan@reichmanjorgensen.com<br>Kate M. Falkenstien (*pro hac vice*)<br>kfalkenstien@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Telecopier: (650) 623-1449<br><br><br><br><br><br><br><br><br><br><br><br>*ATTORNEYS FOR PLAINTIFF*<br>*KOVE IO, INC.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2020, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/     *Holly Campbell*
Holly Campbell