# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>              Defendant. | Civil Action No. 1:18-cv-08175<br><br>Judge Rebecca R. Pallmeyer<br><br>Jury Trial Demanded |

## [PROPOSED] SCHEDULING ORDER

The Court hereby sets the following case deadlines, good cause having been found therefor:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Joint Status Report | June 26, 2020 | July 6, 2020 |

**IT IS SO ORDERED.**

Date:                                                              */s/*_____
                                                                       HON. REBECCA R. PALLMEYER
                                                                       UNITED STATES DISTRICT JUDGE