IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Judge Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

## JOINT MOTION FOR MODIFICATION OF CASE SCHEDULE

Plaintiff Kove IO, Inc. ("Kove") and Defendant Amazon Web Services, Inc. ("AWS") (collectively, the "Parties") jointly request that the Court enter the attached Proposed Scheduling Order. In support thereof, the Parties state the following:

1. On June 1, 2020, Kove served its Amended Final Infringement Contentions and AWS served its Amended Final Invalidity Contentions. Following discussions between the Parties about the sufficiency of the contentions, in an effort to avoid involving the Court, the Parties agree to serve Second Amended Final Infringement Contentions and Second Amended Final Invalidity Contentions by July 10, 2020.[1]

2. The Parties further agree to modify the remainder of the deadlines to accommodate the service of further amended contentions, as set forth in the Proposed Scheduling Order.

3. The Parties will work cooperatively together to minimize any further adjustments where possible and will seek the Court's assistance as appropriate.

---

[1] The purpose of the parties serving further amended infringement and invalidity contentions is to clarify their existing theories; it is not intended as an opportunity for either party to add new theories or make other amendments that, per Local Patent Rule 3.4, would require a timely showing of good cause and leave of the Court.

WHEREFORE the Parties respectfully request that the Court grant this Motion and enter the attached Proposed Scheduling Order.

<div style="display:flex">
<div>

Dated: July 2, 2020

Sarah O. Jorgensen *(pro hac vice)*
sjorgensen@reichmanjorgensen.com
Reichman Jorgensen LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (650) 623-1403
Telecopier: (650) 623-1449

Christine E. Lehman *(pro hac vice)*
clehman@reichmanjorgensen.com
Reichman Jorgensen LLP
818 Connecticut Avenue NW, Suite 850
Washington, DC 20006
Telephone: (202) 894-7311
Telecopier: (650) 623-1449

Khue Hoang *(pro hac vice)*
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia *(pro hac vice)*
jcardenas-navia@reichmanjorgensen.com
Wesley White *(pro hac vice)*
wwhite@reichmanjorgensen.com
Michael Matulewicz-Crowley *(pro hac vice)*
mmatulewicz-crowley@reichmanjorgensen.com
Rahul Sarkar *(pro hac vice)*
rsarkar@reichmanjorgensen.com
Michael Marvin *(pro hac vice)*
mmarvin@reichmanjorgensen.com
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

</div>
<div>

Respectfully submitted,

*/s/Khue Hoang*
Khue v. Hoang

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Courtland L. Reichman *(pro hac vice)*
creichman@reichmanjorgensen.com
Jennifer P. Estremera *(pro hac vice)*
jestremera@reichmanjorgensen.com
Joachim B. Steinberg *(pro hac vice)*
jsteinberg@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien *(pro hac vice)*
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
100 Marine Parkway Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

*Attorneys for Kove IO, Inc.*

</div>
</div>

|  | AMAZON WEB SERVICES, INC. |
|---|---|
|  | By:   */s/Terri L. Mascherin* |
| Adam G. Unikowsky<br>JENNER & BLOCK LLP<br>1099 New York Ave. NW Suite 900<br>Washington, DC 20001<br>(202) 639-6000<br>aunikowsky@jenner.com | Terri L. Mascherin<br>Timothy J. Barron<br>Michael T. Werner<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, IL 60654<br>(312) 222-9350<br>tmascherin@jenner.com<br>tbarron@jenner.com<br>mwerner@jenner.com<br><br>*Attorneys for Amazon Web Services, Inc.* |

4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing was filed electronically on July 2, 2020, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

/s/ Khue Hoang
Khue Hoang