IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br> Hon. Rebecca R. Pallmeyer |

**JOINT STATUS REPORT**

Pursuant to the Court's May 28, 2020 Minute Entry (ECF No. 144), Plaintiff Kove IO, Inc. ("Kove") and Defendant Amazon Web Services, Inc. ("AWS") hereby submit a Joint Status Report.

**I.      Progress of Discovery**

Written Discovery

The parties exchanged initial disclosures on April 19, 2019. Kove supplemented its disclosures on May 24, 2019 and again on July 14, 2019. AWS supplemented its disclosures on June 1, 2020.

Kove has served on AWS 128 Requests for Production and 17 Interrogatories. AWS has served on Kove 46 Requests for Production, 14 Interrogatories, and 30 Requests for Admission. AWS has also served 7 subpoenas.

Pursuant to the parties' agreements regarding Electronically Stored Information ("ESI"), Kove has requested that AWS identify AWS custodians relevant to particular topics of discovery and has proposed search terms for the search of AWS's ESI. AWS is in the process of identifying

1

AWS custodians but disputes Kove's search terms. AWS has not yet sought to identify Kove custodians or proposed search terms for the search of Kove's ESI.

The parties continue to meet and confer regarding the sufficiency of document productions and interrogatory responses and the scope of ESI.

Contentions[1]

Kove served its Initial Infringement Contentions on July 5, 2019; AWS served its Initial Non-Infringement Contentions on August 6, 2019; and Kove served its Response to Non-Infringement Contentions on August 6, 2019 and Final Infringement Contentions on February 13, 2020. Following motion practice, Kove served Amended Final Infringement Contentions on June 1, 2020. Following additional discussions, Kove has agreed to provide Second Amended Final Infringement Contentions by July 10, 2020. AWS is scheduled to provide responsive Final Non-Infringement Contentions by August 6, 2020.

AWS served its Initial Invalidity Contentions on August 6, 2019; Kove served its Validity Contentions on September 6, 2019; and AWS served its Final Invalidity Contentions on February 13, 2020. Following discussions between the parties, AWS served Amended Final Invalidity Contentions on June 1, 2020. Following additional discussions, AWS has agreed to provide Second Amended Final Invalidity Contentions by July 10, 2020.[2] Kove is scheduled to provide responsive Final Validity Contentions by August 6, 2020.

---

[1] Due to closures of offices and restrictions on travel stemming from COVID-19, Kove has been unable to review AWS's source code, for the past three-and-a-half months, and AWS has been unable to review Kove's source code, for the past three-and-a-half months. The parties will resume review once it is safe to do so or when the parties agree on a procedure for remote source code review.

[2] The purpose of the parties serving further amended infringement and invalidity contentions is to clarify their existing theories; it is not intended as an opportunity for either party to add new theories or make other amendments that, per Local Patent Rule 3.4, would require a timely showing of good cause and leave of the Court.

### Depositions

Kove served its Notice of 30(b)(6) Deposition of AWS on December 10, 2019, and pursuant to that Notice, took the deposition of two Amazon software engineers on January 29, 2019 and January 30, 2019 on a subset of the topics. Kove served a Supplemental Notice of 30(b)(6) Deposition of AWS on March 27, 2020. Kove expects to take additional 30(b)(6) and 30(b)(1) depositions.

AWS served its Notice of 30(b)(6) Deposition of Kove on February 12, 2020. No depositions have been taken by AWS to date. AWS expects to take the depositions of the named inventors, several third parties as well as additional Rule 30(b)(6) depositions of Kove.

The parties continue to meet and confer regarding the scheduling of depositions. Presently, due to the pandemic, local orders in place in the cities where the parties and counsel are located and travel restrictions, the parties have suspended taking in-person depositions.

### Claim Construction

Claim construction briefing is scheduled to begin on September 15, 2020 and complete on November 10, 2020.

### Discovery Disputes

The parties have raised various discovery disputes during the course of discovery. The parties have met and conferred on those disputes and are working to produce additional documents and to supplement interrogatory answers. If the parties reach an impasse on various issues, they will bring those to the Court's attention at the appropriate time.

## II. Status of Briefing on Unresolved Motions

AWS filed a Motion to Conduct *In Camera* Review and to Compel Production on April 23, 2020, and a Supplement to its Motion on April 25, 2020. Kove filed its opposition on June 1,

2020, AWS filed its reply on June 8, 2020, and, with approval from the Court, Kove filed its sur-reply on June 11, 2020. Briefing is complete, and this motion is pending decision.

AWS filed a Motion for Judgment on the Pleadings on May 1, 2020. Kove filed its opposition on May 29, 2020, AWS filed its reply on June 12, 2020, and, with approval from the Court, Kove filed its sur-reply on June 19, 2020 and AWS filed its sur-response on June 23, 2020. Briefing is complete, and this motion is pending decision.

### III. Settlement Efforts

On September 9, 2019, Kove sent a settlement demand letter to AWS. AWS responded to Kove's settlement demand on September 24, 2019, requesting additional information regarding the basis for the amount demanded but not substantively responding to Kove's settlement offer. Kove did not respond to that request, as it does not believe that additional information was needed for AWS to respond to Kove's offer. The parties have not engaged in further settlement discussions.

### IV. Case Schedule

The Court recently entered an amended Scheduling Order (ECF No. 167, entered on July 6, 2020). The schedule is as follows:

| Event | Current Deadline (ECF No. 137) | Revised Deadline |
|---|---|---|
| Kove's Second Amended Final Infringement Contentions | n/a | July 10, 2020 |
| Amazon's Second Amended Final Unenforceability and Invalidity Contentions | n/a | July 10, 2020 |
| Amazon's Final Non-Infringement Contentions / Kove's Final Enforceability and Validity Contentions | June 17, 2020 | August 6, 2020 |
| Exchange of Claim Terms to be Construed and Proposed Constructions | July 9, 2020 | August 18, 2020 |

4

| Event | Current Deadline (ECF No. 137) | Revised Deadline |
|---|---|---|
| Meet and Confer re Terms for Construction by Court | July 16, 2020 | August 25, 2020 |
| Amazon's Opening Claim Construction Brief | August 6, 2020 | September 15, 2020 |
| Joint Appendix (w/ patents and prosecution histories) | August 6, 2020 | September 15, 2020 |
| Close of Initial Fact Discovery | August 10, 2020 | September 22, 2020 |
| Kove's Responsive Claim Construction Brief | September 8, 2020 | October 20, 2020 |
| Amazon's Reply Claim Construction Brief | September 29, 2020 | November 10, 2020 |
| Joint Claim Construction Chart | October 6, 2020 | November 17, 2020 |
| Claim Construction Demonstrative Exhibits, etc. to be exchanged (LPR 4.3) | 3 days before the Markman Hearing | |
| Markman Hearing (LPR 4.3) | Within 28 days of the filing of the reply claim construction brief or at the Court's convenience | |
| Parties agree to re-open fact discovery in light of the claim construction ruling (LPR 1.3) | Upon entry of claim construction ruling | |
| Parties Submit Proposed Deadlines for Remaining Case Events (including close of fact discovery, expert discovery dates, dispositive motion cutoff date, etc.) | 14 days after entry of the claim construction ruling | |

V. **Hearing with the Court**

The parties will provide a supplement to the Court tomorrow with their respective positions on whether a hearing is requested.

| | |
|---|---|
| Dated: July 6, 2020 | Respectfully submitted,<br><br>/s/ Khue V. Hoang<br>Khue v. Hoang |
| Sarah O. Jorgensen *(pro hac vice)*<br>sjorgensen@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>1201 West Peachtree, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (650) 623-1403<br>Telecopier: (650) 623-1449 | Renato Mariotti (State Bar No. 6323198)<br>rmariotti@thompsoncoburn.com<br>Thompson Coburn LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603<br>Telephone: (312) 346-7500<br>Telecopier: (312) 580-2201 |
| Christine E. Lehman *(pro hac vice)*<br>clehman@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>818 Connecticut Avenue NW, Suite 850<br>Washington, DC 20006<br>Telephone: (202) 894-7311<br>Telecopier: (650) 623-1449 | Courtland L. Reichman *(pro hac vice)*<br>creichman@reichmanjorgensen.com<br>Jennifer P. Estremera *(pro hac vice)*<br>jestremera@reichmanjorgensen.com<br>Joachim B. Steinberg *(pro hac vice)*<br>jsteinberg@reichmanjorgensen.com<br>Michael G. Flanigan (State Bar No. 6309008)<br>mflanigan@reichmanjorgensen.com<br>Kate M. Falkenstien *(pro hac vice)*<br>kfalkenstien@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>100 Marine Parkway Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Telecopier: (650) 623-1449 |
| Khue Hoang *(pro hac vice)*<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia *(pro hac vice)*<br>jcardenas-navia@reichmanjorgensen.com<br>Wesley White *(pro hac vice)*<br>wwhite@reichmanjorgensen.com<br>Michael Matulewicz-Crowley *(pro hac vice)*<br>mmatulewicz-crowley@reichmanjorgensen.com<br>Rahul Sarkar *(pro hac vice)*<br>rsarkar@reichmanjorgensen.com<br>Michael Marvin *(pro hac vice)*<br>mmarvin@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>750 Third Avenue, Suite 2400<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>Telecopier: (650) 623-1449 | |
| | *Attorneys for Kove IO, Inc.* |

|  | AMAZON WEB SERVICES, INC. |
|---|---|
|  | By:  */s/ Timothy J. Barron* |
| Adam G. Unikowsky<br>JENNER & BLOCK LLP<br>1099 New York Ave. NW Suite 900<br>Washington, DC 20001<br>(202) 639-6000<br>aunikowsky@jenner.com | Terri L. Mascherin<br>Timothy J. Barron<br>Michael T. Werner<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, IL 60654<br>(312) 222-9350<br>tmascherin@jenner.com<br>tbarron@jenner.com<br>mwerner@jenner.com<br><br>*Attorneys for Amazon Web Services, Inc.* |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and exact copy of the foregoing was filed electronically on July 6, 2020, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

                                          */s/ Khue V. Hoang*
                                          Khue v. Hoang