IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br> Hon. Rebecca R. Pallmeyer |

**SUPPLEMENT TO JOINT STATUS REPORT**

Plaintiff Kove IO, Inc. ("Kove") and Defendant Amazon Web Services, Inc. ("AWS") hereby submit a supplement to their Joint Status Report (ECF No. 168).

**V.      Hearing with the Court**

Kove's Position: Kove believes that AWS's Motion for Judgment on the Pleadings (ECF No. 133) involves complex legal issues and that the Court may benefit from hearing the parties present oral argument by videoconference.  Kove does not believe that a hearing is necessary for AWS's Motion to Conduct In Camera Review and to Compel Production (ECF No. 122) but is prepared to present argument if it would be helpful to the Court.

AWS's Position: Neither party requested argument during the briefing of AWS's Motion for Judgment on the Pleadings, or AWS's Motion to Conduct in Camera Review and to Compel Production, but if the Court concludes that oral argument would be helpful, AWS, of course, would be pleased to participate in a hearing.

Dated: July 7, 2020

Respectfully submitted,

*/s/ Khue V. Hoang*
Khue v. Hoang

Sarah O. Jorgensen *(pro hac vice)*
sjorgensen@reichmanjorgensen.com
Reichman Jorgensen LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (650) 623-1403
Telecopier: (650) 623-1449

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Christine E. Lehman *(pro hac vice)*
clehman@reichmanjorgensen.com
Reichman Jorgensen LLP
818 Connecticut Avenue NW, Suite 850
Washington, DC 20006
Telephone: (202) 894-7311
Telecopier: (650) 623-1449

Courtland L. Reichman *(pro hac vice)*
creichman@reichmanjorgensen.com
Jennifer P. Estremera *(pro hac vice)*
jestremera@reichmanjorgensen.com
Joachim B. Steinberg *(pro hac vice)*
jsteinberg@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien *(pro hac vice)*
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
100 Marine Parkway Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

Khue Hoang *(pro hac vice)*
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia *(pro hac vice)*
jcardenas-navia@reichmanjorgensen.com
Wesley White *(pro hac vice)*
wwhite@reichmanjorgensen.com
Michael Matulewicz-Crowley *(pro hac vice)*
mmatulewicz-crowley@reichmanjorgensen.com
Rahul Sarkar *(pro hac vice)*
rsarkar@reichmanjorgensen.com
Michael Marvin *(pro hac vice)*
mmarvin@reichmanjorgensen.com
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

*Attorneys for Kove IO, Inc.*

|  | AMAZON WEB SERVICES, INC. |
|---|---|
|  | By:   */s/ Timothy J. Barron* |
| Adam G. Unikowsky <br> JENNER & BLOCK LLP <br> 1099 New York Ave. NW Suite 900 <br> Washington, DC 20001 <br> (202) 639-6000 <br> aunikowsky@jenner.com | Terri L. Mascherin <br> Timothy J. Barron <br> Michael T. Werner <br> JENNER & BLOCK LLP <br> 353 N. Clark St. <br> Chicago, IL 60654 <br> (312) 222-9350 <br> tmascherin@jenner.com <br> tbarron@jenner.com <br> mwerner@jenner.com <br><br> *Attorneys for Amazon Web Services, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically on July 7, 2020, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

*/s/ Khue V. Hoang*
Khue v. Hoang
