IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR
LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2(c), Plaintiff Kove IO, Inc. ("Kove") moves for leave to file under seal its Motion to Compel Amazon Web Services, Inc. to Produce Technical Documents and to Provide Supplemental Witnesses Under Rule 30(b)(6) and Exhibits 2, 4-6, and 9-10 thereto. In support thereof, Kove states as follows:

1. On July 10, 2019, this Court entered the Parties' Agreed Protective Order (ECF No. 55), pursuant to which information designated by AWS or Kove as Confidential or Highly Confidential may not be publicly disclosed.

2. Subject to the Protective Order, AWS has designated materials in Exhibits 2, 4 through 6, and 9 through 10 as Highly Confidential. Kove's Motion to Compel Amazon Web Services, Inc. to Produce Technical Documents and to Provide Supplemental Witnesses Under Rule 30(b)(6) contains citations to AWS's Highly Confidential information.

3. Pursuant to Local Rule 26.2(c), Kove is provisionally filing its motion under seal and serving it on all parties. Contemporaneously, Kove has publicly filed a redacted version of its motion.

1

WHEREFORE, for the foregoing reasons, Plaintiff Kove IO, Inc. respectfully requests that this Court grant its motion for leave to file under seal its Motion to Compel Amazon Web Services, Inc. to Produce Technical Documents and to Provide Supplemental Witnesses Under Rule 30(b)(6).

Dated: July 28, 2020

Respectfully submitted,

By: /s/ *Khue V. Hoang*

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
Reichman Jorgensen LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (650) 623-1403
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Reichman Jorgensen LLP
818 Connecticut Ave, NW, Suite 850
Washington, DC 20006
Telephone: (202) 894-7310
Telecopier: (650) 623-1449

Khue Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Wesley White (*pro hac vice*)
wwhite@reichmanjorgensen.com
Michael Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
Rahul Sarkar (*pro hac vice*)
rsarkar@reichmanjorgensen.com
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Joachim B. Steinberg (*pro hac vice*)
jsteinberg@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF KOVE IO, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and exact copy of the foregoing was filed electronically on July 28, 2020, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

>                         /s/    Khue V. Hoang
>                                Khue V. Hoang