IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:18-cv-08175 |
| AMAZON WEB SERVICES, INC., ) | Hon. Rebecca R. Pallmeyer |
| ) | |
|         Defendant. ) | |
| ) | |

**AGREED MOTION TO AMEND SCHEDULING ORDER**

Defendant Amazon Web Services, Inc. ("AWS") moves this Court to amend the current case scheduling order as set forth in the attached Proposed Amended Scheduling Order. In support of this motion, AWS states as follows:

1. One of the counsel of record for AWS in this case has recently begun an unexpected medical leave. Due to the need to re-staff tasks as a result of that leave, AWS requests that the upcoming deadlines relating to Final Contentions and submissions regarding claim construction be delayed by one week.

2. Counsel for AWS has consulted with counsel for Plaintiff, who have agreed to the amended schedule set forth in the Proposed Amended Scheduling Order.

WHEREFORE, AWS respectfully requests that the Court enter an Amended Scheduling Order in the form submitted with this motion.

| | |
|---|---|
| July 31, 2020 | Respectfully submitted, |
| | */s/ Terri L. Mascherin* |
| Adam G. Unikowsky<br>JENNER & BLOCK LLP<br>1099 New York Ave. NW Suite 900<br>Washington, DC 20001<br>(202) 639-6000<br>aunikowsky@jenner.com | Terri L. Mascherin<br>Timothy J. Barron<br>Michael T. Werner<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, IL 60654<br>(312) 222-9350<br>tmascherin@jenner.com<br>tbarron@jenner.com<br>mwerner@jenner.com<br><br>*Attorneys for Amazon Web Services, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2020, I caused a true and correct copy of the foregoing agreed motion to be served on all counsel of record via the Court's ECF system

*/s/ Terri L. Mascherin*
Terri L. Mascherin
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350