# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC.,<br><br>              Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>              Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Rebecca R. Pallmeyer |

**[PROPOSED] AMENDED SCHEDULING ORDER**

The Court hereby sets the following case deadlines, good cause having been found therefor:

| Event | Current Deadline (ECF No. 167) | Revised Deadline |
|---|---|---|
| Amazon's Final Non-Infringement Contentions / Kove's Final Enforceability and Validity Contentions | August 6, 2020 | August 13, 2020 |
| Exchange of Claim Terms to be Construed and Proposed Constructions | August 18, 2020 | August 25, 2020 |
| Meet and Confer re Terms for Construction by Court | August 25, 2020 | September 1, 2020 |
| Amazon's Opening Claim Construction Brief | September 15, 2020 | September 22, 2020 |
| Joint Appendix (w/ patents and prosecution histories) | September 15, 2020 | September 22, 2020 |
| Close of Initial Fact Discovery | September 22, 2020 | September 29, 2020 |
| Kove's Responsive Claim Construction Brief | October 20, 2020 | October 27, 2020 |
| Amazon's Reply Claim Construction Brief | November 10, 2020 | November 17, 2020 |
| Joint Claim Construction Chart | November 17, 2020 | November 24, 2020 |

| Event | Current Deadline (ECF No. 167) | Revised Deadline |
|---|---|---|
| Claim Construction Demonstrative Exhibits, etc. to be exchanged (LPR 4.3) | 3 days before the Markman Hearing | |
| Markman Hearing (LPR 4.3) | Within 28 days of the filing of the reply claim construction brief or at the Court's convenience | |
| Parties agree to re-open fact discovery in light of the claim construction ruling (LPR 1.3) | Upon entry of claim construction ruling | |
| Parties Submit Proposed Deadlines for Remaining Case Events (including close of fact discovery, expert discovery dates, dispositive motion cutoff date, etc.) | 14 days after entry of the claim construction ruling | |

**IT IS SO ORDERED**

Date: July 31, 2020

Honorable Rebecca R. Pallmeyer
UNITED STATES DISTRICT JUDGE