IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR
LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2(c), Plaintiff Kove IO, Inc. ("Kove") moves for leave to file under seal its Memorandum in Opposition to Amazon Web Services, Inc's Second Motion to Compel Amendment of Final Infringement Contentions to Conform with Local Patent Rules ("Opposition") and Exhibits B through G thereto. In support thereof, Kove states as follows:

1. On July 10, 2019, this Court entered the Parties' Agreed Protective Order (ECF No. 55), pursuant to which information designated by AWS or Kove as Confidential or Highly Confidential may not be publicly disclosed.

2. Subject to the Protective Order, AWS has designated Exhibits B through G as Highly Confidential. Kove's Opposition contains citations to and discusses AWS's Highly Confidential information that is contained in Exhibits B through G. Kove's Opposition also contains citations to and discusses AWS's Highly Confidential information that is contained in Exhibits 5-7 and 9-10 to AWS's Motion, which were previously filed under seal by AWS.

3. Pursuant to Local Rule 26.2(c), Kove is provisionally filing its Opposition under

1

seal and serving it on all parties. Contemporaneously, Kove has publicly filed a redacted version of its Opposition.

WHEREFORE, for the foregoing reasons, Plaintiff Kove IO, Inc. respectfully requests that this Court grant its motion for leave to file under seal its Memorandum in Opposition to Amazon Web Services, Inc's Second Motion to Compel Amendment of Final Infringement Contentions to Conform with Local Patent Rules.

| | |
|---|---|
| August 17, 2020 | Respectfully submitted, |
| | /s/   Khue V. Hoang |
| | Renato Mariotti (State Bar No. 6323198)<br>rmariotti@thompsoncoburn.com<br>Holly H. Campbell<br>hcampbell@thompsoncoburn.com<br>THOMPSON COBURN LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603<br>Telephone: (312) 346-7500 |
| Sarah O. Jorgensen (*pro hac vice*)<br>sjorgensen@reichmanjorgensen.com<br>REICHMAN JORGENSEN LLP<br>1201 West Peachtree, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (404) 609-1040<br>Telecopier: (650) 623-1449 | Courtland L. Reichman (*pro hac vice*)<br>creichman@reichmanjorgensen.com<br>Jennifer P. Estremera (*pro hac vice*)<br>jestremera@reichmanjorgensen.com<br>Joachim B. Steinberg (*pro hac vice*)<br>jsteinberg@reichmanjorgensen.com<br>Michael G. Flanigan (State Bar No. 6309008)<br>mflanigan@reichmanjorgensen.com |
| Christine E. Lehman (*pro hac vice*)<br>clehman@reichmanjorgensen.com<br>REICHMAN JORGENSEN LLP<br>1615 M Street, NW, Suite 300<br>Washington, DC 20036<br>Telephone: (202) 894-7310<br>Telecopier: (650) 623-1449 | Kate M. Falkenstien (*pro hac vice*)<br>kfalkenstien@reichmanjorgensen.com<br>REICHMAN JORGENSEN LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Telecopier: (650) 623-1449 |
| Khue Hoang (*pro hac vice*)<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia (*pro hac vice*)<br>jcardenas-navia@reichmanjorgensen.com<br>Wesley White (*pro hac vice*)<br>wwhite@reichmanjorgensen.com<br>Rahul Sarkar (*pro hac vice*)<br>rsarkar@reichmanjorgensen.com<br>Michael W. Marvin (*pro hac vice*)<br>mmarvin@reichmanjorgensen.com<br>REICHMAN JORGENSEN LLP<br>750 Third Avenue, Suite 2400<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>Telecopier: (650) 623-1449 | *Attorneys for Kove IO, Inc.* |

## CERTIFICATE OF SERVICE

  I hereby certify that on August 17, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                */s/  Holly Campbell*
                 Holly Campbell