# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**DECLARATION OF DR. MICHAEL T. GOODRICH**

I, Dr. Michael T. Goodrich, hereby declare as follows:

1.     I have been asked by Plaintiff Kove IO, Inc. ("Kove") to offer my expert opinions in the above-captioned case.  I submit this declaration in support of Kove's Opposition to Amazon Web Services, Inc.'s Second Motion to Compel Amendment of Final Infringement Contentions ("Kove's Opposition Brief") and in response to the "Declaration of Professor Michael Mizenmacher."  I reserve the right to submit a supplemental declaration to respond to any arguments that Defendant Amazon Web Services, Inc. ("AWS") or its expert may make and to take into account new information as it becomes available to me.

2.     As explained in more detail below, Kove's Second Amended Final Infringement Contentions ("Contentions") disclose Kove's infringement theories with specificity.  This is accomplished through several layers of disclosure, including express narrative mappings of the claim language to structure and functionality in the accused products and the many detailed citations to supporting evidence, including citations to specific lines of source code and specific source code functions that correspond to each claim limitation.  I find that the quantity of source code cited (multiple source code files and many thousands of lines of code for any given element) to be commensurate with the complexities of the accused products at issue.

## I.     BACKGROUND AND QUALIFICATIONS

3.     Attached hereto as Appendix A is a true and correct copy of my Curriculum Vitae ("CV"). I received a Bachelor of Arts degree in Mathematics and Computer Science from Calvin University in 1983, a Master of Science in Computer Science from Purdue University in 1985, and a Ph.D. in Computer Science from Purdue University in 1987.

4.     I am a Distinguished Professor in the Department of Computer Science at the University of California, Irvine, where I have been a faculty member since 2001.  The Distinguished Professor title at University of California, Irvine is a campus-level distinction

reserved for above-scale faculty who have achieved the highest levels of scholarship over the course of their careers and have earned national and international distinctions and honors of the highest level.[1] I was a professor in the Department of Computer Science at Johns Hopkins University from 1987-2001.

5.      I have authored and coauthored over 300 publications, including several widely adopted books, such as *Introduction to Computer Security* and *Algorithm Design and Applications*. My research includes contributions to data structures and algorithms, information security and privacy, networking, graph algorithms, computational geometry, distributed and parallel algorithms, and cloud security. For example, I have published research articles on topics in cloud computing and storage, hashing, data structures, and network and distributed computing. Using the indexing scheme of my CV, examples of such publications include P-3, P-5, B-1, B-3 thru B-14, Ch-4, Ch-7, Ch-8, Ch-10, Ch-12, J-7, J-26, J-36, J-38, J-41, J-45, J-56, J-60, J-69, J-72, J-78, J-83, J-84, C-41, C-43, C-51, C-53, C-62, C-63, C-64, C-72, C-77, C-78, C-85, C-104, C-105, C-107, C-111, C-122, C-125, C-133, C-147, C-151, C-152, C-153, C-155, C-156, C-159, C-161, C-162, C-163, C-165, C-167, C-168, C-171, C-172, C-174, C-180, C-182, C-193, C-199, C-200, C-202, C-207, C-209, and C-210.

6.      In addition, I have consulting experience in matters involving algorithms, cryptography, machine learning, digital rights management, computer security, networking, software, and storage technologies.

7.      I am a Fellow of the American Association for the Advancement of Science (AAAS), a Fulbright Scholar, a Fellow of the institute of Electrical and Electronics Engineers

---

[1] *See, e.g.*, https://ap.uci.edu/titles-of-distinction/distinguished-professor/, last visited August 15, 2020.

(IEEE), and a Fellow of the Association for Computing Machinery (ACM). I am a foreign member of the Royal Danish Academy of Science and Letters. I am also a recipient of the IEEE Computer Society Technical Achievement Award and the Pond Award for Excellence in Undergraduate Teaching.

8.     My research has been supported by the Defense Advanced Research Projects Agency (DARPA), the National Science Foundation (NSF), the Office of Naval Research (ONR), the Army Research Office (ARO), and the National Security Agency (NSA). For example, I was co-PI on an approx. $700K in NSF grant funding (grants 6 and 19 in my CV listing) to build distributed data repositories and network query infrastructures for astrophysical data, a $350K NSF grant to build out network connectivity and applications at Johns Hopkins University (11 in my CV listing), a $900K grant from NSF to study high-bandwidth distributed computing (24 in my CV listing), approx. $500K from the ONR to study scalable methods for the analysis of network-based data (31 in my CV listing), $500K from the NSF to study trustworthy cloud computing (33 in my CV listing), approx. $400K from the NSF to study privacy-preserving cloud computing (34 in my CV listing), and approx. $150K from the NSF to study security protocols for advanced data structures (37 in my CV listing).

9.     I am a co-inventor on several U.S. patents, including U.S. Patent No. 7,257,711, "Efficient Authenticated Dictionaries with Skip Lists and Commutative Hashing," which discloses secure distributed data authentication schemes based on cryptographic hash functions and digital signatures; U.S. Patent No. 7,299,219, "High Refresh-Rate Retrieval of Freshly Published Content using Distributed Crawling," which discloses a technology for quickly retrieving website data that can change frequently, so as to be stored in a search engine; U.S. No. Patent 8,681,145, "Attribute Transfer Between Computer Models Including Identifying Isomorphic Regions in Polygonal

Meshes," which teaches how to map one mesh-based computer model to another; and U.S. Patent No. 9,152,716, "Techniques for Verifying Search Results Over a Distributed Collection," which discloses a system for searching the Internet so as to produce cryptographically verifiable search results that can be produced by a search engine.

10.     I have taught courses at Johns Hopkins University, Brown University, and University of California, Irvine, at both the undergraduate and graduate levels. Topics of my courses have included computer security, algorithms, data structures, networking, algorithm engineering, computational geometry, and parallel processing. In addition, I have mentored 22 PhD students over the years, who have written their PhD theses on topics in algorithms, data structures, networking, parallel processing, and computer security and privacy.

11.     I have served as an editor on several technical journals, including Computational Geometry: Theory and Applications, Journal of Computer & System Sciences, Journal of Graph Algorithms and Applications, Int. Journal of Computational Geometry & Applications, and Information Processing Letters. I have also served on many program committees (PCs) for top conferences and workshops in Computer Science, including serving as PC chair in several instances. Examples include ACM Symposium on Computational Geometry (SoCG), ACM Symposium on Theory of Computing (STOC), Workshop/Symposium on Algorithms and Data Structures (WADS), Algorithm Engineering and Experimentation (ALENEX, which I co-founded with Dr. Catherine McGeoch in 1999), IEEE Symposium on Foundations of Computer Science (FOCS), ACM-SIAM Symposium on Discrete Algorithms (SODA), International Symposium on Graph Drawing (GD), International Colloquium on Automata, Languages, and Programming (ICALP), ACM Conference on Computer and Communications Security (CCS), European Symposium on Algorithms (ESA), IEEE International Parallel and Distributed Processing

Symposium (IPDPS), ACM Symposium on Parallel Algorithms and Architectures (SPAA), ACM Symposium on Advances in Geographic Information Systems (GIS), IEEE Symposium on Security and Privacy (S&P), IEEE International Conference on Big Data, IEEE International Conference on Data Engineering (ICDE), and International Symposium on Algorithms and Computation (ISAAC).

## II.  KOVE'S CONTENTIONS CLEARLY DISCLOSE ITS INFRINGEMENT THEORIES

12.  I have reviewed Kove's infringement contentions, including its Second Amended Infringement Contentions, which I understand are the subject of AWS's Motion to Compel.  I have also reviewed portions of AWS's source code that are cited in Kove's Contentions.

13.  I have also reviewed AWS's Motion and the accompanying Declaration of Professor Mitzenmacher.

14.  I have also review AWS's Final Non-Infringement Contentions, which were recently served on August 13, 2020.

15.  I note that neither AWS nor Dr. Mitzenmacher appear to contend that Kove's Contentions do not disclose Kove's theories of infringement.  That is, AWS and Dr. Mitzenmacher do not accuse Kove of failing to identify the components or functionality of the accused products that map to each claim limitation.  This makes sense, as Kove's Contentions provides this mapping of claim language to the accused products, such as through the narrative in the claim charts.

16.  I understand AWS's complaint to be that Kove has supposedly cited *too much* source code for each claim limitation, and yet Kove has allegedly failed to identify with *more* specificity the source code that corresponds to each claim limitation.  Based on this allegation, AWS claims it cannot determine which lines of source code support Kove's infringement theories. I do not find either claim to be credible.

17.     First, based on my experience, in patent infringement actions involving highly complex software, it is common for *tens of thousands* (if not *tens of millions*) of lines of source code to be involved in the infringement of a patent.  That is the situation here.  The two accused products, Amazon S3 and DynamoDB, are highly complex and likely consist of *tens of millions* of lines of code — I am aware that AWS has made only a fraction of its products' code available for inspection, and I understand that that fraction alone totals more than *9 million lines of code*.

18.     Moreover, the three patents asserted by Kove claim the distributed software architecture that *enables* products like Amazon S3 and DynamoDB to be built.  Because of the complexity of the accused products and the foundational nature of the patents, I would expect that the substantial majority of the source code for the accused products are implicated by Kove's infringement theories.

19.     As AWS is aware, and in fact acknowledges, vast amounts of source code are often implicated in patent infringement cases.  For example, in its Final Non-Infringement Contentions, AWS cites to 250+ source code files, comprising hundreds of thousands of lines of code.  [*See* Ex. G,[2] Appendix A to AWS's Final Non-Infringement Contentions, at 1.]  In support of this expansive reliance on source code, AWS correctly notes that "S3 and DynamoDB consist of numerous source code files working together."  [*Id.*]  AWS further "reserves the right to cite any source code files cited by Kove, or source code files that are dependencies or inputs into those files," which necessarily expands the scope of source code that AWS is relying on to many more tens of thousands of lines of code.  [*Id.*]

20.     Dr. Mitzenmacher also understands that it is sometimes necessary to rely on

---

[2] Citations to exhibits refer to exhibits to Kove's Memorandum in Opposition to Amazon Web Services, Inc.'s Second Motion to Compel Amendment of Final Infringement Contentions, which I understand is being filed concurrently with my declaration.

millions of lines of source code in patent cases, and that doing so does not necessarily make the evidence "incomprehensible," as AWS claims. In fact, in a previous patent infringement case that Dr. Mitzenmacher and I were involved with as experts, I was informed by Dr. Mitzenmacher and another expert that *millions* of lines of source code comprised infringing source code. [Appendix B (attached hereto), *Centripetal Networks Inc. v. Keysight Techs., Inc.*, No. 2:17-cv-383 (E.D. Va. Oct. 5, 2018), Trial Tr. at 624:6-626:18, 635:5-637:3; Appendix C (attached hereto), *Centripetal Networks Inc. v. Keysight Techs., Inc.*, No. 2:17-cv-383 (E.D. Va. Oct. 5, 2018), Trial Tr. at 421:2-422:8.]

21.     AWS and Dr. Mitzenmacher thus both acknowledge that relying on hundreds of thousands, if not millions, of lines of source code may be proper when assessing the infringement of complex software products such as Amazon S3 and DynamoDB.

22.     The total source-code cited by Kove is a small fraction of the total produced and that is itself a fraction of the total source code needed for all of AWS's S3 and DynamoDB systems. For example, accepting Dr. Mitzenmacher's count of 221 unique source-code files, with 122,323 cited lines of source code, assuming the total source code produced is over 9 million lines of code, then Kove is identifying less than 2% of the source code as evidence for infringement (even though it is likely that more source code than this may embody the infringing aspects of the accused products).

23.     Further, Dr. Mitzenmacher opines that "Kove cites to an incredibly high number of *combinations* of citations to source code files and technical allegations." [Mitzenmacher Decl. at ¶ 24, emphasis added.] That is, Dr. Mitzenmacher is opining on the number of combinations of citations, e.g., from various cells in the claim charts of Kove Exhibits A thru E to source-code listings in Kove's Exhibits F and G. I respectfully disagree that this is a proper characterization

of Kove's exhibits, and I disagree with AWS's apparent interpretation that this amounts to an "enormous mass of code that Kove cites." [AWS Motion at p. 13.] For example, Dr. Mitzenmacher identifies 25 separate occasions where Kove cites to 37 files in "Source Code Citation 2" for DynamoDB, and he concludes that "[t]his creates a total of 925 (37 * 25) different unique combinations of technical allegation and cited source code file." [Mitzenmacher Decl. at ¶ 25.] I do not find that this creates 925 different unique combinations of technical allegation and cited source code file, however. Instead, I find that this is an identification of 37 source code files that comprise core functionality that is implicated in 25 elements in Kove's claim charts. By putting these common files in a separate exhibit, I conclude that Kove is simplifying its source-code citations, not making them more complicated. Indeed, I find the alternative practice of repeatedly citing to the same group of source-code files over and over to be more complicated than the way that Kove factored its common citations into separate exhibits.

## III. KOVE'S CONTENTIONS SPECIFICALLY IDENTIFY THE SOURCE CODE NECESSARY TO SUPPORT ITS THEORIES

24. As set forth in Kove's Contentions, Kove's theories of infringement are provided through the *combination* of its infringement claim charts and Source Code Appendix.

25. Specifically, the infringement claim charts provide a narrative that expressly maps the claim language to a component and/or functionality in the accused products, and identifies the most pertinent source code files for the component and/or functionality. The source code appendix then provides, for each source code file in the infringement claim charts, the *specific lines of code* that Kove is pointing to. In addition to identifying specific lines of code, the source code appendix provides an *additional* narrative that explains the significance of the lines of code, including by identifying the key source code functions that Kove is relying on. In short, the combination of the infringement claim charts and source code appendices *directly tie specific functions within specific*

*lines of source code to the claim language.*

26.     AWS and Dr. Mitzenmacher appear to treat Kove's infringement claim charts and the Source Code Appendix separately, despite the fact that the infringement claim charts directly and specifically reference the Source Code Appendix.  It is clear from reviewing the Contentions as a whole, that Kove's Contentions are set forth through the combination of the charts and Appendix.

27.     AWS complains that certain claim terms, such as "redirect" and "hash table," are themselves not in the Source Code Appendix.  [Mitzenmacher Decl. at ¶¶ 46, 68.]  I find this to be a meritless complaint.  As explained above, the claim terms are tied to the lines of source code identified in the appendix citations through the infringement claim charts, which themselves have the claim terms.  AWS is essentially complaining that Kove did not copy and paste the narrative from the infringement claim charts everywhere into the source code appendix.  That would be pointless.  Rather than repeat itself, Kove provided an *additional* narrative in the source code appendix that is readily understandable by those with working knowledge of source code, including me.

28.     For each of the claim terms that AWS complains about, as identified by Dr. Mitzenmacher — namely, "redirect," "hash function," "hash table," and "transferring a portion of the identifiers and associated locations [based on a] predetermined performance limit" — Kove's Contentions already identify the corresponding components and functionality in the accused products, as well as the specific source code lines and methods that support the mappings.

29.     Finally, on August 13, 2020, AWS served its Final Non-Infringement Contentions. It appears from this document that AWS (and presumably Dr. Mitzenmacher) understand Kove's Contentions as they were able to respond with substantial detail, including for the claim terms that

are the subject of AWS's motion.

30.     AWS's non-infringement contentions identify specific files and lines of code, while also broadly identifying many additional lines of source code, which is analogous to the use of source code in Kove's Contentions.


I declare under penalty of perjury under the laws of California and the United States of America that the above facts are true and correct.

Executed on August 17, 2020.


Dr. Michael T. Goodrich

# Appendix A

# CURRICULUM VITAE
## Michael T. Goodrich

Dept. of Computer Science      E-mail: goodrich (at) acm.org
Bren School of Info. & Computer Sciences      http://www.ics.uci.edu/~goodrich/
University of California, Irvine      Phone: (949)824-9366
Irvine, CA 92697-3435      Fax: (949)824-4056

**CITIZENSHIP:** U.S.A.

## EDUCATION

| | | |
|---|---|---|
| Ph.D. | 1987 | *Efficient Parallel Techniques for Computational Geometry* <br> Computer Science, Purdue Univ. (M.J. Atallah, advisor) |
| M.S. | 1985 | Computer Science, Purdue Univ. |
| B.A. | 1983 | Mathematics and Computer Science, Calvin Univ. |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| July '19 to present | Distinguished Professor, Dept. of Computer Science <br> Univ. of California, Irvine |
| April '07 to June '19 | Chancellor's Professor, Dept. of Computer Science <br> Univ. of California, Irvine |
| July '12 to June '13 | Chair, Dept. of Computer Science <br> Univ. of California, Irvine |
| October '06 to June '12 | Assoc. Dean for Faculty Dev., Bren School of Info. and Comp. Sci. <br> Univ. of California, Irvine |
| July '01 to March '07 | Professor, Dept. of Computer Science <br> Univ. of California, Irvine |
| Fall '00 | Visiting Professor of Computer Science <br> Brown Univ. |
| July '96 to June '02 | Professor of Computer Science (on leave, from July '01) <br> Johns Hopkins Univ. |
| July '92 to June '96 | Associate Professor of Computer Science <br> Johns Hopkins Univ. |
| Spring '94 | Visiting Associate Professor of Computer Science <br> Univ. of Illinois, Urbana-Champaign |
| July '87 to June '92 | Assistant Professor of Computer Science <br> Johns Hopkins Univ. |

## RESEARCH INTERESTS

Algorithm and Data Structure Design
Information Assurance, Privacy, and Security
Principles of Database, Parallel, and Big-data Systems
Networks and Distributed Computing
Graph Visualization and Computational Geometry

## PRIZES, HONORS, AND AWARDS

- *Compere Loveless Fellowship in Computer Sciences*, Purdue Univ., 1985
- *Research Initiation Award*, National Science Foundation, 1988
- *Oraculum Award for Excellence in Teaching*, Johns Hopkins 1993, 1994, 1995
- *ACM Recognition of Service Award*, 1996
- *Robert B. Pond, Sr. Award for Excellence in Undergraduate Teaching*, Johns Hopkins 1998
- *Elected Senior Member*, the Institute of Electrical and Electronics Engineers (IEEE), 1999

- *Spirit of Technology Transition Award*, DARPA Dynamic Coalitions Program, 2002
- *Brown Univ. Award for Technological Innovation* (with R. Tamassia, N. Triandopoulos, D. Yao, and D. Ellis), 2006
- *ACM Distinguished Scientist*, 2006
- *2006 IEEE Computer Society Technical Achievement Award*, "for outstanding contributions to the design of parallel and distributed algorithms for fundamental combinatorial and geometric problems"
- *Fulbright Scholar*, 2007, for senior specialist service to University of Aarhus, Denmark
- *Fellow of the San Diego Supercomputer Center*, 2007
- *Fellow of the American Association for the Advancement of Science (AAAS)*, "for distinguished contributions to parallel and distributed algorithms for combinatorial and geometric problems, and excellence in teaching, academic and professional service, and textbook writing," 2007
- *Named as Chancellor's Professor*, for "demonstrated unusual academic merit and whose continued promise for scholarly achievement is unusually high," Univ. of California, Irvine, 2007
- *Fellow of the Institute of Electrical and Electronics Engineers (IEEE)*, "for contributions to parallel and distributed algorithms for combinatorial and geometric problems," 2009
- *Fellow of the ACM*, "for contributions to data structures and algorithms for combinatorial and geometric problems," 2009
- *ICS Dean's Award for Research*, "for contributions in the area of parallel and distributed algorithms," 2014
- *Chancellor's Award for Excellence in Fostering Undergraduate Research*, Univ. of California, Irvine, 2016
- *Faculty Mentor of the Month*, Undergraduate Research Opportunities Program (UROP), Univ. of California, Irvine, April 2016
- *Elected as a foreign member*, Royal Danish Academy of Sciences and Letters, April 2018
- *Named as Distinguished Professor*, for achieving "the highest levels of scholarship" over the course of a career and having "earned national and international level distinctions and honors of the highest level," Univ. of California, Irvine, 2019

## PUBLICATIONS

**Google Scholar Citation Statistics:**

- Total citations: over 14,500
- H-index (top H publications with at least H citations): 66
- i10-index (publications with at least 10 citations): 195

**Patents and Patent Applications:**

P-1. G. Ateniese, B. de Medeiros, and M.T. Goodrich, "Intermediated Delivery Scheme for Asymmetric Fair Exchange of Electronic Items," U.S. Patent Application US 2004/0073790 A1, April 15, 2004.

P-2. M.T. Goodrich and R. Tamassia, "Efficient Authenticated Dictionaries with Skip Lists and Commutative Hashing," U.S. Patent 7,257,711, August 14, 2007.

P-3. J.W. Green, J.L. Schultz, Y. Amir, and M.T. Goodrich, "High Refresh-Rate Retrieval of Freshly Published Content using Distributed Crawling," U.S. Patent 7,299,219, November 20, 2007.

P-4. R. Tamstorf, M.T. Goodrich, D. Eppstein, "Attribute Transfer Between Computer Models Including Identifying Isomorphic Regions in Polygonal Meshes," U.S. Patent 8,681,145, March 25, 2014. (also Application US 2010/0238166 A1, September 23, 2010).

P-5. N. Triandopoulos, M.T. Goodrich, D. Nguyen, O. Ohrimenko, C. Papamanthou, R. Tamassia, C.V. Lopes, "Techniques for Verifying Search Results Over a Distributed Collection," U.S. Patent, 9,152,716, October 6, 2015.

**Books and Monographs:**

B-1. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java*, John Wiley and Sons, Inc., 1998.

B-2. M.T. Goodrich and C.C. McGeoch, eds., *Algorithm Engineering and Experimentation*, Lecture Notes in Computer Science (LNCS), Vol. 1619, Springer-Verlag, 1999.

B-3. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java, Second Edition*, John Wiley and Sons, Inc., 2001.

B-4. M.T. Goodrich and R. Tamassia, *Algorithm Design: Foundations, Analysis, and Internet Examples*, John Wiley and Sons, Inc., 2002.

B-5. M.T. Goodrich and S.G. Kobourov, eds., *10th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science, Vol. 2528, Springer-Verlag, 2002.

B-6. M.T. Goodrich, R. Tamassia, and D. Mount, *Data Structures and Algorithms in C++*, John Wiley and Sons, Inc., 2004.

B-7. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java, Third Edition*, John Wiley and Sons, Inc., 2004.

B-8. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java, Fourth Edition*, John Wiley and Sons, Inc., 2006.

B-9. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java, Fifth Edition*, John Wiley and Sons, Inc., 2011.

B-10. M.T. Goodrich and R. Tamassia, *Introduction to Computer Security*, Addison-Wesley, Inc., 2011.

B-11. M.T. Goodrich, R. Tamassia, and D. Mount, *Data Structures and Algorithms in C++, Second Edition*, John Wiley and Sons, Inc., 2011.

B-12. M.T. Goodrich, R. Tamassia, and M. Goldwasser, *Data Structures and Algorithms in Python*, John Wiley and Sons, Inc., 2013.

B-13. M.T. Goodrich, R. Tamassia, and M. Goldwasser, *Data Structures and Algorithms in Java, Sixth Edition*, John Wiley and Sons, Inc., 2014.

B-14. M.T. Goodrich and R. Tamassia, *Algorithm Design and Applications*, Wiley, 2015.

**Book Chapters:**

Ch-1. M.J. Atallah and M.T. Goodrich, "Deterministic Parallel Computational Geometry," in *Synthesis of Parallel Algorithms*, J.H. Reif, ed., Morgan Kaufmann, 497–536, 1993.

Ch-2. M.T. Goodrich, "The Grand Challenges of Geometric Computing," in *Developing a Computer Science Agenda for High-Performance Computing*, U. Vishkin, ed., ACM Press, 64–68, 1994.

Ch-3. M.T. Goodrich, "Parallel Algorithms in Geometry," *CRC Handbook of Discrete and Computational Geometry*, J.E. Goodman and J. O'Rourke, eds., CRC Press, Inc., 669–682, 1997.

Ch-4. M.T. Goodrich and K. Ramaiyer, "Geometric Data Structures," *Handbook of Computational Geometry*, J.-R. Sack and J. Urrutia, eds., Elsevier Science Publishing, 463–489, 2000.

Ch-5. M.T. Goodrich and R. Tamassia, "Simplified Analyses of Randomized Algorithms for Searching, Sorting, and Selection," *Handbook of Randomized Computing*, S. Rajasekaran, P.M. Pardalos, J.H. Reif, and J.D.P. Rolim, eds., Kluwer Academic Publishers, Vol. 1, 23–34, 2001.

Ch-6. M.T. Goodrich, "Parallel Algorithms in Geometry," *Handbook of Discrete and Computational Geometry, Second Edition*, J.E. Goodman and J. O'Rourke, eds., Chapman & Hall/CRC Press, Inc., 953–967, 2004. (Revised version of Ch-3.)

Ch-7. C. Duncan and M.T. Goodrich, "Approximate Geometric Query Structures," *Handbook of Data Structures and Applications*, Chapman & Hall/CRC Press, Inc., 26-1–26-17, 2005.

Ch-8. M.T. Goodrich, R. Tamassia, and L. Vismara, "Data Structures in JDSL," *Handbook of Data Structures and Applications*, Chapman & Hall/CRC Press, Inc., 43-1–43-22, 2005.

Ch-9. Y. Cho, L. Bao and M.T. Goodrich, "Secure Location-Based Access Control in WLAN Systems," *From Problem Toward Solution: Wireless and Sensor Networks Security*, Zhen Jiang and Yi Pan, eds., Nova Science Publishers, Inc., Chapter 17, 2007.

Ch-10. M.T. Goodrich and M.J. Nelson, "Distributed Peer-to-Peer Data Structures," *Handbook of Parallel Computing: Models, Algorithms and Applications*, R. Rajasekaran and J. Reif, eds., CRC Press, 17-1–17-17, 2008.

Ch-11. C.A. Duncan and M.T. Goodrich, "Planar Orthogonal and Polyline Drawing Algorithms," *Handbook of Graph Drawing and Visualization*, CRC Press, Inc., 223–246, 2013.

Ch-12. M.T. Goodrich, R. Tamassia, and L. Vismara, "Data Structures in JDSL," *Handbook of Data Structures and Applications*, 2nd edition, Chapman and Hall/CRC, Taylor & Francis, Inc., 43-1–43-22, 2018.

**Journal Papers:**

J-1. M.J. Atallah and M.T. Goodrich, "Efficient Parallel Solutions to Some Geometric Problems," *Journal of Parallel and Distributed Computing*, **3**(4), 1986, 492–507.

J-2. M.T. Goodrich, "Finding the Convex Hull of a Sorted Point Set in Parallel," *Information Processing Letters*, **26**, 1987, 173–179.

J-3. H. ElGindy and M.T. Goodrich, "Parallel Algorithms for Shortest Path Problems in Polygons," *The Visual Computer*, **3**(6), 1988, 371–378.

J-4. M.J. Atallah and M.T. Goodrich, "Parallel Algorithms For Some Functions of Two Convex Polygons," *Algorithmica*, **3**, 1988, 535–548.

J-5. M.J. Atallah, R. Cole, and M.T. Goodrich, "Cascading Divide-and-Conquer: A Technique for Designing Parallel Algorithms," *SIAM Journal on Computing*, **18**(3), 1989, 499–532.

J-6. M.T. Goodrich, "Triangulating a Polygon in Parallel," *Journal of Algorithms*, **10**, 1989, 327–351.

J-7. M.T. Goodrich and M.J. Atallah, "On Performing Robust Order Statistics in Tree-Structured Dictionary Machines," *Journal of Parallel and Distributed Computing*, **9**(1), 1990, 69–76.

J-8. M.T. Goodrich and J.S. Snoeyink, "Stabbing Parallel Segments with a Convex Polygon," *Computer Vision, Graphics and Image Processing*, **49**, 1990, 152–170.

J-9. J. Johnstone and M.T. Goodrich, "A Localized Method for Intersecting Plane Algebraic Curve Segments," *The Visual Computer*, **7**(2–3), 1991, 60–71.

J-10. M.T. Goodrich, "Intersecting Line Segments in Parallel with an Output-Sensitive Number of Processors," *SIAM Journal on Computing*, **20**(4), 1991, 737–755.

J-11. R. Cole and M.T. Goodrich, "Optimal Parallel Algorithms for Point-Set and Polygon Problems," *Algorithmica*, **7**, 1992, 3–23.

J-12. M.T. Goodrich, "A Polygonal Approach to Hidden-Line and Hidden-Surface Elimination," *Computer Vision, Graphics, and Image Processing: Graphical Models and Image Processing*, **54**(1), 1992, 1–12.

J-13. M.T. Goodrich, S. Shauck, and S. Guha, "Parallel Methods for Visibility and Shortest Path Problems in Simple Polygons," *Algorithmica*, **8**, 1992, 461–486, with addendum in *Algorithmica*, **9**, 1993, 515–516.

J-14. M.T. Goodrich, C. Ó'Dúnlaing, and C. Yap "Constructing the Voronoi Diagram of a Set of Line Segments in Parallel," *Algorithmica*, **9**, 1993, 128–141.

J-15. M.T. Goodrich, "Constructing the Convex Hull of a Partially Sorted Set of Points," *Computational Geometry: Theory and Applications*, **2**, 1993, 267–278.

J-16. M.T. Goodrich, "Constructing Arrangements Optimally in Parallel," *Discrete and Computational Geometry*, **9**, 1993, 371–385.

J-17. M.T. Goodrich, M.J. Atallah, and M. Overmars, "Output-Sensitive Methods for Rectilinear Hidden Surface Removal," *Information and Computation*, **107**(1), 1993, 1–24.

J-18. M.J. Atallah, P. Callahan, and M.T. Goodrich, "P-Complete Geometric Problems," *Int. Journal of Computational Geometry & Applications*, **3**(4), 1993, 443–462.

J-19. M.J. Atallah, M.T. Goodrich, and S.R. Kosaraju, "Parallel Algorithms for Evaluating Sequences of Set-Manipulation Operations," *Journal of the ACM*, **41**(6), 1994, 1049–1088.

J-20. M.T. Goodrich, "Efficient Piecewise-Linear Function Approximation Using the Uniform Metric," *Discrete and Computational Geometry*, **14**, 1995, 445–462.

J-21. H. Brönnimann and M.T. Goodrich, "Almost Optimal Set Covers in Finite VC-Dimension," *Discrete and Computational Geometry*, **14**, 1995, 463–479.

J-22. M.T. Goodrich, "Planar Separators and Parallel Polygon Triangulation," *J. Computer and System Sciences*, **51**(3), 1995, 374–389.

J-23. M.T. Goodrich, M. Ghouse, and J. Bright, "Sweep Methods for Parallel Computational Geometry," *Algorithmica*, **15**(2), 1996, 126–153.

J-24. M.T. Goodrich and S.R. Kosaraju, "Sorting on a Parallel Pointer Machine with Applications to Set Expression Evaluation," *Journal of the ACM*, **43**(2), 1996, 331–361.

J-25. A. Garg, M.T. Goodrich, and R. Tamassia, "Planar Upward Tree Drawings with Optimal Area," *International Journal of Computational Geometry & Applications*, **6**(3), 1996, 333–356.

J-26. M.H. Nodine, M.T. Goodrich, and J.S. Vitter, "Blocking for External Graph Searching," *Algorithmica*, **16**(2), 1996, 181–214.

J-27. R. Cole, M.T. Goodrich, C. Ó Dúnlaing, "A Nearly Optimal Deterministic Parallel Voronoi Diagram Algorithm," *Algorithmica*, **16**, 1996, 569–617.

J-28. G. Das and M.T. Goodrich, "On the Complexity of Optimization Problems for 3-Dimensional Convex Polyhedra and Decision Trees," *Computational Geometry: Theory and Applications*, **8**, 1997, 123–137.

J-29. M.T. Goodrich and R. Tamassia, "Dynamic Ray Shooting and Shortest Paths in Planar Subdivisions via Balanced Geodesic Triangulations," *J. Algorithms*, **23**, 1997, 51–73.

J-30. M. Ghouse and M.T. Goodrich, "Fast Randomized Parallel Methods for Planar Convex Hull Construction," *Computational Geometry: Theory and Applications*, **7**, 1997, 219–235.

J-31. L.P. Chew, M.T. Goodrich, D.P. Huttenlocher, K. Kedem, J.M. Kleinberg, and D. Kravets, "Geometric Pattern Matching under Euclidean Motion," *Computational Geometry: Theory and Applications*, **7**, 1997, 113-124.

J-32. M.T. Goodrich and E.A. Ramos, "Bounded-Independence Derandomization of Geometric

Partitioning with Applications to Parallel Fixed-Dimensional Linear Programming," *Discrete & Computational Geometry*, **18**(4), 1997, 397–420.

J-33. M.T. Goodrich, "An Improved Ray Shooting Method for Constructive Solid Geometry Models via Tree Contraction," *International Journal of Computational Geometry & Applications*, **8**(1), 1998, 1–23.

J-34. G. Barequet, A.J. Briggs, M.T. Dickerson, and M.T. Goodrich, "Offset-Polygon Annulus Placement Problems," *Computational Geometry: Theory and Applications*, **11**(3–4), 1998–99, 125–141.

J-35. M.T. Goodrich and R. Tamassia, "Dynamic Trees and Dynamic Point Location," *SIAM J. Comput.*, **28**(2), 1999, 612–636.

J-36. G. Barequet, S.S. Bridgeman, C.A. Duncan, M.T. Goodrich, and R. Tamassia, "GeomNet: Geometric Computing Over the Internet," *IEEE Internet Computing*, **3**(2), 1999, 21–29.

J-37. M.T. Goodrich, J.S.B. Mitchell, and M.W. Orletsky, "Approximate Geometric Pattern Matching Under Rigid Motion," *IEEE Trans. on Pattern Analysis and Machine Intelligence*, **21**(4), 1999, 371–379.

J-38. M.T. Goodrich, "Communication-Efficient Parallel Sorting," *SIAM Journal on Computing*, **29**(2), 1999, 416–432.

J-39. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Balanced Aspect Ratio Trees and Their Use for Drawing Very Large Graphs," *Journal of Graph Algorithms and Applications*, **4**(3), 2000, 19–46. Also available at www.cs.brown.edu/publications/jgaa/.

J-40. M.T. Goodrich and C.G. Wagner, "A Framework for Drawing Planar Graphs with Curves and Polylines," *Journal of Algorithms*, **37**, 2000, 399–421.

J-41. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Balanced Aspect Ratio Trees: Combining the Benefits of *k*-D Trees and Octrees," *J. Algorithms*, **38**, 2001, 303–333.

J-42. G. Barequet, M. Dickerson, and M.T. Goodrich, "Voronoi Diagrams for Polygon-Offset Distance Functions," *Discrete and Computational Geometry*, **25**(2), 2001, 271–291.

J-43. C.C. Cheng, C.A. Duncan, M.T. Goodrich, and S.G. Kobourov, "Drawing Planar Graphs with Circular Arcs," *Discrete and Computational Geometry*, **25**(3), 2001, 405–418.

J-44. N.M. Amato, M.T. Goodrich, and E.A. Ramos, "A Randomized Algorithm for Triangulating a Simple Polygon in Linear Time," *Discrete and Computational Geometry*, **26**(2), 2001, 245–265.

J-45. R. Tamassia, M.T. Goodrich, L. Vismara, M. Handy, G. Shubina, R. Cohen, B. Hudson, R.S. Baker, N. Gelfand, and U. Brandes, "JDSL: The Data Structures Library in Java," *Dr. Dobbs Journal*, **323**, 2001, 21–31.

J-46. G. Barequet, D.Z. Chen, O. Daescu, M.T. Goodrich, and J.S. Snoeyink, "Efficiently Approximating Polygonal Paths in Three and Higher Dimensions," *Algorithmica*, **33**(2), 2002, 150–167.

J-47. T. Chan, M.T. Goodrich, S.R. Kosaraju, and R. Tamassia, "Optimizing Area and Aspect Ratio in Straight-Line Orthogonal Tree Drawings," *Computational Geometry: Theory and Applications*, **23**(2), 2002, 153–162.

J-48. C.A. Duncan, M.T. Goodrich, and S.G. Kobourov, "Planarity-Preserving Clustering and Embedding for Large Planar Graphs," *Computational Geometry: Theory and Applications*, **24**(2), 2003, 95–114.

J-49. A.L. Buchsbaum and M.T. Goodrich, "Three-Dimensional Layers of Maxima," *Algorithmica*, **39**, 2004, 275–286.

J-50. G. Barequet, M.T. Goodrich, and C. Riley, "Drawing Graphs with Large Vertices and Thick

Edges," *J. of Graph Algorithms and Applications* (JGAA), **8**(1), 2004, 3–20.

J-51. G. Barequet, M.T. Goodrich, A. Levi-Steiner, and D. Steiner, "Contour Interpolation by Straight Skeletons," *Graphical Models* (GM), **66**(4), 2004, 245–260.

J-52. P. Gajer, M.T. Goodrich, and S.G. Kobourov, "A Multi-Dimensional Approach to Force-Directed Layouts of Large Graphs," *Computational Geometry: Theory and Applications*, **29**(1), 3–18, 2004.

J-53. G. Barequet, P. Bose, M.T. Dickerson, and M.T. Goodrich, "Optimizing a Constrained Convex Polygonal Annulus," *J. of Discrete Algorithms* (JDA), **3**(1), 1–26, 2005.

J-54. A. Bagchi, A.L. Buchsbaum, and M.T. Goodrich, "Biased Skip Lists," *Algorithmica*, **42**(1), 31–48, 2005.

J-55. M. Dickerson, D. Eppstein, M.T. Goodrich, J. Meng, "Confluent Drawings: Visualizing Non-planar Diagrams in a Planar Way," *J. of Graph Algorithms and Applications* (JGAA), **9**(1), 31–52, 2005.

J-56. A. Bagchi, A. Chaudhary, M.T. Goodrich, C. Li, and M. Shmueli-Scheuer, "Achieving Communication Efficiency through Push-Pull Partitioning of Semantic Spaces to Disseminate Dynamic Information," *IEEE Trans. on Knowledge and Data Engineering* (TKDE), **18**(10), 1352–1367, 2006.

J-57. D. Eppstein, M.T. Goodrich, and J.Y. Meng, "Confluent Layered Drawings," *Algorithmica*, **47**(4), 439–452, 2007.

J-58. A. Bagchi, A. Chaudhary, D. Eppstein, and M.T. Goodrich, "Deterministic Sampling and Range Counting in Geometric Data Streams," *ACM Transactions on Algorithms*, **3**(2), Article 16, 2007, 18 pages.

J-59. D. Eppstein, M.T. Goodrich, and D. Hirschberg, "Improved Combinatorial Group Testing Algorithms for Real-World Problem Sizes," *SIAM Journal on Computing*, **36**(5), 1360–1375, 2007.

J-60. D. Eppstein, M.T. Goodrich, and J.Z. Sun, "Skip Quadtrees: Dynamic Data Structures for Multidimensional Point Sets," *Int. Journal on Computational Geometry and Applications*, **18**(1/2), 131–160, 2008.

J-61. M.T. Goodrich, "Probabilistic Packet Marking for Large-Scale IP Traceback," *IEEE/ACM Transactions on Networking*, **16**(1), 15–24, 2008.

J-62. M.T. Goodrich and D.S. Hirschberg, "Improved Adaptive Group Testing Algorithms with Applications to Multiple Access Channels and Dead Sensor Diagnosis," *Journal of Combinatorial Optimization*, **15**(1), 95–121, 2008.

J-63. M.T. Goodrich, R. Tamassia, and D. Yao, "Notarized Federated ID Management and Authentication," *Journal of Computer Security*, **16**(4), 399–418, 2008.

J-64. M.T. Goodrich, "Pipelined Algorithms to Detect Cheating in Long-Term Grid Computations," *Theoretical Computer Science*, **408**, 199–207, 2008.

J-65. D. Eppstein, M.T. Goodrich, E. Kim, and R. Tamstorf, "Motorcycle Graphs: Canonical Quad Mesh Partitioning," *Computer Graphics Forum*, special issue on papers from 6th European Symp. on Geometry Processing (SGP), **27**(6), 1477–1486, 2008.

J-66. M.T. Goodrich, M. Sirivianos, J. Solis, C. Soriente, G. Tsudik, E. Uzun, "Using Audio in Secure Device Pairing," *Int. J. Security and Networks*, **4**(1/2), 57–68, 2009.

J-67. M.T. Goodrich, "On the Algorithmic Complexity of the Mastermind Game with Black-Peg Results," *Information Processing Letters*, **109**, 675–678, 2009.

J-68. D. Eppstein, M.T. Goodrich, E. Kim, and R. Tamstorf, "Approximate Topological Matching of Quad Meshes," *The Visual Computer*, **25**(8), 771–783, 2009.

J-69. D. Eppstein and M.T. Goodrich, "Succinct Greedy Geometric Routing Using Hyperbolic Geometry," *IEEE Transactions on Computers*, **60**(11), 1571–1580, 2011. Posted online Dec. 2010, IEEE Computer Society Digital Library.

J-70. D. Eppstein, M.T. Goodrich, and D. Strash, "Linear-Time Algorithms for Geometric Graphs with Sublinearly Many Edge Crossings," *SIAM Journal on Computing*, **39**(8), 3814–3829. 2010.

J-71. M.T. Goodrich, R. Tamassia, and N. Triandopoulos, "Efficient Authenticated Data Structures for Graph Connectivity and Geometric Search Problems," *Algorithmica*, **60**(3), 505–552, 2011.

J-72. D. Eppstein and M.T. Goodrich, "Straggler Identification in Round-Trip Data Streams via Newton's Identities and Invertible Bloom Filters," *IEEE Transactions on Knowledge and Data Engineering* (TKDE), **23**(2), 297–306, 2011.

J-73. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Planar Drawings of Higher-Genus Graphs," *Journal of Graph Algorithms and Applications*, **15**(1), 7–32, 2011.

J-74. M.T. Dickerson, M.T. Goodrich, T.D. Dickerson, and Y.D. Zhuo "Round-Trip Voronoi Diagrams and Doubling Density in Geographic Networks," *Transactions on Computational Science*, M.L. Gavrilova et al. (Eds.), Vol. 14, LNCS 6970, 211–238, 2011.

J-75. M.T. Goodrich, "Randomized Shellsort: A Simple Data-Oblivious Sorting Algorithm," *Journal of the ACM*, **58**(6), Article No. 27, 2011.

J-76. C.A. Duncan, D. Eppstein, M.T. Goodrich, S. Kobourov, and M. Nöllenburg, "Lombardi Drawings of Graphs," *Journal of Graph Algorithms and Applications (JGAA)*, **16**(1), 85–108, 2012.

J-77. E. Wolf-Chambers, D. Eppstein, M.T. Goodrich, and M. Löffler, "Drawing Graphs in the Plane with a Prescribed Outer Face and Polynomial Area," *Journal of Graph Algorithms and Applications (JGAA)*, **16**(2), 243–259, 2012.

J-78. M.T. Goodrich, D. Nguyen, O. Ohrimenko, C. Papamanthou, R. Tamassia, N. Triandopoulos, and C.V. Lopes, "Efficient Verification of Web-Content Searching Through Authenticated Web Crawlers," *Proc. VLDB*, **5**(10):920-931, 2012.

J-79. D. Eppstein, M.T. Goodrich, D. Strash, and L. Trott, "Extended Dynamic Subgraph Statistics Using h-Index Parameterized Data Structures," *Theoretical Computer Science*, **447**, 44–52, 2012.

J-80. M.T. Goodrich, "Learning Character Strings via Mastermind Queries, With a Case Study Involving mtDNA," *IEEE Transactions on Information Theory*, **58**(11), 6726–6736, 2012.

J-81. A.U. Asuncion and M.T. Goodrich, "Nonadaptive Mastermind Algorithms for String and Vector Databases, with Case Studies," *IEEE Transactions on Knowledge and Data Engineering* (TKDE), **25**(1), 131–144, 2013.

J-82. C.A. Duncan, D. Eppstein, M.T. Goodrich, S. Kobourov, and M. Nöllenburg, "Drawing Trees with Perfect Angular Resolution and Polynomial Area," *Discrete & Computational Geometry*, **49**(2), 157–182, 2013.

J-83. E. Angelino, M.T. Goodrich, M. Mitzenmacher and J. Thaler, "External Memory Multimaps," *Algorithmica*, **67**(1), 23–48, 2013.

J-84. D. Eppstein, M.T. Goodrich, M. Löffler, D. Strash and L. Trott, "Category-Based Routing in Social Networks: Membership Dimension and the Small-World Phenomenon," *Theoretical Computer Science*, **514**, 96–104, 2013.

J-85. M.T. Goodrich, "Spin-the-bottle Sort and Annealing Sort: Oblivious Sorting via Round-robin Random Comparisons," *Algorithmica*, **68**(4), 835–858, 2014.

J-86. Michael J. Bannister, William E. Devanny, David Eppstein, and M.T. Goodrich, "The Galois Complexity of Graph Drawing: Why Numerical Solutions are Ubiquitous for Force-Directed, Spectral, and Circle Packing Drawings," *Journal of Graph Algorithms and Applications*, **19**(2), 619–656, 2015.

J-87. C. Duncan, D. Eppstein, M.T. Goodrich, S.G. Kobourov and M. Löffler, "Planar and Poly-Arc Lombardi Drawings," *Journal of Computational Geometry* (JoCG), **9**(1), 328–355, 2018.

J-88. Gill Barequet, David Eppstein, M.T. Goodrich, and Nil Mamano, "Stable-Matching Voronoi Diagrams: Combinatorial Complexity and Algorithms," *Journal of Computational Geometry* (JoCG), **11**(1), 26–59, 2020.

**Papers in Peer-Reviewed Proceedings:**

C-1. M.J. Atallah and M.T. Goodrich, "Efficient Parallel Solutions to Geometric Problems," *1985 IEEE Int. Conf. on Parallel Processing (ICPP)*, 411–417. (Preliminary version of J-1.)

C-2. F. Berman, M.T. Goodrich, C. Koelbel, W. Robison, and K. Showell, "Prep-P: A Mapping Preprocessor for CHiP Computers," *1985 IEEE Int. Conf. on Parallel Processing*, 731–733.

C-3. M.J. Atallah and M.T. Goodrich, "Parallel Algorithms For Some Functions of Two Convex Polygons," *24th Allerton Conf. on Communication, Control and Computing*, 1986, 758–767. (Preliminary version of J-4.)

C-4. M.J. Atallah and M.T. Goodrich, "Efficient Plane Sweeping in Parallel," *2nd ACM Symp. on Computational Geometry* (SoCG), 1986, 216–225.

C-5. M.T. Goodrich, "A Polygonal Approach to Hidden-Line Elimination," *25th Allerton Conf. on Communication, Control, and Computing*, 1987, 849–858. (Preliminary version of J-12.)

C-6. M.J. Atallah, R. Cole, and M.T. Goodrich, "Cascading Divide-and-Conquer: A Technique for Designing Parallel Algorithms," *28th IEEE Symp. on Foundations of Computer Science* (FOCS), 1987, 151-160. (Preliminary version of J-5.)

C-7. M.J. Atallah, M.T. Goodrich, and S.R. Kosaraju, "Parallel Algorithms for Evaluating Sequences of Set-Manipulation Operations," *3rd Aegean Workshop on Computing* (AWOC), *Lecture Notes in Computer Science* (LNCS): 319, Springer-Verlag, 1988, 1–10. (Preliminary version of J-19.)

C-8. R. Cole and M.T. Goodrich, "Optimal Parallel Algorithms for Polygon and Point-Set Problems," *4th ACM Symp. on Computational Geometry* (SoCG), 1988, 201–210. (Preliminary version of J-11.)

C-9. M.T. Goodrich, "Intersecting Line Segments in Parallel with an Output-Sensitive Number of Processors," *1989 ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 127–137. (Preliminary version of J-10.)

C-10. M.T. Goodrich and S.R. Kosaraju, "Sorting on a Parallel Pointer Machine with Applications to Set Expression Evaluation," *30th IEEE Symp. on Foundations of Computer Science* (FOCS), 1989, 190–195. (Preliminary version of J-24.)

C-11. M.T. Goodrich, C. Ó'Dúnlaing, and C. Yap "Constructing the Voronoi Diagram of a Set of Line Segments in Parallel," *Lecture Notes in Computer Science 382, Algorithms and Data Structures* (WADS), Springer-Verlag, 1989, 12–23. (Preliminary version of J-14.)

C-12. M.T. Goodrich and J.S. Snoeyink, "Stabbing Parallel Segments with a Convex Polygon," *Lecture Notes in Computer Science 382, Algorithms and Data Structures* (WADS), Springer-Verlag, 1989, 231–242. (Preliminary version of J-8.)

C-13. J. Johnstone and M.T. Goodrich, "A Localized Method for Intersecting Plane Algebraic Curve Segments," *New Advances in Computer Graphics: Proc. of Computer Graphics International '89*, R.A. Earnshaw, B. Wyvel, eds., Springer-Verlag, 1989, 165–181.

(Preliminary version of J-9.)

C-14. M.J. Atallah, P. Callahan, and M.T. Goodrich, "P-Complete Geometric Problems," *2nd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1990, 317–326. (Preliminary version of J-18.)

C-15. R. Cole, M.T. Goodrich, C. Ó Dúnlaing, "Merging Free Trees in Parallel for Efficient Voronoi Diagram Construction", *17th Int. Conf. on Automata, Languages, and Programming* (ICALP), 1990, 432–445. (Preliminary version of J-27.)

C-16. M.T. Goodrich, M.J. Atallah, and M. Overmars, "An Input-Size/Output-Size Trade-Off in the Time-Complexity of Rectilinear Hidden-Surface Removal", *17th Int. Conf. on Automata, Languages, and Programming* (ICALP), 1990, 689–702. (Preliminary version of J-17.)

C-17. M.T. Goodrich, M. Ghouse, and J. Bright, "Generalized Sweep Methods for Parallel Computational Geometry," *2nd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1990, 280–289. (Preliminary version of J-23.)

C-18. M.T. Goodrich, "Applying Parallel Processing Techniques to Classification Problems in Constructive Solid Geometry," *1st ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1990, 118–128. (Preliminary version of J-33.)

C-19. M.T. Goodrich, S. Shauck, and S. Guha, "Parallel Methods for Visibility and Shortest Path Problems in Simple Polygons," *6th ACM Symp. on Computational Geometry* (SoCG), 1990, 73–82. (Preliminary version of J-13.)

C-20. M. Ghouse and M.T. Goodrich, "In-Place Techniques for Parallel Convex Hull Algorithms," *3rd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1991, 192–203. (Preliminary version of J-30.)

C-21. M.T. Goodrich, "Constructing Arrangements Optimally in Parallel," *3rd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1991, 169–179. (Preliminary version of J-16.)

C-22. M.T. Goodrich and R. Tamassia, "Dynamic Trees and Dynamic Point Location," *23rd ACM Symp. on Theory of Computing* (STOC), 1991, 523–533. (Preliminary version of J-35.)

C-23. M.T. Goodrich, "Using Approximation Algorithms to Design Parallel Algorithms that May Ignore Processor Allocation," *32nd IEEE Symp. on Foundations of Computer Science* (FOCS), 1991, 711–722.

C-24. M.T. Goodrich, "Planar Separators and Parallel Polygon Triangulation," *24th ACM Symp. on Theory of Computing* (STOC), 1992, 507–516. (Preliminary version of J-22.)

C-25. M.T. Goodrich, Y. Matias, U. Vishkin, "Approximate Parallel Prefix Computation and Its Applications," *7th IEEE Int. Parallel Processing Symp* (IPPS), 1993, 318–325.

C-26. M. Ghouse and M.T. Goodrich, "Experimental Evidence for the Power of Random Sampling in Practical Parallel Algorithms," *7th IEEE Int. Parallel Processing Symp* (IPPS), 1993, 549–556.

C-27. L.P. Chew, M.T. Goodrich, D.P. Huttenlocher, K. Kedem, J.M. Kleinberg, and D. Kravets, "Geometric Pattern Matching under Euclidean Motion," *5th Canadian Conf. on Computational Geometry* (CCCG), 1993, 151–156. (Preliminary version of J-31.)

C-28. M.T. Goodrich, "Geometric Partitioning Made Easier, Even in Parallel," *9th ACM Symp. on Computational Geometry* (SoCG), 1993, 73–82.

C-29. M.T. Goodrich and R. Tamassia, "Dynamic Ray Shooting and Shortest Paths via Balanced Geodesic Triangulations," *9th ACM Symp. on Computational Geometry* (SoCG), 1993, 318–327. (Preliminary version of J-29.)

C-30. A. Garg, M.T. Goodrich, and R. Tamassia, "Area-Efficient Upward Tree Drawings," *9th ACM Symp. on Computational Geometry* (SoCG), 1993, 359–368. (Preliminary version of J-25.)

C-31. M.H. Nodine, M.T. Goodrich, and J.S. Vitter, "Blocking for External Graph Searching," *12th ACM Symp. on Principles of Database Systems* (PODS), 1993, 222–232. (Preliminary version of J-26.)

C-32. E.M. Arkin, M.T. Goodrich, J.S.B. Mitchell, D. Mount, and S.S. Skiena, "Point Probe Decision Trees for Geometric Concept Classes," *Lecture Notes in Computer Science 709: Algorithms and Data Structures* (WADS), Springer-Verlag, 1993, 95–106.

C-33. M.T. Goodrich, J.J. Tsay, D.E. Vengroff, and J.S. Vitter, "External-Memory Computational Geometry," *34th IEEE Symp. on Foundations of Computer Science* (FOCS), 1993, 714–723.

C-34. M.T. Goodrich, Y. Matias, and U. Vishkin, "Optimal Parallel Approximation Algorithms for Prefix Sums and Integer Sorting," *5th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1994, 241–250.

C-35. H. Brönnimann and M.T. Goodrich, "Almost Optimal Set Covers in Finite VC-Dimension," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 293–302. (Preliminary version of J-21.)

C-36. M.T. Goodrich, "Efficient Piecewise-Linear Function Approximation Using the Uniform Metric," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 322–331. (Preliminary version of J-20.)

C-37. M.J. Atallah, M.T. Goodrich, and K. Ramaiyer, "Biased Finger Trees and Three-Dimensional Layers of Maxima," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 150–159.

C-38. M.T. Goodrich, J.S.B. Mitchell, and M.W. Orletsky, "Practical Methods for Approximate Geometric Pattern Matching under Rigid Motions," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 103–112. (Preliminary version of J-37.)

C-39. N.M. Amato, M.T. Goodrich, E.A. Ramos, "Parallel Algorithms for Higher-Dimensional Convex Hulls," *35th IEEE Symp. on Foundations of Computer Science* (FOCS), 1994, 683–694.

C-40. P.J. Tanenbaum, M.T. Goodrich, and E.R. Scheinerman, "Characterization and Recognition of Point-Halfspace and Related Orders," *2nd Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 894, Springer-Verlag, 1994, 234–245.

C-41. Y.J. Chiang, M.T. Goodrich, E.F. Grove, R. Tamassia, D.E. Vengroff, and J.S. Vitter, "External-Memory Graph Algorithms," *6th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1995, 139–149.

C-42. N.M. Amato, M.T. Goodrich, and E.A. Ramos, "Computing Faces in Segment and Simplex Arrangements," *27th ACM Symp. on Theory of Computing* (STOC), 1995, 672–682.

C-43. P. Callahan, M.T. Goodrich, and K. Ramaiyer, "Topology B-Trees and Their Applications," *1995 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 955, Springer-Verlag, 381–392.

C-44. G. Das and M.T. Goodrich, "On the Complexity of Approximating and Illuminating Three-Dimensional Convex Polyhedra," *1995 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 955, Springer-Verlag, 74–85. (Preliminary version of J-28.)

C-45. M.T. Goodrich, "Fixed-Dimensional Parallel Linear Programming via Relative $\epsilon$-Approximations," *7th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1996, 132–141. (Preliminary version of J-32.)

C-46. M. Chrobak, M.T. Goodrich, and R. Tamassia, "Convex Drawings of Graphs in Two and Three Dimensions," *12th ACM Symp. on Computational Geometry* (SoCG), 1996, 319–328.

C-47. M.T. Goodrich, "Communication-Efficient Parallel Sorting," *28th ACM Symp. on Theory of*

*Computing* (STOC), 1996, 247–256. (Preliminary version of J-38.)

C-48. T. Chan, M.T. Goodrich, S.R. Kosaraju, and R. Tamassia, "Optimizing Area and Aspect Ratio in Straight-Line Orthogonal Tree Drawings," *4th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1190, Springer-Verlag, 1996, 63–75. (Preliminary version of J-47.)

C-49. M.T. Goodrich, "Randomized Fully-Scalable BSP Techniques for Multi-Searching and Convex Hull Construction," *8th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1997, 767–776.

C-50. C.A. Duncan, M.T. Goodrich, and E.A. Ramos, "Efficient Approximation and Optimization Algorithms for Computational Metrology," *8th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1997, 121–130.

C-51. M.T. Goodrich, M. Orletsky, and K. Ramaiyer, "Methods for Achieving Fast Query Times in Point Location Data Structures," *8th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1997, 757–766.

C-52. M.T. Goodrich, L.J. Guibas, J. Hershberger, P.J. Tanenbaum, "Snap Rounding Line Segments Efficiently in Two and Three Dimensions," *13th ACM Symp. on Computational Geometry* (SoCG), 1997, 284–293.

C-53. G. Barequet, S.S. Bridgeman, C.A. Duncan, M.T. Goodrich, and R. Tamassia, "Classical Computational Geometry in GeomNet," *13th ACM Symp. on Computational Geometry* (SoCG), 1997, 412–414.

C-54. G. Barequet, A. Briggs, M. Dickerson, C. Dima, and M.T. Goodrich, "Animating the Polygon-Offset Distance Function," *13th ACM Symp. on Computational Geometry* (SoCG), 1997, 479–480, and the *Video Review for the 13th ACM Symp. on Computational Geometry* (SoCG).

C-55. G. Barequet, A. Briggs, M. Dickerson, and M.T. Goodrich, "Offset-Polygon Annulus Placement Problems," *1997 Workshop on Algorithms and Data Structures* (WADS), 1997, 378–391. (Preliminary version of J-34.)

C-56. G. Barequet, M. Dickerson, and M.T. Goodrich, "Voronoi Diagrams for Polygon-Offset Distance Functions," *1997 Workshop on Algorithms and Data Structures* (WADS), 1997, 200–209. (Preliminary version of J-42.)

C-57. N. Gelfand, M.T. Goodrich, and R. Tamassia, "Teaching Data Structure Design Patterns," *29th ACM SIGCSE Technical Symp. on Computer Science Education*, 1998, 331–335.

C-58. M.T. Goodrich and R. Tamassia, "Teaching the Analysis of Algorithms with Visual Proofs," *29th ACM SIGCSE Technical Symp. on Computer Science Education*, 1998, 207–211.

C-59. G. Barequet, D.Z. Chen, O. Daescu, M.T. Goodrich, and J.S. Snoeyink, "Efficiently Approximating Polygonal Paths in Three and Higher Dimensions," *1998 ACM Symp. on Computational Geometry* (SoCG), 1998, 317–326. (Preliminary version of J-46.)

C-60. M.T. Goodrich and C.G. Wagner, "A Framework for Drawing Planar Graphs with Curves and Polylines," *6th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1547, Springer-Verlag, 1998, 153–166. (Preliminary version of J-40.)

C-61. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Balanced Aspect Ratio Trees and Their Use for Drawing Very Large Graphs," *6th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1547, Springer-Verlag, 1998, 111–124. (Preliminary version of J-39.)

C-62. M.T. Goodrich, M. Handy, B. Hudson, and R. Tamassia, "Abstracting Positional Information in Data Structures: Locators and Positions in JDSL," *Object-Oriented Programming, Systems, Languages & Applications (OOPSLA) '98 Technical Notes*, 1998.

C-63. M.T. Goodrich and J.G. Kloss II, "Tiered Vector: An Efficient Dynamic Array for JDSL," *Object-Oriented Programming, Systems, Languages & Applications (OOPSLA) '98 Technical Notes*, 1998.

C-64. M.T. Goodrich, M. Handy, B. Hudson, and R. Tamassia, "Accessing the Internal Organization of Data Structures in the JDSL Library," *Int. Workshop on Algorithm Engineering and Experimentation* (ALENEX), Springer-Verlag, Lecture Notes in Computer Science, Vol. 1619, 1999, 124–139.

C-65. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Balanced Aspect Ratio Trees: Combining the Benefits of $k$-D Trees and Octrees," *10th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1999, 300–309. (Preliminary version of J-41.)

C-66. R.S. Baker, M. Boilen, M.T. Goodrich, R. Tamassia, and B.A. Stibel, "Testers and Visualizers for Teaching Data Structures," *30th ACM SIGCSE Technical Symp. on Computer Science Education*, 1999, 261–265.

C-67. M.T. Goodrich and R. Tamassia, "Using Randomization in the Teaching of Data Structures and Algorithms," *30th ACM SIGCSE Technical Symp. on Computer Science Education*, 1999, 53–57. (Preliminary version of Ch-5.)

C-68. G. Barequet, C. Duncan, M.T. Goodrich, S. Kumar, M. Pop, "Efficient Perspective-Accurate Silhouette Computation," *15th ACM Symp. on Computational Geometry* (SoCG), 1999, 417–418, and the *Video Review for the 15th ACM Symp. on Computational Geometry* (SoCG).

C-69. C.C. Cheng, C.A. Duncan, M.T. Goodrich, and S.G. Kobourov, "Drawing Planar Graphs with Circular Arcs," *7th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1731, Springer-Verlag, 1999, 117–126. (Preliminary version of J-43.)

C-70. C.A. Duncan, M.T. Goodrich, and S.G. Kobourov, "Planarity-Preserving Clustering and Embedding for Large Planar Graphs," *7th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1731, Springer-Verlag, 1999, 186–196. (Preliminary version of J-48.)

C-71. M.T. Goodrich and J.G. Kloss II, "Tiered Vectors: Efficient Dynamic Arrays for Rank-Based Sequences," *1999 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 1663, Springer-Verlag, 1999, 205–216.

C-72. M.T. Goodrich, "Competitive Tree-Structured Dictionaries," *11th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2000, 494–495.

C-73. N.M. Amato, M.T. Goodrich, and E.A. Ramos, "Computing the Arrangement of Curve Segments: Divide-and-Conquer Algorithms via Sampling," *11th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2000, 705–706.

C-74. S. Bridgeman, M.T. Goodrich, S.G. Kobourov, and R. Tamassia, "PILOT: An Interactive Tool for Learning and Grading," *31st ACM SIGCSE Technical Symp. on Computer Science Education*, 2000, 139–143.

C-75. S. Bridgeman, M.T. Goodrich, S.G. Kobourov, and R. Tamassia, "SAIL: A System for Generating, Archiving, and Retrieving Specialized Assignments in LaTeX," *31st ACM SIGCSE Technical Symp. on Computer Science Education*, 2000, 300–304.

C-76. N.M. Amato, M.T. Goodrich, and E.A. Ramos, "Linear-Time Triangulation of a Simple Polygon Made Easier Via Randomization," *16th ACM Symp. on Computational Geometry* (SoCG), 2000, 201-212. (Preliminary version of J-44.)

C-77. A.L. Buchsbaum, M.T. Goodrich, and J.R. Westbrook, "Range Searching Over Tree Cross Products," *8th European Symp. on Algorithms* (ESA), Lecture Notes in Computer Science 1879, Springer-Verlag, 2000, 120–131.

C-78. C.A. Duncan, M.T. Dickerson, and M.T. Goodrich, "$k$-D Trees are Better When Cut on

the Longest Side," *8th European Symp. on Algorithms* (ESA), Lecture Notes in Computer Science 1879, Springer-Verlag, 2000, 179–190.

C-79. P. Gajer, M.T. Goodrich, and S.G. Kobourov, "A Fast Multi-Dimensional Algorithm for Drawing Large Graphs," *8th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1984, Springer-Verlag, 2001, 211–221. (Preliminary version of J-52.)

C-80. G. Ateniese, B. de Medeiros, and M.T. Goodrich, "TRICERT: A Distributed Certified E-mail Scheme," *Network and Distributed Systems Security Symp.* (NDSS), 2001, 47–56.

C-81. M.T. Goodrich and R. Tamassia, "Teaching Internet Algorithmics," *32nd ACM SIGCSE Technical Symp. on Computer Science Education*, 2001, 129–133.

C-82. M. Pop, G. Barequet, C.A. Duncan, M.T. Goodrich, W. Hwang, and S. Kumar, "Efficient Perspective-Accurate Silhouette Computation and Applications," *17th ACM Symp. on Computational Geometry* (SoCG), 2001, 60–68.

C-83. M.T. Goodrich and R. Tamassia, "Implementation of an Authenticated Dictionary with Skip Lists and Commutative Hashing," *DARPA Information Survivability Conf. & Exposition II* (DISCEX), IEEE Press, 2001, 68–82.

C-84. A. Bagchi, A. Chaudhary, R. Garg, M.T. Goodrich, and V. Kumar, "Seller-Focused Algorithms for Online Auctioning," *2001 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 2125, Springer-Verlag, 2001, 135–147.

C-85. A. Anagnostopoulos, M.T. Goodrich, R. Tamassia, "Persistent Authenticated Dictionaries and Their Applications," *Information Security Conf.* (ISC), Lecture Notes in Computer Science 2200, Springer-Verlag, 2001, 379–393.

C-86. M.T. Goodrich, R. Tamassia, and J. Hasic, "An Efficient Dynamic and Distributed Cryptographic Accumulator," *5th Information Security Conf.* (ISC), Lecture Notes in Computer Science 2433, Springer-Verlag, 2002, 372–388.

C-87. A.L. Buchsbaum and M.T. Goodrich, "Three-Dimensional Layers of Maxima," *10th European Symp. on Algorithms* (ESA), Lecture Notes in Computer Science 2461, Springer-Verlag, 2002, 257–267. (Preliminary version of J-49.)

C-88. A. Bagchi, A.L. Buchsbaum, and M.T. Goodrich, "Biased Skip Lists," *13th Int. Symp. on Algorithms and Computation* (ISAAC), Lecture Notes in Computer Science 2518, Springer-Verlag, 2002, 1–13. (Preliminary version of J-54.)

C-89. M.T. Goodrich, "Efficient Packet Marking for Large-Scale IP Traceback," *9th ACM Conf. on Computer and Communications Security* (CCS), 2002, 117–126. (Preliminary version of J-61.)

C-90. M.T. Goodrich, R. Tamassia, N. Triandopoulos, and R. Cohen, "Authenticated Data Structures for Graph and Geometric Searching," *RSA Conf.—Cryptographers' Track* (CT-RSA), Lecture Notes in Computer Science 2612, Springer-Verlag, 2003, 295–313. (Preliminary version of J-71.)

C-91. M.T. Goodrich, M. Shin, R. Tamassia, and W.H. Winsborough, "Authenticated Dictionaries for Fresh Attribute Credentials," *1st Int. Conf. on Trust Management* (iTrust), Lecture Notes in Computer Science 2692, Springer-Verlag, 2003, 332–347.

C-92. G. Barequet, M.T. Goodrich, A. Levi-Steiner, and D. Steiner, "Straight-Skeleton Based Contour Interpolation," *14th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2003, 119–127. (Preliminary version of J-51.)

C-93. G. Barequet, M.T. Goodrich, and C. Riley, "Drawing Graphs with Large Vertices and Thick Edges," *2003 Workshop and Data Structures and Algorithms* (WADS), Lecture Notes in Computer Science 2748, Springer-Verlag, 2003, 281–293. (Preliminary version of J-50.)

C-94. A. Bagchi, A. Chaudhary, M.T. Goodrich, and S. Xu, "Constructing Disjoint Paths for

Secure Communication," *17th Int. Symp. on Distributed Computing* (DISC), Lecture Notes in Computer Science 2848, Springer-Verlag, 2003, 181–195.

C-95. M. Dickerson, D. Eppstein, M.T. Goodrich, J. Meng, "Confluent Drawings: Visualizing Non-planar Diagrams in a Planar Way," *11th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 2912, Springer-Verlag, 2003, 1–12. (Preliminary version of J-55.)

C-96. F. Brandenberg, D. Eppstein, M.T. Goodrich, S. Kobourov, G. Liotta, P. Mutzel, "Selected Open Problems in Graph Drawing," *11th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 2912, Springer-Verlag, 2003, 515–539.

C-97. A. Bagchi, A. Chaudhary, D. Eppstein, and M.T. Goodrich, "Deterministic Sampling and Range Counting in Geometric Data Streams," *20th ACM Symp. on Computational Geometry* (SoCG), 144–151, 2004. (Preliminary version of J-58.)

C-98. M.T. Goodrich, J.Z. Sun, and R. Tamassia, "Efficient Tree-Based Revocation in Groups of Low-State Devices," *Advances in Cryptology* (CRYPTO), Springer, Lecture Notes in Computer Science 3152, 511–527, 2004.

C-99. D. Eppstein, M.T. Goodrich, and J.Y. Meng, "Confluent Layered Drawings," *12th Int. Symp. on Graph Drawing* (GD), Springer, Lecture Notes in Computer Science 3383, 184–194, 2004. (Preliminary version of J-57.)

C-100. M.J. Atallah, K.B. Frikken, M.T. Goodrich, and R. Tamassia, "Secure Biometric Authentication for Weak Computational Devices," *9th Int. Conf. on Financial Cryptograpy and Data Security*, Springer, Lecture Notes in Computer Science 3570, 357–371, 2005.

C-101. M.T. Goodrich, "Leap-Frog Packet Linking and Diverse Key Distributions for Improved Integrity in Network Broadcasts," *IEEE Symp. on Security and Privacy* (S&P), 196–207, 2005.

C-102. D. Eppstein, M.T. Goodrich, and J.Z. Sun, "The Skip Quadtree: A Simple Dynamic Data Structure for Multidimensional Data," *21st ACM Symp. on Computational Geometry* (SoCG), 296–305, 2005. (Preliminary version of J-60.)

C-103. M.J. Atallah, M.T. Goodrich, and R. Tamassia, "Indexing Information for Data Forensics," *3rd Applied Cryptography and Network Security Conf.* (ACNS), Lecture Notes in Computer Science 3531, Springer, 206–221, 2005.

C-104. W. Du and M.T. Goodrich, "Searching for High-Value Rare Events with Uncheatable Grid Computing," *3rd Applied Cryptography and Network Security Conf.* (ACNS), Lecture Notes in Computer Science 3531, Springer, 122–137, 2005.

C-105. L. Arge, D. Eppstein, and M.T. Goodrich, "Skip-Webs: Efficient Distributed Data Structures for Multi-Dimensional Data Sets," *24th ACM Symp. on Principles of Distributed Computing* (PODC), 2005.

C-106. D. Eppstein, M.T. Goodrich, and D. Hirschberg, "Improved Combinatorial Group Testing for Real-World Problem Sizes," *Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 3608, Springer, 86–98, 2005. (Preliminary version of J-59.)

C-107. A. Chaudhary and M.T. Goodrich, "Balanced Aspect Ratio Trees Revisited," *Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 3608, Springer, 73–85, 2005.

C-108. M.T. Goodrich, R. Tamassia, and D. Yao, "Accredited DomainKeys: A Service Architecture for Improved Email Validation," *2nd Conf. on Email and Anti-Spam* (CEAS), 1–8, 2005.

C-109. M.T. Goodrich, G.S. Lueker, and J.Z. Sun, "C-Planarity of Extrovert Clustered Graphs," *13th Int. Symp. Graph Drawing* (GD), 211–222, 2005.

C-110. D. Eppstein, M.T. Goodrich, J.Y. Meng, "Delta-Confluent Drawings," *13th Int. Symp.*

15

*Graph Drawing* (GD), 165–176, 2005.

C-111. M.T. Goodrich, M.J. Nelson, and J.Z. Sun, "The Rainbow Skip Graph: A Fault-Tolerant Constant-Degree Distributed Data Structure," *17th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 384–393, 2006.

C-112. M.T. Goodrich, M. Sirivianos, J. Solis, G. Tsudik, E. Uzun, "Loud And Clear: Human-Verifiable Authentication Based on Audio," *26th IEEE Int. Conf. on Distributed Computing Systems* (ICDCS), 1–8, 2006. (Preliminary version of J-66.)

C-113. M.T. Goodrich, R. Tamassia, and D. Yao, "Notarized Federated Identity Management for Web Services," *20th IFIP WG Working Conf. on Data and Application Security* (DBSec), Springer, Lecture Notes in Computer Science, Vol. 4127, 133–147, 2006. (Preliminary version of J-63.)

C-114. M.T. Goodrich and D.S. Hirschberg, "Efficient Parallel Algorithms for Dead Sensor Diagnosis and Multiple Access Channels," *18th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 118–127, 2006. (Preliminary version of J-62.)

C-115. Y. Cho, L. Bao, and M.T. Goodrich, "LAAC: A Location-Aware Access Control Protocol," *2006 3rd Annual Int. Conf. on Mobile and Ubiquitous Systems - Workshop on Ubiquitous Access Control* (IWUAC), 1–7, 2006.

C-116. M.B. Dillencourt, D. Eppstein, and M.T. Goodrich, "Choosing Colors for Geometric Graphs via Color Space Embeddings," *14th Int. Symp. Graph Drawing* (GD), Lecture Notes in Computer Science, Vol. 4372, Springer, 294–305, 2006.

C-117. D. Eppstein, M.T. Goodrich, and N. Sitchinava, "Guard Placement for Wireless Localization," *23rd ACM Symp. on Computational Geometry* (SoCG), 27–36, 2007.

C-118. M.T. Goodrich, C. Papamanthou, and R. Tamassia, "On the Cost of Persistence and Authentication in Skip Lists," *6th Workshop on Experimental Algorithms* (WEA), LNCS 4525, 94–107, 2007.

C-119. M.J. Atallah, M. Blanton, M.T. Goodrich, and S. Polu, "Discrepancy-Sensitive Dynamic Fractional Cascading, Dominated Maxima Searching, and 2-d Nearest Neighbors in Any Minkowski Metric," *Workshop on Algorithms and Data Structures* (WADS), LNCS, Vol. 4619, Springer, 114–126, 2007.

C-120. D. Eppstein and M.T. Goodrich, "Space-Efficient Straggler Identification in Round-Trip Data Streams via Newton's Identities and Invertible Bloom Filters," *Workshop on Algorithms and Data Structures* (WADS), LNCS, Vol. 4619, Springer, 2007, 638–649. (Preliminary version of J-72.)

C-121. M.T. Goodrich and J.Z. Sun, "Checking Value-Sensitive Data Structures in Sublinear Space," *18th Int. Symp. on Algorithms and Computation* (ISAAC), LNCS, vol. 4835, Springer, 2007, 353–364.

C-122. M.T. Goodrich, R. Tamassia, and N. Triandopoulos, "Super-Efficient Verification of Dynamic Outsourced Databases," *RSA Conf.—Cryptographers' Track* (CT-RSA), LNCS, vol. 4964, Springer, 2008, 407–424.

C-123. D. Eppstein, M.T. Goodrich, E. Kim, and R. Tamstorf, "Approximate Topological Matching of Quadrilateral Meshes," *IEEE Int. Conf. on Shape Modeling and Applications* (SMI), 2008, 83–92. (Preliminary version of J-68.)

C-124. G. Barequet, D. Eppstein, M.T. Goodrich, and A. Waxman, "Straight Skeletons of Three-Dimensional Polyhedra," *16th European Symp. on Algorithms* (ESA), LNCS, vol. 5193, 2008, 148–160.

C-125. M.T. Goodrich, C. Papamanthou, R. Tamassia, and N. Triandopoulos, "Athos: Efficient

Authentication of Outsourced File Systems," *11th Information Security Conf.* (ISC), LNCS, vol. 5222, 2008, 80–96.

C-126. L. Arge, M.T. Goodrich, M. Nelson, and N. Sitchinava, "Fundamental Parallel Algorithms for Private-Cache Chip Multiprocessors," *20th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2008, 197–206.

C-127. D. Eppstein and M.T. Goodrich, "Succinct Greedy Graph Drawing in the Hyperbolic Plane," *16th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 5417, Springer, 2008, 14–25. (Preliminary version of J-69.)

C-128. D. Eppstein and M.T. Goodrich, "Studying (Non-Planar) Road Networks Through an Algorithmic Lens," *16th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2008, 125–134. **Best Paper Award.**

C-129. M. Dickerson and M.T. Goodrich, "Two-Site Voronoi Diagrams in Geographic Networks," *16th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2008, 439–442.

C-130. D. Eppstein, M.T. Goodrich, and D. Strash, "Linear-Time Algorithms for Geometric Graphs with Sublinearly Many Crossings," *20th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2009, 150–159. (Preliminary version of J-70.)

C-131. M.T. Goodrich, "The Mastermind Attack on Genomic Data," *30th IEEE Symp. on Security and Privacy* (S&P), 2009, 204–218. (Preliminary version of J-80.)

C-132. W. Du, D. Eppstein, M.T. Goodrich, and G.S. Lueker, "On the Approximability of Geometric and Geographic Generalization and the Min-Max Bin Covering Problem," *Algorithms and Data Structures Symp.* (WADS), LNCS, vol. 5664, Springer, 2009, 242–253.

C-133. M.T. Goodrich, R. Tamassia, and N. Triandopoulos, J.Z. Sun, "Reliable Resource Searching in P2P Networks," *5th Int. ICST Conf. on Security and Privacy in Communication Networks* (SecureComm), Lecture Notes of ICST, vol. 19, Springer, 2009, 437–447.

C-134. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Planar Drawings of Higher-Genus Graphs," *17th Int. Symp. on Graph Drawing* (GD), LNCS, Springer, vol. 5849, 2009, 45–56. (Preliminary version of J-73.)

C-135. D. Eppstein, M.T. Goodrich, L. Trott, "Going Off-road: Transversal Complexity in Road Networks," *17th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2009, 23–32.

C-136. M.T. Goodrich and Darren Strash, "Succinct Greedy Geometric Routing in the Euclidean Plane," *20th Int. Symp. on Algorithms and Computation* (ISAAC), LNCS, vol. 5878, Springer, 2009, 781–791.

C-137. M.T. Goodrich, "Randomized Shellsort: A Simple Oblivious Sorting Algorithm," *21st ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2010, 1262–1277. (Preliminary version of J-75.)

C-138. L. Arge, M.T. Goodrich, and N. Sitchinava, "Parallel External Memory Graph Algorithms," *24th IEEE Int. Parallel & Distributed Processing Symp.* (IPDPS), 2010, 1–11.

C-139. G. Wang, T. Luo, M.T. Goodrich, W. Du, and Z. Zhu, "Bureaucratic Protocols for Secure Two-Party Sorting, Selection, and Permuting," *5th ACM Symp. on Information, Computer and Communications Security*, 2010, 226–237.

C-140. M.T. Dickerson, M.T. Goodrich, and T.D. Dickerson, "Round-Trip Voronoi Diagrams and Doubling Density in Geographic Networks," *7th Int. Symp. on Voronoi Diagrams in Science and Engineering* (ISVD), IEEE Press, 132–141, 2010. (Preliminary version of J-74.)

C-141. M.T. Dickerson, D. Eppstein, and M.T. Goodrich, "Cloning Voronoi Diagrams via

Retroactive Data Structures," *18th European Symp. on Algorithms* (ESA), LNCS, vol. 6346, 2010, 362–373.

C-142. C.A. Duncan, D. Eppstein, M.T. Goodrich, S. Kobourov, and M. Nöllenburg, "Lombardi Drawings of Graphs," *18th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 6502, 2010, 195–207. (Preliminary version of J-76.)

C-143. E. Wolf-Chambers, D. Eppstein, M.T. Goodrich, and M. Löffler, "Drawing Graphs in the Plane with a Prescribed Outer Face and Polynomial Area," *18th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 6502, 2010, 129–140. (Preliminary version of J-77.)

C-144. C.A. Duncan, D. Eppstein, M.T. Goodrich, S. Kobourov, and M. Nöllenburg, "Drawing Trees with Perfect Angular Resolution and Polynomial Area," *18th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 6502, 2010, 183–194. (Preliminary version of J-82.)

C-145. A.U. Asuncion and M.T. Goodrich, "Turning Privacy Leaks into Floods: Surreptitious Discovery of Social Network Friendships and Other Sensitive Binary Attribute Vectors," *Workshop on Privacy in the Electronic Society* (WPES), held in conjunction with the 17th ACM Conf. on Computer and Communications Security (CCS), 2010, 21–30. (Preliminary version of J-81.)

C-146. D. Eppstein, M.T. Goodrich, D. Strash, and L. Trott, "Extended Dynamic Subgraph Statistics Using h-Index Parameterized Data Structures," *4th Annual Int. Conf. on Combinatorial Optimization and Applications* (COCOA), LNCS, vol. 6508, 2010, 128–141. (Preliminary version of J-79.)

C-147. M.T. Goodrich and D. Strash, "Priority Range Trees," *21st Int. Symp. on Algorithms and Computation* (ISAAC), LNCS, vol. 6506, 2010, 97–108.

C-148. D. Eppstein, M.T. Goodrich, R. Tamassia, "Privacy-Preserving Data-Oblivious Geometric Algorithms for Geographic Data," *18th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2010, 13–22.

C-149. M.T. Goodrich, "Spin-the-bottle Sort and Annealing Sort: Oblivious Sorting via Round-robin Random Comparisons," *8th Workshop on Analytic Algorithmics and Combinatorics* (ANALCO), in conjunction with the ACM-SIAM Symp. on Discrete Algorithms (SODA), 2011. (Preliminary version of J-85.)

C-150. M.T. Goodrich and F. Kerschbaum, "Privacy-Enhanced Reputation-Feedback Methods to Reduce Feedback Extortion in Online Auctions," *ACM Conf. on Data and Application Security and Privacy (CODASPY)*, 2011, 273–282.

C-151. M.T. Goodrich, "Data-Oblivious External-Memory Algorithms for the Compaction, Selection, and Sorting of Outsourced Data," *23rd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2011, 379–388.

C-152. M.T. Goodrich and M. Mitzenmacher, "Brief Announcement: Large-Scale Multimaps," *23rd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2011, 259–260.

C-153. D. Eppstein, M.T. Goodrich, F. Uyeda, and G. Varghese, "What's the Difference? Efficient Set Synchronization without Prior Context," *SIGCOMM* 218–229, 2011.

C-154. D. Eppstein, M.T. Goodrich, and M. Löffler, "Tracking Moving Objects with Few Handovers," *Algorithms and Data Structures Symp.* (WADS), 362–373, LNCS, vol. 6844, 2011.

C-155. M.T. Goodrich and M. Mitzenmacher, "Privacy-Preserving Access of Outsourced Data via Oblivious RAM Simulation," *38th Int. Colloquium on Automata, Languages and Programming (ICALP)*, LNCS, vol. 6756, 2011, 576–587.

C-156. M.T. Goodrich and P. Pszona, "External-Memory Network Analysis Algorithms for

Naturally Sparse Graphs," *European Symp. on Algorithms (ESA)*, LNCS, vol. 6942, 664–676, 2011.

C-157. C. Duncan, D. Eppstein, M.T. Goodrich, S.G. Kobourov and M. Löffler, "Planar and Poly-Arc Lombardi Drawings," *Int. Symp. Graph Drawing (GD)*, LNCS, vol. 7034, 308–319, 2011. (Preliminary version of J-87.)

C-158. R. Chernobelskiy, K. Cunningham, M.T. Goodrich, S.G. Kobourov and L. Trott, "Force-Directed Lombardi-Style Graph Drawing," *Int. Symp. Graph Drawing (GD)*, LNCS, vol. 7034, 320–331, 2011.

C-159. M.T. Goodrich and M. Mitzenmacher, "Invertible Bloom Lookup Tables," *49th Allerton Conf. on Communication, Control, and Computing*, IEEE Press, **invited paper**, 2011.

C-160. M.T. Goodrich, M. Mitzenmacher, O. Ohrimenko, and R. Tamassia, "Oblivious RAM Simulation with Efficient Worst-Case Access Overhead," *ACM Cloud Computing Security Workshop (CCSW)*, in conjunction with the 17th ACM Conf. on Computer and Communications Security (CCS), 95–100, 2011.

C-161. M.T. Goodrich and J.A. Simons, "Fully Retroactive Approximate Range and Nearest Neighbor Searching," *22nd Int. Symp. on Algorithms and Computation (ISAAC)*, Springer, LNCS, vol. 7074, 292–301, 2011.

C-162. E. Angelino, M.T. Goodrich, M. Mitzenmacher and J. Thaler, "External Memory Multimaps," *22nd Int. Symp. on Algorithms and Computation (ISAAC)*, Springer, LNCS, vol. 7074, 384–394, 2011. (Preliminary version of J-83.)

C-163. M.T. Goodrich, N. Sitchinava, and Q. Zhang, "Sorting, Searching, and Simulation in the MapReduce Framework," *22nd Int. Symp. on Algorithms and Computation (ISAAC)*, Springer, LNCS, vol. 7074, 374–383, 2011.

C-164. D. Eppstein, M.T. Goodrich, M. Löffler, D. Strash and L. Trott, "Category-Based Routing in Social Networks: Membership Dimension and the Small-World Phenomenon," *IEEE Int. Conf. on Computational Aspects of Social Networks* (CASoN), 102–107, 2011. (Preliminary version of J-84.)

C-165. M.T. Goodrich, O. Ohrimenko, M. Mitzenmacher, and R. Tamassia, "Privacy-Preserving Group Data Access via Stateless Oblivious RAM Simulation," *23rd ACM-SIAM Symp. on Discrete Algorithms* (SODA), 157–167, 2012.

C-166. M.T. Goodrich, O. Ohrimenko, M. Mitzenmacher, and R. Tamassia, "Practical Oblivious Storage," *2nd ACM Conf. on Data and Application Security and Privacy* (CODASPY). 13–24, 2012.

C-167. M.T. Goodrich and M. Mitzenmacher, "Anonymous Card Shuffling and its Applications to Parallel Mixnets," *39th Int. Colloquium on Automata, Languages and Programming* (ICALP), Springer, LNCS, vol. 6756, 576–587, 2012.

C-168. M.T. Goodrich, O. Ohrimenko, and R. Tamassia, "Graph Drawing in the Cloud: Privately Visualizing Relational Data using Small Working Storage," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 43–54, 2012.

C-169. F.J. Brandenburg, D. Eppstein, A. Gleissner, M.T. Goodrich, K. Hanauer, and J. Reislhuber, "On the Density of Maximal 1-Planar Graphs," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 327–338, 2012.

C-170. M.J. Bannister, D. Eppstein, M.T. Goodrich, and L. Trott, "Force-Directed Graph Drawing Using Social Gravity and Scaling," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 414–425, 2012.

C-171. M.T. Goodrich and J.A. Simons, "More Graph Drawing in the Cloud: Data-Oblivious

st-Numbering, Visibility Representations, and Orthogonal Drawing of Biconnected Planar Graphs," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 569–570, 2012.

C-172. M.T. Goodrich, D.S. Hirschberg, M. Mitzenmacher, and J. Thaler, "Cache-Oblivious Dictionaries and Multimaps with Negligible Failure Probability," *Mediterranean Conf. on Algorithms* (MedAlg), Springer, LNCS, vol. 7659, 203–218, 2012.

C-173. D. Eppstein, M.T. Goodrich, and D.S. Hirschberg, "Combinatorial Pair Testing: Distinguishing Workers from Slackers," *Algorithms and Data Structures Symp.* (WADS), Springer, LNCS, vol. 8037, 316–327, 2013.

C-174. D. Eppstein, M.T. Goodrich, and J.A. Simons, "Set-Difference Range Queries," *25th Canadian Conf. on Computational Geometry* (CCCG), 2013, http://www.cccg.ca/proceedings/2013/.

C-175. M.T. Goodrich and P. Pszona, "Cole's Parametric Search Technique Made Practical," *25th Canadian Conf. on Computational Geometry* (CCCG), 2013, http://www.cccg.ca/proceedings/2013/.

C-176. L. Arge, M.T. Goodrich, F. van Walderveen, "Computing Betweenness Centrality in External Memory," *IEEE Int. Conf. on Big Data* (BigData), 368–375, 2013.

C-177. M.T. Goodrich and P. Pszona, "Achieving Good Angular Resolution in 3D Arc Diagrams," *21st Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8242, 161–172, 2013.

C-178. M.T. Goodrich and P. Pszona, "Streamed Graph Drawing and the File Maintenance Problem," *21st Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8242, 256–267, 2013.

C-179. M.T. Goodrich, "Zig-zag Sort: A Simple Deterministic Data-Oblivious Sorting Algorithm Running in $O(n \log n)$ Time," *46th ACM Symp. on Theory of Computing* (STOC), 684–693, 2014.

C-180. D. Eppstein, M.T. Goodrich, M. Mitzenmacher, and P. Pszona, "Wear Minimization for Cuckoo Hashing: How Not to Throw a Lot of Eggs into One Basket," *Symp. on Experimental Algorithms* (SEA), Springer, LNCS, vol. 8504, 162–173, 2014.

C-181. O. Ohrimenko, M.T. Goodrich, and R. Tamassia, an E. Upfal, "The Melbourne Shuffle: Improving Oblivious Storage in the Cloud," *41st Int. Colloq. on Automata, Languages, and Programming* (ICALP), Springer, LNCS, vol. 8573, 556–567, 2014.

C-182. M.J. Bannister, W.E. Devanny, M.T. Goodrich, J.A. Simons, and Lowell Trott, "Windows into Geometric Events: Data Structures for Time-Windowed Querying of Temporal Point Sets," *26th Canadian Conf. on Computational Geometry* (CCCG), 2014.

C-183. M.J. Bannister, W.E. Devanny, D. Eppstein and M.T. Goodrich, "The Galois Complexity of Graph Drawing: Why Numerical Solutions are Ubiquitous for Force-Directed, Spectral, and Circle Packing Drawings," *22nd Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8871, 149–161, 2014. (Preliminary version of J-86.)

C-184. M.J. Alam, D. Eppstein, M.T. Goodrich, S. Kobourov and S. Pupyrev, "Balanced Circle Packings for Planar Graphs," *22nd Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8871, 125–136, 2014.

C-185. M. Bannister, M.T. Goodrich, and P. Sampson, "Force-Directed 3D Arc Diagrams," *22nd Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8871, 521–522, 2014.

C-186. M.T. Goodrich and P. Pszona, "Two-Phase Bicriterion Search for Finding Fast and Efficient Electric Vehicle Routes," *22nd ACM SIGSPATIAL Int. Conf. on Adv. Geographic Information Systems* (GIS), 193–202, 2014.

C-187. M.T. Goodrich and J. Simons, "Data-Oblivious Graph Algorithms in Outsourced External

Memory," *8th Int. Conf. on Combinatorial Optimization and Applications* (COCOA), LNCS, Vol. 8881, 241–257, 2014.

C-188. M.T. Goodrich, T. Johnson, M. Torres, "Knuthian Drawings of Series-Parallel Flowcharts," *23rd Int. Symp. on Graph Drawing and Network Visualization* (GD), Springer, LNCS, vol. 9411, 556–557, 2015. (See also http://arxiv.org/abs/1508.03931.)

C-189. M.T. Goodrich and A. Eldawy, "Parallel Algorithms for Summing Floating-Point Numbers," *28th ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 13–22, 2016.

C-190. W.E. Devanny, M.T. Goodrich, and K. Jetviroj, "Parallel Equivalence Class Sorting: Algorithms, Lower Bounds, and Distribution-Based Analysis," *28th ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 265–274, 2016.

C-191. D. Eppstein, M.T. Goodrich, J. Lam, N. Mamano, M. Mitzenmacher, and M. Torres, "Models and Algorithms for Graph Watermarking," *19th Information Security Conf.* (ISC), 283–301, 2016. **Best Student Paper Award**.

C-192. E. Ghosh, M.T. Goodrich, O. Ohrimenko, R. Tamassia, "Verifiable Zero-Knowledge Order Queries and Updates for Fully Dynamic Lists and Trees," *10th Conf. on Security and Cryptography for Networks* (SCN), 216–236, 2016.

C-193. M.T. Goodrich, E. Kornaropoulos, M. Mitzenmacher, R. Tamassia, "More Practical and Secure History-Independent Hash Tables," *21st European Symp. on Research in Computer Security* (ESORICS), 20-38, 2016.

C-194. J.J. Besa Vial, W.E. Devanny, D. Eppstein, and M.T. Goodrich, "Scheduling Autonomous Vehicle Platoons Through an Unregulated Intersection," *2016 Workshop on Algorithmic Approaches for Transportation Modeling, Optimization, and Systems* (ATMOS), 5:1–5:14.

C-195. M.J. Alam, M.B. Dillencourt, and M.T. Goodrich, "Capturing Lombardi Flow in Orthogonal Drawings by Minimizing the Number of Segments," *24th Int. Symp. on Graph Drawing and Network Visualization* (GD), LNCS, Vol. 9801, 608–610, 2016.

C-196. M.J. Alam, M.T. Goodrich, and T. Johnson, "Sibling-First Recursive Graph Drawing for Java Bytecode," *24th Int. Symp. on Graph Drawing and Network Visualization* (GD), LNCS, Vol. 9801, 611–612, 2016.

C-197. M.T. Goodrich, S. Gupta, and M. Torres, "A Topological Algorithm for Determining How Road Networks Evolve Over Time," *24th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 31:1–31:10, 2016.

C-198. M.J. Alam, M.T. Goodrich, and T. Johnson, "J-Viz: Finding Algorithmic Complexity Attacks via Graph Visualization of Java Bytecode," *13th IEEE Symp. on Visualization for Cyber Security* (VizSec), 1–8, 2016.

C-199. M.T. Goodrich, E. Kornaropoulos, M. Mitzenmacher, and R. Tamassia, "Auditable Data Structures," *2nd IEEE European Symp. on Security and Privacy* (EuroS&P), 285–300, 2017.

C-200. D. Eppstein, M.T. Goodrich, M. Mitzenmacher, and M. Torres, "2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," *36th ACM SIGMOD-SIGACT-SIGART Symposium on Principles of Database Systems* (PODS), 247–260, 2017.

C-201. D. Eppstein, M.T. Goodrich, and N. Mamano, "Algorithms for Stable Matching and Clustering in a Grid," *18th International Workshop on Combinatorial Image Analysis* (IWCIA), 117–131, 2017.

C-202. G. Ateniese, M.T. Goodrich, V. Lekakis, C. Papamanthou, E. Paraskevas, and R. Tamassia, "Accountable Storage," *15th International Conference on Applied Cryptography and Network Security* (ACNS), 623–644, 2017.

C-203. D. Eppstein and M.T. Goodrich, "Brief Announcement: Using Multi-Level Parallelism

and 2-3 Cuckoo Filters for Faster Set Intersection Queries and Sparse Boolean Matrix Multiplication," *29th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 137–139, 2017.

C-204. W.E. Devanny, J. Fineman, M.T. Goodrich, and T. Kopelowitz, "The Online House Numbering Problem: Min-Max Online List Labeling," *25th European Symposium on Algorithms* (ESA), 33:1–33:15, 2017.

C-205. M.T. Goodrich, "Answering Spatial Multiple-Set Intersection Queries Using 2-3 Cuckoo Hash-Filters," *25th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 65:1–65:4, 2017.

C-206. D. Eppstein, M.T. Goodrich, D. Korkmaz, and N. Mamano, "Defining Equitable Geographic Districts in Road Networks via Stable Matching," *25th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 52:1–52:4, 2017.

C-207. M.T. Goodrich, "BIOS ORAM: Improved Privacy-Preserving Data Access for Parameterized Outsourced Storage,' *ACM Workshop on Privacy in the Electronic Society* (WPES), 41–50, 2017.

C-208. J.J. Besa Vial, W.E. Devanny, D. Eppstein, M.T. Goodrich, and T. Johnson, "Quadratic Time Algorithms Appear to be Optimal for Sorting Evolving Data," *Algorithm Engineering & Experiments* (ALENEX), 87–96, 2018.

C-209. D. Eppstein, M.T. Goodrich, N. Mamano, "Reactive Proximity Data Structures for Graphs," *13th Latin American Theoretical Informatics Symposium* (LATIN), LNCS, Vol. 10807, Springer, 777–789, 2018.

C-210. M.T. Goodrich, "Isogrammic-Fusion ORAM: Improved Statistically Secure Privacy-Preserving Cloud Data Access for Thin Clients," *13th ACM ASIA Conf. on Information, Computer and Communications Security* (ASIACCS), 699–706, 2018.

C-211. J.J. Besa Vial, W.E. Devanny, D. Eppstein, M.T. Goodrich, and T. Johnson, "Optimally Sorting Evolving Data," *45th Int. Colloq. on Automata, Languages, and Programming* (ICALP), 81:1–81:13, 2018.

C-212. G. Barequet, D. Eppstein, M.T. Goodrich, and N. Mamano, "Stable-Matching Voronoi Diagrams: Combinatorial Complexity and Algorithms," *45th Int. Colloq. on Automata, Languages, and Programming* (ICALP), 89:1–89:14, 2018.

C-213. G. Da Lozzo, D. Eppstein, M.T. Goodrich, and S. Gupta, "Subexponential-Time and FPT Algorithms for Embedded Flat Clustered Planarity," *44th Int. Workshop on Graph-Theoretic Concepts in Computer Science* (WG), 111–124, 2018.

C-214. G. Barequet, M. De, and M.T. Goodrich, "Computing Convex-Straight-Skeleton Voronoi Diagrams for Segments and Convex Polygons," *24th International Computing and Combinatorics Conference* (COCOON), 130–142, 2018.

C-215. M.T. Goodrich and T. Johnson, "Low Ply Drawings of Trees and 2-Trees," *30th Canadian Conference on Computational Geometry* (CCCG), 1–9, 2018.

C-216. D. Eppstein, M.T. Goodrich, J. Jorgensen, and M.R. Torres, "Geometric Fingerprint Recognition via Oriented Point-Set Pattern Matching," *30th Canadian Conference on Computational Geometry* (CCCG), 1–16, 2018.

C-217. G. Da Lozzo, D. Eppstein, M.T. Goodrich, and S. Gupta, "C-Planarity Testing of Embedded Clustered Graphs with Bounded Dual Carving-Width," *14th Int. Symp. on Parameterized and Exact Computation* (IPEC), LIPIcs, vol. 148, 9:1–9:17, 2019. **Best Paper Award**.

C-218. J.J. Besa, G. Da Lozzo, and M.T. Goodrich, "Computing k-Modal Embeddings of Planar Digraphs," *European Symposium on Algorithms* (ESA), 19:1–19:16, 2019.

C-219. N. Mamano, A. Efrat, D. Eppstein, D. Frishberg, M.T. Goodrich, S. Kobourov, P. Matias, and V. Polishchuk, "New Applications of Nearest-Neighbor Chains: Euclidean TSP and Motorcycle Graphs," *30th Int. Symp. on Algorithms and Computation* (ISAAC), 51:1–51:21, 2019.

C-220. D. Eppstein, M.T. Goodrich, J.A. Liu, and P.A. Matias, "Tracking Paths in Planar Graphs," *30th Int. Symp. on Algorithms and Computation* (ISAAC), 54:1–54:17, 2019.

C-221. J.J. Besa, M.T. Goodrich, T. Johnson, and M.C. Osegueda, "Minimum-Width Drawings of Phylogenetic Trees," *13th Int. Conf. on Combinatorial Optimization and Applications* (COCOA), LNCS, vol. 11949, 39–55, 2019.

C-222. M.T. Goodrich, Z.M. Liang, and S. Zhao, "Inverse-Rendering Based Analysis of the Fine Illumination Effects in the Salvator Mundi," *ACM SIGGRAPH Art Papers Program, 47th International Conference and Exhibition on Computer Graphics and Interactive Techniques*, 2020.

C-223. R. Afshar, M.T. Goodrich, P. Matias, and M.C. Osegueda, "Brief Announcement: Reconstructing Binary Trees in Parallel," *32nd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2020.

C-224. R. Afshar, M.T. Goodrich, P. Matias, and M.C. Osegueda, "Reconstructing Biological and Digital Phylogenetic Trees in Parallel," *European Symposium on Algorithms* (ESA), 2020.

C-225. R. Afshar, A. Amir, M.T. Goodrich, and P. Matias, "Adaptive Exact Learning in a Mixed-Up World: Dealing with Periodicity, Errors, and Jumbled-Index Queries in String Reconstruction," *27th International Symposium on String Processing and Information Retrieval* (SPIRE), 2020.

**Other Publications:**

O-1. M.T. Goodrich, "Guest Editor's Introduction," *International Journal of Computational Geometry & Applications*, **2**(2), 1992, 113–116.

O-2. M.T. Goodrich, "Parallel Algorithms Column 1: Models of Computation," *SIGACT News*, **24**(4), 1993, 16–21.

O-3. M.T. Goodrich, V. Mirelli, M. Orletsky, and J. Salowe, "Decision tree construction in fixed dimensions: Being global is hard but local greed is good," Technical Report TR-95-1, Johns Hopkins University, Department of Computer Science, Baltimore, MD 21218, May 1995.

O-4. R. Tamassia, P.K. Agarwal, N. Amato, D.Z. Chen, D. Dobkin, R.L.S. Drysdale, S. Fortune, M.T. Goodrich, J. Hershberger, J. O'Rourke, F.P. Preparata, J.-R. Sack, S. Suri, I.G. Tollis, J.S. Vitter, and S. Whitesides, "Strategic Directions in Computational Geometry Working Group Report," *ACM Computing Surveys*, **28A**(4), December 1996.

O-5. G.A. Gibson, J.S. Vitter, and J. Wilkes, A. Choudhary, P. Corbett, T.H. Cormen, C.S. Ellis, M.T. Goodrich, P. Highnam, D. Kotz, K. Li, R. Muntz, J. Pasquale, M. Satyanarayanan, D.E. Vengroff, "Report of the Working Group on Storage I/O Issues in Large-Scale Computing," *ACM Computing Surveys*, **28A**(4), December 1996.

O-6. T.H. Cormen and M.T. Goodrich, "A Bridging Model for Parallel Computation, Communication, and I/O," *ACM Computing Surveys*, **28A**(4), December 1996.

O-7. M.T. Goodrich, "Computer Science Issues in the National Virtual Observatory," in *Virtual Observatories of the Future*, ASP Conf. Series, vol. 225, R.J. Brunner, S.G. Djorgovski, and A.S. Szalay, eds., 329–332, 2001.

O-8. M.T. Dickerson and M.T. Goodrich, "Matching Points to a Convex Polygonal Boundary," Proceedings of the 13th Canadian Conf. on Computational Geometry (CCCG'01), 89–92, 2001.

O-9. M.T. Goodrich, "Guest Editor's Foreword," *Algorithmica*, **33**(3), 271, 2002.

O-10. M.T. Goodrich, M. Shin, C.D. Straub, and R. Tamassia, "Distributed Data Authentication (System Demonstration)," *DARPA Information Survivability Conf. and Exposition*, IEEE Press, Volume 2, 58–59, 2003.

O-11. M.T. Goodrich and R. Tamassia, "Efficient and Scalable Infrastructure Support for Dynamic Coalitions," *DARPA Information Survivability Conf. and Exposition*, IEEE Press, Volume 2, 246–251, 2003.

O-12. E. Ghosh, M.T. Goodrich, O. Ohrimenko, and R. Tamassia, "Poster: Zero-Knowledge Authenticated Order Queries and Applications," *IEEE Symp. on Security and Privacy*, 2015. (See also https://eprint.iacr.org/2015/283.)

O-13. F. Bayatbabolghani, M. Blanton, M. Aliasgari, and M.T. Goodrich, "Poster: Secure Computations of Trigonometric and Inverse Trigonometric Functions," *IEEE Symposium on Security and Privacy*, 2017.

## PROFESSIONAL SERVICE

*Guest Editor:*

Int. Journal of Computational Geometry & Applications, **2**(2), 1992
Journal of Computer & System Sciences, **52**(1), 1996
Computational Geometry: Theory and Applications, **12(1–2)**, 1999.
Algorithmica, **33**(3), 2002.

*Editorial Board Membership:*

Computational Geometry: Theory and Applications, 2006–2015
Journal of Computer & System Sciences, 1994–2011
Journal of Graph Algorithms and Applications, 1996–2011
Int. Journal of Computational Geometry & Applications, 1993–2010
Information Processing Letters, 1995–1997

*Journal Advisory Board Membership:*

Int. Journal of Computational Geometry & Applications, 2010–
Journal of Graph Algorithms and Applications, 2011–

*Program Committee Service:*

7th ACM Symp. on Computational Geometry (SoCG), 1991
1991 Workshop on Algorithms and Data Structures (WADS)
8th ACM Symp. on Computational Geometry (SoCG), 1992
25th ACM Symp. on Theory of Computing (STOC), 1993
*Chair*, 26th ACM Symp. on Theory of Computing (STOC), 1994
11th ACM Symp. on Computational Geometry (SoCG), 1995
DAGS '95 Conf. on Electronic Publishing and the Information Superhighway
1996 SIAM Discrete Mathematics Conference
1997 Workshop on Algorithms and Data Structures (WADS)
International Symposium on Graph Drawing (GD), 1997
1999 Workshop on Algorithms and Data Structures (WADS)
*Co-chair*, Workshop on Algorithm Engineering and Experimentation (ALENEX), 1999
International Symposium on Graph Drawing (GD), 2000
2000 Workshop on Algorithm Engineering (WAE)
41st IEEE Symp. on Foundations of Computer Science (FOCS), 2000
2001 Workshop on Algorithms and Data Structures (WADS)

International Symposium on Graph Drawing (GD), 2001
Workshop on Algorithm Engineering and Experimentation (ALENEX), 2002
18th ACM Symp. on Computational Geometry (SoCG), 2002
13th ACM-SIAM Symp. on Discrete Algorithms (SODA), 2002
*Co-Chair*, Graph Drawing 2002
International Symposium on Graph Drawing (GD), 2003
16th ACM-SIAM Symp. on Discrete Algorithms (SODA), 2005
32nd Int. Colloq. on Automata, Languages and Programming (ICALP), 2005
12th Int. Computing and Combinatorics Conference (COCOON), 2006
13th ACM Conf. on Computer and Communication Security (CCS), 2006
15th Annual European Symposium on Algorithms (ESA), 2007
5th International Conference on Applied Cryptography and Network Security (ACNS), 2007
21st IEEE International Parallel & Distributed Processing Symposium (IPDPS), 2007
19th ACM Symposium on Parallelism in Algorithms and Architectures (SPAA), 2007
5th Workshop on Algorithms and Models for the Web-Graph (WAW), 2007
7th International Workshop on Experimental Algorithms (WEA), 2008
Second International Frontiers of Algorithmics Workshop (FAW), 2008
16th ACM SIGSPATIAL Int. Symp. on Adv. in Geographic Information Systems (GIS), 2008
17th ACM SIGSPATIAL Int. Symp. on Adv. in Geographic Information Systems (GIS), 2009
31st IEEE Symposium on Security and Privacy (SSP), 2010
18th Int. Symp. on Graph Drawing (GD), 2010
2011 Workshop on Analytic Algorithmics and Combinatorics (ANALCO)
8th Workshop on Algorithms and Models for the Web Graph (WAW), 2011
19th International Symposium on Graph Drawing (GD), 2011
24th ACM Symposium on Parallelism in Algorithms and Architectures (SPAA), 2012
20th European Symposium on Algorithms (ESA), 2012
2013 IEEE Int. Conf. on Big Data (BigData), 2013
30th IEEE Int. Conf. on Data Engineering (ICDE), 2014
21st ACM Conf. on Computer and Communication Security (CCS), 2014
Sympoisum on Algorithms and Data Structures (WADS), 2015
ACM Cloud Computing Security Workshop (CCSW), 2015
International Symposium on Graph Drawing (GD), 2015
*co-chair*, 2016 Workshop on Algorithm Engineering and Experiments (ALENEX)
2016 Workshop on Massive Data Algorithmics (MASSIVE)
2016 Int. Symposium on Algorithms and Computation (ISAAC)
29th ACM Symposium on Parallelism in Algorithms and Architectures (SPAA), 2017
25th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems (GIS), 2017
26th European Symposium on Algorithms (ESA), 2018
26th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems (GIS), 2018
2nd Symposium on Simplicity in Algorithms (SOSA), 2019
1st ACM SIGSPATIAL Int. Workshop on Spatial Gems, 2019

*Conference/Workshop Committee Service:*

Conference chair, 12th ACM Symposium on Computational Geometry, 1996
Organizer, 1st CGC Workshop on Computational Geometry, 1996
Co-chair, 1999 Dagstuhl Workshop on Computational Geometry, 1999
Conference chair, Graph Drawing, 2002
Co-organizer, Hawaiian Workshop on Parallel Algorithms, 2017, 2019

*Steering Committee and Executive Committee Service:*

Member at large, ACM SIG on Algorithms & Comp. Theory (SIGACT) Exec. Comm., 1993–97
Member, Exec. comm. for 1996 Federated Computing Research Conference (FCRC)
co-Founder and member, Steering Comm. for Workshop on Algorithm Engineering

and Experimentation (ALENEX), 1999–2017 (chair, 2014–16)

co-Chair, Steering Comm. for ACM Symposium on Computational Geometry, 1999–2001

Member, Steering Comm. for Graph Drawing Conference, 2000–03, 2014–16

Conference Chair, ACM SIG on Algorithms & Comp. Theory (SIGACT), 2005–09

*Review Panelist:*

National Science Foundation, 2000–2017

*Postdoctoral Fellows:*

1. Timothy Chan, Johns Hopkins, 1996. (Now at Univ. of Illinois)
2. Gill Barequet, Johns Hopkins, 1996-98. (Now at Technion)
3. Pawel Gajer, Johns Hopkins, 2000. (Now at Univ. of Maryland)
4. Amitabh Chaudhary, UC-Irvine, 2002-2004. (Now at U. Chicago)
5. Amitabha Bagchi, UC-Irvine, 2002-2004. (Now at IIT-Dehli)
6. Martin Nollenburg, UC-Irvine, 2010, mentored jointly with David Eppstein. (Now at TU Wien)
7. Maarten Loffler, UC-Irvine, 2010-2011, mentored jointly with David Eppstein. (Now at Utrecht University)
8. Md. Jawaherul Alam, UC-Irvine, 2015-16. (Now at Amazon)
9. Giordano Da Lozzo, UC-Irvine, 2016-2017, mentored jointly with David Eppstein. (Now at "Roma Tre" University)

*Ph.D. Students:*

1. Mujtaba Ghouse, "Randomized Parallel Computational Geometry in Theory and Practice," Johns Hopkins Univ., May 1993.
2. Paul Tanenbaum, "On Geometric Representations of Partially Ordered Sets," Johns Hopkins Univ., May 1995 (co-advised with Edward Scheinerman).
3. Mark Orletsky, "Practical Methods for Geometric Searching Problems with Experimental Validation," Johns Hopkins Univ., May 1996.
4. Kumar Ramaiyer, "Geometric Data Structures and Applications," Johns Hopkins Univ., Aug. 1996.
5. Christian Duncan, "Balanced Aspect Ratio Trees," Johns Hopkins Univ., Aug. 1999.
6. Christopher Wagner, "Graph Visualization and Network Routing," Johns Hopkins Univ., Oct. 1999 (co-advised with Prof. Lenore Cowen).
7. Stephen Kobourov, "Algorithms for Drawing Large Graphs," Johns Hopkins Univ., May 2000.
8. Amitabha Bagchi, "Efficient Strategies for Topics in Internet Algorithmics," Johns Hopkins Univ., Oct. 2002.
9. Amitabh Chaudhary, "Applied Spatial Data Structures for Large Data Sets," Johns Hopkins Univ., Oct. 2002.
10. Breno De Medeiros, "New Cryptographic Primitives with Applications to Information Privacy and Corporate Confidentiality," Johns Hopkins Univ., May 2004 (co-advised with Giuseppe Ateniese).
11. Jeremy Yu Meng, "Confluent Graph Drawing," UC-Irvine, June 2006.
12. Jonathan Zheng Sun, "Algorithms for Hierarchical Structures, with Applications to Security and Geometry," UC-Irvine, Aug. 2006.
13. Nodari Sitchinava, "Parallel External Memory Model—A Parallel Model for Multi-core Architectures," UC-Irvine, Sep. 2009.

14. Darren Strash, "Algorithms for Sparse Geometric Graphs and Social Networks," UC-Irvine, May 2011 (co-advised with with David Eppstein).

15. Lowell Trott, "Geometric Algorithms for Social Network Analysis," UC-Irvine, May 2013.

16. Joseph Simons, "New Dynamics in Geometric Data Structures," UC-Irvine, May 2014.

17. Pawel Pszona, "Practical Algorithms for Sparse Graphs," UC-Irvine, May 2014.

18. William E. Devanny, "An Assortment of Sorts: Three Modern Variations on the Classic Sorting Problem," UC-Irvine, July 2017 (co-advised with David Eppstein).

19. Siddharth Gupta, "Topological Algorithms for Geographic and Geometric Graphs," UC-Irvine, Aug. 2018 (co-advised with with David Eppstein).

20. Timothy Johnson, "Graph Drawing Representations and Metrics with Applications," UC-Irvine, Aug. 2018.

21. Juan Besa, "Optimization Problems in Directed Graph Visualization," UC-Irvine, Aug. 2019.

22. Nil Mamano Grande, "New Applications of the Nearest-Neighbor Chain Algorithm," UC-Irvine, Sep. 2019 (co-adviced with David Eppstein).

*Ph.D. Committee Service:*

| | | |
|---|---|---|
| John Augustine | UC-Irvine | Advancement to candidacy, September 2003 |
| Nikos Triandopoulos | Brown U. | Thesis prelim., February 2004 |
| Einar Mykletun | UC-Irvine | Advancement to candidacy, March 2004 |
| Kartic Subr | UC-Irvine | Advancement to candidacy, September 2004 |
| S. Joshua Swamidass | UC-Irvine | Advancement to candidacy, April 2005 |
| Jeong Hyun Yi | UC-Irvine | Thesis defense, August, 2005 |
| Nodari Sitchinava | UC-Irvine | Advancement to candidacy, chair, December 2005 |
| John Augustine | UC-Irvine | Thesis defense, July 2006 |
| Maithili Narasimha | UC-Irvine | Thesis defense, August, 2006 |
| Josiah Carlson | UC-Irvine | Advancement to candidacy, August 2006 |
| Xiaomin Liu | UC-Irvine | Advancement to candidacy, September 2006 |
| Gabor Madl | UC-Irvine | Advancement to candidacy, September 2006 |
| Nikos Triandopoulos | Brown U. | Thesis defense, September 2006 |
| Rabia Nuray-Turan | UC-Irvine | Advancement to candidacy, May 2007 |
| S. Joshua Swamidass | UC-Irvine | Thesis defense, June 2007 |
| Michael Sirivianos | UC-Irvine | Advancement to candidacy, June 2007 |
| Kevin Wortman | UC-Irvine | Advancement to candidacy, August 2007 |
| Di Ma | UC-Irvine | Advancement to candidacy, December 2007 |
| Josiah Carlson | UC-Irvine | Thesis defense, December 2007 |
| Michael Nelson | UC-Irvine | Advancement to candidacy, chair, March 2008 |
| Minas Gjoka | UC-Irvine | Advancement to candidacy, June 2008 |
| Sara Javanmardi | UC-Irvine | Advancement to candidacy, June 2008 |
| Ali Zandi | UC-Irvine | Advancement to candidacy, September 2008 |
| Jihye Kim | UC-Irvine | Thesis defense, September 2008 |
| Darren Strash | UC-Irvine | Advancement to candidacy, December 2008 |
| Kevin Wortman | UC-Irvine | Topic defense, January 2009 |
| Nodari Sitchinava | UC-Irvine | Topic defense, chair, June 2009 |
| Fabio Soldo | UC-Irvine | Advancement to candidacy, July 2009 |
| Emil De Cristofaro | UC-Irvine | Advancement to candidacy, July 2009 |
| Di Ma | UC-Irvine | Thesis defense, August 2009 |
| Yanbin Lu | UC-Irvine | Advancement to candidacy, December 2009 |
| Anh Le | UC-Irvine | Advancement to candidacy, April 2010 |

| | | |
|---|---|---|
| Lowell Trott | UC-Irvine | Advancement to candidacy, June 2010 |
| Xiaomin Liu | UC-Irvine | Thesis defense, August 2010 |
| Josh Olsen | UC-Irvine | Advancement to candidacy, September 2010 |
| Yasser Altowim | UC-Irvine | Advancement to candidacy, December 2010 |
| Angela Wong | UC-Irvine | Advancement to candidacy, May 2011 |
| Joshua Hill | UC-Irvine | Advancement to candidacy, September 2011 |
| Alex Abatzoglou | UC-Irvine | Advancement to candidacy, September 2011 |
| Michael Wolfe | UC-Irvine | Masters Thesis defense, October 2011 |
| Olya Ohrimenko | Brown Univ. | PhD Thesis proposal, October 2011 |
| Yanbin Lu | UC-Irvine | PhD Thesis defense, November 2011 |
| Chun Meng | UC-Irvine | Advancement to candidacy, December 2011 |
| Abinesh Ramakrishnan | UC-Irvine | Advancement to candidacy, March 2012 |
| Pegah Sattari | UC-Irvine | PhD Thesis defense, April 2012 |
| Michael Bannister | UC-Irvine | PhD Thesis defense, May 2015 |
| Yingyi Bu | UC-Irvine | PhD Thesis defense, August 2015 |
| Jenny Lam | UC-Irvine | PhD Thesis defense, November 2015 |
| Timothy Johnson | UC-Irvine | Advancement to candidacy, chair, June 2016 |
| Jiayu Xu | UC-Irvine | Advancement to candidacy, November 2016 |
| Sky Faber | UC-Irvine | PhD Thesis defense, November 2016 |
| Juan Jose Besa Vial | UC-Irvine | Advancement to candidacy, chair, March 2017 |
| Ingo van Duijn | Aarhus Univ. | PhD Thesis defense, September 2017 |
| Boyang Wei | UC-Irvine | PhD Thesis defense, August 2018 |
| Pedro Matias | UC-Irvine | Advancement to candidacy, chair, May 2019 |
| Sameera Chayyur | UC-Irvine | Advancement to candidacy, September 2019 |
| Yihan Sun | CMU | PhD Thesis defense, October 2019 |

*University Service:*

Ph.D. Requirements Committee, Dept. of Computer Science, chair: 1987–89

Graduate Admissions Committee, Dept. of Computer Science, 1991–1993 (chair: 1992)

Faculty Recruiting Committee, Dept. of Computer Science, 1993,95,96 (chair: 1996)

Steering Committee, Whiting School of Engineering, 1990–93 (chair, 1993)

Johns Hopkins Homewood Academic Computing Oversight Committee, 1990–93

Curriculum Committee, Whiting School of Engineering, 1994–96

Strategic Planning Committee, Whiting School of Engineering, 1999–00

Graduate Policy Committee, UCI Dept. of Information & Computer Science (ICS), 2001–02

Faculty Search Committee in Cryptography, UCI Dept. of ICS, 2001–03

School of Info. and Computer Science Executive Committee, 2002–04

UCI Committee on Educational Policy (CEP), 2002–03, 2004–06

UCI Change of Major Criteria Committee, 2002–03

UCI CEP Policy Subcommittee, 2002–2003

Distinguished Faculty Search Committee, Bren School of ICS, 2004–11 (chair, 2007–08)

Equity Advisor, Bren School of ICS, 2005–09

Dean's Advisory Council, Bren School of ICS, 2007–13

Associate Dean for Faculty Development, Bren School of ICS, 2006–12

Chair, Department of Computer Science, Bren School of ICS, 2012–13

Master of Computer Science Development Committee, Bren School of ICS, 2013–2016

Stragic Planning Committee, Dept. of Computer Science, Bren School of ICS, 2015–16

Master of Computer Science Steering Committee, Bren School of ICS, 2016–

Executive Committee, Bren School of ICS, 2017–18
UC-Irvine Committee on Scholarly Honors & Awards, 2017–
UC-Irvine Special Research Program Review Committee for CalIT2, 2018–19

*Courses Taught and Developed:*

Advanced Parallel Computing (developed and taught at Hopkins)
Cyber-Puzzlers (designed and taught at UCI)
Computer Literacy (taught at Purdue, developed at Hopkins)
Computer Programming for Scientists and Engineers (taught at Purdue)
Computer Security Algorithms (developed and taught at UCI)
Computational Models (revised and taught at Hopkins)
Computational Geometry (revised and taught at Hopkins and UCI)
Compiler Theory and Design (revised and taught at Hopkins)
Computer Graphics (taught at Hopkins)
Cyber-Fraud Detection and Prevention (designed and taught at UCI)
Data Structures (revised and taught at Hopkins and UCI)
Graph Algorithms (revised and taught at UCI)
Formal Languages and Automata Theory (revised and taught at UCI)
Fundamentals of Algorithms with Applications (revised and taught at UCI)
Introduction to Algorithms (developed and taught at Hopkins and UCI)
Internet Algorithmics (developed and taught at Hopkins, Brown, and UCI)
Design and Analysis of Algorithms (revised and taught at Hopkins and UCI)
Parallel Algorithms (developed and taught at Hopkins and Univ. of Illinois)
Project in Algorithms and Data Structures (revised and taught at UCI)

*Scientific Consulting:*

APAC Security, Inc., 2005
Algomagic Technologies, Inc., 2000–2005
Army Research Laboratory, Fort Belvior, 1995
AT&T, 1998
Battelle Research Triangle, Columbus Division, 1996
Brown University, 2000–2007
3M, 2015
Purdue University, 2002
The National Science Foundation, 1990–2016
Univ. of Miami, 1999
Walt Disney Animation Studios, 2009

*Technical Expert Consulting (last five years):*

- 2014–15, Technical expert, deponent, and testifying witness, McKool Smith, PC (Dallas) on behalf of ContentGuard Holdings, in patent litigation.
- 2014–17, Technical expert, Kirkland & Ellis, LLP (Chicago) on behalf of IBM, in patent litigation.
- 2014–16, Technical expert and deponent, Fenwick & West, LLP (San Francisco) on behalf of Symantec, in patent litigation.
- 2016, Technical expert, deponent, and testifying witness, Dentons US LLP., in confidential arbitration.
- 2016, Technical expert, Sheppard Mullin Richter & Hampton LLP (Los Angeles), in non-patent intellectual property dispute.

- 2016–, Technical expert and deponent, Kramer Levin Naftalis & Frankel LLP (Menlo Park, CA) on behalf of Acceleration Bay LLC in patent litigation.
- 2016–, Technical expert and deponent, Kramer Levin Naftalis & Frankel LLP (Menlo Park, CA) on behalf of Finjan, Inc., in patent litigation.
- 2017–, Technical expert and deponent, Fitzpatrick, Cella, Harper & Scinto, Venable, LLP, on behalf of Koninklijke Philips N.V., in patent litigation.
- 2017–18, Technical expert and deponent, Haynes and Boone, LLP, on behalf of mSIGNIA, in patent litigation.
- 2017–19, Technical expert and deponent, Thompson & Knight LLP on behalf of SEVEN Networks LLC, in patent litigation.
- 2018–, Technical expert, deponent, and testifying witness, Kramer Levin Naftalis & Frankel LLP (Menlo Park, CA) on behalf of Centripetal Networks, in patent litigation.
- 2019–, Technical expert, Reichman Jorgensen LLP on behalf of Kove IO, Inc., in patent litigation.
- 2019–20, Technical expert, McKool Smith on behalf of Excalibur IP, LLC, in patent litigation.
- 2019–, Technical expert, McKool Smith on behalf of SEVEN Networks LLC, in patent litigation.
- 2019–, Technical expert, Kramer Levin Naftalis & Frankel LLP (Menlo Park, CA) on behalf of CUPP Cybersecurity LLC, et al., in patent litigation.
- 2020–, Technical expert, Dovel & Luner LLP on behalf of SimpleAir, Inc., in patent litigation.
- 2020–, Technical expert, Goodwin Procter LLP on behalf of MobileIron, Inc., in patent litigation.

## GRANTS AND CONTRACTS

1. PI, "Research Initiation Award: Parallel and Sequential Computational Geometry," National Science Foundation (NSF Grant CCR-8810568), $32,914, 1988–90.
2. co-PI, "Paradigms for Parallel Algorithm Design," NSF and DARPA (as NSF Grant CCR-8908092), $523,837, 1989–93 (with S.R. Kosaraju (PI), S. Kasif, and G. Sullivan).
3. PI, "Parallel Computation and Computational Geometry," NSF (Grant CCR-9003299), $67,436, 1990–93.
4. co-PI, "A Facility for Experimental Validation," NSF (Grant CDA-9015667), $1,476,147, 1991–96 (with G. Masson (PI), J. Johnstone, S. Kasif, S.R. Kosaraju, S. Salzberg, S. Smith, G. Sullivan, L. Wolff, and A. Zwarico).
5. PI, "Parallel Network Algorithms for Cell Suppression," The Bureau of the Census (JSA 91-23), $14,998 1991–92.
6. PI, "A Geometric Framework for the Exploration & Analysis of Astrophysical Data," NSF (Grant IRI-9116843), $535,553, 1991–96 (with S. Salzberg and H. Ford (from Physics and Astronomy Dept.)).
7. PI, "Research Experiences for Undergraduates supplement to IRI-9116843," NSF, $4,000, 1993–94 (with S. Salzberg and H. Ford).
8. PI, "Constructing, Maintaining, and Searching Geometric Structures," NSF (Grant CCR-9300079), $134,976, 1993–96.
9. co-PI, "Robust and Applicable Geometric Computing," Army Research Office (ARO MURI Grant DAAH04-96-1-0013), $4,500,000, 1996–2000 (with F. Preparata (PI, Brown U.), R. Tamassia (Brown U.), S. Rao Kosaraju, J. Vitter (Duke U.), and P. Agarwal (Duke U.)). Subaward size: $1,466,640.
10. PI, "Application-Motivated Geometric Algorithm Design," NSF (Grant CCR-9625289),

$107,389, 1996-98.

11. co-PI, "vBNS Connectivity for the Johns Hopkins University," NSF, $350,000, 1997–99 (with T.O. Poehler (PI), D.J. Binko, J.G. Neal, and A.S. Szalay).

12. co-PI, "Product Donation, Technology for Education Program," Intel Corporation, $480,071, 1997–2001 (with T.O. Poehler (PI), J.H. Anderson, A.S. Szalay, and M. Robbins).

13. co-PI, "A Networked Computing Environment for the Manipulation & Visualization of Geometric Data" (Research Infrastructure), NSF, $1,638,785, 1997–2003 (with L.B. Wolff (PI), Y. Amir, S.R. Kosaraju, S. Kumar, R. Tamassia (Brown U.), R.H. Taylor, and D. Yarowsky).

14. PI, "Geometric Algorithm Design and Implementation," NSF, Grant CCR-9732300, $224,982, 1998–2002.

15. PI, "Certification Management Infrastructure – Certificate Revocation," $52,023, 1998, NSA LUCITE grant.

16. PI, "Software Engineering Data Loading, Analysis, and Reporting," $41,614, 1998, NSA LUCITE grant.

17. PI, "Establishing a LUCITE Collaboration Environment," $10,018, 1998, NSA LUCITE grant.

18. PI, "In Support of a Secure Multilingual Collabortive Computing Environment," $51,471, 1999-2000, NSA LUCITE grant.

19. PI, "Accessing Large Distributed Archives in Astronomy and Particle Physics," $199,981. subcontract to UCI from Johns Hopkins Univ. on NSF Grant PHY-9980044 (total budget, $2,500,000), 1999–2004.

20. PI, "Efficient and Scalable Infrastructure Support for Dynamic Coalitions," $1,495,000, DARPA Grant F30602-00-2-0509, 2000-2003 (with Robert Cohen and Roberto Tamassia), including $227,893 subaward to UCI (with Gene Tsudik).

21. PI, "Graph Visualization and Geometric Algorithm Design," $400,000, NSF Grant CCR-0098068, 2001-2004 (with Roberto Tamssia).

22. PI, "Collaborative Research: Teaching Data Structures to the Millennium Generation," $125,00, NSF Grant DUE-0231467, 2003–2005.

23. PI, "Collaborative Research: An Algorithmic Approach to Cyber-Security," $100,000, NSF Grant CCR-0311720, 2003–2006.

24. PI, "The OptIPuter," $900,000, subcontract from UCSD on NSF ITR grant CCR-0225642 (total budget, $13.5 million), 2002–2007 (with Padhraic Smyth and Kane Kim).

25. PI, "ITR: Algorithms for the Technology of Trust," $300,000, NSF Grant CCR-0312760, 2003–2009.

26. co-PI, "SDCI Data New: Trust Management for Open Collaborative Information Repositories: The CalSWIM Cyberinfrastructure," NSF grant OCI-0724806, $1,103,590, 2007–2012.

27. co-PI, "Support for Machine Learning Techniques for Cyber-Fraud Detection," Experian Corporation, $200,000 gift, 2008.

28. PI, "IPS: Collaborative Research: Privacy Management, Measurement, and Visualization in Distributed Environments," NSF Grant IIS-0713046, $224,851, 2007–2009.

29. PI, "Collaborative Research: Algorithms for Graphs on Surfaces," $400,000, NSF Grant CCR-0830403, 2008–2011.

30. PI, "ROA Supplement: IPS: Collaborative Research: Privacy Management, Measurement, and Visualization in Distributed Environments," NSF Grant IIS-0847968, $25,000, 2008–2009.

31. co-investigator, "Scalable Methods for the Analysis of Network-Based Data," Office of Naval Research: Multidisciplinary University Research Initiative (MURI) Award, number N00014-

08-1-1015, $529,152, 2008–2014.

32. PI, "EAGER: Usable Location Privacy for Mobile Devices," NSF Grant 0953071, $300,000, 2009–2011.

33. PI, "TC:Large:Collaborative Research: Towards Trustworthy Interactions in the Cloud," NSF Grant 1011840, $500,000, 2010-2015.

34. PI, "TWC: Medium: Collaborative: Privacy-Preserving Distributed Storage and Computation," NSF Grant 1228639, $390,738, 2012-2018.

35. PI, "Support for Research on Geometric Motion Planning," 3M Corporation, $40,000 gift, 2014.

36. PI, "A4V: Automated Analysis of Algorithm Attack Vulnerabilities," subcontract 10036982-UCI from University of Utah for DARPA agreement no. AFRL FA8750-15-2-0092, $980,000, 2015–2019.

37. PI, "TWC: Small: Collaborative: Practical Security Protocols via Advanced Data Structures," NSF Grant 1526631, $166,638, 2015–2018.

38. PI, "NSF-BSF: AF: Small: Geometric Realizations and Evolving Data," NSF Grant 1815073, $474,392, 2018–2021.

## SELECTED INVITED TALKS (RECENT YEARS ONLY)

- "Probabilistic Packet Marking for Large-Scale IP Traceback," Purdue Univ., 2003
- "Algorithms for Data Authentication," Harvey Mudd College, 2003
- "Efficient Tree-Based Revocation in Groups of Low-State Devices," Univ. of Arizona, 2004
- "Leap-Frog Packet Linking and Diverse Key Distributions for Improved Integrity in Network Broadcasts," Southern California Security and Cryptography Workshop, 2005
- "Is Your Business Privacy Protected?," NEXT Connections, 2005
- "Distributed Peer-to-peer Data Structures," Harvard Univ., 2006
- "Balancing Life with an Academic Research Career," Grace Hopper Conference, 2006
- "Computer Security in the Large," Univ. Texas, San Antonio, 2006
- "Inspirations in Parallelism and Computational Geometry," Brown Univ., 2006
- "Efficiency and Security Issues for Distributed Data Structures," Computer Science Distinguished Lecture Series, Johns Hopkins Univ., 2006
- "Efficiency and Security Issues for Distributed Data Structures," UCLA, 2006
- "Efficiency and Security Issues for Distributed Data Structures," Edison Distinguished Lecturer Series, Univ. of Notre Dame, 2006
- "Efficiency and Security Issues for Distributed Data Structures," Computer Science Distinguished Lecturer Series, Texas A & M Univ., 2006
- "Algorithms for Secure Computing and Searching with Applications to Medical Informatics," Purdue Univ., 2006
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be Used for DNA Sequencing, Wireless Broadcasting, and Network Security," Univ. of Southern California, 2007
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be Used for DNA Sequencing, Wireless Broadcasting, and Network Security," Univ. California, San Diego, 2007
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be Used for DNA Sequencing, Wireless Broadcasting, and Network Security," Univ. Minnesota, 2007
- "Blood on the Database: How Algorithms for Testing Blood Samples can be Used for Database Integrity," Invited Keynote, 21st Annual IFIP WG 11.3 Working Conference on

Data and Applications Security (DBSec), 2007

- "Space-Efficient Straggler Identification," ALCOM Seminar, Univ. of Aarhus, 2007
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be used in Modern Applications," ALCOM Seminar, Univ. of Aarhus, 2007
- "Studying Road Networks Through an Algorithmic Lens," ALCOM Seminar, Univ. of Aarhus, 2008
- "Studying Geometric Graph Properties of Road Networks Through an Algorithmic Lens," International Workshop on Computing: from Theory to Practice, 2009
- "Randomized Shellsort: A Simple Oblivious Sorting Algorithm," Distinguished Lecture Series, Department of Computer Science, Brown University, 2009
- "Simulating Parallel Algorithms in the MapReduce Framework with Applications to Parallel Computational Geometry," MASSIVE 2010
- "Data Cloning Attacks for Nearest-Neighbor Searching based on Retroactive Data Structures," Department of Computer Science, UCSB, 2011
- "Turning Privacy Leaks into Floods: Surreptitious Discovery of Social Network Friendships and Other Sensitve Binary Attribute Vectors," Department of Computer Science Distinguished Lecturer Series, Univ. of Illinois, Chicago, 2011
- "Turning Privacy Leaks into Floods: Surreptitious Discovery of Social Network Friendships and Other Sensitve Binary Attribute Vectors," Department of Computer Science, Purdue Univ., 2011
- "Spin-the-bottle Sort and Annealing Sort: Oblivious Sorting via Round-robin Random Comparisons," Department of Computer Science, Brown Univ., 2012
- "Using Data-Oblivious Algorithms for Private Cloud Storage Access," Qatar University, 2013
- "Using Data-Oblivious Algorithms for Private Cloud Storage Access," Department of Computer Science and Engineering Distinguished Speaker Series, University of Buffalo, 2013
- "Force-Directed Graph Drawing Using Social Gravity and Scaling," invited talk, ICERM Workshop on Stochastic Graph Models, Providence, RI, 2014
- "Invertible Bloom Lookup Tables and Their Applications in Large-Scale Data Analysis," invited key-note speaker, Algorithms for Big Data, Frankfurt, Germany, 2014
- "Invertible Bloom Lookup Tables and Their Applications in Large-Scale Data Analysis," Brown University, Providence, RI, 2014
- "Studying Road Networks Through an Algorithmic Lens," Bold Aspirations Visitor and Lecture, University of Kansas, 2015
- "Learning Character Strings via Mastermind Queries, with Case Studies," Invited Lecture, Workshop on Pattern Matching, Data Structures and Compression, Bar-Ilan University, Tel Aviv, Israel, 2016
- "Invertible Bloom Lookup Tables and Their Applications in Data Analysis," University of Hawaii, 2016
- "Invertible Bloom Lookup Tables," Purdue University, 2016
- "Combinatorial Pair Testing: Distinguishing Workers from Slackers," Calvin Univ., 2016
- "Invertible Bloom Lookup Tables," University of California, Riverside, 2016
- "2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," Technion, Israel Institute of Technology, Haifa, Israel, 2017
- "2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," University of Arizona, 2017
- "Parallel Computational Geometry," First Hawaii Workshop on Parallel Algorithms and Data

Structures, University of Hawaii, 2017
- "Fighting Gerrymandering with Algorithmic Fairness," Calvin University, 2019
- "Fighting Gerrymandering with Algorithmic Fairness," Carnegie Mellon University, 2019
- "Sorting Evolving Data in Parallel," Second Hawaii Workshop on Parallel Algorithms and Data Structures, University of Hawaii, 2019

**PROFESSIONAL SOCIETY MEMBERSHIPS**

American Association for the Advancement of Science (AAAS), Fellow
IEEE and IEEE Computer Society, Fellow
Association for Computing Machinery (ACM), Fellow

# Appendix B

1              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
2                     Norfolk Division

3

4   - - - - - - - - - - - - - - - - - -
                                      )
5    CENTRIPETAL NETWORKS, INC.,      )
                                      )
6          Plaintiff,                 )   CIVIL ACTION NO.
                                      )   2:17cv383
7    v.                               )
                                      )
8    KEYSIGHT TECHNOLOGIES, INC.,     )
     and IXIA,                        )
9                                     )
           Defendants.                )
10   - - - - - - - - - - - - - - - - - -

11

12                TRANSCRIPT OF PROCEEDINGS
                 ** PORTIONS REDACTED **

13                (Day 4, Morning Session)

14                   Norfolk, Virginia

15                   October 5, 2018

16

17   BEFORE:  THE HONORABLE HENRY C. MORGAN, JR.
             United States District Judge, and a Jury
18

19

20   APPEARANCES:

21           KAUFMAN & CANOLES, P.C.
             By:  Stephen E. Noona
22                     And
             KRAMER LEVIN NAFTALIS & FRANKEL, LLP
23           By:  Paul J. Andre
                  James Hannah
24                Hannah Y. Lee
                  Lisa Kobialka
25                Counsel for the Plaintiff

```
 1   APPEARANCES CONTINUED:

 2

 3            KALEO LEGAL
              By:  William R. Poynter
 4                       And
              REED SMITH LLP
 5            By:  John P. Bovich
                   James A. Daire
 6                 Jonah D. Mitchell
                   Keyonn L. Pope
 7                 Seth B. Herring
                   Counsel for the Defendants
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                          I N D E X

2    PLAINTIFF'S
     WITNESSES                                      PAGE
3
       MICHAEL GOODRICH, Ph.D.
4          Direct Examination By Ms. Lee            614
           Cross-Examination By Mr. Herring         641
5          Redirect Examination By Ms. Lee          666

6      RICARDO VALERDI, Ph.D.
           Direct Examination By Mr. Hannah         672
7          Cross-Examination By Mr. Pope            697

8
     DEFENDANTS'
9    WITNESSES                                      PAGE

10     (NONE)

11

12

13                      E X H I B I T S

14   PLAINTIFF'S
15   NO.                                            PAGE

16     PTX539                                       621
       PTX541                                       638
17     PTX538                                       695

18
     DEFENDANTS'
19   NO.                                            PAGE

20                        (NONE)

21

22

23

24

25
```

Carol L. Naughton, Official Court Reporter

—————Goodrich, M. - Direct—————

1    product is there.  So how much of it is infringement code,

2    and then how much is a ratio, a percentage, of the total

3    amount of code.

4           THE COURT:  All right.  You may proceed.

5    BY MS. LEE:

6    Q.  In this case, can you give us an idea of how big the

7    source code that was produced is?

8    A.  Yeah.  So the amount of source code is divided into

9    various kinds of categories, and we tend to break those down

10   by file type.  So computer programming languages are written

11   in a number of different types of languages.  These languages

12   are developed over time, and different companies and

13   different programmers have preferences about which computer

14   language they like to use.  And, so, oftentimes when an

15   expert like myself goes to a source code computer to analyze

16   software, we'll see it in a number of different computer

17   programming languages.

18          So that's what I'm showing here on the left, if it

19   can be highlighted here, of the file types.  Each of those

20   file types is source code written in a different computer

21   language.

22          And so the first one is a computer language called

23   C, just the letter C.  It was developed at AT&T Research Labs

24   many, many years ago.  And so there was some C code in some

25   of the repositories, in some cases not very much.  Like in

———Goodrich, M. - Direct———

1    this first one, just 7,000 lines of code.  In another one,

2    almost 3 million lines of code was in that language.

3            Another computer language that I found in

4    significant numbers is in a language called Ruby.  And you

5    can tell files that are in this Ruby language because they

6    end in the letters RB, and files that end with that RB you

7    know are in the Ruby language.

8            Likewise, there's another version of that called

9    Embedded Ruby that also ends with, in this case, ERB at the

10   end.

11           Another language -- in fact, the one that is in that

12   book that you showed to the jury -- is written in a language

13   called Python.  I found some files that were written in this

14   language called Python and analyzed those for how many lines

15   of code there were.

16           And then another language is called JavaScript.

17   This is another language, and you can tell something is

18   JavaScript because it ends in the letters JS.

19           And so all those different types of code were the

20   kinds of code that I analyzed for my opinions.

21   Q.  And in this table, you indicate a number of acronyms

22   there.  Could you just explain, for the four different

23   acronyms of the product names, what those represent.

24   A.  Sure.  So the first one is called ATI.  That's that

25   application and threat intelligence that we've been hearing

Goodrich, M. - Direct

1    about in this case.  So one of the big folders -- or I call

2    them repositories -- that I found on the source code computer

3    was just named ATI.  And so I analyzed all the source code

4    under that folder or that directory, as we call it in

5    computer science, that was labeled as ATI.

6              And then another one was called ATIP, or A-TIP

7    sometimes people call it, the ATI processor source code.  I

8    analyzed all of that under that umbrella.

9              Another one was called ThreatARMOR.  That's a term

10   we've been hearing a lot already in this case.

11             And then the last one is Vision ONE.

12   Q.  You mentioned that you used two source code tools,

13   LocMetrics and Cygwin, to count the lines of code.  Are those

14   tools used by other experts in the field?

15   A.  Yes.  These are well-known tools for analyzing lines of

16   code and determining these kind of counts of how big software

17   is with respect to this well-respected metric of lines of

18   code.

19             THE COURT:  I'm sorry.  I missed something you said.

20             I don't see anything on here about ThreatARMOR or

21   Vision ONE.

22             THE WITNESS:  Yeah.  So it was -- let me try to

23   highlight it for you, Your Honor.

24             THE COURT:  Oh, I see.

25             THE WITNESS:  Oh, there it is.  Thank you.

Carol L. Naughton, Official Court Reporter

Goodrich, M. - Direct

1          THE COURT:  I see it now.  I was looking in the far

2   left column.

3          THE WITNESS:  Yeah, it is admittedly a busy slide,

4   Your Honor, a lot of data.

5          THE COURT:  I see where you're coming from now.

6          So in making your calculations, you assume that

7   ATIP, ThreatARMOR, and Vision ONE were all infringing

8   products.

9          THE WITNESS:  I assumed that they contained

10  infringing source code, and I got that information from

11  Drs. Mitzenmacher and Cole, from them.

12         THE COURT:  All right.  So the accuracy of your

13  percentages depends on whether it's established that they

14  were, in fact, infringing.

15         THE WITNESS:  That is correct, Your Honor.

16         THE COURT:  All right.

17  BY MS. LEE:

18  Q.  Underneath each of these four repositories, you see there

19  are four columns.  Could you describe for the jury what those

20  represent?

21  A.  Certainly.  So the first column here on the left is just

22  the total lines of code for all the source code, including

23  both accused and unaccused, potentially, source code in each

24  of these repositories, as if we just took all of those files,

25  glued them all together, and then just measured how many

———Goodrich, M. - Direct———

1  lines of code across all the source code files under that big
2  repository.
3          So, for example, with respect to ATI, we see that
4  ████████████████████████████████████████████████████
5  lines of code when you glue all those files together.
6  Q.  And what do blank lines represent?
7  A.  So the next column is referring to blank lines.  These
8  are lines of code that just are blank.  If it was a punch
9  card, there would be nothing on it.  If it's a line on the
10 computer screen, there's just nothing there.
11         And, oftentimes, computer programmers put these into
12 source code just as a way to sort of separate out the
13 different parts of their source code.  So they might have a
14 function here, you know, a definition of some data here, and
15 they would, like, put blank lines in between them, just so
16 when they're coming back and looking at it or somebody else
17 is coming back and looking at it, they can see those are all
18 just separate things.
19         They don't affect the functionality of the code, so
20 I actually wanted to subtract these lines of code out,
21 because they don't actually affect the functionality of the
22 source code.
23 Q.  What does the column "comment lines" represent?
24 A.  So this is referring to something that Dr. Mitzenmacher
25 talked about yesterday; is that oftentimes computer

———Goodrich, M. - Direct———

1    programmers like to put in annotations or what we call

2    comments into their source code as they're writing it as just

3    a little reminder to themselves or to other people who would

4    come and look at their source code or want to use their

5    source code what it does.  Just kind of like little

6    reminders -- we just write it in English sometimes, or

7    shorthand -- what's going on.  And these comments are ignored

8    by what we call the compiler, the software that takes the

9    source code and converts it into a language that the computer

10   understands.

11          And so these comments are ignored by the compiler;

12   hence, they shouldn't be counted as the source code that

13   affects the functionality, which is what I wanted to get at,

14   how much of the source code really affects the functionality

15   of the accused products.  And so this is another thing that I

16   subtracted out; count how many lines of code are just

17   comments and then subtract that out of my numbers.

18   Q.  And what does the lines of physical code column

19   represent?

20   A.  So the lines of physical code, now, is the number of

21   lines of code of the software that actually affects the

22   functionality of the computation that's going on, the

23   software that's going to be put onto the accused device.

24          So the way that I got those numbers was to first

25   take that total lines of code that included everything,

————Goodrich, M. - Direct————

1    subtract out those blank lines, subtract out the comment

2    lines, and then what's left is the lines of physical code.

3    Q.  Now, underneath the "file type" column you also see in

4    bold "normalized total lines of code."

5            What does that mean?

6    A.  So another -- as I mentioned earlier, a part of my task

7    was to try to determine this notion of the importance of the

8    software, and for that, I wanted to have this percentage; how

9    much of the total amount of source code is being accused of

10   infringement versus the total amount for the whole source

11   code that is there.  In order to do that -- because, like I

12   said before, programs are written in a lot of different

13   languages -- I needed to find a way to normalize that as if

14   the source code is all written in one language.

15           So the way that I did that is I got some

16   coefficients called -- the coefficients for the Rosetta code,

17   a coefficient from Wolfram Research, used the formulas from

18   those coefficients to then calculate what would be the total

19   lines of code -- and those are shown in bold in each of these

20   rows -- what I call normalized lines of code, as if it was

21   all written in one language, in this case the language called

22   Ruby.

23   Q.  And are those coefficients from a source that's used by

24   other experts in the field?

25   A.  Yes.  This is what are referred to as the Rosetta code.

631

Goodrich, M. - Direct

1  It's a reference to the so-called Rosetta Stone from

2  archaeology that was used for translating between archaic

3  languages.

4          So the Rosetta code is a set of software that has

5  been written in many different languages to solve the same

6  problem, and by seeing and sampling over a large number of

7  these different programs, all written in different languages

8  to solve the same problem, you then get these statistically

9  robust ways of being able to convert from one computer

10  language total lines of code to another language total lines

11  of code.  And then we get these -- what I call these

12  coefficients, these multipliers, that then lets me compute

13  these numbers of what would be the total lines of code if it

14  were all written in Ruby.

15  Q.  Now, can we zoom in on the right-hand side of the table?

16          What is shown on this side of the table?

17  A.  So, now, this side of the table is now the calculations

18  for the amount of code that is being accused of infringement

19  in this case.  And, as I mentioned earlier, I got the

20  information about which subdirectories were being accused of

21  infringement from Drs. Mitzenmacher and Cole.

22  Q.  And are those subdirectories shown, listed out, on this

23  table?

24  A.  Yes.  So it's kind of hard to see, but if you look after

25  each title, like ATI or ATIP, I put in parentheses the names

1   of these subdirectories under the big repository that were

2   identified by Drs. Cole and Mitzenmacher that contains the

3   accused software.

4   Q.   Now, you see in red font the "lines of physical code"

5   column.  What is your definition of "physical code" that you

6   applied here?

7   A.   So, again, the definition of "lines of physical code" is

8   you take the total number of lines of code -- in this case,

9   now, just the total lines of code of the accused software --

10  subtract out the blank lines, subtract out the comment lines,

11  and what is left is the lines of physical code, the code that

12  actually affects the programming logic of the software.

13  Q.   Now, did you make any effort to exclude categories of

14  code from your counts?

15  A.   Oh, yeah.  I actually excluded a lot of source code that

16  I found on the source code computer.

17  Q.   Could we go to slide 5, please.

18        Can you tell the jury examples of what types of code

19  you excluded?

20  A.   Yes.  So here's a listing of examples of things that I

21  just excluded.  I found them on the source code computer, but

22  I did not include them in my counts of lines of code on

23  those two -- on that chart.

24        So the first we already talked about is blank lines

25  of code.  I subtracted all that out.

Goodrich, M. - Direct

1           The second one is comment lines of code.  I

2    subtracted all that out and didn't count that at all.

3           Another big category something called automatically

4    generated code.  This is code that would still be source

5    code, still be used in the product, but it's generated by yet

6    another software that's generating source code based on

7    configuration of variables that a programmer would make, or

8    it's something that could just be generating itself from

9    software.

10          And these categories, you can tell them -- I

11   actually sort of overestimated here.  I included all the

12   files that ended with .h, for example, which oftentimes does

13   include automatically generated code but can include things

14   that the programmer would write himself or herself.

15          In fact, I notice from some of the reports of

16   Drs. Mitzenmacher and Cole that they actually did include

17   some .h files in their analysis.

18          Similarly, .xml is another source code type that I

19   ████████████████████████████████████████████████████████

20   ████████████████████████████████████████████████████████

21   code of .h that I excluded.

22          And we even saw yesterday in Dr. Mitzenmacher's

23   testimony that he was giving you an example of an .xml file.

24   If you remember, it was for hulu.com.  And even though it's

25   accused, because other .xml files oftentimes include this

Goodrich, M. - Direct

1   ████████████████████████████████████████████████

2   of code I just didn't even count, because I wanted my

3   estimates to be conservative-size estimates.

4   Q.  And you also excluded third-party and operating system

5   code?

6   A.  Yes.  So third-party code is code that you get from

7   somebody else and just use as a part of your system; you

8   don't change it, you don't touch.

9        A big example of this is operating system code.  If

10  you've ever heard of the operating system called Linux, I

11  actually found a part of -- underneath one of these

12  directories, a repository that was named Linux that appeared

13  to be, in fact, the operating system source code for Linux,

14  ████████████████████████████████████████████████

15  excluded all that, because that, you know, generally would be

16  considered the environment that the accused software would be

17  running in, rather than itself being accused software.

18  Q.  And did you exclude these other categories:

19  configuration and data files, header or source code files,

20  C++ source code files, database source code files, web page

21  files, and code building and maintenance files?

22  A.  Yes.  So these are -- in fact, all these other categories

23  of source code, even though they really are source code, they

24  were potentially even being accused of infringement.  Because

25  I wanted my estimates to be conservative, I just ignored all

———Goodrich, M. - Direct———

1    that.  I just excluded all that source code from my numbers.

2    Q.  So approximately how many lines of code did you exclude?

3    A.  ████████████████████████████████████████████████

4    these different categories.

5    Q.  Now, let's go back to PTX539, please, and if we could

6    highlight the last two columns of the table on the right-hand

7    side.

8           Did you calculate the percentage of infringing code?

9    A.  Yes.

10   Q.  And could you just explain where that's represented here

11   on this table?

12   A.  So that's -- in these last two columns, you'll see these

13   percentages.  The first column is talking about a percentage

14   of the total amount of code, even including the blank lines

15   and the comments, of comparing the accused software to the

16   whole amount of software.

17          And then the second list of percentages is

18   accusing -- is just a calculation of the percentage of the

19   physical code subtracting out blank lines and comments for

20   the accused software versus all the software in the whole

21   repository.

22   Q.  What was the percentage of infringing physical code in

23   the ATI repository?

24   A.  So the first one -- you can't see it on the screen

25   anymore, but the first set of numbers is that it's 100

—————Goodrich, M. - Direct—————

1    percent.  So in that ATI source code repository, I found that
2    100 percent of the source code is being accused of
3    infringement.
4    Q.  And what was the percentage of infringing physical code
5    in the ATIP repository?
6    A.  So the next number down is for this ATIP repository, and
7    I found that 69 percent of that physical code is being
8    accused of infringement.
9    Q.  And what was the percentage of infringing physical code
10   in the ThreatARMOR repository?
11   A.  So the next one down is ThreatARMOR, and I found that
12   49.9 percent of that physical code is being accused of
13   infringement.
14   Q.  And what was the percentage of infringing physical code
15   in the Vision ONE code?
16   A.  And then last number on the lower right is for
17   Vision ONE.  I found that 81.2 percent of the physical source
18   code for Vision ONE is being accused of infringement.
19   Q.  How do these percentages reflect the technical importance
20   of the infringing technologies?
21   A.  So these numbers then inform my opinion about the
22   technical importance of the accused software with respect to
23   the total amount of software for each of those products, and
24   because these numbers -- each one of them is roughly 50
25   percent or higher.  This tells me that these accused

———Goodrich, M. - Direct———

1    technologies are important, that they have an importance that

2    it's at least half, if not 100 percent, of the total

3    functionality of these various products.

4    Q.   Did you do anything to check the reliability of your

5    counts?

6    A.   Oh, yes, I did.  So with respect to verification, I first

7    verified that my two tools would be effective at counting the

8    kinds of things I wanted to count by testing them at home on

9    my home computer with respect to various kinds of source code

10   files that I had tested, and then when I went to the computer

11   source code room in San Francisco, which is, you know, this

12   highly secure room in the law offices of the defendants, I

13   also tested these source code tools again there by having one

14   tool cross-validate to the other tool.

15         So I could take LocMetrics, looked at the numbers

16   that LocMetrics could give me, compared to the kinds of

17   numbers that Cygwin can give me for the kinds of things that

18   they both can count, like total lines of code, and then use

19   that to see if their numbers were consistent, and indeed they

20   were consistent.

21   Q.   Now, did you update these counts after this table was

22   created?

23   A.   Yes, I did.

24   Q.   And why did you update your numbers?

25   A.   Because after I produced this chart and used them in my

638

Goodrich, M. - Direct

1   report to, as I mentioned, inform my opinions about the

2   importance, additional source code was produced and installed

3   on the source code computer.  And so I went back to the

4   source code computer in San Francisco, redid my analysis but

5   now including all this new source code that was produced, and

6   redid my tables and included all that new stuff, too.

7   Q.  Could we pull up PTX541, please.

8        Is this the table that shows your updated numbers?

9   A.  Yes, this is the data that I relied on for informing my

10  opinions in my supplemental report.

11  Q.  And did you create this table?

12  A.  Yes.

13        MS. LEE:  Your Honor, at this time we move into

14  evidence PTX541 and ask that it be published to the jury.

15        THE COURT:  PTX541 will be admitted.

16        (Exhibit PTX541 received in evidence.)

17  BY MS. LEE:

18  Q.  How did your counts change between July and August?

19  A.  So when I went back to the source code computer, redid my

20  analysis, but now including all this new source code that was

21  produced, all my numbers went up.  In fact, the total amount

22  ██████████████████████████████████████████████████

23  Q.  Okay.  And could we just show the side-by-side comparison

24  of the last two columns of your PTX539 and 541?

25        So here on the left-hand side is the initial

```
                         ┌──Goodrich, M. - Direct──┐
 1    percentages; is that right?
 2    A.   Yes, that looks right.
 3    Q.   And the right-hand side is the updated percentages?
 4    A.   Yes, that looks right as well.
 5    Q.   And so how did the numbers change between July and
 6    August?
 7    A.   So going from on the left, which is the July numbers, to
 8    the August numbers on the right, you see that all the numbers
 9    either stayed the same or they went up.
10    Q.   Could we go back to PTX541, please?  And let's highlight
11    the title there of the product that says "SecurStak."
12         Could you tell the jury what this is showing?
13    A.   So this is one of the -- when I went back to the source
14    code computers for the second time in August, another one of
15    the repositories now that was on the source code computer --
16    and I understood from Drs. Mitzenmacher and Cole is being
17    accused of infringement -- is something called SecurStak or
18    Active SSL, and so I did an analysis of all of that to see
19    how much of that is with respect to total lines of code, did
20    my other counts, and how many of that is lines of physical
21    code.
22    Q.   And how many lines of code did you find was in the
23    SecurStak/Active S SL directory?
24    ████   ████████████████████████████████████████████████████
25    ██████████████████████████████████████████████████████████
```

———————Goodrich, M. - Direct———————

1   code.

2   Q.  Did you also calculate lines of code for BreakingPoint?

3   A.  Yes.  I also included, in the table on the second page,

4   information about BreakingPoint.

5   Q.  Could we go back to the PTX541 and to the next page of

6   this table?

7   A.  Yeah, it's actually just the bottom part.  There you go.

8   Q.  How many total lines of physical code did you calculate

9   for BreakingPoint?

10  ██  ████████████████████████████████████████████████

11  you normalize it all to as if it was written in the Ruby

12  language.

13  Q.  So, just to be clear, did you give Dr. Valerdi these

14  updated -- the updated data from August, or did you give him

15  the July table?

16  A.  Actually, I just gave him those July numbers, which were

17  smaller than these.  I didn't give him these updated numbers.

18  Q.  And so the numbers that you gave Dr. Valerdi did not

19  include the SecurStak, Active SSL, or BreakingPoint lines of

20  code?

21  A.  ████████████████████████████████████████████

22  code.

23          MS. LEE:  No further questions at this time.

24          MR. HERRING:  May I proceed, Your Honor?

25          THE COURT:  You may.

# Appendix C

```
 1                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF VIRGINIA
 2                            Norfolk Division

 3

 4   - - - - - - - - - - - - - - - - - - -
                                          )
 5     CENTRIPETAL NETWORKS, INC.,         )
                                           )
 6            Plaintiff,                    )    CIVIL ACTION NO.
                                           )    2:17cv383
 7     v.                                   )
                                           )
 8     KEYSIGHT TECHNOLOGIES, INC.,         )
       and IXIA,                            )
 9                                          )
              Defendants.                   )
10   - - - - - - - - - - - - - - - - - - -

11

12                    TRANSCRIPT OF PROCEEDINGS
                      ** PORTIONS REDACTED **
13
                       (Day 3, Morning Session)
14
                         Norfolk, Virginia
15
                          October 4, 2018
16

17   BEFORE:   THE HONORABLE HENRY C. MORGAN, JR.
               United States District Judge, and a Jury
18

19

20   APPEARANCES:

21            KAUFMAN & CANOLES, P.C.
              By:  Stephen E. Noona
22                        And
              KRAMER LEVIN NAFTALIS & FRANKEL, LLP
23            By:  Paul J. Andre
                   James Hannah
24                 Counsel for the Plaintiff

25
```

```
1    APPEARANCES CONTINUED:

2

3             KALEO LEGAL
              By:  William R. Poynter
4                        And
              REED SMITH LLP
5             By:  John P. Bovich
                   James A. Daire
6                  Counsel for the Defendants

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                       I N D E X

 2   PLAINTIFF'S
     WITNESSES                                    PAGE
 3
      MICHAEL MITZENMACHER, PH.D.
 4         Direct Examination By Mr. Hannah         402

 5
     DEFENDANT'S
 6   WITNESSES                                    PAGE

 7    (NONE)

 8

 9                     E X H I B I T S

10
     PLAINTIFF'S
11   NO.                                          PAGE

12    PTX526                                        435
      PTX594                                        442
13    PTX378                                        453
      PTX561                                        456
14    PTX545                                        463
      PTX552                                        465
15    PTX552                                        468
      PTX513                                        473
16    PTX523                                        480
      PTX557                                        484
17    PTX525                                        488
      PTX377                                        490
18    PTX459                                        494
      PTX446                                        500
19

20   DEFENDANT'S
     NO.                                          PAGE
21

22

23

24

25
```

Carol L. Naughton, Official Court Reporter

—————Mitzenmacher, M. - Direct—————

1    powerful enough to do it.

2         You've really hit it.  The question that you're

3    trying to answer is how can they prove to you that they've

4    gotten the right answer without you having to redo the

5    computation yourselves?  So what kind of message can they

6    give you along the way?  You can think of it of, like,

7    checkpoints of this is what I've done so far, and you can

8    check that, up to this point, it's worked.

9         THE COURT:  And that's the problem you're attempting

10   to solve?

11        THE WITNESS:  That's what my grad students have

12   worked on, and we have a few papers that I think really

13   pushed the state-of-the-art and have been well-cited in sort

14   of the future work as well.

15   BY MR. HANNAH:

16   Q.  Following up on the Court's question, why do security

17   companies use the cloud?

18   A.  Again, security companies use the cloud because it can

19   offer all sorts of resources to a lot of their customers in a

20   very efficient way, right, that they can say, instead of

21   viewing things by individual customer, you can collect and

22   process and use this information in the cloud and use it to

23   distribute it to all of your customers simultaneously, and

24   that has to do with the threat intelligence feeds that we've

25   heard about here and that I'll be talking about as well.

1          THE WITNESS:  That's one of the possibilities, and

2     we'll see this in some of the patents.

3          THE COURT:  Is there any percentage involved there

4     of how many you send off for further inspection as opposed to

5     how many you just drop?

6          THE WITNESS:  So part of that might depend on the

7     individual business's network needs or their own tolerance

8     for risk or their own types of traffic that they're getting,

9     and some of that might just depend on how much they're

10    willing to spend.

11         So I'd say that's something that the individual

12    systems, the individual people, once they have the equipment,

13    may try and tune to be most efficient or best for their

14    network, but that's why you want to have tools or have

15    systems that can provide those types of possibilities.

16         THE COURT:  All right.  Well, do the systems we're

17    talking about have the capability of doing both of these

18    things, just dropping it based on the header or sending it

19    off for further investigation?

20         THE WITNESS:  So I think we'll discuss in more

21    detail when we start to get into the systems.  So, like, the

22    Vision ONE system has the capability of both.  The

23    ThreatARMOR primarily just drops things that it doesn't like.

24         THE COURT:  Okay.

25    BY MR. HANNAH:

Mitzenmacher, M. - Direct

1   Q.  And as a little preview, what is the name of the logging

2   functions that we're going to focus on for the Vision ONE?

3   A.  For the Vision ONE, one of the patents is particularly

4   about this issue of logging, where you try and log the

5   information if you want to take a closer look later, and

6   that's called NetFlow, in particular, and there are

7   variations on NetFlow called IxFlow, but we'll primarily be

8   talking about NetFlow, which is one of the logging standards

9   so that you can look at information about these packets

10  later.

11          That's another thing that you can do, or one of the

12  patents talk about, instead of looking at the entire packet,

13  you may log information about part of the packet; so it's not

14  necessarily the whole payload but just some of the

15  information or other important information related to the

16  packet.

17          THE COURT:  All right.

18          MR. HANNAH:  May I proceed?

19          Thank you, Your Honor.

20  BY MR. HANNAH:

21  Q.  In forming your opinion, what type of evidence did you

22  rely upon?

23  A.  Sure.  So I sort of mentally divided up into two types of

24  evidence.  One is sort of related to the court or the court

25  proceedings itself.  So here I'm talking about, you know --

—————Mitzenmacher, M. - Direct—————

1    obviously, I start with the patents themselves.  What do the

2    patents say?  What do the claims say?

3          There's something called the file history that goes

4    with the patent.  That's sort of the history of the

5    prosecution of the patent and what's been done with the

6    patent as it's gone through the legal system.

7          There are various instructions that are set up by

8    the Court.  In particular, you've heard, I think, about the

9    claim construction order.  So the Court, the Judge, defines

10   certain terms in the patent for us and says, like, these,

11   just to be clear, are the definitions of these terms that are

12   in the patent that everyone has to use.

13         So, of course, that's important for me to look at

14   and use, and there are other rulings or issues that come up

15   from the Court that I look at in the course of the

16   proceedings.

17         Then on the left-hand side of the slide, there's

18   sort of the other evidence.  So here I'm talking about the

19   products and their documentation.  So here I look at the

20   public documents, what the company puts out to the public,

21   what they say about the products.  I look at, sort of, the

22   private company documents, the confidential documents that

23   I'm able to have access to.

24         I look at the deposition testimony.  You heard a

25   bunch of deposition testimony yesterday at the end of the

-Mitzenmacher, M. - Direct-

1    day.  I've looked through the deposition testimony.  I've

2    looked at the actual source code for those products.  I've

3    done some hands-on testing of the products themselves.  So I

4    take all of these sources of information in coming up with my

5    opinion.

6    Q.   And before you reviewed all of this material, did you

7    have any opinion on this topic?

8    A.   Not before I started, no.

9    Q.   After you reviewed all of this material, what was your

10   ultimate conclusion in this case?

11   A.   The ultimate conclusion, which I'll be discussing today,

12   involves infringement of three of the patents.  So for the

13   '077 patent, I'll be discussing my opinion that --

14            THE COURT:  I'm sorry.  What was that first number?

15            THE WITNESS:  '077.

16            I'll be giving my opinion regarding the infringement

17   of claims 7 and 13.

18            The '205 patent, I'll be looking at infringement of

19   claims 17 and 33.

20            And for the '213 patent, I'll be discussing

21   infringement of claim 1.

22            THE COURT:  What was the third patent?

23            THE WITNESS:  '213.

24            THE COURT:  Okay.  So this witness is directed at

25   those three patents?

1          MR. HANNAH:  Correct, Your Honor.  Yes.

2          THE COURT:  All right.

3    BY MR. HANNAH:

4    Q.  In performing your analysis, you mentioned that you

5    relied on source code.  What did you -- what directories did

6    you identify as containing the infringing source code in this

7    case?

8    A.  After I looked at the source code, I made a list of the

9    key directories where the code lives.  I did this, and

10   Dr. Cole did this as well, and we came up with this list of

11   directories of where the infringing code lived.

12   Q.  And can you just briefly explain, what is source code?

13   A.  Okay.  So source code -- source code is essentially the

14   program, the software.  So when you're writing software, we

15   refer to source code as, sort of, the instructions written

16   in, sort of, a human computer language; that is, that's the

17   language that I would personally sit down and write a

18   computer program in.

19          You'll sometimes hear reference to something called

20   binary code or machine code, and the idea is that that

21   original code that humans can write and read gets translated

22   into the instructions for the computer.  And the instructions

23   for the computer are -- well, unless you're a very gifted

24   savant, humans generally don't read that because it's written

25   in the level for the computer to understand, but humans

422

Mitzenmacher, M. - Direct

1    actually write software or code in the source code language,

2    so that's what I went to look at so I could read and see what

3    their programmers had done, how they had built the system,

4    and that literally becomes the instructions for the machine.

5    Q.   And did you tell anyone who -- or what were the source

6    code directories that contain the infringing code?

7    A.   Yes.  So I believe, like, I told or had that information

8    passed to Dr. Goodrich.

9    Q.   And he'll be testifying later in this case?

10   A.   Yes.

11   Q.   So let's drill down a little bit on the technology that

12   we're going to be talking about, and I believe you answered

13   it earlier almost as a foreshadow from the Court's questions

14   that -- we were talking about packet-manipulation technology

15   involving logging and dropping.

16          So can you just briefly describe for us, using your

17   demonstrative, what is packet-manipulation technology?

18   A.   Sure.  So here the idea is we have this device.  This can

19   go a little fast.  You're getting information about network

20   threats from the cloud.  The device looks at things and

21   figures out what to do.

22          Sorry.  If we can just run that back quickly just

23   because I don't talk as quick as the slide, even though I try

24   and talk fast.

25          So this first inspection, it's saying, oh, this

1   packet is just fine and I'm going to forward it along its

2   way.  And you can see that according to the arrow that we

3   see.

4           So the second packet comes in and gets inspected

5   from the device, and it says, no, I don't like this packet,

6   I'm going to drop it, I'm not going to let it go further on

7   anywhere.

8           And this third case, you might look at the packet

9   and say, well, I don't want to send this packet somewhere

10  else for further inspection or for some other reason, so I'm

11  going to put it to the side.  It's going to take a different

12  path.  That would be rerouting.

13          Sometimes you might look at the packet and say,

14  well, I need to get some information about that packet.  So

15  that last one was logging with the clipboard.

16  Q.  And what is the network threat technology that we're

17  going to be talking about today?

18  A.  So that includes or that's referred to as ATI.  We refer

19  to it as the Application Threat Intelligence.  So that's the

20  information that's essentially continuously coming down from

21  the cloud that is really what's powering these devices or

22  letting them be able to respond to threats.

23          And you can see that there's various sorts of threat

24  information downloaded.  The threat information, for

25  instance, includes both partial information and links to