IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-08175 |
| ) | |
| AMAZON WEB SERVICES, INC., ) | Hon. Rebecca R. Pallmeyer |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO SEAL OPPOSITION TO KOVE IO, INC.'S MOTION TO COMPEL AWS TO PRODUCE TECHNICAL DOCUMENTS AND TO PROVIDE SUPPLEMENTAL WITNESSES UNDER RULE 30(B)(6) AND DECLARATON OF TERRI L. MASCHERIN**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, and the requirements of the Protective Order entered in this case (ECF No. 55), Defendant Amazon Web Services, Inc. ("AWS") has filed under seal its Opposition to Kove IO, Inc.'s Motion to Compel AWS to Produce Technical Documents and to Provide Supplemental Witnesses Under Rule 30(b)(6) ("Opposition"), its Declaration of Terri L. Mascherin ("Declaration"), and Exhibits 1, 2, 3, 4, 5, and 10 thereto—which contain deposition testimony and communications the parties have designated Confidential or Highly Confidential. AWS seeks leave to file these documents under seal due to the parties' confidentiality designations. In support of this Motion, AWS states as follows:

1. On July 10, 2019, the Court entered the Parties' Agreed Protective Order. (ECF No. 55.) Pursuant to the terms of the Protective Order, AWS is not permitted to file publicly any information designated by Kove as Confidential or Highly Confidential.

2. AWS or Kove has designated Exhibits 1, 2, 3, 4, 5, and 10 to the Declaration, as well as the depositions discussed in the Opposition and Declaration, as Confidential or Highly

1

Confidential.  AWS has filed its Opposition, Declaration, and Exhibits 1, 2, 3, 4, 5, and 10 thereto under seal, as required by the Protective Order.  Contemporaneously, AWS has publicly filed a redacted version of its Opposition and its Declaration.

For the forgoing reasons, AWS respectfully requests that the Court enter an order permitting AWS to file its Opposition, Declaration, and Exhibits 1, 2, 3, 4, 5, and 10 thereto under seal.

Dated: August 18, 2020  Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By:  */s/ Terri L. Mascherin*

Terri L. Mascherin
Timothy J. Barron
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
tmascherin@jenner.com
tbarron@jenner.com
mwerner@jenner.com

Adam Unikowsky
(*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Ave, NW
Washington, DC 20016
Telephone: 212 639-6041
Facsimile: 202 661-4925
aunikowsky@jenner.com

*Attorneys for Defendant Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

      I, Timothy J. Barron, an attorney at the law firm of Jenner & Block LLP, certify that on August 18, 2020, the foregoing Motion to Seal Opposition to Kove IO, Inc.'s Motion to Compel AWS to Produce Technical Documents and to Provide Supplemental Witnesses Under Rule 30(b)(6) and Declaration of Terri L. Mascherin, was electronically served on counsel of record via the Court's ECF system.

                                       */s/ Timothy J. Barron*
                                        Timothy J. Barron