# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:18-cv-08175 |
| | ) |
| AMAZON WEB SERVICES, INC., | ) Hon. Rebecca R. Pallmeyer |
| | ) |
|     Defendant. | ) |
| | ) |
| | ) |

## DECLARATION OF TERRI L. MASCHERIN

I, Terri L. Mascherin, declare as follows:

1. I am an attorney with the law firm of Jenner & Block LLP ("Jenner"), counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above captioned matter. I submit this declaration in support of AWS's Opposition to Kove IO, Inc.'s Motion to Compel AWS to Produce Technical Documents and to Provide Supplemental Witnesses Under Rule 30(b)(6).

*AWS's Document Production and "Wikis"*

2. To date, AWS has produced thousands of documents, and millions of lines of computer source code and related deployment histories, which explain the design and operation of the two accused services, Amazon S3 and DynamoDB. AWS has responded to 127 different requests for production served by Kove, and produced 2,681 documents comprised of 88,164 images/pages. Prior to the filing of Kove's motion, AWS had also previously made available to Kove 65,269 different packages of the source code for S3 and for DynamoDB as well as at least 315 deployment histories, via a secure laptop in the offices of Jenner & Block LLP. During the pendency of this motion (and unrelated to this motion), AWS supplemented its source code production with revised packages created during the several months since Jenner & Block's offices

1

closed due to the COVID-19 pandemic. This update consisted of an additional 48,746 files, bringing the total of produced source code packages to 114,015. Kove resumed review of the code on August 18, 2020.

3. AWS maintains certain technical documents known as "wikis." These wikis are written by AWS engineers, and the S3 and DynamoDB wikis explain various portions of the source code of those services. Based upon our investigation, together with the source code, the wikis comprise the technical documentation of AWS's services. In response to Kove's suggestion that additional types of "design documents" must exist beyond the wikis and source code, AWS has investigated the matter and determined that the wikis and source code contain the relevant design documentation and technical material.

4. As stored in the ordinary course of AWS's business, the wikis are not easily searchable. Earlier this year, Jenner & Block attorneys devoted several hours, working with AWS personnel, to identify and gather wikis relating to Amazon S3 and DynamoDB into a separate database so that they could be more easily searched for purposes of this litigation. This required Jenner & Block attorneys to be on site and conduct extensive manual searching of AWS's internal wiki files.

5. Throughout discovery, AWS has produced wikis that are responsive to Kove's RFPs. S*ee, e.g.*, AMZ_KOVE_000061771–61899 and AMZ_KOVE_000064532–64566. AWS has also responded to several requests from Kove to produce additional wikis, including wikis that are referred to in other wikis previously produced. At times, Kove sent multiple, seriatim requests for wikis, or other technical documents, complicating the effort required to identify and produce wikis in response to Kove's requests. *See, e.g.*, *infra*, ¶ 8. All told, before Kove filed its Motion, AWS had produced 676 wikis. In addition, since Kove filed its motion, AWS has produced

███████████████████████████████████████████
███████████████ █████ █████ ███████ █████
██████████████████████████████
████████████████████████████████████. The BATES range for this production is AMZ_KOVE_000081714–87327. AWS produced 340 documents from these searches on August 17, 2020.

*The Parties' Conferences and Discovery Letters re Wikis and Design Documents*

6. The remainder of Kove's proposed wiki search terms yield unreasonable numbers of wikis, and Kove has refused to narrow or limit those terms. Kove first proposed that AWS use specific search terms to search for wikis on January 17, 2020, demanding that AWS produce all documents that hit on 25 different search terms. A true and accurate copy of that email is attached to Kove's motion as Exhibit 2.

7. AWS ran the search terms and generated hit counts on the wiki database indicating that the terms returned over 12,000 documents. AWS informed Kove of this on January 22, 2020. A true and accurate copy of that email is attached as AWS Ex. 1. In light of the high number of hits, AWS asked Kove to limit and narrow its terms. *Id.* In addition, AWS asked Kove to agree that the searching would end Kove's requests for production of further wikis, because of the piecemeal way that Kove had raised its requests for wikis over the preceding months. *Id.* ("[G]iven Kove's many other excessive and serial production demands (such as regarding source code), we are concerned that these 25 terms are not even a complete set of what Kove will seek."); Mot. Ex. 2. Initially, AWS also asked Kove to agree to make the wiki database one of the five document custodians for e-discovery searching under the Local Rules, AWS Ex. 1, but Kove refused to agree. AWS has since dropped that request.

8. Over a month after AWS asked Kove to narrow its search terms, in a February 19, 2020 letter, Kove accused AWS of not having produced "design documents" concerning features such as ▮▮▮▮ and ▮▮▮▮. A true and correct copy of that February 19, 2020 letter is attached as AWS Ex. 2. In response, AWS agreed to search for documents concerning these features, and produced relevant wikis that it uncovered. A true and correct copy of that communication is attached as AWS Ex. 3. In addition, AWS again asked Kove to narrow its request for searches of the wiki database. *Id.*

9. On March 16, 2020, AWS again offered to search the wiki database if Kove would narrow its terms. A true and correct copy of that March 16, 2020 letter is attached as AWS Ex. 4. Kove next raised the wiki search terms in a May 21, 2020 meet and confer call. In that call, Kove also requested additional "design documents." AWS's counsel asked Kove to explain what, exactly, Kove meant by "design documents," explaining that AWS has produced hundreds of wikis, as well as source code files, that reflect the design of the accused functions of S3 and DynamoDB. AWS again stated it was willing to perform additional searches for wikis if Kove narrows its requests. Kove's counsel said they would provide examples of what types of design documents they believe should exist which AWS has not produced.

10. Kove followed up in a May 28, 2020 letter, merely repeating its request for searches "as identified in [Kove's] February 19 letter." A true and correct copy of that May 28, 2020 letter is attached as AWS Ex. 5. Kove did not provide any examples of what types of "design documents" it contends exist and have not been produced. Counsel for AWS emailed the same day memorializing the May 21, 2020 conversation, telling Kove's counsel that AWS would "investigate whether additional [design] documentation exists in line with your request," if Kove

provides examples of what it is seeking. A true and correct copy of that communication is attached as AWS Ex. 6.

11. In a May 29, 2020 meet and confer, Kove again raised "design documents," and AWS again said that it was willing to conduct additional searches if Kove would provide more specific information about what Kove believes has not been produced. On June 2, 2020, Kove wrote to AWS, stating that the parties are at an impasse regarding the production of "design and operation documents." A true and correct copy of that letter is attached as AWS Ex. 7. AWS responded on June 4, 2020, disagreeing that the parties were at an impasse and reiterating: "AWS will agree to conduct an additional search of 'WIKI' documents." A true and correct copy of that communication is attached as AWS Ex. 8.

12. Kove next raised these issues in an email to AWS on July 3, 2020, stating that Kove intended to file a motion to compel the production of "design documents" and wikis. A true and correct copy of that communication is attached as AWS Ex. 9.

13. AWS remains willing to perform additional searches and to produce additional wikis if Kove narrows its search terms. To make clear this willingness, AWS has produced wikis responsive to certain of Kove's search terms that yielded relatively low hit counts, and produced those documents to Kove on August 17, 2020. *See supra*, ¶ 5. This production brings the total number of produced wikis to 1,016, totaling 15,925 pages. BATES Nos. AMZ_KOVE_000065079–65594; AMZ_KOVE_000065726–70462; AMZ_KOVE_000070531–75588; AMZ_KOVE_000081714–87327. In addition, searches of the wikis that AWS had already produced previously reveal that 544 of those wikis hit on Kove's proposed search terms.

14. AWS also ran the 29 terms Kove provided in Appendix A to its motion against the documents AWS has already produced to Kove. Those searches yielded 2,411 hits, in 1,131

5

unique documents, from among documents already produced. A true and accurate copy of that hit report is attached as Ex. 10.

*AWS's 30(b)(6) Depositions*

15. Prior to the depositions of AWS's 30(b)(6) witnesses in January 2020, Kove requested that the source code for S3 and DynamoDB be made available on a laptop at the depositions. A true and correct copy of Kove's January 23, 2020 request for a source code laptop is attached as AWS Ex. 11. AWS provided such a laptop, which was present in the deposition room during the depositions of AWS's Rule 30(b)(6) witnesses.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on this 18th day of August, 2020.

*/s/ Terri L. Mascherin*