# EXHIBIT 9

| From: | Jaime F. Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com> |
| Sent: | Friday, July 3, 2020 6:53 PM |
| To: | Barron, Timothy J.; Unikowsky, Adam G.; Mascherin, Terri L.; Werner, Michael T.; Garcia, Daniel O. |
| Cc: | 'rmariotti@thompsoncoburn.com'; MParks@thompsoncoburn.com; 'hcampbell@thompsoncoburn.com'; RJ_Kove_AWS |
| Subject: | RE: Kove v. AWS - Joint Status Report |
| Attachments: | 2020-07-03 Kove Joint Status Report - redline.docx |

External Email – Exercise Caution

Tim,

Attached is the latest Joint Status Report with a couple of additional edits in redline.

I further note that, in short order, Kove intends to move to compel AWS to produce technical documents and a supplemental 30(b)(6) witness for Topics 1, 4, and 6, as laid out in my February 19, 2020 letter and discussed during the May 29, 2020 meet and confer.  The parties have met and conferred about these issues numerous times, but have been unable to reach a satisfactory resolution.  With respect to AWS's technical docs, your June 4, 2020 letter offered to conduct a search of wiki documents for 5 search terms and then discuss the results.  This is a repeat of the offer made by Michael Babbitt on January 22, 2020, and it is unacceptable for the same reasons.  Namely, it ambiguously and arbitrarily limits Kove's access to highly relevant documents, seeks to apply unrelated provisions of the ESI order, and ultimately, falls far short of what AWS is required to produce under the Local Patent Rules and Federal Rules of Civil Procedure.

Nonetheless, if AWS contends that it may be fruitful to do so, we are willing to further discuss this issue on Monday at 1pm CDT.  Please let us know.  If the parties are unable to resolve the dispute on Monday, then Kove intends to summarize these disputes for the Court in the Joint Status Report.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**REICHMAN JORGENSEN LLP**
750 Third Avenue, Suite 2400
New York, NY 10017
(646) 921-1474

---

**From:** Barron, Timothy J. <TBarron@jenner.com>
**Sent:** Friday, July 3, 2020 7:59 AM
**To:** Jaime F. Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; Unikowsky, Adam G. <AUnikowsky@jenner.com>; Mascherin, Terri L. <TMascherin@jenner.com>; Werner, Michael T. <MWerner@jenner.com>; Garcia, Daniel O. <DGarcia@jenner.com>
**Cc:** 'rmariotti@thompsoncoburn.com' <rmariotti@thompsoncoburn.com>; MParks@thompsoncoburn.com; 'hcampbell@thompsoncoburn.com' <hcampbell@thompsoncoburn.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Re: Kove v. AWS - Joint Status Report

[EXTERNAL]

Jaime,

Here is a redlined version of the joint status report, reflecting our proposed changes to your draft.  It is, of course, a draft for discussion purposes only, and may well change before we approve it for filing.

Although we are hopeful a meet-and-confer call on this will not be necessary, we can be available Monday before 11:00 am CDT or after 1:00 pm CDT, if needed.

Best regards,

Tim

---

**Timothy J. Barron**

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456  |  jenner.com
+1 312 923 8309 | TEL
+1 312 593 0461 | MOBILE
+1 312 923 8409 | FAX
TBarron@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** "Jaime F. Cardenas-Navia" <jcardenas-navia@reichmanjorgensen.com>
**Date:** Wednesday, July 1, 2020 at 7:47 PM
**To:** "Unikowsky, Adam G." <AUnikowsky@jenner.com>, "Mascherin, Terri L." <TMascherin@jenner.com>, Timothy Barron <TBarron@jenner.com>, "Werner, Michael T." <MWerner@jenner.com>, "Garcia, Daniel O." <DGarcia@jenner.com>
**Cc:** "'rmariotti@thompsoncoburn.com'" <rmariotti@thompsoncoburn.com>, "MParks@thompsoncoburn.com" <MParks@thompsoncoburn.com>, "'hcampbell@thompsoncoburn.com'" <hcampbell@thompsoncoburn.com>, RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Kove v. AWS - Joint Status Report

External Email – Exercise Caution
Counsel,

Attached is a draft of the parties' Joint Status Report, due Monday, July 6th.  We are still working on several sections, but wanted to provide a draft to facilitate discussion.

Please let us know if you are available to meet and confer about the Report tomorrow at 2pm PT/4pm CT/5pm ET.  Alternatively, we could be available on Friday in the late morning/early afternoon central time.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**REICHMAN JORGENSEN LLP**
750 Third Avenue, Suite 2400
New York, NY 10017

(646) 921-1474

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.