# EXHIBIT 11

| | |
|---|---|
| **From:** | Jaime F. Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com> |
| **Sent:** | Thursday, January 23, 2020 3:31 PM |
| **To:** | Babbitt, Michael; Khue V. Hoang; 'rmariotti@thompsoncoburn.com'; Wesley L. White; Christine E. Lehman; Courtland L. Reichman; 'hcampbell@thompsoncoburn.com'; Jennifer Estremera; Joachim B. Steinberg; Kate Falkenstien; Michael G. Flanigan; Rahul Sarkar; Sarah O. Jorgensen; Shawna L. Ballard; RJ_Kove_AWS; Justin Myers; Michael W. Marvin |
| **Cc:** | Mascherin, Terri L.; Unikowsky, Adam G.; Werner, Michael T.; Garcia, Daniel O. |
| **Subject:** | RE: Kove v. AWS Depositions |

External Email – Exercise Caution

Yes, we request access to a source code computer at the depositions. Please send Temp Loaner #2 from the NYC office.

When do you plan to ship the computer?

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**REICHMAN JORGENSEN LLP**
100 Park Avenue, Suite 1600
New York, NY 10017
(646) 921-1474

---

**From:** Babbitt, Michael
**Sent:** Thursday, January 23, 2020 3:27 PM
**To:** Jaime F. Cardenas-Navia ; Khue V. Hoang ; 'rmariotti@thompsoncoburn.com' ; Wesley L. White ; Christine E. Lehman ; Courtland L. Reichman ; 'hcampbell@thompsoncoburn.com' ; Jennifer Estremera ; Joachim B. Steinberg ; Kate Falkenstien ; Michael G. Flanigan ; Rahul Sarkar ; Sarah O. Jorgensen ; Shawna L. Ballard ; RJ_Kove_AWS ; Justin Myers ; Michael W. Marvin
**Cc:** Mascherin, Terri L. ; Unikowsky, Adam G. ; Werner, Michael T. ; Garcia, Daniel O.
**Subject:** RE: Kove v. AWS Depositions

[EXTERNAL]
Jaime, Can you please also confirm whether you intend to request access to a source code standalone computer at the depositions? If so, then we will need to ship one of the two standalone computers from NY to Seattle, as we have discussed, and we will want to make sure we have sufficient time to do that. Thanks, Mike

**From:** Babbitt, Michael
**Sent:** Thursday, January 23, 2020 12:48 PM
**To:** 'Jaime F. Cardenas-Navia' <jcardenas-navia@reichmanjorgensen.com>; Khue V. Hoang <khoang@reichmanjorgensen.com>; 'rmariotti@thompsoncoburn.com' <rmariotti@thompsoncoburn.com>; Wesley L. White <wwhite@reichmanjorgensen.com>; Christine E. Lehman <clehman@reichmanjorgensen.com>; Courtland L. Reichman <creichman@reichmanjorgensen.com>; 'hcampbell@thompsoncoburn.com' <hcampbell@thompsoncoburn.com>; Jennifer Estremera <jestremera@reichmanjorgensen.com>; Joachim B. Steinberg <jsteinberg@reichmanjorgensen.com>; Kate Falkenstien <kfalkenstien@reichmanjorgensen.com>; Michael G. Flanigan <mflanigan@reichmanjorgensen.com>; Rahul Sarkar <rsarkar@reichmanjorgensen.com>; Sarah O. Jorgensen <sjorgensen@reichmanjorgensen.com>; Shawna L. Ballard <sballard@reichmanjorgensen.com>; RJ_Kove_AWS

<[RJ_Kove_AWS@reichmanjorgensen.com](mailto:RJ_Kove_AWS@reichmanjorgensen.com)>; Justin Myers <[jmyers@reichmanjorgensen.com](mailto:jmyers@reichmanjorgensen.com)>; Michael W. Marvin <[mmarvin@reichmanjorgensen.com](mailto:mmarvin@reichmanjorgensen.com)>
**Cc:** Mascherin, Terri L. <[TMascherin@jenner.com](mailto:TMascherin@jenner.com)>; Unikowsky, Adam G. <[AUnikowsky@jenner.com](mailto:AUnikowsky@jenner.com)>; Werner, Michael T. <[MWerner@jenner.com](mailto:MWerner@jenner.com)>; Garcia, Daniel O. <[DGarcia@jenner.com](mailto:DGarcia@jenner.com)>
**Subject:** RE: Kove v. AWS Depositions

Jaime,

The depositions will take place at the AWS Doppler building (2021 7th Avenue, Seattle, WA 98121). We have arranged for the following start times: Wednesday 1/29: Sorenson deposition (starting at 10 am); Thursday 1/30: Markle deposition (starting at 9 am).

Take care,
Mike

**From:** Jaime F. Cardenas-Navia [[mailto:jcardenas-navia@reichmanjorgensen.com](mailto:jcardenas-navia@reichmanjorgensen.com)]
**Sent:** Thursday, January 23, 2020 9:33 AM
**To:** Babbitt, Michael <[MBabbitt@jenner.com](mailto:MBabbitt@jenner.com)>; Khue V. Hoang <[khoang@reichmanjorgensen.com](mailto:khoang@reichmanjorgensen.com)>; 'rmariotti@thompsoncoburn.com' <[rmariotti@thompsoncoburn.com](mailto:rmariotti@thompsoncoburn.com)>; Wesley L. White <[wwhite@reichmanjorgensen.com](mailto:wwhite@reichmanjorgensen.com)>; Christine E. Lehman <[clehman@reichmanjorgensen.com](mailto:clehman@reichmanjorgensen.com)>; Courtland L. Reichman <[creichman@reichmanjorgensen.com](mailto:creichman@reichmanjorgensen.com)>; 'hcampbell@thompsoncoburn.com' <[hcampbell@thompsoncoburn.com](mailto:hcampbell@thompsoncoburn.com)>; Jennifer Estremera <[jestremera@reichmanjorgensen.com](mailto:jestremera@reichmanjorgensen.com)>; Joachim B. Steinberg <[jsteinberg@reichmanjorgensen.com](mailto:jsteinberg@reichmanjorgensen.com)>; Kate Falkenstien <[kfalkenstien@reichmanjorgensen.com](mailto:kfalkenstien@reichmanjorgensen.com)>; Michael G. Flanigan <[mflanigan@reichmanjorgensen.com](mailto:mflanigan@reichmanjorgensen.com)>; Rahul Sarkar <[rsarkar@reichmanjorgensen.com](mailto:rsarkar@reichmanjorgensen.com)>; Sarah O. Jorgensen <[sjorgensen@reichmanjorgensen.com](mailto:sjorgensen@reichmanjorgensen.com)>; Shawna L. Ballard <[sballard@reichmanjorgensen.com](mailto:sballard@reichmanjorgensen.com)>; RJ_Kove_AWS <[RJ_Kove_AWS@reichmanjorgensen.com](mailto:RJ_Kove_AWS@reichmanjorgensen.com)>; Justin Myers <[jmyers@reichmanjorgensen.com](mailto:jmyers@reichmanjorgensen.com)>; Michael W. Marvin <[mmarvin@reichmanjorgensen.com](mailto:mmarvin@reichmanjorgensen.com)>
**Cc:** Mascherin, Terri L. <[TMascherin@jenner.com](mailto:TMascherin@jenner.com)>; Unikowsky, Adam G. <[AUnikowsky@jenner.com](mailto:AUnikowsky@jenner.com)>; Werner, Michael T. <[MWerner@jenner.com](mailto:MWerner@jenner.com)>; Garcia, Daniel O. <[DGarcia@jenner.com](mailto:DGarcia@jenner.com)>
**Subject:** RE: Kove v. AWS Depositions

External Email – Exercise Caution
Mike,

We will be sure to do so. Could you please confirm the location and start time for both depositions next week?

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**REICHMAN JORGENSEN LLP**
100 Park Avenue, Suite 1600
New York, NY 10017
(646) 921-1474

**From:** Babbitt, Michael <[MBabbitt@jenner.com](mailto:MBabbitt@jenner.com)>
**Sent:** Thursday, January 23, 2020 10:20 AM
**To:** Jaime F. Cardenas-Navia <[jcardenas-navia@reichmanjorgensen.com](mailto:jcardenas-navia@reichmanjorgensen.com)>; Khue V. Hoang <[khoang@reichmanjorgensen.com](mailto:khoang@reichmanjorgensen.com)>; 'rmariotti@thompsoncoburn.com' <[rmariotti@thompsoncoburn.com](mailto:rmariotti@thompsoncoburn.com)>; Wesley L. White <[wwhite@reichmanjorgensen.com](mailto:wwhite@reichmanjorgensen.com)>; Christine E. Lehman <[clehman@reichmanjorgensen.com](mailto:clehman@reichmanjorgensen.com)>; Courtland L. Reichman <[creichman@reichmanjorgensen.com](mailto:creichman@reichmanjorgensen.com)>; 'hcampbell@thompsoncoburn.com' <[hcampbell@thompsoncoburn.com](mailto:hcampbell@thompsoncoburn.com)>; Jennifer Estremera <[jestremera@reichmanjorgensen.com](mailto:jestremera@reichmanjorgensen.com)>; Joachim B. Steinberg

<[jsteinberg@reichmanjorgensen.com](mailto:jsteinberg@reichmanjorgensen.com)>; Kate Falkenstien <[kfalkenstien@reichmanjorgensen.com](mailto:kfalkenstien@reichmanjorgensen.com)>; Michael G. Flanigan <[mflanigan@reichmanjorgensen.com](mailto:mflanigan@reichmanjorgensen.com)>; Rahul Sarkar <[rsarkar@reichmanjorgensen.com](mailto:rsarkar@reichmanjorgensen.com)>; Sarah O. Jorgensen <[sjorgensen@reichmanjorgensen.com](mailto:sjorgensen@reichmanjorgensen.com)>; Shawna L. Ballard <[sballard@reichmanjorgensen.com](mailto:sballard@reichmanjorgensen.com)>; RJ_Kove_AWS <[RJ_Kove_AWS@reichmanjorgensen.com](mailto:RJ_Kove_AWS@reichmanjorgensen.com)>; Justin Myers <[jmyers@reichmanjorgensen.com](mailto:jmyers@reichmanjorgensen.com)>; Michael W. Marvin <[mmarvin@reichmanjorgensen.com](mailto:mmarvin@reichmanjorgensen.com)>
**Cc:** Mascherin, Terri L. <[TMascherin@jenner.com](mailto:TMascherin@jenner.com)>; Unikowsky, Adam G. <[AUnikowsky@jenner.com](mailto:AUnikowsky@jenner.com)>; Werner, Michael T. <[MWerner@jenner.com](mailto:MWerner@jenner.com)>; Garcia, Daniel O. <[DGarcia@jenner.com](mailto:DGarcia@jenner.com)>
**Subject:** Kove v. AWS Depositions

[EXTERNAL]
Counsel,

At your convenience, please let us know who will be attending the depositions on your behalf next week so we can add them to the AWS security list. Also, please let us know contact information for court reporter and videographer (if applicable).

Regards,
Mike

---

**Michael Babbitt**

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456 | [jenner.com](http://jenner.com)
+1 312 923 2879 | TEL
+1 312 923 2979 | FAX
[MBabbitt@jenner.com](mailto:MBabbitt@jenner.com)
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.
NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.