IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Judge Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

**JOINT MOTION FOR MODIFICATION OF CASE SCHEDULE**

Plaintiff Kove IO, Inc. ("Kove") and Defendant Amazon Web Services, Inc. ("AWS") (collectively, the "Parties") jointly request that the Court enter the attached Proposed Scheduling Order. In support thereof, the Parties state the following:

1. Due to scheduling difficulties brought on by COVID-19, and a recent unexpected medical emergency on AWS' litigation team, the Parties request that the close of fact discovery be extended to November 20, 2020, and request an additional one-week extension to the upcoming deadlines relating to submissions regarding claim construction.

2. Counsel for Kove has consulted with counsel for AWS, who have agreed to the amended schedule set forth in the Proposed Amended Scheduling Order.

WHEREFORE the Parties respectfully request that the Court grant this Motion and enter the attached Proposed Scheduling Order.

Dated: August 24, 2020　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/Khue Hoang
　　　　　　　　　　　　　　　　　　　　　　　Khue v. Hoang

Sarah O. Jorgensen *(pro hac vice)*　　　　　Renato Mariotti (State Bar No. 6323198)
sjorgensen@reichmanjorgensen.com　　　　rmariotti@thompsoncoburn.com
Reichman Jorgensen LLP　　　　　　　　　　Thompson Coburn LLP
1201 West Peachtree, Suite 2300　　　　　　55 E. Monroe St., 37th Floor
Atlanta, GA 30309　　　　　　　　　　　　　Chicago, IL 60603
Telephone: (650) 623-1403　　　　　　　　　Telephone: (312) 346-7500
Telecopier: (650) 623-1449　　　　　　　　　Telecopier: (312) 580-2201

Christine E. Lehman *(pro hac vice)*　　　　Courtland L. Reichman *(pro hac vice)*
clehman@reichmanjorgensen.com　　　　　creichman@reichmanjorgensen.com
Reichman Jorgensen LLP　　　　　　　　　　Jennifer P. Estremera *(pro hac vice)*
818 Connecticut Avenue NW, Suite 850　　jestremera@reichmanjorgensen.com
Washington, DC 20006　　　　　　　　　　　Joachim B. Steinberg *(pro hac vice)*
Telephone: (202) 894-7311　　　　　　　　　jsteinberg@reichmanjorgensen.com
Telecopier: (650) 623-1449　　　　　　　　　Michael G. Flanigan (State Bar No. 6309008)
　　　　　　　　　　　　　　　　　　　　　　　mflanigan@reichmanjorgensen.com
Khue Hoang (*pro hac vice*)　　　　　　　　Kate M. Falkenstien *(pro hac vice)*
khoang@reichmanjorgensen.com　　　　　kfalkenstien@reichmanjorgensen.com
Jaime F. Cardenas-Navia *(pro hac vice)*　Reichman Jorgensen LLP
jcardenas-navia@reichmanjorgensen.com　100 Marine Parkway Suite 300
Wesley White (*pro hac vice*)　　　　　　　Redwood Shores, CA 94065
wwhite@reichmanjorgensen.com　　　　　Telephone: (650) 623-1401
Michael Matulewicz-Crowley (*pro hac vice*)　Telecopier: (650) 623-1449
mmatulewicz-crowley@reichmanjorgensen.com
Rahul Sarkar (*pro hac vice*)
rsarkar@reichmanjorgensen.com
Michael Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Kove IO, Inc.*

AMAZON WEB SERVICES, INC.

By:   */s/Terri L. Mascherin*

| | |
|---|---|
| Adam G. Unikowsky<br>JENNER & BLOCK LLP<br>1099 New York Ave. NW Suite 900<br>Washington, DC 20001<br>(202) 639-6000<br>aunikowsky@jenner.com | Terri L. Mascherin<br>Timothy J. Barron<br>Michael T. Werner<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, IL 60654<br>(312) 222-9350<br>tmascherin@jenner.com<br>tbarron@jenner.com<br>mwerner@jenner.com<br><br>*Attorneys for Amazon Web Services, Inc.* |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and exact copy of the foregoing was filed electronically on August 24, 2020, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

                                                                                        /s/     Khue Hoang
                                                                                       Khue Hoang