# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| KOVE IO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>    Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Rebecca R. Pallmeyer |

## [PROPOSED] AMENDED SCHEDULING ORDER

The Court hereby sets the following case deadlines, good cause having been found therefor:

| Event | Current Deadline (ECF No. 180) | Revised Deadline |
|---|---|---|
| Exchange of Claim Terms to be Construed and Proposed Constructions | August 25, 2020 | September 1, 2020 |
| Meet and Confer re Terms for Construction by Court | September 1, 2020 | September 8, 2020 |
| Amazon's Opening Claim Construction Brief | September 22, 2020 | September 29, 2020 |
| Joint Appendix (w/ patents and prosecution histories) | September 22, 2020 | September 29, 2020 |
| Close of Initial Fact Discovery | September 29, 2020 | November 20, 2020 |
| Kove's Responsive Claim Construction Brief | October 27, 2020 | November 3, 2020 |
| Amazon's Reply Claim Construction Brief | November 17, 2020 | November 24, 2020 |
| Joint Claim Construction Chart | November 24, 2020 | December 1, 2020 |
| Claim Construction Demonstrative Exhibits, etc. to be exchanged (LPR 4.3) | 3 days before the Markman Hearing | |
| Markman Hearing (LPR 4.3) | Within 28 days of the filing of the reply claim construction brief or at the Court's convenience | |
| Parties agree to re-open fact discovery in light of the claim construction ruling (LPR 1.3) | Upon entry of claim construction ruling | |

| Event | Current Deadline (ECF No. 180) | Revised Deadline |
|---|---|---|
| Parties Submit Proposed Deadlines for Remaining Case Events (including close of fact discovery, expert discovery dates, dispositive motion cutoff date, etc.) | 14 days after entry of the claim construction ruling | |

**IT IS SO ORDERED**

Date: August __, 2020

_____
Honorable Rebecca R. Pallmeyer
UNITED STATES DISTRICT JUDGE

2