IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | ) |
|             Plaintiff, | ) |
| | ) |
|    v. | ) Civil Action No. 1:18-cv-08175 |
| | ) |
| AMAZON WEB SERVICES, INC., | ) Hon. Rebecca R. Pallmeyer |
| | ) |
|            Defendant. | ) |
| | ) |

**MOTION TO SEAL REPLY BRIEF IN SUPPORT OF
SECOND MOTION TO COMPEL AMENDMENT OF FINAL
INFRINGEMENT CONTENTIONS TO CONFORM WITH LOCAL PATENT RULES**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, and the requirements of the Protective Order entered in this case (ECF No. 55), Defendant Amazon Web Services, Inc. ("AWS") has filed under seal its Reply Brief in Support of Second Motion to Compel Amendment of Final Infringement Contentions to Conform with Local Patent Rules ("Reply"), and Exhibit 1 thereto—which contains information the parties designated as "Highly Confidential." AWS seeks leave to file these documents under seal. In support of this Motion, AWS states as follows:

1. On July 10, 2019, the Court entered the Parties' Agreed Protective Order. ECF No. 55. Pursuant to the terms of the Protective Order, AWS is not permitted to file publicly any information designated by Kove as Confidential or Highly Confidential.

2. The parties have designated Exhibit 1 to AWS's Reply as "Highly Confidential." AWS has filed its Reply and Exhibit 1 under seal, as required by the Protective Order. Contemporaneously, AWS has publicly filed redacted versions of its Reply and Exhibit 1.

For the forgoing reasons, AWS respectfully requests that the Court enter an order permitting AWS to file its Reply and Exhibit 1 to that Reply under seal.

Dated: September 4, 2020   Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By:  */s/ Terri L. Mascherin*

Terri L. Mascherin
Timothy J. Barron
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
tmascherin@jenner.com
tbarron@jenner.com
mwerner@jenner.com

Adam Unikowsky
(*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Ave, NW
Washington, DC 20016
Telephone: 212 639-6041
Facsimile: 202 661-4925
aunikowsky@jenner.com

*Attorneys for Defendant Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I, Timothy J. Barron, an attorney at the law firm of Jenner & Block LLP, certify that on September 4, 2020, the foregoing Motion to Seal Reply Brief in Support of Second Motion to Compel Amendment of Final Infringement Contentions to Conform with Local Patent Rules, was electronically served on counsel of record via the Court's ECF system.

                                                            */s/ Timothy J. Barron*
                                                             Timothy J. Barron