# EXHIBIT 1
# FILED UNDER SEAL

353 N. CLARK STREET CHICAGO, IL 60654-3456

**JENNER&BLOCK** LLP

August 28, 2020

Timothy J. Barron
Tel +1 312 923 8309
Fax +1 312 923 8409
TBarron@jenner.com

**VIA EMAIL**

Khue V. Hoang, Esq.
Reichman Jorgensen LLP
750 Third Avenue
Suite 2400
New York, NY 10017
khoang@reichmanjorgensen.com

Re: *Kove IO, Inc. v. Amazon Web Services*

Dear Ms. Hoang:

We have reviewed your response to AWS's second motion to compel amendment of Kove's final infringement contentions. Your response brief includes more specific contentions describing Kove's infringement theories and more specific citations to source code allegedly evidencing those theories than do Kove's second amended final infringement contentions. We thank you for providing these more specific contentions and citations.

We are prepared to withdraw our motion to compel if Kove stipulates that on the three categories of claim limitations identified in AWS's motion to compel, Kove's infringement contentions are deemed to be amended to be limited to the specific contentions in your response brief.

For example, without limitation, Kove contends on page 8 of its brief: ███████████ ███████████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ As support, on page 7 of its brief, Kove highlights in green citations to portions of the source code corresponding to the function ██████

We are willing to withdraw our motion to compel if Kove stipulates that *this is its theory of infringement*. To clarify, Kove will not argue, for instance, that the alleged "redirect message" is anything other than █████████████████████████████████████████████ ████████████████████████████████████ is in some place in the source code other than the green highlighted portion identified in Kove's response brief.

For a second example, again without limitation, Kove contends on page 10 of its brief that the ████████████████████████████████████████ It further claims: ████████████

Khue V. Hoang, Esq.
August 28, 2020
Page 2

We are willing to withdraw our motion to compel if Kove stipulates that *this is its theory of infringement*. Kove will not argue, for instance, that the alleged "hash table" is anything other than ████████████████████████████████████████████████████████████ occurs outside of the source code identified in Kove's response brief.

If Kove is willing to stipulate that Kove's infringement contentions on these three claim limitations are deemed to be limited to the specific contentions and source code citations in its response brief, AWS will withdraw its motion to compel.

Very truly yours,

*Timothy J. Barron*

Timothy J. Barron

TJB:rlu