# EXHIBIT 2



Khue V. Hoang
Direct Dial: (646) 921-0704
khoang@reichmanjorgensen.com

750 Third Avenue
Suite 2400
New York, NY 10017

September 2, 2020

**By E-Mail**

RE: *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-08175-JST (N.D. Ill.)

Dear Tim,

Thank you for your letter of August 28 regarding AWS's Second Motion to Compel Amendment of Kove's Final Infringement Contentions (FIC).

We decline your offer to withdraw your Motion in exchange for Kove's agreement to limit its FICs to "the specific contentions and source code citations in its response brief." Kove's contentions are in compliance with LPR 3.1(a) and are based on discovery to date. Fact discovery is ongoing, expert discovery has yet to begin, and the parties are only now beginning to address claim construction. Should good cause arise necessitating amendment of its FIC, LPR 3.4 permits Kove to move the Court for leave to do so. For at least these reasons, Kove cannot agree to prematurely limit its contentions.

Your letter acknowledges that AWS is, in fact, able to ascertain Kove's infringement theories, thereby obviating the predicate for your Motion (i.e., that Kove's FIC as to the three claim limitations at issue is "incomprehensible" and "impossible" to understand) and your requested relief (i.e., identification of code). Accordingly, please withdraw your Motion.

Sincerely,

Khue Hoang

cc: Distribution List