IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**KOVE IO INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY TO AMAZON WEB SERVICES' SECOND MOTION TO COMPEL AMDENDMENT OF FINAL INFRINGEMENT CONTENTIONS TO CONFORM WITH LOCAL PATENT RULES**

Plaintiff Kove IO, Inc. ("Kove"), by and through counsel, hereby respectfully requests leave of the Court to file a sur-reply to Amazon Web Services' ("AWS") Second Motion to Compel Amendment of Final Infringement Contentions to Conform with Local Patent Rules (Dkt. No. 173). Kove seeks permission to file a sur-reply to respond to arguments AWS raised for the first time in its reply brief. Specifically, Kove seeks leave to address AWS's newly requested relief that Kove's infringement contentions be "limited to the contentions and supporting evidence in its response brief, Dkt. 182." Dkt. 173 at 8.

Kove seeks leave to file a sur-reply to respond this newly-advanced position, which was raised for the first time in AWS's reply brief, giving Kove no opportunity to address it in its Opposition. *Univ. Healthsystem Consortium v. UnitedHealth Grp.*, 68 F.Supp.3d 917, 922 (N.D. Ill. 2014) (granting leave to file a sur-reply is appropriate when a moving party raises new arguments in a reply brief, as doing so "provides the court with the information necessary to make an informed decision.") (citing *In re Sulfuric Acid Antitrust Litig.*, 231 F.R.D. 320, 329 (N.D. Ill. 2005)).

Kove requests until five (5) days after the Court issues an order to file its sur-reply. Kove's sur-reply will address only the new arguments raised in AWS's reply brief and will not exceed five (5) pages.

Counsel for AWS represents that it does not oppose this Motion.

WHEREFORE, Kove respectfully requests that this Court grant its Motion for Leave to File a Sur-reply to AWS's Second Motion to Compel Amendment of Final Infringement Contentions to Conform with Local Patent Rules.

Dated: September 8, 2020

Respectfully submitted,

/s/      *Khue Hoang*
Khue Hoang

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No. 6320395)
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
Reichman Jorgensen LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (650) 623-1403
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Reichman Jorgensen LLP
818 Connecticut Avenue NW, Suite 850
Washington, DC 20006
Telephone: (202) 894-7311
Telecopier: (650) 623-1449

Khue Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Wesley White (*pro hac vice*)
wwhite@reichmanjorgensen.com
Rahul Sarkar (*pro hac vice*)
rsarkar@reichmanjorgensen.com
Michael Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (646) 921-1474
Telecopier: (212) 381-1965

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

*ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 8, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                                 */s/    Holly Campbell*
                                                                   Holly Campbell