# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**DECLARATION OF JAIME F. CARDENAS-NAVIA
IN SUPPORT OF PLAINTIFF KOVE IO INC.'S MOTION TO STRIKE
<u>AMAZON WEB SERVICES, INC.'S INVALIDITY CONTENTIONS</u>**

I, Jaime F. Cardenas-Navia, declare as follows:

1. I am an attorney at Reichman Jorgensen LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above-referenced action. I am admitted in the State of New York, and I have been admitted to appear in this case *pro hac vice*. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify thereto. I submit this declaration in support of Kove's Motion to Strike Amazon Web Services, Inc.'s Invalidity Contentions ("Motion").

2. On June 12, 2020, the parties met and conferred telephonically about Amazon Web Services, Inc.'s ("AWS") First Amended Final Invalidity Contentions ("FAFIC"). I was a participant in that call.

3. During the call, I reiterated the points made in my letter dated June 9, 2020 (Exhibit B to the Motion), namely, that the FAFIC exceed the limits in the Local Patent Rules on the number of prior art grounds of rejection and number of prior art references, and do not adequately identify or rely on any prior art systems (*i.e.*, DNS or Web Caching System). In response, counsel for AWS stated that they understood Kove's concerns and (i) would amend AWS's invalidity contentions to make clear that it is not relying on any more than the permitted 4 prior art invalidity theories, (ii) is not relying on any materials in support of DNS other than what was already in its invalidity contentions, and (iii) would move to amend its invalidity contentions if AWS sought to rely on additional prior art materials.

4. On June 15, 2020 and July 10, 2020, AWS made document productions that collectively include at least 20 prior art references and approximately 100 source code files that appear to relate to a version of DNS. AWS identifies and cites to some of these documents in its Second Amended Final Invalidity Contentions ("SAFIC"). Prior to these productions, AWS had

1

not produced any software relating to any version of DNS. AWS has not produced any software that relates to the Web Caching System, and has not produced any hardware that relates to either DNS or the Web Caching System.

5. Exhibit H is a true and correct redline comparison, using Adobe Acrobat, of AWS's SAFIC against AWS's FAFIC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in New York, New York, on the 14th day of September, 2020.

Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
750 Third Avenue, Suite 2400
New York, NY 10017