# EXHIBIT D

# Jaime F. Cardenas-Navia

| | |
|---|---|
| **From:** | Barron, Timothy J. <TBarron@jenner.com> |
| **Sent:** | Thursday, June 18, 2020 5:13 PM |
| **To:** | Jaime F. Cardenas-Navia; Garcia, Daniel O.; RJ_Kove_AWS; 'rmariotti@thompsoncoburn.com'; MParks@thompsoncoburn.com; 'hcampbell@thompsoncoburn.com' |
| **Cc:** | Mascherin, Terri L.; Unikowsky, Adam G.; Werner, Michael T.; Schoedel, Lisa M. |
| **Subject:** | RE: Kove IO, Inc. v. AWS, Inc. (NDIL 18-cv-8175) |
| **Attachments:** | Draft Description of Prior Art DNS System.docx |

[EXTERNAL]
Jaime,

I'm a bit perplexed as to what you are asking. We agreed to provide Kove with a proposal for supplementing our invalidity contentions to address the belated objections Kove made. AWS did this on Monday in my letter in which I articulated the contents of AWS's proposed second amended invalidity contentions. We did not agree to provide the second amended final invalidity contentions themselves on Monday. Rather, we indicated that we would provide these at the same time Kove provided its second amended final infringement contentions, which it has not done.

Nevertheless, in an effort to work with you to provide more of the information you appear to have incorrectly assumed we would be providing this past Monday, attached is a draft of a new section of amended invalidity contentions that describes the "system" prior art for DNS. As with our served version of the amended final invalidity contentions, this draft provides the information called for in Local Patent Rule 2.3(b)(1), namely the identity of the DNS system AWS is relying on, the date this DNS system was used and/or publicly known, the identity of the person(s) or entity which made the use and/or made the information known and to whom. LPR 2.3 (b)(1). It also includes documents on which we intend to rely to evidence this system.

Of course, this is a draft **for discussion purposes only** and the final version may well be different. Naturally, the version of this section that will be provided with our formal second amended final invalidity contentions would include the information we describe in brackets in the draft. AWS will provide a similar description for the Cache Resolver system in its amended contentions.

As we agreed, we will provide these second amended final invalidity contentions at the same time Kove further amends its own infringement contentions. We are available to work out a schedule for those – and other case dates – now that you've seen our letter describing the continued deficiencies in Kove's latest "sample" contentions.

Best regards,

Tim

---

**From:** Jaime F. Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>
**Sent:** Thursday, June 18, 2020 12:14 PM
**To:** Garcia, Daniel O. <DGarcia@jenner.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; 'rmariotti@thompsoncoburn.com' <rmariotti@thompsoncoburn.com>; MParks@thompsoncoburn.com; 'hcampbell@thompsoncoburn.com' <hcampbell@thompsoncoburn.com>
**Cc:** Barron, Timothy J. <TBarron@jenner.com>; Mascherin, Terri L. <TMascherin@jenner.com>; Unikowsky, Adam G. <AUnikowsky@jenner.com>; Werner, Michael T. <MWerner@jenner.com>
**Subject:** RE: Kove IO, Inc. v. AWS, Inc. (NDIL 18-cv-8175)

External Email – Exercise Caution

Tim,

Please confirm that Amazon will provide an updated draft of Amazon's invalidity contentions by tomorrow.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**REICHMAN JORGENSEN LLP**
750 Third Avenue, Suite 2400
New York, NY 10017
(646) 921-1474

---

**From:** Jaime F. Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>
**Sent:** Monday, June 15, 2020 7:50 PM
**To:** Garcia, Daniel O. <DGarcia@jenner.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; 'rmariotti@thompsoncoburn.com' <rmariotti@thompsoncoburn.com>; MParks@thompsoncoburn.com; 'hcampbell@thompsoncoburn.com' <hcampbell@thompsoncoburn.com>
**Cc:** Barron, Timothy J. <TBarron@jenner.com>; Mascherin, Terri L. <TMascherin@jenner.com>; Unikowsky, Adam G. <AUnikowsky@jenner.com>; Werner, Michael T. <MWerner@jenner.com>
**Subject:** RE: Kove IO, Inc. v. AWS, Inc. (NDIL 18-cv-8175)

Tim,

Thank you for the letter. While Amazon's proposal for amending its invalidity contentions could potentially resolve Kove's concerns, we cannot say with any certainty until we actually see a draft of the new contentions. In particular, we do not know what you mean when you say that Amazon "will amend its descriptions of its prior art systems to more clearly identify the system and will specifically articulate how this description meets the requirements of LPR 2.3(b)."

Please provide a draft of Amazon's updated invalidity contentions, and we will expeditiously get back to you about whether the changes address the concerns raised in my June 9th letter.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**REICHMAN JORGENSEN LLP**
750 Third Avenue, Suite 2400
New York, NY 10017
(646) 921-1474

---

**From:** Garcia, Daniel O. <DGarcia@jenner.com>
**Sent:** Monday, June 15, 2020 4:39 PM
**To:** Jaime F. Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; 'rmariotti@thompsoncoburn.com' <rmariotti@thompsoncoburn.com>; MParks@thompsoncoburn.com; 'hcampbell@thompsoncoburn.com' <hcampbell@thompsoncoburn.com>
**Cc:** Barron, Timothy J. <TBarron@jenner.com>; Mascherin, Terri L. <TMascherin@jenner.com>; Unikowsky, Adam G. <AUnikowsky@jenner.com>; Werner, Michael T. <MWerner@jenner.com>
**Subject:** Kove IO, Inc. v. AWS, Inc. (NDIL 18-cv-8175)

[EXTERNAL]
Counsel:

Please see the attached letter.

Regards.

---

**Daniel O. Garcia**
Paralegal

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456 | jenner.com
+1 312 840 8991 | TEL
+1 773 319 4473 | MOBILE
+1 312 527 0484 | FAX
DGarcia@jenner.com
Download V-Card

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.