# EXHIBIT E

B.     **Prior Art Systems**

To the extent a prior art reference identified herein describes a system that was publicly available or invented prior to the patents-in-suit, AWS contends the underlying system as a whole constitutes the identified prior art for the purposes of these contentions. AWS's investigation regarding prior art systems related to the Patents-in-Suit is ongoing. For example:

**Domain Name System (DNS):** AWS contends that the Domain Name System (DNS) anticipates and/or renders obvious claims of the Asserted Patents, as described herein. Paul Mockapetris created DNS in 1983 and the Internet Engineering Task Force published the original specifications for DNS (RFCs 882 and 883) in November of that year. The following year, four University of California at Berkeley students, Douglas Terry, Mark Painter, David Riggle, and Songnian Zhou, wrote the first Unix name server implementation for the Berkeley Internet Name Domain (BIND). (*See*, "Distributed Name Servers: Naming and Caching in Large Distributed Computing Environments" by Douglas Terry ("Terry").)

The Computer Systems Research Group at Berkeley released BIND versions up to version 4.8.3. Digital Equipment Corporation released versions 4.9 and 4.9.1 and Vixie Enterprises released version 4.9.2. Since then, the Internet Software Consortium (ISC) has released versions from 4.9.3 onward. In May 1997, ISC released the first version of BIND 8. In September 2000, ISC released the first version of BIND 9. ISC stopped supporting BIND 8 in 2007. (For the history of BIND, see https://www.isc.org/bindhistory/, https://web.archive.org/web/19980119110047/http://www.isc.org/bind.html, and https://www.computerworld.com/article/2540789/serious-flaw-marks-end-of-life-for-bind-8-dns-server.html, for example.)

In November 1987, the Internet Engineering Task Force published RFCs 1034 and 1035, which superseded the 1983 DNS specifications. In June 1997, the Internet Engineering Task

Force published RFC 2168, which discusses resolution of Uniform Resource Identifiers (URIs) using DNS.

Thus, DNS was well-known and widely used before the earliest alleged priority date of the Patents-in-Suit. As one example, the inventors of the Patents-in-Suit used DNS, as apparent from the face of the Asserted Patents. (*See, e.g.*, '978 patent, col. 24:1.) Based on the history of DNS, it is likely that the inventors were using a version of BIND 8. BIND 8.0 was used by Sherman and Karger/Sherman in the Cache Resolver system described as follows. Accordingly, for the purposes of these contentions, AWS contends that BIND 8.x, a version of DNS, and available as of [date] is a prior art DNS system that anticipates and/or renders obvious claims of the Asserted Patents, as described herein. [Particular BIND version will be identified in the amended contentions as served.] Information describing this DNS system can be found in the documents produced with these contentions, including RFC 1034, RFC 1035, RFC 2168, Sherman, Karger/Sherman, Baker, Cardellini, Kangasharju, and [additional documents to be produced, if any].