IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR
LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2(c), Plaintiff Kove IO, Inc. ("Kove") moves for leave to file under seal its Sur-Reply to Amazon Web Services, Inc's Second Motion to Compel Amendment of Final Infringement Contentions to Conform with Local Patent Rules ("Sur-Reply"). In support thereof, Kove states as follows:

1. On July 10, 2019, this Court entered the Parties' Agreed Protective Order (ECF No. 55), pursuant to which information designated by AWS or Kove as Confidential or Highly Confidential may not be publicly disclosed.

2. Subject to the Protective Order, Kove has designated its citations to, and descriptions of, AWS' Source Code as Highly Confidential. Kove's Sur-Reply contains Highly Confidential citations to, and descriptions of, AWS's Source Code.

3. Pursuant to Local Rule 26.2(c), Kove is provisionally filing its Sur-Reply under seal and serving it on all parties. Contemporaneously, Kove has publicly filed a redacted version of its motion.

1

WHEREFORE, for the foregoing reasons, Kove respectfully requests that this Court grant its motion for leave to file under seal its Memorandum in Opposition to Amazon Web Services, Inc's Second Motion to Compel Amendment of Final Infringement Contentions to Conform with Local Patent Rules.

| | |
|---|---|
| September 15, 2020 | Respectfully submitted,<br><br>/s/ *Khue V. Hoang* |

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (404) 609-1040
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
1615 M Street, NW, Suite 300
Washington, DC 20036
Telephone: (202) 894-7310
Telecopier: (650) 623-1449

Khue Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Wesley White (*pro hac vice*)
wwhite@reichmanjorgensen.com
Rahul Sarkar (*pro hac vice*)
rsarkar@reichmanjorgensen.com
Michael W. Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell
hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard
(Identification No. 155188)
sballard@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Joachim B. Steinberg (*pro hac vice*)
jsteinberg@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

*Attorneys for Kove IO, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the foregoing, and all exhibits thereto, was filed electronically on September 15, 2020, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered counsel of record or was emailed to all registered counsel of record.

                                                                                                        /s/    *Holly Campbell*
                                                                                                          Holly H. Campbell