**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:18-cv-08175 |
| AMAZON WEB SERVICES, INC., | ) Hon. Rebecca R. Pallmeyer |
| | ) |
| Defendant. | ) |
| | ) |

**AGREED MOTION TO AMEND SCHEDULING ORDER**

Defendant Amazon Web Services, Inc. ("AWS") moves this Court to amend the current case scheduling order as set forth in the attached Proposed Amended Scheduling Order. In support of this motion, AWS states as follows:

1. The parties are still discussing matters arising from the parties' meet-and-confer on claim construction in an effort to minimize the issues submitted to this Court for resolution. Extending current claim construction briefing deadlines by two weeks would provide the parties the necessary time to continue these discussions and narrow their disputed claim construction issues.

2. Counsel for AWS has consulted with counsel for Plaintiff, who have agreed to the amended schedule set forth in the Proposed Amended Scheduling Order.

WHEREFORE, AWS respectfully requests that the Court enter an Amended Scheduling Order in the form submitted with this motion.

September 17, 2020                    Respectfully submitted,

/s/ Terri L. Mascherin

Adam G. Unikowsky                     Terri L. Mascherin
JENNER & BLOCK LLP                    Timothy J. Barron
1099 New York Ave. NW Suite 900       Michael T. Werner
Washington, DC 20001                  JENNER & BLOCK LLP
(202) 639-6000                        353 N. Clark St.
aunikowsky@jenner.com                 Chicago, IL 60654
                                      (312) 222-9350
                                      tmascherin@jenner.com
                                      tbarron@jenner.com
                                      mwerner@jenner.com

                                      *Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2020, I caused a true and correct copy of the foregoing agreed motion to be served on all counsel of record via the Court's ECF system

*/s/ Terri L. Mascherin*
Terri L. Mascherin
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350