IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

## PLAINTIFF KOVE IO, INC.'S MOTION TO WITHDRAW AS COUNSEL JOACHIM STEINBERG

Pursuant to Local Rule 83.17, the undersigned respectfully requests leave to withdraw the appearance of Joachim B. Steinberg as counsel on behalf of Plaintiff Kove IO, Inc. ("Kove").

Mr. Steinberg is no longer with the law firm of Reichman Jorgensen LLP. Kove will continue to be represented by counsel from the firms Reichman Jorgensen LLP and Thompson Coburn LLP. Counsel respectfully submits that Kove will not be prejudiced by the withdrawal of Mr. Steinberg.

WHEREFORE, counsel respectfully requests that the Court enter an order granting this motion, and withdrawing the appearance of Joachim B. Steinberg as counsel for Kove.

September 22, 2020

Respectfully submitted,

/s/    Khue V. Hoang

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No. 6320395)
hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (404) 609-1040
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
1615 M Street, NW, Suite 300
Washington, DC 20036
Telephone: (202) 894-7310
Telecopier: (650) 623-1449

Khue Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Wesley White (*pro hac vice*)
wwhite@reichmanjorgensen.com
Rahul Sarkar (*pro hac vice*)
rsarkar@reichmanjorgensen.com
Michael W. Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard
(Identification No. 155188)
sballard@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

*Attorneys for Kove IO, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 22, 2020, the foregoing Plaintiff Kove IO Inc.'s Motion to Withdraw as Counsel Joachim B. Steinberg was filed via the Court's CM/ECF filing system, to be served electronically on all counsel of record in this matter. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented to electronic service.

                                                               */s/     Khue V. Hoang*
                                                                      Khue V. Hoang