IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR**
**LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2(c), Plaintiff Kove IO, Inc. ("Kove") moves for leave to file under seal Exhibits K, L, and N to its Motion to Compel Amazon Web Services, Inc. ("AWS") To Produce Financial Information (the "Exhibits"). In support thereof, Kove states as follows:

1. On July 10, 2019, this Court entered the Parties' Agreed Protective Order (ECF No. 55), pursuant to which information designated by AWS or Kove as Confidential or Highly Confidential may not be publicly disclosed.

2. Subject to the Protective Order, AWS has designated the Exhibits as Highly Confidential.

3. Pursuant to Local Rule 26.2(c), Kove is provisionally filing the Exhibits under seal and serving them on all parties. Contemporaneously, Kove has publicly filed its Motion to Compel and related non-confidential exhibits, excluding only the Highly Confidential Exhibits at issue in this motion to seal.

1

WHEREFORE, for the foregoing reasons, Kove respectfully requests that this Court grant its motion for leave to file under seal Exhibits K, L, and N to the Motion to Compel.

DATED: October 2, 2020

Respectfully submitted,

*/s/ Khue V. Hoang*

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (404) 609-1040
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
1615 M Street, NW, Suite 300
Washington, DC 20036
Telephone: (202) 894-7310
Telecopier: (650) 623-1449

Khue Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Wesley White (*pro hac vice*)
wwhite@reichmanjorgensen.com
Rahul Sarkar (*pro hac vice*)
rsarkar@reichmanjorgensen.com
Michael W. Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell
hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard
(Identification No. 155188)
sballard@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Joachim B. Steinberg (*pro hac vice*)
jsteinberg@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

*Attorneys for Kove IO, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing, and all exhibits thereto, was filed electronically on October 2, 2020, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered counsel of record or was emailed to all registered counsel of record.

                                                */s/ Khue Hoang*
                                                Khue Hoang