# Exhibit H

| From: | Barron, Timothy J. |
|---|---|
| To: | Michael W. Marvin; Mascherin, Terri L.; Unikowsky, Adam G.; Werner, Michael T.; Garcia, Daniel O. |
| Cc: | RJ_Kove_AWS; rmariotti@thompsoncoburn.com; hcampbell@thompsoncoburn.com; MParks@thompsoncoburn.com |
| Subject: | RE: Kove IO, Inc. v. AWS, Inc. (NDIL 18-cv-8175) |
| Date: | Thursday, August 20, 2020 3:11:38 PM |

[EXTERNAL]

Michael,

We will be able to provide you with a final position on this issue by next Friday, August 28th, and hopefully before that. Our client is traveling on business and unavailable for most of the days and evenings.

Best,

Tim

---

**From:** Michael W. Marvin <mmarvin@reichmanjorgensen.com>
**Sent:** Thursday, August 20, 2020 10:31 AM
**To:** Mascherin, Terri L. <TMascherin@jenner.com>; Unikowsky, Adam G. <AUnikowsky@jenner.com>; Barron, Timothy J. <TBarron@jenner.com>; Werner, Michael T. <MWerner@jenner.com>; Garcia, Daniel O. <DGarcia@jenner.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; rmariotti@thompsoncoburn.com; hcampbell@thompsoncoburn.com; MParks@thompsoncoburn.com
**Subject:** RE: Kove IO, Inc. v. AWS, Inc. (NDIL 18-cv-8175)

External Email – Exercise Caution

Tim,

I write regarding your letter of August 19, to address one specific issue included therein; we will respond to the remainder of your letter under separate cover. Your letter states that AWS is reconsidering whether it will produce company-level profit-and-loss and cost information. As you know, however, we've been asking for this information for over three months now, and we informed you last Friday that we were planning to move to compel. Continued delay on this issue prejudices Kove's ability to litigate its case. Please confirm that AWS will let us know its position by close of business this Friday.

Regards,
Michael


Michael W. Marvin
REICHMAN JORGENSEN LLP
750 Third Avenue
Suite 2400
New York, NY 10017

Direct: (646) 970-2652
mmarvin@reichmanjorgensen.com

**From:** Garcia, Daniel O. <DGarcia@jenner.com>
**Sent:** Wednesday, August 19, 2020 6:09 PM
**To:** Michael W. Marvin <mmarvin@reichmanjorgensen.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; rmariotti@thompsoncoburn.com; hcampbell@thompsoncoburn.com; MParks@thompsoncoburn.com
**Cc:** Mascherin, Terri L. <TMascherin@jenner.com>; Unikowsky, Adam G. <AUnikowsky@jenner.com>; Barron, Timothy J. <TBarron@jenner.com>; Werner, Michael T. <MWerner@jenner.com>
**Subject:** Kove IO, Inc. v. AWS, Inc. (NDIL 18-cv-8175)

[EXTERNAL]
Counsel:

Please see the attached letter.

Regards.

### Daniel O. Garcia
Paralegal

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456  |  jenner.com
+1 312 840 8991 | TEL
+1 773 319 4473 | MOBILE
+1 312 527 0484 | FAX
DGarcia@jenner.com
Download V-Card

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.