# Exhibit I

| From: | Michael W. Marvin |
|---|---|
| To: | Barron, Timothy J.; Jaime F. Cardenas-Navia; Unikowsky, Adam G.; Mascherin, Terri L.; Schoedel, Lisa M.; Garcia, Daniel O.; McDowell, Fallon P. |
| Cc: | "rmariotti@thompsoncoburn.com"; MParks@thompsoncoburn.com; RJ_Kove_AWS |
| Subject: | RE: Kove v. AWS - Interrogatories No. 4 and 7 |
| Date: | Tuesday, September 1, 2020 1:39:00 PM |

Tim,

I write to respond to the question raised in your email below regarding the AWS company-level financial information that we have been requesting for months. We will respond to the other issues raised in your email below under separate cover. As we have stated many times, our discovery requests seek profit and loss statements covering AWS as a reporting unit (as well as the contemporaneously created financials disclosures that typically accompany and explain the profit-and-loss statement). Our requests are not limited to specific financial information.

The profit and loss statements included in Amazon's securities filings are rolled up, and do not contain all information that Amazon would track in evaluating AWS as a reporting segment. Moreover, as you are no doubt aware, AWS only became a reporting segment for purposes of securities filings in 2015 – AWS has therefore produced no profit and loss statements from before 2015 that cover AWS.

Please immediately let us know whether or not AWS agrees to produce profit and loss statements and related disclosures covering AWS as a reporting segment, over the period from 2006 to today, that are in your possession, custody, or control.

Regards,
Michael


Michael W. Marvin
REICHMAN JORGENSEN LLP
750 Third Avenue
Suite 2400
New York, NY 10017
Direct: (646) 970-2652
mmarvin@reichmanjorgensen.com


**From:** Barron, Timothy J. <TBarron@jenner.com>
**Sent:** Thursday, August 27, 2020 1:30 PM
**To:** Jaime F. Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; Unikowsky, Adam G. <AUnikowsky@jenner.com>; Mascherin, Terri L. <TMascherin@jenner.com>; Schoedel, Lisa M. <LSchoedel@jenner.com>; Garcia, Daniel O. <DGarcia@jenner.com>; McDowell, Fallon P. <FMcDowell@jenner.com>
**Cc:** 'rmariotti@thompsoncoburn.com' <rmariotti@thompsoncoburn.com>; MParks@thompsoncoburn.com; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** RE: Kove v. AWS - Interrogatories No. 4 and 7

[EXTERNAL]
Jaime,

Thank you for your email. You did not raise Kove's need for supplemental responses to Interrogatory Nos. 4 and 7 in our 8/14/20 meet and confer. Given imminent vacation plans and our need to consult with our client, we cannot agree to supplement by next Friday. In order to avoid seriatim supplements to Kove's interrogatories – you've now requested supplements to Interrogatory Nos. 3, 4, 6, 7, 9 and 11 – we will provide AWS's supplements to all of these by Monday, September 14.

We do need some clarification on what you are expecting for AWS's supplement to Interrogatory No. 4. When we were discussing this interrogatory months ago, we suggested the parties wait until AWS's Final Noninfringement Contentions were served to determine whether AWS relied on changes in the source code for any of its noninfringement positions and you agreed. As you are now aware, the contentions did **not** rely on any changes in the source code for AWS's noninfringement positions. Thus, the information sought in this interrogatory is irrelevant and would be unduly burdensome to provide. In this light, please explain your position on why this information has now become relevant.

We also need further clarification on one document production matter. You have requested the production of AWS company-level profit and loss statements covering AWS as a reporting segment. As you've seen, we've produced Amazon 10Qs and 10Ks, which contain this very information broken out for AWS. Can you explain what additional information you need on AWS's profit and loss statements beyond what is contained in those documents so we may gather that information from our client? In addition, we've now produced the requested DynamoDB financial information and will be producing licensing agreements on a rolling basis beginning Friday. And, we are working with our client to gather the other information Kove seeks, as we discussed in our meet and confer.

Finally, now that we have accommodated Kove's request to review the S3 and DynamoDB source code and have agreed to do so for another multi-day period the week of 9/14/20, we now request Kove provide its Xpress source code for our review, preferably in your offices in New York. Please let us know when in the next few weeks you can make this source code available.

Best regards,

Tim

---

**From:** Jaime F. Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>
**Sent:** Wednesday, August 26, 2020 10:53 PM
**To:** Unikowsky, Adam G. <AUnikowsky@jenner.com>; Mascherin, Terri L. <TMascherin@jenner.com>; Barron, Timothy J. <TBarron@jenner.com>; Schoedel, Lisa M. <LSchoedel@jenner.com>; Garcia, Daniel O. <DGarcia@jenner.com>; McDowell, Fallon P.

<FMcDowell@jenner.com>
**Cc:** 'rmariotti@thompsoncoburn.com' <rmariotti@thompsoncoburn.com>; MParks@thompsoncoburn.com; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Kove v. AWS - Interrogatories No. 4 and 7

External Email – Exercise Caution

Counsel,

You promised to provide a narrative response to Kove's Interrogatory No. 7 by June 24, 2020, but did not do so. Please confirm by this Friday that you will do so by next Friday, September 4.

Also, now that AWS has served its Final Non-Infringement contentions, please confirm by this Friday that you will supplement AWS's response to Interrogatory No. 4 by next Friday, September 4.

Best regards,
Jaime

### Jaime F. Cardenas-Navia
**REICHMAN JORGENSEN LLP**
750 Third Avenue, Suite 2400
New York, NY 10017
(646) 921-1474

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

### Timothy J. Barron

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456  |  jenner.com
+1 312 923 8309 | TEL
+1 312 593 0461 | MOBILE
+1 312 923 8409 | FAX
TBarron@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.