

# United States District Court
# Northern District of Illinois

In the Matter of

Kove IO, Inc.

v.

Amazon Web Services, Inc.

Magistrate Judge Sheila Finnegan

Case No. 18-CV-8175

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Sheila Finnegan, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

**Judge Rebecca R. Pallmeyer**

Date: Monday, October 5, 2020

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Sheila Finnegan

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Monday, October 5, 2020

District Referral - To Designated Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Discovery Motion(s) specified below

- All Discovery Motions

- Discovery Supervision

..................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:
Plaintiff's motions to compel [175], [176], [177], [211], and [212] .