# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Kove IO, Inc.

                Plaintiff,

v.                                            Case No.: 1:18–cv–08175

                                                   Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 5, 2020:

      MINUTE entry before the Honorable Sheila M. Finnegan: Plaintiff's motion to compel Defendant to Produce Financial Information [212, 213], and motion to seal Exhibits K, L, and N [211] of the motion to compel are entered and continued. Defendant's consolidated response shall be filed by 10/23/2020. Plaintiff's reply in support shall be filed by 11/6/2020. Mailed notice (sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.