**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KOVE IO, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-08175 |
| | ) | |
| AMAZON WEB SERVICES, INC., | ) | Hon. Rebecca R. Pallmeyer |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AMAZON WEB SERVICES, INC.'S MOTION FOR LEAVE TO AMEND ITS FINAL
INVALIDITY CONTENTIONS**

Pursuant to Local Patent Rule 3.4, Defendant Amazon Web Services, Inc. ("AWS") respectfully moves the Court to allow it to amend its Second Amended Final Invalidity Contentions. As AWS explains in its Memorandum in Opposition to Kove IO's Motion to Strike AWS's Invalidity Contentions and in Support of Motion for Leave to Amend, AWS has good cause to amend its final invalidity contentions to add additional details regarding a prior art system it disclosed to Plaintiff Kove IO, Inc. ("Kove") in the original version of its final invalidity contentions. As Kove has known about the prior art system since AWS's initial final invalidity contentions and expert discovery has not yet started, Kove will not be prejudiced by AWS's amendment. AWS's proposed amendments are located in Exhibit C to AWS's memorandum.

For the foregoing reasons, AWS respectfully requests that the Court enter an order permitting AWS to amend its Second Amended Final Invalidity Contentions.

Dated: October 9, 2020

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ Terri L. Mascherin*

Terri L. Mascherin
Timothy J. Barron
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
tmascherin@jenner.com
tbarron@jenner.com
mwerner@jenner.com

Adam Unikowsky
(pro hac vice)
JENNER & BLOCK LLP
1099 New York Ave, NW
Washington, DC 20016
Telephone: 212 639-6041
Facsimile: 202 661-4925
aunikowsky@jenner.com

*Attorneys for Defendant Amazon Web Services, Inc.*

## **CERTIFICATE OF SERVICE**

I, Timothy J. Barron, an attorney at the law firm of Jenner & Block LLP, certify that on October 9, 2020, the foregoing Amazon Web Services, Inc.'s Motion for Leave to Amend Its Final Invalidity Contentions was electronically served on counsel of record via the Court's ECF system.

                                                                                      */s/ Timothy J. Barron*
                                                                                      Timothy J. Barron