# EXHIBIT A

# PROVISIONAL APPLICATION COVER SHEET

This is a request for filing a PROVISIONAL APPLICATION under 37 CFR 1.53(c).

| Docket Number | 10406/42 | Type a plus sign (+) inside this box | + |
|---|---|---|---|

### INVENTOR(S)/APPLICANT(S)

| Last Name | First Name | Middle Initial | Residence (City And Either State Or Foreign Country |
|---|---|---|---|
| Overton | John | | Chicago, Illinois |

### TITLE OF INVENTION (280 characters max)

Introduction to the OverX Distributed Database Technology (OXDDT); Technical Description of the oxServer; Scalability in the OverX Distributed Database System

### CORRESPONDENCE ADDRESS

Brinks Hofer Gilson & Lione
P.O. Box 10395
Chicago

| STATE | IL | ZIP CODE | 60610 | COUNTRY | USA |
|---|---|---|---|---|---|

### ENCLOSED APPLICATION PARTS (check all that apply)

| ☒ Specification | Number of Pages | 45 | ☐ Small Entity Statement |
|---|---|---|---|
| ☒ Drawing(s) | Number of Sheets | 2 | ☐ Other (specify) |

### METHOD OF PAYMENT (check one)

| ☐ A check or money order is enclosed to cover the Provisional filing fees. | PROVISIONAL FILING FEE AMOUNT(S) | |
|---|---|---|
| ☒ The Commissioner is hereby authorized to charge filing fees and credit Deposit Account Number **23-1925** | | 75.00 |

The invention was made by an agency of the United States Government or under a contract with an Agency of the United States Government.

☒ No.
☐ Yes, the name of the U.S. government agency and the Government contract number are:_____.

## Respectfully submitted,

SIGNATURE: _____

TYPED OR PRINTED NAME: Jonathan E. Retsky

Date: June 2, 2000

Registration No. 34,415
(if appropriate)

☐ Additional inventors are being named on separately numbered sheets attached hereto.

# PROVISIONAL APPLICATION FILING ONLY

Burden Hour Statement This form is estimated to take 2 hours to complete Time will vary depending upon the needs of the individual case Any comments on the amount of time you are required to complete this form should be sent to the Office of Assistance Quality and Enhancement Division, Patent and Trademark Office, Washington, DC 20231, and to the Office of Information and Regulatory Affairs, Office of Management and Budget (Project 0651-0037), Washington, DC 20503 DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS SEND TO Assistant Commissioner for Patents, Washington, DC 20231

rev. Dec -99
Document4

# Introduction to the
# OverX Distributed Database Technology (**OXDDT**)

OverX, Inc.

Version 1.1
22 April 2000

# Contents

**10 Conclusion**                                                                            **16**

**1  Introduction**                                                   **3**

**2  Medical Example**                                            **3**

    2.1  Adding Records at UCH . . . . . .  3

    2.2  Retrieving Records at MGH . . . .  4

    2.3  Adding Records at MGH . . . . . .  4

    2.4  Retrieving Records at UCH . . . .  5

    2.5  Highlights of Example . . . . . . .  5

**3  OXDDT Operation**                                         **5**

    3.1  NDTP Server . . . . . . . . . . . .  6

    3.2  Data Repositories . . . . . . . . .  7

    3.3  Clients . . . . . . . . . . . . . . .  8

**4  Entity-centric Access**                                  **10**

**5  Unlimited Database Size**                              **11**

**6  Unlimited Database Performance**                **11**

    6.1  Performance Limitations of Tradi-
tional Databases . . . . . . . . . .  11

    6.2  OXDDT's Performance Scale Solu-
tion . . . . . . . . . . . . . . . . .  12

**7  Scalable Administration**                              **14**

**8  Security**                                                      **14**

    8.1  Data Transfer Security . . . . . . .  14

    8.2  Authentication . . . . . . . . . . .  15

**9  Additional Applications**                              **15**

    9.1  Arbitrary Data Reliability . . . . .  15

    9.2  Pure Addressing . . . . . . . . . .  15

# 1 Introduction

The OverX Distributed Database Technology (OXDDT) provides uniform, 'entity-centric' access to databases with data arbitrarily distributed across any network, including local networks, private intranets, and the Internet.

Key implications of arbitrary data distribution include:

- Unlimited database capacity

- Unlimited database performance

- Scalable database management.

Note the following terminology: In particular, see

| | |
|---|---|
| **Entity** | A domain-specific item for which data is tracked in OXDDT |
| **Identifier** | A string that unambiguously corresponds to a single entity |
| **Location** | A string that identifies a repository and its data access method |
| **Repository** | Data storage, also called 'data repository' |
| **NDTP** | Network Distributed Tracking Protocol |
| **OXDDT** | OverX Distributed Database Technology. |

Table 1 **Example Entity ↔ Identifier Correspondences**, for some examples of entities and identifiers.

An OXDDT application employs three primary structural components, as identified in Figure 1 **Taxonomy of OXDDT**:

- Network Distributed Tracking Protocol (NDTP) server(s)

- Data repositories

- OXDDT clients.



Figure 1: Taxonomy of OXDDT

# 2 Medical Example

This section illustrates an OXDDT application. In this example Steve Smith visits the University of Chicago Hospitals (UCH), then travels to Massachusetts General Hospital (MGH), and finally returns to the University of Chicago. Steve adds and retrieves records from each location.

This example illustrates only two locations, but OXDDT would potentially apply equally well to world-wide medical records in a natural way.

## 2.1 Adding Records at UCH

Steve Smith receives routine health care at the University of Chicago Hospitals, so Steve's medical records are stored in the locally maintained UCH databases. Each time new medical information for Steve is added to a UCH database, the data repository performs several simple operations. Figure 2 **Adding Records at UCH** illustrates the actions the repository performs when Steve's records are added. Two actions are performed:

- Record new information in the UC Hospital repository for Steve

- Inform NDTP server of new information, if the information is Steve's first for the repository.

— CONFIDENTIAL —



Figure 2: Adding Records at UCH

The tendency for multiple pieces of data associated with an entity to occur in a single data repository is called 'application data locality.' This property implies that most data manipulation within a data repository requires no interaction with the NDTP server. The NDTP server must only be notified the **first** time a piece of data is added for an entity in a data repository.

## 2.2  Retrieving Records at **MGH**

Steve travels to Boston, and while there breaks his leg and goes to the nearest hospital, MGH. Given his condition, he has neither time nor interest in negotiating arrangements between MGH and UCH on his behalf.

Using OXDDT, the MGH care providers may access Steve's entire medical history using an OXDDT client program, even though the individual records themselves may be stored in data repositories housed and administered by *any number of other medical care providers*. Care providers at MGH can locate and retrieve records unknown to exist at MGH, in a spontaneous and dynamic manner. Using OXDDT, MGH need not have any *a priori* knowledge that Steve has records outside of MGH's own local system.

Figure 3 **Retrieving Records at MGH** illustrates the actions performed by an OXDDT client at MGH. In Figure 3, a MGH client looks up records for Steve

in the following manner:

- Request data locations associated with Steve's identifier from the NDTP server;

- Request all data associated with Steve's identifier, from data repositories identified by the data locations that the NDTP server returns;

- Correlate and present the data received from the data repositories to the user (care provider).



Figure 3: Retrieving Records at MGH

In this illustration, the MG Hospital client and UC Hospital repository need not know of the other's existence ahead of time. No 'federated architecture' or 'loosely federated architecture' is required.

## 2.3  Adding Records at **MGH**

After treating Steve, MGH will add records of Steve's treatment into its own local data repositories, and inform the NDTP server if necessary. The precise update process performed at MGH may be different from that used by UCH. MGH may use a completely different data repository technology. Nonetheless, the same two steps apply for MGH, as previously identified for UCH in §2.1 **Adding Records at UCH**:

- Record new information in the MG Hospital repository for Steve

— CONFIDENTIAL —

• Inform NDTP server of new information, if the information is Steve's first for the repository.

Figure 4 **Adding Records at MGH** illustrates the basic two actions performed by the data repository for Steve's visit to MGH. *All* sites participating in an



Figure 5: Retrieving Records at UCH

*Data transfers in OXDDT are point-to-point between clients and repositories.*



Figure 4: Adding Records at MGH

OXDDT application may provide Steve with dynamic access to his data at MGH and UCH. MGH and UCH may exchange records without tracking that Steve has records at the other location.

## 2.4   Retrieving Records at UCH

Figure 5 **Retrieving Records at UCH** illustrates the actions performed by an OXDDT client during Steve's second visit to UCH. The UCH client queries the NDTP location server, and the NDTP server returns locations of repositories that have data. The UCH client queries appropriate repositories, which return Steve's data.·

Appropriate relationships are created dynamically and spontaneously when a query is submitted to the OXDDT system.

## 2.5 ·  Highlights of Example

Client retrieval behavior at MGH and UCH illustrates an important feature of OXDDT design:

In other words, OXDDT databases avoid centralized data transfer bottlenecks. As a database grows, OXDDT design minimizes performance degradation by allowing data repositories to be distributed as appropriate.

Local policy can also govern locally generated data. Neither UCH nor MGH gives up ownership or control of their local records for Steve Smith. Yet each can create a spontaneous relationship with the other without requiring their systems to have *a priori* knowledge about Steve's remote records. OXDDT merely makes locally stored data widely accessible, in a process of dynamic and spontaneous location discovery and data retrieval.

Queries can link services *unknown to one another* at the moment of a request without compromising local autonomy.

## 3   **OXDDT** Operation

Applications of OXDDT are built from three components: **(1)** NDTP servers, **(2)** data repositories, and **(3)** clients. This section outlines key operational characteristics of each of these components.

— CONFIDENTIAL —

## 3.1   NDTP Server

The NDTP server component of OXDDT has the sole function of efficiently answering the question:

*Where is data associated with an entity?*

An entity may have associated data scattered among any set of participating data repositories in an OXDDT database. The NDTP server restricts retrieval exactly to the set of repositories which actually have data associated with an entity.

The NDTP supports OXDDT's fundamental identifier ↔ location relationships. The NDTP allows identifiers and locations to be of any form, and any identifier may be mapped to a set of any number of locations. This is a powerful and flexible relationship, so long as it can be efficiently maintained and serviced.

In Internet terms, one might view the NDTP server as maintaining mappings between a Universal Resource Identifier (URI) and sets of Universal Resource Locators (URLs). In fact, many OXDDT applications may use URIs for entity identifiers and URLs for data repository location addressing. However, the NDTP server does not require such conventions. Any form of unique identifier and any data location addressing may be used.

Alternatively, one might view the NDTP server as generalizing the Internet Domain Name Service (DNS). However, the NDTP server provides two critical additional features which DNS does not provide:

- NDTP supports arbitrary identifiers and locations
- NDTP supports machine driven updates.

### Arbitrary Identifiers & Locations

DNS primarily supports mapping IP domain names to IP addresses, with secondary support for a few other specialized mappings. NDTP servers map arbitrary identifiers to arbitrary locations, not just IP domain names to IP addresses.

Historically, an IP address, in conjunction with a well known TCP/UDP port number has been enough to uniquely locate many services. With the advent of the Web and the Hypertext Transport Protocol (HTTP), more services are being offered through HTTP. Such service often relies on additional location information to connect to a given service, such as a URL. The URL standard precisely addresses the reality that new service types and instances proliferate rapidly on modern networks, and that the IP address/well known port pair addressing is inadequate to locate these rapidly proliferating services.

NDTP's identifier ↔ location generalization provides a flexible tool for data distribution and migration, even when data components are migrated from one format to another.

### Machine Driven Updates

DNS was designed to handle mappings which, by computer standards, change very slowly.

- System administrators usually maintain DNS mappings by hand.

- DNS caching protocols view flushing intervals of around one half hour to be reasonable.

DNS supports administration through loose coupling of human-machine cooperation, and tolerance for inaccuracy and delay. Such design has demonstrated adequacy for DNS service expectations.

Such design is not appropriate for dynamically cooperating systems designed spontaneously to exchange data.

Responding to this need, NDTP server architecture leverages a higher level of cooperation among the components of OXDDT, to permit a high degree of accuracy and performance in the face of frequent mapping modifications generated by machine activities. NDTP servers support highly dynamic mappings, with machine driven updates of mappings.

— CONFIDENTIAL —

## NDTP Server Performance

NDTP design permits maintaining URI ↔ URL mappings and other identifier ↔ location relationships on a global scale similar to that provided by DNS. Specifically, current implementation of the NDTP server architecture permits individual NDTP server machines to support:

- A large set of mappings. A single off-the-shelf 64-bit NDTP server machine can maintain more than 125 million entities.

- A high rate of server requests. A single off-the-shelf 450 MHz Intel Pentium II NDTP server machine can sustain 135,000 requests per second, or 9.3 billion requests per day.

## NDTP Server Scaling

In addition to the high performance of an individual NDTP server, the NDTP server architecture supports combining multiple servers through two basic topologies:

- A flat topology, as an NDTP server cluster

- A hierarchical or tree topology, as an NDTP server tree.

Depending upon the application, either or both of these techniques may be applied to support:

- Arbitrary capacity and performance scaling

- More centralized or more distributed NDTP server machine administration.

For example, using off-the-shelf 64-bit machines, 40 NDTP servers in a cluster could support mappings for all 5 billion people in the world's population, and 460 billion NDTP server operations per day.

## 3.2  Data Repositories

Data repositories in OXDDT can be any data storage mechanism which can be accessed by OXDDT application clients.

The most common data repository for many OXDDT applications will be the ubiquitous, relational database system (RDBS). RDBSs can be accessed directly through a database access protocol, such as ODBC or JDBC, or accessed through some intermediary software, such as a queuing middleware component. Directory servers and web servers, and other more specialized data storage systems may also be integrated in OXDDT applications.

OXDDT can provide any combination of the following:

- Integrate existing data repositories, such as legacy silo systems, into a consistently accessible framework;

- Build applications from the ground up with new data repositories dedicated to the application.

Typically, participating data repositories explicitly communicate with the NDTP server to ensure that entity identifier ↔ location maps are kept up-to-date. However, for a legacy data repository, it is also possible for external components to perform the NDTP server interactions on behalf of the legacy data repository. This permits existing repositories to be integrated into an OXDDT application in a completely unmodified manner.

## OXDDT Data Repository Integration

Data repositories participating in an OXDDT application must be integrated with the OXDDT framework in some form, to ensure proper maintenance of identifier ↔ location mappings.

The only component currently implemented to support this integration is a Java package which implements NDTP operations. Data repositories which do

not support Java program execution can still interact with the NDTP server by implementing the NDTP directly. NDTP protocol interactions are stateless and very simple to implement. Figure 6 **Repository Software Components** shows the typical software components in a data repository participating in OXDDT.



Figure 6: Repository Software Components

The basic NDTP implementation is adequate for many applications. However, implementors may wish to use more sophisticated software components tailored for integrating specific, common data repositories. Such components are presently under development for major relational databases such as Oracle, DB/2 and SQL Server.

Note also that repositories which participate in an OXDDT backbone may choose to implement OXDDT only as one in a set off possible access mechanisms, rather than as the only access mechanism.

In such cases, legacy data repositories integrated with OXDDT can continue to support the traditional access mechanisms which were offered before integration. For example, an application built with dedicated terminals connected to a relational database can continue to provide terminal service, and additionally provide access to a wider community of participants through OXDDT.

## 3.3  Clients

An OXDDT client is a software mechanism that accesses (e.g., `lookup`, `add`, `modify`, and `delete`) data organized by OXDDT. An OXDDT client may itself also be a server, when viewed within the context of a complete OXDDT application.

For example, an Internet web server may also act as an OXDDT client, performing OXDDT data access operations at the request of web HTTP clients. Figure 7 **Web Server Is an OXDDT Client** illustrates such a scenario. Depending upon the application, the



Figure 7: Web Server Is an OXDDT Client

data repositories within an OXDDT system may also act in both client and repository roles. For example, a legacy, terminal-based database system that participates in OXDDT, can also provide distributed data access to users by acting as an OXDDT client. Operations requested by a user on a dumb terminal may result in OXDDT client operations generated by application logic within the programming of the data repository.

OXDDT clients will likely be one or more of:

- Legacy data repositories
- Web based application servers
- Fat client application programs.

But other client implementations are possible.

## Client Software Components

Client participation in OXDDT is facilitated by the existence of software components that clients may use as building blocks. OXDDT defines and implements a Java API, called the 'OXDDT XML Java API', that OXDDT clients can use to access and present data in an OXDDT application. Figure 8 **Client Software Components** illustrates the overall client component architecture that employs this API.



Figure 8: Client Software Components

OXDDT clients require the data exchanged with data repositories to be normalized into a consistent format. If the data is not already delivered to clients in a suitably normalized form, OXDDT clients will need software components to perform data normalization.

If all data repositories contain similar, or identically structured data, little normalization is required. For example, data components which are all graphic images of the same format, or mechanical drawings produced by the same CAD package, would require no data normalization. In such cases the data is already in a consistently interpretable format.

Alternatively, many applications in commercial computing will require integrating existing data repositories with a wide variety of different data structures. This type of data must be normalized before an OXDDT client can process and present the data.

**XML.** The Extensible Markup Language (XML) is a technology currently gaining wide acceptance for normalizing data from an array of sources for consistent processing by both clients and servers. Depending upon the application, XML may or may not be the actual format in which the data is stored or transferred. Its key role is as an intermediate representation to which structured data may be converted without information loss.

XML is becoming a *lingua franca* for data interchange in heterogeneous systems. Through standardization, XML provides representations for a wide variety of application data classes and many vendors are producing a range of powerful software tools to manipulate and present XML formatted data.

These properties of XML make it ideal for the core of a general data normalization framework which permits OXDDT to provide consistent data access to a wide range of data repositories. The OXDDT XML Java API uses XML as a mechanism for data access. By leveraging the existing XML standards and tools framework, OXDDT clients require a minimum of OXDDT specific programming. Ultimately, it will be possible to implement a large class of clients which do not even realize that they participate in OXDDT.

**More Powerful Client Components.** While the OXDDT XML Java API provides a very flexible means of heterogeneous data access, this API still requires substantial programming to build complete applications. To gain maximum benefit from the wide scale and uniform data access that OXDDT offers, the ultimate goal is to reach the virtually 'no programming required' ideal promised by the combination of OXDDT, XML, and Java. Software components built on top of the OXDDT XML Java API are under development to deliver this.

For applications which have more stringent performance requirements, with less emphasis on rapid development, OXDDT client construction components will also be developed to work in a C or C++ environment.

— **CONFIDENTIAL** —

# 4 Entity-centric Access

The basic identifier $\leftrightarrow$ location relationship implies a model of entity-centric access.

## Unifying Identifiers

Unique, unifying identifiers organize data access in an OXDDT database. Each identifier value corresponds to an *entity* in the OXDDT application's domain.

Traditional databases permit a wide variety of different data access patterns within the same operational framework. A single relational database operation (e.g., an SQL statement), can access data ranging from an individual data component to every component within the entire database. For example, an operation in a customer database with many pieces of information about many customers, might update only a single home telephone number, or might replace every piece of information in the entire database with some variation of the number 12. This design provides powerful capabilities, but does not scale well.

Alternatively, OXDDT's data access model is strongly biased towards efficient access to data associated with a single or fixed set of entities, and associating entities with unique identifiers. This bias allows OXDDT to support arbitrary data distribution, flexibility, and performance, with virtually no scale penalties.

Table 1 **Example Entity $\leftrightarrow$ Identifier Correspondences** illustrates some possible entity $\leftrightarrow$ identifier relationships. OXDDT does not restrict an appli-

| Entity | Identifier |
|---|---|
| Customer | Customer identifier |
| Manufactured part | Serial number |
| Part type | Part number |
| Legal contract | Contract identifier |
| Software object | Universal Resource Identifier |

Table 1: Example Entity $\leftrightarrow$ Identifier Correspondences

cation's choice of entity $\leftrightarrow$ identifier relationships to this set: OXDDT application designers may chose any meaningful identifier encoding to describe any entity relationship. A complete OXDDT application may even define many distinct, simultaneously used sets of entity $\leftrightarrow$ identifier relationships.

For example, a parts tracking application might define both of the following as entities for OXDDT data access:

- Individual part numbers (serial numbers)
- Part type numbers (part-numbers).

Arbitrary granularity of detail can then be attached to the entity $\leftrightarrow$ identifier relationship in downstream relationships. Downstream relationships manage the bulk computational requirements, where requirements are understood and managed locally.

## Data Access Flexibility

OXDDT's entity-driven data access does not imply that the only possible form of data retrieval is all data associated with a particular entity's identifier. OXDDT also supports efficient manipulation of **subsets** of data associated with an entity. For example, OXDDT supports operations such as retrieving data that occurs within a date range associated with an entity.

The OXDDT entity-driven data access model corresponds to performing data access in traditional databases using a key. However, this key and related data access now can be managed generally over a *dynamic* domain of participating machines, spanning platform, architecture, geography, etc. Access operations which cover an arbitrary, initially unknown **subset** of all entities within an OXDDT database are deemphasized within this entity-driven data access model. Such data access is still possible, but may not be as fast as when compared to pure entity-driven data accesses.

Realistically, OXDDT's entity-driven design decision may not impose any limitations which did not ex-

— CONFIDENTIAL —

ist previously for a comparable traditional database solution. Even in traditional databases, data access which does not use a key can be expensive, frequently involving a complete linear access of all data. For example, retrieving all data for customers with a zip code of 60657 and a last name of Smith is likely to require an exhaustive search no matter what technology is employed.

Practically, the entity-driven data access model may provide comparable performance, but potentially includes a more flexible and dynamically generated set of participating repositories.

# 5   Unlimited Database Size

OXDDT's arbitrary distribution of data permits unlimited database capacity.

Traditional databases collect all related data into a single server or server cluster. This data centralization is required to provide access to data components according to relationships shared among the components. Centralization of data limits the total database capacity to the storage supported by a single server or server cluster. Storage capacity limitations are relaxed over time through constant technological development, but at any particular instant, contemporaneous limitations may prevent an application from being implementable with a traditional database.

OXDDT's arbitrary data distribution properties allow increasing database capacity in two ways:

- *Increasing existing repository capacity.* This is the traditional solution of adding storage capacity (disks, etc.) to data repositories already participating in an OXDDT application.

- *Dynamically adding repositories.* OXDDT permits freely adding new data repositories dynamically, according to application and/or particular repository needs.

Thus, OXDDT's arbitrary data distribution mech-

anism efficiently handles a wide range of scenarios which require increased database capacity. Such scenarios include:

- Overflow of participating data repositories

- Association of existing, but not currently participating data repositories

- Addition of new types of data to participating data repositories.

# 6   Unlimited Database Performance

OXDDT's ability arbitrarily to distribute data permits unlimited database performance.   As with traditional databases, traditional data centralization into a single data repository leads to a variety of performance problems which are difficult to solve. OXDDT addresses many of these limitations.

## 6.1   Performance Limitations of Traditional Databases

A traditional database usually contains data components with critical and noncritical access performance requirements. For example, an order entry application in e-commerce will have:

- Critical, rapidly updated and accessed information. E.g., current inventory information is accessed and manipulated when customers purchase items, and when new shipments are received.

- Critical, infrequently updated information. E.g., client locations and item descriptions are accessed rapidly, but updated more rarely.

- Noncritical, frequently or infrequently updated information. E.g., some customer preferences and purely informational data are both accessed and updated infrequently.

— CONFIDENTIAL —

A traditional database often may not provide the required performance in a reliable, cost effective manner because access of noncritical information interferes with access of critical information.

Application engineers can usually put a reasonable bound on the performance requirements for critical data access, and design a configuration which satisfies those performance requirements. However, performance difficulties increase when additional, possibly unquantifiable variables of noncritical data access are introduced: e.g., how often does a client update payment or address information, or look at part descriptions.

Traditional database system design solves such uncertainty by introducing large margins of reserve capacity. This can result in using more expensive hardware and software systems, primarily to ensure that critical service is not denied.

However, even providing performance over-capacity may still fail if the basic assumptions are inaccurate, or if they change over time. For example, if part description data changes from a terse to a more detailed format, the performance cost of moving the same number of parts descriptions may be orders of magnitude greater, and thus interfere with critical data access.

Similarly, reducing noncritical data access in traditional systems may result in a traditional system supporting costly over-capacity. A cache introduced in the application, possibly unknown to those responsible for the data repository, could drastically reduce noncritical data access, producing costly over capacity in the data repository.

## 6.2 OXDDT's Performance Scale Solution

OXDDT overcomes the performance limitations of traditional databases by allowing arbitrary data distribution among any number of data repositories.

The performance of accessing a single data component from a data repository is strictly a function of:

- Server system
- Network
- Client system.

Improving access speed to a single data component is a simple matter of increasing the performance of the restricting components. Clearly, a current state of technology limits achievable performance levels, but within the constraints of any given state of technology, a wide range of performance and cost characteristics are possible. OXDDT is designed to provide great flexibility in these respects.

### Different Data, Different Requirements

OXDDT's arbitrary data distribution properties allow systems to address individual performance requirements separately or together. Repository administrators may isolate data sets with critical performance requirements, and engineer systems to deliver required performance with superior granularity, comprehensiveness, and flexibility. Consider how different service delivery implies different requirements:

- Image or video data require bandwidth.
- Transaction data (e.g., a flight reservation system), require aggregate transaction rate (transactions/second).
- Quasistatic, interactively accessed data (e.g., parts catalogues), require reasonable, fair response times over a wide range of loads.

The range of performance requirements is virtually infinite, and depends upon the application. No single data repository system can satisfy all performance requirement variations. Thus, each repository system typically addresses a *narrow range* of performance requirements, suited for particular needs. Consider the following variables influencing data repository performance:

- Hardware platform; CPU number and speed, RAM, disk, clustering capabilities, etc.

— CONFIDENTIAL —

- Network connectivity; LAN, DSL, T1, OC-192, etc.

- Data access software; traditional databases (e.g., Oracle, DB/2, SQL Server), directory services, web servers, etc., plus middleware if any (queue managers, MQseries, MSMQ, etc.)

- Data access protocol. This may or may not be prescribed by data access software.

OXDDT's framework maximizes flexibility to facilitate addressing such needs.

**OXDDT Architectural Flexibility**

OXDDT allows data to be placed in whatever mixture of data repository systems are required to handle application requirements. Furthermore, OXDDT does not require an irreversible commitment to a particular data distribution. An OXDDT database may start with centralized data just as a traditional database. As performance problems are discovered, an OXDDT database may then migrate portions of the data set to other data repository systems which resolve the problems.

Such data migration can be accomplished transparently to the OXDDT clients. OXDDT allows data sets to be split according to any combination of the following:

- *By function.* E.g., inventory information might be split into one repository and the parts catalog into another.

- *Within a single function.* E.g., portions of the parts catalog might be split into one repository and other portions into another.

OXDDT does not provide a silver bullet for performing the actual data migration in a way in which it remains consistent, but it can substantially support such a process.

Consider the steps required to split a read-only data set in OXDDT:

1. Copy the subset to be migrated to the new repository.

2. Update OXDDT location pointers for the migrated subset.

3. Delete the migrated subset from the old repository, if desired. (This may occur after a specific time appropriate to the application.)

Figure 9 **Splitting Data Set** and Figure 10 **Splitting Data Set Completed** illustrate these steps.



Figure 9: Splitting Data Set



Figure 10: Splitting Data Set Completed

If the data to migrate is modifiable, the migration must be performed more carefully, possibly with

small service interruption. If the data to migrate is of a fine-grained nature, with many individual members of the data set, small portions may be migrated at a time. In such a scenario, only update access is denied, and then only to portions of the data set currently being moved. Source and destination data repositories may enforce this directly.

# 7 Scalable Administration

OXDDT's arbitrary data distribution properties permit distributing database administration across any set of entities appropriate to the application.

A practical limitation of traditional databases is that administering a centralized service with ever increasing capacity requirements becomes extremely difficult. It is not possible to scale administration of such a centralized configuration beyond a certain level by simply adding more support resources.

Beyond or in addition to traditional administration, OXDDT permits independently administering all participating data repositories and clients.

One sensible OXDDT deployment approach would require that each data repository only maintain locally generated data. The medical record example in §2 **Medical Example** (page 3) is based upon this assumption. In such a scenario, the administration of such repositories has well understood requirements, and capacity can be kept to an easily manageable level. If data repositories grow beyond an easily manageable size, data sets may be split. Such a process can result in multiple, independently managed data repositories that have similar administrative economies, flexibility, and convenience.

By keeping local data repository capacity at a manageable level, repository administrators can vigilantly shepherd their repositories, responding quickly and effectively to changing requirements. When data repositories become increasingly large, their behavior becomes complicated and difficult to track, comprehend, and anticipate. OXDDT splitting can facilitate managing such growth behavior.

Local data repository administration also permits defining and enforcing local policy with respect to local data access. Access may be selectively granted or denied by any means the data repository technology supports.

Although OXDDT offers a wide range of administrative freedom, data repositories must be managed to participate effectively in the OXDDT framework. In particular, repositories are assumed to offer the same high availability and consistency as would any critical data service.

It is conceivable that OXDDT could be adapted to handle more unreliable, or carelessly managed data repositories, but its initial architecture assumes at least a minimal level of cooperation and availability by data repositories and their administrators.

# 8 Security

OXDDT permits powerful, wide scale, uniform access to highly distributed data. With any system that offers such powerful access, security mechanisms must provide a continuous range of control over the power granted to different clients of the system.

Not all applications of OXDDT require sophisticated security mechanisms. Managing a pool of video clips distributed across a corporate intranet may only require access control for adding video clips to the pool. Reading the video clips might be completely unrestricted. This may be managed in an *ad hoc* manner by each local data repository.

## 8.1 Data Transfer Security

For applications of OXDDT across less protected networks, sensitive data transfers must be protected. OXDDT permits encrypted data transfer for this purpose, but like most TCP/IP based technologies, it does not specify or require any particular data transfer security technology. The Secure Socket Layer (SSL), the IP Security protocol (IPSec), or any other

— CONFIDENTIAL —

applicable data transfer protection technology may be used.

## 8.2 Authentication

Assuming appropriately secured data transfers, authentication is the primary security challenge that OXDDT applications must address. The power of OXDDT may be selectively granted or denied through authentication-based access control.

Authentication in OXDDT applications implies that data repositories frequently may not be expected to know about all clients in the application. Nonetheless, it is appropriate to expect that each data repository will enforce access restrictions based on capabilities conferred to clients by the repository's administrator.

These requirements suggest that authentication be performed by a distinct, third party authority which is aware of all clients within an OXDDT application. Thus, third party authority possibly may know some set or all of the data access capabilities defined by the administrators of the individual data repositories. For example, a Kerberos-style, or Public Key Infrastructure (PKI) type authentication model would be appropriate.

As with secure data transfer modes, OXDDT does not mandate a particular authentication mechanism, because security technology is under active, rapid development. Today's complete solution frequently does not solve tomorrow's problems. However, an authentication mechanism which supports a wide range of OXDDT applications in a turn-key manner is under development.

# 9 Additional Applications

As the name suggests, OXDDT is a distributed database technology. However, some OXDDT components, such as the NDTP server, enable applications beyond strictly viewed database application.

## 9.1 Arbitrary Data Reliability

OXDDT could support high data reliability applications with flexible, arbitrary, and dynamic data redundancy. In such applications, OXDDT can track replicated data in multiple data repositories across any network, possibly in strategically disparate geographical regions.

Such data replication with OXDDT is architecturally feasible, but has not yet been developed.

### Internet Reliability Applications

In the future OXDDT may assist integrating less reliable or less actively cooperative data repositories. Web search engines effectively integrate the web pages that they cover into a consistently accessible data collection. However, the accuracy of web search engines when tracking rapidly changing data repositories is poor. It can take hours or even days for changes in the data repositories to propagate to the search engines.

OXDDT could be extended to fill a middle ground between the highly accurate, moderately cooperative domain that it currently fills, and the much less accurate, but completely uncooperative niche occupied by web search engines.

## 9.2 Pure Addressing

The NDTP server may be used without any data repositories in applications which require high performance, dynamic address mapping, but no substantial data storage.

### Dynamic Phone Number Routing

The NDTP server could implement a telephony switching system where the 'number' dialed would be a customer managed identifier associated with a particular communication role, and the telephone rung would be an arbitrary telephonic device, such as a

land-line handset, mobile phone, pager, voice mailbox, etc.

In this application, a customer would define and maintain various communication roles through identifier ↔ location mappings. These communication roles might be familiar ones, such as calls for home, calls for work, emergency calls, or new ones invented by each customer, such as work emergency calls, low priority home calls, etc.

The NDTP locations in this application would be addresses of endpoints on existing telephonic networks, which is exactly what current telephone numbers are now. In other words, NDTP locations point to landline handsets, pagers, mobile phones, etc.

This approach would present customers with great flexibility in directing calls based upon their defined communication roles. Calls for high priority communication roles could be directed to ring at whatever phone is at hand, while calls for lower priority communication roles could be routed to voice mailboxes, or to other staff.

In a telephone system organized by NDTP, a customer could check into a hotel and route calls for home and emergency communication roles to a handset in the hotel room, and calls for office communication roles to a voice mail box, or *vice versa*, all with the swipe of a card.

**Identifier Lifetime Control**

A telephone system organized by NDTP would permit customers to create and delete unique communication roles freely, for any purpose. This is not possible within the current telephone system.

A customer could create a new communication role identifier to give to a service provider, such as an auto mechanic, to permit contact during the service period. After service completion, the customer can delete the communication role identifer, thereby preventing unwanted subsequent contact, such as telemarketing solicitation. The use of customer generated unique communication role identifiers permits

customers complete control over call routing based on shifting priorities.

This identifier lifetime control property can be employed in other ways as well. Telephone-based service providers, such as customer relationship management, computer support, medical service, etc., can dynamically control customer-initiated contact. For example, a customer with an active case could dial a unique communication role identifier which would be routed directly to the appropriate support specialist until the incident is resolved. The person reached by the customer's unique communication role identifer can be changed by the service provider as the service cycle progresses. After incident resolution, the service provider can delete the communication role identifier, thereby preventing the customer from gaining additional, inappropriate access to support specialists.

Obviously, these unique communication role identifiers can also be used directly as *incident identifiers*, allowing support personnel to automatically retrieve records when receiving customer calls.

## 10   Conclusion

OXDDT provides consistent, location independent, entity-centric data access. Such design offers:

- Unlimited database capacity
- Unlimited database performance
- Scalable database management.

OXDDT additionally allows integration of data repositories with existing legacy data into consistently accessed systems, or construction of completely new systems from scratch that have no legacy components.

OXDDT will solve current data management problems, and more importantly, will enable entirely new, previously inconceivable data management applications. Only a glimpse of the total application space

for OXDDT may be visible from analogy to existing systems, precisely because OXDDT's data distribution model is unique and new. The complete power of OXDDT's dynamic data management paradigm will only be realized through deployment, as system designers begin thinking in terms of arbitrary distribution and dynamic mobility of information.

— CONFIDENTIAL —

# Technical Description of the oxServer

OverX, Inc.

February 1, 2000

# Contents

**1  Introduction**                                                                     **1**

**2  Network Distributed Tracking Protocol (NDTP)**                                      **1**
   2.1   General NDTP Mechanics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    2
   2.2   NDTP_GET Transaction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3
   2.3   NDTP_PUT Transaction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3
   2.4   NDTP_DELETE Transaction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3
   2.5   NDTP_RDR_RSP Message . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    4

**3  oxServer Implementation**                                                          **4**
   3.1   Data Representation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     4
   3.2   Memory Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    5
   3.3   Persistent Storage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    5
        3.3.1   Log File Records . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    5
        3.3.2   Maintaining High Performance to the Log File . . . . . . . . . . . . . . . .    7
        3.3.3   Bounding Storage Use of Log Files . . . . . . . . . . . . . . . . . . . . . .    7
   3.4   Network Front End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    7
        3.4.1   Network Communication Mechanisms . . . . . . . . . . . . . . . . . . . . .    7
        3.4.2   NDTP Query Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . .    8
        3.4.3   NDTP Update Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . .    8
        3.4.4   Multiple Connection Handling . . . . . . . . . . . . . . . . . . . . . . . . .    9
   3.5   Transaction Rate Scaling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    9
        3.5.1   Theoretical Limitations by Network Bandwidth . . . . . . . . . . . . . . . .    9
        3.5.2   Theoretical Limitations by Storage Bandwidth . . . . . . . . . . . . . . . .   11
        3.5.3   Limitations by CPU Performance . . . . . . . . . . . . . . . . . . . . . . .   11
        3.5.4   Scaling Absolute Transaction Rate . . . . . . . . . . . . . . . . . . . . . .   13
   3.6   Capacity Scaling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   13
        3.6.1   Capacity on Intel Hardware Platforms . . . . . . . . . . . . . . . . . . . .   13
        3.6.2   Increasing Capacity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   14

# 1  Introduction

A distributed database is one where data is stored and retrieved among multiple machines connected by a network. For the purposes of this document, each machine in which some portion of the data in a distributed database may reside will be called a "data repository machine", or simply a "data repository".

The OverX distributed database technology supports building a distributed database from a dynamic set of heterogeneous data repositories. The OverX distributed database technology can even be used to build a distributed database by integrating preexisting, legacy data repositories.

A central component of the OverX distributed database technology is the oxServer. The oxServer is a high performance network server designed efficiently to answer the question:

> Where is data associated with a particular entity in a distributed database?

This question is contrasted with the other important question that must be answered by a distributed database mechanism which the oxServer is explicitly NOT designed to answer:

> What is the data associated with a particular entity in a distributed database?

The data location is a key question when a distributed database has highly dynamic data distribution properties.

> If there are a large number of data repositories and any particular entity does not have data in all of them, the oxServer permits queries to be directed **only at data repositories with relevant information**. The oxServer also permits membership in the set of data repositories itself to be **highly dynamic**. The oxServer supports on-the-fly addition and removal of data repositories from the topology of a distributed database.

# 2  Network Distributed Tracking Protocol (NDTP)

The Network Distributed Tracking Protocol (NDTP) implemented by the oxServer is designed efficiently to track the location of data associated with each individual entity in a distributed database.

NDTP is a transactional protocol, which means that each operation within NDTP consists of a request message from an NDTP client to an NDTP server (the oxServer), followed by an appropriate response message from the NDTP server to the NDTP client. NDTP defines a:

**entity key:**

> a unique string used to refer to an entity about which a distributed database query is performed.

The oxServer treats the entity key as an unstructured stream of octets, which is assumed to be unique to a particular entity. The precise structure of the NDTP entity key and the mechanism for ensuring its uniqueness are a function of the application in which the oxServer is used. In a customer oriented application, the NDTP entity key might be a unique customer identifier, for example, a United States Social Security Number, in either printable or binary integer form, as is appropriate to the application.

NDTP also defines a:

**data location specifier:**

> a string used to specify a data repository in which data associated with a particular entity may be found.

As with NDTP entity keys, the oxServer treats NDTP data location specifiers as unstructured streams of octets. The structure of an NDTP data location specifier is a function of the application in which the oxServer is used. For example, an NDTP data location specifier might be an Internet machine name, and a TCP/IP port number for a relational database server, or an HTTP Universal Resource Locator (URL), or some concatenation of multiple components.

The oxServer efficiently maintains and dispenses one to many relationships between entity keys and

data location specifiers. In other words, an entity key may be associated with any number of data location specifiers. When data for a particular entity is added to a data repository, the oxServer is updated to indicate an association between the entity key and the data repository's data location specifier. When a query is performed for an entity key, the oxServer supplies the set of data repositories in which data may be found for that entity key.

## 2.1  General NDTP Mechanics

The NDTP is designed to provide maximum transaction throughput from both the oxServer and associated clients. This design goal is realized through two design principles:

1. NDTP messages should be as short as possible to maximize the rate of NDTP transactions for a given network communication bandwidth.

2. NDTP messages should be structured for efficient processing on existing machine architectures.

**Design Optimizations.** Numerical fields of an NDTP message are represented in **binary integer format** rather than ASCII or other printable format to minimize host processing overhead, and network utilization. Numerical fields of NDTP messages are also **aligned on 32 bit boundaries** to minimize the cost of manipulation on current machine architectures. Manipulating unaligned multibyte integer quantities on modern machine architectures usually incurs an extra cost ranging from mild to severe compared to manipulating the same quantities in aligned form.

In keeping with other network protocol standards, including TCP/IP, multioctet integer quantities in NDTP are encoded using the **big endian** integer interpretation convention.

To overcome network latency, NDTP is designed to support **asynchronous operation**, where many requests may be sent to an oxServer before a response from any of them is received.

Each NDTP message is preceded by a fixed size, 12-octet header, using this data structure:

```
typedef struct ndtp_hdr {
  uint8_t op;          /* opcode */
  uint8_t pad[3];
  uint32_t id;         /* transaction identifier */
  uint32_t size;       /* total request size
                          following the header */
} ndtp_hdr_t;
```

where:

**op:**

NDTP message numerical operation code.

| | |
|---|---|
| NDTP_GET: | get request |
| NDTP_GET_RSP: | get response |
| NDTP_PUT: | put request |
| NDTP_PUT_RSP: | put response |
| NDTP_DEL: | delete request |
| NDTP_DEL_RSP: | delete response |
| NDTP_RDR_RSP: | request redirection |

**id:**

Client supplied operation request used to distinguish responses from multiple outstanding NDTP asynchronous requests. Each _RSP message echos the id field of the associated request.

**size:**

Size, in octets of the remainder of the NDTP message. The size field shall always be a multiple of 4 octets.

**Variably sized** portions of NDTP messages are **defined with a size field** rather than some other delimiter mechanism to facilitate efficient reading of NDTP messages. Requests may be made to the network layer to read the entire variably sized portion of an NDTP message, rather reading small chunks while scanning for a delimiter. Furthermore, client and server resource management can be more efficient since the size of NDTP messages is known before reading.

The variably sized portions of NDTP messages are composed of zero or more NDTP strings:

```
typedef struct ndtp_str {
  uint32_t len;
  uint8_t data[];
} ndtp_str_t;
```

— CONFIDENTIAL —

Note that the C struct definitions in this document are schematic, and not necessarily legal C. Specifically, arrays denoted in this document with [ ] imply a dimension which is only known dynamically and this indefinite array size specifier is not allowed in C struct definitions. Note also the following:

len:

· the number of significant octets of data following the len field in the data area.

data:

len octets of data, followed by up to 3 octets of padding, to ensure that the total length of the NDTP string structure is a multiple of 4 octets. The padding octets are not included in the len field.

Because the variable sized portion of NDTP messages are composed of zero or more NDTP strings and NDTP strings always occupy an even multiple of 4 octets, this ensure that the "size" field of NDTP message headers will always be a multiple of 4 octets.

## 2.2 NDTP_GET Transaction

The NDTP_GET message contains a single NDTP string which is the entity key for which associated data locations are requested:

```
typedef struct ndtp_get {
  ndtp_hdr_t hdr;
  ndtp_str_t key;
} ndtp_get_t;
```

The NDTP_GET_RSP message contains zero or more NDTP strings which are the data location specifiers associated with the NDTP entity key:

```
typedef struct ndtp_get_rsp {
  ndtp_hdr_t hdr;
  uint32_t rsps;
  ndtp_str_t values[];
} ndtp_get_rsp_t;
```

## 2.3 NDTP_PUT Transaction

The NDTP_PUT message contains two NDTP strings which are (1) the NDTP entity key and (2) the NDTP data location specifier which is to be associated with the NDTP entity key:

```
typedef struct ndtp_put {
  ndtp_hdr_t hdr;
  ndtp_str_t key;
  ndtp_str_t data;
} ndtp_put_t;
```

The NDTP_PUT_RSP message has no NDTP strings, and simply indicates that the requested entity key/data location specifier association was added:

```
typedef struct ndtp_put_rsp {
  ndtp_hdr_t hdr;
} ndtp_put_rsp_t;
```

The requested entity key/data location specifier association is added in addition to any other associations already maintained by the oxServer. If the requested entity key/data location specifier association is already in effect, the NDTP_PUT still succeeds and results in an NDTP_PUT_RSP.

## 2.4 NDTP_DELETE Transaction

The NDTP_DEL message contains two NDTP strings which are (1) the NDTP entity key and (2) the NDTP data location specifier which is to be unassociated with the NDTP entity key:

```
typedef struct ndtp_del {
  ndtp_hdr_t hdr;
  ndtp_str_t key;
  ndtp_str_t data;
} ndtp_del_t;
```

The NDTP_DEL_RSP message has no NDTP strings, and simply indicates that the requested entity key/data location specifier association was deleted:

```
typedef struct ndtp_del_rsp {
  ndtp_hdr_t hdr;
} ndtp_del_rsp_t;
```

— **CONFIDENTIAL** —

If the requested entity key/data location specifier association is not in effect, the `NDTP_DEL` still succeeds and results in an `NDTP_DEL_RSP`.

## 2.5  `NDTP_RDR_RSP` Message

The NDTP supports a distributed server implementation where the NDTP client selects the **appropriate server from a table of servers** based upon a distribution function computed from the entity key. This distribution function is a standard hash function:

```
static uint32_t
ndtp_hash (ndtp_str_t *key, uint32_t servers)
{
  uint32_t g;
  uint32_t i;
  uint32_t h;
  uint8_t c;

  h = 0;
  for (i = 0; i < key->len; i++) {
    c = key->data[i];
    h = (h << 4) + c;
    g = (h & 0xf);
    if (g) {
      h ^= g >> 24;
      h ^= g;
    }
  }
  return h % servers;
}
```

where servers is a prime number representing the size of the table of servers. Note that the same server may occur multiple times in the server table.

If an NDTP request message is sent to the wrong oxServer, based upon the entity key in the request, the oxServer will send an `NDTP_RDR_RSP` message with the entire server table as NDTP strings:

```
typedef struct ndtp_rdr_rsp {
  ndtp_hdr_t hdr;
  ndtp_str_t servers[];
} ndtp_rdr_rsp_t;
```

The NDTP client can determine the size of the NDTP server table, which may have changed, and then update its local copy of the NDTP server table, and attempt the NDTP transaction again, this time directed at the correct oxServer.

The NDTP redirection mechanism permits a client permanently to store only a single oxServer address, and learn the complete NDTP server table size and contents from the `NDTP_RDR_RSP` from the first NDTP request the client performs which the entity key does not reside on the well known server.

> The NDTP **backbone topology** can change dynamically in a similar way to data repository topology.

# 3   oxServer Implementation

The oxServer implementation makes the fundamental assumption that relatively little data is stored for each entity key/data location specifier mapping.

> Large databases store large amounts of data, but the oxServer is only concerned with the location of that data, rather than the data itself. Therefore, to permit extremely high performance, oxServer maintains its entire mapping database in system main memory (RAM).

Scale considerations of this architecture are addressed in §3.5 **Transaction Rate Scaling** (page 9)

The key design challenges of the oxServer implementation are to sustain a high rate of NDTP transactions, both queries and updates (PUT and DEL), and to permit a large number of entity key/data location specifier mappings to be maintained per oxServer.

## 3.1  Data Representation

The oxServer is built upon a string store data structure. A string store maintains the property that any given string is only ever stored once. This is implemented in oxServer using a hash table. Both entity keys and data location specifiers are stored in the same hash table.

— CONFIDENTIAL —

Entries in the oxServer string store hash table, which are entity keys, have a pointer to a list of pointers to associated hash table entries representing data location specifiers.

> The string store representation is efficient because it is expected that there will be a relatively small number of data location specifiers, corresponding to individual data repositories (e.g., relational databases), which are associated with many of the entity keys.

The string store design ensures that more efficient pointers replace all but one copy of each data location specifier.

## 3.2   Memory Management

A high frequency of NDTP update operations requires very efficient memory management. Each PUT update may require memory allocation, and each DEL update may require memory reclamation. Conventional memory management, such as C malloc, is optimized for a tradeoff between execution speed and wasted space, which is reasonable for a wide variety of applications.

> In contrast, the oxServer has very specialized memory management requirements, with the string store data structure already being explicitly designed to minimize wasted space. The memory management scheme must therefore be designed for maximal performance within the data structure design.

The oxServer memory manager divides a large contiguous memory arena into **small, fixed sized chunks,** currently 128 octets. These fixed sized chunks are used to build both:

1. Strings, with linked lists of chunks used to represent strings that do not fit within a single chunk

2. Mapping lists, with linked lists of chunks to represent mapping lists that have more elements than fit in a single chunk.

Memory management is then reduced to simple free list management, which is highly efficient. The size of the chunk is selected so that the typical entity key, data location specifier, and mapping list size fit within a single chunk.

## 3.3   Persistent Storage

As with any transactional store, the oxServer must maintain the state of its mappings in nonvolatile (disk) storage. Without careful design, the performance of the oxServer could be severely limited by the behavior of the storage medium. In particular, disk drives can only sustain a modest transaction rate, around 150 operations per second, if the operations are scattered across the disk. In contrast, disk performance is maximized if all the operations are on successive, sequential locations on the disk.

> In practical terms, this means that oxServer must represent the state of its mappings on disk using primarily sequential disk write operations.

Given that the oxServer maintains its entire data set in RAM, retrieval of the data set from disk storage need not be highly efficient. An oxServer will read the state of its mapping sets from disk storage before it begins servicing requests, and once it starts servicing requests, the only action it will perform to disk storage is to record each NDTP update transaction as it is processed.

The standard technique for satisfying these design constraints is to use disk storage as a log of each update transaction.

> For each NDTP update transaction, a log entry similar to the NDTP update request message is written to a log file. This creates the purely sequential disk write behavior, which offers high performance.

### 3.3.1   Log File Records

The oxServer can actually be more efficient, in terms of the amount of data written to the log file, than simply writing each NDTP update request message.

— **CONFIDENTIAL** —

As observed in §3.1 **Data Representation** (page 4), most entity keys and data location specifiers are repeated many times as NDTP update transactions are performed. Each of these repeated strings occurs only once in the oxServer string store, possibly with multiple links. Similarly, the records written to the oxServer log file refer to strings in the oxServer string store using a form of pointer which defines a reference to an existing string. If the update is a NDTP_PUT, the record looks like:

```
typedef struct ss_log_map {
  ss_i_t op;         /* opcode, LOG_MAP */
  ss_i_t rec;        /* rec pointer (previously
                        allocated chunk) */
  ss_i_t to;         /* to pointer (string) */
} ss_log_map_t;
```

The ss_i_t type is the natural unsigned integer for the platform on which the oxServer is being run. For example, it is a 32-bit integer on Intel (IA32) platforms, and a 64-bit integer on UltraSPARC platforms.

If the NDTP_PUT results in extending the linked list of mapping pointers with a new memory chunk, the record is somewhat different:

```
typedef struct ss_log_new_map {
  ss_i_t op;         /* opcode LOG_NEW_MAP */
  ss_i_t from;       /* from pointer (in string
                        or rec) */
  ss_i_t rec;        /* rec pointer (new rec) */
  ss_i_t to;         /* to pointer (string) */
} ss_log_new_map_t;
```

The log record for an NDTP_DEL update is similar to the one for an NDTP_PUT:

```
typedef struct ss_log_unmap {
  ss_i_t op;
  ss_i_t from;    /* from pointer (key cstr) */
  ss_i_t to;      /* to pointer (data cstr) */
} ss_log_unmap_t;
```

The pointers written in to the log file are memory manager chunk indexes. Writing machine pointers

into the log file would not be appropriate because a new instance of an oxServer which attempted to load the log file might not have the same base address for the arena.

Using memory manager chunk indexes as pointers implies that the most straightforward way to handle reading an oxServer log file is to use exactly the same memory manager chunks to build the mapping database in RAM as those used by the oxServer that wrote the log file.

> A consequence of this is that a new oxServer instance reading a log file to restore a mapping state may have a larger arena than the instance that wrote the log file, but it may not have a smaller arena.

However, it is certainly possible to write a more sophisticated log file reader which performs some compaction and/or address mapping.

Each time a new string is created in the oxServer string store, a new string log file entry is written in to the log file:

```
typedef struct ss_log_string {
  ss_i_t op;         /* opcode, LOG_STRING */
  ss_i_t len;
  ss_i_t chunks[];
  ss_log_str_t s;
} ss_log_string_t;
```

where the ss_log_str type is similar to the ndtp_str_t, except that the len field is an ss_i_t instead of a uint32_t:

```
typedef struct ss_log_str_t {
  ss_i_t len;
  uint8_t data[];
} ndtp_str_t;
```

> This log file representation means that the rate at which data is written to the log file is actually substantially lower than the data rate of network update request messages.

An update of any type, no matter how long the entity key and data location specifier strings, typically

results in only 12 bytes being written to the log file for a machine with 32-bit integers, and 24 bytes for machines with 64-bit integers.

### 3.3.2 Maintaining High Performance to the Log File

The transactional nature of NDTP protocol means that the response to an update request is not returned until request has completed, including being committed to nonvolatile storage. File systems and disks perform poorly if many small operations are performed on them instead of fewer, combined larger ones.

oxServer combines the log file writes of multiple NDTP update transactions by adding each log file record to a log file write buffer until either:

1. the buffer becomes full

2. the network front end requests that one or all log file write buffers be flushed to disk.

> When the transaction rate is low, every log file update record will be written to the disk individually, but the subsequent loss of performance is not important because the transaction rate is low. When the transaction rate becomes high, log file buffers will fill up rapidly, leading to large, well structured log file writes, which will give good disk performance.

In addition, the oxServer maintains more than one log file buffer so that its performance at high transaction rates becomes insensitive to the high latency of individual file write operations. The oxServer can use either an operating system thread mechanism, or an asynchronous I/O mechanism to ensure that while one or more disk writes are being performed and their completion awaited, log records can continue to be written to the remaining, unused log file buffers.

### 3.3.3 Bounding Storage Use of Log Files

If an oxServer writes to the same log file throughout its life, this log file would grow in an unbounded fashion. However, the storage capacity of an individual oxServer is bounded by its memory management arena size. This implies that the storage needed to represent the entire state of the oxServer mappings is similarly bounded.

> To prevent unbounded log file growth, the oxServer will periodically write its entire current state to a new log file, close the old log file, and then begin the update logging process in the new log file.

More than two files may be maintained in a rotation policy in this way.

## 3.4 Network Front End

The oxServer network front end is designed to maximize NDTP transaction throughput including concurrent NDTP requests from a single client as well NDTP requests from multiple concurrent clients.

### 3.4.1 Network Communication Mechanisms

The NDTP defines a transaction oriented protocol which can be carried over any of a variety of lower level network transport protocols.

**TCP/IP.** TCP/IP provides a ubiquitously implemented transport which works effectively on both local area and wide area networks. An NDTP client using TCP/IP connects with the oxServer at an established TCP port number, and then simply writes NDTP request messages through the TCP/IP connection to the server, which then writes NDTP response messages back to the client through the same TCP/IP connection in the reverse direction.

TCP/IP implementations perform buffering and aggregation of many small messages into larger datagrams which are carried more efficiently through the network infrastructure. Running NDTP on top of TCP/IP will take advantage of this behavior when the NDTP client is performing many NDTP requests. For example, a data repository which is undergoing rapid addition of data records associated with various entities will be perform many rapid NDTP_PUT operations to the oxServer which can all be carried on the same NDTP TCP/IP connection.

**UDP/IP.** If a NDTP client only performs occasional, isolated NDTP operations, or there are a vast number of clients communicating with an NDTP server, TCP/IP will not offer the best possible performance, because many traversals of the network are required to establish a TCP/IP connection, and yet more network traversals are required to transfer actual NDTP messages themselves.

> For such isolated NDTP transactions, depending upon the application and network infrastructure in use, it is beneficial to have the oxServer employ UDP/IP, which is a widely available connectionless datagram protocol.

However, UDP/IP does not support reliable data transfer, or any congestion control mechanism. This means that NDTP clients using UDP/IP must implement reliability and congestion control maintaining transaction timeouts and performing exponential retry backoff timers, precisely analogous to the congestion control mechanisms implemented by Ethernet, and other well known UDP protocols. Note that the NDTP protocol is stateless from the standpoint of the oxServer, which means that there is no congestion control or reliability burden on the server; it is all implemented in a distributed manner by the NDTP UDP/IP clients.

**Still Higher Performance (ST).** Both TCP/IP and to a lesser degree UDP/IP suffer from high host CPU overhead. Like the relatively long latency of TCP/IP, this host CPU consumption is considered just the "cost of doing business" where TCP/IP provides ubiquitous connectivity. If an oxServer were running in a more constrained environment where ubiquitous connectivity was not required, its absolute performance could be improved substantially by using a different protocol which is optimized to reduce CPU overhead and latency, such as the Scheduled Transfer (ST) protocol.

**Conclusion.** Note that none of these network implementation issues are particularly unique to NDTP.

> All similar protocols face similar tradeoffs, and what art exists to improve the performance of such protocols applies fully to NDTP as well.

### 3.4.2   NDTP Query Processing

Servicing NDTP query requests does not require high latency operations, such as disk I/O. Therefore, the oxServer network front end services NDTP query requests in a FIFO style, by reading the `NDTP_GET` message, performing the lookup for the entity key in the oxServer string store, and writing the `NDTP_GET_RSP` message.

Each NDTP query is independent of any other NDTP transactions (other queries or updates), so it is possible to process multiple NDTP queries simultaneously on multiprocessor machines. The oxServer permits this by performing no multiprocessor locking in the NDTP query processing path.

> The current prototype oxServer does not create multiple read service threads per NDTP connection, so multiprocessing will only occur while processing queries from different NDTP connections.

Nonetheless, the oxServer could be extended to support multiprocessing of NDTP queries from a single NDTP connection if this turned out to be advantageous.

### 3.4.3   NDTP Update Processing

Unlike NDTP queries, processing NDTP updates requires the high latency operation of committing the change to nonvolatile storage. To maintain high performance on NDTP updates, the oxServer network front end must support multiple concurrent asynchronous update transactions. Also, each update must be performed atomically to avoid creating an inconsistent state in the string store.

Currently, the string store supports only a single mutator thread, which means that all NDTP updates must be serialized through the string store mutator critical code sections. As is traditional in transactional systems, the string store mutation mechanism is implemented as a split transaction.

— **CONFIDENTIAL** —

> When a NDTP update is processed, a call is made to the string store mutation function, which returns immediately indicating either that the mutation is complete, or that the completion will be signaled asynchronously through a callback mechanism.

The mutator function might indicate an immediate completion on an NDTP_PUT operation if the entity key/data location specifier mapping which was already present in the database. In this case, the network front end will immediately write the update response message back to the client.

For updates which are not immediately completed, the network front end maintains a queue of NDTP updates for which it is awaiting completion. When the completion callback is called by the string store log file update mechanism, the network front end writes the NDTP update response messages for all completed updates back to the clients.

If no new NDTP update requests are arriving from NDTP clients, and there are some incomplete updates in the update queue, the network front end will call the string store log buffer flush function to precipitate the completion of the incomplete updates in update queue.

### 3.4.4 Multiple Connection Handling

Handling multiple clients in a single server process requires that the server process not block waiting for events from a single client, such as newly received data forming an NDTP request message, or clearing a network output buffer so an NDTP response message can be written.

> The oxServer network front end may be conditionally compiled to use either of two standard synchronous I/O multiplexing mechanisms, select or poll, or to use threads to prevent blocking the server waiting for events on individual connections.

The select and poll interfaces are basically similar in their nature but different in the details. When compiled for synchronous I/O multiplexing, the oxServer network front end maintains an input

buffer for each connection. The multiplexing function is called to determine if any of the connections have input available, and if so, it is read into the connection's input buffer. Once a complete NDTP request is in the buffer, it is acted upon. Similarly, the network front end maintains an output buffer for each connection, and if there is still a portion of an NDTP response message to send, and the connection has some output buffer available, more of the NDTP response message is sent.

The **threaded version** of the oxServer network front end creates two threads for each NDTP connection, one for reading and one for writing. While individual threads may block as input data or output buffer is no longer available on a connection, the thread scheduling mechanism ensures that if any of the threads can run, they will.

> The threaded version of the oxServer is most likely to offer best performance on modern operating systems, since it will permit multiple processors of a system to be used, and the thread scheduling algorithms tend to be more efficient than the synchronous I/O multiplexing interfaces.

Nonetheless, the synchronous I/O multiplexing versions of oxServer will permit it to run on operating systems with poor or nonexistent thread support.

## 3.5 Transaction Rate Scaling

oxServer design is optimized for efficient usage across three resources: network bandwidth, storage bandwidth, and CPU processing. These factors govern the oxServer's maximum sustainable transaction rate (transactions/time).

### 3.5.1 Theoretical Limitations by Network Bandwidth

**Typical Bandwidth Performance.** One theoretical transaction rate performance limit of the oxServer is determined by the NDTP protocol structure and the available network bandwidth.

**Update Performance.**  For NDTP update operations, the transaction rate performance will be limited by the network bandwidth requirements of the NDTP request messages. Assuming a typical entity key and data location specifier sizes of 64 octets[1], a NDTP update request requires:

|  | |
|---:|:---|
| 12 | octet header |
| 68 | octet entity key |
| 68 | octet location specifier |
| = 148 | octet length |

This means that a **single T1** can sustain:

$$\begin{aligned}\text{Sustained Performance} &= \frac{1.5 \text{ Mbits/second}}{148 \text{ octets/update}} \\[4pt] &= \frac{150 \text{ Koctets/second}}{148 \text{ octets/update}} \\[4pt] &\approx 1{,}000 \text{ NDTP updates/second}\end{aligned}$$

and **100 Mbit/second Ethernet LAN** can sustain:

$$\begin{aligned}\text{Sustained Performance} &= \frac{100 \text{ Mbits/second}}{148 \text{ octets/update}} \\[4pt] &= \frac{10 \text{ Moctets/second}}{148 \text{ octets/update}} \\[4pt] &\approx 67{,}000 \text{ NDTP updates/second}\end{aligned}$$

**Lookup Performance.**  For NDTP queries, the transaction rate performance is limited by the network bandwidth requirements of the NDTP response messages. Assuming a typical entity key has 12 mappings to data location specifiers, each of which is 64 octets (and thus a 68 octet network representation), an NDTP_GET_RSP message requires:

---

[1]NDTP strings are represented with a 4 octet length. Consequently, a string of 64 octets has a network representation of 68 octets.

|  | | |
|---:|---:|:---|
|  | 12 | octet header |
| 12 * | 68 | octet data location specifiers |
| = | 828 | octets total NDTP_GET_RSP length |

Therefore, a **T1** can sustain:

$$\begin{aligned}\text{Sustained Performance} &= \frac{1.5 \text{ Mbits/second}}{828 \text{ octets/update}} \\[4pt] &= \frac{150 \text{ Koctets/second}}{828 \text{ octets/update}} \\[4pt] &\approx 181 \text{ NDTP updates/second}\end{aligned}$$

and **100 Mbit/second Ethernet LAN** can sustain:

$$\begin{aligned}\text{Sustained Performance} &= \frac{100 \text{ Mbits/second}}{828 \text{ octets/update}} \\[4pt] &= \frac{10 \text{ Moctets/second}}{828 \text{ octets/update}} \\[4pt] &\approx 11{,}700 \text{ NDTP updates/second}\end{aligned}$$

**Improved Bandwidth Performance.**  If the application can reduce the typical size of either the entity key, or the data location specifiers, the theoretical performance limits increase accordingly. For example, if the typical entity key and data location specifiers are reduced to 4 octets, the NDTP update message size decreases to:

|  | |
|---:|:---|
| 12 | octet header |
| 8 | octet entity key |
| 8 | octet location specifier |
| = 28 | octets total |

which would increase the theoretical performance limit for NDTP updates by a factor of 5, or 5,000 NDTP updates/second on a T1. Similarly, the NDTP_GET_RSP size decreases to:

|  | | |
|---:|---:|:---|
|  | 12 | octet header |
| 12 * | 8 | octet data location specifiers |
| = | 108 | octets total NDTP_GET_RSP length |

— **CONFIDENTIAL** —

which would increase the theoretical performance limit for NDTP updates by a factor of 7.7, or 1,300 NDTP update queries/second on a T1.

Such reduced entity key and data location specifier sizes *might be reasonable in some applications.* For example, an integer encoded entity key for an United States Social Security Number only requires 4 octets. Similarly, the data location specifiers might be a substantially abbreviated form of machine name. For example, a data location specifier might be merely a suffix on an unqualified Internet machine name, which the client would then expand to the fully qualified domain name. For example, the unqualified domain name:

    wxyz

could be fully expanded into an actual data location, such as:

    oxs-wxyz.overx.com

Finally, if the typical number of data location specifiers per entity key is fewer than 12, the NDTP query transaction rate will limit increase commensurately.

### 3.5.2   Theoretical Limitations by Storage Bandwidth

**Queries.** NDTP queries do not modify the state of an oxServer, and so, will not have any transaction rate constraint due to limited storage bandwidth in an oxServer.

**Updates.** NDTP updates, on the other hand, require a storage update per NDTP update. As described in §3.3 **Persistent Storage** (page 5) each update is recorded on disk in a form which is at least as compact as an NDTP update message.

> The storage bandwidth requirements of an oxServer to sustain a particular update transaction rate are less than or equal to the network bandwidth required to sustain that same transaction rate.

Different file system implementations (e.g. UFS on Solaris, vxfs on Solaris, UFS on Tru64 UNIX, AdvFS

on Tru64 UNIX, UFS on Linux, NTFS on Windows NT) can sustain anywhere from 10media bandwidth when writing sequentially to a disk file. Within this range, a well designed file system with an efficient implementation can be expected realistically to sustain at least 80storage media bandwidth under these conditions. Both Tru64 UNIX UFS and AdvFS as well as vxfs on Solaris have been observed to offer this level of performance. Other file systems on other platforms can certainly also sustain this level of performance.

A single 10,000 RPM SCSI disk has a raw storage media bandwidth of more than 15 Mbytes/second. Therefore, one such device can sustain the storage traffic required to maintain the network limited NDTP transaction rate on a 100 Mbit/second Ethernet LAN.

> A single Ultra SCSI-2 channel can sustain nearly 80 Mbytes/second, which means that six 10,000 RPM SCSI disks on one Ultra SCSI-2 channel could provide the required storage bandwidth for **more than 7** Ethernet LAN interfaces operating at 100 Mbits/second.

Clearly, these are very modest technological requirements to sustain network bandwidth limited transaction rate performance, and so the storage components of an oxServer would not be expected to impose any significant constraint on scaling of transaction rate in an oxServer, until network bandwidth begins to exceed disk bandwidth.

### 3.5.3   Limitations by CPU Performance

The final transaction rate limiting factor of an oxServer is the CPU performance of the platform on which it is run.

**CPU Performance Evaluation.** It is difficult to talk about CPU performance in a theoretical sense. However, this much can be said:

> the algorithms in the oxServer are all highly efficient, in the sense that they do not require more steps than some constant times the size of the input plus (the NDTP request message) the size of the output (the NDTP response message).

— CONFIDENTIAL —

Except in atypical situations, which can be avoided by appropriate administration of the oxServer, the transaction throughput of an oxServer is **not** a function of the total number of entity key/data location specifier mappings maintained by the oxServer.

> In other words, a relatively "full" oxServer performs as well as a relatively "empty" one.

High speed network communication using TCP/IP is a very CPU intensive process, no matter what the application protocol. It is rarely a matter of *if* the CPU will be fully used for a high bandwidth network connection, *but rather*, at what throughput the CPU performance will be exhausted.

The oxServer strives to use a minimum of CPU so that the transaction rate limit is close to the CPU imposed limit for TCP/IP communications in general.

> It is reasonable to expect that the transaction limit of an oxServer can be increased, within the constraints of network bandwidth, by using a faster CPU, or more efficient host TCP/IP implementation.

**Network Performance Testing.** Comparing oxServer against **netperf** (an industry standard network performance benchmark), *oxServer can sustain the same level of network traffic as netperf.*

**1. oxServer.** The prototype oxServer was tested with small, 12 octet entity key and data location specifier queries on a run-of-the-mill Intel Pentium II running at 450 MHz, with 100 MHz SDRAM, and a 100 Mbit/second simplex Ethernet connection.

> This configuration sustained ~40,000 queries per second, corresponding to around 1.1 Moctets/second of network bandwidth in each direction, or 2.2 Moctets/second total of the 10 Moctets/second total available bandwidth on the network link.

This performance number was reached using 100% of the client's CPU.

**2. netperf.** Running an industry standard TCP/IP performance benchmark **netperf** on the same hardware produced the same results.

> Using the same request size (28 octets), **netperf** produced the same 1.1 Moctets/second in one direction. Also like oxServer, **netperf** used 100% of the client's CPU.

These results suggest that the oxServer prototype is quite efficient in its use of host CPU, since oxServer can sustain the same level of network traffic as the **network transfer benchmark which does nothing with the data.**

**Direct Procedure Call Testing.** An additional test was performed with the oxServer on the same configuration, where queries were directed to the server using a direct procedure call, bypassing the host network implementation completely.

> In this case, the oxServer sustained a transaction rate of 170,000 queries per second, and a transaction rate of 50,000 updates per second.

This further confirms that the oxServer is highly likely to deliver transaction rates which are primarily limited by the host networking components, which in turn are usually limited by the host CPU performance. For example, running the oxServer on a Compaq DS20 running Tru64 UNIX can sustain a transaction rate of ~350,000 queries per second through the direct procedure call interface.

One way to get a higher absolute transaction rate from an oxServer is to use a lower overhead communication mechanism than TCP/IP. For example, the Scheduled Transfer (ST) protocol is designed to permit extremely low overhead application to application network communication even for very small messages. This will allow the transaction rates to approach those observed using the procedure call interface.

**Conclusion.** The absolute level of performance delivered by a single oxServer on a run-of-the-mill platform is quite high.

— **CONFIDENTIAL** —

> The achievable network transaction rate of 40,000/second corresponds to 3 billion transactions per day.

Generally, this transaction rate is orders of magnitude in excess of what would be required for most applications.

Since the oxServer requires minimal computation and returned data is very small, we expect that retrieval from data repositories will be slower than oxServer performance. Associated data repositories will probably continue to be the components which limit application performance.

> In spite of data repository limitations, a key advantage of the OverX distributed database technology is that it is possible to effectively use many more data repositories in parallel, which means that the entire system, considered as a whole can sustain vastly higher transaction rates than was previously possible.

One noteworthy implication of the resource efficiency of the oxServer is that the platform on which the oxServer runs need not be expensive or extremely high performance. Or, if the oxServer is run on a high performance platform, it can serve many more clients than would be expected from any of the individual data repository systems.

### 3.5.4  Scaling Absolute Transaction Rate

Given the conclusions of the previous sections, the only way to increase the absolute performance of an oxServer configuration beyond the limitations of CPU and network performance is to distribute the mapping database to multiple oxServer instances running on different machines.

The NDTP transaction redirection mechanism permits a set of entity key/data location specifier relationships to be spread onto an arbitrary number of machines which require no interserver communication to function.

While this technique will not improve the query or update transaction rate if all transactions involve a single entity key, this is an extremely unlikely query pattern for a large distributed database. It is much more likely that a large number of clients will be performing queries about a large number of different entity keys.

> In this case, each oxServer machine added can be expected to improve the query rate performance linearly, assuming that sufficient network bandwidth to sustain the transaction rate is also part of the configuration.

For example, if a single oxServer sustains 2,000 transactions/second on a T1, adding seven more servers each with a T1 connection will permit the combined configuration to sustain 16,000 transactions/second. As noted in §3.5 **Transaction Rate Scaling** (page 9), a T1 can support 181 NDTP queries/second.

## 3.6  Capacity Scaling

Intel systems provide adequate capacity for many applications. When larger scale distributed services are required oxServer design permits radical scaling through hardware improvements and/or expansion of the oxServer population.

### 3.6.1  Capacity on Intel Hardware Platforms

One implication of oxServer's design decision to keep all entity key/data location mappings in RAM is that the maximum capacity of a particular instance of an oxServer, in terms of entity key/data location specifier mappings maintained, is bounded by the RAM in the system on which the oxServer runs. Most operating systems running on current Intel hardware platforms are limited to a maximum of 2GB of RAM. With a 128 octet oxServer memory management chunk size, and a typical entity key size of 64 octets with a typical number of mappings per entity as 12 or fewer, a **single oxServer instance** can store:

$$
\begin{aligned}
\text{Server Capacity} &= \frac{2\text{GB}}{128 \text{ octect memory chunk}} \\
&\approx 16.7 \text{ million entity keys} \\
&\approx 200 \text{ million mappings}
\end{aligned}
$$

— CONFIDENTIAL —

Enhancements permit increasing capacity when needed.

### 3.6.2   Increasing Capacity

Two enhancements permit substantial increases in capacity.

**1. Improved Architecture.** Running oxServer on a platform which supports more than 31 bits of physical RAM addressing can substantially improve capacity.

For example, Compaq's Tru64 UNIX, running on a midrange ES40 server, can support up to 16 GB of RAM. Running oxServer on such a configuration would handle:

$$\text{Server Capacity} = \frac{16\text{GB}}{128 \text{ octect memory chunk}}$$

$$\approx 134 \text{ million entity keys}$$

$$\approx 1.6 \text{ billion mappings}$$

Furthermore, it is quite reasonable to expect that the supported amount of physical memory on 64 bit platforms will continue to increase, even on low end machines.

**2. Multiple oxServers.** Beyond improvements in architecture, installing multiple oxServers can also improve capacity.

> For example, to handle the same 134 million entity keys on an Intel platform using 2 GB of RAM, instead of the Compaq ES40 using 16 GB of RAM, would require only 8 oxServer machines.

As described in §3.5.3 **Limitations by CPU Performance** (page 11) {CORRECT SECTION– NOT "REDIRECT" SECTION IN DATA STRUCTURES SECTION, RIGHT??}, there is practically no penalty for distributing across an arbitrary number of oxServers. Therefore, any conceivable capacity scale can be handled effectively with multiple distributed oxServers.

> For example, to maintain mappings for all of ~5 billion individuals on the Earth would require a machine farm of ~37 Compaq 16 GB ES40s, or ~300 2GB Intel platforms.

— **CONFIDENTIAL** —

# Scalability in the OverX
# Distributed Database System

OverX, Inc.

February 1, 2000

# Contents

1 Introduction 1

2 Data Repository Scale Handling 2

3 oxServer Scale Handling 2
   3.1 Determining Correct Server . . . . . . . . . . . . . . . . . . . . 3
   3.2 NDTP Redirection . . . . . . . . . . . . . . . . . . . . . . . . . 4
   3.3 Clients & Maps . . . . . . . . . . . . . . . . . . . . . . . . . . 4
   3.4 Administration . . . . . . . . . . . . . . . . . . . . . . . . . . 5
       3.4.1 Splitting & Coalescing Data Sets . . . . . . . . . . . . . 6
       3.4.2 oxServer Map Propagation . . . . . . . . . . . . . . . . 7
       3.4.3 Removing oxServers from Server Clusters . . . . . . . . . 8

# 1 Introduction

**Service Overview.** The OverX Distributed Database Technology (OXDDT) provides uniform access to data in distributed, heterogeneous data repositories, such as:

- Relational database management systems (RDBMSs)

- Document content management systems

- Directory services, and

- Portal views of data collections.

Using the OverX Network Distributed Tracking Protocol (NDTP), clients in the OXDDT framework determine a set of locations for data associated with an entity by querying an **oxServer**. The **oxServer** identifies and tracks entities through unique identifiers, called ASIA Identifiers. In turn, **oxServers** map ASIA Identifiers to data location pointers, called OXDDT location specifiers.

After receiving a set of location specifiers from an **oxServer**, clients obtain the data directly from the data repositories identified by the location specifiers.

**Scalability Considerations.** OXDDT is designed to support distributed databases on a massive, even global scale. Two important components must be addressed by any database system characterized by such scale:

**Capacity.** The total size of the data set managed by the database system.

**Transaction rate.** The rate at which operations (lookups or modifications) can be performed on the data set managed by the database system.

Limitations placed on one or both of these scale components may prevent delivery of successful application solutions, or create the inability to handle growth over time. **Capacity scale limitations** are commonly related to:

1. Main memory (RAM)

2. Secondary storage (disk)

3. Database system design.

**Transaction rate scale limitations** are commonly related to:

1. Processing power

2. Network bandwidth

3. Database system design (including associated network protocols).

A successful solution must address capacity scale and transaction scale limitations.

— **CONFIDENTIAL** —

**Document Focus.** This document provides an overview of how massive scale can be supported in data repositories within the OXDDT framework, and then concentrates on a specific feature of the NDT protocol which permits oxServers to keep pace with any conceivable level of: **(1)** capacity scale that data repositories can support, and **(2)** transaction scale necessary in very large distributed database systems.

## 2   Data Repository Scale Handling

**OXDDT Framework.** The OXDDT framework provides great flexibility and localized management of data repositories. Yet the OXDDT framework also provides an integrated data access mechanism for such systems.

Existing data repositories which contain locally collected data about entities can be integrated seamlessly with other distributed data repositories, containing other information about entities. Thus, the *sum* of data in all data repositories integrated on an OXDDT backbone may be accessed directly. To the extent that business logic permits, data within repositories may be freely and transparently redistributed in different, new, or existing repositories, that exist on an OXDDT backbone.

> For example, an OXDDT backbone will not necessarily permit an account balance calculation to be distributed across data repositories any more than it is possible to do so without OXDDT. However, an OXDDT backbone *would* make it possible to distribute and redistribute the data for distinct accounts (e.g., accounts for different individuals) across data repositories on an OXDDT backbone.

OXDDT's support of flexible distribution of data among repositories permits data repository services to handle virtually any level of demand placed upon them. Data repositories may use both: **(1)** OXDDT's distribution scaling properties, and **(2)** existing scale handling mechanisms, such as upgrading hardware with faster devices and more storage capacity, multiprocessing, and a wide variety of clustering techniques.

## 3   oxServer Scale Handling

**Arbitrary Distribution of Data Sets.** Given the scaling mechanisms for data repositories within the OXDDT framework, OXDDT must ensure that the oxServer does not become the scale bottleneck. OXDDT handles repository scaling with the NDTP's indirection mechanism, which is managed through an oxServer, or set of such servers. This indirection mechanism allows arbitrary distribution of the data set across *completely independent machines.* The set of machines managing the oxServer data set is called an *oxServer cluster.*

By distributing an oxServer data set across independent machines, both capacity and transaction rate scale can be increased. Each additional machine in an oxServer cluster linearly increases:

**Capacity,** by adding main and secondary storage;

**Transaction rate,** by adding processing power and network band-width (assuming a properly scalable network infrastructure is employed).

The key property of the `oxServer` data set which permits this arbitrary distribution is the independence of data across distinct entities.

> The set of OXDDT location specifiers associated with one ASIA Identifier has no connection to those associated with a different ASIA Identifier. The NDTP redirection mechanism exploits this by permitting the distribution of ASIA Identifiers to OXDDT location specifier mappings across members of an `oxServer` cluster.

Key features of the NDTP redirection mechanism include:

- Overhead is minimal compared to implementation of NDTP without redirection.
- Within an operating OXDDT backbone, `oxServer` cluster topology may be changed dynamically.

## 3.1 Determining Correct Server

**How Clients Find Servers.** NDTP redirection is accomplished by each OXDDT client maintaining a current *oxServer map*, which is simply an array of `oxServer` network addresses. A **network address** is a machine name and a protocol (e.g., TCP/IP) port number. When the client wants to perform an NDTP operation (`NDTP_GET`, `NDTP_PUT` or `NDTP_DEL`), it computes a known hash function on the ASIA Identifier and uses this hash value to select an `oxServer` from the `oxServer` map. The hash function is standard, well known, and general purpose, shown here in Java:

```
int serverMapHash(byte id[])
{
    int h = 0;
    for (int i = 0; i < id.length; i++) {
        int g;
        int c = id[i] & 0xff;

        h = (h << 4) + c;
        g = (h & 0xf);
        if (g != 0) {
            h ^= g >> 24;
            h ^= g;
        }
    }
    return h;
}
```

— **CONFIDENTIAL** —

A client would perform a computation of the form:

```
serverAddress =
  serverMap[serverMapHash(asiaId) % serverMapLen];
```

to determine the server to which to direct an NDTP query.

## 3.2  **NDTP** Redirection

**Redirection & oxServer Maps.** Each oxServer maintains a copy of the oxServer map. An oxServer will check each request it receives and verify that it is intended for itself. If it is not, it will respond with an NDTP Redirection Response message (NDTP_RDR_RSP), instead of responding with the normal operation completion message.

A client may misdirect a NDTP request because the oxServer cluster may have been reconfigured since the client last obtained a copy of the oxServer map. Thus, the NDTP_RDR_RSP message includes a complete copy of the current oxServer map with which the client may determine the correct oxServer for the given NDTP request.

In essence, the oxServer maintain authoritative copies of the oxServer map, whereas OXDDT clients may have out-of-date copies of the oxServer map. This property permits efficient reconfiguration of the oxServer cluster.

Any time the cluster is reconfigured, only the **oxServers** must be updated, rather than the (potentially) unbounded number of *clients* on an OXDDT backbone.

## 3.3  Clients & Maps

**Well Known oxServer.** In order for a new OXDDT client to access data, it must obtain a copy of the current **oxServer** map. This can be done within NDTP without any special mechanism. The client may begin sending its first NDTP request to any **oxServer** which is known to be a part of the client's OXDDT backbone.

That is, the OXDDT client can start out with an **oxServer** map containing a single, well known, **oxServer** entry. This frequently is the default behavior.

**NDTP Redirect Response.**   If the well known **oxServer** is **not** the **oxServer** which is managing the portion of the **oxServer** data set containing the ASIA Identifier in the client request, an NDTP_RDR_RSP will be returned, and the client can update its local copy of the **oxServer** map.

**Default Behavior.**   Once a client has received a new **oxServer** map, it will use it for the lifetime of the client application, or until it receives a new **oxServer**

map. The client may also put the most current **oxServer** map into a persistent store, so that new invocations of the client application, or other clients of the same OXDDT backbone, can begin operation without even a single NDTP_RDR_RSP.

> There is no harm in the client's saved **oxServer** map becoming out-of-date. The first time a client sends a NDTP request to an incorrect oxServer, the server will return an updated **oxServer** map.

If a client NDTP request times out for some reason, this might mean that a machine in the current **oxServer** map has been removed from the **oxServer** cluster. In this case, to get the current **oxServer** map the client may either **(1)** return to its base-line **oxServer** map, containing the single well known oxServer, or **(2)** direct the request to any other **oxServer** in its current oxServer map

> Whether received directly, or by a map update via NDTP_RDR_RSP, the client will obtain the desired location specifiers **with at most two** NDTP transactions.

## 3.4   Administration

**Challenge for Continuous Service.** The NDTP redirection mechanism offers powerful flexibility in oxServer cluster configuration with virtually **no impact on OXDDT clients**. However, managing the oxServer cluster itself is somewhat more complex.

In particular, adding or removing an oxServer machine from a running oxServer cluster requires some special techniques. The primary problems for *removing* oxServers from a running cluster include:

1. **Splitting** some portion of the data set from a running **oxServer** cluster into one or more **oxServers** to be added to the cluster;

2. **Coalescing** some portion of the data set to a remaining **oxServer** cluster, from one or more **oxServers** to be removed from the cluster;

3. **Propagating** updated oxServer maps efficiently to all **oxServers** in an oxServer cluster.

Any solution to these problems must minimize interruption of the OXDDT service.

> A long freeze of any portion of the **oxServer** cluster is unacceptable for OXDDT's high performance design goals. Large batch-style updates are therefore unacceptable.

oxServer design avoids batch-style updates, alternatively using a splitting and coalescing algorithm to handle large scale reconfiguration.

### 3.4.1 Splitting & Coalescing Data Sets

**Checkpointing Data Sets.** When reconfiguring oxServer clusters, the splitting and coalescing problems for an oxServer are handled by checkpointing the current data set state and loading it into another instance of an oxServer. In the case where a data set will be:

- **Split**, this may imply filtering out a set of ASIA Identifiers; or

- **Coalesced**, this may imply loading several oxServer states cumulatively.

**Example of Splitting.** Consider an example of splitting, in which a given oxServer cluster uses a single machine (Server[1]). For local policy reasons an administrator decides to split the data set into 2 halves, distributed on 2 oxServers:

- Set1 stays on Server[1]

- Set2 will reside on Server[2], a new oxServer.

The steps operationalizing splitting and coalescing from Server[1] to Server[2] include:

1. Checkpoint the current data set state on Server[1].

2. Copy the checkpoint to Server[2]. Load data in Set2 from the Server[1] checkpoint.

3. Concurrent with step 2, start a new instance of the oxServer on Server[1]. Load data in Set1 from Server[1] checkpoint.

4. Freeze and checkpoint the first-instance oxServer on Server[1] for second time (differences only from previous checkpoint). Exit the original oxServer on Server[1].

5. Copy new checkpoint (from first-instance-oxServer, Server[1]) to Server[2]. Load data from Set2.

6. Start oxServer on Server[2].

7. Concurrent with steps 5 and 6, load data from Set1 from the new checkpoint (of fist-instance-oxServer, Server[1]), into the new instance of the oxServer on Server[1].

8. Start new oxServer on Server[1].

This technique strongly minimizes service interruption while the new and old servers are not available. The vast majority of the startup time (loading most of the data set), is done while the *old* instance of the oxServer is still running.

— **CONFIDENTIAL** —

> The only interruption comes when **(1)** saving the second checkpoint
> (which only contains updates since the previous checkpoint and will
> be very small [Step 4]), **(2)** copying it [Step 5], and **(3)** loading it in
> the two new oxServer instances [Step 5].

NDTP lookup operations do not affect the checkpoints that are saved or loaded.

> This technique is robust, and does not rely on complicated synchro-
> nization mechanisms among oxServers. Furthermore, only the af-
> fected subset of the oxServers in an oxServer cluster are interrupted
> during this process; the remainder of the oxServer continues to op-
> erate undisturbed.

### 3.4.2   oxServer Map Propagation

**Synchronized Propagation Avoided.**   Synchronized map propagation pro-
vides insufficient performance for OXDDT design goals. When reconfiguring an
oxServer cluster, the new oxServer map must be propagated to all oxServers
in the cluster so that accurate NDTP redirection messages can be sent. If clus-
ter reconfiguration is tightly coupled to *confirmed propagation* of the oxServer
map to all oxServers, substantial service pauses could result.

   Thus, confirmed propagation is replaced with an asynchronous mechanism.

**Asynchronous Propagation.**   Instead of synchronized, confirmed propaga-
tion, OXDDT design relies on a combination of:

1. Asynchronously propagating oxServer maps.

2. Client resilience to find the correct oxServer using the NDTP redirection
   mechanism.

Combined, these handle the interval when not all oxServers have received the
new oxServer map. OXDDT's asynchronous map propagation relies on two
assumptions:

1. An initial oxServer map size needs to be large enough for a likely maxi-
   mum number of machines in the oxServer cluster.

2. The oxServer map size must be a prime number, for the well known hash
   function to perform effectively.

**Maps Allow Multiple Occurrences.**   One key property of oxServer maps
is that the same oxServer may appear many times in a given map. For example,
the initial oxServer map size might be established at 1023, but only a single
oxServer will be used to form the oxServer cluster. In this case, the single
oxServer machine appears 1023 times in the oxServer map.

— **CONFIDENTIAL** —

**Static, Asynchronous Propagation (Versus Dynamic).** If the `oxServer` map size were changed dynamically, this would require the *entire* `oxServer` data set to be redistributed across the entire `oxServer` cluster. This redistribution is equivalent to the traditional process of increasing hash table sizes called *rehashing*.

Such redistribution *is* possible, using techniques similar to those described in §3.4.1 **Splitting & Coalescing Data Sets** (page 6), but would require synchronizing all members of the `oxServer` cluster, at least momentarily, *which would result in a somewhat longer operational pause than reconfiguration where the oxServer map size remains the same.*

> If an `oxServer` is added by splitting an existing portion of the data set (see §3.4.1) without changing the `oxServer` map size, only the new and old `oxServers` must immediately know about the modification of the `oxServer` map.

The `oxServers` uninvolved in the split will forward all requests for for the data set now existing on *either* the new *or* the old `oxServer`. The old `oxServer` will then return an `NDTP_RSP_RDR` with the new `oxServer` map, when responding to requests for the data set that now exists on the new `oxServer`.

A new `oxServer` map will eventually be propagated to all `oxServers` using the `oxServer` map propagation mechanism, at which point the additional indirection will no longer be necessary. The NDTP indirection mechanism allows this propagation to be asynchronous to the actual `oxServer` cluster reconfiguration.

> One restriction implied by this mechanism is that a new `oxServer` cluster reconfiguration cannot be performed until the `oxServer` map from the previous reconfiguration has completely propagated.

This is actually a side effect of the `oxServer` map propagation algorithm rather than any formal requirement of the reconfiguration mechanism itself. This restriction is extremely unlikely to pose problems since the map propagation time should take seconds, whereas `oxServer` cluster reconfiguration occurs much less frequently, with a time interval measured in weeks, months, or even years, depending upon the application.

### 3.4.3 Removing oxServers from Server Clusters

**Redirects & Aliases.** The most efficient way to remove `oxServer` machines from an `oxServer` cluster includes ensuring either of the following:

1. **Map Redirects**. The removed `oxServer` machine remains a citizen of the `oxServer` cluster, does not manage any particular data set, and simply responds with `NDTP_RDR_RSP` requests with the new `oxServer` map. In effect, this simply returns a forwarding address.

— **CONFIDENTIAL** —

2. **Aliasing**. The network address of the removed `oxServer` is assigned as an alias (in some manner) to a remaining, active member of the `oxServer` cluster.

When removing an `oxServer` from an `oxServer` cluster, the worst case results when:

- The machine is completely removed.

- The machine name is not reassigned to an active `oxServer` machine.

AND:

- The new `oxServer` map is slow to propagate.

In this worst case, a client directs a request to the removed `oxServer` machine. This request will fail and the client will attempt to reload a new `oxServer` map. If the map is being propagated slowly, the client may load the same `oxServer` map, pointing at the removed machine a second time, which results in another timeout.

> This case is very unlikely because the propagation time for a new `oxServer` map is likely to be less than the network timeout time.

In other words, by the time the client attempts to refresh its `oxServer` map, every `oxServer` machine in the cluster will likely have the new `oxServer` map. In rare cases where this is not true, requerying provides the desired results.

Network Distributed Tracking

## Transactions



19991211@GE=1

60209070.060200

Network Distributed Tracking
# **Distributed Record Retrieval**

