# EXHIBIT B



Rahul Sarkar  
Direct Dial: (646) 970-2651  
rsarkar@reichmanjorgensen.com

750 Third Avenue  
Suite 2400  
New York, NY 10017

March 12, 2020

**By E-Mail**

Michael G. Babbitt  
Jenner & Block LLP  
353 North Clark St.  
Chicago, IL 60654  
mbabbitt@jenner.com

   RE: *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Counsel,

  I write regarding Amazon's Final Unenforceability and Invalidity Contentions, dated February 13, 2020. As detailed below, Amazon's Contentions with respect to indefiniteness, fail to comply with Local Patent Rule ("LPR") 2.3(b)(4). In light of the March 26 deadline for serving Final Enforceability and Validity Contentions, please amend your disclosures to address our concerns by no later than March 19.

  LPR 2.3(b)(4) requires "a detailed statement of any grounds of invalidity based on indefiniteness under 35 U.S.C. § 112(2)/112(b), enablement or written description under 35 U.S.C. § 112(1)/112(a), or any other basis." LPR 3.1(b) subjects a party's Final Invalidity Contentions to the requirements of LPR 2.3(b)(4). Amazon's contentions, as served, fail to include such a detailed statement. Rather, Amazon makes conclusory assertions of indefiniteness under 35 U.S.C. § 112 ¶ 2 regarding certain claim limitations of the patents-in-suit, without adducing any reasons for *why* a person of ordinary skill in the art would be unable to "properly ascertain the scope of the invention." *See AWS Invalidity Contentions*, at 26-27. Such conclusory assertions do not sufficiently disclose Amazon's theories of indefiniteness. *Mediatek Inc. v. FreeScale Semiconductor, Inc.*, 2014 U.S. DIST. LEXIS 22422 at *19-20 (N.D. Cal. February 21, 2014) (holding disclosure in invalidity contentions inadequate when it did "nothing more than state that a theory of 'indefiniteness, written description/enablement' is asserted as to this term" and where defendant failed to "explain in even the most basic terms why" the written description was inadequate). Please confirm that Amazon will amend its invalidity contentions to disclose the reasons for why it contends that the asserted claim limitations are indefinite.

Best regards,

*Rahul Sarkar*

Rahul Sarkar