# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KOVE IO, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:18-cv-08175 |
| AMAZON WEB SERVICES, INC., | ) | Hon. Rebecca R. Pallmeyer |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF PROFESSOR MICHAEL MITZENMACHER**

## I.    BACKGROUND

### A.    Introduction

1.    I understand that Counsel for AWS and Counsel for Kove have introduced differing claim constructions for certain terms involving the phrases "hash function" and "hash table."  Hash functions and hash tables are well-known and fundamental tools in computer science.  In this declaration, I will provide contextual technical information regarding how these terms would be understood by someone skilled in the art at the time of the patent.  Section I of this declaration includes my qualifications and assignment.  Section II.A provides information regarding the phrase "hash function," and Section II.B provides information regarding the phrase "hash table."

### B.    Qualifications

2.    The details of my education, work experience, research, and publications are summarized in my curriculum vitae ("CV") attached hereto as **Appendix A** of this Declaration, including my testimony during the past five years.  I provide here a summary of some of the relevant information from my CV as well as other relevant background information.

3.    I am currently employed as a Professor of Computer Science at Harvard University, where my primary research interests include the design and analysis of algorithms, networks and data transmission, and information theory.  Specifically, I am the Thomas J. Watson, Sr. Professor of Computer Science in the School of Engineering and Applied Sciences. I joined the faculty of Harvard as an Assistant Professor in January 1999.  I was promoted to Associate Professor in 2002 and to Professor in 2005.  In 2010, I began a three-year term as Area Dean, which is essentially equivalent to what other schools call Department Chair, of Computer Science, and held that position through June 2013.   I served as Area Co-Chair of Computer

Science for the 2018-2019 academic year.  My work address is 33 Oxford Street, Cambridge, MA 02138.

4.      I received my undergraduate degree in Mathematics and Computer Science from Harvard College in 1991.  I received a Certificate of Advanced Study in Mathematics from Cambridge University in 1992.  I received a Ph.D. in Computer Science from the University of California at Berkeley in 1996.  From August 1996 to January 1999, I was employed as a Research Scientist at Digital Systems Research Center, where my work included projects on algorithms for the Internet.

5.      I am listed as an inventor or co-inventor on 19 issued patents, and am the co-author of a textbook entitled "Probability and Computing" published by Cambridge University Press.  I am a Fellow of the Association for Computing Machinery (ACM) and Institute of Electrical and Electronics Engineers (IEEE), the two primary professional organizations for computer scientists.  ACM Fellows, for example, are described as follows:  "ACM's most prestigious member grade recognizes the top 1% of ACM members for their outstanding accomplishments in computing and information technology and/or outstanding service to ACM and the larger computing community."[1]  My citation for my induction as an ACM Fellow is, "For contributions to coding theory, hashing algorithms and data structures, and networking algorithms."

6.      Much of my work involves issues relating to networking, algorithms, and communication, and I regularly serve on program committees for conferences on these topics. For example, I have served on the program committee multiple times for the SIGCOMM

---

[1] About ACM Fellows (https://awards.acm.org/fellows).

conference, which is described on the conference homepage as follows: "SIGCOMM is the flagship annual conference of the ACM Special Interest Group on Data Communication (SIGCOMM) on the applications, technologies, architectures, and protocols for computer communication."[2]  Similarly, I have served several times on the Program Committee for NSDI, the USENIX Symposium on Networked Systems Design and Implementation, and CoNEXT, the International Conference on Emerging Networking Experiments and Technologies.  I have written papers on networking that have been published in the IEEE/ACM Transactions on Computer Networking, the SIGCOMM conference, the INFOCOM conference, and other major venues for networking research.  My graduate course entitled "Algorithms at the end of the wire" covers many subjects at the intersection of networking and algorithms.

7.     Much of my work relates to hashing, one of the subjects in consideration here. For example, I have been a Principal Investigator of multiple NSF grants that relate to hashing, including: NSF IIS-0964473: HCC: Medium: Collaborative Research: Data-Parallel Hash Tables: Theory, Practice and Applications, and NSF CCF-1535795: AitF: FULL: Collaborative Research: Better Hashing for Applications: From Nuts & Bolts to Asymptotics.

**C.    Assignment**

8.     I was asked by AWS Counsel to review the proposed claim construction language involving "hash function" and "hash table," along with the relevant asserted claims and the patent specification describing the claims.  Based on my review of these documents, I will provide relevant technical context as to how these terms would have been interpreted by someone skilled in the art at the time of the patent.

---

[2] Welcome to SIGCOMM 2020 (https://conferences.sigcomm.org/sigcomm/2020/).

## II.    RELEVANT TECHNICAL CONTEXT TO CLAIM CONSTRUCTION

### A.    Relevant technical context to claim construction involving the use of a "hash function"

9.    Claim 1 of the '170 patent includes the following claim limitation: "the portion of the data location information included in a corresponding one of the data location servers is **based on a hash function used to organize the data location information across the plurality of data location servers**, and each one of the data location servers is configured to determine the at least one of the plurality of data location servers **based on the hash function applied to the identifier string**."

10.    A hash function is typically a function that maps arbitrarily-sized inputs to fixed-sized outputs.[3]  For example, a function that returns the first letter of a person's last name is a hash function.  The input can be a name of any length, while the output is always the same size—one letter.

11.    The '170 patent specification includes the following discussion of hashing:[4]

The appropriate NDTP server is selected from the table in the NDTP_RDR_RSP message by applying a well-known function to the identifier string and using the function result as an index into the NDTP server table. The well-known function preferably applied is the hashpjw function presented by Aho, Sethi and Ullman in their text Compilers, Principles, Techniques and Tools:

[Source code omitted]

In this case, the size parameter is the number of elements in the NDTP server URL table returned in the NDTP_RDR_RSP message. For the hashpjw function to behave correctly, the size parameter must be a prime number, therefore the NDTP server URL table must also have a prime number of elements. Those skilled in the art will appreciate that the same NDTP server may appear multiple times in the NDTP server URL table. For example, if the server URL table has 2039 elements, by putting one NDTP server URL in the first 1019 table elements,

---

[3] There are settings where the output of a hash function may not be fixed-sized, or where a hash function may be limited to fixed-sized inputs, but such issues will not be relevant to this discussion.

[4] US 7,814,170 Patent col. 15 l. 12-49.

and a second NDTP server URL in the second 1020 table elements, the responsibility for the index string space will be split roughly in half.

12.　　The specification describes a standard technique used to organize information based on hash functions, which I have illustrated below in Figure 1. Specifically, a string is the input into a hash function. The output of that hash function is an index into a data structure specifying where the desired information can be found. In the case of the figure below, the identifier string is "amazon" and the index that is the output from the hash function is the integer "5." This index can then be used to retrieve the item "{"amazon": "https://www.amazon.com"}" from the data structure.

**Figure 1.** Organizing Information Based on a Hash Function



13.　　As can be seen above at index "1," when using a hash function, it is possible for multiple identifiers to map to a single index (i.e., both "yelp" and "reddit" are identified at index 1). In the specification's description given in the patent, the data structure is described to store one thing – an NDTP server URL – at each entry. Every identifier string that hashes to an index value in the table is associated with the URL stored at that index value in the table, meaning that that URL is associated with that identifier string.

14.    The specification's description is clearly of the same technique described above. It states: "The appropriate NDTP server is selected from the table in the NDTP_RDR_RSP message by applying a well-known function to the identifier string and using the function result as an index into the NDTP server table."[5]  The "well-known function" is the hash function.  The function result is used as an index into a server table (a data structure) in order to obtain the desired location server.  As stated above, in the description given in the specification, the server location is described as being specifically at the table entry given by the index that results from the use of the hash function.

15.    Figure 2 demonstrates the description in the patent.  As can be seen in the figure, a hash function associates each identifier string with an index.  The location given at that index is where any data associated with the identifier in the system should be located.  The specification describes, "if the server URL table has 2039 elements, by putting one NDTP server URL in the first 1019 table elements, and a second NDTP server URL in the second 1020 table elements, the responsibility for the index string space will be split roughly in half."[6]  Figure 2 demonstrates this for a table with seven elements.  If the hash function outputs an index of "5," the data structure can be used to retrieve the associated item with an index of "5" and an address of "http://ndtp_server_bank/server2.com."

[5] US 7,814,170 Patent col. 15 l. 12-15.

[6] US 7,814,170 Patent col. 15 l. 45-49.

**Figure 2.** Example Illustrating Patent Specification



16.      Hash functions are well-known and fundamental tools in computer science.  For example, the Microsoft Dictionary, 5th edition, copyright 2002, gives the below definition of "hash."[7]  I have illustrated this definition immediately below in Figure 3, showing the hash function applied to the identifier string "MOUSE" to output an index of "12."

> hash[2] vb. To be mapped to a numerical value by a transformation known as a hashing function. Hashing is used to convert an identifier or key, meaningful to a user, into a value for the location of the corresponding data in a structure, such as a table. For example, given the key MOUSE and a hashing function that added up the ASCII values of the characters, divided the total by 127, and took the remainder, MOUSE would hash to 12 and the data identified by MOUSE would be found among the items in entry 12 in the table.

**Figure 3.** Example of Applying a Hash Function to the string "MOUSE"



---

[7] Aiken, Peter et. al, "Microsoft Computer Dictionary, Fifth Edition," Microsoft Press, 2002, pp. 247-248.  I note that this example is a relatively simple one, and the algorithms within a hash function would typically be more complex.

17.     Further, Professor Goodrich offers the following definition for hash functions and their use in lookup tables in his 2015 "Algorithm Design and Applications" textbook, which also matches the explanation above:[8]

> "If we cannot assume that keys are unique integers in the range [0, N−1], but we nevertheless still want to use something akin to a lookup table for storing key-value  pairs, then we need a good way of assigning keys to integers in this range. That is,  we need a function, h, called a hash function, that maps each key k in our map to  an integer in the range [0, N−1], where N is the capacity of the underlying array for this table. The use of such a function allows us to treat objects, such as strings, as numbers… Equipped with such a function, h, we can apply the lookup table approach to arbitrary keys. The main idea of this approach is to use the hash value, h(k), as an index into our array, A, instead of the key k itself. That is, the idea is to try to store the item (k, v) in the bucket A[h(k)]."

18.     Notably, both Professor Goodrich's text and the Microsoft Dictionary definition refer to a "hash table" or "lookup table."  In each case the output of that hash function is an index into the table.  This basic concept can be found in numerous other definitions of hashing and hash functions, including definitions in references available at the time the patent application was filed.  For example:

a.  "[Hashing:] A technique that is used for organizing tables to permit rapid searching or table lookup, and is particularly useful for tables to which items are added in an unpredictable manner, e.g. the symbol table of a compiler. Each item to be placed in the table has a unique key. To place it in the hash table a hash function is used, which maps the keys onto a set of integers (the hash values) that range over the table size. The function is chosen to distribute the keys fairly

[8] Goodrich, Michael T., and Roberto Tamassia, "Algorithm Design and Applications," John Wiley & Sons, Inc., 2015, p. 192.

evenly over the table (see hashing algorithm); since it is not a unique mapping, two different keys may map onto the same integer."[9]

b. "[Hashing:] a storage mechanism where data items are stored at locations that are determined by a mathematical function of the data. For example, suppose you need to store a list of 100 numbers in memory locations whose addresses run from 1 to 100. One example of a hashing function is to divide each number by 100 and use the remainder as the storage address. For example, the number 538 would be stored at memory location 38, and 1124 would be stored at location 24."[10] (Note here the table of storage addresses make up the table.)

c. "[Hash function:] A hash coding function which assigns a data item distinguished by some key into one of a number of possible hash buckets in a hash table. The hash function is usually combined with another more precise function. […] [Hash coding:] Also known as hashing. A scheme for providing rapid access to data items which are distinguished by some key. Each data item to be stored is associated with a key, e.g., the name of a person. A hash function is applied to the item's key and the resulting hash value is used as an index to select one of a number of 'hash buckets' in a hash table."[11]

19.     I understand that AWS has proposed the following claim construction for claim 1 of the '170 patent:   "The portion of the data location information included in a corresponding one of the data location servers is **based on a hash function applied to an identifier string in**

---

[9] Illingworth, Valerie, and Ian Pyle, "A Dictionary of Computing: Fourth Edition," Oxford: Oxford University Press, 1997, p. 221.

[10] Downing, Douglas et. al, "Dictionary of Computer and Internet Terms: Sixth Edition," Hauppauge, N.Y.: Barron's, 1998, p. 212.

[11] Blackie & Son, "Blackie's Dictionary of Computer Science," S. Chand Publishing, 2013, pp. 106-107.

**which the function result organizes the data location information by giving an index into a data structure that provides the location of an indicated location server**, and each one of the data location servers is configured to determine at least one of the plurality of data location servers **by applying the hash function to the identifier string in which the function result is an index into a data structure on the location server containing the location of an indicated location server for the identifier string**." This proposed claim construction captures the well-known technique in the specification that I have just described.

20. In my view, if a skilled artisan at the time of the patent read the claim language as quoted in paragraph 9, the first scheme she would think of is the technique described in the specification. Applying a hash function to a string, and using the output as an index into a data structure containing specifically the desired information, is the standard way of using a hash function to organize information.

21. I understand that Kove has proposed the following construction: "The portion of the data location information included in a corresponding one of the data location servers is based on a hash function that **maps identifier strings to one or more of the data location servers**, and each one of the data location servers is configured to determine the at least one of the plurality of data location servers **based on the hash function applied to the identifier string**."

22. This construction states that the hash function must map the identifier string to the server. As I understand this construction, Kove is saying that the output of the hash function must identify the server. For instance, if the identifier is "amazon," and the output of the hash function is "5," Kove's construction would require that the desired information be on server "5" (as opposed to on the server "www.amazon.com").

23.     This construction, however, reflects a different scheme from what is described in the specification.  The specification describes a scheme in which the output of the function is an index into a table that contains the desired information (here, the desired server).  The output of the function is not the desired information itself.  Indeed, Kove's construction removes entirely any conception of the index, which is a key part of the only potential description given in the specification.

24.     There are many ways of organizing information that involve, at one point or another, the application of a hash function.  In many cases, the hash function is applied in conjunction with other computations.  For example, they include:

a.  *Merkle Trees:*[12] A Merkle tree is a tree-form data structure in which a parent node is labeled with the output of a hash function applied to the labels of its child nodes, and where a leaf node is labeled with a hash function applied to the data stored on that node.

b.  *Treap:*[13] A treap is a tree structure in which nodes contain a priority and a key, where the treap is organized such that the priority of a given node is higher than that of the nodes below it.  Using a hash function to create these priorities ensures that the treap will be properly balanced and will efficiently handle modifications.

c.  *Consistent Hashing*:[14]  Consistent hashing is an organizing technique to improve upon the poor performance of traditional hash tables during resizing by avoiding the need to recreate a hash table.  Rather, identifiers for data as well as the data

---

[12] Merkle, Ralph C., "A Digital Signature Based on a Conventional Encryption Function," Springer, Berlin, Heidelberg, 1988.

[13] Aragon, Cecilia R., and Raimund Seidel, "Randomized Search Trees," FOCS Vol. 30, 1989.

[14] Karger, David, et al., "Consistent Hashing and Random Trees: Distributed Caching Protocols for Relieving Hot Spots on the World Wide Web," Proceedings of the Twenty-Ninth Annual ACM Symposium on Theory of Computing, 1997.

stores themselves are both hashed onto a unit circle.  At any point, each hashed identifier is mapped onto the closest hashed data store, such that if data stores are introduced or removed, no additional computation is required to determine which data store each identifier maps onto.

d. *Bloom Filter:[15]* A Bloom filter uses at least one hash function to determine whether an element is present in a set by checking the index or indices resulting from the hash function(s) applied to a given element.  (Bloom filters are somewhat complicated, in that they only store single bits at each index, and can return false positives.)  Bloom filters can be used to assist a system in determining whether data for a specific identifier is present on a system at all.  They can also be used to tell where information is located;  one can have a Bloom filter for each possible location, so one can check where an element is located by checking each of the Bloom filters.

e. *Bloomier Filter:[16]* This extension of a Bloom filter can associate an additional value with each element in the set, and also uses at least one hash function to determine if an element has an associated value.  One can use the value associated with an element to determine a corresponding location.

f. *Blockchain:[17]* Blockchain organizes transaction data to be resistant to tampering by applying a hash function to the current transaction data, a timestamp, and other information.

[15] Bloom, Burton H., "Space/Time Trade-offs in Hash Coding with Allowable Errors," Communications of the ACM 13.7, 1970.

[16] Chazelle, Bernard, et al., "The Bloomier Filter: An Efficient Data Structure for Static Support Lookup Tables," Proceedings of the Fifteenth Annual ACM-SIAM Symposium on Discrete Algorithms, 2004.

[17] Nakamoto, Satoshi, "A Peer-to-Peer Electronic Cash System," Bitcoin, 2008.

g. *Count-min Sketch:*[18] Count-min sketches use multiple hash functions to efficiently track frequencies corresponding to elements, such as accesses to a data element, by using separate counters at locations indicated by the output of applying the hash functions to individual elements. One can use these counts to organize information, for example by storing elements with high associated counts at separate locations.

h. *Random Skip List:*[19] A random skip list (often simply called a skip list) is a structure that allows for fast searching for an element within an ordered list of elements. In a skip list, each element is stored (implicitly or explicitly) in one or more levels; the number of levels an element is stored in can be determined by a hash of the element.

i. *Min-wise Hashing:*[20] Min-wise hashing uses hashing to gauge the similarity of two objects, represented by groups of numbers, by applying at least one hash function to all elements in each group and comparing the smallest resulting output from both groups. Using min-wise hashing, one can organize objects to for example put similar items in the same location.

j. *Creating Hashed IDs:* A hash function could be applied to an object or identifier to simply translate the length of the object to a known length, and then the hashed

[18] Cormode, Graham, and Shan Muthukrishnan, "An Improved Data Stream Summary: The Count-min Sketch and its Applications," Journal of Algorithms 55.1, 2005. See also Cormode, Graham, and Shan Muthukrishnan, "An Improved Data Stream Summary: The Count-min Sketch and its Applications," Latin American Symposium on Theoretical Informatics, Springer, Berlin, Heidelberg, 2004.

[19] Devroye, Luc, "A Limit Theory for Random Skip Lists," The Annals of Applied Probability, 1992. See also Kirschenhofer, Peter, and Helmut Prodinger, "The Path Length of Random Skip Lists," Acta Informatica 31.8, 1994; Pugh, William, "Skip Lists: A Probabilistic Alternative to Balanced Trees," Workshop on Algorithms and Data Structures, 1989.

[20] Broder, Andrei Z., "On the Resemblance and Containment of Documents," Proceedings. Compression and Complexity of SEQUENCES, IEEE, 1997. See also Broder, Andrei Z., Moses Charikar, Alan M. Frieze, and Michael Mitzenmacher, "Min-wise Independent Permutations," Proceedings of the Thirtieth Annual ACM Symposium on Theory of Computing, 1998.

version of a known size could be more readily stored in any other data structure. Universally unique identifiers (UUIDs) are a widely-adopted technique for creating a unique identifier based on a hash function. "The algorithm for generating a UUID from a name and a name space are as follows: […] Choose either MD5 […] or SHA-1 […] as the hash algorithm."[21]

25.     I am unclear from Kove's construction whether none, some, or all these examples would fall within the claim. By contrast, AWS's proposed construction gives a well-known technique for using hashing to organize information.

26.     Several of the examples listed in paragraph 24 would not have been known to a skilled artisan at the time of Kove's patents. Consistent hashing and min-wise hashing were both first proposed in 1997, and thus would only have been known by experts in the field, rather than by skilled artisans at that time; Bloomier filters and Count-min sketches were first proposed in 2004; UUIDs were formalized through an RFC in 2005;[22] and Blockchain was first proposed in 2008.

**B.     Relevant technical context to claim construction involving the phrase "hash table"**

27.     I also understand that there is a dispute over the construction of the phrase "hash table." I understand that AWS has proposed the following construction: "A data structure in which a hash function is applied to an input and the function result is used as an index to a table in which the desired output can be found." Kove has proposed the following construction: "A

---

[21] Leach, Paul, Michael Mealling, and Rich Salz, "A Universally Unique IDentifier (UUID) URN Namespace," Network Working Group, IETF, 2005.

[22] RFCs or "Request for Comments" are publications from the Internet Engineering Task Force, a principal standard-setting body for the Internet.

data structure that stores values in a table, where values are stored and retrieved based on the output of a hash function."

28.     The specification recites: "The appropriate NDTP server is selected from the table in the NDTP_RDR_RSP message by applying a well-known function to the identifier string and using the function result as an index into the NDTP server table."[23]  This conforms to AWS's construction of "hash table."

29.     The type of table described in the specification reflects the standard technical definition of a hash table.  Hash tables are clearly defined in introductory and other textbooks, and these definitions conform to AWS's construction.  These definitions include:

a.     "The novel concept for a hash table is the use of a hash function to map general keys to corresponding indices in a table. Ideally, keys will be well distributed in the range from 0 to N−1 by a hash function."[24]

b.     "When the set K of keys stored in a dictionary is much smaller than the universe U of all possible keys, a hash table requires much less storage than a direct address table. […] With direct addressing, an element with key k is stored in slot k. With hashing, this element is stored in slot h(k); that is, we use a hash function h to compute the slot from the key k. Here, h maps the universe U of keys into the slots of a hash table T [0..m-1]."[25]  (Note here the "slot" is the term used for an index.)

[23] US 7,814,170 Patent col. 15 l. 12-15.
[24] Goodrich, Michael T., et al., "Data Structures and Algorithms in Java, Sixth Edition," John Wiley & Sons, 2014, p. 410.
[25] Cormen, Thomas H., et al., "Introduction to Algorithms, Second Edition.," MIT Press, 2001, p. 224.

c. "[W]e can use an array to implement an unordered symbol table, by interpreting the key as an array index so that we can store the value associated with key i in array entry i, ready for immediate access. […] The first part is to compute a hash function that transforms the search key into an array index."[26]

d. "Suppose we want to be able to store a set S of size up to n. We will set up an array H of size n to store the information, and use a function h : U → {0, 1, . . . , n − 1} that maps elements of U to array positions. We call such a function h a hash function, and the array H a hash table."[27] (Note here the "array position" is the term used for an index.)

e. "If we wish to have B classes, numbered 0, 1, . . . , B-1, then we use a hash function h […] In an array called the bucket table, indexed by the bucket numbers 0, 1, . . . , B-1, we have headers for B lists. The elements on the ith list are the members of the set being represented that belong to class i, that is, the elements x in the set such that h(x) = i."[28]

f. "Hash tables are a very practical way to maintain a dictionary. They exploit the fact that looking an item up in an array takes constant time once you have its index. A hash function is a mathematical function that maps keys to integers. We will use the value of our hash function as an index into an array, and store our item at that position."[29]

[26] Sedgewick, Robert, and Kevin Wayne, "Algorithms, Fourth Edition," Pearson Education, Inc., 2011, p. 458.

[27] Kleinberg, Jon, and Éva Tardos, "Algorithm Design," Pearson Education, Inc., 2006, p. 736.

[28] Aho, Alfred V., et al., "Data Structures and Algorithms. 1st ed.," Addison-Wesley Longman Publishing Co., Inc., 1983, p. 151.

[29] Skiena, Steven S., "The Algorithm Design Manual. Second Edition," Springer-Verlag London Limited, 2008, p. 89.

g.  "Hash tables are a dictionary structure of great practical importance and can be very efficient. The underlying idea is quite simple: we have a universe U and want to store a set of objects with keys from U. We also have s buckets and a function h from U to S = $\{0,...,s-1\}$. Then we store the object with key u in the h(u)th bucket."[30]  (Note here the number of the bucket is the index.)

h.  "Each item to be placed in the table has a unique key. To place it in the hash table a hash function is used, which maps the keys onto a set of integers (the hash values) that range over the table size. The function is chosen to distribute the keys fairly evenly over the table (see hashing algorithm); since it is not a unique mapping, two different keys may map onto the same integer."[31]  (Note here the integer is the index.)

30.     There are ways of creating tables that do, at one stage or another, involve the use of hashing, but would not be considered a "hash table" to a skilled artisan.  For example, consider a data structure in which an input is hashed to a fixed-sized output.  For instance, "amazon" might be hashed to "5."  Then, "5" is inserted into the table with some value associated with "5."  However, "5" is not the index to the table.  Rather, if a user wants to extract "5" and its associated value from the table, it will have to search the table some other way rather than simply hashing "amazon" to retrieve an index.   I have shown one of the many possible examples of this in Figure 4, below.  As can be seen, the hashed output of "5" is not used as an index into the table, but instead is stored under the separate index, "shopping."

---

30 Brass, Peter, "Advanced Data Structures," Cambridge University Press, 2008, p. 374.

31 Illingworth, Valerie, and Ian Pyle, "A Dictionary of Computing: Fourth Edition," Oxford: Oxford University Press, 1997, p. 221.

**Figure 4.** Example where Hash Function Output is Not the Index into the Table



31.     I cannot tell, from Kove's construction, whether Kove is deeming this type of table a "hash table."  If that is Kove's position, however, such a construction of "hash table" diverges from the standard technical definition of a hash table, which involves the use of the output of the hash function as an index into a table.  In addition, the specification does not describe this alternative type of table.

I declare, under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated:   October 13, 2020

Professor Michael Mitzenmacher

**APPENDIX A – PROFESSIONAL QUALIFICATIONS**

Documents enclosed within this Appendix include the following:

1. My most up-to-date curriculum vitae.
2. The details of my testimony during the past five years.

# Michael Mitzenmacher

michaelm@eecs.harvard.edu
33 Cary Avenue, Lexington MA 02421
617-496-7172

| | |
|---|---|
| **Research Interests** | Design and Analysis of Algorithms; Networks and Data Transmission; Information Theory. |
| **Education** | UNIVERSITY OF CALIFORNIA AT BERKELEY, Berkeley, CA<br>Ph.D. in Computer Science awarded December, 1996.<br>Dissertation: **The Power of Two Choices in Randomized Load Balancing.**<br>Advisor: Alistair Sinclair. GPA: 4.0/4.0<br><br>CAMBRIDGE UNIVERSITY, Cambridge, England<br>Attended as one of ten recipients of the Churchill Fellowship.<br>Cambridge C.A.S. in Mathematics with highest distinction awarded June 1992.<br><br>HARVARD COLLEGE, Cambridge, MA<br>B.A. in Mathematics with Computer Science, summa cum laude, awarded June 1991. |
| **Employment** | HARVARD UNIVERSITY, Cambridge, MA *Spring 1999-present*<br>**Assistant professor** (from Jan. 1999 -July 2002), **Associate professor** (from July 2002-January 2005), **Professor** (from Jan. 2005-present), **Area Dean for Computer Science** (from July 2010-June 2013), **Area Co-Chair for Computer Science** (from July 2018-June 2019).<br><br>Teach undergraduate courses including "Introduction to algorithms and data structures" and graduate courses covering topics in randomized algorithms, algorithms for networks, compression, coding, cryptography, and information retrieval.<br><br>DIGITAL SYSTEMS RESEARCH CENTER, Palo Alto, CA *Fall 1996-Winter 1998*<br>**Research scientist.** Projects included work on information retrieval on the Web, erasure codes, error-correcting codes, on-line algorithms, and load balancing. Co-inventor for twelve submitted patents.<br><br>SANTA CLARA UNIVERSITY, Santa Clara, CA *Spring 1997*<br>**Guest professor** for the undergraduate class "Introduction to Algorithms."<br><br>**Consultant:** I consult on intellectual property issues as an expert witness and in other capacities. As an expert witness, I have testified in multiple trials. I have also consulted for several technology companies and research laboratories, including Adverplex (Cogolabs), Akamai, AT&T, Digital Fountain, eHarmony, Fluent Mobile (Fiksu), Google, Huawei, ITA Software, JobSync, Microsoft, Mitsubishi Research Laboratories, and Yahoo. |
| **Funding** | NSF CCF-1563710: CIF: NeTS: Medium: Collaborative Research: Unifying Data Synchronization. co-PIs: David Starobinksi, Ari Trachtenberg. Total grant: $400,000. 7/16-6/20.<br><br>NSF CCF-1535705: AitF: FULL: Collaborative Research: Better Hashing for Applications: From Nuts & Bolts to Asymptotics. co-PIs: David Andersen. Total grant: $250,000. 9/15-8/19.<br><br>NSF CCF-1320231: AF: Small: Data Synchronization : Theory, Algorithms, and Practice PI: Michael Mitzenmacher. Total grant: $399,370. 9/13-8/16. |

NSF CNS-1228598: TWC: Medium: Collaborative: Privacy-Preserving Distributed Storage and Computation. PI: Michael Goodrich. co-PIs: Michael Mitzenmacher, Roberto Tamassia. Total grant: $400,000. 8/12-8/16.

NSF IIS-0964473: HCC: Medium: Collaborative Research: Data-Parallel Hash Tables: Theory, Practice and Applications. PI: Michael Mitzenmacher, co-PI: Nina Amenta. Total grant: $171,095. 8/10-7/13.

NSF CCF-0915922: AF : Small : The Theory and Practice of Hash-Based Algorithms and Data Structures. PI: Michael Mitzenmacher. Total grant: $441,956. 8/09-7/12.

NSF CNS-0721491: NeTS FIND: A Network-Wide Hashing Infrastructure for Monitoring and Measurement. PI: Michael Mitzenmacher. Total grant: $330,000. 9/07-8/10.

NSF CCF-0634923: Towards a Basic Understanding of Channels with Synchronization Errors. PI: Michael Mitzenmacher. Total grant: $200,000. 9/06-8/09.

NSF CCR-0121154: ITR/SY Algorithmic Issues in Large Scale Dynamic Networks. PI: Eli Upfal, Brown. Subcontract to Harvard. Total grant: $502,000. 9/01-8/06.

NSF CCR-0118701: Low Density Parity Check Codes for Channels with Memory. PI: Michael Mitzenmacher, co-PI: Alek Kavcic. Total grant: $510,000. 9/01-8/04.

NSF CCR-9983832: Dynamic Processes and Network Algorithms (CAREER). $200,000. 7/00-6/04.

Dean's Competitive Fund for Promising Scholarship. 2018. $49,333.

Google University Research Program. 8/13-8/14. PIs: Eddie Kohler and Michael Mitzenmacher $56,000.

Google University Research Program. 12/11-12/12. $25,000.

Yahoo! University Research Program. 7/11-6/12. $10,000.

Google University Research Program. 12/09-12/10. $60,000.

Yahoo! University Research Program. 9/09-8/10. $10,000.

Google University Research Program. 8/08-7/09. $75,000.

Yahoo! University Research Program. 9/07-8/08. $25,000.

Yahoo! University Research Program. 9/06-8/07. $50,000.

Cisco University Research Program. 8/08-7/09. $80,000.

Cisco University Research Program. 8/07-7/08. $83,000.

Cisco University Research Program. 8/06-7/07. $80,000.

Cisco University Research Program. 8/05-7/06. $72,000.

Alfred P. Sloan Research Fellowship. $40,000. Awarded in 2000.

IBM Faculty Research Grant. $10,000 Awarded in 2005.

IBM Faculty Research Grant. $10,000 Awarded in 2003.

Mitsubishi Electronic Research Laboratory. $10,000 for undergraduate research projects. Awarded in 2002.

**Honors**

IEEE Fellow (2020)
IEEE Senior Member (2018)
ACM Fellow (2014)
ACM Symposium on Parallelism in Algorithms and Architectures Best Paper Award (2014)
World Wide Web Conference Best Paper Award (2014)
Royal Academy of Engineering Distinguished Visiting Fellowship (2010)
ACM SIGCOMM Test of Time Paper Award (2009)
IEEE Information Theory Society Best Paper Award (2002)
Alfred P. Sloan Research Fellowship (2000)
Sakrison Award (for Ph.D. thesis at Berkeley) (1997)
NDSEG Graduate Fellowship (1992-95)
NSF Graduate Fellowship Winner (1991)
Churchill Fellowship (1991-92)
Hoopes Prize (for senior thesis at Harvard) (1991)
Phi Beta Kappa (1990)
Harvard Distinction in Teaching Award (1990)
Goldwater Fellowship (1989-91)

**Professional Activities**

Editorships and Boards:
Advisory Board, Hariri Institute at Boston University (2018-present)
Editorial Board, Leibniz International Proceedings in Informatics (2009-2019)
Editorial Board, Communications of the ACM (2013-2018)
Science Board, Santa Fe Institute (2013-present)
Guest Editor, SIAM Journal of Computing special issue for STOC 2009
SIAM Journal on Computing, Editor (2006-2010)
Internet Mathematics, Managing Editor
Guest Editor, Theory of Computing System special issue for SPAA 2002
Journal of Interconnection Networks, Editor

Organizing Committees:
SIGACT Chair (2015-2018)
EADS Summer School on Hashing: Theory and Applications (2014)
ICERM Workshop on Stochastic Graph Models (2014)
WAW 2013 Organizing Committee
SIGACT Vice-Chair (2009-2012)
General Chair, STOC (2010)
Workshop on Randomized Algorithms and Random Graphs (2010)
DARPA Information Science and Technology Study Groups (2007-2008)
SIGACT Committee for the Advancement of Theoretical Computer Science (2005-2008)
MSRI Workshop on Models of Real-World Random Networks (2005)
FOCS 2003 Local Arrangements Chair
Second Workshop on Randomized Algorithms and Random Graphs (2003)
Workshop on Algorithms and Models for the Web Graph (2002)

First Workshop on Randomized Algorithms and Random Graphs (2002)
DIMACS Workshop on Quality of Service Issues in the Internet (2001)
BU/NSF Workshop on Internet Measurement, Instrumentation, and Characterization (1999)
FOCS 1998 Local Arrangements Chair

Program Committees:
APoCS 2021 Program Committee
ACM CoNEXT 2020 Program Committee
NeurIPS 2020 Program Committee
ICML 2020 Program Committee
APoCS 2020 Program Committee
NeurIPS 2019 Program Committee
SIGCOMM 2019 Program Committee
SOSA 2019 Program Committee (Co-Chair)
ACM CoNEXT 2018 Program Committee
ANALCO 2018 Program Committee
SIGCOMM 2017 Program Committee
NSDI 2017 Program Committee
ACM CoNEXT 2016 Program Committee
SIGCOMM 2016 Program Committee
ALENEX 2016 Program Committee (Co-Chair)
ICALP 2016 Program Committee (Track C PC Chair)
ACM CoNEXT 2015 Program Committee
ICALP 2015 Program Committee
ITCS 2015 Program Committee
SIGCOMM 2014 Program Committee
ACM CoNEXT 2014 Program Committee
WSDM 2014 Senior Program Committee
WAW 2013 Program Committee (Co-Chair)
STOC 2013 Executive Committee
WSDM 2013 Senior Program Committee
SIGCOMM 2012 Program Committee
ISIT 2012 Program Committee
NSDI 2012 Program Committee
WAW 2011 Program Committee
ACM CoNEXT 2010 Program Committee
SIGCOMM 2010 Program Committee
NSDI 2010 Program Committee
FUN 2010 Program Committee
LATIN 2010 Program Committee
NetSciCom 2009 Program Committee
SIGCOMM 2009 Program Committee
STOC 2009 Program Committee (PC Chair)
NSDI 2009 Program Committee
ICALP 2008 Program Committee
SPAA 2008 Program Committee
WAW 2007 Program Committee
Analysis of Algorithms 2007 Program Committee
ANALCO 2007 Program Committee
ICALP 2007 Program Committee
RANDOM 2007 Program Committee

NCA 2006 Program Committee
STOC 2006 Program Committee
PODC 2005 Program Committee
ANALCO 2005 Program Committee
PODC 2004 Program Committee
SIGCOMM 2004 Program Committee
IPTPS 2004 Program Committee
Data Compression Conference 2004 Program Committee
ESA 2004 Program Committee
WAW 2003 Program Committee
FOCS 2003 Program Committee
Data Compression Conference 2003 Program Committee
ESA 2002 Program Committee
PODC 2002 Program Committee
SPAA 2002 Program Committee
STOC 2002 Program Committee
Data Compression Conference 2002 Program Committee
ALENEX 2002 Program Committee
HiPC 2001 Program Committee
ISAAC 2000 Program Committee
RANDOM 2000 Program Committee
STACS 2000 Program Committee
FOCS 99 Program Committee
RANDOM 98 Program Committee

Reviewer for several conferences, journals, and grant panels.

**Books**

*Probability and Computing: Randomized Algorithms and Probabilistic Analysis,* by Michael Mitzenmacher and Eli Upfal. Published by Cambridge University Press in 2005. (2nd edition available in 2017.) This is a textbook meant for an advanced undergraduate or beginning graduate class. The textbook has been used in courses at Brown, Harvard, U. C. Berkeley, Univ. of Victoria, Tufts, Univ. of Mass. at Amherst, Purdue, U. Penn., and several other universities.

**Conference and Journal Publications**

"Optimal Learning of Joint Alignments with a Faulty Oracle," with K. Larsen and C. Tsourakakis. To appear in *Proceedings of ISIT 2020*.

"PINT: Probabilistic In-band Network Telemetry," with R. Basat, S. Ramanathan, Y. Li, G. Antichi, and M. Yu. In *Proceedings of ACM SIGCOMM*, pp. 662-680, 2020.

"Dynamic Algorithms for LIS and Distance to Monotonicity," with S. Seddighin. In *Proceedings of the 52nd Annual Symposium on Theory of Computing*, pp. 671-684, 2020.

"Clustering with a Faulty Oracle," with K. Larsen and C. Tsourakakis. In *Proceedings of the Web Conference*, pp. 2831-2834, 2020.

"Prophets, Secretaries, and Maximizing the Probability of Choosing the Best," with H. Esfandiari, M. Hajiaghayi, and B. Lucier. In *Proceedings of the 23rd International Conference on Artificial Intelligence and Statistics*, pp. 3717-3727, 2020.

"Faster and More Accurate Measurement through Additive-Error Counters," with R. Basat, G. Einziger, and S. Vargaftik. In *Proceedings of IEEE INFOCOM*, pp. 1251-1260, 2020.

"Scheduling with Predictions and the Price of Misprediction." In *Proceedings of 11th Innovations in Theoretical Computer Science Conference*, 14:1-14:18, 2020.

"Equitability, Interval Estimation, and Statistical Power," with Y. Reshef, D. Reshef, and P. Sabeti. *Statistical Science*, (35)2:202-217, 2020.

"A Digital Fountain Retrospective," with J. Byers and M. Luby. *ACM SIGCOMM Computer Communication Review*, 49(5), pp. 82-85, 2019.

"Robust Set Reconciliation via Locality Sensitive Hashing," with T. Morgan. In *Proceedings of the 38th Symposium on Principles of Database Systems*, pp. 164-181, 2019.

"Online Pandora's Boxes and Bandits," with H. Esfandiari, M. Hajiaghayi, and B. Lucier. In *Proceedings of the 33rd AAAI Conference on Artificial Intelligence*, pp. 1885-1892, 2019.

"Arithmetic Progression Hypergraphs: Examining the Second Moment Method." In *Proceedings of ANALCO*, pp. 127-134, 2019.

"A Bayesian Nonparametric View on Count-Min Sketch," with R. Adams and D. Cai. In *Proceedings of the 31st Conference on Neural Information Processing Systems*, pp. 8782-8791, 2018.

"A Model for Learned Bloom Filters and Optimizing by Sandwiching." In *Proceedings of the 31st Conference on Neural Information Processing Systems*, pp. 462-471, 2018.

"Metric Sublinear Algorithms via Linear Sampling," with H. Esfandiari. In *Proceedings of the 59th Annual IEEE Symposium on Foundations of Computer Science*, pp. 11-22, 2018.

"EMOMA: Exact Match in One Memory Access," with S. Pontarelli and P. Reviriego. *IEEE Transactions on Knowledge and Data Engineering*, 30(11):2120-2133, 2018.

"Weightless: Lossy Weight Encoding for Deep Neural Network Compression," with B. Reagen, U. Gupta, R. Adolf, A. Rush, G. Wei, and D. Brooks. In *Proceedings of the 35th International Conference on Machine Learning*, pp. 4321-4330, 2018.

"Load Thresholds for Cuckoo Hashing with Double Hashing," with K. Panagiotou and S. Walzer. In *Proceedings of the 16th Scandinavian Symposium and Workshops on Algorithm Theory*, pp. 29:1-29:9, 2018.

"Joint Alignment From Pairwise Differences with a Noisy Oracle," with C. Tsourakakis. In *Proceedings of the 15th Workshop on Algorithms and Models for the Web Graph*, pp. 59-69, 2018.

"Reconciling Graphs and Sets of Sets," with T. Morgan. In *Proceedings of the 37th Symposium on Principles of Database Systems*, pp. 33-47, 2018.

"Simulated Annealing for JPEG Quantization," with M. Hopkins and S. Wagner-Carena. In *Proceedings of the 2018 IEEE Data Compression Conference*, p. 414.

"Adaptive Cuckoo Filters," with S. Pontarelli and P. Reviriego. In *Proceedings of the ALENEX Conference*, pp. 36-47, 2018. Journal version: *ACM Journal of Experimental Algorithmics*, Article 1.1, March 2020.

"An Empirical Comparison of the Maximal and Total Information Coefficients to Leading Measures of Dependence," with D. Reshef, Y. Reshef, and P. Sabeti. *Annals of Applied Statistics*, 12(1):123-155, 2018.

"Simple Multi-Party Set Reconciliation," with R. Pagh. *Distributed Computing* 31(6):441-453, 2018.

"Technical Perspective: Building a Better Hash Function." *Communications of the ACM*, 60(7), p. 93, 2017.

"Compresso: Efficient Compression of Segmentation Data For Connectomics," with D. Haehn, F. Lekschas, B. Matejek, and H. Pfister. In *Proceedings of the 20th International Conference on Medical Image Computing and Computer Assisted Intervention*, pp. 781-788, 2017.

"Auditable Data Structures," with M. Goodrich, E. Kornaropoulos, and R. Tamassia. In *Proceedings of the European Symposium on Security and Privacy*, pp. 285-300, 2017.

"2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," with D. Eppstein, M. Goodrich, and M. Torres. In *Proceedings of the 36th Symposium on Principles of Database Systems*, pp. 247-260, 2017.

"Scalable motif-aware graph clustering," with C. Tsourakakis and J. Pachocki. In *Proceedings of the 26th International Conference on the World Wide Web*, pp. 1451-1460, 2017.

"Measuring Dependence Powerfully and Equitably," with Y. Reshef, D. Reshef, H. Finucane, and P. Sabeti. *Journal of Machine Learning Research*, 17(212):1-63, 2016.

"Quantized Random Projections and Non-Linear Estimation of Cosine Similarity," with P. Li and M. Slawski. In *Advances In Neural Information Processing Systems 29*, pp.2748-2756, 2016.

"Analyzing Distributed Join-Idle-Queue: A Fluid Limit Approach." In *Proceedings of the 54th Annual Allerton Conference on Communication, Control, and Computing*, pp. 312-318, 2016.

"Hardness of Peeling with Stashes," with V. Nathan. *Information Processing Letters*, 116(11), pp. 682-688, 2016.

"More Practical and Secure History-Independent Hash Tables," with M. Goodrich, E. Kornaropoulos, and R. Tamassia. In *European Symposium on Research in Computer Security*, pp. 20-38, 2016.

"Models and Algorithms for Graph Watermarking," with D. Eppstein, M. Goodrich, J. Lam, N. Mamano, and M. Torres. In *Proceedings of the Information Security Conference*, pp. 283-301, 2016.

"Better Bounds for Coalescing-Branching Random Walks on Graphs," with R. Rajaraman and S. Roche. In *Proceedings of the 28th ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, pp. 313-323, 2016. Journal version: *ACM Transactions on Parallel Computing*, 5(1), 2:1-2:23, 2018.

"OMASS: One Memory Access Set Separation," with S. Pontarelli and P. Reviriego. *IEEE Transactions on Knowledge and Data Engineering*, 28(7):1940-1943, 2016.

"Voronoi Choice Games", with M. Boppana, R. Hod, and T. Morgan. In *Proceedings of 43rd International Colloquium on Automata, Languages, and Programming*, 23:1-23:13, 2016.

"Space Lower Bounds for Itemset Frequency Sketches," with E. Liberty, J. Thaler, and J. Ullman. In *Proceedings of the 35th Symposium on Principles of Database Systems*, pp. 441-454, 2016.

"Technical Perspective: Catching Lies (and Mistakes) in Offloaded Computation," with J. Thaler. *Communications of the ACM*, 59(2), p. 102, 2016.

"A New Approach to Analyzing Robin Hood Hashing." In *Proceedings of ANALCO*, pp. 10-24, 2016.

"More Analysis of Double Hashing for Balanced Allocations." In *Proceedings of ANALCO*, pp. 1-9, 2016.

"Theory Without Experiments: Have We Gone Too Far?" *Communications of the ACM*, 58(9), pp. 40-42, 2015.

"Scaling Up Clustered Network Appliances with XBricks," with D. Zhou, B. Fan, H. Lim, R. Wang, M. Kaminsky, D. Andersen, and A. Singh. In *Proceedings of ACM SIGCOMM*, 2015.

"Scalable Large Near-Clique Detection in Large-Scale Networks via Sampling," with J. Pachocki, R. Peng, C. Tsourakakis, and S. Chen Xu. In *Proceedings of the 21st ACM SIGKDD Conference on Knowledge Discovery and Data Mining*, 2015.

"Repeated Deletion Channels," with B. Haeupler. In *Proceedings of the IEEE Information Theory Workshop*, pp. 152-156, 2014.

"Multi-Party Set Reconciliation Using Characteristic Polynomials," with A. Boral. In *Proceedings of the 52nd Annual Allerton Conference on Communication, Control, and Computing*, pp. 1182-1187, 2014.

"Cleaning Up the Record on the Maximal Information Coefficent and Equitability," with D. Reshef, Y. Reshef, and P. Sabeti. *Proceedings of the National Academy of Sciences* 111(33):E3362-3, 2014.

"Cuckoo Filter: Practically Better than Bloom," with B. Fan, D.G. Andersen, and M. Kaminsky. In *Proceedings of the 10th International Conference on Emerging Networks Experiments and Technologies (CoNEXT)*, pp. 75-88, 2014.

"Coding for Random Projections," with P. Li and A. Shrivastava. In *Proceedings of the 31st International Conference on Machine Learning (ICML)*, pp. 676–684, 2014.

"Balanced Allocations and Double Hashing." In *Proceedings of the 26th ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, pp. 331-342, 2014.

"Parallel Peeling Algorithms," with J. Jiang and J. Thaler. In *Proceedings of the 26th ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, pp. 319-330, 2014. Journal version: *ACM Transactions on Parallel Computing*, 3(1), 7, 2016.

"Wear Minimization for Cuckoo Hashing: How Not to Throw a Lot of Eggs into One Basket", with D. Eppstein, M. Goodrich, and P. Pszona. In *Proceedings of the 13th International Symposium on Experimental Algorithms*, pp. 162-173, 2014.

"Efficient Estimation for High Similarities using Odd Sketches," with R. Pagh and N. Pham. In *Proceedings of the 23rd International Conference on the World Wide Web*, pp. 109-118, 2014.

"Improving the Performance of Invertible Bloom Lookup Tables," with S. Pontarelli and P. Reviriego. *Information Processing Letters*, 114(4), pp. 185-191, 2014.

"Special Section on the Forty-First Annual ACM Symposium on Theory of Computing (STOC 2009)," with N. Immorlica, J. Katz, R. Servedio, and C. Umans. *SIAM Journal on Computing*, 41(6):1591-1592, 2012.

"The Daily Deals Marketplace: Empirical Observations and Managerial Implications," with J. Byers and G. Zervas. *AC SIGecom Exchanges*, 11(2):29-31, 2012.

"Peeling Arguments and Double Hashing," with J. Thaler. In *Proceedings of the 50th Annual Allerton Conference on Communication, Control, and Computing*, pp. 1118-1125, 2012.

"The Complexity of Object Reconciliation, and Open Problems Related to Set Difference and Coding," with G. Varghese. In *Proceedings of the 50th Annual Allerton Conference on Communication, Control, and Computing*, pp. 1126-1132, 2012.

"Cache-Oblivious Dictionaries and Multimaps with Negligible Failure Probability," with M. Goodrich, D. Hirschberg, and J. Thaler. In *Proceedings of the First Mediterranean Conference on Algorithms*, pp. 203-218, 2012.

"An Economic Analysis of User-Privacy Options in Ad-Supported Services," with J. Feigenbaum and G. Zervas. In *Proceedings of the 8th Workshop on Internet and Network Economics*, pp. 30-43, 2012.

"Verifiable Computation with Massively Parallel Interactive Proofs," with H. Pfister, M. Roberts, and J. Thaler. In *Proceedings of the USENIX HotCloud Workshop, 2012*.

"Biff (Bloom Filter) Codes: Fast Error Correction for Large Data Sets," with G. Varghese. In *Proceedings of the International Symposium on Information Theory*, pp. 483-487, 2012.

"Continuous Time Channels with Interference," with I. Ivan, J. Thaler, and H. Yuen. In *Proceedings of the International Symposium on Information Theory*, pp. 860-864, 2012.

"The Groupon Effect on Yelp Ratings: a Root Cause Analysis," with J. Byers and G. Zervas. In *Proceedings of the ACM Conference on Electronic Commerce*, pp. 248-265, 2012.

"Anonymous Card Shuffling and Its Applications to Parallel Mixnets," with M. Goodrich. In *Proceedings of 39th International Colloquium on Automata, Languages, and Programming*, pp. 549-560, 2012.

"Chernoff-Hoeffding Bounds for Markov Chains: Generalized and Simplified," with K. Chung, H. Lam, and Z. Liu. In *Proceedings of the 29th International Symposium on Theoretical Aspects of Computer Science*, pp. 124-135, 2012.

"Practical oblivious storage," with M. Goodrich, O. Ohrimenko and R. Tamassia. In *Proceedings of the Second ACM Conference on Data and Application Security and Privacy*, pp. 13-24, 2012.

"Hierarchical Heavy Hitters with the Space Saving Algorithm," T. Steinke and J. Thaler. In *Proceedings of 2012 Meeting on Algorithm Engineering and Experiments*, pp. 160-174.

"Daily Deals: Prediction, Social Diffusion, and Reputational Ramifications," with J. Byers and G. Zervas. In *Proceedings of the 5th International Conference on Web Search and Web Data Mining*, pp. 543-552, 2012.

"Practical Verified Computation with Streaming Interactive Proofs," with G. Cormode and J. Thaler. In *Proceedings of Innovations in Theoretical Computer Science*, pp. 90-112, 2012.

"Information Dissemination via Random Walks in $d$-Dimensional Space," with H. Lam, Z. Liu, X. Sun, and Y. Wang. In *Proceedings of the 23rd Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 1612-1622, 2012.

"Privacy-Preserving Group Data Access via Stateless Oblivious RAM Simulation," with M.Goodrich, M. Mitzenmacher, and R. Tamassia. In *Proceedings of the 23rd Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 157-167, 2012.

"An Efficient Rigorous Approach for Identifying Statistically Significant Frequent Item-sets," with A. Kirsch, A. Pietracaprina, G. Pucci, E. Upfal, and F. Vandin. *Journal of the ACM*, 59(3), 2012.

"Detecting Novel Associations in Large Datasets," with D. Reshef, Y. Reshef, H. Finucane, S. Grossman, G. McVean, P. Turnbaugh, E. Lander, and P. Sabeti. *Science*, Vol. 3004, No. 6602, pp. 1518-1524, December 2011.

"External-Memory Multimaps," with E. Angelino, M. Goodrich, and J. Thaler. In *Proceedings of the 22nd International Symposium on Algorithms and Computation*, pp. 384-394, 2011. Journal version: *Algorithmica*, 67(1), pp. 23-48, 2013.

"Brief announcement: large-scale multimaps," with M. Goodrich. In *Proceedings of the 23rd ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, pp. 259-260, 2011.

"Oblivious RAM Simulation with Efficient Worst-Case Access Overhead," with M. Goodrich, O. Ohrimenko, and R. Tamassia. In *Proceedings of 3rd ACM Cloud Computing Workshop*, pp. 95-100.

"Invertible Bloom Lookup Tables," with M. Goodrich. In *Proceedings of the 49th Annual Allerton Conference on Communication, Control, and Computing*, pp. 792-799, 2011.

"Cuckoo Hashing with Pages," with M. Dietzfelbinger and M. Rink. In *Proceedings of the 19th Annual Europeans Symposium on Algorithms*, pp. 615-627, 2011.

"Network Coding Meets TCP: Theory and Implementation," with J.K. Sundararajan, D. Shah, M. Medard, S. Jakubczak, and J. Barros. *Proceedings of the IEEE*, 99(3), pp. 490-510, 2011.

"Privacy-Preserving Access of Outsourced Data via Oblivious RAM Simulation," with M. Goodrich. In *Proceedings of 38th International Colloquium on Automata, Languages, and Programming*, pp. 576-587, 2011.

"Graption: A Graph-based P2P Traffic Classification Framework for the Internet Backbone," with M. Iliofotou, H. Kim, M. Faloutsos, P. Pappu, and G. Varghese. *Computer Networks*, 55(8), pp. 1909-1920, 2011.

"On the Zero-Error Capacity Threshold for Deletion Channels," with I. Kash, J. Thaler, J. Ullman. In *Proceedings of the Information Theory and Applications Workshop*, pp. 1-5, 2011.

"Heapable Sequences and Subsequences," with J. Byers, B. Heeringa, and G. Zervas. In *Proceedings of ANALCO, pp. 33-44, 2011.*

"An Introduction to Human Guided Search." *ACM Crossroads*, 17(2):34-35, 2010.

"Popularity is Everything: A New Approach to Protecting Passwords from Statistical Guessing Attacks," with S. Schechter and C. Herley. In *Proceedings of the 5th Usenix Workshop on Hot Topics in Security*, pp. 1-8, 2010.

"Streaming Graph Computations with a Helpful Advisor," with G. Cormode and J. Thaler. In *Proceedings of the European Symposium on Algorithms*, pp. 231-242, 2010. Journal version: *Algorithmica*, 65(2), pp. 409-442, 2013.

"Tight Thresholds for Cuckoo Hashing via XORSAT," with M. Dietzfelbinger, A. Goerdt, A. Montanari, R. Pagh, and M. Rink. In *Proceedings of 37th International Colloquium on Automata, Languages, and Programming*, pp. 213-225, 2010.

"Local cluster aggregation models of explosive percolation," with R.M. D'Souza. *Physical Review Letters*, 14(19), p. 104-107, 2010.

"Tight Asymptotic Bounds for the Deletion Channel with Small Deletion Probabilities," with A. Kalai and M. Sudan. In *Proceedings of the International Symposium on Information Theory*, pp. 997-1001, 2010.

"An Improved Analysis of the Lossy Difference Aggregator," with H. Finucane. *Computer Communication Review*, 40(2), pp. 4-11, 2010.

"Information Asymmetries in Pay-Per-Bid Auctions: How Swoopo Makes Bank," with J. Byers and G. Zervas. In *Proceedings of the ACM Conference on Electronic Commerce*, pp. 1-12, 2010.

"Carousel: Scalable Logging for Intrusion Prevention Systems", with T. Lam and G. Varghese. In *Proceedings of NSDI 2010*, pp. 361-376.

"AMS Without 4-Wise Independence on Product Domains," with V. Braverman, K. Chung, Z. Liu, and R. Ostrovsky. In *Proceedings of the 27th International Symposium on Theoretical Aspects of Computer Science*, pp. 119-130, 2010.

"Adaptive Weighing Designs for Keyword Value Computation," with J. Byers and G. Zervas. In *Proceedings of the Third International Conference on Web Search and Web Data Mining* pp. 331-340, 2010.

"Human-guided search," with G. Klau, N. Lesh, and J. Marks. *Journal of Heuristics*, 16(3), pp. 289-310, 2010.

"Real-Time Parallel Hashing on the GPU," with D. Alcantara, A. Sharf, F. Abbasinejad, S. Sengupta, J. Owens, and N. Amenta. *ACM Transactions on Graphics*, 28(5), p. 154, 2009.

"Exploiting Dynamicity in Graph-based Traffic Analysis: Techniques and Applications," with M. Iliofotou and M. Faloutsos. In *Proceedings of ACM Co-NEXT*, pp. 241-252, 2009.

"An Analysis of Random-Walk Cuckoo Hashing," with A. Frieze and P. Mellsted. In *Proceedings of 2009 APPROX-RANDOM*, pp. 490-503, 2009. Journal version: *SIAM Journal on Computing*, 40(2), pp. 291-308, 2011.

"Some Open Questions Related to Cuckoo Hashing." In *Proceedings of the 17th Annual European Symposium on Algorithms*, pp. 1-10, 2009.

"On Compressing Social Networks,", with F. Chierichetti, R. Kumar, S. Lattanzi, A. Panconesi, and P. Raghavan. In *Proceedings of the 15th ACM SIGKDD Int'l Conference on Knowledge Discovery and Data Mining*, pp. 219-228, 2009.

"An Efficient Rigorous Approach for Identifying Statistically Significant Frequent Itemsets," with A. Kirsch, A. Pietracaprina, G. Pucci, E. Upfal, and F. Vandin. In *Proceedings of the 28th Symposium on Principles of Database Systems*, pp. 117-126, 2009.

"Using the Power of Two Choices to Improve Bloom Filters," with Steven Lumetta. *Internet Mathematics*, vol. 4. no. 1, pp. 17-33, 2009.

"Network coding meets TCP," with J. Sundararajan, D. Shah, M. Medard, and J. Barros. In *Proceedings of IEEE INFOCOM*, pp. 280-288, 2009.

"An Economically Principled Generative Model of AS Graph Connectivity," with J. Corbo, S. Jain, and D. Parkes. In *Proceedings of IEEE INFOCOM (Mini-conference), pp. 2941-2945, 2009.*

"Designing floating codes for expected performance," with H. Finucane and Z. Liu. In *Proceedings of the 46th Annual Allerton Conference on Communication, Control, and Computing*, 2008. Journal version (with F. Chierichetti, H. Finucane, and Z. Liu): *IEEE Transactions on Information Theory*, vol 56, Issue 3, pp. 968-978, 2010.

"On the performance of multiple choice hash tables with moves on deletions and inserts," with A. Kirsch. In *Proceedings of the 46th Annual Allerton Conference on Communication, Control, and Computing*, pp. 1284-1290, 2008.

"More Robust Hashing: Cuckoo Hashing with a Stash," with A. Kirsch and U. Wieder. In *Proceedings of the 16th Annual European Symposium on Algorithms*, pp. 611-622, 2008. Journal version: *SIAM Journal on Computing*, 39(4), pp. 1543-1561, 2009.

"A survey of results for deletion channels and related synchronization channels." In *Proceedings of the 2008 Scandinavian Workshop on Algorithm Theory*, pp. 1-3, 2008. Journal version: "New Results and Open Problem for Channels with Synchronization." *Probability Surveys*, 2009.

"The Power of One Move: Hashing Schemes for Hardware," with A. Kirsch. In *Proceedings of IEEE INFOCOM*, pp. 106-110, 2008. Journal version: *IEEE/ACM Transactions on Networking*, 18(6):1752-1765, 2010.

"Distributed Beamforming with Binary Signaling," with M. Johnson and K. Ramchandran. In *Proceedings of the 2008 Int'l Symposium on Information Theory (ISIT)*, pp. 890-894, 2008.

"The Hiring Problem and Lake Wobegon Strategies," with A. Broder, A. Kirsch, R. Kumar, E. Upfal, and S. Vassilvitskii. In *Proceedings of the 14th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 1184-1193, 2008. Journal version: *SIAM Journal on Computing*, 39(4), pp. 1233-1255, 2009.

"Why Simple Hash Functions Work: Exploiting the Entropy in a Data Stream," with S. Vadhan. In *Proceedings of the 14th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 746-755, 2008. Journal version: with K. Chung and S. Vadhan. *Theory of Computing*, 9, pp. 897-945-1255, 2013.

"Trace reconstruction with constant deletion probability and related results," with T. Holenstein, R. Panigrahy, and U. Wieder. In *Proceedings of the 14th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 389-398, 2008.

"Capacity bounds for sticky channels." *IEEE Transactions on Information Theory*, vol 54, Issue 1, pp. 72-77, 2008.

"Network Monitoring Using Traffic Dispersion Graphs," with M. Iliofotou, P. Pappu, G. Varghese, M. Faloutsos, and S. Singh. In *Proceedings of the 7th ACM SIGCOMM Conference on Internet Measurement*, pp. 315-320, 2007.

"HEXA: Compact Data Structures for Faster Packet Processing," with S. Kumar, J. Turner, and P. Crowley. In *Proceedings of the IEEE International Conference on Network Protocols*, pp. 246-255, 2007.

"Using a Queue to De-amortize Cuckoo Hashing in Hardware," with A. Kirsch and M. Mitzenmacher. In *Proceedings of the 45th Annual Allerton Conference on Communication, Control, and Computing*, 2007.

"Improved lower bounds for the capacity of i.i.d. deletion and duplication channels, with E. Drinea. *IEEE Transactions on Information Theory*, vol 53, Issue 8, pp. 2693-2714, 2007.

"Wired Geometric Routing," with J. Ledlie, P. Pietzuch, and M. Seltzer. In *Proceedings of the 6th International Workshop on Peer-to-Peer Systems (IPTPS)*, 2007.

"Capacity Upper Bounds for Deletion Channels," with S. Diggavi and H. Pfister. In *Proceedings of the 2007 Int'l Symposium on Information Theory (ISIT)*, pp. 1716-1720, 2007.

"Codes for Deletion and Insertion Channels with Segmented Errors," with Z. Liu. In *Proceedings of the 2007 Int'l Symposium on Information Theory (ISIT)*, pp. 846-850, 2007. Journal version: *IEEE Transactions on Information Theory*, vol 56, Issue 1, pp. 224-232, 2010.

"Towards a theory of networked computation : Executive Summary," with J. Feigenbaum. *ACM SIGACT News*, (4):22-26, 2006.

"Bloom Filters via d-Left Hashing and Dynamic Bit Reassignment," with F. Bonomi, R. Panigrahy, S. Singh, and G. Varghese. In *Proceedings of the Allerton Conference*, pp. 877-883, 2006.

"Beyond Bloom Filters: From Approximate Membership Checks to Approximate State Machines," with F. Bonomi, R. Panigrahy, S. Singh, and G. Varghese. In *Proceedings of ACM SIGCOMM*, pp. 315-326, 2006.

"An Improved Construction for Counting Bloom Filters," with F. Bonomi, R. Panigrahy, S. Singh, and G. Varghese. In *Proceedings of the European Symposium on Algorithms*, pp. 684-695, 2006.

"Less Hashing, Same Performance: Building A Better Bloom Filter," with A. Kirsch. In *Proceedings of the European Symposium on Algorithms*, pp. 456-467, 2006. Journal version: *Random Structures and Algorithms*, 33(2), pp. 187-218, 2008.

"Stochastic Shortest Paths via Quasi-Convex Maximization," with M. Brand, J. Kelner, and E. Nikolova. In *Proceedings of the European Symposium on Algorithms*, pp. 552-563, 2006.

"Polynomial Time Low-Density Parity-Check Codes with Rates Very Close to the Capacity of the $q$-ary Random Deletion Channel for Large $q$." *IEEE Transactions on Information Theory*, vol 52, Issue 12, pp. 5496-5501, 2006.

"A Simple Lower Bound for the Capacity of the Deletion Channel," with E. Drinea. *IEEE Transactions on Information Theory*, vol 52, Issue 10, pp. 4657-4660, 2006.

"On Lower Bounds for the Capacity of Deletion Channels," with E. Drinea. *IEEE Transactions on Information Theory*, vol 52, Issue 10, pp. 4648-4657, 2006.

" On the Theory and Practice of Data Recovery with Multiple Versions." In *Proceedings of the International Symposium on Information Theory*, pp. 982-986, 2006.

"Fine-Grained Layered Multicast with STAIR," with J. Byers, Gu-In Kwon, and M. Luby. *IEEE/ACM Transactions on Networking, 14:1*, pp. 81-93, 2006.

"Distance-Sensitive Bloom Filters," with A. Kirsch. In *Proceedings of the ALENEX Conference*, pp. 41-50, 2006.

"BubbleSearch: A Simple Heuristic for Improving Priority-Based Greedy Algorithms," with N. Lesh. *Information Processing Letters*, 97(4), pp. 161-169, 2006.

"Network-Aware Overlays with Network Coordinates," with P. Pietzuch, J. Ledlie, and M. Seltzer. In *Proceedings of the International Workshop on Dynamic Distributed Systems*, 2006.

"Editorial: The Future of Power Law Research." *Internet Mathematics*, vol. 2. no. 4, pp. 525-534, 2006.

"X-Tolerant Test Response Compaction," with S. Mitra, S. Lumetta, and N. Patil. *IEEE Design and Test of Computers*, vol. 22, no. 6, pp. 566-574, Nov/Dec 2005.

"Privacy preserving keyword searches on remote encrypted data," with Y.-C. Chang. In *Proceedings of the Third Intl. Conference on Applied Cryptography and Network Security*, pp. 442-455, 2005.

"Simple Summaries for Multiple Choice Hashing," with A. Kirsch. In *Proceedings of the 43rd Annual Allerton Conference on Communication, Control, and Computing*, 2005. Journal version: *IEEE/ACM Transactions on Networking*: 16(1), pp. 218-231, 2008.

"A case study in large-scale interactive optimization," with M. Chimani, N. Lesh, and C. Sidner. In *Proceedings of Artificial Intelligence and Applications 2005*, pp. 24-29.

"New heuristic and interactive approaches to 2D rectangular strip packing," with N. Lesh, A. McMahon, and J. Marks. *ACM Journal of Experimental Algorithms*, 10, 2005.

"Multidimensional Balanced Allocations," with A. Broder. In *Proceedings of the 11th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 195-196, 2005.

"Digital Fountains: A Survey and Look Forward." 2004 Information Theory Workshop.

"Improved Lower Bounds on the Capacity of I.I.D. Deletion Channels," with E. Drinea. In *Proceedings of the 42nd Annual Allerton Conference on Communication, Control, and Computing*, 2004.

"Improved Lower Bounds on the Capacity of Deletion Channels," with E. Drinea. In *Proceedings of the 2004 IEEE International Symposium on Information Theory*.

"Geometric Generalizations of the Power of Two Choices," with J. Byers and J. Considine. In *Proceedings of the 16th ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, pp. 54-63, 2004.

"Interactive Data Summarizaton: An Example Application," with N. Lesh. In *Proceedings of the 2004 Workshop on Advanced Visual Interfaces*, pp. 183-187.

"On Power Law Distributions for Monkeys Typing Randomly: The Case of Unequal Probabilities," with B. Conrad. *IEEE Transactions on Information Theory*, 50:7, pp. 1403-1414, 2004.

"Dynamic Models for File Sizes and Double Pareto Distributions." *Internet Mathematics*, 1(3):305-334, 2003.

"A Scaling Result for Explosive Processes," with R. Oliveira and J. Spencer. *Electronic Journal of Combinatorics*, 11(1), R31, 2004.

"An Exhaustive Approach to 2D Strip Packing," with N. Lesh, A. McMahon, and J. Marks. *Information Processing Letters*, 90(1), pp. 7-14, 2004.

"New Models and Methods for File Size Distributions," with B. Tworetzky. In *Proceedings of the 41st Annual Allerton Conference on Communication, Control, and Computing*, pp. 603-612, 2003.

"Capacity Approaching Signal Constellations for Channels with Memory," with A. Kavčić, and X. Ma. *IEEE Transactions on Information Theory*, 49:7, pp. 1636-1652, 2003.

"The Power Spectra of Good Codes for Partial Response Channels," with A. Kavcic and X. Ma. In *Proceedings of the 2003 IEEE International Symposium on Information Theory*, p. 45.

"Concatenated Codes for Deletion Channels," with J. Chen, C. Ng, and N. Varnica. In *Proceedings of the 2003 IEEE International Symposium on Information Theory*, p. 218.

"Verification Codes for Deletion Channels." In *Proceedings of the 2003 IEEE International Symposium on Information Theory*, p. 217.

"Estimating and Comparing Entropies Across Written Natural Languages Using PPM Compression," with F. Behr, V. Fossum, and D. Xiao. In *Proceedings of the 2003 IEEE Data Compression Conference*, p. 416.

"Simple Load Balancing for Distributed Hash Tables," with J. Byers, and J. Considine. Appears in the 2nd International Workshop on Peer-to-Peer Systems (IPTPS), pp. 80-87, 2003.

"A Complete and Effective Move Set for Simplified Protein Folding," with N. Lesh, and S. Whitesides. In *Proceedings of the 7th Annual International Conference on Research in Computational Molecular Biology*, pp 188-195, 2003.

"Network Applications of Bloom Filters: A Survey," with A. Broder. In *Proceedings of the 40th Annual Allerton Conference on Communication, Control, and Computing*, pp. 636-646, 2002. Journal version: *Internet Mathematics*, 1(4):485-509, 2003.

"Verification Codes," with M. Luby. In *Proceedings of the 40th Annual Allerton Conference on Communication, Control, and Computing*, pp. 38-47, 2002. Journal version: *IEEE Transactions on Information Theory*: 51(1), pp. 120-127, 2005.

"Balls and Bins with Memory," with B. Prabhakar and D. Shah. In *Proceedings of the 43rd Annual IEEE Symposium on Foundations of Computer Science*, pp. 799-808, 2002.

"Informed Content Delivery Across Adaptive Overlay Networks," with J. Byers, J. Considine, and S. Rost. In *Proceedings of ACM SIGCOMM '02*, available as *Computer Communications Review*, vol. 32:4, pp. 47-60, 2002. Journal version: *IEEE/ACM Transactions on Networking*, 12:5, pp. 767-780, 2004.

"Optimal Plans for Aggregation," with A. Broder. In *Proceedings of the 21st Annual ACM Symposium on Principles of Distributed Computing*, pp. 144-152, 2002.

"Human-Guided Tabu Search," with G. Klau, N. Lesh, and J. Marks. In *Proceedings of the 18th National Conference on Artificial Intelligence*, pp. 41-47, 2002.

"The HuGS Platform: A Toolkit for Interactive Optimization," with G. Klau, N. Lesh, J. Marks, and G. Schafer. In *Proceedings of the Workshop on Advanced Visual Interfaces*, pp. 324-330, 2002.

"Exact Sampling of TCP Window States," with A. Goel. In *Proceedings of IEEE INFOCOM*, pp. 259-265, 2002.

"Balls and Bins Models with Feedback," with E. Drinea and A. Frieze. In *Proceedings of the 11th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 308-315, 2002.

"A Brief History of Lognormal and Power Law Distributions." In *Proceedings of the 39th Annual Allerton Conference on Communication, Control, and Computing*, pp. 182-191, 2001. Journal version: *Internet Mathematics*, 1(2):226-251, 2003.

"Capacity Approaching Signal Constellations for Channels with Memory," with A. Kavčić, X. Ma, and N. Varnica. In *Proceedings of the 39th Annual Allerton Conference on Communication, Control, and Computing*, pp. 311-320, 2001.

"Compressed Bloom Filters." In *Proceedings of the 20th Annual ACM Symposium on Principles of Distributed Computing*, pp. 144-150, 2001. Journal version: *IEEE/ACM Transactions on Networks*, 10:5, pp. 613-620, October 2002.

"Towards More Completed Models of TCP Throughput," with R. Rajaraman. *Journal of Supercomputing*, 20(2), pp. 137-160, September 2001.

"Deriving Performance Bounds for ISI Channels Using Gallager Codes," with A. Kavčić, B. Marcus, and B. Wilson. In *Proceedings of the 2001 International Symposium on Information Theory*, p. 345, 2001.

"Toward Compressing Web Graphs," with M. Adler. In *Proceedings of the 2001 Data Compression Conference*, pp. 203-212, 2001.

"On the Hardness of Finding Multiple Preset Dictionaries." In *Proceedings of the 2001 Data Compression Conference*, pp. 411-418, 2001. Journal version: *IEEE Transactions on Information Theory*, 50:7, pp. 1536-1539, 2004.

"Fine-Grained Layered Multicast," with J. Byers and M. Luby. In *Proceedings of IEEE INFOCOM 2001*, pp. 1143-1151, 2001. Journal version: "Fine-Grained Layered Multicast with STAIR," with J. Byers, Gu-In Kwon, and M. Luby. To appear in *IEEE/ACM Transactions on Networking*.

"Using Multiple Hash Functions to Improve IP Lookups," with A. Broder. In *Proceedings of IEEE INFOCOM 2001*, pp. 1454-1463, 2001.

"Improved Results for Route Planning in Stochastic Transportation Networks," with J. Boyan. In *Proceedings of the 12th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 895-902, 2001.

"Estimating Resemblance of MIDI Documents," with S. Owen. In *Proceedings of the 3rd Workshop on Algorithm Engineering and Experiments*, available as *Lecture Notes in Computer Science 2153*, pp. 78-90, 2001.

"Linear Waste of Best Fit Bin Packing on Skewed Distributions," with Claire Kenyon. In *Proceedings of the 41st Annual IEEE Symposium on Foundations of Computer Science*, pp. 582-589, 2000. Journal version: invited to special issue of *Random Structures and Algorithms*, 20(3), pp. 441-464, 2002.

"FLID/DL: Congestion Control for Layered Multicast," with J. Byers, M. Frumin, G. Horn, M. Luby, A. Roetter, and W. Shaver. In *Proceedings of the 2nd International Workshop on Networked Group Communication (NGC 2000)*, pp. 71-81, 2000. Journal version: with J. Byers, G. Horn, M. Luby, and W. Shaver. *IEEE Journal on Selected Areas in Communications*, 20:8, pp. 1558-1570, October 2002.

"On Near-Uniform URL Sampling," with M. Henzinger, A. Heydon, and M. Najork. In *Proceedings of the Ninth International World Wide Web Conference*, pp. 295-308, 2000.

"An Extension of Path Coupling and Its Application to the Glauber Dynamics for Path Coupling," with M. Dyer, L. Goldberg, C. Greenhill, and M. Jerrum. In *Proceedings of the 11th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 616-623, 2000. Journal version: *SIAM Journal on Computing*, 30(6), pp. 1962-1975, 2001.

"Improved Classification via Connectivity Information," with A. Broder and R. Krauthgamer. In *Proceedings of the 11th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 576-585, 2000.

"The Asymptotics of Selecting the Shortest of Two, Improved," with B. Vöcking. In *Proceedings of the 37th Annual Allerton Conference on Communication, Control, and Computing*, pp. 326-327, 1999. Extended version appears as a chapter in *Analytic Methods in Applied Probability: In Memory of Fridrikh Karpelevich*, American Mathematical Society, pp. 165-176, 2002.

"Completeness and Robustness Properties of Min-Wise Independent Permutations," with A. Broder. In *Proceedings of Random '99*, available as *Lecture Notes in Computer Science 1671*, pp. 1-10, 1999. Journal version: *Random Structures and Algorithms*, 18(1), pp. 18-30, January 2001.

"Measuring Index Quality Using Random Walks on the Web," with M. Henzinger, A. Heydon, and M. Najork. In *Proceedings of the Eighth International World Wide Web Conference*, pp. 213-225, Elsevier Science, 1999.

"Analysis of Timing Based Mutual Exclusion with Random Times," with E. Gafni. In *Proceedings of the 18th Annual ACM Symposium on Principles of Distributed Computing*, pp. 13-21, 1999. Journal version: *SIAM Journal on Computing*, 31:3, pp. 816-837, 2001.

"Accessing Multiple Mirror Sites in Parallel: Using Tornado Codes to Speed Up Downloads," with J. Byers and M. Luby. In *Proceedings of the 18th Annual Joint Conference of the IEEE Computer and Communications Societies (INFOCOM '99)*, pp. 275-284, 1999.

"Unscrambling Address Lines (Abstract)," with A. Broder and L. Moll. In *Proceedings of the 10th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 870-871, 1999.

"A Derandomization Using Min-Wise Independent Permutations," with A. Broder and M. Charikar. In *Proceedings of Random '98*, available as *Lecture Notes in Computer Science 1518*, pp. 15-24, October 1998. Journal version: *Journal of Discrete Algorithms*, 1:1, pp. 11-20, 2003.

"On Balls and Bins with Deletions," with R. Cole, A. Frieze, B. M. Maggs, A. W. Richa, R. Sitaraman, and E. Upfal. In *Proceedings of Random '98*, available as *Lecture Notes in Computer Science 1518*, pp. 145-158, October 1998.

"Studying Balanced Allocations with Differential Equations." *Combinatorics, Probability, and Computing*, vol. 8, pp. 473-482, 1999.

"Delayed Information and Action in On-Line Algorithms," with S. Albers and M. Charikar. In *Proceedings of the 39th Annual IEEE Symposium on Foundations of Computer Science (FOCS-98)*, pp. 71-80, November 1998. Journal version: *Information and Computation*, 170, pp. 135-152, 2001.

"A Digital Fountain Approach to the Reliable Distribution of Bulk Data," with John Byers, Michael Luby, and Ashu Rege. In *Proceedings of ACM SIGCOMM '98*, available as *Computer Communications Review*, vol. 28:4, pp. 56-67, 1998. Journal version: *IEEE Journal on Selected Areas in Communication*, 20:8, pp. 1528-1540, October 2002.

"Analyses of Load Stealing Models Using Differential Equations." In *Proceedings of the 10th Annual ACM Symposium on Parallel Algorithms and Architectures*, pp. 212-221, 1998. Journal version: *Theory of Computing Systems*, 34:1, pp. 77-98, January 2001.

"Load Adaptive Routing on Butterfly Networks," with R. Cole, B. Maggs, F. Meyer auf der Heide, A. Richa, K. Schröder, R. Sitaraman, and B. Vöcking. In *Proceedings of the*

*30th Annual ACM Symposium on Theory of Computing (STOC-98)*, pp. 378-388, ACM Press, May 23-26, 1998.

"Min-Wise Independent Permutations," with Andrei Broder, Moses Charikar, and Alan Frieze. In *Proceedings of the 30th Annual ACM Symposium on Theory of Computing (STOC-98)*, pp. 327-336, ACM Press, May 23-26, 1998. Journal version: *Journal of Computer and System Sciences*, 60(3), pp. 630-659, 2000.

"Analysis of Low Density Codes and Improved Designs Using Irregular Graphs," with Michael Luby, Amin Shokrollahi, and Dan Spielman. In *Proceedings of the 30th Annual ACM Symposium on Theory of Computing (STOC-98)*, pp. 249-258, ACM Press, May 23-26, 1998.

"Improved Low Density Parity Check Codes Using Irregular Graphs and Belief Propagation," with Michael Luby, Amin Shokrollahi, and Dan Spielman. In *Proceedings of the 1998 International Symposium on Information Theory*. Extended version available as Compaq Systems Research Center Technical Note 1998-009. Journal version: "Improved Low Density Parity Check Codes Using Irregular Graphs," *IEEE Transactions on Information Theory*, 47(2), pp. 585-598, 2001.

"Analysis of Random Processes via And-Or Tree Evaluation," with Michael Luby and Amin Shokrollahi. In *Proceedings of the 9th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 364-373, 1998.

"Average Case Analyses of First Fit and Random Fit Bin Packing," with Susanne Albers. In *Proceedings of the 9th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 290-299, 1998. Journal version: *Random Structures and Algorithms*, 16(3), pp. 240-259, 2000.

"How Useful is Old Information?" In *Proceedings of the 16th ACM Symposium on Principles of Distributed Computing*, pp. 83-91, 1997. Journal version: *IEEE Transactions on Parallel and Distributed Systems*, 11:1, pp. 6-20, January 2000.

"Revisiting the COUNTER Algorithms for List Update," with Susanne Albers. *Inf. Proc. Letters*, 64, pp. 155-160, 1997.

"Practical Loss-Resilient Codes," with Michael Luby, Amin Shokrollahi, Dan Spielman, and Volker Stemann. In *Proceedings of the 29th ACM Symposium on the Theory of Computing*, pp. 150-159, 1997. Journal version: "Efficient Erasure Correcting Codes," with Michael Luby, Amin Shokrollahi, and Dan Spielman. *IEEE Transactions on Information Theory*, 47(2), pp 569-584, 2001.

"On the Analysis of Randomized Load Balancing Schemes." In *Proceedings of the 9th ACM Symposium on Parallel Algorithms and Architectures*, pp. 292-301, 1997. Journal version: special conference issue of *Theory of Computing Systems*, vol. 32, pp. 361-386, 1999.

"Load Balancing and Density Dependent Jump Markov Processes." In *Proceedings of the 37th Annual Symposium on Foundations of Computer Science*, pp. 213-222, 1996. Journal version: "The Power of Two Choices in Randomized Load Balancing'.' *IEEE Transactions on Parallel and Distributed Computing*, 12(10), pp. 1094-1104, 2001.

"Designing Stimulating Programming Assignments for an Algorithms Course: A Collection of Problems Based on Random Graphs." In *SIGCSE Bulletin*, 28:3, pp. 29-36, September 1996.

"Constant Time per Edge is Optimal in Rooted Tree Networks." In *Proceedings of the 8th ACM Symposium on Parallel Algorithms and Architectures*, pp. 162-169, 1996. Journal version: *Distributed Computing* vol. 10:4, 1997, pp. 189-197.

"Average Case Analyses of List Update Algorithms, with Applications to Data Compression," with Susanne Albers. In *Proceedings of the 1996 International Colloquium on Automata, Languages, and Programming*, pp. 514-525. Journal version: *Algorithmica*, vol. 21:3, 1998, pp. 312-329.

"Pattern-based Compression of Text Images," with Andrei Broder. In *1996 Data Compression Conference*, pp. 300-309.

"Parallel Randomized Load Balancing," with Micah Adler, Soumen Chakrabarti, and Lars Rasmussen. In *Proceedings of the 27th ACM Symposium on the Theory of Computing*, pp. 238-247, 1995. Journal version: *Random Structures and Algorithms*, vol. 13:2, September 1998, pp. 159-188.

"Bounds on the Greedy Routing Algorithm in Array Networks." In *Proceedings of the 6th ACM Symposium on Parallel Algorithms and Architectures*, pp. 346-353, 1994. Journal version: special conference issue of the *Journal of Computer and System Sciences* vol. 53:3, December 1996, pp. 317-327.

"Computational Complexity of Loss Networks," with Graham Louth and Frank Kelly. *Theoretical Computer Science*, vol. 125, May 1994, pp. 45-59.

**Other Publications**

"Use of popularity information to reduce risk posed by guessing attacks", with Stuart Schechter and Cormac Herley. US Patent 08959644. Issued 2/17/2015.

"Method and apparatus providing network coding based flow control", with Jay Kumar Sundararajan, Devavrat Shah, Muriel Medard, Joao Barros, and Szymon Jakubczak. US Patent 08526451. Issued 9/3/2013.

"Method and apparatus providing network coding based flow control", with Jay Kumar Sundararajan, Devavrat Shah, Muriel Medard, Joao Barros, and Szymon Jakubczak. US Patent 08130776. Issued 3/6/2012.

"Method for finding optimal paths using a stochastic network model," with Evdokia Nikolova and Matthew Brand. US Patent 07573866. Issued 8/11/2009.

"Ranking search engine results," with Monika Henzinger. US Patent 07541388. Issued 11/11/2008.

"Distributed, compressed Bloom filter Web cache server." US Patent 06920477. Issued 7/19/2005.

"Method for packing rectangular strips," with Neal Lesh and Joe Marks. US Patent 06832129. Issued 12/14/2004.

"System and method for near-uniform sampling of web page addresses," with Monika Henzinger, Allan Heydon, and Marc Najork. US Patent 06594694. Issued 7/15/2003.

"On demand encoding with a window," with Michael Luby, Gavin Horn, Jeffrey Persch, John Byers, and Armin Haken. US Patent 06486803. Issued 11/26/2002.

"Generating high weight encoding symbols using a basis," with Armin Haken, Michael Luby, Gavin Horn, Diane Hernek, and John Byers. US Patent 06411223. Issued 6/25/2002.

"Space-efficient multi-cycle barrel shifter circuit," with Laurent Moll. US Patent 06314156. Issued 11/6/2001.

"Method for determining a random permutation of variables by applying a test function," with Andrei Broder, Laurent Moll, and Mark Shand. US Patent 06292762. Issued 9/18/2001.

"Loss resilient code with double heavy tailed series of redundant layers," with Michael Luby. US Patent 06195777. Issued 2/27/2001.

"Message encoding with irregular graphing," with Michael Luby, Amin Shokrollahi, Dan Spielman, and Volker Stemann. US Patent 06163870. Issued 12/19/2000.

"Compression of grey scale images of text," with Andrei Broder. US Patent 06088309. Issued 7/11/2000.

"Irregularly graphed encoding technique," with Michael Luby, Amin Shokrollahi, Dan Spielman, and Volker Stemann. US Patent 06081909. Issued 6/27/2000.

"Loss resilient decoding technique," with Michael Luby, Amin Shokrollahi, Dan Spielman, and Volker Stemann. US Patent 06073250. Issued 6/6/2000.

"Task processing optimization in a multiprocessor system," with Andrei Broder. US Patent 05991808. Issued 11/23/1999.

"Compression protocol with multiple preset dictionaries," with Andrei Broder and Jeff Mogul. US Patent 05953503. Issued 9/14/1999.

"Some Practical Randomized Algorithms and Data Structures," with E. Upfal. Appears as a chapter in *Computing Handbook, Third Edition: Computer Science and Software Engineering*, edited by T. Gonzalez, J. Diaz-Herrera, and A. Tucker. Chapman and Hall, 2014.

"Building an Efficient Hash Table on the GPU," with D. Alcantara, V. Volkov, S. Sengupta, J. Owens, and N. Amenta. Appears as a chapter in *GPU Computing Gems: Jade Edition*, edited by Wen-mei W. Hwu. Morgan Kaufmann, 2011.

"Codes – Protecting Data Against Loss and Errors." Appears as a chapter in *Algorithms Unplugged*, edited by B. Vöcking, M. Dietzfelbinger, R. Reischuk, and H. Vollmer. Springer, 2010.

"Hash-Based Techniques for High-Speed Packet Processing", with A. Kirsch and G. Varghese. Appears as a chapter in *Algorithms for Next Generation Networks*, edited by G. Cormode and M. Thottan. Springer, 2010.

"Bloom Filters." Encyclopedia of Database Systems, 2009.

"Unbiasing Random Bits." *Dr. Dobbs Journal*, No. 335, pp. 101-104, April 2002.

"Good Hash Tables & Multiple Hash Functions." *Dr. Dobbs Journal*, No. 336, May 2002.

"Challenging Students with Creative Assignments." *SIGACT News*, 32(1):70-73, 2001.

"An Experimental Assignment on Random Processes." *SIGACT News*, 32(1):74-78, 2001.

"The Power of Two Random Choices: A Survey of Techniques and Results," with A. Richa and R. Sitaraman. Appears as a chapter in *Handbook of Randomized Computing: Volume 1*, edited by P. Pardalos, S. Rajasekaran, and J. Rolim, pp. 255-312.

"Tornado Codes for Forward Error Correction," with Michael Luby, in *Digital Forefront*.

"A Note on Low Density Parity Check Codes for Erasures and Errors." Digital SRC Technical Note 1998-017.

"Tight Thresholds for the Pure Literal Rule." Digital SRC Technical Note 1997-011.

"The Power of Two Choices in Randomized Load Balancing." Ph.D. thesis, U.C. Berkeley, August 1996.

"*Calculus: A Solution Manual,*" with others, Harcourt Brace Jovanovich, 1993.

"*Elliptic Curves in Computer Science: Primality Testing, Factoring, and Cryptography,*" senior honors thesis, Harvard University, 1991. Published as a Hoopes Prize winner.

**Conference Presentations**
"Scheduling with Predictions and the Price of Misprediction." Presented at the 11th Annual Innovations in Theoretical Computer Science Conference. January 2020.

"Learning-Augmented Algorithms: How ML Can Lead to Provably Better Algorithms." ALGO Keynote Talk, September 2019.

"Robust Set Reconciliation via Locality Sensitive Hashing." Presented at the 38th Symposium on Principles of Database Systems, July 2019.

"Arithmetic Progression Hypergraphs: Examining the Second Moment Method." Presented at the 2019 ANALCO Workshop, January 2019.

"A Model for Learned Bloom Filters and Optimizing by Sandwiching." Presented at the NeurIPS 2018 Poster Session.

"Adaptive Cuckoo Filters." Presented at the 2018 ALENEX Conference, January 2018.

"Analyzing Distributed Join-Idle-Queue: A Fluid Limit Approach." Presented at the 54th Annual Allerton Conference on Communication, Control, and Computing, October 2016.

"Voronoi Choice Games." Presented at the 2016 International Colloquium on Automata, Languages, and Programming, July 2016.

"A New Approach to Analyzing Robin Hood Hashing." Presented at the 2016 ANALCO Workshop, January 2016.

"More Analysis of Double Hashing for Balanced Allocations." Presented at the 2016 ANALCO Workshop, January 2016.

"Data exploration: equitability and the maximal information coefficient." Presented at the Workshop for Data-driven Algorithmics, September 2015.

"Multi-Party Set Reconciliation Using Characteristic Polynomials." Presented at the 2014 Allerton Conference, October 2014.

"Parallel Peeling Algorithms." Presented at the 2014 Symposium on Parallelism in Algorithms and Architectures, June 2014.

"Balanced Allocations and Double Hashing." Presented at the 2014 Symposium on Parallelism in Algorithms and Architectures, June 2014.

"Peeling Arguments and Double Hashing." Presented at the 2012 Allerton Conference, October 2012.

"The Complexity of Object Reconciliation and Open Problems Related to Set Difference and Coding." Presented at the 2012 Allerton conference, October 2012.

"The Ecology of Communication, Control, and Computing Research and Education (Panel)." Presented at the 2012 Allerton conference, October 2012.

"Peeling Arguments: Invertible Bloom Lookup Tables and Biff Codes." Presented at the 2012 Workshop on Algorithms for Modern Massive Data Sets (MMDS), July 2012.

"Invertible Bloom Lookup Tables." Presented at the 2011 Allerton conference, September 2011.

"Brief Announcement: Large-Scale Multimaps." Presented at the 2011 Symposium on Parallel Algorithms and Architectures, June 2011.

"On the Zero-Error Capacity Threshold for Deletion Channels." Presented at the 2011 ITA Workshop, February 2011.

"Some Recent Uses of Hashing for Network Applications." Presented at the 2010 Workshop on Research and Analysis of Tail Phenomena, August 2010.

"Some Recent Uses of Hashing for Network Applications." Presented at the 2010 Workshop on Random Graphs and Algorithms, June 2010.

"Tight Asymptotic Bounds for the Deletion Channel with Small Deletion Probabilities." Presented at the 2010 International Symposium on Information Theory, June 2010.

"Some Open Questions on Cuckoo Hashing." Presented at the 2009 European Symposium on Algorithms, August 2009.

"On the Performance of Multiple Choice Hash Tables with Moves on Deletions and Inserts." Presented at the 2008 Allerton conference, September 2008.

"Designing Floating Codes for Expected Performance." Presented at the 2008 Allerton conference, September 2008.

"A Survey of Results for Deletion Channels and Related Synchronization Channels.' Presented at the 11th Scandinavian Workshop on Algorithm Theory, July 2008.

"Why Simple Hash Functions Work: Exploiting the Entropy in a Data Stream." Presented at the 19th Annual ACM-SIAM Symposium on Discrete Algorithms, January 2008.

"Using a Queue to De-amortize Cuckoo Hashing in Hardware." Presented at the 2007 Allerton conference, September 2007.

"Capacity Upper Bounds for Deletion Channels." Presented at the 2007 Int'l Symposium on Information Theory (ISIT), June 2007.

"Codes for Deletion and Insertion Channels with Segmented Errors." Presented at the 2007 Int'l Symposium on Information Theory (ISIT), June 2007.

"Digital Fountains: Applications and Related Issues." Presented at the INFORMS Annual Meeting, November 2006.

"New Directions for Power Law Research." Presented at the Radcliffe Exploratory Seminar on Dynamic Networks, October 2006.

"Bloom Filters via $d$-left Hashing and Dynamic Bit Reassignment." Presented at the 2006 Allerton conference, September 2006.

"Beyond Bloom Filters: From Approximate Membership Checks to Approximate State Machines." Presented at the 2006 SIGCOMM conference, September 2006.

"An Improved Construction for Counting Bloom Filters." Presented at the European Symposium on Algorithms, September 2006.

"Building a Better Bloom Filter." Presented at the European Symposium on Algorithms, September 2006.

"On the Theory and Practice of Data Recovery with Multiple Versions." Presented at the 2006 International Symposium on Information Theory, July 2006.

"New Results for an Old Data Structure: Bloom Filters and Beyond." Presented at the 2006 Stochastic Networks conference, June 2006.

"New Results and Open Problems for Deletion Channels." Presented at ANALCO 2006, January 2006 (plenary talk).

"Digital Fountains and their Application to Informed Content Delivery over Adaptive Overlay Networks." Presented at 19th International Symposium on Distributed Computing, September 2005 (plenary talk).

"Simple Summaries for Multiple Choice Hashing." Presented at the 2005 Allerton Conference.

"New Directions in Power Law Research." MSRI Workshop on Models of Real-World Random Networks, April 2005.

"Multi-dimensional Balanced Allocations." Presented at the 16th Annual ACM-SIAM Symposium on Discrete Algorithms, January 2005.

"Digital Fountains: A Survey and Look Forward." Presented at the 2004 Information Theory Workshop. October 2004.

"Improved Lower Bounds on the Capacity of I.I.D. Deletion Channels." Presented at the 2004 Allerton Conference.

"Geometric Generalizations of the Power of Two Choices." Presented at the 16th ACM Symposium on Parallel Algorithms and Architectures, June 2004.

"New Models and Methods for File Size Distributions." Presented at the 40th Annual Allerton Conference on Communication, Control, and Computing, October 2003.

"Verification Codes for Deletion Channels." Presented at the International Symposium on Information Theory, July 2003.

"New Exhaustive, Heuristic, and Interactive Algorithms for 2-Dimensional Bin-Packing." Presented at the 2nd Annual Workshop on Random Graphs and Algorithms, June 2003.

"Network Applications of Bloom Filters: A Survey." Presented at the 40th Annual Allerton Conference on Communication, Control, and Computing, October 2002.

"Verification Codes." Presented at the 40th Annual Allerton Conference on Communication, Control, and Computing, October 2002.

"New Directions in Balls and Bins Problems." Invited talk for the 6th International Workshop on Randomization and Approximation Methods in Computer Science. September 2002.

"Optimal Plans for Aggregation." Presented at the 21st Annual ACM Symposium on Principles of Distributed Computing, July 2002.

"How to Get Across Town by Bus." Presented at the INFORMS Annual Meeting, November 2001.

"A Brief History of Lognormal and Power Law Distributions." Presented at the 39th Annual Allerton Conference on Communication, Control, and Computing, October 2001.

"Compressed Bloom Filters." Presented at the 20th Annual ACM Symposium on Principles of Distributed Computing, August 2001.

"How Useful Is Old Information?" Presented at the INFORMS Applied Probability Conference, July 2001.

"Using Multiple Hash Functions to Improve IP Lookups." Presented at the INFOCOM, April 2001.

"On the Hardness of Finding Multiple Preset Dictionaries." Presented at the 2001 Data Compression Conference, March 2001.

"Improved Results for Route Planning in Stochastic Transportation Networks." Presented at the 12th Annual ACM-SIAM Symposium on Discrete Algorithms, January 2001.

"Estimating Resemblance of MIDI Documents." Presented at the 3rd Workshop on Algorithm Engineering and Experiments, January 2001.

"Linear Waste of Best Fit Bin Packing on Skewed Distributions." Presented at the 41st Annual IEEE Symposium on Foundations of Computer Science, November 2000.

"Improved Classification via Connectivity Information." Presented at the 11th Annual ACM Symposium on Discrete Algorithms, January 2000.

"The Asymptotics of Selecting the Shortest of Two, Improved." Presented at the 37th Annual Allerton Conference on Communication, Control, and Computing, August 1999.

"Analysis of Timing Based Mutual Exclusion with Random Times." Presented at the 18th Annual ACM Symposium on Principles of Distributed Computing, May 1999.

"Accessing Multiple Mirror Sites in Parallel: Using Tornado Codes to Speed Up Downloads." Presented at INFOCOM '99, March 1999.

"Delayed Information and Action in On-Line Algorithms." Presented at the 39th Annual IEEE Symposium on Foundations of Computer Science, November 1998.

"A Derandomization Using Min-Wise Independent Permutations." Presented at Random '98, October 1998.

"On Balls and Bins with Deletions." Presented at Random '98, October 1998.

"The Power of Two Choices and Other Examples of Using Differential Equations to Analyze Algorithms." Invited presentation at the Warwick Randomized Algorithms and Stochastic Simulation Tutorial and Workshop. July 1988.

"Analysis of Low Density Codes and Improved Designs Using Irregular Graphs." Presented at the 30th Annual ACM Symposium on Theory of Computing, May 1998.

"Average Case Analyses of First Fit and Random Fit Bin Packing." Presented at the 9th Annual ACM Symposium on Discrete Algorithms, January 1998.

"How Useful Is Old Information?" Presented at the 16th Annual ACM Symposium on Principle of Distributed Computing, August 1997.

"On the Analysis of Randomized Load Balancing Schemes." Presented at the 9th ACM Symposium on Parallel Algorithms and Architectures, Newport, Rhode Island, June 1997.

"Load Balancing and Density Dependent Jump Markov Processes." Presented at the 37th Annual Symposium on Foundations of Computer Science, Burlington, Vermont, October 1996.

"Constant Time per Edge is Optimal in Rooted Tree Networks." Presented at the 8th ACM Symposium on Parallel Algorithms and Architectures, Padua, Italy, June 1996.

"GRID: Pattern-based Compression of Text Images." Presented at the 1996 Data Compression Conference, Snowbird, Utah, April 1996.

"Parallel Randomized Load Balancing." Presented at the 27th ACM Symposium on the Theory of Computing, Las Vegas, Nevada, May 1995. Extended version presented at the Bay Area Theory Seminar, July 1995.

"Bounds on the Greedy Routing Algorithm on Array Networks." Presented at the 6th ACM Symposium on Parallel Algorithms and Architectures, Cape May, New Jersey, June 1994.

**Other Presentations**

"Algorithms with Predictions." Open Data Science Conference East 2020.

"Learning-Augmented Algorithms: How ML Can Lead to Provably Better Algorithms." Rice University. 2019.

"Metric Sublinear Algorithms via Linear Sampling." Sublinear Algorithms Workshop (MIT), Baidu Research. 2018.

"Bloom Filters, Cuckoo Hashing, Cuckoo Filters, and Adaptive Cuckoo Filters." Northeastern University, Univ. of Illinois at Urbana-Champagne, Georgetown Univeristy, University of California Irvine, Baidu Research, Georgia Tech. 2018.

"Hashing Lecture Series." Swedish Summer School in Computer Science. 2016.

"More Analysis of Double Hashing for Balanced Allocations." U.C. Irvine. 2016.

"Algorithm Engineering with Hashing," U.C. Irvine, AMD. 2016.

"Bloom Filters and Such," EADS Summer School on Hashing: Theory and Applications, July 2014.

"Cuckoo Hashing, Balanced Allocations, and Such," EADS Summer School on Hashing: Theory and Applications, July 2014.

"Peeling Arguments: Invertible Bloom Lookup Tables and Biff Codes," ICERM Workshop on Stochastic Graph Models, March 2014.

"Peeling Arguments: Invertible Bloom Lookup Tables and Biff Codes," University of Copenhagen. 2013.

"Some Hash-Based Data Structures and. Algorithms Everyone Should Know." UC Davis, 2013.

"Peeling Algorithms," Simons Institute. 2013.

"Verifying Computations in the Cloud (and Elsewhere)," TTI/Vanguard : Ginormous Systems. Microsoft Faculty Summit. 2013.

"The Groupon Effect on Yelp Ratings: a Root Cause Analysis," Cornell, 2012.

"Peeling Arguments: Invertible Bloom Lookup Tables and Biff Codes," Google. 2012.

"Detecting Novel Associations in Large Data Sets." eHarmony (LA Machine Learning). 2012.

"Cuckoo Hashing: New Results and Open Questions." University of Madison-Wisconsin. 2011.

'Practical Verified Computation with Streaming Interactive Proofs." University of Madison-Wisconsin. 2011.

"The Power of Choice: Simple Hash-Based Data Structures Everyone Should Know." Santa Fe Institute. 2011.

"Information Asymmetries in Pay-Per-Bid Auctions: How Swoopo Makes Bank." Liverpool University, Microsoft UK. 2010.

"Some Open Questions on Cuckoo Hashing." Stanford, Microsoft Research, Yale, Dartmouth, Princeton, Cambridge University, University College London . 2009-2010.

"An Efficient, Rigorous Approach for Identifying Statistically Significant Frequent Itemsets." Google. 2009.

"Some Recent Results on Cuckoo Hashing." AT&T. 2009.

"Some Results on Coding for Flash Memory." University College London. 2009.

"Network Coding Meets TCP." University College London. 2009.

"A Survey of Results for Deletion Channels and Related Synchronization Channels." Cambridge, Georgia Tech, Microsoft Research, UCLA, 2009-2010.

"Bloom Filters, Related Data Structures, and their Applications." Cambridge (Kuwait Lecture). 2009.

"A History of and New Directions for Power Law Research." SUNY Buffalo. 2009.

"Why Simple Hash Functions Work." Cisco. 2008.

"Cuckoo Hashing and CAMs." Cisco, Google. 2008.

"New Results in Hash-Based Data Structures." Cisco. 2007.

"The Hiring Problem and Lake Wobegon Strategies." Microsoft, U.C. Berkeley, Princeton, Google, Yahoo. 2007-2008.

"A Brief History of Lognormal and Power Law Distributions." Harvard Statistics. 2006.

"New Results and Open Problems for Deletion Channels and Related Synchronization Problems." CMU, Brown, Harvard. 2006.

"Some New Results on an Old Data Structure, Bloom Filters ." Stanford, Cisco, Microsoft. 2005.

"Improved Lower Bounds for Deletion Channels." MIT, EPFL (Lausanne). 2005.

"Building a Better Bloom Filter." Google, Tufts, EPFL (Lausanne), MIT. 2004-05.

"Geometric Generalizations of the Power of Two Choices." Columbia, Brown, MIT, Georgia Tech. 2004-05.

"New Lower Bounds on the Capacity of the Binary Deletion Channel." MIT, 2004.

"Digital Fountains, and their Use for Informed Content Delivery across Overlay Networks." Cornell, 2003.

"Verification Codes for Error and Deletion Channels." U.C. Berkeley, 2003.

"New Exhaustive, Heuristic, and Interactive Algorithms for 2D Strip Packing." U.C. Berkeley, 2003.

"Dynamic Models for File Sizes and Double Pareto Distributions." IBM Research, Microsoft Silicon Valley, Stanford, Tufts, Boston University, Random Graphs and Algorithms Workshop. 2002.

"Verification Codes." DIMACS workshop. 2001.

"Getting Across Town by Bus, Aggregation, and Reliability." MIT (LIDS), Mitsubishi Electronic Research Labs. 2001.

"New Ideas for Layered Multicast Congestion Control." International Computer Science Institute. 2001.

"Compressed Bloom Filters, and Towards Compressing Web Graphs." U. of Washington, AT&T Labs, U. C. Berkeley, MIT, Brandeis, Carnegie Mellon University, Stanford, DIMACS workshop on compression, U.C. San Diego. 2001.

"Toward Compressing Web Graphs." Compaq Systems Research Center, Altavista Corporation. 2000.

"Improved Results for Route Planning in Stochastic Transportation Networks." Compaq Systems Research Center. 2000.

"Choosing the Shortest of Two, Improved, with Applications to IP Routing." U. Washington, Princeton, Yale, U.C. Berkeley, Boston University, Stanford, M.I.T., Northeastern, Compaq Systems Research Center. 2000.

"Tornado Codes, with Applications to Reliable Multicast." Harvard, CMU, Duke, AT&T Labs, Univ. of Illinois at Urbana-Champagne, University of Rhode Island, Boston University. 1998-2000.

"How Useful Is Old Information?" MIT, U.C. Berkeley, Stanford, Microsoft. 1997.

"Practical Loss-Resilient Codes." U.C. Berkeley, Harvard. 1997.

"An Average Case Analysis for First-Fit Bin Packing." Stanford, DIMACS workshop. 1997.

"The Power of Two Choices." U.C. Berkeley, Brown, Harvard, Boston University, IBM Almaden, Digital Systems Research Center. 1997.

"The Power of Two Choices and Other Examples of Using Differential Equations to Analyze Algorithms." U. Mass.

Michael Mitzenmacher
33 Cary Avenue
Lexington, MA 02421

Prior/current litigation experience where testimony of some form was
given (deposition, trial testimony, or declaration/report) during the
last 5 years.

Microsoft Corp. v. Parallel Networks Licensing, LLC, Case Nos. IPR2015-
00483 and IPR2015-00484 (USPTO).
[For Microsoft]

Microsoft Corp. v. Parallel Networks Licensing, LLC, Case No. IPR2015-
00485 (USPTO).
[For Microsoft]

Finjan, Inc. v. Blue Coat Systems, Inc., Case No.  5:13-cv-03999-BLF
(N.D. Cal.).
[For Finjan Inc.]

NNTP, LLC v. Huawei Investment & Holding Co., Ltd. et al., Case No. 2:14-
cv-00677-JRG-RSP (E.D. Tex.).
[For NNTP]

Old Republic General Insurance Group, Inc. et al. v. Intellectual
Ventures I LLC, Case Nos. IPR2015-01956 and IPR2015-01957.
[For Old Republic]

Finjan, Inc. v. Proofpoint, Inc. and Armorize Technologies, Inc., Case
No. 3:13-cv-05808-HSG (N.D. Cal.).
[For Finjan Inc.]

Finjan, Inc. v. Sophos, Inc., Case No. 14-CV-01197-WHO (N.D. Cal.).
[For Finjan Inc.]

Realtime Data LLC v. Oracle America, Inc., 6:16-cv-00088-RWS-JDL (E.D.
Tex.)
[For Realtime Data]

Realtime Data LLC v. Oracle America, Inc. et al., 6:15-CV-467-RWS-JDL
(E.D. Tex.)
[For Realtime Data]

SNMP Research International, Inc. and SNMP Research, Inc. v. Nortel
Networks Inc., et al., 09-10138(KG), Adv. Proc. No. 11-53454(KG), (U.S.
Bankruptcy Court, District of Delaware).
[For Nortel Networks Inc.]

Finjan, Inc. v. Blue Coat Systems, Inc., Case No.  15-cv-03295-BLF-SVK
(N.D. Cal.).
[For Finjan Inc.]

Finjan, Inc. v. Symantec, Corp., Case No. 14-CV-02998-HSG (N.D. Cal.).
[For Finjan Inc.]

Acceleration Bay LLC v. Activision Blizzard, Inc. Case No.: 1:16-cv-00453-RGA (D. Del.).
[For Acceleration Bay]

Acceleration Bay LLC v. Electronic Arts, Inc., Case No. 1:16-cv-00454-RGA (D. Del.).
[For Acceleration Bay]

Acceleration Bay LLC v. Take Two Interactive Software, Inc., Rockstar Games, Inc. and 2K Sports, Inc., C.A. No. 16-455-RGA (D. Del.).
[For Acceleration Bay]

Apple Inc., vs. California Institute of Technology, Case Nos. IPR2017-00210, IPR2017-00219, IPR2017-00297, IPR2017-00700, IPR2017-00701, IPR2017-00728 (USPTO).
[For Cal Tech]

Finjan, Inc. v. Juniper Networks, Inc., Case No. 3:17-cv-05659-WHA (N.D. Cal.).
[For Finjan Inc.]

Centripetal Networks, Inc. vs. Keysight Technologies, Inc., et al., Case No. 2:17-cv-00383-HCM-LRL (E.D. Virgina).
[For Centripetal Networks]

California Institute of Technology, vs. Apple, Inc. et al., Case No. CV 16-3714-GW (AGRx) (Central District of California)
[For Cal Tech]

Finjan, Inc. v. ESET, LLC, Case No.: 3:17-cv-0183-CAB-(BGS) (S.D. Cal.).
[For Finjan Inc.]

Beal v. Outfield Brew House, LLC, Case No. 2:18-cv-4028, (Western District of Missouri) [For Outfield Brew House, LLC]

Network-1 Technologies, Inc. v. Google LLC and Youtube LLC., 14 Civ. 2396 (PGG) and 14 Civ. 9558 (PGG), (Southern District of New York)
[For Network-1 Technologies]

Finjan, Inc. v. Cisco Systems, Inc., Case No.: 5:17-cv-00072-BLF-SVK (N.D. Cal.).
[For Finjan Inc.]

Hand v. Beach Entertainment KC LLC, Case No. 4:18-cv-668 (Western District of Missouri)
[For Beach Entertainment KC LLC]

Smith v. Truman Road Development, LLC, Case No. 4:18-cv-670 (Western District of Missouri)
[For Truman Road Development, LLC]

Finjan, Inc. v. Bitdefender, Inc., Case No.: 4:17-cv-4790-HSG (N.D. Cal.).

[For Finjan Inc.]

Realtime Adaptive Streaming LLC, v. Google LLC and Youtube LLC, Case No. 2:18-CV-03629-GW-JC (Central District of California).
[For Realtime Adaptive Streaming LLC]

Realtime Adaptive Streaming LLC, v. Adobe Inc, Case No. 2:18-cv-09344-GW-JC (Central District of California).
[For Realtime Adaptive Streaming LLC]

Network-1 Technologies, Inc., v. Google LLC and Youtube, LLC, 14 Civ. 2396 (PGG), 14 Civ. 9558 (PGG) (Southern District of New York).
[For Network-1 Technologies, Inc.]

Centripetal Networks, Inc. vs. Cisco Systems, Inc., Case No. 2:18-cv-00094-HCM-LRL (E.D. Virgina).
[For Centripetal Networks]

Voxer, Inc. and Voxer IP LLC v. Facebook, Inc. and Instagram LLC, Case No. 1:20-cv-00655[ADA] (Western District of Texas).
[For Voxer, Inc.]

Samsung Electronics Co., Ex Parte Reexamination, US Patent 9,805,349.

Kove IO, Inc. v. Amazon Web Services, Inc.,  Case No. 1:18-cv-08175 (Northern District of Illinois).
[For Amazon Web Services, Inc.]

ICC Evaluation Service, LLC v IAPMO Evaluation Service, LLC, Case No. No. 1:16-cv-54-EGS-DAR (District of Columbia).
[For ICC Evaluation Service, LLC.]