**EXHIBIT 7**

September 3, 2020

Timothy J. Barron
Tel +1 312 923 8309
Fax +1 312 923 8409
TBarron@jenner.com

**VIA EMAIL**

Jaime Cardenas-Navia, Esq.
Reichman Jorgensen LLP
750 Third Avenue
Suite 2400
New York, NY 10017
Jcardenas-navia@reichmanjorgensen.com

Re:   *Kove IO, Inc. v. Amazon Web Services*

Dear Jaime:

On June 20, 2019, AWS served Request for Production No. 34—which sought "All documents related to any communications between Kove and . . . other third parties related to the Patents-in-Suit, this Action, or Amazon."  On February 12, 2020, AWS served Request No. 45, which sought "Documents and correspondence concerning any financing, fee or contingency arrangements related to the Asserted Patents or this lawsuit, including the identity of any investors or funders of Kove's participation in this lawsuit."  And on March 4, 2020, AWS served Interrogatory No. 14, requesting that you "[i]dentify all financing, fee, or contingency arrangements related to the Asserted Patents or this lawsuit, including the identity of any investors or funders of Kove's participation in this lawsuit."

Kove refused in part to produce documents responsive to Request 34,[1] and in particular, did not produce third-party communications with litigation investors or funders.  Kove refused completely to produce documents responsive to Request 45, citing relevancy and undue burden—but not privilege—and refused to respond to Interrogatory No. 14.  Most recently, Kove's response to Interrogatory No. 14, dated June 19, 2020, said that Kove objected in part because "it seeks information or documents that are not relevant to any parties' claims or defenses in this litigation."[2]  AWS disagrees that such documents are not relevant, and renews its request for production of documents responsive to Requests 34 and 45, and for a response to Interrogatory No. 14.

As a Magistrate Judge in the Southern District of California very recently explained, "courts have generally ruled that litigation funding agreements and related documents are relevant and

---

[1] Kove objected as to relevancy, undue burden, privilege, confidentiality obligations, and calling for ESI.
[2] Kove also objected based on undue burden, overbroad, compound, vague and ambiguous, and privilege.

discoverable in patent litigation." *Impact Engine, Inc. v. Google LLC*, Order on Joint Motion for Determination of Discovery Dispute, Case No. 19-cv-1301-CAB-DEB, Dkt. 101 (S.D. Cal. Aug. 12, 2020).  Such documents "are relevant to: (1) establish the value of the patents at issue; (2) obtain statements made by [the plaintiff] regarding the patents at issue; and (3) refute potential trial themes," such as a "David vs. Goliath narrative."  *Id.*

Therefore, Kove must respond to AWS's Interrogatory No. 14 and serve documents responsive to Requests 34 and 45.  Kove's privilege logs do not currently identify any such documents, and you have recently informed us that you have no updates coming, so we assume Kove is not withholding any documents responsive to these discovery requests on the basis of claims of privilege.   If Kove is withholding information or documents based on privilege, the Local Rules require Kove to serve a privilege log individually identifying the information or documents and explaining Kove's basis for invoking privilege.

By September 11, 2020, please serve a supplemental response to Interrogatory No. 14 identifying any responsive documents, produce documents responsive to Request Nos. 34 and 45, and if Kove continues to claim privilege, provided an updated privilege log, as required by the Local Rules.

Very truly yours,

Timothy J. Barron