**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KOVE IO, INC.,                                    )
                          Plaintiff,              )
                                                  )
      v.                                          )
                                                  )   Civil Action No. 1:18-cv-08175
AMAZON WEB SERVICES, INC.,                        )   Hon. Rebecca R. Pallmeyer
                                                  )
                          Defendant.              )
                                                  )

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff KoveIO, Inc. ("Kove") and Defendant Amazon Web Services, Inc. ("AWS") jointly move this Court to amend the current case scheduling order as set forth in the attached Proposed Amended Scheduling Order. In support of this motion, the parties state as follows:

1.      The parties have been working diligently on discovery. Both parties have served and responded to interrogatories and document requests and noticed and taken depositions. Several motions to compel additional responses to interrogatories and document requests are pending further briefing and/or resolution by the Court.

2.      The parties are still discussing a number of additional discovery matters arising from their various meet-and-confer calls, including the scope of ESI discovery, and are attempting to avoid further motion practice on these matters. The parties are also working together to schedule the depositions of both parties and third parties, which has been more difficult than anticipated given the ongoing pandemic. Accordingly, the parties believe that extending the fact discovery period to March 15, 2021, while keeping intact the current *Markman* briefing and hearing schedule, would provide the parties the necessary time to continue these discussions to narrow or eliminate their disputed discovery issues and to schedule the remaining depositions.

1

3.      Counsel for both parties have consulted and have agreed to the amended schedule set forth in the Proposed Amended Scheduling Order.

WHEREFORE, Kove and AWS respectfully request that the Court enter an Amended Scheduling Order in the form submitted with this motion.

| | |
|---|---|
| October 23, 2020 | Respectfully submitted,<br><br>*/s Jaime F. Cardenas-Navia (with permission)*<br>Renato Mariotti<br>rmariotti@thompsoncoburn.com<br>Holly H. Campbell<br>hcampbell@thompsoncoburn.com<br>Thompson Coburn LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603<br>Telephone: (312) 346-7500 |
| Sarah O. Jorgensen (*pro hac vice*)<br>sjorgensen@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>1201 West Peachtree, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (404) 609-1040<br>Telecopier: (650) 623-1449<br><br>Christine E. Lehman (*pro hac vice*)<br>clehman@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>1615 M Street, NW, Suite 300<br>Washington, DC 20036<br>Telephone: (202) 894-7310<br>Telecopier: (650) 623-1449<br><br>Khue Hoang (*pro hac vice*)<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia (*pro hac vice*)<br>jcardenas-navia@reichmanjorgensen.com<br>Wesley White (*pro hac vice*)<br>wwhite@reichmanjorgensen.com<br>Rahul Sarkar (*pro hac vice*)<br>rsarkar@reichmanjorgensen.com<br>Michael W. Marvin (*pro hac vice*)<br>mmarvin@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>750 Third Avenue, Suite 2400<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>Telecopier: (650) 623-1449 | Courtland L. Reichman (*pro hac vice*)<br>creichman@reichmanjorgensen.com<br>Shawna L. Ballard<br>(Identification No. 155188)<br>sballard@reichmanjorgensen.com<br>Jennifer P. Estremera (*pro hac vice*)<br>jestremera@reichmanjorgensen.com<br>Michael G. Flanigan<br>(State Bar No. 6309008)<br>mflanigan@reichmanjorgensen.com<br>Kate M. Falkenstien (*pro hac vice*)<br>kfalkenstien@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Telecopier: (650) 623-1449<br><br>*Attorneys for Kove IO, Inc.* |

| | |
|---|---|
| Adam G. Unikowsky<br>JENNER & BLOCK LLP<br>1099 New York Ave. NW Suite 900<br>Washington, DC 20001<br>(202) 639-6000<br>aunikowsky@jenner.com | AMAZON WEB SERVICES, INC.<br><br>By:  *s/ Terri L. Mascherin*<br>Terri L. Mascherin<br>Timothy J. Barron<br>Michael T. Werner<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, IL 60654<br>(312) 222-9350<br>tmascherin@jenner.com<br>tbarron@jenner.com<br>mwerner@jenner.com<br><br>*Attorneys for Amazon Web Services, Inc.* |

<u>**CERTIFICATE OF SERVICE**</u>

I, Timothy J. Barron, an attorney at the law firm of Jenner & Block LLP, certify that on

October 23, 2020, the foregoing Joint Motion to Amend Scheduling Order, was electronically

served on counsel of record via the Court's ECF system.


*/s/ Timothy J. Barron*
Timothy J. Barron