# EXHIBIT 2

| From: | Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com> |
|---|---|
| Sent: | Tuesday, October 20, 2020 12:04 PM |
| To: | Unikowsky, Adam G.; Michael Marvin; Barron, Timothy J.; Mascherin, Terri L.; Schoedel, Lisa M.; Garcia, Daniel O.; McDowell, Fallon P.; Mitchell, Cayman C. |
| Cc: | rmariotti@thompsoncoburn.com; MParks@thompsoncoburn.com; RJ_Kove_AWS |
| Subject: | RE: Kove IO, Inc. v. AWS, Inc. (NDIL 18-cv-8175) |

External Email – Exercise Caution

Adam,

I write regarding the pending motion to compel the production of AWS-level financial statements. On Friday, you asked whether Kove would withdraw the motion in light of your production of two additional documents (AMZ_KOVE_000090051-000090089 and AMZ_KOVE_000090090-000090099). Those documents still do not provide the full information Kove has been requesting in meet-and-confer calls and correspondence since May, and Kove therefore cannot withdraw its motion.

First, these two new documents do not cover the full date range at issue. Kove has requested financial statements starting three years before the date of first use of the accused products, in 2012 for DynamoDB and 2006 for S3. Neither of these spreadsheets covers the full range from 2006 to present. '90090 only contains information from 2009 to 2014. And '90051 appears to contain information only from 2017 to present.

Second, the spreadsheets aggregate all costs into broad categories. '90090 still contains one aggregated "fixed costs" line item. This is the same problem with the statements AWS claimed were sufficient in its prior productions. *See* Motion to Compel at 6-7 (discussing the inadequacy of those documents). '90051 contains slightly more data, but it still appears to aggregate hundreds of millions or, in some cases, billions of dollars of fixed costs into broad single line items like "tech & content." More detailed financial statements that break down these aggregated cost line items are relevant, because cost allocation is necessary for the income approach to calculating a reasonable royalty and is also relevant to numerous *Georgia-Pacific* factors, as outlined in Kove's motion.

I note that your email did not represent that these two documents represent AWS's full set of financial statements or the most detailed statements it possesses bearing on cost allocation. Rather than claiming no further documents *exist*, AWS appears to take the position that no further documents are relevant. Kove respectfully disagrees; any additional AWS-level financial statements, containing any further details on cost allocation, are relevant to the reasonable royalty analysis for the reasons explained in Kove's motion. Kove continues to maintain that AWS should produce all of the AWS-level financial statements it keeps in the ordinary course of business, from 2006 to present. Until AWS produces such documents, we must maintain our motion.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**REICHMAN JORGENSEN LLP**
750 Third Avenue, Suite 2400
New York, NY 10017
(646) 921-1474