# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Kove IO, Inc.

                        Plaintiff,

v.                                                Case No.: 1:18−cv−08175
                                                Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 26, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The referral of this case is expanded to include authority to extend pretrial deadlines. Defendant's joint motion to amend scheduling order [224] is referred to Judge Finnegan. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.