IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**DECLARATION OF KATE FALKENSTIEN
IN SUPPORT OF KOVE IO, INC.'S REPLY BRIEF IN SUPPORT OF
MOTION TO COMPEL AWS TO PRODUCE FINANCIAL INFORMATION**

I, Kate Falkenstien, declare as follows:

1. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify thereto. I am an attorney at Reichman Jorgensen LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above-referenced action.

2. Kove is contemporaneously filing its reply brief in support of its Motion to Compel Amazon Web Services, Inc. ("AWS") To Produce Financial Information, and I submit this declaration in support of that brief and motion.

3. Attached as Exhibit A is a true and correct copy of the initial disclosures Kove served on AWS on April 19, 2019.

4. Attached as Exhibit B is a true and correct copy of the webpage "Using Amazon S3 with Amazon EC2," as downloaded on November 2, 2020 from Amazon's website at https://docs.aws.amazon.com/AWSEC2/latest/UserGuide/AmazonS3.html.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Boise, Idaho, this 6th day of November, 2020.

/s/ *Kate Falkenstien*
Kate Falkenstien