UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Kove IO, Inc.
                    Plaintiff,
v.                                                  Case No.: 1:18−cv−08175
                                                    Honorable Rebecca R. Pallmeyer
Amazon Web Services, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 10, 2020:

    MINUTE entry before the Honorable Sheila M. Finnegan: By agreement of the parties, the briefing schedule on Defendant Amazon Web Services, Inc.'s motion to compel responses to discovery requests regarding third−party litigation funding [222] is extended as follows: Plaintiff's response is due by 11/17/2020, and Defendant's reply by 12/1/2020 Mailed notice (sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.