IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | ) |
|               Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:18-cv-08175 |
| AMAZON WEB SERVICES, INC., | ) Hon. Rebecca R. Pallmeyer |
| | ) Hon. Sheila M. Finnegan, |
|               Defendant. | ) Magistrate Judge |
| | ) |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Kove IO, Inc. ("Kove") and Defendant Amazon Web Services, Inc. ("AWS") jointly move this Court to amend the current case scheduling order as set forth in the attached Proposed Amended Scheduling Order. In support of this motion, the parties state as follows:

1. On October 23, 2020, the Parties filed a Joint Motion to Amend Scheduling Order to extend the deadline for completing fact discovery (Dkt. 224). The Court had not yet acted on that Motion, which the Parties withdrew on November 12, 2020 (Dkt. 236). In this Motion, the Parties seek to adjust the fact discovery deadline, as well as the Markman briefing schedule to accommodate conflicts with counsel's schedules.

2. The parties have been working diligently on discovery. Both parties have served and responded to interrogatories and document requests and noticed and taken depositions. Several motions to compel additional responses to interrogatories and document requests are pending further briefing and/or resolution by the Court.

3. The parties are still discussing a number of additional discovery matters arising from their various meet-and-confer calls, including the scope of ESI discovery, and are attempting to avoid further motion practice on these matters. The parties are also working together to schedule

the depositions of both parties and third parties, which has been more difficult than anticipated given the ongoing pandemic. Accordingly, the parties believe that extending the fact discovery period to March 15, 2021 would provide the parties the necessary time to continue these discussions to narrow or eliminate their disputed discovery issues and to schedule the remaining depositions.

4. The parties are working diligently on Markman Briefing. Both parties are requesting a one-week extension given the complexity of the issues and the need for depositions of the other party's experts in the case. Accordingly, Kove's Responsive Claim Construction Brief would be due November 24, 2020, AWS's Reply Claim Construction Brief on December 22, 2020, and the Joint Claim Construction Chart on December 29, 2020.

5. Counsel for both parties have consulted and have agreed to the amended schedule set forth in the Proposed Amended Scheduling Order.

WHEREFORE, Kove and AWS respectfully request that the Court enter an Amended Scheduling Order in the form submitted with this motion.

November 12, 2020                                   Respectfully submitted,


                                                    */s/ Khue Hoang (with permission)*

Sarah O. Jorgensen (*pro hac vice*)                 Renato Mariotti
sjorgensen@reichmanjorgensen.com                    rmariotti@thompsoncoburn.com
Reichman Jorgensen LLP                              Holly H. Campbell
1201 West Peachtree, Suite 2300                     hcampbell@thompsoncoburn.com
Atlanta, GA 30309                                   Thompson Coburn LLP
Telephone: (404) 609-1040                           55 E. Monroe St., 37th Floor
Telecopier: (650) 623-1449                          Chicago, IL 60603
                                                    Telephone: (312) 346-7500

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Reichman Jorgensen LLP
1615 M Street, NW, Suite 300
Washington, DC 20036
Telephone: (202) 894-7310
Telecopier: (650) 623-1449

Khue Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Wesley White (*pro hac vice*)
wwhite@reichmanjorgensen.com
Rahul Sarkar (*pro hac vice*)
rsarkar@reichmanjorgensen.com
Michael W. Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard
(Identification No. 155188)
sballard@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Michael G. Flanigan
(State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

*Attorneys for Kove IO, Inc.*

<div style="display: flex;">
<div>

Adam G. Unikowsky
JENNER & BLOCK LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001
(202) 639-6000
aunikowsky@jenner.com

</div>
<div>

AMAZON WEB SERVICES, INC.

By: */s/ Terri L. Mascherin*
Terri L. Mascherin
Timothy J. Barron
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350
tmascherin@jenner.com
tbarron@jenner.com
mwerner@jenner.com

*Attorneys for Amazon Web Services, Inc.*

</div>
</div>

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2020, I caused a true and correct copy of the foregoing joint motion to be served on all counsel of record via the Court's ECF system.

                                                */s/ Terri L. Mascherin*
                                                Terri L. Mascherin
                                                Jenner & Block LLP
                                                353 N. Clark Street
                                                Chicago, Illinois  60654
                                                (312) 222-9350