UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Kove IO, Inc.
                                 Plaintiff,

v.                                                                 Case No.: 1:18–cv–08175
                                                                       Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 13, 2020:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: The parties' proposed revised scheduling order assumes further briefing on claims construction issues, submission of a claims chart, and a further Markman hearing. The court expects to rule on claims construction without further briefing or hearing, and directs the parties to submit a proposed scheduling order with this understanding. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.