**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:18-cv-08175 |
| AMAZON WEB SERVICES, INC., | ) Hon. Rebecca R. Pallmeyer |
| | ) Hon. Sheila M. Finnegan, |
|     Defendant. | ) Magistrate Judge |
| | ) |

**NOTICE OF WITHDRAWAL OF
AWS'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS
REGARDING THIRD-PARTY LITIGATION FUNDING (DOCKET NO. 222)**

PLEASE TAKE NOTICE THAT Amazon Web Services, Inc. ("AWS") hereby withdraws its Motion to Compel Responses to Discovery Requests Regarding Third-Party Litigation Funding (Docket No. 222). After the filing of AWS's motion to compel, the parties resolved the discovery dispute raised in the motion. Accordingly, AWS hereby withdraws its motion.

November 13, 2020

Adam G. Unikowsky
JENNER & BLOCK LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001
(202) 639-6000
aunikowsky@jenner.com

Respectfully submitted,

AMAZON WEB SERVICES, INC.

By: */s/ Terri L. Mascherin*
Terri L. Mascherin
Timothy J. Barron
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350
tmascherin@jenner.com
tbarron@jenner.com
mwerner@jenner.com

*Attorneys for Amazon Web Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, I caused a true and correct copy of the foregoing notice to be served on all counsel of record via the Court's ECF system.

> */s/ Terri L. Mascherin*
> Terri L. Mascherin
> Jenner & Block LLP
> 353 N. Clark Street
> Chicago, Illinois 60654
> (312) 222-9350