**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Kove IO, Inc.
                       Plaintiff,

v.                                                       Case No.: 1:18−cv−08175
                                                      Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 16, 2020:

      MINUTE entry before the Honorable Sheila M. Finnegan: Joint Motion to Amend Scheduling Order [237] is granted. Enter Amended Scheduling Order. Mailed notice (sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.