# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| KOVE IO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>    Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Rebecca R. Pallmeyer |

## AWS'S PROPOSED CONSTRUCTION OF PATENT CLAIM TERMS
## UNDER LOCAL PATENT RULE 4.1(A)

Pursuant to the Court's Scheduling Orders and LPR 4.1(a), Defendant Amazon Web Services, Inc. ("AWS") hereby identifies certain claim terms of United States Patent Nos. 7,814,170 ("the '170 patent"), 7,103,640 ("the '640 patent"), and 7,233,978 ("the '978 patent") that AWS contends the Court should construe, along with proposed constructions. The identified claim terms and proposed constructions are based on AWS's analysis and investigation to date, as well as ongoing discovery. AWS reserves the right to amend or supplement this list and proposed constructions as the parties engage in further discovery or after receiving Kove IO, Inc.'s proposed claim terms for construction and its proposed constructions. AWS's attempt to provide a construction for any claim term is not an admission that a claim containing that term meets the requirements of 35 U.S.C. § 112.

| Claim(s) | Term | Proposed Construction |
|---|---|---|
| • '170 patent, claims 1, 2, 6, 8, 12, 15;<br>• '640 patent, claims 17, 18, 24; and<br>• '978 patent, claims 1, 3, 6, 10, 14, 17, 23, 30, 31 | "location" | "An encoding that is a member of a set of associations with an identifier in a location server, and that specifies geographic information or information used to send a request for data pertaining to the entity identified by the identifier." |

| Claim(s) | Term | Proposed Construction |
|---|---|---|
| • '170 patent, claims 1, 2, 6, 8, 15;<br>• '640 patent, claims 17, 18, 24; and<br>• '978 patent, claims 1, 3, 6, 10, 14, 17, 31 | "location information" | "One or more identifiers and their associated locations." |
| • '170 patent, claim 15;<br>• '640 patent, claims 17, 18; and<br>• '978 patent, claim 14 | "client" | "An electronic device attached to a network that seeks data from the network, and that initiates update or lookup of identifier/location mappings from a location server with location request messages." |
| • '170 patent, claims 1, 6, 8, 12, 15;<br>• '640 patent, claims 17, 18, 24; and<br>• '978 patent, claims 1, 3, 6, 10, 14, 17, 23, 30, 31 | "location server" | "A network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to request messages from clients, and that is not a data repository and does not store data to which the locations pertain." |
| • '170 patent, claim 6; '978 patent, claim 31 ("data … pertaining to the entity"); and<br>• '978 patent, claim 1 ("data pertaining to the entity") | "data … pertaining to the entity" / "data pertaining to the entity" | "Data pertaining to a person or thing distinct from that data." |
| • '170 patent, claim 1 | "the portion of the data location information included in a corresponding one of the data location servers is **based on a hash function used to organize the data location information across the plurality of data location servers**, and each one of the data location servers is configured to determine the at least one of the plurality of data location servers **based on the hash function applied to the identifier string**" | Indefinite.<br><br>Alternatively, if the Court determines that the term can be construed:<br><br>"The portion of the data location information included in a corresponding one of the data location servers is **based on a hash function applied to an identifier string in which the function result organizes the data location information by giving an index into a data structure that provides** |

| Claim(s) | Term | Proposed Construction |
|---|---|---|
| | | **the location of an indicated location server**, and each one of the data location servers is configured to determine at least one of the plurality of data location servers **by applying the hash function to the identifier string in which the function result is an index into a data structure on the location server containing the location of an indicated location server for the identifier string**." |
| <ul><li>'170 patent, claims 2, 12;</li><li>'640 patent, claim 24; and</li><li>'978 patent, claim 6</li></ul> | "hash table" | "A data structure in which a hash function is applied to an input and the function result is used as an index to a table in which the desired output can be found." |
| <ul><li>'170 patent, claims 1, 6, 15 ("identifier" and "identifier string");</li><li>'640 patent, claims 17, 18 ("identifier string" and "identification string"); and</li><li>'978 patent, claims 1, 10, 14, 17, 30, 31 ("identifier")</li></ul> | "identifier" / "identifier string" / "identification string" | "A unique encoding with which zero or more location specifiers are associated in a location server." |
| <ul><li>'978 patent, claims 14 and 17</li></ul> | "A method of handling location queries in a network, the network comprising a plurality of location servers, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location"<br><br>"A method of scaling at least one of capacity and transaction rate capability in a location | Preamble limits the claims |

| Claim(s) | Term | Proposed Construction |
|---|---|---|
| | server in a system having a plurality of location servers for storing and retrieving location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information" | |

Dated: September 1, 2020

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: /s/ *Terri L. Mascherin*

Terri L. Mascherin
Timothy J. Barron
Michael T. Werner
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
tmascherin@jenner.com
tbarron@jenner.com
mwerner@jenner.com

Adam Unikowsky
(*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Ave, NW
Washington, DC 20016
Telephone: 212 639-6041
Facsimile: 202 661-4925
aunikowsky@jenner.com

*Attorneys for Defendant Amazon Web Services, Inc.*

# CERTIFICATE OF SERVICE

I, Timothy J. Barron, an attorney at the law firm of Jenner & Block LLP, certify that on September 1, 2020, the Foregoing **AWS'S PROPOSED CONSTRUCTION OF PATENT CLAIM TERMS UNDER LOCAL PATENT RULE 4.1(A),** was electronically served on counsel of record via email.

/s/ Timothy J. Barron
Timothy J. Barron
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350