# Exhibit C

1

2     IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF ILLINOIS
3              EASTERN DISTRICT

4   KOVE IO, INC.,

5                                   Civil Action
                  Plaintiff,        No.
6                                   1:18-cv-
          v.                        08175 Hon.
7                                   Rebecca R.
    AMAZON WEB SERVICES, INC.,      Pallmeyer
8

9              Defendant.

10

11        VIDEO-RECORDED DEPOSITION OF
          PROFESSOR MICHAEL MITZENMACHER
12              Zoom Videoconference
                    11/09/2020
13              9:36 a.m. (EDT)

14

15

16

17

18

19

20

21

22

23
    REPORTED BY:  AMANDA GORRONO, CLR
24  CLR NO. 052005-01
    JOB NO. 186112
25

Page 34

```
 1              Mitzenmacher
 2   data that's retrieved from the hash table.
 3           MR. BARRON:  Is that a question?
 4       Q.   So why don't you explain
 5   Paragraph 15 to me.
 6       A.   I believe that --
 7           MR. BARRON:  Objection; that
 8       paragraph speaks for itself.
 9           But go ahead.
10       A.   I was just about to say I
11   believe the paragraph, you know, is -- is
12   fairly clear or self-explanatory.  It
13   describes Figure 2 as presented.  As I
14   stated before, the hash function
15   associates each identifier string with an
16   index.  The specification describes that
17   the -- I guess the indices corr- -- the
18   indices in this particular server table
19   will have URLs for and NDP -- NDTP
20   servers.
21       Q.   So in the '170 patent is the
22   hash function used to get from identifiers
23   to URLs for NDTP servers?
24           MR. BARRON:  Object to the form.
25       A.   I feel like you're sort of, you
```

Page 35

```
 1              Mitzenmacher
 2   know, ascribing intent to a program which
 3   I always hesitate to do.  I mean, I think
 4   it's as described in Paragraph 14 and 15
 5   specifically in my report.  And as the
 6   report says, you can use a hash function
 7   to obtain on an iden- -- an identifier
 8   string to obtain an index.  At that index
 9   will be a -- a URL and I believe that, you
10   know, the implication is that that URL may
11   have additional information corresponding
12   to that identifier string.  Of course it
13   may also not, but that's that.  You know,
14   I'm not trying to ascribe intent, but that
15   is where the -- the program I believe next
16   directs the program to go to attempt to
17   obtain more information.
18       Q.   You said that URL may have
19   additional information corresponding to
20   the identifier string.  By "that URL" did
21   you mean the location server located at
22   that -- corresponding to that URL?
23       A.   Yes.  That or -- that when you
24   contact that URL, that would correspond
25   to, I believe, it describes as -- as one
```

Page 36

```
 1              Mitzenmacher
 2   of the location servers.
 3       Q.   Could you please turn to
 4   Paragraph 24 of your declaration?
 5       A.   Yes.
 6       Q.   Within Paragraph 24 you have
 7   sub-sections A through J.  Do you see
 8   those?
 9       A.   Yes.
10       Q.   And in Paragraph 4 you describe
11   each of those items listed in A through J
12   as ways of organizing information that
13   involved, at one point or another, the
14   application of the hash function.  Do you
15   see that?
16       A.   Yes, I think you said 4 instead
17   of 24.  But, yeah, in Paragraph 24, I
18   think I may state, there are many ways of
19   organizing information that involve, at
20   one point or another, the application of a
21   hash function.
22       Q.   So I want to go through some of
23   these.  I'll start with Merkle trees.  Do
24   you see that one?
25       A.   Yes.
```

Page 37

```
 1              Mitzenmacher
 2       Q.   Could Merkle trees be used to --
 3   well, could Merkle trees be used to start
 4   with an identifier and then end up with a
 5   URL for a location server?
 6       A.   I haven't considered that
 7   specific question before, so I would need
 8   to stop to consider that question.
 9       Q.   Okay.  So sitting here today,
10   you're not sure?
11       A.   I would say, just as I think I
12   specifically stated, I haven't considered
13   that specific question.  Merkle trees are,
14   you know, fairly versatile, used in a
15   number of applications.  So, you know,
16   whether one could arrange a Merkle tree to
17   somehow do this, is just not something
18   I've considered.
19       Q.   That is something you could
20   determine though, as whether a Merkle tree
21   could be used in that way?  Is that fair
22   to say?
23       A.   I -- I might like to think so,
24   that I could come up with a way that, you
25   know, if I had thought about it, if it was
```

Page 38

```
 1            Mitzenmacher
 2  possible to do so.  But, you know, again,
 3  I haven't thought about it.  Maybe there's
 4  a complicated solution that -- that I
 5  wouldn't have thought of.  I just haven't
 6  thought about the problem at all enough to
 7  say.
 8       Q.   Is a Merkle tree a hash table?
 9       A.   No.  I don't think I'd call it
10  so.
11       Q.   Let's look at the next one,
12  treap.  Do you see that?
13       A.   Yes.
14       Q.   Did I pronounce that correctly?
15       A.   Yes.
16       Q.   Is a treap a hash table?
17       A.   A treap is not a hash table at
18  least the way I would describe it.
19       Q.   Could you use a treap to start
20  with an identifier as an input and obtain
21  the URL for a location server?
22       A.   I believe, yes.  I haven't
23  thought about this carefully, but I
24  believe that is one of the things you can
25  use a treap for.
```

Page 39

```
 1            Mitzenmacher
 2       Q.   Consistent hashing is the next
 3  one.  Is consistent hashing a hash table?
 4       A.   No.  Certainly not in the
 5  context I would understand it as described
 6  in the patent.
 7       Q.   Is consistent hashing a hash
 8  table in any context?
 9            MR. BARRON:  Object to the
10       form -- object to the form and
11       foundation.
12       A.   I -- I certainly don't believe
13  so in the context of the patent.  So -- so
14  I would have to say, no, like I don't
15  understand it to be.  Yet if one
16  understands a hash table to be like you
17  hash to given indexed into a fixed-sized
18  array, then no, it's not a hash table.
19       Q.   I believe you answered, again,
20  in the context of the patent.  I'm asking
21  if there's other contexts outside of your
22  understanding of what hash table means in
23  the asserted patents where consistent
24  hashing could be a hash table?
25            MR. BARRON:  Same objections.
```

Page 40

```
 1            Mitzenmacher
 2       A.   In that case you'd have to show
 3  me a context.  I -- I don't believe it's a
 4  hash table in the manner that I've just
 5  described.  If there's some other context
 6  or you're attempting to provide another
 7  meaning for hash table, then I'd have to
 8  consider it.
 9       Q.   Can you think of any context in
10  which consistent hashing could be a hash
11  table?
12            MR. BARRON:  Same objection.
13       A.   Offhand, not directly.  But if
14  you -- again, if you had a context in mind
15  that we could look at, I'd be happy to
16  examine it.
17            I believe also as I recall this
18  is discussed in Paragraph 29 of my report
19  where I discussed hash tables and
20  definitions provided of hash tables at
21  length.  And, again, consistent hashing
22  would not be a hash table by any of these
23  understandings or definitions that I've
24  cited.
25       Q.   Have you ever adopted an
```

Page 41

```
 1            Mitzenmacher
 2  understanding of hash table that would
 3  encompass consistent hashing?
 4            MR. BARRON:  Object to the form.
 5       A.   I don't know.  I can't recall
 6  doing so, but I don't know when -- I don't
 7  recall doing so.
 8       Q.   Is a Bloom filter a hash table?
 9       A.   No, I would say it's distinct
10  from a hash table.
11       Q.   Is a Bloomier filter a hash
12  table?
13       A.   No.  I would say that it's
14  distinct from -- from hash tables.
15       Q.   And is -- I guess I should have
16  asked, is that in any context or
17  specifically the context of the asserted
18  patents?
19       A.   Again, I think all of these
20  things that we've discussed, consistent
21  hashing, Bloom filter, Bloomier filters
22  that match that under hash tables as given
23  in the patent and as given in the, I
24  guess, references in Paragraph 29, or as
25  people would generally understand hash
```