# Exhibit D

# Webster's New World™

# Dictionary of Computer Terms

## Eighth Edition

*The Best Computer Dictionary in Print*

Completely revised and updated

Contains extensive Internet coverage

More than 4,000 entries, terms, and acronyms

Bryan Pfaffenberger

THE NAME YOU TRUST

**ware panning** A video adapter feature that enables it to ...te a display larger than the one to which the video adapter ...nected. By having extra video memory and being capable ...nging the portion of video memory designated as the ...buffer, a video adapter enables you to drag the mouse ...edge of the screen and scroll into other parts of a large ...al" display.

**ware platform** A hardware standard, such as IBM PC–...atible or Macintosh. Devices or programs created for one ...rm cannot run on others. See *device independence* and ...*m-independent*.

**ware reset** Restarting the system by pushing the com-...'s hardware reset switch. A hardware reset might be ...sary after a system crash so severe that you can't use the ...ard restart command (in DOS, Ctrl+Alt+Del) to restart ...omputer. See *hard boot, soft boot, warm boot,* and *cold boot.*

**ware reset switch** A switch or button, generally located ...e front of the computer's case, that initiates a hardware reset ...d boot). Synonymous with *reset button.*

**ware sprite** A video adapter feature that enables the ...adapter to draw a cursor or mouse pointer on the display ...ut having to redraw the entire screen. Hardware sprites, ...ded in all video standards since the late-1980s eXtended ...hics Array (XGA) adapter, make programming easier ...se programs can move the cursor or pointer with very ...le commands.

**ware tree** In Microsoft Windows 95/98, a graphical rep-...tation of the various devices and adapters installed in a ...outer.

**ware windowing** A method of improving video per ...ance, employed by most graphics accelerator boards. A ...ware windowing design is particularly well suited to multi-...ng environments, such as Microsoft Windows 95/98 or ...'s OS/2, because it keeps track of the screen area (or win-...) in which each program runs. Besides freeing the central ...essing unit (CPU) from managing windows, hardware win-...ing systems enable the graphics accelerator board to work ...r because it has to alter only the window in which a change ...rs, not the whole screen.

**hard-wired** Built into the computer's electronic circuits instead of facilitated by program instructions. To improve computer performance, computer designers include circuits that perform specific functions, such as multiplication or division, at higher speeds. These functions are hard-wired. The term *hard-wired* also refers to the program instructions contained in the computer's read-only memory (ROM) or firmware.

**hash** 1. An identifying value produced by performing a numerical operation called a hash function on a data item. The value uniquely identifies the data item but requires far less storage space. For this reason, the computer can search for hash values more quickly than it can search for the longer data items themselves. A hash table associates each hash value with a unique data item. 2. An identifying value that is used to verify the data integrity of messages transmitted over a computer network. Using a secret algorithm, the sending computer computes the hash value for the message. This value constitutes, in effect, a digital fingerprint for the message because the hash value is uniquely a product of the message's content. In addition, the hashing algorithm cannot be derived from the message content or the hash value (see *one-way hash function*). The message and the hash value are then transmitted. The receiving computer, which also knows the secret hash algorithm, performs the same computation on the message. If the resulting hash value does not agree with the value received from the sending computer, then it is proved that the message was altered en route and the message is discarded.

**hash function** In databases, a calculation performed on the key of a data record that produces a value, called a hash value, that uniquely identifies the record. The hash function records the hash value, as well as a pointer to the record's physical location, in a hash table.

**hash mark** See *hash sign.*

**hash sign** Common slang expression for the pound symbol (#). Synonymous with *hash mark.*

**hash table** In databases, a table of hash values that provides rapid access to data records. The hash values are generated by running a hash function on the keys of each record, such as a person's last name. The hash function uniquely identifies each record, and the hash table includes pointers to each record.