# Exhibit E

# IEEE 100

# THE AUTHORITATIVE DICTIONARY OF IEEE STANDARDS TERMS

## SEVENTH EDITION



Published by
Standards Information Network
IEEE Press

**energy spectrum** A differential distribution of the intensity of radiation as a function of energy. (NPS) 325-1996

**energy straggling (1) (semiconductor radiation detectors)** The random fluctuations in energy loss whereby those particles having the same initial energy lose different amounts of energy when traversing a given thickness of matter. (This process may lead to the broadening of spectral lines.)
(NPS/NID) 325-1996, 300-1988r, 301-1976s
(2) *See also:* energy straggling. (NPS) 300-1988r

**engine** A dedicated processor, architecture, or system component that is used for a single and special purpose; for example, an inferencing co-processor (inferencing engine), floating-point processor, a print engine in a laser printer, or a database engine (software engine). (C) 610.10-1994w

**engine-driven generator for aircraft** A generator mechanically, hydraulically, or pneumatically coupled to an aircraft propulsion engine to provide power for the electric and electronic systems of an aircraft. It may be classified as follows: 1) Engine-mounted; 2) Remote-driven; A) Flexible-shaft-driven; B) Variable- ratio-driven; C) Air-turbine-driven.
(EEC/PE) [119]

**engine equilibrium temperature (1) (periodic testing of diesel-generator units applied as standby power supplies in nuclear power generating stations)** The condition at which the jacket water and lube oil temperatures are both within ± 10°F (5.5°C) of their normal operating temperatures established by the engine manufacturer. (PE/NP) 749-1983w
(2) The condition at which the jacket water and lube oil temperatures are both within ± 5.5°C (10°F) of their normal operating temperatures established by the engine manufacturer.
(PE/NP) 387-1995

**engineered safety features (nuclear power generating station)** Features of a unit, other than reactor trip or those used only for normal operation, that are provided to prevent, limit, or mitigate the release of radioactive material.
627-1980r, 308-1991

**engineered system** A fall protection system which is designed and will operate to withstand the maximum expected impact load while maintaining a specified overload capacity factor (OCF). (T&D/PE) 1307-1996

**engineering** The application of a systematic, disciplined, quantifiable approach to structures, machines, products, systems, or processes. (C) 610.12-1990

**engineering change** In configuration management, an alteration in the configuration of a configuration item or other designated item after formal establishment of its configuration identification. *Contrast:* deviation. *See also:* waiver; configuration control; engineering change proposal.
(C) 610.12-1990

**engineering change proposal** In configuration management, a proposed engineering change and the documentation by which the change is described and suggested. *See also:* configuration control. (C) 610.12-1990

**engineering units (O/M) (1) (supervisory control, data acquisition, and automatic control)** A unit of physical measurement (e.g., volts, amperes). (PE/SUB) C37.1-1994
(2) A unit of measure for use by operating/maintenance personnel usually provided by scaling the input quantity for display (meter, stripchart, or crt). (SWG/PE) C37.100-1992

**engine-generator system (electric power supply)** A system in which electric power for the requirements of a railway vehicle (other than propulsion) is supplied by an engine-driven generator carried on the vehicle, either as an independent source of electric power or supplemented by a storage battery. *See also:* axle-generator system. (PE/EEC) [119]

**engine-room control** Apparatus and arrangement providing for control in the engine room, on order from the bridge, of the speed and direction of a vessel. (EEC/PE) [119]

**engine synchronism indicator** A device that provides a remote indication of the relative speeds between two or more engines.
(EEC/PE) [119]

**engine-temperature thermocouple-type indicator** A device that indicates temperature of an aircraft engine cylinder by measuring the electromotive force of a thermocouple.
(EEC/PE) [119]

**engine-torque indicator** A device that indicates engine torque in pound-feet. *Note:* It is usually converted to horsepower with reference to engine revolutions per minute.
(EEC/PE) [119]

**English language programming (test, measurement, and diagnostic equipment)** A technique of programming which allows the programmer to write programs and routines in English language statements. (MIL) [2]

**English unit of luminance (illuminating engineering)** (USA) unit of luminance) Candela per square foot(cd/ft$^2$) also lumen per steradian, square foot (lm/(sr × ft$^2$). Another unit is candela per square inch (cd/in$^2$); also, lumen per steradian, square inch (lm/(sr × in$^2$). *See also:* lambert; footlambert; lambertian units of luminance. (EEC/IE) [126]

**enhanced backscatter** Stronger than expected backscattered signal due to resonant surface or internal waves in the target region. (AP/PROP) 211-1997

**enhanced parallel port mode (EPP mode)** An asynchronous, byte-wide, bidirectional channel controlled by the host device. This mode provides separate address and data cycles over the eight data lines of the interface.
(C/MM) 1284-1994

**enhanced service provider (ESP)** A service provider offering services through the telephone network using the telemetry transport capabilities to deliver their services.
(AMR/SCC31) 1390-1995, 1390.2-1999, 1390.3-1999

**enhanced small device interface (ESDI)** A data-transfer interface characterized by improved seek times and greater throughput than its predecessor, the ST-506 interface.
(C) 610.10-1994w

**enhanced solar radiation (radio-wave propagation)** The electromagnetic radiation of the sun under other than quiet conditions. *See also:* quiet sun. (AP/PROP) 211-1990s

**enhancement** *See:* image enhancement.

**enhancement mode transistor (metal-nitride-oxide field-effect transistor)** An insulated-gate field effect transistor (IGFET) where the channel connecting source and drain was formed by the effects of an applied gate voltage.
(ED) 581-1978w

**enqueue** To append an item to a queue. *Contrast:* dequeue.
(C) 610.5-1990w

**enter key** A control key that signals the end of input to a computer. *See also:* carriage return key. (C) 610.10-1994w

**enterprise** The organization that performs specified tasks.
(C/SE) 1220-1998

**enterprise service (telephone switching systems)** A service in which calls from certain designated exchanges are completed and billed to a number in another exchange.
(COM) 312-1977w

**enterprise view** *See:* conceptual view.

**entire RE** The concatenated set of one or more BREs or EREs that make up the pattern specified for string selection.
(C/PA) 9945-2-1993

**Entity** An instance of a subclass of IEEE1451_Entity.
(IM/ST) 1451.1-1999

**entity (1) (software)** In computer programming, any item that can be named or denoted in a program. For example, a data item, program statement, or subprogram. (C) 610.12-1990
(2) (data management) A distinguishable object, either real or abstract, about which data are recorded; for example, a person such as a CUSTOMER, or a concept, such as SALES REVENUE, about which data is stored in a data structure. *Synonym:* entity instance. (C) 610.5-1990w
(3) In an open system, an element in a hierarchical division. *Note:* It has attributes that describe it, a name that identifies it, and an interface that provides management operations.
(C) 610.7-1995

**Left column (partially cut off at left edge):**

...ocouple-type indicator A device
...e of an aircraft engine cylinder by
...ive force of a thermocouple.
(EEC/PE) [119]

...device that indicates engine torque
...is usually converted to horsepower
...revolutions per minute.
(EEC/PE) [119]

...nming (test, measurement, and di-
...technique of programming which al-
...write programs and routines in En-
...is.    (MIL) [2]

...e (illuminating engineering) (USA
...ela per square foot(cd/ft$^2$) also lumen
...t (lm/(sr $\times$ ft$^2$). Another unit is can-
...in$^2$); also, lumen per steradian, square
...lso: lambert; footlambert; lambertian
(EEC/IE) [126]

...tronger than expected backscattered
...urface or internal waves in the target
(AP/PROP) 211-1997

...node (EPP mode) An asynchronous,
...l channel controlled by the host de-
...des separate address and data cycles
...s of the interface.
(C/MM) 1284-1994

...ler (ESP) A service provider offering
...lephone network using the telemetry
...o deliver their services.
...1390-1995, 1390.2-1999, 1390.3-1999

...nterface (ESDI) A data-transfer inter-
.../ improved seek times and greater
...:decessor, the ST-506 interface.
(C) 610.10-1994w

...n (radio-wave propagation) The elec-
...of the sun under other than quiet con-
...t sun.    (AP/PROP) 211-1990s

...e enhancement.

...nsistor (metal-nitride-oxide field-ef-
...sulated-gate field effect transistor (IG-
...nnel connecting source and drain was
...of an applied gate voltage.
(ED) 581-1978w

...item to a queue. Contrast: dequeue.
(C) 610.5-1990w

...y that signals the end of input to a com-
...age return key.    (C) 610.10-1994w
...ation that performs specified tasks.
(C/SE) 1220-1998

...phone switching systems) A service in
...ain designated exchanges are completed
...er in another exchange.
(COM) 312-1977w

...onceptual view.

...nated set of one or more BREs or EREs
...tern specified for string selection.
(C/PA) 9945-2-1993

...a subclass of IEEE1451.Entity.
(IM/ST) 1451.1-1999

...In computer programming, any item that
...noted in a program. For example, a data
...ment, or subprogram.    (C) 610.12-1990
...ient) A distinguishable object, either real
...which data are recorded; for example, a
...USTOMER, or a concept, such as SALES-
...which data is stored in a data structure.
(C) 610.5-1990w
...stance.
...em, an element in a hierarchical division.
...tes that describe it, a name that identifies
...that provides management operations.
(C) 610.7-1995

(4) A group of like items or subjects that can be individually identified and about which information is recorded. Examples include cable, drawing, modification, and system. *Synonym:* entity set.    (PE/EDPG) 1150-1991w
(5) An active element in an open system.
(C/LM) 802.10g-1995
(6) Any component in a system that requires explicit representation in a model. Entities possess attributes denoting specific properties. *See also:* simulation entity.
(C/DIS) 1278.3-1996
(7) (A) The representation of a concept, or meaning, in the minds of the people of the enterprise. (B) The representation of a set of real or abstract things (people, objects, places, events, ideas, combination of things, etc.) that are recognized as the same type because they share the same characteristics and can participate in the same relationships.
(C/SE) 1320.2-1998
(8) Signifies the hardware/software embodiment of an object.
(IM/ST) 1451.1-1999
(9) Anything of interest (such as a person, place, process, property, object, concept, association, state, or event) within a given domain of discourse (in this case, within the ITS domain of discourse).    (SCC32) 1489-1999
(10) *See also:* simulation entity.    (DIS/C) 1278.1-1995
**entity attribute (1)** A named characteristic or property of a design entity that provides a systematic procedure for the statement of fact about the entity.    (C/SE) 1016.1-1993w
(2) A named characteristic or property of a design entity. It provides a statement of fact about the entity.
(C/SE) 1016-1998
**entity/attribute matrix** A representation of a relation in the form of a matrix such that each row represents an entity and each column represents an attribute of the entity.

| attributes → | | | | R |
|---|---|---|---|---|
| No. | Name | Grade | Homeroom | |
| 15 | Mary | 4 | 26A | |
| 20 | Joe | 6 | 43 | entity |
| 21 | Harry | 4 | 27 | |
| 27 | Michael | 5 | 25 | |
| 30 | Susan | 5 | 25 | ↓ |
| 42 | Mickey | 6 | 41 | |

students
**entity/attribute matrix**
(C) 610.5-1990w

**entity class** *See:* entity set.
**entity coordinate system** A system whereby location with respect to a simulation entity is described by an entity coordinate system.    (DIS/C) 1278.1-1995
**entity instance** One of a set of real or abstract things represented by an entity. Each instance of an entity can be specifically identified by the value of the attribute(s) participating in its primary key.    (C/SE) 1320.2-1998
**entity layer** In the OSI model, one of a collection of network-processing functions representing a level of a hierarchy of functions. *See also:* session layer; logical link control sublayer; client layer; physical layer; application layer; client layer; entity layer; presentation layer; sublayer; data link layer; network layer; transport layer; medium access control sublayer.    (C) 610.7-1995
**entity-relationship** *See:* entity-relationship map; entity-relationship data model; entity-relationship diagram.
**entity-relationship data model** A logical view of data within a system, representing the entities in the system as well as relationships among the entities, attributes of the entities, and attributes of the relationships.    (C) 610.5-1990w
**entity-relationship diagram (E-R diagram)** A diagram that depicts a set of real-world entities and the logical relationships among them. *Synonym:* entity-relationship map. *See also:* data structure diagram.    (C) 610.12-1990

**entity-relationship map** *See:* entity-relationship diagram.
**entity set** A collection of entities that have similar properties, such as a set of CUSTOMERS. *Synonyms:* entity type; entity class.    (C) 610.5-1990w
**entity type** The construct used to represent an entity in Intelligent Transportation Systems (ITS) data dictionaries.
(SCC32) 1489-1999
**entrance** *See:* routine entry point.
**entrance terminal (for distribution oil cutouts) (distribution oil cutouts)** A terminal with an electrical connection to the fuse contact and suitable insulation where the connection passes through the housing.
(SWG/PE) C37.40-1993, C37.100-1992
**entrant** A live inserted module in the process of aligning itself with the arbitration protocol.
(C/BA) 10857-1994, 896.4-1993w
**entry (1) (data management)** An element of information in a data structure, that describes an identifiable entity; for example, a member of a table, list, or queue. *See also:* data entry.    (C) 610.5-1990w
(2) A component of a directory, which is located within the node's ROM. An entry may contain information, or a pointer to another directory or leaf. *See also:* ROM.
(C/MM) 1212-1991s
(3) A part of the DIB that contains information about an object. Each entry is made up of attributes. *Synonym:* object entry.
(C/PA) 1328.2-1993w, 1326.2-1993w, 1224.2-1993vw, 1327.2-1993Aw
(4) **(software)** *See also:* routine entry point.
(C) 610.12-1990
**entry point identifier (label) (CAMAC system)** The symbol label represents an entry point into a programmed procedure. Such a procedure will typically be executed in response to the recognition of a LAM, and it may interrupt the process being executed at the time of recogniton of the LAM. Under these circumstances the procedure must be capable of saving and restoring the state of the computer so that the interrupted process can be resumed. At least one value of labels should identify a system error procedure which deals with LAMs not linked to user processes.    (NPS) 758-1979r
**entry point, routine** *See:* routine entry point.
**enumeration** The listing of the meaning associated with each binary numeric value possible in a data field's storage. Binary numbers are usually expressed in decimal terms for human convenience. Not all possible numeric values need have a specific meaning. Values without meaning are declared to be unused or reserved for future use. Enumeration is the process of declaring the encoding of human interpretable information in a manner convenient for digital electronic machine storage and interchange. The subclause that defines each transducer electronic data sheet data field that is of data type *enumeration* shall contain a table that defines the meaning of the data field for each binary number possible. The meanings encoded in each data field shall be specific and unique to that data field and only that data field. The value becomes meaningless if not associated with the data field and its defining table.
(IM/ST) 1451.2-1997
**enumeration type** A discrete data type whose members can assume values that are explicitly defined by the programmer. For example, a data type called COLORS with possible values RED, BLUE, and YELLOW. *Contrast:* logical type; real type; integer type; character type.    (C) 610.12-1990
**envelope (1) (wave) (general)** The boundary of the family of curves obtained by varying a parameter of the wave. For the special cas

$y = E(t) \sin(\omega t + \theta)$

variation of the parameter $q$ yields $E(t)$ as the envelope.
(Std100) 270-1966w
(2) **(wave) (automatic control)** Another wave composed of the instantaneous peak values of the original wave of an

age; hash coding; randomizing. *See also:* open-address hashing; separate chaining; hash addressing; collision resolution. (C) 610.5-1990w

**hash search** The use of a hash function and collision resolution to locate an item in a hash table. (C) 610.5-1990w

**hash table** A two-dimensional table of items in which a hash function is applied to the key of each item to determine its hash value. The hash value identifies each item's primary position in the table, and if this position is already occupied, the item is inserted either in an overflow table or in another available position in the table. (C) 610.5-1990w

**hash total** The result of summing two or more values of a set for purposes of validation or error detection. *Synonym:* control total. (C) 610.5-1990w

**hash value** The number generated by a hash function to indicate the position of a given item in a hash table. *Synonyms:* hash index; hash address. (C) 610.5-1990w

**hatch** A series of one or more sets of evenly spaced parallel lines within a closed boundary on a display surface. *See also:* crosshatch.



hatch

(C) 610.6-1991w

**HATS** *See:* head and torso simulator.

**hauptnutzzeit** *See:* utilization time.

**Hay bridge** A 4-arm alternating-current bridge in which the arms adjacent to the unknown impedance are nonreactive resistors and the opposite arm comprises a capacitor in series with a resistor. *Note:* Normally used for the measurement of inductance in terms of capacitance, resistance, and frequency. Usually, the bridge is balanced by adjustment of the resistor that is in series with the capacitor, and of one of the nonreactive arms. The balance depends upon the frequency. It differs from the Maxwell bridge in that in the arm opposite the inductor, the capacitor is in series with the resistor. *See also:* bridge.



$$L_1 = R_2 R_3 \frac{C}{1 + \omega^2 C^2 R_4^2}$$

$$R_1 = R_2 R_3 \frac{\omega^2 C^2 R_4}{(1 + \omega^2 C^2 R_4^2)}$$

**Hay bridge**

(EEC/PE) [119]

**hazard (1) (nuclear power generating station)** A specified result of a design basis event that could cause unacceptable damage to systems or components important to safety. (PE/NP) 384-1981s

**(2) (overhead power lines)** A threat to the health, survival, or reproduction of an organism from some natural or artificial agent or event. (T&D/PE) 539-1990

**(3)** An intrinsic property or condition that has the potential to cause harm or damage. (DEI) 1221-1993w

**(4)** An existing or potential condition that can result in a mishap. (VT/RT) 1473-1999, 1483-2000

**hazard analysis** A systematic qualitative or quantitative evaluation of software for undesirable outcomes resulting from the development or operation of a system. These outcomes may include injury, illness, death, mission failure, economic loss, property loss, environmental loss, or adverse social impact. This evaluation may include screening or analysis methods to categorize, eliminate, reduce, or mitigate hazards. (C/SE) 1012-1998

**hazard beacon (illuminating engineering)** An aeronautical beacon used to designate a danger to air navigation. *Synonym:* obstruction beacon. (EEC/IE) [126]

**hazard buoy** *See:* danger buoy.

**hazard current (1) (health care facilities)** For a given set of connections in an isolated power system, the total current that would flow through a low impedance if it were connected between either isolated conductor and ground. The various hazard currents are: fault hazard current; monitor hazard current; total hazard current. *See also:* total hazard current; monitor hazard current; fault hazard current. (EMB) [47]

**(2) (health care facilities)** For a given set of connections in an isolated system, the total current that would flow through a low impedance if it were connected between either isolated conductor and ground. Fault Hazard Current: The hazard current of a given isolated system with all devices connected except the line isolation monitor. Monitor Hazard Current: The hazard current of the line isolation monitor alone. Total Hazard Current: The hazard current of a given isolated system with all devices, including the line isolation monitor, connected. (NESC/NEC) [86]

**hazard-free logic** A group of logic circuits that are not subject to failures due to logic failure conditions. (C) 610.10-1994w

**hazardous (classified) locations** Class I Locations. Class I locations are those in which flammable gases or vapors are or may be present in the air in quantities sufficient to produce explosive or ignitible mixtures. Class I locations shall include those specified in (a) and (b) below.

a) Class I, Division 1. A Class I, Division 1 location is a location:
  1) in which hazardous concentrations of flammable gases or vapors exist continuously, intermittently, or periodically under normal operating conditions; or
  2) in which hazardous concentrations of such gases or vapors may exist frequently because of repair or maintenance operations or because of leakage; or
  3) in which breakdown or faulty operations of equipment or processes might release hazardous concentrations of flammable gases or vapors, and might also cause simultaneous failure of electric equipment. This classification usually includes locations where volatile flammable liquids or liquefied flammable gases are transferred from one container to another; interiors of spray booths and areas in the vicinity of spraying and painting operations where volatile flammable solvents are used; locations containing open tanks or vats of volatile flammable liquids; drying rooms or compartments for the evaporation of flammable solvents; portions of cleaning and dyeing plants where hazardous liquids are used; gas generator rooms and other portions of gas manufacturing plants where flammable gas may escape; inadequately ventilated pump rooms for flammable gas or for volatile flammable liquids; the interiors of refrigerators and freezers in which volatile flammable materials are stored in open, lightly stoppered, or easily ruptured containers; and all other locations where hazardous concentrations of flammable vapors or gases are likely to occur in the course of normal operations.