# Exhibit F

# PROVISIONAL APPLICATION COVER SHEET

This is a request for filing a PROVISIONAL APPLICATION under 37 CFR 1.53(c).

| Docket Number | 10406/48 | Type a plus sign (+) inside this box | + |
|---|---|---|---|

| INVENTOR(S)/APPLICANT(S) | | | |
|---|---|---|---|
| Last Name | First Name | Middle Initial | Residence (City And Either State Or Foreign Country) |
| Overton | John | K. | Chicago, Illinois |

| TITLE OF INVENTION (280 characters max) |
|---|
| A TECHNICAL INTRODUCTION TO THE OVERX LOCATION SERVICE |

| CORRESPONDENCE ADDRESS |
|---|
| Joseph F. Hetz |
| BRINKS HOFER GILSON & LIONE |
| P. O. Box 10395 |
| Chicago |

| STATE | Illinois | ZIP CODE | 60610-0395 | COUNTRY | USA |
|---|---|---|---|---|---|

| ENCLOSED APPLICATION PARTS (check all that apply) | | | |
|---|---|---|---|
| ☒ Specification | Number of Pages -10 (including title page) | ☒ Small entity status is being claimed | |
| ☐ Drawing(s) | Number of Sheets | ☒ Other (specify) | Postcard Receipt |

| METHOD OF PAYMENT (check one) | | |
|---|---|---|
| ☐ A check or money order is enclosed to cover the Provisional filing fees. | PROVISIONAL FILING FEE AMOUNT(S) | $75.00 |
| ☒ The Director is hereby authorized to charge filing fees and credit Deposit Account Number 23-1925 | | |

The invention was made by an agency of the United States Government or under a contract with an Agency of the United States Government.

☒ No.
☐ Yes, the name of the U.S. government agency and the Government contract number are:_____.

Respectfully submitted,

SIGNATURE: _____   Date: March 19, 2001
TYPED OR PRINTED NAME: Joseph F. Hetz   Registration No. 41,070
                                        (if appropriate)

☐ Additional inventors are being named on separately numbered sheets attached hereto.

## PROVISIONAL APPLICATION FILING ONLY

Burden Hour Statement This form is estimated to take 2 hours to complete Time will vary depending upon the needs of the individual case Any comments on the amount of time you are required to complete this form should be sent to the Office of Assistance Quality and Enhancement Division, Patent and Trademark Office, Washington, DC 20231, and to the Office of Information and Regulatory Affairs, Office of Management and Budget (Project 0651-0037), Washington, DC 20503 DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS SEND TO Commissioner for Patents, Washington, DC 20231

rev. Nov 98
C:\Joe\OverX, Inc\10406-48 Prov Appl Trans doc

# A Technical Introduction to the OverX Location Service

OverX, Inc.
1424 East 53rd Street, Suite 301
Chicago, IL 60615
http://www.overx.com

V1.1, 11 February 2001

# Contents

1 Location Service ................................................................................................ 2
　1.1　What is Location Service? ............................................................................. 2
　1.2　Technologies ................................................................................................. 2
　　1.2.1　"Competing" Technologies ...................................................................... 2
　　1.2.2　OverX Technology .................................................................................... 3
2 NDT Entity-Centric Design .................................................................................. 3
3 OverX Location Service ...................................................................................... 4
　3.1　The NDTP ..................................................................................................... 4
　3.2　NDTP Server: OXLS ..................................................................................... 4
　　3.2.1　Arbitrary Identifiers & Locations ............................................................... 5
　　3.2.2　Machine-Driven Updates ......................................................................... 5
　　3.2.3　Server Performance ................................................................................ 5
　　3.2.4　Server Scaling ......................................................................................... 6
　3.3　NDTP Clients ................................................................................................ 6
　　3.3.1　Client (& Server) Roles ........................................................................... 6
　　3.3.2　Application Programming Interfaces ....................................................... 7
　3.4　OverX Identifiers: XID .................................................................................... 7
4 Application Areas ................................................................................................ 7
　4.1　Distributed Databases ................................................................................... 7
　　4.1.1　Arbitrary Reliability ................................................................................... 7
　　4.1.2　Internet Reliability Applications ................................................................ 7
　4.2　Pure Addressing Applications ....................................................................... 7
　　4.2.1　Dynamic Phone Number Routing ............................................................ 7
　　4.2.2　Identifier Lifetime Control ......................................................................... 8
　4.3　Additional Possibilities ................................................................................... 8
5 Benefits .............................................................................................................. 9

The OverX Network Distributed Tracking (**NDT**) technology is a highly dynamic, extremely high performance name and directory service similar to Domain Name Service but without the protocol limitations or legacy complications. Technologies besides NDT exist that can provide similar functionality, such as directory services and relational databases, but these technologies do not provide commensurate service levels for complex and dynamic network-based applications.

Within NDT, the OverX Location Server is designed to provide a mixture of flexibility, generality, performance, and scalability for developing network-based applications. Such features have particular applicability to identity, mobility, locality, presence, and content interaction. This paper describes these relationships and then reviews how OverX technology can benefit developers.

# 1 Location Service

## 1.1 What is Location Service?

Networks and network services that are being developed will require capacity to "know" of changes as they happen, enabling the network to identify, locate, access, and update an increasing variety of device interactions, services, and corresponding relationships.

Architects developing network services and distributed information systems recognize the need to support complex and changing relationships across a plurality of objects, devices, and protocols. Developing such services and systems will involve addressing several core characteristics:

| | |
|---|---|
| **Identity** | uniqueness of naming |
| **Mobility** | capacity to change location |
| **Locality** | current position interface |
| **Presence** | availability for interaction |
| **Content** | information to communicate |

Deploying services and systems using these characteristics will require a scalable location function: *the ability to locate data, objects, devices, or services, and corresponding relationships on a network.*

To address this need, a **Location Technology** tracks where "something" is on a network and what "something" is related to – a device, object, event, service, record, field, etc. – by maintaining relationships between identifiers and associated locations. A **Location Service** is a technology that associates identifiers with locations. For developing networks and network services, location service must be high speed and have high availability to address large and even global scale.

The OverX Location Service Technology addresses and fulfills this need.

## 1.2 Technologies

### 1.2.1 "Competing" Technologies

The **Domain Name Service** (DNS) is a classic Location Service that tracks the relationship of IP addresses and corresponding hostnames, to provide unbounded, dynamic, and global machine connectivity. But DNS was designed when machines were presumed to be always on, always connected, and assigned permanent IP addresses. Because changes in IP addresses were assumed to be unusual, fast update speed was not strictly necessary. Since common protocols and commodity equipment were not readily available to permit widely distributed services, fully generic addressing was not strictly necessary.

Other current technologies, such as directory services and relational databases, may be deployed to provide Location Service, but were not designed to service very high capacity identity, mobility, locality, presence, and content interactions. **Directory services** were designed for fairly static data and not optimized for fast lookup speeds, fast update speeds, unbounded distribution capacity, or dynamic replication. Similarly, the ubiquitous **relational database** was designed for general-purpose row and column manipulation rather than for the specialized task of managing identifier <-> location relationships.

### 1.2.2 OverX Technology

With the express purpose of addressing scalable and high performing location needs, OverX has developed a location technology from the ground up. It supports any number of devices, dynamic service management, leaf-node initiated organization, and instantaneous routing across service domains.

The OverX Location Server (**OXLS**) uses the Network Distributed Tracking Protocol (**NDTP**) to support virtually any kind of addressing conventions. Lab tests suggest that OXLS is bandwidth rather than compute or I/O bound. OXLS can support any conceivable volume of identifiers without performance degradation.

The NDT approach will enable upstream system developers and service providers to provide scalable, high performing, diverse, network services of virtually any variety or scale.

## 2 NDT Entity-Centric Design

The basic identifier <-> location relationship implies a model of entity-centric access.

Unique, **unifying identifiers** organize object access in NDTP-based deployments. Each identifier corresponds to an *entity* in the given NDT application domain, and each identifier corresponds to one or more locations in the NDTP server (OXLS) domain.

The access model in the NDTP Location Service model is strongly biased towards: (1) efficient access to associations with a single or fixed set of entities, and (2) associating entities with unique identifiers, that OXLS maps to appropriate location information. This bias allows NDT deployments to support arbitrary data distribution, flexibility, and performance, with virtually no penalties of scale.

**Table 1: Example Entity-Identifier-Location Relationships** illustrates some possible entity <-> identifier and identifier <-> location relationships.

| | NDT Applications | |
|---|---|---|
| **Entity** | **Identifier** | **Example Locations** |
| Song | Uniform Resource Identifier (**URI**) | Uniform Resource Locator (**URL**) list |
| Messaging group | Identifier | Electronic Serial Number (**ESN**) list |
| Mobile phone | ESN | End-point phone number addresses |
| Part type | Serial number | Inventory database address |
| Customer | Customer identifier | Account & order db addresses |
| Software object | URI | A URL |
| | OXLS Service | |

**Table 1: Example Entity-Identifier-Location Relationships**

NDTP-based Location Service does not restrict an application's choice of relationships to the set in Table 1: *NDT application designers may choose whatever encoding conventions they wish.* An NDT Location Service backbone may even define multiple, simultaneously used sets of entity <-> identifier and identifier <-> location conventions. Consider 2 examples:

1. **Content Delivery.** An NDT application assigns a URI to the song "Hotel California". OXLS manages mappings from the URI to multiple, dynamically replicated locations. OXLS dynamic file management permits automating performance tuning based on parameters such as server load and network proximity.
2. **Instant Messaging.** An NDT application manages a cellular handset ESN mapping to an identifier. OXLS manages identifier mappings to multiple ESN devices, dynamically tracking identity, mobility, locality, and presence: which devices listen to messages keyed to the identifier, where the devices are, and if they are accessible.

Using NDT, the same architecture could concurrently support both applications.

# 3 OverX Location Service

OverX's Network Distributed Tracking approach includes several component parts: protocol, server, client APIs, and XID generator.

## 3.1 The NDTP

NDTP is a client-server based protocol that handles basic identifier management functions.

At its core, the NDTP supports a fundamental **identifier <-> location** relationship. The protocol is content agnostic and thus allows any form of identifier and location encoding. Any identifier may be mapped to a set of any number of locations. This is a powerful and flexible relationship, so long as it can be efficiently maintained and serviced, which is OXLS's sole function.

## 3.2 NDTP Server: OXLS

OverX has implemented OXLS using NDTP. OXLS has the sole function of efficiently answering the question:

**Where does an entity have associations?**

An **entity** is an application role, such as a person, device, or service, which may have *associations* distributed among any set of NDT *objects*. NDT **objects** can be virtually anything, such as fields, records, devices, events, resources, services, etc. Entity **associations** are computed through an identifier-location relationship that OXLS instances manage. OXLS manages only an entity's exact set of associations.

In Internet terms, one might view OXLS as maintaining mappings between a URI and sets of URLs, and many Location Service applications may likely use URIs for entity identifiers and URLs for identifier locations.

Alternatively, one might view NDT as generalizing the Internet Domain Name Service (DNS). However, NDT provides two basic features unavailable in DNS:

- NDTP supports arbitrary identifiers and locations
- NDTP supports machine-driven updates.

### 3.2.1 Arbitrary Identifiers & Locations

DNS primarily supports mapping IP domain names to IP addresses, with secondary support for a few other specialized mappings. NDTP servers map arbitrary identifiers to arbitrary locations, not just IP domain names to IP addresses.

In conjunction with a well-known TCP/UDP port number, historically an IP address was sufficient to uniquely locate many services. With the advent of the Web and the Hypertext Transport Protocol (HTTP), more services are being offered through HTTP, which often rely on additional location information to connect to a given service. The URL standard addresses the rapid proliferation of new service types and illustrates recognized need for more dynamic location service.

The URL standard may thus be viewed to extend DNS to permit leaf-node generation of identifiers for more flexible service extensibility, but URLs do not address Location Service needs. The NDTP identifier <-> location generalization does, however, and is the logical progression for solving Location Service needs for proliferating services.

DNS design does not support similar service flexibility or generality.

### 3.2.2 Machine-Driven Updates

DNS was designed to handle mappings that, by computer standards, change very slowly.

- System administrators usually maintain DNS mappings by hand.
- DNS caching protocols view flushing intervals of approximately one half hour to be reasonable.

DNS administration relies on a loose coupling of human-machine cooperation and tolerance for inaccuracy and delay. This design traded thresholds of acceptable human inaccuracy and delay for the need of distributing global machine addressing. But DNS design is not appropriate for dynamically cooperating systems that spontaneously exchange data, such as mobile devices and dynamic services, in which fields, records, events, resources, objects, etc., are commonly added, moved, and removed from network access.

Responding to this need, NDT architecture leverages a higher level of cooperation among the components within its deployment, to permit a high degree of accuracy and performance in the face of frequent mapping modifications generated by machine activities. Specifically, NDTP is designed to facilitate high lookup and update capacity, and OXLS is designed to support highly dynamic mappings. NDT directly addresses the increasing plurality of devices, events, objects, and services, and their complex and changing relationships on networks.

DNS design does not support similar service flexibility, generality, or performance.

### 3.2.3 Server Performance

The NDT design permits maintaining URI <-> URL mappings and other identifier <-> location relationships on a global scale similar to that provided by DNS. Specifically, the current OXLS implementation of NDTP permits individual server machines to support:

- **A high rate of server requests.** A single off-the-shelf 500 MHz Intel Pentium II NDTP server machine can sustain 117,000* URI lookup requests per second, or 8.64 billion requests per day.

---

* Running equivalent tests on equivalent equipment, alternative technologies perform less efficiently by multiple orders of magnitude. For example, a commonly used commercial relational database performed the same operations at 100 requests per second rather than 117,000 per second. The fastest advertised LDAP directory service implementation performed the same operations at 500 transactions per second. DNS lacks the flexibility to provide equivalent functionality and so could not be tested.

- **A large set of mappings**. A single off-the-shelf 64-bit NDTP server machine can maintain more than 125 million entities.

### 3.2.4 Server Scaling

In addition to the high performance of an individual NDTP server, the NDTP server architecture supports combining multiple servers through two basic topologies:

- A flat topology, as an NDTP server cluster
- A hierarchical or tree topology, as an NDTP server tree.

Depending upon the application, either or both of these techniques may be applied to support:

- Arbitrary capacity and performance scaling
- More centralized or more distributed NDTP server machine administration.

For example, using off-the-shelf 64-bit machines, 40 clustered OXLS machines could support mappings for all 5 billion people in the world's population and 345 billion OXLS operations per day.

## 3.3 NDTP Clients

### 3.3.1 Client (& Server) Roles

An NDTP client is a software mechanism that interacts with or accesses NDT objects organized by one or more NDTP servers. A client may itself also be a server, when viewed within the context of a complete NDT application. For example, **Figure 1: Web Client** depicts how an OXLS could integrate one or more data repositories in a dynamically distributed database with web access.

In **Figure 1**, an Internet web server may also act as an NDTP client, performing Location Service and data access operations at the request of web HTTP clients. Such a topology would permit stateless additions of any number of repositories. Such a deployment would permit an entity identifier to migrate arbitrarily across participating repositories without requiring participant repositories to know about one another.



**Figure 1: Web Client**

### 3.3.2 Application Programming Interfaces
OverX provides C and Java APIs to enable NDTP clients to add, delete, modify, and query resources. Working with OXLS, client interactions can provide object, event, resource, service, and device location for presence, mobility, locality, identity, and content exchanges without scale or performance restrictions other than bandwidth.

## 3.4 OverX Identifiers: XID
OverX's XID identifier technology provides efficient creation of unique, compact identifiers in a widely distributed system.

Any device, simple or complex, can create XIDs without any communication outside the device. Generating XID's is a very lightweight process, permitting non-traditional computers, such as those in consumer electronics and embedded devices, to tag and track objects in NDT.

# 4 Application Areas
NDT's generic and scalable addressing enables diverse application construction.

## 4.1 Distributed Databases

### 4.1.1 Arbitrary Reliability
NDTP can support arbitrarily high reliability applications with flexible and dynamic data redundancy, independent of specific application architectures. For example, systems interacting through NDTP can reliably access data that is replicated in multiple data repositories, retrievable across multiple networks, and, if necessary, placed in strategically disparate geographical regions.

### 4.1.2 Internet Reliability Applications
In the future, NDTP-based systems may assist integrating less reliable or less actively cooperative data repositories. For example, web search engines effectively integrate web pages into a consistently accessible data collection. However, the accuracy of web search engines is poor when tracking rapidly changing data repositories. It can take hours or even months for changes in the data repositories to propagate to the search engines. NDT provides rapid, machine-speed updates, thereby permitting convenient mobility management and presence tracking of very large scale, on an efficient and even instantaneous basis.

Location Service could be extended to fill a middle ground between the highly accurate, moderately cooperative domain that it currently fills, and the much less accurate, but completely uncooperative niche occupied by web search engines.

## 4.2 Pure Addressing Applications
The NDTP server may be used without any data repositories in applications that require high performance, dynamic address mapping but no substantial data storage.

### 4.2.1 Dynamic Phone Number Routing
An NDTP server can implement a telephony switching system where the 'number' dialed would be a customer-managed identifier associated with a particular communication role. In turn, the connected telephone would be an arbitrary device, such as a landline handset, mobile phone, pager, voice mailbox, etc., or any meaningful combination thereof.

In this application, a customer would define and maintain various **communication roles** described by entity <-> identifier relationships and resolved into identifier <-> location mappings by OXLS. These communication roles might be familiar ones, such as calls for home, for work, and emergency calls; or new ones that customers invent, such as work emergency calls, low priority home calls, etc. High priority communication roles could be directed to ring at whatever phone is at hand, while low priority communication roles could be routed to voice mailboxes, email, or other staff.

In a telephone system organized by NDT, checking into a hotel a customer could route calls for home and emergency communication roles to a hotel room handset, and calls for office communication roles to a voice mail box, or *vice versa*, all with the swipe of a card. Actual voice delivery could then be managed by an additionally supplied protocol, or multiple—even competing—voice delivery protocols.

The NDT locations in this application would be addresses of endpoints on existing voice-over-IP / telephone networks, as is the convention of current telephone numbers. In other words, NDTP locations would point to landline handsets, pagers, mobile phones, etc., that OXLS queries would resolve.

### 4.2.2 Identifier Lifetime Control

Some applications may require identifiers to expire over time. For example, a telephone system organized by NDTP could permit customers to create and delete unique communication roles freely, for any purpose without altering end-point telephone numbers. This is not possible within the current telephone system.

A customer could create a new communication role identifier to give to a service provider, such as an auto mechanic, to streamline contact during service. After service completion, the customer can delete the communication role identifier to prevent further contact, such as subsequent telemarketing solicitation.

Companies could use identifier lifetime control similarly. For example, a telephone-based computer support outfit could dynamically route customer-initiated contact. A customer with an active case could dial a unique communication role identifier that OXLS would route directly to the appropriate specialist in the service cycle. As the service cycle progresses, the service provider can reroute customer activity to appropriate additional specialists without inconveniencing the customer. After incident resolution, the service provider can delete the communication role identifier and block further contact.

Such communication role identifiers can be concurrently used as *incident identifiers*, allowing support personnel automatically to retrieve records when receiving customer calls.

## 4.3 Additional Possibilities

Potential additional NDT applications resolved through OXLS include:

- **Integrated instant messaging and telephony.** OXLS can provide a scalable solution for location, mobility, and presence databases.
- **Director-like content delivery routing.** OXLS can provide similar dynamic load balancing, but without requiring the single "choke point" network connection of layer 4 directors.
- **Napster-like distributed file sharing.** OXLS can broker location of files on distributed machines. Superior to Napster, OXLS can track presence events for higher reliability of file availability.
- **Data collection aggregation.** OXLS can provide uniform access to multiple autonomous databases.

- **Legacy data integration.** OXLS can provide uniform addressing to facilitate integration and migration of older to newer services.

# 5 Benefits

Why use NDT?

NDT provides high capacity, high performance, generalized DNS-like database capabilities, for virtually any kind of application subject to identity, mobility, locality, presence, or content interaction. Unlike DNS, NDT can support multiple, arbitrary addressing protocols in the same deployed server instance, and can operate at machine-driven update speed. Unlike directory service and relational database technologies, NDT provides lookup and update speed for virtually any conceivable scale.

Specifically, NDT is optimized to provide:

- A simple query model ('give me all the matches for identifier X')
- Small query results (sets of short responses)
- Minimal use of network bandwidth (small addressing payloads)
- Mission critical service (reliability, uptime, etc.)
- Spontaneous, leaf-node additions (stateless service additions)
- Internet-level scalability (huge number of clients and huge data sets)
- Very high performance (fast updates and lookups).

Unlike DNS, NDT also supports:

- Machine-driven updates
- Nonhierarchical server topologies
- Identifiers and locations not limited to hostnames and IP addresses

Unlike directory services and relational databases deployed for location service, NDT provides:

- Superior performance, by multiple orders of magnitude
- Unlimited scalability
- Very wide, even global distribution capacity
- Unparalleled update capacity.