# EXHIBIT E

June 15, 2020

Timothy J. Barron
Tel +1 312 923 8309
Fax +1 312 923 8409
TBarron@jenner.com

**VIA EMAIL**

Mr. Jaime Cardenas-Navia, Esq.
Reichman Jorgensen LLP
750 Third Avenue
Suite 2400
New York, NY 10017
jcardenas-navia@reichmanjorgenson.com

Re: *Kove IO, Inc. v. Amazon Web Services*

Dear Mr. Cardenas-Navia:

This provides a high-level memorialization of our meet-and-confer discussion last Friday, June 12, 2020 regarding Kove's Amended Final Infringement Contentions and AWS's Amended Final Invalidity Contentions.

Kove's Amended Final Infringement Contentions and AWS's Final Noninfringement Contentions

Regarding Kove's Amended Final Infringement Contentions, Kove agreed to provide AWS today with a proposed amendment to its contentions on one patent claim as an example to address AWS's objections set forth in my June 9, 2020 letter. AWS will review and respond to that proposal expeditiously. If the proposed amendment meets with AWS's approval, Kove will similarly amend its contentions to the other claims at issue for all three patents.

The parties agreed that AWS's Final Noninfringement Contentions will not be served on Wednesday, June 17, as originally scheduled. Rather, changes to the schedule for these and other case deadlines will be worked out between the parties in the next few days.

AWS's Amended Final Invalidity Contentions and Kove's Final Validity Contentions

AWS agreed to provide Kove with a proposal today to address Kove's objections to Amazon's Amended Final Unenforceability and Invalidity Contentions as articulated in Kove's June 9, 2020 letter. That proposal is set forth below in this letter. Kove will consider and respond to that proposal expeditiously, and Amazon will serve second amended final invalidity contentions on the date the parties schedule Kove to serve its second amended final infringement contentions.

The parties agreed that Kove's Final Validity Contentions will not be served on Wednesday, June 17, as originally scheduled. Rather, as noted above, changes to the schedule for these and other case deadlines will be worked out between the parties in the next few days.

AWS proposes that its final invalidity contentions be amended as follows:

1. AWS will clarify that its obviousness grounds are based on the prior art combinations identified in Section III of its contentions, and not additional references.

2. AWS will include its prior art systems in its listing of 25 items of prior art, and will ensure that the total number of prior art references does not exceed 25.

3. AWS will amend its descriptions of its prior art systems to more clearly identify the system and will specifically articulate how this description meets the requirements of LPR 2.3(b).

Please let us know Kove's response to this proposal.

After we have had an opportunity to review Kove's proposed amendment to its contentions on one patent claim, we will respond expeditiously and let you know if we believe further discussion is necessary.

We will also propose a time this week for a meet and confer to revise the case schedule in light of our on-going discussions to avoid the Court's involvement in these matters.

Very truly yours,

*Timothy J. Barron*

Timothy J. Barron