# EXHIBIT F

*** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER ***

1　　　　　　　IN THE UNITED STATES DISTRICT COURT

2　　　　　　　　NORTHERN DISTRICT OF ILLINOIS

3　　　　　　　　　　　EASTERN DIVISION

4

5　KOVE IO, INC.,　　　　　　　　　　　　)

6　　　　　Plaintiff,　　　　　　　　　　)

7　　　vs.　　　　　　　　　　　　　　　) No. 18 CV 8175

8　AMAZON WEB SERVICES, INC.,　　　　　　)

9　　　　　Defendant.　　　　　　　　　　)

10

11　　　　　　The ** HIGHLY CONFIDENTIAL ** remote video

12　teleconference deposition of STEPHEN BAILEY, PH.D.,

13　called for examination, taken pursuant to the Federal

14　Rules of Civil Procedure of the United States

15　District Courts pertaining to the taking of

16　depositions, taken before DINA G. MANCILLAS, a

17　Certified Shorthand Reporter within and for the State

18　of Illinois, CSR No. 84-3400 of said state, on

19　October 9, 2020, at 14:03 a.m. UTC.

20

21

22

23

24

1    A.    No.
2    Q.    At the time you were doing this work at
3    OverX, were you familiar with the BIND software,
4    Berkeley Internet Name Domain?
5    A.    Yes.
6    Q.    Had you -- had you used BIND?
7    A.    I suspect so, yes, certainly.  I mean,
8    because I -- in my system administration, I think
9    that was the most common DNS server at the time.
10   Q.    And do you have any recollection what
11   version of BIND you would have been using at that
12   time?
13   A.    No.
14   Q.    And you're referring to the time period
15   when you were working at the University of
16   Chicago?
17   A.    Even before that.  Yes.  I mean,
18   that -- that software has been around for -- for
19   quite a long time.
20   Q.    How -- how did you use BIND when you
21   were working in the tech services group at the
22   University of Chicago?
23   A.    So when we added a new machine, like
24   let's say we had a new faculty member and we

1  deployed a new workstation for them, we would
2  situate the machine, and we were to assign an IP
3  address.  And then we would go in and update the
4  configuration of the name service.
5           Similarly, when we took machines out of
6  service, we would remove them from the name
7  service configuration.
8      Q.   At that time, when you were using BIND,
9  would you -- would you have been using whatever
10 the most recent version was at the time of your
11 work?
12     A.   I really don't know.
13     Q.   How did you learn how to use BIND?
14     A.   The documentation, I believe.  I don't
15 remember for certain.  Somebody could have taught
16 me, but typically, referring through the manual
17 pages within the system.
18     Q.   At the time that you were doing your
19 work at OverX, were you aware of any other
20 location services?
21          MS. MASCHERIN:  You can take down that
22     document, Mr. Garcia.
23 BY THE WITNESS:
24     A.   Not that I recall.