# EXHIBIT H

| | |
|---|---|
| **From:** | Jaime F. Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com> |
| **Sent:** | Saturday, July 11, 2020 7:02 PM |
| **To:** | Mascherin, Terri L.; Unikowsky, Adam G.; Barron, Timothy J.; Werner, Michael T.; Garcia, Daniel O.; Schoedel, Lisa M. |
| **Cc:** | rmariotti@thompsoncoburn.com; MParks@thompsoncoburn.com; hcampbell@thompsoncoburn.com; RJ_Kove_AWS |
| **Subject:** | RE: Kove v. AWS - Second Amended Final Infringement Contentions |

External Email – Exercise Caution
Terri,

We did not serve a new cover document because we did not amend any of its contents. Only Kove's claim charts have been amended.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**REICHMAN JORGENSEN LLP**
750 Third Avenue, Suite 2400
New York, NY 10017
(646) 921-1474

**From:** Mascherin, Terri L.
**Sent:** Saturday, July 11, 2020 4:25 AM
**To:** Jaime F. Cardenas-Navia ; Unikowsky, Adam G. ; Barron, Timothy J. ; Werner, Michael T. ; Garcia, Daniel O. ; Schoedel, Lisa M.
**Cc:** rmariotti@thompsoncoburn.com; MParks@thompsoncoburn.com; hcampbell@thompsoncoburn.com; RJ_Kove_AWS
**Subject:** Re: Kove v. AWS - Second Amended Final Infringement Contentions

[EXTERNAL]
Thank you. Is there a cover pleading?

Terri


On July 10, 2020 at 11:08:46 PM CDT, Jaime F. Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com> wrote:

External Email – Exercise Caution
Counsel,

Attached please find PDF versions of the claim charts for Kove's Second Amended Infringement Contentions. The Word versions will be sent shortly.

Please note that certain language from Kove's Final Infringement Contentions that was inadvertently not included in Kove's Amended Final Infringement Contentions has been re-inserted. Specifically, page 1 of Exhibit

A includes introductory language that was previously on page 1 of Exhibit A, and limitation 1g of Exhibit A includes a citation to source code that was previously cited for limitation 1g ("Source Code Citation 16").

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**REICHMAN JORGENSEN LLP**
750 Third Avenue, Suite 2400
New York, NY 10017
(646) 921-1474

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.