**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to All Cases on The Kraft Heinz Company Track* | Case No. 1:16-cv-05802<br>MDL No. 2705<br><br>The Hon. Gary S. Feinerman |

**MOTION TO DISMISS AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AGAINST THE KRAFT HEINZ COMPANY**

Defendant The Kraft Heinz Company ("Kraft Heinz") hereby moves to dismiss Plaintiffs' Amended Consolidated Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) on the basis, as set forth more fully in its accompanying Memorandum of Law, that Plaintiffs have failed to allege that the labeling of Kraft Heinz's grated parmesan cheese products is likely to deceive a reasonable consumer.

In support of this motion, Kraft Heinz submits its accompanying Memorandum of Law.

WHEREFORE, Defendant The Kraft Heinz Company respectfully requests that the Court dismiss Plaintiffs' Amended Consolidated Class Action Complaint with prejudice.

Dated: November 30, 2017                    Respectfully submitted,

                                                                      JENNER & BLOCK LLP

                                                                      By: */s/ Dean N. Panos*

                                                                      Dean N. Panos
                                                                      353 N. Clark Street
                                                                      Chicago, IL 60654-3456
                                                                      Tel.: (312) 222-9350
                                                                      dpanos@jenner.com

                                                                      Attorneys for Defendant
                                                                      The Kraft Heinz Company

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on November 30, 2017 with the Clerk of the Court by using the CM/ECF system which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated: November 30, 2017                                By:  */s/ Dean N. Panos*
                                                                              Dean N. Panos