**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION  *This Document Relates to All Cases on The Kraft Heinz Company Track* | Case No. 1:16-cv-05802 MDL No. 2705  The Hon. Gary S. Feinerman |

**NOTICE OF MOTION TO DISMISS AMENDED CONSOLIDATED CLASS**
**ACTION COMPLAINT AGAINST THE KRAFT HEINZ COMPANY**

PLEASE TAKE NOTICE that on December 4, 2017 at 1:45 p.m., or as soon thereafter as counsel may be heard, Defendant The Kraft Heinz Company ("Kraft Heinz"), by and through its undersigned attorneys, will appear before the Honorable Gary S. Feinerman in the United States District Court for the Northern District of Illinois, located in the Dirksen Federal Building, Courtroom 2125, 219 S. Dearborn Street, Chicago, IL 60654, and will then and there present its Motion to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint against Kraft Heinz.

Dated: November 30, 2017

Respectfully submitted,

JENNER & BLOCK LLP

By:  */s/ Dean N. Panos*

Dean N. Panos
353 N. Clark Street
Chicago, IL 60654-3456
Tel.:  (312) 222-9350
dpanos@jenner.com

Attorneys for Defendant
The Kraft Heinz Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was filed on November 30, 2017 with the Clerk of the Court by using the CM/ECF system which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated: November 30, 2017                    By: */s/ Dean N. Panos*
                                                  Dean N. Panos