UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

In Re: 100% Grated Parmesan Cheese Marketing and
Sales Practices Litigation, et al.

                Plaintiff,

v.

    Case No.: 1:16−cv−05802

    Honorable Gary Feinerman

Albertson Companies, Inc, et al.

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 4, 2017:

    MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 2/20/2018 at 2:00 p.m. Motion hearing held. Motions to dismiss [237] [238] [243] [246] [249] are entered and continued. For the reasons stated on the record, discovery remains stayed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.