# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to All Cases* | Civil No. 1:16-cv-05802<br>MDL 2705<br><br>Judge Gary S. Feinerman |

## PLAINTIFFS' MOTION TO EXCEED THE PAGE LIMIT FOR PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AMENDED CONSOLIDATED CLASS ACTION COMPLAINTS

Pursuant to Local Rule 7.1, Plaintiffs, individually and behalf of all others similarly situated, by and through counsel, hereby seek leave to file Plaintiffs' Consolidated Opposition to Defendants' Motions to Dismiss Amended Consolidated Class Action Complaints in excess of the page limit.

1. Plaintiffs' Consolidated Opposition to Defendants' Motions to Dismiss Amended Consolidated Class Action Complaints is 17 pages in length. Because the document is longer than the 15 pages allowed by local rules, Plaintiffs request leave of Court to exceed the page limit.

2. Good cause exists for granting Plaintiffs a short extension of the page limit. Plaintiffs' Consolidated Opposition to Defendants' Motions to Dismiss Amended Consolidated Class Action Complaints is filed in response to over fifty pages of briefing separately filed by the Defendants in this matter. To fully and accurately brief the Court on these topics, Plaintiffs require the extension of the page limit.

3. Plaintiffs conferred with counsel for Defendants, and they do not object to this request.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order granting Plaintiffs leave to file Plaintiffs' Consolidated Opposition to Defendants' Motions to Dismiss Amended Consolidated Class Action Complaints in excess of the page limitation.

Dated: January 19, 2018        BLOOD HURST & O'REARDON, LLP

By:  *s/ Timothy G. Blood*
Timothy G. Blood (149343CA)
Camille S. Bass (297609CA)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619-338-1100
tblood@bholaw.com
cbass@bholaw.com

Ben Barnow
Erich P. Schork
Jeffrey D. Blake
Anthony L. Parkhill
BARNOW AND ASSOCIATES, P.C.
1 North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: 312/621-2000
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
j.blake@barnowlaw.com
aparkhill@barnowlaw.com

Eduard Korsinsky
Andrea Clisura
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Tel: 212/363-7500
ek@zlk.com
aclisura@zlk.com

*Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on January 19, 2018, with the Clerk of the Court by using the CM/ECF system which will send a notice of filing to all counsel of record.

/s/ Timothy G. Blood