**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | 16 CV 5802 |
| | MDL 2705 |
| | Judge Gary S. Feinerman |
| *This Document Relates to All Cases* | |

**<u>NOTICE OF MOTION</u>**

Please take notice that on January 25, 2018, at 9:00 a.m., counsel for Plaintiffs shall appear before the Honorable Gary S. Feinerman, Room 2125, United States District Court, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present Plaintiffs' Motion to Exceed the Page Limit for Plaintiffs' Consolidated Opposition to Defendants' Motions to Dismiss Amended Consolidated Class Action Complaints.

Dated: January 19, 2018                          Respectfully submitted,

                                   s/  Timothy G. Blood

                                   Timothy G. Blood
                                   Camille S. Bass
                                   Blood Hurst & O'Reardon, LLP
                                   701 B Street, Suite 1700
                                   San Diego, CA 92101
                                   tblood@bholaw.com
                                   cbass@bholaw.com
                                   (619) 338-1100 (ph)
                                   (619) 338-1101 (fax)

Ben Barnow
Erich P. Schork
Barnow and Associates, P.C.
1 North LaSalle St., Suite 4600
Chicago, Illinois 60602
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
(312) 621-2000 (ph)
(312) 641-5504 (fax)

Eduard Korsinsky
Andrea Clisura
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004
ek@zlk.com
aclisura@zlk.com
(212) 363-7500 (ph)
(212) 363-7171 (fax)

*Plaintiffs' Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on January 19, 2018, with the Clerk of the Court by using the CM/ECF system which will send a notice of filing to all counsel of record.

/s/ Timothy G. Blood