# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| KOVE IO, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:18-cv-08175 |
| AMAZON WEB SERVICES, INC., | ) | |
| Defendant. | ) | Hon. Rebecca R. Pallmeyer |
| | ) | Hon. Sheila M. Finnegan, |
| | ) | Magistrate Judge |
| | ) | |

## [PROPOSED] AMENDED SCHEDULING ORDER

The Court hereby sets the following case deadlines, good cause having been found therefor:

| Event | Current Deadline (ECF No. 242) | Revised Deadline |
|---|---|---|
| Close of Initial Fact Discovery | March 15, 2021 | No change |
| Amazon's Reply Claim Construction Brief | December 22, 2020 | January 5, 2021 |
| Joint Claim Construction Chart | December 29, 2020 | January 12, 2021 |
| Claim Construction Demonstrative Exhibits, etc. to be exchanged (LPR 4.3) | 3 days before the Markman Hearing | |
| Markman Hearing (LPR 4.3) | Within 28 days of the filing of the reply claim construction brief or at the Court's convenience | |
| Parties agree to re-open fact discovery in light of the claim construction ruling (LPR 1.3) | Upon entry of claim construction ruling | |
| Parties Submit Proposed Deadlines for Remaining Case Events (including close of fact discovery, expert discovery dates, dispositive motion cutoff date, etc.) | 14 days after entry of the claim construction ruling | |

**IT IS SO ORDERED.**

Date:

/s/
HON. SHEILA M. FINNEGAN
UNITED STATES MAGISTRATE JUDGE