IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKING AND SALES PRACTICES LITIGATION | Case No.: 1:16-CV-05802 (MDL No. 2705) |
| *This Document Applies to All Cases* | The Hon. Gary Feinerman |

**NOTICE OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS
AMENDED CONSOLIDATED CLASS ACTION COMPLAINTS**

PLEASE TAKE NOTICE that on Monday, February 5, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendants Target Corporation, ICCO Cheese Company, Inc., Wal-Mart Stores, Inc., Kraft Heinz Company, Albertsons Companies, Inc., Supervalu, Inc. and Publix Supermarkets, Inc (collectively, "Defendants"), by and through their undersigned attorneys, will appear before the Honorable Gary Feinerman in the United States District Court for the Northern District of Illinois, located in the Dirksen Federal Building, Courtroom 2125, 219 South Dearborn Street, Chicago, IL 60654 and will then and there move this Court to extend the time for Defendants to file Replies in Support of Motions to Dismiss the Amended Consolidated Class Action Complaints.

Dated: January 30, 2018 Respectfully submitted

    */s/ Joshua A. Glikin*
Joshua A. Glikin
Bowie & Jensen, LLC
210 West Pennsylvania Avenue
Suite 400
Towson, Maryland 21204
Phone: (410) 583-2400
Facsimile: (410) 583-2437
glikin@bowie-jensen.com

*Attorneys for Defendants, ICCO-Cheese Company, Inc. and Target Corporation*

## CERTIFICATE OF SERVICE

I, Joshua A. Glikin, an attorney, hereby certify that on this 30th day of January 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    */s/ Joshua A. Glikin*
Joshua A. Glikin