# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 1:18-cv-08175 |
| AMAZON WEB SERVICES, INC., | ) Hon. Rebecca R. Pallmeyer |
| Defendant. | ) ) ) |

## [PROPOSED] ORDER

Before the Court is Defendant Amazon Web Services, Inc.'s Unopposed Motion Requesting Waiver of LR83.15 Regarding Local Counsel. Having considered the motion and the fact that it is unopposed, it is hereby ORDERED that the motion is GRANTED, and the requirements of Local Rule 83.15 shall be waived for Amazon Web Services, Inc.

Date:  /s/
HON. REBECCA R. PALLMEYER
UNITED STATES DISTRICT JUDGE