# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

In Re: 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation, et al.

Plaintiff,

v.

Case No.: 1:16−cv−05802

Honorable Gary Feinerman

Albertson Companies, Inc, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 31, 2018:

MINUTE entry before the Honorable Gary Feinerman:Motion for extension of time to file [259] is granted. The time for Defendants to reply in support of their motion to dismiss is extended to 2/9/2018. Strike 260. Motion hearing set for 2/5/2018 [260] is stricken. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.