# Exhibit 1

| Title of Court | Date Admitted |
| --- | --- |
| Pennsylvania State | 10/23/2012 |
| District of Columbia | 09/09/2011 |
| U.S. District Court District of Columbia | 08/05/2013 |
| | |