# Exhibit A

# IBM
# Dictionary of Computing

▼ The most comprehensive computing dictionary ever published
▼ More than 18,000 entries

**Limitation of Liability**

While the Editor and Publisher of this book have made reasonable efforts to ensure the accuracy and timeliness of the information contained herein, neither the Editor nor the Publisher shall have any liability with respect to loss or damage caused or alleged to be caused by reliance on any information contained herein.

Copyright © 1994 by International Business Machines Corporation. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permisssion of the publisher.

1 2 3 4 5 6 7 8 9 0   DOC/DOC   9 9 8 7 6 5 4 3

ISBN 0-07-031488-8 (HC)
ISBN 0-07-031489-6 (PBK)

*The sponsoring editor for this book was Daniel A. Gonneau and the production supervisor was Thomas G. Kowalczyk.*

*Printed and bound by R. R. Donnelley & Sons Company.*

**Tenth Edition (August 1993)**

This is a major revision of the *IBM Dictionary of Computing,* SC20-1699-8, which is made obsolete by this edition. Changes are made periodically to the information provided herein.

It is possible that this material may contain reference to, or information about, IBM products (machines and programs), programming, or services that are not announced in your country. Such references or information must not be construed to mean that IBM intends to announce such IBM products, programming, or services in your country. Comments may be addressed to IBM Corporation, Department E37/656, P. O. Box 12195, Research Triangle Park, NC 27709.

**International Edition**

Copyright © 1994 by International Business Machines Corporation. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113383-6.

This book is printed on acid-free paper.

**completion code** A return code indicating that an operation has ended.

**completion message** A message that conveys completion status of work.

**complex condition** In COBOL, a condition in which one or more logical operators act upon one or more conditions. Contrast with simple condition.

**complex constant** In FORTRAN, an ordered pair of signed or unsigned real or integer constants separated by a comma and enclosed in parentheses. The first constant of the pair is the real part of the complex number; the second is the imaginary part.

**complex data** Arithmetic data, each item of which consists of a real part and an imaginary part.

**complex number** A number consisting of an ordered pair of real numbers, expressible in the form a+bi, where a and b are real numbers and i squared equals minus one. (I) (A)

**complex type** In FORTRAN, an approximation of the value of a complex number, consisting of an ordered pair of real data items separated by a comma and enclosed in parentheses. The first item represents the real part of the complex number; the second represents the imaginary part.

**compliance** The flexible behavior of a robot or any associated tool in response to external forces exerted on it. When the behavior is independent of sensory feedback, it is passive compliance; if not, it is active compliance. (T)

**component** (1) Hardware or software that is part of a functional unit. (2) A functional part of an operating system; for example, the scheduler or supervisor. (3) A set of modules that performs a major function within a system; for example, a compiler or a master scheduler. (4) In systems with VSAM, a named, cataloged collection of stored records, such as the data component or index component of a key-sequenced file or alternate index. (5) A part of a structured type or value, such as an array element or a record field. (6) In the AIXwindows program or Enhanced X-Windows, the widget, gadget, or other graphical object that makes up an interactive user interface. (7) In Pascal, the name of each separate value, where a variable has multiple values in a structured type. (8) In System/38 graphics, the representation of a data group on a chart. (9) See solid state component, terminal component.

**component address** The fixed address of a terminal component, not the address of the terminal itself.

**component code** A code consisting of three or four alphabetic characters that IBM assigns to system and application licensed programs to ensure uniqueness of filenames and component names and that customers use to ensure uniqueness of their filenames.

*Note:* IBM component codes use the letters A through I in the first character position. Customers use the letters J through Z in the first position. See also information file prefix code.

**component entry** In ACF/TCAM, a terminal-table entry associated with a component of a binary synchronous or start-stop station that may be individually addressed.

**component failure impact analysis (CFIA)** An account management technique that determines the impact of a critical system component failure.

**component video** In multimedia applications, a video signal using three signals, one of which is luminance, and the other two of which are the color vectors. See also composite video, S-video.

**composed page** In the 3800 Printing Subsystem, a page that can be printed only on an all-points-addressable output medium. It may contain composed text and raster images. Contrast with formatted page.

**composed-text block** In the Print Services Facility, an internal object that specifies text and optional text controls defined entirely in structured fields.

**composed-text data stream** A data stream that contains a composed text format print data set.

**composed-text page** A page composed entirely of structured fields; this type of page is usually the output of a text formatting program, such as the Document Composition Facility.

**composed-text print data set** A data set that is the output of a text formatting program such as the Document Composition Facility. It is composed entirely of structured fields.

**composed view** A view of an object in which relationships of the parts contribute to the overall meaning. Composed views are provided primarily for data objects. See also contents view, help view.

**composite** In multimedia applications, the combination of two or more film, video, or electronic images into a single frame or display. See also composite video.

**composite bar chart** In GDDM, a bar chart in which multiple vertical axis values for the same horizontal