# Exhibit B



**Designed for Microsoft Windows NT Windows 95**

**The Ultimate Computer Reference**

*The Comprehensive Standard for Business, School, Library, and Home*



**Over 2,300 New Terms** With Online Updates Available Quarterly

# Microsoft Press Computer Dictionary

## Third Edition

- Over 7,600 terms and definitions
- 345 illustrations and diagrams
- Extensive Internet and Web coverage
- Featured in Microsoft® Bookshelf® 97

**Microsoft** Press

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data pending.

ISBN 1-57231-743-4

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   QMQM   2 1 0 9 8 7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:**  Kim Fryer
**Project Editors:**  Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:**  Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer, Robert Lyon, Roslyn Lutsch

interpreted language, language processor, object code.

**compile time** \kəm-pīl´ tīm`\ *n.* **1.** The amount of time required to perform a compilation of a program. Compile time can range from a fraction of a second to many hours, depending on the size and complexity of the program, the speed of the compiler, and the performance of the hardware. *See also* compiler (definition 2). **2.** The point at which a program is being compiled (i.e., most languages evaluate constant expressions at compile time but evaluate variable expressions at run time). *See also* link time, run time.

**compile-time binding** \kəm-pīl´tīm bīn`dēng\ *n.* Assignment of a meaning to an identifier (such as a function name or a constant) in a program at the time the program is compiled rather than at the time it is run. *Compare* run-time binding.

**complement** \kom´plə-ment`\ *n.* Loosely, a number that can be thought of as the "mirror image" of another number written to the same base, such as base 10 or base 2. Complements are commonly used to represent negative numbers. Two types of complements are encountered in computer-related contexts: radix-minus-1 complements and true complements. A radix-minus-1 complement is known in the decimal system as a nine's complement and in the binary system as a one's complement. True complements are known in the decimal system as ten's complement and in binary as two's complement—a form commonly used to represent negative numbers in processing. *See also* complementary operation, nine's complement, one's complement, ten's complement, two's complement.

**complementary metal-oxide semiconductor** \kom-plə-men`tər-ē met-əl-oks`īd sem´ī kən-duk`tər, sem´ē kən-duk`tər\ *n. See* CMOS.

**complementary operation** \kom-plə-men`tər-ē op`ər-ā´shən\ *n.* In Boolean logic, an operation that produces the opposite result from that of another operation performed on the same data. For example, if A is true, NOT A (its complement) is false. *See also* Boolean algebra.

**completeness check** \kəm-plēt´nəs chek`\ *n.* A survey to determine that all data required in a record is present. *Compare* consistency check.

**complex instruction set computing** \kom-pleks` in-struk`shən set kəm-pyōō´tēng\ *n. See* CISC.

**complex number** \kom`pleks num´bər\ *n.* A number of the form $a + bi$, where $a$ and $b$ are real numbers and $i$ is the square root of $-1$, called the imaginary unit. Complex numbers can be plotted as points on a two-dimensional plane called the complex plane. The $a$ number is plotted along the plane's horizontal axis (the real axis), and the $b$ number is plotted along the vertical axis (the imaginary axis). *Compare* real number.

**comp. newsgroups** \komp`dot nōōz´grōōps\ *n.* Usenet newsgroups that are part of the comp. hierarchy and have the prefix comp. These newsgroups are devoted to discussions of computer hardware, software, and other aspects of computer science. Comp. newsgroups are one of the seven original Usenet newsgroup hierarchies. The other six are misc., news., rec., sci., soc., and talk. *See also* newsgroup, traditional newsgroup hierarchy, Usenet.

**component** \kəm-pō´nənt\ *n.* **1.** A discrete part of a larger system or structure. **2.** An individual modular software routine that has been compiled and dynamically linked, and is ready to use with other components or programs. *See also* compile, component software, link (definition 1), program, routine.

**Component Object Model** \kəm-pō`nənt ob´jekt mod`əl\ *n. See* COM (definition 2).

**component software** \kəm-pō`nənt soft´wâr\ *n.* Modular software routines, or components, that can be combined with other components to form an overall program. A programmer can use and reuse an existing component and not have to understand its inner workings, just how to have another program or component call it and pass data to and from it. *Also called* componentware. *See also* component, program, routine.

**componentware** \kəm-pō´nənt-wâr`\ *n. See* component software.

**COM port** or **comm port** \kom´ pōrt\ *n.* Short for **com**munications **port**, the logical address assigned by MS-DOS (versions 3.3 and higher) and Microsoft Windows (including Windows 95 and Windows NT) to each of the four serial ports on an IBM Personal Computer or a PC compatible. COM ports also have come to be known as the actual serial ports