UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 16-cv-5802<br><br>MDL 2705<br><br>Judge Gary S. Feinerman |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective immediately, the law firm of Reinhardt Wendorf & Blanchfield, has changed its address to the following:

Reinhardt Wendorf & Blanchfield
332 Minnesota Street, Suite W1050
St. Paul, MN 55101

All telephone and email addresses remain the same.

Dated: February 21, 2018        *s/Garrett D. Blanchfield*
                                          Garrett D. Blanchfield (#209855)
                                          **REINHARDT, WENDORF & BLANCHFIELD**
                                          W-1050 First National Bank Building
                                          332 Minnesota Street
                                          St. Paul, MN 55101
                                          Tel: (651) 287-2100 Fax: (651) 287-2103

                                          *Attorneys for Direct Purchaser Plaintiffs*