# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

In Re: 100% Grated Parmesan Cheese Marketing and
Sales Practices Litigation, et al.

|                                       | Plaintiff,              |
|---|---|
| v.                                    | Case No.: <br> 1:16−cv−05802 <br><br> Honorable Gary Feinerman |
| Albertson Companies, Inc, et al.      | Defendant.              |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 13, 2018:

     MINUTE entry before the Honorable Gary Feinerman: Status hearing set for 4/17/2018 [270] is stricken and re−set for 5/31/2018 at 9:15 a.m. Attorneys who wish to participate by telephone should call Toll−Free Number: (877) 336−1828, Access Code: 4082461 for the status hearing. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.