# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Rebecca R. Pallmeyer<br>Hon. Sheila M. Finnegan, Magistrate Judge<br><br>Jury Trial Demanded |

## [PROPOSED] AMENDED SCHEDULING ORDER

The Court hereby sets the following case deadlines, good cause having been found therefor:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Close of Initial Fact Discovery | March 15, 2021 | April 30, 2021 |

**IT IS SO ORDERED.**

Date:　　　　　　　　　　　　　　　　*/s/*_____
　　　　　　　　　　　　　　　　　　HON. SHEILA M. FINNEGAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE