**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Local Patent Rule 4.2(f), Plaintiffs Kove IO, Inc. ("Kove") and Amazon Web

Services, Inc. ("AWS"), respectfully submit this Joint Claim Construction Chart.

Attached as Exhibit A is a table identifying the parties' proposed claim construction

positions with respect to certain terms in the asserted claims of U.S. Patent Nos. 7,103,640 ("the

'640 Patent"), 7,233,978 ("the '978 patent"), and 7,814,170 ("the '170 patent").


Dated: February 12, 2021

Respectfully submitted,

*/s/ Khue Hoang*

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna Ballard (*pro hac vice*)
sballard@reichmanjorgsensen.com
Kate Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
Michael Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN
& FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No.
6320395)
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Phil Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN
& FELDBERG LLP
1710 Rhode Island Ave, NW, 12th Floor
Washington, DC 20036
Telephone: (202) 894-7310
Fax: (650) 623-1449

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
Jcardenas-navia@reichmanjorgensen.com
Rahul Sarkar (*pro hac vice*)
rsarkar@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (646) 921-1474
Fax: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.**

Dated: February 12, 2021

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ R. William Sigler*

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Adam A. Allgood (*pro hac vice*)
*adam.allgood@fischllp.com*
Elizabeth Bernard (*pro hac vice*)
*elizabeth.bernard@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Ave NW
Fourth Floor
Washington, D.C. 20015
202.362.3500

**ATTORNEYS FOR DEFENDANT
AMAZON WEB SERVICES, INC.**

**Proposed Constructions for U.S. Patent Nos. 7,103,640 ("the '640 Patent"), 7,233,978 ("the '978 patent"),**
**and 7,814,170 ("the '170 patent")**

| Claim Term/Phrase | Kove's Proposed Construction | AWS' Proposed Construction |
|---|---|---|
| **Location**<br><br>'978 patent: claims 1, 3, 6, 10, 14, 17, 23-24, 30-31<br><br>'170 patent: claims 1-2, 6, 8, 12, 15<br><br>'640 patent: claims 17-18, 24 | an encoding that is a member of a set of associations with an identifier in a location server, and that specifies a ***location of data*** pertaining to the entity identified by the identifier[1] | an encoding that is a member of a set of associations with an identifier in a location server, and that specifies ***the place where the*** data pertaining to the entity identified by the identifier ***is stored*** |
| **location information**<br><br>'978 patent: claims 1, 3, 6, 10, 14, 17, 31<br><br>'170 patent: claims 1-2, 6, 8, 15<br><br>'640 patent: claims 17-18, 24 | '978: one or more identifiers and their associated locations<br><br>'170/'640: information pertaining to one or more locations of data and/or the identities of one or more location servers | '978/'170/'640: one or more identifiers and their associated locations |
| **location server**<br><br>'978 patent: claims 1, 3, 6, 10, 14, 17, 23, 30-31<br><br>'170 patent: claims 1, 6, 8, 12, 15<br><br>'640 patent: claims 17-18, 24 | a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to ***location*** request messages from clients | a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to ***NDTP*** request messages from clients |

---

[1] Here and where applicable throughout, the relevant differences between the parties' constructions are bolded and italicized for ease of review.

| Claim Term/Phrase | Kove's Proposed Construction | AWS' Proposed Construction |
|---|---|---|
| **Client**<br><br>'978 patent: claim 14<br><br>'170 patent: claim 15<br><br>'640 patent: claims 17-18, 24 | a network-attached component that initiates update or lookup of identifier/location mappings from a *location* server with *location* request messages | Plain and ordinary meaning or, in the alternative:<br><br><br>a network-attached component that initiates update or lookup of identifier/location mappings from a *NDTP* server with *NDTP* request messages |
| **based on a hash function…**<br>'170 patent: claim 1 | the portion of the data location information included in a corresponding one of the data location servers is based on a hash function *that maps identifier strings to one or more of the data location servers*, and each one of the data location servers is configured to determine the at least one of the plurality of data location servers *based on the hash function applied to the identifier string* | the portion of the data location information included in a corresponding one of the data location servers is based on a hash function *applied to an identifier string in which the function result organizes the data location information by giving an index into a data structure that provides the location of an indicated location server*, and each one of the data location servers is configured to determine at least one of the plurality of data location servers *by applying the hash function to the identifier string in which the function result is an index into a data structure on the location server containing the location of an indicated location server for the identifier string* |
| **hash table**<br>'978 patent: claim 6<br><br>'170 patent: claims 2, 12<br><br>'640 patent: claim 24 | a data structure *that stores values in a table, where values are stored and retrieved based on the output of a hash function* | a data structure *in which a hash function is applied to an input and the function result is used as an index to a table in which the desired output can be found* |

| Claim Term/Phrase | Kove's Proposed Construction | AWS' Proposed Construction |
|---|---|---|
| **data pertaining to the entity**<br>'978 patent: claims 1, 31<br>'170 patent: claim 6 | data pertaining to a person or thing *(real, digital, or abstract)* | data pertaining to a person or thing *distinct from that data* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing was filed electronically on February 12, 2021, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

_/s/ Khue Hoang_