# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | Case No. 16 cv 5802 |
| | MDL No. 2705 |
| *This Document Relates to All Cases on the Kraft Heinz Company Track* | Judge Gary S. Feinerman |

## NOTICE OF MOTION

Please take notice that on June 21, 2018 at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Gary Feinerman in Courtroom 2125 in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, or before such other judge who may be sitting in his place, and present the attached *Motion for Leave to Withdraw Appearance of Maebetty Kirby*, at which time and place you may appear if you see fit.

Respectfully submitted,

By: /s/ Thomas A. Zimmerman, Jr.
Thomas A. Zimmerman, Jr.
*tom@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, IL 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile

## CERTIFICATE OF SERVICE

Thomas A. Zimmerman, Jr., an attorney, hereby certifies that he caused the above and foregoing to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, on this 11th day of June, 2018.

/s/Thomas A. Zimmerman, Jr.