## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to Brahler v. Kraft Heinz Food Company, U.S. District Court Eastern District of California, Case No. 2:16-cv-00849* | CASE NO. 16 cv 5802<br><br>MDL No. 2705<br><br>Judge Gary S. Feinerman |

## **MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MICHAEL MEREDITH**

The undersigned respectfully requests leave to withdraw the appearance of Michael Meredith on behalf of Plaintiff George Brahler. As of August 3, 2018, Michael Meredith is no longer with the firm of Keller Rohrback LLP. Plaintiff remains represented by Cari C. Laufenberg and Tana Lin. Permitting Mr. Meredith to withdraw as counsel for Plaintiff will not jeopardize the case or otherwise negatively impact Plaintiff's legal representation in this case or result in any delay or cause prejudice to any other party.

WHEREFORE, Plaintiff George Brahler respectfully requests that Michael Meredith be granted leave to withdraw his appearance on behalf of Plaintiff *instanter*.

**KELLER ROHRBACK L.L.P.**

By: */s/ Cari C. Laufenberg*
Cari C. Laufenberg
claufenberg@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900; Fax: (206) 623-3384

*Attorney for Plaintiff George Brahler*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 16, 2018, a copy of the foregoing document was electronically filed with the United States District Court, Northern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on August 16, 2018

              */s/ Cari C. Laufenberg*
              Cari C. Laufenberg