**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to Brahler v. Kraft Heinz Food Company, U.S. District Court Eastern District of California, Case No. 2:16-cv-00849* | **CASE NO. 16 cv 5802**<br><br>**MDL No. 2705**<br><br>**Judge Gary S. Feinerman** |

## NOTICE OF MOTION

Please take notice that on September 12, 2018, at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Gary Feinerman in Courtroom 2125 in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, or before such other judge who may be sitting in his place, and present the attached *Motion for Leave to Withdraw Appearance of Michael Meredith*, at which time and place you may appear if you see fit.

Respectfully Submitted,

By: */s/ Cari C. Laufenberg*
Cari C. Laufenberg
claufenberg@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900; Fax: (206) 623-3384

*Attorney for Plaintiff George Brahler*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 16, 2018, a copy of the foregoing document was electronically filed with the United States District Court, Northern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on August 16, 2018

             *s/ Cari C. Laufenberg*
             Cari C. Laufenberg