# Exhibit 13

# Kove: Email Production Requests

## Elizabeth Bernard

Mon 2/22/2021 4:48 PM

To: Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; Michael Marvin <mmarvin@reichmanjorgensen.com>; Adam Adler <aadler@reichmanjorgensen.com>; Khue Hoang <khoang@reichmanjorgensen.com>;

Cc: Kove Team <FS-Kove@fischllp.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; rmariotti@thompsoncoburn.com <rmariotti@thompsoncoburn.com>; Parks, Michael A. <MParks@thompsoncoburn.com>;

Counsel:

AWS today provided a substantial, 42,738 page production of responsive non-technical documents for S3 and DynamoDB. AWS therefore believes that it will soon be in position to propose dates for its marketing witnesses on Kove's 30(b)(6) topics, subject to AWS's objections.

AWS, however, can't provide dates for these witnesses until Kove confirms its remaining email custodians and AWS completes the email production  AWS has been waiting for Kove's confirmation of the marketing custodians for months, and Kove's delay is impacting AWS's ability to proceed with providing 30(b)(6) witnesses. Please provide Kove's confirmation of the remaining three AWS email custodians without further delay, so AWS can complete document production and the parties can proceed with these depositions.

And we reiterate that AWS has proposed the three custodians with the most knowledge of the topics Kove has identified and likely to have the most responsive emails given AWS's retention policies. If, however, Kove seeks a custodian from particular time period for a service or proposes alternate custodians, please let AWS know so we can focus the investigation.

Thank you.

Regards,
Elizabeth


**Elizabeth Bernard** | **Fisch Sigler LLP** | **Attorney**
+1 202 362 3529 (o)
+1.202.557.8950 (m)

5301 Wisconsin Avenue NW, Fourth Floor
Washington, DC 20015 USA
Firm Victories | LinkedIn