# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

In Re: 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation, et al.

Plaintiff,

v.

Albertson Companies, Inc, et al.

Defendant.

Case No.: 1:16−cv−05802

Honorable Gary Feinerman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 17, 2018:

    MINUTE entry before the Honorable Gary Feinerman:Motion to withdraw as attorney [286] is granted. Attorney Michael Meredith is terminated as counsel for Plaintiff George Brahler. Motion hearing set for 9/12/2018 [287] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.