

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Andrea Clisura

Firm   Levi & Korsinsky, LLP

Street Address   55 Broadway, 10th Floor

City/State/Zip Code   New York, NY 10006

Phone Number   (212) 363-7500

Email address   aclisura@zlk.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 16-cv-5802 | In re: 100% Grated Parmesan | Judge Gary S. Feinerman |
|  | Cheese Mktg & Sales Litig. |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Andrea Clisura                                             September 5, 2018
_____           _____
Signature of Attorney                                    Date

Rev. 01272016