# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICE LITIGATION | ) ) ) ) ) ) ) ) ) ) |

Case No.: 1:16-cv-05802

MDL 2705

Judge Gary Feinerman

## NOTICE OF CHANGE OF FIRM AFFILIATION ADDRESS AND EMAIL

TO: Clerk of Court and All Counsel of Record

PLEASE TAKE NOTICE of the following new firm affiliation and contact information for attorney Janine L. Pollack:

> Janine L. Pollack
> THE SULTZER LAW GROUP, PC
> 351 W. 54th St., Suite 1C
> New York, NY 10019
> Tel: (212) 969-7810
> Fax: (888) 749-7747
> pollackj@thesultzerlawgroup.com
> Secondary Email: ciullaa@thesultzerlawgroup.com

All notices, filings, and written communication with this attorney regarding this action should be sent to the above firm and address.

DATED: September 18, 2018     By: /s/ Janine L. Pollack
**THE SULTZER LAW GROUP, PC**
Janine L. Pollack
351 W. 54th St., Suite 1C
New York, NY 10019
Tel: (212) 969-7810
Fax: (888) 749-7747
pollackj@thesultzerlawgroup.com