# Exhibit HH

**Amazon CloudWatch** ⌄

**Overview**

**Features**

**Pricing**

**Getting Started**

**FAQs**

**Customers**

General

## Q: What is Amazon CloudWatch?

Amazon CloudWatch is a monitoring service for AWS cloud resources and the applications you run on AWS. You can use Amazon CloudWatch to collect and track metrics, collect and monitor log files, and set alarms. Amazon CloudWatch can monitor AWS resources such as Amazon EC2 instances, Amazon DynamoDB tables, and Amazon RDS DB instances, as well as custom metrics generated by your applications and services, and any log files your applications generate. You can use Amazon CloudWatch to gain system-wide visibility into resource utilization, application performance, and operational health. You can use these insights to react and keep your application running smoothly.

To get started with monitoring, you can use Automatic Dashboards with built-in AWS best practices, explore account and resource-based view of metrics and alarms, and easily drill-down to understand the root cause of performance issues.

## Q: What can I use to access CloudWatch?

Amazon CloudWatch can be accessed via API, command-line interface, AWS SDKs, and the AWS Management Console.

## Q: Which operating systems does Amazon CloudWatch support?

Amazon CloudWatch receives and provides metrics for all Amazon EC2 instances and should work with any operating system currently supported by the Amazon EC2 service.

Q　≡

**Amazon CloudWatch**　∨

Overview

Features

Pricing

Getting Started

FAQs

Customers

## Q: What is Amazon CloudWatch Logs?

Amazon CloudWatch Logs lets you monitor and troubleshoot your systems and applications using your existing system, application and custom log files.

With CloudWatch Logs, you can monitor your logs, in near real time, for specific phrases, values or patterns. For example, you could set an alarm on the number of errors that occur in your system logs or view graphs of latency of web requests from your application logs. You can then view the original log data to see the source of the problem. Log data can be stored and accessed indefinitely in highly durable, low-cost storage so you don't have to worry about filling up hard drives.

## Q: What kinds of things can I do with CloudWatch Logs?

CloudWatch Logs is capable of monitoring and storing your logs to help you better understand and operate your systems and applications. You can use CloudWatch Logs in a number of ways.

**Real time application and system monitoring:** You can use CloudWatch Logs to monitor applications and systems using log data. For example, CloudWatch Logs can track the number of errors that occur in your application logs and send you a notification whenever the rate of errors exceeds a threshold you specify. CloudWatch Logs uses your log data for monitoring; so, no code changes are required.

**Long term log retention:** You can use CloudWatch Logs to store your log data indefinitely in

**Amazon CloudWatch** ⌄

 **Overview**

 **Features**

 **Pricing**

 **Getting Started**

 **FAQs**

 **Customers**

includes support for both access keys and IAM roles.

## Q: What is Amazon CloudWatch Logs Insights?

Amazon CloudWatch Logs Insights is an interactive, pay-as-you-go, and integrated log analytics capability for CloudWatch Logs. It helps developers, operators, and systems engineers understand, improve, and debug their applications, by allowing them to search and visualize their logs. Logs Insights is fully integrated with CloudWatch, enabling you to manage, explore, and analyze your logs. You can also leverage CloudWatch Metrics, Alarms and Dashboards with Logs to get full operational visibility into your applications. This empowers you to understand your applications, make improvements, and find and fix problems quickly, so that you can continue to innovate rapidly. You can write queries with aggregations, filters, and regular expressions to derive actionable insights from your logs. You can also visualize timeseries data, drill down into individual log events, and export your query results to CloudWatch Dashboards.

## Q: How can I get started with CloudWatch Logs Insights?

You can immediately start using Logs Insights to run queries on all your logs being sent to CloudWatch Logs. There is no setup required and no infrastructure to manage. You can access Logs Insights from the AWS Management Console or programmatically through your applications by using the AWS SDK.

## Q: What is Amazon CloudWatch Anomaly Detection?

Amazon CloudWatch Anomaly Detection applies machine-learning algorithms to continuously

Q ☰

**Amazon CloudWatch** ⌄

**Overview**

**Features**

**Pricing**

**Getting Started**

FAQs

**Customers**

## Q: What is Amazon CloudWatch Contributor Insights?

Amazon CloudWatch now includes Contributor Insights, which analyzes time-series data to provide a view of the top contributors influencing system performance. Once set up, Contributor Insights runs continuously without needing additional user intervention. This helps developers and operators more quickly isolate, diagnose, and remediate issues during an operational event.

## Q: How can I get started with CloudWatch Contributor Insights?

It is easy to get started with Contributor Insights. In the CloudWatch console, go to Contributor Insights in the navigation pane to create a Contributor Insights rule. You can also enable Contributor Insights using the AWS CLI, AWS SDKs, or AWS CloudFormation templates. Contributor Insights is available in all commercial AWS Regions. To learn more, please visit the documentation on CloudWatch Contributor Insights.

## Q: What is Amazon CloudWatch ServiceLens?

Amazon CloudWatch ServiceLens is a new feature that enables you to visualize and analyze the health, performance, and availability of your applications in a single place. CloudWatch ServiceLens ties together CloudWatch metrics and logs as well as traces from AWS X-Ray to give you a complete view of your applications and their dependencies. This enables you to quickly pinpoint performance bottlenecks, isolate root causes of application issues, and determine users impacted. CloudWatch ServiceLens enables you to gain visibility into your applications in three main areas: Infrastructure monitoring (using metrics and logs to understand the resources supporting your applications), transaction monitoring (using traces to understand dependencies

**Amazon CloudWatch** ⌄

Overview

Features

Pricing

Getting Started

FAQs

Customers

tests on your endpoints every minute, 24x7, and alerts you as soon as your application endpoints don't behave as expected. These tests can be customized to check for availability, latency, transactions, broken or dead links, step by step task completions, page load errors, load latencies for UI assets, complex wizard flows, or checkout flows in your applications. You can also use CloudWatch Synthetics to isolate alarming application endpoints and map them back to underlying infrastructure issues to reduce mean time to resolution.

**Q: How can I get started with CloudWatch Synthetics?**

It's easy to get started with CloudWatch Synthetics. You can write your first passing canary in minutes. To learn more, visit the documentation on Amazon CloudWatch Synthetics.

# Pricing

**Q: How much does Amazon CloudWatch cost?**

Please see our pricing page for the latest information.

**Q: Does the Amazon CloudWatch monitoring charge change depending on which type of Amazon EC2 instance I monitor?**

All Amazon EC2 instance types automatically send key health and performance metrics to CloudWatch at no cost. If you enable EC2 Detailed Monitoring, you will be charged for custom metrics based on the number of metrics sent to CloudWatch for the instance. The number of

**Amazon CloudWatch**  ⌄

Overview

Features

Pricing

Getting Started

FAQs

Customers

Cloud" (EC2) detail section of your bill, while charges for CloudWatch Logs and CloudWatch Dashboards are reported under the "CloudWatch" detail section. To help consolidate and simplify your monthly AWS CloudWatch usage and billing, we moved the charges for your CloudWatch Metrics, Alarms, and API usage from the "EC2" section of your bill to the "CloudWatch" section, effectively bringing together all of your CloudWatch monitoring charges under the "CloudWatch" section. Note that this has no impact to your total AWS bill amount. Your bill and Cost and Usage Reports will now simply display charges for CloudWatch under a single section.

Additionally, there is a Billing Metric in CloudWatch named "Estimated Charges" that can be viewed as Total Estimated Charge or broken down By Service. The "Total Estimated Charge" metric will not change. However, the "EstimatedCharges" metric broken down by Service will change for dimension ServiceName equal to "AmazonEC2" and dimension ServiceName equal to "AmazonCloudWatch". Due to the billing consolidation, you may see that your AmazonEC2 billing metric decrease and AmazonCloudWatch billing metric increase as usage and billing charges get moved out of EC2 and into CloudWatch.

### Q: How is CloudWatch Logs Insights priced?

Logs Insights is priced per query and charges based on the amount of ingested log data scanned by the query. For additional details about pricing, you can see CloudWatch pricing.

### Q: Does CloudWatch Logs Insights charge me for cancelled queries?

Yes, if you cancel a query manually, you are charged for the amount of ingested log data

**Amazon CloudWatch** ⌄

> **Overview**

> **Features**

> **Pricing**

> **Getting Started**

> **FAQs**

> **Customers**

including Amazon EC2 instances, EBS volumes, Elastic Load Balancers, Auto Scaling groups, EMR job flows, RDS DB instances, DynamoDB tables, ElastiCache clusters, RedShift clusters, OpsWorks stacks, Route 53 health checks, SNS topics, SQS queues, SWF workflows, and Storage Gateways. You can also monitor custom metrics generated by your own applications and services.

### Q: What is the retention period of all metrics?

CloudWatch launched High Resolution Custom Metrics on July 26, 2017. This enables you to publish and store custom metrics down to 1-second resolution. Extended retention of metrics was launched on November 1, 2016, and enabled storage of all metrics for customers from the previous 14 days to 15 months. CloudWatch retains metric data as follows:

- Data points with a period of less than 60 seconds are available for 3 hours. These data points are high-resolution custom metrics.

- Data points with a period of 60 seconds (1 minute) are available for 15 days

- Data points with a period of 300 seconds (5 minute) are available for 63 days

- Data points with a period of 3600 seconds (1 hour) are available for 455 days (15 months)

Data points that are initially published with a shorter period are aggregated together for long-term storage. For example, if you collect data using a period of 1 minute, the data remains available for 15 days with 1-minute resolution. After 15 days this data is still available, but is aggregated and is retrievable only with a resolution of 5 minutes. After 63 days, the data is further aggregated and is available with a resolution of 1 hour. If you need availability of metrics longer than these periods, you can use the GetMetricStatistics API to retrieve the datapoints for

**Amazon CloudWatch** ⌄

**Overview**

**Features**

**Pricing**

**Getting Started**

**FAQs**

**Customers**

PutMetricData API request, then by default CloudWatch will aggregate and store the metrics at 1-minute resolution.

Depending on the age of data requested, metrics will be available at the resolutions defined in the retention schedules above. For example, if you request for 1-minute data for a day from 10 days ago, you will receive the 1440 data points. However, if you request for 1-minute data from 5 months back, the UI will automatically change the granularity to 1-hour and the GetMetricStatistics API will not return any output.

**Q: Can I delete any metrics?**

CloudWatch does not support metric deletion. Metrics expire based on the retention schedules described above.

**Q: Will I lose the metrics data if I disable monitoring for an Amazon EC2 instance?**

No. You can always retrieve metrics data for any Amazon EC2 instance based on the retention schedules described above. However, the CloudWatch console limits the search of metrics to 2 weeks after a metric is last ingested to ensure that the most up to date instances are shown in your namespace.

**Q: Can I access the metrics data for a terminated Amazon EC2 instance or a deleted Elastic Load Balancer?**

Yes. Amazon CloudWatch stores metrics for terminated Amazon EC2 instances or deleted Elastic

**Amazon CloudWatch**  ⌄

    **Overview**

    **Features**

    **Pricing**

    **Getting Started**

    **FAQs**

    **Customers**

You can use Amazon CloudWatch to monitor data produced by your own applications, scripts, and services. A custom metric is any metric you provide to Amazon CloudWatch. For example, you can use custom metrics as a way to monitor the time to load a web page, request error rates, number of processes or threads on your instance, or amount of work performed by your application. You can get started with custom metrics by using the PutMetricData API, our sample monitoring scripts for Windows and Linux, CloudWatch collectd plugin, as well as a number of applications and tools offered by AWS partners.

**Q: What resolution can I get from a Custom Metric?**

A custom metric can be one of the following:

- Standard resolution, with data having one-minute granularity
- High resolution, with data at a granularity of one second

By default, metrics are stored at 1-minute resolution in CloudWatch. You can define a metric as high-resolution by setting the StorageResolution parameter to 1 in the PutMetricData API request. If you do not set the optional StorageResolution parameter, then CloudWatch will default to storing the metrics at 1-minute resolution.

When you publish a high-resolution metric, CloudWatch stores it with a resolution of 1 second, and you can read and retrieve it with a period of 1 second, 5 seconds, 10 seconds, 30 seconds, or any multiple of 60 seconds.

Amazon CloudWatch  ∨

Overview

Features

Pricing

Getting Started

FAQs

Customers

metrics.

## Q: When would I use a Custom Metric over having my program emit a log to CloudWatch Logs?

You can monitor your own data using custom metrics, CloudWatch Logs, or both. You may want to use custom metrics if your data is not already produced in log format, for example operating system processes or performance measurements. Or, you may want to write your own application or script, or one provided by an AWS partner. If you want to store and save individual measurements along with additional detail, you may want to use CloudWatch Logs.

## Q: What statistics can I view and graph in CloudWatch?

You can retrieve, graph, and set alarms on the following statistical values for Amazon CloudWatch metrics: Average, Sum, Minimum, Maximum, and Sample Count. Statistics can be computed for any time periods between 60-seconds and 1-day. For high-resolution custom metrics, statistics can be computed for time periods between 1-second and 3-hours.

## Q: What is CloudWatch Application Insights for .NET and SQL Server?

Amazon CloudWatch Application Insights for .NET and SQL Server is a capability that you can use to easily monitor your .NET and SQL Server applications. It helps identify and set up key metrics and logs across your application resources and technology stack, i.e. database, web (IIS) and application servers, OS, load balancers, queues, etc. It constantly monitors these telemetry data to detect and correlate anomalies and errors, to notify you of any problems in your

**Amazon CloudWatch**  ⌄

    **Overview**

    **Features**

    **Pricing**

    **Getting Started**

    **FAQs**

    **Customers**

with contextual information these problems.

- **Faster troubleshooting**: It assesses the detected problems to give you insights on them, such as the possible root-cause of the detected problem and list of metrics and logs impacted because of the problem. You can provide feedback on generated insights to make the problem detection engine specific to your use-case.

**Q: How do I get started with monitoring using CloudWatch Application Insights for .NET and SQL Server?**

**On-board application**: Specify the application you want to monitor by choosing the AWS Resource Group associated with it.

**Identify application components**: It analyzes your application resources to identify application components (standalone resources, or groups of related resources such as auto scaling groups and load balancer groups). You can also customize components by grouping resources for better insights and easy onboarding.

**Enable monitoring**: For your application components, you can specify the technology tier i.e. IIS front-end, .NET worker tier, etc. Based on your selection it provides a recommended set of metrics and logs that can be customized based on your needs. Once you save these "monitors", Application Insights for .NET and SQL Server sets up CloudWatch to collect these on your behalf.

Once on-boarded, Application Insights for .NET and SQL Server uses a combination of pre-built rules and machine learning models to start identifying application problems. It creates automated dashboards on CloudWatch with the list of problems detected, and a detailed view

**Amazon CloudWatch** ∨

    **Overview**

    **Features**

    **Pricing**

    **Getting Started**

    **FAQs**

    **Customers**

view the original log data to see the source of the problem. Log data can be stored and accessed for up to as long as you need in highly durable, low-cost storage so you don't have to worry about filling up hard drives.

**Q: What are Amazon CloudWatch Vended Logs?**

Amazon CloudWatch Vended logs are logs that are natively published by AWS services on behalf of the customer. VPC Flow logs is the first Vended log type that will benefit from this tiered model. However, more AWS Service log types will be added to Vended Log type in the future.

**Q: Is CloudWatch Logs available in all regions?**

Please refer to Regional Products and Services for details of CloudWatch Logs service availability by region.

**Q: How much does CloudWatch Logs cost?**

Please see our pricing page for the latest information.

**Q: What kinds of things can I do with my logs and Amazon CloudWatch?**

CloudWatch Logs is capable of monitoring and storing your logs to help you better understand and operate your systems and applications. When you use CloudWatch Logs with your logs, your existing log data is used for monitoring, so no code change are required. Here are a two examples of what you can do with Amazon CloudWatch and your logs:

**Amazon CloudWatch** ∨

**Overview**

**Features**

**Pricing**

**Getting Started**

**FAQs**

**Customers**

**running Microsoft SQL Server and Microsoft Windows Server?**

You can configure the EC2Config service to send a variety of data and log files to CloudWatch including: custom text logs, Event (Application, Custom, Security, System) logs, Event Tracing (ETW) logs, and Performance Counter (PCW) data. Learn more about the EC2Config service here.

**Q: How frequently does the CloudWatch Logs Agent send data?**

The CloudWatch Logs Agent will send log data every five seconds by default and is configurable by the user.

**Q: What log formats does CloudWatch Logs support?**

CloudWatch Logs can ingest, aggregate and monitor any text based common log data or JSON-formatted logs.

**Q: What if I configure the CloudWatch Logs Agent to send non-text log data?**

The CloudWatch Logs Agent will record an error in the event it has been configured to report non text log data. This error is recorded in the /var/logs/awslogs.log.

**Q: How do I start monitoring my logs with CloudWatch Logs?**

You can monitor log events as they are sent to CloudWatch Logs by creating Metric Filters. Metric Filters turn log data into Amazon CloudWatch Metrics for graphing or alarming. Metric Filters can be created in the Console or the CLI. Metric Filters search for and match terms,

**Amazon CloudWatch** ∨

**Overview**

**Features**

**Pricing**

**Getting Started**

**FAQs**

**Customers**

be the term Error. Multiple search terms can be included to search for multiple terms. For example, if you wanted to count events which contained the terms Error and Exception you would use the pattern Error Exception. If you wanted to match the term Error Exception exactly, you would put double quotes around the search term, "Error Exception". You can specify as many search terms as you like.

CloudWatch Logs can also be used to extract values from a log event in common log or JSON format. For example, you could track the bytes transferred from your Apache access logs. You can also use conditional operators and wildcards to match and extract the data you are interested in. To use the extraction feature of Metric Filters, log events must be space delimited and use a starting and ending double quote """, or, a starting square brace "[" and a closing square brace "]"square, to enclose fields. Alternatively, they can be JSON-formatted log events. For the full details of the syntax and examples, please see the Developer Guide for Metric Filters.

**Q: How do I know that a Metric Filter pattern I specified will match my log events?**

CloudWatch Logs lets you test the Metric Filter patterns you want before you create a Metric Filter. You can test your patterns against your own log data that is already in CloudWatch Logs or you can supply your own log events to test. Testing your pattern will show you which log events matched the Metric Filter pattern and, if extracting values, what the extracted value is in the test data. Metric Filter testing is available for use in the console and the CLI.

**Q: Can I use regular expressions with my log data?**

Amazon CloudWatch Metric Filters does not support regular expressions. To process your log

Amazon CloudWatch  ∨

Overview

Features

Pricing

Getting Started

FAQs

Customers

**Q: How do I search my logs?**

You can use the CLI to retrieve your log events and search through them using command line grep or similar search functions.

**Q: How long does CloudWatch Logs store my log data?**

You can store your log data in CloudWatch Logs for as long as you want. By default, CloudWatch Logs will store your log data indefinitely. You can change the retention for each Log Group at any time.

# Log analytics

**Q: What permissions do I need to access Logs Insights?**

To access Logs Insights, your IAM policy must include permissions for logs:DescribeLogGroups and logs:FilterLogEvents.

**Q: What logs can I query with CloudWatch Logs Insights?**

You can use Logs Insights to query all logs being sent to CloudWatch. Logs Insights automatically discovers the logs fields from logs from AWS services such as Lambda, CloudTrail, Route53, and VPC Flow Logs; and any application log that generates log events in JSON format. Additionally, for all log types, it generates 3 system fields @message, @logStream, and

🔍 ☰

**Amazon CloudWatch** ⌄

**Overview**

**Features**

**Pricing**

**Getting Started**

**FAQs**

**Customers**

## Q: What are the service limits for CloudWatch Logs Insights?

The service limits are documented here.

## Q: What regions is CloudWatch Logs Insights available in?

Logs Insights is available in US West (Oregon), US West (N. California), US East (Ohio), US East (N. Virginia), Asia Pacific (Mumbai), Asia Pacific (Seoul), Asia Pacific (Singapore), Asia Pacific (Sydney), Asia Pacific (Tokyo), Canada (Central), EU (Frankfurt), EU (Ireland), EU (London), EU (Paris), South America (São Paulo).

## Q: What type of queries does CloudWatch Logs Insights support?

You can write queries containing aggregations, filters, regular expressions, and text searches. You can also extract data from log events to create ephemeral fields, which can be further processed by the query language to help you access the information you are looking for. The query language supports string, numeric, and mathematical functions, such as concat, strlen, trim, log, and sqrt, among others. You can also use boolean and logical expressions, and aggregate functions such as min, max, sum, average, and percentile, among others. You can find additional details about the query language and supported functions here.

## Q: What query commands and functions can I use with CloudWatch Logs Insights?

You can find a list of query commands here. You can find a list of supported functions here.

**Amazon CloudWatch**  ⌄

**Overview**

**Features**

**Pricing**

**Getting Started**

FAQs

**Customers**

## Q: How do I escape special characters with CloudWatch Logs Insights queries?

You can use backticks to escape special characters. Log field names that contain characters other than alphanumeric characters, @, and . require escaping with backticks.

## Q: Why do certain log fields have a "@" sign and others don't?

System fields generated by Logs Insights begin with @. Logs Insights currently generates 3 system fields @message which contains the raw, unparsed log event as sent to CloudWatch, @logStream which contains the name of the source that generated the log event, and @timestamp which contains the time when the log event was added to CloudWatch.

## Q: Can I query historical logs with CloudWatch Logs Insights?

Logs Insights enables you to query log data that was added to CloudWatch Logs on or after November 5, 2018.

## Q: Can I search for log events from a specific log stream?

You can search for log events from a specific log stream by adding the query command filter @logStream = "log_stream_name" to your log query.

## Q: Today I use an AWS Partner ISV solution to analyze my logs from CloudWatch. What does CloudWatch Logs Insights change for me?

**Amazon CloudWatch** ⌄

> **Overview**

> **Features**

> **Pricing**

> **Getting Started**

> **FAQs**

> **Customers**

high performance, cost-effective way, without having to move large amounts of data. It also provides you with faster access to your logs by removing the associated data transfer latencies and eliminates the operational complexities of configuring and maintaining certain data transfers.

## Alarms

### Q: What types of CloudWatch Alarms can be created?

You can create an alarm to monitor any Amazon CloudWatch metric in your account. For example, you can create alarms on an Amazon EC2 instance CPU utilization, Amazon ELB request latency, Amazon DynamoDB table throughput, Amazon SQS queue length, or even the charges on your AWS bill.

You can also create an alarm on custom metrics that are specific to your custom applications or infrastructure. If the custom metric is a high-resolution metric, you have the option of creating high-resolution alarms that alert as soon as 10-second or 30-second periods.

With composite alarms, you can combine multiple alarms into alarm hierarchies. This reduces alarm noise by triggering just once when multiple alarms fire at the same time. You can provide an overall state for a grouping of resources like an application, AWS Region, or Availability Zone.

Please reference the CloudWatch pricing page to learn more.

Amazon CloudWatch  ⌄

Overview

Features

Pricing

Getting Started

FAQs

Customers

When you create an alarm, you first choose the Amazon CloudWatch metric you want it to monitor. Next, you choose the evaluation period (e.g., five minutes or one hour) and a statistical value to measure (e.g., Average or Maximum). To set a threshold, set a target value and choose whether the alarm will trigger when the value is greater than (>), greater than or equal to (>=), less than (<), or less than or equal to (<=) that value.

**Q: My CloudWatch Alarm is constantly in the Alarm state, what did I do wrong?**

Alarms continue to evaluate metrics against your chosen threshold, even after they have already triggered. This allows you to view its current up-to-date state at any time. You may notice that one of your alarms stays in the ALARM state for a long time. If your metric value is still in breach of your threshold, the alarm will remain in the ALARM state until it no longer breaches the threshold. This is normal behavior. If you want your alarm to treat this new level as OK, you can adjust the alarm threshold accordingly.

**Q: How long can I view my Alarm history?**

Alarm history is available for 14 days. To view your alarm history, log in to CloudWatch in the AWS Management Console, choose Alarms from the menu at left, select your alarm, and click the History tab in the lower panel. There you will find a history of any state changes to the alarm as well as any modifications to the alarm configuration.

# Dashboards

Q    ≡

**Amazon CloudWatch**  ⌄

    **Overview**

    **Features**

    **Pricing**

    **Getting Started**

    **FAQs**

    **Customers**

Automatic Dashboards are pre-built with AWS service recommended best practices, remain resource aware, and dynamically update to reflect the latest state of important performance metrics. You can now filter and troubleshoot to a specific view without adding additional code to reflect the latest state of your AWS resources. Once you have identified the root cause of a performance issue, you can quickly act by going directly to the AWS resource.

**Q: Do the dashboards support auto refresh?**

Yes. Dashboards will auto refresh while you have them open.

**Q: Can I share my dashboard?**

Yes, a dashboard is available to anyone with the correct permissions for the account with the dashboard.

# Events

**Q: What is CloudWatch Events?**

Amazon CloudWatch Events (CWE) is a stream of system events describing changes in your AWS resources. The events stream augments the existing CloudWatch Metrics and Logs streams to provide a more complete picture of the health and state of your applications. You write declarative rules to associate events of interest with automated actions to be taken.

**Q: What services emit CloudWatch Events?**

**Amazon CloudWatch**  ∨

**Overview**

**Features**

**Pricing**

**Getting Started**

FAQs

**Customers**

## Q: Can I do things on a fixed schedule?

CloudWatch Events is able to generate events on a schedule you set by using the popular Unix cron syntax. By monitoring for these events, you can implement a scheduled application.

## Q: What is the difference between CloudWatch Events and AWS CloudTrail?

CloudWatch Events is a near real time stream of system events that describe changes to your AWS resources. With CloudWatch Events, you can define rules to monitor for specific events and perform actions in an automated manner. AWS CloudTrail is a service that records API calls for your AWS account and delivers log files containing API calls to your Amazon S3 bucket or a CloudWatch Logs log group. With AWS CloudTrail, you can look up API activity history related to creation, deletion and modification of AWS resources and troubleshoot operational or security issues.

## Q: What is the difference between CloudWatch Events and AWS Config?

AWS Config is a fully managed service that provides you with an AWS resource inventory, configuration history, and configuration change notifications to enable security and governance. Config rules help you determine whether configuration changes are compliant. CloudWatch Events is for reacting in near real time to resource state changes. It doesn't render a verdict on whether the changes comply with policy or give detailed history like Config/Config Rules do. It is a general purpose event stream.

**Amazon CloudWatch**  ⌄

**Overview**

**Features**

**Pricing**

**Getting Started**

**FAQs**

**Customers**

**Q: How can I get started with CloudWatch Container Insights?**

You can get started collecting detailed performance metrics, logs, and metadata from your containers and clusters in just a few clicks by following these steps in the CloudWatch Container Insights documentation.

**Q: How is CloudWatch Container Insights priced?**

CloudWatch Container Insights automatically collects custom metrics from performance events ingested as CloudWatch Logs from your container environment. More details on pricing is available on the CloudWatch pricing page.

**Q: What is Prometheus and why do I want to collect Prometheus metrics in CloudWatch?**

Prometheus is a popular open source monitoring project, part of the Cloud Native Compute Foundation (CNCF). The open source community has built over 150 plugins and defined a framework that DevOps teams can use to expose custom metrics to be collected using a pull-based approach from their applications. With this new feature, DevOps teams can automatically discover services for containerized workloads such as AWS App Mesh, NGINX, and Java/JMX. They can then expose custom metrics on those services, and ingest the metrics in CloudWatch. By curating the collection and aggregation of Prometheus metrics, CloudWatch users can monitor, troubleshoot, and alarm on application performance degradation and failures faster while reducing the number of monitoring tools required.

**Q: How does pricing work when ingesting Prometheus metrics from my container**

**Amazon CloudWatch** ⌄

    **Overview**

    **Features**

    **Pricing**

    **Getting Started**

    FAQs

    **Customers**

Prometheus metrics are automatically ingested as CloudWatch custom metrics. The retention period is 15 months per metric data point with automatic roll up (<60secs available for 3 hours, 1 min available for 15 days, 5 min available for 63 days, 1 hour available for 15 months). To learn more, see the documentation on CloudWatch metrics retention.

**Q: Are all Prometheus metrics types supported for the Public Beta?**

No. Current metric types supported are Gauge and Counters. Histogram and Summary metrics are planned for an upcoming release.

**Q: Do you support PromQL as a query language?**

No. All metrics are ingested as CloudWatch Logs events and can be queried using CloudWatch Logs Insights queries. For more information, see the documentation on CloudWatch Logs Insights search language syntax.

# Lambda Monitoring

**Q: What is CloudWatch Lambda Insights?**

CloudWatch Lambda Insights is a feature for monitoring, troubleshooting, and optimizing the performance and cost of your Lambda functions. Lambda Insights simplifies the isolation and analysis of performance issues impacting your Lambda environments. DevOps and systems



**Amazon CloudWatch** ⌄

    **Overview**

    **Features**

    **Pricing**

    **Getting Started**

    **FAQs**

    **Customers**

the CloudWatch pricing page.

# Learn more about Amazon CloudWatch Pricing

**Visit the pricing page**

    **Ready to build?**
    **Get started with Amazon CloudWatch**

    **Have more questions?**
    **Contact us**

**GET STARTED WITH AWS**

Learn how to start using AWS in minutes



**AWS FREE TIER**



**Amazon CloudWatch** ⌄

**Overview**

**Features**

**Pricing**

**Getting Started**

**FAQs**

**Customers**

AWS Cloud Security

What's New

Blogs

Press Releases

## Help

Contact Us

AWS Careers

File a Support Ticket

Knowledge Center

AWS Support Overview

Legal

<div style="border:1px solid #e47911; text-align:center; padding:10px;">

**Create an AWS Account**

</div>

     

Amazon is an Equal Opportunity Employer: *Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.*

**Language**

عربي

**Amazon CloudWatch**  ⌄

**Overview**

**Features**

**Pricing**

**Getting Started**

**FAQs**

**Customers**

Privacy

|

Site Terms

|

Cookie Preferences

|

© 2021, Amazon Web Services, Inc. or its affiliates. All rights reserved.