# Exhibit KK

1      IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
2                  EASTERN DIVISION

3  KOVE IO, INC.,                    )
                                     )
4  Plaintiff/Counter-Defendant,      )   Case No. 18 CV 08175
                                     )
5  -vs-                              )   Chicago, Illinois
                                     )   February 12, 2021
6  AMAZON WEB SERVICES, INC.,        )   3:01 p.m.
                                     )
7  Defendant/Counter-Claimant.       )

8          TELEPHONIC TRANSCRIPT OF PROCEEDINGS - MOTION
       BEFORE THE HONORABLE SHEILA M. FINNEGAN, MAGISTRATE JUDGE
9
   TELEPHONIC APPEARANCES:
10
   For the Plaintiff/
11 Counter-Defendant:      MR. RENATO T. MARIOTTI
                           Thompson Coburn LLP
12                         55 East Monroe Street, 37th Floor
                           Chicago, IL  60603
13                         (312) 346-7500
                           Rmariotti@thompsoncoburn.com
14
                           MS. KHUE HOANG
15                         MR. JAIME FRANCISCO CARDENAS-NAVIA
                           Reichman Jorgensen LLP
16                         750 Third Avenue, Suite 2400
                           New York, NY 10017
17                         (212) 381-1965
                           Khoang@reichmanjorgensen.com
18                         Jcardenas-navia@reichmanjorgensen.com
   Court Reporter:
19
                 KATHLEEN M. FENNELL, CSR, RPR, RMR, FCRR
20                     Official Court Reporter
                       United States District Court
21               219 South Dearborn Street, Suite 1426
                       Chicago, Illinois  60604
22                 Telephone:  (312) 435-5569
                   Kathleen_Fennell@ilnd.uscourts.gov
23
              *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
24
                     PROCEEDINGS RECORDED BY
25                   MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED BY COMPUTER

1  APPEARANCES:   (Continued)

2  For Defendant/
   Counter-Claimant:          MR. ALAN M. FISCH
3                             MR. R. WILLIAM SIGLER
                              MS. ELIZABETH BERNARD
4                             MR. JEFFREY M. SALTMAN
                              FISCH SIGLER LLP
5                             5301 Wisconsin Avenue NW, Fourth Floor
                              Washington, DC 20015
6                             (202) 362-3500
                              Alan.fisch@fischllp.com
7                             Bill.sigler@fischllp.com
                              Elizabeth.bernard@fischllp.com
8                             Jeffrey.saltman@fischllp.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  terms of specifically what we're asking for, it is limited to

2  this wiki database.

3       THE COURT:  All right.

4       And let me ask to Amazon, you know, it's not uncommon

03:16:35   5  with search terms being used that, you know, you have an

6  iterative process if we do some sampling, if what we're

7  pulling up is helpful or not, and if not, it might make sense

8  to narrow the search terms, but why shouldn't we do that

9  process here?

03:16:59  10       MS. BERNARD:  Good afternoon, your Honor.  This is

11  Elizabeth Bernard.  I am counsel for AWS in this matter.

12       With regard to the wikis and the 12,000 hits, I think

13  it's important to understand what these documents are.  These

14  documents can vary from being very short, one to two pages,

03:17:13  15  but they can also be extremely dense, 50 to 60 pages, and talk

16  about complex technological issues and topics.

17       So at the end of the day, it takes a really long time

18  to review these wiki, and as you correctly noted, some of

19  these are going to have proprietary information that isn't

03:17:33  20  relevant to this case.  So just because there is a hit on the

21  wiki, we're still going to have to review it to see if it's

22  actually responsive.  And that is what we have been doing in

23  this case, and we have already produced over a thousand.

24       So when we ran the search terms that Kove provided us

03:17:45  25  last year, some of those terms in particular included things

1   like heat and split, so they're kind of generic terms that --

2         THE COURT REPORTER: I'm sorry, "included things

3   like" --

4         MS. BERNARD: Heat and split. They weren't --

03:17:57    5         THE COURT: Can you spell -- spell that word for the

6   court reporter.

7         MS. BERNARD: Heat, H-E-A-T, and split, S-P-L-I-T.

8         THE COURT: Thank you.

9         MS. BERNARD: So it included terms like those, which

03:18:13   10   unsurprisingly were coming back with large numbers of hits. I

11   think between those two, it was around 3,600 of the 12,000

12   hits.

13         So those terms on their face we would submit are

14   obviously risking overproduction. They're not as targeted on

03:18:32   15   certain components of these systems we're going to review, and

16   we're going to find a lot that are not going to be responsive.

17         And just to give the Court some sense of what we're

18   dealing with when we're talking about reviewing 12,000, not

19   only are these documents potentially very dense when it comes

03:18:47   20   to the complex technology that's described therein and could

21   be very voluminous in pages, I don't exactly have the page hit

22   with me, but, again, we've seen a range from one to two to 50

23   to 60.

24         But what we're doing in review right now in the

03:19:02   25   highly technical nature of this case based on what we've seen

1  in our experience in producing documents, we estimate that

2  12,000 hits will take over a month to review, maybe even

3  longer if we deal with some really dense wikis along the way.

4  So what we're looking for from Kove is to re-engage

03:19:21  5  back with us and let's talk about narrowing those search terms

6  to something that we can do in a timely manner and that gives

7  them what they need for this case.  Terms like "heat" and

8  "split" are just a little too overbroad, and if we can focus

9  on what they think they're missing because there has been a

03:19:38  10  pretty extensive production in this case.

11  So that's kind of where we are with this.  We're

12  trying to get what they think they need if they can help us to

13  better identify that in a way that's proportional to the case

14  and also not as burdensome as reviewing 12,000 hits.

03:19:53  15  THE COURT:  Well, don't you have a sense of what

16  search terms you think would be most helpful to use?  I mean,

17  I understand you want them to narrow it, but let's assume I

18  said to you, all right, you tell me what do you think are

19  the -- can be the best search terms?  Because it's your

03:20:10  20  documents, it's your technology, you tell me what are the

21  search terms we should be using if we're going to do this.

22  MS. BERNARD:  Sure, your Honor.  This is Elizabeth

23  Bernard again.

24  So we actually ran the components that they

03:20:24  25  identified in I believe it's Exhibit A or Appendix A to their

1  parts of the briefs yet, so I don't think it would be

2  productive.  I'd rather have another hearing after I've read

3  the briefs.

4          MR. CARDENAS-NAVIA:  Okay.

03:42:37  5          THE COURT:  Anything further?

6          MR. CARDENAS-NAVIA:  Thank you, your Honor.

7          THE COURT:  All right.

8          MR. SIGLER:  On behalf --

9          THE COURT:  Thanks everyone.

03:42:46  10          MR. SIGLER:  Thank you, your Honor.

11          MS. HOANG:  Thank you, your Honor.

12          THE COURT:  Thank you, everyone.  Have a good

13  weekend, everyone.  Bye.

14          MS. BERNARD:  Thank you, your Honor.

15        (Which were all the proceedings heard.)

16                      CERTIFICATE

17      I certify that the foregoing is a correct transcript from

18  the record of proceedings in the above-entitled matter.

19  */s/Kathleen M. Fennell*              *February 16, 2021*

20  _____        _____

    Kathleen M. Fennell                Date
21  Official Court Reporter

22

23

24

25