

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Carl V. Malmstrom

Firm   Wolf Haldenstein Adler Freeman & Herz LLC

Street Address   111 W. Jackson St., Suite 1700

City/State/Zip Code   Chicago, IL 60604

Phone Number   (312) 984-0000

Email address   malmstrom@whafh.com

ARDC (Illinois State Bar members, only)   6295219

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:14-cv-9465 | Rubenstein v. Gonzalez et al. | Robert M. Dow, Jr. |
| 1:17-cv-5828 | Carroll et al. v. S.C. Johnson | Charles Norgle |
| 1:18-cv-4171 | In re: Chicago Board Options | Manish S. Shah |
| 1:16-cv-8637 | Maplevale Farms, Inc. v. Koch | Thomas M. Durkin |
| 1:17-cv-7930 | Curran v. Bayer Corporation | Jorge L. Alonso |
| See attached Schedule A for | additional cases | |

/s/ Carl V. Malmstrom                                 Oct. 25, 2018
_____        _____
Signature of Attorney                                    Date

Rev. 01272016

## Schedule A: Additional Cases

Petrizzo et al. v. DeVry Educational Group et al.; Case No. 1:16-cv-9754; Hon. Manish S. Shah

Pierrelouis v. Gogo, Inc. et al.; Case No. 1:16-cv-9754; Hon. Jorge L. Alonso

Hechmer et al. v. Kraft Heinz Foods Co. et al.; Case No. 1:16-cv-5802; Hon. Gary Feinerman

Smith-Brown et al. v. Ulta Beauty, Inc. et al.; Case No. 1:18-cv-610; Hon. Jorge L. Alonso

Hutsenpiller v. Small et al.; Case No. 1:18-cv-6547; Hon. Sara L. Ellis

Nanduri v. Small et al.; Case No. 1:18-cv-6524; Hon. Elaine E. Bucklo