# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation | Case No.: 1:16-cv-5802<br>MDL No. 2705<br><br>Judge Gary S. Feinerman |
| This document relates to:<br>Case No. 1:16-cv-2687 | |

## NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on Thursday, November 15, 2018 at 9:00 a.m. or as soon thereafter as counsel may be heard, Plaintiffs Janine Hechmer and Elizabeth Bidgood, on behalf of themselves and all others similarly situated, by their undersigned counsel, shall appear before the Honorable Gary S. Feinerman, or any Judge sitting in his stead, in the Courtroom usually occupied by him in Room 2125 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and shall then and there present Plaintiffs' Motion to Withdraw the Appearance of Theodore B. Bell, a copy of which is filed simultaneously herewith.

Dated: November 8, 2018

Respectfully submitted,

/s/ Carl V. Malmstrom
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Tel: 312-984-0000
Fax: 312-214-3110
malmstrom@whafh.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on November 5, 2018, he caused the foregoing document to be filed with the clerk of the United States District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ Carl V. Malmstrom  
Carl V. Malmstrom
