# Exhibit A

# Re: Kove v AWS: 2-19 Minute Order

**Bill Sigler**

Fri 2/26/2021 10:44 AM

To: Khue Hoang <khoang@reichmanjorgensen.com>;

Cc: Kove Team <FS-Kove@fischllp.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; rmariotti@thompsoncoburn.com <rmariotti@thompsoncoburn.com>; Parks, Michael A. <MParks@thompsoncoburn.com>;

Hi Khue,

Thank you for your email. We agree that Kove can't further amend or supplement its contentions without establishing good cause. We disagree, though, that Kove is otherwise entitled to rely on the theories and evidence cited in its final contentions. The Court ordered that Kove's contentions for the "redirects," "hash functions" or "hash tables," and "predetermined performance limit" claim limitations are limited to the specific contentions and supporting evidence that Kove provided in its response brief. Indeed, the minute order stated: "The court agrees with AWS that Kove's infringement contentions should be deemed limited to the explanations offered in Kove's response brief to AWS's second motion to compel amendment of final infringement contentions." If you'd like to discuss this further, today doesn't work for us but we can be available Monday. Thank you.

Regards,
Bill

**Bill Sigler | Fisch Sigler LLP | Partner**
+1.202.362.3520 (o)
+1.703.304.3131 (m)

---

**From:** Khue Hoang <khoang@reichmanjorgensen.com>
**Date:** Thursday, February 25, 2021 at 3:34 PM
**To:** Elizabeth Bernard <Elizabeth.Bernard@fischllp.com>, Bill Sigler <Bill.Sigler@fischllp.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>, RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>, "rmariotti@thompsoncoburn.com" <rmariotti@thompsoncoburn.com>, "Parks, Michael A." <MParks@thompsoncoburn.com>
**Subject:** Kove v AWS: 2-19 Minute Order

Hi Bill and Elizabeth,

We're reaching out about the Court's Minute order from last Friday, February 19. Our understanding of the order is that AWS's motion was withdrawn by the Court in light of the explanations provided in Kove's opposition brief. Practically speaking, this means Kove is limited from further amending or supplementing its Contentions without establishing good cause, but is otherwise entitled to rely on the theories and evidence cited in the Final Contentions. We intend to ask the Court to confirm that understanding to make sure the record is clear. We're happy to jump on a call later today or tomorrow to discuss if helpful.

Thanks,
Khue

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*