# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to All Cases* | **1:16-cv-5802**<br><br>**MDL No. 2705**<br><br>**District Judge Gary S. Feinerman** |

## JOINT PROPOSED SCHEDULE ON DISCOVERY AND DISPOSITIVE MOTIONS

The Parties, by and through their undersigned respective counsel, hereby file this Joint Proposed Schedule on Discovery and Dispositive Motions.

The parties further propose the following schedule:

| EVENT | PLAINTIFFS' PROPOSAL | DEFENDANTS' PROPOSAL |
|---|---|---|
| Defendants File Answers | November 28, 2018, per ECF No. 296 | December 15, 2018 |
| Last day to submit ESI Protocol | December 15, 2018 | January 15, 2018 |
| Initial Disclosures | December 15, 2018 | January 15, 2019 |
| Discovery stay is lifted | Plaintiffs' position is that discovery is no longer stayed. | January 2, 2019 |
| Last day for plaintiffs to file amended complaints against Target and Publix | December 15, 2018 | Defendants Target and Publix oppose the filing of the amended complaints. |
| Plaintiffs' Motions for Class Certification | June 30, 2019 | June 30, 2019 |
| Defendants' Oppositions to Plaintiffs' Motions for Class Certification | August 14, 2019 | September 15, 2019 |
| Plaintiffs' Replies in Support of Motions for Class Certification | September 13, 2019 | October 15, 2019 |

1

Respectfully submitted,

Dated: November 19, 2018      BARNOW AND ASSOCIATES, P.C.

By: *s/ Ben Barnow*
Ben Barnow
BARNOW AND ASSOCIATES, P.C.
1 North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: 312/621-2000
b.barnow@barnowlaw.com

Timothy G. Blood
BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619-338-1100
tblood@bholaw.com

Eduard Korsinsky
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Tel: 212/363-7500
ek@zlk.com

*Co-Lead Counsel*

Dated: November 19, 2018      JENNER & BLOCK LLP

By: *s/ Dean N. Panos*
Dean N. Panos
353 N. Clark Street
Chicago, IL 60654
Tel: 312/222-9350
dpanos@jenner.com

*Attorneys for Defendant Kraft Heinz Company*

Dated: November 19, 2018      FOX ROTHSCHILD LLP

By: *s/ Gary Hansen*
Gary Hansen
FOX ROTHSCHILD LLP
222 South Ninth Street - Suite 2000
Minneapolis, MN 55402-3338
Telephone: 612.607.7000
Facsimile: 612.607.7100
Email: ghansen@foxrothschild.com

*Attorneys for Defendants Albertsons, LLC; Albertson Companies, Inc.; and Supervalu, Inc.*

Dated: November 19, 2018                        BOWIE & JENSEN, LLC

By: *s/ Joshua A. Glikin*
Joshua A. Glikin
29 W. Susquehanna Ave., Suite 600
Towson, MD 21204
Tel: 410/583-2400
glikin@bowie-jensen.com

*Attorneys for Defendants ICCO-Cheese Company, Inc.*

Dated: November 19, 2018                        GREENBERG TRAURIG LLP

By: *s/ Frank Citera*
Frank Citera
77 West Wacker Dr.
Suite 3100
Chicago, Ill. 60601
312-456-8413
citeraf@gtlaw.com

David E. Sellinger
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973/360-7900
sellingerd@gtlaw.com

*Attorneys for Defendants Wal-Mart Stores, Inc.; and Wal-Mart Stores East, L.P.*

3

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2018, I electronically filed the foregoing Joint Proposed Schedule on Discovery and Dispositive Motions with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


/s/ Ben Barnow

4