# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to All Cases on the Publix Super Markets, Inc. Track and the Target Corp. and ICCO-Cheese Co., Inc. Track* | 16 CV 5802<br><br>MDL 2705<br><br>Judge Gary S. Feinerman |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINTS AGAINST DEFENDANTS PUBLIX SUPER MARKETS, INC., TARGET CORP., AND ICCO-CHEESE CO., INC.

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs, individually and on behalf of all others similarly situated, by and through undersigned counsel, hereby request leave to file a Second Amended Consolidated Class Action Complaint against defendant Publix Super Markets, Inc. ("Publix"), and to file a Second Amended Consolidated Class Action Complaint against defendants Target Corporation ("Target") and ICCO-Cheese Company, Inc ("ICCO"). Copies of Plaintiffs' proposed Second Amended Consolidated Class Action Complaints against Publix and Target/ICCO are attached as Exhibits A and B, respectively.

The Court's November 1, 2018 Order, ECF No. 297, dismissed all claims against Publix and Target.[1] The Order is silent as to whether the Court's dismissal of such claims was with or without prejudice.

Pursuant to Fed. R. Civ. P. 15(a)(2), a party may amend its pleading with the court's leave. "The court should freely give leave when justice so requires." *Id.* Plaintiffs' proposed Second Amended Consolidated Class Action Complaints against Publix and Target/ICCO provide additional factual allegations addressing the points identified in the Court's dismissal Order. Specifically, the proposed complaints include additional factual allegations establishing (1) the amount of excessive quantities of cellulose contained in Publix and Target/ICCO's products, and (2) Publix and Target/ICCO's product labels omitted that cellulose was present as a filler while misrepresenting that cellulose was included for anti-caking purposes.

---

[1] While the Court dismissed claims against ICCO relating to the sale of products at Target, the Court also held that Plaintiffs may proceed with their anticaking claims against ICCO relating to the sale of products at Walmart under certain states' express and implied warranty laws and unjust enrichment laws. Order at 31, ECF No. 297.

## **CONCLUSION**

In the interests of justice, Plaintiffs' motion for leave to file the Second Amended Complaints should be granted.

Dated: November 28, 2018

Respectfully submitted,

 s/  Ben Barnow

Ben Barnow
Erich P. Schork
Barnow and Associates, P.C.
1 North LaSalle St., Suite 4600
Chicago, Illinois 60602
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
(312) 621-2000 (ph)
(312) 641-5504 (fax)

Timothy G. Blood
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
tblood@bholaw.com
 (619) 338-1100 (ph)
(619) 338-1101 (fax)

Eduard Korsinsky
Andrea Clisura
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004
ek@zlk.com
aclisura@zlk.com
(212) 363-7500 (ph)
(212) 363-7171 (fax)

*Plaintiffs' Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on November 28, 2018, with the Clerk of the Court by using the CM/ECF system which will send a notice of filing to all counsel of record.

/s/ Ben Barnow