UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | 16 CV 5802 |
| | MDL 2705 |
| | Judge Gary S. Feinerman |
| *This Document Relates to All Cases on the Publix Super Markets, Inc. Track and the Target Corp. and ICCO-Cheese Co., Inc. Track* | |

## NOTICE OF MOTION

Please take notice that on December 5, 2018, at 9:00 a.m., counsel for Plaintiffs shall appear before the Honorable Gary S. Feinerman, Room 2125, United States District Court, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present Plaintiffs' Motion for Leave to File Second Amended Class Action Complaints Against Defendants Publix Super Markets, Inc., Target Corp., and Icco-Cheese Co., Inc.

Dated: November 28, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 s/ Ben Barnow

　　　　　　　　　　　　　　　　　　　　　Ben Barnow
　　　　　　　　　　　　　　　　　　　　　Erich P. Schork
　　　　　　　　　　　　　　　　　　　　　Barnow and Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　1 North LaSalle St., Suite 4600
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　　b.barnow@barnowlaw.com
　　　　　　　　　　　　　　　　　　　　　e.schork@barnowlaw.com
　　　　　　　　　　　　　　　　　　　　　(312) 621-2000 (ph)
　　　　　　　　　　　　　　　　　　　　　(312) 641-5504 (fax)

Timothy G. Blood
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
tblood@bholaw.com
(619) 338-1100 (ph)
(619) 338-1101 (fax)

Eduard Korsinsky
Andrea Clisura
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004
ek@zlk.com
aclisura@zlk.com
(212) 363-7500 (ph)
(212) 363-7171 (fax)

*Plaintiffs' Interim Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on November 28, 2018, with the Clerk of the Court by using the CM/ECF system which will send a notice of filing to all counsel of record.

/s/ Ben Barnow