# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

In Re: 100% Grated Parmesan Cheese Marketing and
Sales Practices Litigation, et al.

Plaintiff,

v.

Case No.:
1:16−cv−05802

Honorable Gary Feinerman

Albertson Companies, Inc, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 28, 2018:

MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 1/10/2019 at 9:15 a.m. Plaintiffs' motion for leave to file second amended class action complaints against Defendants Publix, Target, and ICCO [306] is entered and continued. Response(s) due by 12/21/2018; reply due by 1/7/2019. The 12/5/2018 motion hearing [307] is stricken. The remaining defendants shall answer the surviving portions of the operative complaints by 12/10/2018. The parties shall provide their proposed ESI Protocols by 12/20/2018. Rule 26(a)(1) disclosures shall be served 1/7/2019. Plaintiffs' motion for class certification shall be filed by 6/30/2019; responses due by 8/14/2019; replies due by 9/13/2019. Attorneys who wish to participate by telephone at the next status hearing should call Toll−Free Number: (877) 336−1828, Access Code: 4082461 for the status hearing.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.