UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to all Cases on the Albertsons and Supervalu Track* | Civil Action No. 16 CV 5802<br><br>MDL 2705<br><br>Judge Gary S. Feinerman |

**MOTION BY ALBERTSONS COMPANIES, INC., ALBERTSONS LLC, AND SUPERVALU, INC. FOR PARTIAL JUDGMENT ON THE PLEADINGS AND PARTIAL SUMMARY JUDGMENT**

Defendants Albertsons Companies, Inc., Albertsons LLC, and Supervalu, Inc., pursuant to Federal Rules of Civil Procedure ("Rule") 12(c), Rule 56, and L.R. 56.1, hereby move this Court for the entry of an order granting judgment in favor of Defendants and against Plaintiffs Bell, Lang, and Wills (collectively "Plaintiffs"), as applicable, on Counts I, II, III, and V of the Amended Consolidated Class Action Complaint ("Amended Complaint"), on the following grounds:

1. Pursuant to Rule 12(c), Defendants are entitled to judgment in their favor and against Plaintiffs Bell and Lang on Count V for violations of the Illinois Consumer Fraud and Deceptive Practices Act ("ICFA") for the same reason the Court dismissed other statutory consumer fraud claims in its recent order on Defendants' Motion to Dismiss the Amended Complaint ("Dismissal Order") (Doc. 297). As the Court determined in its Dismissal Order, the allegations in the Complaint establish that none of the Plaintiffs consulted, let alone relied upon, the ingredients panel's assertions regarding cellulose. (Doc. 297 at 16.) To the extent Plaintiffs Lang and Bell purport to bring an ICFA claim based on the cellulose assertions in the ingredients panel, they cannot satisfy ICFA's causation requirement because under Illinois law Plaintiffs cannot be injured by language they never saw.

2. Pursuant to Rule 56, Defendants Albertsons Companies, Inc. and Albertsons LLC are entitled to summary judgment in their favor and against Plaintiffs Bell and Lang on Count I for breach of express warranty and Count III for breach of implied warranty, and Defendant Supervalu, Inc. is entitled to summary judgment in its favor and against Plaintiff Wills on Count I for breach of express warranty, because there is no evidence in the record establishing any of the Plaintiffs gave any of the Defendants, or that any of the Defendants received, the statutorily-required pre-suit notice of their warranty claims prior to filing suit. As established by the affidavits of Kristin Walbourn and Shelby Brooks, none of the Defendants received pre-suit notice from any of Plaintiffs Bell, Lang, or Wills regarding any alleged breach of warranty in connection with their purchases of the Products. Because Plaintiffs did not comply with the Uniform Commercial Code's notice requirement, they cannot prevail on their warranty claims as a matter of law.

3. Pursuant to Rule 56, Defendants are entitled to summary judgment in their favor and against Plaintiffs Lang and Bell on the unjust enrichment claim in Count II of the Amended Complaint because the unjust enrichment claims rise and fall with their remaining claims, none of which should survive this motion. Defendants are entitled to summary judgment in their favor and against Plaintiff Wills pursuant to Rule 56 on the unjust enrichment claim in Count II of the Amended Complaint because Wills already has an adequate remedy under Alabama law.

WHEREFORE, for the grounds stated above and further supported by the accompanying memorandum of law, the declarations of Kristin Walbourn and Shelby Brooks, and the L.R. 56.1 statement of material facts, Defendants respectfully request that the Court grant this motion in its entirety and enter judgment in favor of Defendants Albertsons Companies, Inc., Albertsons LLC, and Supervalu, Inc. and against Plaintiffs Bell, Lang and Wills, as applicable, on Counts I, II, III, and V of the Amended Complaint.

| | |
|---|---|
| Dated: December 6, 2018 | Respectfully submitted, |
| /s/ Joseph E. Collins | /s/ Gary Hansen |
| Joseph E. Collins | Gary Hansen (admitted *pro hac vice*) |
| FOX ROTHSCHILD LLP | Heidi A.O. Fisher (admitted *pro hac vice*) |
| 353 N. Clark St., Suite 3650 | FOX ROTHSCHILD LLP |
| Chicago, IL 60654 | 222 South Ninth Street - Suite 2000 |
| Telephone: 312.517.9227 | Minneapolis, MN 55402-3338 |
| Email: jcollins@foxrothschild.com | Telephone: 612.607.7000 |
| | Email: ghansen@foxrothschild.com |
| | hfisher@foxrothschild.com |

*Counsel for Defendants Albertsons Companies, Inc., Albertsons LLC, and Supervalu, Inc.*