# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | Civil Action No. 16 CV 5802<br><br>MDL 2705 |
| *This Document Relates to all Cases on the Albertsons and Supervalu Track* | Judge Gary S. Feinerman |

## NOTICE OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND PARTIAL SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that on December 11, 2018 at 9:00 a.m., counsel for Defendants Albertsons Companies, Inc., Albertsons LLC, and Supervalu, Inc. shall appear before the Honorable Gary S. Feinerman in Courtroom 2125 of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn St., Chicago, Illinois, and shall present the Motion of Defendants Albertsons Companies, Inc., Albertsons LLC, and Supervalu, Inc. for Partial Judgment on the Pleadings and Partial Summary Judgment.

Dated: December 6, 2018

Respectfully submitted,

/s/ Joseph E. Collins
Joseph E. Collins
FOX ROTHSCHILD LLP
353 N. Clark St., Suite 3650
Chicago, IL 60654
Telephone: 312.517.9227
Email: jcollins@foxrothschild.com

*Counsel for Defendants Albertsons Companies, Inc., Albertsons LLC, and Supervalu, Inc.*

/s/ Gary Hansen
Gary Hansen (admitted *pro hac vice*)
Heidi A.O. Fisher (admitted *pro hac vice*)
FOX ROTHSCHILD LLP
222 South Ninth Street - Suite 2000
Minneapolis, MN 55402-3338
Telephone: 612.607.7000
Email: ghansen@foxrothschild.com
hfisher@foxrothschild.com

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of: (1) Notice of Motion for Partial Judgment on the Pleadings and Partial Summary Judgment; (2) Motion of Defendants Albertsons Companies, Inc., Albertsons LLC, and Supervalu, Inc. for Partial Judgment on the Pleadings and Partial Summary Judgment; (3) Memorandum in Support of Motion of Defendants Albertsons Companies, Inc., Albertsons LLC, and Supervalu, Inc. for Partial Judgment on the Pleadings and Partial Summary Judgment; and (4) Local Rule 56.1 Statement of Material Facts by Defendants Albertsons Companies, Inc., Albertsons LLC, And Supervalu, Inc. in Support of Its Motion for Partial Summary Judgment were filed on December 6, 2018, with the Clerk of the Court by using the CM/ECF system which will send a notice of filing to all counsel of record.

                                                          /s/ Joseph E. Collins