# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | Civil Action No. 16 CV 5802<br><br>MDL 2705 |
| *This Document Relates to all Cases on the Albertsons and Supervalu Track* | Judge Gary S. Feinerman |

## DECLARATION OF KRISTIN R. WALBOURN

I, Kristin R. Walbourn, hereby declare and state the following:

1. I am the Director of Regulatory & Compliance, Assistant General Counsel at SUPERVALU Inc. ("SUPERVALU"). I am a resident of Plymouth, MN, and I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify as to the matters stated in this Declaration.

2. I work in the Legal Department of SUPERVALU and have knowledge of the general processes for escalating consumer claims or complaints.

3. Warranty claims or notices of warranty claims received by SUPERVALU pertaining to SUPERVALU's private brand products, which includes Essential Everyday® products, are directed to the Private Brands group for consideration and response.

4. Warranty claims or notices of warranty claims made to SUPERVALU by an attorney on behalf of a consumer, as well as any communication that threatens litigation, are routed directly to the SUPERVALU Legal Department for review.

5. I understand that Plaintiff Michael Wills has asserted a claim for breach of express warranty in this litigation.

6. I have searched and caused to have searched the relevant business records within SUPERVALU, and I found no record of any warranty claim, notice of warranty claim, or reference to any warranty claim made by or on behalf of Michael Wills.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of November, 2018, at Eden Prairie, Minnesota.

Kristin R. Walbourn

78779108

2