# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | Civil Action No. 16 CV 5802 <br><br> MDL 2705 |
| *This Document Relates to all Cases on the Albertsons and Supervalu Track* | Judge Gary S. Feinerman |

## DECLARATION OF SHELBY BROOKS

I, Shelby Brooks, hereby declare and state the following:

1. I am a Legal Specialist. I am a resident of Antioch, CA, and I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify as to the matters stated in this Declaration.

2. I work in the Corporate Legal department of Albertsons Companies, Inc. Defendant, Albertson's LLC, is wholly owned by Albertsons Companies, Inc., and I make this Declaration on behalf of both defendants, collectively referred to as "Albertsons."

3. In my capacity as a Legal Specialist I have knowledge of the policies and procedures for receiving consumer complaints and warranty requests. Any warranty claim or notice of a warranty claim received by Albertsons would be routed to the Legal department of Albertsons Companies, Inc. for consideration and response. If the warranty claim or notice of warranty claim is made by an attorney on behalf of a consumer or if the communication otherwise threatens litigation, it would be directed directly to the Albertsons Companies, Inc. legal department.

4. I understand that Plaintiffs Ann Bell and Dan Lang have asserted express and implied warranty claims against Albertsons in this litigation.

5. I have searched the pertinent business records within Albertsons, and I have found no warranty claim, notice of warranty claim, or reference to any warranty claim made by or on behalf of either Ann Bell or Dan Lang prior to being served with complaints on behalf of these plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of November, 2018 in Pleasanton, CA.

_____
Shelby Brooks