**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:16-cv-05802 MDL No. 2705 |
| | The Hon. Gary S. Feinerman |
| *This Document Relates to All Cases on The Kraft Heinz Company Track* | |

**DEFENDANT KRAFT HEINZ COMPANY'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant The Kraft Heinz Company ("Kraft Heinz") hereby moves for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) on the basis, as set forth more fully in its accompanying Memorandum of Law, that (1) Plaintiffs lack Article III standing and (2) Plaintiffs' remaining state-law claims against Kraft Heinz fail because, among other reasons, Plaintiffs cannot plausibly allege that they relied on the statement that cellulose was added "to prevent caking."

In support of this motion, Kraft Heinz submits its accompanying Memorandum of Law.

WHEREFORE, Defendant The Kraft Heinz Company respectfully requests that the Court grant its motion for judgment on the pleadings.

Dated: December 7, 2018

Respectfully submitted,

JENNER & BLOCK LLP

By: */s/ Dean N. Panos*

Dean N. Panos
353 N. Clark Street
Chicago, IL 60654-3456
Tel.: (312) 222-9350
dpanos@jenner.com

Attorneys for Defendant
The Kraft Heinz Company

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing document was filed on December 7, 2018 with the Clerk of the Court by using the CM/ECF system which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.


Dated:  December 7, 2018                                     By:  */s/ Dean N. Panos*
                                                                                   Dean N. Panos