**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:16-cv-05802<br>MDL No. 2705<br><br>The Hon. Gary S. Feinerman |
| *This Document Relates to All Cases on The Kraft Heinz Company Track* | |

**NOTICE OF DEFENDANT KRAFT HEINZ COMPANY'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

PLEASE TAKE NOTICE that on December 12, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant The Kraft Heinz Company ("Kraft Heinz"), by and through its undersigned attorneys, will appear before the Honorable Gary S. Feinerman in the United States District Court for the Northern District of Illinois, located in the Dirksen Federal Building, Courtroom 2125, 219 S. Dearborn Street, Chicago, IL 60604, and will then and there present its Motion for Judgment on the Pleadings.

Dated: December 7, 2018

Respectfully submitted,

JENNER & BLOCK LLP

By: */s/ Dean N. Panos*

Dean N. Panos
353 N. Clark Street
Chicago, IL 60654-3456
Tel.: (312) 222-9350
dpanos@jenner.com

Attorneys for Defendant
The Kraft Heinz Company

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on December 7, 2018 with the Clerk of the Court by using the CM/ECF system which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated: December 7, 2018        By: */s/ Dean N. Panos*
                                          Dean N. Panos