# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 1:18-cv-08175 |
| AMAZON WEB SERVICES, INC., | ) Hon. Rebecca R. Pallmeyer |
| Defendant. | ) ) |

## [PROPOSED] ORDER GRANTING AWS'S UNOPPOSED MOTION TO SET THE DEADLINE TO SERVE AND FILE RULE 72 OBJECTIONS

Before the Court is Amazon Web Services, Inc.'s ("AWS") Unopposed Motion to Set the Deadline to Serve and File Rule 72 Objections ("the Motion"). Upon due consideration, the Court hereby GRANTS the Motion. The deadline to serve and file Rule 72 objections to the Magistrate Judge's March 24, 2021 oral order is set to **April 9, 2021**.

Hon. Rebecca R. Pallmeyer