**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC.,<br><br>          Plaintiff,<br><br>  v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>          Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Rebecca R. Pallmeyer<br>Hon. Sheila M. Finnegan, Magistrate Judge<br><br>Jury Trial Demanded |

## [PROPOSED] AMENDED SCHEDULING ORDER

The Court hereby sets the following case deadlines, good cause having been found therefor:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Close of Initial Fact Discovery | April 30, 2021 | July 29, 2021 |

To streamline the remaining discovery to complete, the Court also orders the following discovery limits in this case:

1. 90 30(b)(6) topics per party;

2. 240 Requests for Production per party, but neither party is foreclosed from follow-up requests for documents within the scope of previously served document requests;

3. 75 Requests for Admission per party, which doesn't apply to requests for admission directed to the authentication of documents; and

4. Written discovery requests cannot be served later than 45 days before the close of fact discovery, with the understanding that the 45-day limit does not apply to

requests based on information provided less than 75 days before the close of discovery.

**IT IS SO ORDERED.**

Date: _____ _/s/_____
                                 HON. SHEILA M. FINNEGAN
                                 UNITED STATES MAGISTRATE JUDGE