**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to All Cases* | Case No. 1:16-cv-05802<br>MDL No. 2705<br><br>The Hon. Gary S. Feinerman |

**DEFENDANTS' UNOPPOSED MOTION
TO EXTEND DEADLINE TO PROVIDE ESI PROTOCOL**

Defendants The Kraft Heinz Company, Wal-Mart Stores, Inc., Wal-Mart Stores East, L.P., ICCO-Cheese Company, Inc., Albertsons, LLC, Albertson Companies, Inc., and Supervalu, Inc. hereby move to extend the parties' deadline to provide their proposed ESI protocols from December 20, 2018 to January 14, 2019. In support of their motion, Defendants state as follows:

1. On November 28, 2018, the Court issued an Order requiring the parties to provide their proposed ESI protocols no later than December 20, 2018. ECF No. 308.

2. On December 13, 2018, Plaintiffs provided Defendants with their proposed ESI protocol.

3. After receiving Plaintiffs' proposed ESI protocol, Defendants' counsel sought to consult with their respective IT departments to discuss Plaintiffs' proposed ESI protocol and the way in which data is stored on Defendants' systems. However, due to the holidays and other scheduling conflicts, the IT staff for some Defendants have not been able to review Plaintiffs' proposed ESI protocol.

4. In light of these scheduling conflicts, counsel for Defendants asked Plaintiffs'

1

counsel whether they would agree to extend the deadline from December 20 until January 14, 2019. Plaintiffs' counsel responded that they did not oppose this extension.

    WHEREFORE, Defendants respectfully request that this Court extend the parties' deadline to provide their respective ESI protocols from December 20, 2018 until January 14, 2019.

Dated: December 20, 2018

Respectfully submitted,

JENNER & BLOCK LLP

By: */s/ Dean N. Panos*

Dean N. Panos
353 N. Clark Street
Chicago, IL 60654-3456
Tel.: (312) 222-9350
dpanos@jenner.com

Attorneys for Defendant
The Kraft Heinz Company

(additional signatures on following page)

BOWIE & JENSEN, LLC

By: /s/ Joshua A. Glikin

Joshua A. Glikin
29 W. Susquehanna Avenue, Suite 600
Towson, MD 21204
Tel.: (410) 583-2400
glikin@bowie-jensen.com

Attorneys for Defendants
ICCO-Cheese Company, Inc.


FOX ROTHSCHILD LLP

By: /s/ Gary Hansen

Gary Hansen
222 South Ninth Street – Suite 2200
Minneapolis, MN 55402-3338
Tel.: (612) 607-7000
ghansen@foxrothschild.com

Attorneys for Defendants
Albertsons LLC, Albertson Companies, Inc., and Supervalu, Inc.


GREENBERG TRAURIG LLP

By: /s/ David E. Sellinger

David E. Sellinger
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Tel.: (973) 360-7900
sellingerd@gtlaw.com

Attorneys for Defendants
Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on December 20, 2018 with the Clerk of the Court by using the CM/ECF system which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.


Dated: December 20, 2018             By:  */s/ Dean N. Panos*
                                            Dean N. Panos