**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:16-cv-05802<br>MDL No. 2705<br><br>The Hon. Gary S. Feinerman |
| *This Document Relates to All Cases* | |

**NOTICE OF DEFENDANTS' UNOPPOSED MOTION
TO EXTEND DEADLINE TO PROVIDE ESI PROTOCOL**

PLEASE TAKE NOTICE that on January 7, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendants The Kraft Heinz Company, Wal-Mart Stores, Inc., Wal-Mart Stores East, L.P., ICCO-Cheese Company, Inc., Albertsons, LLC, Albertson Companies, Inc., and Supervalu, Inc. will appear before the Honorable Gary S. Feinerman in the United States District Court for the Northern District of Illinois, located in the Dirksen Federal Building, Courtroom 2125, 219 S. Dearborn Street, Chicago, IL 60604, and will then and there present their unopposed motion to extend the parties' deadline to provide their proposed ESI protocols from December 20, 2018 to January 14, 2019.

(signatures on following page)

Dated: December 20, 2018                    Respectfully submitted,

                                                              JENNER & BLOCK LLP

                                                              By:  */s/ Dean N. Panos*

Dean N. Panos
353 N. Clark Street
Chicago, IL 60654-3456
Tel.:  (312) 222-9350
dpanos@jenner.com

Attorneys for Defendant
The Kraft Heinz Company


FOX ROTHSCHILD LLP

By:  /s/ Gary Hansen

Gary Hansen
222 South Ninth Street – Suite 2200
Minneapolis, MN 55402-3338
Tel.:  (612) 607-7000
ghansen@foxrothschild.com

Attorneys for Defendants
Albertsons LLC, Albertson Companies, Inc., and Supervalu, Inc.


GREENBERG TRAURIG LLP

By:  /s/ David E. Sellinger

David E. Sellinger
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Tel.:  (973) 360-7900
sellingerd@gtlaw.com

Attorneys for Defendants
Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P.

          BOWIE & JENSEN, LLC

          By:  <u>/s/ Joshua A. Glikin</u>

          Joshua A. Glikin
          29 W. Susquehanna Avenue, Suite 600
          Towson, MD 21204
          Tel.:  (410) 583-2400
          glikin@bowie-jensen.com

          Attorneys for Defendant
          ICCO-Cheese Company, Inc.

Case: 1:16-cv-05802 Document #: 322 Filed: 12/20/18 Page 3 of 4 PageID #:2182

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on December 20, 2018 with the Clerk of the Court by using the CM/ECF system which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated: December 20, 2018                 By: */s/ Dean N. Panos*
                                                               Dean N. Panos