# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Gary Feinerman is presiding over MDL 2705 (16 C 5802), *In Re: 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation*; and

It further appearing that 16 C 2873, *Yankee v. Kraft Heinz Foods Company et al.* assigned to Judge Feinerman falls within the scope of MDL 2705; and

It further appearing that after review, the Executive Committee determined that 16 C 2873, be reassigned to Judge Feinerman as a member case of the MDL 2705 (16 C 5802) for efficient judicial administration; therefore,

IT IS HEREBY ORDERED that 16 C 2873, *Yankee v. Kraft Heinz Foods Company et al.*, is to be reassigned to Judge Feinerman pursuant to IOP 13(d) and; that the Clerk is to reassign the designated magistrate judge in 16 C 2873, *Yankee v. Kraft Heinz Foods Company et al.*, to Magistrate Judge Rowland.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 28th day of July, 2016