# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICE LITIGATION<br><br>*This Document Relates to All Cases on The Kraft Heinz Company Track* | Civil No. 1:16-cv-05802<br>MDL 2705<br><br>Judge Gary S. Feinerman |

## PLAINTIFFS' UNOPPOSED MOTION FOR ONE WEEK EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT KRAFT HEINZ COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS

NOW COME Plaintiffs Ann Bell, Alfonso Fata, Karen Ford, Samantha Lewin, Yvette Nash, Rosemary Quinn, Larry Rollinger, Jr., Adam Weiss, and Michael Wills ("Plaintiffs"), by and through undersigned Interim Co-Lead Counsel, and in support of their Motion for One Week Extension of Time to File their Opposition to Defendant Kraft Heinz Company's Motion for Judgment on the Pleadings, state as follows:

1. On December 7, 2018, Defendant Kraft filed a Notice of Motion and Motion for Judgment on the Pleadings. ECF Nos. 314 and 315.

2. On December 12, 2018, the Court held a hearing on Defendant's motion and entered a minute order. Pursuant to the order, Plaintiffs' Oppositions to Defendant Kraft Heinz Company's Motion for Judgment on the Pleadings is due to be filed by January 17, 2019. ECF No. 320. Defendant's Reply brief to Plaintiffs opposition brief is currently due to be filed by January 31, 2019.

00145325

3.      Plaintiffs request an additional 7-day extension of time, up to and including January 24, 2019, to file their Opposition to Defendant Kraft Heinz Company's Motion for Judgment on the Pleadings.

4.      Plaintiffs' request is brought in good faith and not for purposes of undue delay. Plaintiffs have been diligent in their pursuit of this matter. This is Plaintiffs' first request for an extension of time relating to this opposition.

5.      Plaintiffs' counsel contacted counsel for Defendant who stated that it does not oppose the relief requested herein. Plaintiffs will agree to a 7-day extension of time, up to and including February 7, 2019, for Defendant to file its reply brief to Plaintiffs' Opposition to Defendant Kraft Heinz Company's Motion for Judgment on the Pleadings.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order extending the deadline for Plaintiffs to file their Opposition to Defendant Kraft Heinz Company's Motion for Judgment on the Pleadings up to and including January 24, 2019.

Respectfully submitted,

Dated: January 16, 2019        BLOOD HURST & O'REARDON, LLP

By:   s/ Timothy G. Blood
Timothy G. Blood (149343CA)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619-338-1100
tblood@bholaw.com

Ben Barnow
Erich P. Schork
Jeffrey Blake
BARNOW AND ASSOCIATES, P.C.
1 North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: 312/621-2000
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
j.blake@barnowlaw.com

00145325

Eduard Korsinsky
Andrea Clisura
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Tel: 212/363-7500
ek@zlk.com
aclisura@zlk.com

*Proposed Co-Lead Counsel*

2

00145325

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 16, 2019, a copy of the foregoing document was electronically filed with the United States District Court, Southern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on January 16, 2019.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD
