# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICE LITIGATION<br><br>*This Document Relates to All Cases on The Kraft Heinz Company Track* | Civil No. 1:16-cv-05802<br>MDL 2705<br><br>Judge Gary S. Feinerman |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR ONE WEEK EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT KRAFT HEINZ COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS**

PLEASE TAKE NOTICE that on January 22, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Ann Bell, Alfonso Fata, Karen Ford, Samantha Lewin, Yvette Nash, Rosemary Quinn, Larry Rollinger, Jr., Adam Weiss, and Michael Wills ("Plaintiffs"), will appear before the Honorable Gary S. Feinerman in the United States District Court for the Northern District of Illinois, located in the Dirksen Federal Building, Courtroom 2125, 219 S. Dearborn Street, Chicago, IL 60604, and will then and there present Plaintiffs' unopposed Motion for One Week Extension of Time to File their Opposition to Defendant Kraft Heinz Company's Motion for Judgment on the Pleadings from January 17, 2019 to January 24, 2019.

Respectfully submitted,

Dated: January 16, 2019        BLOOD HURST & O'REARDON, LLP

By: *s/ Timothy G. Blood*
Timothy G. Blood (149343CA)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619-338-1100
tblood@bholaw.com

00145338

Ben Barnow
Erich P. Schork
Jeffrey Blake
BARNOW AND ASSOCIATES, P.C.
1 North LaSalle Street, Suite 4600
Chicago, IL  60602
Tel: 312/621-2000
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
j.blake@barnowlaw.com

Eduard Korsinsky
Andrea Clisura
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Tel: 212/363-7500
ek@zlk.com
aclisura@zlk.com

*Proposed Co-Lead Counsel*

1

00145338

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 16, 2019, a copy of the foregoing document was electronically filed with the United States District Court, Southern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on January 16, 2019.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

00145338