# Exhibit F

# NDTP Redirection



Applicant anticipates discussing this document with the Examiner in person on June 17, 2005 at 3:00p ET, should the Examiner wish.



KOV_00057788



KOV_00057789



_____



KOV_00057790



Confidential	Page [PAGE]	[ DATE \@ "M/d/yyyy" ]

KOV_00057791



KOV_00057792