# Exhibit G

# About NDTP



KOV_00057793

KOV_00057794