UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICE LITIGATION | Civil No. 1:16-cv-05802<br>MDL 2705<br><br>Judge Gary S. Feinerman |
| *This Document Relates to All Cases on The Kraft Heinz Company Track* | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED LOCAL RULE 7.1 PAGE LIMIT**

NOW COME Plaintiffs Ann Bell, Alfonso Fata, Karen Ford, Samantha Lewin, Yvette Nash, Rosemary Quinn, Larry Rollinger, Jr., Adam Weiss, and Michael Wills ("Plaintiffs"), by and through their undersigned counsel, respectfully request that the Court enter an order granting them leave to file a Memorandum of Law in Opposition to Defendant Kraft Heinz Company's ("Kraft") Motion for Judgment on the Pleadings that exceeds the fifteen-page limit set forth in Local Rule 7.1. Specifically, Plaintiffs request leave to file a memorandum consisting of twenty-one pages. In support of this unopposed Motion, Plaintiffs state as follows:

1. On December 7, 2018, Kraft filed its Motion for Judgment on the Pleadings ("Motion"), together with a Memorandum of Law in Support of Defendant Kraft Heinz Company's Motion for Judgment on the Pleadings ("Memorandum"). ECF. Nos. 314, 316.

2. Kraft's Memorandum raises arguments arising under the laws of six states, including California, Connecticut, Florida, Illinois, Michigan, and Minnesota; challenges Plaintiffs' Article III standing; and addresses Plaintiffs' causes of action arising under the various states' consumer protection laws, express and implied warranty laws, and unjust enrichment.

00145733

3. Given the number of state statutes at issue, Plaintiffs require twenty-one pages in order to fully respond to the arguments Kraft raises in its Motion and Memorandum.

4. The parties have conferred and counsel for Kraft stated that Kraft *does not oppose* this request.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting leave to file a Memorandum of Law in Opposition to Defendant Kraft Heinz Company's Motion for Judgment on the Pleadings that is twenty-one pages in length.

Respectfully submitted,

Dated: January 24, 2019　　　　　　　　　BLOOD HURST & O'REARDON, LLP

By: *s/ Timothy G. Blood*
Timothy G. Blood (149343CA)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619-338-1100
tblood@bholaw.com

Ben Barnow
Erich P. Schork
Jeffrey Blake
BARNOW AND ASSOCIATES, P.C.
1 North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: 312/621-2000
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
j.blake@barnowlaw.com

Eduard Korsinsky
Andrea Clisura
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Tel: 212/363-7500
ek@zlk.com
aclisura@zlk.com

*Proposed Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 24, 2019, a copy of the foregoing document was electronically filed with the United States District Court, Southern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on January 24, 2019.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD
