UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICE LITIGATION<br><br>*This Document Relates to All Cases on The Kraft Heinz Company Track* | Civil No. 1:16-cv-05802<br>MDL 2705<br><br>Judge Gary S. Feinerman |

**NOTICE OF PLAINTIFFS' UNOPPOSED
MOTION TO EXCEED LOCAL RULE 7.1 PAGE LIMIT**

PLEASE TAKE NOTICE that on, January 28, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Ann Bell, Alfonso Fata, Karen Ford, Samantha Lewin, Yvette Nash, Rosemary Quinn, Larry Rollinger, Jr., Adam Weiss, and Michael Wills ("Plaintiffs") will appear before the Honorable Gary S. Feinerman in the United States District Court for the Northern District of Illinois, located in the Dirksen Federal Building, Courtoom 2125, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Plaintiffs' Unopposed Motion to Exceed Local Rule 7.1 Page Limit.

                                                                         Respectfully submitted,

Dated: January 24, 2019                      BLOOD HURST & O'REARDON, LLP

                                              By:   *s/ Timothy G. Blood*
                                              Timothy G. Blood (149343CA)
                                              501 West Broadway, Suite 1490
                                              San Diego, CA  92101
                                              Tel: 619-338-1100
                                              tblood@bholaw.com

                                              Ben Barnow
                                              Erich P. Schork
                                              Jeffrey Blake
                                              BARNOW AND ASSOCIATES, P.C.
                                              1 North LaSalle Street, Suite 4600

Chicago, IL 60602
Tel: 312/621-2000
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
j.blake@barnowlaw.com

Eduard Korsinsky
Andrea Clisura
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Tel: 212/363-7500
ek@zlk.com
aclisura@zlk.com

*Proposed Co-Lead Counsel*

1

00145738

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 24, 2019, a copy of the foregoing document was electronically filed with the United States District Court, Southern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on January 24, 2019.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

2

00145738