**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

In Re: 100% Grated Parmesan Cheese Marketing and
Sales Practices Litigation, et al.

                                        Plaintiff,

v.                                             Case No.:
                                             1:16−cv−05802

                                             Honorable Gary
                                             Feinerman

Albertson Companies, Inc, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 30, 2019:

      MINUTE entry before the Honorable Gary Feinerman:At the parties' request, the status hearing set for 2/14/2019 [330] is stricken and re−set for 2/19/2019 at 10:15 a.m. Attorneys who wish to participate by telephone at the next status hearing should call Toll−Free Number: (877) 336−1828, Access Code: 4082461 for the status hearing.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.