# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: 100% Grated Parmesan Cheese Mktg & Sales Prac. Litig.

Case Number: 1:16-cv-5802

An appearance is hereby filed by the undersigned as attorney for:
Ann Bell (formerly Yankee), Janine Hechmer, and Elizabeth Bidgood, plaintiffs

Attorney name (type or print): Courtney E. Maccarone

Firm: Levi & Korsinsky LLP

Street address: 55 Broadway, 10th Floor

City/State/Zip: New York, NY 10006

Bar ID Number: NY: 5030150
(See item 3 in instructions)

Telephone Number: (212) 363-7500

Email Address: cmaccarone@zlk.com

Are you acting as lead counsel in this case? ☐ Yes ✔ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ☐ Yes ✔ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ✔ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 19, 2019

Attorney signature: S/ Courtney E. Maccarone
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015