# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | Civil No. 1:16-cv-5802<br>MDL 2705<br><br>Judge Gary S. Feinerman |

## MOTION TO WITHDRAW APPEARANCE OF ANDREA CLISURA

Plaintiffs Janine Hechmer, Elizabeth Bidgood, and Ann Bell hereby move this Court for leave to withdraw the appearance of Andrea Clisura as one of their attorneys of record. Ms. Clisura is no longer with the firm of Levi & Korsinsky LLP and will no longer be appearing as counsel for Plaintiffs in the above-referenced action. Plaintiffs' other attorneys of record will continue to serve as counsel for Plaintiffs.

Respectfully submitted,

Dated: March 21, 2019

LEVI & KORSINSKY, LLP

By: *s/ Courtney E. Maccarone*

Courtney E. Maccarone
LEVI & KORSINSKY LLP
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
cmaccarone@zlk.com

*Counsel for Plaintiffs Janine Hechmer, Elizabeth Bidgood, and Ann Bell (fka Ann Yankee)*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 21, 2019, a copy of the foregoing document was electronically filed with the United States District Court, Northern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record.

                                            *s/ Courtney E. Maccarone*
                                            Courtney E. Maccarone