UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | Civil No. 1:16-cv-5802<br>MDL 2705<br><br>Judge Gary S. Feinerman |

## NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that, to the extent the Court deems necessary, on Tuesday, March 26, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 2125 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, before the Honorable Gary Feinerman, plaintiffs will present the accompanying Motion to Withdraw Appearance of Andrea Clisura.

Dated: March 21, 2019

    Respectfully submitted,

    LEVI & KORSINSKY, LLP

    By: <u>s/ *Courtney E. Maccarone*</u>

    Courtney E. Maccarone
    LEVI & KORSINSKY LLP
    55 Broadway, 10th Floor
    New York, NY 10006
    Tel: (212) 363-7500
    cmaccarone@zlk.com

    *Counsel for Plaintiffs Janine Hechmer,*
    *Elizabeth Bidgood, and Ann Bell (fka Ann*
    *Yankee)*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 21, 2019, a copy of the foregoing document was electronically filed with the United States District Court, Northern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record.

          *s/ Courtney E. Maccarone*
          Courtney E. Maccarone