UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

In Re: 100% Grated Parmesan Cheese Marketing and
Sales Practices Litigation, et al.

                Plaintiff,

v.                                                     Case No.:
                                                     1:16−cv−05802

                                                     Honorable Gary
                                                     Feinerman

Albertson Companies, Inc, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 22, 2019:

      MINUTE entry before the Honorable Gary Feinerman: Plaintiffs motion to withdraw appearance of Andrea Clisura [346] is granted. Attorney Andrea Clisura is terminated as counsel for Plaintiffs Ann Bell, Elizabeth Bidgood, and Janine Hechmer. Motion hearing set for 03/26/2019 [347] is stricken. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.