# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICE LITIGATION | Civil No. 1:16-cv-05802<br>MDL 2705<br><br>Judge Gary S. Feinerman |
| *This Document Relates to All Cases* | |

## JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER

Plaintiffs, individually and on behalf of all others similarly situated, by and through Interim Co-Lead Counsel, and defendants Kraft Heinz Company, Albertsons, LLC, Albertsons Companies, Inc., Supervalu, Inc., ICCO-Cheese Company, Inc., and Wal-Mart Stores, Inc., move this Honorable Court to enter the proposed Agreed Confidentiality Order, attached as Exhibit A. For the Court's convenience, a redlined document showing the changes in the proposed Agreed Confidentiality Order as compared to the Northern District of Illinois Model Protective Order is also attached, as Exhibit B.

Respectfully submitted,

Dated: April 11, 2019

BARNOW AND ASSOCIATES, P.C.

By:     *s/ Ben Barnow*
Ben Barnow
Erich P. Schork
Jeffrey Blake
1 North LaSalle Street, Suite 4600
Chicago, IL  60602
Tel: 312/621-2000
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
j.blake@barnowlaw.com

1

Timothy G. Blood (149343CA)
Thomas J. O'Reardon II (247952CA)
BLOOD HURST & O'REARDON LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
tblood@bholaw.com
toreardon@bholaw.com


Eduard Korsinsky
Courtney Maccarone
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Tel: 212/363-7500
ek@zlk.com
cmaccarone@zlk.com

*Plaintiffs' Interim Co-Lead Counsel*



Dated: April 11, 2019  JENNER & BLOCK LLP


By:  *s/ Dean N. Panos*
Dean N. Panos
353 N. Clark Street
Chicago, IL 60654
Tel: 312/222-9350
dpanos@jenner.com

*Attorneys for Defendant Kraft Heinz Company*

Dated: April 11, 2019  FOX ROTHSCHILD LLP


By:  *s/ Gary Hansen*
Gary Hansen
222 South Ninth Street - Suite 2000
Minneapolis, MN 55402-3338
Tel: 612/607-7000
ghansen@foxrothschild.com

*Attorneys for Defendants Albertsons, LLC; Albertson Companies, Inc.; and Supervalu, Inc.*

Dated: April 11, 2019　　　　　　　　BOWIE & JENSEN, LLC

By:　　*s/ Joshua A. Glikin*
Joshua A. Glikin
29 W. Susquehanna Ave., Suite 600
Towson, MD 21204
Tel: 410/583-2400
glikin@bowie-jensen.com

*Attorneys for Defendants ICCO-Cheese Company, Inc.*

Dated: April 11, 2019　　　　　　　　GREENBERG TRAURIG LLP

By:　　*s/ David E. Sellinger*
David E. Sellinger
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973/360-7900
sellingerd@gtlaw.com

*Attorneys for Defendants Wal-Mart Stores, Inc.; and Wal-Mart Stores East, L.P.*

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: April 11, 2019　　　　　　　　BARNOW AND ASSOCIATES, P.C.

By:　　　　　*s/ Ben Barnow*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 11, 2019, a copy of the foregoing document was electronically filed with the United States District Court, Northern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on April 11, 2019.

*s/ Ben Barnow*
BEN BARNOW
