# Exhibit 4

| From: | Jaime Cardenas-Navia |
|---|---|
| To: | Elizabeth Bernard; Michael Marvin; Adam Adler; Khue Hoang |
| Cc: | Kove Team; RJ_Kove_AWS; rmariotti@thompsoncoburn.com; Parks, Michael A. |
| Subject: | RE: Kove: Email Production Requests |
| Date: | Monday, March 8, 2021 7:00:56 PM |

Elizabeth,

The ESI custodians AWS proposes have only recent involvement with the products at issue, meaning that they will not have ESI from the products' early development and marketing. We've communicated our desire for time-frame specific custodians for many months but have not received any appropriate suggestions from you. We've thus been forced to conduct our own diligence, which led us to the following individuals:

1. Andrew Jassy
2. Jeff Barr (https://www.linkedin.com/in/jeffbarr)
3. Adam Selipsky (https://www.linkedin.com/in/adamselipsky/)
4. Ariel Kelman (https://www.linkedin.com/in/arielkelman/)

For each, please confirm that AWS maintains their emails as of their start dates at AWS. And for Messrs. Selipsky and Kelman, both of whom we understand are no longer at AWS, please confirm that their emails have been preserved and are accessible for the entirety of their employment periods (I note that Kove provided this type of information regarding ESI retention for former employees in response to AWS's similar request. *See, e.g.*, 2021-01-05 Letter from J. Cardenas-Navia). Once we have your confirmation, we will confirm our remaining three custodians, with the caveat that Kove reserves all rights to seek additional ESI if Kove discovers the existence of key individuals who were not identified by AWS.

Relatedly, please let us know when AWS will produce the remainder of the ESI for our first two requested custodians, Mr. Vogels and Mr. Vermeulen.

Best regards,
Jaime

Jaime F. Cardenas-Navia
Reichman Jorgensen Lehman & Feldberg llp
750 Third Avenue, Suite 2400
New York, NY 10017
(646) 921-1474

---

**From:** Elizabeth Bernard <Elizabeth.Bernard@fischllp.com>
**Sent:** Monday, February 22, 2021 2:49 PM
**To:** Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; Michael Marvin <mmarvin@reichmanjorgensen.com>; Adam Adler <aadler@reichmanjorgensen.com>; Khue Hoang <khoang@reichmanjorgensen.com>

**Cc:** Kove Team <FS-Kove@fischllp.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; rmariotti@thompsoncoburn.com; Parks, Michael A. <MParks@thompsoncoburn.com>
**Subject:** Kove: Email Production Requests

**[EXTERNAL]**

Counsel:

AWS today provided a substantial, 42,738 page production of responsive non-technical documents for S3 and DynamoDB. AWS therefore believes that it will soon be in position to propose dates for its marketing witnesses on Kove's 30(b)(6) topics, subject to AWS's objections.

AWS, however, can't provide dates for these witnesses until Kove confirms its remaining email custodians and AWS completes the email production. AWS has been waiting for Kove's confirmation of the marketing custodians for months, and Kove's delay is impacting AWS's ability to proceed with providing 30(b)(6) witnesses. Please provide Kove's confirmation of the remaining three AWS email custodians without further delay, so AWS can complete document production and the parties can proceed with these depositions.

And we reiterate that AWS has proposed the three custodians with the most knowledge of the topics Kove has identified and likely to have the most responsive emails given AWS's retention policies. If, however, Kove seeks a custodian from particular time period for a service or proposes alternate custodians, please let AWS know so we can focus the investigation.

Thank you.

Regards,
Elizabeth


**Elizabeth Bernard** | **Fisch Sigler LLP** | **Attorney**
+1.202.362.3529 (o)
+1.202.557.8950 (m)

5301 Wisconsin Avenue NW, Fourth Floor
Washington, DC 20015 USA
Firm Victories | LinkedIn