# Exhibit 8


May 18, 2021

**By Email**

| | |
|---|---|
| Jeffrey Saltman | Elizabeth Bernard |
| Fisch Sigler LLP | Fisch Sigler LLP |
| 5301 Wisconsin Ave NW 4th Fl. | 5301 Wisconsin Ave NW 4th Fl. |
| Washington, DC 20015 | Washington, DC 20015 |
| Jeffrey.Saltman@fischllp.com | Elizabeth.Bernard@fischllp.com |

RE:   *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Dear Counsel,

To date, Kove has received ESI for two custodians (Messrs. Vermeulen and Vogels) and AWS has recently accepted Kove's search terms for a third (Mr. Kelman). Kove previously identified Arun Sundaram and Andrew Jassy as the fourth and fifth custodians for which it would like ESI discovery. *See* 4/14/2021 Letter from J. Cardenas-Navia.

Because AWS stated it does not have email ESI for Mr. Sundaram from when he was a product manager, Kove agreed to select a different ESI custodian to replace him. *See* 5/7/2021 Letter from A. Adler. To that end, Kove selects Alyssa Henry as its fourth custodian, pending AWS's confirmation that it still has Ms. Henry's emails. Kove's proposed search terms for Ms. Henry are as follows:

| |
|---|
| S3 W/65 (price OR pricing OR (rate w/5 charge) OR fee OR tier OR (first-byte w/5 latency) OR (total-request w/5 latency) OR "total time" OR downstream OR "A/B" OR survey! OR (conjoint w/2 study) OR (conjoint w/2 analysis) OR "focus group" OR telemetry OR "journey map" OR "journey mapping" OR Omniture OR Webtrends OR Coremetrics OR SiteSpect) |
| (DB OR DynamoDB) W/65 (price OR pricing OR (rate w/5 charge) OR fee OR tier OR (replicat! w/5 latency) OR (succesful-request w/5 latency) OR (write w/5 latency) OR "samplecount" OR (sample w/2 count) OR downstream OR "A/B" OR survey! OR (conjoint w/2 study) OR (conjoint w/2 analysis) OR "focus group" OR telemetry OR "journey map" OR "journey mapping" OR Omniture OR Webtrends OR Coremetrics OR SiteSpect) |
| (S3) AND (scale OR scalability OR speed OR availability OR connectivity OR durability OR durable OR throughput OR "bucket size" OR "bytes uploaded" OR latency OR "total time" OR (elapsed w/4 time)) |
| (DB OR DynamoDB) AND (scale OR scalability OR fleet OR speed OR availability OR connectivity OR durability OR durable OR latency OR (elapsed w/4 time)) |

Regarding Mr. Jassy, AWS has provided conflicting positions. During our April 30th meet and confer, Kove understood AWS to be open to a proposal from Kove for "narrowed" search terms for Mr. Jassy's ESI. But more recently, AWS says that it "never said it would be willing to proceed with Mr. Jassy as an email custodian." *See* 5/11/2021 Letter from E. Bernard at 7. Is AWS refusing to provide Mr. Jassy's ESI under any circumstance? Or will AWS work with us in moving forward with this important discovery?

As we've explained, as the driving force behind the forming of AWS, Mr. Jassy has unique and relevant knowledge regarding the issues in this case, including S3, which Mr. Jassy helped architect. As cited in Kove's April 14 letter, it is well known that Mr. Jassy was personally involved and instrumental in the decisions surrounding creation of Amazon S3. *See* 4/14/2121 Letter from J. Cardenas-Navia. For instance, it is well known that Mr. Jassy led the team that created Amazon S3 and was personally involved in shaping its design and trajectory. *See* https://www.cnet.com/news/andy-jassy-new-amazon-ceo-steps-into-the-spotlight-after-building-a-profit-machine/ ("In a foreword to a 2017 book about cloud computing, Jassy wrote that his team took an internal software tool developed to increase efficiency in Amazon's engineering teams and made it into a valuable product for other businesses, too. This led to the creation of Amazon Simple Storage Service, or Amazon S3."); *see also* https://www.aboutamazon.com/news/aws/the-deceptively-simple-origins-of-aws ("The early S3 team had to puzzle out what was really needed for storage on the internet, and then invent a way to build that out. The design trend of the time was to add as many features to a software suite as possible. But during an early review with Jeff Bezos and Andy Jassy to dig into how exactly to pull that off their internet storage idea, the discussion reached a counter conclusion."); https://hitenism.com/amazon-working-backwards/ ("It looks simple, but when he was putting together a pitch for Amazon Web Services, the current head of AWS Andy Jassy tore through 31 drafts of the initial press release before taking it to Jeff Bezos."). These and other public documents and statements, along with the content of the produced emails to date, confirm that Mr. Jassy played a central role in the design, concept, development and overall product, go-to-market strategy and trajectory for S3.

We note, but disagree with, your objections of "duplicativeness" and "cumulativeness" with regards to Mr. Jassy's ESI. In light of AWS's representation that Messrs. Vermeulen's and Vogels' ESI is representative of Mr. Jassy's, we searched their productions and found that Mr. Jassy appears in the "To" or "CC" line on less than 4% of their emails from 2007-2017 (amounting to only 129 emails over 10 years). Furthermore, Mr. Jassy appears in the "From" line in only 149 emails, 95 of which consist of a single-word message like "Nice!" or "Thx." This poor showing demonstrates the *lack* of cumulativeness between Mr. Jassy's ESI and those of Messrs. Vermeulen's and Vogels'.

We also note and disagree with your objections to producing Mr. Jassy's ESI based on highly confidential and proprietary grounds. *See* 4/19/2021 Letter from J. Saltman at 3. Kove's search terms are limited to the specific AWS products and services accused in this case and are also directed to subject matter relevant to specific issues in this case. That Mr. Jassy's ESI may ensnare "sensitive emails" is not a proper basis for withholding production.

Kove has endeavored to keep the scope of search terms for Mr. Jassy reasonably bound, including by tying them to the accused products and their relevant characteristics (value, performance,

functionality, etc.). Indeed, we have suggested search terms for Mr. Jassy that are commensurate with those already run for Messrs. Vermeulen, Vogels, and Kelman – terms that have yielded reasonable and relevant results. If AWS is concerned about the volume that these terms may generate for Mr. Jassy, we suggest obtaining hit counts in the first instance, to determine whether further refinement is necessary.

In any event, we have further narrowed our search terms in hopes of bringing this to resolution without needing to involve the Court. Building off of our last proposal, we have replaced "W/65" with "W/50" in the first and second strings, replaced "AND" with "W/100" in the third and fourth strings and are limiting the time period to 2006-2018:

| |
|---|
| S3 W/50 (price OR pricing OR (rate w/5 charge) OR fee OR tier OR (first-byte w/5 latency) OR (total-request w/5 latency) OR "total time" OR downstream OR "A/B" OR survey! OR (conjoint w/2 study) OR (conjoint w/2 analysis) OR "focus group" OR telemetry OR "journey map" OR "journey mapping" OR Omniture OR Webtrends OR Coremetrics OR SiteSpect) |
| (DB OR DynamoDB) W/50 (price OR pricing OR (rate w/5 charge) OR fee OR tier OR (replicat! w/5 latency) OR (successful-request w/5 latency) OR (write w/5 latency) OR "samplecount" OR (sample w/2 count) OR downstream OR "A/B" OR survey! OR (conjoint w/2 study) OR (conjoint w/2 analysis) OR "focus group" OR telemetry OR "journey map" OR "journey mapping" OR Omniture OR Webtrends OR Coremetrics OR SiteSpect) |
| (S3) W/100 (scale OR scalability OR speed OR availability OR connectivity OR durability OR durable OR throughput OR "bucket size" OR "bytes uploaded" OR latency OR "total time" OR (elapsed w/4 time)) |
| (DB OR DynamoDB) W/100 (scale OR scalability OR fleet OR speed OR availability OR connectivity OR durability OR durable OR latency OR (elapsed w/4 time)) |

Please let us know if AWS will search for and produce ESI for Mr. Jassy with these terms and temporal constraints, or if AWS will provide hit counts in the first instance, with agreement to work expeditiously towards a reasonable production. Absent this, we will seek the Court's assistance in resolving this dispute.


Best Regards,

*Adam Adler*

Adam Adler