# Exhibit 14

June 8, 2021

**Elizabeth Bernard**
Attorney
Elizabeth.Bernard@FischLLP.com
Direct: +1.202.362.3529
Main: +1.202.362.3500

**VIA EMAIL**

Mr. Michael W. Marvin
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
mmarvin@reichmanjorgensen.com

Re: *Kove IO, Inc. v. Amazon Web Services, Inc.*
Case No. 18-cv-8175 (N.D. Ill.)

Dear Michael:

Thank you for your June 3 letter. To clarify, AWS's October 6, 2020 30(b)(6) notice superseded only AWS's August 20, 2020 30(b)(6) notice. So AWS's February 12, 2020 30(b)(6) notice remains operative too. And AWS intends to depose Kove regarding the topics listed in that notice, as well as the October 6, 2020 and May 20, 2021 30(b)(6) notices.

Also, please let me know if you're available to meet and confer on Monday at 2 pm ET regarding your objections to AWS's October 6, 2020 and May 20, 2021 30(b)(6) notices. The parties can also address AWS's objections to the notice of Andy Jassy during that call.

Sincerely,

*Elizabeth Bernard*

Elizabeth Bernard