UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to All Cases* | 16 CV 5802<br><br>MDL 2705<br><br>Judge Gary S. Feinerman |

### NOTICE OF JOINT MOTION

Please take notice that on April 18, 2019, at 9:00 a.m., counsel for Plaintiffs shall appear before the Honorable Gary S. Feinerman, Room 2125, United States District Court, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present the Parties' Joint Motion for Entry of Agreed Confidentiality Order.

Dated: April 11, 2019          Respectfully submitted,

                              /s/  Ben Barnow

                              Ben Barnow
                              Erich P. Schork
                              Barnow and Associates, P.C.
                              1 North LaSalle St., Suite 4600
                              Chicago, Illinois 60602
                              b.barnow@barnowlaw.com
                              e.schork@barnowlaw.com
                              (312) 621-2000 (ph)
                              (312) 641-5504 (fax)

1

Timothy G. Blood
Camille S. Bass
Blood Hurst & O'Reardon, LLP
701 B Street, Suite 1700
San Diego, CA 92101
tblood@bholaw.com
cbass@bholaw.com
(619) 338-1100 (ph)
(619) 338-1101 (fax)

Eduard Korsinsky
Andrea Clisura
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004
ek@zlk.com
aclisura@zlk.com
(212) 363-7500 (ph)
(212) 363-7171 (fax)

*Plaintiffs' Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on April 11, 2019, with the Clerk of the Court by using the CM/ECF system which will send a notice of filing to all counsel of record.

/s/ Ben Barnow