# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br> Hon. Sheila M. Finnegan |

# [PROPOSED] ORDER

Before the Court is the parties' Agreed Motion for Modification of Briefing Schedule. Having considered the motion and the fact that it is agreed, it is hereby ORDERED that the motion is GRANTED, and the deadline for AWS to file its response to Kove's Motion to Compel Discovery of Andrew Jassy (Dkt. Nos. 351, 352) is July 19, 2021, and for Kove to file its reply in support of that motion is July 30, 2021.

Date:                              /s/
                                   HON. SHEILA M. FINNEGAN
                                   UNITED STATES MAGISTRATE JUDGE