

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Michael Frank Bednarz

Firm   Hamilton Lincoln Law Institute - Center for Class Action Fairness

Street Address   1145 E. Hyde Park Blvd. Apt. 3A

City/State/Zip Code   Chicago, IL  60615

Phone Number   801-706-2690

Email address   frank.bednarz@hlli.org

ARDC (Illinois State Bar members, only)   6299073

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:11-cv-06741 | Redman v. RadioShack Corp. | Judge Valdez |
| 1:11-cv-07972 | Pearson v. NBTY | Judge Blakey |
| 1:11-cv-08176 | In re Southwest Airline Vouch | Judge Kennelly |
| 1:15-cv-03877 | Leung v. XPO Logistics, Inc. | Judge Chang |
| 1:16-cv-05802 | In re: 100% Grated Parmesan ( | Judge Feinerman |
| 1:17-cv-01530 | Cowen v. Lenny & Larry's, Inc | Judge Gettlemen |

  s/ M. Frank Bednarz                                       April 23, 2019
_____     _____
  Signature of Attorney                                     Date

Rev. 01272016