# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br>        Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br>        Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br> Hon. Sheila M. Finnegan |

## [PROPOSED] AMENDED SCHEDULING ORDER

The Court hereby sets the following case deadlines, good cause having been found therefor.

1. The deadline for the Close of Initial Fact Discovery is revised from August 30, 2021 to September 14, 2021.

2. To streamline the remaining discovery to complete, the Court also orders that:

   a. Any additional written discovery requests requiring a response within 30 days under the Federal Rules of Civil Procedure shall be served by July 28, 2021; new requests need not be based on information provided less than 75 days before the close of discovery, as the now-superseded April 8, 2021 Agreed Amended Scheduling Order had required (ECF No. 321 at #4), however the numerical limits set forth at ECF No. 321 at #1-3) remain;

   b. The parties shall complete their respective document productions, written discovery responses, and supplementation by August 27, 2021; and

    c. The parties shall work cooperatively to expeditiously schedule and complete outstanding noticed depositions, including identifying designees and corresponding topics for 30(b)(6) depositions at least 10 days prior to their scheduled depositions.

Date:                                        */s/*  
                                                 HON. SHEILA M. FINNEGAN  
                                                 UNITED STATES MAGISTRATE JUDGE