UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:16-cv-05802<br>MDL No. 2705<br><br>The Hon. Gary S. Feinerman |
| *This Document Relates to All Cases on The Kraft Heinz Company Track* | |

**MOTION TO WITHDRAW APPEARANCE**

**JENNER & BLOCK LLP**

Dean N. Panos (Ill. Bar No. 6203600)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350

*-and-*

Kenneth K. Lee (admitted *pro hac vice*)
klee@jenner.com
Alexander M. Smith (admitted *pro hac vice*)
asmith@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Tel.: (213) 239-5100

*Attorneys for Defendant*
The Kraft Heinz Company

Kenneth K. Lee hereby moves to withdraw his Appearance on behalf of Defendant The Kraft Heinz Company in this cause of action for the reason that as of June 4, 2019, he will no longer be an attorney at the law firm Jenner & Block LLP.  Attorneys Dean N. Panos and Alex M. Smith will continue to represent Defendant The Kraft Heinz Company in the above referenced matter.

Dated: May 30, 2019

Respectfully submitted,

JENNER & BLOCK LLP

By:  */s/ Kenneth K. Lee*

    Kenneth K. Lee (admitted pro hac vice)
    klee@jenner.com
    633 West 5th Street, Suite 3600
    Los Angeles, CA 90071
    Tel.: (213) 239-5100

Attorneys for Defendant
The Kraft Heinz Company

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on May 30, 2019 with the Clerk of the Court by using the CM/ECF system which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated: May 30, 2019  By:  */s/ Kenneth K. Lee*
                                       Kenneth K. Lee