# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

KOVE IO, INC.,

    *Plaintiff*,

v.

AMAZON WEB SERVICES, INC.,

    *Defendant*.

Case No. 1:18-cv-8175

---

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF AWS'S OPPOSITION TO KOVE'S MOTION TO COMPEL DISCOVERY OF ANDREW JASSY (Dkt. 351)**

---

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and District of Columbia, and am admitted in the Northern District of Illinois. I make this Declaration of my own personal knowledge and the files received from AWS's previous counsel. And if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's Opposition to Kove's Motion to Compel Discovery of Andrew Jassy (Dkt. 351).

2. A true and correct copy of Kove's May 26, 2021 Notice of Deposition of Andrew Jassy, with enclosing letter, is attached as Exhibit A.

3. A true and correct copy of Kove counsel's June 16, 2021 letter to AWS counsel is attached as Exhibit B.

4. A true and correct copy of Kove's Third Amended Initial Disclosures is attached as Exhibit C.

5. A true and correct copy of the Federal Circuit's Model Order Regarding E-Discovery in Patent Cases, with introduction, is attached as Exhibit D.

6. A true and correct copy of Kove counsel's May 21, 2020 email to AWS counsel is attached as Exhibit E.

7. A true and correct copy of Kove counsel's August 28, 2020 letter to AWS counsel is attached as Exhibit F.

8. A true and correct copy of Kove's search terms, emailed to AWS counsel on October 7, 2020, is attached as Exhibit G.

9. A true and correct copy of Kove counsel's October 12, 2020 letter to AWS counsel is attached as Exhibit H.

10. A true and correct copy of an email chain between Kove counsel and AWS counsel in December 2020–January 2021 is attached as Exhibit I.

11. A true and correct copy of AWS counsel's January 27, 2021 letter to Kove counsel is attached as Exhibit J.

12. A true and correct copy of AWS counsel's February 3, 2021 letter to Kove counsel is attached as Exhibit K.

13. A true and correct copy of AWS counsel's February 9, 2021 letter to Kove counsel is attached as Exhibit L.

14. A true and correct copy of AWS counsel's January 15, 2021 letter to Kove counsel is attached as Exhibit M.

15. True and correct copies of excerpts from the deposition of Allan Vermeulen, taken June 4, 2021, are attached as Exhibit N.

16. A true and correct copy of Kove's First Notice of Deposition of AWS is attached as Exhibit O.

17. True and correct copies of excerpts of six supplemental Rule 30(b)(6) deposition notices that Kove served on AWS are attached as Exhibit P.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on July 19, 2021.

<u>/s/ R. William Sigler</u><br>
R. William Sigler