# Exhibit A



Adam Adler
1710 Rhode Island Avenue, NW
12th Floor
Washington, DC 20036
Direct Dial: (605) 623-1480
aadler@reichmanjorgensen.com

May 26, 2021

**By Email**

| | |
|---|---|
| Jeffrey Saltman | Elizabeth Bernard |
| Fisch Sigler LLP | Fisch Sigler LLP |
| 5301 Wisconsin Ave NW 4th Fl. | 5301 Wisconsin Ave NW 4th Fl. |
| Washington, DC 20015 | Washington, DC 20015 |
| Jeffrey.Saltman@fischllp.com | Elizabeth.Bernard@fischllp.com |

RE: *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Dear Counsel,

Enclosed herewith are Kove's Notices of Deposition of Andrew Jassy and Jeff Barr, as well as Kove's Amended Notice of Deposition of James Sorenson, pursuant to Rules 26 and 30(b)(1) of the Federal Rules of Civil Procedure. Please let us know when these witnesses can be made available for their depositions.

As you know, Kove previously served notices of deposition of AWS pursuant to Rule 30(b)(6). For planning purposes, please advise as to the names and availability of AWS's 30(b)(6) witnesses, as well as the topics on which each witness will be prepared to testify.

Best Regards,

Adam Adler

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br> Hon. Sheila M. Finnegan, <br> Magistrate Judge <br><br> Jury Trial Demanded |

**PLAINTIFF'S NOTICE OF DEPOSITION**
**OF ANDREW JASSY**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT,** pursuant to Rules 26 and 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Kove IO, Inc., by its counsel, will take the deposition by oral examination of Andrew Jassy at a date, time, and location to be determined as is mutually agreeable to the parties, and continuing from day to day until completed.

The deposition will occur before a notary public, court reporter, or any other person qualified to administer oaths, will be conducted in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Illinois, and may be recorded by stenographic, sound, and video means. The deposition will be taken for the purpose of discovery, for use at trial or any hearing in this matter, and for any other purpose permitted by the Federal Rules of Civil Procedure.

Dated: May 26, 2021.	Respectfully submitted,

	*/s/ Adam Adler*


Khue V. Hoang *(pro hac vice)*	Renato Mariotti (State Bar No. 6323198)
khoang@reichmanjorgensen.com	rmariotti@thompsoncoburn.com
Jaime Cardenas-Navia *(pro hac vice)*	Holly H. Campbell (State Bar No. 6320395)
jcardenas-navia@reichmanjorgensen.com	hcampbell@thompsoncoburn.com
Rahul Sarkar (pro hac vice)	THOMPSON COBURN LLP
rsarkar@reichmanjorgensen.com	55 E. Monroe St., 37th Floor
Michael W. Marvin *(pro hac vice)*	Chicago, IL 60603
mmarvin@reichmanjorgensen.com	Telephone: (312) 346-7500
REICHMAN JORGENSEN LEHMAN &	Facsimile: (312) 580-2201
FELDBERG LLP
750 Third Avenue, Suite 2400	Courtland L. Reichman *(pro hac vice)*
New York, NY 10017	creichman@reichmanjorgensen.com
Telephone: (212) 381-1965	Shawna L. Ballard (Identification No. 155188)
Facsimile: (650) 623-1449	sballard@reichmanjorgensen.com
	Kate M. Falkenstien *(pro hac vice)*
Christine E. Lehman *(pro hac vice)*	kfalkenstien@reichmanjorgensen.com
clehman@reichmanjorgensen.com	REICHMAN JORGENSEN LEHMAN &
Adam Adler *(pro hac vice)*	FELDBERG LLP
aadler@reichmanjorgensen.com	100 Marine Parkway, Suite 300
Phil Eklem *(pro hac vice)*	Redwood Shores, CA 94065
peklem@reichmanjorgensen.com	Telephone: (650) 623-1401
REICHMAN JORGENSEN LEHMAN &	Facsimile: (650) 623-1449
FELDBERG LLP
1710 Rhode Island Ave, NW, 12th Floor
Telephone: (202) 894-7310
Facsimile: (650) 623-1449


	**ATTORNEYS FOR PLAINTIFF**
	**KOVE IO, INC.**

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 26, 2021, the foregoing Kove's Notice of Deposition of Andrew Jassy was electronically served on counsel of record by email.

                                           */s/ Adam Adler*
                                             Adam Adler