# Exhibit E

| From: | "Jaime F. Cardenas-Navia" <jcardenas-navia@reichmanjorgensen.com> |
| --- | --- |
| Sent: | Thursday, May 21, 2020 12:46 AM |
| To: | "Barron, Timothy J." <TBarron@jenner.com>; "Mascherin, Terri L." <TMascherin@jenner.com>; "Unikowsky, Adam G." <AUnikowsky@jenner.com>; "Werner, Michael T." <MWerner@jenner.com>; "Garcia, Daniel O." <DGarcia@jenner.com> |
| Cc: | "Mariotti, Renato" <rmariotti@thompsoncoburn.com>; "Parks, Michael A." <MParks@thompsoncoburn.com>; "RJ_Kove_AWS" <RJ_Kove_AWS@reichmanjorgensen.com> |
| Subject: | RE: Kove, IO, Inc. v. AWS, Inc. |

External Email – Exercise Caution

Tim,

For tomorrow's call, as we have already stated, we would like to discuss the issues raised in my February 28th letter, including Amazon's lack of production of technical materials and the need for an additional 30(b)(6) deposition (outlined in more detail in my February 19th letter). This is analogous to how we discussed Amazon's March 11th and 12th letters last week.

Further, to help focus the discussion with respect to the damages-related matters, below is some of the information that Kove is seeking:
- Historic pricing lists/terms/sheets for DynamoDB and S3 pricing and service tiers over the damages period, including pricing information for any customers that pay something different from the list price.
- Monthly U.S. volume/revenue/cost/profit/total customer data for S3 broken down by how each S3 service level is priced (e.g., based on storage, requests, data retrievals, data transfer, management, and replication) (https://aws.amazon.com/s3/pricing/) over the damages period. By way of example, the volume data for storage would under the current S3 pricing model include the number of Gigabytes used by customers at each of the pricing levels.
- Monthly U.S. volume/revenue/cost/profit/total customer data for DynamoDB broken down by how each DynamoDB service is priced (e.g., based on read requests, write requests, data storage, backup, data transfer) (https://aws.amazon.com/dynamodb/pricing/provisioned/ and https://aws.amazon.com/dynamodb/pricing/on-demand/) over the damage period.
- U.S. Revenue for S3 and Dynamo over the entire damages period, i.e., preceding 2014
- AWS unit-level P&Ls and financial statements
- Revenue recognition and cost allocation policies relevant to the S3 and DynamnoDB P&Ls
- Telemetry, usage data, and metrics regarding speed, scalability, and availability, including any customer testing (such as A/B testing) or surveys, of Amazon S3 and DynamoDB.

We would also like to discuss ESI discovery on tomorrow's call. We have been working to identify a list of proposed custodians and search terms that AWS use to search its own email, but because of AWS's deficient initial disclosures and delays in responses to interrogatories served on AWS caused by the COVID-19 pandemic, we are unable to identify with specificity AWS custodians. Accordingly, we would like to discuss which custodians would be knowledgeable about the following topics:
- Marketing, advertising, and customer support related to speed, scalability, and availability for Amazon S3 and DynamoDB.

- Telemetry, usage data, and metrics regarding speed, scalability, and availability, including any customer testing (such as A/B testing), of Amazon S3 and DynamoDB.
- Surveys, studies, analyses or purchase journey mapping relating to pricing, sales, and customer procurement and retention for Amazon S3 and DynamoDB, including any studies commissioned by AWS.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**REICHMAN JORGENSEN LLP**
750 Third Avenue, Suite 2400
New York, NY 10017
(646) 921-1474