# Exhibit F

Michael Marvin
Direct Dial: (646) 970-2652
mmarvin@reichmanjorgensen.com

750 Third Avenue
Suite 2402
New York, NY 10017

August 28, 2020

**By E-Mail**

Tim Barron
Jenner & Block LLP
353 North Clark St.
Chicago, IL 60654
tbarron@jenner.com

RE: *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Counsel,

I write to respond to several items from your letter of August 19. If you believe a meet and confer would be helpful to discuss any of the topics listed below, please provide your availability for a call Monday or Wednesday of next week.

## Kove's Document Production

As my colleague, Jaime Cardenas-Navia, stated during our meet and confer on August 14, Kove is preparing a supplemental production which it plans to produce shortly. Once that supplemental production is completed, Kove will have produced all non-privileged documents it has identified to date that are responsive to AWS's document requests, as modified by Kove's objections, including document requests served on Kove predecessor entities for which we have accepted subpoenas. We can further confirm that all documents responsive to the first set of subpoenas to John Overton and Stephen Bailey have been produced, and that no discoverable documents have been withheld on privilege grounds.

As Mr. Cardenas-Navia noted on August 14, out of an abundance of caution, Kove continues to search for documents responsive to AWS's document requests, and will produce any additional responsive, non-privileged documents; we do not expect there to be much, if any, more. If Kove withholds additional responsive documents on privilege or work-product grounds, we will of course provide a supplemental privilege log.

## AWS's ESI Custodians

In his email of May 20, Mr. Cardenas-Navia requested that AWS identify custodians knowledgeable about the specific topics you recite in your letter of August 19. Kove's request that AWS identify custodians actually knowledgeable on those topics is not, as you suggest, a request for "additional custodians." Further, we have also been clear since May 20 that we are

interested in these topics for both Amazon S3 and DynamoDB; Mr. Cardenas-Navia's email specifically identifies the following topics (emphasis added):

- "Marketing, advertising, and customer support related to speed, scalability, and availability <u>for Amazon S3 and DynamoDB</u>."
- "Telemetry, usage data, and metrics regarding speed, scalability, and availability, including any customer testing (such as A/B testing), <u>of Amazon S3 and DynamoDB</u>. "
- "Surveys, studies, analyses or purchase journey mapping relating to pricing, sales, and customer procurement and retention <u>for Amazon S3 and DynamoDB</u>, including any studies commissioned by AWS."

I understand that AWS now admits that the custodians it originally proposed are not knowledgeable on these topics. Once AWS identifies custodians on these topics, which I understand may, but may not, lead to a list of six additional custodians, Kove can then decide which five to accept as ESI custodians. However, for purposes of efficiency, we can let you know now that we are <u>not</u> interested in the following custodians: Jonathan Sullivan, Alan Park, and Liz Coddington. Please confirm that AWS will provide proposed ESI custodians by September 4.

**<u>Kove's ESI Custodians</u>**

In Michael Werner's July 16 letter, AWS requested that Kove identify custodians likely to have discoverable information relevant to this case, including information related to: (i) the conception of the inventions claimed by the patents-in-suit, (ii) prior art related to the patents-in-suit (including the work of Dr. David Karger), (iii) prosecution of the patents-in-suit, (iv) efforts to commercialize the inventions claimed by the patents in suit, and (v) the history of Kove IO and its predecessor entities. Pursuant to LPR ESI 2.6(d), and in response to the specific topics identified by AWS, Kove identifies the following individuals as ESI custodians: John Overton, Stephen Bailey, Andy Poling, Brian Toonen, and Keith Connolly.

**<u>AWS Discovery</u>**

Finally, I wanted to raise a few discovery items that the parties agreed upon, as summarized in my letter of August 18, but which were omitted from your summary of the discussions between the parties in your letter of August 19 (under the section "Discovery Requests").

During our call on August 14, you agreed that by August 28 AWS would:

- Produce documents showing the pricing tiers for DynamoDB from 2012 to today.
- Produce documents showing the terms and differences between different tiers of Amazon S3 and DynamoDB since 2006 and 2012, respectively, to today.

Please confirm AWS's understanding as to the same.

Regards,

Michael Marvin

CC (by email):  Renato Mariotti (rmariotti@thompsoncoburn.com);
Michael Parks (mparks@thompsoncoburn.com)