# Exhibit G

| Search Terms | Date Range |
|---|---|
| **Damage Related Search Terms (Two S3 and One Dynamo DB Marketing)** | |
| S3 AND (price OR pricing OR (rate w/5 charge) OR fee OR tier OR scale OR scalability OR speed OR availability OR durability OR durable OR throughput OR "bucket size" OR "bytes uploaded" OR (first-byte w/5 latency) OR (total-request w/5 latency) OR "total time" OR (elapsed w/4 time) OR "A/B" OR survey! OR (conjoint w/2 study) OR (conjoint w/2 analysis) OR "focus group" OR telemetry OR "journey map" OR "journey mapping" OR Omniture OR Webtrends OR Coremetrics OR SiteSpect) | 01/01/2006-Today |
| (DB OR DynamoDB OR Dynamo) AND (price OR pricing OR (rate w/5 charge) OR fee OR tier OR scale OR scalability OR speed OR availability OR durability OR durable OR (replicat! w/5 latency) OR (succesful-request w/5 latency) OR (write w/5 latency) OR (elapsed w/4 time) OR "samplecount" OR (sample w/2 count) OR "A/B" OR survey! OR (conjoint w/2 study) OR (conjoint w/2 analysis) OR "focus group" OR telemetry OR "journey map" OR "journey mapping" OR Omniture OR Webtrends OR Coremetrics OR SiteSpect) | 01/01/2010-Today |
| **Technical Search Terms (Vogels and Vermeulen)** | |
| (S3) AND (scale OR scalability OR speed OR availability OR connectivity OR durability OR durable OR throughput OR "bucket size" OR "bytes uploaded" OR latency OR "total time" OR (elapsed w/4 time)) | 01/01/2006-Today |
| (DB OR DynamoDB OR Dynamo) AND (scale OR scalability OR fleet OR speed OR availability OR connectivity OR durability OR durable OR latency OR (elapsed w/4 time)) | 01/01/2010-Today |