# Exhibit H

Rahul Sarkar
Direct Dial: (646) 970-2651
rsarkar@reichmanjorgensen.com

750 Third Avenue
Suite 2400
New York, NY 10017

<p style="color:red; text-align:center">MAY CONTAIN HIGHLY CONFIDENTIAL INFORMATION</p>

October 12, 2020

**By E-Mail**

Terri L. Mascherin
Jenner & Block LLP
353 North Clark St.
Chicago, IL 60654
TMascherin@jenner.com

RE:     *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Dear Terri,

I write in response to your October 5, 2020 letter objecting to the depositions of Allan H. Vermeulen and Werner Vogels.  While we agree to not to move forward with our deposition notice for Werner Vogels at this time (with all rights reserved in the event further discovery makes plain that Mr. Vogels is an indispensable witness), we do intend to move forward with Allan H. Vermeulen.  As an initial matter, it is Amazon's burden to make a "particular and specific demonstration of fact" as to why Mr. Vermeulen's deposition ought to be precluded. *City of Rockford v. Mallinckrodt ARD, Inc*, 2020 WL 1675593 at *2 (N.D. Ill. April 6, 2020); *Dyson, Inc. v. Sharkninja Operating LLC*, 2016 WL 16134189 at *1 (N.D. Ill. April 22, 2016). AWS has not carried this burden.

As the lead inventor of U.S. Patent. No. 7, 716, 180, which is directed to many of the features embodied in the S3 Keymap, and as a key technical architect of S3 during its conception and initial development, Mr. Vermeulen possesses unique and personal knowledge of the architectural decisions that were made during the initial development of S3.  *See Dyson*, 2016 WL 16134189 at *2 (declining to apply the apex doctrine where the CEO from whom discovery was sought had a "hands-on role in the development of the products" in suit).  Indeed, Mr. Vermeulen spoke at Carnegie Mellon University about the "ten design principles" that guided "the architecture and building of the product" during "the early days of S3." (http://www.cs.cmu.edu/~./careers/posters/AmazonTechTalk11.pdf).  Mr. Vermeulen's percipient knowledge of relevant information removes him from the category of individuals for whom the courts have granted apex witness designation.  *See Mallinckrodt*, 2020 WL 1675593 at *3 ("It is unclear how deposing these other individuals would shed more light on the Acthar strategy than deposing the person who was involved in, if not responsible for, setting the strategy").

By contrast, Seth Markle, whom Amazon has designated as the person most knowledgeable about the technical development of S3, only began working for Amazon Web Services in 2010, and consequently possesses no personal knowledge of the conception and initial development of S3.

We accept at face value your representation that Mr. Vermeulen's job responsibilities put strain on his availability. In acknowledgement of that, we will agree to limit his deposition to no more than five (5) hours on the record and to conduct such deposition remotely (which eliminates any need for travel time). We trust that this alleviates your concerns, and request that you confirm that you will produce responsive documents for Mr. Vermeulen and make him available for deposition.

Best regards,

*Rahul Sarkar*

Rahul Sarkar