# Exhibit J

# FISCH SIGLER LLP

5301 Wisconsin Avenue NW | Fourth Floor | Washington, DC 20015 USA

January 27, 2021

**Elizabeth Bernard**
Attorney
Elizabeth.Bernard@FischLLP.com
Direct: +1.202.362.3529
Main: +1.202.362.3500

**Via E-mail**

Mr. Michael W. Marvin
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
mmarvin@reichmanjorgensen.com

      Re:    *Kove IO, Inc. v. Amazon Web Services, Inc.*
                Case No. 18-cv-8175 (N.D. Ill.)

Dear Michael:

      Thank you for your January 23 and 26, 2021 emails regarding the email production request process governed by the Local Patent Rules for Electronically Stored Information ("LPR ESI") in this case.

### **Kove's Remaining Email Production Requests Per LPR ESI 2.6**

      AWS has been proceeding in good faith with email collection, review, and production for AWS employees Werner Vogels and Allan Vermeulen. But your January 26th email indicates that Kove won't conform its remaining specific email production requests to LPR ESI 2.6(d). Instead, Kove asks AWS to collect emails from three additional individuals, run Kove's proposed search terms, and provide hit reports before Kove will confirm that it agrees to those custodians and email production requests.

      LPR ESI 2.6 doesn't permit Kove's approach. LPR ESI 2.6 requires a party to serve specific email production requests that identify the custodian, search terms, and time frame. LPR ESI 2.6(c). The Rule further provides that each requesting party shall limit its email production requests to a total of five custodians. *See* LPR ESI 2.6(d). The Rule doesn't provide for additional email production requests without agreement by the parties or by leave of the Court, nor does the Rule provide that a party can request collection of emails for an unlimited number of custodians to run its search terms before agreeing to specific custodians. The Rule doesn't obligate a producing party like AWS to collect emails from custodians in addition to, or outside of, the requesting party's specific email production requests, which are limited to five custodians.

Indeed, collecting emails and running searches on those emails is time-consuming and costly,[1] placing a disproportionate discovery burden on AWS.

Thus, please confirm Jeff Wierer, Robbie Wright, and Christoph Bartenstein as Kove's three remaining email custodians and its specific email production requests,[2] or provide specific email production requests that identify Kove's three additional custodians in accordance with LPR ESI 2.6 without further delay.

**Kove's Email Production Requests for Messrs. Vogels and Vermeulen**

Your January 23rd email also asks AWS to run revised "damages-related" search terms for Messrs. Vogel and Vermeulen with a "W/65" connector in place of "AND." But Kove's "damages-related" search terms, including its proposed revised terms, don't comply with LPR ESI 2.6, result in too many hits, and disproportionately seek overproduction.

LPR ESI 2.6(e) requires that email requests and search terms "shall be narrowly tailored to particular issues." Thus, email production requests should be focused on specific issues for which email is warranted and aren't appropriate for general discovery of a product or business.[3] Kove's email requests and proposed search terms contravene this Rule. For instance, email search terms such as "DynamoDB AND price" or "S3 AND speed" aren't narrowly tailored to any particular issue in this case, but are directed to general discovery, and result in thousands of email hits, demonstrating that the terms also don't sufficiently reduce the risk and costs of overproduction. Moreover, Kove hasn't demonstrated the need in this case for tens of thousands of custodian emails generally regarding the technology, pricing, fees, and performance of the accused services, when Kove already has access to the source code, revenue, and public pricing and performance information for the services.

AWS nonetheless has been proceeding in good faith and proposed reasonable revisions to Kove's "damages-related" search terms to move this process forward. Last week, AWS produced the "technical" search term emails for Messrs. Vermeulen and Vogels, a process that took over three weeks and yielded 2,329 emails and 9,911 pages. Kove's ostensible request now that AWS

---

[1] Indeed, when we recently provided search terms and custodians to Kove, you indicated it would take two weeks to learn the results of those searches.

[2] As discussed *infra*, and demonstrated in other correspondence between the parties, Kove's proposed "damages-related" search terms don't comply with LPR ESI 2.6, as they aren't narrowly tailored to particular issues in this case, result in too many document hits, and don't reduce the risk of overproduction. AWS requests that Kove provide revised search terms in its specific email production requests for the remaining three custodians.

[3] *See also* Federal Circuit Advisory Council [Model] Order Regarding E-Discovery in Patent Cases, ¶ 7.

review thousands of additional email results from the "damages-related" search terms for these two technical custodians is unreasonable. For instance, we ran the proposed "W/65" terms and the search terms resulted in over 10,000 hits. (*See* Table 1). Such a revision doesn't comply with the requirements of LPR ESI 2.6(e) that the search terms "be narrowly tailored to particular issues" and not result in an overly inclusive review and production. Further, we anticipate any request by Kove to proceed with these proposed "W/65" "damages-related" search terms for these two custodians will take a month to review and process. That isn't tenable, especially given the discovery deadline in this case and the upcoming collection, review, and production of three additional custodians should Kove propound appropriate requests. Such a request is also facially disproportionate, as Kove identified these custodians for their technical role in development of the accused services and not any "damages-related" role.

That said, in a further effort to move the process forward, we ran another revision of the "damages-related" search terms with "W/20" against Mr. Vogels' emails. As Table 1 below shows, however, the hits for these terms total over 5,800 documents and remain too high. AWS therefore proposes at this time that it proceed with review of the results for the "W/30" search terms for Mr. Vermeulen as shown in Table 1, and Kove propose additional revisions to the terms for Mr. Vogels.

**Table 1: "Damages-Related" Search Term Hit Results for Messrs. Vogels and Vermeulen**

| Search Term | Vogels Hits | Vermeulen Hits |
|---|---|---|
| S3 W/65 (price OR pricing OR (rate w/5 charge) OR fee OR tier OR (first-byte w/5 latency) OR (total-request w/5 latency) OR "total time" OR "A/B" OR survey! OR (conjoint w/2 study) OR (conjoint w/2 analysis) OR "focus group" OR telemetry OR "journey map" OR "journey mapping" OR Omniture OR Webtrends OR Coremetrics OR SiteSpect) | 6,875 | 2,139 |
| (DB OR DynamoDB) W/65 (price OR pricing OR (rate w/5 charge) OR fee OR tier OR (replicat! w/5 latency) OR (succesful-request w/5 latency) OR (write w/5 latency) OR "samplecount" OR (sample w/2 count) OR "A/B" OR survey! OR (conjoint w/2 study) OR (conjoint w/2 analysis) OR "focus group" OR telemetry OR "journey map" OR "journey mapping" OR Omniture OR Webtrends OR Coremetrics OR SiteSpect) | 2,579 | 1,530 |
| S3 W/30 (price OR pricing OR (rate w/5 charge) OR fee OR tier OR (first-byte w/5 latency) OR (total-request w/5 latency) OR "total time" OR "A/B" OR survey! OR (conjoint w/2 study) OR (conjoint w/2 analysis) OR "focus group" OR telemetry OR "journey map" OR "journey mapping" OR Omniture OR Webtrends OR Coremetrics OR SiteSpect) | 5,373 | 1,536 |

| Query | | |
|---|---|---|
| (DB OR DynamoDB) W/30 (price OR pricing OR (rate w/5 charge) OR fee OR tier OR (replicat! w/5 latency) OR (succesful-request w/5 latency) OR (write w/5 latency) OR "samplecount" OR (sample w/2 count) OR "A/B" OR survey! OR (conjoint w/2 study) OR (conjoint w/2 analysis) OR "focus group" OR telemetry OR "journey map" OR "journey mapping" OR Omniture OR Webtrends OR Coremetrics OR SiteSpect) | 1,771 | 1,076 |
| S3 W/20 (price OR pricing OR (rate w/5 charge) OR fee OR tier OR (first-byte w/5 latency) OR (total-request w/5 latency) OR "total time" OR "A/B" OR survey! OR (conjoint w/2 study) OR (conjoint w/2 analysis) OR "focus group" OR telemetry OR "journey map" OR "journey mapping" OR Omniture OR Webtrends OR Coremetrics OR SiteSpect) | 4,591 | N/A |
| (DB OR DynamoDB) W/20 (price OR pricing OR (rate w/5 charge) OR fee OR tier OR (replicat! w/5 latency) OR (succesful-request w/5 latency) OR (write w/5 latency) OR "samplecount" OR (sample w/2 count) OR "A/B" OR survey! OR (conjoint w/2 study) OR (conjoint w/2 analysis) OR "focus group" OR telemetry OR "journey map" OR "journey mapping" OR Omniture OR Webtrends OR Coremetrics OR SiteSpect) | 1,302 | N/A |

     Please advise on how Kove would like to proceed so that we can move this process forward without further delay. If Kove has legal authority supporting its search terms and request that AWS review thousands of additional hits for these two custodians, please provide it for our consideration. And please note that AWS reserves its right to invoke the cost-shifting provisions of LPR ESI 2.6 should Kove continue with its requests for disproportionate discovery. Thank you.

Sincerely,

*/s/ Elizabeth Bernard*

Elizabeth Bernard