# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to All Cases* | 16 CV 5802<br><br>MDL 2705<br><br>Judge Gary S. Feinerman |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF CLASS CERTIFICATION BRIEFING SCHEDULE

Plaintiffs Ann Bell, Alan Ducorsky, Alfonso Fata, Karen Ford, Dan Lang, Samantha Lewin, Yvette Nash, Rosemary Quinn, Nancy Reeves, Larry Rollinger, Jr., Rita Schmoll, Becky Sikes, Adam Weiss, and Michael Wills, ("Plaintiffs"), on behalf of themselves and all others similarly situated, by and through Interim Co-Lead Counsel respectfully request entry of an order extending the briefing schedule for Plaintiffs' motion for class certification to and including September 30, 2019.

1. Plaintiffs' motion for class certification is presently due by June 30, 2019, Defendants' responses by August 14, 2019, and Plaintiffs' replies by September 13, 2019. ECF No. 308.

2. As discussed during the status hearing held on May 29, 2019, Plaintiffs believe it necessary to request an order extending the briefing of Plaintiffs' motion for class certification. Thus, Plaintiffs request that the motion for class certification be due by September 30, 2019; Defendants' responses due by November 14, 2019; and Plaintiffs' replies due by December 16, 2019. At the status hearing, in response to the Court, counsel for Defendants stated that they do not oppose the requested extension.

3.     The interests of justice favor the requested extension, there is good cause for the requested extension, and it is not brought for purposes of delay. This is the first request for an extension of the class certification briefing schedule.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order extending the briefing schedule for Plaintiffs' motion for class certification so that Plaintiffs' motion for class certification is due by September 30, 2019; Defendants' responses are due by November 14, 2019; and Plaintiffs' replies are due by December 16, 2019.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 17, 2019 | BARNOW AND ASSOCIATES, P.C. |
|  | By:    s/ Ben Barnow |
|  | Ben Barnow |
|  | Erich P. Schork |
|  | 1 North LaSalle Street, Suite 4600 |
|  | Chicago, IL  60602 |
|  | Tel: 312/621-2000 |
|  | b.barnow@barnowlaw.com |
|  | e.schork@barnowlaw.com |
|  |  |
|  | Timothy G. Blood (149343CA) |
|  | Thomas J. O'Reardon II (247952CA) |
|  | BLOOD HURST & O'REARDON LLP |
|  | 501 West Broadway, Suite 1490 |
|  | San Diego, CA  92101 |
|  | Tel: 619/338-1100 |
|  | tblood@bholaw.com |
|  | toreardon@bholaw.com |
|  |  |
|  | Eduard Korsinsky |
|  | Courtney Maccarone |
|  | LEVI & KORSINSKY LLP |
|  | 30 Broad Street, 24th Floor |
|  | New York, NY 10004 |
|  | Tel: 212/363-7500 |
|  | ek@zlk.com |
|  | cmaccarone@zlk.com |
|  |  |
|  | *Plaintiffs' Interim Co-Lead Counsel* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 17, 2019, a copy of the foregoing document was electronically filed with the United States District Court, Northern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record.

/s/ Ben Barnow