# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to All Cases* | 16 CV 5802<br><br>MDL 2705<br><br>Judge Gary S. Feinerman |

## NOTICE OF MOTION

Please take notice that on Thursday, June 20, 2019, at 9:00 a.m., counsel for Plaintiffs shall appear before the Honorable Gary S. Feinerman, Room 2125, United States District Court, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present their Motion for Extension of Class Certification Briefing Schedule.

Dated: June 17, 2019

Respectfully submitted,

BARNOW AND ASSOCIATES, P.C.

By:     *s/ Ben Barnow*
Ben Barnow
Erich P. Schork
1 North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: 312/621-2000
b.barnow@barnowlaw.com
e.schork@barnowlaw.com

Timothy G. Blood (149343CA)
Thomas J. O'Reardon II (247952CA)
BLOOD HURST & O'REARDON LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
tblood@bholaw.com
toreardon@bholaw.com

        Eduard Korsinsky
        Courtney Maccarone
        LEVI & KORSINSKY LLP
        30 Broad Street, 24th Floor
        New York, NY 10004
        Tel: 212/363-7500
        ek@zlk.com
        cmaccarone@zlk.com

        *Plaintiffs' Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing document was filed on June 17, 2019, with the Clerk of the Court by using the CM/ECF system which will send a notice of filing to all counsel of record.

                                                     /s/ Ben Barnow