# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Kove IO, Inc.
                              Plaintiff,

v.                                                     Case No.: 1:18−cv−08175
                                                            Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 30, 2021:

       MINUTE entry before the Honorable Sheila M. Finnegan: The Court has reviewed the joint status report dated 7/30/2021. By agreement, motions regarding pending discovery disputes are to be filed no later than 8/20/2021, with responses filed within 14 days after the motion is filed, and replies filed within 10 days after the filing of the response. No further replies are permitted absent leave of Court. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.