# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

In Re: 100% Grated Parmesan Cheese Marketing and
Sales Practices Litigation, et al.

                                        Plaintiff,

v.                                                         Case No.:
                                                        1:16−cv−05802

                                                        Honorable Gary
                                                        Feinerman

Albertson Companies, Inc, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 16, 2019:

      MINUTE entry before the Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum Opinion and Order, Plaintiffs' motion for leave to amend [306] is denied, Defendant Albertsons/SuperValu's motion for partial judgment on the pleadings and partial summary judgment [309] is granted in part and denied in part, and Defendant Kraft Heinz's motion for judgment on the pleadings [314] is granted in part and denied in part. As to Kraft, the CUTPA, ICFA, and MCPA claims; the California, Florida, and Minnesota express warranty claims; the California, Connecticut, and Minnesota implied warranty claims; and the Illinois unjust enrichment claims are dismissed. The New York, Connecticut, Minnesota, Florida, California, Alabama, and Michigan unjust enrichment claims against Kraft may proceed, along with the Alabama express warranty claims and Michigan implied warranty claims. As to Albertsons/SuperValu, the ICFA claims; the Illinois and Alabama express warranty claims; the Illinois implied warranty claims; and the Illinois unjust enrichment claims are dismissed. The Alabama unjust enrichment claims against SuperValu may proceed. The dismissed claims against Defendants Publix, Target/ICCO, Kraft, and Albertsons/SuperValu are dismissed with prejudice. As there are no remaining claims against Albertsons, Publix, and Target, those defendants are terminated as party defendants. By 7/31/2019, the parties shall file a status report setting forth their joint view or competing views as to whether judgment should be entered as to the claims that have been dismissed with prejudice.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.