UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

In Re: 100% Grated Parmesan Cheese Marketing and
Sales Practices Litigation, et al.

Plaintiff,

v.

Case No.:
1:16−cv−05802
Honorable Gary Feinerman

Albertson Companies, Inc, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 7, 2019:

MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 8/27/2019 at 10:00 a.m. By 8/19/2019, the parties shall file a joint status report setting forth their joint or competing views regarding: (1) which of the component cases should be dismissed in their entirety; (2) whether the 100% claims in the remaining cases should be subject to a Civil Rule 54(b) order and/or a 28 U.S.C. § 1292(b) certification; and (3) what should be done with the Anti−Caking claims in the remaining cases. Attorneys who wish to participate by telephone at the next status hearing should call Toll−Free Number: (877) 336−1828, Access Code: 4082461.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.