UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | 16 CV 5802 <br><br> MDL 2705 |
| *This Document Relates to All Cases on the Publix Super Markets, Inc. Track and the Target Corp. and ICCO-Cheese Co., Inc. Track* | Judge Gary S. Feinerman |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Ann Bell, Alfonso Fata, Carmen Pellitteri, Nancy Reeves, Erin Rudder, and Rodney Zachary, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Orders entered by the Honorable Gary Feinerman, United States District Court for the Northern District of Illinois, on August 24, 2017, November 1, 2018, and July 16, 2019.

DATED:   August 15, 2019                         Respectfully submitted,

s/ Ben Barnow

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
1 North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: 312/621-2000
b.barnow@barnowlaw.com

Timothy G. Blood
BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619-338-1100
tblood@bholaw.com

Eduard Korsinsky
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Tel: 212/363-7500
ek@zlk.com

*Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      /s/ Ben Barnow

      Ben Barnow