# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br> Hon. Sheila M. Finnegan <br> Magistrate Judge <br><br> Jury Trial Demanded |

**ADDENDUM IN SUPPORT OF REPLY IN SUPPORT OF
MOTION TO COMPEL DISCOVERY OF ANDREW JASSY**

Plaintiff Kove IO, Inc. ("Kove") respectfully submits this Addendum in support of its Reply to Amazon Web Services, Inc.'s ("AWS") Opposition to Kove's Motion to Compel Discovery of Andrew Jassy (Dkt. 369).

On August 5, 20201, Kove deposed Jeff Barr, AWS Chief Evangelist. Despite AWS's representation that Barr possesses relevant overlapping knowledge with Jassy on issues identified by Kove (Dkt. 361at 3, 6, 10), Barr testified to the contrary:



2

▇▇▇▇▇▇ Barr was also unable to provide information regarding the following, which Kove believes Jassy possess:

- ***Early history of AWS*** (Barr Tr. at ▇▇▇▇▇▇ ▇▇▇▇▇▇ *see also id.* at ▇▇▇▇▇▇ ▇▇▇▇▇▇

- ***Contents and trajectory of the six-pager*** (*Id.* at ▇▇▇▇▇▇ *see also id.* at ▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇

- ***Design of S3*** (*Id.* at ▇▇▇▇▇▇ *see also id.* at ▇▇▇▇▇▇ ▇▇▇▇▇▇

- ***Design of DynamoDB*** (Barr Tr. at ▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇

Accordingly, other AWS witnesses, including Barr, are not appropriate substitutes for Jassy, who has personal and unique knowledge of critical issues in this case. Kove respectfully requests the Court order AWS to produce Jassy for deposition and to produce Jassy's discovery.

3

| | |
|---|---|
| Dated: August 7, 2021. | Respectfully submitted, |
| | /s/ Khue Hoang |

| | |
|---|---|
| Khue V. Hoang *(pro hac vice)* <br> khoang@reichmanjorgensen.com <br> Jaime Cardenas-Navia *(pro hac vice)* <br> jcardenas-navia@reichmanjorgensen.com <br> Michael W. Marvin *(pro hac vice)* <br> mmarvin@reichmanjorgensen.com <br> REICHMAN JORGENSEN LEHMAN & FELDBERG LLP <br> 750 Third Avenue, Suite 2400 <br> New York, NY 10017 <br> Telephone: (212) 381-1965 <br> Facsimile: (650) 623-1449 <br> <br> Christine E. Lehman *(pro hac vice)* <br> clehman@reichmanjorgensen.com <br> Adam Adler *(pro hac vice)* <br> aadler@reichmanjorgensen.com <br> Phil Eklem *(pro hac vice)* <br> peklem@reichmanjorgensen.com <br> REICHMAN JORGENSEN LEHMAN & FELDBERG LLP <br> 1710 Rhode Island Ave, NW, 12th Floor <br> Telephone: (202) 894-7310 <br> Facsimile: (650) 623-1449 | Renato Mariotti (State Bar No. 6323198) <br> rmariotti@thompsoncoburn.com <br> Holly H. Campbell (State Bar No. 6320395) <br> hcampbell@thompsoncoburn.com <br> THOMPSON COBURN LLP <br> 55 E. Monroe St., 37th Floor <br> Chicago, IL 60603 <br> Telephone: (312) 346-7500 <br> Facsimile: (312) 580-2201 <br> <br> Courtland L. Reichman *(pro hac vice)* <br> creichman@reichmanjorgensen.com <br> Shawna L. Ballard (Identification No. 155188) <br> sballard@reichmanjorgensen.com <br> Kate M. Falkenstien *(pro hac vice)* <br> kfalkenstien@reichmanjorgensen.com <br> REICHMAN JORGENSEN LEHMAN & FELDBERG LLP <br> 100 Marine Parkway, Suite 300 <br> Redwood Shores, CA 94065 <br> Telephone: (650) 623-1401 <br> Facsimile: (650) 623-1449 <br> <br> **ATTORNEYS FOR PLAINTIFF KOVE IO, INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Khue Hoang*
Khue Hoang