# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>Amazon Web Services, Inc.,<br><br>    Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Rebecca R. Pallmeyer<br>Hon. Sheila M. Finnegan,<br>Magistrate Judge<br><br>Jury Trial Demanded |

**DECLARATION OF TAYLOR N. MAUZE IN SUPPORT OF KOVE IO, INC.'S
ADDENDUM IS SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL
<u>DISCOVERY OF ANDREW JASSY</u>**

I, Taylor N. Mauze, declare as follows:

1.  I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above-referenced action. I am admitted to the State Bar of Texas. I have been admitted to appear in this case *pro hac vice*. I make this declaration of my own personal knowledge and, if compelled to testify, I could and would testify competently thereto. I submit this declaration in support of Kove's Addendum in Support of Reply in Support of Motion to Compel Discovery of Andrew Jassy.

2.  Attached as Exhibit B is a true and correct copy of excerpts of the rough transcript of the deposition testimony of Jeffrey Barr, taken remotely in the above-captioned action on August 5, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Marshall, Texas on the 7th day of August, 2021.

                                /s/ Taylor N. Mauze

                                Taylor N. Mauze (*pro hac vice*)
                                REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
                                100 Marine Parkway, Suite 300
                                Redwood Shores, CA 94065

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of August, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Taylor N. Mauze*
Taylor N. Mauze
