# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

August 15, 2019

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 19-2581
>
> Caption:
> ANN BELL, et al.,
>  Plaintiffs - Appellants
>
> v.
>
> ALBERTSON COMPANIES, INC., et al.,
> Defendants - Appellees

> District Court No: 1:16-cv-05802
> District Judge Gary Feinerman
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 08/15/2019

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)