# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to Case Nos.*:<br><br>16-cv-11272<br>16-cv-11273<br>16-cv-06172 | 1:16-cv-5802<br><br>MDL No. 2705<br><br>District Judge Gary S. Feinerman |

# [PROPOSED] ORDER

Pursuant to the Memorandum Opinion and Orders of the Court, Doc. 216, Doc. 297, Doc. 370, there are no remaining claims, rights, or liabilities with respect to Case Nos. 16-cv-11272, 16-cv-11273, and 16-cv-06172.

Therefore, the Clerk of Court is directed to enter final judgment in favor of Publix Super Markets, Inc. in Case Nos. 16-cv-11272, 16-cv-11273, and Target Corporation in Case No. 16-cv-06172.

DATED: _____    _____
United States District Judge