**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | |
| | Hon. Rebecca R. Pallmeyer |
| v. | Hon. Sheila M. Finnegan |
| | Magistrate Judge |
| Amazon Web Services, Inc., | |
| Defendant. | Jury Trial Demanded |

**ADDENDUM IN SUPPORT OF REPLY IN SUPPORT OF
MOTION TO COMPEL DISCOVERY OF ANDREW JASSY**

Plaintiff Kove IO, Inc. ("Kove") respectfully submits this Addendum in support of its Reply to Amazon Web Services, Inc.'s ("AWS") Opposition to Kove's Motion to Compel Discovery of Andrew Jassy (Dkt. 369).

On August 5, 20201, Kove deposed Jeff Barr, AWS Chief Evangelist. Despite AWS's representation that Barr possesses relevant overlapping knowledge with Jassy on issues identified by Kove (Dkt. 361at 3, 6, 10), Barr testified to the contrary:



2

██████████████████████ Barr was also unable to provide information regarding the following, which Kove believes Jassy possess:



██ *Early history of AWS* (Barr Tr. at ██████████████████████

██████████████████████████████████████

██████████████████████ *see also id.* at ██████████████████

██████████████████████████████████

██ *Contents and trajectory of the six-pager* (*Id.* at ██████████████████

██████████████████████████████ *see also id.* at ████

██████████████████████████████████

██████████████████████████████████

██████████████████████████

██ *Design of S3* (*Id.* at ██████████████████████

██████████████████████████████████ *see also id.*

at ██████████████████████████████████

██████████████████████████████████

██ *Design of DynamoDB* (Barr Tr. at ██████████████████

██████████████████████████████████

██████████████████████████████████

██████████████████████████████████

██████████████

Accordingly, other AWS witnesses, including Barr, are not appropriate substitutes for Jassy, who has personal and unique knowledge of critical issues in this case. Kove respectfully requests the Court order AWS to produce Jassy for deposition and to produce Jassy's discovery.

Dated: August 10, 2021.

Khue V. Hoang *(pro hac vice)*
khoang@reichmanjorgensen.com
Jaime Cardenas-Navia *(pro hac vice)*
jcardenas-navia@reichmanjorgensen.com
Michael W. Marvin *(pro hac vice)*
mmarvin@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 623-1449

Christine E. Lehman *(pro hac vice)*
clehman@reichmanjorgensen.com
Adam Adler *(pro hac vice)*
aadler@reichmanjorgensen.com
Phil Eklem *(pro hac vice)*
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1710 Rhode Island Ave, NW, 12th Floor
Telephone: (202) 894-7310
Facsimile: (650) 623-1449

Respectfully submitted,

*/s/ Khue Hoang*

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No. 6320395)
hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Facsimile: (312) 580-2201

Courtland L. Reichman *(pro hac vice)*
creichman@reichmanjorgensen.com
Shawna L. Ballard (Identification No. 155188)
sballard@reichmanjorgensen.com
Kate M. Falkenstien *(pro hac vice)*
kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Khue Hoang*
Khue Hoang
