# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

In Re: 100% Grated Parmesan Cheese Marketing and
Sales Practices Litigation, et al.

                Plaintiff,

v.

                Case No.:
                1:16−cv−05802

                Honorable Gary
                Feinerman

Albertson Companies, Inc, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 26, 2019:

      MINUTE entry before the Honorable Gary Feinerman:At the parties' request [379] and with the court's agreement, final judgment under Civil Rule 54(b) is entered as to the "100% claims" in the consolidated amended class action complaints [225] [227] [ 228] [229]. See 11/1/2018 order and opinion [296][297] (dismissing the "100% claims" of all Plaintiffs against all Defendants). Given the Civil Rule 58 judgments entered in three MDL cases (16 C 6172, 16 C 11272, 16 C 11273), the court certifies that there is no just reason for delaying the entry of final judgment in the remaining MDL cases on the "100% claims." See Gelboim v. Bank of Am. Corp., 135 S. Ct. 897, 906 (2015) ("District courts may grant certifications under... Rule [54(b)], thereby enabling plaintiffs in actions that have not been dismissed in their entirety to pursue immediate appellate review."); FedEx Ground Package Sys., Inc. v. U.S. JPML, 662 F.3d 887, 890 (7th Cir. 2011) (noting the "obvious advantages" of this approach). There is no need for a separate certification under 28 U.S.C. 1292(b). Also at the parties' request [379] and with the court's agreement [379], all remaining claims in this MDL are stayed pending resolution of the forthcoming appeals.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.