# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | 16 CV 5802<br><br>MDL 2705<br><br>Judge Gary S. Feinerman |

## AMENDED NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that plaintiffs Ann Bell, Alan Ducorsky, Alfonso Fata, Karen Ford, Dan Lang, Samantha Lewin, Yvette Nash, Carmen Pellitteri, Rosemary Quinn, Nancy Reeves, Larry Rollinger, Jr., Erin Rudder, Rita Schmoll, Becky Sikes, Adam Weiss, Michael Wills, and Rodney Zachary (collectively, "Plaintiffs), hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgments and partial final judgment of the Honorable Gary Feinerman, United States District Court for the Northern District of Illinois, on August 26, 2019, as follows:

Rodney Zachary with respect to judgment in 16-cv-6172 (ECF No. 8);

Erin Rudder with respect to judgment in 16-cv-11272 (ECF No. 10);

Carmen Pellitteri with respect to judgment in 16-cv-11273 (ECF No. 11);

Ann Bell, Alfonso Fata, Karen Ford, Samantha Lewin, Yvette Nash, Rosemary Quinn, Larry Rollinger, Jr., Adam Weiss, and Michael Wills with respect to partial final judgment (ECF No. 381) as to the 100% claims in the consolidated amended class action complaint against the Kraft Heinz Company (ECF No. 225);

Ann Bell, Dan Lang, and Michael Wills with respect to partial final judgment (ECF No. 381) as to the 100% claims in the consolidated amended class action complaint against Albertsons Companies, Inc., Albertsons LLC, and SuperValu, Inc. (ECF No. 227);

Ann Bell, Alfonso Fata, and Nancy Reeves with respect to partial final judgment (ECF No. 381) as to the 100% claims in the consolidated amended class action complaint against Target Corporation and ICCO-Cheese Company, Inc. (ECF No. 228);

Alan Ducorsky, Becky Sikes, Larry Rollinger, Jr., Rita Schmoll, Michael Wills, and Nancy Reeves with respect to partial final judgment (ECF No. 381) as to the 100% claims in the consolidated amended class action complaint against Wal-Mart Stores, Inc. and ICCO-Cheese Company, Inc. (ECF No. 229); and

Plaintiffs also appeal all orders and rulings subsumed within the judgments, including the Orders entered on August 24, 2017, November 1, 2018, and July 16, 2019.

DATED: September 9, 2019

Respectfully submitted,

s/ Ben Barnow

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
205 West Randolph Street, Suite 1630
Tel: 312/621-2000
b.barnow@barnowlaw.com

Timothy G. Blood
BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619-338-1100
tblood@bholaw.com

Eduard Korsinsky
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Tel: 212/363-7500
ek@zlk.com

*Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Ben Barnow

Ben Barnow