# Exhibit R

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br> Hon. Sheila M. Finnegan <br><br> Jury Trial Demanded |

## KOVE'S SEVENTH SUPPLEMENTAL NOTICE OF DEPOSITION OF AWS

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Kove IO, Inc. ("Kove" or "Plaintiff"), through its counsel, will take the deposition of Defendant Amazon Web Services, Inc. ("AWS" or "Defendant") regarding the supplemental subject matters set forth in the topics ("Topics") below, which shall be interpreted in accordance with the following instructions and definitions.

The deposition will take place at a mutually agreeable time and location, and continue from day to day, until completed. The deposition will occur before a notary public, court reporter or any other person qualified to administer oaths, will be conducted in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Illinois (Local Rules), and may be recorded by stenographic, sound, video, audiovisual and/or any other appropriate means.

The deposition will be taken for the purpose of discovery, for use at trial or any hearing in this matter and for any other purpose permitted by the Federal Rules of Civil Procedure. Amazon shall identify one or more officers, directors or managing agents, or designate other persons who consent to testify on its behalf for each Topic. The persons designated must testify about

1

**TOPICS**

**TOPIC NO. 39:**

Kove previously served Topic No. 39, which is identical to Topic No. 17.[1] Accordingly,

Kove hereby **WITHDRAWS** Topic No. 39 and **RESERVES** service of another topic in its place.

**TOPIC NO. 86:**

Alternatives to the Accused Products and any analyses, models, estimates, or

measurements regarding the costs, price, revenue, profitability, speed, latency, availability, or

durability of Alternatives, individually and in comparison to the Accused Products or other

Alternatives.

**TOPIC NO. 87:**

The design, architecture, implementation, operation, and performance of AWS's noSQL

products, including the scalability, latency, availability, and data durability of those products,

individually and as compared to other existing or potential AWS data store products (including the

Accused Products), and any related analyses.

**TOPIC NO. 88:**

The costs and pricing of AWS's noSQL products, including costs associated with those

products (e.g., development costs, operating costs, maintenance costs) and any related analyses.

**TOPIC NO. 89:**

"On-demand" and autoscaling features of the Accused Products, including models or

---

[1] Both Topics 17 and 39 recite:

> The systems or databases that store Your telemetry data that relate to the Relevant
> Features, including how such telemetry data (individual types and combination of
> types) can be accessed and/or outputted (*e.g*, as raw data, in reports, in dashboards,
> using queries), and for how long such telemetry data is maintained and/or retained.

methodologies for predicting or estimating usage, changes in usage, or hardware resources needed to accommodate such usage or change in usage.

**TOPIC NO. 90:**

DynamoDB's "on-demand" feature, including analyses or evaluations of costs associated with the feature (including, e.g., implementation and maintenance costs), customer demand, market studies, and actual or potential pricing.

Dated: August 2, 2021

Respectfully submitted,

/s/  *Adam Adler*

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (650) 623-1403
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1710 Rhode Island Ave, NW, 12th Floor
Washington, DC 20036
Telephone: (202) 894-7310
Fax: (650) 623-1449

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Michael Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (646) 921-1474
Telecopier: (650) 623-1449

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No. 6320395)
hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna Ballard (Identification No. 155188)
sballard@reichmanjorgsensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
Taylor Mauze
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.**

12