UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | 16 CV 5802<br><br>MDL 2705<br><br>Judge Gary S. Feinerman |

## DOCKETING STATEMENT

Plaintiffs-Appellants Ann Bell, Alan Ducorsky, Alfonso Fata, Karen Ford, Dan Lang, Samantha Lewin, Yvette Nash, Carmen Pellitteri, Rosemary Quinn, Nancy Reeves, Larry Rollinger, Jr., Erin Rudder, Rita Schmoll, Becky Sikes, Adam Weiss, Michael Wills, and Rodney Zachary (collectively, "Plaintiffs), hereby respectfully submit their Docketing Statement pursuant to Circuit Rule 3(c)(1).

### I. Jurisdiction of the District Court

The district court had jurisdiction under 28 U.S.C. § 1332(d), because the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, and is brought as a class action in which at least one class member is a citizen of a state that is diverse from defendants-appellees. The table below shows the parties' citizenship:

| Party | Citizenship |
|---|---|
| Ann Bell | Illinois |
| Alan Ducorsky | New York |
| Alfonso Fata | Florida |
| Karen Ford | Michigan |
| Dan Lang | Illinois |
| Samantha Lewin | California |
| Yvette Nash | Illinois |
| Rosemary Quinn | New York |
| Nancy Reeves | California |
| Larry Rollinger, Jr. | Minnesota |
| Erin Rudder | Florida |
| Carmen Pellitteri | Florida |

| | |
|---|---|
| Rita Schmoll | New Jersey |
| Becky Sikes | Florida |
| Adam Weiss | California |
| Michael Wills | Alabama |
| Rodney Zachary | Missouri |
| Albertsons Companies, Inc. | Delaware corporation<br>Principal place of business in Idaho |
| Albertsons LLC | Delaware limited liability company<br>Principal place of business in Idaho |
| ICCO-Cheese Company, Inc. | New York corporation<br>Principal place of business in New York |
| The Kraft Heinz Company | Delaware corporation<br>Principal place of business in Illinois |
| Publix Super Markets Inc. | Florida corporation<br>Principal place of business in Florida |
| SuperValu, Inc. | Delaware corporation<br>Principal place of business in Minnesota |
| Target Corporation | Minnesota corporation<br>Principal place of business in Minnesota |
| Wal-Mart Stores, Inc. | Delaware corporation<br>Principal place of business in Arkansas |

## II. Jurisdiction of the Appellate Court

This Court has jurisdiction pursuant to 28 U.S.C. § 1291. On August 26, 2019, the district court entered final judgment against Plaintiffs Carmen Pellitteri, Erin Rudder, and Rodney Zachary and dismissed their cases, which were consolidated with numerous other actions before the district court after transfer for coordinated or consolidated pretrial proceedings by the Judicial Panel on Multidistrict Litigation. Also on August 26, 2019, the district court entered "final judgment under Civil Rule 54(b) . . . as to the '100% claims' in the consolidated amended class action complaints [225]] [227] [228] [229]." Plaintiffs-Appellants timely filed their notice of appeal on September 9, 2019.

## III. Prior or Related Appellate Proceedings

*Ann Bell, et al. v. Albertsons Companies, Inc., et al.*, Case No. 19-2581 (7th Cir. docketed August 15, 2019) is a related appellate proceeding that is currently pending. Plaintiffs-Appellants

2

Ann Bell, Alfonso Fata, Carmen Pellitteri, Nancy Reeves, Erin Rudder, and Rodney Zachary filed a notice of appeal as a precaution in the event the district court's Memorandum Opinion and Order of July 16, 2019 was construed as a disposition of their Civil Rule 59(e) motion to alter or amend judgment. Plaintiffs have maintained that was not the case, and now judgment has been entered on August 26, 2019, confirming Plaintiffs' position. In their docketing statement in Case No. 19-2581, they explained that the parties requested that final judgment be entered in the cases of Rudder, Pellitteri, and Zachary, and Civil Rule 54(b) final judgment be entered with respect to the "100% claims" of Ann Bell, Alfonso Fata, Nancy Reeves, as well as the other plaintiffs who had asserted claims, in the consolidated amended class action complaints. Now that judgment has been entered as requested, Plaintiffs-Appellants submit that joinder or consolidation of this appeal with Appeal No. 19-2581 is warranted.

### IV. Additional Disclosures

No criminal conviction is being appealed, nor has the district court designated prior litigation as satisfying the criteria of 28 U.S.C. § 1915(g). Furthermore, none of the parties to this litigation appears in an official capacity. This case does not represent a collateral attack on a criminal conviction.

DATED: September 9, 2019     Respectfully submitted,

s/ Ben Barnow

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
205 West Randolph Street, Suite 1630
Tel: 312/621-2000
b.barnow@barnowlaw.com

Timothy G. Blood
BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
tblood@bholaw.com

Eduard Korsinsky
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Tel: 212/363-7500
ek@zlk.com

*Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 9, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    /s/ Ben Barnow

    Ben Barnow