# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br> Hon. Sheila M. Finnegan <br><br> Jury Trial Demanded |

## [PROPOSED] AMENDED SCHEDULING ORDER

The Court hereby sets the following case deadlines, good cause having been found therefor:

1. The deadline to file motions regarding pending discovery disputes is revised from August 20, 2021 to September 2, 2021. Responses are to be filed within fourteen (14) days after the opening motion is filed. Replies are to be filed within ten (10) days from the date the Response is filed. No further replies are permitted absent leave of Court.

2. The deadline for the Close of Initial Fact Discovery is revised from September 14, 2021 to November 19, 2021.

3. To streamline the remaining discovery, the Court also orders that the parties shall work cooperatively to expeditiously schedule and complete outstanding noticed depositions, including identifying designees and corresponding topics for 30(b)(6) depositions at least 10 days prior to their scheduled depositions.

    IT IS SO ORDERED.

Date:                                                           /s/
                                                                HON. SHEILA M. FINNEGAN
                                                                UNITED STATES MAGISTRATE JUDGE