IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br> Hon. Sheila M. Finnegan |

## [PROPOSED] ORDER

Before the Court is the parties' Agreed Motion to Extend Deadline. Having considered the motion and the fact that it is agreed, it is hereby ORDERED that the motion is GRANTED, and the deadline for motions regarding pending discovery disputes is extended to September 9, 2021. It is FURTHER ORDERED that the parties will confer on an appropriate schedule for response and reply briefs, and shall submit a proposed schedule to the Court by September 14, 2021.

Date:  /s/ _____
HON. SHEILA M. FINNEGAN
UNITED STATES MAGISTRATE JUDGE