

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Janine L. Pollack

Firm   The Sultzer Law Group P.C.

Street Address   270 Madison Avenue, Suite 1800

City/State/Zip Code   New York, NY 10016

Phone Number   212-969-7810

Email address   pollackj@thesultzerlawgroup.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:16-cv-05802 | In Re: 100% Grated Parmesan | Judge Gary S. Feinerman |
| | | |
| | | |
| | | |
| | | |
| | | |

_Janine L. Pollack_  
_____   9/18/2019
Signature of Attorney                                   _____
                                                        Date

Rev. 01272016