# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION | Civil No. 1:16-cv-05802<br>MDL 2705<br><br>Judge Gary S. Feinerman |
| *This Document Relates to All Cases* | |

## **MOTION TO WITHDRAW APPEARANCE OF JEFFREY D. BLAKE**

Plaintiff Yvette Ramona Knight Nash hereby moves this Honorable Court for leave to withdraw the appearance of Jeffrey D. Blake as one of her attorneys of record. Mr. Blake is no longer affiliated with the law firm of Barnow and Associates, P.C. Ben Barnow and Erich P. Schork of Barnow and Associates, P.C., as well as other Plaintiffs' attorneys of record, will continue to serve as counsel for Plaintiffs.

Respectfully submitted,

Dated: November 18, 2019          BARNOW AND ASSOCIATES, P.C.

By: s/ Erich P. Schork

Ben Barnow
Erich P. Schork
BARNOW AND ASSOCIATES, P.C.
205 W. Randolph Street, Suite 1630
Chicago, IL 60606
Tel: 312/621-2000
b.barnow@barnowlaw.com
e.schork@barnowlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Erich P. Schork