**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to All Cases* | Civil No. 1:16-cv-05802<br>MDL 2705<br><br>Judge Gary S. Feinerman |

## NOTICE OF MOTION

Please take notice that on November 21, 2019, at 9:00 a.m., undersigned counsel shall appear before the Honorable Gary S. Feinerman, Room 2141, United States District Court, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present the Motion to Withdraw Appearance of Jeffrey D. Blake.

                                                                  Respectfully submitted,

Dated: November 18, 2019                 BARNOW AND ASSOCIATES, P.C.

                                                                  By: s/ Erich P. Schork

                                                                  Ben Barnow
                                                                  Erich P. Schork
                                                                  BARNOW AND ASSOCIATES, P.C.
                                                                  205 W. Randolph Street, Suite 1630
                                                                  Chicago, IL 60606
                                                                  Tel: 312/621-2000
                                                                  b.barnow@barnowlaw.com
                                                                  e.schork@barnowlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Erich P. Schork