IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 |

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF AWS'S MOTION TO COMPEL SUFFICIENT TIME TO DEPOSE JOHN K. OVERTON AND NON-EMAIL ESI DOCUMENTS**

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for defendant AWS in the above-captioned action. I am duly licensed to practice law in the Common- wealth of Virginia and District of Columbia, and am admitted in the Northern District of Illinois.I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this declaration in support of AWS's Motion to Compel Sufficient Time to Depose John K. Overton and Non-Email ESI Documents.

2. A true and correct copy of Kove's May 21, 2021 Second Amended Response to AWS's Third Set of Interrogatories (Nos. 15-16) is attached as Exhibit A.

3. A true and correct excerpted copy of Kove's July 15, 2021 Responses and Objections to AWS's Sixth Set of Interrogatories (Nos. 22-25) is attached as Exhibit B.

4. A true and correct copy of AWS's February 12, 2020 First Notice of 30(b)(6) Deposition to Kove IO, Inc. is attached as Exhibit C.

5. A true and correct copy of AWS's October 6, 2020 Rule 30(b)(6) Notice of Deposition to Plaintiff Kove IO, Inc. is attached as Exhibit D.

6. A true and correct copy of AWS's May 20, 2021 Defendant's Rule 30(b)(6) Notice of Deposition to Plaintiff Kove IO, Inc. is attached as Exhibit E.

7. A true and correct copy of the June 16, 2021 email chain between counsel for the parties regarding the scheduling of John Overton's deposition is attached as Exhibit F.

8. A true and correct copy of AWS's July 27, 2021 letter to Kove attached as Exhibit G.

9. A true and correct copy of the August 13, 2021 email chain between counsel for the parties regarding witness availability is attached as Exhibit H.

10. A true and correct copy of Kove's June 16, 2021 letter to AWS is attached as Exhibit I.

11. A true and correct copy of AWS's June 30, 2021 letter to Kove is attached as Exhibit J.

12. A true and correct copy of AWS's July 19, 2021 letter to Kove is attached as Exhibit K.

13. A true and correct excerpted copy of the transcript of the deposition of Keith Connolly, taken on August 12, 2021, is attached as Exhibit L.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on September 3, 2021.

                                          */s/ R. William Sigler*
                                            R. William Sigler