# Exhibit G

# FISCH SIGLER LLP

5301 Wisconsin Avenue NW | Fourth Floor | Washington, DC 20015 USA

July 27, 2021

**Jeffrey M. Saltman**
Partner
Jeffrey.Saltman@FischLLP.com
Direct: +1.202.362.3640
Main: +1.202.362.3500

**VIA EMAIL**

Adam Adler
Reichman Jorgensen Lehman & Feldberg LLP
1710 Rhode Island Avenue, NW
12th Floor
Washington, DC 20036
aadler@reichmanjorgensen.com

Re: *Kove IO, Inc. v. Amazon Web Services, Inc.*
Case No. 18-cv-8175 (N.D. Ill.)

Dear Adam:

Thank you for your July 26 letter. AWS is available to meet and confer on Thursday, July 29 at 1 pm ET. If that day and time works for you, please provide a dial-in. Specifically, we are available to discuss issues 1-4 identified in your letter. In advance, please identify the "exemplary issues" you'd like to address on the call and specifically which 30(b)(6) topics you'd like to discuss so that we can be properly prepared.

Regarding the fifth issue raised in your letter, the construction of "hash table," AWS proposed the compromise construction of "a data structure that stores values in a table, where values are stored and retrieved by applying a hash function to an input and using the function result as an index into the table." Please let me know if this construction is acceptable to Kove, or if not, please propose an alternate construction.

On the call, we'd also like to discuss the issues raised in our letters regarding the identification of custodians in Kove's production and the recovery of files from the decommissioned virtual machine.[1] We would also like to determine if Kove is amenable to making Dr. Overton available for three days of deposition, which includes both the 30(b)(6) deposition of Kove and Dr. Overton's 30(b)(1) deposition. Thank you.

Sincerely,

Jeffrey M. Saltman

---

[1] *See, e.g.,* July 19, 2021 Letter from E. Bernard to Kove's Counsel.