UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to All Cases* | Case No. 16 cv 5802<br><br>MDL No. 2705<br><br>Judge Gary S. Feinerman |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF NICKOLAS J. HAGMAN

The undersigned respectfully requests leave to withdraw his appearance on behalf of Plaintiff Dan Lang. As of November 27, 2019, Nickolas J. Hagman will no longer be with the firm of Zimmerman Law Offices, P.C. Plaintiff remains represented by Thomas A. Zimmerman, Jr. of Zimmerman Law Offices, P.C., as well as other Plaintiffs' attorneys of record. Permitting Mr. Hagman to withdraw as counsel for Plaintiff will not jeopardize the case or otherwise negatively impact Plaintiff's legal representation in this case or result in any delay or cause prejudice to any other party.

WHEREFORE, Nickolas J. Hagman respectfully requests that he be granted leave to withdraw his appearance on behalf of Plaintiff Dan Lang.

Dated: November 26, 2019

Respectfully submitted,

By: /s/ Nickolas J. Hagman
Nickolas J. Hagman
*nick@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, IL 60602
(312) 440-0020

## **CERTIFICATE OF SERVICE**

      Nickolas J. Hagman, an attorney, hereby certifies that he caused the above and foregoing Motion for Leave to Withdraw Appearance to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, on this 26th day of November, 2019.

                                                s/ Nickolas J. Hagman