**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION  *This Document Relates to All Cases* | Case No. 16 cv 5802  MDL No. 2705  Judge Gary S. Feinerman |

## NOTICE OF MOTION

Please take notice that on December 5, 2019 at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Gary Feinerman in Courtroom 2141 in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, or before such other judge who may be sitting in his place, and present the attached *Motion for Leave to Withdraw Appearance of Nickolas J. Hagman*, at which time and place you may appear if you see fit.

Respectfully submitted,

By: /s/ Nickolas J. Hagman
Nickolas J. Hagman
*nick@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, IL 60602
(312) 440-0020

## CERTIFICATE OF SERVICE

Nickolas J. Hagman, an attorney, hereby certifies that he caused the above and foregoing *Notice of Motion for Leave to Withdraw Appearance* to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, on this 26th day of November, 2019.

s/ Nickolas J. Hagman