**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND SALES PRACTICES LITIGATION<br><br>*This Document Relates to All Cases* | CASE NO. 16 cv 5802<br><br>MDL No. 2705<br><br>Judge Gary S. Feinerman |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF TANA L. LIN

The undersigned respectfully requests leave to withdraw the appearance of Tana L. Lin on behalf of Plaintiff George Brahler. Plaintiff remains represented by Cari C. Laufenberg. Permitting Ms. Lin to withdraw as counsel for Plaintiff will not jeopardize the case or otherwise negatively impact Plaintiff's legal representation in this case or result in any delay or cause prejudice to any other party.

WHEREFORE, Plaintiff George Brahler respectfully requests that Tana L. Lin be granted leave to withdraw her appearance on behalf of Plaintiff Brahler.

**KELLER ROHRBACK L.L.P.**

By: */s/ Cari C. Laufenberg*
Cari C. Laufenberg
claufenberg@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900; Fax: (206) 623-3384

*Attorney for Plaintiff George Brahler*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 17, 2019, a copy of the foregoing document was electronically filed with the United States District Court, Northern District of Illinois, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on December 17, 2019.

                                               */s/ Cari C. Laufenberg*
                                               Cari C. Laufenberg