**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 |

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF AWS'S MOTION FOR PROTECTIVE ORDER REGARDING 30(b)(6) TOPIC NOS. 84-85 AND 87-88 AND REQUESTS FOR PRODUCTION NOS. 219-21 AND 223-26**

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and District of Columbia, and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this declaration in support of AWS's Motion for Protective Order Regarding 30(b)(6) Topic Nos. 84-85 and 87-88 and Requests for Production Nos. 219-21 and 223-26.

2. A true and correct copy of Kove's July 28, 2021 10th Set of Requests for Production (Nos. 233-237) is attached as Exhibit A.

3. A true and correct copy of Kove's August 2, 2021 Seventh Supplemental 30(b)(6) Deposition Notice is attached as Exhibit B.

4. A true and correct copy of Kove's June 14, 2021 Ninth Set of Requests For Production (Nos. 220-232) is attached as Exhibit C.

5. A true and correct copy of AWS's August 23, 2021 Objections and Responses to Kove's Seventh Supplemental 30(b)(6) Deposition Notice is attached as Exhibit D.

6. A true and correct copy of AWS's July 28, 2021 Responses and Objections to Kove's Ninth Set of Requests for Production is attached as Exhibit E.

7. A true and correct copy of AWS's June 1, 2021 Objections and Responses to Kove's Sixth Supplemental 30(b)(6) Deposition Notice is attached as Exhibit F.

8. A true and correct copy of AWS's August 27, 2021 Letter from AWS's counsel to Kove's counsel is attached as Exhibit G.

9. A true and correct copy of Kove's December 10, 2019 Notice of 30(b)(6) Deposition of AWS is attached as Exhibit H.

10. A true and correct copy of AWS's July 26, 2021 Responses and Objections to Kove's Eighth Set of Requests for Production is attached as Exhibit I.

11. A true and correct copy of excerpts of the final transcript of the deposition of Jeff Barr, taken on August 5, 2021, is attached as Exhibit J.

12. A true and correct copy of excerpts of the final transcript of the deposition of Allan Vermeulen, taken on June 4, 2021, is attached as Exhibit K.

13. A true and correct copy of Kove's May 14, 2021 Second Amended Response to AWS's First Set of Interrogatories (No. 7) is attached as Exhibit L.

14. A true and correct copy of AWS's June 11, 2021 Third Supplemental Response to Kove's First Set of Interrogatories (Nos. 1-3 and 5-6) is attached as Exhibit M.

15. A true and correct copy of AWS's March 19, 2021 Objections and Responses to Kove's Fifth Supplemental 30(b)(6) Deposition Notice is attached as Exhibit N.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2021.

*/s/ R. William Sigler*
R. William Sigler