IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br>   Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br>   Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br> Hon. Sheila M. Finnegan <br> Magistrate Judge <br><br> Jury Trial Demanded |

**DECLARATION OF KARLANNA M. LEWIS IN SUPPORT OF KOVE IO, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING DISCOVERY INTO LITIGATION FUNDING**

I, Karlanna M. Lewis, hereby declare as follows:

1. I am an associate attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bars of California and Florida, and I have been admitted to appear in this case *pro hac vice*. Unless otherwise stated, I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's Motion for Protective Order Regarding Discovery into Litigation Funding.

3. Exhibit A is an excerpt from a true and correct copy of Kove's Responses to Amazon Web Services, Inc.'s ("AWS's") Second Set of Requests for Production, which was served on March 13, 2020 and contains Kove's Response to AWS's Request for Production No. 45.

2

4. Exhibit B is an excerpt from a true and correct copy of Kove's Responses to AWS's Second Set of Interrogatories, which was served on June 19, 2020 and contains Kove's Response to AWS's Interrogatory No. 14.

5. Exhibit C is a true and correct copy of a letter dated November 5, 2020 that was sent from counsel for Kove to counsel for AWS.

6. Exhibit D is a true and correct copy of the transcript from Keith Connolly's August 12, 2021 deposition. It is being filed under seal.

7. Exhibit E is a true and correct copy of a letter dated August 19, 2021 that was sent from counsel for AWS to counsel for Kove. It is being filed under seal.

8. Exhibit F is a true and correct copy of a letter dated August 26, 2021 that was sent from counsel for Kove to counsel for AWS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 9, 2021     /s/ *Karlanna M. Lewis*

Karlanna M. Lewis

*Reichman Jorgensen*
*Lehman & Feldberg*
**ATTORNEYS FOR PLAINTIFF**
**KOVE IO, INC**.