# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 |

**KOVE, IO INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT'S SECOND SET OF REQUESTS FOR PRODUCTION NOS. 37-47**

Plaintiff Kove IO, Inc. ("Plaintiff" or "Kove"), by and through their undersigned counsel, Federal Rules of Civil Procedure 26 and 34, the Northern District of Illinois Local Rules ("Local Rules"), and any applicable local procedures, laws, or Court orders, hereby serve the following objections and responses to Amazon Web Services, Inc.'s ("Defendant" or "Amazon") Second Set of Requests for Production (the "Discovery Requests").

**PRELIMINARY STATEMENT**

1. Kove incorporates by reference each general objection set forth below into each specific response. The specific response may repeat a general objection for emphasis or any other reason and/or may also include one or more specific objection(s). The failure to include any general objection in any specific response shall not be interpreted as a waiver of any general objection to that response.

2. Kove's responses to Amazon's requests are made to the best of Kove's present knowledge, information and belief. Kove reserves the right to supplement or amend these responses should future investigation indicate that such supplementation or amendment is

1

work product doctrine, or any other applicable privilege or doctrine.

Subject to and without waiving the foregoing general and specific objections, Kove will, to the extent it has not already done so, conduct a reasonable search for and produce, in accordance with the stipulated protective order entered by the Court, relevant and non-privileged documents responsive to this Request within its possession, custody or control, if any, relating to the inventors' job histories, CVs and resumes and, to the extent it is able to so-identify, work product related to the Asserted Patents. Kove will not search for or produce the inventors' performance reviews, W-2s, or work product that is not related to the Asserted Patents.

**REQUEST FOR PRODUCTION NO. 45**

Documents and correspondence concerning any financing, fee or contingency arrangements related to the Asserted Patents or this lawsuit, including the identity of any investors or funders of Kove's participation in this lawsuit.

**RESPONSE:**

Kove incorporates by reference the General Objections as if fully set forth herein. Kove objects to this Discovery Request as seeking documents that are not relevant to any party's claims or defenses in this litigation, and as being unduly broad, unduly burdensome and disproportionate. Kove further objects that Amazon has not explained how the burden of collecting documents response to this Request is proportional to the needs of the proceedings or appropriate for purposes of discovery in this case.

Subject to and based on Plaintiff's objections, Kove will not search for or produce documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 46**

Agreements, licenses, settlements, negotiations, demands, and allegations of infringement

| | |
|---|---|
| Dated: March 13, 2020 | Respectfully submitted,<br><br>/s/ *Jaime Cardenas-Navia*<br>Jaime Cardenas-Navia<br><br>Renato Mariotti (State Bar No. 6323198)<br>rmariotti@thompsoncoburn.com<br>Thompson Coburn LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603<br>Telephone: (312) 346-7500<br>Telecopier: (312) 580-2201 |
| Sarah O. Jorgensen (*pro hac vice*)<br>sjorgensen@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>1201 West Peachtree, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (650) 623-1403<br>Telecopier: (650) 623-1449<br><br>Christine E. Lehman *(pro hac vice)*<br>clehman@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>1615 M Street, NW, Suite 300<br>Washington, DC 20036<br>Telephone: (202) 894-7311<br>Telecopier: (650) 623-1449<br><br>Jaime Cardenas-Navia *(pro hac vice)*<br>jcardenas-navia@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>750 Third Avenue, Suite 2400<br>New York, NY 10017<br>Telephone: (646) 921-1474<br>Telecopier: (650) 623-1449 | Courtland L. Reichman (*pro hac vice*)<br>creichman@reichmanjorgensen.com<br>Jennifer P. Estremera (*pro hac vice*)<br>jestremera@reichmanjorgensen.com<br>Shawna L. Ballard (*pro hac vice*)<br>sballard@reichmanjorgensen.com<br>Joachim B. Steinberg (*pro hac vice*)<br>jsteinberg@reichmanjorgensen.com<br>Michael G. Flanigan (State Bar No. 6309008)<br>mflanigan@reichmanjorgensen.com<br>Kate M. Falkenstien (*pro hac vice*)<br>kfalkenstien@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>303 Twin Dolphin Drive, Suite 600<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Telecopier: (650) 623-1449<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**KOVE IO, INC.** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 13, 2020, the foregoing Responses and Objections to Defendant's Second Set of Requests for Production was electronically served upon the parties by electronic mail, at the addresses below:

> Adam G. Unikowsky
> JENNER &BLOCK LLP
> 1099 New York Ave. NW Suite 900 Washington, DC 20001
> (202) 639-6000
> aunikowsky@jenner.com
>
> Terri L. Mascherin
> Michael Babbitt
> Michael T. Werner
> JENNER &BLOCK LLP
> 353 N. Clark St.
> Chicago, IL 60654
> (312) 222-9350
> tmascherin@jenner.com
> mbabbitt@jenner.com
> mwerner@jenner.com

> */s/ Jaime F. Cardenas-Navia*
> Jaime F. Cardenas-Navia