# Exhibit C



Jaime Cardenas-Navia
Direct Dial: (646) 921-1474
jcardenas-navia@reichmanjorgensen.com

750 Third Avenue
Suite 2400
New York, NY 10017

November 5, 2020

**By E-Mail**

Tim Barron
Jenner & Block LLP
353 North Clark St.
Chicago, IL 60654
tbarron@jenner.com

RE: *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Tim,

I write regarding AWS's Motion to Compel (Dkt. No. 222, the "Motion" or "Mot."). In its Motion, AWS requests that the Court order Kove to:

- Produce documents Kove exchanged with its third-party litigation funders or investors, including, but not limited to, the funding agreements themselves, as well as information provided by Kove to, and received by Kove from, the litigation funders or investors;
- Produce all internal Kove documents concerning litigation funders or investors; and
- Answer AWS's Interrogatory No. 14 regarding third-party litigation funding.

Mot. at 7. The Motion further states that "AWS does not seek Kove's engagement agreements with its law firms, and does not seek information exclusively related to Kove's fee arrangements with its law firms." Mot. at 1. From this, we understand AWS to have narrowed its request for information from what was originally sought in your letter dated September 3, 2020.

While we continue to maintain that the entire category of funding-related information is irrelevant, as stated in my October 12th letter, we can confirm that Kove has never entered into any agreement with any third-party to fund the present litigation. As such, Kove is not in possession, custody, or control of any information requested in AWS's Motion.

In light of this, we ask that AWS withdraw its Motion.[1]

---

[1] Kove does not concede that litigation funding-related materials are relevant to any issue in this case and reserves all rights to assert that such materials would be subject to attorney-client and/or work product privilege. Of course, there is no ripe dispute as to relevance or the applicability of privilege, given that Kove does not possess responsive information, but we note Kove's reservation of rights for completeness.

November 5, 2020
Page 2

Sincerely,

Jaime Cardenas-Navia