# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation | Case No.: 1:16-cv-5802 |
| | MDL No. 2705 |
| This Document Relates to: Case No. 1:16-cv-5802 | Judge Gary S. Feinerman |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF JANINE L. POLLACK

Pursuant to Rule 83.17 of the Local Rules for the Northern District of Illinois, Janine L. Pollack, counsel to Plaintiffs Janine Hechmer and Elizabeth Bidgood, hereby moves this Court to withdraw her appearance. The above-named plaintiffs will continue to be represented by Levi & Korsinsky LLP. Accordingly, no parties would be prejudiced if this motion is granted.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant this motion and enter an order withdrawing the appearance of Janine L. Pollack in this matter.

Dated: May 18, 2020

Respectfully submitted,

By: /s/ *Janine L. Pollack*
Janine L. Pollack (*pro hac vice*)
CALCATERRA POLLACK LLP
1140 Avenue of the Americas, 9th Floor
New York, New York 10036-5803
Telephone: 212-899-1765
Email: jpollack@calcaterrapollack.com

*Counsel for Plaintiffs*

1