**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br> Hon. Sheila M. Finnegan, <br> Magistrate Judge <br><br> Jury Trial Demanded |

**DECLARATION OF TAYLOR N. MAUZE IN SUPPORT OF KOVE IO, INC.'S
MOTION TO COMPEL AMAZON WEB SERVICES, INC.
TO PRODUCE INFORMATION REGARDING USAGE, FINANCIAL, AND
<u>HYPOTHETICAL NEGOTIATION DATA</u>**

I, Taylor N. Mauze, declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above-referenced action. I am admitted to the State Bar of Texas. I have been admitted to appear in this case *pro hac vice*. I make this declaration of my own personal knowledge and, if compelled to testify, I could and would testify competently thereto. I submit this declaration in support of Kove's Motion to Compel AWS to Produce Information Regarding Usage, Financial, and Hypothetical Negotiation Data.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of Kove's 6th Set of Requests for Production of Documents and Things to AWS (Nos. 134-183), dated February 5, 2021. It is being filed under seal.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of AWS's Response and Objections to Kove's Sixth Set of Requests for Production of Documents and Things (Nos. 134-183), dated March 8, 2021. It is being filed under seal.

4. Exhibit 3 is intentionally omitted.

5. Attached as Exhibit 4 is a true and correct of excerpts of AWS's Supplemental Response and Objections to Kove's Seventh Set of Interrogatories (No. 22), dated August 18, 2021. It is being filed under seal.

6. Attached as Exhibit 5 is a true and correct copy of a letter from Jaime Cardenas-Navia, counsel for Kove, to counsel for AWS, dated February 8, 2021. It is being filed under seal.

7. Attached as Exhibit 6 is a true and correct copy of a letter from Elizabeth Bernard, counsel for AWS, to counsel for Kove, dated March 22, 2021.

8. Attached as Exhibit 7 is a true and correct copy of a letter from Adam Adler, counsel for Kove, to counsel for AWS, dated April 2, 2021. It is being filed under seal.

9. Attached as Exhibit 8 is a true and correct copy of a letter from Adam Adler, counsel for Kove, to counsel for AWS, dated April 9, 2021. It is being filed under seal.

10. Attached as Exhibit 9 is a true and correct copy of a letter from Adam Adler, counsel for Kove, to counsel for AWS, dated April 30, 2021. It is being filed under seal.

11. Attached as Exhibit 10 is a true and correct copy of a letter from Adam Adler, counsel for Kove, to counsel for AWS, dated May 7, 2021. It is being filed under seal.

12. Attached as Exhibit 11 is a true and correct copy of a letter from Adam Adler, counsel for Kove, to counsel for AWS, dated June 11, 2021. It is being filed under seal.

13. Attached as Exhibit 12 is a true and correct copy of an e-mail from Taylor Mauze, counsel for Kove, to counsel for AWS, dated June 15, 2021. It is being filed under seal.

14. Attached as Exhibit 13 is a true and correct copy of a letter from Elizabeth Bernard, counsel for AWS, to counsel for Kove, dated June 29, 2021. It is being filed under seal.

15. Attached as Exhibit 14 is a true and correct copy of S3 Storage Usage – Internal vs. External % of Total, produced as AMZ_KOVE_000065716. It is being filed under seal.

16. Attached as Exhibit 15 is a true and correct copy of Amazon DynamoDB 2019 IMR Planning, bearing production number AMZ_KOVE_000106253. It is being filed under seal.

17. Attached as Exhibit 16 is a true and correct copy of S3: Pricing Review, bearing production number AMZ_KOVE_000225293. It is being filed under seal.

18. Attached as Exhibit 17 is a true and correct copy of Customer data stored in 1 Petabyte (PB), produced as AMZ_KOVE_000344577. It is being filed under seal.

19. Attached as Exhibit 18 is a true and correct copy of an e-mail titled "Re: Drop in DynamoDB Usage for ShareRocket" from October 15, 2014 between Kirk Parsons, Jamil Atabaki,

David Pearson (AWS), David Lang, and Sudarshan Narasimhan, bearing production number AMZ_KOVE_000390950. It is being filed under seal.

20. Attached as Exhibit 19 is a true and correct copy of Amazon DynamoDB, Service Owner: Jim Scharf, produced as AMZ_KOVE_000393791. It is being filed under seal.

21. Attached as Exhibit 20 is a true and correct copy of S3 Private Pricing Best Practices (April 2019), bearing production number AMZ_KOVE_000399198. It is being filed under seal.

22. Attached as Exhibit 21 is a true and correct copy of Customer: Fruitstand (2,405 PB storage on S3 and 1 PB on Glacier), bearing production number AMZ_KOVE_000399682. It is being filed under seal.

23. Attached as Exhibit 22 is a true and correct copy of excerpts of Dropbox weekly drop is 463K, produced as AMZ_KOVE_000430624. It is being filed under seal.

24. Exhibit 23 is intentionally omitted.

25. Exhibit 24 is intentionally omitted.

26. Attached as Exhibit 25 is a true and correct copy of SIN Cluster, produced as AMZ_KOVE_000454504. It is being filed under seal.

27. Exhibit 26 is intentionally omitted.

28. Attached as Exhibit 27 is a true and correct copy of Amazon S3 Overview, By: Amazon S3 product Management Team, bearing production number AMZ_KOVE_000457863. It is being filed under seal.

29. Attached as Exhibit 28 is a true and correct copy of IMR Rates by Major Usage Types, North American Clusters, bearing production number AMZ_KOVE_000467854. It is being filed under seal.

30. Attached as Exhibit 29 is a true and correct copy of IMR Rates by Major Usage Types, North American Clusters, bearing production number AMZ_KOVE_000467857. It is being filed under seal.

31. Attached as Exhibit 30 is a true and correct copy of S3 Global P&L, produced as AMZ_KOVE_000463920. It is being filed under seal.

32. Attached as Exhibit 31 is a true and correct copy of DDB P&L, produced as AMZ_KOVE_000463912. It is being filed under seal.

33. Attached as Exhibit 32 is a true and correct copy of excerpts of Kove's 1st Set of Requests for Production of Documents and Things to AWS (Nos. 1-119), dated June 10, 2019.

34. Attached as Exhibit 33 is a true and correct copy of excerpts of Kove's 5th Set of Requests for Production of Documents and Things to AWS (Nos. 128-133), dated October 2, 2020. It is being filed under seal.

35. Attached as Exhibit 34 is a true and correct copy of a letter from Elizabeth Bernard, counsel for AWS, to counsel for Kove, dated May 11, 2021. It is being filed under seal.

36. Attached as Exhibit 35 is a true and correct copy of a letter from Adam Adler, counsel for Kove, to counsel for AWS, dated May 11, 2021. It is being filed under seal.

37. Attached as Exhibit 36 is a true and correct copy of a letter from Adam Adler, counsel for Kove, to counsel for AWS, dated August 31, 2021. It is being filed under seal.

38. Exhibit 37 is intentionally omitted.

39. Attached as Exhibit 38 is a true and correct copy of List of AWS Services by DDB, produced as AMZ_KOVE_000468061. It is being filed under seal.

40. Attached as Exhibit 39 is a true and correct copy of a letter from Elizabeth Bernard, counsel for AWS, to counsel for Kove, dated June 2, 2021. It is being filed under seal.

41. Attached as Exhibit 40 is a true and correct copy of a letter from Taylor Mauze, counsel for Kove, to counsel for AWS, dated June 10, 2021. It is being filed under seal.

42. Attached as Exhibit 41 is a true and correct copy of a letter from Adam Adler, counsel for Kove, to counsel for AWS, dated April 16, 2021. It is being filed under seal.

43. Attached as Exhibit 42 is a true and correct copy of excerpts of a letter from Jeffrey Saltman, counsel for AWS, to counsel for Kove, dated September 2, 2021. It is being filed under seal.

44. Attached as Exhibit 43 is a true and correct copy of excerpts of AWS's Response and Objections to Kove's Ninth Set of Requests for Production of Documents and Things (Nos. 220-232), dated June 14, 2021. It is being filed under seal.

45. Attached as Exhibit 44 is a true and correct copy of excerpts of Amazon Simple Storage Service Developer Guide, bearing production number AMZ_KOVE_000011226. It is being filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Marshall, Texas on the 9th day of September 2021.

                             */s/ Taylor N. Mauze*

                             Taylor N. Mauze (*pro hac vice*)
                             REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
                             100 Marine Parkway, Suite 300
                             Redwood Shores, CA 94065

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September 9, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                          */s/ Taylor N. Mauze*
                                          Taylor N. Mauze