# Exhibit 24

Intentionally Omitted