# Exhibit 26

Intentionally Omitted