# Exhibit 37

Intentionally Omitted