IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br> Hon. Sheila M. Finnegan, <br> Magistrate Judge <br><br> Jury Trial Demanded |

**DECLARATION OF TAYLOR N. MAUZE IN SUPPORT OF KOVE IO, INC.'S MOTION TO ENFORCE COMPLIANCE WITH COURT ORDER AND <u>TO COMPEL VARIOUS DISCOVERY</u>**

I, Taylor N. Mauze, declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above-referenced action. I am admitted to the State Bar of Texas. I have been admitted to appear in this case *pro hac vice*. I make this declaration of my own personal knowledge and, if compelled to testify, I could and would testify competently thereto. I submit this declaration in support of Kove's Motion to Enforce Compliance with Court Order and to Compel Various Discovery.

2. Attached as Exhibit 1 is a true and correct copy of a letter from Adam Adler, counsel for Kove, to counsel for AWS, dated May 6, 2021.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the deposition testimony of Allan Vermeulen, taken remotely in the above-captioned action on June 4, 2021.

4. Attached as Exhibit 3 is a true and correct copy of Plaintiff's First Set of Requests for Production of Documents and Things (Nos. 1-119), dated June 10, 2019.

5. Attached as Exhibit 4 is a true and correct of excerpts of AWS's Responses and Objections to Plaintiff's First Set of Requests for Production of Documents and Things (Nos. 1-119), dated July 24, 2019.

6. Attached as Exhibit 5 is a true and correct copy of AWS's Second Supplemental and Amended Response and Objections to Kove's Sixth Set of Interrogatories (No. 18), dated March 26, 2021.

7. Attached as Exhibit 6 is a true and correct copy of Kove IO, Inc.'s Eighth Set of Requests for Production of Documents and Things to AWS (Nos. 207-219), dated June 11, 2021.

8. Attached as Exhibit 7 is a true and correct copy of a letter from Jaime Cardenas-Navia, counsel for Kove, to counsel for AWS, dated March 31, 2021.

9. Attached as Exhibit 8 is a true and correct copy of Third Amended Initial Disclosures by Defendant Amazon Web Services, Inc., dated April 2, 2021.

10. Attached as Exhibit 9 is a true and correct copy of a letter from Adam Adler, counsel for Kove, to counsel for AWS, dated May 18, 2021.

11. Attached as Exhibit 10 is a true and correct copy of a letter from Jaime Cardenas-Navia, counsel for Kove, to counsel for AWS, dated July 7, 2021.

12. Attached as Exhibit 11 is a true and correct copy of AWS's Objections and Responses to Kove's Eight Set of Interrogatories (Nos. 23-24), dated July 12, 2021.

13. Attached as Exhibit 12 is a true and correct copy of AWS's Responses and Objections to Kove's Eight Set of Requests for Production of Documents and Things (Nos. 207-219), dated July 26, 2021.

14. Attached as Exhibit 13 is a true and correct copy of a letter from Jeffrey Saltman, counsel for AWS, to counsel for Kove, dated August 26, 2021.

15. Attached as Exhibit 14 is a true and correct copy of AWS's Objections and Responses to Kove's Ninth Set of Interrogatories (No. 25), dated August 27, 2021.

16. Attached as Exhibit 15 is a true and correct copy of a letter from Elizabeth Bernard, counsel for AWS, to counsel for Kove, dated August 27, 2021.

17. Attached as Exhibit 16 is a true and correct copy of a Wiki document produced by AWS, bearing production number AMZ_KOVE_000082563.

18. Attached as Exhibit 17 is a true and correct copy of a Wiki document produced by AWS, bearing production number AMZ_KOVE_000433826.

19. Attached as Exhibit 18 is a true and correct copy of a Wiki document produced by AWS, bearing production number AMZ_KOVE_000433997.

20. Attached as Exhibit 19 is a true and correct copy of a Wiki document produced by AWS, bearing production number AMZ_KOVE_000434031.

21. Attached as Exhibit 20 is a true and correct copy of a letter from Elizabeth Bernard, counsel for AWS, to counsel for Kove, dated June 23, 2021.

22. I have reviewed the Wiki pages produced by AWS. Of the 1,705 Wiki pages AWS has produced, at least 814 are missing substantive content.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Austin, Texas on the 9th day of September 2021.

                  /s/ Taylor N. Mauze

                  Taylor N. Mauze (*pro hac vice*)
                  REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
                  100 Marine Parkway, Suite 300
                  Redwood Shores, CA 94065

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

   */s/ Taylor N. Mauze*      
Taylor N. Mauze
