# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc.,<br><br>                Plaintiff,<br><br>vs.<br><br>Amazon Web Services, Inc.,<br><br>                Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Rebecca R. Pallmeyer<br>Hon. Sheila M. Finnegan,<br>Magistrate Judge<br><br>Jury Trial Demanded |

**DECLARATION OF TAYLOR N. MAUZE IN SUPPORT OF KOVE'S MOTION TO COMPEL HARDWARE INFORMATION, METRICS, & PREDECESSOR PRODUCT INFORMATION**

I, Taylor N. Mauze, declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above-referenced action. I am admitted to the State Bar of Texas. I have been admitted to appear in this case *pro hac vice*. I make this declaration of my own personal knowledge and, if compelled to testify, I could and would testify competently thereto. I submit this declaration in support of Kove's Motion to Compel Hardware, Metrics, & Predecessor Product Information.

2. Attached as Exhibit 1 is a true and correct copy of a letter from Adam Adler, counsel for Kove, to counsel for AWS, dated April 30, 2021.

3. Attached as Exhibit 2 is a true and correct copy of an e-mail from Jaime Cardenas-Navia, counsel for Kove, to counsel for AWS, dated May 20, 2021.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the deposition testimony of Allan Vermeulen, taken remotely in the above-captioned action on June 4, 2021.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of a letter from Adam Adler, counsel for Kove, to counsel for AWS, dated July 16, 2021.

6. Attached as Exhibit 5 is a true and correct copy of Kove's First Set of Requests for Production of Documents and Things (Nos. 1-119), dated June 10, 2019.

7. Attached as Exhibit 6 is a true and correct copy of AWS's Response and Objections to Kove's First Set of Requests for Production of Documents and Things (Nos. 1-119), dated July 24, 2019.

8. Attached as Exhibit 7 is a true and correct copy of Kove's Fourth Set of Interrogatories (Nos. 12-16), dated March 13, 2020.

9. Attached as Exhibit 8 is a true and correct copy of a letter from Michael Babbitt, counsel for AWS, to counsel for Kove, dated March 16, 2020.

10. Attached as Exhibit 9 is a true and correct copy of AWS's Response to Kove's Fourth Set of Interrogatories (Nos. 12-16), dated June 8, 2020.

11. Attached as Exhibit 10 is a true and correct copy of Kove's Fifth Set of Requests for Production of Documents and Things (Nos. 128-133), dated October 2, 2020.

12. Attached as Exhibit 11 is a true and correct copy of AWS's Responses and Objections to Kove's Fifth Set of Requests for Production of Documents and Things (Nos. 128-133), dated November 30, 2020.

13. Attached as Exhibit 12 is a true and correct copy of Kove's Sixth Set of Requests for Production of Documents and Things to AWS (Nos. 134-183), dated February 5, 2021.

14. Attached as Exhibit 13 is a true and correct copy of Kove's Seventh Set of Requests for Production of Documents and Things to AWS (Nos. 184-206), dated February 12, 2021.

15. Attached as Exhibit 14 is a true and correct copy of a letter from Adam Adler, counsel for Kove, to counsel for AWS, dated March 5, 2021.

16. Attached as Exhibit 15 is a true and correct copy AWS's Response and Objections to Kove's Sixth Set of Requests for Production of Documents and Things (Nos. 134-183), dated March 8, 2021.

17. Attached as Exhibit 16 is a true and correct copy Kove's Eight Set of Requests for Production of Documents and Things to AWS (Nos. 207-219), dated June 11, 2021.

18. Attached as Exhibit 17 is a true and correct copy of Kove's Ninth Set of Requests for Production of Documents and Things to AWS (Nos. 220-232), dated June 14, 2021.

19. Attached as Exhibit 18 is a true and correct copy of a letter from Jaime Cardenas-Navia, counsel for Kove, to counsel for AWS, dated February 8, 2021.

20. Attached as Exhibit 19 is a true and correct copy of AWS's Responses and Objections to Kove's Seventh Set of Requests for Production of Documents and Things (Nos. 184-206), dated March 15, 2021.

21. Attached as Exhibit 20 is a true and correct copy of a letter from Elizabeth Bernard, counsel for AWS, to counsel for Kove, dated May 11, 2021.

22. Attached as Exhibit 21 is a true and correct copy of a letter from Elizabeth Bernard, counsel for AWS, to counsel for Kove, dated June 29, 2021.

23. Attached as Exhibit 22 is a true and correct copy of AWS's Supplemental Objections and Responses to Plaintiff's Fourth Set of Interrogatories (Nos. 12-16), dated July 8, 2021.

24. Attached as Exhibit 23 is a true and correct copy of a letter from Jeffrey Saltman, counsel for AWS, to counsel for Kove, dated July 15, 2021.

25. Attached as Exhibit 24 is a true and correct copy of AWS's Responses and Objections to Kove's Eighth Set of Requests for Production of Documents and Things (Nos. 207-219), dated July 26, 2021.

26. Attached as Exhibit 25 is a true and correct copy of AWS's Responses and Objections to Kove's Ninth Set of Requests for Production of Documents and Things (Nos. 220-232), dated July 28, 2021.

27. Attached as Exhibit 26 is a true and correct copy of a letter from Taylor Mauze, counsel for Kove, to counsel for AWS, dated July 29, 2021.

28. Attached as Exhibit 27 is a true and correct copy of a letter from Jeffrey Saltman, counsel for AWS, to counsel for Kove, dated August 26, 2021.

29. Attached as Exhibit 28 is a true and correct copy of a letter from Elizabeth Bernard, counsel for AWS, to counsel for Kove, dated August 27, 2021.

30. Attached as Exhibit 29 is a true and correct copy of a letter from Jeffrey Saltman, counsel for AWS, to counsel for Kove, dated September 2, 2021.

31. Attached as Exhibit 30 is a true and correct copy of a Wiki document produced by AWS titled NewHire, bearing production number AMZ_KOVE_00065117.

32. Attached as Exhibit 31 is a true and correct copy of a Wiki document produced by AWS titled Metadata, bearing production number AMZ_KOVE_000065359.

33. Attached as Exhibit 32 is a true and correct copy of a tab of the spreadsheet produced by AWS titled GET request proj net margin. IAD (October 2019). S3 to EC2 Path, bearing production number AMZ_KOVE_000466195.

34. Attached as Exhibit 33 is a true and correct copy of a document produced by AWS titled mltd_Utilization and Waste Management – 2019.4, bearing production number AMZ_KOVE_000399737.

35. Attached as Exhibit 34 is a is a true and correct copy of Kove's Seventh Set of Interrogatories to AWS (Nos. 19-22), dated October 2, 2020.

36. Attached as Exhibit 35 is a true and correct copy of a letter from Taylor Mauze, counsel for Kove, to counsel for AWS, dated May 31, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Austin, Texas on the 9th day of September 2021.

                                                                                         */s/ Taylor N. Mauze*

Taylor N. Mauze (*pro hac vice*)
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065

Case: 1:18-cv-08175 Document #: 410-1 Filed: 09/10/21 Page 6 of 7 PageID #:12527

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                               */s/ Taylor N. Mauze*
                                               Taylor N. Mauze