# Exhibit 35



Taylor Mauze
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Direct Dial: (650) 623-5078
tmauze@reichmanjorgensen.com

May 31, 2021

**By Email**

Jeffrey Saltman
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 20015
Jeffrey.Saltman@fischllp.com

Elizabeth Bernard
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 20015
Elizabeth.Bernard@fischllp.com

RE: *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Dear Counsel,

I write regarding Kove's requests for documents pertaining to the architecture of S3,[1] the advantages of S3,[2] as well as the components and design that allows the system to scale.[3] In particular, Kove seeks documents sufficient to show the design, operation, and configuration of S3's "cell-based architecture." *See, e.g.*, AMZ_KOVE_000419905, AMZ_KOVE_000419919, AMZ_KOVE_000222398.

AWS promotes the availability, redundancy, and scalability of information stored in S3 by touting the importance of its cell-based architecture (*e.g.*, AMZ_KOVE_000000917; AMZ_KOVE_000419903; AMZ_KOVE_000222398; AMZ_KOVE_000222402 https://aws.amazon.com/blogs/storage/architecting-for-high-availability-on-amazon-s3/), but has yet to produce information explaining how cellularization supports these features. For example, AWS has not produced documentation sufficient to show the division of workload amongst cells, the number and distribution of cells across regions, or how or what keys and objects are in each cell.

Please promptly produce documents sufficient to show the number of cells per region, the number of keys mapped to each cell, and the average number of objects per cell.

Regards,

Taylor Mauze

---

[1] *See, e.g.*, RFP Nos. 12, 20, 22, 111.
[2] *See, e.g.*, RFP No. 137.
[3] *See, e.g.*, RFP Nos. 120, 121, 130.