# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br> Hon. Sheila M. Finnegan, <br> Magistrate Judge <br><br> Jury Trial Demanded |

## KOVE IO, INC.'S UNOPPOSED MOTION TO DEEM ITS MOTION TO COMPEL HARDWARE, METRICS, & PREDECESSOR PRODUCT INFORMATION TIMELY FILED

Plaintiff Kove IO, Inc. ("Kove") respectfully requests that the Court extend the deadline for Kove's Motion To Compel Hardware, Metrics, and Predecessor Product Information ("Motion to Compel," ECF No. 409) by 25 minutes and deem it timely filed. Rule 6(b)(1)(B) provides that for any act that must be done by a party to a federal court proceeding within a specified time frame, the court may "for good cause, extend the time…after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B).

Pursuant to this Court's August 31, 2021 Order (ECF No. 390), Kove's Motion to Compel was due to be filed on September 9, 2021. Due to logistical and technical complexities associated with Kove's four filings due on September 9 (ECF Nos. 400, 403, 405, 409), including formatting the many exhibits submitted in support of Kove's motions and ensuring that the parties' confidential information was properly safeguarded under seal, Kove's Motion to Compel was not filed until 12:25 a.m. on September 10, 2021.

The lateness of the filing was inadvertent and does not affect other Court-set deadlines.

Kove acted in good faith and filed the Motion to Compel as soon as the technical issues were resolved, shortly after the deadline. Kove promptly served AWS with the Motion, and does not believe that the delay has caused any prejudice to AWS. Kove contacted AWS regarding this motion and AWS does not oppose Kove's request.

Kove therefore respectfully requests that the Court deem Kove's Motion to Compel to be timely filed.

Dated: September 10, 2021.

Respectfully submitted,

*/s/ Khue Hoang*

| | |
|---|---|
| Khue V. Hoang (*pro hac vice*) | Renato Mariotti (State Bar No. 6323198) |
| khoang@reichmanjorgensen.com | rmariotti@thompsoncoburn.com |
| Jaime Cardenas-Navia (*pro hac vice*) | Holly H. Campbell (State Bar No. 6320395) |
| jcardenas-navia@reichmanjorgensen.com | hcampbell@thompsoncoburn.com |
| Michael W. Marvin (*pro hac vice*) | THOMPSON COBURN LLP |
| mmarvin@reichmanjorgensen.com | 55 E. Monroe St., 37th Floor |
| REICHMAN JORGENSEN LEHMAN & FELDBERG LLP | Chicago, IL 60603 |
| 750 Third Avenue, Suite 2400 | Telephone: (312) 346-7500 |
| New York, NY 10017 | Facsimile: (312) 580-2201 |
| Telephone: (212) 381-1965 | |
| Facsimile: (650) 623-1449 | Courtland L. Reichman (*pro hac vice*) |
| | creichman@reichmanjorgensen.com |
| | Shawna L. Ballard (Identification No. 155188) |
| Christine E. Lehman (*pro hac vice*) | sballard@reichmanjorgensen.com |
| clehman@reichmanjorgensen.com | Kate M. Falkenstien (*pro hac vice*) |
| Adam Adler (*pro hac vice*) | kfalkenstien@reichmanjorgensen.com |
| aadler@reichmanjorgensen.com | REICHMAN JORGENSEN LEHMAN & FELDBERG LLP |
| Phil Eklem (*pro hac vice*) | 100 Marine Parkway, Suite 300 |
| peklem@reichmanjorgensen.com | Redwood Shores, CA 94065 |
| REICHMAN JORGENSEN LEHMAN & FELDBERG LLP | Telephone: (650) 623-1401 |
| 1710 Rhode Island Ave, NW, 12th Floor | Facsimile: (650) 623-1449 |
| Telephone: (202) 894-7310 | |
| Facsimile: (650) 623-1449 | |

**ATTORNEYS FOR PLAINTIFF KOVE IO, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Khue Hoang*
Khue Hoang
