IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>    Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Rebecca R. Pallmeyer<br>Hon. Sheila M. Finnegan<br><br>Jury Trial Demanded |

## AGREED MOTION TO COMBINE JOINT STATUS REPORT WITH PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's August 5, 2021 Order (Dkt. 372), the parties are to file an updated Joint Status Report by September 13, 2021. Pursuant to the Court's August 31, 2021 Order (Dkt. 390), the parties are to submit a proposed briefing schedule in connection with their pending discovery motions by September 14, 2021. Because the substance of the joint status report overlaps with the substance of the proposed briefing schedule, the parties respectfully ask the Court for permission to combine the proposed briefing schedule with the joint status report, with both to be filed on September 14, 2021.

Dated: September 13, 2021                Respectfully Submitted,

| KOVE IO, INC. | AMAZON WEB SERVICES, INC. |
|---|---|
| By: */s/ Khue Hoang* | By: */s/ R. William Sigler* |
| Renato Mariotti (State Bar No. 6323198)<br>rmariotti@thompsoncoburn.com<br>Holly H. Campbell (State Bar No. 6320395)<br>hcampbell@thompsoncoburn.com<br>THOMPSON COBURN LLP<br>55 E. Monroe St.,<br>37th FloorChicago, IL 60603<br>Telephone: (312) 346-7500 | Alan M. Fisch<br>*alan.fisch@fischllp.com*<br>R. William Sigler<br>*bill.sigler@fischllp.com*<br>Jeffrey M. Saltman (pro hac vice)<br>*jeffrey.saltman@fischllp.com*<br>Adam A. Allgood (pro hac vice)<br>*adam.allgood@fischllp.com* |

Telecopier: (312) 580-2201

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna Ballard (*pro hac vice*)
sballard@reichmanjorgsensen.com
Karlanna M. Lewis
klewis@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Michael Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (646) 921-1474
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1710 Rhode Island Ave., NW, 12th Floor
Washington, DC 20036
Telephone: (202) 894-7310
Fax: (650) 623-1449

*Attorneys for Plaintiff Kove IO, Inc.*

Elizabeth Bernard (pro hac vice)
*elizabeth.bernard@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Ave NW Fourth Floor Washington, D.C. 20015
202.362.3500

*Attorneys for Defendant Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                                               */s/ Khue Hoang*
                                                                               Khue V. Hoang