# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Kove IO, Inc.

                        Plaintiff,

v.                                                         Case No.: 1:18–cv–08175
                                                           Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 13, 2021:

      MINUTE entry before the Honorable Sheila M. Finnegan: Kove IO, Inc.'s Unopposed Motion to Deem Its Motion to Compel Hardware, Metrics, & Predecessor Product Information Timely Filed [413] is granted. Additionally, the Agreed Motion to Combine Joint Status Report with Proposed Briefing Schedule [414] is granted. By 9/14/2021, the parties are to file the updated joint status report that includes their combined proposed briefing schedule in connection with their pending discovery motions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.