IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

**JOINT STATUS REPORT**

Pursuant to the Court's Order (Dkt. 415), Plaintiff Kove IO, Inc. ("Kove") and Defendant Amazon Web Service, Inc. ("AWS") (collectively, the "Parties") respectfully submit this Joint Status Report and Proposed Briefing Schedule.

**Pending Discovery Disputes**

**Briefing Schedules:** There are six (6) motions currently before the Court (collectively, the "Pending Discovery Motions") that are in the briefing stage:

- AWS's Motion to Compel Sufficient Time to Depose John K. Overton and Non-Email ESI Documents (Dkt. 393);

- AWS's Motion for Protective Order Regarding 30(b)(6) Topic Nos. 84-85 and 87-88 and Requests for Production Nos. 219-21 and 223-26 (Dkt. No. 397);

- Kove IO, Inc.'s Motion for Protective Order Regarding Discovery Into Litigation Financing (Dkt. 400);

- Kove IO, Inc.'s Motion to Enforce Compliance with Court Order and to Compel Various Discovery (Dkt. 403);

- Kove's Motion to Compel Amazon Web Services to Produce Information Regarding Usage, Financial, and Hypothetical Negotiation Data (Dkt. 406); and

- Kove IO, Inc.'s Motion to Compel Hardware, Metrics, & Predecessor Product Information (Dkt. 409).

The Court previously entered an Order for briefing dates for Dkt. 393, ordering Kove's Response by September 20, 2021 and AWS's Reply by September 29, 2021. (Dkt. 395).

Having reviewed the full complement of motions, the parties believe it is most efficient to coalesce briefing deadlines for all Pending Discovery Motions and propose the following schedule:

| Motion | Response Due By: | Reply Due By: |
| --- | --- | --- |
| Dkt. No. 393 | October 7, 2021 | October 28, 2021 |
| Dkt. No. 397 | October 7, 2021 | October 28, 2021 |
| Dkt. No. 400 | October 7, 2021 | October 28, 2021 |
| Dkt. No. 403 | October 7, 2021 | October 28, 2021 |
| Dkt. No. 406 | October 7, 2021 | October 28, 2021 |
| Dkt. No. 409 | October 7, 2021 | October 28, 2021 |

## Other Pending Motion

Kove's outstanding Motion to Compel Discovery of Andrew Jassy (Dkt. No. 351) is fully briefed and pending before the Court.

## Updates On Other Discovery

**AWS Productions:** The Court granted Kove's Motion to Compel Financial Documents (Dkt. 212) on July 14, 2021 (Dkt. 359). AWS produced documents in response to this Order on September 1, 2021. Kove is reviewing that production to determine whether Kove believes it complies with the Court's Order.

**Depositions:** The Parties continue to meet and confer to schedule outstanding depositions.

**Close of Fact Discovery.** Fact discovery is currently set to close on November 19, 2021. (Dkt. 388). The Parties anticipate that it will be necessary to request a further extension of this deadline, in light of the outstanding discovery issues, including the seven pending motions. In particular, the outcomes of the Pending Discovery Motions are likely to impact remaining documents productions and depositions.

Dated: September 14, 2021            Respectfully Submitted,

| KOVE IO, INC. | AMAZON WEB SERVICES, INC. |
|---|---|
| By: */s/ Khue V. Hoang* | By: */s/ R. William Sigler* |
| Renato Mariotti (State Bar No. 6323198)<br>rmariotti@thompsoncoburn.com<br>Holly H. Campbell (State Bar No. 6320395)<br>hcampbell@thompsoncoburn.com<br>THOMPSON COBURN LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603<br>Telephone: (312) 346-7500<br>Telecopier: (312) 580-2201<br><br>Courtland L. Reichman (*pro hac vice*)<br>creichman@reichmanjorgensen.com<br>Shawna Ballard (*pro hac vice*)<br>sballard@reichmanjorgsensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Telecopier: (650) 623-1449<br><br>Khue V. Hoang (*pro hac vice*)<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia (*pro hac vice*)<br>jcardenas-navia@reichmanjorgensen.com<br>Michael Marvin (*pro hac vice*)<br>mmarvin@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>750 Third Avenue, Suite 2400<br>New York, NY 10017<br>Telephone: (646) 921-1474<br>Telecopier: (650) 623-1449 | Alan M. Fisch<br>*alan.fisch@fischllp.com*<br>R. William Sigler<br>*bill.sigler@fischllp.com*<br>Jeffrey M. Saltman (*pro hac vice*)<br>*jeffrey.saltman@fischllp.com*<br>Elizabeth Bernard (*pro hac vice*)<br>*elizabeth.bernard@fischllp.com*<br>Adam A. Allgood (*pro hac vice*)<br>*adam.allgood@fischllp.com*<br>FISCH SIGLER LLP<br>5301 Wisconsin Ave NW<br>Fourth Floor<br>Washington, D.C. 20015<br>(202) 362-3500<br><br>*Attorneys for Defendant Amazon Web Services, Inc.* |

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Phil Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN
&FELDBERG LLP
1710 Rhode Island Ave, NW, 12th Fl.
Washington, DC 20036
Telephone: (202) 894-7310
Fax: (650) 623-1449

*Attorneys for Plaintiff Kove IO, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing toaccept this Notice as service of this document by electronic means.

*/s/ Khue V. Hoang*
Khue V. Hoang