IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

### [PROPOSED] ORDER

The Court hereby sets the following briefing deadlines, good cause having been found therefor.

| Motion | Response Due By: | Reply Due By: |
|---|---|---|
| Dkt. No. 393 | October 7, 2021 | October 28, 2021 |
| Dkt. No. 397 | October 7, 2021 | October 28, 2021 |
| Dkt. No. 400 | October 7, 2021 | October 28, 2021 |
| Dkt. No. 403 | October 7, 2021 | October 28, 2021 |
| Dkt. No. 406 | October 7, 2021 | October 28, 2021 |
| Dkt. No. 409 | October 7, 2021 | October 28, 2021 |

Date:                                /s/
                                             HON. SHEILA M. FINNEGAN
                                             UNITED STATES MAGISTRATE JUDGE