UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Kove IO, Inc.
                          Plaintiff,

v.                                                    Case No.: 1:18−cv−08175
                                                       Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 17, 2021:

      MINUTE entry before the Honorable Sheila M. Finnegan: The Court has reviewed the joint status report of 9/14/2021. The Court grants the parties' request to coalesce briefing deadlines for all pending discovery motions on the schedule below, and to file a further joint status report by 10/29/2021. Responses to the following discovery motions are due by 10/7/2021, and replies are due by 10/28/2021: AWS's Motion to Compel Sufficient Time to Depose John K. Overton and Non−Email ESI Documents [393]; AWS's motion for protective order regarding 30(b)(6) topic nos. 84−85 and 87−88 and requests for production nos. 219−21 and 223−26 [397, 398]; Kove IO Inc's motion for protective order regarding discovery into litigation financing [400, 401]; Kove IO Inc's motion to enforce compliance with court order and to compel various discovery [403, 407]; Kove's motion to compel AWS to produce information regarding usage, financial, and hypothetical negotiation data [405, 406]; and Kove IO Inc's motion to compel hardware, metrics & predecessor product information [409, 410]. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.