IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | |
| Plaintiff, | Civil Action No. 1:18-cv-08175 |
| v. | Judge Rebecca R. Pallmeyer |
| AMAZON WEB SERVICES, INC., | Jury Trial Demanded |
| Defendant. | |

**AMAZON WEB SERVICES, INC.'S MOTION TO WITHDRAW
ELIZABETH BERNARD AS COUNSEL**

Pursuant to Local Rule 83.17, Defendant Amazon Web Services, Inc. respectfully requests leave to withdraw the appearance of Elizabeth Bernard as counsel for AWS.

Ms. Bernard is no longer with Fisch Sigler LLP. AWS will continue to be represented by counsel from Fisch Sigler and AWS will not be prejudiced by the withdrawal of Ms. Bernard.

Thus, AWS respectfully requests that the Court enter an order granting this motion, and withdrawing the appearance of Elizabeth Bernard as counsel for AWS.

Dated: September 24, 2021

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ R. William Sigler*

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Adam A. Allgood (*pro hac vice*)
*adam.allgood@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Ave NW Fourth Floor
Washington, D.C. 20015
202.362.3500

*Attorneys for Defendant Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 24, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

                                             */s/ R. William Sigler*
                                              R. William Sigler