IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 |

**MOTION TO SEAL AWS'S OPPOSITION TO KOVE'S MOTION TO COMPEL PRODUCTION OF INFORMATION REGARDING USAGE, FINANCIAL, AND HYPOTHETICAL NEGOTIATION DATA (DKT. NO. 405)**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, and the requirements of the Protective Order entered in this case (Dkt. 55), Defendant Amazon Web Services, Inc. ("AWS") has filed under seal AWS's Opposition to Kove's Motion to Compel Production of Information Regarding Usage, Financial, and Hypothetical Negotiation Data (Dkt. No. 405) ("Opposition"), the declaration of Chithra Perumal, and exhibits A-U and W-Y to the Declaration of R. William Sigler in support of AWS's Opposition to Kove's Motion to Compel Production of Information Regarding Usage, Financial, and Hypothetical Negotiation Data (Dkt. No. 405)—which contain information and documentation that AWS has designated Confidential or Highly Confidential. AWS seeks leave to file these documents under seal due to the confidentiality designations. In support of this Motion, AWS states as follows:

1. On July 10, 2019, the Court entered the Parties' Agreed Protective Order. (Dkt. 55.) Pursuant to the terms of the Protective Order, AWS has designated information about the internal usage, pricing, and revenue of its services as Highly Confidential.

2. AWS has designated Exhibits A-U and W-Y and the declaration of Chithra Perumal, and information contained therein, as Confidential or Highly Confidential. AWS has filed its Opposition, the declaration of Chithra Perumal, and Exhibits A-U and W-Y thereto under seal, as required by the Protective Order. Contemporaneously, AWS has publicly filed a redacted version of its Opposition.

For the forgoing reasons, AWS respectfully requests that the Court enter an order permitting AWS to file its Sur-Reply under seal.

Dated: October 7, 2021

Respectfully submitted,

/s/ R. William Sigler
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Adam A. Allgood (*pro hac vice*)
*adam.allgood@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

*/s/ R. William Sigler*
R. William Sigler
