**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 |

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF AWS'S OPPOSITION TO KOVE'S MOTION TO COMPEL PRODUCTION OF INFORMATION REGARDING USAGE, FINANCIAL, AND HYPOTHETICAL NEGOTIATION DATA**

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for defendant AWS in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and District of Columbia, and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this declaration in support of AWS's Opposition to Kove's Motion to Compel Production of Information Regarding Usage, Financial, and Hypothetical Negotiation Data (Dkt. No. 405).

2. Attached as Exhibit A is a true and correct copy of a DynamoDB Profit and Loss Statement, bearing production number AMZ_KOVE_000065597.

3. Attached as Exhibit B is a true and correct excerpted copy of S3 Profit and Loss Statement, bearing production number AMZ_KOVE_000075781.

4. Attached as Exhibit C is a true and correct copy of DynamoDB Revenue by

Datacenter, bearing production number AMZ_KOVE_000087409.

5.  Attached as Exhibit D is a true and correct copy of S3 External Customers and Internal AWS Usage Data, bearing production number AWS_KOVE_000081659.

6.  Attached as Exhibit E is a true and correct copy of DynamoDB External Customers and Internal AWS Usage Data, bearing production number AWS_KOVE_000087330.

7.  Attached as Exhibit F is a true and correct copy of the top 1000 DynamoDB customers as of November 2019, bearing production number AMZ_KOVE_000065650.

8.  Attached as Exhibit G is a true and correct copy of S3's Total Net US Revenue for 2012-2013, bearing production number AMZ_KOVE_000081692.

9.  Attached as Exhibit H is a true and correct copy of DynamoDB's Total Net US Revenue for 2012-2013, bearing production number AMZ_KOVE_000087408.

10. Attached as Exhibit I is a true and correct copy of DynamoDB Revenue by Datacenter and Usage, bearing production number AMZ_KOVE_000463919.

11. Attached as Exhibit J is a true and correct copy of S3 Usage Revenue by Class, bearing production number AMZ_KOVE_000469322.

12. Attached as Exhibit K is a true and correct copy of S3 Usage by Various Users, bearing production number AMZ_KOVE_000463917.

13. Attached as Exhibit L is a true and correct copy of DynamoDB Storage Usage, bearing production number AMZ_KOVE_000467853.

14. Attached as Exhibit M true and correct copy of S3 Internal Usage, bearing production number AMZ_KOVE_000467856.

15. Attached as Exhibit N is a true and correct copy of S3 Storage Usage, bearing

production number AMZ_KOVE_000467855.

16. Attached as Exhibit O is a true and correct copy of AWS's August 18, 2021 Supplemental Response and Objections to Kove's Seventh Set of Interrogatories (No. 22).

17. Attached as Exhibit P is a true and correct copy of AWS's June 11, 2021 Third Supplemental Responses and Objections to Kove's First Set of Interrogatories (Nos. 1-6).

18. Attached as Exhibit Q is a true and correct copy of PARC Discounts and Rates, bearing production number AMZ_KOVE_000468059.

19. Attached as Exhibit R is a true and correct copy of a Letter from Jeff Saltman, counsel for AWS, to Adam Adler, counsel for Kove, dated September 2, 2021.

20. Attached as Exhibit S is a true and correct copy of a Letter from Taylor Mauze, counsel for Kove, to Elizabeth Bernard, counsel for AWS, dated August 20, 2021.

21. Attached as Exhibit T is a true and correct copy of a Letter from Elizabeth Bernard, counsel for AWS, to Adam Adler, counsel for Kove, dated August 27, 2021.

22. Attached as Exhibit U is a true and correct copy of a Letter from Adam Adler, counsel for Kove, to Elizabeth Bernard, counsel for AWS, dated August 31, 2021.

23. Attached as Exhibit V is a true and correct copy of Kove's First Set of Requests for Production (Nos. 1-119), served on June 10, 2019.

24. Attached as Exhibit W is a true and correct copy of S3 Request Costs, bearing production number AMZ_KOVE_000429830.

25. Attached as Exhibit X is a true and correct copy of Marginal Bandwidth Cost Analysis by Region, bearing production number AMZ_KOVE_000429864.

26. Attached as Exhibit Y is a true and correct copy of Kove's February 5, 2021

Sixth Set of Requests for Production (Nos. 134-183).

27. Attached as Exhibit Z is a true and correct copy of Docket No. 55 in *Fellowes, Inc. v. Aurora Corp. of Am.,* Case No. 07 C 7237 (N.D. Ill.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2021.

*/s/ R. William Sigler*
R. William Sigler