IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 |

**MOTION TO SEAL AWS'S OPPOSITION TO KOVE'S MOTION FOR PROTECTIVE ORDER REGARDING DISCOVERY INTO LITIGATION FINANCING**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, and the requirements of the Protective Order entered in this case (Dkt. 55), Defendant Amazon Web Services, Inc. ("AWS") has filed under seal AWS's Opposition to Kove's Motion for a Protective Order Regarding Discovery into Litigation Funding ("Opposition"), and exhibit A to the Declaration of R. William Sigler in support of AWS's Opposition to Kove's Motion for a Protective Order Regarding Discovery into Litigation Funding (Dkt. No. 400)—which contain information and documentation that AWS or Kove has designated Confidential or Highly Confidential. AWS seeks leave to file these documents under seal due to the confidentiality designations. In support of this Motion, AWS states as follows:

1. On July 10, 2019, the Court entered the Parties' Agreed Protective Order. (Dkt. 55.) Pursuant to the terms of the Protective Order, AWS is not permitted to file publicly any information designated by Kove as Confidential or Highly Confidential.

2. AWS or Kove has designated the Opposition and Exhibit A, and information contained therein, as Confidential or Highly Confidential. AWS has filed its Opposition and Exhibit A thereto under seal, as required by the Protective Order. Contemporaneously, AWS has publicly filed a redacted version of its Opposition.

For the forgoing reasons, AWS respectfully requests that the Court enter an order permitting AWS to file its Opposition under seal.

| | |
|---|---|
| Dated: October 7, 2021 | Respectfully submitted, |
| | /s/ R. William Sigler |
| | Alan M. Fisch |
| | *alan.fisch@fischllp.com* |
| | R. William Sigler |
| | *bill.sigler@fischllp.com* |
| | Jeffrey M. Saltman (*pro hac vice*) |
| | *jeffrey.saltman@fischllp.com* |
| | Adam A. Allgood (*pro hac vice*) |
| | *adam.allgood@fischllp.com* |
| | FISCH SIGLER LLP |
| | 5301 Wisconsin Avenue NW |
| | Fourth Floor |
| | Washington, DC 20015 |
| | 202.362.3500 |
| | |
| | *Attorneys for Amazon Web Services, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

                                                  */s/ R. William Sigler*
                                                      R. William Sigler