# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ILLINOIS EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175 |

## DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF AWS'S OPPOSITION TO KOVE'S MOTION FOR PROTECTIVE ORDER REGARDING DISCOVERY INTO LITIGATION FINANCING

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for defendant AWS in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and District of Columbia, and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this declaration in support of AWS's Opposition to Kove's Motion for a Protective Order Regarding Discovery into Litigation Funding (Dkt. No. 400).

2. Attached as Exhibit A is a true and correct copy of an email chain between Jamie Cardenas-Navia, counsel for Kove and Terri Mascherin, prior counsel for AWS, with the most recent email in the chain dated November 9, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on October 7, 2021.

*/s/ R. William Sigler*
R. William Sigler
