IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175 |

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF AWS'S OPPOSITION TO KOVE'S MOTION TO COMPEL HARDWARE, METRICS, & PREDECESSOR PRODUCT INFORMATION**

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for defendant AWS in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and District of Columbia, and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this declaration in support of AWS's Opposition to Kove's Motion to Compel Hardware, Metrics, and Predecessor Products Information (Dkt. No. 409).

2. Attached as Exhibit A is a true and correct copy of DynamoDB Profit and Loss Statement, bearing production number AMZ_KOVE_000463912.

3. Attached as Exhibit B is a true and correct copy of S3 Global Profit and Loss Statement, bearing production number AMZ_KOVE_000463920.

4. Attached as Exhibit C is a true and correct copy of AWS's August 18, 2021 Supplemental Response and Objections to Kove's Seventh Set of Interrogatories (No. 22).

5. Attached as Exhibit D is a true and correct copy of excerpts of D. Walsh's deposition transcript.

6. Attached as Exhibit E is a true and correct copy of excerpts of DynamoDB metrics, bearing production number AMZ_KOVE_000390559.

7. Attached as Exhibit F is a true and correct copy of a Letter from Michael Marvin, counsel for Kove, to Tim Barron, counsel for AWS, dated October 15, 2020.

8. Attached as Exhibit G is a true and correct copy of a Letter from Elizabeth Bernard, counsel for AWS, to Jaime Cardenas-Navia, counsel for Kove, dated January 15, 2021.

9. Attached as Exhibit H is a true and correct copy of a Letter from Elizabeth Bernard, counsel for AWS, to Jaime Cardenas-Navia, counsel for Kove, dated January 29, 2021.

10. Attached as Exhibit I is a true and correct copy of a Letter from Elizabeth Bernard, counsel for AWS, to Jaime Cardenas-Navia, counsel for Kove, dated February 19, 2021.

11. Attached as Exhibit J is a true and correct copy of a Letter from Elizabeth Bernard, counsel for AWS, to Taylor Mauze, counsel for Kove, dated August 20, 2021.

12. Attached as Exhibit K is a true and correct copy of a Letter from Taylor Mauze, counsel for Kove, to Elizabeth Bernard and Jeffrey Saltman, counsel for AWS, dated August 19, 2021.

13. Attached as Exhibit L is a true and correct copy of DynamoDB development document, bearing production number AMZ_KOVE_000061805.

14. Attached as Exhibit M is a true and correct copy of S3 Operations document,

bearing production number AMZ_KOVE_000437013.

15. Attached as Exhibit N is a true and correct copy of Kove's May 14, 2021 Second Amended Response to AWS's First Set of Interrogatories (No. 7).

16. Attached as Exhibit O is a true and correct copy of AWS's June 11, 2021 Third Supplemental Responses to Kove's First Set of Interrogatories (Nos. 1-6).

17. Attached as Exhibit P is a true and correct copy of a Letter from Lisa Phillips, counsel for AWS, to Adam Adler, counsel for Kove, dated September 17, 2021.

18. Attached as Exhibit Q is a true and correct copy of excerpts of A. Vermeulen's deposition transcript.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2021.

>*/s/ R. William Sigler*
> R. William Sigler