IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 |

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF AWS'S OPPOSITION TO KOVE'S MOTION TO ENFORCE COMPLIANCE WITH COURT ORDER AND TO COMPEL VARIOUS DISCOVERY**

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for defendant AWS in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and District of Columbia, and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this declaration in support of AWS's Opposition to Kove's Motion to Enforce Compliance with Court Order and to Compel Various Discovery (Dkt. No. 403).

2. Attached as Exhibit A is a true and correct copy of Common Agent Infrastructure Wiki, bearing production number AMZ_KOVE_000065143.

3. Attached as Exhibit B is a true and correct copy of an August 18, 2020 email from AWS's former counsel to Kove relating to the production of documents Bates numbered AMZ_KOVE_000081714–87327, which includes Ex. 16 to Kove's present motion.

4. Attached as Exhibit C is a true and correct excerpted copy of the transcript of the deposition of Allan Vermeulen, taken June 4, 2021.

5. Attached as Exhibit D is a true and correct excerpted copy of the transcript of the deposition of Jeff Barr, taken August 5, 2021.

6. Attached as Exhibit E is a true and correct copy of a Letter from Jeff Saltman, counsel for AWS, to Adam Adler, counsel for Kove, dated September 2, 2021.

7. Attached as Exhibit F is a true and correct copy of a Letter from Adam Adler, counsel for Kove, to Elizabeth Bernard, counsel for AWS, dated August 31, 2021.

8. Attached as Exhibit G is a true and correct copy of a Letter from Jamie Cardenas-Navia, counsel for Kove, to Elizabeth Bernard, counsel for AWS, dated January 5, 2021.

9. Attached as Exhibit H is a true and correct copy of AWS's September 28, 2020 Responses and Objections to Kove's Sixth Set of Interrogatories.

10. Attached as Exhibit I are true and correct copies of AWS's January 28 and March 26, 2021 Amended Responses and Objections to Kove's Sixth Set of Interrogatories.

11. Attached as Exhibit J is a true and correct copy of a Letter from Jeff Saltman, counsel for AWS, to Jamie Cardenas-Navia, counsel for Kove, dated July 23, 2021.

12. Attached as Exhibit K is a true and correct excerpted copy of AWS's November 30, 2020 Responses and Objections to Kove's Seventh Set of Interrogatories.

13. Attached as Exhibit L is a true and correct copy of AWS's August 18, 2021 Supplemental Response to Kove's Seventh Set of Interrogatories (No. 22).

14. Attached as Exhibit M is a true and correct copy of Kove's June 10, 2019 First Set of Interrogatories (Nos. 1–6).

15. Attached as Exhibit N is a true and correct excerpted copy of Kove's June 19,

2020 Responses and Objections to AWS's Second Set of Interrogatories.

16. Attached as Exhibit O is a true and correct excerpted copy of Kove's August 5, 2019 Responses and Objections to AWS's First Set of Interrogatories.

17. Attached as Exhibit P is a true and correct excerpted copy of Kove's Dec. 11, 2020 Responses and Objections to AWS's Fifth Set of Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2021.

*/s/ R. William Sigler*
R. William Sigler
