# Exhibit P

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

**KOVE'S RESPONSES AND OBJECTIONS TO AWS'S
FIFTH SET OF INTERROGATORIES (NOS. 20-21)**

Plaintiff Kove IO, Inc. ("Kove"), by and through their undersigned counsel, Federal Rules of Civil Procedure 26 and 33, the Northern District of Illinois Local Rules ("Local Rules"), and any applicable procedures, laws, or Court orders, hereby serves the following objections and responses to the Fifth Set of Interrogatories ("Interrogatories") of Amazon Web Services, Inc. ("Defendant" or "AWS").

**GENERAL OBJECTIONS**

1. Kove incorporates by reference each general objection in its First Amended Responses to AWS's First Set of Interrogatories (Nos. 2-5) into each specific response. The specific response may repeat a general objection for emphasis or any other reason and/or may also include one or more specific objection(s). The failure to include any general objection in any specific response shall not be interpreted as a waiver of any general objection to that response.

2. Kove's responses to AWS's Interrogatories are made to the best of Kove's present knowledge, information, and belief. Kove reserves the right to supplement or amend these responses should future investigation indicate that such supplementation or amendment is

1

necessary. Kove reserves the right to make any use of, introduce at any hearing or at trial, information or documents that are responsive to Kove's interrogatories, but discovered subsequent to Kove's service of these responses, including, but not limited to, any information or documents obtained in discovery.

## RESPONSES TO INTERROGATORIES (NOS. 20-21)

**INTERROGATORY NO. 20:**

Separately for each Kove Product & Service, describe in detail on a month-by-month basis and by customer: all revenues, income, sales, and profits generated or realized for licensing, sales, and/or distribution, including but not limited to: the number of products or services used in the United States by You or on Your behalf, the number of products or services sold, leased, licensed, or distributed in the United States by You or on Your behalf, as well as all revenues, costs, profits (gross and net), margins (gross and net), and any other financial benefit You have realized associated with the categories above; the location of the sales according to any and all definitions that You track in Your normal course of business (e.g., the country where the product or service is at the time of sale, the country where the customer or user is signed up, the country where the server is, the country where the company recognizes the revenue), and a description of how You differentiate between U.S. sales and non-U.S. sales for internal or financial reporting purposes. Your answer should include an identification of all documents and communications related to Your answer (by Bates ranges) and the persons most knowledgeable about Your answer.

**RESPONSE TO INTERROGATORY NO. 20:**

In addition to its general objections, Kove objects to this Interrogatory as overly broad and unduly burdensome to the extent it seeks information that is neither relevant to any claim or defense in the litigation nor proportional to the needs of the case. Kove objects to this Interrogatory

to the extent that it seeks information that is subject to confidentiality agreements or the privacy rights of third-parties. Kove objects to this Interrogatory to the extent that it seeks information that either is not in Kove's possession, custody, or control, or would require Kove to perform substantial analysis that could be performed by AWS. Kove objects to this Interrogatory to the extent it prematurely seeks expert opinions and discovery. Kove further objects to this Interrogatory on the grounds that it is vague, unclear and ambiguous, including, without limitation, with respect to the use of the term "Kove Products & Services". Kove also objects to this Interrogatory as being compound and containing multiple subparts. Kove further objects to this Interrogatory as not being limited to any specific time period.

Subject to the foregoing general and specific objections, Kove responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), the information requested by this Interrogatory may be determined from documents produced by Kove and the burden of deriving the requested information will be substantially the same for Kove as it is for AWS. In particular, Kove directs AWS to the following documents:

KOV_00037363; KOV_00037364; KOV_00037365; KOV_00037366; KOV_00037367; KOV_00037368; KOV_00037369; KOV_00037370; KOV_00037371; KOV_00037372; KOV_00037373; KOV_00037790.

Kove identifies John Overton as a person most knowledgeable about Kove's answer.

Kove reserves the right to amend or supplement this response as discovery progresses.

**INTERROGATORY NO. 21:**

Identify the Kove Products & Services that were the subject of any discussions or transactions between Kove and each of the following entities: (i) ESPN, Inc. and Sanbolic, Inc. (*see, e.g.,* KOVE_00016678); (ii) Argonne National Labs ("ANL"), including the Kove Products

3

Dated: December 11, 2020

Respectfully submitted,

*/s/  Jaime F. Cardenas-Navia*

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No. 6320395)
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
Reichman Jorgensen LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (650) 623-1403
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Reichman Jorgensen LLP
1615 M Street, NW, Suite 300
Washington, DC 20036
Telephone: (202) 894-7311
Telecopier: (650) 623-1449

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Michael Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
Rahul Sarakar (*pro hac vice*)
rsarkar@reichmanjorgensen.com
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna Ballard (Identification No. 155188)
sballard@reichmanjorgsensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.**

## VERIFICATION

I verify that I have reviewed the above responses, which are true to the best of my knowledge, information, and belief. I verify that Kove IO, Inc. ("Kove") collected factual information in the above responses from documents in the possession, custody, or control of Kove, or from persons with personal knowledge of the subject matter of the response, and with the assistance of counsel representing Kove. I am informed and believe that the matters stated herein are true and correct, and on that basis verify the response on behalf of Kove. To the extent Kove based the above responses on information collected from others, I verify not on personal knowledge, but on information and belief. I am authorized to make this verification for an on behalf of Kove. I declare under penalty of perjury that the foregoing is true and correct.

By: John Overton
Date: December 11, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2020, Kove's Responses and Objections to AWS's Fifth Set of Interrogatories (Nos. 20-21) was served on counsel of record via email.

<u>/s/ Jaime F. Cardenas-Navia</u><br>
Jaime F. Cardenas-Navia