IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc.,<br><br>      Plaintiff,<br><br> vs.<br><br>Amazon Web Services, Inc.,<br><br>      Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Rebecca R. Pallmeyer<br>Hon. Sheila M. Finnegan,<br>Magistrate Judge<br><br>Jury Trial Demanded |

**DECLARATION OF MICHAEL W. MARVIN IN SUPPORT OF KOVE'S
OPPOSITION TO AWS'S MOTION TO COMPEL SUFFICIENT TIME TO
DEPOSE JOHN K. OVERTON AND NON-EMAIL ESI DOCUMENTS**

I, Michael W. Marvin, declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above-referenced action. I am admitted to the State Bars of California and New York. I have been admitted to appear in this case *pro hac vice*. I make this declaration of my own personal knowledge and, if compelled to testify, I could and would testify competently thereto. I submit this declaration in support of Kove's Opposition to Amazon Web Services, Inc.'s Motion to Compel Sufficient Time to Depose John K. Overton and Non-Email ESI Documents.

2. Attached as Exhibit A is a document prepared by counsel for Kove that provides a side-by-side comparison of 30(b)(6) deposition topics noticed by AWS.

3. Attached as Exhibit B is a true and correct copy of a letter from Jaime Cardenas-Navia, counsel for Kove, to counsel for AWS, dated June 16, 2021.

4. Attached as Exhibit C is a Declaration of John K. Overton, executed on October 7, 2021, in Chicago, Illinois.

5. Attached as Exhibit D is a true and correct copy of Econnectix Corporation Check Detail, bearing production number KOV_00062746.

6. Attached as Exhibit E is a true and correct copy of Econnectix Corporation Profit & Loss Detail, bearing production number KOV_00063052.

7. Attached as Exhibit F is a true and correct excerpt of the transcript of the deposition of Keith Connolly on August 12, 2021.

8. Attached as Exhibit G is a true and correct copy of AWS's February 12, 2020, Notice of 30(b)(6) deposition to Kove IO, Inc.

9. Attached as Exhibit H is a true and correct copy of AWS's October 6, 2020, Notice of 30(b)(6) deposition to Kove IO, Inc.

10. Attached as Exhibit I is a true and correct copy of AWS's May 20, 2021, Notice of 30(b)(6) deposition to Kove IO, Inc.

11. Attached as Exhibit J is a true and correct copy of AWS's August 20, 2021, Notice of 30(b)(6) deposition to Kove IO, Inc.

12. Attached as Exhibit K is a true and correct copy of 2008 Q2 XPD Quality Assurance Enhancements, bearing production number KOV_00174230.

13. Attached as Exhibit L is a true and correct copy of a letter from Elizabeth Bernard, former counsel for AWS, to counsel for Kove, dated June 30, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in San Francisco, California, on the 7th day of October 2021.

    /s/ Michael Marvin

Michael W. Marvin (*pro hac vice*)
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                     */s/ Khue V. Hoang*
                                                        Khue V. Hoang