# Exhibit A

# EXHIBIT A

## DUPLICATIVE TOPICS

AWS has served four 30(b)(6) Notices in this case: (1) February 12, 2020 (17 Topics) (Ex. G); (2) October 6, 2020 (20 Topics) (Ex. H); (3) May 20, 2021 (4 Topics) (Ex. I); and (4) August 20, 2021 (14 Topics) (Ex. J). The following table contains a side-by-side comparison of topics with duplicative or overlapping subject matter.

| | |
|---|---|
| • **Ex. G, Topic 3:** Prior Art related to the Asserted Patents and Related Patents, including references cited during the prosecution of the Asserted Patents and references identified in AWS' Initial Invalidity Contentions dated August 6, 2019 or Final Invalidity Contentions dated February 11, 2020. | • **Ex. H, Topic 3:** Prior art to the patents-in-suit and the related patents, including prior art known to the named inventors |
| • **Ex. G, Topic 4:** The alleged priority date of each Asserted Claim of the Asserted Patents, including the alleged conception and reduction to practice of the invention(s) described in the Asserted Patents and, for any Asserted Claim that claims priority to an earlier application, where each element of the Asserted Claim is allegedly found in the earlier application. | • **Ex. H, Topic 2:** Conception and reduction to practice of the inventions described in the patents-in-suit and related patents. |
| • **Ex. G, Topic 5:** The prosecution of the Asserted Patents and Related Patents, including any decisions on how to distinguish the alleged inventions from the prior art and to disclose or not disclose information to the Patent Office. | • **Ex. H, Topic 4:** Prosecution of the patents-in-suit and related patents. |
| • **Ex. G, Topic 9:** The business of Kove and of any present or former owners or assignees of the Asserted Patents, including related to research and development, engineering, manufacturing, licensing, sales and marketing, customers, distribution, technical services, sales and profits, and investors. | • **Ex. H, Topic 8:** Kove's financial condition from its founding—including predecessor entities[1]—to the present, including but not limited to its quarterly and annual revenue, expenses, profits, and capitalization<br>• **Ex. H, Topic 9:** Kove's corporate structure, history and organization from founding to the present, including any predecessor entities |
| • **Ex. G, Topic 10:** The relationship of any present or former owners or assignees of the Asserted Patents to Kove and to the Asserted Patents. | • **Ex. H, Topic 6:** Ownership of the patents-in-suit from the time of the filing of the first related application to the present, including any assignments or other transactions—including licensing arrangements or agreements—concerning the patents-in-suit or related patents |

| | |
|---|---|
| • **Ex. G, Topic 11:** All agreements, licenses, settlements, negotiations, demands, and allegations of infringement by Kove or by any present or former owners or assignees of the Asserted Patents related to the Asserted Patents or this lawsuit. | • **Ex. H, Topic 16:** Any royalties ever received or requested by Kove for licensing of the patents-in-suit, or payments received or requested for products or services that relied in any part on the inventions underlying the patents-in-suit or related patents, including any valuations of the patents-in-suit or related patents by Kove or outside investors |
| • **Ex. G, Topic 12:** All financing, fee or contingency arrangements related to the Asserted Patents or this lawsuit, including the identity of any investors or funders of Kove's participation in this lawsuit, and all related correspondence. | • **Ex. H, Topic 18:** All finances of Kove or its predecessor entities, including investors, investments, working capital, expenses, revenue, and profits, and including any internal allocations of the value of the patents-in-suit or related patents |
| • **Ex. G, Topic 13:** Kove's knowledge of AWS and AWS products or services, including the Accused Products, AWS S3 and AWS DynamoDB. | • **Ex. H, Topic 14:** Kove's first knowledge of AWS's alleged infringement, including the date(s) of first knowledge of the accused products, S3 and DynamoDB |
| • **Ex. G, Topic 14:** Kove's allegations of infringement against AWS related to the Asserted Patents, including all facts that support or refute Kove's allegations of infringement. | • **Ex. H, Topic 14:** Kove's first knowledge of AWS's alleged infringement, including the date(s) of first knowledge of the accused products, S3 and DynamoDB |
| • **Ex. G, Topic 15:** All factual bases related to the validity or invalidity of the Asserted Patents. | • **Ex. H, Topic 3:** Prior art to the patents-in-suit and the related patents, including prior art known to the named inventors. |
| • **Ex. G, Topic 16:** All factual bases related to Kove's claimed damages in this lawsuit. | • **Ex. H, Topic 15:** All facts which may support any claim for damages Kove alleges against AWS, including any facts Kove alleges or intends to allege would be relevant to a hypothetical license negotiation concerning a reasonable royalty |
| • **Ex. G, Topic 17:** Kove's document collection and production in this lawsuit and Kove's document retention policies. | • **Ex. J, Topic 12:** The existence, location, custodians, retention, collection, and production of documents responsive to the document requests propounded on Kove in this litigation, including the search and collection of documents from Kove's current and former employees and any other documents under Kove's possession, custody, or control. |
| • **Ex. I, Topic 3:** Kove's first awareness of AWS, including without limitation the Amazon S3 and DynamoDB services, and the facts relating to Kove's meetings with attorneys in 2014 and 2015, including the meetings referenced on Kove's September 16, 2020 privilege log. | • **Ex. H, Topic 14:** Kove's first knowledge of AWS's alleged infringement, including the date(s) of first knowledge of the accused products, S3 and DynamoDB. |