# Exhibit A



Jaime F. Cardenas-Navia
750 3rd Avenue, Suite 2400
New York, NY 10017
Direct Dial: (646) 921-1474
jcardenas-navia@reichmanjorgensen.com

June 16, 2021

**By E-Mail**

Jeffrey Saltman
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 20015
jeffrey.saltman@fischllp.com

    RE:    *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Jeffrey,

On the subject of AWS's Rule 30(b)(6) deposition notices, please provide the following information in advance of our next meet and confer, so that we may have an effective and efficient discussion regarding the matters for examination.

AWS served 30(b)(6) Notices on February 2, 2020 and October 6, 2020 that contain largely overlapping topics. For each of the February 2 topics identified below, please explain with specificity what matters for examination (if any) AWS intends to cover that is not already covered in the corresponding October 6 topics:

| February 2, 2020 30(b)(6) Notice | Corresponding October 6, 2020 30(b)(6) Notice |
|---|---|
| Topic 1 | Topics 1-6, 10-13, 15 |
| Topic 2 | Topics 1, 2, 3 |
| Topic 3 | Topics 3, 4 |
| Topic 4 | Topic 2 |
| Topic 5 | Topics 3, 4, 10 |
| Topic 8 | Topics 11, 13 |
| Topic 9 | Topics 8, 9 |
| Topic 10 | Topics 6, 9 |
| Topic 11 | Topics 16 |
| Topic 12 | Topics 18 |
| Topic 13 | Topics 14 |
| Topic 14 | Topics 1, 14 |
| Topic 15 | Topic 3 |
| Topic 16 | Topic 15 |

Kove reserves the right to serve, amend, and/or supplement objections to AWS's Rule notices, based on your responses.

Page 1

Sincerely,

*[signature]*

Jaime Cardenas-Navia