**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Rebecca R. Pallmeyer |
| v. | Hon. Sheila M. Finnegan |
| Amazon Web Services, Inc., | Jury Trial Demanded |
| Defendant. | |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE
TO FILE RESPONSE AND EXHIBITS UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2(c), Plaintiff Kove IO, Inc. ("Kove") moves for leave to file under seal its Response to AWS's Motion for Protective Order Regarding 30(b)(6) Topic Nos. 84-85 and 87-88 and Requests for Production Nos. 219-221 and 223-226 (the "Response"), as well as all Exhibits to the Declaration of Taylor N. Mauze In Support of Response to AWS's Motion for Protective Order Regarding 30(b)(6) Topic Nos. 84-85 and 87-88 and Requests for Production Nos. 219-221 and 223-226 ("Exhibits"). In support thereof, Kove states as follows:

1. On July 10, 2019, the Court entered the Parties' Agreed Protective Order (Dkt. No. 55), pursuant to which information designated by Kove or Amazon Web Services, Inc. ("AWS") as Confidential or Highly Confidential may not be publicly disclosed.

2. The Response and Exhibits cite information or contain quotations from documents that AWS has designated as Confidential or Highly Confidential subject to the Protective Order.

3. Pursuant to Local Rule 26.2(c), Kove is provisionally filing the Response under seal and serving it on all parties. Contemporaneously, Kove has publicly filed a redacted version

of the Response, redacting only the information designated by the parties as Confidential or Highly

Confidential, along with slip sheets for Exhibits redacted in their entirety.

WHEREFORE, for the foregoing reasons, Kove respectfully requests that this Court grant

its motion to file under seal its Response and Exhibits.

Dated: October 7, 2021

Respectfully submitted,

/s/ Khue V. Hoang

Khue V. Hoang *(pro hac vice)*
khoang@reichmanjorgensen.com
Jaime Cardenas-Navia *(pro hac vice)*
jcardenas-navia@reichmanjorgensen.com
Michael W. Marvin *(pro hac vice)*
mmarvin@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 623-1449

Christine E. Lehman *(pro hac vice)*
clehman@reichmanjorgensen.com
Adam Adler *(pro hac vice)*
aadler@reichmanjorgensen.com
Phil Eklem *(pro hac vice)*
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1710 Rhode Island Ave, NW, 12th Floor
Telephone: (202) 894-7310
Facsimile: (650) 623-1449

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No. 6320395)
hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Facsimile: (312) 580-2201

Courtland L. Reichman *(pro hac vice)*
creichman@reichmanjorgensen.com
Shawna L. Ballard (Identification No. 155188)
sballard@reichmanjorgensen.com
Kate M. Falkenstien *(pro hac vice)*
kfalkenstien@reichmanjorgensen.com
Taylor N. Mauze *(pro hac vice)*
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of October 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Khue V. Hoang*

Khue Hoang