**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Rebecca R. Pallmeyer |
| vs. | Hon. Sheila M. Finnegan, Magistrate Judge |
| Amazon Web Services, Inc., | Jury Trial Demanded |
| Defendant. | |

**DECLARATION OF TAYLOR N. MAUZE IN SUPPORT OF RESPONSE TO AWS'S MOTION FOR PROTECTIVE ORDER REGARDING 30(b)(6) TOPIC NOS. 84-85 AND 87-88 AND REQUESTS FOR PRODUCTION NOS. 219-21 AND 223-26**

I, Taylor N. Mauze, declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above-referenced action. I am admitted to the State Bar of Texas. I have been admitted to appear in this case *pro hac vice*. I make this declaration of my own personal knowledge and, if compelled to testify, I could and would testify competently thereto. I submit this declaration in support of Kove IO, Inc.'s Response to AWS's Motion for Protective Order Regarding 30(B)(6) Topic Nos. 84-85 And 87-88 and Requests for Production Nos. 219-21 and 223-26.

2. Attached as Exhibit A is a true and correct copy of DynamoDB P&L Statement, produced as AMZ_KOVE_000463914. It is being filed under seal.

3. Attached as Exhibit B is a true and correct copy of Amazon S3 P&L Statement, produced as AMZ_KOVE_000463920. It is being filed under seal.

4. Attached as Exhibit C is a true and correct copy of Amazon S3 2018 AWS OP1, produced as AMZ_KOVE_000237880. It is being filed under seal.

5. Attached as Exhibit D is a true and correct copy of Draft "OP1" Business Plan for DynamoDB, produced as AMZ_KOVE_000466810. It is being filed under seal.

6. Attached as Exhibit E is a true and correct copy of an e-mail titled "Re: [COE] Prime Day Master COE for AWS/CDO on 2016-08-04 [ABANDONED]" from February 27, 2017 between Erik Karulf and Jane Mooney, bearing production number AMZ_KOVE_000273229. It is being filed under seal.

7. Attached as Exhibit F is a true and correct copy of an e-mail titled "Volunteer for DynamoDB" from September 22, 2016 between Raju Gulabni, Kacy Hassack, Meghan Glidden, and Sigal Laufer, bearing production number AMZ_KOVE_000235956. It is being filed under seal.

8. Attached as Exhibit G is a true and correct copy of Amazon DynamoDB – a Fast and Scalable NOSQL Database Service Designed for Internet Scale Applications, produced as AMZ_KOVE_000452063. It is being filed under seal.

9. Attached as Exhibit H is a true and correct copy of Meeting Notes between Jeff Bezos, Andy Jassy, and other Amazon employees, produced as AMZ_KOVE_000444305. It is being filed under seal.

10. Attached as Exhibit I is a true and correct copy of 10172013 Wikibon SiliconANGLE Andy Jassy, produced as AMZ_KOVE_000375531. It is being filed under seal.

11. Attached as Exhibit J is a true and correct copy of an e-mail titled "RE: two events on single hot meta bucket key in last 24 hours" from September 16, 2009 between Doug Grismore, Derek Denny-Brown, Sohel Ahuja, Guna Kakulapati, Michael Ten-Pow, and s3keymap-team, bearing production number AMZ_KOVE_000091297. It is being filed under seal.

12. Attached as Exhibit K is a true and correct copy of Wiki Titled "LaunchPlan", produced as AMZ_KOVE_000070227. It is being filed under seal.

13. Attached as Exhibit L is a true and correct copy of an e-mail titled "Re: Increased 53Barney traffic in CMH on Oct 12" from October 17, 2017 between Yotam Lemberger, Eyal Zangi, Ankur Singla, s3-index-transcation, and Seth Markle, bearing production number AMZ_KOVE_000094196. It is being filed under seal.

14. Attached as Exhibit M is a true and correct copy of an e-mail titled "Distribution of S3 (outbound) data transfer across keys" from February 18, 2007 between John Cormie and s3scale, bearing production number AMZ_KOVE_000225238. It is being filed under seal.

15. Attached as Exhibit N is a true and correct copy of an e-mail titled "AWS / Azure / Google Throughput Profile" from August 2, 2013 between Steve McKeller and s3-throughput, bearing production number AMZ_KOVE_000479160. It is being filed under seal.

16. Attached as Exhibit O is a true and correct copy of Level 2 – Level 7 Promotion Request Summary Form, produced as AMZ_KOVE_000236440. It is being filed under seal.

17. Attached as Exhibit P is a true and correct copy of an e-mail titled "RE: Announcing Amazon DynamoDB" from January 18, 2012 between Raju Gulabani, Andrew Jassy, Smai Sivasubramanian, David Lang, aws-team, aws-busdev, aws-marketing, aws-dev-support, and aws-bdms-dbservices, bearing production number AMZ_KOVE_000091828. It is being filed under seal.

18. Attached as Exhibit Q is a true and correct copy of an e-mail titled "S3 Weekly Metrics - 06-23-2012" from June 26, 2012 between Gaurav Kathpalia and aws-storage-business-metrics, bearing production number AMZ_KOVE_000460874. It is being filed under seal.

19. Attached as Exhibit R is a true and correct copy of an e-mail titled "Re: S3 Daily Metrics" from October 31, 2017 between Jeff Bezos, Andrew Jassy, Alyssa Henry, s3-metrics, Charlie Bell, and James Adkins, bearing production number AMZ_KOVE_000225251. It is being filed under seal.

20. Attached as Exhibit S is a true and correct copy of an e-mail titled "S3 Daily Metrics (Thu 12/28/2017)" from December 29, 2017 between ec2-bi, aws-metrics, Jeff Bezos, s3-dailymetrics, s3-daily-dashboard, and aws-product-bi, bearing production number AMZ_KOVE_000267262. It is being filed under seal.

21. Attached as Exhibit T is a true and correct copy of an e-mail titled "DynamoDB Weekly Report - Week Ending 3/3/2018" from March 7, 2018 between db-services-metrics,

dynamodb-managers, and dynamodb-gtm, bearing production number AMZ_KOVE_000466876. It is being filed under seal.

22. Attached as Exhibit U is a true and correct copy of an e-mail titled "Re: DynamoDb replication vs. Paxos" from September 26, 2012 between Wei Xiao, James Hamilton, Tim Rath, sdb-dev, Swami Sivasubramanian, Rande Blackman, and Stuart Marshall, bearing production number AMZ_KOVE_000226733. It is being filed under seal.

23. Attached as Exhibit V is a true and correct copy of Wiki Titled "NewHires", produced as AMZ_KOVE_000068468. It is being filed under seal.

24. Attached as Exhibit W is a true and correct copy of Wiki Titled "S3", produced as AMZ_KOVE_000012822. It is being filed under seal.

25. Attached as Exhibit X is a true and correct copy of Wiki Titled "User:Sanchezo", produced as AMZ_KOVE_000086745. It is being filed under seal.

26. Attached as Exhibit Y is a true and correct copy of Wiki Titled "HowToDebugDynamoCalls", produced as AMZ_KOVE_000074340. It is being filed under seal.

27. Attached as Exhibit Z is a true and correct copy of Wiki Titled "2018-10-01", produced as AMZ_KOVE_000065925. It is being filed under seal.

28. Attached as Exhibit AA is a true and correct copy of Wiki Titled "Notes" produced as AMZ_KOVE_000071210. It is being filed under seal.

29. Attached as Exhibit AB is a true and correct copy of Wiki Titled "AWSPremiumSupport"", produced as AMZ_KOVE_000435749. It is being filed under seal.

30. Attached as Exhibit AC is a true and correct copy of DynamoDB Weekly Metrics Instructions, produced as AMZ_KOVE_000448440. It is being filed under seal.

31. Attached as Exhibit AD is a true and correct copy of Weekly Metrics - Instructions, produced as AMZ_KOVE_000460869. It is being filed under seal.

32. Attached as Exhibit AE is a true and correct copy of excerpts of the deposition testimony of Donal Walsh taken remotely in the above-captioned action on August 25, 2021. It is being filed under seal.

33. Attached as Exhibit AF is a true and correct copy of a letter from Michael Marvin, counsel for Kove, to counsel for AWS, dated May 18, 2021. It is being filed under seal.

34. Attached as Exhibit AG is a true and correct copy of a letter from Adam Adler, counsel for Kove, to counsel for AWS, dated May 7, 2021. It is being filed under seal.

35. Attached as Exhibit AH is a true and correct copy of a letter from Lisa Phillips, counsel for AWS, to counsel for Kove, dated June 21, 2021. It is being filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Austin, Texas on the 7th day of October 2021.

        /s/ Taylor N. Mauze

Taylor N. Mauze (*pro hac vice*)
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                   */s/ Taylor N. Mauze*
                                                  Taylor N. Mauze