# Exhibit AE

## FILED UNDER SEAL