# Exhibit AF

## FILED UNDER SEAL