# Exhibit AG

## FILED UNDER SEAL