# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Kove IO, Inc.

                    Plaintiff,

v.                                         Case No.: 1:18−cv−08175

                                                          Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 15, 2021:

      MINUTE entry before the Honorable Sheila M. Finnegan: Plaintiff's motion to compel discovery of Andrew Jassy [351, 352] is granted in part and denied without prejudice in part. See Order for details. The separate Order is currently under seal to allow the parties an opportunity to review it to determine whether they believe any portions should remain sealed provided this is legally permissible. See, e.g., Jepsen, Inc. v. Makita Elec. Works, Ltd., 30 F.3d 854, 859 (7th Cir. 1994), and Pepsico, Inc. v. Redmond, 46 F.3d 29 (7th Cir. 1995). The Order will be unsealed on 10/22/2021 in the absence of a filing seeking to maintain the seal for specific portions of the Order. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.