**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| KOVE IO, INC., | |
| *Plaintiff*, | Case No. 1:18-cv-8175 |
| v. | |
| AMAZON WEB SERVICES, INC., | |
| *Defendant*. | |

## <u>MOTION TO MAINTAIN UNDER SEAL LIMITED PORTIONS OF THE COURT'S OCTOBER 15, 2021 ORDER</u>

Amazon Web Services, Inc. hereby moves this Court to maintain under seal limited portions of the Court's October 15, 2021 Order. Counsel for AWS and Plaintiff Kove have conferred and Kove indicated that it is reserving its decision on whether it will oppose the motion until it has reviewed the motion and supporting papers. AWS requests limited redactions to the Court's Order to maintain confidential information, as explained below and in the attached declaration:

1. On June 25, 2021 Kove filed its Motion to Compel Discovery of Andrew Jassy (Dkt. No. 351) under seal, asking the Court to compel: (1) production of Mr. Jassy's emails; (2) production of a copy of a 2003 six-page document authored by Mr. Jassy; and (3) Mr. Jassy's individual deposition testimony.

2. On July 19, 2021 AWS filed its Opposition to Kove's Motion to Compel Discovery of Andrew Jassy (Dkt. No. 361) under seal.

3.      On October 15, 2021, the Court entered a Minute Entry (Dkt. No. 440) indicating that the separate Order granting in part and denying without prejudice in part Kove's motion (Dkt. No. 441) was entered under seal. The Court advised that the Order was under seal so that the parties could review it and determine whether any portions should remain sealed under the applicable case law.[1]

4.      After review of the case law and careful consideration of the AWS information contained in the Court's Order, AWS respectfully asserts that limited redactions are necessary to maintain confidentiality and avoid competitive harm to AWS.

5.      In support of its motion, AWS submits Ex. A, the Declaration of Lara Rogers in Support of AWS's Motion to Maintain Under Seal Limited Portions of the Court's October 15, 2021 Order. The declaration provides good cause for maintaining the confidentiality of each category of information included in the limited redactions.

6.      Counsel for AWS has conferred with counsel for Kove and Kove indicated that it is reserving its decision on whether it will oppose the motion until it has reviewed the motion and supporting papers.

7.      A proposed redacted version of the Court's Order is attached as Ex. B.

---

[1] Dkt. No. 440 (citing *Pepsico, Inc. v. Redmond*, 46 F.3d 29 (7th Cir. 1995); *Jepsen, Inc. v. Makita Elec. Works, Ltd.*, 30 F.3d 854, 859 (7th Cir. 1994)).

Accordingly, AWS respectfully requests that this Court grant AWS's Motion to Maintain Under Seal Limited Portions of the Court's October 15, 2021 Order.

Dated: October 21, 2021

Respectfully submitted,

AMAZON WEB SERVICES, INC.

By: /s/ *R. William Sigler*

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Adam A. Allgood (*pro hac vice*)
*adam.allgood@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Ave NW Fourth Floor
Washington, D.C. 20015
202.362.3500

*Attorneys for Defendant Amazon Web Services, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 21, 2021, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means

*/s/ R. William Sigler*
R. William Sigler