# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 |

**DECLARATION OF LARA ROGERS IN SUPPORT OF AWS'S MOTION TO MAINTAIN UNDER SEAL LIMITED PORTIONS OF THE COURT'S OCTOBER 15, 2021 ORDER**

I, LARA ROGERS, hereby declare as follows:

1. I am Senior Corporate Counsel for Amazon.com, Inc. I have personal knowledge of the facts set forth in this Declaration, or access to information and records allowing me to confirm these facts. If called as a witness, I could testify competently to these facts under oath. I declare the following to be true and accurate statements relating to AWS. On behalf of AWS, I respectfully request that the Court maintain the seal upon the following information:

2. A small portion of the two search terms Kove requested be used to search AWS's custodian's ESI should remain confidential as they reflect confidential information about analytics regarding AWS's services. If publicly disclosed, that information could harm AWS's competitive position.

3. The search "hit" counts from AWS's searches of its custodians' emails should remain confidential as they reflect AWS's internal process for ESI collection and the results of that collection which, if revealed, could prejudice AWS in potential future cases.

4. The text of Andrew Jassy's emails should remain confidential as they include sensitive AWS information, including revenue figures and technical performance issues. AWS's competitive position would likely be harmed should the contents of these emails be revealed to the public.

5. Deposition testimony of AWS's witnesses, including Allan Vermeulen and Jeffrey Barr, regarding the accused services and the roles of AWS personnel in their development should remain confidential as such testimony includes sensitive information about AWS's services, AWS's witnesses' assessment of their value to the company, and other confidential information about the roles of AWS's employees. AWS's competitive position would likely be harmed should the contents of this testimony be revealed to the public.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2021

_____
Lara Rogers, Esq.