## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Kove IO, Inc.
                Plaintiff,

v.                                                            Case No.: 1:18−cv−08175
                                                                    Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 26, 2021:

      MINUTE entry before the Honorable Sheila M. Finnegan: Defendant's Motion to Maintain Under Seal Limited Portions of the Court's October 15, 2021 Order [442] is granted in part and denied in part. The motion is granted as to certain search terms, portions of certain emails, and portions of certain deposition testimony. The motion is otherwise denied for lack of a showing of good cause. "The Seventh Circuit has made clear that motions to seal must make a specific showing of good cause. Neither the parties' agreement to keep something secret nor the unadorned assertion that something is confidential demonstrates good cause to seal a document." Kotoklo v. Karpinski, No. 20 C 635, 2021 WL 4516362, at *2 (N.D. Ill. Apr. 12, 2021). In addition, any documents that "influence or underpin" a district court's judicial decision will be subject to greater scrutiny and may be unsealed and open to public view. See City of Greenville v. Syngenta Crop Prot., LLC, 764 F.3d 695, 698 (7th Cir. 2014) ("Public access depends on whether a document 'influenc[ed] or underpin[ned] the judicial decision."); Union Oil Co. v. Leavell, 220 F.3d 562, 567−68 (7th Cir. 2010) ("Documents that affect the disposition of federal litigation are presumptively open to public view, even if the litigants strongly prefer secrecy, unless a statute, rule, or privilege justifies confidentiality."). Here, Defendant's generic assertion that certain portions of the opinion recite sensitive information about ESI collection, AWS services, and the roles of AWS employees is insufficient to justify redacting those portions from the record. Mailed notice (sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.