IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

## JOINT MOTION FOR MODIFICATION OF CASE SCHEDULE

Plaintiff Kove IO, Inc. and Defendant Amazon Web Services, Inc. (collectively, the "Parties") jointly request that the Court enter an order extending the Close of Initial Fact Discovery from November 19, 2021, as currently set forth by the Court in its August 17, 2021 entry (ECF No. 388), to the later of February 18, 2022 or sixty (60) days after the completion of any document production or discovery response supplementation pursuant to any Order(s) by the Court, including but not limited to Order(s) on the Pending Discovery Motions.

In support thereof, the Parties state the following:

1. On August 17, 2021, the Parties submitted a Joint Motion for Modification of Case Schedule (ECF No. 387) stating, *inter alia*, that the Parties had agreed to an extension of the Close of Initial Fact Discovery of two months (from September 14, 2021 to November 19, 2021), and an extension to the deadline to file motions regarding pending discovery disputes from August 20, 2021 to September 2, 2021.

2. On August 17, 2021, the Court issued a Minute Order (ECF No. 388) extending the Close of Initial Fact Discovery from September 14, 2021 to November 19, 2021, and

stating that the deadline to file motions regarding pending discovery disputes was extended to September 2, 2021.

3. On August 31, 2021, the Parties submitted an Agreed Motion to Extend Deadline (ECF No. 389) stating that the Parties had agreed to an extension of the deadline to file motions regarding pending discovery disputes from September 2, 2021 to September 9, 2021.

4. On August 31, 2021, the Court issued an Order (ECF No. 390) extending the deadline to file motions regarding pending discovery disputes from September 2, 2021 to September 9, 2021.

5. On September 14, 2021, the Parties submitted a Joint Status Report (ECF No. 416) requesting that the briefing schedules for ECF Nos. 393, 397, 400, 403, 406, and 409 be set for Responses to be due by October 7, 2021 and Replies to be due by October 28, 2021.

6. On September 17, 2021, the Court issued a Minute Entry (ECF No. 417) setting the following briefing schedule for all pending discovery motions: Responses are due by October 7, 2021, and Replies are due by October 28, 2021. This briefing schedule applies to the following motions (collectively, the "Pending Discovery Motions"):

- AWS's Motion to Compel Sufficient Time to Depose John K. Overton and Non-Email ESI Documents (ECF No. 393);
- AWS's Motion for Protective Order Regarding 30(b)(6) Topic Nos. 84-85 and 87-88 and Requests for Production Nos. 219-21 and 223-26 (ECF Nos. 397, 398);
- Kove IO, Inc.'s Motion for Protective Order Regarding Discovery Into Litigation Financing (ECF Nos. 400, 401);
- Kove IO, Inc.'s Motion to Enforce Compliance with Court Order and to Compel Various Discovery (ECF Nos. 403, 407);
- Kove's Motion to Compel Amazon Web Services to Produce Information Regarding Usage, Financial, and Hypothetical Negotiation Data (ECF Nos. 405, 406); and

- Kove IO, Inc.'s Motion to Compel Hardware, Metrics, & Predecessor Product Information (ECF Nos. 409, 410).

The Court also ordered the Parties to file a further Joint Status Report by October 29, 2021.

7. In light of the Pending Discovery Motions, the number of depositions remaining to be scheduled, and other issues the Parties are working to resolve, the Parties have agreed to an additional extension to the Close of Initial Fact Discovery from November 19, 2021 to the later of February 18, 2022 or sixty (60) days after the completion of any document production or discovery response supplementation pursuant to any Order(s) by the Court.

8. As stated in the Parties' August 17, 2021 Joint Motion for Modification of Case Schedule (ECF No. 387), the Parties recognize that the deadline to serve written discovery requests requiring a response within 30 days under the FRCP was July 28, 2021, and the present agreed-to extension of the Close of Initial Fact Discovery does not extend, revive, or otherwise impact that past deadline.

9. To streamline the remaining discovery schedule, a Party subject to a discovery Order shall make good faith efforts to comply fully with such Order as quickly as practicable but not later than forty-five (45) days after issuance of the Order. Should the Order require a Party to produce discovery that can't be reasonably completed within forty-five days, the Parties agree to confer and propose an alternative schedule for compliance. The ordered Party shall also notify the receiving Party of its compliance within three (3) days of doing so. The receiving Party shall identify any issues with the purported compliance within fourteen (14) days of receiving the notice. The Parties shall meet and confer in good faith to resolve the identified issues within ten (10) days.

    If the Parties are unable to do so, they may file a motion with the Court within fourteen (14) days after the meet and confer discussions.

10. The Parties also agree to work cooperatively to expeditiously schedule and complete outstanding noticed depositions, including identifying designees and corresponding topics for 30(b)(6) depositions at least ten (10) days prior to their scheduled depositions.

WHEREFORE the Parties respectfully request that the Court grant this Motion and enter the attached [Proposed] Amended Scheduling Order.

Case: 1:18-cv-08175 Document #: 447 Filed: 10/27/21 Page 5 of 7 PageID #:14735

Dated: October 27, 2021 Respectfully Submitted,

KOVE IO, INC. AMAZON WEB SERVICES, INC.

By: */s/ Khue V. Hoang* By: */s/ Jeffrey M. Saltman*

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No. 6320395)
hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna Ballard (*pro hac vice*)
sballard@reichmanjorgsensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Michael G. Flanigan (*pro hac vice*)
mflanigan@reichmanjorgensen.com Kate Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
Karlanna M. Lewis (*pro hac vice*)
klewis@reichmanjorgensen.com
Taylor N. Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Michael Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
Michael Matulewicz-Crowley (*pro hac vice*)
mmatulewicz-crowley@reichmanjorgensen.com

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Adam A. Allgood (*pro hac vice*)
*adam.allgood@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Ave NW
Fourth Floor
Washington, D.C. 20015
202.362.3500

*Attorneys for Defendant Amazon Web Services, Inc.*

Wesley White
wwhite@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (646) 921-1474
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Phil Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
Aisha Mahmood Haley (*pro hac vice*)
amhaley@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1710 Rhode Island Ave., NW, 12th Floor
Washington, DC 20036
Telephone: (202) 894-7310
Fax: (650) 623-1449

*Attorneys for Plaintiff Kove IO, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                                            */s/ Khue V. Hoang*
                                                                            Khue Hoang