IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | |
| Plaintiff, | Civil Action No. 1:18-cv-08175 |
| v. | Judge Rebecca R. Pallmeyer |
| AMAZON WEB SERVICES, INC., | Jury Trial Demanded |
| Defendant. | |

**[PROPOSED] AMENDED SCHEDULING ORDER**

Having considered the Parties' Joint Motion for Modification of Case Schedule of October 20, 2021 (ECF No. ___), the Court hereby **ORDERS** that the Parties' request to extend the Close of Initial Fact Discovery is **GRANTED**. Accordingly, by agreement, the Close of Initial Fact Discovery is hereby **EXTENDED** from November 19, 2021 to the later of February 18, 2022 or sixty (60) days after the completion of any document production or discovery response supplementation pursuant to any Order(s) by the Court on the outstanding pending discovery motions (ECF Nos. 393, 397/398, 400/401, 403/407, 405/406, and 409/410).

The Parties are further **ORDERED** that, for any discovery Order that the Court issues:

- The party subject to the discovery Order is **ORDERED** to comply fully with the discovery Order as soon as practicable but not later than forty-five (45) days after issuance of the Order, and to notify the receiving party of its compliance within three (3) days of full compliance. Should a party be unable to reasonably comply with the discovery Order within forty-five days, the parties shall meet and confer on an alternative schedule for compliance;

- The receiving party is **ORDERED** to identify any issues with the purported compliance within fourteen (14) days of receiving the notice; and

- The Parties are **ORDERED** to meet and confer in good faith to resolve the identified issues within ten (10) days and, if the Parties are unable to do so, they may file a motion with the Court within fourteen (14) days after the meet and confer discussions.

Date:                                                 /s/
                                                  HON. SHEILA M. FINNEGAN
                                                  UNITED STATES MAGISTRATE JUDGE