**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., | |
| *Plaintiff*, | Case No. 1:18-cv-8175 |
| v. | |
| AMAZON WEB SERVICES, INC., | |
| *Defendant*. | |

## MOTION TO SEAL AWS'S REPLY IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER REGARDING 30(b)(6) TOPICS NOS. 84-85 AND 87-88 AND REQUESTS FOR PRODUCTION 219-21 AND 223-26 (DKT. NO. 397)

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, and the requirements of the Protective Order entered in this case (Dkt. 55), Defendant Amazon Web Services, Inc. ("AWS") has filed under seal AWS's Reply in Support of Its Motion for Protective Order Regarding 30(b)(6) Topics Nos. 84-85 and 87-88 and Requests for Production 219-21 and 223-26 (Dkt. 397) ("Reply"), the Declaration of Jeffrey Saltman, and Exhibits O-W to the Declaration of R. William Sigler in support of AWS's Reply in Support of Its Motion for Protective Order Regarding 30(b)(6) Topics Nos. 84-85 and 87-88 and Requests for Production 219-21 and 223-26 (Dkt. 397)—which contain information and documentation that AWS or Kove has designated Confidential or Highly Confidential. AWS seeks leave to file these documents under seal due to the confidentiality designations. In support of this Motion, AWS states as follows:

1. On July 10, 2019, the Court entered the Parties' Agreed Protective Order. (Dkt. 55.) Pursuant to the terms of the Protective Order, AWS has designated certain information about internal usage, internal email addresses, pricing, and revenue as Highly Confidential and Kove also designated certain information as Confidential or Highly Confidential.

2. AWS's Reply, Exhibits O-W, and the declaration of Jeffrey Saltman, and information contained therein, contain information designated as Confidential or Highly Confidential. AWS has filed its Reply, the Declaration of Jeffrey Saltman, and Exhibits O-W thereto under seal, as required by the Protective Order. Contemporaneously, AWS has publicly filed a redacted version of its Reply.

For the forgoing reasons, AWS respectfully requests that the Court enter an order permitting AWS to file its Reply under seal.

Dated: October 28, 2021

Respectfully submitted,

*/s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips *(pro hac vice pending)*
*lisa.phillips@fischllp.com*
Adam A. Allgood (*pro hac vice*)
*adam.allgood@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

*/s/ R. William Sigler*
R. William Sigler