# DECLARATION OF JEFFREY SALTMAN FILED UNDER SEAL