**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KOVE IO, INC.,

    *Plaintiff,*

    v.

AMAZON WEB SERVICES, INC.,

    *Defendant.*

Case No. 1:18-cv-8175

---

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF AWS'S**
**REPLY IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER**
**REGARDING 30(b)(6) TOPICS NOS. 84-85 AND 87-88 AND**
**REQUESTS FOR PRODUCTION 219-21 AND 223-26 (DKT. NO. 397)**

---

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for defendant AWS in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and District of Columbia, and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this declaration in support of AWS's Reply in Support of Its Motion for Protective Order (Dkt. 397).

2. Attached as Exhibit O is a true and correct copy of a Letter from Taylor Mauze, counsel for Kove, to Jeffrey Saltman, counsel for AWS and Elizabeth Bernard, former counsel for AWS to Kove, dated June 10, 2021.

3. Attached as Exhibit P is a true and correct copy of excerpts of an October 17, 2021 Amazon Database and Messaging Services presentation, bearing production number

AMZ_KOVE_000444922.

4.    Attached as Exhibit Q is a true and correct copy of Amazon SimpleDB document, bearing production number AMZ_KOVE_000446222.

5.    Attached as Exhibit R is a true and correct copy of a Letter from Elizabeth Bernard, prior counsel for AWS to Michael Marvin and Adam Adler, counsel for Kove, dated May 14, 2021.

6.    Attached as Exhibit S is a true and correct copy of a Letter from Elizabeth Bernard, prior counsel for AWS to Adam Adler, counsel for Kove, dated March 22, 2021.

7.    Attached as Exhibit T is a true and correct copy of a Letter from Elizabeth Bernard, prior counsel for AWS to Adam Adler and Taylor Mauze, counsel for Kove, dated June 29, 2021.

8.    Attached as Exhibit U is a true and correct excerpted copy of the transcript of the deposition of Allan Vermeulen, taken June 4, 2021.

9.    Attached as Exhibit V is a true and correct copy of an email dated February 18, 2007 and bearing production number AMZ_KOVE_000481098.

10.    Attached as Exhibit W is a true and correct copy of an email dated February 16, 2009 and bearing production number AMZ_KOVE_000225664.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2021.

/s/ R. William Sigler
R. William Sigler