**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., | |
| *Plaintiff,* | Case No. 1:18-cv-8175 |
| v. | |
| AMAZON WEB SERVICES, INC., | |
| *Defendant.* | |

**MOTION TO SEAL AWS'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL
SUFFICIENT TIME TO DEPOSE JOHN K. OVERTON AND NON-EMAIL ESI
DOCUMENTS (DKT. 393)**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, and the requirements of the

Protective Order entered in this case (Dkt. 55), Defendant Amazon Web Services, Inc. ("AWS")

has filed under seal AWS's Reply in Support of Its Motion to Compel Sufficient Time to Depose

John K. Overton and Non-Email ESI Documents (Dkt. 393) ("Reply") and Exhibits M-R to the

Declaration of R. William Sigler in support of AWS's Reply in Support of Its Motion to Compel

Sufficient Time to Depose John K. Overton and Non-Email ESI Documents (Dkt. 393)—which

contain information and documentation that Kove or AWS has designated Confidential or Highly

Confidential. AWS seeks leave to file these documents under seal due to the confidentiality

designations.  In support of this Motion, AWS states as follows:

1. On July 10, 2019, the Court entered the Parties' Agreed Protective Order. (Dkt. 55.) Pursuant

to the terms of the Protective Order, Kove or AWS has designated certain information as Confidential

or Highly Confidential.

2. Kove has designated Exhibits M-R, and information contained therein, as Confidential or Highly Confidential. AWS has filed its Reply and Exhibits M-R thereto under seal, as required by the Protective Order. Contemporaneously, AWS has publicly filed a redacted version of its Reply.

For the forgoing reasons, AWS respectfully requests that the Court enter an order permitting AWS to file its Reply under seal.

Dated: October 28, 2021

Respectfully submitted,

*/s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips *(pro hac vice pending)*
*lisa.phillips@fischllp.com*
Adam A. Allgood (*pro hac vice*)
*adam.allgood@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2021, I electronically filed the foregoing with the

Clerk of the Court for the United States District Court for the Northern District of Illinois, via the

CM/ECF system, which will send notice to all counsel of record who have consented to service

by electronic means.

/s/ R. William Sigler
R. William Sigler