UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Kove IO, Inc.
          Plaintiff,

v.                  Case No.: 1:18−cv−08175
                 Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.
          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 28, 2021:

  MINUTE entry before the Honorable Rebecca R. Pallmeyer: All matters relating to the referral of this case having been resolved, the referral is closed. Magistrate Judge Honorable Sheila M. Finnegan no longer referred to the case.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.