**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Kove IO, Inc.
                                        Plaintiff,
v.                                                          Case No.: 1:18−cv−08175
                                                            Honorable Rebecca R. Pallmeyer
Amazon Web Services, Inc.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 28, 2021:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Attorney Lisa Phillips' motion for leave to appear pro hac vice on behalf of defendant, Amazon Web Services, Inc. [444] is granted. Mailed notice. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.