IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175 |

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF AWS'S REPLY IN SUPPORT OF MOTION TO COMPEL SUFFICIENT TIME TO DEPOSE JOHN K. OVERTON AND NON-EMAIL ESI DOCUMENTS**

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for defendant AWS in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and District of Columbia, and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this declaration in support of AWS's Reply in Support of Its Motion to Compel Sufficient Time to Depose John K. Overton and Non-Email ESI Documents (Dkt. 393).

2. Attached as Exhibit M is a true and correct copy of an agreement signed by Keith Connolly, bearing production number KOV_00217927.

3. Attached as Exhibit N is a true and correct copy of a confidential Kove document, bearing production number KOV_00217936.

4. Attached as Exhibit O is a true and correct copy of excerpts of a confidential

Kove document, bearing production number KOV_00217027.

5. Attached as Exhibit P is a true and correct copy of an email dated December 21, 2018, bearing production number KOV_00064104.

6. Attached as Exhibit Q is a true and correct copy of an email, dated December 23, 2017, bearing production number KOV_00063916.

7. Attached as Exhibit R is a true and correct copy of Kove's Privilege Log, dated September 16, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2021.

/s/ R. William Sigler
R. William Sigler
