# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc.,<br><br>             Plaintiff,<br><br>  vs.<br><br>Amazon Web Services, Inc.,<br><br>             Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Rebecca R. Pallmeyer<br>Hon. Sheila M. Finnegan,<br>Magistrate Judge<br><br>Jury Trial Demanded |

**DECLARATION OF TAYLOR N. MAUZE IN SUPPORT OF
KOVE'S REPLY IN SUPPORT OF MOTION TO COMPEL
<u>HARDWARE, METRICS, & PREDECESSOR PRODUCT INFORMATION</u>**

I, Taylor N. Mauze, declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above-referenced action. I am admitted to the State Bar of Texas. I have been admitted to appear in this case *pro hac vice*. I make this declaration of my own personal knowledge and, if compelled to testify, I could and would testify competently thereto. I submit this declaration in support of Kove's Reply in Support of Motion to Compel Hardware, Metrics, & Predecessor Product Information.

2. Attached as Exhibit 36 is a true and correct copy of a letter from Taylor Mauze, counsel for Kove, to counsel for AWS, dated August 13, 2021.

3. Attached as Exhibit 37 is a true and correct copy of excerpts of the 30(b)(6) deposition testimony of Donal Walsh, taken remotely in the above-captioned action on August 25, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Austin, Texas on the 28th day of October 2021.

                          /s/ Taylor N. Mauze

                          Taylor N. Mauze (*pro hac vice*)
                          REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
                          100 Marine Parkway, Suite 300
                          Redwood Shores, CA 94065

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of October, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                                                                 */s/ Taylor N. Mauze*
                                                                                                  Taylor N. Mauze