# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br> Hon. Sheila M. Finnegan, <br> Magistrate Judge <br><br> Jury Trial Demanded |

**DECLARATION OF MICHAEL W. MARVIN IN SUPPORT OF KOVE'S
REPLY BRIEF IN SUPPORT OF MOTION TO ENFORCE COMPLIANCE WITH
<u>COURT ORDER AND TO COMPEL VARIOUS DISCOVERY</u>**

I, Michael W. Marvin, declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above-referenced action. I am admitted to the State Bars of California and New York. I have been admitted to appear in this case *pro hac vice*. I make this declaration of my own personal knowledge and, if compelled to testify, I could and would testify competently thereto. I submit this declaration in support of Kove's Reply Brief in Support of its Motion to Enforce Compliance with Court Order and to Compel Various Discovery.

2. Attached as Exhibit A is a true and correct copy of a letter from Adam Adler, counsel for Kove, to counsel for AWS, dated May 7, 2021.

3. Attached as Exhibit B is a true and correct copy of a letter from Elizabeth Bernard, former counsel for AWS, to counsel for Kove, dated June 23, 2021.

4. Attached as Exhibit C is a true and correct excerpt of Kove's Fourth Set of Interrogatories to AWS, dated March 13, 2020.

5. Attached as Exhibit D is a true and correct excerpt of Kove's Seventh Set of Interrogatories to AWS, dated October 2, 2020.

6. Attached as Exhibit E is a true and correct excerpt of AWS's Sixth Set of Interrogatories to Kove, dated June 1, 2021.

7. Attached as Exhibit F is a true and correct excerpt of AWS's First Set of Interrogatories to Kove, dated June 20, 2019.

8. Attached as Exhibit G is a true and correct copy of a letter from Adam Adler, counsel for Kove, to counsel for AWS, dated August 31, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in San Francisco, California, on the 28th day of October 2021.

/s/ Michael Marvin

Michael W. Marvin (*pro hac vice*)
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of October, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                              */s/ Khue V. Hoang*
                                              Khue V. Hoang