# Exhibit C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**PLAINTIFF'S FOURTH SET OF INTERROGATORIES (NOS. 12-16)**

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff Kove IO, Inc. ("Kove") requests that Defendant Amazon Web Services, Inc. ("Amazon") answer the following interrogatories ("Interrogatories") within 30 days of service hereof, in writing and under oath.

**DEFINITIONS**

The following Interrogatories are to be answered with reference to the definitions set forth below, each of which shall be deemed to be a material part of each Interrogatory.

1. "Amazon," "Defendant," "You," and "Your" mean Amazon Web Services, Inc. and any of its corporate parents, subsidiaries, divisions, or departments, and any of its present or former officers, directors, employees, members, representatives, or any others acting on its behalf.

2. "Kove" and "Plaintiff" mean Kove IO, Inc., as well as any of its corporate parents, subsidiaries, divisions, or departments, and any of its present or former officers, directors, employees, members, representatives, or any others acting on its behalf.

3. "Accused Instrumentalities" means Amazon S3, for any storage class of Amazon S3,

1

## INTERROGATORIES

**INTERROGATORY NO. 12:**

Identify and describe in detail the reasons why You implemented the Relevant Features in the Accused Instrumentalities, including the identity of all studies, treatises, consultants, employees, or reports You considered or consulted before implementing the Relevant Features and the Accused Instrumentalities, the identity of all alternatives you considered before implementing the Relevant Features and the Accused Instrumentalities, the reasons why you decided not to implement such alternatives and the identity of all documents and things related to your decision to implement the Relevant Features and the Accused Instrumentalities, including the alternatives considered.

**INTERROGATORY NO. 13:**

Describe in detail, including dates and persons involved, all facts, circumstances, communications, and documents concerning your projections pertaining to the implementation and/or use of the Accused Instrumentalities and/or the Relevant Features, including all profit and cost projections and/or any other projections for any other metric used to measure the performance of the Accused Instrumentalities and/or the Relevant Features.

**INTERROGATORY NO. 14:**

Identify in detail all metrics, including key performance indicators, you used to measure the performance of each of the Relevant Features and each Accused Product, the reports and analyses regarding such metrics and the identity of all documents and things related to your response.

<table>
<tr><td>

Dated: March 13, 2020

</td><td>

Respectfully submitted,

*/s/ Jaime Cardenas-Navia*
Jaime Cardenas-Navia

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

</td></tr>
<tr><td>

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
Reichman Jorgensen LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (650) 623-1403
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Reichman Jorgensen LLP
1615 M Street, NW, Suite 300
Washington, DC 20036
Telephone: (202) 894-7311
Telecopier: (650) 623-1449

Khue Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Wesley White (*pro hac vice*)
wwhite@reichmanjorgensen.com
Rahul Sarkar (*pro hac vice*)
rsarkar@reichmanjorgensen.com
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (646) 921-1474
Telecopier: (650) 623-1449

</td><td>

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Joachim B. Steinberg (*pro hac vice*)
jsteinberg@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.**

</td></tr>
</table>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 13, 2020, Plaintiff's Fourth Set of Interrogatories to Defendant Amazon Web Services, Inc. was electronically served by electronic mail, at the addresses below:

>Adam G. Unikowsky
>JENNER & BLOCK LLP
>1099 New York Ave. NW Suite 900 Washington, DC 20001
>(202) 639-6000
>aunikowsky@jenner.com
>
>Terri L. Mascherin
>Michael Babbitt
>Michael T. Werner
>JENNER & BLOCK LLP
>353 N. Clark St. Chicago, IL 60654
>(312) 222-9350
>tmascherin@jenner.com
>mbabbitt@jenner.com
>mwerner@jenner.com
>
>/s/ Jaime Cardenas-Navia
>Jaime Cardenas-Navia