# Exhibit E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KOVE IO, INC., | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-08175 |
| | ) | |
| AMAZON WEB SERVICES, INC., | ) | Hon. Rebecca R. Pallmeyer |
| | ) | |
|         Defendant. | ) | |
| | ) | |

**AWS'S SIXTH SET OF INTERROGATORIES TO KOVE IO, INC.
(NOS. 22-25)**

21. Any responsive documents, things, or information not disclosed by reason of a claim of privilege or other basis should be identified in writing by: (a) the type of document, *e.g.*, letter or memorandum; (ii) the general subject matter of the document; (iii) the date of the document; and (iv) the author of the document, the addressees of the document, and any other recipients, and, where not apparent, the relationship of the author, addressees, and recipients to each other.

## INTERROGATORIES

**INTERROGATORY NO. 22:**

Identify and describe in detail any and all offers, discussions, valuations, communications, demands, negotiations, and agreements related to the Asserted Patents or Related Patents, whether oral or written, including, without limitation, all offers to license, sell or transfer; attempts to negotiate a license, sale, transfer, or to enforce; sale, transfer or license negotiations; notice letters, demand letters, cease and desist letters; lawsuits, settlement negotiations, settlement agreements, covenants not to sue; and any offered, negotiated or agreed bids, selling price, licensing fee, royalty rate and base, and the calculations thereof, including all revenue projections and valuations related to the Asserted Patents and Related Patents; and all related Documents.

**INTERROGATORY NO. 23:**

For each of the Asserted Claims for which Kove alleges that AWS has indirectly infringed, describe the factual and legal basis for any such contention, including, without limitation, the complete factual and legal bases for the allegations in ¶¶49-55, 68-70, and 83-85 of the Complaint; identification of the date on which Kove alleges AWS had first knowledge or awareness of the Asserted Patents sufficient to establish indirect infringement and all facts supporting this allegation; description all facts and circumstances that Kove alleges establish that

AWS has possessed the requisite intent for indirect infringement; and identification of all Documents that support your answer.

**INTERROGATORY NO. 24:**

Identify and describe in detail any and all sales, offers, communications, negotiations, and agreements related to the Kove Embodiments, including, without limitation, all details regarding any offers or communications regarding the sale or license to any third party; any proposed or executed agreements to license or sell any Kove Embodiment, including an identification of the specific products or services encompassed in the agreement; identification and description of the communications and negotations of the agreements produced by Kove at KOV_00039512, KOV_00039534, KOV_00039589, KOV_00039638, KOV_00039665 and KOV_00040130, including the specific products or services encompassed by those agreements; all details to support that the inventions of the Asserted Claims attracted "substantial interest from investors in OverX, Inc. and Kove IO, Inc." as claimed in Kove's Final Validity Contentions; and identification of all Documents that support your answer.

**INTERROGATORY NO. 25:**

Identify the date on which Kove contends that it gave actual or constructive notice of each of the Asserted Patents to AWS and describe in detail such actual or constructive notice.

5

|   |   |
|---|---|
| Dated: June 1, 2021 | Respectfully submitted, |
|   | /s/ *Elizabeth Bernard*_____ |
|   | Alan M. Fisch<br>*alan.fisch@fischllp.com*<br>R. William Sigler<br>*bill.sigler@fischllp.com*<br>Jeffrey M. Saltman (*pro hac vice*)<br>*jeffrey.saltman@fischllp.com*<br>Adam A. Allgood (*pro hac vice*)<br>*adam.allgood@fischllp.com*<br>Elizabeth Bernard (*pro hac vice*)<br>*elizabeth.bernard@fischllp.com*<br>FISCH SIGLER LLP<br>5301 Wisconsin Ave NW<br>Fourth Floor<br>Washington, D.C. 20015<br>202.362.3500 |
|   | *Attorneys for Amazon Web Services, Inc.* |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2021, I caused a true and correct copy of the foregoing: **AWS'S SIXTH SET OF INTERROGATORIES TO KOVE IO, INC. (NOS. 22-25)** to be served on all counsel of record via electronic mail.

                                                        */s/ Elizabeth Bernard*
                                                        Elizabeth Bernard