, IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc.,<br><br>          Plaintiff,<br><br>  v.<br><br>Amazon Web Services, Inc.,<br><br>          Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Rebecca R. Pallmeyer<br><br>Jury Trial Demanded |

## PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE
## TO FILE REPLY UNDER SEAL

Pursuant to Local Rules 5.8 and 26.2(c), Plaintiff Kove IO, Inc. ("Kove") moves for leave to file under seal its Reply in Support of Its Motion for Protective Order Regarding Discovery into Litigation Funding (the "Reply"). In support thereof, Kove states as follows:

1. On July 10, 2019, the Court entered the Parties' Agreed Protective Order (Dkt. No. 55), pursuant to which information designated by Kove or Amazon Web Services, Inc. ("AWS") as Confidential or Highly Confidential may not be publicly disclosed.

2. The Reply cites information or contain quotations from the deposition of Keith Connolly referencing Confidential or Highly Confidential subject to the Protective Order.

3. Pursuant to Local Rule 26.2(c), Kove is provisionally filing the Reply under seal and serving it on all parties. Contemporaneously, Kove has publicly filed a redacted version of the Reply, redacting only the information designated by the parties as Confidential or Highly Confidential.

WHEREFORE, for the foregoing reasons, Kove respectfully requests that this Court grant its motion to file under seal its Reply.

Dated: October 28, 2021

Khue V. Hoang *(pro hac vice)*
khoang@reichmanjorgensen.com
Jaime Cardenas-Navia *(pro hac vice)*
jcardenas-navia@reichmanjorgensen.com
Michael W. Marvin *(pro hac vice)*
mmarvin@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 623-1449

Christine E. Lehman *(pro hac vice)*
clehman@reichmanjorgensen.com
Adam Adler *(pro hac vice)*
aadler@reichmanjorgensen.com
Phil Eklem *(pro hac vice)*
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1710 Rhode Island Ave, NW, 12th Floor
Telephone: (202) 894-7310
Facsimile: (650) 623-1449

Respectfully submitted,

*/s/ Khue V. Hoang*

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No. 6320395)
hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Facsimile: (312) 580-2201

Courtland L. Reichman *(pro hac vice)*
creichman@reichmanjorgensen.com
Shawna L. Ballard (Identification No. 155188)
sballard@reichmanjorgensen.com
Kate M. Falkenstien *(pro hac vice)*
kfalkenstien@reichmanjorgensen.com
Karlanna M. Lewis *(pro hac vice)*
klewis@reichmanjorgensen.com
Taylor N. Mauze *(pro hac vice)*
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Khue V. Hoang*

Khue Hoang