IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

**DECLARATION OF KARLANNA M. LEWIS IN SUPPORT OF KOVE IO, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER REGARDING DISCOVERY INTO LITIGATION FUNDING**

I, Karlanna M. Lewis, hereby declare as follows:

1. I am an associate attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bars of California and Florida, and I have been admitted to appear in this case *pro hac vice*. Unless otherwise stated, I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's Reply in Support of Its Motion for Protective Order Regarding Discovery into Litigation Funding.

3. Exhibit G is a true and correct copy of Kove's Privilege Log, as served on August 19, 2021.

4. Exhibit H is a true and correct copy of *Impact Engine, Inc. v. Google LLC*, No. 19-cv-1301-CAB-DEB, 2020 U.S. Dist. LEXIS 145636 (S.D. Cal. Aug. 12, 2020).

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on: October 28, 2021                  /s/ *Karlanna M. Lewis*

Karlanna M. Lewis

*Reichman Jorgensen*
*Lehman & Feldberg*

**ATTORNEYS FOR PLAINTIFF**
**KOVE IO, INC**.