# Exhibit G

*Kove IO, Inc. v. Amazon Web Services, Inc.*
Case No. 18-cv-08175
Kove's August 19, 2021, Privilege Log

| Entry Number | Production BegDoc | Beg/Attach | EndAttach | File Name | File Extension | Date | Addressee(s) | Author(s) | CC | Title / Subject / Re: | Attorney Client (AC) / Work Product (WP) | Description | If produced with redactions, location of redactions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KOV_00057828 | CTRL0000006959 | CTRL0000006959 | IP-Status.doc | DOC | November 4, 2005 | Paul Carmichael | John Overton | | IP Status | AC | Draft communication (addressed but not sent to Paul Carmichael) seeking legal advice re: prosecution of claims; same legal advice was sought through other communications with Robert Dellenbach and Tim Covington. | p. 1 |
| 2 | KOV_00057785 | CTRL0000019950 | CTRL0000019950 | 2004-05-12--Approaching-Milestones.txt | TXT | May 12, 2004 | | John Overton | | | AC | Notes re: legal advice and communications with counsel regarding office actions and applications. | |
| 3 | | CTRL0000019952 | CTRL0000019952 | Hetz-Claim-Guidelines-Response.doc | DOC | November 13, 2002 | | John Overton | | | AC | Notes memorializing legal advice from counsel Joe Hetz re: potential office action responses. | |
| 4 | | CTRL0000020086 | CTRL0000020086 | Claims.doc | DOC | February 22, 2006 | | Kent Genin | | Amendment | AC | Draft amendment in response to non-final office action for case number 11958-49. | |
| 5 | | CTRL0000020087 | CTRL0000020087 | Nomenclature.doc | DOC | October 26, 2006 | Brinks Hofer | John Overton | | PCT Application No. PCT/US01/18013 Method and Apparatus for Managing Location Information in a Network | AC | Notes on nomenclature for new patent claims in application WO 01/95137 A2 prepared for and at the direction of counsel. | |
| 6 | | CTRL0000020088 | CTRL0000020088 | 10406-50 Overton.L06.doc | DOC | July 26, 2002 | John Overton | Kent Genin | Paul Carmichael | | AC | Letter re: search report for PCT/US01/18013. | |
| 7 | | CTRL0000020092 | CTRL0000020092 | 2006-02-13--Response-v1.4.doc | DOC | February 22, 2006 | | Kent Genin | | Amendment | AC | Draft amendment in response to non-final office action for case number 10406-49 (application no. 09/872,736). | |
| 8 | | CTRL0000020093 | CTRL0000020093 | Conceptual-Differences.doc | DOC | February 16, 2006 | John Overton | Brinks Hofer | | | AC | Notes from counsel re: prior art at issue in prosecution of patent case no. 10406-49 (application no. 09/872,736). | |
| 9 | | CTRL0000020094 | CTRL0000020094 | 11958-49 Amendment 1.doc | DOC | February 22, 2006 | | Kent Genin | | Amendment | AC | Draft amendment in response to non-final office action in appl no. 09/872,736. | |
| 10 | KOV_00057786 | CTRL0000020109 | CTRL0000020109 | Bar Chart.doc | DOC | June 15, 2005 | Brinks Hofer | John Overton | | Bar Chart | AC | Draft chart prepared for counsel for purposes of receiving advice from counsel regarding meeting before patent examiner. | p. 1 |
| 11 | KOV_00057787 | CTRL0000020110 | CTRL0000020110 | Redirection.doc | DOC | June 8, 2005 | Brinks Hofer | John Overton | | NDTP Redirection | AC | Draft description of NDTP prepared for counsel for purposes of receiving legal advice from counsel regarding meeting before patent examiner. | p. 1-6 |
| 12 | KOV_00057793 | CTRL0000020111 | CTRL0000020111 | About.doc | DOC | June 8, 2005 | Brinks Hofer | John Overton | | | AC | Draft description of NDTP prepared for counsel for purposes of receiving legal advice from counsel regarding meeting before patent examiner. | p. 1-2 |
| 13 | | CTRL0000020120 | CTRL0000020120 | 7-27-2005 Draft NDTP Claims.doc | DOC | July 27, 2005 | | Brinks Hofer | | Draft Replacement Claims – 11958/43 NDTP | AC | Draft claims for Appl. No. 09/661,222. | |
| 14 | | CTRL0000020121 | CTRL0000020121 | 11958-43 Amendment 2 (4).doc | DOC | August 8, 2005 | Kent Genin John Overton | Kent Genin | | | AC | Draft amendment in response to non-final office action, with notes from John Overton to Kent Genin. | |
| 15 | | CTRL0000020125 | CTRL0000020125 | Proposed Amendment to 12.doc | DOC | June 15, 2005 | | Brinks Hofer | | Amendment | AC | Draft amended claims re: Appln. No. 09/661,222. | |
| 16 | | CTRL0000020126 | CTRL0000020126 | 11958-43 Amendment - Fourth draft.doc | DOC | August 25, 2004 | | Kent Genin | | Amendment | AC | Draft amendment in response to non-final office action re: Appl. No. 09/661,222. | |
| 17 | | CTRL0000020129 | CTRL0000020129 | RE: Maintenance Fee Reminder - Due on 3 5 2010.msg | MSG | March 4, 2010 | Michael Hussey | John Overton | Kent Genin | RE: Maintenance Fee Reminder - Due on 3/5/2010 | AC | Email re: maintenance fee re: Appl. No. 09/661,222. | |
| 18 | | CTRL0000020131 | CTRL0000020131 | 0--Cover-Letter.jpg | JPG | April 7, 2007 | John Overton | Kent Genin | | Correction U.S. Patent Application Serial No. 7,103,640 Network Distributed Tracking Wire Transfer Protocol | AC | Letter re: certificate of correction for Pat. No. 7,103,640. | |
| 19 | | CTRL0000020133 | CTRL0000020133 | 2007-05-30--Claims.doc | DOC | May 30, 2007 | | Brinks Hofer John Overton | | | AC | Draft claims with notes re: PCT WO 01/95137 A2. | |
| 20 | | CTRL0000020134 | CTRL0000020134 | 2007-05-05--Claims.doc | DOC | May 5, 2007 | | Brinks Hofer John Overton | | | AC | Draft claims with notes re: PCT WO 01/95137 A2. | |
| 21 | | CTRL0000020135 | CTRL0000020135 | 2007-06-09--Claims.doc | DOC | June 9, 2007 | | Brinks Hofer John Overton | | | AC | Draft claims with notes re: PCT WO 01/95137 A2. | |
| 22 | | CTRL0000020143 | CTRL0000020143 | Mortimer-5740428-objections.doc | DOC | November 11, 2002 | Kent Genin | John Overton | | | AC | Notes for counsel re: prior art at issue in prosecution of patent applications. | |
| 23 | | CTRL0000020146 | CTRL0000020146 | Mortimer-Claims-graphed.doc | DOC | November 14, 2002 | Kent Genin | John Overton | | | AC | Notes for counsel re: prior art at issue in prosecution of patent applications. | |
| 24 | | CTRL0000020276 | CTRL0000020276 | 11958-62 New Claims.doc | DOC | September 4, 2006 | | Brinks Hofer | | | AC | Draft claims re: Appl. No. 11/354,224 | |
| 25 | | CTRL0000020282 | CTRL0000020282 | NDTP-2--Claims.doc | DOC | June 30, 2006 | Brinks Hofer | John Overton | | | AC | Draft claims and notes for counsel re: Appl. No. 11/354,224 | |

| # | Bates Begin | Bates End | Filename | Date | From | To | CC | Subject | Privilege | Description | Page |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | CTRL0000020283 | Claims.doc | DOC | February 22, 2006 | | Brinks Hofer | | Amendment | AC | Draft amendment in response to non-final office action re: Appl. No. 09/872,736 | |
| 27 | KOV_00057798 | CTRL0000021381 | FW_ Ecomnectix Patent Portfolio Status & Projected Fees.msg | MSG | April 10, 2003 | John Overton | | | FW: Ecomnectix Patent Portfolio Status & Projected Fees | AC | Email to self memorializing legal advice received during meeting with counsel Kent Genin re: patent filings and strategy considerations. | p. 1-2 |
| 28 | KOV_00015990 | CTRL0000007349 | 31F0W011.doc | DOC | August 11, 2003 | | Tim Covington | | | AC | Attorney Tim Cogninot's edits to Memorandum of Understanding between Ecomnectix and consultant. | |
| 29 | KOV_00047190 | CTRL0000013072 | X091228 Ecomnectix Master Agreement revised.msg | MSG | December 30, 2009 | John Overton | Rob Dellenbach | | X091228 Ecomnectix Master Agreement revised | AC | Email attaching attorney Rob Dellenbach's edits to Ecomnectix Master Agreement. | |
| 30 | KOV_00047191 | CTRL0000013073 | X091228 Ecomnectix Master Agreement clean 122909.doc | DOC | December 30, 2009 | | Rob Dellenbach | | | AC | Attorney Rob Dellenbach's edits to Ecomnectix Master Agreement. | |
| 31 | KOV_00048327 | CTRL0000013449 | TCS-2002-12-15.jpg | JPG | December 19, 2002 | | | Gina delaCuadra | | AC | Print out of email from attorney Tim Covington to John Overton providing legal advice, with handwritten notes. | |
| 32 | KOV_00049176 | CTRL0000013922 | VAR Agreement.msg | MSG | November 4, 2009 | John Overton | Rob Dellenbach | | VAR Agreement | AC | Email attaching attorney Rob Dellenbach's edits to Ecomnectix Value Added Reseller Agreement. | |
| 33 | KOV_00049177 | CTRL0000013923 | 102594476_3.doc | DOC | November 4, 2009 | | Rob Dellenbach | | | AC | Attorney Rob Dellenbach's edits to Ecomnectix Value Added Reseller Agreement. | |
| 34 | KOV_00050295 | CTRL0000014367 | Revised RTG Agreement.msg | MSG | July 30, 2009 | John Overton | Rob Dellenbach | | Revised RTG Agreement | AC | Email attaching attorney Rob Dellenbach's edits to Master Services Agreement between Ecomnectix and third party. | |
| 35 | KOV_00050296 | CTRL0000014368 | 102042983_1.doc | DOC | July 30, 2009 | | Rob Dellenbach | | | AC | Attorney Rob Dellenbach's edits to Master Services Agreement between Ecomnectix and third party. | |
| 36 | KOV_00050318 | CTRL0000014371 | Riggs contract.msg | MSG | July 28, 2009 | Rob Dellenbach | John Overton | | Riggs contract | AC | Email attaching John Overton's edits to Master Services Agreement with third party, requesting review and legal advice from attorney Rob Dellenbach. | |
| 37 | KOV_00050319 | CTRL0000014372 | Riggs Technology Group Master Services Agreement.DOC | DOC | July 21, 2009 | | John Overton | | | AC | John Overton's edits to Master Services Agreement with third party, requesting review and legal advice from attorney Rob Dellenbach. | |
| 38 | KOV_00015265 | CTRL0000007037 | 2003-02-27-IP-Status-&-Fees.txt | TXT | February 28, 2003 | | John Overton | | | AC | John Overton's notes memorializing legal advice from counsel Joe Hetz re: patent applications | p. 1-3 |
| 39 | KOV_00016621 | CTRL0000007520 | RE_ www_ubereconference_com dellenbach.msg | MSG | October 16, 2018 | Rob Dellenbach | Stephen Bailey | John Overton | Re: www.ubereconference.com/dellenbach | AC | Email chain between attorney Rob Dellenbach, Stephen Bailey, and John Overton, containing legal advice from Rob Dellenbach regarding contract interpretation | p. 2 |
| 40 | KOV_00016628 | CTRL0000007523 | (1)--RE_ Broadcom contract.msg | MSG | October 15, 2018 | Stephen Bailey | Rob Dellenbach | John Overton | RE: Broadcom contract | AC | Email chain between attorney Rob Dellenbach, Stephen Bailey, and John Overton, containing legal advice from Rob Dellenbach regarding contract interpretation | p. 1 |
| 41 | KOV_00016631 | CTRL0000007525 | (2)--RE_ Broadcom contract.msg | MSG | October 15, 2018 | Rob Dellenbach; Stephen | John Overton | | RE: Broadcom contract | AC | Email chain between attorney Rob Dellenbach, Stephen Bailey, and John Overton, containing legal advice from Rob Dellenbach regarding contract interpretation | p. 1 |
| 42 | KOV_00052398 | CTRL0000019883 | Taxes--README.txt | TXT | March 13, 2004 | | John Overton | | | AC | Notes memorializing legal advice from attorney Monifa Clayton regarding taxes and entity status. | p. 1 |
| 43 | KOV_00055538 | CTRL0000024954 | 02-16-Wed.doc | DOC | February 15, 2000 | | John Overton | | | AC | OverX Board of Director Meeting agenda from February 2000, including legal memoranda from attorney Jon Roberts regarding patent applications and draft communications to the U.S. Patent and Trademark Office. | p. 19-33 |
| 44 | | ECA0001305581 | Arctide Patent Assignee Pedigree.docx | DOCX | August 5, 2016 | | Rob Dellenbach | | | AC/WP | Summary of assignment of patents prepared by Rob Dellenbach prepared in anticipation of litigation | |
| 45 | | ECA0001305598 | 2014-07-12--IKO-Cases Summary.pdf | PDF | July 12, 2014 | | John Overton | | | AC/WP | Summary of claims of patents, prepared at request of lawyer Edward King, prepared in anticipation of litigation | |

| # | Bates | Filename | Format | Date | Author | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 46 | ECA0001305612 | ECA0001305612 | 2014-11-17---Claims-Analysis.pdf | PDF | November 18, 2014 | John Overton | AC/WP | Notes from meeting held between John Overton and Stephen Bailey and attorneys Rob Dellenbach and Edward King, regarding infringement litigation, including counsel's legal advice regarding litigation |
| 47 | ECA0001305618 | ECA0001305618 | 2014-11-17---Claims-Analysis.pdf | | March 7, 2017 | | AC/WP | Memorandum prepared by Lee Auspitz regarding potential infringement damages, prepared in anticipation of potential infringement litigation |
| 48 | ECA0001305625 | ECA0001305625 | A Forensic Postscript-April3017.doc | DOC | April 30, 2017 | Lee Auspitz | AC/WP | Memorandum prepared by Lee Auspitz at request of Bahrad Sokhansanj from McKool Smith regarding potential infringement damages, prepared in anticipation of potential infringement litigation |
| 49 | ECA0001305660 | ECA0001305660 | 2015-05-14--ITC-Litigation.pdf | PDF | May 15, 2015 | John Overton | AC/WP | Notes from meeting between John Overton, attorney Kent Genin and other attorneys from Brinks Gilson and Lione regarding potential infringement litigation, including counsel's legal advice regarding litigation |
| 50 | ECA0001305661 | ECA0001305661 | 2015-06-05--Mircea-Infringements-Talk.pdf | PDF | June 5, 2015 | John Overton | AC/WP | Notes from meeting between John Overton, attorney Kent Genin and other attorneys from Brinks Gilson and Lione regarding potential infringement litigation, including counsel's legal advice regarding litigation |
| 51 | ECA0001305672 | ECA0001305672 | 2015-05-18--Scoping--Cooley.pdf | PDF | May 19, 2015 | John Overton | AC/WP | Notes from meeting between John Overton and attorneys from Cooley LLP regarding potential infringement litigation, including counsel's legal advice regarding litigation |
| 52 | ECA0001305675 | ECA0001305675 | Kove Top Cloud Storage.xlsx | XLSX | May 26, 2015 | | AC/WP | List of cloud storage companies compiled by Cooley, prepared in connection with meetings between John Overton and Cooley regarding potential infringement litigation |
| 53 | ECA0001305713 | ECA0001305713 | 2016-06-14--Portfolio-Interview--(Bahrad).pdf | PDF | June 15, 2016 | John Overton | AC/WP | Notes from meeting between John Overton, Stephen Bailey, Rob Dellenbach, and attorney Bahrad Sokhansanj from McKool Smith regarding potential infringement litigation, including counsel's legal advice regarding litigation |
| 54 | ECA0001305714 | ECA0001305714 | 2016-08-04--Raki-Review--(Bahrad,-et-al.).pdf | PDF | August 8, 2016 | John Overton | AC/WP | Notes from meeting between John Overton, Stephen Bailey, Rob Dellenbach, and attorneys Bahrad Sokhansanj and Yinan Liu from McKool Smith regarding potential infringement litigation, including counsel's legal advice regarding litigation |
| 55 | ECA0001305722 | ECA0001305722 | 2018-03-13--Possible-IBM-Infringement--(CR).pdf | PDF | March 13, 2018 | John Overton | AC/WP | Notes from meeting between John Overton and attorney Courtland Reichman, at the time of McKool Smith, regarding potential infringement litigation, including counsel's legal advice regarding litigation |
| 56 | ECA0001305728 | ECA0001305728 | 2018-05-21--Status--Check---Phil,Michael,Kevin--McKool.pdf | PDF | May 23, 2018 | John Overton | AC/WP | Notes from meeting between John Overton and attorneys Philip Aurentz, Michael Flanigan, and Kevin Bridges of McKool Smith, regarding potential infringement litigation, including counsel's legal advice regarding litigation |
| 57 | ECA0001305800 | ECA0001305800 | 2016-06-20--Interview--Quinn-Emanuel.pdf | PDF | June 20, 2016 | John Overton | AC/WP | Notes from meeting between John Overton, Stephen Bailey, and Rob Dellenbach and attorney Jim Glass and Claude Stern of Quinn Emanuel, regarding potential infringement litigation, including counsel's legal advice regarding litigation |
| 58 | ECA0001305802 | ECA0001305802 | 2016-07-19--Impre--(Claude-&-Team).pdf | PDF | July 20, 2016 | John Overton | AC/WP | Notes from meeting between John Overton, Stephen Bailey, and Rob Dellenbach and attorneys Jim Glass and Claude Stern of Quinn Emanuel, regarding potential infringement litigation, including counsel's legal advice regarding litigation |
| 59 | ECA0001305803 | ECA0001305803 | 2016-07-29--Lochies--Claude-Stern.pdf | PDF | July 30, 2016 | John Overton | AC/WP | Notes from meeting between John Overton and Rob Dellenbach and attorney Claude Stern of Quinn Emanuel, regarding potential infringement litigation, including counsel's legal advice regarding litigation |
| 60 | ECA0001305804 | ECA0001305804 | 2016-09-02--No.pdf | PDF | September 5, 2016 | John Overton | AC/WP | Notes from meeting between John Overton, Stephen Bailey, and Rob Dellenbach and attorneys Jim Glass and Claude Stern of Quinn Emanuel, regarding potential infringement litigation, including counsel's legal advice regarding litigation |
| 61 | KOV_00126882 | CTRL0001039404 | AWS-Payouts.xlsx | XLSX | May 22, 2020 | Keith Connolly | Dan Doyle | AC/WP | Spreadsheet relating to potential litigation payout scenarios, reflecting work product by and AC communications from Rob Dellenbach concerning pending litigation, communicated internally within Kove from Dan Doyle to Keith Connolly. |
| 62 | KOV_00127215 | CTRL0001071828 | Burford-Amazon-Calculations-2020-04-02--(2).xlsx | XLSX | May 22, 2020 | Dan Doyle | Rob Dellenbach | AC/WP | Spreadsheet relating to potential litigation settlement and payout scenarios, reflecting work product by and AC communications from Rob Dellenbach concerning anticipated and pending litigation, communicated internally within Kove from Keith Connolly to Dan Doyle. |

* Where no date is present on the document itself, the best available approximate date is identified, based on available metadata.