IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br> Hon. Sheila M. Finnegan <br><br> Jury Trial Demanded |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE
TO FILE REPLY AND EXHIBITS UNDER SEAL**

Plaintiff Kove IO, Inc. ("Kove") hereby moves for leave to file under seal its Reply in Support of Motion to Compel AWS to Produce Information Regarding Usage, Financial, and Hypothetical Negotiation Data (the "Reply"), as well as Exhibits A-B, E, H-N, P-R, T, and U to its Reply. The documents sought to be filed under seal are either designated as Highly Confidential pursuant to this Court's Protective Order, or otherwise discuss or relate to information designated as Confidential or Highly Confidential pursuant to this Court's Protective Order. Accordingly, Kove respectfully requests that the Court grant its Motion to Seal.

Dated: October 28, 2021.                    Respectfully submitted,

                                            */s/ Khue V. Hoang*

| | |
|---|---|
| Khue V. Hoang *(pro hac vice)* <br> khoang@reichmanjorgensen.com <br> Jaime Cardenas-Navia *(pro hac vice)* <br> jcardenas-navia@reichmanjorgensen.com <br> Michael W. Marvin *(pro hac vice)* | Renato Mariotti (State Bar No. 6323198) <br> rmariotti@thompsoncoburn.com <br> Holly H. Campbell (State Bar No. 6320395) <br> hcampbell@thompsoncoburn.com <br> THOMPSON COBURN LLP |

mmarvin@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 623-1449

Christine E. Lehman *(pro hac vice)*
clehman@reichmanjorgensen.com
Adam Adler *(pro hac vice)*
aadler@reichmanjorgensen.com
Phil Eklem *(pro hac vice)*
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1710 Rhode Island Ave, NW, 12th Floor
Telephone: (202) 894-7310
Facsimile: (650) 623-1449

55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Facsimile: (312) 580-2201

Courtland L. Reichman *(pro hac vice)*
creichman@reichmanjorgensen.com
Shawna L. Ballard (Identification No. 155188)
sballard@reichmanjorgensen.com
Kate M. Falkenstien *(pro hac vice)*
kfalkenstien@reichmanjorgensen.com
Taylor N. Mauze *(pro hac vice)*
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF KOVE IO, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Khue V. Hoang*

Khue Hoang