# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br> Hon. Sheila M. Finnegan, <br> Magistrate Judge <br><br> Jury Trial Demanded |

**DECLARATION OF TAYLOR N. MAUZE IN SUPPORT OF
KOVE'S REPLY IN SUPPORT OF MOTION TO COMPEL AWS TO PRODUCE
INFORMATION REGARDING USAGE, FINANCIAL, AND
<u>HYPOTHETICAL NEGOTIATION DATA</u>**

I, Taylor N. Mauze, declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above-referenced action. I am admitted to the State Bar of Texas. I have been admitted to appear in this case *pro hac vice*. I make this declaration of my own personal knowledge and, if compelled to testify, I could and would testify competently thereto. I submit this declaration in support of Kove's Reply in Support of Motion to Compel AWS to Produce Information Regarding Usage, Financial, and Hypothetical Negotiation Data.

2. Attached as Exhibit A is a true and correct copy of a spreadsheet titled "DynamoDB Weekly Metrics (2017-10-07) - Values," bearing production number AMZ_KOVE_000393791.

3. Attached as Exhibit B is a true and correct copy of a spreadsheet titled "S3 Weekly Metrics – 01-05-2013," bearing production number AMZ_KOVE_000430624.

4. Attached as Exhibit C is a true and correct copy of an e-mail from Adam Adler, counsel for Kove, to counsel for AWS, dated July 2, 2021.

5. Attached as Exhibit D is a true and correct copy of an e-mail from Jeffrey Saltman, counsel for AWS, to counsel for Kove, dated July 7, 2021.

6. Attached as Exhibit E is a true and correct copy of a letter from Taylor Mauze, counsel for Kove, to counsel for AWS, dated August 20, 2021.

7. Attached as Exhibit F is a true and correct copy of a letter from Jeffrey Saltman, counsel for AWS, to counsel for Kove, dated August 25, 2021.

8. Attached as Exhibit G is a true and correct copy of excerpts of the S3 Developer Guide, bearing production number AMZ_KOVE_000011226.

9. Attached as Exhibit H is a true and correct copy of an e-mail chain between Greg Redman and the Alyssa Henry Directs distribution list re: Internal Customer Analysis, dated September 14, 2009 and bearing production number AMZ_KOVE_000225848.

10. Attached as Exhibit I is a true and correct copy of a file titled "Amazon S3 2012 OP1 – Draft 1_ZS.docx," bearing production number AMZ_KOVE_000453696.

11. Attached as Exhibit J is a true and correct copy of excerpts of a spreadsheet titled "S3 Weekly Interesting Customers 2013-05-25," bearing production number AMZ_KOVE_000432021. Excerpts include the "Accounts-internal" tab and columns A-D of the "Accounts" tab. Additionally, the Exhibit is limited to the first 10 (of 136) pages of the "Accounts" tab. The document has been formatted for printing, but no data has been altered.

12. Attached as Exhibit K is a true and correct copy of a file titled "S3 Pricing JeffB Draft 6.doc," bearing production number AMZ_KOVE_000225293.

13. Attached as Exhibit L is a true and correct copy of a spreadsheet titled "DropboxS3_PandL," bearing production number AMZ_KOVE_000455676.

14. Attached as Exhibit M is a true and correct copy of a letter from Michael Marvin, counsel for Kove, to counsel for AWS, dated May 28, 2021.

15. Attached as Exhibit N is a true and correct copy of a letter from Elizabeth Bernard, counsel for AWS, to counsel for Kove, dated June 2, 2021.

16. Attached as Exhibit O is a true and correct copy of an e-mail from Adam Adler, counsel for Kove, to counsel for AWS, dated August 25, 2021.

17. Attached as Exhibit P is a true and correct copy of a spreadsheet titled "210-S3 WBR Week 50 Dec 16 2017 Microstrategy," bearing production number AMZ_KOVE_000460410.

18. Attached as Exhibit Q is a true and correct copy of excerpts of a file titled "SEP 20 – AWS DATABASES WEEKLY MARKETING REPORT_MBR WEEK_final.docx," bearing production number AMZ_KOVE_000469758.

19. Attached as Exhibit R is a true and correct copy of excerpts of a file titled "DynamoDB_Deep_Dive_Mar14.pptx," bearing production number AMZ_KOVE_000110482.

20. Attached as Exhibit S is a true and correct copy of an e-mail from Adam Adler, counsel for Kove, to counsel for AWS, dated October 22, 2021.

21. Attached as Exhibit T is a true and correct copy of an e-mail from Lisa Phillips, counsel for AWS, to counsel for Kove, dated October 25, 2021.

22. Attached as Exhibit U is a true and correct copy of a letter from Taylor Mauze, counsel for Kove, to counsel for AWS, dated October 25, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Austin, Texas on the 28th day of October 2021.

   /s/ Taylor N. Mauze

Taylor N. Mauze (*pro hac vice*)
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Taylor N. Mauze*
Taylor N. Mauze
