# Exhibit A

SUBMITTED IN NATIVE EXCEL FORMAT TO THE COURT

(AMZ_KOVE_000393791 – HIGHLY CONFIDENTIAL)