# Exhibit B

SUBMITTED IN NATIVE EXCEL
FORMAT TO THE COURT

(AMZ_KOVE_000430624–

HIGHLY CONFIDENTIAL)