# Exhibit C

| | |
|---|---|
| **From:** | Adam Adler |
| **To:** | Kove Team |
| **Cc:** | RJ_Kove_AWS |
| **Subject:** | Kove v. AWS: Request for Meet and Confer |
| **Date:** | Friday, July 2, 2021 6:11:56 PM |
| **Attachments:** | 2021-05-31 Kove IO, Inc. v. AWS, Inc..pdf |
| | 4.30.21 Letter Re Followup Discovery.pdf |
| | 5-11-21 Letter Re May 10 Meet and Confer.pdf |
| | 2021 04 16 Letter to AWS Re Hardware Discovery.pdf |
| | 2021-06-15 Kove IO, Inc. v. AWS, Inc..pdf |

Dear Counsel,

Kove would like to schedule a meet and confer on certain issues. From your letters of June 29, 2021 and June 2, 2021, we understand that AWS will not produce the following requested discovery:

1. Pricing, revenue, usage, and rate information, as summarized in Kove's 6/15/2021 letter.
2. Hardware-related information, as summarized in Kove's 5/11/21 and 4/16/21 letters.
3. Documents in response to Kove RFP 183.
4. Documents in response to Kove RFPs 146-147.
5. Metrics set forth in Kove's 4/30/21 and 5/31/21 letters.
6. Broadcast videos.
7. Embedded images in Wikis.

Please let us know your availability to meet and confer on these issues. Kove is available on July 6, at 2:00 PM EST.

The purpose of this meeting is to meet and confer in a good faith effort to resolve as many of these as possible or otherwise determine whether motions practice is necessary. Kove's position on each of these issues is set forth in detail in previous correspondence and are reattached here for your convenience. If AWS has any compromises or alternate positions to advance, please send us your position or proposal in writing at least 24 hours before our meet and confer so that we can make the call as efficient as possible. Also, we think it will be helpful to record the call (using the Zoom record feature), in order to have a clean record of what is discussed. We will of course send you a copy of the recording at the conclusion of the call.

Regards,
Adam

Adam Adler

REICHMAN JORGENSEN LLP

1710 Rhode Island Avenue, NW

12th Floor

Washington, DC 20036

Direct: (605) 623-1480

aadler@reichmanjorgensen.com