Case: 1:18-cv-08175 Document #: 469-6 Filed: 10/28/21 Page 1 of 1 PageID #:15450

# Exhibit E

## FILED UNDER SEAL