# Exhibit F

# FISCH SIGLER LLP

5301 Wisconsin Avenue NW | Fourth Floor | Washington, DC 20015 USA

August 25, 2021

**Jeffrey M. Saltman**
Partner
Jeffrey.Saltman@FischLLP.com
Direct: +1.202.362.3640
Main: +1.202.362.3500

**VIA EMAIL**

Taylor Mauze
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
tmauze@reichmanjorgensen.com

Re: *Kove IO, Inc. v. Amazon Web Services, Inc.*
Case No. 18-cv-8175 (N.D. Ill.)

Dear Taylor:

Thank you for your August 20, 2021 letter listing twelve discovery issues Kove believes are still in dispute.

Given the information included in Kove's letter, however, it appears that Kove hasn't reviewed AWS's previous detailed correspondence addressing these issues. For instance, when Kove raised these issues on July 2, I requested follow-up information from Kove in a July 7 email in order to focus the disputes and facilitate the parties' discussions. AWS's follow-up requests addressed more than half of the issues Kove listed in its August 20 letter. In that email, I asked how Kove's requested discovery on those issues would be relevant and proportional to the needs of the case and whether AWS's substantial production had addressed those issues. Kove never responded.

And AWS has provided detailed responsive correspondence explaining its positions on each of the issues Kove raises in its letter. In addition, the parties have addressed many of these issues during meet and confers over the past eight months. Before we schedule another meet and confer, please provide responses to the requests in my July 7 email. Also, rather than citing to over 150 requests for production as in your August 20 letter, please provide the specific requests for production to which you contend AWS hasn't produced responsive documents so that we can assess that issue prior to the meet and confer. This information will help the parties avoid unnecessary motions practice.

In the meantime, AWS can confirm that, it believes the parties have reached an impasse on some of the pending discovery disputes you listed. Specifically, AWS believes the parties have reached an impasse on Kove's request for additional ESI custodians, Kove's request to depose Werner Vogels, and Kove's service of interrogatories over the agreed limit. The parties haven't met and conferred on the first two issues and can do so at the next meet and confer.

**FISCH SIGLER** LLP

- 2 -

      Further, AWS sent correspondence on Kove's Interrogatory No. 14 on the same day as your August 20 letter and also provided a supplemental response to Kove's Interrogatory No. 22 on August 18. Your letter doesn't address either. Please let me know whether the Interrogatory No. 14 issue and the metrics issue have been resolved and may be removed from the list you provided in your August 20 letter. Thank you.

                                            Sincerely,

                                            Jeffrey M. Saltman