# Exhibit G

Case: 1:18-cv-08175 Document #: 469-8 Filed: 10/28/21 Page 2 of 12 PageID #:15455

# Amazon Simple Storage Service

## Developer Guide

## API Version 2006-03-01



AMZ_KOVE_000011226

# Amazon Simple Storage Service: Developer Guide

Copyright © 2019 Amazon Web Services, Inc. and/or its affiliates. All rights reserved.

Amazon's trademarks and trade dress may not be used in connection with any product or service that is not Amazon's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits Amazon. All other trademarks not owned by Amazon are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

- Using Cost Allocation S3 Bucket Tags (p. 93)
- AWS Billing and Cost Management
- Amazon S3 Pricing
- Amazon S3 FAQ
- Glacier Pricing

# AWS Usage Report for Amazon S3

For more detail about your Amazon S3 storage usage, download dynamically generated AWS usage reports. You can choose which usage type, operation, and time period to include. You can also choose how the data is aggregated.

When you download a usage report, you can choose to aggregate usage data by hour, day, or month. The Amazon S3 usage report lists operations by usage type and AWS Region, for example, the amount of data transferred out of the Asia Pacific (Sydney) Region.

The Amazon S3 usage report includes the following information:

- **Service** – `Amazon Simple Storage Service`
- **Operation** – The operation performed on your bucket or object. For a detailed explanation of Amazon S3 operations, see Tracking Operations in Your Usage Reports (p. 93).
- **UsageType** – One of the following values:
  - A code that identifies the type of storage
  - A code that identifies the type of request
  - A code that identifies the type of retrieval
  - A code that identifies the type of data transfer
  - A code that identifies early deletions from INTELLIGENT_TIERING, STANDARD_IA, ONEZONE_IA, or GLACIER storage
  - `StorageObjectCount` – The count of objects stored within a given bucket

  For a detailed explanation of Amazon S3 usage types, see Understanding Your AWS Billing and Usage Reports for Amazon S3 (p. 86).
- **Resource** – The name of the bucket associated with the listed usage.
- **StartTime** – Start time of the day that the usage applies to, in Coordinated Universal Time (UTC).
- **EndTime** – End time of the day that the usage applies to, in Coordinated Universal Time (UTC).
- **UsageValue** – One of the following volume values:
  - The number of requests during the specified time period
  - The amount of data transferred, in bytes
  - The amount of data stored, in byte-hours, which is the number of bytes stored in a given hour
  - The amount of data associated with restorations from GLACIER, STANDARD_IA, or ONEZONE_IA storage, in bytes

  **Tip**
  For detailed information about every request that Amazon S3 receives for your objects, turn on server access logging for your buckets. For more information, see Amazon S3 Server Access Logging (p. 597).

You can download a usage report as an XML or a comma-separated values (CSV) file. The following is an example CSV usage report opened in a spreadsheet application.

AMZ_KOVE_000011319

| Service | Operation | UsageType | Resource | StartTime | EndTime | UsageValue |
|---|---|---|---|---|---|---|
| AmazonS3 | HeadBucket | USW2-C3DataTransfer-Out-Bytes | admin-created3 | 6/1/2017 0:00 | 7/1/2017 0:00 | 15309 |
| AmazonS3 | PutObject | USW2-C3DataTransfer-In-Bytes | admin-created3 | 6/1/2017 0:00 | 7/1/2017 0:00 | 19062 |
| AmazonS3 | HeadBucket | USW2-Requests-Tier2 | admin-created3 | 6/1/2017 0:00 | 7/1/2017 0:00 | 68 |
| AmazonS3 | PutObjectForRepl | USW1-Requests-SIA-Tier1 | ca-example-bucket | 6/1/2017 0:00 | 7/1/2017 0:00 | 178294 |
| AmazonS3 | PutObjectForRepl | USW1-USW2-AWS-In-Bytes | ca-example-bucket | 6/1/2017 0:00 | 7/1/2017 0:00 | 387929083 |
| AmazonS3 | GetObjectForRepl | USW2-Requests-NoCharge | admin-created3 | 6/1/2017 0:00 | 7/1/2017 0:00 | 108 |
| AmazonS3 | GetObjectForRepl | USW2-USW1-AWS-Out-Bytes | my-test-bucket-hash | 6/1/2017 0:00 | 7/1/2017 0:00 | 35791603 |

For information on understanding the usage report, see Understanding Your AWS Billing and Usage Reports for Amazon S3 (p. 86).

## Downloading the AWS Usage Report

You can download a usage report as an .xml or a .csv file.

**To download the usage report**

1. Sign in to the AWS Management Console and open the Amazon S3 console at https://console.aws.amazon.com/s3/.
2. In the title bar, choose your AWS Identity and Access Management (IAM) user name, and then choose **My Billing Dashboard**.
3. In the navigation pane, choose **Reports**.
4. In the **Other Reports** section, choose **AWS Usage Report**.
5. For **Services:**, choose **Amazon Simple Storage Service**.
6. For **Download Usage Report**, choose the following settings:

   - **Usage Types** – For a detailed explanation of Amazon S3 usage types, see Understanding Your AWS Billing and Usage Reports for Amazon S3 (p. 86).
   - **Operation** – For a detailed explanation of Amazon S3 operations, see Tracking Operations in Your Usage Reports (p. 93).
   - **Time Period** – The time period that you want the report to cover.
   - **Report Granularity** – Whether you want the report to include subtotals by the hour, by the day, or by the month.
7. To choose the format for the report, choose the **Download** for that format, and then follow the prompts to see or save the report.

## More Info

- Understanding Your AWS Billing and Usage Reports for Amazon S3 (p. 86)
- AWS Billing Reports for Amazon S3 (p. 83)

## Understanding Your AWS Billing and Usage Reports for Amazon S3

Amazon S3 billing and usage reports use codes and abbreviations. For example, for usage type, which is defined in the following table, `region` is replaced with one of the following abbreviations:

- **APN1:** Asia Pacific (Tokyo)
- **APN2:** Asia Pacific (Seoul)
- **APS1:** Asia Pacific (Singapore)

- **APS2:** Asia Pacific (Sydney)
- **APS3:** Asia Pacific (Mumbai)
- **CAN1:** Canada (Central)
- **EUN1:** EU (Stockholm)
- **EUC1:** EU (Frankfurt)
- **EU:** EU (Ireland)
- **EUW2:** EU (London)
- **EUW3:** EU (Paris)
- **SAE1:** South America (São Paulo)
- **UGW1:** AWS GovCloud (US-West)
- **UGE1:** AWS GovCloud (US-East)
- **USE1 (or no prefix):** US East (N. Virginia)
- **USE2:** US East (Ohio)
- **USW1:** US West (N. California)
- **USW2:** US West (Oregon)

For information about pricing by AWS Region, see Amazon S3 Pricing.

The first column in the following table lists usage types that appear in your billing and usage reports.

## Usage Types

| Usage Type | Units | Granularity | Description |
| --- | --- | --- | --- |
| `region1-region2`-AWS-In-Bytes | Bytes | Hourly | The amount of data transferred in to AWS Region1 from AWS Region2 |
| `region1-region2`-AWS-Out-Bytes | Bytes | Hourly | The amount of data transferred from AWS Region1 to AWS Region2 |
| `region`-DataTransfer-In-Bytes | Bytes | Hourly | The amount of data transferred into Amazon S3 from the internet |
| `region`-DataTransfer-Out-Bytes | Bytes | Hourly | The amount of data transferred from Amazon S3 to the internet[1] |
| `region`-C3DataTransfer-In-Bytes | Bytes | Hourly | The amount of data transferred into Amazon S3 from Amazon EC2 within the same AWS Region |
| `region`-C3DataTransfer-Out-Bytes | Bytes | Hourly | The amount of data transferred from Amazon S3 to Amazon EC2 within the same AWS Region |
| `region`-S3G-DataTransfer-In-Bytes | Bytes | Hourly | The amount of data transferred into Amazon S3 to restore objects from GLACIER storage |

AMZ_KOVE_000011321

| Usage Type | Units | Granularity | Description |
|---|---|---|---|
| region-S3G-DataTransfer-Out-Bytes | Bytes | Hourly | The amount of data transferred from Amazon S3 to transition objects to GLACIER storage |
| region-DataTransfer-Regional-Bytes | Bytes | Hourly | The amount of data transferred from Amazon S3 to AWS resources within the same AWS Region |
| StorageObjectCount | Count | Daily | The number of objects stored within a given bucket |
| region-CloudFront-In-Bytes | Bytes | Hourly | The amount of data transferred into an AWS Region from a CloudFront distribution |
| region-CloudFront-Out-Bytes | Bytes | Hourly | The amount of data transferred from an AWS Region to a CloudFront distribution |
| region-EarlyDelete-ByteHrs | Byte-Hours[2] | Hourly | Prorated storage usage for objects deleted from GLACIER storage before the 90-day minimum commitment ended[3] |
| region-EarlyDelete-SIA | Byte-Hours | Hourly | Prorated storage usage for objects deleted from STANDARD_IA before the 30-day minimum commitment ended[4] |
| region-EarlyDelete-ZIA | Byte-Hours | Hourly | Prorated storage usage for objects deleted from ONEZONE_IA before the 30-day minimum commitment ended[4] |
| region-EarlyDelete-SIA-SmObjects | Byte-Hours | Hourly | Prorated storage usage for small objects (smaller than 128 KB) that were deleted from STANDARD_IA before the 30-day minimum commitment ended[4] |
| region-EarlyDelete-ZIA-SmObjects | Byte-Hours | Hourly | Prorated storage usage for small objects (smaller than 128 KB) that were deleted from ONEZONE_IA before the 30-day minimum commitment ended[4] |

AMZ_KOVE_000011322

| Usage Type | Units | Granularity | Description |
|---|---|---|---|
| *region*-Inventory-ObjectsListed | Objects | Hourly | The number of objects listed for an object group (objects are grouped by bucket or prefix) with an inventory list |
| *region*-Requests-GLACIER-Tier1 | Count | Hourly | The number of PUT, COPY, POST, InitiateMultipartUpload, UploadPart, or CompleteMultipartUpload requests on GLACIER objects |
| *region*-Requests-GLACIER-Tier2 | Count | Hourly | The number of GET and all other requests not listed on GLACIER objects |
| *region*-Requests-SIA-Tier1 | Count | Hourly | The number of PUT, COPY, POST, or LIST requests on STANDARD_IA objects |
| *region*-Requests-ZIA-Tier1 | Count | Hourly | The number of PUT, COPY, POST, or LIST requests on ONEZONE_IA objects |
| *region*-Requests-SIA-Tier2 | Count | Hourly | The number of GET and all other non-SIA-Tier1 requests on STANDARD_IA objects |
| *region*-Requests-ZIA-Tier2 | Count | Hourly | The number of GET and all other non-ZIA-Tier1 requests on ONEZONE_IA objects |
| *region*-Requests-Tier1 | Count | Hourly | The number of PUT, COPY, POST, or LIST requests for STANDARD, RRS, and tags |
| *region*-Requests-Tier2 | Count | Hourly | The number of GET and all other non-Tier1 requests |
| *region*-Requests-Tier3 | Count | Hourly | The number of GLACIER archive requests and standard restore requests |
| *region*-Requests-Tier4 | Count | Hourly | The number of lifecycle transitions to INTELLIGENT_TIERING, STANDARD_IA, or ONEZONE_IA storage |
| *region*-Requests-Tier5 | Count | Hourly | The number of Bulk GLACIER restore requests |

AMZ_KOVE_000011323

| Usage Type | Units | Granularity | Description |
|---|---|---|---|
| `region`-Requests-Tier6 | Count | Hourly | The number of Expedited GLACIER restore requests |
| `region`-Bulk-Retrieval-Bytes | Bytes | Hourly | The number of bytes of data retrieved with Bulk GLACIER requests |
| `region`-Requests-INT-Tier1 | Count | Hourly | The number of PUT, COPY, POST, or LIST requests on INTELLIGENT_TIERING objects |
| `region`-Requests-INT-Tier2 | Count | Hourly | The number of GET and all other non-Tier1 requests for INTELLIGENT_TIERING objects |
| `region`-Select-Returned-INT-Bytes | Bytes | Hourly | The number of bytes of data returned with Select requests from INTELLIGENT_TIERING storage |
| `region`-Select-Scanned-INT-Bytes | Bytes | Hourly | The number of bytes of data scanned with Select requests from INTELLIGENT_TIERING storage |
| `region`-EarlyDelete-INT | Byte-Hours | Hourly | Prorated storage usage for objects deleted from INTELLIGENT_TIERING before the 30-day minimum commitment ended |
| `region`-Monitoring-Automation-INT | Objects | Hourly | The number of unique objects monitored and auto-tiered in the INTELLIGENT_TIERING storage class |
| `region`-Expedited-Retrieval-Bytes | Bytes | Hourly | The number of bytes of data retrieved with Expedited GLACIER requests |
| `region`-Standard-Retrieval-Bytes | Bytes | Hourly | The number of bytes of data retrieved with standard GLACIER requests |
| `region`-Retrieval-SIA | Bytes | Hourly | The number of bytes of data retrieved from STANDARD_IA storage |

AMZ_KOVE_000011324

| Usage Type | Units | Granularity | Description |
| --- | --- | --- | --- |
| `region`-Retrieval-ZIA | Bytes | Hourly | The number of bytes of data retrieved from ONEZONE_IA storage |
| `region`-StorageAnalytics-ObjCount | Objects | Hourly | The number of unique objects in each object group (where objects are grouped by bucket or prefix) tracked by storage analytics |
| `region`-Select-Scanned-Bytes | Bytes | Hourly | The number of bytes of data scanned with Select requests from STANDARD storage |
| `region`-Select-Scanned-SIA-Bytes | Bytes | Hourly | The number of bytes of data scanned with Select requests from STANDARD_IA storage |
| `region`-Select-Scanned-ZIA-Bytes | Bytes | Hourly | The number of bytes of data scanned with Select requests from ONEZONE_IA storage |
| `region`-Select-Returned-Bytes | Bytes | Hourly | The number of bytes of data returned with Select requests from STANDARD storage |
| `region`-Select-Returned-SIA-Bytes | Bytes | Hourly | The number of bytes of data returned with Select requests from STANDARD_IA storage |
| `region`-Select-Returned-ZIA-Bytes | Bytes | Hourly | The number of bytes of data returned with Select requests from ONEZONE_IA storage |
| `region`-TagStorage-TagHrs | Tag-Hours | Daily | The total of tags on all objects in the bucket reported by hour |
| `region`-TimedStorage-ByteHrs | Byte-Hours | Daily | The number of byte-hours that data was stored in STANDARD storage |
| `region`-TimedStorage-GLACIERByteHrs | Byte-Hours | Daily | The number of byte-hours that data was stored in GLACIER storage |
| `region`-TimedStorage-GlacierStaging | Byte-Hours | Daily | The number of byte-hours that data was stored in GLACIER staging storage |

AMZ_KOVE_000011325

| Usage Type | Units | Granularity | Description |
|---|---|---|---|
| `region`-TimedStorage-INT-Freq-ByteHrs | Byte-Hours | Daily | The number of byte-hours that data was stored in the frequent access tier of INTELLIGENT_TIERING storage |
| `region`-TimedStorage-INT-InFreq-ByteHrs | Byte-Hours | Daily | The number of byte-hours that data was stored in the infrequent access tier of INTELLIGENT_TIERING storage |
| `region`-TimedStorage-RRS-ByteHrs | Byte-Hours | Daily | The number of byte-hours that data was stored in Reduced Redundancy Storage (RRS) storage |
| `region`-TimedStorage-SIA-ByteHrs | Byte-Hours | Daily | The number of byte-hours that data was stored in STANDARD_IA storage |
| `region`-TimedStorage-ZIA-ByteHrs | Byte-Hours | Daily | The number of byte-hours that data was stored in ONEZONE_IA storage |
| `region`-TimedStorage-SIA-SmObjects | Byte-Hours | Daily | The number of byte-hours that small objects (smaller than 128 KB) were stored in STANDARD_IA storage |
| `region`-TimedStorage-ZIA-SmObjects | Byte-Hours | Daily | The number of byte-hours that small objects (smaller than 128 KB) were stored in ONEZONE_IA storage |

**Notes:**

1. If you terminate a transfer before completion, the amount of data that is transferred might exceed the amount of data that your application receives. This discrepancy can occur because a transfer termination request cannot be executed instantaneously, and some amount of data might be in transit pending execution of the termination request. This data in transit is billed as data transferred "out."
2. For more information on the byte-hours unit, see Converting Usage Byte-Hours to Billed GB-Months (p. 93).
3. For objects that are archived to the GLACIER storage class, when they are deleted prior to 90 days, there is a prorated charge per gigabyte for the remaining days.
4. For objects that are in INTELLIGENT_TIERING, STANDARD_IA, or ONEZONE_IA storage, when they are deleted, overwritten, or transitioned to a different storage class prior to 30 days, there is a prorated charge per gigabyte for the remaining days.
5. For small objects (smaller than 128 KB) that are in STANDARD_IA or ONEZONE_IA storage, when they are deleted, overwritten, or transitioned to a different storage class prior to 30 days, there is a prorated charge per gigabyte for the remaining days.
6. There is no minimum billable object size for objects in the INTELLIGENT_TIERING storage class, but objects that are smaller than 128 KB are not eligible for auto-tiering and are always charged at the rate for the INTELLIGENT_TIERING frequent access tier.

AMZ_KOVE_000011326

## Tracking Operations in Your Usage Reports

Operations describe the action taken on your AWS object or bucket by the specified usage type. Operations are indicated by self-explanatory codes, such as PutObject or ListBucket. To see which actions on your bucket generated a specific type of usage, use these codes. When you create a usage report, you can choose to include **All Operations**, or a specific operation, for example, **GetObject**, to report on.

## Converting Usage Byte-Hours to Billed GB-Months

The volume of storage that we bill you for each month is based on the average amount of storage you used throughout the month. You are billed for all of the object data and metadata stored in buckets that you created under your AWS account. For more information about metadata, see Object Key and Metadata (p. 96).

We measure your storage usage in TimedStorage-ByteHrs, which are totaled up at the end of the month to generate your monthly charges. The usage report reports your storage usage in byte-hours and the billing reports report storage usage in GB-months. To correlate your usage report to your billing reports, you need to convert byte-hours into GB-months.

For example, if you store 100 GB (107,374,182,400 bytes) of STANDARD Amazon S3 storage data in your bucket for the first 15 days in March, and 100 TB (109,951,162,777,600 bytes) of STANDARD Amazon S3 storage data for the final 16 days in March, you will have used 42,259,901,212,262,400 byte-hours.

First, calculate the total byte-hour usage:

```
[107,374,182,400 bytes x 15 days x (24 hours/day)]
    + [109,951,162,777,600 bytes x 16 days x (24 hours/day)]
    = 42,259,901,212,262,400 byte-hours
```

Then convert the byte-hours to GB-Months:

```
42,259,901,212,262,400 byte-hours/1,073,741,824 bytes per GB/24 hours per day
    /31 days in March
    =52,900 GB-Months
```

## More Info

- AWS Usage Report for Amazon S3 (p. 85)
- AWS Billing Reports for Amazon S3 (p. 83)
- Amazon S3 Pricing
- Amazon S3 FAQ
- Glacier Pricing
- Glacier FAQs

## Using Cost Allocation S3 Bucket Tags

To track the storage cost or other criteria for individual projects or groups of projects, label your Amazon S3 buckets using cost allocation tags. A *cost allocation tag* is a key-value pair that you associate with an S3 bucket. After you activate cost allocation tags, AWS uses the tags to organize your resource costs on your cost allocation report. Cost allocation tags can only be used to label buckets. For information about tags used for labeling objects, see Object Tagging (p. 107).

AMZ_KOVE_000011327