# Exhibit S

| | |
|---|---|
| **From:** | Adam Adler |
| **To:** | Kove Team; Sarah Liu |
| **Cc:** | RJ_Kove_AWS |
| **Subject:** | RE: Kove v. AWS: Document Production |
| **Date:** | Friday, October 22, 2021 5:56:20 PM |

Dear Counsel,

We have just received and are currently reviewing your recent document production. To the extent AWS believes that one or more of the six documents impacts any particular issue currently pending before the Court, please let us know, with specificity, so that we may consider it in advance of Thursday's reply deadline. If you would like, we can discuss this as part of Monday's meet and confer.

Regards,
Adam

**From:** Sarah Liu <Sarah.Liu@fischllp.com>
**Sent:** Friday, October 22, 2021 3:29 PM
**To:** Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; rmariotti@thompsoncoburn.com; Courtland L. Reichman <creichman@reichmanjorgensen.com>; Christine E. Lehman <clehman@reichmanjorgensen.com>; Michael Matulewicz-Crowley <mmatulewicz-crowley@reichmanjorgensen.com>; hcampbell@thompsoncoburn.com; Jennifer Estremera <jestremera@reichmanjorgensen.com>; Kate Falkenstien <kfalkenstien@reichmanjorgensen.com>; Wesley White <wwhite@reichmanjorgensen.com>; Khue Hoang <khoang@reichmanjorgensen.com>; Michael G. Flanigan <mflanigan@reichmanjorgensen.com>; Michael Marvin <mmarvin@reichmanjorgensen.com>; Sarah Jorgensen <sjorgensen@reichmanjorgensen.com>; Shawna L. Ballard <sballard@reichmanjorgensen.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** Kove v. AWS: Document Production

**[EXTERNAL]**
Counsel,

Please find enclosed for production documents AMZ_KOVE_000487422 - AMZ_KOVE_000487437. Please note these documents have been designated as "HIGHLY CONFIDENTIAL." Production volume AMZ_KOVE_056 can be downloaded using the link below. The password for the new production volume will be sent under separate cover. Thank you.

FTP Delivery Link: https://ftpus.consilio.com/public/file/9efS9-xzEkip1Kfbsp01HA/AMZ_KOVE_056.zip

Regards,
Sarah

**Sarah Liu** | **Fisch Sigler LLP** | **Legal Assistant**
+1.202.362.3560 (o)
+1.626.823.8018 (m)

5301 Wisconsin Avenue NW, Fourth Floor
Washington, DC 20015 USA
Firm Victories | LinkedIn