**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., | |
| Plaintiff, | Civil Action No. 1:18-cv-08175 |
| v. | Judge Rebecca R. Pallmeyer |
| AMAZON WEB SERVICES, INC., | Jury Trial Demanded |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's Order (Dkt. 417), Plaintiff Kove IO, Inc. ("Kove") and Defendant Amazon Web Service, Inc. ("AWS") (collectively, the "Parties") respectfully submit this Joint Status Report and Proposed Briefing Schedule.

### Pending Discovery Motions

**Pending Motions:** The following Motions are fully briefed and pending before the Court:

- AWS's Motion to Compel Sufficient Time to Depose John K. Overton and Non-Email ESI Documents (Dkt. 393);

- AWS's Motion for Protective Order Regarding 30(b)(6) Topic Nos. 84-85 and 87-88 and Requests for Production Nos. 219-21 and 223-26 (Dkt. No. 397);

- Kove IO, Inc.'s Motion for Protective Order Regarding Discovery Into Litigation Financing (Dkt. 400);

- Kove IO, Inc.'s Motion to Enforce Compliance with Court Order and to Compel Various Discovery (Dkt. 403);

- Kove's Motion to Compel Amazon Web Services to Produce Information Regarding Usage, Financial, and Hypothetical Negotiation Data (Dkt. 406); and

- Kove IO, Inc.'s Motion to Compel Hardware, Metrics, & Predecessor Product Information (Dkt. 409).

### Other Outstanding Issues

**AWS's Financial Information Productions:** The Court granted Kove's Motion to

Compel Financial Documents (Dkt. 212) on July 14, 2021 (Dkt. 359). AWS made a document production in light of that Order on September 1, 2021. The parties have a dispute as to whether AWS's production fully complies with the Court's Order. The Parties will continue to meet and confer in hopes of resolving this issue and will seek the Court's assistance if they are unable to do so.

**AWS's Andrew Jassy Productions:** The Court granted-in-part and denied-in-part Kove's Motion to Compel Discovery of Andrew Jassy on October 15, 2021 (Dkt. 441). AWS is conducting a search for the "six-pager" memorandum and working to provide the email hit counts for Kove's search terms referenced in the Court's Order.

**Depositions:** The Parties continue to meet and confer to schedule outstanding depositions. The Parties have agreed that many of the depositions will be affected by the resolution of their pending discovery disputes, including the six pending motions before the Court. Accordingly, the Parties have agreed that many of the remaining depositions would be best held after the resolutions of their pending discovery disputes; the Parties will work in good faith to schedule depositions that are not impacted by the pending disputes.

**Close of Fact Discovery:** As set out in the previous Joint Status Report (Dkt. 416), the Parties have agreed that a further extension to the close of fact discovery, currently scheduled for November 19, 2021, is necessary in light of the outstanding discovery issues. Accordingly, the Parties filed a Joint Motion for Modification of Case Schedule (Dkt. 447) seeking an extension to the close of fact discovery to the later of February 18, 2022 or sixty (60) days after the completion of any document production or discovery response supplementation pursuant to any Order(s) by the Court, including but not limited to Order(s) on the Pending Discovery Motions. The Court granted that Motion and entered an Amended Scheduling Order (Dkt. 453) on October 28, 2021.

**Claim Construction:** The Court conducted a claim construction hearing on July 23, 2021. The Parties were invited by the Court to inquire as to the status of an Order after 60 days; Kove did so by sending a correspondence to the Court's clerk on October 4, 2021. The Court has not yet issued a Claim Construction Order.

Dated: October 29, 2021                                     Respectfully Submitted,

KOVE IO, INC.                                     AMAZON WEB SERVICES, INC.

By: */s/ Khue V. Hoang*                          By: */s/R. William Sigler*

Renato Mariotti (State Bar No. 6323198)          Alan M. Fisch
rmariotti@thompsoncoburn.com                     *alan.fisch@fischllp.com*
Holly H. Campbell (State Bar No. 6320395)        R. William Sigler
hcampbell@thompsoncoburn.com                     *bill.sigler@fischllp.com*
THOMPSON COBURN LLP                              Jeffrey M. Saltman (*pro hac vice*)
55 E. Monroe St., 37th Floor                     *jeffrey.saltman@fischllp.com*
Chicago, IL 60603                                Lisa N. Phillips (*pro hac vice*)
Telephone: (312) 346-7500                        *lisa.phillips@fischllp.com*
Telecopier: (312) 580-2201                       Adam A. Allgood (*pro hac vice*)
                                                 *adam.allgood@fischllp.com*
Courtland L. Reichman (*pro hac vice*)           FISCH SIGLER LLP
creichman@reichmanjorgensen.com                  5301 Wisconsin Ave NW
Shawna Ballard (*pro hac vice*)                  Fourth  Floor
sballard@reichmanjorgensen.com                   Washington, D.C. 20015
Taylor Mauze (*pro hac vice*)                    (202) 362-3500
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &                      *Attorneys for Defendant Amazon Web*
FELDBERG LLP                                     *Services, Inc.*
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com

Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Michael Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
Telephone: (646) 921-1474
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Phil Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN
&FELDBERG LLP
1710 Rhode Island Ave, NW, 12th
Floor
Washington, DC 20036
Telephone: (202) 894-7310
Fax: (650) 623-1449

*Attorneys for Plaintiff Kove IO, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of October, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Khue V. Hoang*

Khue V. Hoang
