IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

**JOINT MOTION TO FILE LIMITED SUR-REPLY
REGARDING FINANCIAL MOTION TO COMPEL (DKT. 405)**

Plaintiff, Kove IO, Inc. and Defendant Amazon Web Services, Inc. respectfully request leave of the Court to file a sur-reply to Kove's motion to compel financial data (Dkt. 405) and a sur-response to AWS's sur-reply.

AWS seeks leave to address Kove's arguments raised in its reply regarding documents AWS produced between the filing of its response brief and Kove's reply. Specifically, AWS will address the documents it produced after its response brief, which Kove addresses in its reply. *See* Dkt. 468 at 1-2, 5. AWS believes that the Court would benefit from a fuller picture of AWS's recent production that the proposed sur-reply would address.[1] To the extent leave is granted, AWS respectfully requests that it be permitted to file its sur-reply ten days following the Court's order. And AWS's sur-reply will not exceed five pages and will be limited to addressing AWS's recent document production.

---

[1] *Univ. Healthsystem Consortium v. UnitedHealth Grp.*, 68 F. Supp. 3d 917, 922 (N.D. Ill. 2014) (granting leave to file a sur-reply since doing so "provides the court with the information necessary to make an informed decision.") (citing *In re Sulfuric Acid Antitrust Litig.*, 231 F.R.D. 320, 329 (N.D. Ill. 2005)).

If the Court grants AWS's request, Kove respectfully requests permission to file a sur-response ten (10) days after AWS's sur-reply. Kove's sur-response will not exceed five pages and will be limited to the scope of AWS's sur-reply.

Thus, the parties respectfully requests that the Court grant their Motion to file additional limited briefing on Kove's motion to compel financial data (Dkt. 405).

Dated: November 4, 2021

KOVE IO, INC.

By: */s/ Khue V. Hoang (with permission)*

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No. 6320395)
hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna Ballard (*pro hac vice*)
sballard@reichmanjorgsensen.com
Taylor Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Michael Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
Telephone: (646) 921-1474
Telecopier: (650) 623-1449

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ R. William Sigler*

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
Adam A. Allgood (*pro hac vice*)
*adam.allgood@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Ave NW
Fourth Floor
Washington, D.C. 20015
202.362.3500

*Attorneys for Defendant Amazon Web Services, Inc.*

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Phil Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN
& FELDBERG LLP
1710 Rhode Island Ave, NW, 12th Floor
Washington, DC 20036
Telephone: (202) 894-7310
Fax: (650) 623-1449


*Attorneys for Plaintiff Kove IO, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

                                                                */s/ R. William Sigler*