**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>*Defendant.* | Case No. 1:18-cv-8175 |

**MOTION TO SEAL AWS'S SUR-REPLY IN OPPOSITION TO
KOVE'S MOTION TO COMPEL PRODUCTION OF INFORMATION REGARDING
USAGE, FINANCIAL, AND HYPOTHETICAL NEGOTIATION DATA (DKT. NO. 405)**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, and the requirements of the Protective Order entered in this case (Dkt. 55), Defendant Amazon Web Services, Inc. ("AWS") has filed under seal portions of AWS's Sur-reply in Opposition to Kove's Motion to Compel Financial Information (Dkt. 405) ("Sur-reply"), the Declaration of Jeffrey Saltman, and Exhibits AA-HH to the Declaration of R. William Sigler—which contain information and documentation that AWS has designated Confidential or Highly Confidential. AWS seeks leave to file these documents under seal due to the confidentiality designations. In support of this Motion, AWS states as follows:

1. On July 10, 2019, the Court entered the Parties' Agreed Protective Order. (Dkt. 55.) Pursuant to the terms of the Protective Order, AWS has designated certain information about internal usage, pricing, costs, and revenue as Highly Confidential. This information is confidential and proprietary to AWS, is not publicly available, and, if disseminated publicly, would harm AWS competitively.

2. AWS's Sur-reply, Exhibits AA-HH, and the declaration of Jeffrey Saltman, and information contained therein, contain information designated as Confidential or Highly Confidential. AWS has

filed portions of its Sur-reply, the Declaration of Jeffrey Saltman, and Exhibits AA-HH thereto under seal, consistent with the Protective Order. Contemporaneously, AWS has publicly filed a redacted version of its Sur-reply.

For the forgoing reasons, AWS respectfully requests that the Court enter an order permitting AWS to file its Sur-reply under seal.

Dated: November 15, 2021

Respectfully submitted,

/s/ R. William Sigler
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
Adam A. Allgood (*pro hac vice*)
*adam.allgood@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

                                                  */s/ R. William Sigler*
                                                    R. William Sigler