IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant.* | Case No. 1:18-cv-8175 |

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF AWS'S
SUR-REPLY IN OPPOSITION TO KOVE'S MOTION TO COMPEL PRODUCTION
OF INFORMATION REGARDING USAGE, FINANCIAL, AND HYPOTHETICAL
NEGOTIATION DATA (DKT. NO. 405)**

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for defendant AWS in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and District of Columbia, and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this declaration in support of AWS's Sur-reply in Opposition to Kove's Motion to Compel Financial Information (Dkt. 405).

2. Attached as Exhibit AA is a true and correct copy of a spreadsheet of Amazon usage data by pricing category, bearing production number AMZ_KOVE_000487437.

3. Attached as Exhibit BB is a true and correct copy of a spreadsheet of Amazon net revenue by pricing category, bearing production number AMZ_KOVE_000487436.

4. Attached as Exhibit CC is a true and correct copy of a Letter from Lisa

1

Phillips, counsel for AWS, to Taylor Mauze, counsel for Kove, dated October 29, 2021.

5. Attached as Exhibit DD is a true and correct copy of an AWS internal cost allocation document, bearing production number AMZ_KOVE_000487423.

6. Attached as Exhibit EE is a true and correct copy of Amazon DynamoDB cost data, bearing production number AMZ_KOVE_000487422.

7. Attached as Exhibit FF is a true and correct copy of Amazon S3 cost data, bearing production number AMZ_KOVE_000487435.

Executed on November 15, 2021.

                                                          */s/ R. William Sigler*
                                                           R. William Sigler