IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br> Hon. Sheila M. Finnegan <br> Magistrate Judge <br><br> Jury Trial Demanded |

**PLAINTIFF'S MOTION TO WITHDRAW MICHAEL MARVIN AS COUNSEL**

Pursuant to Local Rule 83.17, the undersigned respectfully requests leave to withdraw the appearance of Michael Marvin as counsel on behalf of Plaintiff Kove IO, Inc. ("Kove").

Mr. Marvin is no longer with the law firm of Reichman Jorgensen Lehman & Feldberg LLP. Plaintiff will continue to be represented by counsel from the firm Reichman Jorgensen Lehman & Feldberg LLP. Counsel respectfully submits that Kove will not be prejudiced by the withdrawal of Mr. Marvin.

WHEREFORE, counsel respectfully requests that the Court enter an order granting this motion, and withdrawing the appearance of Michael Marvin as counsel for Kove.

| | |
|---|---|
| Dated: November 22, 2021 | Respectfully submitted,<br><br>/s/ *Courtland L. Reichman* |
| Khue V. Hoang *(pro hac vice)*<br>khoang@reichmanjorgensen.com<br>Jaime Cardenas-Navia *(pro hac vice)*<br>jcardenas-navia@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>750 Third Avenue, Suite 2400<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>Facsimile: (650) 623-1449<br><br>Christine E. Lehman *(pro hac vice)*<br>clehman@reichmanjorgensen.com<br>Adam Adler *(pro hac vice)*<br>aadler@reichmanjorgensen.com<br>Phil Eklem *(pro hac vice)*<br>peklem@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>1710 Rhode Island Ave, NW, 12th Floor<br>Telephone: (202) 894-7310<br>Facsimile: (650) 623-1449 | Renato Mariotti (State Bar No. 6323198)<br>rmariotti@thompsoncoburn.com<br>Holly H. Campbell (State Bar No. 6320395)<br>hcampbell@thompsoncoburn.com<br>THOMPSON COBURN LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603<br>Telephone: (312) 346-7500<br>Facsimile: (312) 580-2201<br><br>Courtland L. Reichman *(pro hac vice)*<br>creichman@reichmanjorgensen.com<br>Shawna L. Ballard (Identification No. 155188)<br>sballard@reichmanjorgensen.com<br>Kate M. Falkenstien *(pro hac vice)*<br>kfalkenstien@reichmanjorgensen.com<br>Karlanna M. Lewis *(pro hac vice)*<br>klewis@reichmanjorgensen.com<br>Taylor Mauze *(pro hac vice)*<br>tmauze@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Facsimile: (650) 623-1449<br><br>**ATTORNEYS FOR PLAINTIFF<br>KOVE IO, INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                 */s/ Courtland L. Reichman*
                 Courtland L. Reichman