IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc.,<br><br>        Plaintiff,<br><br>  v.<br><br>Amazon Web Services, Inc.,<br><br>        Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Rebecca R. Pallmeyer<br><br>Jury Trial Demanded |

## PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE
## TO FILE SUR-REPLY UNDER SEAL

Plaintiff Kove IO, Inc. ("Kove") hereby moves for leave to file under seal its Sur-Reply in Support of Its Motion to Compel Amazon Web Services to Produce Information Regarding Usage, Financial, and Hypothetical Negotiation Date. The documents sought to be filed under seal are either designated as Highly Confidential pursuant to this Court's Protective Order, or otherwise discuss or relate to information designated as Confidential or Highly Confidential pursuant to this Court's Protective Order. Accordingly, Kove respectfully requests that the Court grant its Motion to Seal.

Dated: November 24, 2021

Khue V. Hoang *(pro hac vice)*
khoang@reichmanjorgensen.com
Jaime Cardenas-Navia *(pro hac vice)*
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400

Respectfully submitted,

*/s/ Khue Hoang*

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No. 6320395)
hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603

New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Phil Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1710 Rhode Island Ave, NW, 12th Floor
Telephone: (202) 894-7310
Facsimile: (650) 623-1449

Telephone: (312) 346-7500
Facsimile: (312) 580-2201

Courtland L. Reichman *(pro hac vice)*
creichman@reichmanjorgensen.com
Shawna L. Ballard (Identification No. 155188)
sballard@reichmanjorgensen.com
Kate M. Falkenstien *(pro hac vice)*
kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF KOVE IO, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of November 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Khue V. Hoang*

Khue Hoang