# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>AMAZON WEB SERVICES, INC., )<br>)<br>        Defendant. )<br>) | Civil Action No. 1:18-cv-08175<br><br>Hon. Rebecca R. Pallmeyer |

## AMAZON WEB SERVICES, INC.'S MOTION
## TO WITHDRAW ADAM ALLGOOD AS COUNSEL

Pursuant to Local Rule 83.17, Defendant Amazon Web Services, Inc. respectfully requests leave to withdraw the appearance of Adam A. Allgood as counsel for AWS.

AWS will continue to be represented by counsel from Fisch Sigler LLP and AWS will not be prejudiced by the withdrawal of Mr. Allgood.

Thus, AWS respectfully requests that the Court enter an order granting this motion, and withdrawing the appearance of Adam A. Allgood as counsel for AWS.


Dated: December 23, 2021

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ R. William Sigler*

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
Adam A. Allgood (*pro hac vice*)
*adam.allgood@fischllp.com*

FISCH SIGLER LLP
5301 Wisconsin Ave NW
Fourth Floor
Washington, D.C. 20015
202.362.3500

*Attorneys for Defendant Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

> */s/ R. William Sigler*
> R. William Sigler