IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

## AMAZON WEB SERVICES, INC.'S NOTICE
## OF RELATED PROCEEDINGS

AWS hereby respectfully provides notice that the United States Patent & Trademark Office has instituted administrative proceedings related to this case. More particularly, on December 23, 2021, the Patent Office granted AWS's requests for *ex parte* reexamination on all of the asserted claims of two of the patents-in-suit, U.S. Patent Nos. 7,103,640 and 7,233,978.[1]

AWS's request for reexamination of all of the asserted claims of the other asserted patent, U.S. Patent No. 7,814,170, remains pending. Once the Patent Office decides whether to grant reexamination of the '170 patent, AWS intends to seek leave to file a motion to stay this case pending the outcome of these reexamination proceedings.

---

[1] *See* Ex. A, Order Granting Reexamination of the '978 Patent in Reexamination No. 90/019,034; Ex. B, Order Granting Reexamination of the '640 Patent in Reexamination No. 90/019,036.

| | |
|---|---|
| Dated: December 28, 2021 | Respectfully Submitted,<br><br>AMAZON WEB SERVICES, INC.<br><br>By: /s/ R. William Sigler<br><br>Alan M. Fisch<br>*alan.fisch@fischllp.com*<br>R. William Sigler<br>*bill.sigler@fischllp.com*<br>Jeffrey M. Saltman (*pro hac vice*)<br>*jeffrey.saltman@fischllp.com*<br>Lisa N. Phillips (*pro hac vice*)<br>*lisa.phillips@fischllp.com*<br>FISCH SIGLER LLP<br>5301 Wisconsin Ave NW<br>Fourth Floor<br>Washington, D.C. 20015<br>202.362.3500<br><br>*Attorneys for Defendant Amazon Web Services, Inc.* |

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

                                                    */s/ R. William Sigler*
                                                    R. William Sigler