IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

**JOINT MOTION REGARDING DEADLINES FOLLOWING
THE COURT'S CLAIM CONSTRUCTION ORDER (DKT. 484)**

Plaintiff, Kove IO, Inc. and Defendant Amazon Web Services, Inc. respectfully request an adjustment of the deadlines following the Court's Claim Construction Order (Dkt. 484).

Specifically, the parties respectfully request adjustment of the deadlines to submit amended contentions pursuant to LPR 3.4.[1] The parties have conferred and have agreed to the below deadlines:

- The parties will exchange drafts of proposed affirmative amended contentions (in Word and with redlines) by January 27, 2022.

- The parties will meet and confer as needed over the next two weeks regarding whether proposed amendments are proper under LPR 3.4.

- The parties will file motions to amend their respective contentions as unopposed or opposed by February 24, 2022.

---

[1] The popup version of LPR 3.4 on the Court's website includes the requirement that the parties update their contentions within 14 days of the entry of the claim construction ruling. The non-popup, pdf version of the Rules doesn't include that provision. The parties are following the popup version of LPR 3.4.

2

Pursuant to the Court's Order regarding the parties' proposed schedule (Dkts. 52 and 54), the parties must submit a proposed schedule for the remaining case events within 14 days of the issuance of the Court's Claim Construction Order. Given the number of outstanding discovery motions and the potential impact of the resolution of those motions on the discovery and other deadlines, the parties respectfully request that they be permitted to submit the proposed schedule within 14 days of the Court's ruling on the currently-pending discovery motions (i.e., 14 days after the court resolves the last of Dkt. 393, 397, 400, 403, 405, 409). This will permit the parties to determine and propose a realistic deadline to complete discovery and the other case deadlines that follow.

Thus, the parties respectfully request that the Court enter the above adjustment to the deadlines following the Court's Claim Construction Order.

Dated: December 30, 2021            Respectfully Submitted,

KOVE IO, INC.            AMAZON WEB SERVICES, INC.

By: */s/ Khue Hoang (with permission)*       By: */s/ R. William Sigler*

| Kove IO, Inc. | Amazon Web Services, Inc. |
|---|---|
| Renato Mariotti (State Bar No. 6323198)<br>rmariotti@thompsoncoburn.com<br>Holly H. Campbell (State Bar No. 6320395)<br>hcampbell@thompsoncoburn.com<br>THOMPSON COBURN LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603<br>Telephone: (312) 346-7500<br>Telecopier: (312) 580-2201<br><br>Courtland L. Reichman (*pro hac vice*)<br>creichman@reichmanjorgensen.com<br>Shawna Ballard (*pro hac vice*)<br>sballard@reichmanjorgsensen.com<br>Taylor Mauze (*pro hac vice*)<br>tmauze@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Telecopier: (650) 623-1449<br><br>Khue V. Hoang (*pro hac vice*)<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia (*pro hac vice*)<br>jcardenas-navia@reichmanjorgensen.com<br>Telephone: (646) 921-1474<br>Telecopier: (650) 623-1449 | Alan M. Fisch<br>*alan.fisch@fischllp.com*<br>R. William Sigler<br>*bill.sigler@fischllp.com*<br>Jeffrey M. Saltman (*pro hac vice*)<br>*jeffrey.saltman@fischllp.com*<br>Lisa N. Phillips (*pro hac vice*)<br>*lisa.phillips@fischllp.com*<br>FISCH SIGLER LLP<br>5301 Wisconsin Ave NW<br>Fourth Floor<br>Washington, D.C. 20015<br>202.362.3500<br><br>*Attorneys for Defendant Amazon Web Services, Inc.* |

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Phil Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN
& FELDBERG LLP
1710 Rhode Island Ave, NW, 12th Floor
Washington, DC 20036
Telephone: (202) 894-7310
Fax: (650) 623-1449

*Attorneys for Plaintiff Kove IO, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

                                                                                           */s/ R. William Sigler*