**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Kove IO, Inc.

                                    Plaintiff,

v.                                                      Case No.: 1:18−cv−08175
                                                        Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 3, 2022:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion [488] is
granted. As proposed, the parties will exchange drafts of proposed affirmative amended
contentions (in Word and with redlines) by January 27, 2022. Parties will meet and confer
as needed over the next two weeks regarding whether proposed amendments are proper
under LPR 3.4. Parties will file motions to amend their respective contentions as
unopposed or opposed by February 24, 2022. Parties will propose a schedule for
resolution of remaining case events within 14 days of the Court's ruling on the
currently−pending discovery motions ([393, 397, 400, 403, 405, 409]). (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.