# Exhibit A

# Reexaminations - FY 2021

| | Quarter 1 (Oct-Dec) | Quarter 2 (Jan-Mar) | Quarter 3 (Apr-Jun) | Quarter 4 (Jul-Sep) |
|---|---|---|---|---|
| Pending Reexaminations includes Ex Parte, Inter Partes, and Supplemental Examination Requests | | | | |
| Processing (prior to assignment to the Examiner) | 11 | | | |
| Awaiting Order/Denial | 31 | | | |
| Between Order and First Action on the Merits | 43 | | | |
| Between FAOM and NIRC | 258 | | | |
| Between NIRC and Publication of Certificate | 25 | | | |
| Total | 368 | | | |

## Volume of Proceedings *

| | YTD Through Quarter 1 | YTD Through Quarter 2 | YTD Through Quarter 3 | YTD Through Quarter 4 |
|---|---|---|---|---|
| Filings (Ex Parte, Inter Partes, and Supplemental Examination Requests granted a filing date) | 74 | | | |
|     Ex Parte (EP) | 67 | | | |
|     Inter Partes (IP) | NA | NA | NA | NA |
|     Supplemental Examinations (SE) | 7 | | | |
| Supplemental Examinations Substantial New Question of Patentability (SNQ) Determination | 6 | | | |
|     SE SNQ-Yes | 6 | | | |
|     SE SNQ-No | 0 | | | |
| Orders Granting Reexamination | 52 | | | |
|     EP Orders | 46 | | | |
|     IP Orders | NA | | | |
|     SE Orders under 35 USC 257 | 6 | | | |
| Denials | 0 | | | |
|     EP Denials | 0 | | | |
|     IP Denials | NA | | | |
| First Action on the Merits (FAOM) | 42 | | | |
|     EP FAOMs | 38 | | | |
|     IP FAOMs | NA | | | |
|     SE FAOMs pursant to 35 USC 257 | 4 | | | |
| Notices of Intent to Issue a Reexamination Certificate (NIRC) | 70 | | | |
|     EP NIRCs | 48 | | | |
|     IP NIRCs | 10 | | | |
|     SE NIRCs under 35 USC 257 | 12 | | | |
| Reexamination Certificates | 73 | | | |
|     EP Certificates | 55 | | | |
|     IP Certificates | 5 | | | |
|     SE Certificates pursant to 35 USC 257 | 13 | | | |

## Timing of Proceedings

|  | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
|---|---|---|---|---|
| Average Months from Filing to SE Determination | 1.11 | | | |
|     Average Months to SE SNQ-Yes | 1.11 | | | |
|     Average Months to SE SNQ-No | NA | | | |
| Average Months from Filing to Order | 1.16 | | | |
|     Average Months to EP Order | 1.11 | | | |
|     Average Months to IP Order | NA | | | |
|     Average Months to SE Order pursant to 35 USC 257 | 1.53 | | | |
| Average Months from Filing to Denial | NA | | | |
|     Average Months to EP Denial | NA | | | |
|     Average Months to IP Denial | NA | | | |
| Average Months from Filing to FAOM | 5.88 | | | |
|     Average Months to EP FAOM | 6.30 | | | |
|     Average Months to IP FAOM | NA | | | |
|     Average Months to SE FAOM pursant to 35 USC 257 | 1.98 | | | |
| Average Months from Filing to NIRC | 30.89 | | | |
|     Average Months to EP NIRC | 18.99 | | | |
|     Average Months to IP NIRC | 107.86 | | | |
|     Average Months to SE NIRC pursant to 35 USC 257 | 14.35 | | | |
| Average Months from Filing to Reexam Certificate | 22.30 | | | |
|     Average Months to EP Certificate | 16.12 | | | |
|     Average Months to IP Certificate | 102.85 | | | |
|     Average Months to SE Certificate pursant to 35 USC 257 | 17.46 | | | |

Notes:
1 Source: Filings from ex parte, inter partes and supplemental historical statistics.
2 Supplemental filings include only the SE request which received a filing date. SE NIRC only occur where SNQ-Yes was found.
3 Pendency, First Action, NIRC ("Notice of Intent to Issue a Reexamination Certificate") and Certificate date from PALM.
4 Inter Partes reexaminations were no longer available after Sept. 16, 2012
5 This data is recorded by reexamination control number. Where proceedings are merged, the merged proceeding will appear as multiple instances. For this reason the certificate count will not match the number of individual reexamination certificates published in the Office Gazette.
6 NIRCs mailed at the end of one month will necessarily publish with a certificate the next month (or later), the average time to RX certificate may be more or less than the time to RX NIRC for any particular time period measured
7 Numbers may not match PAR report because this report shows actions mailed in time period and PAR shows filed requests and actions on those.
8 a typographical error has been corrected in the reference the statue 35 USC 257.
9 The last section has been updated to clarify that these numbers reference Reexamination Certificates

# Reexaminations - FY 2020

| | Quarter 1 (Oct-Dec) | Quarter 2 (Jan-Mar) | Quarter 3 (Apr-Jun) | Quarter 4 (Jul-Sep) |
|---|---|---|---|---|
| Pending Reexaminations includes Ex Parte, Inter Partes, and Supplemental Examination Requests | | | | |
| Processing (prior to assignment to the Examiner) | 7 | 3 | 3 | 6 |
| Awaiting Order/Denial | 14 | 24 | 36 | 19 |
| Between Order and First Action on the Merits | 47 | 50 | 40 | 27 |
| Between FAOM and NIRC | 272 | 271 | 283 | 304 |
| Between NIRC and Publication of Certificate | 14 | 9 | 17 | 23 |
| Total | 354 | 357 | 379 | 379 |

## Volume of Proceedings *

| | YTD Through Quarter 1 | YTD Through Quarter 2 | YTD Through Quarter 3 | YTD Through Quarter 4 |
|---|---|---|---|---|
| Filings (Ex Parte, Inter Partes, and Supplemental Examination Requests granted a filing date) | 61 | 129 | 190 | 236 |
|     Ex Parte (EP) | 48 | 103 | 159 | 197 |
|     Inter Partes (IP) | NA | NA | NA | NA |
|     Supplemental Examinations (SE) | 13 | 26 | 31 | 39 |
| Supplemental Examinations Substantial New Question of Patentability (SNQ) Determination | 9 | 21 | 28 | 37 |
|     SE SNQ-Yes | 5 | 11 | 15 | 20 |
|     SE SNQ-No | 4 | 10 | 13 | 17 |
| Orders Granting Reexamination | 52 | 105 | 148 | 166 |
|     EP Orders | 45 | 93 | 133 | 146 |
|     IP Orders | NA | NA | NA | NA |
|     SE Orders under 35 USC 257 | 7 | 12 | 15 | 20 |
| Denials | 2 | 4 | 7 | 9 |
|     EP Denials | 2 | 4 | 7 | 9 |
|     IP Denials | NA | NA | NA | NA |
| First Action on the Merits (FAOM) | 41 | 101 | 154 | 208 |
|     EP FAOMs | 38 | 95 | 139 | 188 |
|     IP FAOMs | NA | NA | NA | NA |
|     SE FAOMs pursuant to 35 USC 257 | 3 | 6 | 15 | 20 |
| Notices of Intent to Issue a Reexamination Certificate (NIRC) | 49 | 93 | 137 | 196 |
|     EP NIRCs | 41 | 79 | 116 | 165 |
|     IP NIRCs | 5 | 8 | 10 | 14 |
|     SE NIRCs under 35 USC 257 | 3 | 6 | 11 | 17 |
| Reexamination Certificates | 47 | 104 | 135 | 180 |
|     EP Certificates | 38 | 89 | 118 | 157 |
|     IP Certificates | 7 | 13 | 13 | 16 |
|     SE Certificates pursuant to 35 USC 257 | 2 | 2 | 4 | 7 |

## Timing of Proceedings

|  | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
|---|---|---|---|---|
| Average Months from Filing to SE Determination | 1.12 | 0.99 | 1.34 | 1.37 |
|     Average Months to SE SNQ-Yes | 0.97 | 1.16 | 1.66 | 1.46 |
|     Average Months to SE SNQ-No | 1.31 | 0.83 | 0.91 | 1.02 |
| Average Months from Filing to Order | 0.92 | 1.20 | 1.15 | 1.37 |
|     Average Months to EP Order | 0.79 | 1.13 | 1.11 | 1.18 |
|     Average Months to IP Order | NA | NA | NA | NA |
|     Average Months to SE Order pursant to 35 USC 257 | 1.79 | 1.85 | 1.70 | 1.89 |
| Average Months from Filing to Denial | 1.75 | 0.91 | 2.15 | 1.51 |
|     Average Months to EP Denial | 1.75 | 0.91 | 2.15 | 1.51 |
|     Average Months to IP Denial | NA | NA | NA | NA |
| Average Months from Filing to FAOM | 5.28 | 6.85 | 5.35 | 5.49 |
|     Average Months to EP FAOM | 5.50 | 7.05 | 5.46 | 5.57 |
|     Average Months to IP FAOM | NA | NA | NA | NA |
|     Average Months to SE FAOM pursant to 35 USC 257 | 2.52 | 3.20 | 4.82 | 4.71 |
| Average Months from Filing to NIRC | 28.44 | 29.03 | 18.78 | 27.13 |
|     Average Months to EP NIRC | 21.18 | 23.92 | 15.28 | 21.97 |
|     Average Months to IP NIRC | 95.06 | 101.80 | 103.82 | 101.63 |
|     Average Months to SE NIRC pursant to 35 USC 257 | 16.60 | 20.97 | 10.70 | 19.57 |
| Average Months from Filing to Reexam Certificate | 31.90 | 34.76 | 15.48 | 21.18 |
|     Average Months to EP Certificate | 20.32 | 28.10 | 15.95 | 15.14 |
|     Average Months to IP Certificate | 97.57 | 97.01 | NA | 106.53 |
|     Average Months to SE Certificate pursant to 35 USC 257 | 21.95 | 17.90 | 12.05 | 18.21 |

Notes:
1. Source: Filings from ex parte, inter partes and supplemental historical statistics.
2. Supplemental filings include only the SE request which received a filing date. SE NIRC only occur where SNQ-Yes was found.
3. Pendency, First Action, NIRC ("Notice of Intent to Issue a Reexamination Certificate") and Certificate date from PALM.
4. Inter Partes reexaminations were no longer available after Sept. 16, 2012
5. This data is recorded by reexamination control number. Where proceedings are merged, the merged proceeding will appear as multiple instances. For this reason the certificate count will not match the number of individual reexamination certificates published in the Office Gazette.
6. NIRCs mailed at the end of one month will necessarily publish with a certificate the next month (or later), the average time to RX certificate may be more or less than the time to RX NIRC for any particular time period measured
7. Numbers may not match PAR report because this report shows actions mailed in time period and PAR shows filed requests and actions on those.
8. a typographical error has been corrected in the reference the statue 35 USC 257.
9. The last section has been updated to clarify that these numbers reference Reexamination Certificates