# Exhibit B



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

### *Ex Parte* Reexamination Filing Data - September 30, 2020

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ................................................... 14185
   - a. By patent owner — 3954 — 27.9%
   - b. by other member of the public — 10056 — 70.9%
   - c. By order of Commissioner — 175 — 1.2%

2. Number of Filings by discipline
   - a. Chemical Operation — 3843 — 27.1%
   - b. Electrical Operation — 5279 — 37.2%
   - c. Mechanical Operation — 4790 — 33.8%
   - d. Design Patents — 273 — 1.9%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | 2020 | 198 |

4. Number known to be in litigation ................................................................ 5428 — 38.3%

5. Decisions on requests [2] ................................................................ 14185
   - a. No. granted — 13082 — 92.2%
     - (1) By examiner — 12888
     - (2) By Director (on petition) — 194
   - b. No. denied — 1183 — 8.3%
     - (1) By examiner — 1103
     - (2) Reexam vacated — 80

6. Total examiner denials (includes denials reversed by Director) ................................................................ 1103
   - a. Patent owner requester — 525 — 47.6%
   - b. Third party requester — 578 — 52.4%

---

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020.

1/2

7. Overall reexamination pendency (Filing date to certificate issue date)........................
    a. Average pendency            25.7 (mos.)
    b. Median pendency            19.3 (mos.)

8. Reexam certificate claim analysis:[3]

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 14% | 0% | 20.9% | 2672 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.1% | 1668 |
| c. Certificates with claims changes | 22% | 44% | 1% | 66.0% | 8424 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………………    12764

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER            3960
        a. All claims confirmed            809    20.4%
        b. All claims canceled            396    10.0%
        c. Claims changed            2755    69.6%
    b. Certificates – 3rd PARTY REQUESTER            8630
        a. All claims confirmed            1846    21.4%
        b. All claims canceled            1226    14.2%
        c. Claims changed            5558    64.4%
    c. Certificates – COMMISSIONER INITIATED REEXAM            174
        a. All claims confirmed            17    9.8%
        b. All claims canceled            46    26.4%
        c. Claims changed            111    63.8%

---

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct. 1, 2020