# Exhibit D



# Reexaminations – FY 2011

## Pending Reexaminations

|  | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
|---|---|---|---|---|
| Preprocessing | 100 | 69 | 52 | 84 |
| Awaiting Order/Denial | 100 | 132 | 130 | 113 |
| Between Order and First Action on the Merits | 290 | 242 | 255 | 222 |
| Between FAOM and NIRC | 1419 | 1465 | 1489 | 1566 |
| Between NIRC and Publication of Certificate | 215 | 254 | 176 | 135 |
| Total | 2124 | 2162 | 2102 | 2120 |

## Volume of Proceedings

|  | YTD Through Quarter 1 | YTD Through Quarter 2 | YTD Through Quarter 3 | YTD Through Quarter 4 |
|---|---|---|---|---|
| Filings | 288 | 572 | 852 | 1133 |
| Ex Parte | 188 | 392 | 581 | 759 |
| Inter Partes | 100 | 180 | 271 | 374 |
| Orders Granting Reexamination | 275 | 520 | 785 | 1027 |
| Ex Parte Orders | 186 | 347 | 530 | 685 |
| Inter Partes Orders | 89 | 143 | 255 | 342 |
| Denials | 26 | 64 | 89 | 112 |
| Ex Parte Denials | 24 | 50 | 70 | 88 |
| Inter Partes Denials | 2 | 14 | 19 | 24 |
| First Actions on the Merits | 252 | 550 | 796 | 1077 |
| Ex Parte FAOMs | 171 | 396 | 551 | 741 |
| Inter Partes FAOMs | 81 | 154 | 245 | 336 |
| Notices of Intent to Issue a Reexamination Certificate | 215 | 464 | 698 | 897 |
| Ex Parte NIRCs | 179 | 404 | 614 | 788 |
| Inter Partes NIRCs | 36 | 60 | 84 | 109 |
| Reexamination Certificates | 212 | 440 | 733 | 987 |
| Ex Parte Certificates | 183 | 377 | 645 | 873 |
| Inter Partes Certificates | 29 | 63 | 88 | 114 |

## Timing of proceedings

|  | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
|---|---|---|---|---|
| Average Months from Filing to Order | 1.9 | 1.8 | 1.8 | 1.8 |
| Average Months to Ex Parte Order | 1.8 | 1.7 | 1.7 | 1.8 |
| Average Months to Inter Partes Order | 2.0 | 1.9 | 1.9 | 1.9 |
| Average Months from Filing to Denial | 2.0 | 1.7 | 1.9 | 2.0 |
| Average Months from Ex Parte Denial | 2.1 | 1.6 | 1.9 | 1.9 |
| Average Months to Inter Partes Denial | 1.5 | 2.0 | 2.0 | 2.2 |
| Average Months from Filing to FAOM | 4.7 | 5.3 | 4.7 | 5.0 |
| Average Months to Ex Parte FAOM | 5.5 | 6.0 | 5.7 | 5.8 |
| Average Months to Inter Partes FAOM | 3.0 | 3.0 | 2.9 | 3.2 |
| Average Months from Filing to NIRC | 27.7 | 22.5 | 20.6 | 15.6 |
| Average Months to Ex Parte NIRC | 26.4 | 21.2 | 19.7 | 15.3 |
| Average Months to Inter Partes NIRC | 34.1 | 34.2 | 28.4 | 33.9 |
| Average Months from Filing to Certificate | 27.9 | 32.7 | 27.3 | 22.2 |
| Average Months to Ex Parte Certificate | 26.5 | 31.8 | 26.3 | 21.1 |
| Average Months to Inter Partes Certificate | 37.0 | 37.9 | 38.0 | 31.9 |

Source: Filings from ex parte and inter partes historical statistics.
Pendency, First Action, NIRC ("Notice of Intent to Issue a Reexamination Certificate") and Certificate date from PALM.
Note: This data is recorded by reexamination control number. Where proceedings are merged, the merged proceeding will appear as multiple instances. For this reason the certificate count will not match the number of individual reexamination certificates published in the Office Gazette.

# Reexaminations – FY 2010



## Pending Reexaminations

| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
|---|---|---|---|---|
| Preprocessing | 87 | 83 | 58 | 64 |
| Awaiting Order/Denial | 96 | 109 | 128 | 156 |
| Between Order and First Action on the Merits | 343 | 279 | 271 | 278 |
| Between FAOM and NIRC | 1345 | 1395 | 1377 | 1378 |
| Between NIRC and Publication of Certificate | 162 | 197 | 207 | 218 |
| Total | 2033 | 2063 | 2041 | 2094 |

## Volume of Proceedings

| | YTD Through Quarter 1 | YTD Through Quarter 2 | YTD Through Quarter 3 | YTD Through Quarter 4 |
|---|---|---|---|---|
| Filings | 242 | 470 | 728 | 1061 |
| Ex Parte | 168 | 344 | 539 | 780 |
| Inter Partes | 74 | 126 | 189 | 281 |
| Orders Granting Reexamination | 205 | 396 | 586 | 831 |
| Ex Parte Orders | 153 | 282 | 423 | 607 |
| Inter Partes Orders | 52 | 114 | 163 | 224 |
| Denials | 10 | 23 | 45 | 62 |
| Ex Parte Denials | 10 | 22 | 40 | 55 |
| Inter Partes Denials | | 1 | 5 | 7 |
| First Actions on the Merits | 186 | 451 | 643 | 877 |
| Ex Parte FAOMs | 122 | 319 | 451 | 621 |
| Inter Partes FAOMs | 64 | 132 | 192 | 256 |
| Notices of Intent to Issue a Reexamination Certificate | 183 | 389 | 610 | 850 |
| Ex Parte NIRCs | 165 | 351 | 549 | 760 |
| Inter Partes NIRCs | 18 | 38 | 61 | 90 |
| Reexamination Certificates | 254 | 445 | 624 | 859 |
| Ex Parte Certificates | 224 | 395 | 560 | 771 |
| Inter Partes Certificates | 30 | 50 | 64 | 88 |

## Timing of proceedings

| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
|---|---|---|---|---|
| Average Months from Filing to Order | 1.9 | 1.9 | 1.6 | 1.8 |
| Average Months to Ex Parte Order | 1.9 | 1.8 | 1.6 | 1.7 |
| Average Months to Inter Partes Order | 2.2 | 2.1 | 1.8 | 2.0 |
| Average Months from Filing to Denial | 2.0 | 1.9 | 1.6 | 1.7 |
| Average Months from Ex Parte Denial | 2.0 | 2.0 | 1.7 | 1.6 |
| Average Months to Inter Partes Denial | | 1.6 | 1.1 | 1.8 |
| Average Months from Filing to FAOM | 6.5 | 6.9 | 6.2 | 6.4 |
| Average Months to Ex Parte FAOM | 7.6 | 7.8 | 7.4 | 7.5 |
| Average Months to Inter Partes FAOM | 4.4 | 4.2 | 3.6 | 3.3 |
| Average Months from Filing to NIRC | 24.1 | 24.1 | 28.2 | 26.1 |
| Average Months to Ex Parte NIRC | 23.0 | 23.8 | 27.4 | 25.0 |
| Average Months to Inter Partes NIRC | 34.6 | 26.9 | 34.8 | 33.5 |
| Average Months from Filing to Certificate | 31.8 | 27.6 | 28.5 | 30.5 |
| Average Months to Ex Parte Certificate | 31.1 | 26.5 | 28.4 | 29.7 |
| Average Months to Inter Partes Certificate | 37.3 | 37.3 | 29.5 | 37.6 |

Source: Filings from ex parte and inter partes historical statistics.
Pendency, First Action, NIRC ("Notice of Intent to Issue a Reexamination Certificate") and Certificate date from PALM.
Note: This data is recorded by reexamination control number. Where proceedings are merged, the merged proceeding will appear as multiple instances. For this reason the certificate count will not match the number of individual reexamination certificates published in the Office Gazette.

# Reexaminations – FY 2009



## Pending Reexaminations

| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
|---|---|---|---|---|
| Preprocessing | 42 | 77 | 56 | 89 |
| Awaiting Order/Denial | 127 | 110 | 127 | 101 |
| Between Order and First Action on the Merits | 438 | 373 | 339 | 323 |
| Between FAOM and NIRC | 1336 | 1356 | 1373 | 1349 |
| Between NIRC and Publication of Certificate | 171 | 224 | 207 | 258 |
| Total | 2114 | 2140 | 2102 | 2120 |

## Volume of Proceedings

| | YTD Through Quarter 1 | YTD Through Quarter 2 | YTD Through Quarter 3 | YTD Through Quarter 4 |
|---|---|---|---|---|
| Filings | 222 | 441 | 676 | 916 |
| Ex Parte | 154 | 308 | 481 | 658 |
| Inter Partes | 68 | 133 | 195 | 258 |
| Orders Granting Reexamination | 191 | 392 | 583 | 794 |
| Ex Parte Orders | 153 | 288 | 427 | 576 |
| Inter Partes Orders | 38 | 104 | 156 | 218 |
| Denials | 17 | 27 | 41 | 51 |
| Ex Parte Denials | 10 | 18 | 29 | 38 |
| Inter Partes Denials | 7 | 9 | 12 | 13 |
| First Actions on the Merits | 195 | 449 | 686 | 910 |
| Ex Parte FAOMs | 154 | 332 | 519 | 701 |
| Inter Partes FAOMs | 41 | 117 | 167 | 209 |
| Notices of Intent to Issue a Reexamination Certificate | 137 | 372 | 581 | 822 |
| Ex Parte NIRCs | 130 | 338 | 521 | 735 |
| Inter Partes NIRCs | 7 | 34 | 60 | 87 |
| Reexamination Certificates | 171 | 346 | 571 | 797 |
| Ex Parte Certificates | 160 | 324 | 527 | 724 |
| Inter Partes Certificates | 11 | 22 | 44 | 73 |

## Timing of proceedings

| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
|---|---|---|---|---|
| Average Months from Filing to Order | 2.0 | 1.8 | 1.8 | 1.9 |
| Average Months to Ex Parte Order | 1.9 | 1.7 | 1.7 | 1.8 |
| Average Months to Inter Partes Order | 2.3 | 2.1 | 1.9 | 2.1 |
| Average Months from Filing to Denial | 2.4 | 2.2 | 1.6 | 1.7 |
| Average Months from Ex Parte Denial | 2.1 | 2.3 | 1.7 | 1.8 |
| Average Months to Inter Partes Denial | 2.8 | 1.8 | 1.0 | 1.0 |
| Average Months from Filing to FAOM | 9.5 | 8.7 | 7.7 | 7.5 |
| Average Months to Ex Parte FAOM | 10.3 | 10.6 | 8.7 | 8.2 |
| Average Months to Inter Partes FAOM | 6.1 | 4.2 | 3.7 | 4.7 |
| Average Months from Filing to NIRC | 24.2 | 28.9 | 28.3 | 25.8 |
| Average Months to Ex Parte NIRC | 23.5 | 28.1 | 28.2 | 24.7 |
| Average Months to Inter Partes NIRC | 36.6 | 35.2 | 29.3 | 34.5 |
| Average Months from Filing to Certificate | 32.9 | 31.0 | 33.8 | 31.1 |
| Average Months to Ex Parte Certificate | 32.3 | 31.1 | 33.0 | 30.5 |
| Average Months to Inter Partes Certificate | 41.7 | 28.9 | 41.7 | 35.2 |

Source: Filings from ex parte and inter partes historical statistics.
Pendency, First Action, NIRC ("Notice of Intent to Issue a Reexamination Certificate") and Certificate date from PALM.
Note: This data is recorded by reexamination control number. Where proceedings are merged, the merged proceeding will appear as multiple instances. For this reason the certificate count will not match the number of individual reexamination certificates published in the Office Gazette.

# Reexaminations – FY 2008



| Pending Reexaminations | Quarter 1* | Quarter 2* | Quarter 3* | Quarter 4 |
|---|---|---|---|---|
| Preprocessing | | | | |
| Awaiting Order/Denial | | | | |
| Between Order and First Action on the Merits | | | | |
| Between FAOM and NIRC | | | | |
| Between NIRC and Publication of Certificate | | | | |
| Total | | | | |

## Volume of Proceedings

| | YTD Through Quarter 1* | YTD Through Quarter 2* | YTD Through Quarter 3* | YTD Through Quarter 4 |
|---|---|---|---|---|
| Filings | 210 | 412 | 615 | 848 |
| Ex Parte | 165 | 330 | 487 | 680 |
| Inter Partes | 45 | 82 | 128 | 168 |
| Orders Granting Reexamination | 185 | 372 | 579 | 768 |
| Ex Parte Orders | 153 | 305 | 468 | 626 |
| Inter Partes Orders | 32 | 67 | 111 | 142 |
| Denials | 7 | 20 | 41 | 48 |
| Ex Parte Denials | 5 | 13 | 33 | 40 |
| Inter Partes Denials | 2 | 7 | 8 | 8 |
| First Actions on the Merits | 182 | 400 | 613 | 895 |
| Ex Parte FAOMs | 157 | 334 | 506 | 752 |
| Inter Partes FAOMs | 25 | 66 | 107 | 143 |
| Notices of Intent to Issue a Reexamination Certificate | 138 | 249 | 377 | 504 |
| Ex Parte NIRCs | 131 | 234 | 357 | 471 |
| Inter Partes NIRCs | 7 | 15 | 20 | 33 |
| Reexamination Certificates | 175 | 279 | 408 | 597 |
| Ex Parte Certificates | 174 | 273 | 392 | 575 |
| Inter Partes Certificates | 1 | 6 | 16 | 22 |

## Timing of proceedings

| | Quarter 1* | Quarter 2* | Quarter 3* | Quarter 4 |
|---|---|---|---|---|
| Average Months from Filing to Order | 2.0 | 2.0 | 1.8 | 1.9 |
| Average Months to Ex Parte Order | 1.9 | 1.9 | 1.8 | 1.8 |
| Average Months to Inter Partes Order | 2.3 | 2.3 | 2.1 | 2.2 |
| Average Months from Filing to Denial | 2.2 | 2.3 | 2.5 | 1.6 |
| Average Months from Ex Parte Denial | 2.1 | 2.1 | 2.5 | 1.6 |
| Average Months to Inter Partes Denial | 2.7 | 2.8 | 1.9 | 0 |
| Average Months from Filing to FAOM | 10.8 | 10.9 | 11.2 | 11.3 |
| Average Months to Ex Parte FAOM | 12.0 | 12.2 | 12.5 | 12.1 |
| Average Months to Inter Partes FAOM | 3.5 | 5.1 | 5.6 | 6.3 |
| Average Months from Filing to NIRC | 24.2 | 26.4 | 25.5 | 26.3 |
| Average Months to Ex Parte NIRC | 23.5 | 26.3 | 25.4 | 25.2 |
| Average Months to Inter Partes NIRC | 36.6 | 27.5 | 28.2 | 38.5 |
| Average Months from Filing to Certificate | 32.9 | 31.6 | 37.6 | 31.8 |
| Average Months to Ex Parte Certificate | 32.9 | 31.3 | 38.0 | 31.7 |
| Average Months to Inter Partes Certificate | 27.2 | 38.3 | 32.7 | 36.0 |

Source: Filings from ex parte and inter partes historical statistics.
Pendency, First Action, NIRC ("Notice of Intent to Issue a Reexamination Certificate") and Certificate date from PALM.
Note: This data is recorded by reexamination control number. Where proceedings are merged, the merged proceeding will appear as multiple instances. For this reason the certificate count will not match the number of individual reexamination certificates published in the Office Gazette.

*Prior to the fourth quarter of Y 2008, PALM data was retrieved as of April 2009. Starting in the fourth quarter of 2008, data is from the end of the respective quarter.

# Reexaminations – FY 2007

## Pending Reexaminations

| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4* |
|---|---|---|---|---|
| Preprocessing | | | | |
| Awaiting Order/Denial | | | | |
| Between Order and First Action on the Merits | | | | |
| Between FAOM and NIRC | | | | |
| Between NIRC and Publication of Certificate | | | | |
| Total | | | | |

## Volume of Proceedings

| | YTD Through Quarter 1 | YTD Through Quarter 2 | YTD Through Quarter 3 | YTD Through Quarter 4* |
|---|---|---|---|---|
| Filings | | | | 769 |
| Ex Parte | | | | 643 |
| Inter Partes | | | | 126 |
| Orders Granting Reexamination | | | | 693 |
| Ex Parte Orders | | | | 575 |
| Inter Partes Orders | | | | 118 |
| Denials | | | | 20 |
| Ex Parte Denials | | | | 19 |
| Inter Partes Denials | | | | 1 |
| First Actions on the Merits | | | | 499 |
| Ex Parte FAOMs | | | | 416 |
| Inter Partes FAOMs | | | | 83 |
| Notices of Intent to Issue a Reexamination Certificate | | | | 417 |
| Ex Parte NIRCs | | | | 409 |
| Inter Partes NIRCs | | | | 8 |
| Reexamination Certificates | | | | 394 |
| Ex Parte Certificates | | | | 391 |
| Inter Partes Certificates | | | | 3 |

## Timing of proceedings

| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4* |
|---|---|---|---|---|
| Average Months from Filing to Order | | | | 2.0 |
| Average Months to Ex Parte Order | | | | 2.0 |
| Average Months to Inter Partes Order | | | | 2.4 |
| Average Months from Filing to Denial | | | | 2.1 |
| Average Months from Ex Parte Denial | | | | 2.1 |
| Average Months to Inter Partes Denial | | | | 0 |
| Average Months from Filing to FAOM | | | | 12.3 |
| Average Months to Ex Parte FAOM | | | | 14.2 |
| Average Months to Inter Partes FAOM | | | | 3.2 |
| Average Months from Filing to NIRC | | | | 28.3 |
| Average Months to Ex Parte NIRC | | | | 28.3 |
| Average Months to Inter Partes NIRC | | | | 27.7 |
| Average Months from Filing to Certificate | | | | 39.6 |
| Average Months to Ex Parte Certificate | | | | 39.9 |
| Average Months to Inter Partes Certificate | | | | 27.1 |

Source: Filings from ex parte and inter partes historical statistics.
Pendency, First Action, NIRC ("Notice of Intent to Issue a Reexamination Certificate") and Certificate date from PALM.
Note: This data is recorded by reexamination control number. Where proceedings are merged, the merged proceeding will appear as multiple instances. For this reason the certificate count will not match the number of individual reexamination certificates published in the Office Gazette.

*Prior to the fourth quarter of Y 2008, PALM data was retrieved as of April 2009. Starting in the fourth quarter of 2008, data is from the end of the respective quarter.