# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Rebecca R. Pallmeyer |
| vs. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**DECLARATION OF PHILIP J. EKLEM IN SUPPORT OF KOVE IO, INC.'S MOTION**
**<u>TO ENFORCE COMPLIANCE WITH COURT ORDER</u>**

I, Philip J. Eklem, declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above-referenced action. I am admitted to the State Bar of Virginia. I have been admitted to appear in this case *pro hac vice*. I make this declaration of my own personal knowledge and, if compelled to testify, I could and would testify competently thereto. I submit this declaration in support of Kove IO, Inc.'s Motion to Enforce Compliance with Court Order filed this day.

2. Attached as Exhibit 1 is a true and correct copy of a document produced by AWS in this case bearing beginning Bates number AMZ_KOVE_000483316. Exhibit 1 is being filed under seal.

3. Attached as Exhibit 2 is a true and correct copy of a letter from Jeffrey M. Saltman, counsel for AWS, to counsel for Kove, dated October 5, 2021. Exhibit 2 is being filed under seal.

4. Attached as Exhibit 3 is a true and correct copy of a letter from Jeffrey M. Saltman, counsel for AWS, to counsel for Kove, dated November 8, 2021. Exhibit 3 is being filed under seal.

5. Attached as Exhibit 4 is a true and correct copy of a document produced by AWS in this case bearing beginning Bates number AMZ_KOVE_000470420. Exhibit 4 is being filed under seal.

6. Attached as Exhibit 5 is a true and correct copy of a document produced by AWS in this case bearing beginning Bates number AMZ_KOVE_000487423. Exhibit 5 is being filed under seal.

7. Attached as Exhibit 6 is a true and correct copy of a letter from Philip J. Eklem, counsel for Kove, to counsel for AWS, sent January 3, 2022. Exhibit 6 is being filed under seal.

8. Attached as Exhibit 7 is a true and correct copy of a letter from Philip J. Eklem, counsel for Kove, to counsel for AWS, dated January 10, 2022. Exhibit 7 is being filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in McLean, Virginia on the 19th day of January 2022.

    /s/ Philip J. Eklem

Philip J. Eklem (*pro hac vice*)
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1710 Rhode Island Avenue, NW
12th Floor
Washington, DC 20036

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                          */s/ Philip J. Eklem*
                                           Philip J. Eklem