# EXHIBT 1
(FILED UNDER SEAL)