# EXHIBT 3
# (FILED UNDER SEAL)