# EXHIBT 4
## (FILED UNDER SEAL)