# EXHIBT 5
## (FILED UNDER SEAL)