# EXHIBT 6
## (FILED UNDER SEAL)