# EXHIBT 7
# (FILED UNDER SEAL)