**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Kove IO, Inc.

                    Plaintiff,

v.                                          Case No.: 1:18–cv–08175

                                            Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 20, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: This court's 1/20/2022 order [495] is amended to reflect that the telephonic motion hearing regarding plaintiff's motion to enforce is set for 01/28/2022 at 10:30 a.m. The remainder of the court's order [495] stands. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.