IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 |

**MOTION TO SEAL AWS'S OPPOSITION TO KOVE'S MOTION TO ENFORCE COURT ORDER (DKT. 493/494)**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, and the requirements of the Protective Order entered in this case (Dkt. 55), Defendant Amazon Web Services, Inc. ("AWS") has filed under seal AWS's Opposition to Kove's Motion to Enforce Court Order (Dkt. 493/494) ("Opposition"), the Declaration of R. William Sigler ("Declaration") in support of the Opposition, and Exhibits A–G, I, and J to the Declaration because they contain information and documentation that AWS or Kove has designated Confidential or Highly Confidential. AWS seeks leave to file these documents under seal due to the confidentiality designations and, in support, states as follows:

1. On July 10, 2019, the Court entered the Parties' Agreed Protective Order (Dkt. 55), pursuant to which information designated by AWS or Kove as Confidential or Highly Confidential may not be publicly disclosed. AWS has designated information about the internal usage, pricing, and revenue of its services as Highly Confidential.

2. The Opposition, Declaration, and Exhibits A–G, I, and J to the Declaration cite information or contain quotations from documents that AWS or Kove has designated as Confidential

or Highly Confidential subject to the Protective Order.

3. Per Local Rule 26.2(c), AWS is provisionally filing the Opposition, Declaration, and Exhibits A–G, I, and J to the Declaration under seal and serving it on all parties. Contemporaneously, AWS has publicly filed a redacted version of its Opposition.

For the above reasons, AWS respectfully requests that the Court enter an order granting AWS leave to file the above-mentioned documents under seal.

Dated: January 27, 2022    Respectfully submitted,

/s/ R. William Sigler
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

                                                            */s/ R. William Sigler*  
                                                            R. William Sigler