# DECLARATION OF
# R. WILLIAM SIGLER
# FILED UNDER SEAL