# Exhibit H



Taylor Mauze
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Direct Dial: (650) 623-5078
tmauze@reichmanjorgensen.com

December 8, 2021

**By Email**

| | |
|---|---|
| Jeffrey Saltman<br>Fisch Sigler LLP<br>5301 Wisconsin Ave NW 4th Fl.<br>Washington, DC 20015<br>Jeffrey.Saltman@fischllp.com | Lisa Phillips<br>Fisch Sigler LLP<br>5301 Wisconsin Ave NW 4th Fl<br>Washington, DC 20015<br>Lisa.Phillips@fischllp.com |

RE: *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Dear Counsel,

I write regarding the parties' ongoing discussions about AWS's responses to Kove's Eighth, Ninth, and Tenth sets of Requests for Production, including the parties' November 15, 2021 meet and confer, and your November 22, 2021 Letter.

We understand from the parties' meet and confer as well as subsequent correspondence that AWS represents that it is still investigating, collecting, and producing documents responsive to Kove's RFP Nos. 207-237, including:

- *RFP Nos. 207-232* (including any pre-2014 documents); and
- *RFP No. 237* (with respect to S3).

Kove has been unable to locate any supplemental productions responsive to these requests in your recent productions. Please provide a status update on AWS's investigation, collection, and forthcoming productions.

Best Regards,

*Taylor Mauze*

Taylor Mauze