# Exhibit K



Philip Eklem
1710 Rhode Island Avenue, NW
12th Floor
Washington, DC 20036
Direct Dial: (202) 894-7451
peklem@reichmanjorgensen.com

January 18, 2022

**By Email**

Jeffrey Saltman
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 20015
Jeffrey.Saltman@fischllp.com

Lisa Phillips
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 20015
Lisa.Phillips@fischllp.com

RE: *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Counsel:

I write to follow up on several outstanding discovery issues, including those identified in my January 10, 2022 letter summarizing the parties' January 7, 2022 meet and confer.

### Kove's Subpoenas to Amazon Entities

During the January 7 meet and confer, the parties discussed Kove's subpoenas to Amazon.com ("Amazon"), Amazon.com NV Investment Holdings LLC ("ANV"), Amazon Data Services, Inc. ("ADS"), and Amazon Technologies, Inc. ("ATI") (collectively "the Amazon entities"), and the Amazon entities' responses to those subpoenas. The Amazon entities agreed to revert back to Kove with their positions on Kove's proposals for narrowing certain aspects of the subpoenas, as discussed during the meet and confer. Please advise as to the status of the Amazon entities' response.

### Kove's 1/3/2022 Letter Re AWS-Level Financial Information

During the January 7 meet and confer, AWS said it will check with its internal teams and investigate the issues raised in Kove's January 3, 2022 letter regarding AWS-level financial information. Kove requested that AWS produce the documents identified in the January 3 letter by today, January 18, 2022. Please provide an update as to the status of that investigation.

### Status Update Re Pre-2014 Documents Production of Broadcast Videos

During the January 7 meet and confer, AWS stated that its search for documents from prior to 2014 is ongoing, and that will provide Kove with an update once additional progress is made. Please provide an update as to AWS's investigation.

### Status Update Re Production of Broadcast Videos

During the January 7 meet and confer, AWS stated that it was in the process of reviewing the set of broadcast videos remaining after its initial relevance review based on video titles and that it will produce all of those videos with responsive content. Please provide an update on the status of that review.

### Kove's 12/28/2021 Letter Re: Foundational and Dependent Products

During the January 7 meet and confer, AWS stated that it is currently investigating the issues raised in Kove's letter and will report back to Kove when it has more information. Please provide an update as to that investigation.

### Mr. Jassy's ESI

On January 7, Kove sent AWS its final revised search terms for Mr. Jassy's ESI. *See* 1/7/2022 email from P. Eklem. A week later on January 14, Kove reminded AWS of that email, and AWS stated that it sent the revised searches to its vendor to run and would "circle back regarding next steps" once the searches have been completed. *See* 1/14/2022 email from P. Eklem; 1/14/2022 email from J. Saltman. Please provide an update as to the status of the searches and AWS's proposal for next steps.

Regards,

Philip Eklem