IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE
TO FILE OPPOSITION AND EXHIBITS UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2(c), Plaintiff Kove IO, Inc. ("Kove") moves for leave to file under seal its Opposition to AWS's Motion to Stay (the "Opposition"), as well as Exhibits 2, 3, 7, and 11–13 to the Declaration of Philip J. Eklem In Support of Kove IO, Inc.'s Opposition to AWS's Motion to Stay ("Exhibits"). In support thereof, Kove states as follows:

1. On July 10, 2019, the Court entered the Parties' Agreed Protective Order (Dkt. No. 55), pursuant to which information designated by Kove or Amazon Web Services, Inc. ("AWS") as Confidential or Highly Confidential may not be publicly disclosed.

2. The Opposition and Exhibits 2, 3, 7, and 11–13 cite information or contain quotations from documents that AWS has designated as Confidential or Highly Confidential subject to the Protective Order.

3. Pursuant to Local Rule 26.2(c), Kove is provisionally filing the Opposition under seal and serving it on all parties. Contemporaneously, Kove has publicly filed a redacted version

of the Motion, redacting only the information designated by the parties as Confidential or Highly Confidential, along with slip sheets for Exhibits redacted in their entirety.

WHEREFORE, for the foregoing reasons, Kove respectfully requests that this Court grant its motion to file under seal its Opposition and Exhibits.

Dated: January 27, 2022

Khue V. Hoang *(pro hac vice)*
khoang@reichmanjorgensen.com
Jaime Cardenas-Navia *(pro hac vice)*
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 623-1449

Christine E. Lehman *(pro hac vice)*
clehman@reichmanjorgensen.com
Adam Adler *(pro hac vice)*
aadler@reichmanjorgensen.com
Phil Eklem *(pro hac vice)*
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1710 Rhode Island Ave, NW, 12th Floor
Telephone: (202) 894-7310
Facsimile: (650) 623-1449

Respectfully submitted,

*/s/ Khue Hoang*

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No. 6320395)
hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Facsimile: (312) 580-2201

Courtland L. Reichman *(pro hac vice)*
creichman@reichmanjorgensen.com
Shawna L. Ballard (Identification No. 155188)
sballard@reichmanjorgensen.com
Kate M. Falkenstien *(pro hac vice)*
kfalkenstien@reichmanjorgensen.com
Taylor Mauze (pro hac vice)
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Khue Hoang*
Khue Hoang