**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Rebecca R. Pallmeyer |
| vs. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**DECLARATION OF PHILIP J. EKLEM IN SUPPORT OF KOVE IO, INC.'S
OPPOSITION TO AWS'S MOTION TO STAY**

I, Philip J. Eklem, declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above-referenced action. I am admitted to the State Bar of Virginia. I have been admitted to appear in this case *pro hac vice*. I make this declaration of my own personal knowledge and, if compelled to testify, I could and would testify competently thereto. I submit this declaration in support of Kove IO, Inc.'s Opposition to AWS's Motion to Stay filed this day.

2. Attached as Exhibit 1 is a true and correct copy of a Decision Denying Institution of *Inter Partes* Review by the Patent Trial and Appeal Board of the United States Patent and Trademark Office, dated June 16, 2020, in Amazon Web Service, Inc., v. Kove IO, Inc., IPR2020-00276 (Paper 23).

3. Attached as Exhibit 2 is a true and correct copy of a an email thread between counsel for Kove and counsel for AWS between November 12, 2021 and January 14, 2022. Exhibit 2 is being filed under seal.

4. Attached as Exhibit 3 is a true and correct copy of a letter from Philip J. Eklem, counsel for Kove, to counsel for AWS, dated January 18, 2022. Exhibit 3 is being filed under seal.

5. Attached as Exhibit 4 is a true and correct copy of a document produced by AWS in this case bearing beginning Bates number AMZ_KOVE_000062299, appearing on its face to be a copy of U.S. Patent No. 6,212,521 to Minami et al.

6. Attached as Exhibit 5 is a true and correct copy of a document produced by AWS in this case bearing beginning Bates number AMZ_KOVE_000015254, appearing on its face to be a copy of U.S. Patent No. 5,551,027 to Choy et al.

7. Attached as Exhibit 6 is a true and correct copy of a document produced by AWS in this case bearing beginning Bates number AMZ_KOVE_000017189, appearing on its face to be a copy of U.S. Patent No. 6,578,068 to Bowman-Amuah.

8. Attached as Exhibit 7 is a true and correct copy of a document produced by AWS in this case bearing beginning Bates number AMZ_KOVE_000239910. Exhibit 7 is being filed under seal.

9. Attached as Exhibit 8 is a true and correct copy of *New Medium Techs. LLC v. Barco NV*, No. 1-05-cv-05620, slip op. (N.D. Ill. Jun. 5, 2008).

10. Attached as Exhibit 9 is a true and correct copy of an article by Britain Eakin, titled "Ex-PTAB Chief Judge, Attys Dissect Rise of Ex Parte Reexams," published by Law360 on January 25, 2022.

11. Attached as Exhibit 10 is a true and correct copy of *Cirba Inc. v. VMware, Inc.*, No. 1-19-cv-00742, slip op. (D. Del. Dec. 6, 2021).

12. Attached as Exhibit 11 is a true and correct excerpt of the June 4, 2021 deposition of Allan H. Vermeulen, taken in this matter. Exhibit 11 is being filed under seal.

13. Attached as Exhibit 12 is a true and correct excerpt of the August 5, 2021 deposition of Jeffrey Scott Barr, taken in this matter. Exhibit 12 is being filed under seal.

14. Attached as Exhibit 13 is a true and correct excerpt of the August 25, 2021 deposition of Donal Walsh, taken in this matter. Exhibit 13 is being filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in McLean, Virginia on the 27th day of January 2022.

          */s/ Philip J. Eklem*

Philip J. Eklem (*pro hac vice*)
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1710 Rhode Island Avenue, NW
12th Floor
Washington, DC  20036

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

  /s/ *Philip J. Eklem*  
Philip J. Eklem
