# EXHIBT 9



Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Ex-PTAB Chief Judge, Attys Dissect Rise Of Ex Parte Reexams

By **Britain Eakin**

Law360 (January 25, 2022, 8:39 PM EST) -- A former chief judge of the Patent Trial and Appeal Board said Tuesday there's been a noticeable increase in requests for ex parte reexaminations, which jumped more than 60% in fiscal year 2021 over the prior year.

David Ruschke, who served as the PTAB's chief judge from 2016 to 2018 and now directs the U.S. Patent and Trademark Office's central reexamination unit, said there were 273 requests for ex parte reexamination last fiscal year compared to 168 in fiscal year 2020. Ex parte reexaminations allow third parties, who can remain anonymous, to get the USPTO to review a patent if they can show that a substantial new question of patentability exists.

Ruschke said the number of ex parte reexaminations had been fairly stable from 2016 through 2020.

"Then in [fiscal year] 2021, we saw quite an uptick," he said, calling the increase "significant."

He presented the statistics during a panel talk hosted by IPWatchdog Inc. called, "But Wait!... There's More. The Resurgence of Reexamination."

Those statistics are borne out by what James Carmichael of Carmichael IP PLLC has been seeing in his practice. Carmichael, a former administrative patent judge who moderated Tuesday's panel talk, said most patent challenges at the PTAB that he was involved in last year were followed by a request for an ex parte reexamination.

"All the sudden now, my firm does just as many reexams as we do [inter partes reviews], and that's a change from before," Carmichael said.

Ruschke said the spike in requests for ex parte reexaminations is driven entirely by requests for review of electrical patents.

According to PTAB statistics, the USPTO finds a substantial new question of patentability in 95% of cases.

The panel talk was part of IP Watchdog's virtual PTAB Masters 2022 conference and focused partly on concerns that the rise in ex parte reexamination requests is partially attributable to parties trying to double-dip after having a patent challenge turned away by the PTAB in inter partes review.

The Federal Circuit tried to tamp down on that approach in its **September decision** in In Re: Vivint Inc. 🔴 , which held that the USPTO can't institute an ex parte reexamination when "nearly identical" inter partes review petitions have been denied for making "abusive" repetitious arguments.

The appeals court held that the office should not have conducted an ex parte reexamination of Vivint's equipment monitoring patent because Alarm.com had previously filed multiple IPR petitions targeting it, to the point where the PTAB denied the last one as "harassment."

But some participants in the panel discussion seemed unconvinced that the line the Federal Circuit

1/26/22, 8:52 AM		Fed. Circ. Chief Judge, Attys Discuss Rise Of ER Patent Reexams - Law360

Case: 1:18-cv-08175 Document #: 503-10 Filed: 01/27/22 Page 3 of 3 PageID #:17179

tried to draw in the decision would be that effective in practice.

Gene Quinn, a patent attorney and founder of IPWatchdog Inc., raised concerns that ex parte reexaminations of patents the PTAB has already declined to review are diverting the USPTO's time and attention away from what it should be doing: weeding out bad patents.

"I wonder ... what kind of damage does that do overall to the system," Quinn said.

Greg H. Gardella, a managing principal at Gardella Grace who participated in the panel, said the Federal Circuit's Vivint decision should at least partly mitigate that concern. And when looking at it from a global perspective, Gardella said while the U.S. patent system is invalidating more patents now, it is still producing more favorable results for patent owners than the European system, for example.

"From that perspective, the sky's not falling, and this is just the way a healthy patent system works," Gardella said.

--Additional reporting by Ryan Davis. Editing by Jay Jackson Jr.

All Content © 2003-2022, Portfolio Media, Inc.