# EXHIBT 11
## (FILED UNDER SEAL)