# EXHIBT 12
## (FILED UNDER SEAL)