# EXHIBTT 13
## (FILED UNDER SEAL)