# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Kove IO, Inc.

                    Plaintiff,

v.

                    Case No.: 1:18−cv−08175
                    Honorable Rebecca R. Pallmeyer

Amazon Web Services, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 28, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephonic motion hearing held regarding plaintiff's motions to compel [405, 406]. Both of plaintiff's motions to compel [405, 406 and 409, 410] are entered and continued until after subsequent production is made by defendant. Subsequent production shall be made by no later than 02/11/2022; Plaintiff has leave to take a further deposition on relevant discovery issues no later than 2/18/2022.. The court will issue a written ruling and will set another oral argument date, if necessary after the motion for a stay pending inter partes review [490] is fully briefed. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.