# Exhibit E

# Kove v. AWS: Discovery Motions

Adam Adler <aadler@reichmanjorgensen.com>

Sun 8/29/2021 6:17 PM

To:Kove Team <FS-Kove@fischllp.com>; Jeff Saltman <Jeffrey.Saltman@fischllp.com>;

Cc:RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>;

Hi Jeff,

We'd like to request a short extension to the September 2 deadline to file motions on current discovery disputes. Would AWS agree to pushing that out until September 7 (Tuesday)? We have several scheduling and personal conflicts that have cropped up and would appreciate the extra few days.

Thanks,
Adam


Adam Adler
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1710 Rhode Island Avenue, NW
12th Floor
Washington, DC 20036
Direct: (605) 623-1480
[aadler@reichmanjorgensen.com]aadler@reichmanjorgensen.com

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.