# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>*Defendant*. | Case No. 1:18-cv-8175<br><br>Hon. Rebecca R. Pallmeyer |

**AMAZON WEB SERVICES, INC.'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS FINAL INVALIDITY CONTENTIONS TO ADDRESS THE COURT'S CLAIM CONSTRUCTION ORDER (DKT. 484)**

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

Pursuant to Local Patent Rule 3.4 and the Court's January 3, 2022 Minute Entry (Dkt. 489), Defendant Amazon Web Services, Inc. respectfully moves the Court to allow it to amend its Third Amended Final Unenforceability and Invalidity Contentions to address the Court's Claim Construction Order (Dkt. 484).

AWS has good cause to amend its final invalidity contentions to address the Court's Claim Construction Order since that order construed several claim terms that AWS's invalidity contentions had addressed. AWS and Plaintiff Kove IO, Inc. met and conferred to discuss AWS's proposed amendments, and Kove doesn't oppose AWS's motion. As such, Kove will not be unfairly prejudiced by AWS's proposed amendments. A redlined version of AWS's proposed Fourth Amended Final Unenforceability and Invalidity Contentions is attached as Exhibit A.

For the foregoing reasons, AWS respectfully requests that the Court enter an order granting AWS leave to amend its Third Amended Final Unenforceability and Invalidity Contentions to address the Court's Claim Construction Order.

| | |
|---|---|
| Dated: February 24, 2022 | Respectfully submitted,<br><br>*/s/ R. William Sigler*<br>Alan M. Fisch<br>*alan.fisch@fischllp.com*<br>R. William Sigler<br>*bill.sigler@fischllp.com*<br>Jeffrey M. Saltman (*pro hac vice*)<br>*jeffrey.saltman@fischllp.com*<br>Lisa Phillips (*pro hac vice*)<br>*lisa.phillips@fischllp.com*<br>FISCH SIGLER LLP<br>5301 Wisconsin Avenue NW<br>Fourth Floor<br>Washington, DC 20015<br>202.362.3500<br><br>*Attorneys for Amazon Web Services, Inc.* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which will send a copy to all counsel of record via email.

/s/ R. William Sigler
R. William Sigler