# EXHIBT A
# (FILED UNDER SEAL)