IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Judge Rebecca R. Pallmeyer |
| v. | Jury Trial Demanded |
| AMAZON WEB SERVICES, INC., | |
| Defendant. | |

## JOINT MOTION TO SET SCHEDULING FOR SERVICE OF RESPONSIVE CONTENTIONS

Plaintiff Kove IO, Inc. ("Kove") and Defendant Amazon Web Services, Inc. ("AWS") (collectively, the "Parties") jointly request that the Court enter the following deadlines regarding the service of responsive contentions and associated motions practice:

| Event | Deadline |
|---|---|
| The parties formally serve Amended Final Contentions | March 7, 2022 |
| The parties exchange any proposed amendments to responsive contentions | April 4, 2022 |
| The parties meet and confer regarding any opposition to the proposed amendments (if needed) | April 18, 2022 |
| The parties file any motions to amend responsive contentions | May 2, 2022 |

WHEREFORE the Parties respectfully request that the Court grant this Motion and enter the attached Proposed Scheduling Order.

| | |
|---|---|
| Dated: March 4, 2022 | Respectfully Submitted, |
| KOVE IO, INC. | AMAZON WEB SERVICES, INC. |
| By: /s/ Khue V. Hoang | By: /s/ Jeffrey M. Saltman |

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No. 6320395)
hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna Ballard (*pro hac vice*)
sballard@reichmanjorgsensen.com
Taylor Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Ave NW
Fourth Floor
Washington, D.C. 20015
(202) 362-3500

*Attorneys for Defendant Amazon Web Services, Inc.*

Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Telephone: (646) 921-1474
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Phil Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &FELDBERG LLP
1710 Rhode Island Ave, NW, 12th Floor
Washington, DC 20036
Telephone: (202) 894-7310
Fax: (650) 623-1449

*Attorneys for Plaintiff Kove IO, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing was filed electronically on March 4, 2022, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

*/s/ Khue Hoang*
Khue Hoang
