

# United States District Court
# Northern District of Illinois

In the Matter of

Kove IO, Inc.

v.

Amazon Web Services, Inc

District Judge Matthew F. Kennelly

Case No. 18-CV-8175

Designated Magistrate Judge
Sheila Finnegan

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I recommend that the above captioned case be reassigned to the calendar of Judge Matthew F. Kennelly who has acknowledged the reasons and conditions of this reassignment on the reverse of this form.

_____
**Judge Rebecca R. Pallmeyer**

Date: Wednesday, April 13, 2022

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Matthew F. Kennelly.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Rebecca R. Pallmeyer**

Dated: Thursday, April 14, 2022

District Reassignment - By Agreement

- I agree that case number 18-CV-8175 should be reassigned to my calendar as specifically set forth below

   *By agreement.

- It is also agreed that if the Executive Committee approves this reassignment, the reassignment of a replacement case is not required.

| | |
|---|---|
| | *(signature)* |
| Wednesday, April 13, 2022 | _____ |
| | **Matthew F. Kennelly** |

...................................................................................................................................................................................................................................

EXCEPTIONS OR ADDITIONS: