

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name        Renato T. Mariotti

Firm        Bryan Cave Leighton Paisner LLP

Street Address    161 North Clark Street, Suite 4300

City/State/Zip Code    Chicago, IL 60601

Phone Number    312-602-5000

Email address    renato.mariotti@bclplaw.com

ARDC (Illinois State Bar members, only)    6323198

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 18-cv-08175 | Kove IO, Inc. v. Amazon Web Services, Inc. | Hon. Matthew F. Kennelly |
| | | |
| | | |
| | | |
| | | |

s/ Renato T. Mariotti                                September 8, 2022
_____          _____
Signature of Attorney                                Date

Rev. 01272016