UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Kove IO, Inc.
                                Plaintiff,
v.                                                                  Case No.: 1:18−cv−08175
                                                                  Honorable Matthew F. Kennelly
Amazon Web Services, Inc.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 14, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 9/14/2022. Plaintiff's motion to lift the stay is due 9/23/2022. Defendant has until 10/7/2022 to file a response and the motion to stay regarding the second exam. Plaintiff's reply and response is due 10/21/2022. Defendant's reply on the motion to impose a stay regarding the second reexam is due 11/4/2022. A telephonic status hearing is set for 11/10/2022 at 9:00 a.m. The following call−in number will be used: 888−684−8852; access code 746−1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.