IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Matthew F. Kennelly <br><br> Jury Trial Demanded |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE
TO FILE MOTION TO LIFT STAY AND EXHIBITS UNDER SEAL**

Plaintiff Kove IO, Inc. ("Kove") hereby moves for leave to file under seal its Motion to Lift Stay, as well as Exhibits 1-3 to that motion. Exhibits 1-3 are excerpts of deposition transcripts that were designated as Highly Confidential – Attorneys' Eyes Only pursuant to this Court's Protective Order and contain confidential and commercially sensitive information regarding AWS's internal document systems and the development of AWS services. The Motion to Lift Stay quotes and summarizes confidential information from Exhibits 1-3. Accordingly, Kove respectfully requests that the Court grant its Motion to Seal.

| | |
|---|---|
| Dated: September 23, 2022 | Respectfully submitted, |
| | */s/ Khue Hoang* |
| Khue V. Hoang (*pro hac vice*)<br>khoang@reichmanjorgensen.com<br>Jaime Cardenas-Navia (*pro hac vice*)<br>jcardenas-navia@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>750 Third Avenue, Suite 2400<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>Facsimile: (650) 623-1449 | Renato Mariotti (State Bar No. 6323198)<br>renatto.mariotti@bclplaw.com<br>Holly H. Campbell (State Bar No. 6320395)<br>holly.campbell@bclplaw.com<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>161 North Clark Street, Suite 4300<br>Chicago, IL 60601<br>Telephone: (312) 602-5000 |
| Christine E. Lehman (*pro hac vice*)<br>clehman@reichmanjorgensen.com<br>Adam Adler (*pro hac vice*)<br>aadler@reichmanjorgensen.com<br>Phil Eklem (*pro hac vice*)<br>peklem@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>1909 K Street, NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 894-7310<br>Facsimile: (650) 623-1449 | Courtland L. Reichman (*pro hac vice*)<br>creichman@reichmanjorgensen.com<br>Shawna L. Ballard (Identification No. 155188)<br>sballard@reichmanjorgensen.com<br>Taylor Mauze (*pro hac vice*)<br>tmauze@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Facsimile: (650) 623-1449 |
| | **ATTORNEYS FOR PLAINTIFF<br>KOVE IO, INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Khue Hoang*
Khue Hoang
