IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc.,<br><br>               Plaintiff,<br><br>   v.<br><br>Amazon Web Services, Inc.,<br><br>               Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Matthew F. Kennelly<br><br>Jury Trial Demanded |

**DECLARATION OF KHUE V. HOANG IN SUPPORT OF
PLAINTIFF KOVE IO, INC.'S MOTION TO LIFT STAY**

I, Khue V. Hoang, declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above-referenced action. I am admitted to the State Bar of New York. I have been admitted to appear in this case *pro hac vice*. I make this declaration of my own personal knowledge and, if compelled to testify, I could and would competently testify thereto. I submit this declaration in support of Kove IO, Inc.'s Motion to Lift Stay filed this day.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the deposition transcript of Allan H. Vermeulen taken on June 4, 2021.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the deposition transcript of Jeffrey Scott Barr taken on August 5, 2021.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the deposition transcript of Kevin Gasper taken on February 17, 2022.

5. Attached as Exhibit 4 is a true and correct copy of a United States Patent and Trademark Office communication from Reexamination Control No. 90/019,034, dated June 28, 2022.

6. Attached as Exhibit 5 is a true and correct copy of the "Notice of Intent to Issue Ex Parte Reexamination Certificate," sent by the United States Patent and Trademark Office on September 22, 2022 in connection with Reexamination Control No. 90/019,036.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in New York, New York, this 23rd day of September 2022.

/s/ Khue Hoang
Khue V. Hoang *(pro hac vice)*
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Khue Hoang*
Khue V. Hoang