IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Matthew F. Kennelly <br><br> Jury Trial Demanded |

## PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL OF KATE FALKENSTIEN

Pursuant to Local Rule 83.17, the undersigned respectfully requests leave to withdraw the appearance of Kate Falkenstien as counsel on behalf of Plaintiff Kove IO, Inc. ("Kove").

Plaintiff will continue to be represented by counsel from the firm Reichman Jorgensen Lehman & Feldberg LLP.  Counsel respectfully submits that Kove will not be prejudiced by the withdrawal of Ms. Falkenstien.

WHEREFORE, Kove respectfully requests that the Court enter an order granting this motion and withdrawing the appearance of Kate Falkenstien as counsel for Kove.

| | |
|---|---|
| Dated: September 30, 2022 | Respectfully submitted, |
| | /s/ Khue Hoang |
| Khue V. Hoang (*pro hac vice*)<br>khoang@reichmanjorgensen.com<br>Jaime Cardenas-Navia (*pro hac vice*)<br>jcardenas-navia@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>750 Third Avenue, Suite 2400<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>Facsimile: (650) 623-1449 | Renato Mariotti (State Bar No. 6323198)<br>renatto.mariotti@bclplaw.com<br>Holly H. Campbell (State Bar No. 6320395)<br>holly.campbell@bclplaw.com<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>161 North Clark Street, Suite 4300<br>Chicago, IL 60601<br>Telephone: (312) 602-5000 |
| Christine E. Lehman (*pro hac vice*)<br>clehman@reichmanjorgensen.com<br>Adam Adler (*pro hac vice*)<br>aadler@reichmanjorgensen.com<br>Phil Eklem (*pro hac vice*)<br>peklem@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>1909 K Street, NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 894-7310<br>Facsimile: (650) 623-1449 | Courtland L. Reichman (*pro hac vice*)<br>creichman@reichmanjorgensen.com<br>Shawna L. Ballard (Identification No. 155188)<br>sballard@reichmanjorgensen.com<br>Taylor Mauze (*pro hac vice*)<br>tmauze@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Facsimile: (650) 623-1449 |
| | **ATTORNEYS FOR PLAINTIFF KOVE IO, INC.** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of September 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                   */s/ Khue Hoang*
                                                   Khue Hoang