## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Matthew F. Kennelly <br><br> Jury Trial Demanded |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

**AND NOW**, this _____ day of _____, 2022, upon consideration of Kate Falkenstien's Motion to Withdraw pursuant to Local Rule 83.17, it is hereby ORDERED that said Motion is GRANTED.  Ms. Falkenstien has shown good cause for her withdrawal from representing Plaintiff Kove IO, Inc. in this case.

Ms. Falkenstien is withdrawn from this case and shall be removed from receiving Notices of Electronic Filing in this matter.


Date: _____

BY THE COURT:

_____
Hon. Matthew F. Kennelly