IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br>    *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br>    *Defendant*. | Case No. 1:18-cv-8175 |

### DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF AWS'S OPPOSITION TO KOVE'S MOTION TO LIFT STAY (Dkt. 526) AND MOTION TO STAY PENDING ADDITIONAL REEXAMINATION

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and District of Columbia, and am admitted in the Northern District of Illinois. I make this Declaration of my own personal knowledge. And if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's Opposition to Kove's Motion to Lift Stay (Dkt. 526) and AWS's Motion to Stay Pending Additional Reexamination.

2. A true and correct copy of the September 27, 2022 Notice of Intent to Issue Reexam Certificate (NIRC) issued in the reexamination of United States Patent No. 7,814,170 (Reexamination 90/019,035), is attached as Exhibit A.

3. A true and correct copy of an email chain among AWS counsel, Kove counsel, and PTO Director, Kathi Vidal, dated September 27-28, 2022 is attached as Exhibit B.

4. A true and correct copy of the September 29, 2022 NIRC issued in the reexamination of United States Patent No. 7,103,640 (Reexamination 90/019,036), is attached as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2022.

                                                    */s/ R. William Sigler*
                                                    R. William Sigler