**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**DECLARATION OF KHUE V. HOANG IN SUPPORT OF**
**KOVE IO, INC.'S REPLY IN SUPPORT OF ITS MOTION TO LIFT STAY**

I, Khue V. Hoang, declare as follows:

1.      I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in the above-referenced action.  I am admitted to the State Bar of New York.  I have been admitted to appear in this case *pro hac vice*.  I make this declaration of my own personal knowledge and, if compelled to testify, I could and would competently testify thereto.  I submit this declaration in support of Kove IO, Inc.'s Reply In Support of Its Motion to Lift Stay filed this day.

2.      Attached as Exhibit 6 is a true and correct copy of an Order Denying Plaintiff's Motion to Lift Stay in *Cook Inc.*, v. *Endologix, Inc.*, No. 9-cv-1248, Dkt. 46, filed with the court on April 13, 2010.

3.      Attached as Exhibit 7 is a true and correct copy of a letter from the United States Patent and Trademark Office to Reichman Jorgensen Lehman & Feldberg LLP and Fisch Sigler LLP regarding Reexamination Control No. 90/019,036, dated September 30, 2022 (mailed on October 3, 2022).

4.      Attached as Exhibit 8 is a true and correct copy of the Patent Owner's Petition for Suspension of the Rules and For Summary Termination of Reexamination As a Matter of Law, Pursuant to 37 C.F.R. §§ 1.181, 1.182, and 1.183 regarding Reexamination Control No. 90/019,109, filed with the USPTO on October 6, 2022.

Executed in New York, New York, this 21st day of October 2022.

*/s/ Khue Hoang*

Khue V. Hoang *(pro hac vice)*
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

_/s/ Khue Hoang_
Khue V. Hoang