# Exhibit 7



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/019,036 | 11/19/2021 | 7103640 | 10406/43 | 7777 |

184647    7590    10/03/2022
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway
Suite 300
Redwood City, CA 94065

| EXAMINER |
|---|
| KE, PENG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 10/03/2022 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patents and Trademark Office
P.O.Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS

October 3, 2022

FISCH SIGLER LLP
5301 WISCONSIN AVENUE NW,
FOURTH FLOOR
WASHINGTON, DC 20015

# EX PARTE REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. : 90019036
PATENT NO. : 7103640
ART UNIT : 3992

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above-identified ex parte reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the ex parte reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

Reichman Jorgensen Lehman & Feldberg LLP (For Patent Owner)
100 Marine Parkway
Suite 300
Redwood City, CA 94065

Fisch Sigler LLP (For Third Party Requester)
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015

*In re* Overton *et al.* :
*Ex Parte* Reexamination Proceeding : **RESPONSE**
Control No.: 90/019,036 : **TO IMPROPER**
Filed: November 19, 2021 : **EMAIL SUBMISSIONS**
For: U.S. Patent No. 7,103,640 :
 :

This communication addresses the third party requester's September 27, 2022 email message to the Director entitled "90/019,036: Patent Examination Quality" and the patent owner's September 28, 2022 responsive email message to the Director. The emails were forwarded to the undersigned for action. As explained below, these emails are not appropriate for entry into the file of the present reexamination proceeding.

The September 27, 2022 email appears to be an attempt by the third party requester to intervene in the prosecution of the present reexamination proceeding. Neither the reexamination statute nor the regulations promulgated pursuant thereto provide authority for entry of the September 27, 2022 third party requester email. The reexamination statute and its intent are clear that a reexamination proceeding requested under 35 U.S.C. § 302 must be conducted *ex parte*, and that requester participation in the examination stage of the proceeding is barred.[1] Further, 37 CFR 1.550 prohibits consideration of the September 27, 2022 third party requester email because it is not a request for reexamination in compliance with the requirements of 37 CFR 1.510, is not a reply to a patent owner's statement pursuant to 37 CFR 1.535, and does not qualify as a prior art citation under 37 CFR 1.501.[2] Additionally, because prosecution in the present reexamination proceeding was terminated by the mailing of the September 22, 2022 "Notice of Intent to Issue *Ex Parte* Reexamination Certificate" (NIRC), any patent owner submission following the NIRC would need to be accompanied by a petition under 37 CFR 1.182 requesting consideration. See MPEP § 2287.[3]

---

[1] *See*, *In re Amp*, 212 USPQ 826 (Comr. Pats. 1981). *See also, Syntex (U.S.A.) Inc. v. U.S. Patent and Trademark Office*, 11 USPQ2d 1866 (Fed. Cir. 1989). Note that the AIA provides for post issuance proceedings in which a third party can take a more active role.
[2] Even if it did so qualify, it would not be entered into the reexamination proceeding, since it was not filed prior to the date of the order for *ex parte* reexamination (37 CFR 1.502).
[3] Stating that "[a]ny amendment, information disclosure statement, or other paper related to the merits of the reexamination proceeding filed after prosecution has been terminated must be accompanied by a petition under 37 CFR 1.182 to have the amendment, information disclosure statement, or other paper considered."

*Reexamination Control No. 90/019,036* -2-

Accordingly, the September 27, 2022 third party requester email and September 28, 2022 patent owner email are papers that are not entitled to entry into present reexamination proceeding, and have not been considered as to their substance. The emails will not constitute part of the record of the present reexamination proceeding. The present communication will, however, be made part of the official record of the present reexamination proceeding. Inquiries concerning this communication should be directed to the undersigned at 571-272-3744.

/Alexander Kosowski/

Central Reexamination Unit September 30, 2022