IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br> Hon. Matthew F. Kennelly <br><br> Jury Trial Demanded |

**PLAINTIFF KOVE IO, INC.'S NOTICE REGARDING RELATED PROCEEDINGS**

Plaintiff Kove IO, Inc. ("Kove") respectfully provides notice of the status of *ex parte* reexamination proceedings before the USPTO concerning the patents-in-suit addressed in Kove's pending Motion to Lift Stay (Dkt. 526).

On September 27, 2022, the PTO issued a Notice of Intent to Issue *Ex Parte* Reexamination Certificate ("NIRC") confirming all challenged claims of U.S. Patent No. 7,814,170 as patentable.[1]

On October 6, 2022, the PTO issued a supplemental NIRC (again) confirming all challenged claims of U.S. Patent No. 7,103,640 as patentable.[2]

On October 27, 2022, the PTO issued a final Office Action finding claims 3, 6, 10, 14, 17, 23, 24, and 30 of U.S. Patent No. 7,233,978 patentable, and rejecting claims 1 and 31.[3]

Accordingly, eighteen (18) of the twenty (20) challenged claims across all three proceedings have been confirmed or found patentable, and two claims stand rejected, subject to appeal.[4]

---

[1] Dkt. 530-2 (Reexamination No. 90/019,035, confirming claims 1, 2, 6, 8, 9, 12, and 15).
[2] Ex. A (Reexamination Control No. 90/019,036, confirming claims 17, 18, and 24).
[3] Ex. B (Final Office Action in Reexamination Control No. 90/019,034).
[4] 35 U.S.C. § 306

Dated: November 1, 2022

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Facsimile: (650) 623-1449

Respectfully submitted,

*/s/ Khue Hoang*

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (Identification No. 155188)
sballard@reichmanjorgensen.com
Taylor Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of November 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Khue Hoang*
Khue Hoang
