# Exhibit A

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/019,036 | 11/19/2021 | 7103640 | 10406/43 | 7777 |

184647    7590    10/06/2022
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway
Suite 300
Redwood City, CA 94065

| EXAMINER |
|---|
| KE, PENG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 10/06/2022 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Fisch Sigler LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/019,036* .

PATENT UNDER REEXAMINATION *7103640* .

ART UNIT *3992* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| **Notice of Intent to Issue Ex Parte Reexamination Certificate** | **Control No.** 90/019,036 | **Patent Under Reexamination** 7103640 |
|---|---|---|
| | **Examiner** PENG KE | **Art Unit** 3992 — **AIA Status** No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☑ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of
   (a) ☑ Patent owner's communication(s) filed: 08/04/22.
   (b) ☐ Patent owner's failure to file an appropriate timely response to the Office action mailed: ____.
   (c) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
   (d) ☐ The decision on appeal by the ☐ Board of Patent Appeals and Interferences ☐ Court dated ____
   (e) ☐ Other: ____.

2. The Reexamination Certificate will indicate the following:
   (a) Change in the Specification: ☐ Yes ☑ No
   (b) Change in the Drawing(s): ☐ Yes ☑ No
   (c) Status of the Claim(s):
   (1) Patent claim(s) confirmed: 17-18 and 24.
   (2) Patent claim(s) amended (including dependent on amended claim(s)): ____
   (3) Patent claim(s) canceled: ____.
   (4) Newly presented claim(s) patentable: ____.
   (5) Newly presented canceled claims: ____.
   (6) Patent claim(s) ☐ previously ☐ currently disclaimed: ____
   (7) Patent claim(s) not subject to reexamination: 1-16,19-23 and 25.

3. ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ____.

4. ☑ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

5. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).

6. ☐ Note attached LIST OF REFERENCES CITED (PTO/SB/08 or PTO/SB/08 substitute).

7. ☐ The drawing correction request filed on ____ is: ☐approved ☐disapproved.

8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All  b) ☐ Some*  c) ☐None of the certified copies have
   ☐been received.
   ☐not been received.
   ☐been filed in Application No. ____.
   ☐been filed in reexamination Control No. ____.
   ☐been received by the International Bureau in PCT Application No. ____.

   * Certified copies not received: ____.

9. ☐ Note attached Examiner's Amendment.

10. ☐ Note attached Interview Summary (PTO-474).

11. ☐ Other: ____.

**All correspondence** relating to this reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

/PENG KE/
Primary Examiner, Art Unit 3992

cc: Requester (if third party requester)

Application/Control Number: 90/019,036 Page 2
Art Unit: 3992

## DETAILED ACTION

This is a Supplemental Ex Parte Notice of Intent to Issue a Reexam Certificate that is to replace the Ex Parte Notice of Intent to Issue a Reexam Certificate issued on 09/29/2022, which included an erroneous claim number in Form 469 item 2(7).

This Office action terminates the prosecution of Ex Parte reexamination of U.S. Patent No. 7,103,640 to Overton et al. (hereafter "the '640 patent")

This office action address claims 17, 18, and 24 of U.S. Patent No. 7,103,640 to Overton et al. (the '640 patent"), which has been ordered in 12/23/2021.

### *Information Disclosure Statement*

IDS filed on 7/13/22 and 9/13/22 have been considered. Where the IDS citations are submitted but not described, the examiner is only responsible for cursorily reviewing the references. The initials of the examiner on the PTO-1449 indicate only that degree of review unless the reference is either applied against the claims, or discussed by the examiner as pertinent art of interest, in a subsequent office action.

See Guidelines for Reexamination of Cases in View of In re Portola Packaging, Inc., 110 F.3d 786, 42 USPQ2d 1295 (Fed. Cir. 1997), 64 FR at 15347, 1223 Off. Gaz. Pat. Office at 125 (response to comment 6).

Consideration by the examiner of the information submitted in an IDS means that the examiner will consider the documents in the same manner as other documents in Office search files are considered by the examiner while conducting a search of the prior art in a proper field of search. The initials of the examiner placed adjacent to the citations on the PTO-1449 or PTO/SB/08A and 08B or its equivalent mean that the information has been considered by the examiner to the extent noted above.

Application/Control Number: 90/019,036 Page 3
Art Unit: 3992

Regarding IDS submissions MPEP 2256 recites the following: "Where patents, publications, and other such items of information are submitted by a party (patent owner or requester) in compliance with the requirements of the rules, the requisite degree of consideration to be given to such information will be normally limited by the degree to which the party filing the information citation has explained the content and relevance of the information."

Accordingly, the IDS submissions have been considered by the Examiner only with the scope required by MPEP 2256, unless otherwise noted. The items which have been crossed out on the information disclosure statements have not been considered.

## *REFERENCES*

Prior Art References cited:

i. Oracle Names Administrator's Guide, Relase 2.0 (Oracle Corp., Redwood City, CA), published 1996 ("OracleNamesAdminGuide").

ii. Joseph B. Greene, Oracle DBA Survival Guide, 1 st ed. (Sams Publishing, Indianapolis, Ind.), ISBN: 0672306816, published October 1, 1995 ("OracleSG").

iii. U.S. Patent No. 5,777,989 to John McGarvey, Filed December 19, 1995, issued July 7, 1998 ("McGarvey").

v. U.S. Patent No. 5,301,286 to Purshotam Rajani, filed January 2, 1991, issued April 5, 1994 ("Rajani").

## STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION

Claims 17, 18, and 24 are confirmed.

Application/Control Number: 90/019,036 Page 4
Art Unit: 3992

The following is an examiner's statement of reasons for patentability and/or confirmation of the claims found patentable in this reexamination proceeding:

Based on applicant's remarks (p29-37, p 41-42) presented on 8/04/2022, The cited prior art fail to teach individually or in combination:"…transmitting a redirect message to the client if the identification string is not associated with a location string at the data location server…" and "… wherein the redirect message contains information for use by the client to calculate a location of a different data location server…" of Claim 17; and

"if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client…" and "where in the redirect message contains redirect information for user by the client to calculate a location of a different data location server in the plurality of the data location server…" of claim 18.

Claim 24 which is dependent on claim 18, it is confirmed for the same reason as those stated for claim 18.

Any comments considered necessary by PATENT OWNER regarding the above statement must be submitted promptly to avoid processing delays. Such submission by the patent owner should be labeled: "Comments on Statement of Reasons for Patentability and/or Confirmation" and will be placed in the reexamination file.

Application/Control Number: 90/019,036 Page 5
Art Unit: 3992

## *Conclusion*

All correspondence relating to this ex-partes reexamination proceeding should be directed as follows:


By U.S. Postal Service Mail to:

   Mail Stop Ex Parte Reexam
   ATTN: Central Reexamination Unit
   Commissioner for Patents
   P.O. Box 1450
   Alexandria, VA 22313-1450

By FAX to:

(571) 273-9900
Central Reexamination Unit

By hand to:

Customer Service Window
Randolph Building
401 Dulany St.
Alexandria, VA 22314


By EFS-Web:

Registered users of EFS-Web may alternatively submit such correspondence via the electronic filing system EFS-Web, at

https://efs.uspto.gov/efile/myportal/efs-registered


EFS-Web offers the benefit of quick submission to the particular area of the Office that needs to act on the correspondence. Also, EFS-Web submissions are "soft scanned" (i.e., electronically uploaded) directly into the official file for the reexamination proceeding, which offers parties the opportunity to review the content of their submissions after the "soft scanning" process is complete.

| | |
|---|---|
| Application/Control Number: 90/019,036 | Page 6 |
| Art Unit: 3992 | |

Any inquiry concerning this communication or earlier communications from the Reexamination Legal Advisor or Examiner, or as to the status of this proceeding, should be directed to the Central Reexamination Unit at telephone number (571) 272-7705.

/PENG KE/
Primary Examiner, Art Unit 3992

/William H. Wood/
Primary Examiner, Art Unit 3992

/ALEXANDER J KOSOWSKI/
Supervisory Patent Examiner, Art Unit 3992