IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 |

### AWS'S NOTICE OF WITHDRAWAL OF ITS MOTION TO STAY PENDING ADDITIONAL REEXAMINATION AND CONSENT TO LIFTING STAY

Given the change in circumstances since the briefing began, including the Patent Office's recent issuance of decisions substantially concluding the three *ex parte* reexaminations that AWS filed in November 2021, AWS respectfully withdraws its pending Motion to Stay Pending Additional Reexamination (Dkt. 530), and consents to Kove's request to lift the Court's previously ordered stay.

The specific reasons for this notice are as follows.

1. On March 8, 2022, Judge Pallmeyer imposed the current stay in view of the PTO's decisions instituting three *ex parte* reexaminations that AWS requested on November 21, 2021, to review the asserted claims of the patents-in-suit—namely, Reexamination Nos. 90/019,034 (ten asserted claims of '978 patent); 90/019,035 (six asserted claims of '170 patent); and 90/019,036 (three asserted claims of '640 patent).

2. At a telephonic status hearing on September 14, 2022, Kove stated its intent to

move to lift the stay, and the Court set a briefing schedule. At the time, just four of the 19 asserted claims had so far emerged from reexamination ('978 patent claims 17, 23, 24, and 30), and AWS had filed a second request for *ex parte* reexamination of those four claims (No. 90/019,109, filed Aug. 31, 2022). At the hearing, the Court indicated that AWS would need to file a new motion if AWS sought a stay based on that additional reexamination request.[1]

3. Per the Court-ordered schedule, on September 23, 2022, Kove filed its Motion to Lift Stay (Dkt. 526, 527); on October 7, 2022, AWS filed its combined Opposition to Kove's Motion to Lift Stay and Motion to Stay Pending Additional Reexamination (Dkt. 530); and on October 21, 2022, Kove filed its Reply in Support of Its Motion to Lift Stay (Dkt. 531).[2] AWS's reply in further support of the Motion to Stay Pending Additional Reexamination would be due November 4, 2022.

4. During the briefing of the parties' motions, the PTO issued decisions substantially concluding the three *ex parte* reexaminations that AWS had requested in November 2021. Specifically, on October 27, 2022, the PTO issued a final Office Action in Reexamination No. 90/019,034 rejecting (finding invalid) independent claims 1 and 31 of the '978 patent, and confirming the other eight asserted '978 claims over the prior art in that proceeding.[3] Before that, on September 22 and 27, 2022, the PTO also issued notices of its intent to confirm the challenged '640 and '170 patent claims in Reexamination Nos. 90/019,036 and 90/019,035, respectively.[4]

---

[1] *See* Dkt. 523.

[2] Kove didn't file an opposition to AWS's Motion to Stay Pending Additional Reexamination, and Kove's Reply incorrectly stated that "AWS chose not to file such a motion." Dkt. 531 at 2 (giving no further explanation for this statement); *contra* Dkt. 530 (AWS's motion).

[3] *See* Dkt. 532-2.

[4] *See* Dkt. 530 at 4–5; Dkt. 532. The PTO also issued a corrected or supplemental Notice of Intent to Issue Ex Parte Reexamination Certificate in Reexamination No. 90/019,036 on September 29, 2022, and on October 4, 2022.

5.      AWS's second request for reexamination of '978 patent claims 17, 23, 24, and 30 (No. 90/019,109) remains pending. But given the substantial conclusion of the earlier three *ex parte* reexamination proceedings, AWS won't seek a stay solely on the basis of that second, not-yet-instituted request. AWS thus respectfully withdraws its Motion to Stay Pending Additional Reexamination, and consents to Kove's request to lift the previously ordered stay of this matter.

| | |
|---|---|
| Dated: November 4, 2022 | Respectfully submitted, |
| | */s/ R. William Sigler*<br>Alan M. Fisch<br>*alan.fisch@fischllp.com*<br>R. William Sigler<br>*bill.sigler@fischllp.com*<br>Jeffrey M. Saltman (*pro hac vice*)<br>*jeffrey.saltman@fischllp.com*<br>Lisa Phillips (*pro hac vice*)<br>*lisa.phillips@fischllp.com*<br>FISCH SIGLER LLP<br>5301 Wisconsin Avenue NW<br>Suite 400<br>Washington, DC 20015<br>202.362.3500<br><br>*Attorneys for Amazon Web Services, Inc.* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which will serve a copy on all counsel of record.

                                          */s/ R. William Sigler*
                                          R. William Sigler