## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kove IO, Inc.

                        Plaintiff,

v.                                           Case No.: 1:18–cv–08175
                                           Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, November 5, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to lift stay is granted in light of defendant's withdrawal of its opposition, and defendant's motion to stay pending additional reexamination has been withdrawn. The stay previously imposed in this case is hereby lifted. The parties are directed to confer regarding a schedule under this District's Local Patent Rules and are to file a joint status report setting out a proposed schedule (including dates corresponding to the various requirements under the Local Patent Rules) by 11/9/2022. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.