# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kove IO, Inc.
                           Plaintiff,

v.                                                       Case No.: 1:18−cv−08175
                                                             Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 18, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed, multiple times, the pending discovery−related motions that were put on pause by the previously assigned judge at the time of the now−dissolved stay. Respectfully, both sides' submissions seriously over−complicate matters and do not explain (or, frankly, even try to explain) the issues that remain open and the key considerations on each side in a simple and straightforward way. The Court therefore sets those motions for a video oral argument on 11/29/2022 at 9:30 AM. The argument will last no more than 45 minutes total. Each side is strongly encouraged to do its best to explain its position(s) on the open issues simply and directly. Visual presentations, if the parties believe they would be beneficial, are welcomed. The parties are also strongly encouraged to make another effort to attempt to resolve the matters at issue in the motions by agreement and compromise in advance of the hearing. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.