IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175 |

### DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF AWS'S MOTION FOR ADDITIONAL CLAIM CONSTRUCTION BRIEFING

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and District of Columbia, and am admitted in the Northern District of Illinois. I make this Declaration of my own personal knowledge. And if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's Motion for Additional Claim Construction Briefing.

2. Attached as Exhibit A is a true and correct copy of Kove's August 4, 2022 Patent Owner's Reply to Office Action in *Ex Parte* Reexamination, in Reexamination No. 90/019,036 ('640 patent).

3. Attached as Exhibit B is a true and correct copy of Kove's August 11, 2022 Patent Owner's Reply to Office Action in *Ex Parte* Reexamination, in Reexamination No. 90/019,035 ('170 patent).

4. Attached as Exhibit C is a true and correct copy of Kove's September 28, 2022 Patent Owner's Reply to Office Action in *Ex Parte* Reexamination, in Reexamination No. 90/019,034 ('978 patent).

5. Attached as Exhibit D is a true and correct copy of the May 11, 2022 Non-Final Office Action in *Ex Parte* Reexamination, in Reexamination No. 90/019,035 ('170 patent).

6. Attached as Exhibit E is a true and correct copy of the May 4, 2022 Non-Final Office Action in Reexamination No. 90/019,036 ('640 patent).

7. Attached as Exhibit F is a true and correct copy of an email chain beginning with a November 15, 2022 email from AWS counsel to Kove counsel.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on November 28, 2022.


        */s/ R. William Sigler*
        R. William Sigler