# Exhibit F

# RE: Kove v. Amazon -- Proposed Claim Constructions

Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>

Fri 11/18/2022 5:11 PM

To: Bill Sigler <Bill.Sigler@fischllp.com>;

Cc: Kove Team <FS-Kove@fischllp.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>;

1 attachments (32 KB)

11-18-2022 Draft Joint Motion to Set Briefing Schedule (to AWS) (002).docx;

Bill,

Following up, Kove does not agree with AWS's proposed constructions and opposes its motion to reopen claim construction.

We suggest submitting a joint motion to set the following briefing schedule and page limits (attached):

1. AWS's motion (15 pages)
2. + 21 days for Kove's response (15 pages)
3. + 14 days for AWS's reply (10 pages)
4. + 7 days for Kove's sur-reply (10 pages)

Assuming agreement, would you please file the joint motion concurrently with your motion (with dates to be filled in)?

Best,
Jaime

Jaime F. Cardenas-Navia
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
(646) 921-1474

---

**From:** Jaime Cardenas-Navia
**Sent:** Friday, November 18, 2022 11:29 AM
**To:** Bill Sigler <Bill.Sigler@fischllp.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** RE: Kove v. Amazon -- Proposed Claim Constructions

Hi Bill,

Thank you for the additional information. We're continuing to review and will get back to you later today.

Best,
Jaime

Jaime F. Cardenas-Navia
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017

(646) 921-1474

**From:** Bill Sigler <Bill.Sigler@fischllp.com>
**Sent:** Wednesday, November 16, 2022 6:48 PM
**To:** Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Re: Kove v. Amazon -- Proposed Claim Constructions

**[EXTERNAL]**
Hi Jaime,

Thank you for today's discussion. Below are responses to your questions regarding Amazon's proposed claim constructions.

Proposed Construction for "Network"/"System"
Amazon intends to argue that the terms "network" or "system" limit the scope of the claims in the proposed constructions whether that term first appears in the preamble or body of any claim. This doesn't alter the parties' agreed constructions that '978 claim 14's preamble is limiting after "comprising" and '978 claim 17's preamble is limiting after "having."

Proposed Construction for "Location Server"
To further avoid potential ambiguity, the following proposed construction for "location server" eliminates any reference to "either," a "data entity," or "location information":

> a network-attached component that maintains, **for satisfying every request for the location of data on the network,** a set of **at least one of (1)** identifier/location mappings **or (2) information about the location of such mappings** that are modified or returned in response to **all** location request messages from clients

Examples of Kove's Statements Made During Reexaminations
The following are exemplary statements that Kove made during the reexaminations:

1. "The structured relationships of the invention allow clients to access data in distributed environments through a non-hierarchical, limitlessly scalable, server structure that enables retrieval of requested information in not more than two iterations." '640 Patent NFOA Resp. at p. 10; '978 Patent NFOA Resp. ('034 EPR) at p. 12; and '170 Patent NFOA Resp. at p. 11.
2. "Claims 1, 6, and 15 (and their dependent claims) require the servers in the network to provide the relevant location information. In other words, any queried server will either have the requested information or will identify which other server contains the requested information. For example, if a queried server receives a request for the data locations associated with a particular identifier but does not have it, that server will return a message to indicating which other server in the network contains the requested information." '170 Patent NFOA Resp. and p. 11; see also '978 Patent NFOA Resp. at p. 12 ("Claims 1, 10, 14, and 31 (and their dependent claims) require the servers in the network to….").
3. "This non-hierarchical cluster composition is expressly claimed in claim 1, through the requirement that the data location information is portioned and organized across the data location servers based on a hash function and each and every data location server being configured to determine the data location server that contains the location information based on applying the hash function lo the identifier string associated to the location information." '170 Patent NFOA Resp. and p. 36.
4. "The structured relationships of the invention allow clients to access data in distributed environments through a non-hierarchical, limitlessly scalable, server structure that enables retrieval of requested information in not more than two iterations." '640 Patent NFOA Resp. at p. 23 n.2; '978 Patent NFOA Resp. ('034 EPR) at p. 12; '170 Patent NFOA Resp. at p. 11.

Please let us know by Friday, November 18 whether Kove agrees to any of Amazon's proposed constructions, or to not oppose Amazon's motion for additional construction of these terms. Thank you.

Regards,
Bill

**Bill Sigler | Fisch Sigler LLP | Partner**
+1.202.362.3520 (o)
+1.703.304.3131 (m)

---

**From:** Bill Sigler <Bill.Sigler@fischllp.com>
**Date:** Tuesday, November 15, 2022 at 1:25 PM
**To:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** Kove v. Amazon -- Proposed Claim Constructions

Counsel,

In advance of our call on this topic tomorrow, please find below an identification of the terms and proposed constructions that Amazon intends to address in its forthcoming motion for additional claim construction. Thank you.

| Claims | Terms | Proposed Constructions |
| --- | --- | --- |
| '640 – 17, 18, 24<br>'170 – 1, 2, 6, 8, 9, 12, 15<br>'978 – 1, 3, 6, 10, 14, 17, 23, 24, 30, 31 | "network" / "system" | [network/system] **arranged in a non-hierarchical, cluster topology** |
| '170 – 1, 2, 6, 8, 9, 12, 15<br>'978 – 1, 3, 6, 10, 14, 17, 23, 24, 30, 31<br>'640 – 17, 18, 24 | "location server" | a network-attached component that maintains, **for every data entity on the network,** a set of **either** identifier/location mappings **or location information to find such identifier/location mappings** that are modified or returned in response to **all** location request messages from clients |
| '640 – 17, 18<br>'170 – 1, 2, 5, 6, 8, 9, 12<br>'978 – 1, 3, 6, 10, 17, 23, 24, 30, 31 | "providing" / "determin[e/ing]" / "retrieving" location information or servers | providing, **without performing any request iterations,** … location information / determin[e/ing], **without performing any request iterations,** … location servers / retrieving **in two or fewer request iterations** location information |
| '640 – 17, 18<br>'170 – 6, 15<br>'978 – 3, 10, 14 | "return" / "sending" / "transmit[s/ting]" a redirect message | return / sending / transmit[s/ting] a redirect message **without performing any request iterations** |

Regards,
Bill

**Bill Sigler | Fisch Sigler LLP | Partner**
+1.202.362.3520 (o)
+1.703.304.3131 (m)

5301 Wisconsin Avenue NW, Fourth Floor
Washington, DC 20015 USA

Biography | Firm Victories | LinkedIn

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.