## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
## Eastern Division

Kove IO, Inc.
                                    Plaintiff,

v.                                           Case No.: 1:18−cv−08175
                                                       Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 29, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 11/29/2022. Motion to enforce compliance [493] is granted to the following extent: defendant is directed to comply with Judge Pallmeyer's order is by 12/30/2022. The parties are directed to continue to confer on the two motions to compel [405] [409] consistent with the Court's instructions and are file a joint status report regarding the motions and follow−up discovery as well as proposed draft orders regarding both on 12/16/2022. The joint status report may not exceed 10 pages; the draft orders do not count against this limitation. The parties are to file a further joint status report regarding the motions to compel on 12/30/2022. A telephonic status hearing is set for 1/3/2023 at 8:45 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.