# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Kove IO, Inc.

                    Plaintiff,

v.                                           Case No.: 1:18−cv−08175
                                             Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 30, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Joint motion to set briefing schedule [540] is granted. Response to motion for additional claim construction [539] is due by 12/19/2022; reply to response is due by 1/3/2023; surreply is due by 1/10/2023. The page limits will be as set forth in the joint motion. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.