IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Matthew F. Kennelly <br><br> Jury Trial Demanded |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE
TO FILE SLIDE DECK ON PENDING MOTIONS UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2(c), Plaintiff Kove IO, Inc. ("Kove") moves for leave to file under seal its Slide Deck on Pending Motions ("Slide Deck") presented in front of Judge Kennelly during oral argument on November 29, 2022. In support thereof, Kove states as follows:

1. On July 10, 2019, the Court entered the Parties' Agreed Protective Order (Dkt. No. 55), pursuant to which information designated by Kove or Amazon Web Services, Inc. ("AWS") as Confidential or Highly Confidential may not be publicly disclosed.

2. The Slide Deck cites information or contain quotations and excerpts from documents that contain highly sensitive information regarding AWS's finances, financial systems, and development/assessment of the accused products, and that the parties have designated as Confidential or Highly Confidential under the Protective Order,

3. Pursuant to Local Rule 26.2(c), Kove is provisionally filing the Slide Deck under seal and serving it on all parties. Contemporaneously, Kove has publicly filed a redacted version of the Motion, redacting only the information designated by the parties as Confidential or Highly Confidential.

WHEREFORE, for the foregoing reasons, Kove respectfully requests that this Court grant its motion to file under seal its Slide Deck on Pending Motions.

Dated: December 7, 2022

Respectfully submitted,

*/s/ Khue Hoang*

Khue V. Hoang *(pro hac vice)*
khoang@reichmanjorgensen.com
Jaime Cardenas-Navia *(pro hac vice)*
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Phil Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Facsimile: (650) 623-1449

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000

Courtland L. Reichman *(pro hac vice)*
creichman@reichmanjorgensen.com
Shawna L. Ballard (Identification No. 155188)
sballard@reichmanjorgensen.com
Taylor Mauze (pro hac vice)
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Khue Hoang*
Khue Hoang