



REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP

SILICON VALLEY · NEW YORK · ATLANTA · WASHINGTON, D.C.

# Kove's Presentation on Pending Discovery Motions

*Kove IO, Inc. v. Amazon Web Services, Inc.*
Case No. 1:18-cv-08175

November 29, 2022

# Pending Motions

## A. Motion to Enforce Court Order (Dkt. 493)

## B. Finance Motion (Dkt. 405)

## C. Hardware/Metrics Motion (Dkt. 409)



**A. Motion to Enforce Court Order (Dkt. 493)**

B. Finance Motion (Dkt. 405)

C. Hardware/Metrics Motion (Dkt. 409)



# A. Motion to Enforce (Dkt. 493)

**What Kove Needs:**  **What the Court already Ordered in July 2021:**

"AWS-level financial information," such as "cash flow statements, income statements, balance sheet statements, and profit-and-loss statements, as well as any contemporaneously created financial disclosures or explanatory footnotes that would commonly accompany and explain the financial statements."

**Status:**  **AWS does not object and says it "will determine if additional documents exist" and produce by no later than December 30.**

**Requested Relief:**  **Complete production in 10 days; corporate statement if unavailable; provide declaration and deposition.**



*Presentation of Kove IO, Inc.*

# A. Motion to Enforce (Dkt. 493)

**<u>Status (cont'd)</u>:** **AWS has the requested information.**

   a)  Financials dating to 2006



   d)  If these documents don't include the information ordered by the judge, AWS must provide it from wherever it resides.



# A. Motion to Enforce (Dkt. 493)

**<u>Status (cont'd)</u>:  AWS has the requested information.**





*Presentation of Kove IO, Inc.*

# A. Motion to Enforce (Dkt. 493)



AWS HIGHLY CONFIDENTIAL

*This information was provided in response to a motion to compel and does not constitute an Amazon Web Services, Inc. financial statement.

AMZ_KOVE00000487930



*Presentation of Kove IO, Inc.*

## A. Motion to Enforce (Dkt. 493)

**<u>Requested Relief:</u>**

a)  Production within 10 days (December 9)
  - If unavailable, corporate statement attesting to unavailability

b)  Detailed declaration describing search conducted

c)  Deposition of properly educated declarant within 10 days of production

d)  Fees relating to the Motion to Enforce



A. Motion to Enforce Court Order (Dkt. 493)

---

**B. Finance Motion (Dkt. 405)**

---

C. Hardware/Metrics Motion (Dkt. 409)



# B. Motion to Compel Financials (Dkt. 405)

**What Kove Needs:**  **Five Categories of Information**

1. Aggregated usage data for S3 (2006-2013) and DB (2012-2013)
2. Aggregated usage data for ███████████████ users by pricing categories (2014-2020)
3. Internal accounting documents
4. Documents responsive to certain RFPs going back to 2006 hypothetical negotiation
5. Usage and Revenue Data for Top 50 external and internal customers (2006-2020)

**Status:**  AWS does **not object** to categories 1-4 and will produce by no later than December 30.  AWS **objects** to category 5.

**Requested Relief:**  Complete production in 10 days; corporate statement if unavailable; provide declaration and deposition.



# B. Motion to Compel Financials (Dkt. 405)

**NOT OBJECTED to categories**

**Status:**

1. Aggregated usage data for S3 (2006-2013) and DDB (2012-2013)

2. Aggregated usage data for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ users by pricing categories (2014-2020)

   Kove believes the following should satisfy these requests :

   - Missing years for aggregated usage data per accused product
   - "Get" and "Put" requests for S3's RRS storage class
   - "Delete" requests for all storage classes other than S3 Standard
   - Copy, Post, List, Select, and Cancel requests for all storage classes



# B. Motion to Compel Financials (Dkt. 405)

**NOT OBJECTED to categories**

**Status (cont'd):**

3.  Internal accounting documents.

    Kove needs information *sufficient to explain how AWS accounts for **internal** use* of S3 and DDB by both AWS and Amazon.com, and that shows the output of those methodologies, from 2006-2020, including:



    - ○ marginal cost by usage categories, including from AWS's ▮▮▮▮ database
    - ○ ▮▮▮▮▮▮▮▮▮▮▮ reports referenced in AMZ_KOVE_000488315 at 6



# B. Motion to Compel Financials (Dkt. 405)

**NOT OBJECTED** **to categories**

**Status (cont'd):**

4.  Documents responsive to certain RFPs going back to **2006** hypothetical negotiation date.

    - RFPs generally seek information bearing on the parties' relative bargaining power at the time of the hypothetical negotiation (e.g., financials, usage, etc.). Dkt. 405 at 15.



# B. Motion to Compel Financials (Dkt. 405)

**<u>OBJECTED</u> to category**

**<u>Status:</u>**

5. Usage and Revenue data for Top 50 <u>external</u> customers (2006-2020) *and* Usage data for Top 50 <u>internal</u> customers (2006-2020)

- Invention relates to features of the accused products.
- Data on how AWS's most important customers use the products reflects products' value.

- AWS claims burden, but offers no specific evidence.
- No declaration offered for S3 product, therefore claims of burden are forfeited
- Declaration for DDB confirms the data exists.



# B. Motion to Compel Financials (Dkt. 405)

**DECLARATION OF CHITHRA PERUMAL IN SUPPORT OF AWS'S OPPOSITION TO KOVE'S MOTION TO COMPEL PRODUCTION OF INFORMATION REGARDING USAGE, FINANCIAL, AND HYPOTHETICAL NEGOTIATION DATA (Dkt. 405)**



# B. Motion to Compel Financials (Dkt. 405)

**DECLARATION OF CHITHRA PERUMAL IN SUPPORT OF AWS'S OPPOSITION TO KOVE'S MOTION TO COMPEL PRODUCTION OF INFORMATION REGARDING USAGE, FINANCIAL, AND HYPOTHETICAL NEGOTIATION DATA (Dkt. 405)**



I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2021.

*/s/ Chithra Perumal*
Chithra Perumal



# B. Motion to Compel Financials (Dkt. 405)

**OBJECTED** to categories

**Status (cont'd):** **AWS has the requested information.**





## B. Motion to Compel Financials (Dkt. 405)

**<u>Relief Requested (for ALL caterogies):</u>**

a)  Production within 10 days (December 9)

- If unavailable, corporate statement attesting to unavailability

b)  Detailed declaration describing search conducted

c)  Deposition of properly educated declarant within 10 days of production



A. Motion to Enforce Court Order (Dkt. 493)

B. Finance Motion (Dkt. 405)

**C. Hardware/Metrics Motion (Dkt. 409)**



## C. Motion to Compel Hardware and Metrics (Dkt. 409)

**What Kove Needs:**  **Five Categories of Information**

1. Cost, Capacity, & Utilization Data
2. Frequency of "███████████████"
3. Distribution of Data by User, Table, and Server
4. Identification of Key Metrics Relating to "SADS" Benefits
5. Information on Predecessor Products

**Status:**  **AWS objects to category 1 but does not object to categories 2-5.**

**Requested Relief:**  **Complete production in 10 days; corporate statement if unavailable; provide declaration and deposition.**



## C. Motion to Compel Hardware and Metrics (Dkt. 409)

**OBJECTED** to category

**Status: AWS Has Not Produced**

1.  Cost, Capacity, and Utilization Data

Kove seeks (for 2006-2020):
- Cost, Capacity, and Utilization data for four key components: ███████ ████████████████████████████████████████
- Data showing the number of ████████████ (**AWS does not object**)

AWS Objects on Relevance and Burden
- Relevance: The information is needed to quantify the cost-savings attributable to the invention.
- Burden: AWS does not offer any evidence to support its claim of burden.



*Presentation of Kove IO, Inc.*

# C. Motion to Compel Hardware and Metrics (Dkt. 409)

**NOT OBJECTED** to categories (2-5)

**Status:** AWS Search Ongoing

2. Frequency of "███████████████"
   o   No data provided to date.
   o   AWS search is ongoing.



# C. Motion to Compel Hardware and Metrics (Dkt. 409)

**NOT OBJECTED** to categories

**Status (cont'd):  AWS Search Ongoing**

4.  Identification of Key Metrics/Metrics Reports Relating to "SADS" Benefits

    o   AWS still investigating, claims information may not exist.

    o   AWS documents show that A██████████████████████████
        █████████████████

    o   "SADS" = Speed, Availability, Durability, and Scalability of Accused Products

5.  Information on Predecessor Products

    o   AWS has completed non-ESI productions.

    o   AWS is continuing to search for and produce ESI.



## C. Motion to Compel Hardware and Metrics (Dkt. 409)

**<u>Relief Requested (all categories):</u>**

a) Production within 10 days (December 9)

- If unavailable, corporate statement attesting to unavailability

b) Detailed declaration describing search conducted

c) Deposition of properly educated declarant within 10 days of production

**<u>Alternate Relief Requested for Category 3 as to User/Table:</u>**

- AWS attests that the distribution data produced is representative.



*Presentation of Kove IO, Inc.*

# C. Motion to Compel Hardware and Metrics (Dkt. 409)

**Cost, Capacity, and Utilization Data: Relevance**

Benefit of invention to AWS: Use less hardware, save $$





*With Kove Invention*          *Without Kove Invention*



# C. Motion to Compel Hardware and Metrics (Dkt. 409)

**Cost, Capacity, and Utilization Data: Relevance**

How many more machines do you need?
- What is their capacity?
- How much are they used? ("utilization")



# C. Motion to Compel Hardware and Metrics (Dkt. 409)

### Cost, Capacity, and Utilization Data: Relevance

How many more machines do you need?
- What is their capacity?
- How much are they used? ("utilization")



*With Kove Invention*          *Without Kove Invention*

## Scenario 1



*Presentation of Kove IO, Inc.*

27

# C. Motion to Compel Hardware and Metrics (Dkt. 409)

## Cost, Capacity, and Utilization Data: Relevance

How many more machines do you need?
- What is their capacity?
- How much are they used? ("utilization")



*With Kove Invention*

*Without Kove Invention*

Scenario 2



# C. Motion to Compel Hardware and Metrics (Dkt. 409)

### Cost, Capacity, and Utilization Data: Burden

*"Undue burden or expense ... must be shown by 'a particular and specific demonstration of fact, as distinguished from stereotyped and conclusory statements.'"*

*Jenkins v. White Castle Mgmt. Co.*, 2014 WL 3809763, at *2 (N.D. Ill. Aug. 4, 2014) (quoting *Gulf Oil Co. v. Bernard*, 452 U.S. 89, 102 n.16 (1981))

- AWS has not offered any facts to support its burden claim.
- AWS has not provided a clear articulation of burden.

- AWS mischaracterizes Kove's request.
  - Kove seeks fleet-level data on 4 components.
  - Kove does *not* seek data on "thousands of pieces of hardware associated with AWS's more than 200 services."



# C. Motion to Compel Hardware and Metrics (Dkt. 409)

**Cost, Capacity, and Utilization Data: Burden**

**AWS Tracks the Information Kove Seeks (S3)**





# C. Motion to Compel Hardware and Metrics (Dkt. 409)

**Cost, Capacity, and Utilization Data: Burden**

## AWS Tracks the Information Kove Seeks (DynamoDB)





# C. Motion to Compel Hardware and Metrics (Dkt. 409)

**Cost, Capacity, and Utilization Data: Burden**

**AWS Tracks the Information Kove Seeks (DynamoDB)**





## C. Motion to Compel Hardware and Metrics (Dkt. 409)

**Cost, Capacity, and Utilization Data: Kove Requested This Information**

- AWS claims Kove's discovery requests do not cover capacity or utilization data.  Dkt. 428 at  7.

- The requested information falls squarely in Kove's requests:

  - Kove RFP 12: "Documents ... sufficient to describe ... hardware requirements [and] specifications"  for the accused products.

  - Kove RFPs 178-179 and 203 seek information on hardware replacement frequency (i.e., on the *lifetime* capacity of hardware).

- AWS claimed Kove's hardware requests were vague and overbroad, so Kove clarified and narrowed what it seeks. Kove Motion Ex. 1 at 5; Dkt. 405 Ex. 36 at 2-3.

- AWS now claims ▮ clarification and narrowing it requested were improper.



# C. Motion to Compel Hardware and Metrics (Dkt. 409)

## Cost, Capacity, and Utilization Data: Requests

| Request # | Request Text |
|---|---|
| RFP 12 | Documents and things sufficient to describe the functionality, operation, design, development, architecture, implementation, data flow, algorithms, testing, modes of operation, and capabilities of the Accused Products, including software requirements, hardware requirements, specifications, architecture documents, design reviews, design documents, flow diagrams, user manuals, product brochures, data sheets, administrative guides, data structure descriptions, and other user instructions. |
| RFP 176 | Documents sufficient to show the price You paid for each make and model of the devices that function as ███████████ ████████████████████ for S3, from 2006 through 2020. |
| RFP 177 | Documents sufficient to show the average life span for each make and model of the devices that function as ███████████ ████████████████████ for S3, from 2006 through 2020. |
| RFP 178 | Documents sufficient to show the frequency with which You purchased devices that function as ██████ for S3, from 2006 through 2020. |
| RFP 179 | Documents sufficient to show the frequency with which You purchased devices that function as ████████████ for S3, from 2006 through 2020. |



# C. Motion to Compel Hardware and Metrics (Dkt. 409)

## Cost, Capacity, and Utilization Data: Requests

| Request # | Request Text |
|---|---|
| RFP 201 | Documents sufficient to show the price You paid for each make and model of the devices that function as ███████████████████████████████ for the DynamoDB system, from 2012 through 2020. |
| RFP 202 | Documents sufficient to show the average life span for each make and model of the devices that function as ███████████████████████████████ for the DynamoDB system, from 2012 through 2020. |
| RFP 203 | Documents sufficient to show the frequency with which You purchased devices that function as ████████ ████████████████ for DynamoDB, from 2006 through 2020. |
| RFP 214 | Documents sufficient to show the number of ██████████████████████████ in the DynamoDB system, on a monthly basis, from 2006 through 2020. |



# C. Motion to Compel Hardware and Metrics (Dkt. 409)

**Distribution of Data by User, Table, and Server: Relevance**

Benefit: Kove's invention enables even distribution of data





# C. Motion to Compel Hardware and Metrics (Dkt. 409)

**Distribution of Data by User, Table, and Server: Relevance**

Benefit: Kove's invention enables even distribution of data





# C. Motion to Compel Hardware and Metrics (Dkt. 409)

**Distribution of Data by User, Table, and Server: Relevance**



# C. Motion to Compel Hardware and Metrics (Dkt. 409)

**Distribution of Data by User, Table, and Server: Relevance**

What would it look like to ████████████████████████?



Even Distribution?

Mixed Distribution?

Cannot evaluate AWS's proposal without knowing how user/table data is distributed.
Cannot evaluate AWS's proposal without knowing the current distribution.



# C. Motion to Compel Hardware and Metrics (Dkt. 409)

**Distribution of Data by User, Table, and Server: AWS Should Have This Information**

- AWS claims this information may not exist prior to 3/23/21.

- But





# C. Motion to Compel Hardware and Metrics (Dkt. 409)

**Distribution of Data by User, Table, and Server: AWS Should Have This Information**

- AWS had a preservation obligation since 2018.





# C. Motion to Compel Hardware and Metrics (Dkt. 409)

## Distribution of Data by User, Table, and Server: Requests

| Request # | Request Text |
|---|---|
| RFP 195 | Documents sufficient to show the distribution of DynamoDB partitions (i) by user and (ii) by table, from 2012 through 2020. |
| RFP 197 | Documents sufficient to show the average number of partitions (i) per username and (ii) per table, on an annual basis, from 2012 through 2020. |
| RFP 198 | Documents sufficient to show the average number of partitions in the DynamoDB system (i) per username for each decile of usernames (ordered by number of partitions per username) and (ii) per table for each decile of tables (ordered by number of partitions per table), on an annual basis, from 2012 through 2020. |
| RFP 12 | Documents and things sufficient to describe the functionality, operation, design, development, architecture, implementation, data flow, algorithms, testing, modes of operation, and capabilities of the Accused Products, including software requirements, hardware requirements, specifications, architecture documents, design reviews, design documents, flow diagrams, user manuals, product brochures, data sheets, administrative guides, data structure descriptions, and other user instructions. |



# C. Motion to Compel Hardware and Metrics (Dkt. 409)

## Identification of Key Metrics: Background



| 6/10/19 | 3/13/20 | 5/21/20 | 10/2/20 | 2/2/21 |
|---|---|---|---|---|
| Kove served RFPs asking AWS for metrics.<br><br>AWS objected to the request as "vague and ambiguous." | Kove served Interrogatory 14, which asks AWS to identify metrics and key performance indicators.<br><br>AWS did not identify any metrics. | AWS agreed to produce metrics but asked Kove for more specificity as to which. | Kove served more specific RFPs asking AWS for metrics regarding the SADS benefits.<br><br>AWS objected to the request as "vague and ambiguous." | AWS claimed it still did know what metrics Kove seeks.<br><br>AWS agreed to provide Kove more information regarding its metrics.<br><br>AWS never provided the requested information. |



# C. Motion to Compel Hardware and Metrics (Dkt. 409)

**Identification of Key Metrics: AWS Can Identify Key Metrics**

- *Of course* Amazon knows which metrics are most important to product performance.

- AWS documents confirm:

# C. Motion to Compel Hardware and Metrics (Dkt. 409)

## Identification of Key Metrics: Requests

| Request # | Request Text |
|---|---|
| Interrogatory 14 | Identify in detail all metrics, including key performance indicators, you used to measure the performance of each of the Relevant Features and each Accused Product, the reports and analyses regarding such metrics and the identity of all documents and things related to your response. |
| RFP 108 | All documents constituting, identifying, describing, or referencing customer-use studies, surveys, reports, tracking data, estimates, statistics, metrics, analytics, web analytics (including, but not limited to, documents generated using web analytics software such as Omniture, Webtrends, Coremetrics, SiteSpect, SAS, Google Analytics, Bango Analytics, other similar analytic software, or any other analytic tool of which You are aware), page hits, conversion rates, profitability studies, and business plans regarding how and to what extent Your customers, users of the Accused Products, or others of whom You are aware, access and/or make use of the Accused Products. |
| RFP 131 | For each storage class and configuration of Amazon S3 that has ever been provided to a customer and for each configuration of DynamoDB that has ever been provided to a customer, documents sufficient to: (i) identify the storage class and/or configuration; (ii) identify and describe the products and services offered related to the storage class and/or configuration; (iii) provide the pricing of the products and services offered related to the storage class and/or configuration (including any surcharges or discounts, and by storage tier), and identify and describe the methodology by which the pricing was arrived at; (iv) provide metrics on a per-month (or as often as possible) basis that cover the following: (a) durability (min/max/average/SLA values), (b) availability (min/max/average/SLA values), (c) scalability (min/max/average/SLA values), (d) latency (min/max/average/SLA values), (e) throughput (get and put) (min/max/average/SLA values), (f) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and (v) identify and describe all data, values, equations, assumptions, and methodologies used to arrive at the metrics in (iv). |



# C. Motion to Compel Hardware and Metrics (Dkt. 409)

### Identification of Key Metrics: Requests

| Request # | Request Text |
|---|---|
| RFP 120 | Documents describing, evidencing, discussing, analyzing, evaluating, relating to or showing the importance, value, usability, performance, demand, or benefits to You of the ability of the Accused Products to "scale", their "scalability" or the ability of the Accused Products to perform at "any scale". |
| RFP 122 | Documents describing, evidencing, discussing, analyzing, evaluating, relating to or showing the importance, value, usability, performance, demand, or benefits to You of the ability of Accused Products to "promote high data durability or high data reliability, including, without limitation, documents that show decoupling data access from where it is stored within the Accused Products. |

*Note:* Kove's Motion seeks a narrower set of documents than what is requested in these RFPs. Kove narrowed its requested relief to accommodate AWS's claim of burden.



# C. Motion to Compel Hardware and Metrics (Dkt. 409)

## Predecessor Products: Requests

| Request # | Request Text |
|---|---|
| RFP 211 | To the extent not already requested, documents relating to the decision to develop DynamoDB, including documents that discuss, consider, or reference SimpleDB and AWS's other database products, and documents that discuss, consider, or reference the benefits associated with databases that are fast, durable, available, and scalable. |
| RFP 216 | To the extent not already requested, documents relating to predecessor products to the Accused Products and early or exploratory designs for the Accused Products or the products that would become the Accused Products, including documents that discuss or consider the scalability, speed/latency, availability, durability, and cost of those designs. This includes documents relating to ▮▮▮▮ SimpleDB, and any other designs or products that were considered in connection with either of the Accused Products. |
| RFP 222 | Documents sufficient to show, from its initial conception date through the end of 2020, the design, architecture, implementation, operation, and functionality of AWS's ▮▮ as well as all analyses of its costs, pricing, scalability, throughput, latency, availability, durability, and feasibility – both individually and in comparison with any other existing or potential AWS data store products (including without limitation Amazon S3). |

