**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KOVE IO, INC.,

                Plaintiff,

     v.

AMAZON WEB SERVICES, INC.,

                Defendant.

Civil Action No. 1:18-cv-08175

Judge Matthew F. Kennelly

Jury Trial Demanded

## JOINT MOTION TO EXTEND TIME TO FILE STATUS REPORT

Plaintiff Kove IO, Inc. and Defendant Amazon Web Services, Inc. (collectively, the "Parties") hereby jointly move to extend the deadline for submitting a Status Report with the Court by one business day, from December 16, 2022, as set forth in the Court's minute entry (Dkt. No. 541), to December 19, 2022. The Parties are attempting to narrow the disputed issues and seek the additional day to continue discussions and accurately summarize their agreements and outstanding disputes in writing for the Court. As a result, the Parties submit that good cause exists for extending the current deadline to submit a Status Report to December 19, 2022.

Dated: December 15, 2022

KOVE IO, INC.

By: */s/ Khue Hoang*

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5037

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (pro hac vice)
sballard@reichmanjorgensen.com
Taylor Mauze (pro hac vice)
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (pro hac vice)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (pro hac vice)
aadler@reichmanjorgensen.com
Philip Eklem (pro hac vice)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ Jeffrey Saltman*

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Ave, NW
Suite 400
Washington, D.C. 20015
Telephone: (202) 362-3500

*Attorneys for Defendant Amazon Web
Services, Inc.*

Washington, DC 20006
Telephone: (202) 894-7310

*Attorneys for Plaintiff Kove IO, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing was filed electronically on December 15, 2022, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

*/s/ Khue Hoang*