**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| KOVE IO, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>    Defendant. | Civil Action No. 1:18-cv-08175<br><br>Judge Matthew F. Kennelly<br><br>Jury Trial Demanded |

## JOINT MOTION TO EXTEND BRIEFING SCEHDULE

Plaintiff Kove IO, Inc. ("Kove") and Defendant Amazon Web Services, Inc. ("AWS") (collectively, the "Parties") jointly request the Court to extend the briefing schedule for AWS's Motion for Additional Claim Construction as follows:

| Event | Current Date | Revised Deadline |
|---|---|---|
| Kove's Response | 12/19/2022 | 12/21/2022 |
| AWS's Reply | 1/3/2023 | 1/5/2023 |
| Kove's Sur-Reply | 1/10/2023 | 1/12/2023 |

Dated: December 15, 2022

KOVE IO, INC.

By: */s/ Khue V. Hoang*

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5037

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (*pro hac vice*)
sballard@reichmanjorgensen.com
Taylor Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ R. William Sigler*

Alan M. Fisch
alan.fisch@fischllp.com
R. William Sigler
bill.sigler@fischllp.com
Jeffrey M. Saltman (*pro hac vice*)
jeffrey.saltman@fischllp.com
Lisa N. Phillips (*pro hac vice*)
lisa.phillips@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Ave, NW
Suite 400
Washington, D.C. 20015
Telephone: (202) 362-3500

*Attorneys for Defendant Amazon Web
Services, Inc.*

2

Washington, DC 20006
Telephone: (202) 894-7310

*Attorneys for Plaintiff Kove IO, Inc.*

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and exact copy of the foregoing was filed electronically on December 15, 2022, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

<u>/s/ Khue V. Hoang</u>
Khue V. Hoang