# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kove IO, Inc.

                              Plaintiff,

v.                                             Case No.: 1:18−cv−08175
                                                      Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, December 17, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Joint motion to extend time to file status report [547] is granted; due date is extended to 12/19/2022. Joint motion to extend briefing schedule [548] is also granted: due date for plaintiff#039;s response is extended to 12/21/2022; due date for defendant's reply is extended to 1/3/2023; and due date for plaintiff's surreply is extended to 1/12/2023. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.