
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br>    *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br>    *Defendant*. | Case No. 1:18-cv-8175 |

## MOTION TO SEAL JOINT STATUS REPORT

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, and the requirements of the Protective Order entered in this case (ECF No. 55), Defendant Amazon Web Services, Inc. ("Amazon") has filed under seal the parties' Joint Status Report and proposed orders, which contain proprietary information that Amazon has designated Highly Confidential. Amazon seeks leave to file these documents under seal due to the confidential nature of the information discussed therein. In support of this Motion, Amazon states as follows:

    1.    On July 10, 2019, the Court entered the parties' agreed Protective Order. (ECF No. 55.) Pursuant to the terms of the Protective Order, Amazon has designated information about how its customers use its service, how its financial documents are stored and accessed, and the specific hardware components used in providing the accused services as Highly Confidential.

    2.    Amazon has designated information contained in the Joint Status Report as Highly Confidential and Amazon has filed the Joint Status Report and proposed orders under seal, pursuant to the Protective Order. Contemporaneously, Amazon has publicly filed a redacted version of the Joint Status Report and proposed orders.

1

For the foregoing reasons, Amazon respectfully requests that the Court enter an order permitting Amazon to file the Joint Status Report under seal.

Dated: December 19, 2022

Respectfully submitted,

*/s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 19, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system.

                */s/ R. William Sigler*
                R. William Sigler