# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

**[AMAZON'S PROPOSED] ORDER ON OUTSTANDING DISCOVERY MOTIONS**

Having reviewed Plaintiff Kove IO, Inc.'s ("Plaintiff" or "Kove") Motion to Compel Amazon Web Services to Produce Information Regarding Usage, Financial, and Hypothetical Negotiation Data ("Finance Motion") (Dkt. 405) and Kove's Motion to Compel Hardware, Metrics, & Predecessor Product Information ("Hardware & Metrics Motion") (Dkt. 409) and all related briefing, **IT IS HEREBY ORDERED:**

1. Kove's Finance Motion is **GRANTED-IN-PART AND DENIED-IN-PART**. Within seven days of this Order, AWS shall conduct a reasonable search for and produce the following categories. To the extent AWS cannot locate any of these categories, its attorneys shall attest that such documents couldn't be located after a reasonable search:

    a. Aggregated usage data for S3 and DynamoDB ("the Accused Products") by pricing category, for each of internal customers, external customers, and Amazon customers ("CDO"); specifically:

    i. Usage data for S3 annually from 2006-2013;

    ii. Usage data for DynamoDB annually from 2012-2013;

    iii. S3 usage data annual from 2014-2020 that shows the number of "Get" and "Put" requests for the "RRS" storage class, the number of "Delete" requests for all storage classes, and the number of "Copy," "Post," "List," "Select," and "Cancel" requests for all storage classes.

    b. Information sufficient to show how AWS accounts for internal use of the Accused Products by AWS and Amazon.com, and that shows the output of those methodologies, from 2006-2020, including without limitation:

        i. Costs relating to use of the Accused Products by internal customers;

        ii. Costs that have been allocated to the Accused Products from other products or services;

        iii. Marginal cost by usage categories, including from AWS's ▮▮▮▮▮;

        iv. "Management Allocations" reports referenced in AWS's productions to the extent it contains non-duplicative information.

2. Kove's Finance Motion is **DENIED** regarding the below categories of documents:

    a. Usage, Revenue, and Pricing data for each of the Top 50 (by revenue) external customers of each Accused Product, by pricing category, from 2006-2020.

    b. Usage data for each of the Top 50 (by costs incurred) internal customers of each Accused Product, by pricing category, from 2006-2020.

3. Kove's Hardware and Metrics Motion is **GRANTED-IN-PART AND DENIED-IN-PART**. Within seven days of this Order, AWS shall conduct a reasonable search for and produce the following categories. To the extent AWS cannot locate any of these categories, its attorneys shall attest that such documents couldn't be located after a reasonable search:

    a. Information sufficient to show, annually from 2006-2020:

        i. The distribution of ▮▮▮▮▮ in DynamoDB ▮▮▮▮▮. AWS may also state that the information it has produced is representative; and

        ii. The distribution of ▮▮▮▮▮.

    b. Information sufficient to show, annually from 2012-2020:

        i. The number of ▮▮▮▮▮ in DynamoDB;

        ii. The number of ▮▮▮▮▮ in DynamoDB;

        iii. The number of DynamoDB users;

        iv. The number of DynamoDB tables.

    c. An identification what the management teams for the Accused Products regularly review regarding metrics or metrics reports related to speed, availability, durability, and scalability.

    d. Documents sufficient to show the design, development, and rejection of predecessor products to the Accused Products, including SimpleDB, Fargo, and S4.

4. Kove's Hardware and Metrics Motion is **DENIED** regarding the below categories of documents:

    a. Information sufficient to show, for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ("Components"), annually from 2006-2020:

        i. The per-unit cost (or average per-unit cost) of each Component;

        ii. The per-unit capacity (or average per-unit capacity) each Component, with respect to storage and throughput; and

        iii. The per-unit utilization level (or average per-unit utilization level) for each Component, with respect to storage and throughput.

5. AWS shall not provide sworn declarations or designate witnesses for deposition specifically on document collection issues. Kove may depose AWS's substantive witnesses on document collection issues at the same time they are deposed on their substantive topics.

Date: _____                  _____

                                                                Judge Matthew F. Kennelly