

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name  Jaime Francisco Cardenas-Navia

Firm   Reichman Jorgensen Lehman & Feldberg LLP

Street Address   400 Madison Avenue, Suite 14D

City/State/Zip Code  New York, NY 10017

Phone Number  (212) 381-1965

Email address  jcardenas-navia@reichmanjorgensen.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.


List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:18-cv-08175 | Kove IO, Inc. v. Amazon Web | Matthew F. Kennelly |
|  | Services, Inc. |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Jaime Francisco Cardenas-Navia

12/22/2022
_____          _____
Signature of Attorney                              Date

Rev. 01272016