

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Michael Matulewicz-Crowley

Firm   Reichman Jorgensen Lehman & Feldberg LLP

Street Address   400 Madison Avenue, Suite 14D

City/State/Zip Code   New York, NY 10017

Phone Number   (212) 381-1965

Email address   mmatulewicz-crowley@reichmanjorgensen.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:18-cv-08175 | Kove IO, Inc. v. Amazon Web Services, Inc. | Matthew F. Kennelly |
| | | |
| | | |
| | | |
| | | |

/s/ Michael Matulewicz-Crowley                12/22/22

Signature of Attorney                                    Date

Rev. 01272016