UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Kove IO, Inc.

                Plaintiff,

v.                                            Case No.: 1:18−cv−08175
                                            Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 22, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: The deadline for the reply brief is extended to 1/5/2023. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.