

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Taylor Mauze

Firm   Reichman Jorgensen Lehman & Feldberg LLP

Street Address   7500 Rialto Blvd., Suite 1-250

City/State/Zip Code   Austin, TX 78735

Phone Number   (650) 623-1401

Email address   tmauze@reichmanjorgensen.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:18-cv-08175 | Kove IO, Inc. v. Amazon Web Services, Inc. | Matthew F. Kennelly |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Taylor Mauze                                12/22/2022

Signature of Attorney                       Date

Rev. 01272016