

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name  Wesley White

Firm  Reichman Jorgensen Lehman & Feldberg LLP

Street Address  400 Madison Avenue, Suite 14D

City/State/Zip Code  New York, NY 10017

Phone Number  (212) 381-1965

Email address  wwhite@reichmanjorgensen.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:18-cv-08175 | Kove IO, Inc. v. Amazon Web Services, Inc. | Matthew F. Kennelly |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Wesley White                                   12/22/2022

Signature of Attorney                          Date

Rev. 01272016