# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kove IO, Inc.
                              Plaintiff,

v.                                         Case No.: 1:18−cv−08175
                                                Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 27, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: The parties are directed to provide to Judge Kennelly's proposed order e−mail address (a link to which appears on his web page) Word versions of their respective proposed orders that accompanied the 12/19/2022 joint status report. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.