IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Matthew F. Kennelly |

## ORDER ON OUTSTANDING DISCOVERY MOTIONS

Having reviewed Plaintiff Kove IO, Inc.'s ("Plaintiff" or "Kove") Motion to Compel Amazon Web Services to Produce Information Regarding Usage, Financial, and Hypothetical Negotiation Data ("Finance Motion") (Dkt. 405) and Kove's Motion to Compel Hardware, Metrics, & Predecessor Product Information ("Hardware & Metrics Motion") (Dkt. 409) and all related briefing, **IT IS HEREBY ORDERED:**

1. Kove's Finance Motion is granted to the following extent. By January 6, 2023, AWS shall conduct a reasonable search for and produce the following:

   a.      Aggregated usage data for S3 and DynamoDB ("the Accused Products") by pricing category, for each of internal customers, external customers, and Amazon customers ("CDO"); specifically:

   i. Annual usage data for S3 from 2006-2013;

   ii. Annual usage data for DynamoDB from 2012-2013; and

   iii. Annual S3 usage data from 2014-2020 that shows the number of "Get" and "Put" requests for the "RRS" storage class, the number of "Delete" requests for all storage classes, and the number of "Copy," "Post," "List," "Select," and "Cancel" requests for all storage classes.

   b. Information sufficient to show how AWS accounts for internal use of the Accused Products by AWS and Amazon.com, and that shows the output of those methodologies, from 2006-2020, including without limitation:

      i. Costs relating to use of the Accused Products by internal customers;

      ii. Costs that have been allocated to the Accused Products from other products or services;

      iii. Marginal cost by usage categories, including from AWS's SCT database; and

      iv. "Management Allocations" reports referenced in AWS's productions.

2.     Kove's Finance Motion is denied regarding the following categories of documents:

    a. Usage, Revenue, and Pricing data for each of the Top 50 (by revenue) external customers of each Accused Product, by pricing category, from 2006-2020.

    b. Usage data for each of the Top 50 (by costs incurred) internal customers of each Accused Product, by pricing category, from 2006-2020.

3.     Kove's Hardware and Metrics Motion is granted to the following extent. By January 6, 2023, AWS shall conduct a reasonable search for and produce the following:

    a. Information sufficient to show the distribution of data in the Accused Productions, annually from 2006-2020; specifically:

      i. The distribution of "partitions" in DynamoDB by user and by table; and

      ii. The distribution of "inodes" across KFCs and across Brick Managers.

    b. Information sufficient to show annually from 2012-2020:

      i. The number of Metadata Nodes in DynamoDB;

      ii. The number of Metadata Updates in DynamoDB;

      iii. The number of DynamoDB users; and

      iv. The number of DynamoDB tables.

    c. An identification what AWS considers the most useful metrics or metrics reports to measure speed, availability, durability, and scalability of the Accused Products.

    d. Documents relating to the design, development, and rejection of predecessor products to the Accused Products, including SimpleDB, Fargo, and S4.

4.     Kove's Hardware and Metrics Motion is denied regarding the following categories of documents:

    a.  Information sufficient to show, for KFCs, Brick Managers, Metadata Nodes, and Storage Nodes ("Components"), annually from 2006-2020:

        i.  The per-unit cost (or average per-unit cost) of each Component;

        ii.  The per-unit capacity (or average per-unit capacity) of each Component, with respect to storage and throughput; and

        iii.  The per-unit utilization level (or average per-unit utilization level) for each Component, with respect to storage and throughput.

5.     AWS shall provide by January 10, 2023 sworn declarations with a detailed description of AWS's search and collection efforts for each of the above categories regarding which the Court has ordered production. The Court overrules Kove's request to take the depositions of the declarants. However, to the extent any of the declarants are designated by AWS as Rule 30(b)(6) witnesses, they may be questioned during those depositions regarding their document-collection efforts, within any otherwise applicable time limits.

Date: Dec. 30, 2022

                                                                     MATTHEW F. KENNELLY
                                                                     United States District Judge