IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| AMAZON WEB SERVICES, INC., | |
| Defendant. | |

## MOTION TO SEAL JOINT STATUS REPORT

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, and the requirements of the Protective Order entered in this case (ECF No. 55), Plaintiff Kove IO, Inc. ("Kove") has filed under seal the parties' Joint Status Report and Exhibits A-C, which contain proprietary information that the parties have designated Highly Confidential. Kove seeks leave to file these documents under seal due to the confidential nature of the information discussed therein. In support of this Motion, Kove states as follows:

1. On July 10, 2019, the Court entered the parties' agreed Protective Order. (ECF No. 55.) Pursuant to the terms of the Protective Order, Amazon has designated information about how its financial documents are stored and accessed and the specific hardware components used in providing the accused services as Highly Confidential.

2. The parties have designated information contained in the Joint Status Report as Highly Confidential and Kove has filed the Joint Status Report and Exhibits A-C, under seal, pursuant to the Protective Order. Contemporaneously, Kove has publicly filed a redacted version of the Joint Status Report and proposed orders.

For the foregoing reasons, Kove respectfully requests that the Court enter an order permitting Kove to file the Joint Status Report and Exhibits A-C under seal.

| | |
|---|---|
| Dated: December 30, 2022 | Respectfully submitted, |
| | /s/ Khue V. Hoang |
| Khue V. Hoang (*pro hac vice*) | Renato Mariotti (State Bar No. 6323198) |
| khoang@reichmanjorgensen.com | renatto.mariotti@bclplaw.com |
| Jaime Cardenas-Navia *(pro hac vice)* | Holly H. Campbell (State Bar No. 6320395) |
| jcardenas-navia@reichmanjorgensen.com | holly.campbell@bclplaw.com |
| REICHMAN JORGENSEN LEHMAN & FELDBERG LLP | BRYAN CAVE LEIGHTON PAISNER LLP |
| 400 Madison Avenue, Suite 14D | 161 North Clark Street, Suite 4300 |
| New York, NY 10017 | Chicago, IL 60601 |
| Telephone: (212) 381-1965 | Telephone: (312) 602-5000 |
| Facsimile: (650) 623-1449 | |
| | Courtland L. Reichman (*pro hac vice*) |
| Christine E. Lehman (*pro hac vice*) | creichman@reichmanjorgensen.com |
| clehman@reichmanjorgensen.com | Shawna L. Ballard (Identification No. 155188) |
| Adam Adler (*pro hac vice*) | sballard@reichmanjorgensen.com |
| aadler@reichmanjorgensen.com | REICHMAN JORGENSEN LEHMAN & FELDBERG LLP |
| Philip Eklem (*pro hac vice*) | 100 Marine Parkway, Suite 300 |
| peklem@reichmanjorgensen.com | Redwood Shores, CA 94065 |
| REICHMAN JORGENSEN LEHMAN & FELDBERG LLP | Telephone: (650) 623-1401 |
| 1909 K Street, NW, Suite 800 | Facsimile: (650) 623-1449 |
| Washington, DC 20006 | |
| Telephone: (202) 894-7310 | **ATTORNEYS FOR PLAINTIFF** |
| Facsimile: (650) 623-1449 | **KOVE IO, INC.** |
| | |
| Taylor Mauze (*pro hac vice*) | |
| tmauze@reichmanjorgensen.com | |
| REICHMAN JORGENSEN LEHMAN & FELDBERG LLP | |
| 7500 Rialto Blvd., Suite 1-250 | |
| Austin, TX 78735 | |
| Telephone: (650) 623-1401 | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of December, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

      */s/ Khue V. Hoang*

      Khue Hoang