# Exhibit A

Redacted

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| AMAZON WEB SERVICES, INC., | **FILED UNDER SEAL** |
| Defendant. | |

**[KOVE'S PROPOSED] ORDER ON OUTSTANDING DISCOVERY MOTIONS**

Having reviewed Plaintiff Kove IO, Inc.'s ("Plaintiff" or "Kove") Motion to Compel Amazon Web Services to Produce Information Regarding Usage, Financial, and Hypothetical Negotiation Data ("Finance Motion") (Dkt. 405) and Kove's Motion to Compel Hardware, Metrics, & Predecessor Product Information ("Hardware & Metrics Motion") (Dkt. 409) and all related briefing, **IT IS HEREBY ORDERED:**

1.  Kove's Finance Motion is **GRANTED**.

    By December 30, AWS shall conduct a reasonable search for and produce the following categories of documents and information:

    a.  Aggregated usage data for S3 and DynamoDB ("the Accused Products") by pricing category, for each of internal customers, external customers, and Amazon customers ("CDO"); specifically:

        i.   Annual usage data for S3 from 2006-2013;

        ii.  Annual usage data for DynamoDB from 2012-2013; and

        iii. Annual S3 usage data from 2014-2020 that shows the number of "Get" and "Put" requests for the "RRS" storage class, the number of "Delete" requests for all storage classes, and the number of "Copy," "Post," "List," "Select," and "Cancel" requests for all storage classes.

    b. Information sufficient to show how AWS accounts for internal use of the Accused Products by AWS and Amazon.com, and that shows the output of those methodologies, from 2006-2020, including without limitation:

        i. Costs relating to use of the Accused Products by internal customers;

        ii. Costs that have been allocated to the Accused Products from other products or services;

        iii. Marginal cost by usage categories, including from AWS's ███████ ; and

        iv. "Management Allocations" reports referenced in AWS's productions.

**IT IS FURTHER ORDERED** that by January 13, 2023, AWS shall provide the following categories of documents and information:

    c. Usage, Revenue, and Pricing data for each of the Top 50 (by revenue) external customers of each Accused Product, by pricing category, from 2006-2020; and

    d. Usage data for each of the Top 50 (by costs incurred) internal customers of each Accused Product, by pricing category, from 2006-2020.

2. Kove's Hardware and Metrics Motion is **GRANTED**.

    a. By January 13, 2023, AWS shall conduct a reasonable search for and produce information sufficient to show, █████████████████████████████ ███████████ ("Components"), annually from 2006-2020:

        i. The per-unit cost (or average per-unit cost) of each Component;

        ii. The per-unit capacity (or average per-unit capacity) of each Component, with respect to storage and throughput; and

        iii. The per-unit utilization level (or average per-unit utilization level) for each Component, with respect to storage and throughput.

**IT IS FURTHER ORDERED** that by December 30, AWS shall conduct a reasonable search for and produce the following categories of documents and information:

    b. Information sufficient to show the distribution of data in the Accused Products, annually from 2006-2020; specifically:

        i. The distribution of ████████ in DynamoDB ██████████████ and

        ii. The distribution of "████████████████████████████ .

    c. Information sufficient to show annually from 2012-2020:

       i.     The number of ███████████ in DynamoDB;

      ii.     The number of ███████████ in DynamoDB;

    iii.     The number of DynamoDB users; and

    iv.     The number of DynamoDB tables.

    d.  An identification of what AWS considers the most useful metrics or metrics reports to measure speed, availability, durability, and scalability of the Accused Products.

    e.  Documents relating to the design, development, and rejection of predecessor products to the Accused Products, including SimpleDB, Fargo, and S4.

3. **IT IS FURTHER ORDERED** that by **January 6, 2023** AWS shall provide sworn declarations with a detailed description of AWS's search and collection efforts for each of the above categories. **IT IS FURTHER ORDERED** that AWS shall, by no later than **January 20, 2023,** make available one or more corporate designees for deposition(s) regarding the sworn declaration(s) and AWS's search efforts, and shall promptly produce any responsive documents or information identified in any such deposition.


Date: _____


_____

Judge Matthew F. Kennelly


3