# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kove IO, Inc.

                Plaintiff,

v.

                                  Case No.: 1:18–cv–08175
                                  Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, December 31, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, in light of the fact that the Court has ruled on the outstanding discovery disputes, the telephonic status hearing set for 1/3/2023 is vacated and reset to 1/13/2023 at 9:10 AM, using call–in number 888–684–8852, access code 746–1053. The surreply due on 1/12/2023 must be filed by no later than 12:00 noon on that date. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.