

Khue V. Hoang
400 Madison Avenue, Suite 14D
New York, NY 10017
Direct Dial: (646) 921-0704
khoang@reichmanjorgensen.com

January 9, 2023

Thomas G. Bruton, Clerk of Court
Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

      Re:    Request for the Clerk of Court to Refund Filing Fee; Case Number 18cv8175

Dear Sir:

    I am requesting a refund of the following filing fees submitted through pay.gov. on January 5, 2023 in the above-referenced case:

- Receipt No. AILNDC-20205097 in the amount of $150.00
- Receipt No. AILNDC-20205125 in the amount of $150.00

    It appears the attorney Pacer log-in information was not properly linked to the Northern District of Illinois and the PHV filing therefore had to be re-initiated after payments had already been submitted.

    Please contact me should you have any questions.

                         Best Regards,

                         /s/ Khue V. Hoang

                         Khue V. Hoang

Enclosures

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Michelle Carr Quintana |
| **Subject:** | Pay.gov Payment Confirmation: ILLINOIS NORTHERN DISTRICT COURT |
| **Date:** | Thursday, January 5, 2023 9:41:15 AM |

[EXTERNAL]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ILND Pay.Gov at 312-435-5555.

   Account Number: 7355086
   Court: ILLINOIS NORTHERN DISTRICT COURT
   Amount: $150.00
   Tracking Id: AILNDC-20205097
   Approval Code: 03227G
   Card Number: ************7593
   Date/Time: 01/05/2023 12:41:07 ET

NOTE: This is an automated message. Please do not reply

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Michelle Carr Quintana |
| **Subject:** | Pay.gov Payment Confirmation: ILLINOIS NORTHERN DISTRICT COURT |
| **Date:** | Thursday, January 5, 2023 9:48:33 AM |

[EXTERNAL]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ILND Pay.Gov at 312-435-5555.

Account Number: 7355086
Court: ILLINOIS NORTHERN DISTRICT COURT
Amount: $150.00
Tracking Id: AILNDC-20205125
Approval Code: 04869G
Card Number: ************7593
Date/Time: 01/05/2023 12:48:28 ET

NOTE: This is an automated message. Please do not reply