**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated November 10, 2022 (Dkt. 536), Plaintiff Kove IO, Inc. ("Kove") and Defendant Amazon Web Services, Inc. ("Amazon") (collectively, the "Parties") submit this joint status report.

**Document Production**

Amazon made its final production in compliance with the Court's December 30, 2022 order on January 6, 2023 (Dkt. 562).

Kove's statement: Kove has identified what it believes to be deficiencies in Amazon's productions and is working with Amazon to resolve them. Kove believes it would be helpful for the parties to keep the Court apprised of their progress, including identifying any unreseolved issues, in order to ensure discovery moves forward efficiently. Kove respectfully requests that the Court order an additional Joint Status Report two weeks from now to help facilitate these discussions.

Amazon's statement: Amazon disagrees that its productions are deficient and is providing the declarations on document collection that the Court ordered (*See* Dkt. 562). Amazon believes

the Parties will be able to work through any follow-up issues regarding their respective document productions without Court intervention, and requiring another status report submission in two weeks wouldn't comprise a good use of taxpayer or party resources. Thus, Amazon respectfully requests that the Parties only be required to provide another joint status report if the Court schedules any additional status hearings before fact discovery closes.

**Discovery Schedule**

The Parties are continuing to work to facilitate an efficient and reasonable course to complete discovery. Under the operative Scheduling Order (Dkt. 536), discovery is currently scheduled to close on March 17, 2023. In light of the number of depositions remaining to be completed, Amazon's pending request for additional claim construction briefing, and other issues the Parties are working to resolve, the Parties anticipate a short extension on the close of discovery will be necessary and will move to modify the case schedule once discussions are complete.

**Motion Practice**

Kove's Sur-Reply to Amazon's Motion for Additional Claim Construction Briefing is due no later than 12:00 noon on January 12, 2023 (Dkt. 567).

**January 17 Status Conference**

The Court's November 10, 2022 Order (Dkt. 536) set a telephonic status hearing for January 17, 2023 and ordered the submission of this report by January 10, 2023. Ten days ago, though, the Court set a telephonic status hearing for January 13, 2023 (Dkt. 567). The Parties will be prepared to address the issues detailed in this status report at that January 13 hearing, and agree that an additional hearing on January 17 is unnecessary and wouldn't comprise a good use of Court or party resources.

Dated: January 10, 2023,

Respectfully Submitted,

| KOVE IO, INC. | AMAZON WEB SERVICES, INC. |
|---|---|
| By: /s/ Shawna L. Ballard | By: /s/ R. William Sigler |

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5037

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (*pro hac vice*)
sballard@reichmanjorgsensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
Savannah Carnes (pro hac vice)
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Ave, NW
Suite 400
Washington, D.C. 20015
Telephone: (202) 362-3500

*Attorneys for Defendant Amazon Web Services, Inc.*

FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310

Taylor Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
Navid Bayar (*pro hac vice*)
nbayar@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
Telephone: (650) 623-1401

*Attorneys for Plaintiff Kove IO, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing was filed electronically on January 10, 2023, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

*/s/ Shawna L. Ballard*
Shawna L. Ballard