# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kove IO, Inc.
                        Plaintiff,

v.
                        Case No.: 1:18−cv−08175
                        Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 13, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 1/13/2023. Defendant's motion for additional claim construction [539] is denied without prejudice to the presentation of the claim construction arguments during briefing on summary judgment. Fact discovery is extended to 5/5/2023. No further requests to extend the stay will be entertained. By no later than 1/20/2023, the parties are directed to file a joint status report that provides a proposal for expert disclosures and deadlines for expert depositions. The parties are directed to file a joint status report that provides an update on discovery by 3/28/2023. The Court will set a further status hearing at a later date. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.