IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

**JOINT STATUS REPORT**

Pursuant to the Court's January 13, 2023 Minute Entry (Dkt. 579) and in view of the guidance provided by the Court during the January 13, 2023 status conference, Plaintiff Kove IO, Inc. ("Kove") and Defendant Amazon Web Services, Inc. ("Amazon") (collectively, the "Parties") submit this joint status report regarding the schedule for expert discovery and dispositive motions.

The Parties jointly propose the following schedule:

| Event | Deadline |
|---|---|
| Close of fact discovery | May 5, 2023 |
| Opening expert reports due on issues for which a party bears the burden of proof | June 20, 2023 |
| Rebuttal expert reports due on issues for which the opposing party bears the burden of proof | August 4, 2023 |
| Completion of expert depositions | September 1, 2023 |
| Opening summary judgment motions due (for the party with the more substantive issue);[1] Opening *Daubert* motions due | September 29, 2023 |

---

[1] To the extent the parties intend to move for summary judgment on the same subject, they will work together to ensure that briefing is minimized.

1

| | |
|---|---|
| Oppositions to summary judgment motions due; Cross-motions for summary judgment due (for the other party); Oppositions to *Daubert* motions due | November 3, 2023 |
| Replies to summary judgment motions due; Oppositions to summary judgment cross-motions due; Replies to *Daubert* motions due | November 29, 2023 |
| Replies to summary judgment cross-motions due | December 20, 2023 |

The Parties propose an expert discovery and dispositive motion briefing schedule that largely tracks the LPR deadlines, with modest adjustments for opening and rebuttal expert reports based on the circumstances of this particular case and the availability of the Parties' experts and trial counsel. This case involves three asserted patents, voluminous discovery (e.g., over 500,000 pages have been produced thus far), and complex technology (e.g., the accused products involve dozens of relevant components that comprise millions of lines of source code). And the Parties' technical experts may need to address alternative claim constructions on certain terms, which the Court provided leave for Amazon to argue at summary judgment (*See* Dkt. 580). Thus, the proposed schedule provides 2.5 additional weeks each for opening and rebuttal expert reports beyond the default deadlines in LPR 5.1 but maintains the default deadlines for expert depositions and filing dispositive motions under LPRs 5.2 and 6.1.

As for conflicts, Kove's damages expert is presently scheduled to be in trials with start dates on April 24, June 20, July 10, July 11 and July 26, 2023 (but with some expectation that the June 20 and July 26 trial dates may get extended). And Amazon's counsel has a patent infringement jury trial scheduled for July 17-21, 2023 in the Western District of Texas and Kove's counsel has trials scheduled to start on April 24 and July 11, 2023.

Dated: January 20, 2023

Respectfully Submitted,

| | |
|---|---|
| KOVE IO, INC. | AMAZON WEB SERVICES, INC. |
| By: /s/ Khue V. Hoang | By: /s/ R. William Sigler |

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5037

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (*pro hac vice*)
sballard@reichmanjorgsensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
Savannah Carnes (*pro hac vice*)

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Ave, NW
Suite 400
Washington, D.C. 20015
Telephone: (202) 362-3500

*Attorneys for Defendant Amazon Web Services, Inc.*

scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310

Taylor Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
Navid Bayar (*pro hac vice*)
nbayar@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
Telephone: (650) 623-1401

*Attorneys for Plaintiff Kove IO, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing was filed electronically on January 20, 2023, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered counsel of record and was also served via email on counsel of record.

*/s/ Khue V. Hoang*
Khue V. Hoang
