## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
## Eastern Division

Kove IO, Inc.
                              Plaintiff,

v.                                                     Case No.: 1:18−cv−08175
                                                             Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, January 21, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court enters the following schedule as proposed by the parties with one potential modification. Rule 26(a)(2) disclosures by party with burden of proof on an issue are due 6/20/2023; rebuttal 26(a)(2) disclosures are due 8/4/2023; expert depositions are to be completed by 9/1/2023. Regarding summary judgment, the Court wishes to make clear that considering the likelihood that both parties will move for summary judgment on at least some claims and/or defenses, there will be only 4 summary judgment briefs altogether, not 6 or 8. Motion for summary judgment by the party filing a more comprehensive motion (to be resolved by the parties well in advance) is to be filed by 9/29/2023; response/cross−motion is to be filed by 11/3/2023; reply/response is to be filed by 11/29/2023; and reply on the cross−motion is to be filed by 12/20/2023. The parties should not expect any extensions of any part of this schedule given the age of the case. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.