**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC.,<br><br>  *Plaintiff*,<br><br> v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>  *Defendant*. | Case No. 1:18-cv-8175<br><br>Hon. Matthew F. Kennelly |

**AMAZON WEB SERVICES, INC.'S UNOPPOSED MOTION FOR LEAVE
TO AMEND ITS FINAL NON-INFRINGEMENT CONTENTIONS**

Pursuant to Local Patent Rule 3.4, Amazon respectfully moves the Court to allow it to amend its Amended Final Non-Infringement Contentions. Specifically, Amazon requests leaves to serve two sets of amended non-infringement contentions. The first set address the Court's Claim Construction Order (Dkt. 484). The second set address Amazon's proposed claim constructions in light of Kove's disclaimers during the reexaminations of the Patents-in-Suit (*see* Dkt. 539).[1] Kove doesn't oppose Amazon's motion with respect to either set of contentions.

A party may amend its Final Contentions "by order of the Court upon a showing of good cause and absence of unfair prejudice to opposing parties, made promptly upon discovery of the basis for the amendment."[2] Consistent with the Local Rules, an example of good cause includes "a claim construction by the Court different from that proposed by the party seeking amendment."[3]

Amazon has good cause to amend its Final Non-Infringement Contentions to address the Court's Claim Construction order (Dkt. 484). On March 7, 2022, the parties formally served their Amended Affirmative Contentions. In a March 4, 2022 filing, the parties had agreed to exchange any proposed amendments to their responsive contentions by April 4, 2022 and file any motions to amend responsive contentions by May 2, 2022 (Dkt. 513). Before those deadlines, the Court granted Amazon's Motion to Stay (Dkt. 514). The parties hadn't served their amended responsive contentions prior to the stay. And so, Amazon respectfully requests leave to serve its

---

[1] These contentions would be operative should the Court adopt one or more of Amazon's proposed constructions. *See* Dkt. 539. Kove has indicated it will oppose Amazon's motion for leave to amend its invalidity contentions in light of Amazon's proposed constructions. Per the parties' agreement, Amazon will file its opposed motion by March 24.

[2] LPR 3.4.

[3] *Id.*

1

amended non-infringement contentions to address the Court's Claim Construction order (Dkt. 484).

Regarding Amazon's amendments to its non-infringement contentions to address its proposed constructions, Amazon has also good cause to amend. Specifically, Amazon requested additional claim construction briefing to address Kove's disclaimers during the reexaminations of the Patents-in-Suit that affect the scope of the asserted claims (Dkt. 539). The Court denied Amazon's request "without prejudice to the presentation of claim construction arguments during briefing on summary judgment" (Dkt. 579). To address Amazon's proposed constructions before the close of fact and expert discovery, Amazon seeks leave to serve its non-infringement contentions that account for those proposed constructions. Kove's disclaimers during the reexaminations weren't available earlier in the case and Amazon has acted diligently to amend its contentions to address those statements. Further, Kove is similarly seeking leave to amend its affirmative infringement contentions to address Amazon's proposed contentions. Amazon's non-infringement contentions respond to Kove's amended infringement contentions. Thus, Amazon respectfully requests leave to amend its non-infringement contentions to reflect Amazon's proposed constructions.

Kove would not be unfairly prejudiced by Amazon's proposed amendments. Amazon and Kove met and conferred to discuss Amazon's proposed amendments on March 7, 2023. Kove confirmed via emails dated March 6, 2023 and March 9, 2023 that it doesn't oppose Amazon's motion. As such, Kove will not be unfairly prejudiced by Amazon's proposed amendments. A redlined version of Amazon's proposed First Amended Final Non-Infringement Contentions, which address the Court's Claim Construction Order, is attached as Exhibit A, and a redlined

version of Amazon's proposed Second Amended Final Non-Infringement Contentions, which addresses Amazon's proposed claim constructions, is attached as Exhibit B.

      For the foregoing reasons, Amazon respectfully requests that the Court enter an order granting Amazon leave to amend its Final Non-Infringement Contentions to address the Court's Claim Construction Order (Dkt. 484) and leave to amend its Final Non-Infringement Contentions to address Amazon's proposed claim constructions.

Dated: March 17, 2023                      Respectfully submitted,

<div style="margin-left:3em">

*/s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

</div>

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system.

*/s/ R. William Sigler*
R. William Sigler