**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Kove IO, Inc.
                            Plaintiff,

v.                                                  Case No.: 1:18−cv−08175
                                                   Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, March 19, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motions to file under seal and unopposed motions to amend contentions are granted [587] [588] [589] [590] [591] [592]. Redacted versions of the amended contentions are to be filed in the public record. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.