# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Kove IO, Inc.
                              Plaintiff,

v.                                                Case No.: 1:18−cv−08175
                                                  Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 21, 2023:

    MINUTE entry before the Honorable Matthew F. Kennelly: Motion by Wesley White to withdraw as attorney for Kove IO, Inc. is granted [594]. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.