# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KOVE IO, INC.,

     *Plaintiff*,

  v.

AMAZON WEB SERVICES, INC.,

     *Defendant*.

Case No. 1:18-cv-8175

Judge ~~Rebecca R. Pallmeyer~~Matthew F. Kennelly

Jury Trial Demanded

## AMAZON WEB SERVICES, INC.'S ~~FOURTH~~ FIFTH AMENDED FINAL UNENFORCEABILITY AND INVALIDITY CONTENTIONS

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
~~Fourth Floor~~Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

**TABLE OF CONTENTS**

I.   AMAZON'S RESERVATIONS OF RIGHTS ...................................................... 3

II.  CURRENT IDENTIFICATION OF PRIOR ART FOR PATENTS-IN-SUIT ........................ 4

   A.  PRIOR ART PATENTS AND PUBLICATIONS ........................................................ 4
   B.  PRIOR ART SYSTEMS.................................................................................... 6

III. SELECTION OF CURRENT GROUNDS OF INVALIDITY .......................................... 9~~8~~

   '170 PATENT CLAIMS 1, 2, 6, 8, 12, AND 15 ......................................................... 9~~8~~
   '640 PATENT CLAIMS 17, 18, AND 24 ................................................................. 11~~9~~
   '978 PATENT CLAIMS 1, 3, 6, 10, 14, AND 31 ..................................................... 12~~10~~
   '978 PATENT CLAIMS 17, 23, AND 30 ................................................................. 14~~12~~
   '978 PATENT CLAIM 24 ................................................................................... 14~~12~~

IV.  EXEMPLARY OBVIOUSNESS ARGUMENTS AND REASONS TO COMBINE THE IDENTIFIED PRIOR ART ................................................................................. 15~~13~~

V.   INVALIDITY CLAIM CHARTS FOR PATENTS-IN-SUIT ....................................... 81~~66~~

VI.  INVALIDITY OF PATENTS-IN-SUIT BASED ON 35 U.S.C. § 112 ........................... 82~~67~~

VII. INVALIDITY OF PATENTS-IN-SUIT BASED ON 35 U.S.C. § 101 ........................... 87~~72~~

VIII. UNENFORCEABILITY CONTENTIONS AGAINST PATENTS-IN-SUIT ................. 89~~74~~

IX.  DOCUMENT PRODUCTION ........................................................................ 89~~74~~

Pursuant to the Local Patent Rules and the Court's January 3, 2022 Minute Entry (Dkt. No. 489), the Court's February 25, 2022 Minute Entry (Dkt. No. 512) granting Motions to Amend Final Infringement and Invalidity Contentions (Dkt. Nos. 508, 510, and 511)), the Parties' agreement on amending contentions, in light of the Court's December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484), and the Court's Minute Entries regarding Amazon's Motion for Additional Claim Construction (Dkt. Nos. 579 and 580), Defendant Amazon Web Services, Inc. ("~~AWS~~Amazon") provides the following ~~Fourth~~ Fifth Amended Final Unenforceability and Invalidity Contentions to Plaintiff Kove IO, Inc. ("Kove") for the Asserted Claims of the Patents-in-Suit, as defined herein. This disclosure contains the information required by LPR 3.1(b) (including as related to LPR 2.3(b) and (c)). As required by the Local Patent Rules, ~~AWS~~ Amazon herein identifies twenty-five prior art references, four prior art grounds per asserted claim, and four non-prior art grounds per asserted claim.

## I.   ~~AWS~~ AMAZON'S RESERVATIONS OF RIGHTS

These contentions are limited to the claims identified in Kove's ~~Second~~ Third Amended Final Infringement Contentions Under Local Patent Rule 3.1 served on ~~July~~ February 10, 202~~0~~3 (the "Asserted Claims") for U.S. Patent Nos. 7,814,170 ("the '170 patent"), 7,103,640 ("the '640 patent"), and 7,233,978 ("the '978 patent") (collectively the "Patents-in-Suit").

These contentions are based on ~~AWS's~~ Amazon's current knowledge, understanding, and beliefs based on the facts and information available at this time and are subject to supplementation and/or amendment as provided in the Local Rules, the Federal Rules of Civil Procedure, and/or any order of this Court, including the Court's December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484). ~~AWS~~ Amazon also reserves the right to supplement and/or amend these contentions based on future discovery, rulings in related proceedings, and any future amendments made by Kove to its infringement and validity contentions. For at least this reason,

nothing contained in these contentions should be understood or deemed to be an express or implied admission or contention with respect to the proper construction or scope of any terms in the asserted claims.

Further, these contentions are contingent on the Court's adoption of Amazon's proposed constructions reflecting Kove's statements in reexaminations of the Patents-in-Suit that materially alter the scope of the claims. If one or more of Amazon's proposed constructions are not adopted by the Court, Amazon expressly reserves the right to rely on Amazon's Fourth Amended Final Unenforceability and Invalidity Contentions.

## II.  CURRENT IDENTIFICATION OF PRIOR ART FOR PATENTS-IN-SUIT

~~AWS~~ Amazon provides below an identification with particularity of ~~twenty-five~~ thirty items of prior art that anticipate or render obvious each Asserted Claim of the Patents-in-Suit. Amazon further incorporates-by-reference the prior art references and grounds identified in the pending *ex parte* reexamination of the Patents-in-Suit. Specifically:

- *Ex Parte* Reexamination of U.S. Patent No. 7,233,978 (RE 90/019,162);
- *Ex Parte* Reexamination of U.S. Patent No. 7,814,170 (RE 90/019,165); and
- *Ex Parte* Reexamination of U.S. Patent No. 7,103,640 (RE 90/019,166).

~~AWS~~ Amazon also reserves the right to argue that the proper priority date for any claim of the Patents-in-Suit is the patent's filing date and that the claims are not supported by earlier-filed applications.

### A.  Prior Art Patents and Publications

Subject to ~~AWS's~~ Amazon's reservations set forth above, ~~AWS~~ Amazon lists below twenty-five (25) items of prior art that ~~AWS~~ Amazon currently believes either anticipate or render obvious the Patents-in-Suit in combination with one or more other references and/or the knowledge of one of

ordinary skill in the art around the time of invention.[1]

1. ~~U.S. Patent No. 5,230,047 to Frey ("Frey"), assigned to IBM, issued July 20, 1993;~~

2. ~~"Distributed Name Servers: Naming and Caching in Large Distributed Computing Environments" by Terry (1985) ("Terry");~~

~~3.~~ 1. "DNS RFC1034 Domain names – Concepts and Facilities" by Mockapetris(1987) ("RFC1034");

~~4.~~ 2. "An Adaptive Data Placement Scheme for Parallel Database Computer Systems"by Hua and Lee (1990) ("Hua DBMS");

~~5.~~ 3. "Design and Implementation of DDH: A Distributed Dynamic HashingAlgorithm" by Devine (1993) ("Devine DDH");

~~6.~~ 4. "Scale in Distributed Systems" by Neuman (1994) ("Neuman");

7. ~~"Location-Independent Naming for Virtual Distributed Software Repositories" by Browne et al. (1995) ("Browne");~~

8. ~~"A Model for Worldwide Tracking of Distributed Objects" by van Steen, Hauck,and Tanenbaum (1996) ("van Steen");~~

9. ~~"The Core Legion Object Model" by Lewis and Grimshaw (1996) ("Lewis");~~

~~10.~~ 5. U.S. Patent No. 5,542,087 to Neimat ("Neimat"), assigned to Hewlett-PackardCo., issued July 30, 1996;

~~11.~~ 6. "Consistent Hashing and Random Trees: Distributed Caching Protocols forRelieving Hot Spots on the World Wide Web" by Karger et al. (1997) ("Karger '97");

~~12.~~ 7. "Load Management in Distributed Video Servers" by Venkatasubramanian and Ramanathan (1997) ("Venkatasubramanian");

~~13.~~ 8. "Resource Location in Very Large Networks" by Partha Dasgupta (1994) ("Dasgupta");

~~14.~~ 9. "Distributed Web Caching System with Consistent Hashing" by Sherman (1999) ("Sherman");

~~15.~~ 10. "Web Caching with Consistent Hashing" by Karger, Sherman, et al. (1999) ("Karger/Sherman");

16. ~~"Locating Copies of Objects Using the Domain Name System" by Kangasharju etal. (1999) ("Kangasharju");~~

~~17.~~ 11. Dynamic Load Balancing on Web-server Systems by Valeria Cardellini et al.,IEEE Internal Computing, vol. 3, no. 3, pp. 28-39, May-June 1999 ("Cardellini");

~~18.~~ 12. "Distributed cooperative Web servers" by Baker and Moon (1999) ("Baker");

~~19.~~ 13. Paul Albitz and Cricket Liu, DNS and BIND, O'Reilly & Associates, Inc., 3rd ed.

---

[1] ~~AWS~~Amazon's identification of four prior art grounds per asserted claim is found in Section III. The remaining references on this list are included, in an abundance of caution, because they provide evidence of the background knowledge and common sense of those of ordinary skill in the art at the alleged time of invention of the Patents-in-Suit.

1998 ("BIND and DNS");

~~20.~~14.  U.S. Patent No. 6,212,521 to Minami ("Minami"), assigned to Fujitsu Ltd., issued April 3, 2001;

~~21.~~15.  U.S. Patent No. 6,430,618 to Karger ("Karger '618"), assigned to Massachusetts Institute of Technology, issued August 6, 2002;

~~22.~~16.  U.S. Patent No. 6,553,420 to Karger ("Karger '420"), assigned to Massachusetts Institute of Technology, issued April 22, 2003[2];

~~23.     U.S. Patent No. 6,807,632 to Carpentier ("Carpentier"), assigned to EMC Corp, issued October 19, 2004;~~

~~24.~~17.  Domain Name System (DNS) as described in the next section; ~~and~~

18.     Cache Resolver system as described in the next section.

19.     "Oracle Names Administrator's Guide, Release 2.0, Oracle Corporation, 1996 ("OracleNamesAdminGuide");

20.     "Oracle 8 Server: Unleashed" by Joseph Greene, Advanced Information Systems, Inc. et al, 1998 ("OracleUnleashed");

21.     "Locating Objects in Wide-Area Systems" by Maarten van Steen, Franz J. Hauck, Philip Homburg, and Andrew S. Tanenbaum, IEEE Communication Magazine, January 1998, pp. 104-109 ("Steen");

22.     U.S. Patent No. 6,185,601 to James J. Wolff, assigned to Hewlett-Packard Company, issued February 6, 2001 ("Wolff");

23.     U.S. Patent No. 6,473,781 to Roger Skagerwall and Kaj Nygren, assigned to Telefonaktiebolaget LM Ericsson, issued October 29, 2002 ("Skagerwall");

24.     U.S. Patent No. 6,230,183 to Peter B. Yocum, Catherine K. Eilert, and John E. Arwe, assigned to International Business Machines Corporation, filed on March 11, 1998, issued on May 8, 2001 ("Yocum"); and

25.     U.S. Patent No. 6,122,664 to Marcel Boukobza and Gerard Sitbon, assigned to Bull S.A., filed on June 27, 1997, issued on September 19, 2000 ("Boukobza").

~~25.~~

**B.     Prior Art Systems**

To the extent a prior art reference identified herein describes a system that was publicly available or invented prior to the patents-in-suit, ~~AWS~~ Amazon contends the underlying system as a whole constitutes the identified prior art for the purposes of these contentions. For example:

---

[2] The Karger '618 and '420 patents are in the same patent family and closely related. Therefore, ~~AWS~~ Amazon refers to these patents together herein as "Karger '618/420."

**Domain Name System (DNS):** ~~AWS~~ Amazon contends that BIND 8.1, a prior art Domain Name System (DNS) implementation anticipates and/or renders obvious claims of the Asserted Patents, as described herein. Paul Mockapetris created DNS in 1983 and the Internet Engineering Task Force published the original specifications for DNS in November of that year. The following year, four University of California at Berkeley students, Douglas Terry, Mark Painter, David Riggle, and Songnian Zhou, wrote the first Unix name server implementation for the BerkeleyInternet Name Domain (BIND). ~~(*See*, Terry).)~~

The Computer Systems Research Group at Berkeley released BIND versions up to version 4.8.3. Digital Equipment Corporation released versions 4.9 and 4.9.1 and Vixie Enterprises released version 4.9.2. Since then, the Internet Software Consortium (ISC) has released versions from 4.9.3 onward.  In May 1997, ISC released the first version of BIND 8.  In September 2000, ISC released the first version of BIND 9. ISC stopped supporting BIND 8 in 2007.

In November 1987, the Internet Engineering Task Force published RFC 1034, which superseded the 1983 DNS specifications.

Thus, DNS was well-known and widely used before the earliest alleged priority date of the Patents-in-Suit.  As one example, the inventors of the Patents-in-Suit used DNS, as apparent from the face of the Asserted Patents. (*See, e.g.*, '978 patent, col. 24:1.) Based on the history of DNS, it is likely that the inventors were using a version of BIND 8. BIND 8 was used by Sherman and Karger/Sherman in the Cache Resolver system described below. Accordingly, for the purposes of these contentions, ~~AWS~~ Amazon contends that BIND 8.1, a version of DNS and available as of May 1997, is a prior art DNS system that anticipates and/or renders obvious claims of the Asserted Patents, as described herein. BIND 8.1 can be found at

ftp://ftp.isc.org/isc/bind8/src/DEPRECATED/8.1/bind-src.tar.gz and has already been produced. Additional information describing this DNS system can be found in the produced documents,

including BIND and DNS, RFC 1034, Sherman, Karger/Sherman, Baker, and Cardellini~~, and Kangasharju.~~

Moreover, a person of skill in the art would be knowledgeable regarding the use and operation of DNS. As described in BIND and DNS, "[i]f you're connected to the Internet … DNS is a must." (BIND and DNS, 9.) "Think of DNS as the *lingua franca* of the Internet: nearly all of the Internet's network services use DNS. That includes the World Wide Web, electronic mail, remote terminal access, and file transfer." (*Id*.) And the BIND software "is the most popular implementation of the DNS specs." (*Id*. at xi.)

**Cache Resolver System:** ~~AWS~~ Amazon contends that the Cache Resolver system as described in Distributed Web Caching System with Consistent Hashing by Alexander Sherman (February 1999) ("Sherman") and Web Caching with Consistent Hashing by Karger, Sherman, et al. (March 4, 1999) ("Karger/Sherman") anticipates and/or renders obvious claims of the Asserted Patents, as described herein. Both Sherman and Karger/Sherman describe aspects of the same Cache Resolver system. Therefore, citations herein regarding Sherman apply equally to Karger/Sherman, and vice versa. ~~AWS~~ Amazon contends that all of the features and functionality of DNS are inherent to systems using DNS, such as the use of DNS in the Cache Resolver system. In particular, the Cache Resolver system uses DNS servers running BIND 8 and the program "dnshelper." The authors of these papers used the Cache Resolver system.

The Cache Resolver system was known at least by February 1999. Alexander Sherman made the Cache Resolver system known to at least Madhu Sudan and Arthur C. Smith when he submitted his thesis to the Department of Electrical Engineering and Computer Science at MIT. Dr. Sudan was Dr. Sherman's Thesis Supervisor and Dr. Smith was the Chairman, Department Committee on Graduate Students at that time. David Karger, Alex Sherman, Andy Berkheimer, Bill Bogstad, Rizwan Dhanidina, Ken Iwamoto, Brian Kim, Luke Matkins, and Yoav Yerushalmi, the authors of

Karger/Sherman made the Cache Resolver system known to at least the readers of the May 1999 issue of Computer Networks: The International Journal of Computerand Telecommunications Networking, which included a copy of the Karger/Sherman paper that describes the Cache Resolver system.

## III.    SELECTION OF CURRENT GROUNDS OF INVALIDITY

Pursuant to LPR 3.1(b), ~~AWS~~ Amazon specifically identifies below the four (4) prior art grounds per asserted claim and four (4) non-prior art grounds asserted against Kove's patents at this time.The prior art grounds are further supported by the attached claim charts Exhibits 1-3.

### '170 Patent Claims 1, 2, 6, 8, and 12, and 15

~~AWS~~ Amazon contends that '170 patent claims 1, 2, 6, 8, 12, and 15~~2~~ are invalid for failure to meet the conditions for patentability set forth in Title 35 of the United States Code, including, but not limited to, 35 U.S.C. § 101 et seq., 35 U.S.C. §§ 101, 102, 103, and/or 112, the requirements of the Code of Federal Regulations, as well as general principles of patent law.

~~AWS~~ Amazon asserts the following four prior art grounds for these claims at this time.  These prior art grounds are further supported by the accompanying claim chart exhibits as well as Sections IV-V herein.

1.  Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff ~~Domain Name System (DNS) and Karger '618/420~~ (*see* Exhibit 1A);
2.  Obviousness based on Skagerwall alone or in combination with Wolff~~Anticipation based on the Cache Resolver system~~ (*see* Exhibit 1B);
3.  Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 (*see* Exhibit 1C);
4.  Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 (*see* Exhibit 1D).

~~AWS~~ Amazon asserts the following four non-prior art grounds for these claims at this time.

These non-prior art grounds are further supported by Sections IV-VII.

1. Unpatentable under 35 U.S.C. § 101 (as described in ~~AWS~~ Amazon motion to dismiss[3], *see* Dkts. 38, 45 etc. and Section VII below);

2. Lack of proper written description support under 35 U.S.C. § 112, ¶ 1 (*see* SectionVI);

3. Lack of enablement under 35 U.S.C. § 112, ¶ 1 (*see* Section VI);

4. Indefiniteness under 35 U.S.C. § 112, ¶ 2 (*see* Section VI).

**~~'170 Patent Claims 6, 8, and 15~~**

~~AWS contends that '170 patent claims 6, 8, and 15 are invalid for failure to meet the conditions for patentability set forth in Title 35 of the United States Code, including, but not limited to, 35 U.S.C. § 101 et seq., 35 U.S.C. §§ 101, 102, 103, and/or 112, the requirements of the Code of Federal Regulations, as well as general principles of patent law.~~

~~AWS asserts the following four prior art grounds for these claims at this time. These prior art grounds are further supported by the accompanying claim chart exhibits as well as Sections IV-V herein.~~

1. ~~Anticipation based on the Domain Name System (DNS) (*see* Exhibit 1A);~~

2. ~~Anticipation based on the Cache Resolver system (*see* Exhibit 1B);~~

3. ~~Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 (*see* Exhibit 1C);~~

4. ~~Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 (*see* Exhibit 1D).~~

~~AWS asserts the following four non-prior art grounds for these claims at this time. These non-prior art grounds are further supported by Sections IV-VII.~~

1. ~~Unpatentable under 35 U.S.C. § 101 (as described in AWS motion to dismiss, *see* Dkts. 38, 45 etc. and Section VII below);~~

2. ~~Lack of proper written description support under 35 U.S.C. § 112, ¶ 1 (*see* SectionVI);~~

3. ~~Lack of enablement under 35 U.S.C. § 112, ¶ 1 (*see* Section VI);~~

4. ~~Indefiniteness under 35 U.S.C. § 112, ¶ 2 (*see* Section VI).~~

---

[3] To the extent that the district court has determined that the Asserted Patents are not unpatentable under 35 U.S.C. § 101 (*see* Dkt. 110), ~~AWS~~ Amazon maintains its position for the purposes of appeal.

**<u>'640 Patent Claims 17~~, and~~ 18, and 24</u>**

~~AWS~~ Amazon contends that '640 patent claims 17~~, and~~ 18, and 24 are invalid for failure to meet the conditions for patentability set forth in Title 35 of the United States Code, including, but not limited to, 35 U.S.C. § 101 et seq., 35 U.S.C. §§ 101, 102, 103, and/or 112, the requirements of the Code of Federal Regulations, as well as general principles of patent law.

~~AWS~~ Amazon asserts the following four prior art grounds for these claims at this time. These prior art grounds are further supported by the accompanying claim chart exhibits as well as Sections IV-V herein.

1. ~~A~~Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff ~~nticipation based on the Domain Name System (DNS)~~ (*see* Exhibit 2A);
2. Obviousness based on Skagerwall alone or in combination with Wolff ~~Anticipation based on the Cache Resolver system~~ (*see* Exhibit 2B);
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS (*see* Exhibit 2C);
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS (*see* Exhibit 2D).

~~AWS~~ Amazon asserts the following four non-prior art grounds for these claims at this time.

These non-prior art grounds are further supported by Sections IV-VII.

1. Unpatentable under 35 U.S.C. § 101 (as described in ~~AWS~~Amazon motion to dismiss, *see* Dkts. 38, 45 etc. and Section VII below);
2. Lack of proper written description support under 35 U.S.C. § 112, ¶ 1 (*see* SectionVI);
3. Lack of enablement under 35 U.S.C. § 112, ¶ 1 (*see* Section VI);
4. ~~Indefiniteness under 35 U.S.C. § 112, ¶ 2 (*see* Section VI).~~

~~'640 Patent Claim 24~~

~~AWS contends that '640 patent claim 24 is invalid for failure to meet the conditions forpatentability set forth in Title 35 of the United States Code, including, but not limited to, 35 U.S.C. § 101 et seq., 35 U.S.C. §§ 101, 102, 103, and/or 112, the requirements of the Code of Federal Regulations, as well as general principles of patent law.~~

~~AWS asserts the following four prior art grounds for this claim at this time. These prior art grounds are further supported by the accompanying claim chart exhibits as well as Sections IV-V herein.~~

1. ~~Obviousness based on the combination of Domain Name System (DNS) and Karger '618/420 (*see* Exhibit 2A);~~
2. ~~Anticipation based on the Cache Resolver system (*see* Exhibit 2B);~~

3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 (*see* Exhibit 2C);
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 (*see* Exhibit 2D).

AWS asserts the following four non-prior art grounds for this claim at this time. These non-prior art grounds are further supported by Sections IV-VII.
1. Unpatentable under 35 U.S.C. § 101 (as described in AWS motion to dismiss, *see* Dkts. 38, 45 etc. and Section VII below);
2. Lack of proper written description support under 35 U.S.C. § 112, ¶ 1 (*see* Section VI);
3. Lack of enablement under 35 U.S.C. § 112, ¶ 1 (*see* Section VI);
4. Indefiniteness under 35 U.S.C. § 112, ¶ 2 (*see* Section VI).

### '978 Patent Claims 1, 3, 6, 10, 14, and 31

~~AWS~~Amazon contends that '978 patent claims 1, 3, 6, 10, 14, and 31[4] are invalid for failure to meet the conditions for patentability set forth in Title 35 of the United States Code, including, but not limited to, 35 U.S.C. § 101 et seq., 35 U.S.C. §§ 101, 102, 103, and/or 112, the requirements of the Code of Federal Regulations, as well as general principles of patent law.

~~AWS~~Amazon asserts the following four prior art grounds for these claims at this time. These prior art grounds are further supported by the accompanying claim chart exhibits as well as Sections IV-V herein.

1. ~~Anticipation based on the Domain Name System~~Obviousness over the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff ~~(DNS)~~ (*see* Exhibit 3A);
2. ~~Anticipation based on the Cache Resolver system~~Skagerwall and Wolff (*see* Exhibit 3B);
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS (*see* Exhibit ~~3C~~3E);
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS (*see* Exhibit ~~3D~~3F).

~~AWS~~Amazon asserts the following four non-prior art grounds for these claims at this time. These non-prior art grounds are further supported by Sections IV-VII.

1. Unpatentable under 35 U.S.C. § 101 (as described in ~~AWS~~Amazon motion to dismiss, *see* Dkts. 38, 45 etc. and Section VII below);
2. Invalid for Double Patenting (*see* Section VII);

---

[4] Claims 1 and 31 have been finally rejected by the USPTO in Reexamination Control No. 90/019,034.

3. Lack of proper written description support under 35 U.S.C. § 112, ¶ 1 (*see* Section VI);

4. Lack of enablement under 35 U.S.C. § 112, ¶ 1 (*see* Section VI).

**'978 Patent Claims 17, 23, and 30**

~~AWS~~Amazon contends that '978 patent claims 17, 23, and 30 are invalid for failure to meet the conditions for patentability set forth in Title 35 of the United States Code, including, but not limited to, 35 U.S.C. § 101 et seq., 35 U.S.C. §§ 101, 102, 103, and/or 112, the requirements of the Code of Federal Regulations, as well as general principles of patent law.

~~AWS~~Amazon asserts the following four prior art grounds for these claims at this time. These prior art grounds are further supported by the accompanying claim chart exhibits as well as Sections IV-V herein.

1. Obviousness based on the combination of ~~Domain Name System (DNS) and U.S. Patent No. 5,542,087 to Neimat~~OracleNamesAdminGuide, OracleUnleashed, Steen, Yocum, and Boukobza (*see* Exhibit 3C~~A~~);
2. Obviousness based on the combination of ~~the Cache Resolver system and Neimat~~Skagerwall, Steen, Yocum, and Boukobza (*see* Exhibit 3D~~B~~);
3. Obviousness based on the combination of Neimat and DNS (*see* Exhibit 3E~~C~~);
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Neimat (*see* Exhibit 3F~~D~~).

~~AWS~~Amazon asserts the four non-prior art grounds below for these claims at this time. These non-prior art grounds are further supported by Sections IV-VII.

1. Unpatentable under 35 U.S.C. § 101 (as described in ~~AWS~~Amazon motion to dismiss, *see* Dkts. 38, 45 etc. and Section VII below);
2. Invalid for Double Patenting (*see* Section VII);
3. Lack of proper written description support under 35 U.S.C. § 112, ¶ 1 (*see* SectionVI);
4. Lack of enablement under 35 U.S.C. § 112, ¶ 1 (*see* Section VI).

**'978 Patent Claim 24**

~~AWS~~Amazon contends that '978 patent claim 24 is invalid for failure to meet the conditions forpatentability set forth in Title 35 of the United States Code, including, but not limited to, 35

U.S.C. § 101 et seq., 35 U.S.C. §§ 101, 102, 103, and/or 112, the requirements of the Code of

Federal Regulations, as well as general principles of patent law.

~~AWS~~Amazon asserts the following four prior art grounds for this claim at this time.

These prior art grounds are further supported by the accompanying claim chart exhibits as well

as Sections IV-V herein.

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, Yocum, and Boukobza~~Domain Name System (DNS), U.S. Patent No. 5,542,087 to Neimat, and Venkatasubramanian~~ (*see* Exhibit 3AC);

2. Obviousness based on the combination of the Skagerwall, Steen, Yocum, and Boukobza~~Cache Resolver system, Neimat, and Venkatasubramanian~~ (*see* Exhibit 3DB);

3. Obviousness based on the combination of Neimat, DNS, and Venkatasubramanian (*see* Exhibit 3EC);

4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, Neimat, and Venkatasubramanian (*see* Exhibit 3FD).

~~AWS~~Amazon asserts the four non-prior art grounds below for this claim at this time.

These non-prior art grounds are further supported by Sections IV-VII.

1. Unpatentable under 35 U.S.C. § 101 (as described in ~~AWS~~Amazon motion to dismiss, *see* Dkts. 38, 45 etc. and Section VII below);

2. Invalid for Double Patenting (*see* Section VII);

3. Lack of proper written description support under 35 U.S.C. § 112, ¶ 1 (*see* Section VI);

4. Lack of enablement under 35 U.S.C. § 112, ¶ 1 (*see* Section VI).

## IV. EXEMPLARY OBVIOUSNESS ARGUMENTS AND REASONS TO COMBINE THE IDENTIFIED PRIOR ART

The Aasserted Celaims of the Patents-in-Suit relate to combinations of various systems

and methods for storing and retrieving data in a computer network that were known in the art

prior to the Patents-in-Suit. Where the combination of features recited in any particular asserted

claim were not included in a single piece of prior art, as a general matter, it would have been

obvious to modify the prior art to make such a combination. The individual features recited in the asserted claims were known to be available and suitable for use in computer networking systems.Thus, as discussed in specific instances in the attached charts, the inclusion of such known structures and/or features in the asserted claims was a matter not of innovation in the art, but of simple choices that would have been within the level of ordinary skill to implement and would have led to no more than the predictable results around the time of the Patents-in-Suit.

To show obviousness, ~~AWS~~Amazon intends to rely on the presence of various structures and features, and combinations thereof, of the prior art described herein as a basis for incorporating those structures and features into other prior art described herein. The reasons justifying such modifications and combinations of prior art features is evident from the prior art itself, the knowledge of one of ordinary skill in the art, and the nature of the problems to be solved related to the Patents-in-Suit.

Furthermore, the combinations in the accompanying claim charts would have been readily made by one of ordinary skill in the art at the time of the alleged invention of the Patents-in-Suit, at least in that one of ordinary skill would have been motivated to combine the references disclosed herein in such a way as to render the alleged inventions obvious. *See KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398 (2007); *Randall Mfg. v. Rea*, 733 F.3d 1355 (Fed. Cir. 2013). Each of the references disclosed herein was directed at the same or similar field of technology and to the same or similar problem as the Patents-in-Suit. As discussed in more detail below and in the accompanying invalidity claim charts, the teaching, suggestion, or motivation to combine these references may be found, explicitly or implicitly, for one or more of the following reasons:

(1)     the combination results from a simple substitution of one known element for another to obtain predictable results;

(2)      the combination results from the use of known techniques to improve similar methods in the same way;

(3)      the combination results from applying a known technique to a known method ready for improvement to yield predictable results;

(4)      the combination results from choosing a finite number of identified,predictable solutions, with a reasonable expectation of success, andtherefore is obvious to try;

(5)      the combination results from known work in one field of endeavor prompting a variation of it for use in either the same field or a different one based on design incentives or other market forces and the variations would have been predictable to one of ordinary skill in the art; or

(6)      the combination results from using known techniques or solutions to address a problem addressed by the invention or a problem that would be encountered by one of ordinary skill in the art working in that field.

~~AWS~~Amazon also intends to rely on the background knowledge and common sense of those of ordinary skill in the art at the alleged time of invention of the Patents-in-Suit to show invalidity of the Patents-in-Suit.

The accompanying invalidity claim charts identify specific claim limitations with combinations of references that render the Asserted Claims obvious. For each such combination of references, if any particular claim limitation is alleged not to be disclosed or inherent in those references, then it would have been obvious to one of ordinary skill in the art to combine the charted reference with one or more of the references identified in the charts for the particular claim limitations.

Furthermore, ~~AWS~~Amazon describes here additional evidence of obviousness related to the subject matter as a whole and certain specific feature of the Asserted Claims of the Patents-in-Suit. To the extent that Kove alleges that any of the prior art references charted in ~~AWS~~Amazon's Exhibits 1-3 do not disclose one of the limitations described below, it would have been obvious to one of ordinary skill in the art before the time of invention, for example, to include the following features in a distributed storage system such as claimed by the Asserted Patents. ~~AWS~~Amazon also refers Kove to ~~AWS~~Amazon's ~~Initial~~ Second Amended Non-

DEFENDANT AMAZON WEB SERVICES, INC.          CIVIL ACTION NO. 1:18-CV-8175
~~FOURTH~~ FIFTH AMENDED FINAL UNENFORCEABILITY
AND INVALIDITY CONTENTIONS     17

Infringement and Invalidity Contentions dated ~~August 6, 2019~~March 2, 2023 for additional information regarding the identified prior art and invalidity contentions, in particular, the claim charts which further illustrate where specifically in each item of prior art each element of each asserted claim is found. ~~AWS~~Amazon intends to rely on such evidence to support its contention that one of ordinary skill in the art would have had reason to combine the identified prior art as claimed.

**Data Location Server and Location Information:** To the extent that Kove contends that an identified piece of prior art does not disclose a claim limitation related to the use of data location servers, the subject matter as a whole of each claim, including that limitation, would have been obvious to one of skill in the art before the invention. (*See, e.g.*, '170 patent claims 1, 2, 6, 8, 15; '640 patent claim 17, 18, 24; '978 patent claims 1, 3, 5, 10, 14, 17, 31.) The Patents-in-Suit recognize that "location" is not a requirement for its Network Distributed Tracking Protocol ("NDTP"). "NDTP can be used for any application in which one-to-zero or one-to-many associations amongstrings are to be maintained and accessed on a network. In applications of NDTP other than distributed databases, the term identifier is likely to make sense in most cases, but the term location may not." ('170 patent, 20:30-37; '640 patent, 20:18-25; '978 patent, 25:11-14.) The Microfiche Appendix filed with the '170 and '640 patents provide software code that is not location-specific, demonstrating that any key-value store can be used.

Further, the Court held in its Claim Construction Order (Dkt. No. 484) that "Location Server" should be construed as "a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to location request messages from clients." And the Court held that "Location Information" should be "one or more identifiers and their associated locations" for the '978 Patent, and "information pertaining to one

or more locations of data and/or the identities of one or more location servers" for the '170 and '640 Patents. And these constructions by the Court support the finding that the identified prior art references disclose the claim limitations. For example, the Court held that a "location server" should not be limited to a NDTP server. And the Court held that for the '170 and '640 Patents, "location information" included "information pertaining to . . . the identities of one or more location servers" in addition to the "location of data stored in a distributed system."[5]

The concept of storing information about the location of data in a distributed network is well known, even fundamental, in the field of computer science, for example. As the Domain Name Server (DNS) protocol recognized long before the alleged invention, there was a known problem in the art that "[t]he applications on the internet were getting more sophisticated and creating a need for general purpose name service," and "[t]he result was several ideas about name spaces and their management." (RFC1034, Section 2.1-2.2.) And the concept of storing information about the location of data, and information pertaining to the location of data is well known, even fundamental, in the field of computer science. For example, as the Domain Name Server (DNS) protocol recognized long before the alleged invention, there was a known problem in the art that "[t]he applications on the internet were getting more sophisticated and creating a need for general purpose name service," and "[t]he result was several ideas about name spaces and their management." (RFC1034, Section 2.1-2.2.). And RFC1034 discloses that not only are identification of data servers returned as responses to queries for data, but also information that "point toward a name server that has the desired information" of information "expected to be useful in interpreting the relevant RRs." (RFC1034, p. 17.) Browne further appreciated that "[f]or a name to be useful, there must be some means of resolving a name to a location from

---

[5] Court's December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484), at 18-19.

~~which the resource can be retrieved or accessed" such as in DNS. (Browne, 182.) Kangasharju~~ ~~similarly recognized "[i]t is highly desirable for host in the Internet to be able to determine the~~ ~~locations (i.e., the IP addresses) of all object servers that contain copies of a specified URL."~~ ~~(Kangasharju, 3.)~~

In addition, the concept of separating information about the location of data from the data itself, for instance, is an obvious method of organizing information that is well known in computer science. Indeed, DNS uses "name servers" that store information about network address locations (the "where," for example, a mailbox address) that is separate from the underlying data (the "what" in the mailbox). (RFC1034, Sections 2.4, 3.1, 3.6, 3.7; Sherman, pgs. 34-39; Karger/Sherman, Section 3.) Sherman and Karger/Sherman stated: "The primary function of our DNS system is to resolve the virtual names generated by the users' Java Script function to the actual physical IP addresses of the caches." (Sherman, p. 37; Karger/Sherman, p. 10.) Dasgupta described a "completely scalable, non-hierarchical naming that is independent of the entities['] location or affiliations." (Dasgupta, Abstract.)

Neuman described techniques for reducing "the number of requests that must be handled by a name server" and explained that the "[a]dvantages to distribution are that only part of the naming database is stored on each server, thus reducing the number of queries and updates to be processed." (Neuman, 4.2.) ~~The van Steen article outlines "a solution for locating objects using location-independent identifiers." (van Steen, 1-2.)~~ One of skill would have been motivated to use such separation methods, for example, to use less space or memory in the part of the system with the location information in order to gain overall speed, efficiency, or computing ability related to that part of the system. Furthermore, to the extent any prior art discloses the use of one server, it would have been obvious to use more than one server to achieve further benefits. *See*

MPEP § 2144.VI.B (Obviousness of Duplication of Parts).

Skagerwall provides an example of a location server network with a flat architecture, consistent with Kove's statements at the Patent Office and Amazon's proposed constructions. Like the '170 Patent, Skagerwall describes a system of directory servers "for communicating information, related to a plurality of tagged objects, in a network."[6] Skagerwall teaches that its system associates "data objects" (i.e. data entities) stored on application servers with respective "object data" stored on directory servers, including retrieval information (i.e., location information) using an "object tag" (i.e., identifier).[7]



**Skagerwall Fig.1 Annotated**

Skagerwall explains that its system resolves requests for data faster when organizing the directory servers according to a hash function. It states: "To avoid unnecessary look up operations for object tags at directory servers, as outlined above, it is preferred that object data is stored on directory servers according to the hashfunction."[8] This organization allows the system to determine which directory server contains the desired information based on the object tag (i.e.,

[6] Skagerwall at 1:9-13.
[7] Skagerwall at 4:12-20.
[8] *Id.* at 10:39-40.

identifier) and quickly resolve the request.[9]

OracleNamesAdminGuide teaches location server networks with hierarchical, non-hierarchical, and mixed architectures. Like the '170 Patent, OracleNamesAdminGuide answers the question in a distributed data storage system: "where is my data?" OracleNamesAdminGuide describes a technique that separates the "where" (i.e., location of the data repository) from the "what" (i.e., the data itself).[10] OracleNamesAdminGuide does this by using specialized servers called Names Servers, which serve as intermediaries between clients requesting data and the corresponding data storage servers.[11] A client seeking to locate data on OracleNamesAdminGuide's network will query a Names Server to retrieve the data's network address, then use that address to connect to the entity housing the data. OracleNamesAdminGuide illustrates this network architecture in Figure 3-11 below. [12]



OracleNamesAdminGuide Fig. 3-11

At step ①, the client submits a request for the data located at POULTRY.WORLD. OracleNamesAdminGuide uses its networking utility, SQL*Net, to send the client's request to

---

[9] *Id.* at 9-18-31.
[10] OracleNamesAdminGuide at 20, 23, 33, 43-44, 52-53.
[11] *See id.* at 20, 22.
[12] Steps 1-4 appear in OracleNamesAdminGuide's original Figure 3-11.

the Names Server. At step ②, the Names Server receives the request, looks up the location information associated with the POULTRY.WORLD identifier, then sends that location information to client. The client receives the location information from the Names Server at step ③, then the client uses that location information to contact the server housing the database instance associated with POULTRY.WORLD. Finally, at step ④, the client contacts the server and establishes a client-server connection.[13]

Steen teaches the use of hierarchical, non-hierarchical, and mixed topologies in its location server networks. Like the '170 Patent, Steen describes a system for managing and locating data on a wide-area distributed network. As Steen states, its system "present[s] a scalable location service" to "optimize lookups."[14] In Figure 2, Steen provides a two-level system for managing and locating an object's contact addresses.



■ **Figure 2.** *The logical organization of the location service as a virtual search tree.*

In the first level, Steen describes using a directory system for resolving an object name to an

[13] *See id.* at 52-53; *see also id.* at 128-129 (describing location information syntax includes host name, port, and database instance along with the connection information).
[14] Steen at 104.

"object handle."[15] The object handle includes location information for a contact record. Then, in the second level, Steen teaches that the client/user uses the object handle to obtain object contact addresses.

In Steen's top level, Steen teaches the use of a non-hierarchical architecture, consistent with Kove's statements at the Patent Office and Amazon's proposed constructions. Steen explains that a directory node dir(R) stores object names (i.e., identifiers) associated with object handles (i.e., location information). Steen explains that these high-level servers can be partitioned into multiple subnodes, creating a non-hierarchical cluster of servers to handle a distributed workload, as shown below in annotated Figure 6.



**Steen Figure 6 Annotated**

For a partitioned dir(R), each subnode is configured and functions as its own server and contains its own subset of location information. Steen explains that it's important for each subnode to be "aware" of how the location information is distributed amongst the subnodes, allowing for requests to be re-routed to the subnode containing the correct location information. Steen provides an exemplary hashing method and explains that more complicated methods can

---

[15] Steen at Abstract.

be applied as the system scales up.[16] Then, in the second level, Steen teaches that the client/user uses the object handle to obtain object contact addresses from a hierarchical location server network. Thus, Steen's teachings provide a non-hierarchal top layer, hierarchical bottom layer, and in their combination, a mixed topology location server network.

Therefore, it would have been obvious to one of skill to employ data location servers and utilize location information in a distributed network, particularly in view of the references identified below:

- U.S. Patent No. 6,212,521 to Minami (see, e.g., cols. 7-8);
- DNS (see, e.g., RFC1034, Sections 2.4, 3.1, 3.6, 3.7);
- Cache Resolver system (see, e.g., Sherman, pp. 34-39; Karger/Sherman, Section 3);
- Skagerwall (see, e.g., cols. 1:9-13, 4:12-20, 9:18-31, 10:39-40, Figure 1);
- OracleNamesAdmineGuide (see, e.g., 20, 23, 33, 43-44, 52-53, 128-129, Figure 3-11);
- Steen (see, e.g., Abstract, 104, 108, Figures 2, 6) and/or
- the common sense and background knowledge in the art.

These references contain specific teachings that would lead a skilled artisan to combine them with other prior art disclosing distributed networks. For example, RFC1034 states that DNS uses distributed name servers and local caches to increase the amount of memory and improve performance: "The sheer size of the database and frequency of updates suggest that it must be maintained in a distributed manner, with local caching to improve performance." (RFC1034, 2.) RFC1034 discloses that this caching occurs to reduce name server load: "A veryimportant goal of the resolver is to eliminate network delay and name server load from most requests by answering them from its cache of prior results." (*Id.*, 29.) Thus, DNS discloses the use of a distributed network to ensure scalability and performance. The Cache Resolver system specifically refers to DNS and a skilled artisan would therefore use DNS's teachings as

---

[16] *Id.* at 108.

motivation to combine the Cache Resolver system with other art.

Neimat similarly discloses scaling a distributed network: "The present invention accommodates any number of clients and servers, and allows the database storage to extend to occupy any number of servers." (Col. 6:37-39; *see also* 1:36-40, 8:12-15.) Likewise, Minami states, "[A] first object of the present invention is to provide a data management system which relieves processing loads imposed on individual data management servers by distributing data registration and retrieval tasks and reducing the amount of data maintained in each server." (Col. 3:38-43.) Thus, a skilled artisan seeking to ensure scalability and improve performance in a distributed network would be motivated to combine references that disclose location servers, such as DNS, with references disclosing distributed networks, such as Minami or Neimat.

And a POSITA would have appreciated that Steen's principle of "anycasting" allows for faster resolution of clients' requests because multiple servers can resolve any given query. As a result, a POSITA would have been motivated by OracleNamesAdminGuide's goal of "lightning fast" resolution to incorporate anycasting to its data storage. This would have resulted in multiple data repositories where each server connects to OracleNamesAdminGuide's Names Service (i.e., location server network). A POSITA would have understood that Steen's partitioned group of location servers organized in a non-hierarchical configuration results in each server containing a subset of the data location information originally stored on the first location server. Further, a POSITA would have been motivated to adopt Steen's partitioning approach for grouping OracleNamesAdminGuide's Names Servers to maintain "lightning fast" resolutions to data queries. Thus, applying either (1) OracleUnleashed's teachings toward partitioning servers and datasets or (2) Steen's teachings toward partitioning a location server into a group of servers to OracleNamesAdminGuide's Names Servers would have rendered obvious that the data location

server network has a plurality of data location servers.

Further, based on OracleUnleashed's teachings, a POSITA would have been motivated and found it obvious to have OracleNamesAdminGuide's system associate each data repository's data with a respective identifier string. OracleUnleashed explains that SQL*Net, which OracleNamesAdminGuide utilizes, makes it easier for users to connect to various databases and find their data, which is advantageous because "[y]our users do not want to write complex queries."[17] A POSITA would have understood that associating respective identifier strings with data improves the users' experience and to ease the ability to find desired data since that is one of the objectives of an Oracle DBA. The benefits of associating data with a respective identifier string are directly perceived by the end user, and a DBA would have been motivated to simplify the users' experience in this manner. [18]

Thus, a POSITA would have found it obvious to have each of OracleNamesAdminGuide's data repositories' data be associated with a respective identifier string for use in optimizing query efficiency, based on OracleUnleashed's teachings.[19] During the relevant timeframe, Oracle DBAs were often asked to help improve query efficiency, as OracleUnleashed details:

> It seems pretty obvious that a search method that works well for one of these types of queries is probably not the best method for the others. In fact, Oracle and most other databases have a number of search algorithms in their systems that are designed to handle different needs. This is what enables them to work in such a large number of environments and applications. When an application is performing slowly on a well-tuned database, the first thing you should ***check is how the query is being processed to ensure that it is as efficient as it can be.***[20]

Based on the commonplace need for efficiency in running queries, a POSITA would have been motivated to associate a respective identifier string with data because this allows

---

[17] *See* OracleUnleashed at 255.
[18] *Id.*
[19] *See* OracleUnleashed at 452.
[20] OracleUnleashed at 652 (emphasis added).

*OracleNamesAdminGuide*'s Names Server to quickly return one or more locations associated with the identifier string to the query requestor with minimized cost.[21]

**Hash Function:** To the extent that Kove contends that an identified piece of prior art does not disclose a claim limitation related to the use of a hash function, the subject matter as a whole of each claim, including that limitation, would have been obvious to one of skill in the art before the invention. (*See, e.g.*, '170 patent claim 1.f, 6.c, 15.a; '640 patent claim 24; '978 patent claim 6.) The specifications of the asserted patents themselves concede that the "preferably applied" hash function was "well-known" in computer science. ('170 patent, col. 15:12-18.) Numerous other publications before the filing of the Patents-in-Suit describe the useof hash functions in distributed systems. As one example, the prior art recognized that it was well understood "for clients to use a standard hash function to determine from which server to request a document." (U.S. Patent No. 6,553,420 to Karger, col. 3:23-50; *see also* U.S. Patent No. 6,430,618 to Karger.) And the Court's adoption of the parties' agreed construction of "hash table" as "a data structure that stores values in a table, where values are stored and retrieved by applying a hash function to an input and using the function result as an index into the table" further supports this finding.

Karger, for example, described a hashing technique known as consistent hashing, which stored and retrieved data by a hashed key across a set of distributed and dynamic server machines. (*See* "Consistent Hashing and Random Trees: Distributed Caching Protocols for Relieving Hot Spots on the World Wide Web" by Karger et al. (1997).) This seminal paper showed how hash keys serve to partition the data across the servers and is cited over 2,500 times as indicated by Google Scholar. It also declared: "We believe the ideas have broader

---

[21] *See* OracleUnleashed at 452.

applicability. In particular, consistent hashing may be a useful tool for distributing information from name servers such as DNS and label servers such as PICS in a load-balanced and fault tolerant fashion." As another example, Dasgupta describes a "name to server mapping [that] is controlled by a set of well known hash functions." (Dasgupta, 4.4.) Courts have similarly recognized that hash functions are "generic and basic mathematical or algorithmic functions that do not make a patent inventive." *Symantec Corp. v. Zscaler, Inc*., No. 17-cv-04426-JST, 2018 WL 1456678, at *7 (N.D. Cal. March 23, 2018).

OracleUnleashed also teaches the benefits of the well-known hashing techniques and implementing them into distributed database servers. For example, OracleUnleashed provides that SQL statements used for data requests should use hashing and indices to optimize performance. "The well-tuned SQL statement uses indexes or hashing as available. If possible, the application should also take advantage of features such as array processing and discrete transactions."[22]

OracleUnleashed further describes the performance decision a DBA makes when considering hashing for various tables.

> The decision to use hash clusters is an important one. Hash clusters can be beneficial because, when they are effectively used, the requested data can be retrieved in just one J/O. Unfortunately, if a hash cluster is used on a table that is not a good candidate for hashing, performance can be severely degraded.[23]
>
> Because hashing uses the value of the data to calculate the data block the desired data is in, hashing is best used on tables that have unique values for the cluster key and that are queried primarily by equality queries on the cluster key. In the case of equality queries, the data is usually retrieved in one read

---

[22] *Id.* at 372.
[23] *Id.* at 394.

operation. The cluster key need not be a single column; if the typical query uses an equality on a set of columns, use these columns to create a composite key.[24]

OracleUnleashed describes how hashing data on a server results in a hash table used to look up its location based on 'unique values' for entries.

Because hashing uses the value of the data to calculate the data block the desired data is in, hashing is best used on tables that have unique values for the cluster key and that are queried primarily by equality queries on the cluster key. In the case of equality queries, the data is usually retrieved in one read operation. The cluster key need not be a single column; if the typical query uses an equality on a set of columns, use these columns to create a composite key.[25]

And OracleUnleashed teaches multiple hashing methods providing the benefit of organizing data using hash clusters and hash joins:

A hash cluster is similar to a cluster but uses a hash function rather than an index to reference the cluster key. A hash cluster stores the data based on the result of a hash function (a numeric function that determines the data block in the cluster based on the value of the cluster key).[26]

Hash joins greatly enhance the performance of two joined tables, where one table is significantly larger than the other. Hash joins replace the "sort-merge" join algorithm and is only supported by the cost-based optimizer. The hash join works by splitting two tables into partitions. A partition is read into memory and a hash table is created. This hash table is then used to map join columns from the other table, eliminating the sometimes resource-expensive sort-merge. In the hash join method, both tables are scanned only once.[27]

---

[24] *Id.* at 395.
[25] *Id.* at 638.
[26] OracleUnleashed at 394.
[27] OracleUnleashed at 638.

Skagerwall further provides examples of a hashtable showing the available directory servers and their contents:

In the example of FIG. 2 the hashtable comprises 8 entries, addresses of available servers are stored as records in respective sequential entries of the hashtable. Thus, the hashtable constitutes an ordered list of all available directory servers, as shown in FIG.2.The records stored in the hashtable H are indicated by A, B, C and D stand for addresses of four directory servers DS; DS1-DSn. However, any other order is possible, e.g., D, B, A, C.

To avoid unnecessary lookup operations for object tags at directory servers, as outlined above, it is preferred that object data is stored on directory servers according to the hashfunction, which may be executed by search means SM indicated in FIG.2. The search means SM groups object tags, preferably in correspondence with the number of objects and the number of available directory servers, i.e., a target directory server for storing as well as for retrieving object data is determined based on an identifier of an object tag, which, e.g., maybe a number assigned to the tag, and the number of available directory servers DS;DS1-DSn.[28]

---

[28] Skagerwall at 10:31-49.

DEFENDANT AMAZON WEB SERVICES, INC.                                          CIVIL ACTION NO. 1:18-CV-8175
FOURTH FIFTH AMENDED FINAL UNENFORCEABILITY                                  31
AND INVALIDITY CONTENTIONS



**Skagerwall Fig. 2 Annotated**

Therefore, it would have been obvious to one of skill to employ a hash function to organize data in a distributed system, and further in view of the references identified below:

- U.S. Patent No. 5,542,087 to Neimat (see, e.g., col. 8);
- U.S. Patent No. 6,212,521 to Minami (see, e.g., cols. 10, 14);
- U.S. Patent No. 6,553,420 to Karger (see, e.g., cols. 3-4; see also U.S. Patent No. 6,430,618 to Karger);
- DNS (see, e.g., RFC1034, p. 13);
- Cache Resolver system (see, e.g., Sherman, pp. 34-39; Karger/Sherman, Section 3);
- OracleUnleashed (see, e.g., 372, 394, 395, 638);
- Skagerwall (see, e.g., 3:51-54, 10:31-49, Figure 2); and/or
- the common sense and background knowledge in the art.

These references contain specific teachings that would lead a skilled artisan to use hash functions to organize data in other distributed networks, such as those disclosed in DNS, Neimat, and Minami. For example, the stated purpose of Karger '618/420 is to distribute requests efficiently "among a plurality of resources." Karger's hashing avoids the known problem in the

art of having to spend costly resources to reshuffle data when there is a change in the number of servers. As Karger explains, a reason to use "consistent hashing" is because "for most of the set of requests the allocation is consistent even as resources are added and removed" and "consistent hashing avoids increasing loads and spread when the number of servers change." (Col. 6:28-41.)

As explained above, DNS, Neimat, and Minami similarly disclose the enhancement of performance and scalability in a distributed network. Thus, one of skill would have been motivated to use the consistent hashing of Karger to avoid reshuffling and overload problems in other distributed networks, such as DNS, Neimat, or Minami. Consistent hashing would also complement the fundamental performance and scalability goals of other distributed networks, such as DNS, Neimat, and Minami. A skilled artisan seeking to ensure scalability and improve performance in a distributed network would be motivated to combine references that disclose hashing, such as Karger '618/420, with references disclosing distributed networks, such as DNS, Minami, or Neimat.

And hashing datasets makes it easier to find a piece of data at a later point. As a result, a POSITA would have been motivated to hash the partitioned location servers taught by the combination of OracleNamesAdminGuide and OracleUnleashed. Doing so would allow any Names Servers on the network to "know" the location of a desired piece of location information. As a result of this knowledge, it would have been obvious to a POSITA that, if a Names Server received a request it could not resolve because it lacked the location data, it would redirect the client to a Names Server containing the desired location data. Because OracleNamesAdminGuide and OracleUnleashed share the common goal of parsing data sets quickly, a POSITA would have been motivated to use OracleUnleashed's hashing table techniques in OracleNamesAdminGuide's Names Servers to quickly and efficiently determine the location of the requested data. It was

understood in the art that DBAs would actively search for resources to solve problems that may arise in the specific database environment that they are working in.

As a system's configuration becomes more complex requiring more information to uniquely identify the data's location, the storage and processing requirements for the OracleNamesAdminGuide's Names Servers increase along with it. A DBA would have been motivated to minimize these burdens and operate the Names Servers at optimal efficiency. This would have furthered OracleNamesAdminGuide's goal of having its Names Servers identify the requested data's location "lightning fast."[29] Based on the desire to maximize efficiency in running queries, a POSITA would have been motivated to combine OracleNamesAdminGuide's and OracleUnleashed's techniques of locating data using hashing location tables to quickly return location information associated with the requested data.

Based on Skagerwall's teachings, a POSITA would have appreciated that the directory servers store the hash table and that the hash table contains the list of available directory servers with their respective contents. Further, a POSITA would have understood that the access server (i.e., client) uses portions of the hash table to identify which directory server to send its data request based on the information in the redirect message. A POSITA would have concluded that sending the entire hash table or storing the entire hash table at the client would be too cumbersome. This would have frustrated Skagerwall's goal of facilitating data retrieval by lowering the efficiency of the system and Wolff's goals for optimizing network performance and reliability. As a result, a POSITA would have found it obvious to break the hash table into portions, to distribute those portions to the directory server, and to send only the relevant portion to the client. Further, a POSITA would have understood that this portion includes at least the

---

[29] OracleNamesAdminGuide at 60.

portion describing the object tag requested by the client. As a result, a POSITA would have understood that Skagerwall teaches or renders obvious that all relevant directory server contents be stored in a hash table across the directory server network.

**Redirection:** To the extent that Kove contends that an identified piece of prior art does not disclose a claim limitation related to the use of redirection, the subject matter as a whole of each claim, including that limitation, would have been obvious to one of skill in the art before the invention. (*See, e.g.*, '170 patent claims 6.c, 15.e; '640 patent claim 17.c, 18.e; '978 patent claims 3, 10.b, 14.c.) The concept of redirection—*i.e.*, searching a first server for information and then searching a second server for information if the first server does not have that information—is obvious and conventional in the field of computer science. For example, DNS provides responses from DNS name servers, including referring the requester to another set of name servers. "The response by the name server either answers the question posed in the query, refers the requester to another set of name servers, or signals someerror condition." (RFC1034, p. 16.) One of skill would have been motivated to employ redirection for example, for the obvious benefit of improving the ability of a system to locate information. It would have also been obvious for a system to employ redirection on the client side or the server side. Cardellini, for example, recognized "[t]he approach of routing the document requests from the client side can be applied to any replicated Web-server architecture even when the nodes are loosely or not coordinated at all." (Cardellini, p. 3.)

OracleUnleashed provides various examples of how redirect messages can help resolve requests in different scenarios. For example, OracleUnleashed describes redirects for URL requests, for maintaining password privacy, and in the OWA utility package.

The WAS has some powerful features for redirecting incoming URL requests in some unique ways.[30]

There are some security considerations with the ODBC cartridge. Since calls to the cartridge include the sql parameter, which allows any valid DML statement to be used, then a user could theoretically build his or her own URL to invoke the cartridge, with a SQL parameter such as DELETEcontacts. There are some steps you can take to prevent this, such as only allowing certain IP addresses to access the system, or turning on password security for the ODBC cartridge. If password security is used, application developers must embed the password in their URL's that call the ODBC cartridge. Therefore, developers must take extra steps to ensure that their applications' calls to the ODBC cartridge do not include the password in any HTML that is written to the browser. Instead, any embedded hyperlinks to executables must first refer to a procedure that, in turn, redirects the call to the ODBC cartridge. Otherwiser, a savvy user can click the View-> View Source menu option in his or her browser, and in a couple of minutes identify the pass- word to the ODBC cartridge from the HTML code.[31]

OWA_UTIL Very useful package that includes various utilities, including those that get CGI environment variables, generate MIME type responses, redirect URLs, print preformatted tables of data, and so forth. Lets you deal directly with HTTP.[32]

By providing skilled artisans with these key features of the Oracle8 system and explaining the considerations necessary to maximize its benefits, OracleUnleashed helps artisans to merge various functions and features and implement the full range of capabilities contained within an Oracle system.

Skagerwall teaches that exactly which kernel component performs the identification steps is a design choice by explaining that any component can complete this step: "[O]ther

---

[30] *Id.* at 698.
[31] *Id.* at 729.
[32] *Id.* at 725.

components of the system kernel K may serve as means for identifying the correct directory servers."[33] Accordingly, a POSITA would have understood that either the queried directory server (i.e., location server) or the access server (i.e., client) could perform the identification step depending on the needs of the system and its specific design.

Thus, it would have been an obvious matter of design choice for Skagerwall's queried directory server to send to the access server (i.e., client) information for contacting another directory server having the location of the requested data rather than having the queried directory server forward the request to the other directory server. For example, for a system where there is only one access server, it may have limited processing power so that any extra burden should be minimized. In such a system, a POSITA would have understood the benefits of having the queried directory server find the correct directory server and obtain the desired location information, and return the addresses (i.e., location strings) to the access server. Conversely, for a system with multiple access servers, the processing power may be more limited on the directory servers. In such a system, a POSITA would have understood that it's more efficient to minimize the processing requirements of the queried directory server. Thus, for such a system with multiple access servers, a POSITA would have been motivated to design the system such that the queried directory server returns to the pertinent access server (i.e., client) the information to calculate the location of the primary directory server. It would have been understood to a POSITA that the system would return such information in a "redirect message."

Wolff explains that the network will optimize performance by redirecting requests from an overloaded server, e.g., a server that can't satisfy the request, to another server that can satisfy the request with a "redirection command" from the overloaded server:

---

[33] Skagerwall at 10:21-26.

Client load rebalancing refers to the ability of a client, enabled with processes in accordance with the current invention, to re-map a path through a plurality of nodes to a resource. *The re-mapping may take place in response to a redirection command emanating from an overloaded node, e.g. server.* The embodiments disclosed allow more efficient, robust communication between a plurality of clients and a plurality of resources, via a plurality of nodes. Resources can include, but are not limited to, computers, memory devices, imaging devices, printers, and data sets. A data set can include a database or a file system.[34]

Therefore, it would have been obvious to one of skill to employ redirection in a distributed system, and further in view of the references identified below:

- U.S. Patent No. 5,542,087 to Neimat (see, e.g., col. 10);
- U.S. Patent No. 6,212,521 to Minami (see, e.g., col. 9);
- DNS (see, e.g., RFC1034, pp. 15-17);
- Cache Resolver system (see, e.g., Sherman, pp. 34-39; Karger/Sherman, Section 3);
- OracleUnleashed (see, e.g., 698, 725, 729);
- Skagerwall (see, e.g., 10:21-26);
- Wolff (see, e.g., 5:25-38);and/or
- the common sense and background knowledge in the art.

These references contain specific teachings that would lead a skilled artisan to use redirection in other prior art disclosing distributed networks. For example, RFC1034 describes: "In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (RFC1034, 17.) Further, as explained above,

---

[34] Wolff at 5:25-38.

RFC1034 discloses the goals of enhancing scalability and performance in a distributed network—a goal also disclosed by other distributed network references, such as Neimat and Minami. Therefore, a skilled artisan would have understood that redirection can be used to enhance scalability and performance in a distributed network, and would have understood that a server in Neimat or Minami could similarly be used advantageously to point toward a server with the desired information if that information is not on that server. A skilled artisan would therefore have been motivated to combine references that disclose redirection, such as DNS, with references disclosing distributed networks, such as Neimat or Minami.

And based on Wolff's teachings, a POSITA would have found it obvious to have Skagerwall's queried location server transmit a redirect message to the access server (i.e., client) if that location server doesn't contain the location string associated with the identification string wherein the redirect message has information for use by the access server to calculate a location of another directory server containing the location string. A POSITA would have been motivated to do so because this would optimize performance of Skagerwall's system to send the retrieval instructions to the client in the redirect message rather than letting the request fail at the first directory server. Doing so would further Skagerwall's goal to "facilitate the retrieval of information."[35] Without incorporating Wolff's redirection command message, the request for location information would fail if the directory server didn't contain the requested data, thus frustrating Skagerwall's goal of "facilitating the retrieval of information." Allowing failures to occur would be inefficient for the system and cause less reliability for successful data retrieval. A POSITA would have been motivated to incorporate Wolff's redirection techniques in Skagerwall's system to provide the user with the most reliable and beneficial system of data

---

[35] Skagerwall at Abstract.

retrieval possible.

**Load Balancing:** To the extent that Kove contends that an identified piece of prior art does not disclose a claim limitation related to the use of a load balancing, such as based on a performance criterion, the subject matter as a whole of each claim, including that limitation, would have been obvious to one of skill in the art before the invention. (*See, e.g.*, '978 patent claims 17.e, 23, 24, 30.) The concept of transferring information from one server to another when the server is full, for example, is obvious and conventional in the field of computer science.

Hua DBMS recognizes, for instance, "since effective data placement is an important lever for load balancing, it is normally the determining factor for the performance of a multi-processor system." (Hua DBMS at 494.) Devine DDH states as background "[i]deally, no server is responsive for more than its proportional share of the total data size. This principle can be enforced by actively checking the local load level against the global load level and then performing adaptive load balancing to ameliorate hot spots." (Devine DDH at 3.) Baker notes that "[i]f there is a way to distribute [a collection of Web documents] in such a way that the load is evenly distributed despite the dynamically changing Web access patterns, then the problem of load balancing, one of the most important issues of creating a distributed Web server, has been solved." (Baker, 1215.) Baker then describes a distributed cooperative Web server system that "effectively eliminates the bottleneck of centralized resources, while balancing the load among distributed web servers." (Baker, Abstract.) As another example, Frey disclosed a scheme for load balancing distributed tree file structures in a parallel computing system. (Frey, 3:53-59, 4:42-6:48, Figures 5-6.) One of skill would have been motivated to employ load balancing, for example, for the obvious benefit of improving system performance, speed, and efficiency.

OracleNamesAdminGuide discloses that its system has at least two Names Servers on the network for fault tolerance and load balancing: "Oracle recommends that each administrative region should have at least two Names Servers. If one Names Server is unavailable, clients will automatically forward requests to the other…. There is also an issue of network loading, or load balancing. Although any given Names Server is only engaged for a short period of time when a client initiates a connection, the goal is to keep name resolutions lightning fast…. [L]oad balancing across multiple Names Servers can increase system performance."[36]

And in Steen's top level, Steen teaches the use of a non-hierarchical architecture consistent with Kove's statements at the Patent Office and Amazon's proposed constructions. Steen explains that a directory node dir(R) stores object names (i.e., identifiers) associated with object handles (i.e., location information). Steen explains that these high-level servers can be partitioned into multiple subnodes, creating a non-hierarchical cluster of servers to handle a distributed workload, as shown below in annotated Figure 6.



Steen Figure 6 Annotated

For a partitioned dir(R), each subnode is configured and functions as its own server and contains its own subset of location information. Steen explains that it's important for each

subnode to be "aware" of how the location information is distributed amongst the subnodes, allowing for requests to be re-routed to the subnode containing the correct location information. Steen provides an exemplary hashing method and explains that more complicated methods can be applied as the system scales up.[37] Then, in the second level, Steen teaches that the client/user uses the object handle to contain object contact addresses from a hierarchical location server network. Thus, Steen's teachings provide a non-hierarchical top layer, hierarchical bottom layer, and in their combination, a mixed topology location server network.

Wolff teaches methods for load rebalancing on a distributed network. For example, Wolff explains that its "[m]ethods for load rebalancing by clients in a network are disclosed. Client load rebalancing allows the clients to optimize throughput between themselves and the resources accessed by the nodes."[38]

As Wolff describes, servers will not always be able to fulfill each request received from a given client. For example, Wolff describes an "overloaded" server which has received too many requests and lacks the processing power to fulfill them all:

In operation at time T=0, normal client 100A is shown accessing memory resource 118 via path 70 through overloaded server 104. At the same time, aware client 102A is shown accessing memory resource 18, via path 74, through overloaded server 104A. At time T=1, process 102P1, implemented on aware client 102A, detects the overload condition of server 104A, and accesses memory resource 118 via an alternate path 76 through server 106A. Thus, in this subsequent state, the load on server 104A is reduced and the access by aware client 102A to memory resource 118 is enhanced. Normal client 100A cannot initiate the processes 35 discussed above in connection with the aware client 102A and is unable to select an alternate path 72 to the underutilized server 106A.[39]

---

[37] Steen at 108.
[38] Wolff at Abstract.
[39] Id. at 5:25-38.

Wolff explains that the network will optimize performance by redirecting requests from an overloaded server, e.g., a server that can't satisfy the request, to another server that can satisfy the request with a "redirection command" from the overloaded server:

> Client load rebalancing refers to the ability of a client, enabled with processes in accordance with the current invention, to re-map a path through a plurality of nodes to a resource. *The re-mapping may take place in response to a redirection command emanating from an overloaded node, e.g. server.* The embodiments disclosed allow more efficient, robust communication between a plurality of clients and a plurality of resources, via a plurality of nodes. Resources can include, but are not limited to, computers, memory devices, imaging devices, printers, and data sets. A data set can include a database or a file system.[40]

Boukobza is directed towards monitoring the performance of a plurality of components in a system.[41] As shown below in Figure 1, Boukobza discloses a means to monitor machines $N_2$-$N_N$.[42]

---

[40] *Id.* at 5:25-38.
[41] *See* Boukobza at Abstract.
[42] *See id.* at 4:36-39.



**Boukobza Figure 1**

Boukobza teaches the use of an autonomous agent to monitor components in a system:

[T]he use of autonomous agents makes it possible to ensure the proper running of the applications monitored in all of the nodes by means of an autonomous and efficient decision processing applied locally to the objects to be processed, when necessary to very rapidly feedback the useful information from the nodes to be monitored to the management node, and to automatically initiate actions on certain conditions or possibly to recommend an action. In this way, an effective monitoring of the objects functioning in the plurality of nodes is ensured and a significant increase in performance is obtained due to the independent capacity available to the various autonomous agents in their operation, the process applied in this case making it possible to measure specific parameters of each object, to test conditions

on these parameters relative to thresholds, and then to execute an action in order to warn of a problem, to reconfigure or to correct.[43]

Boukobza identifies certain parameters as important to monitor for system performance, including processing and storage:

> Finally, relative to specific module "system", it must be possible, among other things, to monitor and measure the cpu time, the disk space, the inputs/outputs, the storage, the exchange rate, the number of users, the pagination, the network, etc. Thus it is possible, for example, to measure the cpu utilization per second, with default display, or the input/output rate per second, or to identify the processors which are the largest users of cpu and collect them in order to perform an autonomous analysis ("offline", tbc). [44]

Further, Boukobza teaches comparing the performance parameters to predetermined thresholds. It states: "If the average number of queued requests is >10 (the example 10 is slightly greater than the average number of active clients requesting a service from the server) then action to add a server (up to the max)."[45]

Boukobza further provides taking corrective steps to improve performance based on the performance parameter measurements compared to the predetermined thresholds:

> In this way, an effective monitoring of the objects functioning in the plurality of nodes is ensured and a significant increase in performance is obtained due to the independent capacity available to the various autonomous agents in their operation, the process applied in this case making it possible to measure specific parameters of each object, to test conditions on these parameters relative to thresholds, and then to execute an action in order to warn of a problem, to reconfigure or to correct. [46]

---

[43] Boukobza at 34:53-35:2.

[44] Boukobza at 34:43-51.

[45] *Id.* at 33:63-67.

[46] *Id.* at 34:60-35:2.

Boukobza also teaches automating corrective steps to maintain performance of the systems based on predetermined levels: "If the wait time/number of responses ('v$queue.wait/ v$queue.totalq') in the response queue of the dispatcher is increasing regularly and the cpu utilization rate of the node is not too high (<80w), then it is necessary to add a dispatcher with the same protocol (automatic action or recommendation)."[47]

Yocum teaches a method for optimizing performance of a class of servers based on specific user goals: "The present invention allows system management of the number of servers across a cluster of system for each of a plurality of user performance goal classes based on the performance goals of each goal class."[48]

Yocum describes monitoring the performance of the class using specific performance indices to look for opportunities for improvement:

FIG. 4 shows the logic flow to assess improving performance by starting additional servers 163. FIGS. 4-6 illustrate the steps involved in making the performance index delta projections provided by the fix means 118 to the net value means 124. At 1401, a new number of servers 163 is selected to be assessed. The number must be large enough to result in sufficient receiver value (checked at 1405) to make the change worthwhile. The number must not be so large that the value of additional servers 163 is marginal, for example, not more than the total number of queued and running work requests 162. The next step is to calculate the additional CPU the additional servers 163 will use; this is done by multiplying the average CPU used by a work request by the additional servers 163 to be added.

At 1402, the projected number of work requests 162 at the new number of servers 163 is read from the server ready user average graph shown in FIG. 5. At 1403, the current and projected queue delays are read from the queue delay graph shown in

[47] *Id.* at 32:53-58.

[48] Yocum at 2:28-32.

<span style="color:red">FIG. 6. At 1404, the projected local and multisystem performance index deltas are calculated.[49]</span>



Yocum Figure 4



Yocum Figure 5

[49] *Id.* at 10:37-56.

Therefore, it would have been obvious to one of skill to employ load balancing in a distributed system, and further in view of the references identified below:

- U.S. Patent No. 5,542,087 to Neimat (see, e.g., col. 13);
- "Load Management in Distributed Video Servers" by Venkatasubramanian and Ramanathan (1997);
- OracleNamesAdminGuide (see, e.g., 60);
- Steen (see, e.g., 108, Figure 6);
- Wolff (see, e.g., Abstract, col. 5:25-38);
- Yocum (see e.g., Abstract, cols. 2:28-32, 10:37-56, Figures 4, 6);
- Boukobza (see e.g., Abstract, cols. 4:36-39, 32:53-58, 33:63-67, 34:43-35:2, Figure 1);and/or
- the common sense and background knowledge in the art.

These references contain specific teachings that would lead a skilled artisan to use load balancing in other prior art disclosing distributed networks, such as DNS and the Cache Resolver system. DNS discloses the transfer of RRs from one location server to another: "Whole zones can be transferred between name servers by transferring the RRs." (RFC1034, 20.) Further, DNS is "intentionally extensible" (RFC1034, 1), and as explained above, it is expressly concerned about server load and performance. Neimat discloses one way of transferring records from one server to another in order to ensure servers are efficiently loaded: transferring when a predetermined storage criterion is reached. (Col. 13:26-27.) One of ordinary skill would have understood Neimat to be a solution to the problem of server load disclosed in RFC1034 and would combine these two references for at least this reason. As another reason, Neimat proposes a solution to the well-known problem of memory "collisions" (Col. 13:32-37), which is a problem experienced in distributed data storage systems such as the system disclosed in RFC1034.

Venkatasubramanian likewise teaches load management based on the amount of "disk space." (Venkatasubramanian, 529). But Venkatasubramanian also teaches that load management based on storage space (as in Neimat) is only one approach, and that a combination of that approach with others is preferred. Specifically, Venkatasubramanian states that "disk bandwidth, memory buffer space, CPU cycles, and network transfer bandwidth" are different variables that may be "necessary for supporting" a request. (*Id*.) Venkatasubramanian explicitly teaches the combination of these different approaches for system optimization: "Performance evaluations indicate that a load management procedure which uses a judicious combination of the different policies performs best for most server con-figurations." (*Id*., 528.) Thus, Neimat teaches one method of load balancing (based on disk space), and Venkatasubramanian expressly teaches Neimat's method while presenting methods of load balancing based on other performance criteria, including transaction rate, as alternatives to Neimat's method. One of ordinary skill would have therefore modified Neimat in view of Venkatasubramanian's teaching.

A skilled artisan would therefore have been motivated to combine references disclosing load balancing, such as Neimat and Venkatasubramanian, with other references disclosing distributed networks, such as DNS or the Cache Resolver system.

OracleUnleashed and Steen teaches it would have been obvious to have OracleNamesAdminGuide's system include a plurality of location servers. For instance, as illustrated below in Figure 19.4, OracleUnleashed describes the benefits of partitioning a dataset into "smaller, easier-to-manage pieces":

> A new feature of Oracle8 is that of partitioning. Partitioning enhances Oracle's support for very large databases as ***partitioning breaks tables and indexes into smaller, easier-to-manage pieces,*** storing these pieces at the tablespace level. Partitioned tables/indexes are nothing more than a logical collection of tablespaces

(see Figure 19.4).

***Partitioning greatly enhances database performance. This performance can be monitored and adjusted*** in a variety of manors. Read/write activity can be load-balanced among the disk drives/disk arrays. The Oracle optimizer recognizes partitions and can select from partitions that contain the data being selected. The Oracle Parallel Server can divide work based on the number of partitions.

Availability is higher, backups are easier, and recovery is shorter. High availability is the single goal of most computer systems. Recovery and time to recover are always an issue. Downtime for maintenance or backups is not possible with some applications. Machine failures are inevitable. Partitions can be backed up online, individually, and only the ones that have changes. This makes the backup/recovery process much quicker. If recovery is needed, the other partitions not affected are still available online.

Administration and tuning is much easier. ***Oracle8 partitioning has many features that make partitions easy to create, move, split, and so on.*** One can even swap in an existing non-partitioned table structure and data to an existing table partition. Tuning is enhanced with additional indexing features available.[50]



**FIGURE 19.4.**
*Oracle tablespace layout example.*

---

[50] OracleUnleashed at 424-25.

A POSITA would have been motivated by OracleUnleashed's descriptions of the performance benefits of partitioning to apply its teachings to any of OracleNamesAdminGuide's underperforming Names Servers. A POSITA would have had a reasonable expectation of success because both OracleUnleashed and OracleNamesAdminGuide describe the same product lines and intended to be used in conjunction with each other. Further, a POSITA would have understood that Steen's partitioned group of location servers organized in a non-hierarchical configuration results in each server containing a subset of the data location information originally stored on the first location server. Further, a POSITA would have been motivated to adopt Steen's partitioning approach for grouping OracleNamesAdminGuide's Names Servers to maintain "lightning fast" resolutions to data queries.

And Steen, Skagerwall and Wolff describe the challenges of scalability-expanding the networks and maintaining performance. [51] For instance, Steen explains its system is scalable to service clients and objects located around the world:

> The service should allow clients and objects to be located anywhere in the world, and be able to support a huge number of objects. We anticipate that eventually, one billion users with 1000 objects each will be registered with the location service, adding up to lOI2 objects.[52]

Similarly, Wolff explains that such swift growth risks overloading a system, making a server a "bottleneck" in the system.[53] And Skagerwall echoes this same bottleneck concern for scaling up a system, emphasizing the need to reduce processing load whenever possible on a variety of servers.[54]

---

[51] *E.g.*, Skagerwall, 1:59-62; Steen at 105.
[52] Steen at 105.
[53] Wolff, 2:1-2.
[54] Skagerwall, 5:31-36, 18:54-58.

And Boukobza discloses that its approach applies to a variety of distributed systems, including Oracle and Tuxedo. Using the exemplary Oracle system, Boukobza discloses reorganizing data tables to improve performance:

> "[T]he parameter ORA-- FRAGMENT—TS", in which the measurement consists of verifying the condition which corresponds to the case in which the largest of the extents ("MAX—EXTENTS") of the tables of the table space ("Tablespace") is smaller than the largest hole of the table space, and if this condition is true, of sending an action proposition window in which it is indicated that the table space ("Tablespace") must be reorganized according to the following propositions:
> either a file is automatically created to enlarge the table space ("Tablespace"),
> or it requests when a standard "export-- operation-- tables/import" command is to be executed, or the administrator is requested to program the start of his reorganization utility.[55]

Boukobza recognizes that the exemplary Oracle system uses SQL requests relying on identifiers (SID's) and location information (Connect Strings):

> [A]ccess to the objects:
> param_ident=HEALTH. Access to the bases (***by SQL connect, the DB String*** user/passwdOldbString dbc/dbcGT:or714 is supplied by the user). If the connection is KO: action ORA CONN FAIL and recording in the file "actionlog."[56]
>
> OBJECT or 716 orage, NODE=orage,
> DESC=(ORACLE, ***ORACLE SID***=or716, ORACLE HOME=fora716,
> UNIX ADMIN USER=ora716, ORACLE USER=sys, ORACLE PASSWORD=change on install,
> ***CONNECT STRING***=P:or716, TNS ADMIN=fora716/network/admin)
> DISPLAY=(GRAPH=(graph or716, TITLE=or,716graph)).[57]

---

[55] Boukobza at 15:18-32.

[56] *Id.* at 31:35-40.

[57] *Id.* at 18:18-23.

Further, Boukobza touts the "significant gains in performance" its disclosures teach to combat "slow reaction times" and provide improved "access to objects."[58] OracleNamesAdminGuide also seeks to avoid such "slow reaction times," with a stated goal for its Name Servers to be "lightning fast."[59] To prevent or reduce slow reaction times on OracleNamesAdminGuide's Names Servers, a POSITA would have been motivated to apply Boukobza's performance tuning teachings to help achieve OracleNamesAdminGuide's desired "lightning fast" reaction times.

Boukobza also describes its applicability to Oracle systems, making it likely that one working with OracleNamesAdminGuide would look to Boukobza to boost performance. Boukobza teaches using Oracle products as a specific example of its application: "For this reason, measurements are collected in order to perform a later analysis for the purpose of a statistical examination of the monitored activity. These collected measurements relate to all the types of objects to be monitored, for example in this case ***instances such as data bases like Oracle (trademark of Oracle Corporation***

Boukobza then teaches methods applicable to SQL*Net and TNS Names Services, as shown in the below exemplary code, including the use of identifiers, connect strings, and the SQL*Net protocol language itself.[60]

---

[58] Boukobza at 1:53-2:6, 31:35.

[59] *See* OracleNamesAdminGuide at 60.

[60] Boukobza at 7:1-31.

DEFENDANT AMAZON WEB SERVICES, INC.        CIVIL ACTION NO. 1:18-CV-8175
~~FOURTH~~ FIFTH AMENDED FINAL UNENFORCEABILITY        54
AND INVALIDITY CONTENTIONS

**Boukobza 7:1-31 Annotated**

Each of these exemplary code components included in Boukobza's teachings is a portion of the Names Service that OracleNamesAdminGuide describes. OracleNamesAdminGuide discloses that Oracle SID is "[a] unique name for an Oracle database instance."[61] Likewise, OracleNamesAdminGuide says that a "connect string can be mapped to a service name in the Oracle Names database. The service name you enter acts as an alias for the SQL*Net V1 connect string, making it easy to access a server."[62] And finally, OracleNamesAdminGuide states that TNS or "TNSNAMES.ORA" is a name resolution service, e.g., Names Service. Accordingly,

---

[61] OracleNamesAdminGuide at 202.

[62] *Id.* at 23.

Boukobza specifically provides its monitoring and tuning design for use alongside the Names Servers described in OracleNamesAdminGuide. A POSITA would therefore have been motivated to combine the performance tuning methods of Boukobza with the plurality of location servers described in OracleNamesAdminGuide.

Further, a POSITA would have a reasonable expectation that Boukobza's teaching were developed and intended to be used on location servers like the Names Servers of OracleNamesAdminGuide. Accordingly, a POSITA would not need to modify either Boukobza or OracleNamesAdminGuide significantly to combine the references. Because the teachings could be directly applied as taught, a POSITA would have no doubt or uncertainty in their combination. Thus, a POSITA would have a reasonable likelihood of success in modifying OracleNamesAdminGuide's system based on Boukobza's teachings, and wouldn't need to undertake significant effort in achieving this modification.

Based on Boukobza's teachings, a POSITA would have found it obvious for OracleNamesAdminGuide's system to automatically transfer a portion of location information and associated identifiers from one Names Server to another Names Server in response to performance criteria measurements. A POSITA would have been motivated to do so because this minimizes the time necessary to monitor and address performance criteria like storage usage and transaction limits for DBAs having limited time and resources to devote to maintaining performance. A POSITA would have understood that Names Servers would routinely need to be added in an expanding system in response to performance levels, including transaction rates and available storage space. As such, a POSITA would have been motivated to automate the addition of Names Servers to OracleNamesAdminGuide's system to reduce any manual delay and more

effectively maintain system performance.[63]

Similarly, Skagerwall discloses a scalable plurality of location server storing locations associated with identifiers. And Boukobza teaches monitoring the system to maintain performance levels.[64] Boukobza provides that monitoring can be focused on certain criterion and limits.[65] Further, Boukobza discloses that that corrective actions can include adding a server or exporting data.[66]

Boukobza teaches performance threshold monitoring and corrective actions.[67] And a POSITA would have understood that location server performance is an area to monitor because of their frequent use and connection to everything being done on the database. As a result, a POSITA would have been motivated to monitor Skagerwall's location servers' performance to ensure they maintain quality service for the users. Accordingly, a POSITA would have been motivated to apply Boukobza's teachings to monitor those location servers' performance and set specific thresholds. A POSITA would have been further motivated to set up corrective actions including adding additional location servers, reorganization, etc. Further, a POSITA would have understood that, in order maximize the benefit of the additional location server, the location and identifier information should be organized to reflect the best structure given the database structure. For a database such as the one provided by Skagerwall, a POSITA would have been motivated to export the location information related to either one office of the business or a specific time frame or similar partition structure. As a result, a POSITA would have found it obvious to separate the set of location information data into separate portions and transfer some

---

[63] *See* Boukobza at 2:39-46, 32:53-67.
[64] E.g., Boukobza at 34:52-35:22.
[65] Boukobza at 34:43-51.
[66] Boukobza at 33:60-67.
[67] *See* Boukobza at 15:18-33, 32:4-16, 33:60-67, 34:43-35:22.

portion of them onto a separate server to improve the performance.

And Yocum similarly identifies "resource bottlenecks" as obstacles for optimal server efficiency that can cause them to fail to meet performance goals:

> Each system then determines the resource bottleneck causing the receiver class to miss its goals. If the resource bottleneck is the number of servers, each system determines whether and how many servers should be added to the receiver class…To ensure the availability of a server capable of processing each of the work requests in the queue, each system determines whether there is a work request in the queue with an affinity only to a subset of the cluster that does not have servers for the queue and, if so, starts a server for the queue on a system in the subset to which the work request has an affinity.[68]

And Yocum provides that, while adding servers may be an optimal solution in some instances, other circumstances may merely require changing the location of the data from one server to a second server:

> In FIG. 1 the number 107 of servers 163 is shown stored in the class table entry 106, which might be taken to imply a limitation of one queue 161 per class. However, this is merely a simplification for illustrative purposes; those skilled in the art will recognize that multiple queues 161 per class can be independently managed simply by changing the location of the data. The fundamental requirements are that the work requests 162 for a single queue 161 have only one goal, that each server 163 has equal capability to service requests, and that a server cannot service work on more than one queue 161 without notification from and/or to the workload manager 105.[69]

---

[68] Yocum at Abstract.

[69] Id. at 8:32-43.



**Yocum Figure 1**

As such, a POSITA would have been motivated to have the Oracle system use a performance criterion that monitors a transaction rate limit, based on Yocum's teachings. For a system with a high transaction volume where processing capability and time are concerns, a POSITA would have been motivated to set a transaction rate limit as a performance criterion and to employ a second location server which could handle a portion of the transactions for the system and improve performance times.

Further, a POSITA would have also been motivated to apply Yocum's assessment and corrective actions to Skagerwall's location servers. Skagerwall emphasizes the need to transfer data in response to capacity demands, while Yocum targets eliminating resource bottlenecks and assessing and responding to performance issues. A POSITA would have a reasonable expectation of success because both Skagerwall's location servers and Yocum's changing data locations are established parts of the art which a POSITA would have been familiar with and could easily implement without making significant changes to either.

**Client**: To the extent that Kove contends that an identified piece of prior art does not disclose a claim limitation related to the use of a client, the subject matter as a whole of each claim, including that limitation, would have been obvious to one of skill in the art before the invention. (*See, e.g.*, '170 patent claim 15; '640 patent claim 17, 18, 24; '978 patent claims 14.) For example, the Court held that a "client" should be construed as "a network-attached component (which may be software or hardware) that initiates update or lookup of identifier/location mappings from a location server with location request messages."[70] And in its order, the Court further held that the location mappings from location servers are not limited to NDTP servers.[71] This clarification by the Court supports a finding that the identified prior art references disclose the claim limitations relating to the use of a client.

For example, in addition to disclosing DNS "name servers" that store information about network locations (RFC1034, Sections 2.4, 3.1, 3.6, 3.7; Sherman, pgs. 34-39; Karger/Sherman, Section 3.), RFC1034 further discloses that its system contain "DNS software" that is run when a name server is locating information contained in a RR responsive to a location query. (RFC1034, 15.) Likewise, Karger/Sherman discloses implementation of its system in both

---

[70] Court's December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484), pp. 21-23.
[71] *Id.*, pp. 21-22.

hardware and software: "In order to get around the problem, we decided to use DNS. We could set up our own DNS servers, and modify them to support consistent hashing. This consistent hashing could be "propagated" to browsers during name resolution. More precisely, we wrote an autoconfigure script that performs a standard hash of the input URL to a range of 1000 names that we call virtual caches. We then used DNS to map the 1000 virtual cache names onto actual code IP addresses via consistent hashing." (Karger/Sherman, p. 10; see also Sections 2-3.) Additionally, Neimat reflects that the processor sites necessarily includes executable code to execute, for example, the steps described with respect to Figure 2. (Neimat, 8:48-11:64.)

OracleNamesAdminGuide teaches location server networks with hierarchical, non-hierarchical, and mixed architectures. Like the '170 Patent, OracleNamesAdminGuide answers the question in a distributed data storage system: "where is my data?" OracleNamesAdminGuide describes a technique that separates the "where" (i.e., location of the data repository) from the "what" (i.e., the data itself).[72] OracleNamesAdminGuide does this by using specialized servers called Names Servers, which serve as intermediaries between clients requesting data and the corresponding data storage servers.[73] A client seeking to locate data on OracleNamesAdminGuide's network will query a Names Server to retrieve the data's network address, then use that address to connect to the entity housing the data. OracleNamesAdminGuide illustrates this network architecture in Figure 3-11 below. [74]

---

[72] OracleNamesAdminGuide at 20, 23, 33, 43-44, 52-53.
[73] *See id.* at 20, 22.
[74] Steps 1-4 appear in OracleNamesAdminGuide's original Figure 3-11.



OracleNamesAdminGuide Fig. 3-11

At step ①, the client submits a request for the data located at POULTRY.WORLD. OracleNamesAdminGuide uses its networking utility, SQL*Net, to send the client's request to the Names Server. At step ②, the Names Server receives the request, looks up the location information associated with the POULTRY.WORLD identifier, then sends that location information to client. The client receives the location information from the Names Server at step ③, then the client uses that location information to contact the server housing the database instance associated with POULTRY.WORLD. Finally, at step ④, the client contacts the server and establishes a client-server connection.[75]

And Steen teaches the use of hierarchical, non-hierarchical, and mixed topologies in its location server networks. Like the '170 Patent, Steen describes a system for managing and locating data on a wide-area distributed network. As Steen states, its system "present[s] a scalable location service" to "optimize lookups."[76] In Figure 2, Steen provides a two-level system for managing and locating an object's contact addresses.

---

[75] *See id.* at 52-53; *see also id.* at 128-129 (describing location information syntax includes host name, port, and database instance along with the connection information).
[76] Steen at 104.



■ **Figure 2.** *The logical organization of the location service as a virtual search tree.*

In the first level, Steen describes using a directory system for resolving an object name to an "object handle."[77] The object handle includes location information for a contact record. Then, in the second level, Steen teaches that the client/user uses the object handle to obtain object contact addresses.

In Steen's top level, Steen teaches the use of a non-hierarchical architecture. Steen explains that a directory node dir(R) stores object names (i.e., identifiers) associated with object handles (i.e., location information). Steen explains that these high-level servers can be partitioned into multiple subnodes, creating a non-hierarchical cluster of servers to handle a distributed workload, as shown below in annotated Figure 6.

---

[77] Steen at Abstract.



**Steen Figure 6 Annotated**

For a partitioned dir(R), each subnode is configured and functions as its own server, and contains its own subset of location information. Steen explains that it's important for each subnode to be "aware" of how the location information is distributed amongst the subnodes, allowing for requests to be re-routed to the subnode containing the correct location information. Steen provides an exemplary hashing method and explains that more complicated methods can be applied as the system scales up.[78] Then, in the second level, Steen teaches that the client/user uses the object handle to obtain object contact addresses from a hierarchical location server network. Thus, Steen's teachings provide a non-hierarchal top layer, hierarchical bottom layer, and in their combination, a mixed topology location server network.

And Wolff teaches methods for load rebalancing on a distributed network. For example, Wolff explains that its "[m]ethods for load rebalancing by clients in a network are disclosed. Client load rebalancing allows the clients to optimize throughput between themselves and the resources accessed by the nodes."[79]

As Wolff describes, servers will not always be able to fulfill each request received from a

---

[78] *Id.* at 108.
[79] Wolff at Abstract.

given client. For example, Wolff describes an "overloaded" server which has received too many requests and lacks the processing power to fulfill them all:

> In operation at time T=0, normal client 100A is shown accessing memory resource 118 via path 70 through overloaded server 104. At the same time, aware client 102A is shown accessing memory resource 18, via path 74, through overloaded server 104A. At time T=1, process 102P1, implemented on aware client 102A, detects the overload condition of server 104A, and accesses memory resource 118 via an alternate path 76 through server 106A. Thus, in this subsequent state, the load on server 104A is reduced and the access by aware client 102A to memory resource 118 is enhanced. Normal client 100A cannot initiate the processes 35 discussed above in connection with the aware client 102A and is unable to select an alternate path 72 to the underutilized server 106A.[80]

Wolff explains that the network will optimize performance by redirecting requests from an overloaded server, e.g., a server that can't satisfy the request, to another server that can satisfy the request with a "redirection command" from the overloaded server:

> Client load rebalancing refers to the ability of a client, enabled with processes in accordance with the current invention, to re-map a path through a plurality of nodes to a resource. *The re-mapping may take place in response to a redirection command emanating from an overloaded node, e.g. server.* The embodiments disclosed allow more efficient, robust communication between a plurality of clients and a plurality of resources, via a plurality of nodes. Resources can include, but are not limited to, computers, memory devices, imaging devices, printers, and data sets. A data set can include a database or a file system.[81]

Therefore, it would have been obvious to one of skill to employ data location servers in a distributed network, particularly in view of the references identified below:

- U.S. Patent No. 6,212,521 to Minami (see, e.g., cols. 7-8);

---

[80] *Id.* at 5:25-38.
[81] *Id.* at 5:25-38.

- DNS (see, e.g., RFC1034, Sections 2.4, 3.1, 3.6, 3.7);
- U.S. Patent No. 5,542,087 to Neimat (see, e.g., cols. 8-11);
- Cache Resolver system (see, e.g., Sherman, pp. 10, 34-39; Karger/Sherman, Sections 2-3);
- OracleNamesAdminGuide (see, e.g.,20, 22, 23, 33, 43-44, 52-53, Figure 3-11);
- Steen (see, e.g., Abstract, 104, 108, Figures 2, 6);
- Wolff (see, e.g., Abstract, 5:25-38); and/or
- the common sense and background knowledge in the art.

These references contain specific teachings that would lead a skilled artisan to combine them with other prior art disclosing distributed networks that include client components. For example, DNS discloses a system having a plurality of DNS name servers that manage location information, such as DNS resource records, and provide location information to location queries, called standard queries in DNS. And each DNS name server is attached to a DNS network and maintains a set of domain name/address mappings that are modified or returned in response to standard queries from clients. (*See*, *e.g.*, RFC1034, Sections 2.4). And the Cache Resolver system discloses that "system clients" are responsible for sending requests to caches or directories in a distributed web caching system. (*See., e.g.,* Sherman, p. 15.) And similarly, both Neimat and Minami disclose systems using a client that interacts with a server site of data retrieval and storage. (*See., e.g.,* Neimat, 5:23-37, 8:16-67; Minami, Abstract.)

A skilled artisan would therefore have been motivated to combine references disclosing distributed data systems that include a client component, such as Neimat and Minami, with other references disclosing distributed networks, such as DNS or the Cache Resolver system.

And a POSITA would have appreciated that Steen's principle of "anycasting" allows for faster resolution of clients' requests because multiple servers can resolve any given query. As a result, a POSITA would have been motivated by OracleNamesAdminGuide's goal of "lightning fast" resolution to incorporate anycasting to its data storage. This would have resulted in multiple

data repositories where each server connects to OracleNamesAdminGuide's Names Service (i.e., location server network). A POSITA would have understood that Steen's partitioned group of location servers organized in a non-hierarchical configuration results in each server containing a subset of the data location information originally stored on the first location server. Further, a POSITA would have been motivated to adopt Steen's partitioning approach for grouping OracleNamesAdminGuide's Names Servers to maintain "lightning fast" resolutions to data queries. Thus, applying either (1) OracleUnleashed's teachings toward partitioning servers and datasets or (2) Steen's teachings toward partitioning a location server into a group of servers to OracleNamesAdminGuide's Names Servers would have rendered obvious that the data location server network has a plurality of data location servers.

Further, based on OracleUnleashed's teachings, a POSITA would have been motivated and found it obvious to have OracleNamesAdminGuide's system associate each data repository's data with a respective identifier string. OracleUnleashed explains that SQL*Net, which OracleNamesAdminGuide utilizes, makes it easier for users to connect to various databases and find their data, which is advantageous because "[y]our users do not want to write complex queries."[82] A POSITA would have understood that associating respective identifier strings with data improves the users' experience and to ease the ability to find desired data since that is one of the objectives of an Oracle DBA. The benefits of associating data with a respective identifier string are directly perceived by the end user, and a DBA would have been motivated to simplify the users' experience in this manner. [83]

Thus, a POSITA would have found it obvious to have each of OracleNamesAdminGuide's data repositories' data be associated with a respective identifier string for use in optimizing query

---

[82] *See* OracleUnleashed at 255.
[83] *Id*.

efficiency, based on OracleUnleashed's teachings.[84] During the relevant timeframe, Oracle DBAs were often asked to help improve query efficiency, as OracleUnleashed details:

> It seems pretty obvious that a search method that works well for one of these types of queries is probably not the best method for the others. In fact, Oracle and most other databases have a number of search algorithms in their systems that are designed to handle different needs. This is what enables them to work in such a large number of environments and applications. When an application is performing slowly on a well-tuned database, the first thing you should **_check is how the query is being processed to ensure that it is as efficient as it can be._**[85]

Based on the commonplace need for efficiency in running queries, a POSITA would have been motivated to associate a respective identifier string with data because this allows OracleNamesAdminGuide's Names Server to quickly return one or more locations associated with the identifier string to the query requestor with minimized cost.[86]

And Steen, Skagerwall, and Wolff describe the challenges of scalability-expanding the networks and maintaining performance.[87] For instance, Steen explains its system is scalable to service clients and objects located around the world:

> The service should allow clients and objects to be located anywhere in the world, and be able to support a huge number of objects. We anticipate that eventually, one billion users with 1000 objects each will be registered with the location service, adding up to lOI2 objects.[88]

Similarly, Wolff explains that such swift growth risks overloading a system, making a server a "bottleneck" in the system.[89] And Skagerwall echoes this same bottleneck concern for scaling up a system, emphasizing the need to reduce processing load whenever possible on a

---

[84] *See* OracleUnleashed at 452.
[85] OracleUnleashed at 652 (emphasis added).
[86] *See* OracleUnleashed at 452.
[87] *E.g.*, Skagerwall, 1:59-62; Steen at 105.
[88] Steen at 105.
[89] Wolff, 2:1-2.

variety of servers.[90]

**Data Pertaining to the Entity**: To the extent that Kove contends that an identified piece of prior art does not disclose a claim limitation related to the use of data pertaining to the entity, the subject matter as a whole of each claim, including that limitation, would have been obvious to one of skill in the art before the invention. (*See*, *e.g.*, '170 Patent, claim 1; '978 Patent, claims 1, 31.) For example, the Court held that the term "data pertaining to the entity" should be construed as "data pertaining to a person or thing (real, digital, or abstract) distinct from that data."[91] This clarification by the Court that the entity may be "real, digital, or abstract" further supports a finding that the identified prior art references disclose the claim limitations relating data pertaining to the entity.

For example, RFC1034 discloses different types of resources in the resource record, including "abstract resources." (*See.*, *e.g.*, RFC1034, 11-12.) And the Cache Resolver system, Neimat, and Minami discloses that the "thing" that the data pertains to may be real, digital, or abstract as well. (*See.*, *e.g.*, Sherman, p. 37; Neimat, 8:16-67; Minami, 3:48-4:9.)

OracleNamesAdminGuide explains that its SQL*Net uses location information to form a "connection descriptor," also called a connect string or dbstring. The client uses this information to establish a client-server connection.[92] OracleNamesAdminGuide explains that its connection descriptor is a "specially formatted description of the destination for a network connection. Connect descriptors are constructed using a set of keywords and values. They are mapped to *service names* to provide more convenient reference."[93] And OracleNamesAdminGuide explains

---

[90] Skagerwall, 5:31-36, 18:54-58.
[91] Court's December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484), pp. 31-35.
[92] *See* OracleNamesAdminGuide at 23 (explaining the prior version of Oracle Names used the term "connect string"), 100 (teaching prior Oracle versions refer to descriptors as "dbstring [which] is a database name defined in the Names Server").
[93] *Id.* at 200; *see also id.* at 202 (describing that a connect descriptor may include a system identifier

that each "unique network location [is] used to identify a network object such as a database service, client, Interchange, or Names Server. TNS addresses have a specific format. Addresses must be unique."[94]

As shown below in Figure 3-11, OracleNamesAdminGuide teaches that the client device sends to the Names Server a request for the POULTRY.WORLD database instances. The Names Server uses the identifier POULTRY.WORLD to identify the location information (e.g., host name, port, and database instance) and sends this location information to the client. Using this location information, the client contacts the server housing the POULTRY.WORLD database instance, then uses SQL*Net to make the connection.[95]



OracleNamesAdminGuide Fig. 3-11

Similarly, OracleNamesAdminGuide provides an exemplary request to the Names Server for connection and location information using "QUERY BONES.DEM.MEDICINE A.SMD" to the Oracle7 system.[96] Like the above POULTRY.WORLD example, OracleNamesAdminGuide teaches that the SQL*Net client sends a request to the Names Server for the desired database

---

("SID"), which is a "unique name for an Oracle database instance…. The SID is included in the CONNECT DATA parts of the connect descriptors in a TNSNAMES.ORA file, and in the definition of the network listener in the LISTENER.ORA file").

[94] *Id.* at 199.

[95] *See* OracleNamesAdminGuide at 52-53.

[96] *See id.* at 129.

using the corresponding BONES.DEM.MEDICINE identifier. The Names Server uses the identifier BONES.DEM.MEDICINE from the request to identify the location information (e.g., host name, port, and database instance) and send this location information to the client. The client then uses this location information to connect to the server storing the BONES.DEM.MEDICINE database. OracleNamesAdminGuide details the resulting query metrics and location information sent to the client from the Name Server as follows:

Total response time:                0.04 seconds

Response status:                normal, successful completion

Authoritative answer:                yes

Number of answers:                1

Canonical name:                bones.dem.medicine

TTL:                1 day

Alias translations:

    from:                bones.dem.medicine

    to:                bones.dem.medicine

Answers:

    data type is 'a.smd'

```
    Syntax          is          ADDR:        ...
(DESCRIPTION=(ADDRESS=(COMMUNITY=tcp)(PROTOCOL=TCP)(Ho
st=cowboy) (Port=1522)) (CONNECT_DATA=(SID=rodeo)))[.]"[97]
```

This illustrates that OracleNamesAdminGuide's Names Server completed the response in an *a.smd* output format in 0.4 seconds, and labeled the response status as normal and successfully completed. And the Names Server responds (i.e., "answers") to the client's query by providing the location information for BONES.DEM.MEDICINE.[98] This location information includes the host name "cowboy,"[99] port 1522, and database instance "rodeo" along with the

---

[97] *Id.*
[98] *See id.*
[99] A POSITA would understand thqt the host name would be converted to an IP address using a DNS server before the connection string was compiled.

connection information ("protocol=TCP").[100]

Using this location information, OracleNamesAdminGuide teaches that the client contacts the server housing the BONES.DEM.MEDICINE database, then uses SQL*Net to connect to the database using one of the available network transport protocols, TCP/IP.[101] And using the below annotated version of OracleNamesAdminGuide's Figure 3-11,

Based on these teachings, a POSITA would have understood that OracleNamesAdminGuide's connection descriptor is built using the claimed "location information" (i.e., a data encoding that specifies the storage location of data and that is associated with an identifier for the data (e.g., network-service-name-alias) in a Names Server).

Skagerwall explains that the directory servers contain information for locating the data objects stored on the data repositories of the application servers (IS1 … ISp):

> It is a key aspect of the invention that the data base of object data is distributed over a plurality of directory servers DS; DS1-DSn, allowing that the number of objects can be scaled almost arbitrarily by adding new directory servers to the existing ones for storing new object data. Each of the directory servers DS; DS1-DSn preferably stores object data related to a small number of the range of available object tags T; T1-Tw. As mentioned above, object data related to an object tag preferably includes application identifiers AI1-Aim of application data packets related to the object *as well as information about storage locations of the application data packets, e.g., the addresses of application servers IS; IS1-Isp storing the application data packets*.[102]

Because the directory servers function to store location information for the object data, a POSITA would understand those directory servers to be the claimed "location servers" and that

---

[100] *See* OracleNamesAdminGuide at 129.
[101] *See id.* at 39, 201 (describing other available transport protocols, like DECnet).
[102] Skagerwall, 8:15-27 (emphasis added).

they would provide at least one location in response to a request.

Therefore, it would have been obvious to one of skill to employ data location servers in a distributed network, particularly in view of the references identified below:

- U.S. Patent No. 6,212,521 to Minami (see, e.g., col. 3);
- DNS (see, e.g., RFC1034, Sections 2.3, 2.4, 3.5, 4);
- U.S. Patent No. 5,542,087 to Neimat (see, e.g., cols. 8-11);
- Cache Resolver system (see, e.g., Sherman, pp. 10, 34-39; Karger/Sherman, Sections 2-3);
- OracleNamesAdminGuide (see, e.g., 23, 39, 52-53, 100, 129, 199-202);
- Skagerwall (see, e.g., 8:15-27); and/or
- the common sense and background knowledge in the art.

These references contain specific teachings that would lead a skilled artisan to combine them with other prior art disclosing distributed networks. For example, RFC1034 states that DNS uses distributed name servers and local caches to increase the amount of memory and improve performance: "The sheer size of the database and frequency of updates suggest that it must be maintained in a distributed manner, with local caching to improve performance." (RFC1034, 2.) RFC1034 discloses that this caching occurs to reduce name server load: "A very important goal of the resolver is to eliminate network delay and name server load from most requests by answering them from its cache of prior results." (*Id.*, 29.) Thus, DNS discloses the use of a distributed network to ensure scalability and performance. The Cache Resolver system specifically refers to DNS and a skilled artisan would therefore use DNS's teachings as motivation to combine the Cache Resolver system with other art.

Neimat similarly discloses scaling a distributed network: "The present invention accommodates any number of clients and servers, and allows the database storage to extend to occupy any number of servers." (Col. 6:37-39; *see also* 1:36-40, 8:12-15.) Likewise, Minami states, "[A] first object of the present invention is to provide a data management system which

relieves processing loads imposed on individual data management servers by distributing data registration and retrieval tasks and reducing the amount of data maintained in each server." (Col. 3:38-43.) Thus, a skilled artisan seeking to ensure scalability and improve performance in a distributed network would be motivated to combine references that disclose location servers, such as DNS, with references disclosing distributed networks, such as Minami or Neimat.

And a POSITA would have appreciated that Steen's principle of "anycasting" allows for faster resolution of clients' requests because multiple servers can resolve any given query. As a result, a POSITA would have been motivated by OracleNamesAdminGuide's goal of "lightning fast" resolution to incorporate anycasting to its data storage. This would have resulted in multiple data repositories where each server connects to OracleNamesAdminGuide's Names Service (i.e., location server network). A POSITA would have understood that Steen's partitioned group of location servers organized in a non-hierarchical configuration results in each server containing a subset of the data location information originally stored on the first location server. Further, a POSITA would have been motivated to adopt Steen's partitioning approach for grouping OracleNamesAdminGuide's Names Servers to maintain "lightning fast" resolutions to data queries. Thus, applying either (1) OracleUnleashed's teachings toward partitioning servers and datasets or (2) Steen's teachings toward partitioning a location server into a group of servers to OracleNamesAdminGuide's Names Servers would have rendered obvious that the data location server network has a plurality of data location servers.

Further, based on OracleUnleashed's teachings, a POSITA would have been motivated and found it obvious to have OracleNamesAdminGuide's system associate each data repository's data with a respective identifier string. OracleUnleashed explains that SQL*Net, which OracleNamesAdminGuide utilizes, makes it easier for users to connect to various databases and

find their data, which is advantageous because "[y]our users do not want to write complex queries."[103] A POSITA would have understood that associating respective identifier strings with data improves the users' experience and to ease the ability to find desired data since that is one of the objectives of an Oracle DBA. The benefits of associating data with a respective identifier string are directly perceived by the end user, and a DBA would have been motivated to simplify the users' experience in this manner. [104]

Thus, a POSITA would have found it obvious to have each of OracleNamesAdminGuide's data repositories' data be associated with a respective identifier string for use in optimizing query efficiency, based on OracleUnleashed's teachings.[105] During the relevant timeframe, Oracle DBAs were often asked to help improve query efficiency, as OracleUnleashed details:

> It seems pretty obvious that a search method that works well for one of these types of queries is probably not the best method for the others. In fact, Oracle and most other databases have a number of search algorithms in their systems that are designed to handle different needs. This is what enables them to work in such a large number of environments and applications. When an application is performing slowly on a well-tuned database, the first thing you should **check is how the query is being processed to ensure that it is as efficient as it can be.**[106]

Based on the commonplace need for efficiency in running queries, a POSITA would have been motivated to associate a respective identifier string with data because this allows OracleNamesAdminGuide's Names Server to quickly return one or more locations associated with the identifier string to the query requestor with minimized cost.[107]

And Steen, Skagerwall and Wolff describe the challenges of scalability-expanding the networks and maintaining performance. [108] For instance, Steen explains its system is scalable to

---

[103] *See* OracleUnleashed at 255.
[104] *Id.*
[105] *See* OracleUnleashed at 452.
[106] OracleUnleashed at 652 (emphasis added).
[107] *See* OracleUnleashed at 452.
[108] *E.g.*, Skagerwall,  1:59-62; Steen at 105.

DEFENDANT AMAZON WEB SERVICES, INC.
~~FOURTH~~ FIFTH AMENDED FINAL UNENFORCEABILITY
AND INVALIDITY CONTENTIONS

CIVIL ACTION NO. 1:18-CV-8175

service clients and objects located around the world:

> The service should allow clients and objects to be located anywhere in the world, and be able to support a huge number of objects. We anticipate that eventually, one billion users with 1000 objects each will be registered with the location service, adding up to lOI2 objects.[109]

Similarly, Wolff explains that such swift growth risks overloading a system, making a server a "bottleneck" in the system.[110] And Skagerwall echoes this same bottleneck concern for scaling up a system, emphasizing the need to reduce processing load whenever possible on a variety of servers.[111]

**Based on a Hash System**: To the extent that Kove contends that an identified piece of prior art does not disclose a claim limitation related to the use of "the portion of the data location information included in a corresponding one of the data location servers is based on a hash function used to organize the data location information across the plurality of data location servers, and each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function applied to the identifier string," the subject matter as a whole of each claim, including that limitation, would have been obvious to one of skill in the art before the invention. (*See, e.g.,* '170 Patent, claim 1.) For example, the Court held that this term should be construed to include both indirect mapping and direct mapping.[112] This clarification by the Court further supports a finding that the identified prior art references disclose this claim limitation is disclosed by the identified prior art references.

For example, RFC1034 discloses that various mapping conventions may be employed in

---

[109] Steen at 105.
[110] Wolff, 2:1-2.
[111] Skagerwall, 5:31-36, 18:54-58.
[112] Court's December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484), pp. 24-30.

its distributed data system, that "can be quite simple or fairly complex" where "[m]ultiple mappings or levels of mapping may be required." (*See., e.g.,* RFC1034, 9-10.) RFC1034 further discloses examples of different types of mapping schemes, such as the mapping of addresses to host names and specific mapping schemes, such as for mailboxes. (*Id.*) The Cache Resolver system similarly discloses multiple hashing and mapping methods, such as hashing of URLs and Consistent Hashing. (Sherman, pgs. 15, Section 3; Karger/Sherman, Sections 2-3.) And Neimat and Minami further disclose various methods of hashing and mapping key values to produce addresses. (*See., e.g.,* Neimat, 8:57-67, 9:43-65, 10:13-26; Minami, Abstract, 7:52-57, 10:43-46, 14:6-47, 18:21-19:34, 28:12-32.)

OracleUnleashed also teaches the benefits of the well-known hashing techniques and implementing them into distributed database servers. For example, OracleUnleashed provides that SQL statements used for data requests should use hashing and indices to optimize performance. "The well-tuned SQL statement uses indexes or hashing as available. If possible, the application should also take advantage of features such as array processing and discrete transactions."[113]

OracleUnleashed further describes the performance decision a DBA makes when considering hashing for various tables.

> The decision to use hash clusters is an important one. Hash clusters can be beneficial because, when they are effectively used, the requested data can be retrieved in just one J/O. Unfortunately, if a hash cluster is used on a table that is not a good candidate for hashing, performance can be severely degraded.[114]
>
> Because hashing uses the value of the data to calculate the data block the

---

[113] *Id.* at 372.
[114] *Id.* at 394.

desired data is in, hashing is best used on tables that have unique values for the cluster key and that are queried primarily by equality queries on the cluster key. In the case of equality queries, the data is usually retrieved in one read operation. The cluster key need not be a single column; if the typical query uses an equality on a set of columns, use these columns to create a composite key.[115]

OracleUnleashed describes how hashing data on a server results in a hash table used to look up its location based on 'unique values' for entries.

Because hashing uses the value of the data to calculate the data block the desired data is in, hashing is best used on tables that have unique values for the cluster key and that are queried primarily by equality queries on the cluster key. In the case of equality queries, the data is usually retrieved in one read operation. The cluster key need not be a single column; if the typical query uses an equality on a set of columns, use these columns to create a composite key.[116]

And OracleUnleashed teaches multiple hashing methods providing the benefit of organizing data using hash clusters and hash joins:

A hash cluster is similar to a cluster but uses a hash function rather than an index to reference the cluster key. A hash cluster stores the data based on the result of a hash function (a numeric function that determines the data block in the cluster based on the value of the cluster key).[117]

Hash joins greatly enhance the performance of two joined tables, where one table is significantly larger than the other. Hash joins replace the "sort-merge" join algorithm and is only supported by the cost-based optimizer. The hash join works by splitting two tables into partitions. A partition is read into memory and a hash table is created. This hash table is then used to map join columns from the other

---

[115] *Id.* at 395.
[116] *Id.* at 638.
[117] OracleUnleashed at 394.

table, eliminating the sometimes resource-expensive sort-merge. In the hash join method, both tables are scanned only once.[118]

Skagerwall further provides examples of a hashtable showing the available directory servers and their contents:

In the example of FIG. 2 the hashtable comprises 8 entries, addresses of available servers are stored as records in respective sequential entries of the hashtable. Thus, the hashtable constitutes an ordered list of all available directory servers, as shown in FIG.2.The records stored in the hashtable H are indicated by A, B, C and D stand for addresses of four directory servers DS; DS1-DSn. However, any other order is possible, e.g., D, B, A, C.

To avoid unnecessary lookup operations for object tags at directory servers, as outlined above, it is preferred that object data is stored on directory servers according to the hashfunction, which maybe executed by search means SM indicated in FIG.2. The search means SM groups object tags, preferably in correspondence with the number of objects and the number of available directory servers, i.e., a target directory server for storing as well as for retrieving object data is determined based on an identifier of an object tag, which, e.g., maybe a number assigned to the tag, and the number of available directory servers DS;DS1-DSn.[119]

[118] OracleUnleashed at 638.
[119] Skagerwall at 10:31-49.



Skagerwall Fig. 2 Annotated

Therefore, it would have been obvious to one of skill to employ a hash function to organize data in a distributed system, and further in view of the references identified below:

- U.S. Patent No. 5,542,087 to Neimat (see, e.g., col. 8);
- U.S. Patent No. 6,212,521 to Minami (see, e.g., cols. 10, 14);
- U.S. Patent No. 6,553,420 to Karger (see, e.g., cols. 3-4; see also U.S. Patent No. 6,430,618 to Karger);
- DNS (see, e.g., RFC1034, p. 13);
- Cache Resolver system (see, e.g., Sherman, pp. 34-39; Karger/Sherman, Section 3);
- OracleUnleashed (see, e.g., 372, 394, 395, 638);
- Skagerwall (see, e.g., 3:51-54, 10:31-49, Figure 2); and/orand/or
- the common sense and background knowledge in the art.

These references contain specific teachings that would lead a skilled artisan to use hash functions to organize data in other distributed networks, such as those disclosed in DNS, the Cache Resolver system, Neimat, and Minami for the same reasons discussed above to "Hash Functions."

And hashing datasets makes it easier to find a piece of data at a later point. As a result, a POSITA would have been motivated to hash the partitioned location servers taught by the combination of OracleNamesAdminGuide and OracleUnleashed. Doing so would allow any Names Servers on the network to "know" the location of a desired piece of location information. As a result of this knowledge, it would have been obvious to a POSITA that, if a Names Server received a request it could not resolve because it lacked the location data, it would redirect the client to a Names Server containing the desired location data. Because OracleNamesAdminGuide and OracleUnleashed share the common goal of parsing data sets quickly, a POSITA would have been motivated to use OracleUnleashed's hashing table techniques in OracleNamesAdminGuide's Names Servers to quickly and efficiently determine the location of the requested data. It was understood in the art that DBAs would actively search for resources to solve problems that may arise in the specific database environment that they are working in.

As a system's configuration becomes more complex requiring more information to uniquely identify the data's location, the storage and processing requirements for the OracleNamesAdminGuide's Names Servers increase along with it. A DBA would have been motivated to minimize these burdens and operate the Names Servers at optimal efficiency. This would have furthered OracleNamesAdminGuide's goal of having its Names Servers identify the requested data's location "lightning fast."[120] Based on the desire to maximize efficiency in running queries, a POSITA would have been motivated to combine OracleNamesAdminGuide's and OracleUnleashed's techniques of locating data using hashing location tables to quickly return location information associated with the requested data.

Based on Skagerwall's teachings, a POSITA would have appreciated that the directory

---

[120] OracleNamesAdminGuide at 60.

servers store the hash table and that the hash table contains the list of available directory servers with their respective contents. Further, a POSITA would have understood that the access server (i.e., client) uses portions of the hash table to identify which directory server to send its data request based on the information in the redirect message. A POSITA would have concluded that sending the entire hash table or storing the entire hash table at the client would be too cumbersome. This would have frustrated Skagerwall's goal of facilitating data retrieval by lowering the efficiency of the system and Wolff's goals for optimizing network performance and reliability. As a result, a POSITA would have found it obvious to break the hash table into portions, to distribute those portions to the directory server, and to send only the relevant portion to the client. Further, a POSITA would have understood that this portion includes at least the portion describing the object tag requested by the client. As a result, a POSITA would have understood that Skagerwall teaches or renders obvious that all relevant directory server contents be stored in a hash table across the directory server network.

## V. INVALIDITY CLAIM CHARTS FOR PATENTS-IN-SUIT

Claim charts 1A-1D identify where specifically in each item of identified prior art each element of each asserted claim of the '170 patent is found.

**Exhibit 1A:** OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff~~DNS, and for claims 1, 2, and 12 also Karger '618/420~~;

**Exhibit 1B:** ~~Cache Resolver system~~Skagerwall and Wolff;

**Exhibit 1C:** Neimat, DNS, and Karger '618/420; and

**Exhibit 1D:** Minami, DNS, and Karger '618/420.

Claim charts 2A-2D identify where specifically in each item of identified prior art each element of each asserted claim of the '640 patent is found.

**Exhibit 2A:** OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff~~DNS, and for

claim 24 also Karger '618/420;

**Exhibit 2B:** ~~Skagerwall and Wolff~~Cache Resolver system;

**Exhibit 2C:** Neimat and DNS, and for claim 24 also Karger '618/420; and

**Exhibit 2D:** Minami and DNS, and for claim 24 also Karger '618/420.

Claim charts 3A-3~~F~~D identify where specifically in each item of identified prior art each

element of each asserted claim of the '978 patent is found.

**Exhibit 3A:** OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff for claims 1, 3, 6, 10, 14, and 31~~DNS, and for claims 17, 23, 24, and 30 also Neimat, and for claim 24 also~~Venkatasubramanian;

**Exhibit 3B:** Skagerwall and Wolff for claims 1, 3, 6, 10, 14, and 31;

**Exhibit 3C:** OracleNamesAdminGuide, OracleUnleashed, Steen, Yocum, and Boukobza for claims 17, 23, 24, and 30;

**Exhibit 3D:** Skagerwall, Steen, Yocum, and Boukobza for claims 17, 23, 24, and 30;

~~Cache Resolver system, and for claims 17, 23, 24, and 30 also Neimat, and~~~~for claim 24 also Venkatasubramanian;~~

**Exhibit 3E~~C~~:** Neimat and DNS, and for claim 24 also Venkatasubramanian; and

**Exhibit 3F~~D~~:** Minami and DNS, and for claims 17, 23, 24, and 30 also Neimat, and for claim 24 also Venkatasubramanian.

## VI.    INVALIDITY OF PATENTS-IN-SUIT BASED ON 35 U.S.C. § 112

~~AWS~~Amazon contends that one or more of the Asserted Claims are invalid as indefinite

under 35 U.S.C. § 112, ¶ 2. The Asserted Claims fail to particularly point out and distinctly claim

the subject matter that the patentee regards as its alleged invention such that one of ordinary skill

inthe relevant art would be reasonably apprised of the bounds of the asserted claims when read in

light of the specification. *See Nautilus, Inc. v. Biosig Instruments, Inc.*, 134 S. Ct. 2120 (2014).

For example, the following claim terms of the Patents-in-Suit are indefinite:

- **"*Based on a hash function*"** as used in claims 1 and 2 of the '170 patent and **"*hash**

***table generated with the hash function***" as used in claim 2 of the '170 patent.

A skilled artisan would not have understood the scope of "based on a hash function" as found in claims 1 and 2 of the '170 patent. Claim 1 recites: "the portion of the data location information included in a corresponding one of the data location servers is based on a hash function used to organize the data location information across the plurality of data location servers." Claim 2 depends from claim 1 and hence incorporates this limitation. The patents do not explain how to use the claimed "hash function," how it works, what it does, or what it means for a "portion" of "data location information" to be "based on" a "hash function used to organize the data location information across the plurality of data location servers." Similarly, a skilled artisan would not have understood the scope of "hash table generated with the hash function" in claim 2. The patents do not explain how the hash table is "generated with" the hash function or the relationship between this "hash table" and the "location information."

- "***Performance criterion***" and "***predetermined performance limit***" as used in claims 17, 23, 24, and 30 of the '978 patent.

A skilled artisan would not have understood the bounds of "performance criterion" or "predetermined performance limit." The '978 patent does not explain the range of "performance criteria," how to determine a "limit" for "performance criterion," or what it means for a "performance criterion" to be "predetermined."

- "***The first data location server***" as used in claims 17, 23, 24, and 30 of the '978 patent.

This limitation is indefinite because the phrase "the first data location server" lacks antecedent basis in the claim. A skilled artisan could not discern whether "the first data location server" is the same server as "a location server" recited earlier in the claim.

- "***Programming logic … configured to return, in response to a location query related to a desired entity, a location message … comprising at least one location associated with the desired entity, wherein the programming logic is further***

*configured to return the location message if the location server contains location information for the desired entity, and wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity,"* as used in claim 6 of the '170 patent.

This limitation is indefinite because a skilled artisan could not discern whether the server returns two messages or one message if the location server lacks location information for the desired entity.

In addition, the Asserted Claims include functional claim limitations governed by pre-AIA 35 U.S.C. § 112(6). Those claim limitations are indefinite because a skilled artisan could not recognize the structure in the specification and associate it with the corresponding function in the claims. *See Williamson v. Citrix Online, LLC*, 792 F.3d 1339, 1352 (Fed. Cir. 2015) ("Under 35 U.S.C. § 112, paras. 2 and 6, therefore, if a person of ordinary skill in the art would be unable to recognize the structure in the specification and associate it with the corresponding function in the claim, a means-plus-function clause is indefinite."). Those functional claim limitations include:

- *"Hash function,"* as used in claims 1 and 2 of the '170 patent.
- *"Hash table,"* as used in claims 2 and 12 of the '170 patent, claim 6 of the '978 patent, and claim 24 of the '640 patent.
- *"Indexing function"* or *"indexed,"* as used in claim 12 of the '170 patent and claim 6 of the '978 patent.
- *"Calculate a location,"* as used in claims 17, 18, and 24 of the '640 patent.
- *"Configured to determine the … data location server[]"* or *"determining … the … location server[],"* as used in claims 1, 2, and 15 of the '170 patent.
- *"Transfer protocol configured for manipulating"* or *"transfer protocol comprising instructions for manipulating,"* as used in claims 10 and 31 of the '978 patent.
- *"Transfer protocol configured to transport,"* as used in claims 17, 23, 24, and 30 of the '978 patent.
- *"Computer executable code configured to execute the following steps,"* as used in claim 17, 18, 24 of the '640 patent.
- *"Location server configured to receive,"* or *"programming logic"* that is *"configured to return,"* as used in claims 6, 8, and 12 of the '170 patent.
- *"Programming logic … responsive to"* a *"location query,"* as used in claims 1, 3, 6,

10, and 31 of the '978 patent.

In addition, claims 1, 3, 6, 10, and 31 of the '978 patent, claims 1, 2, 6, 8, and 12 of the '170 patent, and claims 17, 18, and 24 of the '640 patent are indefinite because they include both apparatus and method limitations. *See IPXL Holdings, L.L.C. v. Amazon.com, Inc.*, 430 F. 3d 1377, 1384 (Fed. Cir. 2005); *Rembrandt Data Techs., LP v. AOL LLC*, 641 F.3d 1331 (Fed. Cir. 2011). For example:

- Claim 1 of the '978 patent includes both apparatus limitations (*e.g.*, a "location server") and steps requiring the performance of an action (*e.g.*, "programming logic … identifying a desired entity to return a location message").

- Claim 3 of the '978 patent includes both apparatus limitations (*e.g.*, a "location server") and steps requiring the performance of an action (*e.g.*, "programming logic … to return one of a location message or a redirect message").

- Claim 6 of the '978 patent includes both apparatus limitations (*e.g.*, a "location server") and steps requiring the performance of an action (*e.g.*, "is maintained in an indexed location store indexed by a hash table").

- Claim 10 of the '978 patent includes both apparatus limitations (*e.g.*, "plurality of location servers") and steps requiring the performance of an action (*e.g.*, "programming logic … responsive to a location query … to return one of a location message … and a redirect message").

- Claim 31 of the '978 patent includes both apparatus limitations (*e.g.*, "location server") and steps requiring the performance of an action (*e.g.*, "location server operating in accordance with a transfer protocol" and "programming logic … toreturn a location message").

- Claims 1 and 2 of the '170 patent include both apparatus limitations (*e.g.*, "a data location server network comprising a plurality of data location servers") and steps requiring the performance of an action (*e.g.*, "hash function used to organize the data location information across the plurality of data location servers" and in claim 2, "hash table generated with the hash function").

- Claims 6, 8, and 12 of the '170 patent include both apparatus limitations (*e.g.*, a "location server") and steps requiring the performance of an action (*e.g.*, "programming logic is configured to return … the location message" and "redirect message" and in claim 12, "indexed by a hash table distributed across a plurality of servers").

- Claims 17, 18, and 24 of the '640 patent include both apparatus limitations (*e.g.*, "data location server network") and steps requiring the performance of an action (*e.g.*, "computer executable code configured to execute the following steps" and in claim24, "hash table distributed over the plurality of data location servers").

In addition, the Asserted Claims lack sufficient written description and are not enabled. All asserted claims with references to "hash" or "hashing" are invalid for lack of written description and lack of enablement under 35 U.S.C. § 112, because the specification does not adequately disclose or enable the hashing limitations recited in the claims. The Patents-in-Suit do not explain how to use the claimed "hash function" or "hash table," how it works, what it does, or how its output is used. For example, claim 6 of the '978 patent recites: "The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table." However, the specification neither describes nor enables location information within a location server being maintained in an indexed location store indexed by a hash table. Likewise, claims 1, 2, and 12 of the '170 patent and claim 24 of the '640 patent recite "hash function" and/or "hash table" limitations, but the specification neither describes nor enables those limitations.

In addition, each of the claim limitations characterized above as indefinite "functional claim limitations" is, in the alternative, invalid for lack of written description and lack of enablement. The claim limitations recite generic functions (*e.g.*, "based on a hash function" / "hash table," "indexing function" / "indexed," "calculate," "manipulate," "determine"). Alternatively, they recite "programming logic" or "computer executable code" that accomplishes functions, or servers that are "configured to" accomplish functions. In each case, the specifications do not describe or enable the full scope of those limitations because they do not explain *how* to accomplish those functions. As additional examples, claim 17 of the '978 patent, as well as dependent claims 23, 24, and 30, are invalid for lack of written description and lack of enablement. The specification does not describe or enable the full scope of the claim terms "performance criterion," "predetermined performance limit," and "monitoring the performance

criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit." Additionally, claim 6 of the '170 patent, as well as dependent claims 8 and 12, are not described or enabled because the '170 patent does not disclose how to configure programming logic to return both a location message and a redirect message in response to a location query.

~~AWS~~Amazon reserves the right to make additional arguments under 35 U.S.C. § 112 as the positions that Kove takes with regard to priority, infringement, claim interpretation of various terms that have been construed by the Court or terms that have not been construed by the Court, and responses to ~~AWS~~Amazon's invalidity arguments, become more clearly articulated or are modified and as Kove attempts to support its positions with specific reference to disclosures in its patents.

## VII.    INVALIDITY OF PATENTS-IN-SUIT BASED ON 35 U.S.C. § 101

Each of the Asserted Claims is invalid as unpatentable subject matter under 35 U.S.C. § 101. The claims of the Asserted Patents recite abstract data-manipulation steps, such as "receiving" or "storing" information, on generic computer components, as described in detail in the briefing on the ~~AWS~~Amazon motion to dismiss, which is incorporated herein by reference. (*See* Dkt.38, 45.)  The logic of this § 101 argument applies to all Asserted Claims.

Additionally, ~~AWS~~Amazon contends that claims of the '978 patent are unpatentable under the doctrine of obviousness-type double patenting. For example, the asserted claims of the '978 patent are invalid in view of the '170 patent, because the '978 patent claims are not patentably distinct from the '170 patent.  As Kove admits, for example, claims of the '978 patent "recites substantially the same claimed architecture as claim 1 of the '170 patent… ."  (Dkt. 44 at 10.) Any claim limitations added to the '978 patent claims are simply obvious variants.

Likewise, theasserted claims of the '978 patent are invalid in view of the '640 patent because the '978 patent claims are not patentably distinct from the '640 patent. (*See id.*) Further, Kove alleges that the '978 patent claims are entitled to priority to the same application as the '170 and '640 patents, and, under this view of the claims, everything claimed in the '978 patent is necessarily disclosed in, and not patentably distinct from, each of the prior applications in the '978 patent priority chain. ~~AWS~~Amazon also incorporates by reference its Motion for Judgment on the Pleadings (Dkt. 131- 132, 156, 162).

Further, in response to ~~AWS~~Amazon's Motion for Judgment on the Pleadings, Kove has taken theposition that claim construction may reveal distinctions between the claims of the '978 patent and the claims of the '640 and '170 patents. To the extent such distinctions exist, ~~AWS~~Amazon reserves the right to argue that the claims of the '978 patent are invalid for obviousness-type double patenting in view of the claims of the '640 and '170 patent, when viewed in light of the prior art references and combinations disclosed above with respect to the '978 patent.

For example, claims 1, 3, 6, 10, 14, and 31 of the '978 patent are invalid for obviousness-type double patenting in view of the '640 patent and '170 patent, further in view of the prior art references and combinations identified as anticipation and obviousness references for those claims. As a non-limiting example, claims 1, 3, 6, 10, 14, and 31 of the '978 patent are invalid for obviousness-type double patenting in view of the '640 patent and '170 patent, further in view of DNS.

Likewise, claims 17, 23, and 30 of the '978 patent are invalid for obviousness-type double patenting in view of the '640 patent and '170 patent, further in view of the prior art references and combinations identified as anticipation and obviousness references for those

claims. As a non-limiting example, claims 17, 23, and 30 of the '978 patent are invalid for obviousness-type double patenting in view of the '640 patent and '170 patent, further in view of Neimat and/or DNS. Likewise, claim 24 of the '978 patent is invalid for obviousness-type double patenting in view of the '640 patent and '170 patent, further in view of the prior art references and combinations identified as anticipation and obviousness references for that claim. As a non-limiting example, claim 24 of the '978 patent is invalid for obviousness-type double patenting in view of the '640 patent and '170 patent, further in view of DNS and/or Neimat and/or Venkatasubramanian.

## VIII.   UNENFORCEABILITY CONTENTIONS AGAINST PATENTS-IN-SUIT

~~AWS~~Amazon incorporates by reference its Answer, Additional Defenses, and Counterclaims (Dkt. 129), which includes its unenforceability defenses and counterclaims. ~~AWS~~Amazon reserves the right to disclose additional contentions of unenforceability for the Patents-in-Suit if ~~AWS~~Amazon discovers additional facts giving rise to additional unenforceability defenses. ~~AWS~~Amazon's investigation of Kove's actions concerning the prosecution of the Patents-in-Suit and knowledgeof the prior art is ongoing. For example, ~~AWS~~Amazon will seek the Rule 30(b)(6) corporate representative deposition of Kove regarding the prosecution of the asserted patents and knowledge of the prior art.

## IX.   DOCUMENT PRODUCTION

Pursuant to LPR 2.1(b)(2), Defendants have previously produced documents bearing Bates numbers AMZ_KOVE_000017145 - AMZ_KOVE_000017175, AMZ_KOVE_000044829 - AMZ_KOVE_000044859, AMZ_KOVE_000044908 - AMZ_KOVE_000044943, AMZ_KOVE_000044970 - AMZ_KOVE_000044982, AMZ_KOVE_000045035 - AMZ_KOVE_000045069, AMZ_KOVE_000061911 - AMZ_KOVE_000062127,

AMZ_KOVE_000062299 - AMZ_KOVE_000062367, AMZ_KOVE_000062395 -

AMZ_KOVE_000062662, AMZ_KOVE_000070463 - AMZ_KOVE_000070530,

AMZ_KOVE_000075810 - AMZ_KOVE_000076531, AMZ_KOVE_000078678 -

AMZ_KOVE_000078694, AMZ_KOVE_000080051 - AMZ_KOVE_000081655,

AMZ_KOVE_000528877 - AMZ_KOVE_000530223 related to

prior art identified in these contentions.

Dated: March 23, 2023March 1, 2023February 26, 2023     Respectfully submitted,

*/s/ Jeffrey M. Saltman*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth FloorSuite 400
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above document was

served on all counsel of record via email on March 23, 2023~~March 1, 2023~~~~February 26, 2023~~.


Dated: March 23, 2023~~March 1, 2023~~~~February 26, 2023~~          */s/ Jeffrey M. Saltman*          

                                                                    Jeffrey M. Saltman

**Exhibit 1A: Invalidity Claim Chart Against U.S. Patent No. 7,814,170 in View of OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff**

Amazon asserts that U.S. Patent No. 7,814,170 ("the '170 patent") claims 1, 2, 6, 8, 12, and 15, are rendered obvious by OracleNamesAdminGuide alone or in combination with OracleUnleashed, Steen, and/or Wolff. OracleNamesAdminGuide, OracleUnleashed, and Steen each qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because they were all publicly available before the earliest possible priority date of July 8, 1998 and more than a year before Kove's October 28, 1999 claimed priority date for the '170 patent. Wolff is prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it has a filing date of April 15, 1998, as a continuation in part of App. No. 08/905,307 filed August 1, 1997, with priority to provisional applications filed March 6, 1998 (App. No. 60/077,146) and August 2, 1996 (App. No. 60/023,218). The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and Amazon reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

This claim chart reflects the additional requirements for the claims based on Kove's statements in reexamination and are consistent with Amazon's proposed constructions reflecting those statements. *See* Dkt. 539. Specifically, based on Kove's statements and Amazon's proposed constructions, claims 1, 2, 6, 8, 9, 12, and 15 also require that the location servers be organized in a non-hierarchical cluster structure, that each location server be able to respond to any location request with either the location of the data or the location of a server known to contain the requested location data without an intervening traversal, and that each request must be resolved in two or fewer traversals. As described below, OracleNamesAdminGuide alone or in combination with Steen or OracleUnleashed renders obvious each claim regardless of Kove's arguments based on additional limitations.

Furthermore, the following list includes examples of specifically where certain '170 patent claim elements are found in each reference.

**OracleNamesAdminGuide & OracleUnleashed:**
- Client:                          client appliances
- Identifier:                     service name
- Location information:   connection description
                    (host name, port, and database instance)
- Location server:            Names Server
- Data repository:           database
- Hash function:             hash function

**Steen:**
- Client:                          client
- Identifier:                     object name
- Location information: object tag & contact addresses
- Location server:            directory nodes
- Data repository:           database
- Hash function:             hashing based methods

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| **[1.Preamble] A system for managing data stored in a distributed network, the system comprising:** | To the extent any preamble is limiting, OracleNamesAdminGuide discloses an Oracle database system for managing data stored in a distributed network and method of using the same. As shown below in Figure 2-1, OracleNamesAdminGuide teaches an Oracle database system having multiple Oracle Names Servers for retrieving location information for data stored in a distributed network. For instance, OracleNamesAdminGuide describes an Oracle7 system that provides user access to a distributed database network. OracleNamesAdminGuide teaches the system components include SQL*Net functionalities that allow users to request data that is located in the system using Names Servers in a flat, non-hierarchical configuration.[1]<br><br><br>OracleNamesAdminGuide Fig. 2-1<br><br>Further, OracleNamesAdminGuide teaches that its system receives a client's query for location information associated with a network-service-name-alias (i.e., identifier string). A POSITA would have understood that |

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | OracleNamesAdminGuide's connection descriptor is "location information" because each descriptor pertains to a location of data and identifies that location using the host name, port, and database instance: |
| | Oracle Names product … makes network address and database link information in an enterprise-wide distributed database network available to all nodes throughout the network.[2] |
| | [A]ddress [is a] unique network location used to identify a network object such as a database service, client, Interchange, or Names Server. TNS addresses have a specific format. Addresses must be unique.[3] |
| | [C]onnect descriptor [is a] specially formatted description of the destination for a network connection. Connect descriptors are constructed using a set of keywords and values. They are mapped to *service names* to provide more convenient reference.[4] |
| | As OracleNamesAdminGuide explains, a database instance is a virtual collection of data where a server may store multiple database instances and the network may connect to multiple servers storing database instances. A POSITA would have understood that the database server will store multiple databases where each server connects to OracleNamesAdminGuide's network. |
| | OracleNamesAdminGuide teaches a system that uses a non-hierarchical "flat naming model."[5] The below illustration shows how OracleNamesAdminGuide's non-hierarchical configuration mirrors Kove's statements that the '170 Patent requires a non-hierarchical configuration. In each of these non-hierarchical configurations, the network is flat, resulting in a client being able to send a query to any location server in the network. Each of these non-hierarchical configurations doesn't have a local region and doesn't require a location query to travel up or down a network "tree" to reach a root server.[6] |

---

[2] OracleNamesAdminGuide at 5.

[3] *Id.* at 199.

[4] *Id.* at 200 (emphasis in original); *see also id.* at 129 (BONES.DEM.MEDICINE identifier example that includes host name, port, and database instance). A POSITA would have understood that a "host name" may include a direct IP address or a host name that uses DNS to obtain an IP address.

[5] OracleNamesAdminGuide at 40-41.

[6] *Compare* OracleNamesAdminGuide at 45 & 52 *with* 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 22-23.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| |  |
| | OracleNamesAdminGuide specifies that this system is non-hierarchical because "[a]ll names are unique within a single domain—the WORLD domain. The WORLD domain is predefined in the Oracle Network Manager for customers choosing a flat naming model."[7] And OracleNamesAdminGuide details that its flat non-hierarchical configuration is different from a hierarchical configuration for large-scale applications of more than 100 services.[8] Below, OracleNamesAdminGuide's Figure 3-8 illustrates how a system having the "flat" non-hierarchical configuration differs from other systems having a hierarchical configuration.[9] POSITAs using real-world Oracle7 systems employed OracleNamesAdminGuide's non-hierarchical configuration because such systems typically involved less than 100 services.[10] |

[7] OracleNamesAdminGuide at 40.
[8] OracleNamesAdminGuide at 40-41.
[9] OracleNamesAdminGuide at 44-45.
[10] OracleNamesAdminGuide at 40-41.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| |  Figure 3 – 8 Two Centralized Administration Alternatives<br><br>Further, OracleNamesAdminGuide's non-hierarchical configuration meets the purported requirements for the "redirect messages" limitations. As shown above in Figure 3-8, OracleNamesAdminGuide's non-hierarchical system has an upper Names Server and a lower Names Server that cumulatively store all the location strings known in the system. When the upper Names Server receives a client's query but lacks the location string to answer that query, OracleNamesAdminGuide teaches the upper Names Server transmits a message to the client where the message |

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | includes in the address of the lower Names Server housing the location string. The client uses that address to calculate the location of the lower Names Server, then the client sends its data location request to the lower Names Server.[11]

A POSITA would understand that a similar scenario transpires when the lower Names Server receives a client's query but lacks the location string to answer that query. This results in the lower Names Server transmitting a message to the client containing the address of the upper Names Server housing the location string. The client uses that address to calculate the location of the upper Names Server, then the client sends its data location request to the upper Names Server.[12]

As shown above in Figure 3-8, OracleNamesAdminGuide teaches an embodiment with a non-hierarchical system having just two Names Servers. In the embodiment with two Names Servers, a POSITA would understand that the first queried Names Server will return address information that the client uses to determine the second Names Server that contains the sought-after location string.[13] Thus, if the first Names Server doesn't have the location string for client's query, the first Names Server will always transmit a redirect messages to the client having information to calculate the location of the second Names Server containing the location string.

Further, even if a POSITA wouldn't have understood this from OracleNamesAdminGuide alone, it would have been obvious based on Steen's teachings. Steen describes a location service in a system for "locating mobile objects in a worldwide system":

*Locating mobile objects* in a worldwide system requires a scalable location service. An object can be a telephone or a note-book computer, but also a software or data object, such as a file or an electronic document. Our service strictly separates an object's name from the addresses where it can be contacted. This is done by introducing a location-independent object handle. An object's name is bound to its unique object handle, which, in turn, is mapped to the addresses where the object can be contacted. To locate an object, we need only its object handle. We present a scalable location service based on a |

---

[11] *See* OracleNamesAdminGuide at 137.

[12] *See* OracleNamesAdminGuide at 137.

[13] *See* OracleNamesAdminGuide at 44-45, 137.

| U.S. Patent No. 7,814,170 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | worldwide distributed search tree that adapts dynamically to an object's migration pattern to optimize lookups and updates.[14]<br><br>Steen explains that, in distributed systems, there can be multiple instances of the same data or service:<br>    In distributed systems, this way of locating a service is also known as anycasting: *a client requires a particular service, but is really not interested in which server will handle the request*. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is then subsequently resolved to the address of *any server that can handle the request*.[15]<br><br>A POSITA would have appreciated that Steen's principle of "anycasting" allows for faster resolution of clients' requests because multiple servers can resolve any given query. As a result, a POSITA would have been motivated by OracleNamesAdminGuide's goal of "lightning fast" resolution to incorporate anycasting to its data storage. This would have resulted in multiple data repositories where each server connects to OracleNamesAdminGuide's Names Service (i.e., location server network).<br><br>Accordingly, Steen discloses or render obvious the claim preambles.<br><br>Based on the above teachings, OracleNamesAdminGuide discloses or renders obvious in light of Steen the preambles' system for managing data stored in a distributed network. |
| [1.a(i)] a data repository configured to store a data entity, | OracleNamesAdminGuide discloses this claim element or renders it obvious alone or in view of OracleUnleashed and Steen. OracleNamesAdminGuide teaches that its system includes a plurality of data repositories in the form of databases that store data. For instance, OracleNamesAdminGuide states that its system includes multiple databases storing data: "[A] network using the Oracle Names Service consists of … one or more Oracle Names Servers [and] |

---

[14] Steen at Abstract.

[15] Steen at 105.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | one or more databases."[16] And OracleNamesAdminGuide details that its system's databases store data objects: "For a given network, all of these objects are stored together in the Network Manager network definition database."[17] Further, OracleNamesAdminGuide explains that its system connects each database together in the network: "A global database link is a link that connects *each database in a network to all other databases*. This link is created automatically by the Network Manager for use with Oracle Names. Each global database link created by Network Manager connects you to every other database server in the network."[18] In the example shown below in Figure 3-12, OracleNamesAdminGuide describes its system connecting two data repositories (e.g., databases TOM.WORLD within one server and JERRY.WORLD within another server).[19] |

---

[16] OracleNamesAdminGuide at 32; *see also id.* at 28 ("Oracle Names 1.0 required administrators to enter the names and addresses of all databases in the network into Oracle Network Manager. Network Manager then created a network definition which it *stored in a database*.").

[17] OracleNamesAdminGuide at 51; *id.* at 35 ("… Oracle Names 2.0 architecture is designed to function on most SQL*Net networks composed of clients and databases.").

[18] OracleNamesAdminGuide at 99.

[19] OracleNamesAdminGuide at 53-54.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| |  Figure 3 – 12 Distributed Database Connection |
| | To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose "a plurality of data repositories configured to store data," a POSITA would have found this limitation obvious. OracleNamesAdminGuide teaches the Oracle Names location service assists in location management. OracleUnleashed and Steen both teach the use of a location service, like OracleNamesAdminGuide's Names location service, to manage data stored in multiple repositories.

Specifically, Steen provides that a location service to manage stored objects, including data files: |

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | Locating mobile objects in a worldwide system requires a scalable location service. An object can be a telephone or a note-book computer, but also a software or data object, such as a file or an electronic document.[20]<br><br>If Kove argues that Steen doesn't disclose a data repository, it would have been obvious to a POSITA that Steen's system stores the data object somewhere. Further, it would have been obvious that Steen teaches or renders obvious a plurality of data repositories, because if Steen's system had only one repository, the system would have no need for location services because managing the locations would be simple. Further, even if it did not require a plurality of data repositories to begin with, Steen describes its location service as "scalable," e.g., expanding.[21] Thus, even if there were only one data repository originally, Steen provides for additional data repositories to be added moving forward upon scaling the system.<br><br>OracleUnleashed also provides for using a location service, like Oracle Names, to manage data on a plurality of data repositories. The Oracle product was designed to store massive quantities of data across multiple servers and databases:<br><br>SQL*Net has a Names Server to resolve names to locations. This method makes it very easy to move Oracle servers and data-bases with no impact on the end-user community. The Net8 Name Services has the ability to cache names at the client for much faster resolution, and the various listeners and connection managers register as available with Names Services.[22]<br><br>A POSITA would have understood the servers and databases to be "data repositories" in OracleUnleashed's system because they are locations to store data. Based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, and Steen disclose or render obvious claim element 1.a(i)'s data repository configured to store a data entity. |
| **[1.a(ii)]** wherein an identifier string | Consistent with the Joint Construction Chart, Amazon and Kove construe a "identifier string" as "a unique encoding that identifies an individual entity, and with which zero or more location strings are associated in a location server."[23] |

---

[20] Steen at Abstract.

[21] *E.g.*, Steen at Abstract, 107.

[22] OracleUnleashed at 220.

[23] Joint Claim Construction Chart (Updated) (Dkt. No. 382) at 6.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| identifies the data entity; and | OracleNamesAdminGuide discloses or alone renders obvious the data being associated with a respective identifier string. OracleNamesAdminGuide teaches that each data entity is located at a network address associated with a network-service-name-alias, which is an identifier string. OracleNamesAdminGuide uses a network-service-name-alias as an identifier string to easily refer to desired data entities on the distributed database network and to obtain connection information from the Names Server. OracleNamesAdminGuide explains that using such aliases allow customers to request data entities from databases using a simple name rather than a lengthy network location address:<br><br>    Oracle Names makes network address and database link information available to all nodes throughout the network. *Each database server's network address is stored with a name that is used to identify it. Client applications can then request a database connection with a simple name rather than a lengthy address.*"[24]<br><br>    [A]liases [are] so that users can connect to a database or use a database link by using a simple name instead of having to specify the global database name or global database link name (that is, the fully–qualified name).[25]<br><br>A POSITA would have understood OracleNamesAdminGuide's network-service-name-alias refers to the alias that the system uses on the client-side of a client-server connection. A POSITA would have understood that Oracle literature uses "alias" in other contexts, such as server-side aliases and object aliases. Because those other types of aliases are different and distinct from aliases used on the client-side of an Oracle7 system, this chart refers to client-side identifiers as network-service-name-aliases.<br><br>Further, OracleNamesAdminGuide explains that each data entity is associated with a respective identifier string in each data repository (e.g., a database server). For instance, OracleNamesAdminGuide specifies each data entity is associated with a network-service-name-alias, connect string, and database service name:<br><br>    An Oracle Names Server stores names and addresses for network services such as databases or MultiProtocol Interchanges, database link definitions, and object aliases.<br>    The Names Server stores the following types of objects, which are described below:<br>    • *database service names—The service name is the global database name that is mapped to the SQL\*Net connect descriptor.* The combination of a listener address and connect data make up a connect |

---

[24] OracleNamesAdminGuide at 20.
[25] OracleNamesAdminGuide at 101.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | descriptor that locates a database service. Gateways to non–Oracle databases and Oracle RDB databases are also stored.<br>• database links—Global database links are automatically created to each defined database from all database servers in the network. These links are made available to all users.<br>• *aliases—You can assign service name aliases as alternate names for any defined database service or database link. Service name aliases are resolved as if they were the original object.*<br>• V1 connect strings—A V1 *connect string can be mapped to a service name in the Oracle Names database. The service name you enter acts as an alias for the SQL\*Net V1 connect string,* making it easy to access a server in a network that still uses SQL\*Net V1.[26]<br><br>Thus, a POSITA would have understood that each network-service-name-alias is the claimed "identifier string" because it is a unique encoding that identifies an entity and that is associated with a connection descriptor (i.e., location information) in a Names Server.<br><br>Further, a POSITA would have understood that each identifier string in OracleNamesAdminGuide's system is associated with a data entity, and not simply a data repository (e.g., a database server). As discussed above, each OracleNamesAdminGuide's database server is a physical device that houses multiple virtual database instances. In Reexamination Control No. 90/019,034 toward the related '978 Patent, the Examiner noted that Kove's assertion that OracleNamesAdminGuide "does not teach an identifier that uniquely identifies a single entity is not factual."[27] The Examiner stated that, in the OracleNamesAdminGuide embodiment shown in Figure 3-5, the system has one domain that contains all identifier strings (e.g., names) where each string uniquely identifies a single entity (e.g., object). In support, the Examiner included the figure and its accompanying quote: "All names in the WORLD domain must be unique. The Network Manager has a validation feature that ensures that all names you enter are unique."[28]<br><br>To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose "the data is associated with a respective identifier string in each data repository," a POSITA would have found obvious this limitation. |

---

[26] *See* OracleNamesAdminGuide at 23.
[27] 10/27/2022 Final Office Action in Reexamination Control Number 90/019,034 at 21.
[28] *Id.* at 17 (citing and quoting OracleNamesAdminGuide at 40-41).

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | OracleNamesAdminGuide teaches using identifier strings to identify location on a network. A POSITA would have appreciated that the network would include data repositories. And a POSITA would have understood that all data entities stored on the data repositories are associated with respective identifier strings, and that the identifier strings are all stored collectively in the location server network.<br><br>OracleNamesAdminGuide and OracleUnleashed render obvious the data being associated with a respective identifier string. OracleNamesAdminGuide and OracleUnleashed render obvious this claim element. Based on OracleUnleashed's teachings, a POSITA would have been motivated and found it obvious to have OracleNamesAdminGuide's system associate each data repository's data with a respective identifier string. OracleUnleashed explains that SQL*Net, which OracleNamesAdminGuide utilizes, makes it easier for users to connect to various databases and find their data, which is advantageous because "[y]our users do not want to write complex queries."[29] A POSITA would have understood that associating respective identifier strings with data improves the users' experience and to ease the ability to find desired data since that is one of the objectives of an Oracle DBA. The benefits of associating data with a respective identifier string are directly perceived by the end user, and a DBA would have been motivated to simplify the users' experience in this manner.<br><br>Thus, a POSITA would have found it obvious to have each of OracleNamesAdminGuide's data repositories' data be associated with a respective identifier string for use in optimizing query efficiency, based on OracleUnleashed's teachings.[30] During the relevant timeframe, Oracle DBAs were often asked to help improve query efficiency, as OracleUnleashed details:<br><br>It seems pretty obvious that a search method that works well for one of these types of queries is probably not the best method for the others. In fact, Oracle and most other databases have a number of search algorithms in their systems that are designed to handle different needs. This is what enables them to work in such a large number of environments and applications. When an application is performing slowly on a well-tuned database, the first thing you should **check is how the query is being processed to ensure that it is as efficient as it can be.**[31] |

---

[29] *See* OracleUnleashed at 255.
[30] *See* OracleUnleashed at 452.
[31] OracleUnleashed at 652.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | Based on the commonplace need for efficiency in running queries, a POSITA would have been motivated to associate a respective identifier string with data because this allows OracleNamesAdminGuide's Names Server to quickly return one or more locations associated with the identifier string to the query requestor with minimized cost.[32] |
| | Further, Steen teaches the use of an "object name" that is "well known to its users."[33] Steen explains that, in distributed systems, users need names that are separated from locations: "What is needed is a naming facility that hides all aspects of an object's location. Users should not be concerned where an object is located or whether it can move."[34] Steen explains that the user uses this "object name" to identify the desired service and obtain the object handle: "A client has the service's name resolved to the object handle."[35] Steen explains that this object-name approach simplifies the resolution process for users: "Our approach allows an object to update its contact addresses independent of how users have named the object."[36] |
| | Based on the above teachings, OracleNamesAdminGuide, Steen, and OracleUnleashed disclose or render obvious claim element 1.a(ii)'s identifier string that identifies that data entity. |
| **[1.b]** a data location server network comprising a plurality of data location servers, | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below.<br><br>As shown below in Figure 2-1, OracleNamesAdminGuide explains that its system includes a network of Names Servers.[37] A POSITA would have understood that these Names Servers are the claimed "location servers." Kove has asserted a "location server" is "a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to location request messages from clients." |

[32] *See* OracleUnleashed at 452.

[33] Steen at 104.

[34] Steen at 105.

[35] Steen at 105.

[36] Steen at 105.

[37] Joint Claim Construction Chart (Updated) (Dkt. No. 382) at 4.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| |  OracleNamesAdminGuide Fig. 2-1 |
| | A POSITA would have understood that OracleNamesAdminGuide's Names Server is a "location server" because it is a network-attached server that maintains data location mappings to service client requests. For instance, OracleNamesAdminGuide states that each Names Server attaches to the network and maps data locations to objects that clients may request:<br><br>Oracle Names makes network address and database link information available to all nodes throughout the network. *Each database server's network address is stored with a name that is used to identify it. Client applications can then request a database connection with a simple name rather than a lengthy address.*[38] |

---

[38] OracleNamesAdminGuide at 20.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | *The Names Server has a single purpose: to resolve, or assist in resolving, a client-initiated name request.* It interprets the request, then looks up the name in its cache, or it calls a Names Server in another region. The response or error conditions are passed back to the client. [39]<br><br>And as shown below in Figure 2-2, each Names Server connects to a client and includes a processor and a cache memory for resolving location queries from clients.[40] OracleNamesAdminGuide explains that the "user and application developer are exposed only to the name of a network object. No knowledge of the connection path is required…. When making a connection, the client specifies the name of a destination and Oracle Names provides the address."[41]<br><br><br>OracleNamesAdminGuide Fig. 2-2<br><br>Further, OracleNamesAdminGuide discloses that its system has at least two Names Servers on the network for fault tolerance and load balancing: "Oracle recommends that each administrative region should have at least two Names Servers. If one Names Server is unavailable, clients will automatically forward requests to the other…. There is also |

---

[39] OracleNamesAdminGuide at 5; OracleNamesAdminGuide at 32 ("We recommend that you set up at least two Names Servers for fault tolerance."), 36 (explaining that each region has "one or more Oracle Names Servers").
[40] OracleNamesAdminGuide at 32-33.
[41] OracleNamesAdminGuide at 22.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | an issue of network loading, or load balancing. Although any given Names Server is only engaged for a short period of time when a client initiates a connection, the goal is to keep name resolutions lightning fast.… [L]oad balancing across multiple Names Servers can increase system performance."[42]<br><br>Regarding the claimed "processor" and "programming logic," OracleNamesAdminGuide explains that each Names Server includes a processor and memory.[43] A POSITA would have understood that, for this processor to function, the memory contains programming logic to execute steps.<br><br>Further, OracleNamesAdminGuide teaches that each Names Server loads and executes software to preform steps in response to a data location request: "At startup, the Names Server reads its configuration files to set up its operating parameters, then loads all data for the administrative region."[44] A POSITA would have understood that each Names Server includes programming logic to read configuration files and set up operating parameters.<br><br>And OracleNamesAdminGuide discloses that each Names Servers is a resource running as software on a computer and is executable on operating systems, such as UNIX, Windows, and OS/2:<br> *An Oracle Names Server is portable software that runs on a variety of computer platforms*…. In general, Oracle Names runs on:<br>• A variety of UNIX and VAX/VMS minicomputers and workstations.<br>• Intel-based computers (PCs) running operating systems such as OS/2, NetWare, Windows NT, and UNIX.<br>The computer does not have to be dedicated as an Oracle Names Server. In fact, Oracle Names typically requires relatively little CPU and memory to function. |

---

[42] OracleNamesAdminGuide at 60.

[43] OracleNamesAdminGuide at 32-33.

[44] *See* OracleNamesAdminGuide at 160; *id.* at 104 ("The STARTUP command loads the Names Server into memory and tells it to begin executing. At startup, the Names Server loads its configuration, loads its data, then becomes available to answer requests…. The SHUTDOWN command stops the execution of a Names Server. The program stops executing, and releases any machine resources being used.").

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | Your choice of computer to use as a Names Server should be based on … [s]oftware availability— While Oracle Names runs on many operating systems, it does not run on all. *As a shared resource, Oracle Names only needs to be on one type of operating system to serve all clients and servers*. It does not have to be available on all of the operating systems you use…." [45]<br><br>A POSITA would have understood that the computer acting as the Names Server contains programming logic to execute steps.<br><br>OracleNamesAdminGuide provides an example command NAMESCTL for each Names Server that results in operations executing on the computer: "NAMESCTL is loaded and *all operations are executed within it*…. You can also execute most commands from the operating system command line by running the NAMESCTL program with a complete command as a parameter to the program. In this case, NAMESCTL *will load and execute the command*, then return the operating system prompt."[46]<br><br>Further, OracleUnleashed and/or Steen teaches it would have been obvious to have OracleNamesAdminGuide's system include a plurality of location servers. For instance, as illustrated below in Figure 19.4, OracleUnleashed describes the benefits of partitioning a dataset into "smaller, easier-to-manage pieces":<br><br>A new feature of Oracle8 is that of partitioning. Partitioning enhances Oracle's support for very large databases as **partitioning breaks tables and indexes into smaller, easier-to-manage pieces,** storing these pieces at the tablespace level. Partitioned tables/indexes are nothing more than a logical collection of tablespaces (see Figure 19.4).<br><br>***Partitioning greatly enhances database performance. This performance can be monitored and adjusted*** in a variety of manors. Read/write activity can be load-balanced among the disk drives/disk arrays. The Oracle optimizer recognizes partitions and can select from partitions that contain the data being selected. The Oracle Parallel Server can divide work based on the number of partitions.<br><br>Availability is higher, backups are easier, and recovery is shorter. High availability is the single goal of most computer systems. Recovery and time to recover are always an issue. Downtime for maintenance |

---

[45] OracleNamesAdminGuide at 62-63.
[46] OracleNamesAdminGuide at 116.

or backups is not possible with some applications. Machine failures are inevitable. Partitions can be backed up online, individually, and only the ones that have changes. This makes the backup/recovery process much quicker. If recovery is needed, the other partitions not affected are still available online.

Administration and tuning is much easier. ***Oracle8 partitioning has many features that make partitions easy to create, move, split, and so on.*** One can even swap in an existing non-partitioned table structure and data to an existing table partition. Tuning is enhanced with additional indexing features available.[47]



FIGURE 19.4.
Oracle tablespace layout example.

A POSITA would have been motivated by OracleUnleashed's descriptions of the performance benefits of partitioning to apply its teachings to any of OracleNamesAdminGuide's underperforming Names Servers. A POSITA would have

---

[47] OracleUnleashed at 424-25.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | had a reasonable expectation of success because both OracleUnleashed and OracleNamesAdminGuide describe the same product lines and are intended to be used in conjunction with each other.<br><br>Further, Steen describes a two-level system for managing and locating an object's contact addresses. In the first level, Steen describes using a directory system for resolving an object name to an "object handle." The object handle includes location information for a contact record.[48] Thus, in the first level, Steen describes a data location server network that resolves "object names" (i.e., the claimed "identifiers") to object handles (i.e., the claimed "location information"). Accordingly, Steen's first level constitutes a data location server network comprising a plurality of data location servers. Then, in the second level, Steen teaches that the user uses the location information (i.e., object handle) to obtain object addresses from the contact record.<br><br>Further, Steen teaches using a plurality of servers to provide services. Steen provides the exemplary description of *anycasting* to show how multiple servers provide services like the disclosed location service.<br><br>    In distributed systems, this way of locating a service is also known as anycasting: a client requires a particular service, but is really not interested in which server will handle the request. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is then subsequently resolved to the address of any server that can handle the request.[49]<br><br>To manage the first level of the system, Steen discloses the use of "directory nodes," which correspond to the claimed "location servers." As shown below in Figure 2, Steen's system includes a directory node Dir(R), for resolving object names to object handles, e.g., location information for addresses. |

---

[48] Steen at 105.

[49] Steen at 105.

| U.S. Patent No. 7,814,170 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | 
**Figure 2.** *The logical organization of the location service as a virtual search tree.*

Steen describes that, in systems with multiple regions, there may be multiple directory nodes, e.g., location servers:

> In our model for tracking objects, we assume hierarchical decomposition of a (worldwide) network into regions. This decomposition is relevant only to the location service. With each region we associate a directory node capable of storing addresses that lie within that region. This leads to a logical tree-based organization, as shown in Fig. 2. [50]

Steen teaches that the system assumes addresses be location-dependent, i.e., the region in which an address lies is encoded in the address itself:

> The location service normally stores new addresses at the leaf node representing the region in which the address lies. For each new object, it constructs a path of forwarding pointers from the root to each leaf node where an address is stored. Addresses and forwarding pointers are stored in contact records. An implication of this design is that in the worst case it is always possible to locate every object by |

---

[50] Steen at 105.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | following the chain of pointers from the root node. In practice, we can do much better than this, as described later.[51] |
| | Further, Steen also describes that dir(R) may be partitioned into multiple subnodes, as shown below in Figure 6: In particular, higher-level directory nodes not only have to handle a relatively large number of requests, they also have enormous storage demands. Our solution is to partition a directory node into one or more directory subnodes such that each subnode is responsible for a subset of the records originally stored at the directory node.[52] |
| |  ■ **Figure 6.** *A search tree and a corresponding logical tree after partitioning the directory nodes into subnodes.* |
| | For a partitioned dir(R), Steen teaches its system configures each subnode to function as its own server and contains its own subset of location information.[53] For those reasons, a POSITA would understand that each subnode is a location server containing location information. |

---

[51] Steen at 105.

[52] Steen at 107-08.

[53] Steen at 107-08.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| |  Steen Figure 6 Annotated |
| | Thus, Steen discloses a system of flat location servers which each contain a portion of a total dataset of location information.

A POSITA would have understood that Steen's partitioned group of location servers organized in a non-hierarchical configuration results in each server containing a subset of the data location information originally stored on the first location server. Further, a POSITA would have been motivated to adopt Steen's partitioning approach for grouping OracleNamesAdminGuide's Names Servers to maintain "lightning fast" resolutions to data queries. Thus, applying either (1) OracleUnleashed's teachings toward partitioning servers and datasets or (2) Steen's teachings toward partitioning a location server into a group of servers to OracleNamesAdminGuide's Names Servers would have rendered obvious that the data location server network has a plurality of data location servers.

Based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, and Steen disclose or render obvious claim element 1.b's data location server network comprising a plurality of data location servers. |

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| **[1.c]** wherein data location information for a plurality of data entities is stored in the data location server network, | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below.<br><br>Claim element 1.c is substantially similar to claim elements 1.b. As shown above regarding the preambles, OracleNamesAdminGuide's connection description is "location information" because each connection description includes information—such as the host name, port, and database instance—that pertains to the location of data in the network.[54] In the BONES.DEM.MEDICINE example, OracleNamesAdminGuide teaches the location information includes the host cowboy, port 1522, database rodeo, connection type TCP that pertains to the location of data associated with the BONES.DEM.MEDICINE alias.[55]<br><br>Further, Steen provides that its system receives requests from users for data and that the data location servers handle those requests:<br><br>    In distributed systems, this way of locating a service is also known as anycasting: a client requires a particular service, but is really not interested in which server will handle the request. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is then subsequently resolved to the address of any server that can handle the request.[56]<br><br>A POSITA would have appreciated that, when a user needs information, the user makes a data query on its device in Steen's system. A POSITA would further understand that the device would go to the directory server for location information (i.e., query a location server).[57]<br><br>Based on the above teachings, OracleNamesAdminGuide discloses or renders obvious claim element 1.d's storing and retrieving data location information for a plurality of data entities in the data location server network of Names Servers. |
| **[1.d]** at least one of the | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below. |

---

[54] OracleNamesAdminGuide at 23-24, 52-53, 128-29.
[55] *See* OracleNamesAdminGuide at 128-29.
[56] Steen at 105.
[57] Steen at 105.

| U.S. Patent No. 7,814,170 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| plurality of data location servers includes location information associated with the identifier string, | A POSITA would have understood that OracleNamesAdminGuide's connection descriptors are the claimed "location strings." Kove has asserted that the claimed "location strings" refers to a "location."[58] Consistent with the Court's claim construction, Amazon construes "location" as "an encoding that is a member of a set of associations with an identifier in a location server, and that specifies where data pertaining to the entity identified by the identifier is stored."[59]

OracleNamesAdminGuide discloses or renders obvious location strings associated with respective identifier strings. OracleNamesAdminGuide discloses that each Names Server (i.e., location server) contains connection descriptors (i.e., location strings) associative with respective network-service-name-aliases (i.e., identifier strings). For instance, OracleNamesAdminGuide explains that its SQL*Net uses a data entity's location information to build a "connection descriptor," also called a connect string or dbstring.[60] OracleNamesAdminGuide teaches that its connection descriptor is a "specially formatted description of the destination for a network connection. Connect descriptors are constructed using a set of keywords and values. They are mapped to *service names* to provide more convenient reference."[61] And OracleNamesAdminGuide explains that each "unique network location [is] used to identify a network object such as a database service, client, Interchange, or Names Server. TNS addresses have a specific format. Addresses must be unique."[62]

As explained above in the overview of OracleNamesAdminGuide (§III.D.1.c), a POSITA would have understood that OracleNamesAdminGuide's connection descriptors are "location strings" because each descriptor pertains to a location of data and identifies that location using the host name, port, and database instance. For instance, |

[58] *See* 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 18, 35 (Kove stating: "'Location strings' are also known as 'location' or 'data location,' which are construed as specifying where 'data pertaining to the entity' is stored.").

[59] Joint Claim Construction Chart (Updated) (Dkt. No. 382) at 6.

[60] OracleNamesAdminGuide at 23.

[61] *Id.* at 200; *see also id.* at 202 (describing that a connect descriptor may include a system identifier ("SID"), which is a "unique name for an Oracle database instance.... The SID is included in the CONNECT DATA parts of the connect descriptors in a TNSNAMES.ORA file, and in the definition of the network listener in the LISTENER.ORA file").

[62] *Id.* at 199.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | OracleNamesAdminGuide specifies that its system uses SQL*Net to map each connection descriptor to the location where each data entity is stored:<br><br>The Names Server stores the following types of objects …<br>• database service names—*The service name is the global database name that is mapped to the SQL\*Net connect descriptor.* The combination of a listener address and connect data make up a connect descriptor that locates a database service. Gateways to non–Oracle databases and Oracle RDB databases are also stored….<br>• aliases—*You can assign service name aliases as alternate names for any defined database service or database link.* Service name aliases are resolved as if they were the original object.<br>• V1 connect strings—A V1 *connect string can be mapped to a service name in the Oracle Names database.* The service name you enter acts as an alias for the SQL*Net V1 connect string, making it easy to access a server in a network that still uses SQL*Net V1.[63]<br><br>Below, OracleNamesAdminGuide's Figure 3-11 provides an example of how each Names Server (i.e., location server) includes connection descriptors (i.e., location strings) associated with respective network-service-name-aliases (i.e., identifier strings). At step 1, the client sends a data location request for POULTRY to the Names Server. Based on this request, at step 2, the Names Server identifies the connection descriptor (e.g., host name, port, and database instance) for the POULTRY.WORLD database, and sends this connection descriptor to the client. And at steps 3-4, the client receives connection descriptor from the Names Server then uses that connection descriptor to connect to the POULTRY.WORLD database.[64] |

---

[63] OracleNamesAdminGuide at 23-24.
[64] *See* OracleNamesAdminGuide at 52-53.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| |  OracleNamesAdminGuide Fig. 3-11 |

Similarly, OracleNamesAdminGuide provides another example of how each Names Server (i.e., location server) includes connection descriptors (i.e., location strings) associated with respective network-service-name-aliases (i.e., identifier strings). Here, the user of client device issues the command "QUERY BONES.DEM.MEDICINE A.SMD."[65] Like the above POULTRY example, the client sends a request for the BONES.DEM.MEDICINE data to the Names Server. The Names Server uses the identifier BONES.DEM.MEDICINE to identify the connection descriptor, and sends that connection descriptor to the client. OracleNamesAdminGuide discloses that the connection descriptor includes the host name "cowboy," port 1522, and database instance "rodeo" along with "protocol=TCP."[66] The client uses the connection descriptor to connect to the BONES.DEM.MEDICINE database.

To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose "each of the plurality of data location servers containing location strings associated with respective identifier strings," a POSITA would have found this limitation obvious. For instance, a POSITA would have found it obvious to associate OracleNamesAdminGuide's

---

[65] *See* OracleNamesAdminGuide at 128-29.
[66] *See* OracleNamesAdminGuide at 129; *see id.* at 39, 201 (describing other available transport protocols, like DECnet). The host name would be converted to an IP address using a DNS server before the connection string was compiled.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | location strings (e.g., connection descriptor) with respective identifier strings (e.g., network-service-name-alias) and to respond to queries with location messages for use in optimizing query efficiency.<br><br>Further, OracleNamesAdminGuide and OracleUnleashed render obvious locating strings associated with respective identifier strings. Accordingly, OracleNamesAdminGuide and OracleUnleashed render obvious this claim element. Before the '170 Patent, it was well known and ubiquitous for computer network systems to associate location information with identifiers. With respect to Oracle systems like those in OracleNamesAdminGuide, OracleUnleashed teaches that SQL *Net associates the data's network address to an "easy name" alternate:<br><br>    A synonym is merely a way of assigning an alias with which users can reference a table or view. This makes it easier to access tables that you do not own. When you own a table, you use its name in your SQL queries. When you want to access a table owners by an-other user, you need to specify both the owner of the table and the table name (in the owner.table_name format). When you reference tables located in a different database using SQL*Net, the format can be rather complicated. Synonyms simplify this access because you can create a simple synonym that contains the details of a complex reference string.[67]<br><br>Based on OracleUnleashed's teachings, a POSITA would have found it obvious for OracleNamesAdminGuide to associate location strings (i.e., connection descriptor) with respective identifier strings (i.e., network-service-name-alias). For instance, OracleUnleashed explains that OracleNamesAdminGuide's SQL*Net uses executable code to make it easier for users to connect to various databases and find their data:<br><br>    SQL*Net has a Names Server to resolve names to locations. This method makes it very easy to move Oracle Servers and databases with no impact on the end-user community. The Net8 Name Services has the ability to cache names at the client for much faster resolution, and the various listeners and connection managers register as available with Names Services.[68]<br><br>Indeed, before the '170 Patent, POSITAs were combining these teachings in Oracle systems in the 1990s. As OracleUnleashed explains, it should be studied in conjunction with Oracle manuals, like OracleNamesAdminGuide: |

---

[67] OracleUnleashed at 228.
[68] OracleUnleashed at 424.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | Instead, the constant reader would first study this book to gain an understanding of the many issues surrounding this Herculean task, using the expert knowledge and examples as a template when referring to specific documentation regarding the many tasks that they faced. Once the large picture has been grasped, the reader might then dive into specific Oracle manuals in order to extract useful details needed to complete the task. |
| | Using [this book] in this way, the reader will save a great deal of time. Instead of getting lost in endless reams of manuals, by first referring to this book, one can focus on the issues and hotpoints surrounding the complex tasks faced in purchasing, installing, and implementing the appropriate Oracle technology.[69] |
| | Further, OracleUnleashed specifically directs DBAs to combine its teachings with reference manuals published by Oracle Corporation—like OracleNamesAdminGuide—to fully utilize Oracle database systems and all their capabilities.[70] Beyond the traditional Oracle reference manuals, DBAs would have been expected to combine their systems with various technologies and tools as they develop to maximize functionality and effectiveness. As OracleUnleashed explains: "Technology surpasses itself each year, especially in the world of Oracle and relational database systems. New tools are constantly made available to the DBA to aid in overall job effectiveness."[71] |
| | Maintaining a working knowledge of the state of the art would be imperative for managing a distributed system, especially an Oracle system, because a POSITA would have been expected to combine the system with related technologies to improve efficiency and optimization. OracleUnleashed outlines these motivations, stating: "However, all these responsibilities revolve around the common goals of protecting the data, providing desirable functionality, and optimizing performance as much as possible."[72] |
| | For those reasons, a POSITA would have been motivated to associate identifier strings with OracleNamesAdminGuide's data and location information for use in optimizing query efficiency, based on OracleUnleashed's teachings. As described in OracleUnleashed, SQL*Net makes it easier for users to connect to various databases and find their data, which is advantageous because "[y]our users do not want to write complex |

---

[69] *See* OracleUnleashed at 30.
[70] *See id.* at 235, 527, 558, 565, 591.
[71] OracleUnleashed at 476.
[72] OracleUnleashed at 510.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | queries."[73] A POSITA would have understood that making use of location strings associated with identifier strings improves the users' experience and eases the ability to find desired data since that is one of the objectives of an Oracle DBA. The benefits of associating a location string with an identifier string are directly perceived by the end user, and a DBA would have been motivated to simplify the users' experience in this manner.<br><br>It was understood in the art that a POSITA was often asked to help improve query efficiency. During the relevant timeframe, Oracle DBAs were often asked to help improve query efficiency, as OracleUnleashed details:<br><br>    It seems pretty obvious that a search method that works well for one of these types of queries is probably not the best method for the others. In fact, Oracle and most other databases have a number of search algorithms in their systems that are designed to handle different needs. This is what enables them to work in such a large number of environments and applications. When an application is performing slowly on a well-tuned database, the first thing you should *check is how the query is being processed to ensure that it is as efficient as it can be.*[74]<br><br>Based on the commonplace need for efficiency in running queries, a POSITA would have been motivated to associate location strings with respective identifier strings because this allows OracleNamesAdminGuide's Names Server to quickly return one or more locations associated with the identifier string to the query requestor with minimized cost.[75] Further, this would have resulted in the effective use of SQL*Net functionality, and improve query efficiency and optimization of Oracle systems to ease users' ability to find their desired data. Based on the commonplace need for efficiency in running queries, a POSITA would have been motivated to associate the identifier string with data and location information because this allows OracleNamesAdminGuide's Names Server to contain location strings associated with respective identifier strings to service data requests with minimized cost.<br><br>Further, Steen provides that its location service resolves names to "object tags" containing location information. Steen teaches that, in the lower-level, the system uses data files called "contact records": "Addresses and forwarding |

---

[73] *Id*. at 255.

[74] OracleUnleashed at 652.

[75] *See* OracleUnleashed at 452.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | pointers are *stored in contact records*."[76] Thus, Steen's contact record constitutes stored data associated with an object. In the lower-level, the system resolves object handles to contact records. Steen teaches that the object handle doesn't rely on the addresses contained in the contact record, describing it as "location independent."[77] Rather, Steen explains that the system uses that object handle for locating stored "contact record" data: "[The] object handle may contain information that can be *used to assist in locating the object*."[78] For example, Steen describes that the object handle can include subnode identification for a given contact record: "As an example, we can use the first n bits of an object's handle to identify the subnode responsible for that object."[79] |
| | Steen illustrates the role of the object handle as location information by comparing it to a "lifetime telephone number": |
| | As an illustration, consider an officeless company whose employees are located across the country, normally working at home or visiting customers. Using our approach, we assign a lifetime location-independent telephone number to the company. This number corresponds to an object handle. A naming or directory service would maintain a mapping between the company's name and its lifetime telephone number.[80] |
| | Accordingly, Steen's object handle contains location information for finding the contact record. Thus, a POSITA would understand Steen's object handle to be the claimed location information. |
| | Further, the claim construction that Kove proposed and the district court adopted provides that location information means "information pertaining to one or more locations of data and/*or the identities of one or more location servers*."[81] To the extent Kove argues that Steen's "object handle" doesn't contain location information for the final data entity, the object handle provides information that identifies which lower level location servers contain that information. Thus, to the extent Kove asserts that the object handle isn't "information pertaining to the location of data," it's location information because it pertains to "the identities of one or more location servers." And a POSITA |

---

[76] Steen at 105.
[77] Steen at Abstract.
[78] Steen at 105.
[79] Steen at 108.
[80] Steen at 105.
[81] Joint Claim Construction Chart at 4-6.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | would understand that the lower level of Steen contains directory servers that contain addresses for the stored data. Accordingly, Steen's lower level has "one or more location servers" and the object handle identifies which lower-level servers contains the desired object location information.<br><br>Based on the above teachings, OracleNamesAdminGuide, Steen, and OracleUnleashed disclose or render obvious claim element 1.d's at least one of the plurality of data location servers includes location information associated with the identifier string. |
| **[1.e]** each one of the plurality of data location servers comprises a processor and a portion of the data location information, | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below.<br><br>OracleNamesAdminGuide explains that each Names Server includes a processor and memory.[82] A POSITA would have understood that, for this processor to function, the memory contains computer executable code to execute steps.<br><br>Further, OracleNamesAdminGuide teaches that each Names Server loads and executes software to preform steps in response to a data location request: "At startup, the Names Server reads its configuration files to set up its operating parameters, then loads all data for the administrative region."[83] A POSITA would have understood that each Names Server includes executable code to read configuration files and set up operating parameters.<br><br>And OracleNamesAdminGuide discloses that each Names Servers is a resource running as software on a computer and is executable on operating systems, such as UNIX, Windows, and OS/2:<br><br>*An Oracle Names Server is portable software that runs on a variety of computer platforms….* In general, Oracle Names runs on:<br>• A variety of UNIX and VAX/VMS minicomputers and workstations.<br>• Intel-based computers (PCs) running operating systems such as OS/2, NetWare, Windows NT, and UNIX. |

---

[82] OracleNamesAdminGuide at 32-33.
[83] *See* OracleNamesAdminGuide at 160; *id.* at 104 ("The STARTUP command loads the Names Server into memory and tells it to begin executing. At startup, the Names Server loads its configuration, loads its data, then becomes available to answer requests…. The SHUTDOWN command stops the execution of a Names Server. The program stops executing, and releases any machine resources being used.").

| U.S. Patent No. 7,814,170 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
|  | The computer does not have to be dedicated as an Oracle Names Server. In fact, Oracle Names typically requires relatively little CPU and memory to function. |
|  | Your choice of computer to use as a Names Server should be based on … [s]oftware availability— While Oracle Names runs on many operating systems, it does not run on all. *As a shared resource, Oracle Names only needs to be on one type of operating system to serve all clients and servers*. It does not have to be available on all of the operating systems you use…." [84] |
|  | A POSITA would have understood that the computer acting as the Names Server contains computer executable code to execute steps. |
|  | OracleNamesAdminGuide provides an example command NAMESCTL for each Names Server that results in operations executing on the computer: "NAMESCTL is loaded and *all operations are executed within it*…. You can also execute most commands from the operating system command line by running the NAMESCTL program with a complete command as a parameter to the program. In this case, NAMESCTL *will load and execute the command*, then return the operating system prompt."[85] |
|  | To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose "each one of the plurality of data location servers comprises a processor and a portion of the data location information" steps, a POSITA would have found this limitation obvious based on Steen's teachings. Steen describes a system for managing the location of data on a distributed network. As Steen explains, a single server providing location information can be overwhelmed with too much data or too many requests: "higher-level directory nodes not only have to handle a relatively large number of requests, they also have enormous storage demands." [86] To avoid this potential strain on a system, Steen teaches partitioning a directory server functioning as a location server into a flat, non-hierarchical group of "subnode" location servers: "Our solution is to partition a directory node into one or more directory subnodes such that each subnode is responsible for a subset of the records originally stored at the directory node."[87] Below, a portion of Steen's Figure 6 includes annotations illustrating this non-hierarchical group of locations servers. |

---

[84] OracleNamesAdminGuide at 62-63.
[85] OracleNamesAdminGuide at 116.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| |  Steen Figure 6 Annotated<br><br>A POSITA would have understood that Steen's partitioned group of location servers organized in a non-hierarchical configuration results in each server containing a subset of the data location information originally stored on the first location server. Further, a POSITA would have been motivated to adopt Steen's partitioning approach for grouping OracleNamesAdminGuide's Names Servers to maintain "lightning fast" resolutions to data queries.[88]<br><br>Accordingly, because any component of a network must have executable code to function properly, including data location servers, it would have been understood by a POSITA that each of Steen's data location server in the data location server network executes certain steps to respond to a request. |

---

[88] *See* OracleNamesAdminGuide at 52-53; *see also id.* at 22 ("When making a connection, the client specifies the name of a destination and Oracle Names provides the address."), 51-52 ("When the name is successfully resolved, the client uses it to connect to the intended destination.").

| U.S. Patent No. 7,814,170 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Based on the above teachings, OracleNamesAdminGuide and Steen disclose or render obvious claim element 1.e's each one of the plurality of data location servers comprises a processor and a portion of the data location information. |
| **[1.f]** the portion of the data location information included in a corresponding one of the data location servers is based on a hash function used to organize the data location information across the plurality of data location servers, and | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below.<br><br>OracleNamesAdminGuide describes a distributed database system, focusing on Names Servers that respond to a client's data requests using unique identifiers associated with the data's network address. Similarly, both OracleUnleashed and Steen describe a distributed network configuration that uses well-known name resolution techniques.<br><br>As explained above for claim element 1.b, Steen and OracleUnleashed teach partitioning network servers to improve performance. Each of Steen and OracleUnleashed further teach methods of organizing datasets across servers, including hashing.<br><br>In particular, OracleUnleashed teaches multiple hashing methods providing the benefit of organizing data using hash clusters and hash joins:<br>    A hash cluster is similar to a cluster but uses a hash function rather than an index to reference the cluster key. A hash cluster stores the data based on the result of a hash function (a numeric function that determines the data block in the cluster based on the value of the cluster key).[89]<br><br>    Hash joins greatly enhance the performance of two joined tables, where one table is significantly larger than the other. Hash joins replace the "sort-merge"" join algorithm and is only supported by the cost-based optimizer. The hash join works by splitting two tables into partitions. A partition is read into memory and a hash table is created. This hash table is then used to map join columns from the other table, eliminating the sometimes resource-expensive sort-merge. In the hash join method, both tables are scanned only once.[90]<br><br>Hashing datasets makes it easier to find a piece of data at a later point. As a result, a POSITA would have been motivated to hash the partitioned location servers taught by the combination of OracleNamesAdminGuide and |

---

[89] OracleUnleashed at 394.
[90] OracleUnleashed at 638.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | OracleUnleashed. Doing so would allow any Names Servers on the network to "know" the location of a desired piece of location information. As a result of this knowledge, it would have been obvious to a POSITA that, if a Names Server received a request it could not resolve because it lacked the location data, it would redirect the client to a Names Server containing the desired location data. |
| | Likewise, Steen also teaches hashing, specifically in connection with partitioned location servers. As Steen provides, this hashing ensures each subnode is aware (i.e., knows) the location of any requested location information regardless of which server it is contained on: |
| | > Because communication between directory nodes in the original search tree now takes place between their respective subnodes, each subnode should be aware of how the directory node with which it communicates is actually partitioned. This information is contained in a separate tree management service. This service also maintains the mapping of subnodes to physical nodes. Partitioning and mapping information is assumed to be relatively stable so that it can be easily cached by subnodes.[91] |
| | Steen explains that this awareness minimizes the need to request partition information from other services to identify the location server storing the requested data. For instance, Steen explains that minimizing such requests improves system efficient by decreasing the need for repeated requests: "This assumption is necessary to avoid having to query the management service each time a subnode needs to communicate with its parent or children, which would turn the management service into a potential communication bottleneck."[92] |
| | Thus, based on OracleUnleashed's and/or Steen's teachings, a POSITA would have found it obvious for OracleNamesAdminGuide's first Names Server, if it lacks an association to the requested location string, to send a redirect message to the client containing redirect information for the client to calculate the location of a different Names Server having the request location string. A POSITA would have been motivated to do so because this would further the use of OracleNamesAdminGuide's SQL *Net and Names Servers to respond to certain data requests and lessen the workload of the initially-requested Names Server because it no longer needs to perform forwarding functions to other servers containing the requested information. |

---

[91] Steen at 108.
[92] Steen at 108.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | Further, if a Names Server can't resolve a client's information query, a POSITA would have been motivated to have that Names Server transmit a redirect message so the client can calculate the location of another Names Server housing the requested location string. This is because using such redirect messages was an established method to address unresolved location requests, as taught by OracleUnleashed and Steen. |
| | Moreover, a POSITA would have been motivated to do so because providing a redirect message to calculate the location of a different Names Server would improve the ability of OracleNamesAdminGuide's system to locate the client's requested information. To accomplish this, a POSITA would have designed OracleNamesAdminGuide's system to detect and resolve problems without placing the burden on the user. This is the DBA's inherent role, and the clear benefits for the user would have motivated a POSITA to modify OracleNamesAdminGuide in this way. |
| | The location of any requested location information regardless of which server it is contained on: |
| |     Because communication between directory nodes in the original search tree now takes place between their respective subnodes, each subnode should be aware of how the directory node with which it communicates is actually partitioned. This information is contained in a separate tree management service. This service also maintains the mapping of subnodes to physical nodes. Partitioning and mapping information is assumed to be relatively stable so that it can be easily cached by subnodes.[93] |
| | Steen explains that this awareness minimizes the need to request partition information from other services to identify the location server storing the requested data. For instance, Steen explains that minimizing such requests improves system efficient by decreasing the need for repeated requests: "This assumption is necessary to avoid having to query the management service each time a subnode needs to communicate with its parent or children, which would turn the management service into a potential communication bottleneck."[94] A POSITA would understand that the awareness/knowledge of how location information is distributed would allow each server to "determine" which location server contains the requested location information. |
| | Because each server can determine the location of location information on the location server network (i.e., "knows" where to find any requested location data), OracleNamesAdminGuide renders obvious alone or in view of Steen or |

---

[93] Steen at 108.

[94] Steen at 108.

| U.S. Patent No. 7,814,170 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | OracleUnleashed that each location server can resolve a data location request in two or fewer traversals, consistent with Amazon's proposed constructions and Kove's statements during reexamination. In the first traversal, the client requests its desired location information from any location server, which responds with either the location information of the data or the location information for a location server known to contain the requested location information. In the second traversal, if necessary, the client uses the redirect message to request the location information from the location server known to contain the desired location information (e.g., Oracle's hashing [95] and Steen's organizational awareness [96]). Thus, OracleNamesAdminGuide alone or in view of Steen or OracleUnleashed renders obvious resolving any client's data location request in two or fewer traversals.<br><br>Based on the above teachings, OracleNamesAdminGuide and Steen disclose or render obvious claim elements 1.f's each one of the plurality of data location servers being able to determine which server contains the requested location information. |
| **[1.g]** each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below.<br><br>Steen provides that hashing the location information ensures each subnode is aware (i.e., knows) the location of any requested location information regardless of which server it is contained on:<br>    Because communication between directory nodes in the original search tree now takes place between their respective subnodes, each subnode should be aware of how the directory node with which it communicates is actually partitioned. This information is contained in a separate tree management service. This service also maintains the mapping of subnodes to physical nodes. Partitioning and mapping information is assumed to be relatively stable so that it can be easily cached by subnodes.[97]<br><br>Steen explains that this awareness minimizes the need to request partition information from other services to identify the location server storing the requested data. For instance, Steen explains that minimizing such requests improves system efficient by decreasing the need for repeated requests: "This assumption is necessary to avoid having to query the management service each time a subnode needs to communicate with its parent or children, which would turn the |

---

[95] OracleUnleashed at 394.
[96] Steen at 108.
[97] Steen at 108.

| U.S. Patent No. 7,814,170 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| applied to the identifier string. | management service into a potential communication bottleneck."[98] A POSITA would understand that the awareness/knowledge of how location information is distributed would allow each server to "determine" which location server contains the requested location information.<br><br>Because each server can determine the location of location information on the location server network (i.e., "knows" where to find any requested location data), OracleNamesAdminGuide renders obvious alone or in view of Steen or OracleUnleashed that each location server can resolve a data location request in two or fewer traversals, consistent with Amazon's proposed constructions and Kove's statements at the Patent Office. In the first traversal, the client requests its desired location information from any location server, which responds with either the location information of the data or the location information for a location server known to contain the requested location information. In the second traversal, if necessary, the client uses the redirect message to request the location information from the location server known to contain the desired location information (e.g., Oracle's hashing [99] and Steen's organizational awareness [100]). Thus, OracleNamesAdminGuide alone or in view of Steen or OracleUnleashed renders obvious resolving any client's data location request in two or fewer traversals.<br><br>Based on the above teachings, OracleNamesAdminGuide and Steen disclose or render obvious claim elements 1.g's each one of the plurality of data location servers being able to determine which server contains the requested location information. |
| [2] The system of claim 1, wherein the location information comprises any portion | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below.<br><br>The '170 Patent establishes that it was already well known in the art for a computer network system to use a hash table to locate information stored in the system. The '170 Patent specifies that it uses one, and only one, hash table configuration based on the "well-known function" hashpjw for distributing the hash table over the locations servers (e.g., NDTP servers): |

[98] Steen at 108.
[99] OracleUnleashed at 394.
[100] Steen at 108.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| of a hash table generated with the hash function. | The appropriate NDTP server is selected from the table in the NDTP_RDR_RSP message by applying **a well-known function** to the identifier string and using the function result as an index into the NDTP server table.<br><br>**The well-known function preferably applied is the hash pjw function presented by Aho, Sethi and Ullman in their text *Compilers, Principles, Techniques and Tools*:**<br><br>uint32_t<br>hash (uint8_t *s, uint32_t slen, uint32_t size)<br>{<br>    uint32_t g;<br>    uint32_t i;<br>        unit32_t h = 0;<br>    uint8_t c;<br>    for (i = 0; i < slen; i++) {<br>        c = s[i];<br>        h = (h << 4) + c;<br>        g = (h & 0xf0000000);<br>        if (g) {^<br>            h ^= g >> 24;<br>            h = g;<br>        }<br>    }<br>    return h % size;<br>}.[101]<br><br>Further, during the original examination of the related '640 Patent, the Examiner took official notice that "use of a [] hashing operation in a computer networking environment was well known in the art at the time the invention was made."[102] This was confirmed in reexamination, where the Reexamination Specialist found that "the use of hash |

---

[101] *See* '170 Patent at 15:12-35.

[102] '640 History at 448 (02/25/2004 Non-Final Office Action).

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | functions was well known in the database art long before the date of the invention."[103] Similarly, during the original examination, the Applicant admitted that the '640 Patent's "disclosure illustrates this using the standard hashpjw function from a reference computer science text book…. [T]he system distributes hash-function computation, or creates a 'distributed hash table'."[104]<br><br>Thus, the '170 Patent acknowledges that motivation existed in a POSITA's general knowledge before the earliest priority date to have OracleNamesAdminGuide's location information comprise a portion of a hash table distributed over the plurality of Names Servers. This establishes that claims 2 and 12 are obvious over the prior art. And a POSITA would have had a reasonable expectation of success in modifying OracleNamesAdminGuide's redirect message to include a portion of a hash table distributed over the Names Servers because system messages containing such fields were well known in the art. A POSITA would have understood a redirect message includes information needed by the client to make its request to the intended other location server. A POSITA would have understood that, for a location server network organized by hashing, the portion of the hash table identifying which location server contains the requested location information would constitute such necessary information. Thus, it would have been obvious to a POSITA that for the client to know where it should redirect its request, the redirect message should include the necessary portion of the hash table informing it which location server to send its redirected message to.<br><br>To the extent Kove argues that claims 2 and 12 require "a single hash table" that is "divided into portions that are distributed over the data location servers in the data location server network,"[105] a POSITA would have found this configuration obvious. For example, each location server would only need to use the hash table for location information that it didn't store. Accordingly, it would have been obvious to a POSITA that only the portions of the hash table describing the contents of other location servers would need to be on the server. As a result, in a scenario where there were only two location servers, each location server would contain a half portion of a single hash table describing the data location server network. |

---

[103] 09/27/2022 Notice of Intent to Issue *Ex Parte* Reexamination Certificate in Reexamination Control No. 90/019,035 at 11.
[104] '640 History at 522 (08/24/2004 Remarks).
[105] 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 42.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | Further, Steen's and OracleUnleashed's teachings render obvious OracleNamesAdminGuide's location information comprising a portion of a hash table distributed over the plurality of Names Servers. Steen teaches organizing location information by distributing portions of a hash table over multiple location servers. For instance, Steen teaches hashing to organize identifier string-location information on its directory subnode location servers. As shown below in Figure 6, Steen describes using the first n-bits of an object's handle to identify the subnode responsible in a hashing method:<br><br>As an example, we can use the first n bits of an object's handle to identify the subnode responsible for that object…To illustrate, Fig. 6 shows a search tree in which the root node has been partitioned into four subnodes based on the first two bits of the object handle (n = 2), and each of the leaf nodes into two subnodes (n = 1).[106]<br><br><br><br>■ **Figure 6.** *A search tree and a corresponding logical tree after partitioning the directory nodes into subnodes.*<br><br>A POSITA would have understood that Steen's use of bits to organize the object handle contents across servers applies a basic hash function. Accordingly, a POSITA would see Steen's method as a simple hashing technique for data organization. |

---

[106] Steen at 108.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | Steen further teaches that more complex hashing methods exist and should be used in systems like OracleNamesAdminGuide's: "We note that we have developed more realistic hashing-based methods than explained here. For example, we also have to take into account that the total number of links between parent and children subnodes remains manageable."[107] A POSITA would have understood that such "realistic hashing-based methods" includes more complex hashing methods, including hash functions. Accordingly, it would have been obvious to a POSITA that, if the division of location information data was more complex, it would be beneficial to organize its distribution with a hash function.

And Steen describes that a POSITA would find important for each location server to be aware of how the location information has been partitioned and for each location server to easily store the hashing information:

> Because communication between directory nodes in the original search tree now takes place between their respective subnodes, each subnode should be aware of how the directory node with which it communicates is actually partitioned. This information is contained in a separate tree management service. This service also maintains the mapping of subnodes to physical nodes. Partitioning and mapping information is assumed to be relatively stable so that it can be easily cached by subnodes.[108]

A POSITA would have understood the location servers will store this partitioning and mapping information and use the hash function to determine which location information should be stored on which location server. Steen emphasizes the need to minimize each location server's need to request partition information from other services. Steen explains that excessive requests can make the system less efficient by demanding repeated requests: "This assumption is necessary to avoid having to query the management service each time a subnode needs to communicate with its parent or children, which would turn the management service into a potential communication bottleneck."[109]

Hashing tables make it faster to find a piece of data when needed. Thus, a POSITA would have been motivated to hash the partitioned location servers taught by Steen. Doing so would have allowed any component on the network to "know" where a desired piece of location information was located. As a result of this knowledge, it would have |

---

[107] Steen at 108.
[108] Steen at 108.
[109] Steen at 108.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | been obvious to a POSITA for Steen's location information to include a portion of a hash table distributed over its location servers. |
| | Similarly, OracleUnleashed describes the use of hashing to organize datasets across multiple servers. OracleUnleashed teaches multiple hashing methods that help organize data, including hash clusters and hash joins:<br><br>A hash cluster is similar to a cluster but uses a hash function rather than an index to reference the cluster key. A hash cluster stores the data based on the result of a hash function (a numeric function that determines the data block in the cluster based on the value of the cluster key).[110]<br><br>Hash joins greatly enhance the performance of two joined tables, where one table is significantly larger than the other. Hash joins replace the "sort-merge" join algorithm and is only supported by the cost-based optimizer. The hash join works by splitting two tables into partitions. A partition is read into memory and a hash table is created. This hash table is then used to map join columns from the other table, eliminating the sometimes resource-expensive sort-merge. In the hash join method, both tables are scanned only once. [111]<br><br>Hashing tables makes it faster to find a piece of data when needed. As a result, a POSITA would have been motivated to hash the partitioned location servers taught by the combination of OracleNamesAdminGuide and OracleUnleashed. Doing so would have allowed any component on the network to "know" where a desired piece of location information was located. As a result of this knowledge, it would have been obvious to a POSITA for OracleNamesAdminGuide's location information to include a portion of a hash table distributed over the Names Servers.<br><br>As explained regarding claim elements 1.f, OracleNamesAdminGuide, OracleUnleashed, and Steen render obvious sending a redirect message with information necessary to identify the Names Server containing the object data for a given object tag. The mapping information or the relevant portion of the hash table would be necessary for the client to identify the correct Names Server and send the request to it. |

---

[110] OracleUnleashed at 394.
[111] OracleUnleashed at 638.

| U.S. Patent No. 7,814,170 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Because OracleNamesAdminGuide and OracleUnleashed share the common goal of parsing data sets quickly, a POSITA would have been motivated to use OracleUnleashed's hashing table techniques in OracleNamesAdminGuide's Names Servers to quickly and efficiently determine the location of the requested data. It was understood in the art that DBAs would actively search for resources to solve problems that may arise in the specific database environment that they are working in.<br><br>As a system's configuration becomes more complex requiring more information to uniquely identify the data's location, the storage and processing requirements for the OracleNamesAdminGuide's Names Servers increase along with it. A DBA would have been motivated to minimize these burdens and operate the Names Servers at optimal efficiency. This would have furthered OracleNamesAdminGuide's goal of having its Names Servers identify the requested data's location "lightning fast."[112]<br><br>Based on the desire to maximize efficiency in running queries, a POSITA would have been motivated to combine OracleNamesAdminGuide's and OracleUnleashed's techniques of locating data using hashing location tables to quickly return location information associated with the requested data.<br><br>Thus, a POSITA would have been motivated and found it obvious to have OracleNamesAdminGuide's location information include a portion of a hash table distributed over multiple Names Servers. This would have furthered OracleNamesAdminGuide's goal of having its Names Servers identify the requested data's location "lightning fast."[113]<br><br>A POSITA would have had a reasonable expectation of success in modifying OracleNamesAdminGuide's location server identification (i.e., the contents of a redirect message) to include a portion of a hash table distributed over the Names Servers because system messages containing such fields was well known in the art. A POSITA would have understood a redirect message to include information needed by the client to make its request to the intended other location server. For example, as Steen describes, this information for locating the requested data on a location server should be easily cached on each location server: "Partitioning and mapping information is assumed to be relatively |

---

[112] OracleNamesAdminGuide at 60.
[113] OracleNamesAdminGuide at 60.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | stable so that it can be *easily cached by subnodes*."[114] Accordingly, a POSITA would have appreciated that, for a location server network organized by hashing, the portion of the hash table identifying which location server contained the requested location information would constitute such necessary information, e.g., the cache mapping and partitioning information. Thus, it would have been obvious to a POSITA that, for the client to know where it should redirect its request to, the redirect message will include the necessary portion of the hash table informing it which location server to send its redirected message to.<br><br>To the extent Kove argues that claims 2 and 9 require a single hash table that is "divided into portions that are distributed over the data location servers in the data location server network,"[115] Steen's and OracleUnleashed's teachings would have rendered this configuration obvious. For example, each location server would only need to use the hash table for location information that it did not store. Accordingly, it would be obvious to a POSITA that only the portions of the hash table describing the contents of other location servers would need to be on the server. As a result, in a scenario where there were only two location servers, one server would contain a portion of a single hash table describing the data location server network, and the other server would contain the rest of the hash table.<br><br>In sum, OracleNamesAdminGuide alone or in view of Steen or OracleUnleashed renders obvious dependent claims 2. |
| **[6.Preamble] A system for managing data location information and providing the data location information** | See above evidence regarding the preamble of claim 1. |

[114] Steen at 108.
[115] 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 42.

| U.S. Patent No. 7,814,170 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| in response to location queries, the system comprising: | |
| [6.a] a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the | See above evidence regarding claim limitation 1.c. |

| U.S. Patent No. 7,814,170 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity; | |
| **[6.b]** wherein the location server includes a processor; and | See above evidence regarding claim limitations 1.b and 1.e. |
| **[6.c]** programming logic stored on the location server, wherein the programmin | See above evidence regarding claim limitations 1.c and 1.e.

Further, OracleNamesAdminGuide also discloses claim 6.a's "transfer protocol" and "location addition request" limitations. OracleNamesAdminGuide discloses the use of a transport protocol to communicate between servers on a network. Specifically, OracleNamesAdminGuide describes groups of servers that share a transport protocol as a community: "A community is defined as the set of all machines that may be directly connected using a given transport |

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| g logic is configured to return, in response to a location query related to a desired entity, a location message, the location message in conformance with the transfer protocol and comprising at least one location associated with the desired entity, | protocol."[116] OracleNamesAdminGuide also discloses "Data Change Requests" to a Names Server.[117] Specifically, OracleNamesAdminGuide details a method for added data links (i.e., location information) and their associated name (i.e., a "method for requesting to add, change, or delete network objects and their associated names from the Names Server").[118] OracleNamesAdminGuide explains that the simplest way to handle such changes is for the DBA to provide a form to users that the DBA will then use to make the requests to the Names Server, providing an exemplary form in Fig. 7-1.[119] |

---

[116] *See e.g.*, OracleNamesAdminGuide at 175.
[117] OracleNamesAdminGuide at 104.
[118] OracleNamesAdminGuide at 104.
[119] OracleNamesAdminGuide at 104-05.

**ACME Oracle Names Request Form**

Use this form to request additions or changes to databases or
database links defined in the Oracle Names system. All fields
must be filled in.

Which of the following is being requested?

__ Add a new name
__ Change an existing name
__ Delete an existing name

Object type requested:
__ database service (as in sqlplus scott/tiger@object_name)
__ database link (as in select * from emp@object_name)
__ alias (alternative name for one of the above)

Name Requested: _____
Requested by:_____ Ext:_____
Object Owner: _____ Ext: _____

Required by: _____
Reason for Name: _____

If a database (Supply at least one address):
COMMUNITY_____ COMMUNITY_____

  ADDRESS_____ ADDRESS_____

    _____ _____

SID _____

If a database link:                          If an alias:
                                             Alias: _____

DB Account: _____         _____
Password: _____         _____
Database: _____         _____

Figure 7 – 1  Oracle Names Request Form

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | A POSITA, such as a DBA, would have understood this form to show the information that should be included in a request to add data to a Names Server (i.e., location server in a location addition request), including the claimed identifier (i.e., alias) and location information (i.e., database link). |
| **[6.d(i)]** wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity, and | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below. See above evidence regarding claim limitations 1.c and 6c.<br><br>Further, OracleNamesAdminGuide teaches its Names Server (i.e., location server) receives a query for a connection descriptor (i.e., location information) associated with a network-service-name-alias (i.e., identification string). As shown below in the example for Figure 3-1, OracleNamesAdminGuide explains that, in response to the POULTRY query (step 1), the Names Server checks whether it contains location information associated with the identification string for POULTRY.WORLD (step 2). If it does, the Names Server sends the location information, including the host name, port, and database instance, to the client (step 2). As shown below in Figure 3-1, steps 3-4 include the client using the location information to calculate a location of the data associated with the POULTRY.WORLD alias. [120] |

[120] *See* OracleNamesAdminGuide at 52-53; *see also id.* at 22 ("When making a connection, the client specifies the name of a destination and Oracle Names provides the address."), 51-52 ("When the name is successfully resolved, the client uses it to connect to the intended destination.").

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| |  OracleNamesAdminGuide Fig. 3-11 |
| | Further, as shown regarding claim elements 1.b and 6.b, OracleNamesAdminGuide teaches another example to illustrate the QUERY command in which the client sends a data location request containing the identification string for BONES.DEM.MEDICINE. If the queried Names Server contains the location string associated with that identification string, the Names Server transmits location information, including "ADDR:...(DESCRIPTION=(ADDRESS= (COMMUNITY=tcp)(PROTOCOL=TCP) (Host=cowboy) (Port=1522))(CONNECT_DATA=(SID=rodeo)))" to the client.[121] Like the example in Figure 3-1, the client uses the location information (e.g., host cowboy, port 1522, database rodeo, connection type TCP) to calculate the location of the data associated with the BONES.DEM.MEDICINE alias.[122] |
| | Steen discloses this claim element. For instance, Steen teaches hashing, specifically in connection with partitioned location servers. As Steen provides, this hashing ensures each subnode is aware (i.e., knows) the location of any requested location information regardless of which server it is contained on or has the information to calculate the location of the server containing the desired location information: |

[121] *See* OracleNamesAdminGuide at 128-29.
[122] *See* OracleNamesAdminGuide at 128-29.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | Because communication between directory nodes in the original search tree now takes place between their respective subnodes, each subnode should be aware of how the directory node with which it communicates is actually partitioned. This information is contained in a separate tree management service. This service also maintains the mapping of subnodes to physical nodes. Partitioning and mapping information is assumed to be relatively stable so that it can be easily cached by subnodes.[123] |
| | Steen explains that this awareness minimizes the need to request partition information from other services to identify the location server storing the requested data. For instance, Steen explains that minimizing such requests improves system efficiency by decreasing the need for repeated requests: "This assumption is necessary to avoid having to query the management service each time a subnode needs to communicate with its parent or children, which would turn the management service into a potential communication bottleneck."[124] |
| | Based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff disclose or render obvious claim element 6.d(i)'s each one of the plurality of data location servers comprises a processor and a portion of the data location information. |
| **[6.d(ii)]** wherein the programming logic is further configured to return a redirect message if the location server lacks the location information | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below. OracleNamesAdminGuide describes a distributed database system, focusing on Names Servers that respond to a client's data requests using unique identifiers associated with |

[123] Steen at 108.

[124] Steen at 108.

| U.S. Patent No. 7,814,170 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|

| | | |
|---|---|---|
| for the desired entity, the redirect message comprising a list of at least one other location server known to have the location information for the desired entity. | | instance, Steen explains that minimizing such requests improves system ef decreasing the need for repeated requests: "This assumption is necessary to having to query the management service each time a subnode needs to com with its parent or children, which would turn the management service into a communication bottleneck."[124]

Based on the above teachings, OracleNamesAdminGuide, OracleUnlea and/or Wolff disclose or render obvious claim element 6.d(i)'s each one o of data location servers comprises a processor and a portion of the information. |
| | **[6.d(ii)]** wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect message comprising a list of at least one other location server known to have the location information for the desired entity. | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses thi example, as described below.

OracleNamesAdminGuide describes a distributed database system, focusi Servers that respond to a client's data requests using unique identifiers as the data's network address. Similarly, both OracleUnleashed and Stee distributed network configuration that uses well-known name resolution ted |

---

[123] Steen at 108.
[124] Steen at 108.

the data's network address. Similarly, both OracleUnleashed and Steen describe a distributed network configuration that uses well-known name resolution techniques.

As explained above for claim elements 1.b and 6.b, Steen and OracleUnleashed teach partitioning network servers to improve performance. Each of Steen and OracleUnleashed further teach methods of organizing datasets across servers, including hashing.

In particular, OracleUnleashed teaches multiple hashing methods providing the benefit of organizing data using hash clusters and hash joins:

| U.S. Patent No. 7,814,170 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | A hash cluster is similar to a cluster but uses a hash function rather than an index to reference the cluster key. A hash cluster stores the data based on the result of a hash function (a numeric function that determines the data block in the cluster based on the value of the cluster key).[125] |
| | Hash joins greatly enhance the performance of two joined tables, where one table is significantly larger than the other. Hash joins replace the "sort-merge" join algorithm and is only supported by the cost-based optimizer. The hash join works by splitting two tables into partitions. A partition is read into memory and a hash table is created. This hash table is then used to map join columns from the other table, eliminating the sometimes resource-expensive sort-merge. In the hash join method, both tables are scanned only once.[126] |

Hashing datasets makes it easier to find a piece of data at a later point. As a result, a POSITA would have been motivated to hash the partitioned location servers taught by the combination of OracleNamesAdminGuide and OracleUnleashed. Doing so would allow any Names Servers on the network to "know" the location of a desired piece of location information. As a result of this knowledge, it would have been obvious to a POSITA that, if a Names Server received a request it could not resolve because it lacked the location data, it would redirect the client to a Names Server containing the desired location data.

Likewise, Steen also teaches hashing, specifically in connection with partitioned location servers. As Steen provides, this hashing ensures each subnode is aware (i.e., knows) the location of any requested location information regardless of which server it is contained on:

Because communication between directory nodes in the original search tree now takes place between their respective subnodes, each subnode should be aware of how the directory node with which it communicates is actually partitioned. This information is contained in a separate tree management service. This service also maintains the mapping of subnodes to physical nodes. Partitioning and mapping information is assumed to be relatively stable so that it can be easily cached by subnodes.[127]

---

[125] OracleUnleashed at 394.
[126] OracleUnleashed at 638.
[127] Steen at 108.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | Steen explains that this awareness minimizes the need to request partition information from other services to identify the location server storing the requested data. For instance, Steen explains that minimizing such requests improves system efficient by decreasing the need for repeated requests: "This assumption is necessary to avoid having to query the management service each time a subnode needs to communicate with its parent or children, which would turn the management service into a potential communication bottleneck."[128]

Thus, based on OracleUnleashed's and/or Steen's teachings, a POSITA would have found it obvious for OracleNamesAdminGuide's first Names Server, if it lacks an association to the requested location string, to send a redirect message to the client containing redirect information for the client to calculate the location of a different Names Server having the request location string. A POSITA would have been motivated to do so because this would further the use of OracleNamesAdminGuide' s SQL *Net and Names Servers to respond to certain data requests and lessen the workload of the initially-requested Names Server because it no longer needs to perform forwarding functions to other servers containing the requested information.

Further, if a Names Server can't resolve a client's information query, a POSITA would have been motivated to have that Names Server transmit a redirect message so the client can calculate the location of another Names Server housing the requested location string. This is because using such redirect messages was an established method to address unresolved location requests, as taught by OracleUnleashed, Steen, and Wolff.

Moreover, a POSITA would have been motivated to do so because providing a redirect message to calculate the location of a different Names Server would improve the ability of OracleNamesAdminGuide's system to locate the client's requested information. To accomplish this, a POSITA would have designed OracleNamesAdminGuide's system to detect and resolve problems without placing the burden on the user. This is the DBA's inherent role, and the clear benefits for the user would have motivated a POSITA to modify OracleNamesAdminGuide in this way.

As shown regarding claim elements 1.b and 6.b, OracleUnleashed's or Steen's teachings further render obvious these claim elements. In each of Steen and OracleUnleashed, the purpose of a location service is getting the desired location information to the requesting client. As a result, it would have been appreciated by a POSITA that any system designed |

---

[128] Steen at 108.

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | to help locate data, like Steen's and OracleUnleashed's, would return the requested information to the client if it contained it.

Thus, based on OracleUnleashed or Steen, a POSITA would have been motivated to have OracleNamesAdminGuide's Names Server, if it contains the location information associated with the network-service-name-alias (i.e., identifier string) provided in the data location request, transmit location information for use by the client to calculate a location of the data associated with the alias. For instance, this would have resulted in the effective use of SQL*Net functionality, and improve query efficiency and optimization of Oracle7 systems to ease users' ability to find their desired data.

Further, if a directory can't resolve a client's information query, a POSITA would have been motivated to have that directory server transmit a redirect message so the client can calculate the location of another directory server housing the requested location string. This is because using such redirect messages was an established method to address unresolved location requests, as a POSITA would have been generally aware.

Moreover, a POSITA would have been motivated to do so because providing a redirect message to calculate the location of a different directory server would improve the ability of the Oracle-Steen's system to locate the client's requested information. To do so, a POSITA would have designed the Oracle-Steen's system to detect and resolve problems without placing the burden on the user. The clear benefits for the user would have motivated a POSITA to modify the Oracle or Oracle-Steen networks in this way. Based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, and Steen render this element obvious.

Further, Wolff's teachings render obvious the claimed "redirect message" limitations. Wolff explains that servers will not always be able to fulfill each request received from a given client. For example, Wolff describes an "overloaded" server which has received too many requests and lacks the processing power to fulfill them all:

> In operation at time T=0, normal client 100A is shown accessing memory resource 118 via path 70 through overloaded server 104. At the same time, aware client 102A is shown accessing memory resource 18, via path 74, through overloaded server 104A. At time T=1, process 102P1, implemented on aware client 102A, detects the overload condition of server 104A, and accesses memory resource 118 via an alternate path 76 through server 106A. Thus, in this subsequent state, the load on server |

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | 104A is reduced and the access by aware client 102A to memory resource 118 is enhanced. Normal client 100A cannot initiate the processes 35 discussed above in connection with the aware client 102A and is unable to select an alternate path 72 to the underutilized server 106A.[129]<br><br>And Wolff teaches optimizing network performance by redirecting requests from an overloaded server, e.g., a server that can't satisfy the request, to another server that can satisfy the request with a "redirection command" from the overloaded server:<br><br>Client load rebalancing refers to the ability of a client, enabled with processes in accordance with the current invention, to re-map a path through a plurality of nodes to a resource. *The re-mapping may take place in response to a redirection command emanating from an overloaded node, e.g. server.* The embodiments disclosed allow more efficient, robust communication between a plurality of clients and a plurality of resources, via a plurality of nodes. Resources can include, but are not limited to, computers, memory devices, imaging devices, printers, and data sets. A data set can include a database or a file system.[130]<br><br>Accordingly, based on Wolff's teachings, a POSITA would have found it obvious to have Oracle or Steen's queried location server transmit a redirect message to the access server (i.e., client) if that location server doesn't contain the location string associated with the identification string wherein the redirect message has information for use by the access server to calculate a location of another directory server containing the location string. A POSITA would have been motivated to do so because this would optimize performance of the Oracle-Steen system by having the queried directory server send a redirect message to the client rather than the server determine and forward the request to another directory server.<br><br>Because each location server can determine the location of location information on the location server network (i.e., "knows" where to find any requested location data), OracleNamesAdminGuide alone or in combination with Steen, OracleUnleashed and/or Wolff renders obvious that each location server can resolve a data location request in two or fewer traversals, consistent with Amazon's proposed constructions and Kove's statements during reexamination. In the first traversal (i.e., first step), the client requests its desired location information from any location server, which |

---

[129] Wolff at 5:25-38.
[130] Wolff at 2:41-51.

| U.S. Patent No. 7,814,170 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | responds with either the location information of the data or the location information for a location server known to contain the requested location information.[131] In the second traversal (i.e., second step), if necessary, the client uses the redirect message to make an alternate request (e.g., Wolff's redirected alternate path[132]) for the location information from another location server (Steen's 'awareness' and pointers) [133] known to contain the desired location information. Thus, OracleNamesAdminGuide, OracleUnleashed, Steen and/or Wolff renders obvious resolving any client's data location request in two or fewer traversals.<br><br>Based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff disclose or render obvious claim element 6.d(ii). |
| **[8]** The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information. | See above evidence regarding claim limitations 1.b and 1.e. |
| **[12]** The system of claim 9, | See above evidence regarding claim 2. |

---

[131] Skagerwall at 12:9-53; Steen at Abstract.
[132] Wolff at 5:25-38.
[133] Skagerwall at 12:63-13:6; Steen at Abstract.

| U.S. Patent No. 7,814,170 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| wherein the indexed location store comprises a string store indexed by a hash table distributed across a plurality of servers. | |
| **[15.Preamble]** A method of handling location queries in a network, the network comprising a plurality of location servers including data location information, the method comprising: | See above evidence regarding the preamble of claim 1. |

60

| U.S. Patent No. 7,814,170 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| **[15.a]** correlating each one of a plurality of identifiers with at least one of a plurality of locations in the network, each one of the plurality of identifiers identifying a respective one of a plurality of data entities, wherein the data entities are stored in corresponding locations in the network; | See above evidence regarding claim limitations 1.a(ii). |
| **[15.b]** receiving a location query from a client at one | See above evidence regarding claim limitation 1.c, 1.e, and 6.c. |

| U.S. Patent No. 7,814,170 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| of the plurality of location servers, the location query requesting location information identifying a location of a data entity included in the data entities; | |
| [15.c] determining which of the plurality of location servers includes the location information; | See above evidence regarding claim limitation 1.f. |
| [15.d] sending a location response message to the client in | See above evidence regarding claim limitation 6.d(i). |

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| response to determining the one of the plurality of location servers includes the location information, the location response message comprising the location information; and | |
| **[15.e]** sending a redirect message to the client in response to determining the one of the plurality of location servers fails to include the location information, | See above evidence regarding claim limitation 6.d(ii). |

| U.S. Patent No. 7,814,170 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| the redirect message identifying which of the plurality of location servers includes the location information. | |

**<u>Exhibit 1B: Invalidity Claim Chart Against U.S. Patent No. 7,814,170 in View of Skagerwall alone or with Wolff</u>**

Amazon asserts that U.S. Patent No. 7,814,170 ("the '170 patent") claims 1, 2, 6, 8, 12, and 15, are rendered obvious by Skagerwall alone or in combination with Wolff. Skagerwall and Wolff are both prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f). Skagerwall has a filing date of October 27, 1998. Likewise, Wolff has a filing date of April 15, 1998, as a continuation in part of App. No. 08/905,307 filed August 1, 1997, with priority to provisional applications filed March 6, 1998 (App. No. 60/077,146) and August 2, 1996 (App. No. 60/023,218). The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and Amazon reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

This claim chart reflects the additional requirements for the claims based on Kove's statements in reexamination and are consistent with Amazon's proposed constructions reflecting those statements. *See* Dkt. 539. Specifically, based on Kove's statements and Amazon's proposed constructions, claims 1, 2, 6, 8, 9, 12, and 15 also require that the location servers be organized in a non-hierarchical cluster structure, that each location server be able to respond to any location request with either the location of the data or the location of a server known to contain the requested location data without an intervening traversal, and that each request must be resolved in two or fewer traversals. As described below, Skagerwall alone or in combination with Wolff renders obvious each claim regardless these additional limitations.

Furthermore, the following list includes examples of specifically where certain '170 patent claim elements are found in each reference.

**Skagerwall:**
- Client:                          access server
- Identifier:                     object tag
- Location information: retrieval information
- Location server:            directory servers
- Data repository:            application servers
- Hash function:              hashing based methods

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| **[1.Preamble]** A system for managing data stored in a distributed network, the system comprising: | Skagerwall discloses this element, for example, as described below.<br><br>Skagerwall discloses a database system for managing data stored in a distributed network and method of using the same. Skagerwall describes a "kernel" which retrieves data objects (D) from storage repositories (AI) on application servers (IS).[134] As Skagerwall describes, the directory servers are a "key resource" in retrieving data:<br><br>Advantageously, each of a plurality of directory servers stores part of an arbitrarily scaleable data base containing object data associating each of the objects with at least one of the application data packets. *The plurality of directory servers serve as key resource in retrieving an application data packet related to an object.* Means for receiving a read object tag from a reading means and for identifying the directory server for storing object data related to the read object tag and retrieving the object data are provided.[135]<br><br>Further, as shown below in annotated Figure 1, Skagerwall teaches that user devices (M/DPU) make requests for data object (D) to an "access server" (AS) inside the kernel using an identifying object tag (T).[136] Skagerwall explains that the access server then requests retrieval information from a plurality of directory servers (DS) to locate the requested data.[137] A POSITA would have understood Skagerwall's retrieval information to be "location information" because it contains information pertaining to the location of data. |

---

[134] Skagerwall at 2:51-3:2.
[135] Skagerwall at 4:12-20.
[136] *Id.* at 2:51-3:2.
[137] *Id.*

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| |  Skagerwall Fig.1 Annotated |
| | A POSITA would have understood Skagerwall's kernel to be a system for retrieving data location information for data stored in a distributed network. |
| | Based on the above teachings, Skagerwall discloses or renders obvious the preambles' system for managing data stored in a distributed network. |
| **[1.a(i)]** a data repository configured to store a data entity, | Skagerwall discloses this element, for example, as described below. |
| | Skagerwall teaches that its kernel retrieves data from "a plurality of application servers" storing data objects (D).[138] As Skagerwall describes, each application server (IS) contains "memory means for storing a plurality of application data packets, each related to one of the objects."[139] A POSITA would understand the 'object' to be a 'data entity' and the data entity to be the collection of associated application data packets. Further, a |

[138] *Id.* at 2:51-3:2.
[139] *Id.* at 2:60-63.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | POSITA would have understood that such application servers with storage means would in turn constitute "data repositories configured to store a data entity." |
| | A POSITA would have understood the servers and databases to be "data repositories" in Skagerwall's system because they are locations to store data. |
| | Based on the above teachings, Skagerwall discloses or renders obvious disclose or render obvious claim element 1.a(i)'s data repository configured to store a data entity. |
| **[1.a(ii)]** wherein an identifier string identifies the data entity; and | Skagerwall discloses this element, for example, as described below. Requester and Kove construe a "identifier string" as "a unique encoding that identifies an individual entity, and with which zero or more location strings are associated in a location server."[140] |
| | Skagerwall teaches storing its data objects anywhere on the network in arbitrary locations, which makes locating them more complex.[141] As explained above regarding claims 1, 6, and 15's preambles, Skagerwall provides the plurality of directory servers to manage this process. Skagerwall teaches an "object tag" associated with each data object and used to identify the object on the network. As shown below in annotated Figure 1, Skagerwall's object tag and object data are associated with each other upon entry to the system. |

---

[140] Joint Claim Construction Chart (Updated) (Dkt. No. 382) at 6.
[141] Skagerwall at Abstract.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| |  Skagerwall Fig.1 Annotated |
| | Skagerwall describes using the object tag to identify and organize the data objects across the system: "The object data is distributed according to a defined scheme onto the plurality of directory servers in order to be able to identify the directory server storing object data associated with a particular read object tag."[142] A POSITA would have understood the object tag to be the claimed "identifier string" because each object tag is a unique encoding identifying a data entity, and is associated with an application server address (i.e., a location string). Based on the above teachings, Skagerwall discloses or renders obvious claim element 1.a(ii)'s identifier string that identifies that data entity. |
| **[1.b]** a data location server network comprising a plurality of data location servers, | Skagerwall discloses this element, for example, as described below. |

[142] Skagerwall at Abstract.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | Skagerwall discloses that the kernel contains "a plurality of directory servers."[143] As shown below in annotated Figure 1, Skagerwall's directory servers DS1 … DSn) have a flat, non-hierarchical architecture with no hierarchical or tree structure.<br><br><br><br>As Figure 1 illustrates, the directory servers have a flat configuration next to one another, with no hierarchical arrangement. And Figure 1 teaches that each directory server communicates the access server (AS) with no intermediary servers in between. |

---

[143] Skagerwall at 2:59-63.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | Further, Skagerwall doesn't describe any "root" or "parent" directory servers that could indicate a hierarchy. Nor is there any discussion of separate regions or domains for different directory servers. Accordingly, a POSITA would understand that the directory servers in Skagerwall are non-hierarchical and the directory server network is flat, consistent with Kove's statements at the Patent Office and Amazon's proposed construction. |
| | Further, Skagerwall explains that the directory servers contain information for locating the data objects stored on the data repositories of the application servers (IS1 … ISp): |
| | It is a key aspect of the invention that the data base of object data is distributed over a plurality of directory servers DS; DS1-DSn, allowing that the number of objects can be scaled almost arbitrarily by adding new directory servers to the existing ones for storing new object data. Each of the directory servers DS; DS1-DSn preferably stores object data related to a small number of the range of available object tags T; T1-Tw. As mentioned above, object data related to an object tag preferably includes application identifiers AI1-Aim of application data packets related to the object *as well as information about storage locations of the application data packets, e.g., the addresses of application servers IS; IS1-Isp storing the application data packets.*[144] |
| | Because the directory servers function to store location information for the object data, a POSITA would understand those directory servers to be the claimed "location servers." |
| | Based on the above teachings, Skagerwall discloses or renders obvious claim element 1.b's data location server network comprising a plurality of data location servers. |
| **[1.c]** wherein data location information for a plurality of data entities is stored in the data location server network, | Skagerwall discloses this element, for example, as described below.<br><br>Skagerwall discloses a plurality of directory servers (i.e., data location servers) storing application server addresses (i.e., location string/location information) associated with |

---

[144] Skagerwall at 8:15-27.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | object tags (i.e., identifier strings) for data entities. Skagerwall explains that a user device, such as a mobile phone, will request a data entity from the kernel using that entity's object tag (i.e., identifier string).[145] Skagerwall teaches that the access server responds to this request by querying a directory server (i.e., location server) for the requested data entity's location where that query includes the object tag (i.e., identifier string):<br><br>After receiving a request for information including the object tag T, the access server AS; AS1-Asr performs operations to identify the directory server DS; DS1-DSn storing information concerning application data packets related to the object.<br>This preferably includes sending the request including the object tag T; T1-Tw to one of the directory servers DS1; DS2; . . . ; DSn…[146]<br><br>Skagerwall's interaction between the user device, access server, and directory servers is a form of "client-server" interaction, where the access server (AS) functions as the client to the directory servers by requesting the data object's address on the application server (IS). Thus, a POSITA would have understood that Skagerwall's access server corresponds to the claimed "client" because it is a network-attached component that uses location request messages to initiate the lookup of location mappings from the directory servers (i.e., location servers).<br><br>Based on the above teachings, Skagerwall discloses or renders obvious claim element 1.d's storing and retrieving data location information for a plurality of data entities in the data location server network of Names Servers. |
| **[1.d]** at least one of the plurality of data location servers includes location information associated with the identifier string, | Skagerwall discloses this element, for example, as described below.<br><br>Skagerwall teaches a plurality of data location servers storing object data according to object tags. Skagerwall explains that each object tag (i.e., identifier string) is associated with the application server address (i.e., location strings) for the relevant data object: |

145 Skagerwall at 9:18-28.

146 *Id.*

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | As mentioned above, object data related to an object tag preferably includes application identifiers AI1-Aim of application data packets related to the object as well as information about storage locations of the application data packets, e.g., the addresses of application servers IS; IS1-Isp storing the application data packets.[147]<br><br>Further, a POSITA would have understood Skagerwall's application server addresses (i.e., location strings) to be a form of location information that the system uses to retrieve requested data. Thus, a POSITA would have understood that each of Skagerwall's directory servers stores application server addresses (i.e., location strings and location information) associated with the respective object tags (i.e., identifier string).<br><br>Based on the above teachings, Skagerwall discloses or renders obvious claim element 1.d's at least one of the plurality of data location servers includes location information associated with the identifier string. |
| **[1.e]** each one of the plurality of data location servers comprises a processor and a portion of the data location information, | Skagerwall discloses this element, for example, as described below.<br><br>Skagerwall teaches that its directory servers have a means to execute a variety of processes including the storing of location data, receiving requests, identifying correct directory servers, and retrieving stored data:<br>[Directory servers]…including memory means (TM; AM) for storing in a distributed data base object data associating each of the objects with at least one of the application data packets; means for receiving the read object tag (T) from the reading means I and means for identifying the directory server for storing object data related to the read object tag and retrieving the object data; and means for retrieving at least one of the application data packets based on the object data or transmitting at least part of the object data to a receiving unit (M, DPU).[148] |

[147] Skagerwall at 8:15-27.
[148] Skagerwall, 2:60-3:2.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | As disclosed, the directory servers receive requests from clients for object data for retrieving data objects (i.e., location information) associated with object tags (i.e., identifiers.)

Further, for element 1.f's claimed processor, a POSITA would have understood that, for the directory servers to do any of these tasks, there must be executable code to complete the processes. Thus, a POSITA would have understood that each directory server (i.e., location server) includes computer executable code for performing Skagerwall's disclosed tasks.

Based on the above teachings, Skagerwall discloses or renders obvious claim element 1.e's each one of the plurality of data location servers comprises a processor and a portion of the data location information. |
| **[1.f]** the portion of the data location information included in a corresponding one of the data location servers is based on a hash function used to organize the data location information across the plurality of data location servers, and | Skagerwall discloses this element, for example, as described below.

Skagerwall discloses the use of directory servers with location information (i.e. data location servers) the location information distributed across different directory servers and organized using a hash function and tables. Skagerwall teaches that a directory server identifies if it is the primary directory server (i.e., location server) containing the application server address (i.e., location string) for the request. And Skagerwall provides instructions that, if the queried directory server doesn't contain the object tag for the requested data, the system progresses to flowchart step S28 where the request goes to other directory servers:

    If in step S26 it has been determined that object data related to the object tag is not located at the identified primary directory server, in a step S28, the lookup request is forwarded to other directory servers. In case the number of directory servers has been increased recently, the lookup request may be forwarded to a directory server which is determined using the hashfunction based on a previous number of available directory servers. The same holds true, if the number of directory servers has been |

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | decreased recently. If none of the directory stores the desired object data, an error message is generated and the operation ends.[149]

Skagerwall discloses this claim element through its use of the "hashfunction." As discussed above, Skagerwall teaches that "[i]ntermediate steps are possible, where the look up request is relayed to further devices before it reaches the correct directory server, as outlined later."[150] When providing the access server (i.e., client) with a hashfunction for identifying the primary directory server to the access server, a POSITA would have understood Skagerwall's "intermediate steps" include a redirect message having information to calculate the location of the directory server containing the location string for the requested data. This arises when system efficiency dictates lessening the processing burden of the directory servers.

Further, to the extent Kove argues Skagerwall's optional intermediate steps don't require redirection, a POSITA would have found it obvious for Skagerwall's system to look to other directory servers to resolve a data request because failure to resolve this request is contrary to the system's objectives and desired efficiency. Skagerwall provides the exemplary forwarding step from the initial primary directory server to the identified directory server having the location of the requested data:

> After identification of the correct directory server DS; DS1-DSn, the request, including the object tag T; T1-Tw, is forwarded to the identified directory server. The directory server, in a subsequent step, performs operations to determine all addresses of application servers IS; IS1-ISp storing application data packets associated with the read object tag T; T1-Tw and thus object D. Intermediate steps are possible, where the look up request is relayed to further devices before it reaches the correct directory server, as outlined later.[151] |

---

[149] Skagerwall at 12:63-13:6.
[150] Skagerwall at 9:39-41.
[151] Skagerwall at 9:32-49.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | Skagerwall teaches that exactly which kernel component performs the identification steps is a design choice by explaining that any component can complete this step: "[O]ther components of the system kernel K may serve as means for identifying the correct directory servers."[152] Accordingly, a POSITA would have understood that either the queried directory server (i.e., location server) or the access server (i.e., client) could perform the identification step depending on the needs of the system and its specific design.<br><br>Further, Skagerwall explains designing its system so that any component can identify if a given directory server contains the necessary location information in response to a data inquiry, but provides that the preferred components is a directory server:<br><br>[I]t is preferred, that one of the directory servers DS1; DS2; . . . ; DSn identifies the directory servers storing information related to a requested object tag. However, other components of the system kernel K may serve as means for identifying the correct directory servers.[153]<br><br>Further, Skagerwall describes tasking a "primary" directory server with storing the data for a given object tag. But Skagerwall teaches the benefits of changing the primary directory server and using a hash function to identify each data's locations when adding and removing directory servers since the location in the system where the data is stored can change:<br><br>However, in the case the number of available directory servers changed, previously stored object data was mapped onto the plurality of directory servers using a hashfunction based on the previous number of directory servers, whereas a target directory server is now identified based on a new number of directory servers. This will sometimes not lead to the directory server actually storing object data related to the desired object.[154] |

---

[152] Skagerwall at 10:21-26.
[153] Skagerwall at 10:21-26.
[154] Skagerwall at 11:37-45.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | As shown below in Figure 2a, Skagerwall describes a flow chart to identify how its system operates when the requested data isn't found where it should be based on the object tag.[155] |

---

[155] Skagerwall at 11:27-13:15.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | <br><br>As shown, Skagerwall's step S22 teaches that a directory server receives a request for data location information associated with an object tag and looks it up to find the |

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | primary server.[156] A POSITA would have understood that the system performs these flowchart steps taken in the course of receiving a data request from an access server (i.e., client). Skagerwall's step S25 ("Send Request To Primary Directory Server") is only necessary if the request isn't already at the primary directory server. As a result, if the directory server identifies itself as the primary server, the next relevant step is retrieving the requested data at step S27 ("Retrieve Object Data").<br><br>Because each location server can determine the location of location information on the location server network (i.e., "knows" where to find any requested location data), Skagerwall alone or in combination with Wolff renders obvious that each location server can resolve a data location request in two or fewer traversals, consistent with Amazon's proposed constructions and Kove's statements during reexamination. In the first traversal (i.e., first step), the client requests its desired location information from any location server, which responds with either the location information of the data or the location information for a location server known to contain the requested location information.[157] In the second traversal (i.e., second step), if necessary, the client uses the redirect message to make an alternate request (e.g., Wolff's redirected alternate path[158]) for the location information from another location server (e.g., Skagerwall's S28 checking other servers[159]) known to contain the desired location information. Thus, Skagerwall alone or in combination with Wolff renders obvious resolving any client's data location request in two or fewer traversals.<br><br>Based on the above teachings, Skagerwall discloses or renders obvious claim elements 1.f's each one of the plurality of data location servers being able to determine which server contains the requested location information. |

---

[156] Skagerwall at 12:9-53.

[157] Skagerwall at 12:9-53.

[158] Wolff at 5:25-38.

[159] Skagerwall at 12:63-13:6.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| **[1.g]** each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function applied to the identifier string. | Skagerwall discloses this element, for example, as described below.<br><br>Skagerwall explains designing its system so that any component can identify if a given directory server contains the necessary location information in response to a data inquiry, but provides that the preferred components is a directory server:<br><br>    [I]t is preferred, that one of the directory servers DS1; DS2; . . . ; DSn identifies the directory servers storing information related to a requested object tag. However, other components of the system kernel K may serve as means for identifying the correct directory servers.[160]<br><br>Further, Skagerwall describes tasking a "primary" directory server with storing the data for a given object tag. But Skagerwall teaches the benefits of changing the primary directory server and using a hash function to identify each data's locations when adding and removing directory servers since the location in the system where the data is stored can change:<br><br>    However, in the case the number of available directory servers changed, previously stored object data was mapped onto the plurality of directory servers using a hashfunction based on the previous number of directory servers, whereas a target directory server is now identified based on a new number of directory servers. This will sometimes not lead to the directory server actually storing object data related to the desired object.[161]<br><br>As shown below in Figure 2a, Skagerwall describes a flow chart to identify how its system operates when the requested data isn't found where it should be based on the object tag.[162] |

---

[160] Skagerwall at 10:21-26.
[161] Skagerwall at 11:37-45.
[162] Skagerwall at 11:27-13:15.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| |  |

As shown, Skagerwall's step S22 teaches that a directory server receives a request for data location information associated with an object tag and looks it up to find the

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
|  | primary server.[163] A POSITA would have understood that the system performs these flowchart steps taken in the course of receiving a data request from an access server (i.e., client). Skagerwall's step S25 ("Send Request To Primary Directory Server") is only necessary if the request isn't already at the primary directory server. As a result, if the directory server identifies itself as the primary server, the next relevant step is retrieving the requested data at step S27 ("Retrieve Object Data"). |

Because each location server can determine the location of location information on the location server network (i.e., "knows" where to find any requested location data), Skagerwall alone or in combination with Wolff renders obvious that each location server can resolve a data location request in two or fewer traversals, consistent with Amazon's proposed constructions and Kove's statements during reexamination. In the first traversal (i.e., first step), the client requests its desired location information from any location server, which responds with either the location information of the data or the location information for a location server known to contain the requested location information.[164] In the second traversal (i.e., second step), if necessary, the client uses the redirect message to make an alternate request (e.g., Wolff's redirected alternate path[165]) for the location information from another location server (e.g., Skagerwall's S28 checking other servers[166]) known to contain the desired location information. Thus, Skagerwall alone or in combination with Wolff renders obvious resolving any client's data location request in two or fewer traversals.

Based on the above teachings, Skagerwall discloses or render obvious alone or in combination with Wolff claim elements 1.g.ii, 6.e, and 15.c's each one of the plurality of data location servers comprises a processor and a portion of the data location information.

---

[163] Skagerwall at 12:9-53.
[164] Skagerwall at 12:9-53.
[165] Wolff at 5:25-38.
[166] Skagerwall at 12:63-13:6.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | Based on the above teachings, Skagerwall discloses or renders obvious claim elements 1.g's each one of the plurality of data location servers being able to determine which server contains the requested location information. |
| **[2]** The system of claim 1, wherein the location information comprises any portion of a hash table generated with the hash function. | Skagerwall discloses this element, for example, as described below.

Skagerwall further teaches that object tags on its directory servers are organized according to hashing methods, including a hash table based on a hash function. For example, Skagerwall describes "storing a list of a plurality of available directory servers in a hashtable; mapping all object tags employing a hashfunction and the hashtable onto the directory servers."[167]

As explained in claim 1, Skagerwall alone or in view of Wolff, renders obvious sending a redirect message with information necessary to identify the directory server containing the object data for a given object tag. The mapping information or the relevant portion of the hash table, would be necessary for the access server (i.e., client) to identify the correct directory server and send the request to it.

As shown below in annotated Figure 2, Skagerwall further provides examples of a hashtable showing the available directory servers and their contents:
    In the example of FIG. 2 the hashtable comprises 8 entries, addresses of available servers are stored as records in respective sequential entries of the hashtable. Thus, the hashtable constitutes an ordered list of all available directory servers, as shown in FIG.2.The records stored in the hashtable H are indicated by A, B, C and D stand for addresses of four directory servers DS; DS1-DSn. However, any other order is possible, e.g., D, B, A, C.
    To avoid unnecessary lookup operations for object tags at directory servers, as outlined above, it is preferred that object data is stored on directory servers according to the hashfunction, which maybe executed by search means SM indicated in FIG.2. The search means SM groups object |

---

[167] Skagerwall at 3:51-54.

tags, preferably in correspondence with the number of objects and the number of available directory servers, i.e., a target directory server for storing as well as for retrieving object data is determined based on an identifier of an object tag, which, e.g., maybe a number assigned to the tag, and the number of available directory servers DS;DS1-DSn.[168]



**Skagerwall Fig. 2 Annotated**

Based on Skagerwall's teachings, a POSITA would have appreciated that the directory servers store the hash table and that the hash table contains the list of available directory servers with their respective contents. Further, a POSITA would have understood that the access server (i.e., client) uses portions of the hash table to identify which directory server to send its data request based on the information in the redirect message. A POSITA would have concluded that sending the entire hash table or storing the entire hash table at the client would be too cumbersome. This would have frustrated Skagerwall's goal of facilitating data retrieval by lowering the efficiency of the system

---

[168] Skagerwall at 10:31-49.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | and Wolff's goals for optimizing network performance and reliability. As a result, a POSITA would have found it obvious to break the hash table into portions, to distribute those portions to the directory server, and to send only the relevant portion to the client. Further, a POSITA would have understood that this portion includes at least the portion describing the object tag requested by the client. As a result, a POSITA would have understood that Skagerwall teaches or renders obvious that all relevant directory server contents be stored in a hash table across the directory server network.<br><br>In sum, Skagerwall renders obvious dependent claims 2. |
| **[6.Preamble]** A system for managing data location information and providing the data location information in response to location queries, the system comprising: | See above evidence regarding the preamble of claim 1. |
| **[6.a]** a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity; | See above evidence regarding claim limitation 1.c.<br><br>Skagerwall also discloses or renders obvious claim "transport protocol" limitation. Specifically, Skagerwall teaches the use of standard protocols with the system.<br><br>       It is further possible, that the system and method according to the invention uses standard and/or amended protocols of a known datacom- or telecom network for retrieving information associated with an object.[169]<br><br>A POSITA would have understood a transport protocol to be one of these standard protocols. Such transport protocols were well-known, routine, and well-understood to be used for sending messages and data over a network. Thus, to any extent that Skagerwall doesn't disclose the claimed transport protocol, it would have been obvious to a POSITA at this time to use one.<br><br>Further, Skagerwall discloses claim element 6.a's "location addition request" limitation. Specifically, in Fig. 2a, Skagerwall teaches the addition of a new object tag (i.e., identifier) into the network of directory servers in S21. |

---

[169] Skagerwall, 9:59-62.



FIG.2a

added identifier

Skagerwall Fig.2a Annotated

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | Skagerwall teaches that in "step S21 the system is advised to insert new object data into its database distributed on the plurality of the directory servers."[170] A POSITA would have understood that the system would be advised with a request, such as the claimed location addition request. Accordingly, a POSITA would understand the new object data (i.e., new location information) from S21 would be included in a request with the object tag (i.e., identifier) shown in S21 of Fig. 2a. Thus, Skagerwall teaches a location addition request including location information and an associated identifier to be added to the location server network.<br><br>Based on the above teachings, Skagerwall discloses or renders obvious claim element 6.a. |
| **[6.b]** wherein the location server includes a processor; and | See above evidence regarding claim limitations 1.b and 1.e. |
| **[6.c]** programming logic stored on the location server, wherein the programming logic is configured to return, in response to a location query related to a desired entity, a location message, the location message in conformance with the transfer protocol and comprising at least one location associated with the desired entity, | See above evidence regarding claim limitations 1.c and 1.e.<br><br>Skagerwall explains that, when a directory server has retrieved the address for the requested object tag, the directory server returns that address to the access server (i.e., client):<br><br>The obtained addresses IS; IS1-ISp and optionally other information can be returned to the access server AS; AS1-ASr, which in the following retrieves the specified application data packets from the identified application servers or transmits the addresses IS; IS1-ISp and possibly other information directly to the user, i.e., the mobile telephone M or the data processing unit DPU.[171]<br><br>A POSITA would have understood that Skagerwall's "retriev[ing] the specified application data packets from the identified application servers" includes returning the location information to the client. To "retrieve the specified data packets" associated with an object tag (i.e., identification string), the access server (i.e., client) makes the |

---

[170] Skagerwall at 12:5-8.
[171] Skagerwall at 9:42-47.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | request for data "from the identified application servers." [172] A POSITA would have understood that, to make such a request, the client must use the location information associated with the object tag to calculate a location of the data associated with the identification string.<br><br>Based on the above teachings, Skagerwall discloses or renders obvious claim element 6.c's each one of the plurality of data location servers comprises a processor and a portion of the data location information. |
| **[6.d(i)]** wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity, and | Skagerwall discloses this element, for example, as described below. See above evidence regarding claim limitations 1.c, 6.c, and 6.f.<br><br>Skagerwall teaches that a directory server identifying if it is the primary directory server (i.e., location server) containing the application server address (i.e., location string) for the request. And Skagerwall provides instructions that, if the queried directory server doesn't contain the object tag for the requested data, the system progresses to flowchart step S28 where the request goes to other directory servers:<br><br>    If in step S26 it has been determined that object data related to the object tag is not located at the identified primary directory server, in a step S28, the lookup request is forwarded to other directory servers. In case the number of directory servers has been increased recently, the lookup request may be forwarded to a directory server which is determined using the hashfunction based on a previous number of available directory servers. The same holds true, if the number of directory servers has been decreased recently. If none of the directory stores the desired object data, an error message is generated and the operation ends.[173]<br><br>Skagerwall discloses this claim element through its use of the "hashfunction." As discussed above, Skagerwall teaches that "[i]ntermediate steps are possible, where the look up request is relayed to further devices before it reaches the correct directory |

---

[172] Skagerwall at 9:42-47.
[173] Skagerwall at 12:63-13:6.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | server, as outlined later."[174] When providing the access server (i.e., client) with a hashfunction for identifying the primary directory server to the access server, a POSITA would have understood Skagerwall's "intermediate steps" include a redirect message having information to calculate the location of the directory server containing the location string for the requested data. This arises when system efficiency dictates lessening the processing burden of the directory servers. |
| | Further, to the extent Kove argues Skagerwall's optional intermediate steps don't require redirection, a POSITA would have found it obvious for Skagerwall's system to look to other directory servers to resolve a data request because failure to resolve this request is contrary to the system's objectives and desired efficiency. Skagerwall provides the exemplary forwarding step from the initial primary directory server to the identified directory server having the location of the requested data: |
| |     After identification of the correct directory server DS; DS1-DSn, the request, including the object tag T; T1-Tw, is forwarded to the identified directory server. The directory server, in a subsequent step, performs operations to determine all addresses of application servers IS; IS1-ISp storing application data packets associated with the read object tag T; T1-Tw and thus object D. Intermediate steps are possible, where the look up request is relayed to further devices before it reaches the correct directory server, as outlined later.[175] |
| | Skagerwall teaches that exactly which kernel component performs the identification steps is a design choice by explaining that any component can complete this step: "[O]ther components of the system kernel K may serve as means for identifying the correct directory servers."[176] Accordingly, a POSITA would have understood that either the queried directory server (i.e., location server) or the access server (i.e., client) could perform the identification step depending on the needs of the system and its specific design. |

---

[174] Skagerwall at 9:39-41.
[175] Skagerwall at 9:32-49.
[176] Skagerwall at 10:21-26.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | Thus, it would have been an obvious matter of design choice for Skagerwall's queried directory server to send to the access server (i.e., client) information for contacting another directory server having the location of the requested data rather than having the queried directory server forward the request to the other directory server. For example, for a system where there is only one access server, it may have limited processing power so that any extra burden should be minimized. In such a system, a POSITA would have understood the benefits of having the queried directory server find the correct directory server and obtain the desired location information, and return the addresses (i.e., location strings) to the access server. Conversely, for a system with multiple access servers, the processing power may be more limited on the directory servers. In such a system, a POSITA would have understood that it's more efficient to minimize the processing requirements of the queried directory server. Thus, for such a system with multiple access servers, a POSITA would have been motivated to design the system such that the queried directory server returns to the pertinent access server (i.e., client) the information to calculate the location of the primary directory server. It would have been understood to a POSITA that the system would return such information in a "redirect message." |
| | Further, Wolff's teachings render obvious the claimed "redirect message" limitation. Wolff explains that servers will not always be able to fulfill each request received from a given client. For example, Wolff describes an "overloaded" server which has received too many requests and lacks the processing power to fulfill them all: |
| | In operation at time T=0, normal client 100A is shown accessing memory resource 118 via path 70 through overloaded server 104. At the same time, aware client 102A is shown accessing memory resource 18, via path 74, through overloaded server 102A. At time T=1, process 102P1, implemented on aware client 102A, detects the overload condition of server 104A, and accesses memory resource 118 via an alternate path 76 through server 106A. Thus, in this subsequent state, the load on server 104A is reduced and the access by aware client 102A to memory resource 118 is enhanced. Normal client 100A cannot initiate the processes 35 |

90

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | discussed above in connection with the aware client 102A and is unable to select an alternate path 72 to the underutilized server 106A.[177] |
| | And Wolff teaches optimizing network performance by redirecting requests from an overloaded server, e.g., a server that can't satisfy the request, to another server that can satisfy the request with a "redirection command" to the client from the overloaded server: |
| | <div style="margin-left:2em">Client load rebalancing refers to the ability of a client, enabled with processes in accordance with the current invention, to re-map a path through a plurality of nodes to a resource. *The re-mapping may take place in response to a redirection command emanating from an overloaded node, e.g. server.* The embodiments disclosed allow more efficient, robust communication between a plurality of clients and a plurality of resources, via a plurality of nodes. Resources can include, but are not limited to, computers, memory devices, imaging devices, printers, and data sets. A data set can include a database or a file system.[178]</div> |
| | A POSITA would have understood that Wolff's client re-maps the request path according to a redirection message from the overloaded server to the client. Thus, for any server that can't resolve a request, Wolff teaches that the server sends the client a redirect message pointing the client to another server that will resolve the request. |
| | So, based on Wolff's teachings, a POSITA would have found it obvious to have Skagerwall's queried location server transmit a redirect message to the access server (i.e., client) if that location server doesn't contain the location string associated with the identification string wherein the redirect message has information for use by the access server to calculate a location of another directory server containing the location string. A POSITA would have been motivated to do so because this would optimize performance of Skagerwall's system to send the retrieval instructions to the client in the redirect message rather than letting the request fail at the first directory server. Doing so |

---

[177] Wolff at 5:25-38.

[178] *Id.* at Abstract.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | would further Skagerwall's goal to "facilitate the retrieval of information."[179] Without incorporating Wolff's redirection command message, the request for location information would fail if the directory server didn't contain the requested data, thus frustrating Skagerwall's goal of "facilitating the retrieval of information." Allowing failures to occur would be inefficient for the system and cause less reliability for successful data retrieval. A POSITA would have been motivated to incorporate Wolff's redirection techniques in Skagerwall's system to provide the user with the most reliable and beneficial system of data retrieval possible.<br><br>Because each location server can determine the location of location information on the location server network (i.e., "knows" where to find any requested location data), Skagerwall alone or in combination with Wolff renders obvious that each location server can resolve a data location request in two or fewer traversals, consistent with Amazon's proposed constructions and Kove's statements during reexamination. In the first traversal (i.e., first step), the client requests its desired location information from any location server, which responds with either the location information of the data or the location information for a location server known to contain the requested location information.[180] In the second traversal (i.e., second step), if necessary, the client uses the redirect message to make an alternate request (e.g., Wolff's redirected alternate path[181]) for the location information from another location server (e.g., Skagerwall's S28 checking other servers[182]) known to contain the desired location information. Thus, Skagerwall alone or in combination with Wolff renders obvious resolving any client's data location request in two or fewer traversals.<br><br>Based on the above teachings, Skagerwall discloses or renders obvious claim element 6.d(i). |

---

[179] Skagerwall at Abstract.
[180] Skagerwall at 12:9-53.
[181] Wolff at 5:25-38.
[182] Skagerwall at 12:63-13:6.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| **[6.d(ii)]** wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect message comprising a list of at least one other location server known to have the location information for the desired entity. | Skagerwall discloses this element, for example, as described below.<br><br>Skagerwall explains designing its system so that any component can identify if a given directory server contains the necessary location information in response to a data inquiry, but provides that the preferred components is a directory server:<br><br>    [I]t is preferred, that one of the directory servers DS1; DS2; . . . ; DSn identifies the directory servers storing information related to a requested object tag. However, other components of the system kernel K may serve as means for identifying the correct directory servers.[183]<br><br>Further, Skagerwall describes tasking a "primary" directory server with storing the data for a given object tag. But Skagerwall teaches the benefits of changing the primary directory server and using a hash function to identify each data's locations when adding and removing directory servers since the location in the system where the data is stored can change:<br><br>    However, in the case the number of available directory servers changed, previously stored object data was mapped onto the plurality of directory servers using a hashfunction based on the previous number of directory servers, whereas a target directory server is now identified based on a new number of directory servers. This will sometimes not lead to the directory server actually storing object data related to the desired object.[184]<br><br>As shown below in Figure 2a, Skagerwall describes a flow chart to identify how its system operates when the requested data isn't found where it should be based on the object tag.[185] |

---

[183] Skagerwall at 10:21-26.
[184] Skagerwall at 11:37-45.
[185] Skagerwall at 11:27-13:15.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | 

As shown, Skagerwall's step S22 teaches that a directory server receives a request for data location information associated with an object tag and looks it up to find the |

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| | primary server.[186] A POSITA would have understood that the system performs these flowchart steps taken in the course of receiving a data request from an access server (i.e., client). Skagerwall's step S25 ("Send Request To Primary Directory Server") is only necessary if the request isn't already at the primary directory server. As a result, if the directory server identifies itself as the primary server, the next relevant step is retrieving the requested data at step S27 ("Retrieve Object Data").<br><br>Because each location server can determine the location of location information on the location server network (i.e., "knows" where to find any requested location data), Skagerwall alone or in combination with Wolff renders obvious that each location server can resolve a data location request in two or fewer traversals, consistent with Amazon's proposed constructions and Kove's statements during reexamination. In the first traversal (i.e., first step), the client requests its desired location information from any location server, which responds with either the location information of the data or the location information for a location server known to contain the requested location information.[187] In the second traversal (i.e., second step), if necessary, the client uses the redirect message to make an alternate request (e.g., Wolff's redirected alternate path[188]) for the location information from another location server (e.g., Skagerwall's S28 checking other servers[189]) known to contain the desired location information. Thus, Skagerwall alone or in combination with Wolff renders obvious resolving any client's data location request in two or fewer traversals.<br><br>Based on the above teachings, Skagerwall discloses or renders obvious claim element 6.d(ii). |
| **[8]** The system of claim 6, wherein each of a plurality of location servers in the | See above evidence regarding claim limitations 1.b and 1.e. |

---

[186] Skagerwall at 12:9-53.
[187] Skagerwall at 12:9-53.
[188] Wolff at 5:25-38.
[189] Skagerwall at 12:63-13:6.

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| network stores only a portion of the data location information. | |
| **[12]** The system of claim 9, wherein the indexed location store comprises a string store indexed by a hash table distributed across a plurality of servers. | See above evidence regarding claim 2. |
| **[15.Preamble]** A method of handling location queries in a network, the network comprising a plurality of location servers including data location information, the method comprising: | See above evidence regarding the preamble of claim 1. |
| **[15.a]** correlating each one of a plurality of identifiers with at least one of a plurality of locations in the network, each one of the plurality of identifiers identifying a respective one of a plurality of data entities, wherein the data entities are stored in corresponding locations in the network; | See above evidence regarding claim limitations 1.a(ii). |
| **[15.b]** receiving a location query from a client at one of the plurality of location servers, the location query requesting location information identifying a location of a data entity included in the data entities; | See above evidence regarding claim limitation 1.c, 1.e, and 6.c. |
| **[15.c]** determining which of the plurality of location servers includes the location information; | See above evidence regarding claim limitation 1.f. |
| **[15.d]** sending a location response message to the client in response to determining the one of the plurality of location servers includes the location | See above evidence regarding claim limitation 6.d(i). |

| U.S. Patent No. 7,814,170 | Skagerwall alone or with Wolff |
|---|---|
| information, the location response message comprising the location information; and | |
| **[15.e]** sending a redirect message to the client in response to determining the one of the plurality of location servers fails to include the location information, the redirect message identifying which of the plurality of location servers includes the location information. | See above evidence regarding claim limitation 6.d(ii). |

AWS asserts that U.S. Patent No. 7,814,170 ("the '170 patent") claims 6, 8, and 15 are anticipated by, and claims 1, 2, and 12 are obvious in view of, the BIND 8.1 version of DNS, the operation of which is described in BIND and DNS, RFC 1034, Sherman, and Karger/Sherman. DNS qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it was publicly available in May 1997, more than a year before Kove's October 28, 1999 claimed priority date for the '170 patent. Karger '618/420 is prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it has a priority date of March 15, 1998. The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and AWS reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

Furthermore, the following list includes examples of specifically where certain '170 patent claim elements are found in DNS:
- Client: Client
- Identifier: Domain name
- Location information: Resource records ("RRs")
- Location server: Name server
- Data repository: Host data or mailbox data
- Hash function: Hash structures

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
| **[1.Preamble]** A system for managing data stored in a distributed network, the system comprising: | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.<br><br>In general, DNS discloses a system having a plurality of DNS name servers that manage location information, such as DNS resource records, and provide location information to location queries, called standard queries in DNS. Each DNS name server is attached to a DNS network and maintains a set of domain name/address mappings that are modified or returned in response to standard queries from clients.<br><br>"NAME SERVERS are server programs which hold information about the domain tree's structure and set information. A name server may cache structure or set information about any part of the domain tree, but in general a particular name server has complete information about a subset of the domain space, and pointers to other |

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
| | name servers that can be used to lead to information from any part of the domain tree." (RFC1034, 6.) |
| | "[Q]uery operations are attempts to extract specific types of information from a particular set. A query names the domain name of interest and describes the type of resource information that is desired. For example, the Internet uses some of its domain names to identify hosts; queries for address resources return Internet host addresses." (*Id*.) |
| | In response to a query, a "name server either answers the question posed in the query, refers the requester to another set of name servers, or signals some error condition." (*Id.*, 16.) |
| | "The principal activity of name servers is to answer standard queries." (*Id.*, 22.) |
| | *See also* Paul Albitz and Cricket Liu, DNS and BIND, 4, O'Reilly & Associates, Inc., 3rd ed. 1998 ("Programs called *name servers* constitute the server half of DNS's client-server mechanism. Name servers contain information about some segment of the database and make it available to clients, called *resolvers*." (emphasis original)). |
| [1.a] a data repository configured to store a data entity, wherein an identifier string identifies the data entity; and | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below. |
| | "We should be able to use names to retrieve host addresses, mailbox data, and other as yet undetermined information. All data associated with a name is tagged with a type, and queries can be limited to a single type." (RFC1034, 3.) |
| | The name space is "used for hosts, mailboxes, etc." (*Id.*, 9.) "A convention for mapping between object names and domain names [is needed as] [t]his describes how information about an object is accessed." (*Id.*) "The mailbox HOSTMASTER@SRI-NIC.ARPA is represented as a domain name by HOSTMASTER.SRI-NIC.ARPA." (*Id.*, 9-10.) |

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
| | *See also* Paul Albitz and Cricket Liu, DNS and BIND, O'Reilly & Associates, Inc., 3rd ed. 1998: "Every domain has a unique name." (p. 5, *see also* 7.) "Each host on a network has a domain name, which points to information about the host." (p. 6.) "[A] domain name uniquely identifies a single node in the tree." (p. 13.) "The hosts are … represented by domain names. … Domain names at the leaves of the tree generally represent individual hosts, and they may point to network addresses, hardware information, and mail routing information. Domain names in the interior of the tree can name a host *and* can point to information about the domain. Interior domain names … can represent both the domain that they correspond to and a particular host on the network. For example, *hp.com* is both the name of the Hewlett-Packard Company's domain and the domain name of a host that runs HP's main web server." (pp. 15-16, *see also* 19-20.) |
| **[1.b]** a data location server network comprising a plurality of data location servers, | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.

"In any system that has a distributed database, a particular name server may be presented with a query that can only be answered by some other server." (RFC1034, 4.)

"[I]n general a particular name server has complete information about a subset of the domain space, and pointers to other name servers that can be used to lead to information from any part of the domain tree." (*Id.*, 6.)

"Name servers are the repositories of information that make up the domain database. The database is divided up into sections called zones, which are distributed among name servers." (*Id.*, 18.)

"A given name server will typically support one or more zones, but this gives it authoritative information about only a small section of the domain tree." (*Id.*, 19.) |
| **[1.c]** wherein data location information for a plurality of data entities is stored in the data location server network, | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below. |

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
| | The "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (*Id.*, 2.) |
| | RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.) |
| | "DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*) |
| | "The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.) |
| | "In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.*, 17.) |
| | A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP address (e.g., 26.0.0.73). This example is shown below from RFC1034. |

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
| | ```
SRI-NIC.ARPA.   A     26.0.0.73
                A     10.0.0.51
                MX    0 SRI-NIC.ARPA.
                HINFO DEC-2060 TOPS20
```
(*Id.*, 37.) |
| **[1.d]** at least one of the plurality of data location servers includes location information associated with the identifier string, | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.

"A domain name identifies a node." (*Id.*, 11.)

"Conceptually, each node and leaf of the domain name space tree names a set of information, and query operations are attempts to extract specific types of information from a particular set. A query names the domain name of interest and describes the type of resource information that is desired. For example, the Internet uses some of its domain names to identify hosts; queries for address resources return Internet host addresses." (*Id.*, 6.)

For example, the identifier "vaxa.isi.edu" has two IP addresses shown below.
```
For example, we might show the RRs carried in a message as:

    ISI.EDU.          MX   10 VENERA.ISI.EDU.
                      MX   10 VAXA.ISI.EDU.
    VENERA.ISI.EDU. A    128.9.0.32
                    A    10.1.0.52
    VAXA.ISI.EDU.   A    10.2.0.27
                    A    128.9.0.33
```
(*Id.*, 14.)

"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a |

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
| | domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.*, 17.) |
| **[1.e]** each one of the plurality of data location servers comprises a processor and a portion of the data location information, | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.

See above evidence regarding claim limitation 1.b.

RFC1034 discloses that name servers are "server programs" (*id.*, 6) that respond to queries with a DNS response answer.  A server necessarily includes a processor.

DNS name servers contain "DNS software" that is run when a name server is locating information contained in a RR responsive to a location query. (*Id.*, 15.)

RFC1034 discloses that DNS name servers "answer standard queries" and that they send "response[s]" that "are carried in a standard message format." (*Id.*, 22.)

RCF 1034 discloses that the "sheer size of the database" requires that it be "maintained in a distributed manner, with local caching" wherein a portion of the data location information is stored on each name server.  (*Id.*, 2.)

"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.*, 17.)

"The actual algorithm used by the name server will depend on the local OS and data structures used to store RRs." (*Id.*, 24.) |
| **[1.f]** the portion of the data location information included in a corresponding one of the data location servers is based | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below. |

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
| on a hash function used to organize the data location information across the plurality of data location servers, and | "The owner name is often implicit, rather than forming an integral part of the RR. For example, many name servers internally form tree or hash structures for the name space, and chain RRs off nodes." (*Id.*, 13.) |
| | "Before the DNS can be used to hold naming information for some kind of object, two needs must be met: |
| | – A convention for mapping between object names and domain names. This describes how information about an object is accessed. |
| | – RR types and data formats for describing the object. |
| | These rules can be quite simple or fairly complex. Very often, the designer must take into account existing formats and plan for upward compatibility for existing usage. Multiple mappings or levels of mapping may be required. |
| | For hosts, the mapping depends on the existing syntax for host names which is a subset of the usual text representation for domain names, together with RR formats for describing host addresses, etc. Because we need a reliable inverse mapping from address to host name, a special mapping for addresses into the IN-ADDR.ARPA domain is also defined. |
| | For mailboxes, the mapping is slightly more complex. The usual mail address <local-part> <mail-domain> is mapped into a domain name by converting <local-part> into a single label (regardless of dots it contains) , converting <mail-domain> into a domain name using the usual text format for domain names (dots denote label breaks), and concatenating the two to form a single domain name. Thus the mailbox HOSTMASTER@SRI-NIC.ARPA is represented as a domain name by HOSTMASTER.SRI-NIC.ARPA. An appreciation for the reasons behind this design also must take into account the scheme for mail exchanges [RFC-974] ." (*Id.*, 9-10.) |
| | "In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.*, 17.) |

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
|  | **Obviousness of Hash Function:** To the extent that Kove contends that DNS does not disclose this limitation, and this claim is construed to require a hash function, the subject matter as a whole of each claim, including this limitation, would have been obvious to one of skill in the art before the invention. The specification of the asserted patents themselves concede that the "preferably applied" hash function used to organize the data location information across the plurality of data location servers was "well-known" in computer science. ('170 patent, col. 15:12-18.) Numerous other publications before the filing of the Patents-in-Suit describe the use of hash functions to organize location information across servers in distributed systems. Courts have also recognized that hash functions are "generic and basic mathematical or algorithmic functions that do not make a patent inventive." *Symantec Corp. v. Zscaler, Inc.*, No. 17-cv-04426-JST, 2018 WL 1456678, at *7 (N.D. Cal. March 23, 2018). One skilled in the art would be familiar with the use of hashing in a distributed network. Karger '618/420 states that it was well understood "for clients to use a standard hash function to determine from which server to request a document." ('420 patent, 3:23-50; '618 patent, 3:18-44.) "In one embodiment, the mapping of requests [e.g., for a document] and resources [e.g., servers] to the mathematical mapping space is accomplished with a hash function. A hash function takes an input (k) and returns an output in a given range. Hash functions can be used to allocate pointers or keys to a location in a hash table, which is a data structure having a specified number of locations or 'slots.' If h(k) is a hash function, key (k) is said to hash to a hash table location h(k). A goal in designing a hash function is for each key (k) to be equally likely to hash to any of the locations in the hash table. An approach to achieve this is to derive the hash function in a way that is expected to be independent of any patterns that might exist in the data." ('420 patent, 10:22-34; '618 patent, 10:13-25.) Karger '420/618 discloses a "consistent hashing" function, which "avoids increasing load and spread when the number of servers changes." ('420 patent, 6:29-41; '618 patent, 6:21-33.) "Networked distributed file systems, groups of computers that store large amounts of data on an intranet or internet, and have too much information to effectively serve on one server, can use the invention to great benefit." ('420 patent, 19:47-50; '618 patent, 18:14-17.) Thus, one skilled in the art would recognize that consistent hashing as taught by Karger '420/618 |

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
| | could be used to improve the operation of a distributed system such as DNS when a server is added to or removed from that system. |
| **[1.g]** each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function applied to the identifier string. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.<br><br>See above evidence regarding claim limitation 1.f.<br><br>Where resource records are organized on a plurality of name servers using a hash function applied to the domain name, it would be further obvious to use the hash function applied to the domain name to determine the name server that stores a portion of the resource records.<br><br>"In any system that has a distributed database, a particular name server may be presented with a query that can only be answered by some other server. The two general approaches to dealing with this problem are 'recursive', in which the first server pursues the query for the client at another server, and 'iterative', in which the server refers the client to another server and lets the client pursue the query." (*Id.*, 4.)<br><br>"Before the DNS can be used to hold naming information for some kind of object, two needs must be met:<br>- A convention for mapping between object names and domain names. This describes how information about an object is accessed.<br>- RR types and data formats for describing the object.<br>These rules can be quite simple or fairly complex. Very often, the designer must take into account existing formats and plan for upward compatibility for existing usage. Multiple mappings or levels of mapping may be required.<br>For hosts, the mapping depends on the existing syntax for host names which is a subset of the usual text representation for domain names, together with RR formats for describing host addresses, etc. Because we need a reliable inverse mapping from address to host name, a special mapping for addresses into the IN-ADDR.ARPA domain is also defined. |

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
|  | For mailboxes, the mapping is slightly more complex. The usual mail address <local-part> <mail-domain> is mapped into a domain name by converting <local-part> into a single label (regardles of dots it contains) , converting <mail-domain> into a domain name using the usual text format for domain names (dots denote label breaks), and concatenating the two to form a single domain name. Thus the mailbox HOSTMASTER@SRI-NIC.ARPA is represented as a domain name by HOSTMASTER.SRI-NIC.ARPA. An appreciation for the reasons behind this design also must take into account the scheme for mail exchanges [RFC-974] ." (*Id.,* 9-10.)

"Using the query domain name, QTYPE, and QCLASS, the name server looks for matching RRs. In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.) |
| **[2]** The system of claim 1, wherein the location information comprises any portion of a hash table generated with the hash function. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.

"The owner name is often implicit, rather than forming an integral part of the RR. For example, many name servers internally form tree or hash structures for the name space, and chain RRs off nodes." (*Id.,* 13.)

"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.)

It would be further obvious to organize the results of a hash function into a "hash structure" in the form of a table. |

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
| | **Obviousness of Hash Function:** To the extent that Kove contends that DNS does not disclose this limitation, and this claim is construed to require a hash function, the subject matter as a whole of each claim, including this limitation, would have been obvious to one of skill in the art before the invention. The specification of the asserted patents themselves concede that the "preferably applied" hash function used to organize the data location information across the plurality of data location servers was "well-known" in computer science. ('170 patent, col. 15:12-18.) Numerous other publications before the filing of the Patents-in-Suit describe the use of hash functions to organize location information across servers in distributed systems. Courts have also recognized that hash functions are "generic and basic mathematical or algorithmic functions that do not make a patent inventive." *Symantec Corp. v. Zscaler, Inc.*, No. 17-cv-04426-JST, 2018 WL 1456678, at *7 (N.D. Cal. March 23, 2018). One skilled in the art would be familiar with the use of hashing in a distributed network. Karger '618/420 states that it was well understood "for clients to use a standard hash function to determine from which server to request a document." ('420 patent, 3:23-50; '618 patent, 3:18-44.) "In one embodiment, the mapping of requests [e.g., for a document] and resources [e.g., servers] to the mathematical mapping space is accomplished with a hash function. A hash function takes an input (k) and returns an output in a given range. Hash functions can be used to allocate pointers or keys to a location in a hash table, which is a data structure having a specified number of locations or 'slots.' If h(k) is a hash function, key (k) is said to hash to a hash table location h(k). A goal in designing a hash function is for each key (k) to be equally likely to hash to any of the locations in the hash table. An approach to achieve this is to derive the hash function in a way that is expected to be independent of any patterns that might exist in the data." ('420 patent, 10:22-34; '618 patent, 10:13-25.) Karger '420/618 discloses a "consistent hashing" function, which "avoids increasing load and spread when the number of servers changes." ('420 patent, 6:29-41; '618 patent, 6:21-33.) "Networked distributed file systems, groups of computers that store large amounts of data on an intranet or internet, and have too much information to effectively serve on one server, can use the invention to great benefit." ('420 patent, 19:47-50; '618 patent, 18:14-17.) Thus, skilled in the art would recognize that consistent hashing as taught by Karger '420/618 |

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
| | could be used to improve the operation of a distributed system such as DNS when a server is added to or removed from that system. |
| **[6.Preamble]** A system for managing data location information and providing the data location information in response to location queries, the system comprising: | See above evidence regarding the preamble of claim 1. |
| **[6.a]** a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity; | See above evidence regarding claim limitation 1.b. <br><br> RFC1034 discloses a DNS protocol for implementing domain name facilities wherein location addition requests are made to the name servers. (*Id.*, 1.) <br><br> For example, RCF1034 discloses that a location addition request to a name server takes place when a name server "cach[es] retrieved data and … refresh[es] data." (*Id.*, 5.) <br><br> "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs). The order of RRs in a set is not significant, and need not be preserved by name servers, resolvers, or other parts of the DNS. <br> When we talk about a specific RR, we assume it has the following: <br> owner       which is the domain name where the RR is found. <br> type       which is an encoded 16 bit value that specifies the type of the resource in this resource record. Types refer to abstract resources." (*Id.*, 11-12.) <br><br> "RRs are represented in binary form in the packets of the DNS protocol, and are usually represented in highly encoded form when stored in a name server or resolver." (*Id.*, 13.) <br><br> BIND 8 supports DNS dynamic updates. This feature "permits authorized updaters to add and delete resource records from a zone for which the server is authoritative." (DNS and BIND, 231.) "Dynamic update permits more than the simple addition and deletion of records. Updaters can add or delete individual resource records, delete |

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
| | RRsets …, or even delete all records associated with a given name." (*Id.*) "For the most part, dynamic update functionality is used by programs … [that] use the *ns_update()* routine to create update messages and send them to an authoritative server for the zone that contains the domain name." (*Id.*, 231-232.) |
| **[6.b]** wherein the location server includes a processor; and | See above evidence regarding claim limitations 1.b and 1.e. |
| **[6.c]** programming logic stored on the location server, wherein the programming logic is configured to return, in response to a location query related to a desired entity, a location message, the location message in conformance with the transfer protocol and comprising at least one location associated with the desired entity, wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity, and wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect message comprising a list of at least one other location server known to have the location information for the desired entity. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.

DNS name servers contain programming logic such as "DNS software" that is run when a name server is locating information contained in a RR responsive to a location query. (*Id.*, 15.)

"In any system that has a distributed database, a particular name server may be presented with a query that can only be answered by some other server. The two general approaches to dealing with this problem are 'recursive', in which the first server pursues the query for the client at another server, and 'iterative', in which the server refers the client to another server and lets the client pursue the query." (*Id.*, 4.)

RCF1034 discloses that name servers contain programming logic that "defines procedures for accessing the data and for referrals to other name servers. The domain system also defines procedures for caching retrieved data and for periodic refreshing of data defined by the system administrator." (*Id.*, 5.)

RFC1034 discloses that name servers include "server programs" (*id.*, 6) that respond to queries with a DNS response answer.

"Queries are messages which may be sent to a name server to provoke a response. … The response by the name server either answers the question posed in the query, refers the requester to another set of name servers, or signals some error condition." (*Id.*, 15-16.) |

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
|  | "A standard query specifies a target domain name (QNAME), query type (QTYPE), and query class (QCLASS) and asks for RRs which match." (*Id.*, 16.)<br><br>"Using the query domain name, QTYPE, and QCLASS, the name server looks for matching RRs. In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address. For example, a mailer tying [sic, trying] to send mail to Mockapetris@ISI.EDU might ask the resolver for mail information about ISI.EDU, resulting in a query for QNAME=ISI.EDU, QTYPE=MX, QCLASS=IN. The response's answer section would be" as follows. (*Id.*, 17.) |

```
        ISI.EDU.         MX      10 VENERA.ISI.EDU.
                         MX      10 VAXA.ISI.EDU.

    while the additional section might be:

        VAXA.ISI.EDU.    A       10.2.0.27
                         A       128.9.0.33
        VENERA.ISI.EDU. A       10.1.0.52
                         A       128.9.0.32
```

(*Id.*) The additional section is provided "[b]ecause the server assumes that if the requester wants mail exchange information, it will probably want the addresses of the mail exchanges soon afterward." (*Id.*)

RFC1034 discloses that DNS name servers "answer standard queries" and that they send "response[s]" that "are carried in a standard message format." (*Id.*, 22.)

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
| | "The actual algorithm used by the name server will depend on the local OS and data structures used to store RRs." (*Id*., 24.) |
| | "In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.)

*See also* Section 6.2 providing example queries and responses. (*Id*., 39-50.) Sections 6.2.6 and 6.2.7 disclose examples of responses with a referral. (*Id*., 44-46.)

*See also* Paul Albitz and Cricket Liu, DNS and BIND, 27-30, 247, O'Reilly & Associates, Inc., 3rd ed. 1998 (describing that the response may contain the answer or a referral to other name servers). |
| **[8]** The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information. | See above evidence regarding claim limitation 1.e. |
| **[12]** The system of claim 9, wherein the indexed location store comprises a string store indexed by a hash table distributed across a plurality of servers. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.

"The owner name is often implicit, rather than forming an integral part of the RR. For example, many name servers internally form tree or hash structures for the name space, and chain RRs off nodes." (RFC1034, 13.)

RCF1034 discloses that resource records can be stored on name servers as "binary strings." (*Id*., 13.) Moreover, the Patents-in-Suit recognize that "location" is not a requirement for its data servers as "NDTP can be used for any application in which one-to-zero or one-to-many associations among strings are to be maintained and accessed on a network. In applications of NDTP other than distributed databases, the |

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
| | term identifier is likely to make sense in most cases, but the term location may not." ('170 patent, 20:30-37.) The Microfiche Appendix filed with the '170 patent provides software code that demonstrates that location is not necessary for the operation of the data servers. |
| | *See also* Paul Albitz and Cricket Liu, DNS and BIND, 6, O'Reilly & Associates, Inc., 3rd ed. 1998 ("Domain names are used as indexes into the DNS database."). |
| | **Obviousness of Hash Function:** To the extent that Kove contends that DNS does not disclose this limitation, and this claim is construed to require a hash function, the subject matter as a whole of each claim, including this limitation, would have been obvious to one of skill in the art before the invention. The specification of the asserted patents themselves concede that the "preferably applied" hash function was "well-known" in computer science. (*See, e.g.*, '170 patent, col. 15:12-18.) Numerous other publications before the filing of the Patents-in-Suit describe the use of hash functions in distributed systems. Courts have also recognized that hash functions are "generic and basic mathematical or algorithmic functions that do not make a patent inventive." *Symantec Corp. v. Zscaler, Inc.*, No. 17-cv-04426-JST, 2018 WL 1456678, at *7 (N.D. Cal. March 23, 2018). One skilled in the art would be familiar with the use of hashing in a distributed network. Karger '618/420 states that it was well understood "for clients to use a standard hash function to determine from which server to request a document." ('420 patent, 3:23-50; '618 patent, 3:18-44.) Karger also discloses a consistent hashing algorithm applicable to distributed systems. "In one embodiment, the mapping of requests [e.g., for a document] and resources [e.g., servers] to the mathematical mapping space is accomplished with a hash function. A hash function takes an input (k) and returns an output in a given range. Hash functions can be used to allocate pointers or keys to a location in a hash table, which is a data structure having a specified number of locations or 'slots.' If h(k) is a hash function, key (k) is said to hash to a hash table location h(k). A goal in designing a hash function is for each key (k) to be equally likely to hash to any of the locations in the hash table. An approach to achieve this is to derive the hash function in a way that is expected to be independent of any patterns that might exist in the data." ('420 patent, 10:22-34; '618 patent, 10:13- |

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
| | 25.) Karger '420/618 discloses a "consistent hashing" function, which "avoids increasing load and spread when the number of servers changes." ('420 patent, 6:29-41; '618 patent, 6:21-33.) "Networked distributed file systems, groups of computers that store large amounts of data on an intranet or internet, and have too much information to effectively serve on one server, can use the invention to great benefit." ('420 patent, 19:47-50; '618 patent, 18:14-17.) Thus, one skilled in the art would recognize that consistent hashing as taught by Karger '420/618 could be used to improve the operation of a distributed system such as DNS when a server is added to or removed from that system. |
| [15.Preamble] A method of handling location queries in a network, the network comprising a plurality of location servers including data location information, the method comprising: | See above evidence regarding the preamble of claim 1. |
| [15.a] correlating each one of a plurality of identifiers with at least one of a plurality of locations in the network, each one of the plurality of identifiers identifying a respective one of a plurality of data entities, wherein the data entities are stored in corresponding locations in the network; | See above evidence regarding claim limitations 1.a and 1.d. |
| [15.b] receiving a location query from a client at one of the plurality of location servers, the location query requesting location information identifying a location of a data entity included in the data entities; | See above evidence regarding claim limitation 6.c. |
| [15.c] determining which of the plurality of location servers includes the location information; | See above evidence regarding claim limitation 6.c. |

| U.S. Patent No. 7,814,170 | Domain Name System (DNS) and, for Claims 1, 2, and 12, Karger '618/420 |
|---|---|
| **[15.d]** sending a location response message to the client in response to determining the one of the plurality of location servers includes the location information, the location response message comprising the location information; and | See above evidence regarding claim limitation 6.e. |
| **[15.e]** sending a redirect message to the client in response to determining the one of the plurality of location servers fails to include the location information, the redirect message identifying which of the plurality of location servers includes the location information. | See above evidence regarding claim limitation 6.e. |

**Exhibit 1B: Invalidity Claim Chart Against U.S. Patent No. 7,814,170 in View of the Cache Resolver System**

AWS asserts that U.S. Patent No. 7,814,170 ("the '170 patent") claims 1, 2, 6, 8, 12, and 15 are anticipated by the Cache Resolver system, such as described in Distributed Web Caching System with Consistent Hashing by Alexander Sherman (1999) ("Sherman"), and Web Caching with Consistent Hashing by Karger, Sherman, et al. (March 4, 1999) ("Karger/Sherman"). The Cache Resolver system qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it was known, used, and published before Kove's October 28, 1999 claimed priority date for the '170 patent. The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and AWS reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions. AWS also contends that the complete features and functionality of DNS is inherent to any system using DNS, such as described in Sherman or Karger/Sherman.

Furthermore, the following list includes examples of specifically where certain '170 patent claim elements are found in DNS:

- Client: Client
- Identifier: Domain name
- Location information: Resource records ("RRs")
- Location server: Name server
- Data repository: Host data or mailbox data
- Hash function: Hash functions

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| **[1.Preamble]** A system for managing data stored in a distributed network, the system comprising: | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below. |
| | In general, the Cache Resolver system discloses that a user browser can communicate with a network of Domain Name Servers (DNS) that access proxy caches with data. A URL or virtual name may be used with a consistent hash function to identify actual physical IP addresses of data. The DNS servers may store and/or calculate location information. |
| | Sherman discloses "a solution to the problem of slow service experienced by most World Wide Web users" that includes an improvement over local browser caching, |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| | regional caching, and previous distributed cache solutions. (Pgs. 9-13.) Sherman's solution resolves "the tradeoff between a good hit rate and fast access times." (Pg. 13.) |
| | Sherman "describes a Distributed Web Caching system based on the Consistent Hashing algorithms that improve on the methods used by the existing web caching systems. Consistent Hashing as used in our system provides for a more efficient use of caches on the World Wide Web, which translates into faster service for the users." (Abstract, pg. 3) |
| | "Cache Resolver, the distributed web caching system that we developed, eliminates the necessity for any inter-cache communication on a cache miss by letting clients decide for themselves which cache has the required data. Instead of contacting a primary cache which on a miss sends requests to other caches or a directory, user's browser directly contacts the cache that contains the required resource. Browsers make their decision with help of a hash function which maps resources (or URLs) to a set of available caches. With a globally known hash function, all of the system clients (users) can agree on which caches are responsible for storing each resource. Thus, our system speeds up access time to the 'right cache' in two ways. First of all, executing a hash function locally is faster than running non-trivial protocols among caches to find the right cache. Also, if there is a 'right cache', no time is wasted on a possible miss in the primary cache." (Pg. 15.) |
| | Sherman discloses: "The system consists of three major components: the actual cache machines for storing the content, users' browsers that direct requests toward virtual names of the caches, and the domain name servers (also known as resolution units) that use consistent hashing to resolve virtual names requested by the users into specific physical addresses of the cache machines." (Pg. 34.) |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
|  |  Figure 4-1: System Components |

Karger/Sherman has the same architecture. Both Sherman and Karger/Sherman describe aspects of the same Cache Resolver system.  Therefore, citations herein regarding Sherman apply equally to Karger/Sherman, and vice versa.  AWS also contends that the complete features and functionality of DNS is inherent to any system using DNS, such as described in Sherman or Karger/Sherman.

In general, DNS discloses a system having a plurality of DNS name servers that manage location information, such as DNS resource records, and provide location information to location queries, called standard queries in DNS. Each DNS name server is attached to a DNS network and maintains a set of domain name/address mappings that are modified or returned in response to standard queries from clients.

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| | "NAME SERVERS are server programs which hold information about the domain tree's structure and set information. A name server may cache structure or set information about any part of the domain tree, but in general a particular name server has complete information about a subset of the domain space, and pointers to other name servers that can be used to lead to information from any part of the domain tree." (RFC1034, 6.)

"[Q]uery operations are attempts to extract specific types of information from a particular set. A query names the domain name of interest and describes the type of resource information that is desired. For example, the Internet uses some of its domain names to identify hosts; queries for address resources return Internet host addresses." (*Id.*)

In response to a query, a "name server either answers the question posed in the query, refers the requester to another set of name servers, or signals some error condition." (*Id.*, 16.)

"The principal activity of name servers is to answer standard queries." (*Id.*, 22.)

*See also* Paul Albitz and Cricket Liu, DNS and BIND, 4, O'Reilly & Associates, Inc., 3rd ed. 1998 ("Programs called *name servers* constitute the server half of DNS's client-server mechanism. Name servers contain information about some segment of the database and make it available to clients, called *resolvers*." (emphasis original)). |
| **[1.a]** a data repository configured to store a data entity, wherein an identifier string identifies the data entity; and | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.

Sherman discloses proxy caches that "replies with the data if it has a valid copy stored. Otherwise, it fetches the data from the original web server and stores a copy as well." (Pg. 34.) |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| | "This function takes requested URLs as input and performs a modulo hash (the hash function here is not related to Consistent Hashing that takes place elsewhere in the system) and returns a list of virtual names of the cache machines. To resolve virtual names into actual IP addresses of the caches, a browser will have to contact the DNS system. … These numeric values returned by the hash function are included in the virtual names (e.g., A123.ProxyCache.com, where 123 is the numeric value corresponding to a hash of a URL string)." (Pg. 36.) |
| | "The DNS units represent the key component of our system since these units ultimately decide which physical cache stores each resource." (Pg. 37.) |
| | "We should be able to use names to retrieve host addresses, mailbox data, and other as yet undetermined information. All data associated with a name is tagged with a type, and queries can be limited to a single type." (RFC1034, 3.) |
| | The name space is "used for hosts, mailboxes, etc." (*Id.*, 9). "A convention for mapping between object names and domain names [is needed as] [t]his describes how information about an object is accessed." (*Id.*) "The mailbox HOSTMASTER@SRI-NIC.ARPA is represented as a domain name by HOSTMASTER.SRI-NIC.ARPA." (*Id.*, 9-10.) |
| | *See also* Paul Albitz and Cricket Liu, DNS and BIND, O'Reilly & Associates, Inc., 3rd ed. 1998: "Every domain has a unique name." (p. 5, *see also* 7.) "Each host on a network has a domain name, which points to information about the host." (p. 6.) "[A] domain name uniquely identifies a single node in the tree." (p. 13.) "The hosts are … represented by domain names. … Domain names at the leaves of the tree generally represent individual hosts, and they may point to network addresses, hardware information, and mail routing information. Domain names in the interior of the tree can name a host *and* can point to information about the domain. Interior domain names … can represent both the domain that they correspond to and a particular host on the network. For example, *hp.com* is both the name of the Hewlett-Packard Company's |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| | domain and the domain name of a host that runs HP's main web server." (pp. 15-16, *see also* 19-20.) |
| **[1.b]** a data location server network comprising a plurality of data location servers, | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below. |
| | Sherman discloses a DNS server network with data location servers. |
| | Sherman discloses that "[t]he primary function of our DNS system is to resolve the virtual names generated by the users' Java Script function to the actual physical IP addresses of the caches. … It then uses consistent hashing to map all of the virtual names to physical addresses of only the live machines. … The DNS units represent the key component of our system since these units ultimately decide which physical cache stores each resource." (Pg. 37.) |
| | "In any system that has a distributed database, a particular name server may be presented with a query that can only be answered by some other server." (RFC1034, 4.) |
| | "[I]n general a particular name server has complete information about a subset of the domain space, and pointers to other name servers that can be used to lead to information from any part of the domain tree." (*Id.*, 6.) |
| | "Name servers are the repositories of information that make up the domain database. The database is divided up into sections called zones, which are distributed among name servers." (*Id.*, 18.) |
| | "A given name server will typically support one or more zones, but this gives it authoritative information about only a small section of the domain tree." (*Id.*, 19.) |
| **[1.c]** wherein data location information for a plurality of data entities is stored in the data location server network, | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below. |

24

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| | "First, we eliminate duplication of resources among caches since each DNS server with the same view of caches will compute the same mapping from virtual names to IPs." (Pg. 38.) |
| | The "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.) |
| | RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.) |
| | "DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*) |
| | "The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.) |
| | "In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.*, 17.) |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| | A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034. |
| | SRI-NIC.ARPA.  A    26.0.0.73<br>                A    10.0.0.51<br>                MX   0 SRI-NIC.ARPA.<br>                HINFO DEC-2060 TOPS20<br><br>(*Id.*, 37.) |
| **[1.d]** at least one of the plurality of data location servers includes location information associated with the identifier string, | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.<br><br>Sherman states: "First, we eliminate duplication of resources among caches since each DNS server with the same view of caches will compute the same mapping from virtual names to IPs." (Pg. 38.)<br><br>"Hashing allows all of the DNS servers to agree on the mappings from virtual names to IP addresses." (Pg. 40.)<br><br>*See also* Chapter 3 "Consistent Hashing." (Pgs. 22-33.)<br><br>"A domain name identifies a node." (RFC1034, 11.)<br><br>"Conceptually, each node and leaf of the domain name space tree names a set of information, and query operations are attempts to extract specific types of information from a particular set. A query names the domain name of interest and describes the type of resource information that is desired. For example, the Internet uses some of its domain names to identify hosts; queries for address resources return Internet host addresses." (*Id.*, 6.)<br><br>For example, the identifier "vaxa.isi.edu" has two IP addresses shown below. |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| | For example, we might show the RRs carried in a message as:<br><br>ISI.EDU.      MX   10 VENERA.ISI.EDU.<br>               MX   10 VAXA.ISI.EDU.<br>VENERA.ISI.EDU. A    128.9.0.32<br>               A    10.1.0.52<br>VAXA.ISI.EDU.   A    10.2.0.27<br>               A    128.9.0.33<br><br>(*Id.*, 14.)<br><br>"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.*, 17.) |
| [1.e] each one of the plurality of data location servers comprises a processor and a portion of the data location information, | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.<br><br>Sherman states: "To test these systems, we used a network of seven machines connected to one 100Mbit switch. … Another machine ran a copy of BIND and was the designated domain name server that used Consistent Hashing to resolve virtual names to IP addresses of the three caches." (Pg. 43.) |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| |  Figure 5-1: Test Network Setup

"In a large web caching system it is possible that the views of live caches will differ slightly from one DNS server to another perhaps due to some lost connections over congested Internet links." (Pg. 38.)

See above evidence regarding claim limitation 1.b.

RFC1034 discloses that name servers are "server programs" (RFC1034, 6) that respond to queries with a DNS response answer. A server necessarily includes a processor.

DNS name servers contain "DNS software" that is run when a name server is locating information contained in a RR responsive to a location query. (*Id.*, 15.)

"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| | domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.*, 17.)<br><br>RFC1034 discloses that DNS name servers "answer standard queries" and that they send "response[s]" that "are carried in a standard message format." (*Id.*, 22.)<br><br>"The actual algorithm used by the name server will depend on the local OS and data structures used to store RRs." (*Id.*, 24.) |
| **[1.f]** the portion of the data location information included in a corresponding one of the data location servers is based on a hash function used to organize the data location information across the plurality of data location servers, and | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.<br><br>The Cache Resolver system discloses that a user browser can communicate with a network of DNS servers that access proxy caches with data. Data is organized based on a consistent hash function applied to a URL or virtual name. The DNS servers may store and/or calculate location information based on that hash function.<br><br>"With a globally known hash function, all of the system clients (users) can agree on which caches are responsible for storing each resource." (Pg. 15.)<br><br>"A family of consistent hash functions developed by the Algorithms group at MIT possesses all of the properties required for mapping documents to caches in the global cache system. As the name suggests these functions maintain consistent mappings despite fluctuations in range. The basic construction of a consistent hash function is quite simple. Both, the data items and the caches, are mapped randomly and independently to a circle with circumference of length 1 as shown in figure 2.3(i). A data item is assigned to the closest cache in the clockwise direction along the circle. Thus, in figure 2.3(i), items 1, 2, and 3 are mapped to cache A, and items 4 and 5 are mapped to cache B." (Pg. 18.) |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| |  Figure 2-2: The basic construction of a consistent hash function<br><br>"Hashing a URL means finding a cache point whose value is the smallest upper bound on the mapped value of a URL and returning the physical cache associated with that point." (Pg. 30.)<br><br>"In order to demonstrate the practical advantage of Consistent Hashing we implemented a web caching system, called the Cache Resolver that uses our hashing algorithm." (Pg. 34.)<br><br>"Properties of consistent hashing allow us to use the caches very effectively." (*Id.*, Pg. 38.)<br><br>"Consistent Hashing allows all of the DNS servers to agree on the mappings from virtual names to IP addresses." (Pg. 40.)<br><br>*See also* Sherman, Chapter 3 "Consistent Hashing." (Pgs. 22-33.)<br><br>Likewise, Karger/Sherman discloses: "In order to get around the problem, we decided to use DNS. We could set up our own DNS servers, and modify them to support |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| | consistent hashing. This consistent hashing could be "propagated" to browsers during name resolution. More precisely, we wrote an autoconfigure script that performs a *standard* hash of the input URL to a range of 1000 names that we call *virtual caches*. We then used DNS to map the 1000 virtual cache names onto actual code IP addresses via consistent hashing." (Karger/Sherman, p. 10; *see also* Sections 2-3.) |
| | "The primary function of our DNS system is to resolve the virtual names generated by the users' Java Script function to the actual physical IP addresses of the caches. We use a number of DNS servers each running a copy of unmodified BIND 8.0 distribution, an implementation of DNS protocol. BIND reads the mappings of virtual names to IP addresses from a *records* file, that is being updated dynamically by another program called "dnshelper". Dnshelper monitors the set of caches, and runs consistent hashing to map all of the 1000 virtual names (see section 3.2) to the range of only the live cache machines. If the set of available caches changes, "dnshelper" signals BIND to reload the *records* file that contains new mappings." (*Id.*) |
| | "The owner name is often implicit, rather than forming an integral part of the RR. For example, many name servers internally form tree or hash structures for the name space, and chain RRs off nodes." (RFC1034, 13.) |
| | "Before the DNS can be used to hold naming information for some kind of object, two needs must be met:<br>– A convention for mapping between object names and domain names. This describes how information about an object is accessed.<br>– RR types and data formats for describing the object.<br>These rules can be quite simple or fairly complex. Very often, the designer must take into account existing formats and plan for upward compatibility for existing usage. Multiple mappings or levels of mapping may be required.<br>For hosts, the mapping depends on the existing syntax for host names which is a subset of the usual text representation for domain names, together with RR formats for describing host addresses, etc. Because we need a reliable inverse mapping from |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| | address to host name, a special mapping for addresses into the IN-ADDR.ARPA domain is also defined. For mailboxes, the mapping is slightly more complex. The usual mail address <local-part> <mail-domain> is mapped into a domain name by converting <local-part> into a single label (regardles of dots it contains) , converting <mail-domain> into a domain name using the usual text format for domain names (dots denote label breaks), and concatenating the two to form a single domain name. Thus the mailbox HOSTMASTER@SRI-NIC.ARPA is represented as a domain name by HOSTMASTER.SRI-NIC.ARPA. An appreciation for the reasons behind this design also must take into account the scheme for mail exchanges [RFC-974] ." (*Id.,* 9-10.)<br><br>"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.) |
| **[1.g]** each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function applied to the identifier string. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.<br><br>The Cache Resolver system discloses that a "globally known hash function" can be used to determine "which caches are responsible for storing each resource." (Pg. 15.)<br><br>"We then split our DNS system into a two-layer hierarchy. The top-layer DNS machines serve all of the users. The bottom-layer DNS machines as well as the cache machines correspond to specific regions. The top layer DNS servers resolve for the part of the name that contains geographical information (e.g. 'ProxyCache3') and direct the user's DNS resolver to a set of bottom layer DNS servers that correspond to the user's geographical region. The bottom layer DNS servers resolve for the next part of the name (e.g 'A456') in terms of IP addresses of the cache machines in the same region. |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| | Figure 6-1 shows how the two layers of DNS machines are used to split the system into locality regions." (Pgs. 51-52.) |



Figure 6-1: Splitting the System into Locality Regions

The Cache Resolver system discloses that a user browser can communicate with a network of DNS servers that access proxy caches with data. A URL or virtual name may be used with a consistent hash function to identify actual physical IP addresses of data. The DNS servers may store and/or calculate location information.

"A family of consistent hash functions developed by the Algorithms group at MIT possesses all of the properties required for mapping documents to caches in the global cache system. As the name suggests these functions maintain consistent mappings despite fluctuations in range. The basic construction of a consistent hash function is quite simple. Both, the data items and the caches, are mapped randomly and

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| | independently to a circle with circumference of length 1 as shown in figure 2.3(i). A data item is assigned to the closest cache in the clockwise direction along the circle. Thus, in figure 2.3(i), items 1, 2, and 3 are mapped to cache A, and items 4 and 5 are mapped to cache B." (Pg. 18.)<br><br><br><br>Figure 2-2: The basic construction of a consistent hash function<br><br>"Hashing a URL means finding a cache point whose value is the smallest upper bound on the mapped value of a URL and returning the physical cache associated with that point." (Pg. 30.)<br><br>"In order to demonstrate the practical advantage of Consistent Hashing we implemented a web caching system, called the Cache Resolver that uses our hashing algorithm." (Pg. 34.)<br><br>"Properties of consistent hashing allow us to use the caches very effectively." (*Id.*, Pg. 38.)<br><br>"Consistent Hashing allows all of the DNS servers to agree on the mappings from virtual names to IP addresses." (Pg. 40.) |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| | *See also* Sherman, Chapter 3 "Consistent Hashing." (Pgs. 22-33.) |
| | Likewise, Karger/Sherman discloses: "In order to get around the problem, we decided to use DNS. We could set up our own DNS servers, and modify them to support consistent hashing. This consistent hashing could be "propagated" to browsers during name resolution. More precisely, we wrote an autoconfigure script that performs a *standard* hash of the input URL to a range of 1000 names that we call *virtual caches*. We then used DNS to map the 1000 virtual cache names onto actual code IP addresses via consistent hashing." (Karger/Sherman, p. 10; *see also* Sections 2-3.) |
| | "The primary function of our DNS system is to resolve the virtual names generated by the users' Java Script function to the actual physical IP addresses of the caches. We use a number of DNS servers each running a copy of unmodified BIND 8.0 distribution, an implementation of DNS protocol. BIND reads the mappings of virtual names to IP addresses from a *records* file, that is being updated dynamically by another program called "dnshelper". Dnshelper monitors the set of caches, and runs consistent hashing to map all of the 1000 virtual names (see section 3.2) to the range of only the live cache machines. If the set of available caches changes, "dnshelper" signals BIND to reload the *records* file that contains new mappings." (*Id.*) |
| | "The owner name is often implicit, rather than forming an integral part of the RR. For example, many name servers internally form tree or hash structures for the name space, and chain RRs off nodes." (RFC1034, 13.) |
| | "In any system that has a distributed database, a particular name server may be presented with a query that can only be answered by some other server. The two general approaches to dealing with this problem are 'recursive', in which the first server pursues the query for the client at another server, and 'iterative', in which the server refers the client to another server and lets the client pursue the query." (RFC1034, 4.) |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| | "Before the DNS can be used to hold naming information for some kind of object, two needs must be met:<br>– A convention for mapping between object names and domain names. This describes how information about an object is accessed.<br>– RR types and data formats for describing the object.<br>These rules can be quite simple or fairly complex. Very often, the designer must take into account existing formats and plan for upward compatibility for existing usage. Multiple mappings or levels of mapping may be required.<br>For hosts, the mapping depends on the existing syntax for host names which is a subset of the usual text representation for domain names, together with RR formats for describing host addresses, etc. Because we need a reliable inverse mapping from address to host name, a special mapping for addresses into the IN-ADDR.ARPA domain is also defined.<br>For mailboxes, the mapping is slightly more complex. The usual mail address <local-part> <mail-domain> is mapped into a domain name by converting <local-part> into a single label (regardles of dots it contains) , converting <mail-domain> into a domain name using the usual text format for domain names (dots denote label breaks), and concatenating the two to form a single domain name. Thus the mailbox HOSTMASTER@SRI-NIC.ARPA is represented as a domain name by HOSTMASTER.SRI-NIC.ARPA. An appreciation for the reasons behind this design also must take into account the scheme for mail exchanges [RFC-974] ." (*Id.,* 9-10.)<br><br>"Using the query domain name, QTYPE, and QCLASS, the name server looks for matching RRs. In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.*, 17.) |
| [2] The system of claim 1, wherein the location information comprises any | See above evidence regarding claim limitation 1.f. |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| portion of a hash table generated with the hash function. | |
| **[6.Preamble]** A system for managing data location information and providing the data location information in response to location queries, the system comprising: | See above evidence regarding the preamble of claim 1. |
| **[6.a]** a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity; | See above evidence regarding claim limitation 1.b. <br><br> RFC1034 discloses a DNS protocol for implementing domain name facilities. (*Id.*, 1.) <br><br> "The domain system also defines procedures for caching retrieved data and for periodic refreshing of data defined by the system administrator." (*Id.*, 5.) <br><br> "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs). The order of RRs in a set is not significant, and need not be preserved by name servers, resolvers, or other parts of the DNS. <br> When we talk about a specific RR, we assume it has the following: <br> owner          which is the domain name where the RR is found. <br> type          which is an encoded 16 bit value that specifies the type of the resource in this resource record. Types refer to abstract resources." (*Id.*, 11-12.) <br><br> "RRs are represented in binary form in the packets of the DNS protocol, and are usually represented in highly encoded form when stored in a name server or resolver." (*Id.*, 13.) <br><br> BIND 8 supports DNS dynamic updates. This feature "permits authorized updaters to add and delete resource records from a zone for which the server is authoritative." (DNS and BIND, 231.) "Dynamic update permits more than the simple addition and deletion of records. Updaters can add or delete individual resource records, delete RRsets …, or even delete all records associated with a given name." (*Id.*) "For the most |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| | part, dynamic update functionality is used by programs … [that] use the *ns_update()* routine to create update messages and send them to an authoritative server for the zone that contains the domain name." (*Id.*, 231-232.) |
| **[6.b]** wherein the location server includes a processor; and | See above evidence regarding claim limitation 1.e. |
| **[6.c]** programming logic stored on the location server, wherein the programming logic is configured to return, in response to a location query related to a desired entity, a location message, the location message in conformance with the transfer protocol and comprising at least one location associated with the desired entity, wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity, and wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect message comprising a list of at least one other location server known to have the location information for the desired entity. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.

Sherman states: "The primary function of our DNS system is to resolve the virtual names generated by the users' Java Script function to the actual physical IP addresses of the caches. We use a number of DNS servers each running a copy of unmodified BIND 8.0 distribution. (BIND is an implementation of DNS protocol.) In addition to BIND, each DNS machine runs one of our programs, called 'dnshelper'. The 'dnshelper' program periodically polls all of the caches, by communicating with the Squid monitors (that run on the cache machines), to determine the dead/alive status of each machine. It then uses consistent hashing to map all of the virtual names to physical addresses of only the live machines. (As noted in section 4.2 our virtual name space consists of 997 possible names.) If any of the mappings change, it writes the new mappings to a 'records' file and signals BIND to update itself by reloading that file. BIND updates itself 'dynamically' which allows it to respond to DNS queries even during the update stage. … When a user request arrives, DNS immediately replies with the mappings that it currently contains." (Pg. 37.)

"In any system that has a distributed database, a particular name server may be presented with a query that can only be answered by some other server. The two general approaches to dealing with this problem are 'recursive', in which the first server pursues the query for the client at another server, and 'iterative', in which the server refers the client to another server and lets the client pursue the query." (RFC1034, 4.) |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| | RFC1034 discloses that name servers are "server programs" (*id.*, 6) that respond to queries with a DNS response answer. |
| | DNS name servers contain "DNS software" that is run when a name server is locating information contained in a RR responsive to a location query. (*Id.*, 15.) |
| | "Queries are messages which may be sent to a name server to provoke a response. … The response by the name server either answers the question posed in the query, refers the requester to another set of name servers, or signals some error condition." (*Id.*, 15-16.) |
| | "A standard query specifies a target domain name (QNAME), query type (QTYPE), and query class (QCLASS) and asks for RRs which match." (*Id.*, 16.) |
| | "In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.*, 17.) |
| | "Using the query domain name, QTYPE, and QCLASS, the name server looks for matching RRs. In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address. For example, a mailer tying [sic, trying] to send mail to Mockapetris@ISI.EDU might ask the resolver for mail information about ISI.EDU, resulting in a query for QNAME=ISI.EDU, QTYPE=MX, QCLASS=IN. The response's answer section would be" as follows. (*Id.*, 17.) |

| | |
|---|---|
| | ```
ISI.EDU.        MX      10 VENERA.ISI.EDU.
                MX      10 VAXA.ISI.EDU.

  while the additional section might be:

    VAXA.ISI.EDU.    A      10.2.0.27
                     A      128.9.0.33
    VENERA.ISI.EDU. A      10.1.0.52
                     A      128.9.0.32
``` |
| | (*Id.*) The additional section is provided "[b]ecause the server assumes that if the requester wants mail exchange information, it will probably want the addresses of the mail exchanges soon afterward." (*Id.*)

RFC1034 discloses that DNS name servers "answer standard queries" and that they send "response[s]" that "are carried in a standard message format." (*Id.*, 22.)

"The actual algorithm used by the name server will depend on the local OS and data structures used to store RRs." (*Id.*, 24.)

*See also* Section 6.2 providing example queries and responses. (*Id.*, 39-50.) Sections 6.2.6 and 6.2.7 discloses examples of responses with a referral. (*Id.*, 44-46.)

*See also* Paul Albitz and Cricket Liu, DNS and BIND, 27-30, 247, O'Reilly & Associates, Inc., 3rd ed. 1998 (describing that the response may contain the answer or a referral to other name servers). |
| **[8]** The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information. | See above evidence regarding claim limitation 1.e. |
| **[12]** The system of claim 9, wherein the indexed location store comprises a string | See above evidence regarding claim limitation 1.f. |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| store indexed by a hash table distributed across a plurality of servers. | *See also* Paul Albitz and Cricket Liu, DNS and BIND, 6, O'Reilly & Associates, Inc., 3rd ed. 1998 ("Domain names are used as indexes into the DNS database."). |
| **[15.Preamble]** A method of handling location queries in a network, the network comprising a plurality of location servers including data location information, the method comprising: | See above evidence regarding the preamble of claim 1. |
| **[15.a]** correlating each one of a plurality of identifiers with at least one of a plurality of locations in the network, each one of the plurality of identifiers identifying a respective one of a plurality of data entities, wherein the data entities are stored in corresponding locations in the network; | See above evidence regarding claim limitations 1.a and 1.d.<br><br>Sherman states: "Browsers make DNS requests to resolve virtual names of proxy caches in terms of concrete IP addresses. Then, they contact a proxy cache with a given IP. Asynchronously from users' requests, DNS units monitor proxy caches as discussed in section 4.3.1. (This monitoring is indicated with dashed lines.) DNS units run consistent hashing to map all the virtual names to IP addresses of only the live cache machines." (Pg. 35.)<br><br>DNS servers "uses consistent hashing to map all of the virtual names to physical addresses of only the live machines. … If any of the mappings change, it writes the new mappings to a 'records' file and signals BIND to update itself by reloading that file." (Pg. 37.)<br><br>"Consistent Hashing allows all of the DNS servers to agree on the mappings from virtual names to IP addresses." (Pg. 40.)<br><br>"This decision would need to take place at our bottom layer DNS servers that ultimately determine the mapping between virtual names and IP addresses." (Pg. 53.)<br><br>*See also* Chapter 3 "Consistent Hashing." (Pgs. 22-33.) |
| **[15.b]** receiving a location query from a client at one of the plurality of location servers, the location query requesting location information identifying a location | See above evidence regarding claim limitation 6.c.<br><br>The Cache Resolver system discloses a DNS server network with data location servers. |

| U.S. Patent No. 7,814,170 | The Cache Resolver System (Sherman and Karger/Sherman) |
|---|---|
| of a data entity included in the data entities; | "The system consists of three major components: the actual cache machines for storing the content, users' browsers that direct requests toward virtual names of the caches, and the domain name servers (also known as resolution units) that use consistent hashing to resolve virtual names requested by the users into specific physical addresses of the cache machines." (Pg. 34.)<br><br>"Browsers make DNS requests to resolve virtual names of proxy caches in terms of concrete IP addresses. Then, they contact a proxy cache with a given IP." (Pg. 35.)<br><br>"When a user request arrives, DNS immediately replies with the mappings that it currently contains." (Pg. 37.) |
| **[15.c]** determining which of the plurality of location servers includes the location information; | See above evidence regarding claim limitation 6.c. |
| **[15.d]** sending a location response message to the client in response to determining the one of the plurality of location servers includes the location information, the location response message comprising the location information; and | See above evidence regarding claim limitation 6.c. |
| **[15.e]** sending a redirect message to the client in response to determining the one of the plurality of location servers fails to include the location information, the redirect message identifying which of the plurality of location servers includes the location information. | See above evidence regarding claim limitation 6.c. |

**Exhibit 1C: Invalidity Claim Chart Against U.S. Patent No. 7,814,170 in View of U.S. Patent No. 5,542,087 to Neimat**

~~AWS~~Amazon asserts that claims 1, 2, 6, 8, 12, and 15 of U.S. Patent No. 7,814,170 ("the '170 patent") are obvious in view of the combination of U.S. Patent No. 5,542,087 to Neimat ("Neimat"), DNS, and Karger '618/420. Neimat qualifies as prior art under pre-AIA 35 U.S.C. § 102(b), e.g., because it was issued on July 30, 1996, more than a year before Kove's October 28, 1999 claimed priority date for the '170 patent. DNS qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it was publicly available in May 1997, more than a year before Kove's October 28, 1999 claimed priority date for the '170 patent. Karger '618/420 is prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it has a priority date of March 15, 1998. The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and ~~AWS~~Amazon reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

Furthermore, the following list includes examples of specifically where certain '170 patent claim elements are found in Neimat.
- Client: Client
- Identifier: Record key value (e.g., value generated from a patient's name)
- Location information: Memory address
- Location server: File server
- Data repository: Memory
- Hash function: Hashing function

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| **[1.Preamble]** A system for managing data stored in a distributed network, the system comprising: | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>Neimat discloses that a client can use a record key value (e.g., a value generated from a patient's name) to access a memory address in a distributed computer network.<br><br>"The present invention provides a flexible and efficient data processing method and apparatus, which generate a correct memory address from a character or digit string such as a record key value, and which is adapted for use in distributed or parallel processing architectures such as computer networks, multiprocessing systems, and the like. The present invention provides fast storage and subsequent searching and retrieval |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | of data records in data processing applications such as database applications." (4:40-49.)<br><br><br>**FIG. 1**<br><br>"The present invention is generally directed to data processing and in particular to a data processing method and apparatus for generating a correct memory address from a character or digit string such as a record key." (1:6-9.)<br><br>"One of the simple data storage and retrieval schemes designed by data processing pioneers is known as a basic hashing scheme. The basic hashing scheme has been used in many areas of data processing such as database addressing and data encryption. The basic hashing scheme will now be introduced with reference to the particular example of database addressing."" (1:24-30.)<br><br>"Currently, more and more data base applications are mission critical and require fast storage and subsequent searching, and retrieval of unpredictably large amounts of incoming data. Database operations such as storing records, searching for records and retrieving records all require generating a correct memory address from a record key value. Accordingly, what is needed is a flexible and efficient data processing method and apparatus, which generates a correct memory address from a character or digit string such as a record key value, and which is adapted for use in distributed or parallel |

44

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | processing architectures such as computer networks, multiprocessing systems, and the like." (4:25-36.) |
| **[1.a]** a data repository configured to store a data entity, wherein an identifier string identifies the data entity; and | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>Neimat discloses file server sites configured to store records of a database at memory locations.<br><br>"A database is a collection of records stored in memory locations or 'buckets'. In accordance with distributed processing principles of the preferred embodiment, data records reside in memory locations at sites of the network. For storing records, it is more efficient to use memory locations in random access memory, RAM, of another processor site of the network than to use memory locations in a local disk. Accordingly, in the preferred embodiment, storage of records is distributed in RAM at various network sites, providing efficient performance of very large database operations that are not feasible in practice within the traditional database architecture." (7:48-59.)<br><br>"Data records are stored under control of the data processor sites, which are further distinguished herein as client data processor sites and file server sites. The database is created in a distributed environment from records provided by any number of distributed and autonomous client data processors. Records of the database are stored at memory locations or 'buckets' provided by file servers. As records are inserted into the database by the clients, the addressable storage space available to the database expands so that records reside on virtually any number of servers. The addressable storage space available to the database expands linearly, one memory location or "bucket" at a time, to a size limited only by data storage capacity of the servers. Accordingly, addressable storage space available to the database expands to occupy new servers linearly, one server at a time, and only when servers already used are efficiently loaded." (8:1-15.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | "The computer network includes a plurality of data processor sites coupled so as to provide high speed data communication between the processor sites. FIG. 1 is a simplified block diagram of the computer network employed in conjunction with the preferred embodiment of the present invention. In accordance with a preferred embodiment of the present invention, a number of processor sites is large, for example in a range of 10 to 10,000 servers. It should be understood that although in the preferred embodiment the network includes the large number of processor sites, only three processor sites 101, 103, 105, are shown in FIG. 1 for the sake of simplicity. The processor sites are interconnected, preferably by a network cable 107, to provide the data communication between the processor sites. A first one of the processor sites includes a data processor 109, preferably a microprocessor, coupled to the network cable 107 through a network interface 111. The first one of the processor sites further includes memory 113, preferably random access memory, RAM, coupled to the data processor 109. As shown in FIG. 1, remaining processor sites 103, 105 include similar components, arranged in a similar manner, as those discussed with respect to the first processor site." (7:12-33.)

"In accordance with the teachings of the present invention, a database is created in a distributed environment from records provided by any number of distributed and autonomous clients. Records of the database are stored at memory locations or "buckets' provided by file servers. In accordance with a preferred embodiment of the present invention, a number of servers is large, for example in a range of 10 to 10,000 servers. The large number of servers provide a memory pool that offers many gigabytes of random access memory, RAM, perhaps even terabytes, and even more bytes of disk space memory." (4:50-60.)

"As indicated previously, in accordance with principles of the present invention, the database is the collection of data records stored in memory locations or 'buckets' provided by file servers. For the sake of simplicity in the following discussions, it is assumed that each file server site includes a respective one memory location or "bucket". However, the present invention is not strictly limited to the respective one memory location at each file server site since the invention can be alternatively |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | practiced with more than one respective memory location at each file server site. Each memory location or 'bucket' has a respective sequentially numbered address, and each server has a respective sequentially numbered address, for example: memory location 0 and server 0, memory location 1 and server 1 . . . and so on to a last memory location and server." (12:15-29.)<br><br>Neimat discloses a "record key value" to identify a record, such as a record related to a value generated from a person's name in a medical database.<br><br>"In general, each data record comprises two sections: a short record key identifying the record, and a remainder of information associated with that key. For example, a particular database may use a person's name as the key to identify a larger portion of data containing further details about that person. As a specific example, in a medical database application, ASCII character values of a patient's name, such as Janet Jones, are scaled or otherwise manipulated to produce a key value, which identifies a larger portion of data containing details about the patient, such as details concerning medical treatment history. From the information in the key value alone, the client site interacts with the server sites, finding the location of the stored data record in order to access the data record corresponding to the key value. For example, if the data is stored in Random Access Memory, RAM, the physical memory address is required. Preferably, memory locations are in RAM, although they could alternatively be on disk as well. In the case of storage on a magnetic or optical disk, the track and sector address is required before a particular data record can be accessed." (8:27-47.)<br><br>"If any one of the clients initiates a database operation such as inserting a record into the database, searching the database to determine whether a particular record are present, or retrieving a record, the client initiating the operation provides a record key value. From the record key value, the method of the present invention provides a correct memory address needed to perform the database operation." (5:23-29.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
|  | "The key value is generated by means of any one of the client data processors. From the key value, the one client generates a first memory address, which identifies a first memory location or 'bucket'." (5:34-37.) |
| **[1.b]** a data location server network comprising a plurality of data location servers, | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below. |
|  | Neimat discloses "a plurality of client processors and a plurality of file servers." (Abstract.) |
|  | "From the key value, the one client processor generates a first memory address that identifies a first memory location as shown in block 202. The step of generating the first address includes the one client data processor retrieving a client index value, i', which is stored in a client memory coupled to the one client data processor. The one client data processor hashes the key value using a hashing function based upon the client index value, i', so as to produce the first address, $a_1$." (8:57-67.) |
|  | "Using the first memory address, the client data processor selects from the plurality of servers a server that includes the first memory location." (9:43-45.) |
|  | "By means of one of the client sites interacting with the server sites, a computer user is able to browse or search through the data records, or to insert, or retrieve data records as required. Although the computer user has no need to be aware of the exact manner in which data are stored, it is important for speed of operation that the clients and servers are able to locate and retrieve a particular data record as accurately and quickly as possible. In practice, this requires that the client and server sites interact to locate a desired data record in a fashion that is more direct than having to search through the entire database." (8:16-27.) |
|  | "The computer network includes a plurality of data processor sites coupled so as to provide high speed data communication between the processor sites. FIG. 1 is a simplified block diagram of the computer network employed in conjunction with the preferred embodiment of the present invention. In accordance with a preferred |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | embodiment of the present invention, a number of processor sites is large, for example in a range of 10 to 10,000 servers. It should be understood that although in the preferred embodiment the network includes the large number of processor sites, only three processor sites 101, 103, 105, are shown in FIG. 1 for the sake of simplicity. The processor sites are interconnected, preferably by a network cable 107, to provide the data communication between the processor sites. A first one of the processor sites includes a data processor 109, preferably a microprocessor, coupled to the network cable 107 through a network interface 111. The first one of the processor sites further includes memory 113, preferably random access memory, RAM, coupled to the data processor 109. As shown in FIG. 1, remaining processor sites 103, 105 include similar components, arranged in a similar manner, as those discussed with respect to the first processor site." (7:12-33.)<br><br>"The plurality of clients are coupled to the file servers by the network to provide client access to the database." (5:3-4.)<br><br>"Briefly and in general terms, the data processing method of the present invention includes providing a plurality of client data processors and a plurality of file servers, each server including at least a respective one memory location or 'bucket.'" (5:30-34.)<br><br>**Obviousness of Data Location Server:** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. The Patents-in-Suit recognize that "location" is not a requirement for its data servers as "NDTP can be used for any application in which one-to-zero or one-to-many associations among strings are to be maintained and accessed on a network. In applications of NDTP other than distributed databases, the term identifier is likely to make sense in most cases, but the term location may not." ('170 patent, 20:30-37.) The Microfiche Appendix filed with the '170 patent provides software code that demonstrates that location is not necessary for the operation of the data servers. The concept of storing information about the location of data in a distributed network is well known, even fundamental, in the field of computer science. In addition, the |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | concept of separating information about the location of data from the data itself, for instance, is an obvious method of organizing information that is well known in computer science. One of skill would have been motivated to use such a method, for example, to use less space or memory in the part of the system with the location information in order to gain overall speed, efficiency, or computing ability related to that part of the system. Furthermore, to the extent the prior art discloses the use of at least one location server, it would have been obvious to use more than one location server to achieve further benefits. *See* MPEP § 2144.VI.B. (Obviousness of Duplication of Parts). One skilled in the art would also be familiar with DNS, which relies on a network of location servers to map host names to internet addresses. Therefore, it would have been obvious to one of skill to employ data location servers in Neimat. |
| **[1.c]** wherein data location information for a plurality of data entities is stored in the data location server network, | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>Neimat discloses memory addresses related to locations of records are stored in the client processor sites.<br><br>"In general, each data record comprises two sections: a short record key identifying the record, and a remainder of information associated with that key. For example, a particular database may use a person's name as the key to identify a larger portion of data containing further details about that person. As a specific example, in a medical database application, ASCII character values of a patient's name, such as Janet Jones, are scaled or otherwise manipulated to produce a key value, which identifies a larger portion of data containing details about the patient, such as details concerning medical treatment history. From the information in the key value alone, the client site interacts with the server sites, finding the location of the stored data record in order to access the data record corresponding to the key value. For example, if the data is stored in Random Access Memory, RAM, the physical memory address is required. Preferably, memory locations are in RAM, although they could alternatively be on disk as well. In the case of storage on a magnetic or optical disk, the track and sector address is required before a particular data record can be accessed." (8:27-47.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | "Each server includes at least a respective one memory location." (8:53-54.) |
| | **Obviousness of Location Information:** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.) |
| | RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.) |
| | "DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*) |
| | "The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.) |
| | "In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034.<br><br>`SRI-NIC.ARPA.    A       26.0.0.73`<br>`                 A       10.0.0.51`<br>`                 MX      0 SRI-NIC.ARPA.`<br>`                 HINFO   DEC-2060 TOPS20`<br><br>(*Id.*, 37.) |
| **[1.d]** at least one of the plurality of data location servers includes location information associated with the identifier string, | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>Neimat discloses that the client processor site includes memory addresses related to locations of records, such as a record related to a value generated from a person's name in a medical database.<br><br>"In general, each data record comprises two sections: a short record key identifying the record, and a remainder of information associated with that key. For example, a particular database may use a person's name as the key to identify a larger portion of data containing further details about that person. As a specific example, in a medical database application, ASCII character values of a patient's name, such as Janet Jones, are scaled or otherwise manipulated to produce a key value, which identifies a larger portion of data containing details about the patient, such as details concerning medical treatment history. From the information in the key value alone, the client site interacts with the server sites, finding the location of the stored data record in order to access the data record corresponding to the key value. For example, if the data is stored in Random Access Memory, RAM, the physical memory address is required. Preferably, memory locations are in RAM, although they could alternatively be on disk as well. In the case of storage on a magnetic or optical disk, the track and sector address is required before a particular data record can be accessed." (8:27-47.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | "Each server includes at least a respective one memory location." (8:53-54.)<br><br>**Obviousness of Location Information:** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.)<br><br>RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.)<br><br>"DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*)<br><br>"The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.)<br><br>"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034.<br><br>`SRI-NIC.ARPA.    A    26.0.0.73`<br>`                 A    10.0.0.51`<br>`                 MX   0 SRI-NIC.ARPA.`<br>`                 HINFO DEC-2060 TOPS20`<br><br>(*Id.*, 37.) |
| **[1.e]** each one of the plurality of data location servers comprises a processor and a portion of the data location information, | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>Neimat discloses that the processor sites includes data processor 109 and at least a portion of memory addresses related to locations of records, such as a record related to a person's name in a medical database.<br><br>Neimat discloses that "records provided by any number of distributed and autonomous clients . . . are stored at memory locations or 'buckets' provided by file servers" and that each file server contains only a portion of the records and/or buckets.  (4:51-54.)<br><br>"The computer network includes a plurality of data processor sites coupled so as to provide high speed data communication between the processor sites. FIG. 1 is a simplified block diagram of the computer network employed in conjunction with the preferred embodiment of the present invention. In accordance with a preferred embodiment of the present invention, a number of processor sites is large, for example in a range of 10 to 10,000 servers. It should be understood that although in the preferred embodiment the network includes the large number of processor sites, only three processor sites 101, 103, 105, are shown in FIG. 1 for the sake of simplicity. The processor sites are interconnected, preferably by a network cable 107, to provide the data communication between the processor sites. A first one of the processor sites includes a data processor 109, preferably a microprocessor, coupled to the network cable 107 through a network interface 111. The first one of the processor sites further |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | includes memory 113, preferably random access memory, RAM, coupled to the data processor 109. As shown in FIG. 1, remaining processor sites 103, 105 include similar components, arranged in a similar manner, as those discussed with respect to the first processor site." (7:13-33.)<br><br><br><br>FIG. 1<br><br>"In general, each data record comprises two sections: a short record key identifying the record, and a remainder of information associated with that key. For example, a particular database may use a person's name as the key to identify a larger portion of data containing further details about that person. For small data records, the entire record may be used as the key. From the information in the key alone, the data processor must be able to find the physical location in the stored data in order to access the data record corresponding to the key. For example, if the data is stored on a magnetic or optical disk, the track and sector address is required before a particular data record can be accessed. In the case of hardware storage in Random Access Memory, RAM, the memory address is required." (1:45-57.)<br><br>"A computing apparatus of the present invention, preferably a network of computers, is programmed to perform the method of the present invention." (6:1-3.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | "In general, each data record comprises two sections: a short record key identifying the record, and a remainder of information associated with that key. For example, a particular database may use a person's name as the key to identify a larger portion of data containing further details about that person. As a specific example, in a medical database application, ASCII character values of a patient's name, such as Janet Jones, are scaled or otherwise manipulated to produce a key value, which identifies a larger portion of data containing details about the patient, such as details concerning medical treatment history. From the information in the key value alone, the client site interacts with the server sites, finding the location of the stored data record in order to access the data record corresponding to the key value. For example, if the data is stored in Random Access Memory, RAM, the physical memory address is required. Preferably, memory locations are in RAM, although they could alternatively be on disk as well. In the case of storage on a magnetic or optical disk, the track and sector address is required before a particular data record can be accessed." (8:27-47.)<br><br>"Each server includes at least a respective one memory location." (8:53-54.)<br><br>**Obviousness of Location Information:** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.)<br><br>RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.)<br><br>"DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*)<br><br>"The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.)<br><br>"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.)<br><br>A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034.<br><br>    `SRI-NIC.ARPA.`  `A`    `26.0.0.73`<br>                        `A`    `10.0.0.51`<br>                        `MX`   `0 SRI-NIC.ARPA.`<br>                        `HINFO` `DEC-2060 TOPS20`<br><br>(*Id.*, 37.) |
| **[1.f]** the portion of the data location information included in a corresponding one of the data location servers is based on a hash function used to organize the data location information across the plurality of data location servers, and | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>"From the key value, the one client processor generates a first memory address that identifies a first memory location as shown in block 202. The step of generating the first address includes the one client data processor retrieving a client index value, i', which is stored in a client memory coupled to the one client data processor. The one |

57

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | client data processor hashes the key value using a hashing function based upon the client index value, i', so as to produce the first address, $a_1$." (8:57-67.)

"Using the first memory address, the client data processor selects from the plurality of servers a server that includes the first memory location. Preferably, the client memory stores a static table which maps a respective memory address of each memory location to a respective server address. Alternatively, some other mapping means such as a dynamic table may be employed. Preferably, the one client data processor looks up the first memory address in the table to select from the plurality of servers the server that includes the first memory location. Over the network, the one client data processor transmits the key value to the server that includes the first memory location, as shown in block 204 of the flow chart of FIG. 2." (9:43-55.)

"From the key value, the server determines whether the first memory address is the correct memory address, as shown in block 206. In the preferred embodiment, the step of determining whether the first address is the correct address includes retrieving a first server index value, J, from the first memory location, hashing the key value using a hashing function based upon the first server index value to produce a first hash value, and comparing the first address to the first hash value to determine whether the first address is the correct address." (9:56-65.)

"If the first memory address is not the correct memory address, then, from the key value, the server generates a second memory address, $a_2$, that identifies a second memory location, as shown in block 208 of the flow chart of FIG. 2. The step of generating the second address by means of the server includes: making the second address, $a_2$, equal to the first hash value, $h_1$ (C); decrementing the first server index value, J, to produce a decremented first server index value, J-1; hashing the key value using a hashing function based upon the decremented first server index value to produce a second hash value, $h_2$ (C); and changing the second address so as to be equal to the second hash value if the second hash value is greater than the first address, and if the second hash value is less than the first hash value." (10:13-26.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | **Obviousness of Hash Function:** To the extent that Kove contends that Neimat does not disclose this limitation, and this claim is construed to require a hash function, the subject matter as a whole of each claim, including this limitation, would have been obvious to one of skill in the art before the invention. The specification of the asserted patents themselves concede that the "preferably applied" hash function used to organize the data location information across the plurality of data location servers was "well-known" in computer science. ('170 patent, col. 15:12-18.) Numerous other publications before the filing of the Patents-in-Suit describe the use of hash functions to organize location information across servers in distributed systems. Courts have also recognized that hash functions are "generic and basic mathematical or algorithmic functions that do not make a patent inventive." *Symantec Corp. v. Zscaler, Inc.*, No. 17-cv-04426-JST, 2018 WL 1456678, at *7 (N.D. Cal. March 23, 2018). One skilled in the art would be familiar with the use of hashing in a distributed network. Karger '618/420 states that it was well understood "for clients to use a standard hash function to determine from which server to request a document." ('420 patent, 3:23-50; '618 patent, 3:18-44.) "In one embodiment, the mapping of requests [e.g., for a document] and resources [e.g., servers] to the mathematical mapping space is accomplished with a hash function. A hash function takes an input (k) and returns an output in a given range. Hash functions can be used to allocate pointers or keys to a location in a hash table, which is a data structure having a specified number of locations or 'slots.' If h(k) is a hash function, key (k) is said to hash to a hash table location h(k). A goal in designing a hash function is for each key (k) to be equally likely to hash to any of the locations in the hash table. An approach to achieve this is to derive the hash function in a way that is expected to be independent of any patterns that might exist in the data." ('420 patent, 10:22-34; '618 patent, 10:13-25.) Karger '420/618 discloses a "consistent hashing" function, which "avoids increasing load and spread when the number of servers changes." ('420 patent, 6:29-41; '618 patent, 6:21-33.) "Networked distributed file systems, groups of computers that store large amounts of data on an intranet or internet, and have too much information to effectively serve on one server, can use the invention to great benefit." ('420 patent, 19:47-50; '618 patent, 18:14-17.) Thus, one skilled in the art would recognize that consistent hashing as taught by Karger '420/618 |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | could be used to improve the operation of a distributed system such as disclosed by Neimat when a server is added to or removed from that system.<br><br><br><br>FIG. 2 |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | **Obviousness of Location Information:** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.) |
| | RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.) |
| | "DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*) |
| | "The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.) |
| | "In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.*, 17.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034.<br><br>SRI-NIC.ARPA.　A　26.0.0.73<br>　　　　　　　　A　10.0.0.51<br>　　　　　　　　MX　0 SRI-NIC.ARPA.<br>　　　　　　　　HINFO　DEC-2060 TOPS20<br><br>(*Id*., 37.) |
| **[1.g]** each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function applied to the identifier string. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>"From the key value, the one client processor generates a first memory address that identifies a first memory location as shown in block 202. The step of generating the first address includes the one client data processor retrieving a client index value, i', which is stored in a client memory coupled to the one client data processor. The one client data processor hashes the key value using a hashing function based upon the client index value, i', so as to produce the first address, $a_1$." (8:57-67.)<br><br>"Using the first memory address, the client data processor selects from the plurality of servers a server that includes the first memory location. Preferably, the client memory stores a static table which maps a respective memory address of each memory location to a respective server address. Alternatively, some other mapping means such as a dynamic table may be employed. Preferably, the one client data processor looks up the first memory address in the table to select from the plurality of servers the server that includes the first memory location. Over the network, the one client data processor transmits the key value to the server that includes the first memory location, as shown in block 204 of the flow chart of FIG. 2." (9:43-55.)<br><br>"If the first memory address is not the correct memory address, then, from the key value, the server generates a second memory address, $a_2$, that identifies a second memory location, as shown in block 208 of the flow chart of FIG. 2. The step of |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | generating the second address by means of the server includes: making the second address, $a_2$, equal to the first hash value, $h_1$ (C); decrementing the first server index value, J, to produce a decremented first server index value, J-1; hashing the key value using a hashing function based upon the decremented first server index value to produce a second hash value, $h_2$ (C); and changing the second address so as to be equal to the second hash value if the second hash value is greater than the first address, and if the second hash value is less than the first hash value." (10:13-26.)<br><br>"Using the second memory address, the server selects from the plurality of servers another server, which includes the second memory location." (10:48-50.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | *FIG. 2* |
| **[2]** The system of claim 1, wherein the location information comprises any | See above evidence regarding claim limitation 1.f. |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| portion of a hash table generated with the hash function. | |
| **[6.Preamble]** A system for managing data location information and providing the data location information in response to location queries, the system comprising: | See above evidence regarding the preamble of claim 1. |
| **[6.a]** a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity; | See above evidence regarding claim limitation 1.b.<br><br>**Obviousness of Data in a Network Pertaining to the Entity:** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, RFC1034 discloses a DNS protocol for implementing domain name facilities. (*Id.*, 1.)<br><br>"The domain system also defines procedures for caching retrieved data and for periodic refreshing of data defined by the system administrator." (*Id.*, 5.)<br><br>"A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs). The order of RRs in a set is not significant, and need not be preserved by name servers, resolvers, or other parts of the DNS.<br>When we talk about a specific RR, we assume it has the following:<br>owner          which is the domain name where the RR is found.<br>type            which is an encoded 16 bit value that specifies the type of the resource in this resource record. Types refer to abstract resources." (*Id.*, 11-12.)<br><br>"RRs are represented in binary form in the packets of the DNS protocol, and are usually represented in highly encoded form when stored in a name server or resolver." (*Id.*, 13.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
|  | BIND 8 supports DNS dynamic updates. This feature "permits authorized updaters to add and delete resource records from a zone for which the server is authoritative." (DNS and BIND, 231.) "Dynamic update permits more than the simple addition and deletion of records. Updaters can add or delete individual resource records, delete RRsets …, or even delete all records associated with a given name." (*Id*.) "For the most part, dynamic update functionality is used by programs … [that] use the *ns_update()* routine to create update messages and send them to an authoritative server for the zone that contains the domain name." (*Id*., 231-232.) |
| **[6.b]** wherein the location server includes a processor; and | See above evidence regarding claim limitation 1.e. |
| **[6.c]** programming logic stored on the location server, wherein the programming logic is configured to return, in response to a location query related to a desired entity, a location message, the location message in conformance with the transfer protocol and comprising at least one location associated with the desired entity, wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity, and wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect message comprising a list of at least one other location server known to have the location information for the desired entity. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.

Neimat discloses that "[a] computing apparatus of the present invention, preferably a network of computers, is programmed to perform the method of the present invention," as described below. (6:1-3.)

Additionally, Neimat reflects that the processor sites necessarily includes executable code to execute, for example, the steps described with respect to Figure 2. (8:48-11:64.)

"From the key value, the one client generates a first memory address, which identifies a first memory location or 'bucket'. The one client selects from the plurality of servers a server that includes the first memory location. The one client then transmits the key value as part of a message to the server that includes the first memory location. The server that includes the first memory location determines whether the first address is the correct address. Often the first address is the correct address. However, if the first address is not the correct address, then the following steps are performed in accordance with the method of the present invention. From the key value, the server that includes the first memory location generates a second memory address, which identifies a second memory location or 'bucket'. The server that includes the first memory location then selects from the plurality of servers a server that includes the second memory |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | location. The server that includes the first memory location then transmits the key value as part of a message to the server that includes the second memory location. The server that includes the second memory location determines whether the second address is the correct address. Quite often, if the first address is not the correct address then the second address is the correct address. However, if the second address is not the correct address, then the server that includes the second memory location generates a third memory address. In accordance with the teachings of the present invention discussed greater detail later herein, the third address is certain to be the correct address if neither one of the first or second addresses is the correct address." (5:35-67.)<br><br>"If the first memory address is not the correct memory address, then, from the key value, the server generates a second memory address, $a_2$, that identifies a second memory location, as shown in block 208 of the flow chart of FIG. 2. The step of generating the second address by means of the server includes: making the second address, $a_2$, equal to the first hash value, $h_1$ (C); decrementing the first server index value, J, to produce a decremented first server index value, J-1; hashing the key value using a hashing function based upon the decremented first server index value to produce a second hash value, $h_2$ (C); and changing the second address so as to be equal to the second hash value if the second hash value is greater than the first address, and if the second hash value is less than the first hash value." (10:13-27.)<br><br>**Obviousness of Location Information:** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.)<br><br>RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.)<br><br>"DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | "The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id*., 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id*., 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id*., 12.)

"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.)

A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034.

```
SRI-NIC.ARPA.    A      26.0.0.73
                 A      10.0.0.51
                 MX     0 SRI-NIC.ARPA.
                 HINFO  DEC-2060 TOPS20
```

(*Id*., 37.) |
| **[8]** The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information. | See above evidence regarding claim limitation 1.e. |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| **[12]** The system of claim 9, wherein the indexed location store comprises a string store indexed by a hash table distributed across a plurality of servers. | See above evidence regarding claim 2. |
| **[15.Preamble]** A method of handling location queries in a network, the network comprising a plurality of location servers including data location information, the method comprising: | See above evidence regarding the preamble of claim 1 and claim limitation 1.g. |
| **[15.a]** correlating each one of a plurality of identifiers with at least one of a plurality of locations in the network, each one of the plurality of identifiers identifying a respective one of a plurality of data entities, wherein the data entities are stored in corresponding locations in the network; | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>"From the key value, the one client processor generates a first memory address that identifies a first memory location as shown in block 202. The step of generating the first address includes the one client data processor retrieving a client index value, i', which is stored in a client memory coupled to the one client data processor. The one client data processor hashes the key value using a hashing function based upon the client index value, i', so as to produce the first address, $a_1$." (8:57-67.) |
| **[15.b]** receiving a location query from a client at one of the plurality of location servers, the location query requesting location information identifying a location of a data entity included in the data entities; | See above evidence regarding claim limitation 6.a. |
| **[15.c]** determining which of the plurality of location servers includes the location information; | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>"From the key value, the one client generates a first memory address, which identifies a first memory location or 'bucket'. The one client selects from the plurality of servers a server that includes the first memory location. The one client then transmits the key value as part of a message to the server that includes the first memory location. The |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | server that includes the first memory location determines whether the first address is the correct address." (5:35-43.)

"If the first memory address is not the correct memory address, then, from the key value, the server generates a second memory address, $a_2$, that identifies a second memory location, as shown in block 208 of the flow chart of FIG. 2. The step of generating the second address by means of the server includes: making the second address, $a_2$, equal to the first hash value, $h_1$ (C); decrementing the first server index value, J, to produce a decremented first server index value, J-1; hashing the key value using a hashing function based upon the decremented first server index value to produce a second hash value, $h_2$ (C); and changing the second address so as to be equal to the second hash value if the second hash value is greater than the first address, and if the second hash value is less than the first hash value." (10:13-27.)

**Obviousness of Location Information:** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.)

RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.)

"DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*)

"The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| | "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.)<br><br>"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address."" (*Id.,* 17.)<br><br>A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034.<br><br>`SRI-NIC.ARPA.    A    26.0.0.73`<br>`                 A    10.0.0.51`<br>`                 MX   0 SRI-NIC.ARPA.`<br>`                 HINFO DEC-2060 TOPS20`<br><br>(*Id.*, 37.) |
| **[15.d]** sending a location response message to the client in response to determining the one of the plurality of location servers includes the location information, the location response message comprising the location information; and | See above evidence regarding claim limitation 6.c. |
| **[15.e]** sending a redirect message to the client in response to determining the one of the plurality of location servers fails to include the location information, the | See above evidence regarding claim limitation 6.c. |

71

| U.S. Patent No. 7,814,170 | U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 |
|---|---|
| redirect message identifying which of the plurality of location servers includes the location information. | |

<u>**Exhibit 1D: Invalidity Claim Chart Against U.S. Patent No. 7,814,170 in View of U.S. Patent No. 6,212,521 to Minami**</u>

~~AWS~~Amazon asserts that claims 1, 2, 6, 8, 12, and 15 of U.S. Patent No. 7,814,170 ("the '170 patent") are obvious in view of the combination of U.S. Patent No. 6,212,521 to Minami ("Minami"), DNS, and Karger '618/420. Minami qualifies as prior art under pre-AIA 35 U.S.C. § 102(e), e.g., because it was filed on March 27, 1998, before Kove's October 28, 1999 claimed priority date for the '170 patent, and issued on April 3, 2001. DNS qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it was publicly available in May 1997, more than a year before Kove's October 28, 1999 claimed priority date for the '170 patent. Karger '618/420 is prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it has a priority date of March 15, 1998. The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and ~~AWS~~Amazon reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

Furthermore, the following list includes examples of specifically where certain '170 patent claim elements are found in Minami.

- Client: Terminal
- Identifier: Search keyword
- Location information: Primary server identifier
- Location server: Primary server
- Data repository: Data storage
- Hash function: Hash function unit

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| **[1.Preamble]** A system for managing data stored in a distributed network, the system comprising: | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.<br><br>Minami discloses that a terminal can send a search keyword to a primary server that has a primary hash function unit that computes a primary server identifier.<br><br>"A data management system that allows client terminals on a network to register records with search keywords to distributed data management servers and to retrieve them by entering a specific search keyword." (Abstract) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| |  FIG. 3 "Taking the above into consideration, a first object of the present invention is to provide a data management system which relieves processing loads imposed on individual data management servers by distributing data registration and retrieval tasks and reducing the amount of data maintained in each server. Moreover, a second object of the present invention is to provide a primary server for use in the above data management system; a third object of the present invention is to provide a secondary server for use in the above data management system." (3:38-47.) |
| **[1.a]** a data repository configured to store a data entity, wherein an identifier string identifies the data entity; and | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.<br><br>"Local backup data storage 112 stores such records that have been delivered in extra data registration request messages. Here, the term 'local backup data' denotes that the data stored in this storage 112 is replicas of the original registration data that is stored in secondary servers located in the same primary area. Remote backup data storage 113 saves, as a measure of precaution, such records that have been delivered in replicated data registration request messages. Here, the term 'remote backup data' denotes that |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | the data stored in this storage 113 is replicas of the original registration data that is stored in secondary servers located in remote primary areas." (10:46-57.)<br><br>"Regular data storage 1109 is the first place to store the data contained in the data registration request messages when they are directly received from terminals. Local replicated data storage 1110 registers information, when local replicated data registration request message are received. Here, the term 'local replicated data' denotes that the data stored in this storage 1110 is replicas of the original registration data that is stored in other secondary servers located in the same (or local) primary area. In contrast to this, remote replicated data storage 1111 is used to save information extracted from remote replicated data registration request messages when they are received. The term 'remote replicated data' denotes that the data stored in this storage 1111 is replicas of the original registration data that is stored in other secondary servers located in some remote primary areas." (11:35-51.)<br><br>"FIG. 20--Regular data storage, local replicated data storage, remote replicated data storage, local backup data storage, and remote backup data storage. (All those five storage areas are used to store search keywords and data objects to be retrieved with specific keywords, along with related server identifiers. This structure is common to primary servers and secondary servers.)" (12:49-56, Fig. 20.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | COMMON DATA STRUCTURE OF REGULAR DATA STORAGE, LOCAL REPLICATED DATA STORAGE, REMOTE REPLICATED DATA STORAGE, LOCAL BACKUP DATA STORAGE, AND REMOTE BACKUP DATA STORAGE<br><br>DATA COUNTER<br><br>SEARCH KEYWORD (=IP ADDRESS)<br><br>DATA OBJECT TO BE RETRIEVED (=ATM ADDRESS)<br><br>SERVER IDENTIFIER<br><br>SEARCH KEYWORD (=IP ADDRESS)<br><br>DATA OBJECT TO BE RETRIEVED (ATM ADDRESS)<br><br>SERVER IDENTIFIER<br><br>FIG. 20 |
| **[1.b]** a data location server network comprising a plurality of data location servers, | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.<br><br>"The entire coverage area of the network is divided into a plurality of primary areas, and each primary area is further subdivided into a plurality of secondary areas. Primary and secondary servers are deployed over the network, one for each individual primary area and secondary area, respectively." (Abstract, see also 7:43-50, Fig. 1.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | <br><br>FIG. 1<br><br>"To accomplish the first object, according to the present invention, there is provided a data management system which allows terminals on a network to register records with search keywords and to retrieve the records by entering a specific search keyword. This system comprises the following elements:<br>a plurality of primary areas which constitute an entire coverage area of the network;<br>a plurality of secondary areas which constitute each of the primary areas;<br>a plurality of primary servers, one for each primary area, which are uniquely identified in the network by primary server identifiers assigned thereto;<br>a plurality of secondary servers, one for each secondary area, which are uniquely identified in each primary area by secondary server identifiers assigned thereto;<br>a primary transformation unit, disposed in each primary server, for processing a given search keyword to derive a specific primary server identifier indicating one of the |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
|  | primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located; and a secondary transformation unit, disposed in each primary server and each secondary server, for processing a given search keyword to derive a specific secondary server identifier indicating one of the secondary servers that is located in the same primary area and has a record corresponding to the given search keyword." (3:48-4:9.) <br><br> **Obviousness of Data Location Server:** To the extent that Kove contends that Minami does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. The Patents-in-Suit recognize that "location" is not a requirement for its data servers as "NDTP can be used for any application in which one-to-zero or one-to-many associations among strings are to be maintained and accessed on a network. In applications of NDTP other than distributed databases, the term identifier is likely to make sense in most cases, but the term location may not." ('170 patent, 20:30-37.) The Microfiche Appendix filed with the '170 patent provides software code that demonstrates that location is not necessary for the operation of the data servers. The concept of storing information about the location of data in a distributed network is well known, even fundamental, in the field of computer science. In addition, the concept of separating information about the location of data from the data itself, for instance, is an obvious method of organizing information that is well known in computer science. One of skill would have been motivated to use such a method, for example, to use less space or memory in the part of the system with the location information in order to gain overall speed, efficiency, or computing ability related to that part of the system. Furthermore, to the extent the prior art discloses the use of at least one location server, it would have been obvious to use more than one location server to achieve further benefits. *See* MPEP § 2144.VI.B. (Obviousness of Duplication of Parts). One skilled in the art would also be familiar with DNS, which relies on a network of location servers to map host names to internet addresses. Therefore, it would have been obvious to one of skill to employ data location servers in Minami. |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| **[1.c]** wherein data location information for a plurality of data entities is stored in the data location server network, | See above evidence regarding claim limitations 1.a and 1.b. Further, "[A] primary transformation unit, disposed in each primary server, for processing a given search keyword to derive a specific primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located" (7:52-57.) <br><br>  <br> FIG. 1 <br><br> "According to the present invention, the entire coverage area of a network is divided into a plurality of primary areas, and each primary area is subdivided into a plurality of secondary areas. Primary and secondary servers are deployed in the network, one for each individual primary area and secondary area, respectively. The primary servers employ a primary hash function that processes a given search keyword to derive a primary server identifier indicating one of the primary servers that governs a particular |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | primary area where the secondary server having a record corresponding to the given search keyword is located. Further, the primary servers have a secondary hash function that processes a given search keyword to derive a specific secondary server identifier indicating one of the secondary servers that is located in the same primary area as their own and has a record corresponding to the given search keyword. The secondary servers are also equipped with the same secondary hash function as the primary servers'. Those two hash functions are used in both data registration and data retrieval processes." (28:12-32.)<br><br>**Obviousness of Location Information:** To the extent that Kove contends that Minami does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.)<br><br>RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.)<br><br>"DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*)<br><br>"The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | "In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.)<br><br>A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034.<br><br>```<br>SRI-NIC.ARPA.    A     26.0.0.73<br>                 A     10.0.0.51<br>                 MX    0 SRI-NIC.ARPA.<br>                 HINFO DEC-2060 TOPS20<br>```<br><br>(*Id.*, 37.) |
| **[1.d]** at least one of the plurality of data location servers includes location information associated with the identifier string, | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.<br><br>"Now, in the above-described structural arrangement, it is supposed that a terminal located in the secondary area 3a, for instance, is attempting to newly enter some registration data that consists of a search keyword and a data object to be shared in the network. This new registration data will be saved not only in the secondary server 5a, but also in another secondary server deployed in the primary area 2a, and further in a secondary server deployed in a different primary area. More specifically, the secondary server 5a, having received a data registration request from a terminal, first stores the received registration data into its local storage. At the same time, the secondary server 5a identifies another secondary server in the primary area 2a by using its own secondary transformation unit 8, and requests the identified secondary server to store the same registration data in its data storage. The appointed secondary server stores the registration data as requested. The secondary server 5a further sends a request for the data registration to the primary server 4a governing the primary area 2a where the |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | secondary server 5a is located. Upon receipt of this request, the primary server 4a determines another primary server by using its own primary transformation unit 6 and requests the determined primary server to store the same registration data. Having received this request, the primary server identifies a secondary server in its own coverage area by using its secondary transformation unit and requests it to store the registration data. The secondary server stores the registration data as requested by the primary server." (8:23-50.)<br><br>"[A] primary transformation unit, disposed in each primary server, for processing a given search keyword to derive a specific primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located" (7:52-57.)<br><br><br><br>FIG. 1 |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | "According to the present invention, the entire coverage area of a network is divided into a plurality of primary areas, and each primary area is subdivided into a plurality of secondary areas. Primary and secondary servers are deployed in the network, one for each individual primary area and secondary area, respectively. The primary servers employ a primary hash function that processes a given search keyword to derive a primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located. Further, the primary servers have a secondary hash function that processes a given search keyword to derive a specific secondary server identifier indicating one of the secondary servers that is located in the same primary area as their own and has a record corresponding to the given search keyword. The secondary servers are also equipped with the same secondary hash function as the primary servers'. Those two hash functions are used in both data registration and data retrieval processes." (28:12-32.)<br><br>**Obviousness of Location Information:** To the extent that Kove contends that Minami does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.)<br><br>RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.)<br><br>"DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*)<br><br>"The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.)<br><br>"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.)<br><br>A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034.<br><br>`SRI-NIC.ARPA.    A       26.0.0.73`<br>`                 A       10.0.0.51`<br>`                 MX      0 SRI-NIC.ARPA.`<br>`                 HINFO   DEC-2060 TOPS20`<br><br>(*Id.*, 37.) |
| **[1.e]** each one of the plurality of data location servers comprises a processor and a portion of the data location information, | See above evidence regarding claim limitation 1.d. In addition, Minami describes that the primary and secondary servers are ATM address resolution servers (ATM-ARP servers), which one skilled in the art would understand as having a processor.<br><br>"The present invention proposes several techniques applicable to such ATM-ARP servers, essential facilities for interconnecting the existing LANs and public ATM networks. They can also be used in data management systems that provides data registration and retrieval services in a distributed environment." |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | "[A] primary transformation unit, disposed in each primary server, for processing a given search keyword to derive a specific primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located" (7:52-57.)<br><br><br><br>FIG. 1<br><br>"According to the present invention, the entire coverage area of a network is divided into a plurality of primary areas, and each primary area is subdivided into a plurality of secondary areas. Primary and secondary servers are deployed in the network, one for each individual primary area and secondary area, respectively. The primary servers employ a primary hash function that processes a given search keyword to derive a primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given |

85

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | search keyword is located. Further, the primary servers have a secondary hash function that processes a given search keyword to derive a specific secondary server identifier indicating one of the secondary servers that is located in the same primary area as their own and has a record corresponding to the given search keyword. The secondary servers are also equipped with the same secondary hash function as the primary servers'. Those two hash functions are used in both data registration and data retrieval processes." (28:12-32.) <br><br> **Obviousness of Location Information:** To the extent that Kove contends that Minami does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.) <br><br> RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.) <br><br> "DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*) <br><br> "The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | "In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.)<br><br>A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034.<br><br>`SRI-NIC.ARPA.    A    26.0.0.73`<br>`                 A    10.0.0.51`<br>`                 MX   0 SRI-NIC.ARPA.`<br>`                 HINFO DEC-2060 TOPS20`<br><br>(*Id.*, 37.) |
| **[1.f]** the portion of the data location information included in a corresponding one of the data location servers is based on a hash function used to organize the data location information across the plurality of data location servers, and | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.<br><br>"The primary servers employ a primary hash function that processes a given search keyword to derive a primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record relevant to the given search keyword is located. Further, the primary servers have a secondary hash function that processes a given specific search keyword to derive a specific secondary server identifier indicating one of the secondary servers that is located in the same primary area as their own and has a record relevant to the given search keyword. The secondary servers are also equipped with the same secondary hash function as the primary servers'. Those two hash functions are used in both data registration and data retrieval processes." (Abstract.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | "A primary hash function unit 109 and secondary hash function unit 111 are used to obtain a primary and secondary server identifiers, respectively, from a given search keyword." (10:43-46.)<br><br>"As a background knowledge, the following few paragraphs present a brief description of hash functions used in the present embodiment, assuming the area division illustrated in FIG. **2**. Generally, hash function is a transformation that takes a variable-size input (a search keyword in the present case) and returns a fixed-size string, which is called the hash value. In the present invention, the data management servers use two kinds of hash functions called "primary hash function" and "secondary hash function." It is noted here that all primary servers commonly use the same primary hash function, while each primary server and its subordinate secondary servers (i.e., secondary servers in that server's primary area) share a common same secondary hash function of their own. In other words, the primary and secondary servers in different primary areas use different secondary hash functions." (14:6-20.)<br><br>"The primary hash function, commonly used by the primary servers, produces the primary hash value by processing a given search keyword in the following way, based on the number of primary areas (="3") and the number of secondary areas (="3"). First, the given search keyword, now being treated as a binary value, is divided by "3." A constant value of "1" is then added to the remainder of that division, thus obtaining the primary hash value. The secondary hash function commonly used in the primary area of the primary server **10** divides a given search keyword by 2 (i.e., applying a 1-bit right-shift operation to the binary dividend) and further divides the quotient by 3. Lastly, a constant value of 1 is added to the remainder of the second division, thereby yielding the secondary hash value. The secondary hash function commonly used in the primary server **20**'s primary area divides a given search keyword by "4" (i.e., applying a 2-bit right-shift operation to the binary dividend) and further divides the quotient by 3. Then, a constant value of 1 is added to the remainder of the second division, thereby yielding the secondary hash value. Likewise, the secondary hash function commonly used in the primary server **30**'s primary area first divides a given search keyword by "8" (i.e., applying a 3-bit right-shift operation to the binary dividend), further divides |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | the quotient by "3," and adds a constant value of "1" to the remainder of the second division, thereby yielding the secondary hash value." (14:21-47.) |
| | *See also,* (18:21-19:34.) |
| | "[A] primary transformation unit, disposed in each primary server, for processing a given search keyword to derive a specific primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located" (7:52-57.) |
| |  |
| | FIG. 1 |
| | "According to the present invention, the entire coverage area of a network is divided into a plurality of primary areas, and each primary area is subdivided into a plurality of |

89

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | secondary areas. Primary and secondary servers are deployed in the network, one for each individual primary area and secondary area, respectively. The primary servers employ a primary hash function that processes a given search keyword to derive a primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located. Further, the primary servers have a secondary hash function that processes a given search keyword to derive a specific secondary server identifier indicating one of the secondary servers that is located in the same primary area as their own and has a record corresponding to the given search keyword. The secondary servers are also equipped with the same secondary hash function as the primary servers'. Those two hash functions are used in both data registration and data retrieval processes." (28:12-32.)<br><br>**Obviousness of Hash Function:** To the extent that Kove contends that Minami does not disclose this limitation, and this claim is construed to require a hash function, the subject matter as a whole of each claim, including this limitation, would have been obvious to one of skill in the art before the invention. The specification of the asserted patents themselves concede that the "preferably applied" hash function used to organize the data location information across the plurality of data location servers was "well-known" in computer science. ('170 patent, col. 15:12-18.) Numerous other publications before the filing of the Patents-in-Suit describe the use of hash functions to organize location information across servers in distributed systems. Courts have also recognized that hash functions are "generic and basic mathematical or algorithmic functions that do not make a patent inventive." *Symantec Corp. v. Zscaler, Inc.*, No. 17-cv-04426-JST, 2018 WL 1456678, at *7 (N.D. Cal. March 23, 2018). One skilled in the art would be familiar with the use of consistent hashing in a distributed network. Karger '618/420 states that it was well understood "for clients to use a standard hash function to determine from which server to request a document." ('420 patent, 3:23-50; '618 patent, 3:18-44.) "In one embodiment, the mapping of requests [e.g., for a document] and resources [e.g., servers] to the mathematical mapping space is accomplished with a hash function. A hash function takes an input (k) and returns an output in a given range. Hash functions can be used to allocate pointers or keys to a |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | location in a hash table, which is a data structure having a specified number of locations or 'slots.' If h(k) is a hash function, key (k) is said to hash to a hash table location h(k). A goal in designing a hash function is for each key (k) to be equally likely to hash to any of the locations in the hash table. An approach to achieve this is to derive the hash function in a way that is expected to be independent of any patterns that might exist in the data." ('420 patent, 10:22-34; '618 patent, 10:13-25.) Karger '420/618 discloses a "consistent hashing" function, which "avoids increasing load and spread when the number of servers changes." ('420 patent, 6:29-41; '618 patent, 6:21-33.) "Networked distributed file systems, groups of computers that store large amounts of data on an intranet or internet, and have too much information to effectively serve on one server, can use the invention to great benefit." ('420 patent, 19:47-50; '618 patent, 18:14-17.) Thus, one skilled in the art would recognize that consistent hashing as taught by Karger '420/618 could be used to improve the operation of a distributed system such as disclosed by Minami when a server is added to or removed from that system.<br><br>**Obviousness of Location Information:** To the extent that Kove contends that Minami does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.)<br><br>RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.)<br><br>"DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*)<br><br>"The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.)<br><br>"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.)<br><br>A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034.<br><br>`SRI-NIC.ARPA.    A      26.0.0.73`<br>`                 A      10.0.0.51`<br>`                 MX     0 SRI-NIC.ARPA.`<br>`                 HINFO  DEC-2060 TOPS20`<br><br>(*Id.*, 37.) |
| **[1.g]** each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function applied to the identifier string. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.<br><br>Minami describes data retrieval using a hash function. (19:35-23:37.) For example, "(D-2-2) The secondary server 120 receives this data retrieval request message through its communication controller, and initiates a process of FIG. 42 by activating its data retrieval unit that deals with the data retrieval message class. Since the received message is identified as a data retrieval request message, the data retrieval unit takes a process flow of F423, whose main part is shown in FIG. 43. In F423, the data retrieval |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | unit first extracts a search keyword '5' from the request message, saves this search keyword and the connection identifier for the terminal 50 for later use, and then searches its own regular data storage for a record relevant to the extracted search keyword '5.' In this CASE (2), however, this search ends up with no matches. The data retrieval unit then applies its secondary hash function to the search keyword '5,' thus obtaining a secondary hash value of '3.' Since this secondary hash value '3' does not match with its own secondary server identifier '2,' the secondary server 120 produces a local replicated data retrieval request message (FIG. 13) on the basis of the data retrieval request message in process. This new message, having a value of '2' in its secondary server identifier field, is transmitted by the communication controller to another secondary server 130 whose secondary server identifier is known to be '3.'" (20:27-50.)<br><br>"As a background knowledge, the following few paragraphs present a brief description of hash functions used in the present embodiment, assuming the area division illustrated in FIG. **2**. Generally, hash function is a transformation that takes a variable-size input (a search keyword in the present case) and returns a fixed-size string, which is called the hash value. In the present invention, the data management servers use two kinds of hash functions called "primary hash function" and "secondary hash function." It is noted here that all primary servers commonly use the same primary hash function, while each primary server and its subordinate secondary servers (i.e., secondary servers in that server's primary area) share a common same secondary hash function of their own. In other words, the primary and secondary servers in different primary areas use different secondary hash functions." (14:6-20.)<br><br>"The primary hash function, commonly used by the primary servers, produces the primary hash value by processing a given search keyword in the following way, based on the number of primary areas (="3") and the number of secondary areas (="3"). First, the given search keyword, now being treated as a binary value, is divided by "3." A constant value of "1" is then added to the remainder of that division, thus obtaining the primary hash value. The secondary hash function commonly used in the primary area of the primary server **10** divides a given search keyword by 2 (i.e., applying a 1-bit |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | right-shift operation to the binary dividend) and further divides the quotient by 3. Lastly, a constant value of 1 is added to the remainder of the second division, thereby yielding the secondary hash value. The secondary hash function commonly used in the primary server **20**'s primary area divides a given search keyword by "4" (i.e., applying a 2-bit right-shift operation to the binary dividend) and further divides the quotient by 3. Then, a constant value of 1 is added to the remainder of the second division, thereby yielding the secondary hash value. Likewise, the secondary hash function commonly used in the primary server **30**'s primary area first divides a given search keyword by "8" (i.e., applying a 3-bit right-shift operation to the binary dividend), further divides the quotient by "3," and adds a constant value of "1" to the remainder of the second division, thereby yielding the secondary hash value." (14:21-47.)<br><br>*See also,* (18:21-19:34.) |
| **[2]** The system of claim 1, wherein the location information comprises any portion of a hash table generated with the hash function. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.<br><br>"The primary hash function, commonly used by the primary servers, produces the primary hash value by processing a given search keyword in the following way, based on the number of primary areas (='3') and the number of secondary areas (='3'). First, the given search keyword, now being treated as a binary value, is divided by '3.' A constant value of '1' is then added to the remainder of that division, thus obtaining the primary hash value. The secondary hash function commonly used in the primary area of the primary server 10 divides a given search keyword by 2 (i.e., applying a 1-bit right-shift operation to the binary dividend) and further divides the quotient by 3. Lastly, a constant value of 1 is added to the remainder of the second division, thereby yielding the secondary hash value. The secondary hash function commonly used in the primary server 20's primary area divides a given search keyword by '4' (i.e., applying a 2-bit right-shift operation to the binary dividend) and further divides the quotient by 3. Then, a constant value of 1 is added to the remainder of the second division, thereby yielding the secondary hash value. Likewise, the secondary hash function commonly used in the primary server 30's primary area first divides a given search keyword by '8' (i.e., applying a 3-bit right-shift operation to the binary dividend), further divides |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | the quotient by '3,' and adds a constant value of '1' to the remainder of the second division, thereby yielding the secondary hash value." (14:21-47.)<br><br>"[A] primary transformation unit, disposed in each primary server, for processing a given search keyword to derive a specific primary server identifier indicating one of the primary servers that governs a particular area where the secondary server having a record corresponding to the given search keyword is located" (7:52-57.)<br><br><br>FIG. 1<br><br>"According to the present invention, the entire coverage area of a network is divided into a plurality of primary areas, and each primary area is subdivided into a plurality of secondary areas. Primary and secondary servers are deployed in the network, one for each individual primary area and secondary area, respectively. The primary servers |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | employ a primary hash function that processes a given search keyword to derive a primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located. Further, the primary servers have a secondary hash function that processes a given search secondary server keyword to derive a specific secondary server identifier indicating one of the secondary servers that is located in the same primary area as their own and has a record corresponding to the given search keyword. The secondary servers are also equipped with the same secondary hash function as the primary servers'. Those two hash functions are used in both data registration and data retrieval processes." (28:12-32.)<br><br>**Obviousness of Location Information:** To the extent that Kove contends that Minami does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.)<br><br>RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.)<br><br>"DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*)<br><br>"The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| | "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.)<br><br>"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.*, 17.)<br><br>A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034.<br><br>`SRI-NIC.ARPA.    A      26.0.0.73`<br>`                 A      10.0.0.51`<br>`                 MX     0 SRI-NIC.ARPA.`<br>`                 HINFO  DEC-2060 TOPS20`<br><br>(*Id.*, 37.) |
| **[6.Preamble]** A system for managing data location information and providing the data location information in response to location queries, the system comprising: | See above evidence regarding the preamble of claim 1. |
| **[6.a]** a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a | See above evidence regarding claim 1.b.<br><br>**Obviousness of Data in a Network Pertaining to the Entity:** To the extent that Kove contends that Minami does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, RFC1034 discloses a DNS protocol for implementing domain name facilities. (*Id.*, 1.) |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| location of data in a network pertaining to the entity; | "The domain system also defines procedures for caching retrieved data and for periodic refreshing of data defined by the system administrator." (*Id.*, 5.)<br><br>"A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs). The order of RRs in a set is not significant, and need not be preserved by name servers, resolvers, or other parts of the DNS. When we talk about a specific RR, we assume it has the following:<br>owner       which is the domain name where the RR is found.<br>type          which is an encoded 16 bit value that specifies the type of the resource in this resource record. Types refer to abstract resources." (*Id.*, 11-12.)<br><br>"RRs are represented in binary form in the packets of the DNS protocol, and are usually represented in highly encoded form when stored in a name server or resolver." (*Id.*, 13.)<br><br>BIND 8 supports DNS dynamic updates. This feature "permits authorized updaters to add and delete resource records from a zone for which the server is authoritative." (DNS and BIND, 231.) "Dynamic update permits more than the simple addition and deletion of records. Updaters can add or delete individual resource records, delete RRsets …, or even delete all records associated with a given name." (*Id.*) "For the most part, dynamic update functionality is used by programs … [that] use the *ns_update()* routine to create update messages and send them to an authoritative server for the zone that contains the domain name." (*Id.*, 231-232.) |
| **[6.b]** wherein the location server includes a processor; and | See above evidence regarding claim limitation 1.e. |
| **[6.c]** programming logic stored on the location server, wherein the programming logic is configured to return, in response to a location query related to a desired entity, a location message, the location | See above evidence regarding claim limitation 1.g. |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| message in conformance with the transfer protocol and comprising at least one location associated with the desired entity, wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity, and wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect message comprising a list of at least one other location server known to have the location information for the desired entity. | |
| [8] The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information. | See above evidence regarding claim limitation 1.d and claim 3. |
| [12] The system of claim 9, wherein the indexed location store comprises a string store indexed by a hash table distributed across a plurality of servers. | See above evidence regarding claims 2 and 3. |
| [15.Preamble] A method of handling location queries in a network, the network comprising a plurality of location servers including data location information, the method comprising: | See above evidence regarding the preamble of claim 1 and claim limitation 1.g. |
| [15.a] correlating each one of a plurality of identifiers with at least one of a plurality of locations in the network, each one of the plurality of identifiers | See above evidence regarding claim 3. |

| U.S. Patent No. 7,814,170 | U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 |
|---|---|
| identifying a respective one of a plurality of data entities, wherein the data entities are stored in corresponding locations in the network; | |
| **[15.b]** receiving a location query from a client at one of the plurality of location servers, the location query requesting location information identifying a location of a data entity included in the data entities; | See above evidence regarding claim limitation 1.g. |
| **[15.c]** determining which of the plurality of location servers includes the location information; | See above evidence regarding claim limitation 1.g. |
| **[15.d]** sending a location response message to the client in response to determining the one of the plurality of location servers includes the location information, the location response message comprising the location information; and | See above evidence regarding claim limitation 1.g. |
| **[15.e]** sending a redirect message to the client in response to determining the one of the plurality of location servers fails to include the location information, the redirect message identifying which of the plurality of location servers includes the location information. | See above evidence regarding claim limitation 1.g. |

**Exhibit 2A: Invalidity Claim Chart Against U.S. Patent No. 7,103,640 in View of OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff**

Amazon asserts that U.S. Patent No. 7,103,640 ("the '640 patent") claims 17, 18, and 24 are rendered obvious by OracleNamesAdminGuide alone or in combination with OracleUnleashed, Steen, and/or Wolff. OracleNamesAdminGuide, OracleUnleashed, and Steen each qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because they were all publicly available before the earliest possible priority date of July 8, 1998 and more than a year before Kove's October 28, 1999 claimed priority date for the '640 patent. Wolff is prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it has a filing date of April 15, 1998, as a continuation in part of App. No. 08/905,307 filed August 1, 1997, with priority to provisional applications filed March 6, 1998 (App. No. 60/077,146) and August 2, 1996 (App. No. 60/023,218). The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and Amazon reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

This claim chart reflects the additional requirements for the claims based on Kove's statements in reexamination and are consistent with Amazon's proposed constructions reflecting those statements. *See* Dkt. 539. Specifically, based on Kove's statements and Amazon's proposed constructions, claims 17, 18, amd 24 also require that the location servers be organized in a non-hierarchical cluster structure, that each location server be able to respond to any location request with either the location of the data or the location of a server known to contain the requested location data without an intervening traversal, and that each request must be resolved in two or fewer traversals. As described below, OracleNamesAdminGuide alone or in combination with Steen or OracleUnleashed renders obvious each claim regardless of Kove's arguments based on additional limitations.

Furthermore, the following list includes examples of specifically where certain '640 patent claim elements are found in each reference.

**OracleNamesAdminGuide & OracleUnleashed:**
- Client:                 client appliances
- Identifier:          service name
- Location information:   connection description
                                 (host name, port, and database instance)
- Location server:      Names Server
- Data repository:     database
- Hash function:       hash function

**Steen:**
- Client:                 client
- Identifier:          object name
- Location information: object tag & contact addresses
- Location server:      directory nodes
- Data repository:     database
- Hash function:       hashing based methods

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| **[17.Preamble]** A system for retrieving data location information for data stored in a distributed network, the system comprising: | To the extent any preamble is limiting, OracleNamesAdminGuide discloses an Oracle database system for managing data stored in a distributed network and method of using the same. As shown below in Figure 2-1, OracleNamesAdminGuide teaches an Oracle database system having multiple Oracle Names Servers for retrieving location information for data stored in a distributed network. For instance, OracleNamesAdminGuide describes an Oracle7 system that provides user access to a distributed database network. OracleNamesAdminGuide teaches the system components include SQL*Net functionalities that allow users to request data that is located in the system using Names Servers in a flat, non-hierarchical configuration.[1] |

---

[1] *See, e.g.*, OracleNamesAdminGuide at 5, 32.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| |  OracleNamesAdminGuide Fig. 2-1 <br><br> Further, OracleNamesAdminGuide teaches that its system receives a client's query for location information associated with a network-service-name-alias (i.e., identifier string). A POSITA would have understood that OracleNamesAdminGuide's connection descriptor is "location information" because each descriptor pertains to a location of data and identifies that location using the host name, port, and database instance: <br><br> Oracle Names product … makes network address and database link information in an enterprise-wide distributed database network available to all nodes throughout the network.[2] <br><br> [A]dress [is a] unique network location used to identify a network object such as a database service, client, Interchange, or Names Server. TNS addresses have a specific format. Addresses must be unique.[3] |

---

[2] OracleNamesAdminGuide at 5.

[3] *Id.* at 199.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | [C]onnect descriptor [is a] specially formatted description of the destination for a network connection. Connect descriptors are constructed using a set of keywords and values. They are mapped to *service names* to provide more convenient reference.[4] |
| | As OracleNamesAdminGuide explains, a database instance is a virtual collection of data where a server may store multiple database instances and the network may connect to multiple servers storing database instances. A POSITA would have understood that the database server will store multiple databases where each server connects to OracleNamesAdminGuide's network. |
| | OracleNamesAdminGuide teaches a system for small-scale applications that uses a non-hierarchical "flat naming model."[5] The below illustration shows how OracleNamesAdminGuide's non-hierarchical configuration mirrors Kove's statements that the '640 Patent requires a non-hierarchical configuration. In each of these non-hierarchical configurations, the network is flat, resulting in a client being able to send a query to any location server in the network. Each of these non-hierarchical configurations doesn't have a local region and doesn't require a location query to travel up or down a network "tree" to reach a root server.[6] |

---

[4] *Id.* at 200 (emphasis in original); *see also id.* at 129 (BONES.DEM.MEDICINE identifier example that includes host name, port, and database instance). A POSITA would have understood that a "host name" may include a direct IP address or a host name that uses DNS to obtain an IP address.

[5] OracleNamesAdminGuide at 40-41.

[6] *Compare* OracleNamesAdminGuide at 45 & 52 *with* 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 22-23.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | 
OracleNamesAdminGuide specifies that this system is non-hierarchical because "[a]ll names are unique within a single domain—the WORLD domain. The WORLD domain is predefined in the Oracle Network Manager for customers choosing a flat naming model."[7] And OracleNamesAdminGuide details that its flat non-hierarchical configuration is different from a hierarchical configuration for large-scale applications of more than 100 services.[8] Below, OracleNamesAdminGuide's Figure 3-8 illustrates how a system having the "flat" non-hierarchical configuration differs from other systems having a hierarchical configuration.[9] POSITAs using real- |

---

[7] OracleNamesAdminGuide at 40.

[8] *Id.* at 40-41.

[9] OracleNamesAdminGuide at 44-45.

| U.S. Patent No. 7,103,640 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | world Oracle7 systems employed OracleNamesAdminGuide's non-hierarchical configuration because such systems typically involved less than 100 services.[10]<br><br><br><br>Figure 3 – 8 Two Centralized Administration Alternatives<br><br>Further, OracleNamesAdminGuide's non-hierarchical configuration meets the purported requirements for the "redirect messages" limitations. As shown above in Figure 3-8, OracleNamesAdminGuide's non-hierarchical system has an upper Names Server and a lower Names Server that cumulatively store all the location strings known in the system. When the upper Names Server receives a client's query but lacks the location string to answer that query, |

---

[10] OracleNamesAdminGuide at 40-41.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | OracleNamesAdminGuide teaches the upper Names Server transmits a message to the client where the message includes in the address of the lower Names Server housing the location string. The client uses that address to calculate the location of the lower Names Server, then the client sends its data location request to the lower Names Server.[11] |
| | A POSITA would understand that a similar scenario transpires when the lower Names Server receives a client's query but lacks the location string to answer that query. This results in the lower Names Server transmitting a message to the client containing the address of the upper Names Server housing the location string. The client uses that address to calculate the location of the upper Names Server, then the client sends its data location request to the upper Names Server.[12] |
| | As shown above in Figure 3-8, OracleNamesAdminGuide teaches an embodiment with a non-hierarchical system having just two Names Servers. In the embodiment with two Names Servers, a POSITA would understand that the first queried Names Server will return address information that the client uses to determine the second Names Server that contains the sought-after location string.[13] Thus, if the first Names Server doesn't have the location string for client's query, the first Names Server will always transmit a redirect messages to the client having information to calculate the location of the second Names Server containing the location string. |
| | Further, even if a POSITA would not have understood this from OracleNamesAdminGuide alone, it would have been obvious based on Steen's teachings. |
| | For instance, Steen describes a location service in a system for "locating mobile objects in a worldwide system": |
| | *Locating mobile objects* in a worldwide system requires a scalable location service. An object can be a telephone or a note-book computer, but also a software or data object, such as a file or an electronic document. Our service strictly separates an object's name |

---

[11] *See* OracleNamesAdminGuide at 137.

[12] *See* OracleNamesAdminGuide at 137.

[13] *See* OracleNamesAdminGuide at 44-45, 137.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | from the addresses where it can be contacted. This is done by introducing a location-independent object handle. An object's name is bound to its unique object handle, which, in turn, is mapped to the addresses where the object can be contacted. To locate an object, we need only its object handle. We present a scalable location service based on a worldwide distributed search tree that adapts dynamically to an object's migration pattern to optimize lookups and updates.[14]<br><br>And Steen explains that, in distributed systems, there can be multiple instances of the same data or service:<br><br>In distributed systems, this way of locating a service is also known as anycasting: *a client requires a particular service, but is really not interested in which server will handle the request*. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is then subsequently resolved to the address of *any server that can handle the request*.[15]<br><br>A POSITA would have appreciated that Steen's principle of "anycasting" allows for faster resolution of clients' requests because multiple servers can resolve any given query. As a result, a POSITA would have been motivated by OracleNamesAdminGuide's goal of "lightning fast" resolution to incorporate anycasting to its data storage. This would have resulted in multiple data repositories where each server connects to OracleNamesAdminGuide's Names Service, i.e., location server network.<br><br>Accordingly, Steen discloses or render obvious the claim preambles.<br><br>Based on the above teachings, OracleNamesAdminGuide discloses or renders obvious in light of Steen the preambles' system for managing data stored in a distributed network. |

---

[14] Steen at Abstract.
[15] Steen at 105.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| **[17.a.i]** a plurality of data repositories configured to store data, | OracleNamesAdminGuide discloses this claim element or renders obvious it alone or in view of OracleUnleashed and Steen. OracleNamesAdminGuide teaches that its system includes a plurality of data repositories in the form of databases that store data. For instance, OracleNamesAdminGuide states that its system includes multiple databases storing data: "[A] network using the Oracle Names Service consists of … one or more Oracle Names Servers [and] one or more databases."[16] And OracleNamesAdminGuide details that its system's databases store data objects: "For a given network, all of these objects are stored together in the Network Manager network definition database."[17]<br><br>Further, OracleNamesAdminGuide explains that its system connects each database together in the network: "A global database link is a link that connects *each database in a network to all other databases*. This link is created automatically by the Network Manager for use with Oracle Names. Each global database link created by Network Manager connects you to every other database server in the network."[18] In the example shown below in Figure 3-12, OracleNamesAdminGuide describes its system connecting two data repositories (e.g., databases TOM.WORLD within one server and JERRY.WORLD within another server).[19] |

---

[16] OracleNamesAdminGuide at 32; *see also id.* at 28 ("Oracle Names 1.0 required administrators to enter the names and addresses of all databases in the network into Oracle Network Manager. Network Manager then created a network definition which it **stored in a database**.").

[17] *Id.* at 51; *id.* at 35 ("… Oracle Names 2.0 architecture is designed to function on most SQL*Net networks composed of clients and databases.").

[18] *Id.* at 99.

[19] *Id.* at 53-54.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| |  Figure 3 – 12  Distributed Database Connection |

To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose "a plurality of data repositories configured to store data," a POSITA would have found this limitation obvious. OracleNamesAdminGuide teaches the Oracle Names location service assists in location management. OracleUnleashed and Steen both teach the use of a location service, like OracleNamesAdminGuide's Names location service, to manage data stored in multiple repositories. Specifically, Steen provides a location service to manage stored objects, including data files:

> "Locating mobile objects in a worldwide system requires a scalable location service. An object can be…software or [a]data object, such as a file or an electronic document."[20]

---

[20] Steen at Abstract.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | To the extent that Kove argues that Steen doesn't disclose a data depository, it would have been obvious to a POSITA that the data object would have to be stored somewhere. Further, it would also have been obvious that Steen discloses a plurality of data repositories, because if there were only one, it would be simple to manage the locations, rendering the location service unnecessary. Further, even if it didn't require a plurality of data repositories, Steen describes its location service as "scalable," e.g., expanding.[21] Thus, even if there were only one data repository to begin with, Steen teaches adding data repositories moving forward.<br><br>OracleUnleashed also provides for using a location service, like Oracle Names, to manage data on a plurality of data repositories. The Oracle product was designed to store massive quantities of data across multiple servers and databases:<br><br>    SQL*Net has a Names Server to resolve names to locations. This method makes it very easy to move Oracle servers and data-bases with no impact on the end-user community. The Net8 Name Services has the ability to cache names at the client for much faster resolution, and the various listeners and connection managers register as available with Names Services.[22]<br><br>A POSITA would have understood the servers and databases to be "data repositories" in OracleUnleashed's system because they are locations to store data. Based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, and Steen disclose or render obvious claim element 17.a's plurality of data repositories configured to store data. |
| **[17.a.ii]** wherein the data is associated with a respective identifier string in each data repository; | Consistent with the Parties' agreed upon construction, Amazon construes an "identifier string" as "a unique encoding that identifies an individual entity, and with which zero or more location strings are associated in a location server."[23]<br><br>OracleNamesAdminGuide discloses or alone renders obvious the data being associated with a respective identifier string. OracleNamesAdminGuide teaches that each data entity is located at a network address associated with a network-service-name-alias, which is an identifier string. OracleNamesAdminGuide uses a network-service-name-alias as an identifier string to easily refer to |

---

[21] *Id.*

[22] OracleUnleashed at 220.

[23] Joint Claim Construction Chart (Updated) (Dkt. No. 382) at 6.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | desired data entities on the distributed database network and to obtain connection information from the Names Server. OracleNamesAdminGuide explains that using such aliases allow customers to request data entities from databases using a simple name rather than a lengthy network location address: |

Oracle Names makes network address and database link information available to all nodes throughout the network. *Each database server's network address is stored with a name that is used to identify it. Client applications can then request a database connection with a simple name rather than a lengthy address.*"[24]

[A]liases [are] so that users can connect to a database or use a database link by using a simple name instead of having to specify the global database name or global database link name (that is, the fully–qualified name).[25]

A POSITA would have understood OracleNamesAdminGuide's network-service-name-alias refers to the alias that the system uses on the client-side of a client-server connection. A POSITA would have understood that Oracle literature uses "alias" in other contexts, such as server-side aliases and object aliases. Because those other types of aliases are different and distinct from aliases used on the client-side of an Oracle7 system, this chart refers to client-side identifiers as network-service-name-aliases.

Further, OracleNamesAdminGuide explains that each data entity is associated with a respective identifier string in each data repository (e.g., a database server). For instance, OracleNamesAdminGuide specifies each data entity is associated with a network-service-name-alias, connect string, and database service name:

An Oracle Names Server stores names and addresses for network services such as databases or MultiProtocol Interchanges, database link definitions, and object aliases. The Names Server stores the following types of objects, which are described below:

• *database service names—The service name is the global database name that is mapped to the SQL\*Net connect descriptor*. The combination of a listener address and

---

[24] OracleNamesAdminGuide at 20.

[25] *Id.* at 101.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
|  | connect data make up a connect descriptor that locates a database service. Gateways to non–Oracle databases and Oracle RDB databases are also stored.<br><br>• database links—Global database links are automatically created to each defined database from all database servers in the network. These links are made available to all users.<br><br>• *aliases—You can assign service name aliases as alternate names for any defined database service or database link. Service name aliases are resolved as if they were the original object.*<br><br>• V1 connect strings—A V1 *connect string can be mapped to a service name in the Oracle Names database. The service name you enter acts as an alias for the SQL\*Net V1 connect string*, making it easy to access a server in a network that still uses SQL\*Net V1.[26]<br><br>Thus, a POSITA would have understood that each network-service-name-alias is the claimed "identifier string" because it is a unique encoding that identifies an entity and that is associated with a connection descriptor (i.e., location information) in a Names Server.<br><br>Further, a POSITA would have understood that each identifier string in OracleNamesAdminGuide's system is associated with a data entity, and not simply a data repository (e.g., a database server).<br><br>OracleNamesAdminGuide's database server is a physical device that houses multiple virtual database instances. In Reexamination Control No. 90/019,034 toward the related '978 Patent, the Examiner noted that Kove's assertion that OracleNamesAdminGuide "does not teach an identifier that uniquely identifies a single entity is not factual."[27] The Examiner stated that, in the OracleNamesAdminGuide embodiment shown in Figure 3-5, the system has one domain that contains all identifier strings (e.g., names) where each string uniquely identifies a single entity (e.g., object). In support, the Examiner included the figure and its accompanying quote: "All names in the |

---

[26] *See* OracleNamesAdminGuide at 23.

[27] 10/27/2022 Final Office Action in Reexamination Control No. 90/019,034 at 21.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | WORLD domain must be unique. The Network Manager has a validation feature that ensures that all names you enter are unique."[28]

To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose "the data is associated with a respective identifier string in each data repository," a POSITA would have found obvious this limitation.

OracleNamesAdminGuide teaches using identifier strings to identify location on a network. A POSITA would have appreciated that the network would include data repositories. And a POSITA would have understood that all data entities stored on the data repositories are associated with respective identifier strings, and that the identifier strings are all stored collectively in the location server network.

Further, OracleNamesAdminGuide and OracleUnleashed render obvious this claim element. Based on OracleUnleashed's teachings, a POSITA would have been motivated and found it obvious to have OracleNamesAdminGuide's system associate each data repository's data with a respective identifier string. OracleUnleashed explains that SQL*Net, which OracleNamesAdminGuide utilizes, makes it easier for users to connect to various databases and find their data, which is advantageous because "[y]our users do not want to write complex queries."[29] A POSITA would have understood that associating respective identifier strings with data improves the users' experience and to ease the ability to find desired data since that is one of the objectives of an Oracle DBA. The benefits of associating data with a respective identifier string are directly perceived by the end user, and a DBA would have been motivated to simplify the users' experience in this manner.

Thus, a POSITA would have found it obvious to have each of OracleNamesAdminGuide's data repositories' data be associated with a respective identifier string for use in optimizing query |

---

[28] *Id.* at 17 (citing and quoting OracleNamesAdminGuide at 40-41).

[29] *See* OracleUnleashed at 255.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | efficiency, based on OracleUnleashed's teachings.[30] During the relevant timeframe, Oracle DBAs were often asked to help improve query efficiency, as OracleUnleashed details: |
| | It seems pretty obvious that a search method that works well for one of these types of queries is probably not the best method for the others. In fact, Oracle and most other databases have a number of search algorithms in their systems that are designed to handle different needs. This is what enables them to work in such a large number of environments and applications. When an application is performing slowly on a well-tuned database, the first thing you should **check is how the query is being processed to ensure that it is as efficient as it can be.**[31] |
| | Based on the commonplace need for efficiency in running queries, a POSITA would have been motivated to associate a respective identifier string with data because this allows OracleNamesAdminGuide's Names Server to quickly return one or more locations associated with the identifier string to the query requestor with minimized cost.[32] |
| | For example, Steen teaches the use of an "object name" that is "well known to its users."[33] Steen explains that, in distributed systems, users need names that are separated from locations: "What is needed is a naming facility that hides all aspects of an object's location. Users should not be concerned where an object is located or whether it can move."[34] Steen explains that the user uses this "object name" to identify the desired service and obtain the object handle: "A client has the service's name resolved to the object handle."[35] Steen explains that this object-name approach simplifies the resolution process for users: "Our approach allows an object to update its contact addresses independent of how users have named the object."[36] |

---

[30] *See* OracleUnleashed at 452.

[31] OracleUnleashed at 652.

[32] *See* OracleUnleashed at 452.

[33] Steen at 104.

[34] *Id*. at 105.

[35] *Id*.

[36] *Id*.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, and Steen disclose or render obvious claim element 17.a.i's identifier string identifier string that identifies that data entity. |
| **[17.b.i]** a data location sewer [sic] network having a plurality of data location servers, | OracleUnleashed, and Steen each discloses this element, for example, as described below.<br><br>As shown below in Figure 2-1, OracleNamesAdminGuide explains that its system includes a network of Names Servers.[37] A POSITA would have understood that these Names Servers are the claimed "location servers." Kove has asserted a "location server" is "a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to location request messages from clients."<br><br><br>OracleNamesAdminGuide Fig. 2-1<br><br>A POSITA would have understood that OracleNamesAdminGuide's Names Server is a "location server" because it is a network-attached server that maintains data location mappings to service |

[37] Joint Claim Construction Chart (Updated) (Dkt. No. 382) at 4.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
|  | client requests. For instance, OracleNamesAdminGuide states that each Names Server attaches to the network and maps data locations to objects that clients may request: |
|  | Oracle Names makes network address and database link information available to all nodes throughout the network. *Each database server's network address is stored with a name that is used to identify it. Client applications can then request a database connection with a simple name rather than a lengthy address.*[38] |
|  | *The Names Server has a single purpose: to resolve, or assist in resolving, a client-initiated name request*. It interprets the request, then looks up the name in its cache, or it calls a Names Server in another region. The response or error conditions are passed back to the client. [39] |
|  | And as shown below in Figure 2-2, each Names Server connects to a client and includes a processor and a cache memory for resolving location queries from clients.[40] OracleNamesAdminGuide explains that the "user and application developer are exposed only to the name of a network object. No knowledge of the connection path is required…. When making a connection, the client specifies the name of a destination and Oracle Names provides the address."[41] |

---

[38] OracleNamesAdminGuide at 20.

[39] *Id.* at 5, 32 ("We recommend that you set up at least two Names Servers for fault tolerance."), 36 (explaining that each region has "one or more Oracle Names Servers").

[40] *Id.* at 32-33.

[41] *Id*. at 22.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | 
OracleNamesAdminGuide Fig. 2-2

Further, OracleNamesAdminGuide discloses that its system has at least two Names Servers on the network for fault tolerance and load balancing: "Oracle recommends that each administrative region should have at least two Names Servers. If one Names Server is unavailable, clients will automatically forward requests to the other…. There is also an issue of network loading, or load balancing. Although any given Names Server is only engaged for a short period of time when a client initiates a connection, the goal is to keep name resolutions lightning fast.… [L]oad balancing across multiple Names Servers can increase system performance."[42]

Regarding the claimed "processor" and "programming logic," OracleNamesAdminGuide explains that each Names Server includes a processor and memory.[43] A POSITA would have understood that, for this processor to function, the memory contains programming logic to execute steps. |

---

[42] *Id*. at 60.

[43] *Id*. at 32-33.

| U.S. Patent No. 7,103,640 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | Further, OracleNamesAdminGuide teaches that each Names Server loads and executes software to preform steps in response to a data location request: "At startup, the Names Server reads its configuration files to set up its operating parameters, then loads all data for the administrative region."[44] A POSITA would have understood that each Names Server includes programming logic to read configuration files and set up operating parameters.<br><br>And OracleNamesAdminGuide discloses that each Names Servers is a resource running as software on a computer and is executable on operating systems, such as UNIX, Windows, and OS/2:<br>    *An Oracle Names Server is portable software that runs on a variety of computer platforms*…. In general, Oracle Names runs on:<br>    • A variety of UNIX and VAX/VMS minicomputers and workstations.<br>    • Intel-based computers (PCs) running operating systems such as OS/2, NetWare, Windows NT, and UNIX.<br>    The computer does not have to be dedicated as an Oracle Names Server. In fact, Oracle Names typically requires relatively little CPU and memory to function.<br>    Your choice of computer to use as a Names Server should be based on … [s]oftware availability—While Oracle Names runs on many operating systems, it does not run on all. *As a shared resource, Oracle Names only needs to be on one type of operating system to serve all clients and servers*. It does not have to be available on all of the operating systems you use…." [45]<br><br>A POSITA would have understood that the computer acting as the Names Server contains programming logic to execute steps.<br><br>OracleNamesAdminGuide provides an example command NAMESCTL for each Names Server that results in operations executing on the computer: "NAMESCTL is loaded and *all operations are* |

---

[44] *See* OracleNamesAdminGuide at 160; *id.* at 104 ("The STARTUP command loads the Names Server into memory and tells it to begin executing. At startup, the Names Server loads its configuration, loads its data, then becomes available to answer requests…. The SHUTDOWN command stops the execution of a Names Server. The program stops executing, and releases any machine resources being used.").

[45] OracleNamesAdminGuide at 62-63.

| U.S. Patent No. 7,103,640 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | *executed within it*…. You can also execute most commands from the operating system command line by running the NAMESCTL program with a complete command as a parameter to the program. In this case, NAMESCTL *will load and execute the command*, then return the operating system prompt."[46]<br><br>Further, OracleUnleashed and/or Steen teaches it would have been obvious to have OracleNamesAdminGuide's system include a plurality of location servers. For instance, as illustrated below in Figure 19.4, OracleUnleashed describes the benefits of partitioning a dataset into "smaller, easier-to-manage pieces":<br><br>A new feature of Oracle8 is that of partitioning. Partitioning enhances Oracle's support for very large databases as ***partitioning breaks tables and indexes into smaller, easier-to-manage pieces,*** storing these pieces at the tablespace level. Partitioned tables/indexes are nothing more than a logical collection of tablespaces (see Figure 19.4).<br><br>***Partitioning greatly enhances database performance. This performance can be monitored and adjusted*** in a variety of manors. Read/write activity can be load-balanced among the disk drives/disk arrays. The Oracle optimizer recognizes partitions and can select from partitions that contain the data being selected. The Oracle Parallel Server can divide work based on the number of partitions.<br><br>Availability is higher, backups are easier, and recovery is shorter. High availability is the single goal of most computer systems. Recovery and time to recover are always an issue. Downtime for maintenance or backups is not possible with some applications. Machine failures are inevitable. Partitions can be backed up online, individually, and only the ones that have changes. This makes the backup/recovery process much quicker. If recovery is needed, the other partitions not affected are still available online.<br><br>Administration and tuning is much easier. ***Oracle8 partitioning has many features that make partitions easy to create, move, split, and so on.*** One can even swap in an |

---

[46] OracleNamesAdminGuide at 116.

| U.S. Patent No. 7,103,640 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | existing non-partitioned table structure and data to an existing table partition. Tuning is enhanced with additional indexing features available.[47] <br><br>  <br><br> A POSITA would have been motivated by OracleUnleashed's descriptions of the performance benefits of partitioning to apply its teachings to any of OracleNamesAdminGuide's underperforming Names Servers. A POSITA would have had a reasonable expectation of success because both OracleUnleashed and OracleNamesAdminGuide describe the same product lines and are intended to be used in conjunction with each other. <br><br> Further, Steen describes a two-level system for managing and locating an object's contact addresses. In the first level, Steen describes using a directory system for resolving an object name to an "object |

---

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | handle." The object handle includes location information for a contact record.[48] Thus, in the first level, Steen describes a data location server network that resolves "object names" (i.e., the claimed "identifiers") to object handles (i.e., the claimed "location information"). Accordingly, Steen's first level constitutes a data location server network comprising a plurality of data location servers. Then, in the second level, Steen teaches that the user uses the location information (i.e., object handle) to obtain object addresses from the contact record.<br><br>Further, Steen teaches using a plurality of servers to provide services. Steen provides the exemplary description of *anycasting* to show how multiple servers provide services like the disclosed location service.<br><br>    In distributed systems, this way of locating a service is also known as anycasting: a client requires a particular service, but is really not interested in which server will handle the request. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is then subsequently resolved to the address of any server that can handle the request.[49]<br><br>To manage the first level of the system, Steen discloses the use of "directory nodes," which correspond to the claimed "location servers." As shown below in Figure 2, Steen's system includes a directory node Dir(R), for resolving object names to object handles, e.g., location information for addresses. Steen describes that, in systems with multiple regions, there may be multiple directory nodes, e.g., location servers.[50] |

---

[48] Steen at 105.
[49] Steen at 105.
[50] *Id*. at 105-06.

■ **Figure 2.** *The logical organization of the location service as a virtual search tree.*

Steen describes that, in systems with multiple regions, there may be multiple directory nodes, e.g., location servers:

> In our model for tracking objects, we assume hierarchical decomposition of a (worldwide) network into regions. This decomposition is relevant only to the location service. With each region we associate a directory node capable of storing addresses that lie within that region. This leads to a logical tree-based organization, as shown in Fig. 2. [51]

Steen teaches that the system assumes addresses be location-dependent, i.e., the region in which an address lies is encoded in the address itself:

> The location service normally stores new addresses at the leaf node representing the region in which the address lies. For each new object, it constructs a path of forwarding pointers from the root to each leaf node where an address is stored. Addresses and

---

[51] Steen at 105.

| | forwarding pointers are stored in contact records. An implication of this design is that in the worst case it is always possible to locate every object by following the chain of pointers from the root node. In practice, we can do much better than this, as described later.[52] |

Further, Steen also describes that dir(R) may be partitioned into multiple subnodes, as shown below in Figure 6:

> In particular, higher-level directory nodes not only have to handle a relatively large number of requests, they also have enormous storage demands. Our solution is to partition a directory node into one or more directory subnodes such that each subnode is responsible for a subset of the records originally stored at the directory node.[53]



■ **Figure 6.** *A search tree and a corresponding logical tree after partitioning the directory nodes into subnodes.*

---

[52] *Id*. at 105.

[53] *Id*. at 107-108.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | For a partitioned dir(R), Steen teaches its system configures each subnode to function as its own server and contains its own subset of location information.[54] For those reasons, a POSITA would understand that each subnode is a location server containing location information. |



Steen Figure 6 Annotated

Thus, Steen discloses a system of flat location servers which each contain a portion of a total dataset of location information.

A POSITA would have understood that Steen's partitioned group of location servers organized in a non-hierarchical configuration results in each server containing a subset of the data location information originally stored on the first location server. Further, a POSITA would have been motivated to adopt Steen's partitioning approach for grouping OracleNamesAdminGuide's Names Servers to maintain "lightning fast" resolutions to data queries. Thus, applying either (1) OracleUnleashed's teachings toward partitioning servers and datasets or (2) Steen's teachings toward partitioning a location server into a group of servers to OracleNamesAdminGuide's Names

---

[54] *Id.*

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Servers would have rendered obvious that the data location server network has a plurality of data location servers. <br><br> Based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, and Steen disclose or render obvious claim element 17.b.i's data location server network comprising a plurality of data location servers. |
| **[17.b.ii]** each of the plurality of data location servers containing location strings associated with respective identifier strings and | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below. <br><br> A POSITA would have understood that OracleNamesAdminGuide's connection descriptors are the claimed "location strings."[55] Kove has asserted that the claimed "location strings" refers to a "location."[56] Consistent with the Parties' agreed construction, Amazon construes "location" as "an encoding that is a member of a set of associations with an identifier in a location server, and that specifies where data pertaining to the entity identified by the identifier is stored."[57] <br><br> OracleNamesAdminGuide discloses or renders obvious location strings associated with respective identifier strings. OracleNamesAdminGuide discloses that each Names Server, i.e., location server, contains connection descriptors, i.e., location strings, associative with respective network-service-name-aliases, i.e., identifier strings. For instance, OracleNamesAdminGuide explains that its SQL*Net uses a data entity's location information to build a "connection descriptor," also called a connect string or dbstring.[58] OracleNamesAdminGuide teaches that its connection descriptor is a "specially formatted description of the destination for a network connection. Connect descriptors are constructed using a set of keywords and values. They are mapped to *service names* to provide more |

---

[55] *See id.* ¶ 250.

[56] *See* 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 18, 35 (Patent Owner stating: "'Location strings' are also known as 'location' or 'data location,' which are construed as specifying where 'data pertaining to the entity' is stored.").

[57] Joint Claim Construction Chart (Updated) (Dkt. No. 382) at 6.

[58] OracleNamesAdminGuide at 23, 100.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | convenient reference."[59] And OracleNamesAdminGuide explains that each "unique network location [is] used to identify a network object such as a database service, client, Interchange, or Names Server. TNS addresses have a specific format. Addresses must be unique."[60] |

A POSITA would have understood that OracleNamesAdminGuide's connection descriptors are "location strings" because each descriptor pertains to a location of data and identifies that location using the host name, port, and database instance. For instance, OracleNamesAdminGuide specifies that its system uses SQL*Net to map each connection descriptor to the location where each data entity is stored:

> The Names Server stores the following types of objects …
>
> • database service names—*The service name is the global database name that is mapped to the SQL*Net connect descriptor.* The combination of a listener address and connect data make up a connect descriptor that locates a database service. Gateways to non–Oracle databases and Oracle RDB databases are also stored….
>
> • aliases—*You can assign service name aliases as alternate names for any defined database service or database link.* Service name aliases are resolved as if they were the original object.
>
> • V1 connect strings—A V1 *connect string can be mapped to a service name in the Oracle Names database.* The service name you enter acts as an alias for the SQL*Net V1 connect string, making it easy to access a server in a network that still uses SQL*Net V1.[61]

Below, OracleNamesAdminGuide's Figure 3-11 provides an example of how each Names Server (i.e., location server) includes connection descriptors (i.e., location strings) associated with respective network-service-name-aliases (i.e., identifier strings). At step 1, the client sends a data

---

[59] *Id.* at 200; *see also id.* at 202 (describing that a connect descriptor may include a system identifier ("SID"), which is a "unique name for an Oracle database instance…. The SID is included in the CONNECT DATA parts of the connect descriptors in a TNSNAMES.ORA file, and in the definition of the network listener in the LISTENER.ORA file").

[60] *Id.* at 199.

[61] OracleNamesAdminGuide at 23-24.

| U.S. Patent No. 7,103,640 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | location request for POULTRY to the Names Server. Based on this request, at step 2, the Names Server identifies the connection descriptor (e.g., host name, port, and database instance) for the POULTRY.WORLD database, and sends this connection descriptor to the client. And at steps 3-4, the client receives connection descriptor from the Names Server then uses that connection descriptor to connect to the POULTRY.WORLD database.[62] |



OracleNamesAdminGuide Fig. 3-11

|  |  |
|---|---|
| | Similarly, OracleNamesAdminGuide provides another example of how each Names Server (i.e., location server) includes connection descriptors (i.e., location strings) associated with respective network-service-name-aliases (i.e., identifier strings). Here, the user of client device issues the command "QUERY BONES.DEM.MEDICINE A.SMD."[63] Like the above POULTRY example, the client sends a request for the BONES.DEM.MEDICINE data to the Names Server. The Names Server uses the identifier BONES.DEM.MEDICINE to identify the connection descriptor, and sends that connection descriptor to the client. OracleNamesAdminGuide discloses that the connection descriptor includes the host name "cowboy," port 1522, and database instance "rodeo" along with |

---

[62] *See id*. at 52-53.

[63] *See* OracleNamesAdminGuide at 128-29.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | "protocol=TCP."[64] The client uses the connection descriptor to connect to the BONES.DEM.MEDICINE database.

To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose "each of the plurality of data location servers containing location strings associated with respective identifier strings," a POSITA would have found this limitation obvious. For instance, a POSITA would have found it obvious to associate OracleNamesAdminGuide's location strings (e.g., connection descriptor) with respective identifier strings (e.g., network-service-name-alias) and to respond to queries with location messages for use in optimizing query efficiency.

Further, OracleNamesAdminGuide and OracleUnleashed render obvious locating strings associated with respective identifier strings. Accordingly, OracleNamesAdminGuide and OracleUnleashed render obvious this claim element. Before the '640 Patent, it was well known and ubiquitous for computer network systems to associate location information with identifiers. With respect to Oracle systems like those in OracleNamesAdminGuide, OracleUnleashed teaches that SQL *Net associates the data's network address to an "easy name" alternate:

> A synonym is merely a way of assigning an alias with which users can reference a table or view. This makes it easier to access tables that you do not own. When you own a table, you use its name in your SQL queries. When you want to access a table owners by an-other user, you need to specify both the owner of the table and the table name (in the owner.table_name format). When you reference tables located in a different database using SQL*Net, the format can be rather complicated. Synonyms simplify this access because you can create a simple synonym that contains the details of a complex reference string.[65]

Based on OracleUnleashed's teachings, a POSITA would have found it obvious for OracleNamesAdminGuide to associate location strings (i.e., connection descriptor) with respective |

---

[64] *See id*. at 129; *see id.* at 39, 201 (describing other available transport protocols, like DECnet). A POSITA would understand that the host name would be converted to an IP address using a DNS server before the connection string was compiled.

[65] OracleUnleashed at 228.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | identifier strings (i.e., network-service-name-alias). For instance, OracleUnleashed explains that OracleNamesAdminGuide's SQL*Net uses executable code to make it easier for users to connect to various databases and find their data: |

SQL*Net has a Names Server to resolve names to locations. This method makes it very easy to move Oracle Servers and databases with no impact on the end-user community. The Net8 Name Services has the ability to cache names at the client for much faster resolution, and the various listeners and connection managers register as available with Names Services.[66]

Indeed, before the '640 Patent, POSITAs were combining these teachings in Oracle systems in the 1990s. As OracleUnleashed explains, it should be studied in conjunction with Oracle manuals, like OracleNamesAdminGuide:

Instead, the constant reader would first study this book to gain an understanding of the many issues surrounding this Herculean task, using the expert knowledge and examples as a template when referring to specific documentation regarding the many tasks that they faced. Once the large picture has been grasped, the reader might then dive into specific Oracle manuals in order to extract useful details needed to complete the task.

Using [this book] in this way, the reader will save a great deal of time. Instead of getting lost in endless reams of manuals, by first referring to this book, one can focus on the issues and hotpoints surrounding the complex tasks faced in purchasing, installing, and implementing the appropriate Oracle technology.[67]

Further, OracleUnleashed specifically directs DBAs to combine its teachings with reference manuals published by Oracle Corporation—like OracleNamesAdminGuide—to fully utilize Oracle database systems and all their capabilities.[68] Beyond the traditional Oracle reference manuals, DBAs

---

[66] OracleUnleashed at 220.

[67] *See* OracleUnleashed at 30.

[68] *See id.* at 235, 527, 558, 565, 591.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | would have been expected to combine their systems with various technologies and tools as they develop to maximize functionality and effectiveness. As OracleUnleashed explains: "Technology surpasses itself each year, especially in the world of Oracle and relational database systems. New tools are constantly made available to the DBA to aid in overall job effectiveness."[69] |
| | Maintaining a working knowledge of the state of the art would be imperative for managing a distributed system, especially an Oracle system, because a POSITA would have been expected to combine the system with related technologies to improve efficiency and optimization. OracleUnleashed outlines these motivations, stating: "However, all these responsibilities revolve around the common goals of protecting the data, providing desirable functionality, and optimizing performance as much as possible."[70] |
| | For those reasons, a POSITA would have been motivated to associate identifier strings with OracleNamesAdminGuide's data and location information for use in optimizing query efficiency, based on OracleUnleashed's teachings. As described in OracleUnleashed, SQL*Net makes it easier for users to connect to various databases and find their data, which is advantageous because "[y]our users do not want to write complex queries."[71] A POSITA would have understood that making use of location strings associated with identifier strings improves the users' experience and eases the ability to find desired data since that is one of the objectives of an Oracle DBA. The benefits of associating a location string with an identifier string are directly perceived by the end user, and a DBA would have been motivated to simplify the users' experience in this manner. |
| | It was understood in the art that a POSITA was often asked to help improve query efficiency. During the relevant timeframe, Oracle DBAs were often asked to help improve query efficiency, as OracleUnleashed details: |
| | It seems pretty obvious that a search method that works well for one of these types of queries is probably not the best method for the others. In fact, Oracle and most other |

---

[69] OracleUnleashed at 476.

[70] OracleUnleashed at 510.

[71] *Id.* at 255.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | databases have a number of search algorithms in their systems that are designed to handle different needs. This is what enables them to work in such a large number of environments and applications. When an application is performing slowly on a well-tuned database, the first thing you should *check is how the query is being processed to ensure that it is as efficient as it can be.*[72] |
| | Based on the commonplace need for efficiency in running queries, a POSITA would have been motivated to associate location strings with respective identifier strings because this allows OracleNamesAdminGuide's Names Server to quickly return one or more locations associated with the identifier string to the query requestor with minimized cost.[73] Further, this would have resulted in the effective use of SQL*Net functionality, and improve query efficiency and optimization of Oracle systems to ease users' ability to find their desired data. Based on the commonplace need for efficiency in running queries, a POSITA would have been motivated to associate the identifier string with data and location information because this allows OracleNamesAdminGuide's Names Server to contain location strings associated with respective identifier strings to service data requests with minimized cost. |
| | Steen provides that its location service resolves names to "object tags" containing location information. Steen teaches that, in the lower level, the system uses data files called "contact records": "Addresses and forwarding pointers are *stored in contact records*."[74] Thus, Steen's contact record constitutes stored data associated with an object. In the lower level, the system resolves object handles to contact records. Steen teaches that the object handle doesn't rely on the addresses contained in the contact record, describing it as "location independent."[75] Rather, Steen explains that the system uses that object handle for locating stored "contact record" data: "[The] object handle may contain information that can be *used to assist in locating the object*."[76] For |

---

[72] OracleUnleashed at 652.

[73] *See* OracleUnleashed at 452.

[74] Steen at 105.

[75] *Id*. at Abstract, 105.

[76] *Id*. at 105.

| U.S. Patent No. 7,103,640 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | example, Steen describes that the object handle can include subnode identification for a given contact record: "As an example, we can use the first n bits of an object's handle to identify the subnode responsible for that object."[77]<br><br>Steen illustrates the role of the object handle as location information by comparing it to a "lifetime telephone number":<br><br>    As an illustration, consider an officeless company whose employees are located across the country, normally working at home or visiting customers. Using our approach, we assign a lifetime location-independent telephone number to the company. This number corresponds to an object handle. A naming or directory service would maintain a mapping between the company's name and its lifetime telephone number.[78]<br><br>Accordingly, Steen's object handle contains location information for finding the contact record. Thus, a POSITA would understand Steen's object handle to be the claimed location information.<br><br>Further, the claim construction that Kove proposed and the district court adopted provides that location information means "information pertaining to one or more locations of data and/*or the identities of one or more location servers*."[79] To the extent Kove argues that Steen's "object handle" doesn't contain location information for the final data entity, the object handle provides information that identifies which lower level location servers contain that information. Thus, to the extent Kove asserts that the object handle isn't "information pertaining to the location of data," it's location information because it pertains to "the identities of one or more location servers." And a POSITA would understand that the lower level of Steen contains directory servers that contain addresses for the stored data. Accordingly, Steen's lower level has "one or more location servers" and the object handle identifies which lower-level servers contains the desired object location information. |

---

[77] *Id*. at 108.

[78] *Id*. at 105.

[79] Joint Claim Construction Chart (Updated) (Dkt. No. 382) at 4-6.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, and Steen disclose or render obvious claim element 17.b.ii's at least one of the plurality of data location servers includes location information associated with the identifier string. |
| **[17.b.iii]** each of the plurality of data location servers having computer executable code configured to execute the following steps: | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below.<br><br>OracleNamesAdminGuide explains that each Names Server includes a processor and memory.[80] A POSITA would have understood that, for this processor to function, the memory contains computer executable code to execute steps.<br><br>Further, OracleNamesAdminGuide teaches that each Names Server loads and executes software to preform steps in response to a data location request: "At startup, the Names Server reads its configuration files to set up its operating parameters, then loads all data for the administrative region."[81] A POSITA would have understood that each Names Server includes executable code to read configuration files and set up operating parameters.<br><br>And OracleNamesAdminGuide discloses that each Names Servers is a resource running as software on a computer and is executable on operating systems, such as UNIX, Windows, and OS/2:<br>    *An Oracle Names Server is portable software that runs on a variety of computer platforms….* In general, Oracle Names runs on:<br>    • A variety of UNIX and VAX/VMS minicomputers and workstations.<br>    • Intel-based computers (PCs) running operating systems such as OS/2, NetWare, Windows NT, and UNIX.<br>    The computer does not have to be dedicated as an Oracle Names Server. In fact, Oracle Names typically requires relatively little CPU and memory to function. |

---

[80] OracleNamesAdminGuide at 32-33.

[81] *See* OracleNamesAdminGuide at 160; *id.* at 104 ("The STARTUP command loads the Names Server into memory and tells it to begin executing. At startup, the Names Server loads its configuration, loads its data, then becomes available to answer requests…. The SHUTDOWN command stops the execution of a Names Server. The program stops executing, and releases any machine resources being used.").

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Your choice of computer to use as a Names Server should be based on … [s]oftware availability—While Oracle Names runs on many operating systems, it does not run on all. *As a shared resource, Oracle Names only needs to be on one type of operating system to serve all clients and servers*. It does not have to be available on all of the operating systems you use….” [82]<br><br>A POSITA would have understood that the computer acting as the Names Server contains computer executable code to execute steps.<br><br>OracleNamesAdminGuide provides an example command NAMESCTL for each Names Server that results in operations executing on the computer: “NAMESCTL is loaded and *all operations are executed within it*…. You can also execute most commands from the operating system command line by running the NAMESCTL program with a complete command as a parameter to the program. In this case, NAMESCTL *will load and execute the command*, then return the operating system prompt.”[83]<br><br>To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose “each one of the plurality of data location servers comprises a processor and a portion of the data location information” steps, a POSITA would have found this limitation obvious based on Steen's teachings. Steen describes a system for managing the location of data on a distributed network. As Steen explains, a single server providing location information can be overwhelmed with too much data or too many requests: “higher-level directory nodes not only have to handle a relatively large number of requests, they also have enormous storage demands.” [84] To avoid this potential strain on a system, Steen teaches partitioning a directory server functioning as a location server into a flat, non-hierarchical group of “subnode” location servers: “Our solution is to partition a directory node into one or more directory subnodes such that each subnode is responsible for a subset of the records |

---

[82] OracleNamesAdminGuide at 62-63.

[83] OracleNamesAdminGuide at 116.

[84] Steen at 107-08.

| | |
|---|---|
| | originally stored at the directory node."[85] Below, a portion of Steen's Figure 6 includes annotations illustrating this non-hierarchical group of locations servers.<br><br><br><br>Steen Figure 6 Annotated<br><br>A POSITA would have understood that Steen's partitioned group of location servers organized in a non-hierarchical configuration results in each server containing a subset of the data location information originally stored on the first location server. Further, a POSITA would have been motivated to adopt Steen's partitioning approach for grouping OracleNamesAdminGuide's Names Servers to maintain "lightning fast" resolutions to data queries.<br><br>Accordingly, because any component of a network must have executable code to function properly, including data location servers, it would have been understood by a POSITA that each of Steen's data location server in the data location server network executes certain steps to respond to a request. |

---

[85] *Id.*

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Based on the above teachings, OracleNamesAdminGuide and Steen disclose or render obvious claim element 17.b.iii's each of the plurality of data location servers having computer executable code configured to execute the steps set forth in the remaining claim elements.[86] |
| **[17.c.i]** in response to receiving a data location request from a client to retrieve a location string associated with an identification string provided in the data location request, | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below.<br><br>Claim element 17.c.i builds on claim element 17.b.iii to require each location server be configured to receive a client's data location request. The prior art discloses or renders obvious claim element 17.c.i.<br><br>OracleNamesAdminGuide discloses or renders obvious a client sending a data location request. OracleNamesAdminGuide teaches that each client connects to the system and submits data location requests. Kove has asserted that the claim term "client" means "a network-attached component that initiates update or lookup of identifier/location mappings from a location server with location request messages." A POSITA would have understood that OracleNamesAdminGuide's client is the claimed "client." For instance, OracleNamesAdminGuide explains that its client is a software component attaching to the network for looking up identifiers from the Names Servers: "The client is the software that requests the name to be resolved. The name itself typically comes from the user's application, or the actual user…. When the name is successfully resolved, the client uses it to connect to the intended destination. All interaction with the Names Server and use of the results is transparent to the user."[87]<br><br>And as shown below in Figure 2-2, OracleNamesAdminGuide's client initiates data location request messages and receives answers from Names Servers: "The true user of Oracle Names is always |

[86] *See id*. ¶ 272.

[87] OracleNamesAdminGuide at 51-52.

| U.S. Patent No. 7,103,640 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | either *a client application in a client–server connection* …. Oracle Names is not visible to the user or the application programmer."[88]  OracleNamesAdminGuide Fig. 2-2<br><br>As discussed regarding claim element 17.b.ii, OracleNamesAdminGuide teaches that its system receives a data location request from a client to retrieve a location string associated with an identification string provided in the data location request. And OracleNamesAdminGuide explains that such systems have flat, non-hierarchical configurations. For example, as shown below in the non-hierarchical configuration of Figure 3-11, the client sends the data location request "sqlplus scott/tiger@POULTRY" to retrieve the connection descriptor (i.e., location string) associated with the request's identifier string POULTRY:<br><br>[Step] 1. The client application issues a connection request to SQL*Net of the form: `sqlplus scott/tiger@POULTRY` where POULTRY is a database service name defined in the Oracle Names Server. SQL*Net determines from the client configuration in the SQLNET.ORA file that the client's default domain is WORLD |

---

[88] *Id*. at 24; *see id.* at 33 ("Architecturally, Oracle Names is a network service that provides name resolution to Oracle clients and servers."), 43-44, 91-92 (similar).

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | and the preferred Names Server is the one shown. SQL*Net sends the Names Server a request to resolve the name POULTRY.WORLD.[89]<br><br><br><br>OracleNamesAdminGuide Fig. 3-11<br><br>To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose each Names Server being configured to "respon[d] to receiving a data location request from a client to retrieve a location string associated with an identification string provided in the data location request," a POSITA would have found this limitation obvious. For instance, a POSITA would have found it obvious to have each Names Server in OracleNamesAdminGuide's non-hierarchical configuration be able to respond to a client's data location request to retrieve a location string to optimize query efficiency. A failure to resolve a request causes wasted resources on a network. To avoid waste and optimize performance, a POSITA would have designed servers to minimize failure. Accordingly, it would have been beneficial for a POSITA to design each Names Server to be able to handle any request it receives, even when it doesn't contain the requested location information. |

---

[89] *Id.* at 52-53; *see id.* at 128-29 (describing client sending data location request to Names Server where request includes identifier string for BONES.DEM.MEDICINE).

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Accordingly, a POSITA would have found it obvious to configure each Names Server to respond to any data location request to optimize efficiency.<br><br>Further, even if OracleNamesAdminGuide alone doesn't render this obvious, it would have been obvious based on Steen's teachings. Steen teaches the use of "anycasting" to provide a single service from multiple servers. A POSITA would have understood that such a system results in each server being configured to resolve any request it received. A POSITA would have been motivated to incorporate Steen's anycasting into OracleNamesAdminGuide's Names Servers to improve the location request responsiveness of the system.<br><br>OracleNamesAdminGuide discloses or alone renders obvious a non-hierarchical system with each Names Server being configured to receive the data location request from the client.<br><br>Kove has asserted that "claims 17 and 18 recite a *non-hierarchical* cluster configuration. A client can send a query to *any* server in the network—not just its local region."[90] Kove uses "non-hierarchical" and "cluster" synonymously.[91] To the extent Kove argues that claim element 17.c.i requires a non-hierarchical configuration where a client can query any location server, OracleNamesAdminGuide discloses or renders this obvious. As detailed below, OracleNamesAdminGuide teaches a system having a flat, non-hierarchical configuration where a client can send a data location query to each and every Names Server (i.e., location server) in the network. A POSITA would understand this occurs without the client having to navigate a tree structure.<br><br>OracleNamesAdminGuide teaches that its system has a flat, non-hierarchical configuration, resulting in "all clients" and Names Servers residing on the same network using one naming convention. For example, OracleNamesAdminGuide states that its non-hierarchical configuration has a single WORLD domain for "all clients and services": |

---

[90] 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 23 (emphasis in original) (citation omitted).

[91] *See e.g.*, 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 27-28 ("requires a non-hierarchical cluster configuration").

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | In a flat naming model, when defined by Network Manager, the default domain for all clients is the WORLD domain; that is, all clients and services reside in the WORLD domain. (Without SQLNET.ORA, the default domain is [ROOT] or ".") For example, a global database service name in a flat model might be SALES.WORLD.[92]<br><br>As shown below, OracleNamesAdminGuide's Figure 3-8 shows this non-hierarchical configuration with a single region AR housing the WORLD domain and directly connected to every Names Server.[93] And as shown below, OracleNamesAdminGuide's Figure 2-1 shows each Names Server and client being connected to the same non-hierarchical network.[94]<br><br><br>OracleNamesAdminGuide Fig. 3-8 (Upper Portion) |

[92] OracleNamesAdminGuide at 91.

[93] *Id.* at 45.

[94] *Id.* at 32-33.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| |  OracleNamesAdminGuide Fig. 2-1 |

Further, OracleNamesAdminGuide discloses that its non-hierarchical configuration works well "until you have several hundreds or thousands of names."[95] POSITAs using real-world Oracle7 systems employed OracleNamesAdminGuide's non-hierarchical configuration because such systems typically involved data location information employing less than several hundred names. Amazon hasn't presented evidence toward OracleNamesAdminGuide's non-hierarchical configuration in any previous proceeding or reexamination.

Kove has asserted that a "hierarchical configuration restricts the ability of a client to find the authoritative server in the network without undergoing the traversals (iterations) required in navigating a tree structure."[96] OracleNamesAdminGuide discloses that its non-hierarchical configuration doesn't have a root server or result in the client needing to travel up or down a network tree. A POSITA would understand that OracleNamesAdminGuide's flat, non-hierarchical

[95] *Id*. at 57.

[96] 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 27-28 (emphasis in original).

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
|  | configuration doesn't use a tree structure of clients to navigate because it describes name resolution as being "lightning fast." A POSITA would have appreciated that, while hierarchical structures provide fault tolerance for organization, the response times for queries may not follow the most efficient routes. Accordingly, the lightning fast response times of OracleNamesAdminGuide require more direct pathways to resolve location queries. As shown below, OracleNamesAdminGuide's Figure 3-8 contrasts a hierarchical configuration having a root server and sub-domains US, Europe, and Row, against a flat, non-hierarchical configuration having no root server.[97] |

---

[97] OracleNamesAdminGuide at 45.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| |  OracleNamesAdminGuide Fig. 3-8 |
| | OracleNamesAdminGuide's non-hierarchical system is different that OracleNamesAdminGuide's other embodiments having hierarchical configurations in which a client's request message are sent |

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | up and down branches of a network tree to a root server, such as the example network shown in the reference's Figure C-4 using the "Dynamic Discovery Option."[98]

Further, Kove may attempt to distinguish claim 17 from OracleNamesAdminGuide's flat, non-hierarchical configuration by asserting that OracleNamesAdminGuide uses a data location mapping approach similar to the Domain Name Service ("DNS") protocol.[99] But this assertion lacks merit for at least two reasons. First, OracleNamesAdminGuide details that its flat, non-hierarchical configuration uses a simpler naming convention than DNS where the configuration has a single domain, e.g., WORLD, with each location string having a unique name in the single domain.[100] Second, even if OracleNamesAdminGuide were to use a naming convention like DNS, the '640 Patent's specification describes its system as using the NDTP protocol to associate data entities with data location information. The specification discloses that NDTP employs functions in the same way as the DNS protocol for mapping data entities to location information:

NDTP is designed for use in the larger context of a distributed data collection. As such, it supports an architecture, in which information about where data associated with particular application entities, can be managed and obtained independently of the data itself. *One way to understand this is as a highly dynamic DNS for data. DNS maintains a mapping between names and machines*. NDTP and its associated servers maintain a mapping between entity identifiers and data locations. *The identifier/location mapping maintained by NDTP servers is much more dynamic (more frequent updates), than the domain name/IP address mapping maintained by DNS*. NDTP is designed to support very fast, very diverse, and very large scale mapping manipulations.[101] |

---

[98] *See* 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 23-25 (citing OracleNamesAdminGuide at 28, 32, 60, 190-92 toward a system having a hierarchical configuration); '640 Pat. at 16:15-39, 18:5-8, 18:46-52, Figs. 10, 12-13 (describing system with hierarchical configuration with messages being sent up and down network tree).

[99] *See* 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 25-26 (citing OracleNamesAdminGuide at 56-57 toward using a data location mapping standard based on DNS).

[100] OracleNamesAdminGuide at 40-41.

[101] '640 Pat. at 20:4-17.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | To any extent OracleNamesAdminGuide alone doesn't render obvious the non-hierarchical cluster structure, it renders it obvious in further view of OracleUnleashed or Steen. Both Steen and OracleUnleashed teach the idea of partitioning servers to improve performance. As a result of combining OracleNamesAdminGuide's Names Servers with Steen and OracleUnleashed's server partitioning, a POSITA would have found it obvious that the Names Servers be arranged in non-hierarchical clusters.<br><br>Further, even if they weren't organized into these non-hierarchical clusters, Kove's arguments that hierarchical structures can't employ redirect messages is incorrect. While hierarchical structures *can* find data by following the hierarchies, they aren't limited to doing so. As Steen states, "[a]n implication of [hierarchical designs] is that in the worst case it's always possible to locate every object by following the chain of pointers from the root node. *In practice, we can do much better than this*..."[102] A POSITA would have been motivated to "do much better than this" to make resolutions "lightning fast" as OracleNamesAdminGuide's stated goal explains. Hence, network hierarchies provide *fault tolerance* to ensure data can always be found, not the optimized path for finding it quickly. As a result, Kove's alleged distinction over the prior art doesn't reflect the function of the technology itself.<br><br>Based on the above teachings, OracleNamesAdminGuide discloses or renders obvious in view of Steen or OracleUnleashed claim element 17c.i.'s each location server being configured to respond to receiving a data location request from a client to retrieve a location string associated with an identification string provided in the data location request.<br><br>Further, OracleNamesAdminGuide, OracleUnleashed, and Steen render obvious claim element 17.c.i. OracleNamesAdminGuide teaches that clients may request network services.<br><br>    A client can request a network service within its default domain using the service's simple, unqualified name, that is, without specifying a domain name. If a user requests |

---

[102] Steen at 105.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | a name without a '.' character in it, the default domain name will be automatically appended to the database service or data-base link name requested.[103]<br><br>A POSITA would have understood these network services include data requests and that data requests would require a data location request.<br><br>Further, even if OracleNamesAdminGuide doesn't disclose this explicitly, a POSITA would have been motivated to have a client be able to connect to any Names Server where each Names Server is configured to respond to receiving a data location request from a client to retrieve a location string associated with an identification string provided in the data location request. For instance, this would have resulted in the effective use of SQL*Net functionality, and improve query efficiency and optimization of Oracle7 systems to ease users' ability to find their desired data.<br><br>OracleNamesAdminGuide discloses a flat, non-hierarchical configuration in which "[a]ll names are unique within a single domain—the WORLD domain."[104] And OracleNamesAdminGuide explains that, "[i]n the most common case of a single, central administrative region, all Names Servers contain identical data, and give identical results."[105] Thus, a POSITA would have found it obvious to have a non-hierarchical system where a client can send a query to any Names Server in the network based on OracleNamesAdminGuide and Steen's teachings.<br><br>And Steen teaches a location service to manage and locate data for users. Steen further teaches the use of single services fulfilled by a multitude of servers:<br><br>In distributed systems, this way of locating a service is also known as anycasting: *a client requires a particular service*, but is really not interested in which server will handle the request. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the |

---

[103] OracleNamesAdminGuide at 43-44.

[104] OracleNamesAdminGuide at 40.

[105] *Id*. at 45.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | service's name resolved to the object handle, which is then subsequently resolved to the address of any server that can handle the request.[106] |
| | In such a system, any server can receive any request and it can still be resolved. A POSITA would have been motivated to apply this to OracleNamesAdminGuide's Names Servers to maximize the servers capable of resolving location queries to provide users with the "lightning fast" results that OracleNamesAdminGuide aspires to. |
| | Further, as described by OracleUnleashed's partitioning methods, each Names Server may contain a portion of the location information in the total dataset. As a result, a POSITA would have found it obvious that each of the partitioned subsets must be able to receive and respond to location questions. |
| | Based on the above teachings, OracleNamesAdminGuide and Steen and OracleUnleashed render obvious claim element 17.c.i. |
| [17.c.ii] transmitting a redirect message to the client if the identification string is not associated with a location string at the data location server, wherein the redirect message contains information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below.<br><br>OracleNamesAdminGuide discloses this claim element, or renders it obvious alone or in view of OracleUnleashed and Steen. Claim element 17.c.ii addresses the scenario of how the system will respond if a location server doesn't have a location string associated with a client's requested identification string. In that scenario, this claim element requires that the system transmit a redirect message to the client where the message contains information useable by the client to calculate the location of a different location server that has the relevant location string. The prior art discloses or renders obvious this claim element.<br><br>OracleNamesAdminGuide discloses or renders obvious transmitting a redirect message to the client. OracleNamesAdminGuide teaches that each Names Server is configured to transmit a redirect message to the client if the identification string isn't associated with a location string at the Names Server which received the client's data location request message. And OracleNamesAdminGuide |

[106] Steen at 105.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | discloses that the redirect message contains information for use by the client to calculate a location of a different Names Server where that different Names Server contains the location string.<br><br>Like the '640 Patent, OracleNamesAdminGuide discloses that its system will periodically have changes in location information when the network administrator adds a new database or Names server and/or alters a database's address.[107] When those changes occur, the administrator will refresh the memories of the system's Names Servers which results in updates to the identifier strings associated with location strings of the databases.[108] At times, this process of refreshing the memories will result in some, but not all, Names Servers having the location string for a particular data entity.[109]<br><br>As shown in the below table, OracleNamesAdminGuide discloses two configurations for addressing how the system will respond if a Names Server doesn't have a location string associated with a client's requested identification string.[110] |

| Configuration 1 (Forwarding Enabled) | Configuration 2 (Forwarding Disabled) |
|---|---|
| The initial Names Server that received the request will forward the request to a second Names Server containing the requested location string, the second Names Server will return the location string to the initial Names | The initial Names Server that received the request will send a message to the client where the message contains the address of a second Names Server containing the requested location string, then the client will |

---

[107] *E.g.*, '640 Patent at 10:27-59; OracleNamesAdminGuide at 45.

[108] *See* OracleNamesAdminGuide at 45.

[109] *See* OracleNamesAdminGuide at 45, 104 ("A method for requesting to add, change, or delete network objects and their associated names from the Names Server is required…. The administrator can then modify the data and refresh the Names Servers at regular intervals."); *see id.* at 37, 199 (describing different refresh frequencies in Names Servers' cache memories).

[110] OracleNamesAdminGuide at 137.

| | |
|---|---|
| | Server, then the initial Names Server will return the location string to the client. | send its request to the address of the second Names Server. |

OracleNamesAdminGuide explains that its system will alternate between these two configurations based on the network administrator turning on and off the SET FORWARDING_AVAILABLE command.[111] OracleNamesAdminGuide teaches that it's desirable to disable the forwarding function to lessen the workload on each Names Server by having the client, rather than the initially-requested Names Server, calculate the location of the different Names Server that has the requested location string.[112] OracleNamesAdminGuide states the administrator is able to turn off this command in all Names Servers on the network.[113]

When the administrator has turned off the forwarding command, OracleNamesAdminGuide discloses that the initially-requested Names Server that doesn't have the answer to the client's query "tells the requestor [i.e., client] the address of the Names Server that can answer the request."[114] The message containing the address of the different Names Server corresponds to the claimed "redirect message."

Below, OracleNamesAdminGuide's Figure 3-8 illustrates how this redirect message meets all the requirements of claim element 17.f.2. Figure 3-8 depicts a non-hierarchical system with an upper Names Server and a lower Names Server that cumulatively store all the location strings known in the system. As OracleNamesAdminGuide explains, when the upper Names Server receives a client's query but lacks the location string to answer that query, a POSITA would understand the upper Names Server transmits a message to the client where the message includes in the address of the

---

[111] *Id.* at 137.

[112] *E.g.*, *id.* at 137; *see also id.* at 119-20 (explaining forwarding command will "Turn on or off name request forwarding for a Names Server).

[113] *See id.* at 119-20, 137.

[114] OracleNamesAdminGuide at 137.

| | lower Names Server housing the location string. The client uses that address to calculate the location of the lower Names Server, then the client sends its data location request to the lower Names Server.[115] |
|---|---|



OracleNamesAdminGuide Fig. 3-8 (Upper Portion)

A POSITA would understand that a similar scenario transpires when the lower Names Server receives a client's query but lacks the location string to answer that query. This results in the lower Names Server transmitting a message to the client containing the address of the upper Names Server housing the location string. The client uses that address to calculate the location of the upper Names Server, then client sends its data location request to the upper Names Server.[116]

To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose each Names Server "transmitting a redirect message to the client if the identification string is not associated with a location string at the data location server, wherein the redirect message contains information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string," a POSITA

---

[115] *See* OracleNamesAdminGuide at 137.

[116] *See* OracleNamesAdminGuide at 137.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | would have found this limitation obvious. For instance, to optimize query efficiency, a POSITA would have found it obvious to have each Names Server in OracleNamesAdminGuide's non-hierarchical configuration be able to transmit a redirect message to the client having information the client can use to calculate the location of a different Names Server that contains the requested location string. A POSITA would have been motivated to do so because this would further the use of OracleNamesAdminGuide' s SQL *Net and Names Servers to respond to certain data requests and lessen the workload of the initially-requested Names Server because it no longer needs to perform forwarding functions to other servers containing the requested information.<br><br>Moreover, a POSITA would have been motivated to do so because providing a redirect message to calculate the location of a different Names Server would improve the ability of OracleNamesAdminGuide's system to locate the client's requested information. To accomplish this, a POSITA would have designed OracleNamesAdminGuide's system to detect and resolve problems without placing the burden on the user. This is the DBA's inherent role, and the clear benefits for the user would have motivated a POSITA to modify OracleNamesAdminGuide in this way.<br><br>Kove has asserted that, "[b]y its plain language, the claim [17] requires that each (i.e., every) location server must be configured to return information that the *client uses* to determine a second location server that contain the sought-after location string, if the first queried location does not contain that location string."[117] OracleNamesAdminGuide discloses or alone renders obvious Kove's asserted requirement for claim 17. This is because a POSITA would understand that OracleNamesAdminGuide's teachings toward redirect messages and a non-hierarchical system with two Names Servers (Figure 3-8) establish that the first queried Names Server will return address information that the client uses to determine the second Names Server that contains the sought-after location string.[118] Amazon hasn't presented evidence toward OracleNamesAdminGuide's non-hierarchical configuration, e.g., Figure 3-8, in any previous proceeding or reexamination. |

[117] 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 24 (emphasis in original).

[118] *See* OracleNamesAdminGuide at 44-45, 137.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Further, Kove has asserted that OracleNamesAdminGuide doesn't disclose claim element 17.c.ii because the initially-requested Names Server returns the address of "next server above it in the network path," rather than the Names Server containing the location string.[119] But this assertion lacks merit for at least two reasons. First, OracleNamesAdminGuide describes an embodiment having a non-hierarchical configuration, e.g., Figure 3-8, that is a flat network architecture without any Names Servers connecting upward toward a root server.[120] Second, even if OracleNamesAdminGuide's system were limited to hierarchical configurations, the '640 Patent acknowledges that those configurations still provide redirect messages sent to a second Names Servers functioning as the claimed "client." For instance, like claim 17, claim 18 recites "transmit[ting] a redirect message to the client." And claim 25 depends from claim 18 and recites "a plurality of servers related in a *logical hierarchy* between the client and the data location servers, wherein *each of the plurality of servers is configured to function as a next client and retransmit the data location request to a next logically associated server until a data location server receives the data location request.*" Thus, the '640 Patent expressly teaches that returning the address of next location server above it in the network path would meet claim element 17.c.ii because that server would "function as a next client."<br><br>Kove has asserted that OracleNamesAdminGuide doesn't disclose claim element 17.c.ii because disabling the SET FOWARDING_AVAILABLE command results in the client being "not capable of redirecting their requests as Names Servers would" for "foreign names."[121] But this argument is incorrect. In the flat, non-hierarchical configuration, OracleNamesAdminGuide has only one domain, e.g., WORLD, where there aren't any foreign names.[122] OracleNamesAdminGuide specifies all names in the domain of the non-hierarchical configuration will be unique and accessible to all services and clients connected to the system.[123] A POSITA |

---

[119] *See* 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 32.

[120] *See* OracleNamesAdminGuide at 44-45, 137.

[121] *See* 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 30-31.

[122] *See* OracleNamesAdminGuide at 40-41, 44-45.

[123] *See id*.

| U.S. Patent No. 7,103,640 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff** |
|---|---|
| | would understand that there would be no foreign names in this configuration and no risk of a client being unable to resolve a foreign name. Rather, OracleNamesAdminGuide's system functions just like the '640 Patent's non-hierarchical embodiment where each location server is able to transmit to the client a redirect message containing information for use by the client to calculate the location of the different location sever that contains the location string.<br><br>OracleNamesAdminGuide discloses that its forwarding command (enabled or disabled) is preferably for Names Servers having "no local clients" that are servicing request inquiries from "foreign Names Servers."[124] To the extent Kove asserts this preference teaches away from the claimed "redirect message," this is incorrect for at least three reasons. First, OracleNamesAdminGuide states this is an "intended" preference rather than a requirement. Illustrating this isn't a requirement, OracleNamesAdminGuide specifies that a Names Server with this forwarding command disabled may have "clients who rely directly on that Names Server."[125] A POSITA would understand that this is particularly relevant to OracleNamesAdminGuide's non-hierarchical configurations with all Names Servers and location strings located on the same network resulting in no foreign location information and no foreign Names Servers.<br><br>OracleNamesAdminGuide warns that, when forwarding is disabled and the Names Server sends redirect messages to the client, the server can't resolve request inquiries for "foreign names."[126] But this concern is irrelevant to OracleNamesAdminGuide's non-hierarchical configuration because all the data entities are locating in the same region, thus resulting in no foreign names.<br><br>Second, even assuming the system has a "foreign Names Server," a POSITA would have understood such a server would be the claimed "client" that is sending data location requests. Kove proposes that a "client" is "a network-attached component that initiates update or lookup of identifier/location mappings from a location server with location request messages." Thus, in this context, a foreign Names Server is a client because it's a network-attached component initiating a lookup of an identifier/location mapping from a Names Server via a location request message. This is consistent |

[124] OracleNamesAdminGuide at 137.

[125] *Id.*

[126] OracleNamesAdminGuide at 137.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | with the '640 Patent's specification, which expressly teaches that another location server that sends request messages is the claimed "client." For instance, '640 claim 25 states "each of the plurality of servers is configured to function *as a next client* and retransmit the data location request to a next logically associated server." Thus, the Names Server servicing a data request from a foreign Names Server is servicing a request from the claimed "client" and sending a redirect message back to that client if the server doesn't have a location string associated with the requested identifier.<br><br>A POSITA would have been motivated to have OracleNamesAdminGuide's non-hierarchical configuration provide each Names Server with code that allows the server to receive requests from and send redirect messages to both clients and foreign Names Servers. For those reasons, a POSITA would have found it obvious to modify OracleNamesAdminGuide's system such that every Names Server (not just those with no local clients) has code for sending redirect messages to clients that include information for the client to calculate the location of a different Names Server.<br>Based on the above teachings, OracleNamesAdminGuide discloses or renders obvious claim element 17.c.ii.<br><br>Further, OracleNamesAdminGuide, OracleUnleashed, and Steen render obvious the "redirect message" limitations. OracleNamesAdminGuide describes a distributed database system, focusing on Names Servers that respond to a client's data requests using unique identifiers associated with the data's network address. Similarly, both OracleUnleashed and Steen describe a distributed network configuration that uses well-known name resolution techniques.<br><br>As explained above for claim element 17.b.i, Steen and OracleUnleashed teach partitioning network servers to improve performance. Each of Steen and OracleUnleashed further teach methods of organizing datasets across servers, including hashing.<br><br>In particular, OracleUnleashed teaches multiple hashing methods providing the benefit of organizing data using hash clusters and hash joins:<br>    A hash cluster is similar to a cluster but uses a hash function rather than an index to<br>    reference the cluster key. A hash cluster stores the data based on the result of a hash |

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | function (a numeric function that determines the data block in the cluster based on the value of the cluster key).[127]<br><br>Hash joins greatly enhance the performance of two joined tables, where one table is significantly larger than the other. Hash joins replace the "sort-merge" join algorithm and is only supported by the cost-based optimizer. The hash join works by splitting two tables into partitions. A partition is read into memory and a hash table is created. This hash table is then used to map join columns from the other table, eliminating the sometimes resource-expensive sort-merge. In the hash join method, both tables are scanned only once. [128]<br><br>A POSITA would understand that hashing datasets makes it easier to find a piece of data at a later point. As a result, a POSITA would have been motivated to hash the partitioned location servers taught by the combination of OracleNamesAdminGuide and OracleUnleashed. Doing so would allow any Names Servers on the network to "know" the location of a desired piece of location information. As a result of this knowledge, it would have been obvious to a POSITA that, if a Names Server received a request it could not resolve because it lacked the location data, it would redirect the client to a Names Server containing the desired location data.<br><br>Likewise, Steen also teaches hashing, specifically in connection with partitioned location servers. As Steen provides, this hashing ensures each subnode is aware of (i.e., knows) the location of any requested location information regardless of which server it's contained on:<br>　　Because communication between directory nodes in the original search tree now takes place between their respective subnodes, each subnode should be aware of how the directory node with which it communicates is actually partitioned. This information is contained in a separate tree management service. This service also maintains the mapping of subnodes to physical nodes. Partitioning and mapping information is assumed to be relatively stable so that it can be easily cached by subnodes.[129] |

[127] OracleUnleashed at 394.

[128] *Id.* at 638.

[129] Steen at 108.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Steen explains that this awareness minimizes the need to request partition information from other services to identify the location server storing the requested data. For instance, Steen explains that minimizing such requests improves system efficient by decreasing the need for repeated requests:<br><br>"This assumption is necessary to avoid having to query the management service each time a subnode needs to communicate with its parent or children, which would turn the management service into a potential communication bottleneck."[130]<br><br>Thus, based on OracleUnleashed's and/or Steen's teachings, a POSITA would have found it obvious for OracleNamesAdminGuide's first Names Server, if it lacks an association to the requested location string, to send a redirect message to the client containing redirect information for the client to calculate the location of a different Names Server having the request location string. A POSITA would have been motivated to do so because this would further the use of OracleNamesAdminGuide' s SQL *Net and Names Servers to respond to certain data requests and lessen the workload of the initially-requested Names Server because it no longer needs to perform forwarding functions to other servers containing the requested information.<br><br>Further, if a Names Server can't resolve a client's information query, a POSITA would have been motivated to have that Names Server transmit a redirect message so the client can calculate the location of another Names Server housing the requested location string. This is because using such redirect messages was an established method to address unresolved location requests, as taught by OracleUnleashed and Steen.<br><br>Moreover, a POSITA would have been motivated to do so because providing a redirect message to calculate the location of a different Names Server would improve the ability of OracleNamesAdminGuide's system to locate the client's requested information. To accomplish this, a POSITA would have designed OracleNamesAdminGuide's system to detect and resolve problems without placing the burden on the user. This is the DBA's inherent role, and the clear benefits for the user would have motivated a POSITA to modify OracleNamesAdminGuide in this way. Because each server can determine the location of location information on the location server network (i.e., "knows" where to find any requested location data), OracleNamesAdminGuide alone |

---

[130] *Id.*

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | or in combination with Steen and/or OracleUnleashed teach that each location server can resolve a data location request in two or fewer traversals, consistent with Amazon's proposed constructions and Kove's statements during reexamination. In the first traversal, the client requests its desired location information from any location server, which responds with either the location information of the data or the location information for a location server known to contain the requested location information. In the second traversal, if necessary, the client uses the redirect message to request the location information from the location server known to contain the desired location information. Thus, OracleNamesAdminGuide alone or in combination with Steen and/or OracleUnleashed renders obvious resolving any client's data location request in two or fewer traversals.<br><br>Based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, and Steen render obvious claim element 17.c.ii. |
| **[18.Preamble]** A system for retrieving data location information for data stored in a distributed network, the system comprising: | See above evidence regarding the preamble of claim 17. |
| **[18.a]** a data repository configured to store data, wherein the data is associated with an identifier string; | See above evidence regarding claim limitations 17.a.i and 17.a.ii. |
| **[18.b]** a client responsive to a data query to query a data location server for location information associated with the identifier string; | See above evidence regarding claim limitations 17.b.i ans 17.c.i.<br><br>Claim 18.b is the first instance of a limitation requiring "location information." As shown above regarding claim 17's preamble, OracleNamesAdminGuide's connection description is "location information" because each connection description includes information—such as the host name, port, and database instance—that pertains to the location of data in the network.[131] In the |

---

[131] *Id*. at 23-24, 52-53, 128-29.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | BONES.DEM.MEDICINE example, OracleNamesAdminGuide teaches the location information includes the host cowboy, port 1522, database rodeo, connection type TCP that pertains to the location of data associated with the BONES.DEM.MEDICINE alias.[132]<br><br>Further, for all the reasons shown for claim elements 17.b.i and 17.c.i, OracleNamesAdminGuide discloses claim element 18.c or renders it obvious alone or in view of OracleUnleashed and/or Steen.<br><br>Further, Steen provides that its system receives requests from users and that the servers handle those requests:<br>    In distributed systems, this way of locating a service is also known as anycasting: a client requires a particular service, but is really not interested in which server will handle the request. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is then subsequently resolved to the address of any server that can handle the request.[133]<br><br>A POSITA would have appreciated that, when a user needs information, the user makes a data query on its device in Steen's system. A POSITA would further understand that the device would go to the directory server for location information, i.e., query, a location server.[134] |
| **[18.c]** a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with | See above evidence regarding claim limitations 17.b.i, 17.b.ii, and 17.b.iii. |

[132] *See id*. at 128-29.

[133] Steen at 105.
[134] Steen at 105-06.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| the identifier string, wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client: | |
| **[18.d]** if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string; | OracleNamesAdminGuide discloses this claim element or renders it obvious alone or in view of OracleUnleashed and Steen.<br><br>As shown regarding claim elements 17.b.i, 17.c.i, and 18.c, OracleNamesAdminGuide teaches its Names Server (i.e., location server) receives a query for a connection descriptor (i.e., location information) associated with a network-service-name-alias (i.e., identification string). As shown below in the example for Figure 3-1, OracleNamesAdminGuide explains that, in response to the POULTRY query (step 1), the Names Server checks whether it contains location information associated with the identification string for POULTRY.WORLD (step 2). If it does, the Names Server sends the location information, including the host name, port, and database instance, to the client (step 2). As shown below in Figure 3-1, steps 3-4 include the client using the location information to calculate a location of the data associated with the POULTRY.WORLD alias.[135] |

---

[135] *See* OracleNamesAdminGuide at 52-53; *see also id.* at 22 ("When making a connection, the client specifies the name of a destination and Oracle Names provides the address."), 51-52 ("When the name is successfully resolved, the client uses it to connect to the intended destination.").

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | 

OracleNamesAdminGuide Fig. 3-11

Further, as shown regarding claim elements 17.c, 17.f.1, and 18.c, OracleNamesAdminGuide teaches another example to illustrate the QUERY command in which the client sends a data location request containing the identification string for BONES.DEM.MEDICINE. If the queried Names Server contains the location string associated with that identification string, the Names Server transmits location information, including "ADDR:...(DESCRIPTION=(ADDRESS= (COMMUNITY=tcp)(PROTOCOL=TCP) (Host=cowboy) (Port=1522))(CONNECT_DATA=(SID=rodeo)))" to the client.[136] Like the example in Figure 3-1, the client uses the location information (e.g., host cowboy, port 1522, database rodeo, connection type TCP) to calculate the location of the data associated with the BONES.DEM.MEDICINE alias.[137]

As shown regarding claim elements 17.b.i, 17.c.i, and 18.c, OracleUnleashed or Steen's teachings further render obvious claim element 18.d. In each of Steen and OracleUnleashed, the purpose of a |

---

[136] *See id*. at 128-29.

[137] *See id*.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | location service is getting the desired location information to the requesting client. As a result, it would have been appreciated by a POSITA that any system designed to help locate data, like Steen's and OracleUnleashed's, would return the requested information to the client if it contained it.<br><br>Thus, based on OracleUnleashed or Steen, a POSITA would have been motivated to have OracleNamesAdminGuide's Names Server, if it contains the location information associated with the network-service-name-alias (i.e., identifier string) provided in the data location request, transmit location information for use by the client to calculate a location of the data associated with the alias. For instance, this would have resulted in the effective use of SQL*Net functionality, and improve query efficiency and optimization of Oracle7 systems to ease users' ability to find their desired data. Based on the above teachings, OracleNamesAdminGuide and OracleUnleashed and Steen disclose or render obvious claim element 18.d.<br><br>Further, as described for element 17.pre, Steen provides that a location service to manage stored objects, including data files. A POSITA would have appreciated that any data location directory server returns the requested information if it was contained on the requested server. A POSITA would have understood this to be the primary function of a location server. |
| **[18.e]** if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the | Claim element 18.e is substantially similar to claim element 17.c.ii. For all the reasons shown for claim element 17.c.ii, OracleNamesAdminGuide discloses claim element 18.e or renders it obvious alone or in view of OracleUnleashed and Steen.<br><br>OracleNamesAdminGuide alone or in view of Steen or OracleUnleashed renders obvious this claim element. OracleNamesAdminGuide describes a distributed database system, focusing on Names Servers that respond to a client's data requests using unique identifiers associated with the data's network address. Similarly, both OracleUnleashed and Steen describe a distributed network configuration that uses well-known name resolution techniques.<br><br>As explained above for claim elements 17.b.i and 18.c, Steen and OracleUnleashed teach partitioning network servers to improve performance. Each of Steen and OracleUnleashed further teach methods of organizing datasets across servers, including hashing. |

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| different data location server contains the location string. | In particular, OracleUnleashed teaches multiple hashing methods providing the benefit of organizing data using hash clusters and hash joins:<br><br>A hash cluster is similar to a cluster but uses a hash function rather than an index to reference the cluster key. A hash cluster stores the data based on the result of a hash function (a numeric function that determines the data block in the cluster based on the value of the cluster key).[138]<br><br>Hash joins greatly enhance the performance of two joined tables, where one table is significantly larger than the other. Hash joins replace the "sort-merge" join algorithm and is only supported by the cost-based optimizer. The hash join works by splitting two tables into partitions. A partition is read into memory and a hash table is created. This hash table is then used to map join columns from the other table, eliminating the sometimes resource-expensive sort-merge. In the hash join method, both tables are scanned only once.[139]<br><br>And a POSITA would understand that hashing datasets makes it easier to find a piece of data at a later point. As a result, a POSITA would have been motivated to hash the partitioned location servers taught by the combination of OracleNamesAdminGuide and OracleUnleashed. Doing so would allow any Names Servers on the network to "know" the location of a desired piece of location information. As a result of this knowledge, it would have been obvious to a POSITA that, if a Names Server received a request it could not resolve because it lacked the location data, it would redirect the client to a Names Server containing the desired location data.<br><br>Likewise, Steen also teaches hashing, specifically in connection with partitioned location servers. As Steen provides, this hashing ensures each subnode is aware, i.e., knows, the location of any requested location information regardless of which server it is contained on:<br><br>Because communication between directory nodes in the original search tree now takes place between their respective subnodes, each subnode should be aware of how the directory node with which it communicates is actually partitioned. This information is contained in a separate tree management service. This service also maintains the |

---

[138] OracleUnleashed at 394.

[139] *Id.* at 638.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | mapping of subnodes to physical nodes. Partitioning and mapping information is assumed to be relatively stable so that it can be easily cached by subnodes.[140]<br><br>Steen explains that this awareness minimizes the need to request partition information from other services to identify the location server storing the requested data. For instance, Steen explains that minimizing such requests improves system efficient by decreasing the need for repeated requests:<br><br>"This assumption is necessary to avoid having to query the management service each time a subnode needs to communicate with its parent or children, which would turn the management service into a potential communication bottleneck."[141]<br><br>Thus, based on OracleUnleashed's and/or Steen's teachings, a POSITA would have found it obvious for OracleNamesAdminGuide's first Names Server, if it lacks an association to the requested location string, to send a redirect message to the client containing redirect information for the client to calculate the location of a different Names Server having the request location string. A POSITA would have been motivated to do so because this would further the use of OracleNamesAdminGuide' s SQL *Net and Names Servers to respond to certain data requests and lessen the workload of the initially-requested Names Server because it no longer needs to perform forwarding functions to other servers containing the requested information.<br><br>Further, if a Names Server can't resolve a client's information query, a POSITA would have been motivated to have that Names Server transmit a redirect message so the client can calculate the location of another Names Server housing the requested location string. This is because using such redirect messages was an established method to address unresolved location requests, as taught by OracleUnleashed and Steen.<br><br>Moreover, a POSITA would have been motivated to do so because providing a redirect message to calculate the location of a different Names Server would improve the ability of OracleNamesAdminGuide's system to locate the client's requested information. To accomplish this, a POSITA would have designed OracleNamesAdminGuide's system to detect and resolve problems |

---

[140] Steen at 108.

[141] *Id.*

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | without placing the burden on the user. This is the DBA's inherent role, and the clear benefits for the user would have motivated a POSITA to modify OracleNamesAdminGuide in this way.

Further, based on Steen's teachings, a POSITA would have found it obvious for Steen directory server, if it lacks an association to the requested location string, to send a redirect message to the client containing redirect information for the client to calculate the location of a different directory server having the request location string. A POSITA would have been motivated to do so because this would further the goals of the location service itself to respond to certain data requests and to lessen the workload of the initially-requested directory servers because it no longer needs to perform forwarding functions to other servers containing the requested information.

Further, if a directory can't resolve a client's information query, a POSITA would have been motivated to have that directory server transmit a redirect message so the client can calculate the location of another directory server housing the requested location string. This is because using such redirect messages was an established method to address unresolved location requests, as a POSITA would have been generally aware.

Moreover, a POSITA would have been motivated to do so because providing a redirect message to calculate the location of a different directory server would improve the ability of Steen's system to locate the client's requested information. To do so, a POSITA would have designed Steen's system to detect and resolve problems without placing the burden on the user. The clear benefits for the user would have motivated a POSITA to modify Steen in this way. Based on the above teachings, Steen render this element obvious.

Further, Wolff's teachings render obvious the claimed "redirect message" limitations. Wolff explains that servers will not always be able to fulfill each request received from a given client. For example, Wolff describes an "overloaded" server which has received too many requests and lacks the processing power to fulfill them all:

In operation at time T=0, normal client 100A is shown accessing memory resource 118 via path 70 through overloaded server 104. At the same time, aware client 102A is shown accessing memory resource 18, via path 74, through overloaded server 104A. |

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | At time T=1, process 102P1, implemented on aware client 102A, detects the overload condition of server 104A, and accesses memory resource 118 via an alternate path 76 through server 106A. Thus, in this subsequent state, the load on server 104A is reduced and the access by aware client 102A to memory resource 118 is enhanced. Normal client 100A cannot initiate the processes 35 discussed above in connection with the aware client 102A and is unable to select an alternate path 72 to the underutilized server 106A.[142] |
| | And Wolff teaches optimizing network performance by redirecting requests from an overloaded server, e.g., a server that can't satisfy the request, to another server that can satisfy the request with a "redirection command" from the overloaded server: |
| | Client load rebalancing refers to the ability of a client, enabled with processes in accordance with the current invention, to re-map a path through a plurality of nodes to a resource. *The re-mapping may take place in response to a redirection command emanating from an overloaded node, e.g. server.* The embodiments disclosed allow more efficient, robust communication between a plurality of clients and a plurality of resources, via a plurality of nodes. Resources can include, but are not limited to, computers, memory devices, imaging devices, printers, and data sets. A data set can include a database or a file system.[143] |
| | Accordingly, based on Wolff's teachings, a POSITA would have found it obvious to have Steen's queried location server transmit a redirect message to the access server (i.e., client) if that location server doesn't contain the location string associated with the identification string wherein the redirect message has information for use by the access server to calculate a location of another directory server containing the location string. A POSITA would have been motivated to do so because this would optimize performance of Steen's system by having the queried directory server send a redirect message to the client rather than the server determine and forward the request to another directory server. |

---

[142] Wolff at 5:25-38.

[143] *Id.* at 2:41-51.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Because each location server can determine the location of location information on the location server network (i.e., "knows" where to find any requested location data), Steen alone or in combination with Wolff renders obvious that each location server can resolve a data location request in two or fewer traversals,[144] consistent with Amazon's proposed constructions and Kove's statements during reexamination. In the first traversal (i.e., first step), the client requests its desired location information from any location server, which responds with either the location information of the data or the location information for a location server known to contain the requested location information.[145] In the second traversal (i.e., second step), if necessary, the client uses the redirect message to make an alternate request (e.g., Wolff's redirected alternate path[146]) for the location information from another location server (e.g., Steen's 'awareness' and pointers)[147] known to contain the desired location information. Thus, Steen alone or in combination with Wolff renders obvious resolving any client's data location request in two or fewer traversals.<br><br>Accordingly, Steen in view of Wolff, disclose or render obvious in combination claim element 18.e. |
| **[24]** The system of claim 18, wherein the location information comprises a portion of a hash table distributed over the plurality of data location servers. | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below.<br><br>OracleNamesAdminGuide renders obvious claim 24, alone or in view of OracleUnleashed and/or Steen. Claim 24 recites that "[t]he system of claim 18, wherein the location information comprises a portion of a hash table distributed over the plurality of data location servers."<br><br>During the prior reexamination, Kove asserted that OracleNamesAdminGuide's hierarchical configuration fails to teach the requirements of claim 24 toward hash tables. This Request focuses on OracleNamesAdminGuide's teachings toward a system having a non-hierarchical configuration that renders obvious claim 24 based on OracleUnleashed's and Steen's teachings. |

---

[144] *See id.* ¶ 447.
[145] Steen at 105-07.
[146] Wolff at 5:25-38.
[147] Steen at 105-07.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | The '640 Patent establishes that it was already well known in the art for a computer network system to use a hash table to locate information stored in the system. The '640 Patent specifies that it uses one, and only one, hash table configuration based on the "well-known function" hashpjw for distributing the hash table over the locations servers (e.g., NDTP servers): |

> The appropriate NDTP server is selected from the table in the NDTP_RDR_RSP message by applying **a well-known function** to the identifier string and using the function result as an index into the NDTP server table.
>
> **The well-known function preferably applied is the hash pjw function presented by Aho, Sethi and Ullman in their text *Compilers, Principles, Techniques and Tools*:**

```
uint32_t
hash (uint8_t *s, uint32_t slen, uint32_t size)
{
    uint32_t g;
    uint32_t i;
        unit32_t h = 0;
    uint8_t c;
    for (i = 0; i < slen; i++) {
        c = s[i];
        h = (h << 4) + c;
        g = (h & 0xf0000000);
        if (g) {^
            h ^= g >> 24;
            h = g;
        }
    }
    return h % size;
}.[148]
```

---

[148] *See* '640 Patent at 14:64-15:21.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Further, during the original examination of the '640 Patent, the Examiner took official notice that "use of a [] hashing operation in a computer networking environment was well known in the art at the time the invention was made."[149] This was confirmed in the related reexamination for the '170 Patent, where the Reexamination Specialist found that "the use of hash functions was well known in the database art long before the date of the invention."[150] Similarly, during the original examination, the Applicant admitted that the '640 Patent's "disclosure illustrates this using the standard hashpjw function from a reference computer science text book…. [T]he system distributes hash-function computation, or creates a 'distributed hash table'."[151] <br><br> Thus, the '640 Patent acknowledges that motivation existed in a POSITA's general knowledge before the earliest priority date to have OracleNamesAdminGuide's location information comprise a portion of a hash table distributed over the plurality of Names Servers. This establishes that claim 24 is obvious over the prior art. And a POSITA would have had a reasonable expectation of success in modifying OracleNamesAdminGuide's redirect message to include a portion of a hash table distributed over the Names Servers because system messages containing such fields were well known in the art. A POSITA would have understood a redirect message includes information needed by the client to make its request to the intended other location server. A POSITA would have understood that, for a location server network organized by hashing, the portion of the hash table identifying which location server contains the requested location information would constitute such necessary information. Thus, it would have been obvious to a POSITA that for the client to know where it should redirect its request, the redirect message should include the necessary portion of the hash table informing it which location server to send its redirected message to. <br><br> To the extent Kove argues that claim 24 requires "a single hash table" that is "divided into portions that are distributed over the data location servers in the data location server network,"[152] a POSITA would have found this configuration obvious. For example, each location server would only need to |

---

[149] '640 History at 447-48.

[150] 09/27/2022 '170 Patent Notice of Intent to Issue Reexamination Certificate at 11.

[151] *Id.* at 522.

[152] 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 42.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | use the hash table for location information that it didn't store. Accordingly, it would have been obvious to a POSITA that only the portions of the hash table describing the contents of other location servers would need to be on the server. As a result, in a scenario where there were only two location servers, each location server would contain a half portion of a single hash table describing the data location server network. |
| | |
| | OracleNamesAdminGuide, Steen, and OracleUnleashed Render Obvious Having a Hash Table Distributed Over the Names Servers. For example, Steen's and OracleUnleashed's teachings render obvious OracleNamesAdminGuide's location information comprising a portion of a hash table distributed over the plurality of Names Servers. Steen teaches organizing location information by distributing portions of a hash table over multiple location servers. For instance, Steen teaches hashing to organize identifier string-location information on its directory subnode location servers. As shown below in Figure 6, Steen describes using the first n-bits of an object's handle to identify the subnode responsible in a hashing method: |
| |     As an example, we can use the first n bits of an object's handle to identify the subnode responsible for that object…To illustrate, Fig. 6 shows a search tree in which the root node has been partitioned into four subnodes based on the first two bits of the object handle (n = 2), and each of the leaf nodes into two subnodes (n = 1).[153] |

[153] Steen at 108.



■ **Figure 6.** *A search tree and a corresponding logical tree after partitioning the directory nodes into subnodes.*

A POSITA would have understood that Steen's use of bits to organize the object handle contents across servers applies a basic hash function. Accordingly, a POSITA would see Steen's method as a simple hashing technique for data organization.

Steen further teaches that more complex hashing methods exist and should be used in systems like OracleNamesAdminGuide's: "We note that we have developed more realistic hashing-based methods than explained here. For example, we also have to take into account that the total number of links between parent and children subnodes remains manageable."[154] A POSITA would have understood that such "realistic hashing-based methods" includes more complex hashing methods, including hash functions. Accordingly, it would have been obvious to a POSITA that, if the division of location information data was more complex, it would be beneficial to organize its distribution with a hash function.

---

[154] Steen at 108.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | And Steen describes that a POSITA would find important for each location server to be aware of how the location information has been partitioned and for each location server to easily store the hashing information: |
| | Because communication between directory nodes in the original search tree now takes place between their respective subnodes, each subnode should be aware of how the directory node with which it communicates is actually partitioned. This information is contained in a separate tree management service. This service also maintains the mapping of subnodes to physical nodes. Partitioning and mapping information is assumed to be relatively stable so that it can be easily cached by subnodes.[155] |
| | A POSITA would have understood the location servers will store this partitioning and mapping information and use the hash function to determine which location information should be stored on which location server. Steen emphasizes the need to minimize each location server's need to request partition information from other services. Steen explains that excessive requests can make the system less efficient by demanding repeated requests: "This assumption is necessary to avoid having to query the management service each time a subnode needs to communicate with its parent or children, which would turn the management service into a potential communication bottleneck."[156] Similarly, OracleUnleashed describes the use of hashing to organize datasets across multiple servers. OracleUnleashed teaches multiple hashing methods that help organize data, including hash clusters and hash joins: |
| | A hash cluster is similar to a cluster but uses a hash function rather than an index to reference the cluster key. A hash cluster stores the data based on the result of a hash function (a numeric function that determines the data block in the cluster based on the value of the cluster key).[157] |
| | Hash joins greatly enhance the performance of two joined tables, where one table is significantly larger than the other. Hash joins replace the "sort-merge" join algorithm and is only supported by the cost-based optimizer. The hash join works by splitting two tables into partitions. A partition is read into memory and a hash table is created. |

---

[155] Steen at 108.

[156] Steen at 108.

[157] OracleUnleashed at 394.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | This hash table is then used to map join columns from the other table, eliminating the sometimes resource-expensive sort-merge. In the hash join method, both tables are scanned only once. [158]<br><br>A POSITA would understand that hashing tables make it easier to find a piece of data when needed. As a result, a POSITA would have been motivated to hash the partitioned location servers taught by the combination of OracleNamesAdminGuide and OracleUnleashed. Doing so would have allowed any component on the network to "know" where a desired piece of location information was located. As a result of this knowledge, it would have been obvious to a POSITA for OracleNamesAdminGuide's location information to include a portion of a hash table distributed over the Names Servers.<br><br>As explained regarding claim element 18.e, OracleNamesAdminGuide, OracleUnleashed, and Steen render obvious sending a redirect message with information necessary to identify the Names Server containing the object data for a given object tag. A POSITA would understand that the mapping information or the relevant portion of the hash table would be necessary for the client to identify the correct Names Server and send the request to it.<br><br>Because OracleNamesAdminGuide and OracleUnleashed share the common goal of parsing data sets quickly, a POSITA would have been motivated to use OracleUnleashed's hashing table techniques in OracleNamesAdminGuide's Names Servers to quickly and efficiently determine the location of the requested data. It was understood in the art that DBAs would actively search for resources to solve problems that may arise in the specific database environment that they are working in.<br><br>A POSITA would understand that, as a system's configuration becomes more complex requiring more information to uniquely identify the data's location, the storage and processing requirements for the OracleNamesAdminGuide's Names Servers increase along with it. A DBA would have been motivated to minimize these burdens and operate the Names Servers at optimal efficiency. This |

---

[158] *Id.* at 638.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | would have furthered OracleNamesAdminGuide's goal of having its Names Servers identify the requested data's location "lightning fast."[159]

And based on the desire to maximize efficiency in running queries, a POSITA would have been motivated to combine OracleNamesAdminGuide's and OracleUnleashed's techniques of locating data using hashing location tables to quickly return location information associated with the requested data.

Thus, a POSITA would have been motivated and found it obvious to have OracleNamesAdminGuide's location information include a portion of a hash table distributed over multiple Names Servers. This would have furthered OracleNamesAdminGuide's goal of having its Names Servers identify the requested data's location "lightning fast."[160]

A POSITA would have had a reasonable expectation of success in modifying OracleNamesAdminGuide's location server identification, i.e., the contents of a redirect message, to include a portion of a hash table distributed over the Names Servers because system messages containing such fields was well known in the art. A POSITA would have understood a redirect message to include information needed by the client to make its request to the intended other location server. For example, as Steen describes, this information for locating the requested data on a location server should be easily cached on each location server: "Partitioning and mapping information is assumed to be relatively stable so that it can be *easily cached by subnodes*."[161] Accordingly, a POSITA would have appreciated that, for a location server network organized by hashing, the portion of the hash table identifying which location server contained the requested location information would constitute such necessary information, e.g., the cache mapping and partitioning information. Thus, it would have been obvious to a POSITA that, for the client to know where it should redirect its request to, the redirect message will include the necessary portion of the hash table informing it which location server to send its redirected message to. |

---

[159] OracleNamesAdminGuide at 60.

[160] OracleNamesAdminGuide at 60.

[161] Steen at 108.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | To the extent Kove argues that claim 24 requires a single hash table that is "divided into portions that are distributed over the data location servers in the data location server network,"[162] Steen's and OracleUnleashed's teachings would have rendered this configuration obvious. For example, each location server would only need to use the hash table for location information that it did not store. Accordingly, it would be obvious to a POSITA that only the portions of the hash table describing the contents of other location servers would need to be on the server. As a result, in a scenario where there were only two location servers, one server would contain a portion of a single hash table describing the data location server network, and the other server would contain the rest of the hash table.<br><br>In sum, OracleNamesAdminGuide alone or in view of Steen or OracleUnleashed renders obvious dependent claim 24. |

---

[162] 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 42.

<u>**Exhibit 2B: Invalidity Claim Chart Against U.S. Patent No. 7,103,640 in View of Skagerwall alone or with Wolff**</u>

Amazon asserts that U.S. Patent No. 7,103,640 ("the '640 patent") claims 17, 18, and 24 are rendered obvious by Skagerwall alone or in combination with Wolff. Skagerwall and Wolff are both prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f). Skagerwall has a filing date of October 27, 1998. Likewise, Wolff has a filing date of April 15, 1998, as a continuation in part of App. No. 08/905,307 filed August 1, 1997, with priority to provisional applications filed March 6, 1998 (App. No. 60/077,146) and August 2, 1996 (App. No. 60/023,218). The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and Amazon reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

This claim chart reflects the additional requirements for the claims based on Kove's statements in reexamination and are consistent with Amazon's proposed constructions reflecting those statements. *See* Dkt. 539. Specifically, based on Kove's statements and Amazon's proposed constructions, claims 17, 18, and 24 also require that the location servers be organized in a non-hierarchical cluster structure, that each location server be able to respond to any location request with either the location of the data or the location of a server known to contain the requested location data without an intervening traversal, and that each request must be resolved in two or fewer traversals. As described below, Skagerwall alone or in combination with Wolff renders obvious each claim regardless these additional limitations.

Furthermore, the following list includes examples of specifically where certain '640 patent claim elements are found in each reference.

**Skagerwall:**
- Client:                        access server
- Identifier:                   object tag
- Location information: retrieval information
- Location server:         directory servers
- Data repository:         application servers
- Hash function:           hashing based methods

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| **[17.Preamble]** A system for retrieving data location | Skagerwall discloses this element, for example, as described below. |

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| information for data stored in a distributed network, the system comprising: | To the extent any preamble is limiting, Skagerwall discloses a database system for managing data stored in a distributed network and method of using the same. Skagerwall describes a "kernel" which retrieves data objects (D) from storage repositories (AI) on application servers (IS).[163] As Skagerwall describes, the directory servers are a "key resource" in retrieving data: |
| | Advantageously, each of a plurality of directory servers stores part of an arbitrarily scaleable data base containing object data associating each of the objects with at least one of the application data packets. *The plurality of directory servers serve as key resource in retrieving an application data packet related to an object.* Means for receiving a read object tag from a reading means and for identifying the directory server for storing object data related to the read object tag and retrieving the object data are provided.[164] |
| | Further, as shown below in annotated Figure 1, Skagerwall teaches that user devices (M/DPU) make requests for data object (D) to an "access server" (AS) inside the kernel using an identifying object tag (T).[165] Skagerwall explains that the access server then requests retrieval information from a plurality of directory servers (DS) to locate the requested data.[166] A POSITA would have understood Skagerwall's retrieval information to be "location information" because it contains information pertaining to the location of data.[167] |

---

[163] Skagerwall at 2:51-3:2.

[164] *id.* at 4:12-20.

[165] *Id*. at 2:51-3:2.

[166] *Id.*

[167] Joint Claim Construction Chart (Updated) (Dkt. No. 382) at 4-6.

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| | 
Skagerwall Fig.1 Annotated

A POSITA would have understood Skagerwall's kernel to be a system for retrieving data location information for data stored in a distributed network.

Thus, based on the above teachings, Skagerwall discloses or renders obvious the preamble of claim 17. |
| **[17.a.i]** a plurality of data repositories configured to store data, | Skagerwall discloses this element, for example, as described below.

Skagerwall discloses or alone renders obvious this claim element. Skagerwall teaches that its kernel retrieves data from "a plurality of application servers" storing data objects (D).[168] As Skagerwall describes, each application server (IS) contains "memory means for storing a plurality of application data |

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
|  | packets, each related to one of the objects."[169] A POSITA would understand the "object" to be a "data entity and the data entity to be the collection of associated application data packets. Further, a POSITA would have understood that such application servers with storage means would in turn constitute "data repositories configured to store data."<br><br>A POSITA would have understood the servers and databases to be "data repositories" in Skagerwall's system because they are locations to store data.[170] Based on the above teachings, Skagerwall discloses or alone renders obvious claim element 17.a.i's data repository configured to store a data entity. |
| **[17.a.ii]** wherein the data is associated with a respective identifier string in each data repository; | Skagerwall discloses this element, for example, as described below.<br><br>Skagerwall discloses or alone renders obvious this claim elements. Skagerwall teaches storing its data objects anywhere on the network in arbitrary locations, which makes locating them more complex.[171] As explained above regarding claims 17's preamble, Skagerwall provides the plurality of directory servers to manage this process. Skagerwall teaches an "object tag" associated with each data object and used to identify the object on the network. As shown below in annotated Figure 1, Skagerwall's object tag and object data are associated with each other upon entry to the system. |

---

[169] *Id.* at 2:60-63.

[170] *Id.*

[171] Skagerwall at Abstract.

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| |  **Skagerwall Fig.1 Annotated** Skagerwall describes using the object tag to identify and organize the data objects across the system: "The object data is distributed according to a defined scheme onto the plurality of directory servers in order to be able to identify the directory server storing object data associated with a particular read object tag."[172] A POSITA would have understood the object tag to be the claimed "identifier string" because each object tag is a unique encoding identifying a data entity, and is associated with an application server address (i.e., a location string). Thus, based on the above teachings, Skagerwall discloses or renders obvious claim element 17.a.ii's location server storing a plurality of identifier strings each identifying a data entity. |
| **[17.b.i]** a data location sewer [sic] network having a plurality of data location servers, | Skagerwall discloses this element, for example, as described below. |

---

[172] *Id.*

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| | Skagerwall discloses or alone renders obvious this claim element. Skagerwall discloses that the kernel contains "a plurality of directory servers."[173] As shown below in annotated Figure 1, Skagerwall's directory servers (DS1 … DSn) have a flat, non-hierarchical architecture with no hierarchical or tree structure. |



FIG.1

flat network of
location servers (DS)

**Skagerwall Fig.1 Annotated**

---

[173] Skagerwall at 2:59-63.

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| | As Figure 1 illustrates, the directory servers have a flat configuration next to one another, with no hierarchical arrangement. And Figure 1 teaches that each directory server communicates with the access server (AS) with no intermediary servers in between. Further, Skagerwall doesn't describe any "root" or "parent" directory servers that could indicate a hierarchy. Nor is there any discussion of separate regions or domains for different directory servers. Accordingly, a POSITA would understand that the directory servers in Skagerwall are non-hierarchical and the directory server network is flat, consistent with Kove's statements at the Patent Office and Amazon's proposed construction.<br><br>For example, Skagerwall discloses a non-hierarchical system of directory servers storing location information (i.e., location servers) wherein a client may request the location of data using an object tag (i.e., identifier) associated with the data object's server addresses (i.e., location strings/location information).[174] And Skagerwall describes using a hash function to organize data according to object tags and mapping server content according to a hash table.[175] Skagerwall further teaches or renders obvious resolving any location request within two traversals by responding to each location request with either the requested location data or a redirect message to redirect a client to another location server that contains the requested location data without an intervening traversal if the initial location server lacks the location information responsive to the client's query. And this is consistent with Amazon's proposed constructions and Kove's statements during reexamination<br><br>Further, Skagerwall explains that the directory servers contain information for locating the data objects stored on the data repositories of the application servers (IS1 … ISp):<br><br>It is a key aspect of the invention that the data base of object data is distributed over a plurality of directory servers DS; DS1-DSn, allowing that the number of objects can be scaled almost arbitrarily by adding new directory servers to the existing ones for storing new object data. Each of the directory servers DS; DS1-DSn preferably stores object data related to a small number of the range of available object tags T; T1-Tw. As mentioned above, object data related to an object tag preferably includes application identifiers AI1-Aim of |

---

[174] *See, e.g.,* Skagerwall at 3:45-67.

[175] *Id.* at 4:2-5:10.

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| | application data packets related to the object *as well as information about storage locations of the application data packets, e.g., the addresses of application servers IS; IS1-Isp storing the application data packets.*[176] |
| | Because the directory servers function to store location information for the object data, a POSITA would understand those directory servers to be the claimed "location servers." |
| | Thus, based on the above teachings, Skagerwall discloses or renders obvious claim element 17.b.i's server network comprising a plurality of data location servers. |
| **[17.b.ii]** each of the plurality of data location servers containing location strings associated with respective identifier strings and | Skagerwall discloses this element, for example, as described below.<br><br>Skagerwall discloses or alone renders obvious this claim element. As explained above regarding claim element 17.b.i, Skagerwall teaches a plurality of data location servers storing object data according to object tags. Skagerwall explains that each object tag (i.e., identifier string) is associated with the application server address (i.e., location strings) for the relevant data object:<br><br>As mentioned above, object data related to an object tag preferably includes application identifiers AI1-Aim of application data packets related to the object as well as information about storage locations of the application data packets, e.g., the addresses of application servers IS; IS1-Isp storing the application data packets.[177]<br><br>Further, POSITA would have understood Skagerwall's application server addresses (i.e., location strings) to be a form of location information that the system uses to retrieve requested data. Thus, a POSITA would have understood that each of Skagerwall's directory servers stores application server addresses (i.e., location strings and location information) associated with the respective object tags (i.e., identifier string).<br><br>Based on the above teachings, Skagerwall discloses or renders obvious claim element 17.b.ii's at least one of the plurality of data location servers includes location information associated with the identifier string. |

[176] Skagerwall at 8:15-27.
[177] Skagerwall at 8:15-27.

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| **[17.b.iii]** each of the plurality of data location servers having computer executable code configured to execute the following steps: | Skagerwall discloses this element, for example, as described below.<br><br>Skagerwall discloses or alone renders obvious this claim element. Skagerwall teaches that its directory servers have a means to execute a variety of processes including the storing of location data, receiving requests, identifying correct directory servers, and retrieving stored data:<br><br>    [Directory servers]…including memory means (TM; AM) for storing in a distributed data base object data associating each of the objects with at least one of the application data packets; means for receiving the read object tag (T) from the reading means I and means for identifying the directory server for storing object data related to the read object tag and retrieving the object data; and means for retrieving at least one of the application data packets based on the object data or transmitting at least part of the object data to a receiving unit (M, DPU).[178]<br><br>As disclosed, the directory servers receive requests from clients for object data for retrieving data objects, i.e., location information, associated with object tags, i.e., identifiers.<br><br>Further, a POSITA would have understood that, for the directory servers to do any of these tasks, there must be executable code to complete the processes. Thus, a POSITA would have understood that each directory server (i.e., location server) includes computer executable code for performing Skagerwall's disclosed tasks.<br><br>Skagerwall also teaches the use of standard protocols with the system.<br><br>    It is further possible, that the system and method according to the invention uses standard and/or amended protocols of a known datacom- or telecom network for retrieving information associated with an object.[179]<br><br>A POSITA would have understood a transport protocol to be one of these standard protocols. As he further explains, such transport protocols were well-known, routine, and well-understood to be used for |

[178] Skagerwall, 2:60-3:2.
[179] Skagerwall, 9:59-62.

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| | sending messages and data over a network. Thus, to any extent that Skagerwall does not disclose the claimed transport protocol, it would have been obvious to a POSITA at this time to use one. |
| | Skagewall also discloses that the access server (i.e., client) sends a request to the directory server and that the directory server will respond "in turn" to the request with specific steps: |
| | This preferably includes sending the request including the object tag T; T1-Tw to one of the directory servers DS1; DS2; . . . ; DSn, which in turn, using the hashfunction and hashtable H, determines the directory server for storing the object tag T; T1-Tw and forwards the request to that particular directory server. However, it is also possible, that the access server AS; AS1-ASr or other components of the system kernel K perform steps for identifying the correct directory server.[180] |
| | Thus, based on the above teachings, Skagerwall discloses or renders obvious claim element 17.e's data location requests with identifiers to location servers having computer executable code. |
| **[17.c]** in response to receiving a data location request from a client to retrieve a location string associated with an identification string provided in the data location request, transmitting a redirect message to the client if the identification string is not associated with a | Skagerwall alone, or in view of Wolff, discloses this element, for example, as described below. |
| | Skagerwall alone or in view of Wolff discloses this claim element or renders it obvious alone or in view of Wolff.[181] Skagerwall discloses servicing a data location query for the address (i.e., location string) associated with an object tag (i.e., identifier string) from an access server( i.e., client) to a directory server (i.e., location server). [182] |
| | Skagerwall explains that, when a directory server has retrieved the address for the requested object tag, the directory server returns that address to the access server, i.e., client: |
| | The obtained addresses IS; IS1-ISp and optionally other information can be returned to the access server AS; AS1-ASr, which in the following retrieves the specified application data packets from the identified application servers or transmits the addresses IS; IS1-ISp and |

---

[180] *Id*. at 9:18-28.

[181] *See id.* ¶ 184.

[182] *See id.*

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| location string at the data location server, wherein the redirect message contains information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. | possibly other information directly to the user, i.e., the mobile telephone M or the data processing unit DPU.[183]<br><br>A POSITA would have understood that Skagerwall's "retriev[ing] the specified application data packets from the identified application servers" includes returning the location information to the client. To "retrieve the specified data packets" associated with an object tag (i.e., identification string), the access server (i.e., client) makes the request for data "from the identified application servers." [184] A POSITA would have understood that, to make such a request, the client must use the location information associated with the object tag to calculate a location of the data associated with the identification string.<br><br>And Skagerwall and Wolff disclose or render obvious that, if the directory server doesn't contain the desired addresses, it sends a redirect message to the client having information for the client to identify the directory server containing the address associated with requested data.[185]<br><br>For each data request, Skagerwall teaches that a directory server identifying if it is the primary directory server (i.e., location server) containing the application server address (i.e., location string) for the request. And Skagerwall provides instructions that, if the queried directory server doesn't contain the object tag for the requested data, the system progresses to flowchart step S28 where the request goes to other directory servers:<br><br>If in step S26 it has been determined that object data related to the object tag is not located at the identified primary directory server, in a step S28, the lookup request is forwarded to other directory servers. In case the number of directory servers has been increased recently, the lookup request may be forwarded to a directory server which is determined using the hashfunction based on a previous number of available directory servers. The same holds true, if the number of directory servers has been decreased recently. If none of the directory stores the desired object data, an error message is generated and the operation ends.[186] |

[183] Skagerwall at 9:42-47.

[184] *Id*. at 9:42-47.

[185] *See id.*

[186] Skagerwall at 12:63-13:6.

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| | Skagerwall discloses this claim element through its use of the "hashfunction." Skagerwall teaches that "[i]ntermediate steps are possible, where the look up request is relayed to further devices before it reaches the correct directory server, as outlined later."[187] When providing the access server (i.e., client) with a hashfunction for identifying the primary directory server to the access server, a POSITA would have understood Skagerwall's "intermediate steps" include a redirect message having information to calculate the location of the directory server containing the location string for the requested data. This arises when system efficiency dictates lessening the processing burden of the directory servers.<br><br>Further, to the extent Kove argues Skagerwall's optional intermediate steps don't require redirection, a POSITA would have found it obvious for Skagerwall's system to look to other directory servers to resolve a data request because failure to resolve this request is contrary to the system's objectives and desired efficiency. Skagerwall provides the exemplary forwarding step from the initial primary directory server to the identified directory server having the location of the requested data:<br><br>    After identification of the correct directory server DS; DS1-DSn, the request, including the object tag T; T1-Tw, is forwarded to the identified directory server. The directory server, in a subsequent step, performs operations to determine all addresses of application servers IS; IS1-ISp storing application data packets associated with the read object tag T; T1-Tw and thus object D. Intermediate steps are possible, where the look up request is relayed to further devices before it reaches the correct directory server, as outlined later.[188]<br><br>Skagerwall teaches that exactly which kernel component performs the identification steps is a design choice by explaining that any component can complete this step: "[O]ther components of the system kernel K may serve as means for identifying the correct directory servers."[189] Accordingly, a POSITA would have understood that either the queried directory server, i.e., location server, or the access server (i.e., client) could perform the identification step depending on the needs of the system and its specific design. |

---

[187] *Id.*at 9:39-41.
[188] Skagerwall at 9:32-49.
[189] *Id.* at 10:21-26.

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| | Thus, it would have been an obvious matter of design choice for Skagerwall's queried directory server to send to the access server (i.e., client) information for contacting another directory server having the location of the requested data rather than having the queried directory server forward the request to the other directory server. For example, for a system where there is only one access server, it may have limited processing power so that any extra burden should be minimized. In such a system, a POSITA would have understood the benefits of having the queried directory server find the correct directory server and obtain the desired location information, and return the addresses (i.e., location strings) to the access server. Conversely, for a system with multiple access servers, the processing power may be more limited on the directory servers. In such a system, a POSITA would have understood that it's more efficient to minimize the processing requirements of the queried directory server. Thus, for such a system with multiple access servers, a POSITA would have been motivated to design the system such that the queried directory server returns to the pertinent access server (i.e., client) the information to calculate the location of the primary directory server. It would have been understood to a POSITA that the system would return such information in a "redirect message." <br><br> Further, Wolff's teachings render obvious the claimed "redirect message" limitation. Wolff explains that servers will not always be able to fulfill each request received from a given client. For example, Wolff describes an "overloaded" server which has received too many requests and lacks the processing power to fulfill them all: <br><br> In operation at time T=0, normal client 100A is shown accessing memory resource 118 via path 70 through overloaded server 104. At the same time, aware client 102A is shown accessing memory resource 18, via path 74, through overloaded server 104A. At time T=1, process 102P1, implemented on aware client 102A, detects the overload condition of server 104A, and accesses memory resource 118 via an alternate path 76 through server 106A. Thus, in this subsequent state, the load on server 104A is reduced and the access by aware client 102A to memory resource 118 is enhanced. Normal client 100A cannot initiate the processes 35 discussed above in connection with the aware client 102A and is unable to select an alternate path 72 to the underutilized server 106A.[190] |

---

[190] Wolff at 5:25-38.

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| | And Wolff teaches optimizing network performance by redirecting requests from an overloaded server (e.g., a server that can't satisfy the request) to another server that can satisfy the request with a "redirection command" to the client from the overloaded server:<br><br>Client load rebalancing refers to the ability of a client, enabled with processes in accordance with the current invention, to re-map a path through a plurality of nodes to a resource. *The re-mapping may take place in response to a redirection command emanating from an overloaded node, e.g. server.* The embodiments disclosed allow more efficient, robust communication between a plurality of clients and a plurality of resources, via a plurality of nodes. Resources can include, but are not limited to, computers, memory devices, imaging devices, printers, and data sets. A data set can include a database or a file system.[191]<br><br>A POSITA would have understood that Wolff's client re-maps the request path according to a redirection message from the overloaded server to the client. Thus, for any server that can't resolve a request, Wolff teaches that the server sends the client a redirect message pointing the client to another server that will resolve the request.<br><br>So, based on Wolff's teachings, a POSITA would have found it obvious to have Skagerwall's queried location server transmit a redirect message to the access server (i.e., client) if that location server doesn't contain the location string associated with the identification string wherein the redirect message has information for use by the access server to calculate a location of another directory server containing the location string. A POSITA would have been motivated to do so because this would optimize performance of Skagerwall's system to send the retrieval instructions to the client in the redirect message rather than letting the request fail at the first directory server. Doing so would further Skagerwall's goal to "facilitate the retrieval of information." Without incorporating Wolff's redirection command message, the request for location information would fail if the directory server didn't contain the requested data, thus frustrating Skagerwall's goal of "facilitating the retrieval of information." Allowing failures to occur would be inefficient for the system and cause less reliability for successful data retrieval. A POSITA would have been motivated to incorporate Wolff's redirection techniques in Skagerwall's system to provide the user with the most reliable and beneficial system of data retrieval possible. |

---

[191] *Id.* at Abstract.

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| | Because each location server can determine the location of location information on the location server network (i.e., "knows" where to find any requested location data), Skagerwall alone or in combination with Wolff renders obvious that each location server can resolve a data location request in two or fewer traversals, consistent with Amazon's proposed constructions and Kove's statements during reexamination. In the first traversal (i.e., first step), the client requests its desired location information from any location server, which responds with either the location information of the data or the location information for a location server known to contain the requested location information.[192] In the second traversal (i.e., second step), if necessary, the client uses the redirect message to make an alternate request (e.g., Wolff's redirected alternate path[193]) for the location information from another location server (e.g., Skagerwall's S28 checking other servers[194]) known to contain the desired location information. Thus, Skagerwall alone or in combination with Wolff renders obvious resolving any client's data location request in two or fewer traversals. <br><br> Thus, based on the above teachings, Skagerwall and Wolff disclose or render obvious claim element 17.c's in response to receiving a data location request from a client to retrieve a location string associated with an identification string pro-vided in the data location request, transmitting a redirect message to the client if the identification string isn't associated with a location string at the data location server, wherein the redirect message contains information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. |
| **[18.Preamble]** A system for retrieving data location information for data stored in a distributed | See above evidence regarding the preamble of claim 17. |

---

[192] Skagerwall at 12:9-53.
[193] Wolff at 5:25-38.
[194] Skagerwall at 12:63-13:6.

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| network, the system comprising: | |
| **[18.a]** a data repository configured to store data, wherein the data is associated with an identifier string; | See above evidence regarding claim limitations 17.a.i and 17.a.ii. |
| **[18.b]** a client responsive to a data query to query a data location server for location information associated with the identifier string; | Skagerwall discloses this element, for example, as described below.<br><br>As described above regarding claim element 17.b.ii, Skagerwall discloses a plurality of directory servers (i.e., data location servers) storing application server addresses (i.e., location string/location information) associated with object tags (i.e. identifier strings) for data entities.<br>Skagerwall explains that a user device, such as a mobile phone, will request a data entity from the kernel using that entity's object tag (i.e., identifier string).[195] Skagerwall teaches that the access server responds to this request by querying a directory server (i.e., location server) for the requested data entity's location where that query includes the object tag (i.e., identifier string):<br><br>    After receiving a request for information including the object tag T, the access server AS;<br>    AS1-Asr performs operations to identify the directory server DS; DS1-DSn storing information concerning application data packets related to the object.<br>    This preferably includes sending the request including the object tag T; T1-Tw to one of the directory servers DS1; DS2; . . . ; DSn…[196]<br><br>A POSITA would understand that Skagerwall's interaction between the user device, access server, and directory servers is a form of "client-server" interaction, where the access server (AS) functions as the client to the directory servers by requesting the data object's address on the application server (IS). Thus, a POSITA would have understood that Skagerwall's access server corresponds to the claimed "client" |

---

[195] Skagerwall at 9:18-28.

[196] *Id.*

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| | because it is a network-attached component that uses location request messages to initiate the lookup of location mappings from the directory servers (i.e., location servers). Based on the above teachings, Skagerwall discloses or renders obvious claim element 18.c's client responsive to a data query to query a data location server for location information associated with the identifier string. |
| **[18.c]** a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string, wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client: | See above evidence regarding claim limitations 17.b.i, 17.b.ii, and 17.b.iii. |
| **[18.d]** if the data location server contains the location string associated with the identification string | Skagerwall discloses this element, for example, as described below. Skagerwall explains that, when a directory server has retrieved the address for the requested object tag, the directory server returns that address to the access server, i.e., client: |

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string; | The obtained addresses IS; IS1-ISp and optionally other information can be returned to the access server AS; AS1-ASr, which in the following retrieves the specified application data packets from the identified application servers or transmits the addresses IS; IS1-ISp and possibly other information directly to the user, i.e., the mobile telephone M or the data processing unit DPU.[197]<br><br>A POSITA would have understood that Skagerwall's "retriev[ing] the specified application data packets from the identified application servers" includes returning the location information to the client. To "retrieve the specified data packets" associated with an object tag (i.e., identification string), the access server (i.e., client) makes the request for data "from the identified application servers." [198] A POSITA would have understood that, to make such a request, the client must use the location information associated with the object tag to calculate a location of the data associated with the identification string.<br><br>Based on the above teachings, Skagerwall discloses or renders obvious claim elements 18.d's responding to data location requests with the associated location information if contained by the location server. |
| **[18.e]** if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a | Skagerwall alone, or in view of Wolff, discloses this element, for example, as described below.<br><br>As described regarding claim element 18.d, for each data request, Skagerwall teaches that a directory server identifying if it is the primary directory server (i.e., location server) containing the application server address (i.e., location string) for the request. And Skagerwall provides instructions that, if the queried directory server doesn't contain the object tag for the requested data, the system progresses to flowchart step S28 where the request goes to other directory servers:<br><br>If in step S26 it has been determined that object data related to the object tag is not located at the identified primary directory server, in a step S28, the lookup request is forwarded to other directory servers. In case the number of directory servers has been increased recently, the lookup request may be forwarded to a directory server which is determined using the hashfunction based on a previous number of available directory servers. The same holds |

---

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. | true, if the number of directory servers has been decreased recently. If none of the directory stores the desired object data, an error message is generated and the operation ends.[199]<br><br>Skagerwall discloses this claim element through its use of the "hashfunction." Skagerwall teaches that "[i]ntermediate steps are possible, where the look up request is relayed to further devices before it reaches the correct directory server, as outlined later."[200] And when providing the access server (i.e., client) with a hashfunction for identifying the primary directory server to the access server, a POSITA would have understood Skagerwall's "intermediate steps" include a redirect message having information to calculate the location of the directory server containing the location string for the requested data. This arises when system efficiency dictates lessening the processing burden of the directory servers.<br><br>Further, to the extent Kove argues Skagerwall's optional intermediate steps don't require redirection, a POSITA would have found it obvious for Skagerwall's system to look to other directory servers to resolve a data request because failure to resolve this request is contrary to the system's objectives and desired efficiency. Skagerwall provides the exemplary forwarding step from the initial primary directory server to the identified directory server having the location of the requested data:<br><br>> After identification of the correct directory server DS; DS1-DSn, the request, including the object tag T; T1-Tw, is forwarded to the identified directory server. The directory server, in a subsequent step, performs operations to determine all addresses of application servers IS; IS1-ISp storing application data packets associated with the read object tag T; T1-Tw and thus object D. Intermediate steps are possible, where the look up request is relayed to further devices before it reaches the correct directory server, as outlined later.[201]<br><br>Skagerwall teaches that exactly which kernel component performs the identification steps is a design choice by explaining that any component can complete this step: "[O]ther components of the system kernel K may serve as means for identifying the correct directory servers."[202] Accordingly, a POSITA would have understood that either the queried directory server, i.e., location server, or the access server |

---

[199] Skagerwall at 12:63-13:6.
[200] *Id.*at 9:39-41.
[201] Skagerwall at 9:32-49.
[202] *Id.* at 10:21-26.

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| | (i.e., client) could perform the identification step depending on the needs of the system and its specific design.<br><br>Thus, it would have been an obvious matter of design choice for Skagerwall's queried directory server to send to the access server (i.e., client) information for contacting another directory server having the location of the requested data rather than having the queried directory server forward the request to the other directory server. For example, for a system where there is only one access server, it may have limited processing power so that any extra burden should be minimized. And in such a system, a POSITA would have understood the benefits of having the queried directory server find the correct directory server and obtain the desired location information, and return the addresses (i.e., location strings) to the access server. Conversely, for a system with multiple access servers, the processing power may be more limited on the directory servers. In such a system, a POSITA would have understood that it's more efficient to minimize the processing requirements of the queried directory server. Thus, for such a system with multiple access servers, a POSITA would have been motivated to design the system such that the queried directory server returns to the pertinent access server (i.e., client) the information to calculate the location of the primary directory server. It would have been understood to a POSITA that the system would return such information in a "redirect message."<br><br>Further, Wolff's teachings render obvious the claimed "redirect message" limitation. Wolff explains that servers will not always be able to fulfill each request received from a given client. For example, Wolff describes an "overloaded" server which has received too many requests and lacks the processing power to fulfill them all:<br><br>In operation at time T=0, normal client 100A is shown accessing memory resource 118 via path 70 through overloaded server 104. At the same time, aware client 102A is shown accessing memory resource 18, via path 74, through overloaded server 104A. At time T=1, process 102P1, implemented on aware client 102A, detects the overload condition of server 104A, and accesses memory resource 118 via an alternate path 76 through server 106A. Thus, in this subsequent state, the load on server 104A is reduced and the access by aware client 102A to memory resource 118 is enhanced. Normal client 100A cannot initiate the |

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| | processes 35 discussed above in connection with the aware client 102A and is unable to select an alternate path 72 to the underutilized server 106A.[203] |
| | And Wolff teaches optimizing network performance by redirecting requests from an overloaded server (e.g., a server that can't satisfy the request) to another server that can satisfy the request with a "redirection command" to the client from the overloaded server: |
| | Client load rebalancing refers to the ability of a client, enabled with processes in accordance with the current invention, to re-map a path through a plurality of nodes to a resource. *The re-mapping may take place in response to a redirection command emanating from an overloaded node, e.g. server.* The embodiments disclosed allow more efficient, robust communication between a plurality of clients and a plurality of resources, via a plurality of nodes. Resources can include, but are not limited to, computers, memory devices, imaging devices, printers, and data sets. A data set can include a database or a file system.[204] |
| | A POSITA would have understood that Wolff's client re-maps the request path according to a redirection message from the overloaded server to the client. Thus, for any server that can't resolve a request, Wolff teaches that the server sends the client a redirect message pointing the client to another server that will resolve the request. |
| | So, based on Wolff's teachings, a POSITA would have found it obvious to have Skagerwall's queried location server transmit a redirect message to the access server (i.e., client) if that location server doesn't contain the location string associated with the identification string wherein the redirect message has information for use by the access server to calculate a location of another directory server containing the location string. A POSITA would have been motivated to do so because this would optimize performance of Skagerwall's system to send the retrieval instructions to the client in the redirect message rather than letting the request fail at the first directory server. Doing so would further Skagerwall's goal to "facilitate the retrieval of information."[205] Without incorporating Wolff's redirection command message, the request for location information would fail if the directory server didn't contain the requested data, thus |

---

[203] Wolff at 5:25-38.

[204] *Id.* at Abstract.

[205] Skagerwall at Abstract.

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| | frustrating Skagerwall's goal of "facilitating the retrieval of information." Allowing failures to occur would be inefficient for the system and cause less reliability for successful data retrieval. A POSITA would have been motivated to incorporate Wolff's redirection techniques in Skagerwall's system to provide the user with the most reliable and beneficial system of data retrieval possible. |
| | Because each location server can determine the location of location information on the location server network (i.e., "knows" where to find any requested location data), Skagerwall alone or in combination with Wolff renders obvious that each location server can resolve a data location request in two or fewer traversals, consistent with Amazon's proposed constructions and Kove's statements during reexamination In the first traversal (i.e., first step), the client requests its desired location information from any location server, which responds with either the location information of the data or the location information for a location server known to contain the requested location information.[206] In the second traversal (i.e., second step), if necessary, the client uses the redirect message to make an alternate request (e.g., Wolff's redirected alternate path[207]) for the location information from another location server (e.g., Skagerwall's S28 checking other servers[208]) known to contain the desired location information. Thus, Skagerwall alone or in combination with Wolff renders obvious resolving any client's data location request in two or fewer traversals. |
| | Thus, based on the above teachings, Skagerwall and Wolff disclose or render obvious claim element 18.e. |
| **[24]** The system of claim 18, wherein the location information comprises a portion of a hash table distributed over the plurality of data location servers. | Skagerwall alone, or in view of Wolff, discloses this element, for example, as described below. |
| | During the prior reexamination, Kove asserted that the prior art's hierarchical configuration fails to teach the requirements of claim 24. Skagerwall teaches a system having a non-hierarchical configuration that renders obvious claim 24 alone or in view of Wolff's teachings. |

[206] Skagerwall at 12:9-53.
[207] Wolff at 5:25-38.
[208] Skagerwall at 12:63-13:6.

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| | For example, Skagerwall discloses a non-hierarchical system of directory servers storing location information (i.e., location servers) wherein a client may request the location of data using an object tag (i.e., identifier) associated with the data object's server addresses (i.e., location strings/location information).[209] And Skagerwall describes using a hash function to organize data according to object tags and mapping server content according to a hash table.[210] Skagerwall further teaches or renders obvious resolving any location request within two traversals by responding to each location request with either the requested location data or a redirect message to redirect a client to another location server that contains the requested location data without an intervening traversal if the initial location server lacks the location information responsive to the client's query. And this is consistent with Amazon's proposed constructions and Kove's statements during reexamination. <br><br> Skagerwall further teaches that object tags on its directory servers are organized according to hashing methods, including a hash table based on a hash function. For example, Skagerwall describes "storing a list of a plurality of available directory servers in a hashtable; mapping all object tags employing a hashfunction and the hashtable onto the directory servers."[211] <br><br> As explained in claim element 18.e, Skagerwall alone or in view of Wolff, renders obvious sending a redirect message with information necessary to identify the directory server containing the object data for a given object tag. A POSITA would understand that mapping information or the relevant portion of the hash table, would be necessary for the access server (i.e., client) to identify the correct directory server and send the request to it. <br><br> As shown below in annotated Figure 2, Skagerwall further provides examples of a hashtable showing the available directory servers and their contents: <br><br>     In the example of FIG. 2 the hashtable comprises 8 entries, addresses of available servers are stored as records in respective sequential entries of the hashtable. Thus, the hashtable constitutes an ordered list of all available directory servers, as shown in FIG.2. The records |

---

[209] *See, e.g.,* Skagerwall at 3:45-67.

[210] *Id.* at 4:2-5:10.

[211] Skagerwall at 3:51-54.

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| | stored in the hashtable H are indicated by A, B, C and D stand for addresses of four directory servers DS; DS1-DSn. However, any other order is possible, e.g., D, B, A, C. To avoid unnecessary lookup operations for object tags at directory servers, as outlined above, it is preferred that object data is stored on directory servers according to the hashfunction, which maybe executed by search means SM indicated in FIG.2. The search means SM groups object tags, preferably in correspondence with the number of objects and the number of available directory servers, i.e., a target directory server for storing as well as for retrieving object data is determined based on an identifier of an object tag, which, e.g., maybe a number assigned to the tag, and the number of available directory servers DS;DS1-DSn.[212] |

---

[212] Skagerwall at 10:31-49.

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
| --- | --- |



Skagerwall Fig. 2 Annotated

Based on Skagerwall's teachings, a POSITA would have appreciated that the directory servers store the hash table and that the hash table contains the list of available directory servers with their respective contents. Further, a POSITA would have understood that the access server (i.e., client) uses portions of the hash table to identify which directory server to send its data request based on the information in the redirect message. A POSITA would have concluded that sending the entire hash table or storing the entire hash table at the client would be too cumbersome. This would have frustrated Skagerwall's goal of facilitating data retrieval by lowering the efficiency of the system and Wolff's goals for optimizing network performance and reliability. As a result, a POSITA would have found it obvious to break the hash table into portions, to distribute those portions to the directory server, and to send only the relevant

| U.S. Patent No. 7,103,640 | Skagerwall alone or with Wolff |
|---|---|
| | portion to the client. Further, a POSITA would have understood that this portion includes at least the portion describing the object tag requested by the client. As a result, a POSITA would have understood that Skagerwall teaches or renders obvious that all relevant directory server contents be stored in a hash table across the directory server network.<br><br>Thus, Skagerwall, alone or in view of Wolff, renders obvious claim 24. |

**Exhibit 2C: Invalidity Claim Chart Against U.S. Patent No. 7,103,640 in View of U.S. Patent No. 5,542,087 to Neimat**

~~AWS~~Amazon asserts that claims 17, 18, and 24 of U.S. Patent No. 7,103,640 ("the '640 patent") are obvious in view of the combination of U.S. Patent No. 5,542,087 to Neimat ("Neimat"), DNS and, for claim 24, Karger '618/420. Neimat qualifies as prior art under pre-AIA 35 U.S.C. § 102(b), e.g., because it was issued on July 30, 1996, more than a year before Kove's October 28, 1999 claimed priority date for the '640 patent. DNS qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it was publicly available in May 1997, more than a year before Kove's October 28, 1999 claimed priority date for the '640 patent. Karger '618/420 is prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it has a priority date of March 15, 1998. The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and ~~AWS~~Amazon reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

Furthermore, the following list includes examples of specifically where certain '640 patent claim elements are found in Neimat.

- Client: Client
- Identifier: Record key value (e.g., value generated from a patient's name)
- Location information: Memory address
- Location server: File server
- Data repository: Memory
- Redirect message: Identifying and generating a second memory address

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| **[17.Preamble]** A system for retrieving data location information for data stored in a distributed network, the system comprising: | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>Neimat discloses that a client can use a record key value (e.g., a value generated from a patient's name) to access a memory address in a distributed computer network.<br><br>"The present invention provides a flexible and efficient data processing method and apparatus, which generate a correct memory address from a character or digit string such as a record key value, and which is adapted for use in distributed or parallel processing architectures such as computer networks, multiprocessing systems, and the like. The |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | present invention provides fast storage and subsequent searching and retrieval of data records in data processing applications such as database applications." (4:40-49.)<br><br><br><br>"The present invention is generally directed to data processing and in particular to a data processing method and apparatus for generating a correct memory address from a character or digit string such as a record key." (1:6-9.)<br><br>"One of the simple data storage and retrieval schemes designed by data processing pioneers is known as a basic hashing scheme. The basic hashing scheme has been used in many areas of data processing such as database addressing and data encryption. The basic hashing scheme will now be introduced with reference to the particular example of database addressing." (1:24-30.)<br><br>"Currently, more and more data base applications are mission critical and require fast storage and subsequent searching, and retrieval of unpredictably large amounts of incoming data. Database operations such as storing records, searching for records and retrieving records all require generating a correct memory address from a record key value. Accordingly, what is needed is a flexible and efficient data processing method |

FIG. 1

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | and apparatus, which generates a correct memory address from a character or digit string such as a record key value, and which is adapted for use in distributed or parallel processing architectures such as computer networks, multiprocessing systems, and the like." (4:25-36.)<br><br>**Obviousness of Location Information:** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.)<br><br>RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.)<br><br>"DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*)<br><br>"The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.)<br><br>"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.)

A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034.

```
SRI-NIC.ARPA.    A     26.0.0.73
                 A     10.0.0.51
                 MX    0 SRI-NIC.ARPA.
                 HINFO DEC-2060 TOPS20
```

(*Id*., 37.) |
| **[17.a]** a plurality of data repositories configured to store data, wherein the data is associated with a respective identifier string in each data repository; | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.

"A database is a collection of records stored in memory locations or 'buckets'. In accordance with distributed processing principles of the preferred embodiment, data records reside in memory locations at sites of the network. For storing records, it is more efficient to use memory locations in random access memory, RAM, of another processor site of the network than to use memory locations in a local disk. Accordingly, in the preferred embodiment, storage of records is distributed in RAM at various network sites, providing efficient performance of very large database operations that are not feasible in practice within the traditional database architecture." (7:48-59.)

"Data records are stored under control of the data processor sites, which are further distinguished herein as client data processor sites and file server sites. The database is created in a distributed environment from records provided by any number of distributed and autonomous client data processors. Records of the database are stored at memory locations or 'buckets' provided by file servers. As records are inserted into the database by the clients, the addressable storage space available to the database expands so that records reside on virtually any number of servers. The addressable storage space available to the database expands linearly, one memory location or "bucket" at a time, to |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Karger '618/420 |
|---|---|
|  | a size limited only by data storage capacity of the servers. Accordingly, addressable storage space available to the database expands to occupy new servers linearly, one server at a time, and only when servers already used are efficiently loaded." (8:1-15.)<br><br>"The computer network includes a plurality of data processor sites coupled so as to provide high speed data communication between the processor sites. FIG. 1 is a simplified block diagram of the computer network employed in conjunction with the preferred embodiment of the present invention. In accordance with a preferred embodiment of the present invention, a number of processor sites is large, for example in a range of 10 to 10,000 servers. It should be understood that although in the preferred embodiment the network includes the large number of processor sites, only three processor sites 101, 103, 105, are shown in FIG. 1 for the sake of simplicity. The processor sites are interconnected, preferably by a network cable 107, to provide the data communication between the processor sites. A first one of the processor sites includes a data processor 109, preferably a microprocessor, coupled to the network cable 107 through a network interface 111. The first one of the processor sites further includes memory 113, preferably random access memory, RAM, coupled to the data processor 109. As shown in FIG. 1, remaining processor sites 103, 105 include similar components, arranged in a similar manner, as those discussed with respect to the first processor site." (7:12-33.)<br><br>"In accordance with the teachings of the present invention, a database is created in a distributed environment from records provided by any number of distributed and autonomous clients. Records of the database are stored at memory locations or 'buckets' provided by file servers. In accordance with a preferred embodiment of the present invention, a number of servers is large, for example in a range of 10 to 10,000 servers. The large number of servers provide a memory pool that offers many gigabytes of random access memory, RAM, perhaps even terabytes, and even more bytes of disk space memory." (4:50-60.)<br><br>"As indicated previously, in accordance with principles of the present invention, the database is the collection of data records stored in memory locations or 'buckets' |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | provided by file servers. For the sake of simplicity in the following discussions, it is assumed that each file server site includes a respective one memory location or "bucket". However, the present invention is not strictly limited to the respective one memory location at each file server site since the invention can be alternatively practiced with more than one respective memory location at each file server site. Each memory location or "bucket" has a respective sequentially numbered address, and each server has a respective sequentially numbered address, for example: memory location 0 and server 0, memory location 1 and server 1 . . . and so on to a last memory location and server." (12:15-29.)<br><br>"In general, each data record comprises two sections: a short record key identifying the record, and a remainder of information associated with that key. For example, a particular database may use a person's name as the key to identify a larger portion of data containing further details about that person. As a specific example, in a medical database application, ASCII character values of a patient's name, such as Janet Jones, are scaled or otherwise manipulated to produce a key value, which identifies a larger portion of data containing details about the patient, such as details concerning medical treatment history. From the information in the key value alone, the client site interacts with the server sites, finding the location of the stored data record in order to access the data record corresponding to the key value. For example, if the data is stored in Random Access Memory, RAM, the physical memory address is required. Preferably, memory locations are in RAM, although they could alternatively be on disk as well. In the case of storage on a magnetic or optical disk, the track and sector address is required before a particular data record can be accessed." (8:27-47.)<br><br>"If any one of the clients initiates a database operation such as inserting a record into the database, searching the data base to determine whether a particular record are present, or retrieving a record, the client initiating the operation provides a record key value. From the record key value, the method of the present invention provides a correct memory address needed to perform the database operation." (5:23-29.) |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat,  DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | "The key value is generated by means of any one of the client data processors. From the key value, the one client generates a first memory address, which identifies a first memory location or 'bucket'." (5:34-37.)<br><br>**Obviousness of Data Location Server:** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. The Patents-in-Suit recognize that "location" is not a requirement for its data servers as "NDTP can be used for any application in which one-to-zero or one-to-many associations among strings are to be maintained and accessed on a network. In applications of NDTP other than distributed databases, the term identifier is likely to make sense in most cases, but the term location may not." ('640 patent, 20:18-25.) The Microfiche Appendix filed with the '640 patent provides software code that demonstrates that location is not necessary for the operation of the data servers. The concept of storing information about the location of data in a distributed network is well known, even fundamental, in the field of computer science. In addition, the concept of separating information about the location of data from the data itself, for instance, is an obvious method of organizing information that is well known in computer science. One of skill would have been motivated to use such a method, for example, to use less space or memory in the part of the system with the location information in order to gain overall speed, efficiency, or computing ability related to that part of the system. Furthermore, to the extent the prior art discloses the use of at least one location server, it would have been obvious to use more than one location server to achieve further benefits. *See* MPEP § 2144.VI.B. (Obviousness of Duplication of Parts). One skilled in the art would also be familiar with DNS, which relies on a network of location servers to map host names to internet addresses. Therefore, it would have been obvious to one of skill to employ data location servers in Neimat |
| **[17.b]** a data location sewer [sic] network having a plurality of data location servers, each of the plurality of data location servers containing location strings associated with respective | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>"The plurality of clients are coupled to the file servers by the network to provide client access to the database." (5:3-4.) |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat,  DNS and, for Claim 24, Karger '618/420 |
|---|---|
| identifier strings and each of the plurality of data location servers having computer executable code configured to execute the following steps: | "Briefly and in general terms, the data processing method of the present invention includes providing a plurality of client data processors and a plurality of file servers, each server including at least a respective one memory location or 'bucket.'" (5:30-34.)<br><br>"The computer network includes a plurality of data processor sites coupled so as to provide high speed data communication between the processor sites. FIG. 1 is a simplified block diagram of the computer network employed in conjunction with the preferred embodiment of the present invention. In accordance with a preferred embodiment of the present invention, a number of processor sites is large, for example in a range of 10 to 10,000 servers. It should be understood that although in the preferred embodiment the network includes the large number of processor sites, only three processor sites 101, 103, 105, are shown in FIG. 1 for the sake of simplicity. The processor sites are interconnected, preferably by a network cable 107, to provide the data communication between the processor sites. A first one of the processor sites includes a data processor 109, preferably a microprocessor, coupled to the network cable 107 through a network interface 111. The first one of the processor sites further includes memory 113, preferably random access memory, RAM, coupled to the data processor 109. As shown in FIG. 1, remaining processor sites 103, 105 include similar components, arranged in a similar manner, as those discussed with respect to the first processor site." (7:12-33.)<br><br>"By means of one of the client sites interacting with the server sites, a computer user is able to browse or search through the data records, or to insert, or retrieve data records as required. Although the computer user has no need to be aware of the exact manner in which data are stored, it is important for speed of operation that the clients and servers are able to locate and retrieve a particular data record as accurately and quickly as possible. In practice, this requires that the client and server sites interact to locate a desired data record in a fashion that is more direct than having to search through the entire database." (8:16-26.) |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | "In general, each data record comprises two sections: a short record key identifying the record, and a remainder of information associated with that key. For example, a particular database may use a person's name as the key to identify a larger portion of data containing further details about that person. As a specific example, in a medical database application, ASCII character values of a patient's name, such as Janet Jones, are scaled or otherwise manipulated to produce a key value, which identifies a larger portion of data containing details about the patient, such as details concerning medical treatment history. From the information in the key value alone, the client site interacts with the server sites, finding the location of the stored data record in order to access the data record corresponding to the key value. For example, if the data is stored in Random Access Memory, RAM, the physical memory address is required. Preferably, memory locations are in RAM, although they could alternatively be on disk as well. In the case of storage on a magnetic or optical disk, the track and sector address is required before a particular data record can be accessed." (8:27-47.) |
| | "Each server includes at least a respective one memory location." (8:53-54.) |
| | "From the key value, the one client processor generates a first memory address that identifies a first memory location as shown in block 202. The step of generating the first address includes the one client data processor retrieving a client index value, i', which is stored in a client memory coupled to the one client data processor. The one client data processor hashes the key value using a hashing function based upon the client index value, i', so as to produce the first address, $a_1$." (8:57-67.) |
| | "Using the first memory address, the client data processor selects from the plurality of servers a server that includes the first memory location." (9:43-45.) |
| | "By means of one of the client sites interacting with the server sites, a computer user is able to browse or search through the data records, or to insert, or retrieve data records as required. Although the computer user has no need to be aware of the exact manner in which data are stored, it is important for speed of operation that the clients and servers are able to locate and retrieve a particular data record as accurately and quickly as |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | possible. In practice, this requires that the client and server sites interact to locate a desired data record in a fashion that is more direct than having to search through the entire database." (8:16-27.) |
| **[17.c]** in response to receiving a data location request from a client to retrieve a location string associated with an identification string provided in the data location request, transmitting a redirect message to the client if the identification string is not associated with a location string at the data location server, wherein the redirect message contains information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>"However, if the first address is not the correct address, then the following steps are performed in accordance with the method of the present invention. From the key value, the server that includes the first memory location generates a second memory address, which identifies a second memory location or 'bucket'. The server that includes the first memory location then selects from the plurality of servers a server that includes the second memory location. The server that includes the first memory location then transmits the key value as part of a message to the server that includes the second memory location. The server that includes the second memory location determines whether the second address is the correct address. Quite often, if the first address is not the correct address then the second address is the correct address. However, if the second address is not the correct address, then the server that includes the second memory location generates a third memory address. In accordance with the teachings of the present invention discussed greater detail later herein, the third address is certain to be the correct address if neither one of the first or second addresses is the correct address." (5:42-67.) |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| |  |

FIG. 2

"If the first memory address is not the correct memory address, then, from the key value, the server generates a second memory address, $a_2$, that identifies a second memory location, as shown in block 208 of the flow chart of FIG. 2. The step of generating the second address by means of the server includes: making the second address, $a_2$, equal to the first hash value, $h_1$ (C); decrementing the first server index value, J, to produce a

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | decremented first server index value, J-1; hashing the key value using a hashing function based upon the decremented first server index value to produce a second hash value, $h_2$ (C); and changing the second address so as to be equal to the second hash value if the second hash value is greater than the first address, and if the second hash value is less than the first hash value." (10:13-27.)<br><br>"Using the second memory address, the server selects from the plurality of servers another server, which includes the second memory location. In the preferred embodiment, the first memory location stores a static table which maps a respective memory address of each memory location to a respective server address. Accordingly, the server looks up the second memory address in the table to select from the plurality of servers the other server, which includes the second memory location. Over the network, the server transmits the key value to the other server, which includes the second memory location, as shown in block 210 of the flow chart of FIG. 2." (10:48-59.) |
| [18.Preamble] A system for retrieving data location information for data stored in a distributed network, the system comprising: | See above evidence regarding the preamble of claim 17. |
| [18.a] a data repository configured to store data, wherein the data is associated with an identifier string; | See above evidence regarding claim limitation 17.a. |
| [18.b] a client responsive to a data query to query a data location server for location information associated with the identifier string; | See above evidence regarding claim limitations 17.a and 17.b. |
| [18.c] a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier | See above evidence regarding claim limitations 17.a and 17.b.<br><br>Additionally, Neimat reflects that the client processor site necessarily includes executable code to execute, for example, the steps described with respect to Figure 2. (8:48-11:64.) |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| string, wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client: | "A computing apparatus of the present invention, preferably a network of computers, is programmed to perform the method of the present invention." (6:1-3.) |
| **[18.d]** if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string; | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>"From the key value, the one client generates a first memory address, which identifies a first memory location or 'bucket'. The one client selects from the plurality of servers a server that includes the first memory location. The one client then transmits the key value as part of a message to the server that includes the first memory location. The server that includes the first memory location determines whether the first address is the correct address." (5:35-43.)<br><br>"If the first memory address is not the correct memory address, then, from the key value, the server generates a second memory address, $a_2$, that identifies a second memory location, as shown in block 208 of the flow chart of FIG. 2. The step of generating the second address by means of the server includes: making the second address, $a_2$, equal to the first hash value, $h_1$ (C); decrementing the first server index value, J, to produce a decremented first server index value, J-1; hashing the key value using a hashing function based upon the decremented first server index value to produce a second hash value, $h_2$ (C); and changing the second address so as to be equal to the second hash value if the second hash value is greater than the first address, and if the second hash value is less than the first hash value." (10:13-27.)<br><br>**Obviousness of Location Information:** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.) |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.)<br><br>"DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*)<br><br>"The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.)<br><br>"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.)<br><br>A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034. |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | ```
SRI-NIC.ARPA.    A      26.0.0.73
                 A      10.0.0.51
                 MX     0 SRI-NIC.ARPA.
                 HINFO  DEC-2060 TOPS20
```<br>(*Id.*, 37.) |
| **[18.e]** if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. | See above evidence regarding claim limitation 17.c. |
| **[24]** The system of claim 18, wherein the location information comprises a portion of a hash table distributed over the plurality of data location servers. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>"From the key value, the one client processor generates a first memory address that identifies a first memory location as shown in block 202. The step of generating the first address includes the one client data processor retrieving a client index value, i', which is stored in a client memory coupled to the one client data processor. The one client data processor hashes the key value using a hashing function based upon the client index value, i', so as to produce the first address, $a_1$." (8:57-67.)<br><br>"From the key value, the server determines whether the first memory address is the correct memory address, as shown in block 206. In the preferred embodiment, the step of determining whether the first address is the correct address includes retrieving a first server index value, J, from the first memory location, hashing the key value using a hashing function based upon the first server index value to produce a first hash value, |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | and comparing the first address to the first hash value to determine whether the first address is the correct address." (9:56-65.)

"If the first memory address is not the correct memory address, then, from the key value, the server generates a second memory address, $a_2$, that identifies a second memory location, as shown in block 208 of the flow chart of FIG. 2. The step of generating the second address by means of the server includes: making the second address, $a_2$, equal to the first hash value, $h_1$ (C); decrementing the first server index value, J, to produce a decremented first server index value, J-1; hashing the key value using a hashing function based upon the decremented first server index value to produce a second hash value, $h_2$ (C); and changing the second address so as to be equal to the second hash value if the second hash value is greater than the first address, and if the second hash value is less than the first hash value." (10:13-26.)

In addition, DNS teaches name servers and hash structures: "The owner name is often implicit, rather than forming an integral part of the RR. For example, many name servers internally form tree or hash structures for the name space, and chain RRs off nodes." (RFC1034, 13.)

**Obviousness of Hash Function:** To the extent that Kove contends that Neimat does not disclose this limitation, and this claim is construed to require a hash function, the subject matter as a whole of each claim, including this limitation, would have been obvious to one of skill in the art before the invention. The specification of the asserted patents themselves concede that the "preferably applied" hash function used to organize the data location information across the plurality of data location servers was "well-known" in computer science. ('170 patent, col. 15:12-18.) Numerous other publications before the filing of the Patents-in-Suit describe the use of hash functions to organize location information across servers in distributed systems. Courts have also recognized that hash functions are "generic and basic mathematical or algorithmic functions that do not make a patent inventive." *Symantec Corp. v. Zscaler, Inc.*, No. 17-cv-04426-JST, 2018 WL 1456678, at *7 (N.D. Cal. March 23, 2018). One skilled in the art would be familiar with the use of hashing in a distributed network. Karger '618/420 states that it was well |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat,  DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | understood "for clients to use a standard hash function to determine from which server to request a document." ('420 patent, 3:23-50; '618 patent, 3:18-44.) "In one embodiment, the mapping of requests [e.g., for a document] and resources [e.g., servers] to the mathematical mapping space is accomplished with a hash function. A hash function takes an input (k) and returns an output in a given range. Hash functions can be used to allocate pointers or keys to a location in a hash table, which is a data structure having a specified number of locations or 'slots.' If h(k) is a hash function, key (k) is said to hash to a hash table location h(k). A goal in designing a hash function is for each key (k) to be equally likely to hash to any of the locations in the hash table. An approach to achieve this is to derive the hash function in a way that is expected to be independent of any patterns that might exist in the data." ('420 patent, 10:22-34; '618 patent, 10:13-25.) Karger '420/618 discloses a "consistent hashing" function, which "avoids increasing load and spread when the number of servers changes." ('420 patent, 6:29-41; '618 patent, 6:21-33.) "Networked distributed file systems, groups of computers that store large amounts of data on an intranet or internet, and have too much information to effectively serve on one server, can use the invention to great benefit." ('420 patent, 19:47-50; '618 patent, 18:14-17.) Thus, one skilled in the art would recognize that consistent hashing as taught by Karger '420/618 could be used to improve the operation of a distributed system such as disclosed by Neimat when a server is added to or removed from that system.<br><br>**Obviousness of Location Information:** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.)<br><br>RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.)<br><br>"DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*) |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 5,542,087 to Neimat,  DNS and, for Claim 24, Karger '618/420 |
|---|---|
|  | "The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id*., 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id*., 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id*., 12.)<br><br>"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.)<br><br>A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034.<br><br>```\nSRI-NIC.ARPA.   A     26.0.0.73\n                A     10.0.0.51\n                MX    0 SRI-NIC.ARPA.\n                HINFO DEC-2060 TOPS20\n```<br><br>(*Id*., 37.) |

**Exhibit 2D: Invalidity Claim Chart Against U.S. Patent No. 7,103,640 in View of U.S. Patent No. 6,212,521 to Minami**

~~AWS~~Amazon asserts that claims 17, 18, and 24 of U.S. Patent No. 7,103,640 ("the '640 patent") are obvious in view of the combination of U.S. Patent No. 6,212,521 to Minami ("Minami"), DNS and, for claim 24, Karger '618/420. Minami qualifies as prior art under pre-AIA 35 U.S.C. § 102(e), e.g., because it was filed on March 27, 1998, before Kove's October 28, 1999 claimed priority date for the '640 patent, and issued on April 3, 2001. DNS qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it was publicly available in May 1997, more than a year before Kove's October 28, 1999 claimed priority date for the '640 patent. Karger '618/420 is prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it has a priority date of March 15, 1998. The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and ~~AWS~~Amazon reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

Furthermore, the following list includes examples of specifically where certain '640 patent claim elements are found in Minami.
- Client: Terminal
- Identifier: Search keyword
- Location information: Primary server identifier
- Location server: Primary server
- Data repository: Data storage
- Redirect message: Data Retrieval Process (e.g., D-2-2)

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| **[17.Preamble]** A system for retrieving data location information for data stored in a distributed network, the system comprising: | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.<br><br>In general, Minami discloses that a terminal can send a search keyword to a primary server that has a primary hash function unit that computes a primary server identifier.<br><br>"A data management system that allows client terminals on a network to register records with search keywords to distributed data management servers and to retrieve them by entering a specific search keyword." (Abstract) |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | <br><br>FIG. 3<br><br>"Taking the above into consideration, a first object of the present invention is to provide a data management system which relieves processing loads imposed on individual data management servers by distributing data registration and retrieval tasks and reducing the amount of data maintained in each server. Moreover, a second object of the present invention is to provide a primary server for use in the above data management system; a third object of the present invention is to provide a secondary server for use in the above data management system." (3:38-47.)<br><br>"[A] primary transformation unit, disposed in each primary server, for processing a given search keyword to derive a specific primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located" (7:52-57.) |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| |  FIG. 1 "According to the present invention, the entire coverage area of a network is divided into a plurality of primary areas, and each primary area is subdivided into a plurality of secondary areas. Primary and secondary servers are deployed in the network, one for each individual primary area and secondary area, respectively. The primary servers employ a primary hash function that processes a given search keyword to derive a primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located. Further, the primary servers have a secondary hash function that processes a given search keyword to derive a specific secondary server identifier indicating one of the secondary servers that is located in the same primary area as their own and has a record corresponding to the given search keyword. The secondary servers are also equipped with the same secondary hash function as the primary servers'. Those |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | two hash functions are used in both data registration and data retrieval processes." (28:12-32.)<br><br>**<u>Obviousness of Location Information:</u>** To the extent that Kove contends that Minami does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.)<br><br>RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.)<br><br>"DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*)<br><br>"The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.)<br><br>"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.) |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034. |
| | ```
SRI-NIC.ARPA.    A     26.0.0.73
                 A     10.0.0.51
                 MX    0 SRI-NIC.ARPA.
                 HINFO DEC-2060 TOPS20
```<br><br>(*Id.*, 37.) |
| **[17.a]** a plurality of data repositories configured to store data, wherein the data is associated with a respective identifier string in each data repository; | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.<br><br>"Local backup data storage 112 stores such records that have been delivered in extra data registration request messages. Here, the term 'local backup data' denotes that the data stored in this storage 112 is replicas of the original registration data that is stored in secondary servers located in the same primary area. Remote backup data storage 113 saves, as a measure of precaution, such records that have been delivered in replicated data registration request messages. Here, the term 'remote backup data' denotes that the data stored in this storage 113 is replicas of the original registration data that is stored in secondary servers located in remote primary areas." (10:46-57.)<br><br>"Regular data storage 1109 is the first place to store the data contained in the data registration request messages when they are directly received from terminals. Local replicated data storage 1110 registers information, when local replicated data registration request message are received. Here, the term 'local replicated data' denotes that the data stored in this storage 1110 is replicas of the original registration data that is stored in other secondary servers located in the same (or local) primary area. In contrast to this, remote replicated data storage 1111 is used to save information extracted from remote replicated data registration request messages when they are received. The term 'remote replicated data' denotes that the data stored in this storage 1111 is replicas of the original registration data that is stored in other secondary servers located in some remote primary areas." (11:35-51.) |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | "FIG. 20--Regular data storage, local replicated data storage, remote replicated data storage, local backup data storage, and remote backup data storage. (All those five storage areas are used to store search keywords and data objects to be retrieved with specific keywords, along with related server identifiers. This structure is common to primary servers and secondary servers.)" (12:49-56, Fig. 20.)<br><br><br><br>FIG. 20 |
| **[17.b]** a data location sewer [sic] network having a plurality of data location servers, each of the plurality of | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below. |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| data location servers containing location strings associated with respective identifier strings and each of the plurality of data location servers having computer executable code configured to execute the following steps: | "The entire coverage area of the network is divided into a plurality of primary areas, and each primary area is further subdivided into a plurality of secondary areas. Primary and secondary servers are deployed over the network, one for each individual primary area and secondary area, respectively." (Abstract, see also 7:43-50, Fig. 1.)<br><br><br><br>FIG. 1<br><br>The primary and secondary servers contain computer executable code configured to "initiate a process" in response to a "data retrieval request message through its communication controller." (20:27-30.)<br><br>**Obviousness of Data Location Server:** To the extent that Kove contends that Minami does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. The Patents-in-Suit recognize that "location" is not a requirement for its data |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | servers as "NDTP can be used for any application in which one-to-zero or one-to-many associations among strings are to be maintained and accessed on a network. In applications of NDTP other than distributed databases, the term identifier is likely to make sense in most cases, but the term location may not." ('640 patent, 20:18-25.) The Microfiche Appendix filed with the '640 patent provides software code that demonstrates that location is not necessary for the operation of the data servers. The concept of storing information about the location of data in a distributed network is well known, even fundamental, in the field of computer science. In addition, the concept of separating information about the location of data from the data itself, for instance, is an obvious method of organizing information that is well known in computer science. One of skill would have been motivated to use such a method, for example, to use less space or memory in the part of the system with the location information in order to gain overall speed, efficiency, or computing ability related to that part of the system. Furthermore, to the extent the prior art discloses the use of at least one location server, it would have been obvious to use more than one location server to achieve further benefits. *See* MPEP § 2144.VI.B. (Obviousness of Duplication of Parts). One skilled in the art would also be familiar with DNS, which relies on a network of location servers to map host names to internet addresses. Therefore, it would have been obvious to one of skill to employ data location servers in Minami |
| **[17.c]** in response to receiving a data location request from a client to retrieve a location string associated with an identification string provided in the data location request, transmitting a redirect message to the client if the identification string is not associated with a location string at the data location server, wherein the redirect message contains information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.

"(D-2-2) The secondary server 120 receives this data retrieval request message through its communication controller, and initiates a process of FIG. 42 by activating its data retrieval unit that deals with the data retrieval message class. Since the received message is identified as a data retrieval request message, the data retrieval unit takes a process flow of F423, whose main part is shown in FIG. 43. In F423, the data retrieval unit first extracts a search keyword '5' from the request message, saves this search keyword and the connection identifier for the terminal 50 for later use, and then searches its own regular data storage for a record relevant to the extracted search keyword '5.' In this CASE (2), however, this search ends up with no matches. The data retrieval unit then applies its secondary hash function to the search keyword '5,' thus obtaining a secondary |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| data location server contains the location string. | hash value of '3.' Since this secondary hash value '3' does not match with its own secondary server identifier '2,' the secondary server 120 produces a local replicated data retrieval request message (FIG. 13) on the basis of the data retrieval request message in process. This new message, having a value of '2' in its secondary server identifier field, is transmitted by the communication controller to another secondary server 130 whose secondary server identifier is known to be '3.'" (20:27-50.)

"In the present invention, data retrieval is carried out by tracing just the same hierarchical path. Suppose, for instance, that a terminal located in the secondary area 3 *a* has sent a data retrieval request to the secondary server 5 *a*, along with a specific search keyword. Upon receiving this request, the secondary server 5 *a* tries to search its own data storage by using the given search keyword information. If no match is found, then the secondary server **5** *a* identifies another secondary server in the same primary area 2 *a* by activating its own secondary transformation unit 8 and requests the identified server to make a search. That secondary server attempts to retrieve a record relevant to the given search keyword, as requested by the secondary server 5 *a*. If it is still unable to find such a record, the secondary server, now acting as an agent for the secondary server 5 *a*, sends the data retrieval request to the primary server 4 *a* in the same primary area 2 *a*. The primary server 4*a* forwards the request to another primary server that is identified by using its own primary transformation unit. That primary server further forwards the request to a secondary server that is found within its own coverage area by using a secondary transformation unit of its own. The secondary server searches its local data storage as requested by the primary server." (8:61-9:15.)

"A primary hash function unit 109 and secondary hash function unit 111 are used to obtain a primary and secondary server identifiers, respectively, from a given search keyword." (10:43-46.)

"As a background knowledge, the following few paragraphs present a brief description of hash functions used in the present embodiment, assuming the area division illustrated in FIG. **2**. Generally, hash function is a transformation that takes a variable-size input (a search keyword in the present case) and returns a fixed-size string, which is called the |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
|  | hash value. In the present invention, the data management servers use two kinds of hash functions called "primary hash function" and "secondary hash function." It is noted here that all primary servers commonly use the same primary hash function, while each primary server and its subordinate secondary servers (i.e., secondary servers in that server's primary area) share a common same secondary hash function of their own. In other words, the primary and secondary servers in different primary areas use different secondary hash functions." (14:6-20.) |
| **[18.Preamble]** A system for retrieving data location information for data stored in a distributed network, the system comprising: | See above evidence regarding the preamble of claim 17. |
| **[18.a]** a data repository configured to store data, wherein the data is associated with an identifier string; | See above evidence regarding claim limitation 17.a. |
| **[18.b]** a client responsive to a data query to query a data location server for location information associated with the identifier string; | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.<br><br>"CASE (2) describes such a situation that the information that a terminal is looking for is what was originally registered by another terminal located in another secondary area as part of the same primary area. Suppose, for example, that a terminal 50 is trying to communicate with another terminal 40 having an IP address '5' without knowing its ATM address." (20:13-19.)<br><br>"To accomplish the first object, according to the present invention, there is provided a data management system which allows terminals on a network to register records with search keywords and to retrieve the records by entering a specific search keyword. This system comprises the following elements:<br>a plurality of primary areas which constitute an entire coverage area of the network;<br>a plurality of secondary areas which constitute each of the primary areas;<br>a plurality of primary servers, one for each primary area, which are uniquely identified in the network by primary server identifiers assigned thereto; |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | a plurality of secondary servers, one for each secondary area, which are uniquely identified in each primary area by secondary server identifiers assigned thereto; a primary transformation unit, disposed in each primary server, for processing a given search keyword to derive a specific primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located; and a secondary transformation unit, disposed in each primary server and each secondary server, for processing a given search keyword to derive a specific secondary server identifier indicating one of the secondary servers that is located in the same primary area and has a record corresponding to the given search keyword." (3:48-4:9.)<br><br>"[A] primary transformation unit, disposed in each primary server, for processing a given search keyword to derive a specific primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located" (7:52-57.) |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| |  |

FIG. 1

"According to the present invention, the entire coverage area of a network is divided into a plurality of primary areas, and each primary area is subdivided into a plurality of secondary areas. Primary and secondary servers are deployed in the network, one for each individual primary area and secondary area, respectively. The primary servers employ a primary hash function that processes a given search keyword to derive a primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located. Further, the primary servers have a secondary hash function that processes a given search keyword to derive a specific secondary server identifier indicating one of the secondary servers that is located in the same primary area as their own and has a record corresponding to the given search keyword. The secondary servers are also equipped with the same secondary hash function as the primary servers'. Those

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | two hash functions are used in both data registration and data retrieval processes." (28:12-32.) |
| | **Obviousness of Location Information:** To the extent that Kove contends that Minami does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.) |
| | RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.) |
| | "DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*) |
| | "The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.) |
| | "In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.) |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
|  | A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034.<br><br>```\nSRI-NIC.ARPA.   A      26.0.0.73\n                A      10.0.0.51\n                MX     0 SRI-NIC.ARPA.\n                HINFO  DEC-2060 TOPS20\n```<br><br>(*Id.*, 37.) |
| **[18.c]** a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string, wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client: | See above evidence regarding claim limitation 17.b. |
| **[18.d]** if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string; | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.<br><br>"(D-1-2) The secondary server 110 receives this request message through its communication controller, and executes a process of FIG. 42 by activating its data retrieval unit that is responsible for the data retrieval message class. Since the received message is identified as a data retrieval request message, the data retrieval unit takes a process flow of F423, whose main part is shown in FIG. 43. In F423, the data retrieval unit extracts a search keyword '5' from the request message, saves this search keyword and the connection identifier for the terminal 41 for later use, and then searches the regular data storage for a record relevant to the extracted search keyword '5.' In CASE (1), this search successfully ends up with a record containing 'IP ADDRESS=5' (search |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | keyword) and 'ATM ADDRESS=55' (retrieved data). Then, according to the flowchart of FIG. 45, the search report unit produces a 'data found' message with the format of FIG. 16 to inform the requesting terminal 41 of the successful search result. It obtains the connection to the terminal 41 from the search keyword '5' and transmits the 'data found' message to the requesting terminal 41 by activating the communication controller." (19:58-20:11.)<br><br>"[A] primary transformation unit, disposed in each primary server, for processing a given search keyword to derive a specific primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located" (7:52-57.)<br><br><br><br>FIG. 1 |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | "According to the present invention, the entire coverage area of a network is divided into a plurality of primary areas, and each primary area is subdivided into a plurality of secondary areas. Primary and secondary servers are deployed in the network, one for each individual primary area and secondary area, respectively. The primary servers employ a primary hash function that processes a given search keyword to derive a primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located. Further, the primary servers have a secondary hash function that processes a given search keyword to derive a specific secondary server identifier indicating one of the secondary servers that is located in the same primary area as their own and has a record corresponding to the given search keyword. The secondary servers are also equipped with the same secondary hash function as the primary servers'. Those two hash functions are used in both data registration and data retrieval processes." (28:12-32.) |
| | **Obviousness of Location Information:** To the extent that Kove contends that Minami does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.) |
| | RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.) |
| | "DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*) |
| | "The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.) "In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.) A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034. <br><br> ``` SRI-NIC.ARPA.   A      26.0.0.73                 A      10.0.0.51                 MX     0 SRI-NIC.ARPA.                 HINFO  DEC-2060 TOPS20 ``` <br>(*Id.*, 37.) |
| **[18.e]** if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below. "(D-2-2) The secondary server 120 receives this data retrieval request message through its communication controller, and initiates a process of FIG. 42 by activating its data retrieval unit that deals with the data retrieval message class. Since the received message is identified as a data retrieval request message, the data retrieval unit takes a process flow of F423, whose main part is shown in FIG. 43. In F423, the data retrieval unit first extracts a search keyword '5' from the request message, saves this search keyword and the connection identifier for the terminal 50 for later use, and then searches its own regular data storage for a record relevant to the extracted search keyword '5.' In this |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| data location server contains the location string. | CASE (2), however, this search ends up with no matches. The data retrieval unit then applies its secondary hash function to the search keyword '5,' thus obtaining a secondary hash value of '3.' Since this secondary hash value '3' does not match with its own secondary server identifier '2,' the secondary server 120 produces a local replicated data retrieval request message (FIG. 13) on the basis of the data retrieval request message in process. This new message, having a value of '2' in its secondary server identifier field, is transmitted by the communication controller to another secondary server 130 whose secondary server identifier is known to be '3.'" (20:27-50.)

"In the present invention, data retrieval is carried out by tracing just the same hierarchical path. Suppose, for instance, that a terminal located in the secondary area 3 *a* has sent a data retrieval request to the secondary server 5 *a*, along with a specific search keyword. Upon receiving this request, the secondary server 5 *a* tries to search its own data storage by using the given search keyword information. If no match is found, then the secondary server 5 *a* identifies another secondary server in the same primary area 2 *a* by activating its own secondary transformation unit 8 and requests the identified server to make a search. That secondary server attempts to retrieve a record relevant to the given search keyword, as requested by the secondary server 5 *a*. If it is still unable to find such a record, the secondary server, now acting as an agent for the secondary server 5 *a*, sends the data retrieval request to the primary server 4 *a* in the same primary area 2 *a*. The primary server 4*a* forwards the request to another primary server that is identified by using its own primary transformation unit. That primary server further forwards the request to a secondary server that is found within its own coverage area by using a secondary transformation unit of its own. The secondary server searches its local data storage as requested by the primary server." (8:61-9:15.)

"A primary hash function unit 109 and secondary hash function unit 111 are used to obtain a primary and secondary server identifiers, respectively, from a given search keyword." (10:43-46.)

"As a background knowledge, the following few paragraphs present a brief description of hash functions used in the present embodiment, assuming the area division illustrated |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | in FIG. 2. Generally, hash function is a transformation that takes a variable-size input (a search keyword in the present case) and returns a fixed-size string, which is called the hash value. In the present invention, the data management servers use two kinds of hash functions called "primary hash function" and "secondary hash function." It is noted here that all primary servers commonly use the same primary hash function, while each primary server and its subordinate secondary servers (i.e., secondary servers in that server's primary area) share a common same secondary hash function of their own. In other words, the primary and secondary servers in different primary areas use different secondary hash functions." (14:6-20.) |
| **[24]** The system of claim 18, wherein the location information comprises a portion of a hash table distributed over the plurality of data location servers. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.<br><br>Minami describes data retrieval using a hash function. (19:35-23:37.) For example, "(D-2) The secondary server 120 receives this data retrieval request message through its communication controller, and initiates a process of FIG. 42 by activating its data retrieval unit that deals with the data retrieval message class. Since the received message is identified as a data retrieval request message, the data retrieval unit takes a process flow of F423, whose main part is shown in FIG. 43. In F423, the data retrieval unit first extracts a search keyword '5' from the request message, saves this search keyword and the connection identifier for the terminal 50 for later use, and then searches its own regular data storage for a record relevant to the extracted search keyword '5.' In this CASE (2), however, this search ends up with no matches. The data retrieval unit then applies its secondary hash function to the search keyword '5,' thus obtaining a secondary hash value of '3.' Since this secondary hash value '3' does not match with its own secondary server identifier '2,' the secondary server 120 produces a local replicated data retrieval request message (FIG. 13) on the basis of the data retrieval request message in process. This new message, having a value of '2' in its secondary server identifier field, is transmitted by the communication controller to another secondary server 130 whose secondary server identifier is known to be '3.'" (20:27-50.)<br><br>"[A] primary transformation unit, disposed in each primary server, for processing a given search keyword to derive a specific primary server identifier indicating one of the |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located" (7:52-57.)



FIG. 1

"According to the present invention, the entire coverage area of a network is divided into a plurality of primary areas, and each primary area is subdivided into a plurality of secondary areas. Primary and secondary servers are deployed in the network, one for each individual primary area and secondary area, respectively. The primary servers employ a primary hash function that processes a given search keyword to derive a primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located. Further, the primary servers have a secondary hash function that processes a given search keyword to derive a specific secondary server identifier |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | indicating one of the secondary servers that is located in the same primary area as their own and has a record corresponding to the given search keyword. The secondary servers are also equipped with the same secondary hash function as the primary servers'. Those two hash functions are used in both data registration and data retrieval processes." (28:12-32.)<br><br>**Obviousness of Hash Function:** To the extent that Kove contends that Minami does not disclose this limitation, and this claim is construed to require a hash function, the subject matter as a whole of each claim, including this limitation, would have been obvious to one of skill in the art before the invention. The specification of the asserted patents themselves concede that the "preferably applied" hash function used to organize the data location information across the plurality of data location servers was "well-known" in computer science. ('170 patent, col. 15:12-18.) Numerous other publications before the filing of the Patents-in-Suit describe the use of hash functions to organize location information across servers in distributed systems. Courts have also recognized that hash functions are "generic and basic mathematical or algorithmic functions that do not make a patent inventive." *Symantec Corp. v. Zscaler, Inc.*, No. 17-cv-04426-JST, 2018 WL 1456678, at *7 (N.D. Cal. March 23, 2018). One skilled in the art would be familiar with the use of consistent hashing in a distributed network. Karger '618/420 states that it was well understood "for clients to use a standard hash function to determine from which server to request a document." ('420 patent, 3:23-50; '618 patent, 3:18-44.) "In one embodiment, the mapping of requests [e.g., for a document] and resources [e.g., servers] to the mathematical mapping space is accomplished with a hash function. A hash function takes an input (k) and returns an output in a given range. Hash functions can be used to allocate pointers or keys to a location in a hash table, which is a data structure having a specified number of locations or 'slots.' If h(k) is a hash function, key (k) is said to hash to a hash table location h(k). A goal in designing a hash function is for each key (k) to be equally likely to hash to any of the locations in the hash table. An approach to achieve this is to derive the hash function in a way that is expected to be independent of any patterns that might exist in the data." ('420 patent, 10:22-34; '618 patent, 10:13-25.) Karger '420/618 discloses a "consistent hashing" function, which "avoids increasing load and spread when the number of servers changes." ('420 patent, 6:29-41; '618 |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | patent, 6:21-33.) "Networked distributed file systems, groups of computers that store large amounts of data on an intranet or internet, and have too much information to effectively serve on one server, can use the invention to great benefit." ('420 patent, 19:47-50; '618 patent, 18:14-17.) Thus, one skilled in the art would recognize that consistent hashing as taught by Karger '420/618 could be used to improve the operation of a distributed system such as disclosed by Minami when a server is added to or removed from that system.<br><br>**Obviousness of Location Information:** To the extent that Kove contends that Minami does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, the "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.)<br><br>RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.)<br><br>"DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*)<br><br>"The domain name space is a tree structure. Each node and leaf on the tree corresponds to a resource set (which may be empty). … The domain name of a node is the list of the labels on the path from node to the root of the tree." (*Id.*, 7.) "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs)." (*Id.*, 11-12.) A particular RR includes the "owner" "which is the domain name where the RR is found" and the "type," which may be "A" "a host address," "CNAME," which "identifies the conical name of an alias," "HINFO," which "identifies the CPU and OS used by a host," or "MX," which "identifies a mail exchange." (*Id.*, 12.)<br><br>"In addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in |

| U.S. Patent No. 7,103,640 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claim 24, Karger '618/420 |
|---|---|
| | interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.,* 17.) <br><br> A domain name is represented by a "dotted quad" in symbolic form (e.g., SRI-NIC.ARPA) and associated address of the domain name is a "dotted quad" in numeric form, the so-called IP-address (e.g., 26.0.0.73). This example is shown below from RFC1034. <br><br> ``` SRI-NIC.ARPA.    A       26.0.0.73                  A       10.0.0.51                  MX      0 SRI-NIC.ARPA.                  HINFO   DEC-2060 TOPS20 ``` <br><br> (*Id.,* 37.) |

<u>**Exhibit 3A: Invalidity Claim Chart Against U.S. Patent No. 7,233,978 in View of OracleNamesAdminGuide, OracleUnleashed,**</u>
<u>**Steen, and/or Wolff**</u>

Amazon asserts that claims 1, 3, 6, 10, 14, and 31 of U.S. Patent No. 7,233,978 ("the '978 patent") are rendered obvious by OracleNamesAdminGuide, OracleUnleashed alone or in combination with OracleUnleashed, Steen, and/or Wolff. OracleNamesAdminGuide, OracleUnleashed, and Steen each qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because they were all publicly available before the earliest possible priority date of July 8, 1998 and more than a year before Kove's October 28, 1999 claimed priority date for the '978 patent. Wolff is prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it has a filing date of April 15, 1998, as a continuation in part of App. No. 08/905,307 filed August 1, 1997, with priority to provisional applications filed March 6, 1998 (App. No. 60/077,146) and August 2, 1996 (App. No. 60/023,218). The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and Amazon reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

This claim chart reflects the additional requirements for the claims based on Kove's statements in reexamination and are consistent with Amazon's proposed constructions reflecting those statements. *See* Dkt. 539. Specifically, based on Kove's statements and Amazon's proposed constructions, claims 1, 3, 6, 10, 14, and 31 also require that the location servers be organized in a non-hierarchical cluster structure, that each location server be able to respond to any location request with either the location of the data or the location of a server known to contain the requested location data without an intervening traversal, and that each request must be resolved in two or fewer traversals. As described below, OracleNamesAdminGuide alone or in combination with Steen or OracleUnleashed renders obvious each claim regardless of Kove's arguments based on additional limitations.

Furthermore, the following list includes examples of specifically where certain '978 patent claim elements are found in each reference.

**OracleNamesAdminGuide & OracleUnleashed:**

- Client:                              client appliances
- Identifier:                        service name
- Location string/information:    connection description
              (host name, port, and database instance)
- Location server:                Names Server
- Hash function:                  hash function

**Steen:**

- Client:                              client
- Identifier:                        object name
- Location string/information: object tag & addresses
- Location server:                directory nodes
- Hash function:                  hashing based methods

1

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| **[1.Preamble]** A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | To the extent any preamble is limiting, OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses an Oracle database system for managing data stored in a distributed network and method of using the same. As shown below in Figure 2-1, OracleNamesAdminGuide teaches an Oracle database system having multiple Oracle Names Servers for retrieving location information for data stored in a distributed network. For instance, OracleNamesAdminGuide describes an Oracle7 system that provides user access to a distributed database network. OracleNamesAdminGuide teaches the system components include SQL*Net functionalities that allow users to request data that is located in the system using Names Servers in a flat, non-hierarchical configuration.[1]  OracleNamesAdminGuide Fig. 2-1 |

[1] *See, e.g.*, OracleNamesAdminGuide at 5, 32.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | Further, OracleNamesAdminGuide teaches that its system receives a client's query for location information associated with a network-service-name-alias (i.e., identifier string). A POSITA would have understood that OracleNamesAdminGuide's connection descriptor is "location information" because each descriptor pertains to a location of data and identifies that location using the host name, port, and database instance: |
| | Oracle Names product … makes network address and database link information in an enterprise-wide distributed database network available to all nodes throughout the network.[2] |
| | [A]ddress [is a] unique network location used to identify a network object such as a database service, client, Interchange, or Names Server. TNS addresses have a specific format. Addresses must be unique.[3] |
| | [C]onnect descriptor [is a] specially formatted description of the destination for a network connection. Connect descriptors are constructed using a set of keywords and values. They are mapped to *service names* to provide more convenient reference.[4] |
| | As OracleNamesAdminGuide explains, a database instance is a virtual collection of |

---

[2] OracleNamesAdminGuide at 5.

[3] *Id.* at 199.

[4] *Id.* at 200 (emphasis in original); *see also id.* at 129 (BONES.DEM.MEDICINE identifier example that includes host name, port, and database instance). A POSITA would have understood that a "host name" may include a direct IP address or a host name that uses DNS to obtain an IP address.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | data where a server may store multiple database instances and the network may connect to multiple servers storing database instances. A POSITA would have understood that the database server will store multiple databases where each server connects to OracleNamesAdminGuide's network. |
| | OracleNamesAdminGuide teaches a system that uses a non-hierarchical "flat naming model."[5] The below illustration shows how OracleNamesAdminGuide's non-hierarchical configuration mirrors Kove's statements that the '170 Patent requires a non-hierarchical configuration. In each of these non-hierarchical configurations, the network is flat, resulting in a client being able to send a query to any location server in the network. Each of these non-hierarchical configurations doesn't have a local region and doesn't require a location query to travel up or down a network "tree" to reach a root server.[6] |

[5] OracleNamesAdminGuide at 40-41.
[6] *Compare* OracleNamesAdminGuide at 45 & 52 *with* 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 22-23.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | 

OracleNamesAdminGuide specifies that this system is non-hierarchical because "[a]ll names are unique within a single domain—the WORLD domain. The WORLD domain is predefined in the Oracle Network Manager for customers choosing a flat naming model."[7] And OracleNamesAdminGuide details that its flat non-hierarchical configuration is different from a hierarchical configuration for large-scale applications of more than 100 services.[8] Below, OracleNamesAdminGuide's Figure 3-8 illustrates how a system having the "flat" non-hierarchical configuration differs from other systems having a hierarchical configuration.[9] POSITAs using real-world Oracle7 |

[7] OracleNamesAdminGuide at 40.
[8] OracleNamesAdminGuide at 40-41.
[9] OracleNamesAdminGuide at 44-45.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | systems employed OracleNamesAdminGuide's non-hierarchical configuration because such systems typically involved less than 100 services.[10] |



Figure 3 – 8 Two Centralized Administration Alternatives

Further, OracleNamesAdminGuide's non-hierarchical configuration meets the purported requirements for the "redirect messages" limitations. As shown above in Figure 3-8, OracleNamesAdminGuide's non-hierarchical system has an upper Names

---

[10] OracleNamesAdminGuide at 40-41.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | Server and a lower Names Server that cumulatively store all the location strings known in the system. When the upper Names Server receives a client's query but lacks the location string to answer that query, OracleNamesAdminGuide teaches the upper Names Server transmits a message to the client where the message includes in the address of the lower Names Server housing the location string. The client uses that address to calculate the location of the lower Names Server, then the client sends its data location request to the lower Names Server.[11] |
| | A POSITA would understand that a similar scenario transpires when the lower Names Server receives a client's query but lacks the location string to answer that query. This results in the lower Names Server transmitting a message to the client containing the address of the upper Names Server housing the location string. The client uses that address to calculate the location of the upper Names Server, then the client sends its data location request to the upper Names Server.[12] |
| | As shown above in Figure 3-8, OracleNamesAdminGuide teaches an embodiment with a non-hierarchical system having just two Names Servers. In the embodiment with two Names Servers, a POSITA would understand that the first queried Names Server will return address information that the client uses to determine the second Names Server that contains the sought-after location string.[13] Thus, if the first Names Server doesn't have the location string for client's query, the first Names Server will always transmit a redirect messages to the client having information to calculate the location of the second Names Server containing the location string. |

---

[11] *See* OracleNamesAdminGuide at 137.

[12] *See* OracleNamesAdminGuide at 137.

[13] *See* OracleNamesAdminGuide at 44-45, 137.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | Further, even if a POSITA wouldn't have understood this from OracleNamesAdminGuide alone, it would have been obvious based on Steen's teachings. Steen describes a location service in a system for "locating mobile objects in a worldwide system": |

<div style="margin-left:2em">

*Locating mobile objects* in a worldwide system requires a scalable location service. An object can be a telephone or a note-book computer, but also a software or data object, such as a file or an electronic document. Our service strictly separates an object's name from the addresses where it can be contacted. This is done by introducing a location-independent object handle. An object's name is bound to its unique object handle, which, in turn, is mapped to the addresses where the object can be contacted. To locate an object, we need only its object handle. We present a scalable location service based on a worldwide distributed search tree that adapts dynamically to an object's migration pattern to optimize lookups and updates.[14]

</div>

Steen explains that, in distributed systems, there can be multiple instances of the same data or service:

<div style="margin-left:2em">

In distributed systems, this way of locating a service is also known as anycasting: *a client requires a particular service, but is really not interested in which server will handle the request*. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's

</div>

---

[14] Steen at Abstract.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | name resolved to the object handle, which is then subsequently resolved to the address of *any server that can handle the request*.[15] |
| | A POSITA would have appreciated that Steen's principle of "anycasting" allows for faster resolution of clients' requests because multiple servers can resolve any given query. As a result, a POSITA would have been motivated by OracleNamesAdminGuide's goal of "lightning fast" resolution to incorporate anycasting to its data storage. This would have resulted in multiple data repositories where each server connects to OracleNamesAdminGuide's Names Service (i.e., location server network). |
| | As shown below in Figure 2-1, OracleNamesAdminGuide explains that its system includes a network of Names Servers.[16] A POSITA would have understood that these Names Servers are the claimed "location servers." Kove has asserted a "location server" is "a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to location request messages from clients." |

[15] Steen at 105.
[16] OracleNamesAdminGuide at 4.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
|  |  OracleNamesAdminGuide Fig. 2-1 A POSITA would have understood that OracleNamesAdminGuide's Names Server is a "location server" because it's a network-attached server that maintains data location mappings to service client requests. For instance, OracleNamesAdminGuide states that each Names Server attaches to the network and maps data locations to objects that clients may request: Oracle Names makes network address and database link information available to all nodes throughout the network. *Each database server's network address is stored with a name that is used to identify it. Client* |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | *applications can then request a database connection with a simple name rather than a lengthy address.*[17]<br><br>*The Names Server has a single purpose: to resolve, or assist in resolving, a client-initiated name request.* It interprets the request, then looks up the name in its cache, or it calls a Names Server in another region. The response or error conditions are passed back to the client. [18]<br><br>And as shown below in Figure 2-2, each Names Server connects to a client and includes a processor and a cache memory for resolving location queries from clients.[19] OracleNamesAdminGuide explains that the "user and application developer are exposed only to the name of a network object. No knowledge of the connection path is required…. When making a connection, the client specifies the name of a destination and Oracle Names provides the address."[20] |

---

[17] *Id.* at 20.
[18] *Id.* at 5; *id.* at 32 ("We recommend that you set up at least two Names Servers for fault tolerance."), 36 (explaining that each region has "one or more Oracle Names Servers").

[19] *Id.* at 32-33.
[20] OracleNamesAdminGuide at 22.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | <br><br>OracleNamesAdminGuide Fig. 2-2<br><br>Further, OracleNamesAdminGuide discloses that its system has at least two Names Servers on the network for fault tolerance and load balancing: "Oracle recommends that each administrative region should have at least two Names Servers. If one Names Server is unavailable, clients will automatically forward requests to the other…. There is also an issue of network loading, or load balancing. Although any given Names Server is only engaged for a short period of time when a client initiates a connection, the goal is to keep name resolutions lightning fast…. [L]oad balancing across multiple Names Servers can increase system performance."[21]<br><br>Further, OracleUnleashed and/or Steen teaches it would have been obvious to have OracleNamesAdminGuide's system include a plurality of location servers. For instance, |

[21] *Id.* at 60.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff** |
|---|---|
| | as illustrated below in Figure 19.4, OracleUnleashed describes the benefits of partitioning a dataset into "smaller, easier-to-manage pieces": |

A new feature of Oracle8 is that of partitioning. Partitioning enhances Oracle's support for very large databases as ***partitioning breaks tables and indexes into smaller, easier-to-manage pieces,*** storing these pieces at the tablespace level. Partitioned tables/indexes are nothing more than a logical collection of tablespaces (see Figure 19.4).

***Partitioning greatly enhances database performance. This performance can be monitored and adjusted*** in a variety of manors. Read/write activity can be load-balanced among the disk drives/disk arrays. The Oracle optimizer recognizes partitions and can select from partitions that contain the data being selected. The Oracle Parallel Server can divide work based on the number of partitions.

Availability is higher, backups are easier, and recovery is shorter. High availability is the single goal of most computer systems. Recovery and time to recover are always an issue. Downtime for maintenance or backups is not possible with some applications. Machine failures are inevitable. Partitions can be backed up online, individually, and only the ones that have changes. This makes the backup/recovery process much quicker. If recovery is needed, the other partitions not affected are still available online.

Administration and tuning is much easier. ***Oracle8 partitioning has many features that make partitions easy to create, move, split, and so***

|  | *on.* One can even swap in an existing non-partitioned table structure and data to an existing table partition. Tuning is enhanced with additional indexing features available.[22]<br><br><br><br>A POSITA would have been motivated by OracleUnleashed's descriptions of the performance benefits of partitioning to apply its teachings to any of OracleNamesAdminGuide's underperforming Names Servers. A POSITA would have had a reasonable expectation of success because both OracleUnleashed and OracleNamesAdminGuide describe the same product lines and intended to be used in |
|---|---|

FIGURE 19.4.
Oracle tablespace layout example.

---

[22] OracleUnleashed at 424-25.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | conjunction with each other.

Further, Steen describes a system for managing the location of data on a distributed network. As explained by Steen, a single server providing location information can be overwhelmed with too much data or too many requests: "higher-level directory nodes not only have to handle a relatively large number of requests, they also have enormous storage demands." [23] To avoid this potential strain on a system, Steen teaches partitioning a directory server with location information into a flat, non-hierarchical group of "subnode" location servers: "Our solution is to partition a directory node into one or more directory subnodes such that each subnode is responsible for a subset of the records originally stored at the directory node."[24] Below, a portion of Steen's Figure 6 includes annotations illustrating this non-hierarchical group of locations servers. |

[23] Steen at 107-08.
[24] Id.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | <br><br>A POSITA would have understood that Steen's partitioned group of location servers organized in a non-hierarchical configuration results in each server containing a subset of the data location information originally stored on the first location server. Further, a POSITA would have been motivated to adopt Steen's partitioning approach for grouping OracleNamesAdminGuide's Names Servers to maintain "lightning fast" resolutions to data queries.<br><br>Thus, applying either (1) OracleUnleashed's teachings toward partitioning servers and datasets or (2) Steen's teachings toward partitioning a location server into a group of servers to OracleNamesAdminGuide's Names Servers would have rendered obvious that the data location server network has a plurality of data location servers. |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | Accordingly, OracleNamesAdminGuide, OracleUnleashed, and Steen disclose or render obvious the claim preambles. |
| **[1.a]** a first location server containing a first set of location information corresponding to at least one entity, the location information comprising an identifier and at least one location string associated with the identifier, wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity | See above evidence regarding claim limitation 1.pre. Further, OracleNamesAdminGuide renders obvious the association of identifiers and location strings pertaining to the entities.

OracleNamesAdminGuide teaches that each data entity is located at a network address associated with a network-service-name-alias, which is an identifier string. OracleNamesAdminGuide uses a network-service-name-alias as an identifier string to easily refer to desired data entities on the distributed database network and to obtain connection information from the Names Server. OracleNamesAdminGuide explains that using such aliases allow customers to request data entities from databases using a simple name rather than a lengthy network location address:

> Oracle Names makes network address and database link information available to all nodes throughout the network. *Each database server's network address is stored with a name that is used to identify it. Client applications can then request a database connection with a simple name rather than a lengthy address.*"[25]

[A]liases [are] so that users can connect to a database or use a database link by using a simple name instead of having to specify the global |

[25] OracleNamesAdminGuide at 20.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | database name or global database link name (that is, the fully–qualified name).[26] |

A POSITA would have understood OracleNamesAdminGuide's network-service-name-alias refers to the alias that the system uses on the client-side of a client-server connection. A POSITA would have understood that Oracle literature uses "alias" in other contexts, such as server-side aliases and object aliases. Because those other types of aliases are different and distinct from aliases used on the client-side of an Oracle7 system, these charts refer to client-side identifiers as network-service-name-aliases.

Further, OracleNamesAdminGuide explains that each data entity is associated with a respective identifier string in each data repository (e.g., a database server). For instance, OracleNamesAdminGuide specifies each data entity is associated with a network-service-name-alias, connect string, and database service name:

> An Oracle Names Server stores names and addresses for network services such as databases or MultiProtocol Interchanges, database link definitions, and object aliases.

> The Names Server stores the following types of objects, which are described below:

> • *database service names—The service name is the global database name that is mapped to the SQL\*Net descriptor.* The combination of a listener address and connect data make up a connect descriptor that locates a database service. Gateways to non–Oracle

---

[26] *Id.* at 101.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | databases and Oracle RDB databases are also stored. |
| | • database links—Global database links are automatically created to each defined database from all database servers in the network. These links are made available to all users. |
| | • *aliases—You can assign service name aliases as alternate names for any defined database service or database link. Service name aliases are resolved as if they were the original object.* |
| | • V1 connect strings—A V1 *connect string can be mapped to a service name in the Oracle Names database. The service name you enter acts as an alias for the SQL\*Net V1 connect string*, making it easy to access a server in a network that still uses SQL\*Net V1.[27] |
| | Thus, a POSITA would have understood that each network-service-name-alias is the claimed "identifier string" because it's a unique encoding that identifies an entity and that is associated with a connection descriptor (i.e., location information) in a Names Server. |
| | Further, a POSITA would have understood that each identifier string in OracleNamesAdminGuide's system is associated with a data entity, and not simply a data repository (e.g., a database server). Each of OracleNamesAdminGuide's database servers is a physical device that will house multiple virtual database instances. In Reexamination Control No. 90/019,034, the Examiner noted that Kove's assertion that |

---

[27] *See* OracleNamesAdminGuide at 23.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | OracleNamesAdminGuide "does not teach an identifier that uniquely identifies a single entity is not factual."[28] The Examiner stated that, in its flat, non-hierarchical configuration, OracleNamesAdminGuide's system has one domain that contains all identifier strings (e.g., names) where each string uniquely identifies a single entity (e.g., object). In support, the Examiner included OracleNamesAdminGuide's Figure 3-5 and its quote: "All names in the WORLD domain must be unique. The Network Manager has a validation feature that ensures that all names you enter are unique."[29]<br><br>To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose "the data is associated with a respective identifier string in each data repository," a POSITA would have found obvious this limitation. OracleNamesAdminGuide teaches using identifier strings to identify location on a network. A POSITA would have appreciated that the network would include data repositories. And a POSITA would have understood that all data entities stored on the data repositories are associated with respective identifier strings, and that the identifier strings are all stored collectively in the location server network.<br><br>Based on the above teachings, OracleNamesAdminGuide discloses or renders obvious in light of OracleUnleashed and/or Steen the preambles' system for managing data stored in a distributed network. |
| **[1.b]** a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first | See above evidence regarding claim limitation 1.pre. As explained, OracleNamesAdminGuide teaches the use of multiple Names Servers, while both Steen and OracleUnleashed teach partitioning a server to split its load over multiple servers. As explained, a POSITA would understand that the partitioned location servers would |

---

[28] 10/27/2022 Final Office Action in Reexamination Control 90/019,034 at 21.

[29] *Id.* at 17 (citing and quoting OracleNamesAdminGuide at 40-41).

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| set of location information; and | contain at least first and second sets of location information. |
| **[1.c]** programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity. | OracleNamesAdminGuide discloses this claim element or renders it obvious alone or in view of OracleUnleashed and Steen. OracleNamesAdminGuide teaches its Names Server (i.e., location server) receives a query for a connection descriptor (i.e., location information) associated with a network-service-name-alias (i.e., identification string). As shown below in the example for Figure 3-1, OracleNamesAdminGuide explains that, in response to the POULTRY query (step 1), the Names Server checks whether it contains location information associated with the identification string for POULTRY.WORLD (step 2). If it does, the Names Server sends the location information, including the host name, port, and database instance, to the client (step 2). As shown below in Figure 3-1, steps 3-4 include the client using the location information to calculate a location of the data associated with the POULTRY.WORLD alias.[30] |

[30] *See* OracleNamesAdminGuide at 52-53; *see also id.* at 22 ("When making a connection, the client specifies the name of a destination and Oracle Names provides the address."), 51-52 ("When the name is successfully resolved, the client uses it to connect to the intended destination.").

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| |  OracleNamesAdminGuide Fig. 3-11<br><br>Further, OracleNamesAdminGuide teaches another example to illustrate the QUERY command in which the client sends a data location request containing the identification string for BONES.DEM.MEDICINE. If the queried Names Server contains the location string associated with that identification string, then it transmits location information, including "ADDR:...(DESCRIPTION=(ADDRESS= (COMMUNITY=tcp)(PROTOCOL=TCP) (Host=cowboy) (Port=1522))(CONNECT_DATA=(SID=rodeo)))" to the client.[31] Like the example in Figure 3-1, the client uses the location information (e.g., host cowboy, port 1522, database rodeo, connection type TCP) to calculate the location of the data associated with the BONES.DEM.MEDICINE alias. |

[31] *See* OracleNamesAdminGuide at 128-29.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | OracleUnleashed or Steen's teachings further render obvious claim element 10.c. In each of Steen and OracleUnleashed, the purpose of a location service is getting the desired location information to the requesting client. As a result, it would have been appreciated by a POSITA that any system designed to help locate data, like Steen's and OracleUnleashed's, would return the requested information to the client if it contained it.

Thus, based on OracleUnleashed or Steen, a POSITA would have been motivated to have OracleNamesAdminGuide's Names Server, if it contains the location information associated with the network-service-name-alias (i.e., identifier string) provided in the data location request, then it transmits location information for use by the client to calculate a location of the data associated with the alias. For instance, this would have resulted in the effective use of SQL*Net functionality, and improve query efficiency and optimization of Oracle7 systems to ease users' ability to find their desired data. |
| [3] The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location | Claim element 10.d addresses the scenario of how the system will respond if a location server doesn't have a location string associated a client's requested identification string. In that scenario, this claim element requires that the system transmit a redirect message to the client where the message contains information useable by the client to calculate the location of a different location server that has the relevant location string. The prior art discloses or renders obvious this claim element.

    (1)    **OracleNamesAdminGuide discloses or renders obvious transmitting a redirect message to the client.**

OracleNamesAdminGuide teaches that each Names Server is configured to transmit a |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query. | redirect message to the client if the identification string isn't associated with a location string at the Names Server which received the client's data location request message. And OracleNamesAdminGuide discloses that the redirect message contains information for use by the client to calculate a location of a different Names Server where that different Names Server contains the location string.

Like the '978 Patent, OracleNamesAdminGuide discloses that its system will periodically have changes in location information when the network administrator adds a new database or Names server and/or alters a database's address.[32] When those changes occur, the administrator will refresh the memories of the system's Names Servers which results in updates to the identifier strings associated with location strings of the databases.[33] At times, this process of refreshing the memories will result in some, but not all, Names Servers having the location string for a particular data entity.[34]

As shown in the below table, OracleNamesAdminGuide discloses two configurations for addressing how the system will respond if a Names Server doesn't have a location string associated with a client's requested identification string.[35] |

---

[32] *E.g.*, '978 Patent at 6:22-7:4; OracleNamesAdminGuide at 45.

[33] *See* OracleNamesAdminGuide at 45.

[34] *See* OracleNamesAdminGuide at 45, 104 ("A method for requesting to add, change, or delete network objects and their associated names from the Names Server is required…. The administrator can then modify the data and refresh the Names Servers at regular intervals."); *see id.* at 37, 199 (describing different refresh frequencies in Names Servers' cache memories).

[35] OracleNamesAdminGuide at 137.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
|  | <table><tr><td>**Configuration 1 (Forwarding Enabled)**</td><td>**Configuration 2 (Forwarding Disabled)**</td></tr><tr><td>The initial Names Server that received the request will forward the request to a second Names Server containing the requested location string, the second Names Server will return the location string to the initial Names Server, then the initial Names Server will return the location string to the client.</td><td>The initial Names Server that received the request will send a message to the client where the message contains the address of a second Names Server containing the requested location string, then the client will send its request to the address of the second Names Server.</td></tr></table><br>OracleNamesAdminGuide explains that its system will alternate between these two configurations based on the network administrator turning on and off the SET FORWARDING_AVAILABLE command.[36] OracleNamesAdminGuide teaches that it's desirable to disable the forwarding function to lessen the workload on each Names Server by having the client, rather than the initially-requested Names Server, calculate the location of the different Names Server that has the requested location string.[37] OracleNamesAdminGuide states the administrator is able to turn off this command in all Names Servers on the network.[38]<br><br>When the administrator has turned off the forwarding command, |

---

[36] *Id.*

[37] *E.g.*, OracleNamesAdminGuide at 137; *see also id.* at 119-20 (explaining forwarding command will "Turn on or off name request forwarding for a Names Server").

[38] *See* OracleNamesAdminGuide at 119-20, 137.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | OracleNamesAdminGuide discloses that the initially requested Names Server that doesn't have the answer to the client's query "tells the requestor [i.e., client] the address of the Names Server that can answer the request."[39] The message containing the address of the different Names Server corresponds to the claimed "redirect message." While OracleNamesAdminGuide states that its system may have Names Servers with "identical data," a POSITA would have understood that this is generally the case when the basic configuration of having one Names Server and one backup Names Server. A POSITA would understand that for more complicated configurations including the partitioned servers taught by OracleUnleashed and Steen, the servers would not contain identical data, but portions of the full set.<br><br>Below, OracleNamesAdminGuide's Figure 3-8 illustrates how this redirect message meets all the requirements of claim element 10.d. Figure 3-8 depicts a non-hierarchical system with an upper Names Server and a lower Names Server that cumulatively store all the location strings known in the system. As OracleNamesAdminGuide explains, when the upper Names Server receives a client's query but lacks the location string to answer that query, a POSITA would understand the upper Names Server transmits a message to the client where the message includes in the address of the lower Names Server housing the location string. The client uses that address to calculate the location of the lower Names Server, then the client sends its data location request to the lower Names Server.[40] |

---

[39] OracleNamesAdminGuide at 137.
[40] *See* OracleNamesAdminGuide at 137.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | <br><br>OracleNamesAdminGuide Fig. 3-8 (Upper Portion)<br><br>A POSITA would understand that a similar scenario transpires when the lower Names Server receives a client's query but lacks the location string to answer that query. This results in the lower Names Server transmitting a message to the client containing the address of the upper Names Server housing the location string. The client uses that address to calculate the location of the upper Names Server, then client sends its data location request to the upper Names Server.[41]<br><br>To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose each Names Server will transmit a "redirect message" if it lacks the relevant location string, a POSITA would have found this limitation obvious. For instance, to optimize query efficiency, a POSITA would have found it obvious to have each Names Server in OracleNamesAdminGuide's non-hierarchical configuration be able to transmit a |

[41] *See id.*

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | redirect message to the client having information the client can use to calculate the location of a different Names Server that contains the requested location string. A POSITA would have been motivated to do so because this would further the use of OracleNamesAdminGuide' s SQL *Net and Names Servers to respond to certain data requests and lessen the workload of the initially-requested Names Server because it no longer needs to perform forwarding functions to other servers containing the requested information.<br><br>Moreover, a POSITA would have been motivated to do so because providing a redirect message to calculate the location of a different Names Server would improve the ability of OracleNamesAdminGuide's system to locate the client's requested information. To accomplish this, a POSITA would have designed OracleNamesAdminGuide's system to detect and resolve problems without placing the burden on the user. This is the DBA's inherent role, and the clear benefits for the user would have motivated a POSITA to modify OracleNamesAdminGuide in this way.<br><br>Kove has asserted that, the claims "non-hierarchical configuration" requires that "the location server must be able to receive a location query from a client and return a '**redirect message to the client** if the queried location server does not contain data location information relevant to the entity identified in the query, **the redirect message comprising information for finding a location server storing the entity identified in the query**."[42] OracleNamesAdminGuide discloses or renders obvious Kove's asserted requirement for claims 10 and 14 alone or in view of OracleUnleashed and Steen. This is because a POSITA would understand that OracleNamesAdminGuide's teachings toward redirect messages and a non-hierarchical system with two Names Servers |

---

[42] 09/28/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,034 at 36 (emphasis in original).

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | (Figure 3-8) establish that the first queried Names Server will return address information that the client uses to determine the second Names Server that contains the sought-after location string.[43] Amazon hasn't presented evidence toward OracleNamesAdminGuide's non-hierarchical configuration, e.g., Figure 3-8, in any previous proceeding or reexamination. |
| | Further, Kove has asserted that OracleNamesAdminGuide doesn't disclose this claim element because the initially-requested Names Server "simply tells the querying server what that next server is" in the network path, rather than the Names Server containing the location string.[44] But this assertion lacks merits for at least two reasons. First, OracleNamesAdminGuide describes an embodiment having a non-hierarchical configuration, e.g., Figure 3-8, that is a flat network architecture without any Names Servers connecting upward toward a root server.[45] Second, even if OracleNamesAdminGuide's system were limited to hierarchical configurations, the '978 Patent purports to be a continuation-in-part of the '640 Patent which acknowledges those configurations still provide redirect messages sent to a second Names Servers functioning as the claimed "client." For instance, '640 claim 25 recites "a plurality of servers related in a *logical hierarchy* between the client and the data location servers, wherein *each of the plurality of servers is configured to function as a next client and retransmit the data location request to a next logically associated server until a data location server receives the data location request.*" This establishes that returning the address of next location server above it in the network path would meet "redirect message" limitation because that server would "function as a next client." |

---

[43] *See* OracleNamesAdminGuide at 44-45, 137.
[44] *See* 08/28/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,034 at 39.
[45] *See* OracleNamesAdminGuide at 44-45, 137.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | Kove has asserted that OracleNamesAdminGuide doesn't disclose this claim element because disabling the SET FOWARDING_AVAILABLE command results in the client being not capable of redirecting their requests as Names Servers would for "foreign names."[46] But this argument has no merit. In the flat, non-hierarchical configuration, OracleNamesAdminGuide has only one domain, e.g., WORLD, where there isn't any foreign names.[47] OracleNamesAdminGuide specifies all names in the domain of the non-hierarchical configuration will be unique and accessible to all services and clients connected to the system.[48] There would be no foreign names in this configuration and no risk of a client being unable to resolve a foreign name. Rather, OracleNamesAdminGuide's system functions just like the '978 Patent's non-hierarchical embodiment where each location server is able to transmit to the client a redirect message containing information for use by the client to calculate the location of the different location sever that contains the location string. <br><br> OracleNamesAdminGuide discloses that its forwarding command (enabled or disabled) is preferably for Names Servers having "no local clients" that are servicing request inquiries from "foreign Names Servers."[49] To the extent Kove asserts this preference teaches away from the claimed "redirect message," this is incorrect for at least three reasons. First, OracleNamesAdminGuide states this is an "intended" preference rather than a requirement. Illustrating this isn't a requirement, OracleNamesAdminGuide specifies that a Names Server with this forwarding command disabled may have |

---

[46] *See* 09/28/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,034 at 53-54, 67.
[47] *See* OracleNamesAdminGuide at 40-41, 44-45.
[48] *See id.*
[49] OracleNamesAdminGuide at 137.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | "clients who rely directly on that Names Server."[50] This is particularly relevant to OracleNamesAdminGuide's non-hierarchical configurations with all Names Servers and location strings located on the same network resulting in no foreign location information and no foreign Names Servers. OracleNamesAdminGuide warns that, when forwarding is disabled and the Names Server sends redirect messages to the client, the server can't resolve request inquiries for "foreign names."[51] But this concern is irrelevant to OracleNamesAdminGuide's non-hierarchical configuration because, as explained above, all the data entities are locating in the same region, thus resulting in no foreign names.[52]

Second, even assuming the system has a "foreign Names Server," a POSITA would have understood such a server would be the claimed "client" that is sending data location requests. Kove proposes that a "client" is "a network-attached component that initiates update or lookup of identifier/location mappings from a location server with location request messages." Thus, in this context, a foreign Names Server is a client because it's a network-attached component initiating a lookup of an identifier/location mapping from a Names Server via a location request message. This is consistent with the related '640 Patent's specification, which expressly teaches that another location server that sends request messages is the claimed "client." For instance, '640 claim 25 states "each of the plurality of servers is configured to function *as a next client* and retransmit the data location request to a next logically associated server." Thus, the Names Server servicing a data request from a foreign Names Server is servicing a request from the claimed "client" and sending a redirect message back to that client if |

---

[50] *Id.*
[51] OracleNamesAdminGuide at 137.
[52] *Id.*

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | the server doesn't have a location string associated with the requested identifier.<br><br>Third, a POSITA would have been motivated to have OracleNamesAdminGuide's non-hierarchical configuration provide each Names Server with code that allows the server to receive requests from and send redirect messages to both clients and foreign Names Servers. In order for a network to function as efficiently as possible, location information should be as accessible as possible. [53] Accordingly, a POSITA would have been motivated to enable each Names Server to interact with clients and foreign Names Servers alike. This would afford the user the most efficient service and provide the requested location information as quickly as possible.<br><br>For those reasons, a POSITA would have found it obvious to modify OracleNamesAdminGuide's system such that every Names Server (not just those with no local clients) has code for sending redirect messages to clients that include information for the client to calculate the location of a different Names Server.<br><br>Based on the above teachings, OracleNamesAdminGuide discloses or renders obvious claim element 10.d.<br><br>Further, OracleNamesAdminGuide and OracleUnleashed or Steen render obvious claim element 10.d. OracleNamesAdminGuide describes a distributed database system, focusing on Names Servers that respond to a client's data requests using unique identifiers associated with the data's network address. Similarly, both OracleUnleashed and Steen describe a distributed network configuration that uses well-known name resolution techniques. |

---

[53] *See id.*

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | As explained above for claim elements 10.a and 10.b, Steen and OracleUnleashed teach partitioning network servers to improve performance. Each of Steen and OracleUnleashed further teach methods of organizing datasets across servers, including hashing. |

In particular, OracleUnleashed teaches multiple hashing methods providing the benefit of organizing data using hash clusters and hash joins:

> A hash cluster is similar to a cluster but uses a hash function rather than an index to reference the cluster key. A hash cluster stores the data based on the result of a hash function (a numeric function that determines the data block in the cluster based on the value of the cluster key).[54]

> Hash joins greatly enhance the performance of two joined tables, where one table is significantly larger than the other. Hash joins replace the "sort-merge" join algorithm and is only supported by the cost-based optimizer. The hash join works by splitting two tables into partitions. A partition is read into memory and a hash table is created. This hash table is then used to map join columns from the other table, eliminating the sometimes resource-expensive sort-merge. In the hash join method, both tables are scanned only once. [55]

Hashing datasets makes it faster to find a piece of data at a later point. As a result, a POSITA would have been motivated to hash the partitioned location servers taught by

---

[54] OracleUnleashed at 394.
[55] *Id.* at 638.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | the combination of OracleNamesAdminGuide and OracleUnleashed. Doing so would allow any Names Servers on the network to "know" the location of a desired piece of location information. As a result of this knowledge, it would have been obvious to a POSITA that, if a Names Server received a request it could not resolve because it lacked the location data, it would redirect the client to a Names Server containing the desired location data.<br><br>Likewise, Steen also teaches hashing, specifically in connection with partitioned location servers. As Steen provides, this hashing ensures each subnode is aware (i.e., knows) the location of any requested location information regardless of which server it's contained on:<br><br>    Because communication between directory nodes in the original search tree now takes place between their respective subnodes, each subnode should be aware of how the directory node with which it communicates is actually partitioned. This information is contained in a separate tree management service. This service also maintains the mapping of subnodes to physical nodes. Partitioning and mapping information is assumed to be relatively stable so that it can be easily cached by subnodes.[56]<br><br>Steen explains that this awareness minimizes the need to request partition information from other services to identify the location server storing the requested data. For instance, Steen explains that minimizing such requests improves system efficient by decreasing the need for repeated requests: "This assumption is necessary to avoid |

---

[56] Steen at 108.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | having to query the management service each time a subnode needs to communicate with its parent or children, which would turn the management service into a potential communication bottleneck."[57]

Thus, based on OracleUnleashed's and/or Steen's teachings, a POSITA would have found it obvious for OracleNamesAdminGuide's first Names Server, if it lacks an association to the requested location string, to send a redirect message to the client containing redirect information for the client to calculate the location of a different Names Server having the request location string. A POSITA would have been motivated to do so because this would further the use of OracleNamesAdminGuide's SQL *Net and Names Servers to respond to certain data requests and lessen the workload of the initially-requested Names Server because it no longer needs to perform forwarding functions to other servers containing the requested information.

Further, if a Names Server can't resolve a client's information query, a POSITA would have been motivated to have that Names Server transmit a redirect message so the client can calculate the location of another Names Server housing the requested location string. This is because using such redirect messages was an established method to address unresolved location requests, as taught by OracleUnleashed and Steen.

Moreover, a POSITA would have been motivated to do so because providing a redirect message to calculate the location of a different Names Server would improve the ability of OracleNamesAdminGuide's system to locate the client's requested information. To accomplish this, a POSITA would have designed OracleNamesAdminGuide's system to detect and resolve problems without placing the burden on the user. This is the |

[57] *Id.*

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | DBA's inherent role, and the clear benefits for the user would have motivated a POSITA to modify OracleNamesAdminGuide in this way. |
| | Based on the above teachings, OracleNamesAdminGuide alone or in combination with OracleUnleashed, Steen, and/or Wolff renders obvious claim 3. |
| **[6]** The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table. | OracleNamesAdminGuide, OracleUnleashed, and Steen each disclose or render this element obvious alone or in combination. |
| | The '978 Patent establishes that it was already well known in the art for a computer network system to use a hash table to locate information stored in the system. The '978 Patent specifies that it uses one, and only one, hash table configuration based on the "well-known function" hashpjw as an index of locations stored in the locations servers (e.g., NDTP servers): |
| | … [T]he client is to select the appropriate inner list to send a message to by applying the following **well-known function** to the identifier and using the function result as **an index into the NDTP server table**. |
| | **In one preferred embodiment, the well known function applied is the hashpjw function presented by Aho, Sethi and Ullman in their text *Compilers, Principles, Techniques and Tools*:** |
| | uint32_t |
| | hash (uint8_t *s, uint32_t slen, uint32_t size) |
| | { |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | uint32_t g;<br><br>uint32_t i;<br><br>  unit32_t h = 0;<br><br>uint8_t c;<br><br>for (i = 0; i < slen; i++) {<br><br> c = s[i];<br><br> h = (h << 4) + c;<br><br> g = (h & 0xf0000000);<br><br> if (g) {^<br><br>  h ^= g >> 24;<br><br>  h = g;<br><br> }<br><br>}<br><br>return h % size;<br><br> }.[58] |

---

[58] '978 Patent at 17:6-40.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | Further, during the original examination of the '978 Patent, the Applicant admitted that the claimed hash table indexing was a "well-known function" for identifying locations:<br><br>An example of an indexing function may be found in Applicants' specification at, for example [application] p. 27, ll. 15-22, where a well-known function for mapping identifiers to index designations is described:<br><br>The presently preferred embodiment for accomplishing this [NDTP database insertion and scaling] is to define **a well-known function of the identifier** and **use this function** to select from a set of NDTP servers. NDTP clients will preferably apply this well-known function to the identifier for each NDTP request, and send the NDTP request to the indicated NDTP server. This technique will effectively partition the set of all identifier/location associations across the NDTP servers. **Each NDTP server will only maintain the portion of the total association set which corresponds to its particular identifiers** (**bold** added).<br><br>An example of a "well-known function" is a hash function. Using a specific **indexing function** Applicants deliberately permit distributing portions of the database's location information onto separate servers.[59] |

[59] '978 History (Ex. 10) at 337 (02/22/2006 Remarks) (emphasis in original) (citation omitted).

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | Thus, the '978 Patent acknowledges that motivation existed in a POSITA's general knowledge prior to the earliest priority date to have OracleNamesAdminGuide's location information comprises a portion of a hash table distributed over the plurality of Names Servers. This establishes that claim 6 is obvious over the prior art. This general knowledge available to a POSITA was confirmed in the related reexamination of U.S. Pat. No. 7,814,170, where the Reexamination Specialist found that "the use of hash functions was well known in the database art long before the date of the invention."[60] |
| | A POSITA would have had a reasonable expectation of success in modifying OracleNamesAdminGuide's redirect message to include a portion of a hash table distributed over the Names Servers because system messages containing such fields were well known in the art. A POSITA would have understood a redirect message includes information needed by the client to make its request to the intended other location server. A POSITA would have understood that, for a location server network organized by hashing, the portion of the hash table identifying which location server contains the requested location information would constitute such necessary information. Thus, it would have been obvious to a POSITA that in order for the client to know where it should redirect its request to, the redirect message should include the necessary portion of the hash table informing it which location server to send its redirected message to. |
| | To the extent Kove argues that claim 6 requires "a single hash table" that is "divided into portions that are distributed over the data location servers in the data location server network,"[61] a POSITA would have found this configuration obvious. For |

---

[60] 09/27/2022 Notice of Intent To Issue Reexamination Certificate in Reexamination Control No. 90/019,035 at 11.
[61] 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 42.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | example, each location server would only need to use the hash table for location information that it didn't store. Accordingly, it would have been obvious to a POSITA that only the portions of the hash table describing the contents of other location servers would need to be on the server. As a result, in a scenario where there were only two location servers, each location server would contain a one half portion of a single hash table describing the data location server network.<br><br>Further, Steen's and OracleUnleashed's teachings render obvious OracleNamesAdminGuide's location information being maintained in an indexed location store indexed by a hash table. Steen teaches organizing location information by distributing portions of a hash table over multiple location servers. For instance, Steen teaches hashing to organize identifier string-location information on its directory subnode location servers. As shown below in Figure 6, Steen describes using the first n-bits of an object's handle to identify the subnode responsible in a hashing method:<br><br>    As an example, we can use the first n bits of an object's handle to identify the subnode responsible for that object…To illustrate, Fig. 6 shows a search tree in which the root node has been partitioned into four subnodes based on the first two bits of the object handle (n = 2), and each of the leaf nodes into two subnodes (n = 1).[62] |

---

[62] Steen at 108.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | 

■ **Figure 6.** *A search tree and a corresponding logical tree after partitioning the directory nodes into subnodes.*

A POSITA would have understood that Steen's use of bits to organize the object handle contents across servers applies a basic hash function. Accordingly, A POSITA would have found it obvious to maintain the Names Server's location information in an indexed location stored indexed by a hash table. To do so, a POSITA would have been motivated to have OracleNamesAdminGuide's system maintain and index a hash table. Having this configuration would have furthered OracleNamesAdminGuide's goal to optimize search performance in its location request queries.

Steen further teaches that more complex hashing methods exist and should be used in systems like OracleNamesAdminGuide's: "We note that we have developed more realistic hashing-based methods than explained here. For example, we also have to take into account that the total number of links between parent and children subnodes |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | remains manageable."[63] A POSITA would have understood that such "realistic hashing-based methods" includes more complex hashing methods, including hash functions. Accordingly, it would have been obvious to a POSITA that, if the division of location information data was more complex, it would be beneficial to organize its distribution with a hash function.

And Steen describes that a POSITA would find important for each location server to be aware of how the location information has been partitioned and for each location server to easily store the hashing information:

> Because communication between directory nodes in the original search tree now takes place between their respective subnodes, each subnode should be aware of how the directory node with which it communicates is actually partitioned. This information is contained in a separate tree management service. This service also maintains the mapping of subnodes to physical nodes. Partitioning and mapping information is assumed to be relatively stable so that it can be easily cached by subnodes.[64]

A POSITA would have understood the location servers will store this partitioning and mapping information and use the hash function to determine which location information should be stored on which location server. Steen emphasizes the need to minimize each location server's need to request partition information from other services. Steen explains that excessive requests can make the system less efficient by demanding repeated requests: "This assumption is necessary to avoid having to query |

---

[63] Steen at 108.
[64] Steen at 108.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | the management service each time a subnode needs to communicate with its parent or children, which would turn the management service into a potential communication bottleneck."[65]

Similarly, OracleUnleashed describes the use of hashing to organize datasets across multiple servers. OracleUnleashed teaches multiple hashing methods that help organize data, including hash clusters and hash joins:

> A hash cluster is similar to a cluster but uses a hash function rather than an index to reference the cluster key. A hash cluster stores the data based on the result of a hash function (a numeric function that determines the data block in the cluster based on the value of the cluster key).[66]

> Hash joins greatly enhance the performance of two joined tables, where one table is significantly larger than the other. Hash joins replace the "sort-merge" join algorithm and is only supported by the cost-based optimizer. The hash join works by splitting two tables into partitions. A partition is read into memory and a hash table is created. This hash table is then used to map join columns from the other table, eliminating the sometimes resource-expensive sort-merge. In the hash join method, both tables are scanned only once.[67]

Hashing tables makes it faster to find a piece of data when needed. As a result, a POSITA would have been motivated to hash the partitioned location servers taught by |

---

[65] Steen at 108.
[66] OracleUnleashed at 394.
[67] OracleUnleashed at 638.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | the combination of OracleNamesAdminGuide and OracleUnleashed. Doing so would have allowed any component on the network to "know" where a desired piece of location information was located. As a result of this knowledge, it would have been obvious to a POSITA for OracleNamesAdminGuide's location information to include a portion of a hash table distributed over the Names Servers. |

As the above prior art overviews show, OracleUnleashed is in the same field of art as OracleNamesAdminGuide and share the common goal of parsing data sets quickly.

Because OracleNamesAdminGuide and OracleUnleashed share the common goal of parsing data sets quickly, a POSITA would have been motivated to use OracleUnleashed's hashing table techniques in OracleNamesAdminGuide's Names Servers to quickly and efficiently determine the location of a requested data entity. It was understood in the art that DBAs would actively search for resources to solve problems that may arise in the specific database environment that they are working in.

As a system's configuration becomes more complex requiring more information to uniquely identify a data entity's location, the storage and processing requirements for the OracleNamesAdminGuide's Names Servers increase along with it. A DBA would have been motivated to minimize these burdens and operate the Names Servers at optimal efficiency. This would have furthered OracleNamesAdminGuide's goal of having its Names Servers identify the requested data entity's location "lightning fast."[68]

Based on the desire to maximize efficiency in running queries, a POSITA would have been motivated to combine OracleNamesAdminGuide's techniques of locating data entities with OracleUnleashed's use of hashing location tables to quickly return location

---

[68] OracleNamesAdminGuide at 60.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| | information associated with the requested data entity.

Thus, based on OracleUnleashed's teachings, a POSITA would have been motivated and found it obvious to maintain OracleNamesAdminGuide's location information in an indexed location store indexed by a hash table. This would have furthered OracleNamesAdminGuide's goal of having its Names Servers identify the requested data entity's location "lightning fast."[69] The benefits of this modification to the Names Servers would become more pronounced as the complexity of the system grows, especially in hierarchical configurations that result in each data entity's location information including the data entity's specific domain.[70]

Accordingly, based on OracleUnleashed's and Steen's teachings, a POSITA would have found it obvious for OracleNamesAdminGuide's location information be maintained and indexed by a hash table. A POSITA would have been motivated to do so because, as OracleUnleashed teaches, this would allow OracleNamesAdminGuide's Names Servers to use a hash table for reducing access time for the location information relative to other data structures and reduce memory allocation.

Based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, and Steen render obvious claim 6. |
| **[10.Preamble]** A system having a plurality of location servers for managing location information and providing location information to location queries, the system | See above evidence regarding the preamble of claim 1. |

[69] OracleNamesAdminGuide at 60.
[70] *See id.* at 41-42.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| comprising: | |
| **[10.a]** a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information, and comprising at least one application server address, wherein the plurality of location servers are arranged in a cluster topology such that each location server contains a unique set of location information of an aggregate set of the location information; and | See above evidence regarding the preamble to claim 1 and claim limitation 1.a. |
| **[10.b]** programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server does not contain location information relevant to the desired | See above evidence regarding the preamble to claim 1, claim limitations 1.a, 1.c, and claim 3. |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| identifier, wherein the redirect message comprises information for finding a location server having location information related to the desired identifier. | |
| **[14.Preamble]** A method of handling location queries in a network, the network comprising a plurality of location servers, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location, the method comprising: | See above evidence regarding the preamble of claim 1. |
| **[14.a]** receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location; | See above evidence regarding the preamble of claim 1. |
| **[14.b]** sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location response message comprising location information identifying at least one application server containing information relevant to the entity identified | See above evidence regarding claim limitation 1.c and claim 3. |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| in the query; and | |
| **[14.c]** sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query. | See above evidence regarding claim limitation 1.c and claim 3. |
| **[31.Preamble]** A system for managing location information and providing location information to location queries, the system comprising: | See above evidence regarding the preamble of claim 1. |
| **[31.a]** a location server operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each location specifies a location of data in a network pertaining to the entity, the location server containing location information corresponding to at least one entity and formatted according to the transfer protocol, and wherein the | See above evidence regarding claim 1 and claim limitation 1.a. |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide, OracleUnleashed, Steen, and/or Wolff |
|---|---|
| location of data for the location comprises an application server in communication with the network; and | |
| **[31.b]** programming logic stored on the location server responsive to a location query identifying a desired entity to return a location message, the location message comprising locations associated with the desired entity, wherein the location server returns the location message if the location server contains location information for the desired entity. | See above evidence regarding claim 1.c. |

**Exhibit 3B: Invalidity Claim Chart Against U.S. Patent No. 7,233,978 in View of Skagerwall alone or with Wolff**

Amazon asserts that claims 1, 3, 6, 10, 14, and 31 of U.S. Patent No. 7,233,978 ("the '978 patent") are rendered obvious by Skagerwall alone or in combination with Wolff. Skagerwall and Wolff are both prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f). Skagerwall has a filing date of October 27, 1998. Likewise, Wolff has a filing date of April 15, 1998, as a continuation in part of App. No. 08/905,307 filed August 1, 1997, with priority to provisional applications filed March 6, 1998 (App. No. 60/077,146) and August 2, 1996 (App. No. 60/023,218). The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and Amazon reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

This claim chart reflects the additional requirements for the claims based on Kove's statements in reexamination and are consistent with Amazon's proposed constructions reflecting those statements. *See* Dkt. 539. Specifically, based on Kove's statements and Amazon's proposed constructions, claims 1, 3, 6, 10, 14, and 31 also require that the location servers be organized in a non-hierarchical cluster structure, that each location server be able to respond to any location request with either the location of the data or the location of a server known to contain the requested location data without an intervening traversal, and that each request must be resolved in two or fewer traversals. As described below, OracleNamesAdminGuide alone or in combination with Steen or OracleUnleashed renders obvious each claim regardless of Kove's arguments based on additional limitations.

Furthermore, the following list includes examples of specifically where certain '978 patent claim elements are found in each reference.

**Skagerwall:**

- Client:                             access server
- Identifier:                        object tag
- Location information:     retrieval information
- Location server:              directory servers
- Data repository:             application servers
- Hash function:                hashing based methods

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| **[1.Preamble]** A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | Skagerwall discloses or renders obvious this element, to any extent that it is limiting.<br><br>Skagerwall discloses a database system for managing data stored in a distributed network and method of using the same. Skagerwall discloses that the kernel contains "a plurality of directory servers."[71] As shown below in Figure 1, the directory servers are not shown to be in any kind of "hierarchical" or "tree" structure. Instead, Skagerwall shows a "flat" arrangement of directory servers (i.e., location servers) in Figure 1. |

---

[71] Skagerwall, 2:59-63.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
| --- | --- |
| | <br>**Skagerwall Fig.1 Annotated**<br><br>Skagerwall explains that the directory servers contain information for locating the data objects stored on the application servers, e.g., data repositories:<br><br>It is a key aspect of the invention that the data base of object data is |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | distributed over a plurality of directory servers DS; DS1-DSn, allowing that the number of objects can be scaled almost arbitrarily by adding new directory servers to the existing ones for storing new object data. Each of the directory servers DS; DS1-DSn preferably stores object data related to a small number of the range of available object tags T; T1-Tw. As mentioned above, object data related to an object tag preferably includes application identifiers AI1-Aim of application data packets related to the object as well as information about storage locations of the application data packets, e.g., the addresses of application servers IS; IS1-Isp storing the application data packets.[72]<br><br>The directory servers' purpose of storing location information for the data objects would make a POSITA understand them to be the claimed location servers.<br><br>Additionally, Skagerwall describes a "kernel" which retrieves data objects (D) from storage repositories (AI) on application servers (IS).[73] As Skagerwall describes, the directory servers are a "key resource" in retrieving data:<br><br>Advantageously, each of a plurality of directory servers stores part of an arbitrarily scaleable data base containing object data associating each of the objects with at least one of the application data packets. *The plurality of directory servers serve as key resource in retrieving an application data packet related to an object.* Means for receiving a read object tag from a reading means |

[72] *Id.* at 8:15-27.
[73] Skagerwall, 2:51-3:2.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | and for identifying the directory server for storing object data related to the read object tag and retrieving the object data are provided.[74]<br><br>Further, as shown below in annotated Figure 1, Skagerwall teaches that user devices (M/DPU) make data object (D) requests to an "access server" (AS) inside the kernel using an identifying object tag (T).[75] Skagerwall explains that the access server then requests retrieval information from a plurality of directory servers (DS) to locate the requested data.[76] A POSITA would have understood Skagerwall's retrieval information to be "location information" because it contains information pertaining to the location of data.[77] |

---

[74] *Id.* at 4:12-20.
[75] *Id*. at 2:51-3:2.
[76] *Id.*
[77] Joint Claim Construction Chart (Updated) (Dkt. No. 382) at 4-6.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | 

Skagerwall Fig.1 Annotated

Further, Skagerwall discloses a plurality of directory servers (i.e., data location servers) storing application server addresses (i.e., location string location information) associated with object tags (i.e. identifier strings) for data objects. Skagerwall explains that a user device like a mobile phone, for example, can request information (i.e., data objects) from the kernel using their object tags (i.e., identifier strings).[78] Skagerwall teaches that the access server responds to this request by querying a directory server (i.e., data location server) for the data object's retrieval information (i.e., location string location information):

    After receiving a request for information including the object tag T, |

[78] Skagerwall, 9:18-28.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | the access server AS; AS1-Asr performs operations to identify the directory server DS; DS1-DSn storing information concerning application data packets related to the object.

This preferably includes sending the request including the object tag T; T1-Tw to one of the directory servers DS1; DS2; . . . ; DSn…[79]

This type of interaction is normal of a "client-server" interaction, where the access server plays the role of client to the directory servers by requesting the data object's address on the application server (i.e. location string location information). As a result, a POSITA would have understood that the access server is a client that responds to data queries requesting retrieval addresses (i.e., location string location information) from the directory servers (i.e., data location servers).

Further, Skagerwall teaches a plurality of data location servers storing object data according to object tags. Skagerwall explains that each object tag (i.e., identifier string) is associated with information about the location of the data object on the application servers (i.e., location strings):

As mentioned above, object data related to an object tag preferably includes application identifiers AI1-Aim of application data packets related to the object as well as information about storage locations of the application data packets, e.g., the addresses of application servers IS; IS1-Isp storing the application data packets.[80] |

---

[79] *Id.*
[80] Skagerwall, 8:15-27.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | A POSITA would have understood location strings to be a form of location information used to route requests to the desired data. Accordingly, a POSITA would have understood the "addresses of application servers" are location strings which are also a type of location information.[81] Thus, the directory servers would have been understood by a POSITA to each store application server addresses (i.e., location string location information) associated with the respective object tags (i.e., identifier string). |
| | Based on the above teachings, Skagerwall discloses or renders obvious the preambles' system for managing data stored in a distributed network. |
| **[1.a]** a first location server containing a first set of location information corresponding to at least one entity, the location information comprising an identifier and at least one location string associated with the identifier, wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity | Skagerwall discloses or renders obvious this element. |
| | Skagerwall describes a system built around dividing location information across directory servers and directing requests to the correct servers for a specific request. An inherent piece of this is that the servers contain unique sets of location information. |
| | For example, Skagerwall explains that any component of the kernel can identify if a given directory server contains the necessary retrieval information (i.e., location string location information) but provides that it's preferably a directory server: |
| | [I]t is preferred, that one of the directory servers DS1; DS2; . . . ; DSn identifies the directory servers storing information related to a requested object tag. However, other components of the system |

---

[81] *See id.*

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | kernel K may serve as means for identifying the correct directory servers.[82]

Specifically, Skagerwall describes that a "primary server" is tasked with storing the object data for a given object tag. But Skagerwall provides that the primary server can be changed by adding and removing directory servers can change which directory server object data should be stored on according to the hash function:

    However, in the case the number of available directory servers changed, previously stored object data was mapped onto the plurality of directory servers using a hashfunction based on the previous number of directory servers, whereas a target directory server is now identified based on a new number of directory servers. This will sometimes not lead to the directory server actually storing object data related to the desired object.[83]

Accordingly, Skagerwall describes a variety of methods for trouble shooting and maintaining a distributed system, including what to do when object data isn't found where it should be according to the object tag. Skagerwall provides such trouble shooting steps to correct this in Figure 2a.

As shown below in Figure 2a, Skagerwall describes a flow chart to identify how its system operates when the requested data isn't found where it should be based on the object tag.[84] |

---

[82] Skagerwall, 10:21-26.
[83] *Id.* at 11:37-45.
[84] *Id.* at 11:27-13:15.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| |  |
| | As shown, Skagerwall's step S22 teaches that a directory server receives a request |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | for data location information associated with an object tag and looks it up to find the primary server.[85] A POSITA would have understood that the system performs these flowchart steps taken in the course of receiving a data request from an access server (i.e., client). Skagerwall's step S25 ("Send Request To Primary Directory Server") is only necessary if the request isn't already at the primary directory server. As a result, if the directory server identifies itself as the primary server, the next relevant step is retrieving the requested data at step S27 ("Retrieve Object Data"). |
| | Further, Skagerwall explains that, once the primary directory server has retrieved the address for the requested object tag, the directory server returns that address to the access server (i.e., client): |
| | The obtained addresses IS; IS1-ISp and optionally other information can be returned to the access server AS; AS1-ASr, which in the following retrieves the specified application data packets from the identified application servers or transmits the addresses IS; IS1-ISp and possibly other information directly to the user, i.e., the mobile telephone M or the data processing unit DPU.[86] |
| | Based on the above teachings, Skagerwall discloses or renders obvious this element. |
| **[1.b]** a second location server comprising a second set of location information, wherein at | See above evidence regarding claim limitation 1.a. As described, Skagerwall teaches a primary server and at least one other server which contains different |

---

[85] *Id.* at 12:9-53.
[86] Skagerwall, 9:42-47.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| least a portion of the second set of location information differs from the first set of location information; and | location information.<br><br>Thus, Skagerwall discloses the second location server comprising a second set of location information, wherein at least a portion of the second set of location information from the first set of location information. |
| **[1.c]** programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity. | Skagerwall discloses or renders this element obvious alone or in view of Wolff.<br><br>Specifically, Skagerwall discloses that the directory servers have a means to execute a variety of processes including storing location data, receiving requests, identifying correct directory servers, and retrieving stored data:<br><br>[Directory servers]…including memory means (TM; AM) for storing in a distributed data base object data associating each of the objects with at least one of the application data packets; means for receiving the read object tag (T) from the reading means I and means for identifying the directory server for storing object data related to the read object tag and retrieving the object data; and means for retrieving at least one of the application data packets based on the object data or transmitting at least part of the object data to a receiving unit (M, DPU)."[87]<br><br>A POSITA would have understood that in order for the directory servers to do any of these tasks, there must be executable code for how to complete the processes. As a result, Skagerwall's disclosures of various actions would have been understood to be dictated by the claimed executable code on the directory servers (i.e., data |

---

[87] Skagerwall, 2:60-3:2.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | location servers). |
| | Further, Skagerwall describes a variety of methods for trouble shooting and maintaining a distributed system, including what to do when object data isn't found where it should be according to the object tag. Skagerwall provides such trouble shooting steps to correct this in Figure 2a. |
| | As shown below in Figure 2a, Skagerwall describes a flow chart to identify how its system operates when the requested data isn't found where it should be based on the object tag.[88] |

_____

[88] *Id.* at 11:27-13:15.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| |  |
| | As shown, Skagerwall's step S22 teaches that a directory server receives a request |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | for data location information associated with an object tag and looks it up to find the primary server.[89] A POSITA would have understood that the system performs these flowchart steps taken in the course of receiving a data request from an access server (i.e., client). Skagerwall's step S25 ("Send Request To Primary Directory Server") is only necessary if the request isn't already at the primary directory server. As a result, if the directory server identifies itself as the primary server, the next relevant step is retrieving the requested data at step S27 ("Retrieve Object Data"). |
| | Further, Skagerwall explains that, once the primary directory server has retrieved the address for the requested object tag, the directory server returns that address to the access server (i.e., client): |
| | The obtained addresses IS; IS1-ISp and optionally other information can be returned to the access server AS; AS1-ASr, which in the following retrieves the specified application data packets from the identified application servers or transmits the addresses IS; IS1-ISp and possibly other information directly to the user, i.e., the mobile telephone M or the data processing unit DPU.[90] |
| | As a POSITA would have understood that Skagerwall's "retriev[ing] the specified application data packets from the identified application servers" includes claim element 1.c's "responsive to a location query identifying a desired entity to return a location message, the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query |

---

[89] *Id.* at 12:9-53.
[90] Skagerwall, 9:42-47.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | contains location information for the desired entity". To "retrieve the specified data packets" associated with an object tag (i.e., identification string), the access server (i.e., client) makes the request for data "from the identified application servers."[91] A POSITA would have understood that, to make such a request, the client must use the location information associated with the object tag to calculate a location of the data associated with the identification string.<br><br>Based on the above teachings, Skagerwall discloses or renders this element obvious alone or in view of Wolff. |
| [3] The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query. | Skagerwall discloses or renders obvious this element alone or in view of Wolff.<br><br>Skagerwall describes a directory server identifying if it's the primary directory server for a given request (i.e., the location server containing the location string). Skagerwall further provides instructions if the queried server doesn't contain the desired object data, including S28 where the request goes to other directory servers:<br><br>If in step S26 it has been determined that object data related to the object tag is not located at the identified primary directory server, in a step S28, the lookup request is forwarded to other directory servers. In case the number of directory servers has been increased recently, the lookup request may be forwarded to a directory server which is determined using the hashfunction based on a previous number of available directory servers. The same holds true, if the number of directory servers has been decreased recently. If none of |

[91] Skagerwall, 9:42-47.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | the directory stores the desired object data, an error message is generated and the operation ends.[92] |
| | Looking to other directory servers to resolve a request would have been obvious to a POSITA because failure to resolve a request is never desirable for a system's efficiency. Skagerwall provides the exemplary forwarding step from the first directory server to the identified server: |
| | After identification of the correct directory server DS; DS1-DSn, the request, including the object tag T; T1-Tw, is forwarded to the identified directory server. The directory server, in a subsequent step, performs operations to determine all addresses of application servers IS; IS1-ISp storing application data packets associated with the read object tag T; T1-Tw and thus object D. Intermediate steps are possible, where the look up request is relayed to further devices before it reaches the correct directory server, as outlined later.[93] |
| | Skagerwall further establishes that exactly which kernel component performs the identification steps is a design choice by explaining that any component can complete this step: "[O]ther components of the system kernel K may serve as means for identifying the correct directory servers."[94] Accordingly, a POSITA would understand that the queried directory server (i.e., data location server) and the access server (i.e., client) could both perform the identification step depending on the needs of the system and its specific design. |

---

[92] Skagerwall, 12:63-13:6.
[93] Skagerwall, 9:32-49.
[94] Skagerwall, 10:21-26.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | As a result, where the identification step is completed is a design choice. For example, for a system where there is only one access server, its processing power may be limited and any extra burden should be minimized. In such a system, it would be beneficial for the queried directory server to find the correct directory server and obtain the desired location information itself, and return the addresses (i.e., location strings) to the access server. Conversely, for a system with many access servers, the processing power may be more limited on the directory servers. In such a system, it would be more efficient to minimize the processing requirement of the queried directory server. Thus, for such a system, the directory server would merely return any necessary information to the access server for it to complete the calculation of the primary directory server itself. It would have been well understood to a POSITA that such information would be returned in a "redirect message." |
| | Providing the access server with a hashfunction or a portion of a hash table or any similar information for identifying the primary directory server to the access server (i.e., client) in a redirect message would have been understood as one of the "intermediate steps" referred to by Skagerwall. |
| | Further, even if Skagerwall alone did not render obvious the claimed redirect message, Wolff discloses such a technique. Specifically, Wolff explains that servers will not always be able to fulfill each request received from a given client. For example, Wolff describes an "overloaded" server which has received too many requests and lacks the processing power to fulfill them all. |
| | In operation at time T=0, normal client 100A is shown accessing |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | memory resource 118 via path 70 through overloaded server 104. At the same time, aware client 102A is shown accessing memory resource 18, via path 74, through overloaded server 104A. At time T=1, process 102P1, implemented on aware client 102A, detects the overload condition of server 104A, and accesses memory resource 118 via an alternate path 76 through server 106A. Thus, in this subsequent state, the load on server 104A is reduced and the access by aware client 102A to memory resource 118 is enhanced. Normal client 100A cannot initiate the processes 35 discussed above in connection with the aware client 102A and is unable to select an alternate path 72 to the underutilized server 106A.[95]<br><br>Wolff teaches optimizing network performance by redirecting requests from an overloaded server (e.g., a server that cannot satisfy the request) to another server that can satisfy the request with a "redirection command" from the overloaded server.<br><br>Client load rebalancing refers to the ability of a client, enabled with processes in accordance with the current invention, to re-map a path through a plurality of nodes to a resource. *The re-mapping may take place in response to a redirection command emanating from an overloaded node, e.g. server.* The embodiments disclosed allow more efficient, robust communication between a plurality of clients and a plurality of resources, via a plurality of nodes. Resources can include, but are not limited to, computers, memory devices, imaging |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | devices, printers, and data sets. A data set can include a database or a file system.[96]<br><br>A POSITA would have understood that Wolff's client re-maps the request path according to a redirection message from the overloaded server to the client. Thus, for any server that can't resolve a request, Wolff teaches that the server sends the client a redirect message pointing the client to another server that will resolve the request.[97]<br><br>So, based on Wolff's teachings, a POSITA would have found it obvious to have Skagerwall's queried location server transmit a redirect message to the access server (i.e., client) if that location server doesn't contain the location string associated with the identification string wherein the redirect message has information for use by the access server to calculate a location of another directory server containing the location string. A POSITA would have been motivated to do so because this would optimize performance of Skagerwall's system to send the retrieval instructions to the client in the redirect message rather than letting the request fail at the first directory server. Doing so would further Skagerwall's goal to "facilitate the retrieval of information."[98] Without incorporating Wolff's redirection command message, the request for location information would fail if the directory server didn't contain the requested data, thus frustrating Skagerwall's goal of "facilitating the retrieval of information." Allowing failures to occur would be inefficient for the system and cause less reliable data retrieval. A POSITA would have been motivated to incorporate Wolff's redirection techniques in |

---

[96] Wolff, 5:25-38.
[97] *See id.*
[98] Skagerwall, Abstract.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | Skagerwall's system to provide the user with the most reliable and beneficial system of data retrieval possible.<br><br>Based on the above teachings, Skagerwall discloses or renders obvious this element alone or in view of Wolff. |
| **[6]** The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table. | Skagerwall discloses or renders obvious this element.<br><br>The '978 Patent establishes that it was well known in the art for a computer network system to use a hash table to locate information stored in the system. The '978 Patent specifies that it uses one, and only one, hash table configuration based on the "well-known function" hashpjw as an index of locations stored in the locations servers (e.g., NDTP servers):<br><br>… [T]he client is to select the appropriate inner list to send a message to by applying the following **well-known function** to the identifier and using the function result as **an index into the NDTP server table**.<br><br>**In one preferred embodiment, the well known function applied is the hashpjw function presented by Aho, Sethi and Ullman in their text *Compilers, Principles, Techniques and Tools*:**<br><br>uint32_t<br><br>hash (uint8_t *s, uint32_t slen, uint32_t size)<br><br>{ |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | uint32_t g;<br><br>uint32_t i;<br><br>    unit32_t h = 0;<br><br>uint8_t c;<br><br>for (i = 0; i < slen; i++) {<br><br>   c = s[i];<br><br>   h = (h << 4) + c;<br><br>   g = (h & 0xf0000000);<br><br>   if (g) {^<br><br>     h ^= g >> 24;<br><br>     h = g;<br><br>   }<br><br>}<br><br>return h % size;<br><br>}.[99] |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | Further, during the original examination of the '978 Patent, the Applicant admitted that the claimed hash table indexing was a "well-known function" for identifying locations:<br><br> An example of an indexing function may be found in Applicants' specification at, for example [application] p. 27, ll. 15-22, where a well-known function for mapping identifiers to index designations is described:<br><br>  The presently preferred embodiment for accomplishing this [NDTP database insertion and scaling] is to define **a well-known function of the identifier** and **use this function** to select from a set of NDTP servers. NDTP clients will preferably apply this well-known function to the identifier for each NDTP request, and send the NDTP request to the indicated NDTP server. This technique will effectively partition the set of all identifier/location associations across the NDTP servers. **Each NDTP server will only maintain the portion of the total association set which corresponds to its particular identifiers** (**bold** added).<br><br> An example of a "well-known function" is a hash function. Using a specific **indexing function** Applicants deliberately permit distributing portions of the database's location information onto |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | separate servers.[100]

Thus, the '978 Patent acknowledges that motivation existed in a POSITA's general knowledge prior to the earliest priority date to have Skagerwall's location information comprises a portion of a hash table distributed over the plurality of directory servers. This establishes that claim 6 is obvious over the prior art. This general knowledge available to a POSITA was confirmed in the related reexamination of U.S. Pat. No. 7,814,170, where the Reexamination Specialist found that "the use of hash functions was well known in the database art long before the date of the invention."[101]

A POSITA would have had a reasonable expectation of success in modifying Skagerwall's redirect message to include a portion of a hash table distributed over the directory server because system messages containing such fields were well known in the art. A POSITA would have understood a redirect message includes information needed by the client to make its request to the intended other location server. A POSITA would have understood that, for a location server network organized by hashing, the portion of the hash table identifying which location server contains the requested location information would constitute such necessary information. Thus, it would have been obvious to a POSITA that in order for the client to know where it should redirect its request to, the redirect message should include the necessary portion of the hash table informing it which location server to send its redirected message to.[102] |

---

[100] '978 History at 337 (02/22/2006 Remarks) (emphasis in original) (citation omitted).
[101] Ex. 28 (09/22/2022 Notice of Intent To Issue Reexamination Certificate in Reexamination Control No. 90/019,035 at 11).
[102] *See id.*

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | To the extent Kove argues that claim 6 requires "a single hash table" that is "divided into portions that are distributed over the data location servers in the data location server network,"[103] a POSITA would have found this configuration obvious. For example, each location server would only need to use the hash table for location information that it didn't store. Accordingly, it would have been obvious to a POSITA that only the portions of the hash table describing the contents of other location servers would need to be on the server. As a result, in a scenario where there were only two location servers, each location server would contain a one half portion of a single hash table describing the data location server network.<br><br>As shown for claim elements 10.c, 10.d, and 14.a-14.c, Skagerwall teaches that object tags on its directory servers are organized according to hashing methods, including a hash table based on a hash function. For example, Skagerwall describes "storing a list of a plurality of available directory servers in a hashtable; mapping all object tags employing a hashfunction and the hashtable onto the directory servers."[104]<br><br>As shown below in annotated Figure 2, Skagerwall provides examples of a hashtable showing the available directory servers and their contents:<br><br>In the example of FIG. 2 the hashtable comprises 8 entries, addresses of available servers are stored as records in respective sequential entries of the hashtable. Thus, the hashtable constitutes |

[103] 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 42.
[104] Skagerwall, 3:51-54.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | an ordered list of all available directory servers, as shown in FIG.2.The records stored in the hashtable H are indicated by A, B, C and D stand for addresses of four directory servers DS; DS1-DSn. However, any other order is possible, e.g., D, B, A, C.

To avoid unnecessary lookup operations for object tags at directory servers, as outlined above, it is preferred that object data is stored on directory servers according to the hashfunction, which may be executed by search means SM indicated in FIG.2. The search means SM groups object tags, preferably in correspondence with the number of objects and the number of available directory servers, i.e., a target directory server for storing as well as for retrieving object data is determined based on an identifier of an object tag, which, e.g., maybe a number assigned to the tag, and the number of available directory servers DS;DS1-DSn.[105] |

---

[105] *Id.* at 10:31-49.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | 

Skagerwall Fig. 2 Annotated

Further, Wolff's teachings render obvious maintaining Skagerwall's location information in an indexed location store indexed by the hash table. A POSITA would have concluded that sending the entire hash table or storing the entire hash table at the client would be too cumbersome. This would have frustrated Skagerwall's goal of facilitating data retrieval by lowering the efficiency of the system and Wolff's goals for optimizing network performance and reliability. As a result, a POSITA would have found it obvious to maintain the location information in the location servers and to store the location information in the location server servers indexed by Skagerwall's hash table. |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | Based on the above teachings, Skagerwall discloses or renders obvious this element. |
| **[10.Preamble]** A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | See above evidence regarding the preamble of claim 1. |
| **[10.a]** a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information, and comprising at least one application server address, wherein the plurality of location servers are arranged in a cluster topology such that each location server contains a unique set of location information of an aggregate set of the location information; and | See above evidence regarding the preamble to claim 1 and claim limitation 1.a. Further, Skagerwall discloses or renders obvious the use of a transport protocol and, to any extent it was required already by Kove's reexamination disclaimers, the cluster topology. Specifically, Skagerwall teaches the use of standard protocols with the system: It is further possible, that the system and method according to the invention uses standard and/or amended protocols of a known datacom- or telecom network for retrieving information associated with an object.[106] A POSITA would have understood a transport protocol to be one of these standard protocols. Such transport protocols were well-known, routine, and well-understood to be used for sending messages and data over a network.[107] |

---

[106] Skagerwall, 9:59-62.
[107] *See id.*

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
|  | Kove has asserted that "non-hierarchical" and "cluster" are synonymous.[108] To the extent Kove argues that claim element 10.b requires a non-hierarchical configuration where a client can query any location server, Skagerwall discloses or renders this obvious. As demonstrated above for claim element 10.a and shown below in annotated Figure 1, Skagerwall's directory servers DS1 … DSn) have a cluster, non-hierarchical architecture with no hierarchical or tree structure. |

---

[108] 09/28/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,034 at 35 ("[I]ndependent claims 10 and 14 and dependent claim 3 of the '978 patent require networks with *non-hierarchical* (or 'cluster') configurations of location servers …."); 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 6 n. 5 ("The phrases 'non-hierarchical,' 'cluster,' and 'non-hierarchical cluster configuration' are used interchangeably.").

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| |  Skagerwall Fig.1 Annotated |
| | As Figure 1 illustrates, the directory servers have a flat configuration next to one another, with no hierarchical arrangement. And Figure 1 teaches that each directory server communicates the access server (AS) with no intermediary servers in between. Further, Skagerwall doesn't describe any "root" or "parent" directory servers that could indicate a hierarchy. Nor is there any discussion of separate |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | regions or domains for different directory servers. Accordingly, a POSITA would understand that the directory servers in Skagerwall have a cluster, non-hierarchical topology.<br><br>Further, Skagerwall explains that the directory servers contain information for locating the data objects stored on the data repositories of the application servers (IS1 … ISp):<br><br>It is a key aspect of the invention that the data base of object data is distributed over a plurality of directory servers DS; DS1-DSn, allowing that the number of objects can be scaled almost arbitrarily by adding new directory servers to the existing ones for storing new object data. Each of the directory servers DS; DS1-DSn preferably stores object data related to a small number of the range of available object tags T; T1-Tw. As mentioned above, object data related to an object tag preferably includes application identifiers AI1-Aim of application data packets related to the object *as well as information about storage locations of the application data packets, e.g., the addresses of application servers IS; IS1-Isp storing the application data packets.*[109]<br><br>Because the directory servers function to store location information for the object data, a POSITA would understand those directory servers to be location servers arranged in a cluster topology with each server having a unique set of location information. |

---

[109] Skagerwall, 8:15-27 (emphasis added).

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | Based on the above teachings, Skagerwall discloses or renders obvious this element. |
| **[10.b]** programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server does not contain location information relevant to the desired identifier, wherein the redirect message comprises information for finding a location server having location information related to the desired identifier. | See above evidence regarding the preamble to claim 1, claim limitations 1.a, 1.c, and claim 3. |
| **[14.Preamble]** A method of handling location queries in a network, the network comprising a plurality of location servers, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location, the method comprising: | See above evidence regarding the preamble of claim 1. |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| **[14.a]** receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location; | See above evidence regarding the preamble of claim 1.<br><br>Additionally, Skagerwall discloses or renders obvious claim element 14.a, alone or in view of Wolff. Skagerwall discloses that the directory servers have a means to execute a variety of processes including storing location data, receiving requests, identifying correct directory servers, and retrieving stored data:<br><br>[Directory servers]…including memory means (TM; AM) for storing in a distributed data base object data associating each of the objects with at least one of the application data packets; means for receiving the read object tag (T) from the reading means I and means for identifying the directory server for storing object data related to the read object tag and retrieving the object data; and means for retrieving at least one of the application data packets based on the object data or transmitting at least part of the object data to a receiving unit (M, DPU)." [110]<br><br>A POSITA would have understood that in order for the directory servers to do any of these tasks, there must be executable code for how to complete the processes. As a result, Skagerwall's disclosures of various actions would have been understood to be dictated by the claimed executable code on the directory servers (i.e., data location servers).<br><br>With respect to claim element 14.a's requirement that a location query from a client be received, Skagerwall discloses or renders this obvious. Skagerwall |

---

[110] Skagerwall, 2:60-3:2.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| | explains that the access server, e.g., client, sends a request to the directory server (i.e., data location server) and that the directory server will respond 'in turn' to the request with specific steps:<br><br>    This preferably includes sending the request including the object tag T; T1-Tw to one of the directory servers DS1; DS2; . . . ; DSn, which in turn, using the hashfunction and hashtable H, determines the directory server for storing the object tag T; T1-Tw and forwards the request to that particular directory server. However, it is also possible, that the access server AS; AS1-ASr or other components of the system kernel K perform steps for identifying the correct directory server.[111]<br><br>Based on the above teachings, Skagerwall discloses or renders obvious this element. |
| **[14.b]** sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location response message comprising location information identifying at least one application server containing information relevant to the entity identified in the query; and | See above evidence regarding claim limitations 1.c and 14.a, claim 3. |
| **[14.c]** sending a redirect message to the client if | See above evidence regarding claim limitation 1.c and claim 3. |

[111] Skagerwall, 9:18-28.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query. | |
| **[31.Preamble]** A system for managing location information and providing location information to location queries, the system comprising: | See above evidence regarding the preamble of claim 1. |
| **[31.a]** a location server operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each location specifies a location of data in a network pertaining to the entity, the location server containing location information corresponding to at least one entity and formatted according to the transfer protocol, and wherein the location of data for the location comprises an application server in communication with the network; and | See above evidence regarding claim 10.a. |
| **[31.b]** programming logic stored on the location server responsive to a location query | See above evidence regarding claim 1.c. |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Wolff |
|---|---|
| identifying a desired entity to return a location message, the location message comprising locations associated with the desired entity, wherein the location server returns the location message if the location server contains location information for the desired entity. | |

**Exhibit 3C: Invalidity Claim Chart Against U.S. Patent No. 7,233,978 in View of OracleNamesAdminGuide, OracleUnleashed, Steen, Yocum, and/or Boukobza**

Amazon asserts that claims 17, 23, 24, and 30 of U.S. Patent No. 7,233,978 ("the '978 patent") are rendered obvious by OracleNamesAdminGuide alone or with OracleUnleashed, Steen, Yocum, and/or Boukobza. OracleNamesAdminGuide, OracleUnleashed, and Steen each qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because they were all publicly available before the earliest possible priority date of July 8, 1998 and more than a year before Kove's October 28, 1999 claimed priority date for the '978 patent. Yocum and Boukobza are both prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), issuing from application filed on March 11, 1998 (Yocum) and June 27, 1997 (Boukobza). The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and Amazon reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

This claim chart reflects the additional requirements for the claims based on Kove's statements in reexamination and are consistent with Amazon's proposed constructions reflecting those statements. *See* Dkt. 539. Specifically, based on Kove's statements and Amazon's proposed constructions, claims 17, 23, 24, and 30 also require that the location servers be organized in a non-hierarchical cluster structure, that each location server be able to respond to any location request with either the location of the data or the location of a server known to contain the requested location data without an intervening traversal, and that each request must be resolved in two or fewer traversals. As described below, OracleNamesAdminGuide alone or in combination with Steen or OracleUnleashed renders obvious each claim regardless of Kove's arguments based on additional limitations.

Furthermore, the following list includes examples of specifically where certain '978 patent claim elements are found in each reference.

**OracleNamesAdminGuide & OracleUnleashed:**

- Client:                              client appliances
- Identifier:                         service name
- Location string/information:    connection description
                  (host name, port, and database instance)
- Location server:                Names Server
- Hash function:                  hash function

**Steen:**

- Client:                              client
- Identifier:                         object name
- Location string/information: object tag & addresses
- Location server:                directory nodes
- Hash function:                  hashing based methods

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| **[17.Preamble]** A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising: | To the extent claim 17's preamble is limiting, OracleNamesAdminGuide discloses storing location information.<br><br>A POSITA would have understood that OracleNamesAdminGuide's location information for connecting on Oracle7 (e.g., host name,[112] port, and database instance) is the claimed "location information" because SQL*Net uses the information to build a *connection descriptor* that connects the client to the desired data on the distributed database:<br><br>The Names Server stores the following types of objects, which are described below:<br><br>• database service names—The service name is the global database name that is mapped to the SQL*Net connect descriptor. The combination of a listener address and connect data make up a connect descriptor that locates a database service. Gateways to non–Oracle databases and Oracle RDB databases are also stored.<br><br>• database links—Global database links are automatically created to each defined database from all database servers in the network. These links are made available to all users.<br><br>• aliases—You can assign service name aliases as alternate names for any defined database service or database link. Service name |

---

[112] A POSITA would have understood that a "host name" may include a direct IP address or a host name uses DNS to obtain an IP address.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | aliases are resolved as if they were the original object. |
| | • V1 connect strings—A V1 connect string can be mapped to a service name in the Oracle Names database. The service name you enter acts as an alias for the SQL*Net V1 connect string, making it easy to access a server in a network that still uses SQL*Net V1…. |
| | After services have been defined in Oracle Names, users only need to refer to them by name to connect to a database or network service. The necessary exchange of details occurs between the requester and the Oracle Names Server.[113] |
| | Summary of NAMESCTL Commands … QUERY [will q]uery for the existence or contents of a network object name.[114] |
| | QUERY<br>  Purpose:     Test or retrieve the contents of a network object stored in<br>                      the Names Server….<br>  Syntax:      From the operating system:<br>                      NAMESCTL QUERY object_name [object_type]<br>                      [modifiers]<br>                      From NAMESCTL program:<br>                      QUERY name  [type]  [modifiers]<br>                      Valid types: A.SMD  Network addresses, as with<br>                      database service definitions.<br>                      CNAME.SMD  Alias name (sometimes referred to as |

---

[113] *See* OracleNamesAdminGuide at 23-24.
[114] *See* OracleNamesAdminGuide at 119.

88

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | 'canonical name').<br>DL.RDBMS.OMD  Database link.<br>NS.SMD  Names Server addresses. System data used to communicate between Names Servers.<br>V1ADD.NPO.OMD  SQL*Net Version 1 connect string….<br>Arguments:  Mandatory network object name and network object type.<br>Usage Notes:  QUERY can be used to test that a defined piece of data can be found, and that the contents are correct….<br>If the QUERY command is used with just a name as a parameter, the Names Server responds with the number of pieces of data with that name, and the time required to complete the operation.<br>If the QUERY command is used with the name and type supplied as arguments; the specific name is looked up and returned to the user….<br>Example:  NAMESCTL> QUERY BONES.DEM.MEDICINE A.SMD<br>Total response time:    0.04 seconds<br>Response status:          normal, successful completion<br>Authoritative answer:  yes<br>Number of answers:      1<br>Canonical name:          bones.dem.medicine<br>TTL:                              1 day<br>Alias translations:<br>    from:                       bones.dem.medicine<br>    to:                           bones.dem.medicine<br>Answers:<br>      data type is 'a.smd' |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | Syntax is ADDR:...(DESCRIPTION=(ADDRESS= (COMMUNITY=tcp)(PROTOCOL=TCP)(Host=cowboy) (Port=1522))(CONNECT_DATA=(SID=rodeo)))[.][115]<br><br>When a server initiates the use of a database link, the Names Server is called, and the request is executed, as with locally defined database links (links defined in the local database data dictionary). Consider, for example, the SQL statement shown:<br><br>SELECT A.ITEM, B.COST<br><br>FROM PARTS A, PRICE@FINANCE.US.ACME B WHERE A.PARTNO = B.PARTNO;<br><br>FINANCE.US.ACME is looked up in the Names Server. Then the link is established between the current database and the FINANCE database. (FINANCE is the name of the database service, as well as the name of the global database link.)[.][116]<br><br>When a database link is used to select information from a remote database table (for example, SELECT * FROM EMP@HR.US.ORACLE.COM), Oracle searches for a connect descriptor in the following locations in the following order:<br><br>1. the user's private database links |

[115] *See* OracleNamesAdminGuide at 128-129.
[116] *See* OracleNamesAdminGuide at 109.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
|  | 2. the database public database links |
|  | 3. the Oracle Names Server global database links |
|  | Oracle ends the search when a USING clause is found in either a private or public database link. If a USING clause is not found in a private or public link, then the global database link is used. If a connect descriptor is not found, the following message is returned: |
|  | ORA–02019: 'connection description for remote database not found' |
|  | If a CONNECT TO clause (username/password) is found in any of the searched database links, the first one found is used. If none are found, then the current username and password will be used.[117] |
|  | When th[e names.default_domain] parameter is set to the default domain name (for example, US.ACME), the domain name will be automatically appended to the service name. For example, a client with a default_domain of US.ACME can request a database service named FINANCE.US.ACME as: |
|  | sqlplus scott/tiger@FINANCE |
|  | All names outside the default domain must be fully specified as global names; for example, FINANCE.US.ACME…. The Network Manager automatically adds the NAME.DEFAULT_ZONE |

---

[117] *See* OracleNamesAdminGuide at 110.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | parameter in addition to the NAMES.DEFAULT_DOMAIN for backward compatibility.[118] |
| | The client requires a SQLNET.ORA file with one or more Names Server addresses defined in the NAMES.PREFERRED_SERVERS parameter. These Names Servers are contacted in order until a response is returned. Additionally, each client default domain is set with the NAMES.DEFAULT_DOMAIN parameter to simplify how domains are specified during connection requests and when using NAMESCTL…. |
| | To request access to a network object, the client uses the familiar client/server connection syntax: |
| | sqlplus scott/tiger@FINANCE[.][119] |
| | Every region must have a unique name. The region, although it contains domains, is defined to 'reside' in one of the domains that it contains. The region name is formed by appending one of the domain names onto the end of the region name. For example, a region containing the US.ACME and UK.ACME domains could be called either region_name.US.ACME or region_name.UK.ACME.[120] |

[118] *See* OracleNamesAdminGuide at 93.
[119] OracleNamesAdminGuide at 108
[120] *See* OracleNamesAdminGuide at 44.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | Many companies already have global naming standards for their PC LANs, large hosts, or mail systems. If such policies exist, you can use them as the basis for the Oracle Names naming model. Using the same structure leverages the investment in the education users already have with global names.<br><br>For example, many companies with TCP/IP networks use the Domain Name Service (DNS) model for communication on the worldwide Internet. In this model, all naming models are hierarchical from a set of base domains such as:<br><br>COM - commercial organizations<br><br>EDU - educational institutions<br><br>MIL - military<br><br>ORG – organizations<br><br>Individual companies are then assigned domains within which to build their naming model (for example, ACME.COM)….<br><br>For organizations which are on the Internet, and therefore already have one or more DNS domains, the sensible choice is to align their Oracle naming domains with their DNS domains.[121]<br><br>OracleNamesAdminGuide discloses a location server for storing and retrieving |

---

[121] *See* OracleNamesAdminGuide at 56-57.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | location information. OracleNamesAdminGuide describes using identifiers to obtain this location information.[122] As the below examples show, a POSITA would have understood that OracleNamesAdminGuide's Names Server is a "location server" because it is a network-attached server that maintains data location and connection information to service client requests:

> Oracle Names makes network address and database link information available to all nodes throughout the network. Each database server's network address is stored with a name that is used to identify it. Client applications can then request a database connection with a simple name rather than a lengthy address.[123]
>
> **Oracle Names eases the burden of administering the details of the network**. If the address of a network object changes, the change is made in one place, and all clients get the benefit of the change immediately. Any number of clients have access to a network object's address from a single source.
>
> The user and application developer are exposed only to the name of |

---

[122] *See also* OracleNamesAdminGuide at 29 (explaining Names Servers' default TCP/IP port is 1575), 29 (describing a new service's registration in system results in automatic replication of a service's location in Names Servers), 30 ("the Names Server remembers the addresses of all databases"), 31 (teaching that Names Server stores network-service-name-aliases as they are registered), 33 (explaining Names Server's cache "is an in-memory database of all data required to resolve names"), 83 (describing each Names Server has a unique service name), 99 (describing Names Servers loads network definitions of global database links), 107 (describing example query using network-service-name-alias and type to return information about the network object).

[123] *See* OracleNamesAdminGuide at 20.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | a network object. No knowledge of the connection path is required. This is a much more user-friendly way to use networks and network services. As with other user-oriented network software such as electronic mail, people only need to think in terms of names to get their work done. When making a connection, the client specifies the name of a destination and Oracle Names provides the address.[124] |
| | ***The Names Server has a single purpose: to resolve, or assist in resolving, a client-initiated name request***. It interprets the request, then looks up the name in its cache, or it calls a Names Server in another region. The response or error conditions are passed back to the client. |
| | Figure 3 – 11 shows a client requesting access to a Names Server named POULTRY and a Names Server providing the answer…. ***The service name is the same as the global object name***. For example, a global database name might be POULTRY.WORLD, which is also the service name. |

---

[124] *See also* OracleNamesAdminGuide at 22.

Figure 3 – 11  Client–Server Connection

The sequence of events is as follows:

1. The client application issues a connection request to SQL*Net of the form:

sqlplus scott/tiger@POULTRY

where POULTRY is a database service name defined in the Oracle Names Server.

SQL*Net determines from the client configuration in the SQLNET.ORA file that the client's default domain is WORLD and the preferred Names Server is the one shown. SQL*Net sends the

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | Names Server a request to resolve the name POULTRY.WORLD. |
| | 2. The Names Server receives the request, looks it up in the cache, then sends the response back to the client. |
| | 3. The client receives the answer and substitutes the address in place of the initial name POULTRY. |
| | 4. The client contacts POULTRY and establishes a standard SQL*Net client–server connection.[125] |
| | The Names Server stores the following types of objects, which are described below: |
| | • database service names—The service name is the global database name that is mapped to the SQL*Net connect descriptor. The combination of a listener address and connect data make up a connect descriptor that locates a database service. Gateways to non–Oracle databases and Oracle RDB databases are also stored. |
| | • database links—Global database links are automatically created to each defined database from all database servers in the network. These links are made available to all users. |
| | • aliases—You can assign service name aliases as alternate names |

[125] *See* OracleNamesAdminGuide at 52-53.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | for any defined database service or database link. Service name aliases are resolved as if they were the original object.<br><br>• V1 connect strings—A V1 connect string can be mapped to a service name in the Oracle Names database. The service name you enter acts as an alias for the SQL*Net V1 connect string, making it easy to access a server in a network that still uses SQL*Net V1….<br><br>After services have been defined in Oracle Names, users only need to refer to them by name to connect to a database or network service. The necessary exchange of details occurs between the requester and the Oracle Names Server.[126] |

---

[126] *See* OracleNamesAdminGuide at 23-24.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | 

Figure 2 – 1  Components of a Network Using Oracle Names with the Dynamic Discovery Option                    127

To the extent the preamble is limiting, OracleNamesAdminGuide also discloses a local Names Server (i.e., location server) storing a unique set of location information (i.e., connection descriptors) that differs from a foreign Names Server's set of location information.

A POSITA would have understood that the identifiers and requested data have a 1:1 relationship in order to function correctly. If there was no stored 1:1 relationship, a user would not be able to properly identify the desired data with an identifier. A POSITA would have further understood that a single table or data entity may be stored in multiple locations. For example, the data may be replicated across multiple servers to allow multiple users to access it at once. The data may |

---

127 *See* OracleNamesAdminGuide at 32.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | also be partitioned across multiple servers with a portion on each one. A POSITA would have understood that a single identifier would be used to identify all portions distributed into different server locations. As a result, a POSITA would have understood OracleNamesAdminGuide to include 1:many relationships between identifier and location information.<br><br>OracleNamesAdminGuide teaches using multiple Names Servers for a variety of reasons, including fault tolerance. As shown below in Figure C-2, OracleNamesAdminGuide provides an exemplary hierarchical configuration where authority from one single, central administrative region is delegated to two administrative regions:<br><br>[A] network using the Oracle Names Service consists of … one or more Oracle Names Servers[]. We recommend that you set up at least two Names Servers for fault tolerance….[128] |

---

[128] *See* OracleNamesAdminGuide at 32.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| |  |

Figure C – 2 A Central Region Using a Hierarchical Naming Model [129]

Further, OracleNamesAdminGuide explains that such an arrangement is useful in a larger system with greater demands on storage or transaction volume. And OracleNamesAdminGuide teaches that this hierarchical arrangement requires respective Names Servers to contain different location information for local and foreign objects.[130] In such a hierarchical arrangement, OracleNamesAdminGuide locates the connection descriptors (i.e., location information) for local and foreign

---

[129] *See* OracleNamesAdminGuide at 181.

[130] *See* OracleNamesAdminGuide at 185.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | objects in separate Names Servers associated with their respective administrative regions. As illustrated below in Figure C-4, a client connects to region DR1 and requests data located in the destination server. The local DR1 Names Server (i.e., first location server) receives the request. The destination server is located in foreign region DR2.1, which has its own DR2.1 Names Server (i.e., second location server). Because DR1 Names Server's set of location information differs from DR2.1 Names Server's set of location information, the DR1 Names Server doesn't have location information for the destination server. As such, the request is forwarded through the ROOT region to the DR2.1 Names Server which responds with the location information for the destination server. <br><br> Figure C – 4 shows this process and the sequence of events assuming that no data has been previously cached. <br><br> 1. The client sends request to preferred Names Server in its local region (DR1). <br><br> 2. The preferred Names Server in DR1 issues request for the Names Servers authoritative for the destination server (in region DR2.1). |

| U.S. Patent No. 7,233,978 | <u>**OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza**</u> |
|---|---|
| | <br><br>Figure C – 4 Network Messages in a Multi–Level Foreign Name Resolution<br><br>3. The root Names Server does not have the answer (because root only knows about its direct child regions), but forwards the request to a Names Server in region DR2.<br><br>4. The receiving server in DR2 forwards the request to a Names Server in region DR2.1.<br><br>5. The name is retrieved from its authoritative Names Server in DR2.1.<br><br>6. The names Server in region DR2 caches the answer and returns it to the root. |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | 7. The root caches the answer and returns it to the preferred Names Server in region DR1.<br><br>8. The preferred Names Server caches the answer and returns it to the client.<br><br>9. The client establishes a connection to the destination server.[131]<br><br>When a name is requested from outside the current administrative region, the following process occurs:<br><br>1. The Names Server looks in its foreign data cache for the address of the Names Server it believes is most likely to be authoritative for that name.<br><br>2. If the Names Server does not have the address of this Names Server, it queries the root administrative region for the addresses of Names Servers in that region. For the simple case, assume the root returns the address of the Names Server for that region (the authoritative Names Server).<br><br>3. The Names Server then forwards the request to the authoritative Names Server and the result is returned.<br><br>4. The Names Server stores that name and result in its foreign data |

---

[131] *See* OracleNamesAdminGuide at 191-92.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | cache, then returns the result to the client.[132]<br><br>1. When the client issues the request, the Names Server in the AR4.1 region looks at the domain name (GA.US.ACME), recognizes it as foreign (not local), and issues a request to a root Names Server for Names Server addresses in the region with GA.US.ACME.<br><br>2. A root Names Server forwards the request to AR1.<br><br>3. The name is resolved and returned to a Names Server in the root region.<br><br>4. The Names Server in the root region returns the request to AR4.1.<br><br>5. The Names Server in region AR4.1 returns the name to the client.<br><br>6. The client establishes a SQL*Net connection to the database server BLUE.GA.US.ACME.[133] |

---

[132] *See* OracleNamesAdminGuide at 189-90.
[133] *See* OracleNamesAdminGuide at 193.



Figure C – 5  Name Resolution in a Complex Administrative Hierarchy

Based on the above teachings, OracleNamesAdminGuide discloses or renders obvious a second Names Server comprising a second set of connection descriptors (i.e., location information) wherein at least a portion of the second set of location information differs from the first set of location information.

Further, the below analysis regarding claim elements 17.a-17.e shows how OracleNamesAdminGuide discloses, or renders obvious alone or in view of OracleUnleashed, scaling a capacity and/or transaction rate capability in a Names Server for storing and retrieving location information wherein each Names Server stores a unique set of location information, and is incorporated herein. For

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | example, OracleNamesAdminGuide provides that each administrative region should have "*at least* two Names Servers." OracleNamesAdminGuide at 60. A POSITA would have understood that having *at least* two Names Servers discloses or renders obvious the system having additional Names Servers as needed. And a POSITA would have understood that the specific performance and needs of the administrative region would determine the need for additional Names Servers. For example, having an administrative region containing a large volume of identifier and location information data may be too large to fit onto a single Names Server and may need to be split into two separate Names Servers to load balance the performance.[134] As a result, the region would need four Names Servers (two copies of each distinct set of Name Server data) to achieve the recommended fault tolerance of having a backup Name Server. Alternatively, a POSITA would have understood that, when overseeing an administrative region where a large number of users were making frequent requests for location information, there would be improved performance and functionality by partitioning one Names Server into two unique servers. As such, a POSITA would have found that partitioning would lower the number of entries a respective Names Server would need to search in order to retrieve the necessary location information. |
| | Oracle recommends that each administrative region should have at least two Names Servers. If one Names Server is unavailable, clients will automatically forward requests to the other. The degree of availability this allows depends on the regularity of service each node provides. For example, imagine that the amount of time a |

---

[134] *See* OracleNamesAdminGuide at 60.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | Name Servers node is down for unscheduled reasons is 1%. (It is usually much less.) The likelihood that both would be down at the same time is then roughly .01%, or 1% of 1%. |
| | There is also an issue of network loading, or load balancing. Although any given Names Server is only engaged for a short period of time when a client initiates a connection, the goal is to keep name resolutions lightning fast. With a very large volume of clients, or applications requiring many connections, load balancing across multiple Names Servers can increase system performance.[135] |
| | Further, to the extent that OracleNamesAdminGuide alone doesn't render obvious any limitations of claim element 17.preamble, OracleUnleashed describes providing user access to a distributed database.[136] And OracleUnleashed describes measuring user-access to the database by a variety of performance factors including transaction rate, storage capacity, etc. And OracleUnleashed teaches taking various fault tolerance steps to address performance concerns.[137] OracleUnleashed teaches Oracle's users accessing the database through SQL*Net functionalities for requesting and receiving connection descriptors (i.e., location information).[138] OracleUnleashed further describes storing the location information on location servers called "Names Servers." And OracleUnleashed teaches configuring multiple Names Servers to store unique information and creating an |

[135] *See*, *e.g.*, OracleNamesAdminGuide at 60.
[136] *See* OracleUnleashed at 164.
[137] *See* OracleUnleashed at 16.
[138] *See* OracleUnleashed at 19.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | aggregate set of location information. |
| | The purest form of database coexistence is a distributed database. ***A distributed database appears as one database to users*** and developers, yet is a series of separate databases at the physical level. To accomplish this task, we need to replicate data on these different databases so that at the higher levels data appears uniform regardless of which system we query or modify… [¶] A distributed database is singular in that ***although data physically exists at many sites, it is still one database at the highest level*** that is simply distributed physically, as in Figure 8.10.[139] |
| | OracleUnleashed Figure 8.10: |

[139] *See* OracleUnleashed at 164.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
|  |  Database Architecture…Oracle is primarily designed to work in multiuser, multitasking computer environments. There have been versions of Oracle that work in batch processing environments (for example, IBM mainframes running S) and single-user, single-task environments such as the PC. However, the basic architecture is designed to work very well with operating systems such as UNIX, VMS, and so forth. There are a few key concepts about these operating systems you should know: |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
|  | • These operating systems **run multiple jobs or processes at the same time**. The system cycles between the jobs and gives processing time to the processes that are ready to do something. Some operating systems enable you to control the priority of the jobs so that certain jobs get more time than others.<br><br>The memory of these computers is divided into space reserved for operating system, space reserved for the users, and space that is shared by multiple processes. The shared memory areas are not normally used by applications; however, as you will see, **Oracle makes extensive use of shared memory areas.**[140]<br><br>**User Requests:** OracleUnleashed describes that the distributed system involves users requesting and receiving database access.<br><br>User Processes…The first group of processes are those involved with servicing user requests. Think of them as your liasons to Oracle. When you need for information, they go after it for you. When you have updates or inserts for the database, they store the transaction in the shared memory areas for later transfer to the data files.[141] |

---

[140] OracleUnleashed at 16.
[141] OracleUnleashed at 19

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
| --- | --- |
| | OracleUnleashed Configuration Listings:  |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | ```
LISTING 21.3. sqlnet.ora FILE FROM DATABASE SERVER.

###############
# Filename......: sqlnet.ora
# Name..........: TCP.world
# Date..........: 11-MAR-98 09:46:48
###############

AUTOMATIC_IPC = ON
TRACE_LEVEL_CLIENT = OFF
SQLNET.EXPIRE_TIME = 0
NAMES.DEFAULT_DOMAIN = world
NAME.DEFAULT_ZONE = world
SQLNET.CRYPTO_SEED = '-1241587199-1241552483'


LISTING 21.7. tnsnames.ora FILE FROM CONSOLE WORKSTATION.

###############
# Filename......: tnsnames.ora
# Name..........: LOCAL_REGION.world
# Date..........: 01-APR-1998 12.39.46 PM
# Generated by Enterprise Manager
###############
prod.world=(DESCRIPTION=(ADDRESS_LIST =(ADDRESS = (COMMUNITY =
NMP.world)(PROTOCOL = NMP)
          (SERVER = SERVER1)(PIPE = ORAPIPE))(ADDRESS = (PROTOCOL =
TCP)(Host = SERVER1)
          (Port = 1521))(ADDRESS = (PROTOCOL = TCP)(Host = SERVER1)(Port
= 1526))
          (ADDRESS = (PROTOCOL = TCP)(Host = 127.0.0.1)(Port = 1521))
          (ADDRESS = (PROTOCOL = SPX)(Service = SERVER1_lsnr)))
          (CONNECT_DATA=(SID=PROD)(SERVER=DEDICATED)))
``` |

113

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | ```
test.world=(DESCRIPTION=(ADDRESS_LIST =(ADDRESS = (COMMUNITY =
➡NMP.world)(PROTOCOL = NMP)
          (SERVER = SERVER1)(PIPE = ORAPIPE))(ADDRESS = (PROTOCOL =
➡TCP)(Host = SERVER1)
          (Port = 1521))(ADDRESS = (PROTOCOL = TCP)(Host = SERVER1)(Port
➡= 1526))
          (ADDRESS = (PROTOCOL = TCP)(Host = 127.0.0.1)(Port = 1521))
          (ADDRESS = (PROTOCOL = SPX)(Service = SERVER1_lsnr)))
          (CONNECT_DATA=(SID=TEST)(SERVER=DEDICATED)))

oemrep.world=(DESCRIPTION = (ADDRESS_LIST = (ADDRESS = (COMMUNITY =
➡tcp.world)
          (PROTOCOL = TCP) (Host = server2) (Port = 1521))
          (ADDRESS = (COMMUNITY = tcp.world) (PROTOCOL = TCP) (Host =
➡server2)
          (Port = 1526))) (CONNECT_DATA = (SID = oemrep)))
``` |
| | LISTING 21.8. sqlnet.ora FILE FROM CONSOLE WORKSTATION. |
| | ```
TRACE_LEVEL_CLIENT = OFF
names.directory_path = (TNSNAMES)
names.default_domain = world
name.default_zone = world
``` |
| | Because the data on a distributed database may be routinely moved around to different physical locations to optimize performance, a POSITA would appreciate that users cannot easily use physical location to identify data. Accordingly, OracleNamesAdminGuide and OracleUnleashed describe using SQL*Net to fulfill requests without the user needing any location information or "Location Transparency."

Further, OracleUnleashed discloses that SQL*Net uses connection information (host name, port, and database instance), e.g., the claimed "location information" to build the connect strings and establish requested connections across the |

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | distributed database. A POSITA would have understood that OracleUnleashed discloses using an identifier to find the necessary connection information for connecting on Oracle because SQL*Net allows user requests to use easy names to make connection requests, e.g., network-service-name-aliases, synonyms, system identifiers (SID's), etc.: |

Location Transparency… this is simply an extension of Access Method Transparency in that not even the physical location of the data needs to be known by the user. Oracle's gateway will map a request to the different physical machines and databases on which the data resides.

One note here: To realize Location Transparency, an administrator needs to **set up SQL*Net on both machines** and create the proper database links, grants, and synonyms.

Network Transparency…This really should be called SQL*Net Transparency. You still need Oracle's standard network layer running over all your different networks to shelter each database from network differences and to provide a common protocol. SQL*Net is the portion of the gateway that handles network communication. **When SQL*Net is working, there is network transparency between databases.**[142]

To keep track of the various processes, Oracle uses the system

---

[142]  See OracleUnleashed at 151.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
|  | identifier (SID), which is the key to connecting to a given instance. When the Oracle processes are started, they contain the SID as part of the process name for ease of identification. This parameter is also used by local connections, ***SQL\*Net and Net8***, to ***route a given request or transaction from a user*** to the appropriate database instance.[143] |
|  | A synonym is merely a way of assigning an alias with which users can reference a table or view. This makes it easier to access tables that you do not own. When you own a table, you use its name in your SQL queries. When you want to access a table owners by another user, you need to specify both the owner of the table and the table name (in the owner.table_name format). When you reference tables located in a different database using SQL\*Net, the format can be rather complicated. Synonyms simplify this access because you can create a simple synonym that contains the details of a complex reference string (see Figure 12.4).[144] |
|  | There are instances when you may want to ***use an alternate name*** for a database table or view. Perhaps you use a very formal scheme for naming tables that makes sense to developers but is a ***little too cumbersome to end users***. Perhaps you have a number of different table and view owners and ***you do not want to have your users type*** |

---

[143] OracleUnleashed at 173.
[144] OracleUnleashed at 228

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | *in fully qualified table names* (for example, owner.table_name). In these and some other circumstances, you may want to *use a synonym to give the table or view an alternate name to make typing SQL statements a little easier*.[145]<br><br>SQL*Net has a Names Server to resolve names to locations. This method makes it very easy to move Oracle Servers and databases with no impact on the end-user community. The Net8 Name Services has the ability to cache names at the client for much faster resolution, and the various listeners and connection managers register as available with Names Services.[146]<br><br>OracleUnleashed teaches storing the location information on location servers called "Names Servers." A POSITA would have understood from OracleUnleashed that Oracle's Names Server is a "location server" because it is a network-attached server that maintains data location and connection information to service client requests:<br><br>SQL*Net has a Names Server to resolve names to locations. This method makes it very easy to move Oracle Servers and databases with no impact on the end-user community. The Net8 Name Services has the ability to cache names at the client for much faster resolution, and the various listeners and connection managers |

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | register as available with Names Services.[147]<br><br>Further, a POSITA would have understood Names Servers' necessary role in completing each requested transaction in the system. Accordingly, a POSITA would have understood the desirability in tuning each Names Server for performance like any other server on the distributed database to aim for optimized performance. To that end, OracleUnleashed provides exemplary configurations for Names Servers. For example, OracleUnleashed teaches that separate Names Servers should have unique information to create an aggregate set of location information.<br><br>You might be interested in knowing how Oracle chooses which bytes on the disk to use to store a file and how it delimits the various columns and other such detailed storage data, but its not necessary. **When you insert a row into a table, Oracle** finds the correct spots within the extents that you have allocated for that table and **stores the data in a manner that you can retrieve it. Oracle keeps track of the exact location of the bits and bytes**.[148]<br><br>Oracle Unleashed Fig. 19.2: |

---

[147] *See* OracleUnleashed at 424.
[148] *See* OracleUnleashed at 220.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
|  |  FIGURE 19.2. A typical SQL*Net environment. There are instances when you may want to use an alternate name for a database table or view. Perhaps you use a very formal scheme for naming tables that makes sense to developers but is a *little too cumbersome to end users*. Perhaps you have a number of different table and view owners and you do not want to have your users type in fully qualified table names (for example, owner.table_name). In these and some other circumstances, you may want to *use a synonym to give the table or view an alternate name to make typing SQL statements a little easier*.[149] |

---

[149] *See* OracleUnleashed at 219.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | Additionally, when a Names Server isn't performing sufficiently, a POSITA would have understood how to tune the Names Server like any server on the distributed database. One example of this is through "scalability." OracleUnleashed emphasizes the importance of scalability: |
| | The data warehouse team must ensure that the data warehouse is scalable. It is easy for programmers to forget scalability and create a process that is destined to be rewritten. The programmers and designers must test all processes at the highest possible load level that can be expected for the data warehouse.[150] |
| | For example, a POSITA would have understood that a newly formed company may have minimal storage and transaction needs and set up a simple database architecture with only one Names Server to handle the minimal needs. This may meet the needs of the company, but when the company needs to grow, this would require more necessary storage capacity, more processing power to handle more transaction requests, etc. As OracleUnleashed teaches, databases must be updated and scaled as they grow and expand; |
| | After a while, our perfectly-running database is going to fill up with a great deal of data. If we enter a modest 300 gigabytes per year of sales data, after 30 years we have 9 terabytes. Our year 2000 problem is going to be that our computer is going to choke itself to |

[150] OracleUnleashed at 758.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | death and die if we don't do something about our older data.[151]<br><br>Each server added to a distributed database requires SQL*NET and at least one Names Server to support location transparency. *See* OracleUnleashed at 151, 454.<br><br>In business, many times for larger companies, databases are functioning in different parts of the world or simply performing different tasks. Maybe we are an international corporation and we do business in New York, London, and Hong Kong. We have **three huge databases** logging the sales of *Star Trek* trinkets in each of the three cities and a massive WAN (wide area network) linking the databases as in Figure 16.1.<br><br>In this situation, clerks in New York, London, and Hong Kong are entering thousands of orders a day for the alien dolls that like Jolt Cola. Each database is being **pressed to the limit**! On each node of our *distributed database*, we have executives who need to see not only sales for their region but total sales.[152]<br><br>OracleUnleashed provides a variety of exemplary database configurations in Figures 16.1-16.6, such as Figure 16.1 shown below. |

---

[151] OracleUnleashed at 314.
[152] OracleUnleashed 312-13.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | <br><br>Thus, a POSITA would have appreciated that, at each one of the servers for each city, there is a Names Server logging the unique location information for that city. As a result, a POSITA would have understood that at least Figure 16.1 shows a plurality of location servers with unique information of an aggregate set of location information for the entire company.<br><br>In this second scenario, Figure 16.2, we might have a fast enough database server and network and/or light enough sales volume so we can structure our London, New York, and Hong Kong business in the following way. |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | Here we have a server that can handle all the requests and a network that can handle the amount of data we receive to pass through efficiently. Now say we also have the ultimate fail-over system for our dream server.[153]<br><br><br>FIGURE 16.2.<br>*A powerful server and network that is fully recoverable negates the need for replication.*<br><br>Based on these teachings, a POSITA would have appreciated the above figure describes an idealized distributed database using a "Super Computer" with vastly |

---

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | superior processing and a "Super Disk" with huge capacity for storage. A POSITA would have further appreciated the point of including this idealized figure is to emphasize the limitations that must be accounted for to maintain a healthy database. Specifically, a POSITA would have understood the desirability to account for processing and storage limitations in a system.

However, even with the idealized database in Figure 16.2, OracleUnleashed provides that it could be faced with both storage and processing difficulties as the business expands and continues. OracleUnleashed provides the difficulties with data being added for decades:

> After a while our perfectly-running database is going to fill up with a great deal of data. If we enter a modest 300 gigabytes per year of sales data, after 30 years we have 9 terabytes. Our year 2000 problem is going to be that our computer is going to choke itself to death and die if we don't do something about our older data.[154]

Further, OracleUnleashed provides that the system could be stressed by processing demands:

> Furthermore, our *Star Trek* trinket company has hired a bunch of fancy business consultants, who are running long-term trends studies on our sales database! When these people log in to find out if our Jolt Cola alien action figures are losing popularity, suddenly the database slows down and salespeople all over the world have |

---

[154] *See* OracleUnleashed at 314.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | trouble entering data. Our perfect system is slowly dying of data overload and being choked to death by business consultants who took one too many statistics courses in college (see Figure 16.3).[155] |



FIGURE 16.3.
At some point, you need to know how to say "when" in the storage of historical data and statistical data.

As OracleUnleashed shows, Figure 16.3 takes sales data from 1967, 1997, and 1998 on the "Super Disk" server and transfers it to separate servers to improve the Super Computer performance. A POSITA would have understood that all sales data's location information is cataloged with Super Disk's SQL*NET and Name

---

[155] OracleUnleashed at 315.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | Server(s). As the system reached its storage capacity and transaction limitation and the database health required the 1967, 1997, and 1998 sales data to move to individual servers, the corresponding location information would be moved from the Super Disk Name Server(s) to the Names Server(s) for each year's server to support further SQL*NET functionality.<br><br>OracleUnleashed further provides the idea of "Data Warehousing" where infrequently changing data is moved to a group of separate servers configured to maximize storage capacity at the expense of updating capability:<br><br>If I were to enter the stage as your consultant, after I handed you my modest bill, I would suggest that you separate the old sales data into a *data warehouse*. A data warehouse is a large repository of data that is generally not changed day-to-day. It is a place where our business analysts can analyze as much historical data as they can get their hands on.[156] |

---

[156] OracleUnleashed at 315.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | Server(s). As the system reached its storage capacity and transaction limitation and the database health required the 1967, 1997, and 1998 sales data to move to individual servers, the corresponding location information would be moved from the Super Disk Name Server(s) to the Names Server(s) for each year's server to support further SQL*NET functionality.<br><br>OracleUnleashed further provides the idea of "Data Warehousing" where infrequently changing data is moved to a group of separate servers configured to maximize storage capacity at the expense of updating capability:<br><br>If I were to enter the stage as your consultant, after I handed you my modest bill, I would suggest that you separate the old sales data into a *data warehouse*. A data warehouse is a large repository of data that is generally not changed day-to-day. It is a place where our business analysts can analyze as much historical data as they can get their hands on.[156] |

---

[156] OracleUnleashed at 315.



FIGURE 16.4.
*By moving analytic and historical data off an OLTP sales server, we improve performance.*

A POSITA would have understood from Figure 16.4 that SQL*NET responds to analyst requests by querying the aggregate Data Warehouse location information from each of the unique Names Servers on the respective 1967-1995 sales data servers. Further, based on the steps laid out of dividing servers for uses, adjusting configuration based on storage capacity and transaction processing power, etc. it would have been obvious to apply the same methods to the Names Servers as needed. For instance, if the analysts were told to focus on data sales in the 1990's, the Names Servers for those years would suddenly have a significant increase in transactions, but the data stored would remain the same. Accordingly, it would have been obvious to a POSITA that more Name Server processing power was needed on each data storage server from 1990-1995. As a result, a POSITA would be motivated to apply the same transfer steps shown for each of Figures 16.1-16.4

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | to create a 2nd or 3rd Names Server in OracleNamesAdminGuide's system. For example, on the 1995 server, the first Name server could keep location information for sales from January-June, while location information for sales from July-December was moved to the second Name Server. A POSITA would have known this would be successful because transferring portions of data to accommodate additional processing power is a routine activity for a POSITA in this field.

Further, even if a POSITA wouldn't have understood this from OracleNamesAdminGuide alone, it would have been obvious based on Steen's teachings. Steen describes a location service in a system for "locating mobile objects in a worldwide system":

*Locating mobile objects* in a worldwide system requires a scalable location service. An object can be a telephone or a note-book computer, but also a software or data object, such as a file or an electronic document. Our service strictly separates an object's name from the addresses where it can be contacted. This is done by introducing a location-independent object handle. An object's name is bound to its unique object handle, which, in turn, is mapped to the addresses where the object can be contacted. To locate an object, we need only its object handle. We present a scalable location service based on a worldwide distributed search tree that adapts dynamically to an object's migration pattern to optimize lookups and updates.[157] |

---

[157] Steen at Abstract.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | Steen explains that, in distributed systems, there can be multiple instances of the same data or service:<br><br>    In distributed systems, this way of locating a service is also known as anycasting: *a client requires a particular service, but is really not interested in which server will handle the request*. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is then subsequently resolved to the address of *any server that can handle the request*.[158]<br><br>A POSITA would have appreciated that Steen's principle of "anycasting" allows for faster resolution of clients' requests because multiple servers can resolve any given query. As a result, a POSITA would have been motivated by OracleNamesAdminGuide's goal of "lightning fast" resolution to incorporate anycasting to its data storage. This would have resulted in multiple data repositories where each server connects to OracleNamesAdminGuide's Names Service (i.e., location server network).<br><br>Further, Steen teaches using a plurality of servers to provide services. Steen provides the exemplary description of *anycasting* to show how multiple servers provide services like the disclosed location service. |

[158] Steen at 105.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | In distributed systems, this way of locating a service is also known as anycasting: a client requires a particular service, but is really not interested in which server will handle the request. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is then subsequently resolved to the address of any server that can handle the request.[159]<br><br>To manage the first level of the system, Steen discloses the use of "directory nodes," which correspond to the claimed "location servers." As shown below in Figure 2, Steen's system includes a directory node Dir(R), for resolving object names to object handles, e.g., location information for addresses. |

---

[159] Steen at 105.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | ■ Figure 2. *The logical organization of the location service as a virtual search tree.*<br><br>Steen describes that, in systems with multiple regions, there may be multiple directory nodes, e.g., location servers:<br><br>In our model for tracking objects, we assume hierarchical decomposition of a (worldwide) network into regions. This decomposition is relevant only to the location service. With each region we associate a directory node capable of storing addresses that lie within that region. This leads to a logical tree-based organization, as shown in Fig. 2. [160]<br><br>Steen teaches that the system assumes addresses be location-dependent, i.e., the region in which an address lies is encoded in the address itself: |

[160] Steen at 105.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | The location service normally stores new addresses at the leaf node representing the region in which the address lies. For each new object, it constructs a path of forwarding pointers from the root to each leaf node where an address is stored. Addresses and forwarding pointers are stored in contact records. An implication of this design is that in the worst case it is always possible to locate every object by following the chain of pointers from the root node. In practice, we can do much better than this, as described later.[161] <br><br> Further, Steen also describes that dir(R) may be partitioned into multiple subnodes, as shown below in Figure 6: <br><br> In particular, higher-level directory nodes not only have to handle a relatively large number of requests, they also have enormous storage demands. Our solution is to partition a directory node into one or more directory subnodes such that each subnode is responsible for a subset of the records originally stored at the directory node.[162] |

---

[161] Steen at 105.
[162] Steen at 107-08.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | <br>■ **Figure 6.** *A search tree and a corresponding logical tree after partitioning the directory nodes into subnodes.*<br><br>For a partitioned dir(R), Steen teaches its system configures each subnode to function as its own server and contains its own subset of location information.[163] For those reasons, a POSITA would understand that each subnode is a location server containing location information. |

[163] Steen at 107-08.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| |  **Steen Figure 6 Annotated** Thus, Steen discloses a system of flat location servers which each contain a portion of a total dataset of location information. A POSITA would have understood that Steen's partitioned group of location servers organized in a non-hierarchical configuration results in each server containing a subset of the data location information originally stored on the first location server. Further, a POSITA would have been motivated to adopt Steen's partitioning approach for grouping OracleNamesAdminGuide's Names Servers to maintain "lightning fast" resolutions to data queries. Thus, applying either (1) OracleUnleashed's teachings toward partitioning servers and datasets or (2) |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | Steen's teachings toward partitioning a location server into a group of servers to OracleNamesAdminGuide's Names Servers would have rendered obvious that the data location server network has a plurality of data location servers.

Accordingly, Steen discloses or render obvious the claim preamble's location server system.

Further, to the extent that OracleNamesAdminGuide, OracleUnleashed, and Steen don't disclose or render obvious the scaling or multiple location servers of 17.preamble, Yocum renders these aspects obvious. Specifically, Yocum discloses a system using multiple servers to optimize performance in a scalable manner:

> The present invention relates to a method and apparatus for controlling the number of servers in a cluster of information handling systems in which incoming work requests belonging to a first service class are placed in a queue for processing by one or more servers.[164]

> The present invention allows system management of the number of servers across a cluster of system for each of a plurality of user performance goal classes based on the performance goals of each goal class.[165]

> FIG. 4 shows the logic flow to assess improving performance by |

[164] *See* Yocum at 1:66-2:3
[165] Yocum at 2:28-32.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | starting additional servers 163. FIGS. 4-6 illustrate the steps involved in making the performance index delta projections provided by the fix means 118 to the net value means 124. At 1401, a new number of servers 163 is selected to be assessed. The number must be large enough to result in sufficient receiver value (checked at 1405) to make the change worthwhile. The number must not be so large that the value of additional servers 163 is marginal, for example, not more than the total number of queued and running work requests 162. The next step is to calculate the additional CPU the additional servers 163 will use; this is done by multiplying the average CPU used by a work request by the additional servers 163 to be added.<br><br>At 1402, the projected number of work requests 162 at the new number of servers 163 is read from the server ready user average graph shown in FIG. 5. At 1403, the current and projected queue delays are read from the queue delay graph shown in FIG. 6. At 1404, the projected local and multisystem performance index deltas are calculated.[166] |

---

[166] Yocum at 10:37-56.





Each system then determines the resource bottleneck causing the receiver class to miss its goals. If the resource bottleneck is the number of servers, each system determines whether and how many servers should be added to the receiver class…To ensure the availability of a server capable of processing each of the work requests in the queue, each system determines whether there is a work request in the queue with an affinity only to a subset of the cluster that does not have servers for the queue and, if so, starts a server for the queue on a system in the subset to which the work request has an affinity.[167]

---

[167] Yocum at Abstract.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | In FIG. 1 the number 107 of servers 163 is shown stored in the class table entry 106, which might be taken to imply a limitation of one queue 161 per class. However, this is merely a simplification for illustrative purposes; those skilled in the art will recognize that multiple queues 161 per class can be independently managed simply by changing the location of the data. The fundamental requirements are that the work requests 162 for a single queue 161 have only one goal, that each server 163 has equal capability to service requests, and that a server cannot service work on more than one queue 161 without notification from and/or to the workload manager 105.[168] |

---

[168] Yocum at 8:32-43.

FIG.1

Systems in which incoming work requests are placed in a queue for assignment to an available server are well known in the art. Since the frequency at which the incoming requests arrive may not be readily controlled, the principal means of

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | controlling system performance (measured by queue delay or the like) in such a queued system is to control the number of servers. Thus, it is known in the art to start an additional server when the length of the queue being served reaches a certain high threshold or to stop a server when the length of the queue being served reaches a certain low threshold.[169]<br><br>Further, to the extent that the above references don't disclose or render obvious any limitations of claim element 17.preamble, Boukobza discloses or renders obvious those elements. For instance, Boukobza describes providing user access to a distributed database.[170] And Boukobza describes that user access to a distributed database can be measured by a variety of performance factors including transaction rate, storage capacity, etc.[171] And Boukobza describes various corrective steps that can be taken to address performance concerns.[172] Boukobza teaches users accessing the database through SQL*Net functionalities for requesting and receiving location information.[173]<br><br>Further, Boukobza teaches scaling a distributed database to accommodate growing needs:<br><br>In conclusion, according to the present monitoring process, the use of autonomous agents makes it possible to ensure the proper |

---

[169] Yocum at 1:13-23
[170] Boukobza at 18:18-23.
[171] Boukobza at 34:43-51.
[172] Boukobza at 33:60-67, 15:2-32.
[173] Boukobza at 18:18-23.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | running of the applications monitored in all of the nodes by means of an autonomous and efficient decision processing applied locally to the objects to be processed, when necessary to very rapidly feedback the useful information from the nodes to be monitored to the management node, and to automatically initiate actions on certain conditions or possibly to recommend an action. In this way, an effective monitoring of the objects functioning in the plurality of nodes is ensured and a significant increase in performance is obtained due to the independent capacity available to the various autonomous agents in their operation, the process applied in this case making it possible *to measure specific parameters of each object, to test conditions on these parameters relative to thresholds, and then to execute an action in order to warn of a problem, to reconfigure or to correct.* Measurements are collected in order to perform a later analysis for purposes of a statistical examination of the activity monitored. These collected measurements relate to all the types of objects to be monitored, for example, in this case instances such as data bases like Oracle or Informix, applications such as Tuxedo, Various machines or any one machine, a Distributed Print Facility (DPF), etc. Also, the synthetic aspect of a defined generically global object offers substantial freedom of action and allows efficient use of the tree structure concept with a great deal of precision relative to the evolution of the display granularity obtained. Correlations can be made between a plurality of different measurements, particularly |

between different object types, which means that intertype correlation is advantageously provided. ***Moreover, this process is portable to different platforms, due to its total independence from its operating environment***. Since the display occurs by means of a graphical interface specific to this process. This process is also able to allow any interfacing with any management system, offering the user integrated management, since the autonomous agents access different information through the existing standard protocols.[174]

Further, Boukobza teaches user access:

Some non-limiting exemplary embodiments of predefined Oracle parameters are offered below:

the parameter 'ORA-- USER—ACCESS', in which the measurement consists of making a ***connection attempt using the function 'connect—string' supplied to the user***; the condition corresponds to verifying whether the or not the attempt has succeeded, and the action resides in the analysis of the cause and in the possible restart.[175]

Also, relative to the module specific to Oracle, it must be possible, among other things, to ***control access to objects*** in order to prevent any lockout or suspension ('abort') of the application if the latter

---

[174] *See, e.g.*, Boukobza at 34:52-35:22.
[175] *See, e.g.*, Boukobza at 15:1-9:

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | wishes to access the base or the Oracle objects.[176] |
| | *The user chooses* (by means of the interface GUI) *the list of objects to be viewed* (their icon), in the main window of the interface GUI. An object in this list that is not selected will only be viewed if a 'zoom' is performed on a global object which contains it. A global object can also be labelled as a component (COMPONENTS) of a global object and is a component of a global object [GLOBAL (a particular Oracle instance is chosen from the list of objects to be viewed in the main window, *since the users write SQL* directly to the base)] since this base is accessed by a given application.[177] |
| | Further, Boukobza teaches performance measurements and corrective actions: |
| | [F]or a given server in a given node: the average number of queued requests, per queue. To be done for all the servers. No display. Makes it possible to know if the number of duplicated servers has changed. If the average number of queued requests is >10 (the example 10 is slightly greater than the average number of active clients requesting a service from the server) then action to add a server (up to the max).[178] |

[176] Boukobza at 30:15-19.
[177] Boukobza at 7:38-48.
[178] *See, e.g.*, Boukobza at 33:60-67.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | Per 'tablespace', is the fill rate of the dbfiles>threshold X'? If yes, action 'ORA FREE TS'. calculates the maximum size of the fragments. If lower n: than the value of the next 'extent' then action 'ORA MAX FRG' and recording in the file 'actionlog. comparison of the actual number of 'extents' with the maximum allowed 'MAXEXTENTS' (defined at the creation of the object, in the clause **'STORAGE').** In this case, the application using the table will be suspended ('abort'). This incident must be prevented. Action 'ORA MAX EXT' if the object reaches its 'maxextents'. Recording in |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | 'actionlog.'[179]<br><br>Finally, relative to specific module 'system', it must be possible, among other things, *to monitor and measure the cpu time, the disk Space, the inputs/outputs, the storage, the exchange rate, the number of users, the pagination, the network, etc.* Thus it is possible, for example, to measure the cpu utilization per second, with default display, or the input/output rate per second, or to identify the processor swhich are the largest users of cpu and collect them in orderto perform an autonomous analysis ('offline', thc).[180]<br><br>[T]he parameter 'ORA-- FRAGMENT—TS', in which the measurement consists of verifying the condition which corresponds to the case in which the largest of the extents ('MAX—EXTENTS') of the tables of the table space ('Tablespace') is smaller than the largest hole of the table space, and if this condition is true, of sending an action proposition window in which it is indicated that the *table space ('Tablespace') must be reorganized* according to the following propositions:<br><br>either a file is automatically created to enlarge the table space ('Tablespace'), |

---

[179] Boukobza at 32:4-16.
[180] Boukobza at 34:43-51.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
|  | or it requests when a standard 'export-- operation-- tables/import' command is to be executed, <br><br> or the administrator is requested to program the start of his reorganization utility. <br><br> the parameter 'ORA—SCANLOG', in which the Oracle errors to be processed in the file 'alert.log' are predefined. A predefined action class corresponds to each error.[181] <br><br> Regarding the claimed "location information," Boukobza teaches the use of location information through SQL*Net and TNS Names Services, including the use of identifiers, connect strings, and the SQL*Net protocol language itself.[182] A POSITA would have understood that Boukobza's connection information for connecting on Oracle (e.g., host name,[183] port, and database instance) is the claimed "location information" because SQL*Net uses the information to build a *connect string* that connects the client to the location of the desired data on the distributed database. |

---

[181] Boukobza at 15:18-33.

[182] Boukobza at 7:1-31.

[183] A POSITA would have understood that a "host name" may include a direct IP address or a host name uses DNS to obtain an IP address.

Boukobza 7:1-31 Annotated

Further, a POSITA would have understood that Boukobza's teachings are usable to monitor an expanding database that starts out with one single location server. For example, a company starting out may have minimal storage and transaction needs and set up a simple database architecture with only one location server to handle the minimal needs. This may be perfect starting out, but if the business succeeded

| U.S. Patent No. 7,233,978 | <u>OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza</u> |
|---|---|
| | and grew, this would mean more necessary storage capacity, more processing power to handle more transaction requests, etc. A POSITA would appreciate that at each one of the servers for each city, there is a location server logging the unique location information for that city. This would require moving location and identifier information form the first location server to the new city-specific location server reflecting the new configuration of the expanding database.<br><br>Based on the above teachings, to the extent the preamble is limiting, OracleNamesAdminGuide discloses a method of scaling at least one of capacity and transaction rate capability in a Names Server in a system having multiple Names Servers for storing and retrieving location information wherein each Names Server stores a unique set of location information of an aggregate set of location information, or renders this obvious alone or in view of OracleUnleashed, Steen, Yocum, and Boukobza. |
| **[17.a]** providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier; | OracleNamesAdminGuide discloses, or renders obvious alone or in view of OracleUnleashed, Steen, and/or Boukobza identifiers (i.e., network-service-names-aliases) and location information (i.e., connections descriptors) specifying the location of information related to the identifiers.<br><br>Further, OracleNamesAdminGuide, OracleUnleashed, and Steen each disclose or render this element obvious alone or in combination.<br><br>OracleNamesAdminGuide describes a transfer protocol for transporting messages because the SQL*Net utility ensures that messages conform to the needed transfer protocol for the Names Server, Multiprotocol Interchange, and client. |

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | Oracle Network Manager—This tool writes all definitions for all of Oracle's network software, including SQL*Net, the MultiProtocol Interchange, and Oracle Names to the network definition on a database. It provides a structured way to configure the product initially, and to periodically update the network configuration.[184] |
| | *A SQL*Net community is a group of machines that can communicate using the same transport protocol.* Clients, servers, Interchanges, and Names Servers can be members of one or more communities; however, they can be members of only one domain.[185] |
| | If the node you have chosen already has SQL*Net or an Interchange on it from a previous installation, the node should already be defined. You enter information such as the following on the Name Server property sheet in the Network Manager: |
| | • protocol-specific address information |
| | • Names Server password |
| | • log and trace file names |

---

[184] *See* OracleNamesAdminGuide at 36.
[185] *See* OracleNamesAdminGuide at 44.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | You must enter the address information; however, all other values have defaults. If you have security concerns, it is always good practice to change the default password.[186]<br><br>TNS [is a] foundation technology, built into SQL*Net V2.x, the MultiProtocol Interchange, and Oracle Names …. TNS address [is a]n address of a client or network service on a TNS community, which identifies the community to which it belongs, the protocol used by that community, and some protocol-specific values. One TNS client or network service may have multiple TNS addresses if it resides in multiple communities.[187]<br><br>REGISTER … Example: NAMESCTL> register parts –t database –d (DESCRIPTION= (**ADDRESS= (PROTOCOL=TCP)(HOST=nineva) (PORT=1387**))(CONNECT_DATA=(SID=db3)))[.][188]<br><br>***A client can request a network service within its default domain using the service's simple, unqualified name***, that is, without specifying a domain name. If a user requests a name without a '.' character in it, the default domain name will be automatically |

---

[186] *See* OracleNamesAdminGuide at 63.
[187] OracleNamesAdminGuide at 203.
[188] *See* OracleNamesAdminGuide at 131.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | appended to the database service or database link name requested.[189] |
| | Oracle Names makes network address and database link information available to all nodes throughout the network. Each database server's network address is stored with a name that is used to identify it. Client applications can then request a database connection with a simple name rather than a lengthy address.[190] |
| | *Oracle Names eases the burden of administering the details of the network*. If the address of a network object changes, the change is made in one place, and all clients get the benefit of the change immediately. Any number of clients have access to a network object's address from a single source. |
| | *The user and application developer are exposed only to the name of a network object. No knowledge of the connection path is required.* This is a much more user-friendly way to use networks and network services. As with other user-oriented network software such as electronic mail, people only need to think in terms of names to get their work done. *When making a connection, the client specifies the name of a destination and Oracle Names provides the address*.[191] |

[189] *See* OracleNamesAdminGuide at 43-44.
[190] *See* OracleNamesAdminGuide at 20.
[191] *See also* OracleNamesAdminGuide at 22.

| U.S. Patent No. 7,233,978 | <u>**OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza**</u> |
| --- | --- |
| | ***The Names Server has a single purpose: to resolve, or assist in resolving, a client-initiated name request***. It interprets the request, then looks up the name in its cache, or it calls a Names Server in another region. The response or error conditions are passed back to the client.<br><br>Figure 3 – 11 shows a client requesting access to a Names Server named POULTRY and a Names Server providing the answer…. The service name is the same as the global object name. For example, a global database name might be POULTRY.WORLD, which is also the service name.<br><br><br><br>Figure 3 – 11 Client–Server Connection |

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | The sequence of events is as follows: |
| | 1. The client application issues a connection request to SQL*Net of the form: |
| | sqlplus scott/tiger@POULTRY |
| | where POULTRY is a database service name defined in the Oracle Names Server. |
| | SQL*Net determines from the client configuration in the SQLNET.ORA file that the client's default domain is WORLD and the preferred Names Server is the one shown. SQL*Net sends the Names Server a request to resolve the name POULTRY.WORLD. |
| | 2. The Names Server receives the request, looks it up in the cache, then sends the response back to the client. |
| | 3. The client receives the answer and substitutes the address in place of the initial name POULTRY. |
| | 4. The client contacts POULTRY and establishes a standard SQL*Net client–server connection.[192] |

---

[192] *See* OracleNamesAdminGuide at 52-53.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
|  | QUERY<br> Example:  NAMESCTL> QUERY BONES.DEM.MEDICINE A.SMD<br> Total response time:  0.04 seconds<br> Response status:      normal, successful completion<br> Authoritative answer: yes<br> Number of answers:    1<br> Canonical name:       bones.dem.medicine<br> TTL:                  1 day<br> Alias translations:<br>     from:             bones.dem.medicine<br>     to:               bones.dem.medicine<br> Answers:<br>     data type is 'a.smd'<br>         Syntax is<br> ADDR:...(DESCRIPTION=(ADDRESS= (COMMUNITY=tcp)(PROTOCOL=TCP)(Host=cowboy) (Port=1522))(CONNECT_DATA=(SID=rodeo)))[.][193]<br><br> Accordingly, OracleNamesAdminGuide discloses or renders obvious providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier.[194] |

---

[193] *See* OracleNamesAdminGuide at 128-129.

[194] *See also* OracleNamesAdminGuide at 29 (explaining Names Servers' default TCP/IP port is 1575), 29 (describing a new service's registration in system results in automatic replication of a service's location in Names Servers), 30 ("the Names Server remembers the addresses of all databases"), 31 (teaching that Names Server stores network-service-name-aliases as they are registered), 33 (explaining Names Server's cache "is an in-memory database of all data required to resolve names"), 56-57 (providing DNS model for constructing unique identifiers), 83 (describing

| U.S. Patent No. 7,233,978 | <u>OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza</u> |
|---|---|
| | Further, and as explained in element 17.preamble above, OracleUnleashed teaches location servers (i.e., Names Servers) storing identifier and location information. OracleUnleashed further explains how OracleNamesAdminGuide's SQL*Net functionalities are used to query a location server for location information associated and return a message containing the location. As a foundation, OracleUnleashed explains that it was understood Oracle systems provide "SQL*Net is the level of software that hides the computing net-work from the application, allowing connectivity from end users and other databases."[195]<br><br>Further, OracleUnleashed discloses the Oracle protocol SQL*Net which is configured to manage communication across the distributed database. And OracleUnleashed teaches SQL*Net, sometimes called Net8, ensures translation of entity addresses to unique customer identifiers:<br><br>    The following syntax will initiate the SQL*Plus environment and connect the user to the remote database identified by the database name. The database name can be a SQL*Net connect string, a SQL*Net alias name, or a SQL*Net database instance name.<br><br>    SQLPLUS userid/password@database.[196] |

each Names Server has a unique service name), 99 (describing Names Servers loads network definitions of global database links), 107-109 (describing example queries using network-service-name-alias and type to return information about the network object).

[195] *See* OracleUnleashed at 421.
[196] *See* OracleUnleashed at 531.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | Many times the database that you are accessing is totally outside of a local cluster of hardware. In these cases, you will use a *network protocol* such as TCP/IP to communicate with these remote sites. Atop the *network protocol* is an Oracle protocol called SQL*Net. Atop SQL*Net, the *database protocol* between two remote databases is facilitated through a *database link*. A *database link* is a short Oracle type of URL, which can point to remote parts of an SQL*Net network.[197] |
| | Access to the Oracle environment is handled in one of two ways: direct access from the computer that contains the database or over SQL*Net or Net8. ***SQL*Net is the level of software that hides the computing network from the application, allowing connectivity from end users and other databases.*** Net8 is the next release of the SQL*Net environment. SQL*Net on the server side uses a listener process and a dispatcher service to assist in the management of user connections and the associated background Oracle processes. These dispatchers can load balance connections among multiple dispatchers. Net8 provides Oracle8 networking environments with enhanced distributed application support, connection pooling, better authentication services, and improved names services. Connection Manager is a new Oracle8 application that works with the multithreaded server option. It can act as a firewall, a ***multiprotocol*** |

---

[197] OracleUnleashed at 321.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | *interchange*, and a concentrator (multiplexing data into a common physical transport). Connection manager works with both SQL*Net and Net8 environments.[198]<br><br>***SQL*Net handles all the networking and connectivity issues for the Oracle environment***…If all of the background processes are in use, the dispatcher will start another background process on the connection's behal, just as it used to do. This architecture is what Oracle refers to as the multithread server. There can be as many dispatchers as needed to handle the SQL*Net traffic. Memory management and machine resources are more efficient because the prestarted background processes are not being constantly terminated and started as connections to the database are established and disconnected. ***There is at least one listener (with its own dispatcher or set of dispatchers and prestarted background processes) per network protocol (TCP/IP, Dec NET, SPX/IPX, and so on).***[199]<br><br>SQL*Net has a separate process called a ***MultiProtocol Interchange that will convert the SQL*Net traffic from one network protocol to another***, kind of like a bridge. Connection Manager eliminates the need for this separate function.[200]<br><br>A POSITA would have been motivated to have OracleNamesAdminGuide's |

---
[198] OracleUnleashed at 421
[199] OracleUnleashed at 422-23.
[200] OracleUnleashed at 424.

158

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | system provide a transfer protocol configured to transport the identifier and location information, based on OracleUnleashed's teachings. For instance, this would have resulted in the effective use of SQL*Net functionality, and improve query efficiency and optimization of Oracle systems to ease users' ability to find their desired data. |
| | Further, as also explained in element 17.preamble above, Boukobza teaches location servers storing identifier and location information. Boukobza explains how transport functionalities are used to query a location server for location information associated and return a message containing the location. |
| | Regarding the claimed "transfer protocol," Boukobza discloses the exemplary transport protocol of SQL*Net which is configured to manage communication across the distributed database. |
| | The user chooses (by means of the interface GUI) the list of objects to be viewed (their icon), in the main window of the interface GUI. An object in this list that is not selected will only be viewed if a 'zoom' is performed on a global object which contains it. A global object can also be labelled as a component (COMPONENTS) of a global object and is a component of a global object [GLOBAL (a particular Oracle instance is chosen from the list of objects to be viewed in the main window, ***since the users write SQL*** directly to the base)] since this base is accessed by a given application.[201] |

---

[201] *See* Boukobza at 7:38-48.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | [A]ccess to the objects: param-- ident=HEALTH. Access to the bases (by **SQL connect**, the DB string user/passwd@dbstring dbc/dbc@T:or714 is supplied by the user). If the connection is KO: action ORA-- CONN-- FAIL and recording in the file 'actionlog'.[202]<br><br>ACTION: the complete name of a shell or binary program is specified, possibly followed by parameters ('UNIX—FILE') or a UNIX command ('UNIX—COMMAND') or by an **SQL file ('SPECIF—FILE') or an SQL command ('SPECIF—COMMAND')**. An example is 'ACTION=(UNIX-- FILE, `all-- actions-- binary action-- 1`).'[203]<br><br>Thus, based on the above teachings, OracleNamesAdminGuide alone discloses or renders this element obvious in view of OracleUnleashed, Steen, Yocum, and/or Boukobza. |
| **[17.b]** storing location information formatted according to the transfer protocol at a first location server; | OracleNamesAdminGuide, OracleUnleashed, and Steen each disclose or render this element obvious alone or in combination.<br><br>OracleNamesAdminGuide in view of OracleUnleashed renders obvious this claim element. As shown above for claim element 17.a, OracleNamesAdminGuide discloses a first location server (i.e., Names Server) storing location information. Further, as discussed for claim element 17.a, OracleNamesAdminGuide discloses, |

---

[202] Boukobza at 31:35-40.
[203] Boukobza at 11:15-20.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | or renders obvious alone or in view of OracleUnleashed, location information formatted according to a transfer protocol. <br><br> Each Oracle Names Server contains: <br><br> • *the cache*—the Names cache is an in-memory database of all data required to resolve names. The cache contains the following types of data: <br><br> – system information—includes the service addresses of all of the Names Servers. <br><br> – registration information—includes all registered TNS services which includes other Names Servers and information automatically generated by the Names Server when it was installed. <br><br> ***All cache data is always in memory*** to guarantee high performance. <br><br> • request processor—receives incoming address requests and looks through ***the cache for the answer***.[204] <br><br> OracleNamesAdminGuide at 33: |

---

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | <br>Figure 2 – 2  Oracle Names Server Components Using the Dynamic Discovery Option<br><br>The Names Server has a single purpose: to resolve, or assist in resolving, a client-initiated name request. It interprets the request, **then looks up the name in its cache**, or it calls a Names Server in another region.[205]<br><br>Figure C – 4 shows this process and the sequence of events assuming that no data has been previously cached.<br><br>1. The client sends request to preferred Names Server in its local region (DR1).<br><br>2. The preferred Names Server in DR1 issues request for the Names Servers authoritative for the destination server (in region DR2.1). |

---

[205] *See* OracleNamesAdminGuide at 52.

| U.S. Patent No. 7,233,978 | <u>**OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza**</u> |
| --- | --- |
| | <br><br>Figure C – 4 Network Messages in a Multi–Level Foreign Name Resolution<br><br>3. The root Names Server does not have the answer (because root only knows about its direct child regions), but forwards the request to a Names Server in region DR2.<br><br>4. The receiving server in DR2 forwards the request to a Names Server in region DR2.1.<br><br>5. The name is retrieved from its authoritative Names Server in DR2.1.<br><br>6. The names Server in region DR2 caches the answer and returns it to the root. |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | 7. The **root caches the answer** and returns it to the preferred Names Server in region DR1. |
| | 8. The **preferred Names Server caches** the answer and returns it to the client. |
| | 9. The client establishes a connection to the destination server. |
| | For the duration of the TTL, subsequent requests for the same name to the same Names Server do not require step 9. |
| | Also for the duration of the TTL, any subsequent requests in DR1 for names in the DR2.1 region are resolved by communicating directly with its servers.[206] |
| | Further, Boukobza also renders obvious this element. Boukobza provides the use of such protocols in connection to database management. |
| | Management information base services, usually referred to by one skilled in the art as MIBs (Management Information Bases), allow management applications to manipulate this management |

---

[206] *See* OracleNamesAdminGuide at 191-192 (describing DR1 Names Server storing location information from another region in memory to service requests from client); *see also* OracleNamesAdminGuide at 37-38, 46, 53-54, 123, 187-190, 193-194, 199 (teaching storing location information in Names Server's cache memory).

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | information; *these services preferably use the applicable standards* such as the OSI CMIS/CMIP (Open Systems Interconnection Common Management Information Services/Common Management Information *Protocol*) and Internet SNMP (Simple Network Management *Protocol*) Standards.[207] The autonomous agents can access different types of information through the *existing standard protocols*.[208] To the extent these disclosures don't disclose or render obvious storing the associated identifiers and location information, a POSITA would have found it obvious to do so to allow Oracle's Names Servers to resolve each name to a locations since an association must exist between them stored on the location server previously.[209] If there was no stored association, Oracle's system would have no way to resolve the names to locations. Further, in order for the location information and identifier to be accessible it would have been obvious to a POSITA that they must be formatted according to a transfer protocol. Based on those same teachings, OracleNamesAdminGuide discloses or renders obvious storing location information formatted according to the transfer protocol at a first Names Server, or renders it obvious alone or in view of OracleUnleashed. Thus, based on the above teachings, OracleNamesAdminGuide discloses or in |

---

[207] *See* Boukobza at 1:24-33.
[208] Boukobza at 1:24-33.
[209] *Id*. at p.185.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | view of OracleUnleashed, Steen, and/or Boukobza renders this element obvious. |
| **[17.c]** receiving an identifier and a location relevant to the identifier at the first location server; | OracleNamesAdminGuide discloses or in view of OracleUnleashed, Steen, and/or Boukobza renders this element obvious. |
| | OracleNamesAdminGuide in view of OracleUnleashed renders obvious this claim element. As shown above for claim element 17.a, OracleNamesAdminGuide discloses a first location server (i.e., Names Server) receiving a client request containing an identifier (i.e., a network-service-name-alias) and client location relevant to the identifier. |
| | Oracle Names makes network address and database link information available to all nodes throughout the network. Each database server's network address is stored with a name that is used to identify it. Client applications can then request a database connection with a simple name rather than a lengthy address.[210] |
| | *Oracle Names eases the burden of administering the details of the network*. If the address of a network object changes, the change is made in one place, and all clients get the benefit of the change immediately. Any number of clients have access to a network object's address from a single source. |
| | *The user and application developer are exposed only to the name of a network object. No knowledge of the connection path is* |

---

[210] *See, e.g.*, OracleNamesAdminGuide at 20.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | *required.* This is a much more user-friendly way to use networks and network services. As with other user-oriented network software such as electronic mail, people only need to think in terms of names to get their work done. ***When making a connection, the client specifies the name of a destination and Oracle Names provides the address***.[211]<br><br>The Names Server has a single purpose: to resolve, or assist in resolving, a client-initiated name request. It interprets the request, then looks up the name in its cache, or it calls a Names Server in another region. The response or error conditions are passed back to the client.<br><br>Figure 3 – 11 shows a client requesting access to a Names Server named POULTRY and a Names Server providing the answer…. The service name is the same as the global object name. For example, a global database name might be POULTRY.WORLD, which is also the service name. |

---

[211] *See* OracleNamesAdminGuide at 22.

Figure 3 – 11 Client–Server Connection

The sequence of events is as follows:

1. The client application issues a connection request to SQL*Net of the form:

sqlplus scott/tiger@POULTRY

where POULTRY is a database service name defined in the Oracle Names Server.

SQL*Net determines from the client configuration in the SQLNET.ORA file that the client's default domain is WORLD and the preferred Names Server is the one shown. SQL*Net sends the

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | Names Server a request to resolve the name POULTRY.WORLD.<br><br>2. The Names Server receives the request, looks it up in the cache, then sends the response back to the client.<br><br>3. The client receives the answer and substitutes the address in place of the initial name POULTRY.<br><br>4. The client contacts POULTRY and establishes a standard SQL*Net client–server connection.[212]<br><br>Based on those same teachings, OracleNamesAdminGuide discloses the first Names Server receives an identifier and a location relevant to the identifier, or renders it obvious alone or in view of OracleUnleashed.<br><br>Further, Steen provides that its system receives requests from users for data and that the data location servers receive those requests suing identifiers associated with location information:<br><br>In distributed systems, this way of locating a service is also known as anycasting: a client requires a particular service, but is really not interested in which server will handle the request. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is |

---

[212] *See* OracleNamesAdminGuide at 52-53.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | then subsequently resolved to the address of any server that can handle the request.[213]<br><br>A POSITA would have appreciated that, when a user needs information, the user makes a data query on its device in Steen's system. A POSITA would further understand that the device would go to the directory server for location information (i.e., query a location server).[214]<br><br>Thus, OracleNamesAdminGuide discloses or in view of Steen renders this claim element obvious. |
| **[17.d]** storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and | OracleNamesAdminGuide, OracleUnleashed, and Steen each disclose or render this element obvious alone or in combination as explained in the preamble for claim 17 and claim limitation 17.a.<br><br>Further, OracleNamesAdminGuide in view of OracleUnleashed renders obvious this claim element. As shown above for claim element 17.a, OracleNamesAdminGuide discloses a first location server (i.e., Names Server) storing location information in a cached location store.[215]<br>OracleNamesAdminGuide describes the Names Server's cache storing multiple locations each associated with a received identifier (i.e., network-service-name-alias). |

---

[213] Steen at 105.
[214] Steen at 105.
[215] As shown in the '978 Patent, a "location store" is simply the space in memory storing location information. *See, e.g.*, '978 Patent at Abstract, 2:62-67, 5:63-6:2.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | Oracle Names makes network address and database link information available to all nodes throughout the network. Each database server's network address is stored with a name that is used to identify it. Client applications can then request a database connection with a simple name rather than a lengthy address.[216] |
| | An Oracle Names Server stores names and addresses for network services such as databases or MultiProtocol Interchanges, database link definitions, and object aliases. |
| | The Names Server stores the following types of objects, which are described below: |
| | • ***database service names—The service name is the global database name that is mapped to the SQL\*Net connect descriptor***. The combination of a listener address and connect data make up a connect descriptor that locates a database service. Gateways to non–Oracle databases and Oracle RDB databases are also stored. |
| | • database links—Global database links are automatically created to each defined database from all database servers in the network. These links are made available to all users. |
| | • ***aliases—You can assign service name aliases as alternate names*** |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
|  | *for any defined database service or database link. Service name aliases are resolved as if they were the original object.*<br><br>• V1 connect strings—A V1 *connect string can be mapped to a service name in the Oracle Names database. The service name you enter acts as an alias for the SQL\*Net V1 connect string*, making it easy to access a server in a network that still uses SQL\*Net V1.[217]<br><br><br>Alias name (sometimes referred to as "canonical name")…. Canonical name: bones.dem.medicine …. Alias translation[] … bones.dem.medicine[.][218]<br><br>The client application issues a connection request to SQL\*Net of the form:<br><br>sqlplus scott/tiger@POULTRY<br><br>where POULTRY is a database service name defined in the Oracle Names Server.<br><br>SQL\*Net determines from the client configuration in the SQLNET.ORA file that the client's default domain is WORLD and the preferred Names Server is the one shown. SQL\*Net sends the |

[217] *See* OracleNamesAdminGuide at 23.
[218] *See* OracleNamesAdminGuide at 128-129

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | Names Server a request to resolve the name POULTRY.WORLD.[219]<br><br>Further, OracleUnleashed Renders Obvious Claim Element 17.d.<br><br>SQL*Net has a Names Server to resolve names to locations. This method makes it very easy to move Oracle Servers and databases with no impact on the end-user community. The Net8 Name Services has the ability to cache names at the client for much faster resolution, and the various listeners and connection managers register as available with Names Services.[220]<br><br>You might be interested in knowing how Oracle chooses which bytes on the disk to use to store a file and how it delimits the various columns and other such detailed storage data, but its not necessary. When you insert a row into a table, Oracle finds the correct spots within the extents that you have allocated for that table and **stores the data in a manner that you can retrieve it. Oracle keeps track of the exact location of the bits and bytes**.[221]<br><br>Based on those same teachings, OracleNamesAdminGuide discloses the first Names Server includes a location store for multiple locations each associated with the received identifier, or renders it obvious alone or in view of OracleUnleashed. |

[219] *See* OracleNamesAdminGuide at 52-53.

[220] *See* OracleUnleashed at 424

[221] *See also* OracleUnleashed at 220.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
|  | Thus, based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, and Steen each disclose or render this element obvious alone or in combination. |
| **[17.e]** transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit. | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum and/or Boukobza discloses or renders obvious this element. OracleNamesAdminGuide in view of OracleUnleashed renders obvious this claim element. As shown above for claim 17's preamble, OracleNamesAdminGuide discloses a second Names Server (i.e., location server) storing locations associated with identifiers. And as shown below in Figure C-4, OracleNamesAdminGuide teaches a Names Server (DR2.1) will transfer location information associated with an identifier to another Names Server (DR1) for responding to a client's query when the DR2.1 Names Sever encounters the performance issue of being located outside of the local region of the client. |

Finding an authoritative server in a very large distributed administrative hierarchy can require iteration. If, for example, a Names Server asked for the address of a Names Server servicing a grandchild region of the root (two levels down), the root may only know the addresses of one of its direct children, which in turn can supply its children's addresses. In other words, the root forwards the request to its child region, which would forward the request to its child region for the answer.

Figure C – 4 shows this process and the sequence of events

assuming that no data has been previously cached.

1. The client sends request to preferred Names Server in its local region (DR1).

2. The preferred Names Server in DR1 issues request for the Names Servers authoritative for the destination server (in region DR2.1).



Figure C – 4  Network Messages in a Multi–Level Foreign Name Resolution

3. The root Names Server does not have the answer (because root only knows about its direct child regions), but forwards the request to a Names Server in region DR2.

4. The receiving server in DR2 forwards the request to a Names

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | Server in region DR2.1. |
| | 5. The name is retrieved from its authoritative Names Server in DR2.1. |
| | 6. The names Server in region DR2 caches the answer and returns it to the root. |
| | 7. The root caches the answer and returns it to the preferred Names Server in region DR1. |
| | 8. The preferred Names Server caches the answer and returns it to the client. |
| | 9. The client establishes a connection to the destination server. |
| | For the duration of the TTL, subsequent requests for the same name to the same Names Server do not require step 9. |
| | Also for the duration of the TTL, any subsequent requests in DR1 for names in the DR2.1 region are resolved by communicating directly with its servers.[222] |
| | By default, all Names Servers forward requests for *foreign names*. If forwarding is disabled, then requests for foreign names will be |

---
[222] *See* OracleNamesAdminGuide at 191-92.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | redirected to a Names Server in the region which is authoritative to the requested name.[223]<br><br>Foreign Data and Names Servers … Any other information learned through answering queries will stay in an individual Names Server cache, **but other Names Servers in the same region may not have the exact same information at all times**.[224]<br><br>Any other information learned through answering queries will stay in an individual Names Server cache, but other Names Servers in the same region may not have the exact same information at all times. [225]<br><br>Based on the above teachings, a POSITA would understand that an Oracle system could have multiple Names Servers with distinct location and identifier information. Further, a POSITA would understand that most Oracle architecture adjusts over time as the needs of the system evolve. Accordingly, a POSITA administering a distributed database with only one Names Server would monitor its performance to see if it was sufficient. Whenever it became inefficient, the POSITA would know from OracleNamesAdminGuide that the alternative architecture taught with distinct Names Servers in use could improve the performance by balancing the load between them. As a result, the POSITA would be motivated to transfer a portion of the current Names Server's data onto a second |

---

[223] *See* OracleNamesAdminGuide at 146.
[224] *See* OracleNamesAdminGuide at 198.
[225] *See* OracleNamesAdminGuide at 198.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | Names Server to model the new architecture after that OracleNamesAdminGuide's teachings. A POSITA would see that this would help the Names Servers achieve the desired "lightning fast" response times to location information queries from users. |
| | Based on the above teachings, OracleNamesAdminGuide discloses or renders obvious transferring a portion of the identifiers and associated locations to a second Names Server when a performance criterion of the first Names Server reaches a predetermined performance limit. |
| | As shown above for claim 17's preamble, OracleNamesAdminGuide discloses a second Names Server (i.e., location server) storing locations associated with identifiers. And as shown below, OracleUnleashed teaches monitoring the system to maintain performance levels. *See* OracleUnleashed at 443. OracleUnleashed provides that monitoring can be focused on certain criterion and limits. |
| | Further, OracleUnleashed teaches monitoring performance-related information. And OracleUnleashed describes measuring database performance by a variety of factors including transaction rate, storage capacity, etc.[226] |
| | Monitoring can be done on a continual or on an 'as needed' basis. **The more servers there are to administrate, the greater the need for constant, background-based monitoring.** The more servers there are to administrate, the more global the monitoring becomes. Overwhelmed administrators want to know only about impending |

---

[226] *See* OracleUnleashed at 16.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
|  | disasters such as tablespaces about to fill or objects about to reach their MAXEXTENTS, and about the status of certain processes. **Many items that can cause downtime can be monitored and corrected proactively.**[227]<br><br>Transactional processing is the activity engaged in by end users in the population and manipulation of data in the database for a particular application. Most of these transactional commands involve the INSERT, UPDATE, and DELETE statements, although they're often transparent to the user. Anymore, users need have very little, if any, knowledge of the underlying database system to manipulate the data within it. ***It is the DBA's responsibility to periodically monitor the database during peak transactional activity, searching for bottlenecks and resource contention.*** One of the primary concerns with transactional activity is the management of the rollback segments. The database should be able to handle all concurrent transactions effectively. ***If the database is not monitored during transactional activity and adjusted appropriately, company productivity will inevitably suffer.***[228]<br><br>***Transaction processing is the heart of any RDBMS.*** In fact, without transaction processing there would be no reason to have an RDBMS.[229] |

---

[227] See OracleUnleashed at 443.
[228] OracleUnleashed at 449-50:
[229] OracleUnleashed at 338.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | What to Monitor… Some common ***things to monitor*** from a DBA perspective:<br><br>• Rollback segment contention<br><br>• Space allocation/usage<br><br>• User sessions<br><br>• Segment fragmentation<br><br>• Fragmented free space<br><br>• Temporary segments<br><br>• Memory usage<br><br>• Summarized space statistics<br><br>• Overall database activity<br><br>• Oracle processes<br><br>• Archived redo log files<br><br>• Table and row locks[230] |

---

[230] OracleUnleashed at 468.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | The Net8 Name Services has the ability to cache names at the client ***for much faster resolution***, and the various listeners and connection managers register as available with Names Services.[231]<br><br>There are three main reasons to monitor a UNIX and/or a database server. The first is to be proactive rather than reactive with error resolution. Downtime can be minimized if the administrators know, for example, that certain dynamic objects are about to reach their MAXEXTENTS. ***This can be easily monitored and corrected without the end user even being aware that there was almost an application-stopping problem.*** A reactive approach to this example would be the end user getting the MAXEXTENTS error, called the help desk or administrator, and waiting.<br><br>The second reason is the ability to tune both the server and database environments using real-time information. Disk I/O usage, memory usage, swapping, and dozens of other related processes can be monitored and adjustments made accordingly. Resource intensive SQL, locking situations, and never-ending tasks can all be monitored and tuned accordingly.<br><br>The final reason to monitor is for ***capacity planning***, monitoring the growth of objects and machine utilization, ***time of day of heavy traffic***, and so on.[232] |

[231] OracleUnleashed at 424.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | System administrators and/or database administrators **should monitor the system level disk drive I/O** and make sure that it is spread as equally as possible across all available drives. **Oracle database file I/O can be monitored** with the Database I/O SQL statement (Listing 24.1).[233]<br><br>Accordingly, OracleUnleashed discloses monitoring a performance criterion of the first location server to determine when it reaches a predetermined performance limit. Based on OracleUnleashed's teachings, a POSITA would have found it advantageous to monitor various performance criteria and that those criteria are indicative of how "healthy" the database is. As a result, a POSITA would have understood that, when certain performance criteria are reached, it would be necessary to take corrective action.<br><br>OracleUnleashed also teaches taking various fault tolerance steps to address performance concerns. A POSITA would have understood that, depending on the performance factor posing a problem, different steps may be employed. For example, based on OracleUnleashed's teachings, if the transaction rate is of primary concern, a POSITA would have understood that distributing the transactional load across multiple servers would enhance performance. Likewise, if the data on a server was rarely, if ever changed, a POSITA would have understood the desirability to reduce the frequency of updating any mirrored versions of the server because frequent updates would waste processing capacity. |

---

[232] OracleUnleashed at 443-444.
[233] OracleUnleashed at 591.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | Further, OracleUnleashed teaches that two specific tuning measures are parallelism and partitioning.[234] For parallelism, OracleUnleashed teaches cloning servers so that users may run simultaneous tasks on the same sets of data to spread out the processing burden. For partitioning, OracleUnleashed teaches splitting an entity into smaller pieces or portions which can be moved to another server, and separately accessed and to carry their own processing load, but still comprise one copy of the full "set."[235] OracleUnleashed provides multiple examples of partitioning and explains how it improves performance.[236] |

> Some systems are so critical to the operation of a company or organization that people are willing to spend extra money just to minimize any chance that the systems will be unavailable. As databases and their associated applications take over the processing functions of an organization and implement the basic business processes, up time becomes essential. Realizing this, Oracle has built into its architecture a couple of ways to **increase the system's tolerance to failures** of CPU's, power supplies, memory, or disk drives.
>
> The first option that came onto the market to increase fault tolerance actually had nothing to do with Oracle itself. Disk drive manufacturers developed technology to mirror disk drives (often

---

[234] *See, e.g.*, OracleUnleashed at 38-40.
[235] *See* OracleUnleashed at 424-25.
[236] *See* OracleUnleashed at 40.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | referred to as RAID level 0). RAID 0 causes the operating system to make duplicate writes to two disk drives. If one disk drive fails, the operating system can still use the other drive for data storage and retrieval. There are both hardware-based and software-based disk mirroring solutions. One Oracle implementation of mirroring is the capability of mirroring the redo log files. ***This provides both performance and security improvement.*** The next fault tolerance feature that protects Oracle databases is the parallel server technology that Oracle has built as an optional product for the DBMs. This option applies to computer systems where multiple computers can access a common set of disk drives. ***The Oracle parallel server coordinates the activity and transactions across the multiple CPUs.*** It handles the locking that can occur between the CPUs. Finally, it provides a means for other processors to pick up tasks that were being accomplished by a CPU that fails. A final fault tolerant feature that is new to Oracle8 is the table and index partitioning features. Here you are allowed to store different portions of a given data table (for example, all of the data from June on one disk and all of the data from July on another).  The search algorithms have been implemented such that if a disk drive fails, you can still perform queries against the partitioned table as long as you do not need to access data from the failed partition. If the June disk drive fails, you can still run all of your July queries. This can |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | be very useful when you have very large systems where a certain portion of the data is accessed often (and is therefore a candidate for disk mirroring) and the rest of the data is needed infrequently.[237]<br><br>A new feature of Oracle8 is that of partitioning. Partitioning enhances Oracle's support for very large databases as **partitioning breaks tables and indexes into smaller, easier-to-manage pieces,** storing these pieces at the tablespace level. Partitioned tables/indexes are nothing more than a logical collection of tablespaces (see Figure 19.4).<br><br>***Partitioning greatly enhances database performance. This performance can be monitored and adjusted*** in a variety of manors. Read/write activity can be load-balanced among the disk drives/disk arrays. The Oracle optimizer recognizes partitions and can select from partitions that contain the data being selected. The Oracle Parallel Server can divide work based on the number of partitions.<br><br>Availability is higher, backups are easier, and recovery is shorter. High availability is the single goal of most computer systems. Recovery and time to recover are always an issue. Downtime for maintenance or backups is not possible with some applications. Machine failures are inevitable. Partitions can be backed up online, |

---

[237] OracleUnleashed at 26-27.

individually, and only the ones that have changes. This makes the backup/recovery process much quicker. If recovery is needed, the other partitions not affected are still available online.

Administration and tuning is much easier. ***Oracle8 partitioning has many features that make partitions easy to create, move, split, and so on.*** One can even swap in an existing non-partitioned table structure and data to an existing table partition. Tuning is enhanced with additional indexing features available.[238]

OracleUnleashed Figure 19.4:



---

[238] OracleUnleashed at 424-425.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | Data management involves backup, recovery, moving data in and out of the database, and data ***reorganization in order to take care of fragmentation and performance problems.*** In Oracle7 the unit of data management was the table, while in Oracle8 the unit of data management is a partition. ***As the table grows in size, the partition does not necessarily grow in size; instead, the number of partitions increases. Parallel data loads can be performed resulting in faster data loads. Partitions also allow a part of the table to be relocated to another drive.***[239] |
| | Partitions are designed to allow you to take a large table or index and ***split it into multiple pieces*** based on one of the attributes associated with that table (for example, a date). The partitions are stored on separate tablespaces. While you could ***store different tables or indexes in separate tablespaces*** in earlier versions of Oracle, Oracle8 extends this concept to enable you to divide a given table into multiple tablespaces. This provides you with the following advantages: |
| | • Increased performance as you level the load between disk drives for a search of a given table. You can even search partitions in parallel. |
| | • You can alter the storage parameters for different petitions. |

---

[239] OracleUnleashed at 840.

For example, old data, which is unlikely to be chances, can use minimal pctfree and maximum pctused parameters.

- If you lose a tablespace due to a disk failure, you can still access data in the other partitions that are not associated with the failed disk drive.

- You can back up and recover the partitions individually. Here you can stop backups for old, static data and instead back up only the data that is changing frequently.

The following example shows how to create a partitioned table:

Create table addresses (employee_id       number (10),

                                Street            varchar2(25),

                                City              varchar2(25),

                                State             varchar2(2),

                                Zip_code          varchar2(5),

                                Effective_date    date),

Partition by range (zip_code)

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | (partition values less than (30000) tablespace add1, |
| | (partition values less than (60000) tablespace add2, |
| | (partition values less than (90000) tablespace add3); |
| | If you are not dealing with large tables or indexes, you may way to consider partitioning for the reliability factor. You might also want to consider partitioning if you have a moderate size table that is the limiting factor for performance because it is accessed all of the time (and it is too big to cache in memory). Otherwise, you can stick to simple, nonpartitioned tables.[240] |
| | Table partitioning. This is a big improvement when it comes to very large tables. Here you can divide a table into multiple sections based on some logical index value (divide an Orders table into sections based on month ordered, for example). ***Each section can be placed on a separate disk drive.*** One advantage to this arrangement is that Oracle is smart enough to know which sections are needed. When performing a query, it ignores the partitions that are not needed, thereby ***reducing the amount of data that must be scanned***. It can also enhance reliability in that you can operate the database with a given section of a table down due to a failed disk drive or some other reason. You cannot issue queries that require information from |

---

[240] OracleUnleashed at 235.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | the missing section; however, you can issue queries against the other section and add new data to another section.[241] |
| | Further, a POSITA would have understood that Names Servers would be candidates for partitioning because they may be "***the limiting factor for performance because it is accessed all of the time (and it is too big to cache in memory).***"[242] So, a POSITA would be motivated to separate the set of OracleNamesAdminGuide's location information data into separate portions and transfer some portion of them onto a separate server to improve the performance. |
| | Accordingly, OracleUnleashed provides motivation to have OracleNamesAdminGuide transfer a portion of a table or aggregate set of information to a second server through the process of partitioning. To the extent that OracleNamesAdminGuide doesn't describe partitioning for a specific application to location servers, it would have been obvious to a POSITA to apply this performance correcting process to location servers based on OracleUnleashed's teachings. |
| | A POSITA would have been motivated to transfer a portion of OracleNamesAdminGuide's identifiers and associated locations to a second Names Server when a performance criterion of a first Names Server reaches a predetermined performance limit, based on OracleUnleashed's teachings. A POSITA at the time would have known that any poor performance on the system can affect overall performance and how quickly user requests are fulfilled. As a |

[241] OracleUnleashed at 235.
[242] OracleUnleashed at 235.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | result, a POSITA would have been motivated to ensure that every server and process works at optimal capacity, including both data storage servers and the supporting location servers. This would have furthered OracleNamesAdminGuide's stated goal to handle large datasets and process queries to locate the requested data "lightning fast." To that end, OracleNamesAdminGuide's disclosure of additional Names Servers would be combined with OracleUnleashed partitioning in response to performance monitoring to balance the load on the Names Servers. This is because "[t]here is also an issue of network loading, or load balancing. Although any given Names Server is only engaged for a short period of time when a client initiates a connection, the goal is to *keep name resolutions lightning fast*. With a very large volume of clients, or applications requiring many connections, load balancing across *multiple Names Servers can increase system performance*."[243] <br><br> In sum, based on the teachings of OracleNamesAdminGuide and OracleUnleashed, it would have been obvious to a POSITA to transfer a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit. <br><br> Further, Steen describes the use of partitioning to a server with a high rate of request transactions: <br><br> In particular, higher-level directory nodes not only have to handle a relatively large number of requests, they also have enormous |

---

[243] *See* OracleNamesAdminGuide at 60.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | storage demands. Our solution is to partition a directory node into one or more directory subnodes such that each subnode is responsible for a subset of the records originally stored at the directory node.[244]<br><br>A POSITA would understand that the addition of one or more new servers, or "subnodes" and splitting the contents of the original server between would be done in response to this "large number of requests" as a solution to maintain performance. A POSITA would have seen the benefit to doing so to maintain the desired "lightning fast" response rate even for servers handling a high volume or requests.<br><br>Further, Boukobza also discloses or renders obvious claim element 17.d obvious. Boukobza teaches using location information through SQL*Net and TNS Names Services, including the use of identifiers, connect strings, and the SQL*Net protocol language itself.[245] A POSITA would have understood that Boukobza's connection information for connecting on a distributed database is the claimed "location information" because SQL*Net uses the information to build a *connect string* that connects the client to the location of the desired data on the distributed database: |

---

[244] Steen at 107-08.
[245] Boukobza at 7:1-31.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| |  Boukobza 7:1-31 Annotated<br><br>Thus, based on the above teachings, OracleNamesAdminGuide in view of OracleUnleashed, Steen, and/or Boukobza discloses or renders obvious this element. Accordingly, OracleNamesAdminGuide in view of OracleUnleashed, Steen, and/or Boukobza render obvious claim 17. |
| **[23]** The method of claim 17, wherein the | To the extent this claim language can be understood, see above evidence regarding |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| performance criterion comprises an amount of available persistent storage space in the first location server. | claim limitation 17.e.<br><br>OracleNamesAdminGuide in view of OracleUnleashed renders obvious this claim. As discussed for claim element 17.e, OracleNamesAdminGuide in view of OracleUnleashed renders obvious a first Names Server transferring a portion of location information associated with identifiers to a second Names Server when a performance criterion of the first Names Server reaches a predetermined performance limit.<br><br>OracleUnleashed's teachings would have motivated a POSITA to modify OracleNamesAdminGuide's method to render obvious this claim. As discussed for claim element 17.e, OracleUnleashed's teachings render obvious a first Names Server transferring a portion of location information associated with identifiers to a second Names Server when a performance criterion of the first Names Server reaches a predetermined performance limit.<br><br>Further, OracleUnleashed highlights the importance of storage capacity and availability as a critical aspect of the database to plan for and monitor. In particular, OracleUnleashed describes features of Oracle that address such a concern and provides ways for the system to adjust and account for limitations while maintaining performance capabilities. To the extent that OracleNamesAdminGuide alone doesn't disclose the additional limitations of this claim, a POSITA would have found those limitations obvious based on OracleUnleashed's description of the interplay between disk space utilization and connection performance. A POSITA would have been motivated to prevent performance failures by placing a limit on available persistent storage in |

| U.S. Patent No. 7,233,978 | <u>**OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza**</u> |
|---|---|
| | OracleNamesAdminGuide's first Names Server.<br><br>What to Monitor … Some common ***things to monitor*** from a DBA perspective:<br><br>• Rollback segment contention<br><br>• Space allocation/usage<br><br>• User sessions<br><br>• Segment fragmentation<br><br>• Fragmented free space<br><br>• Temporary segments<br><br>• Memory usage<br><br>• Summarized space statistics<br><br>• Overall database activity<br><br>• Oracle processes |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | - Archived redo log files<br><br>- Table and row locks[.][246]<br><br>Database maintenance involves the regular monitoring of the database. In order to perform good maintenance you must be proactive, studying the activities that occur in the database, such as *space utilization*, database growth, user functionality, and so on.[247]<br><br>Leave yourself at least a 10 to 20 percent margin for error when *sizing the disk space* for your software.[248]<br><br>Oracle *manages its space* inside the tablespace in units called extents…Extents are preallocated units of disk space assigned individually to data-oriented objects…Datablocks are inserted until the percent of the block is within PCTFREE of being full. Inserts will not be allowed again in the data blocks until the percentage of *free space* reaches PCT USED. *Free space in blocks* is accomplished through deletes or updates that make fields smaller.[249] |

---

[246] *E.g.*, OracleUnleashed at 468.
[247] OracleUnleashed at 482.
[248] OracleUnleashed at 87.
[249] OracleUnleashed at 435.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | OracleUnleashed at Listing 19.5:<br><br>**LISTING 19.5.** Create table SYNTAX EXAMPLE.<br><br>```<br>Create table EMP (<br>  EMPNO        NUMBER(4) NOT NULL,<br>  ENAME        VARCHAR2(10),<br>  JOB          VARCHAR2(9),<br>  MGR          NUMBER(4),<br>  HIREDATE     DATE,<br>  SAL          NUMBER(7,2),<br>  COMM         NUMBER(7,2),<br>  DEPTNO       NUMBER(2) NOT NULL)<br>  storage (<br>               initial 25K next 10K<br>               pctfree 20 pctused 80<br>               minextents 1 maxextents 100<br>               pctincrease 0);<br>```<br><br>The Tuning Pack includes a product called Tablespace Manager that enables you to **coalesce free space** in your tablespaces and deallocate unused space from objects, **freeing the space for use once again.**[250]<br><br>The next two sections will discuss in detail how to arrive at a fairly accurate estimate of **the amount of space in bytes** required to hold certain objects.[251]<br><br>One of the biggest problems for database administrators in the past was **running out of space** for a new extent within a tablespace. You |

---

[250] OracleUnleashed at 511.
[251] OracleUnleashed at 436.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | had to be constantly vigilant to ensure you had both **enough space and large enough blocks of contiguous space to accommodate table and index growth**.[252]

Further, OracleUnleashed describes monitoring storage levels to determine when to take responsive steps. The Oracle system uses "extents" as units of storage. OracleUnleashed discloses monitoring the extents to see when the maximum number for a server is reached to proactively correct it before it causes an issue for the user:

The first is to be proactive rather than reactive with error resolution. **Downtime can be minimized if administrators know, for example, that certain dynamic objects are about to reach their MAXEXTENTS**. This can easily be monitored and corrected without the end user even being aware that there was almost an application stopping problem. A reactive approach to this example would be the end user getting the MAXEXTENTS error, calling the help desk or administrator, and waiting.[253]

The following query (Listing 19.6) can be used to monitor both growth and the number of extents as well as the maximum number of extents. A DBA should watch for tables that are getting close to their maximum number of extents. **A DBA should monitor the number of extents and check for extent interleaving among** |

---

[252] OracleUnleashed at 213.
[253] *E.g.*, OracleUnleashed at 471.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
|  | *various tables in the same tablespace* (see Chapter 24 for more details on tablespace fragmentation). |

```
LISTING 19.6. SEGMENT GROWTH AND EXTENT ASSIGNMENT QUERY.

SELECT  tablespace_name,
        segment_name,
        extents "EXTENTS",
        max_extents "MAX EXTENTS",
        bytes "SIZE",
        owner "OWNER"
  FROM  dba_segments
 WHERE  owner not in ('SYS','SYSTEM','SCOTT','NET_CONF')
   and  extents > 1
ORDER BY tablespace_name,owner,segment_name;
```

If Oracle is having problems starting or stopping, or if there are abnormalities with any of the Oracle processes, the 'alert.log' in the Oracle dump dest (see init.ora file or query v$parameters for location of dump <lest) can help identify the processes and any associated Oracle error that was issued. There is some other information in this file as well, including all of the parameters used to start the Oracle instance, and, upon shutdown, the license high water mark, the current log, and the order in which things were shut down.[254]

A POSITA would have been motivated for OracleNamesAdminGuide's system to use a performance criterion that monitors an amount of available persistent storage space in the first Names Server, based on OracleUnleashed, Steen, or Boukobza's

---

[254] OracleUnleashed at 473.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | teaching. This would have furthered the Names Server system's ability to store a large number of locations and identifiers in total. For a system containing large volumes of individual tables and locations where the storage space was a limitation, a POSITA would have been motivated to set this as a performance criterion to employ a second Names Server and spread the location and identifier data between the two servers to reduce the concern. |
| | A POSITA seeking to improve performance on a location server would have recognized that the location information with identifiers would be a candidate for such Partitioning taught by Steen and/or OracleUnleashed. A POSITA would have identified which files are used most frequently and determine if copying these to another server would produce a benefit to performance. While a POSITA could copy the entire server, it is more likely that isolating a portion of location information would yield more beneficial results for some scenarios. For example, when there are a few frequently accessed file sets, moving the location information for only these portions would create a designated server for the most in demand location information, while leaving the remainder of the location information to be serviced on the first location server. As a result, OracleNamesAdminGuide would be understood to disclose creating two or more location servers with distinct location information in response to a performance criteria. |
| | As shown above for claim element 17.pre-17.d, OracleNamesAdminGuide discloses the use of multiple Names Servers with different location information associated with identifiers, while Steen and OracleUnleashed both teach partitioning servers in response to performance needs, while Boukobza teaches monitoring performance for corrective measures. As shown below, Yocum teaches |

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | assessing the performance of a system for such corrective measures.[255] And Yocum provides that monitoring can be focused on certain criterion and limits.[256] Further, Yocum discloses that that corrective actions can include adding a server.[257] Finally, Yocum discloses that performance can be managed simply by "changing the location of the data."[258]<br><br>Yocum teaches assessing performance:<br><br>    The present invention allows system management of the number of servers across a cluster of system for each of a plurality of user performance goal classes based on the performance goals of each goal class.[259]<br><br>    FIG. 4 shows the logic flow to assess improving performance by starting additional servers 163. FIGS. 4-6 illustrate the steps involved in making the performance index delta projections provided by the fix means 118 to the net value means 124. At 1401, a new number of servers 163 is selected to be assessed. The number must be large enough to result in sufficient receiver value (checked at 1405) to make the change worthwhile. The number must not be so large that the value of additional servers 163 is marginal, for |

---

[255] *E.g.*, Yocum at 10:37-56.
[256] *E.g.*, Yocum at 2:28-32.
[257] *E.g.*, Yocum at 10:37-56.
[258] *E.g.*, Yocum at 8:32-43.
[259] *See* Yocum at 2:28-32:

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
|  | example, not more than the total number of queued and running work requests 162. The next step is to calculate the additional CPU the additional servers 163 will use; this is done by multiplying the average CPU used by a work request by the additional servers 163 to be added.<br><br>At 1402, the projected number of work requests 162 at the new number of servers 163 is read from the server ready user average graph shown in FIG. 5. At 1403, the current and projected queue delays are read from the queue delay graph shown in FIG. 6. At 1404, the projected local and multisystem performance index deltas are calculated. [260] |

---

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| |  |

FIG.4

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| |  |

SERVER
READY USER AVERAGE PLOT

QUEUE
DELAY

SERVERS AVAILABLE
TO QUEUE

## FIG.5

Further, Yocum teaches corrective actions, including transferring to a new location:

> The present invention relates to a method and apparatus for controlling the number of servers in a cluster of information handling systems in which incoming work requests belonging to a first service class are placed in a queue for processing by one or more servers.[261]

> Systems in which incoming work requests are placed in a queue for assignment to an available server are well known in the art. Since

---

[261] *See, e.g.*, Yocum at 1:66-2:3.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
|  | the frequency at which the incoming requests arrive may not be readily controlled, the principal means of controlling system performance (measured by queue delay or the like) in such a queued system is to control the number of servers. Thus, it is known in the art to start an additional server when the length of the queue being served reaches a certain high threshold or to stop a server when the length of the queue being served reaches a certain low threshold.[262] |
|  | In FIG. 1 the number 107 of servers 163 is shown stored in the class table entry 106, which might be taken to imply a limitation of one queue 161 per class. However, this is merely a simplification for illustrative purposes; those skilled in the art will recognize that multiple queues 161 per class can be independently managed simply by changing the location of the data. The fundamental requirements are that the work requests 162 for a single queue 161 have only one goal, that each server 163 has equal capability to service requests, and that a server cannot service work on more than one queue 161 without notification from and/or to the workload manager 105.[263] |

---

[262] Yocum at 1:13-23.
[263] Yocum at 8:32-43.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| |  FIG.1 |

Yocum's teachings render obvious a first location server transferring a portion of location information associated with identifiers to a second location server when a

| | |
|---|---|
| | performance criterion of the first location server reaches a predetermined performance limit. Further, Yocum highlights the need for storage capacity and availability as a core feature of a database to plan for and assess. |

> If there is sufficient receiver value, at 1406 select donor means 123 is called to ***find donors for the storage needed to start the additional servers*** 163 on behalf of the receiver performance goal class.[264]
>
> The controlled variable that is adjusted for the donor class need not necessarily be the number 107 of servers 163 for that class. Any one of several different controlled variables of the donor class, such as MPL slots or protected processor storage, may be alternatively or additionally adjusted to provide the necessary storage for the additional servers 163. The manner of assessing the effect on the donor class of adjusting such controlled variables, while forming no part of the present invention, is described in U.S. Pat. Nos. 5,537,542 and 5,675,739.
>
> At 1407, a check is made to ensure that there is net value in ***taking storage from the donors*** to increase the number of servers 163 for the receiver class. As described in U.S. Pat. Nos. 5,675,739, this may be determined using one or more of several different criteria,

---

[264] *See* Yocum at 11:46-49.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | such as whether the donor is projected to meet its goals after the resource reallocation.[265] |
| | A POSITA would have been motivated to apply this to OracleNamesAdminGuide's name servers because new file sets are constantly being added to names services and if there were no space to add them, the location services described in OracleNamesAdminGuide would fail. Accordingly, it would have been obvious to a POSITA that Yocum's available storage space performance criterion be applied to Oracle's location service. Based on Yocum's identification of available storage space as an important factor of performance, it would have been obvious to a POSITA that this would be an option as a performance criterion. A POSITA would have been motivated to apply Yocum's assessment and corrective actions to Oracle's name servers. OracleNamesAdminGuide emphasizes the need to prevent bottlenecks and achieve high levels of server performance, while Yocum targets eliminating resource bottlenecks and assessing and responding to performance issues. A POSITA would have a reasonable expectation of success because both Oracle's Names servers and Yocum's changing data locations are established parts of the art which a POSITA would have been familiar with and could easily implement without making significant changes to either. |
| | Further, as shown above for claim element 17.pre-d, OracleNamesAdminGuide teaches multiple names servers with different contents, and Steen and OracleUnleashed teach transferring server contents to a new second server in response to performance demands. And as shown below, Boukobza teaches |

---

[265] Yocum at 11:52-65: "

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | monitoring the system to maintain performance levels. |
| | Boukobza renders obvious a first location server transferring a portion of location information associated with identifiers to a second location server when a performance criterion of the first location server reaches a predetermined performance limit. |
| | Further, Boukobza highlights the importance of storage capacity and availability as critical aspects of the database to plan for and monitor. For example, Boukobza describes features of Oracle that address such a concern and provides ways for the system to adjust and account for limitations while maintaining performance capabilities. To the extent that Boukobza doesn't disclose this claim, it would have been rendered obvious by Boukobza's description of the interplay between disk space utilization and connection performance. A POSITA would have been motivated to prevent performance failures by placing a limit on available persistent storage in OracleNamesAdminGiuide's first location server.[266] |
| | Per 'tablespace', is the fill rate of the dbfiles>threshold X'? If yes, action 'ORA FREE TS'. |
| | calculates the maximum size of the fragments. If lower n: than the value of the next 'extent' then action |

---

[266] *Id.*

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | 'ORA MAX FRG' and recording in the file |
| | 'actionlog.' |
| | comparison of the actual number of 'extents' with the |
| | maximum allowed 'MAXEXTENTS' (defined at |
| | the creation of the object, in the clause |
| | **'STORAGE').** In this case, the application using the |
| | table will be suspended ('abort'). This incident must |
| | be prevented. Action 'ORA MAX EXT' if the |
| | object reaches its 'maxextents'. Recording in |
| | 'actionlog.'[267] |
| | Finally, relative to specific module 'system', it must be possible, among other things, to monitor and measure the cpu time, **the disk space**, the inputs/outputs, **the storage**, the exchange rate, the number of users, the pagination, the network, etc. Thus it is possible, for example, to measure the cpu utilization per second, |

---

[267] *See* Boukobza at 32:4-16.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | with default display, or the input/output rate per second, or to identify the processors which are the largest users of cpu and collect them in order to perform an autonomous analysis ('offline', thc).[268]<br><br>And Boukobza provides that monitoring can be focused on certain criterion and limits.[269] Further, Boukobza discloses that that corrective actions can include adding a server or exporting data.[270]<br><br>Boukobza teaches performance threshold monitoring and corrective actions:<br><br>    In conclusion, according to the present monitoring process, the use of autonomous agents makes it possible to ensure the proper running of the applications monitored in all of the nodes by means of an autonomous and efficient decision processing applied locally to the objects to be processed, when necessary to very rapidly feedback the useful information from the nodes to be monitored to the management node, and to automatically initiate actions on certain conditions or possibly to recommend an action. In this way, an effective monitoring of the objects functioning in the plurality of nodes is ensured and a significant increase in performance is obtained due to the independent capacity available to the various autonomous agents in their operation, the process applied in this case making it possible ***to measure specific parameters of each*** |

---

[268] Boukobza at 34:43-51.
[269] Boukobza at 34:43-51.
[270] Boukobza at 33:60-67.

211

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | *object, to test conditions on these parameters relative to thresholds, and then to execute an action in order to warn of a problem, to reconfigure or to correct.* Measurements are collected in order to perform a later analysis for purposes of a statistical examination of the activity monitored. These collected measurements relate to all the types of objects to be monitored, for example, in this case instances such as data bases like Oracle or Informix, applications such as Tuxedo, Various machines or any one machine, a Distributed Print Facility (DPF), etc. Also, the synthetic aspect of a defined generically global object offers substantial freedom of action and allows efficient use of the tree structure concept with a great deal of precision relative to the evolution of the display granularity obtained. Correlations can be made between a plurality of different measurements, particularly between different object types, which means that intertype correlation is advantageously provided. *Moreover, this process is portable to different platforms, due to its total independence from its operating environment.* Since the display occurs by means of a graphical interface specific to this process. This process is also able to allow any interfacing with any management system, offering the user integrated management, since the autonomous agents access different information through the existing standard protocols.[271] <br><br> [F]or a given server in a given node: the average number of queued |

---

[271] *See* Boukobza at 34:52-35:22.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | requests, per queue. To be done for all the servers. No display. Makes it possible to know if the number of duplicated servers has changed. If the average number of queued requests is >10 (the example 10 is slightly greater than the average number of active clients requesting a service from the server) then action to add a server (up to the max).[272] |
| | Per 'tablespace', is the fill rate of the dbfiles>threshold |
| | X'? If yes, action 'ORA FREE TS'. |
| | calculates the maximum size of the fragments. If lower |
| | n: than the value of the next 'extent' then action |
| | 'ORA MAX FRG' and recording in the file |
| | 'actionlog'. |
| | comparison of the actual number of 'extents' with the |
| | maximum allowed 'MAXEXTENTS' (defined at |
| | the creation of the object, in the clause |
| | **'STORAGE').** In this case, the application using the |

---

[272] Boukobza at 33:60-67.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | table will be suspended ('abort'). This incident must be prevented. Action 'ORA MAX EXT' if the object reaches its 'maxextents'. Recording in 'actionlog.'[273]<br><br>Finally, relative to specific module 'system', it must be possible, among other things, to monitor and measure the cpu time, the disk Space, the inputs/outputs, the storage, the exchange rate, the number of users, the pagination, the network, etc. Thus it is possible, for example, to measure the cpu utilization per second, with default display, or the input/output rate per second, or to identify the processors which are the largest users of cpu and collect them in order to perform an autonomous analysis ('offline', thc).[274]<br><br>[T]he parameter 'ORA-- FRAGMENT—TS', in which the measurement consists of verifying the condition which corresponds to the case in which the largest of the extents ('MAX—EXTENTS') of the tables of the table space ('Tablespace') is smaller than the largest hole of the table space, and if this condition is true, of sending an action proposition window in which it is indicated that |

[273] Boukobza at 32:4-16.
[274] Boukobza at 34:43-51.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | the ***table space ('Tablespace') must be reorganized*** according to the following propositions: |
| | either a file is automatically created to enlarge the table space ('Tablespace'), |
| | or it requests when a standard 'export-- operation-- tables/import' command is to be executed, |
| | or the administrator is requested to program the start of his reorganization utility. |
| | the parameter 'ORA—SCANLOG', in which the Oracle errors to be processed in the file 'alert.log' are predefined. A predefined action class corresponds to each error.[275] |
| | A POSITA would have understood that location server performance is an area to monitor because of their frequent use and connection to everything being done on the database. As a result, a POSITA would have been motivated to monitor Oracle's location servers' performance to ensure they maintain quality service for the users. Accordingly, a POSITA would have been motivated to apply Boukobza's teachings to monitor those location servers' performance and set specific thresholds. A POSITA would have been further motivated to set up corrective actions including adding additional location servers, reorganization, etc. Further, a POSITA would have understood that, in order maximize the benefit of |

---

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | the additional location server, the location and identifier information should be organized to reflect the best structure given the database structure. For a database such as the one provided by OracleNamesAdminGuide or Steen, a POSITA would have been motivated to export the location information related to either one office of the business or a specific time frame or similar partition structure. As a result, a POSITA would have found it obvious to separate the set of location information data into separate portions and transfer some portion of them onto a separate server to improve the performance.

To the extent that that OracleNamesAdminGuidedoesn't describe partitioning for a specific application to location servers, it would have been obvious to a POSITA to apply this performance correcting process to location servers based on Boukobza's teachings alone or in combination with OracleUnleashed, Steen, or Yocum.

A POSITA would have been motivated to transfer a portion of the Names Server's identifiers and associated locations to a second location server when a performance criterion of a first location server reaches a predetermined performance limit, based on Boukobza's teachings. A POSITA at the time would have been well aware that any poor performance on the system can affect performance and how quickly user requests are fulfilled. As a result, a POSITA would have been motivated to make sure that every server and process were working at optimal capacity, including both data storage servers and the supporting location servers. This would have helped the POSITA to optimize the Names Server's performance. To that end, OracleNamesAdminGuide or Steen's disclosure of additional location servers would be combined with Boukobza's additional servers and reorganization in response to performance monitoring to balance the load on the location server. |

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | As a result, it would have been obvious to a POSITA monitoring performance of a location server that the benefits of partitioning would apply to a location server and that subpar location server processing could be improved by partitioning the location information. |
| | Accordingly, Boukobza provides motivation to have OracleNamesAdminGuide transfer a portion of a table or aggregate set of information to a second server through the process of partitioning. |
| | A POSITA would have understood that available storage is a key performance metric. As a result, it would have been obvious for a POSITA to identify persistent available storage space as a key performance indicator to use as a performance criterion. Accordingly, OracleNamesAdminGuide alone renders obvious this claim element. |
| | Further, a POSITA would have been motivated for OracleNamesAdminGuide's system to use a performance criterion that monitors an amount of available persistent storage space in the first location server, based on Boukobza's or Yocum's teachings. This would have furthered the location server system's ability to store a large number of locations and identifiers in total.[276] For a system containing large volumes of individual tables and locations where the storage space was a limitation, a POSITA would have been motivated to set this as a |

---

[276] *Id.*

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | performance criterion to employ a second location server and spread the location and identifier data between the two servers to reduce the concern.[277]<br><br>Based on the above teachings, OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum and/or Boukobza discloses or renders obvious this element. Thus, OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum and/or Boukobza render obvious claim 23. |
| **[24]** The method of claim 17, wherein the performance criterion comprises a transaction rate limit. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e.<br><br>OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza renders obvious this claim. As discussed for claim element 17.e, OracleNamesAdminGuide in view of OracleUnleashed renders obvious a first Names Server transferring a portion of location information associated with identifiers to a second Names Server when a performance criterion of the first Names Server reaches a predetermined performance limit.<br><br>OracleUnleashed's teachings would have motivated a POSITA to modify OracleNamesAdminGuide's method to render obvious this claim. As discussed for claim element 17.e, OracleUnleashed's teachings render obvious a first Names Server transferring a portion of location information associated with identifiers to a second Names Server when a performance criterion of the first Names Server reaches a predetermined performance limit. Further, OracleUnleashed explains that |

[277] *Id.*

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | transaction rates is an important aspect of the database to monitor. |
| | ***Transaction processing is the heart of any RDBMS.*** In fact, without transaction processing there would be no reason to have an RDBMS.[278] |
| | ***Transactional processing*** is the activity engaged in by end users in the population and manipulation of data in the database for a particular application. Most of these transactional commands involve the INSERT, UPDATE, and DELETE statements, although they're often transparent to the user. Anymore, users need have very little, if any, knowledge of the underlying database system to manipulate the data within it. It is the DBA's responsibility to periodically monitor the database during ***peak transactional activity***, searching for bottlenecks and resource contention. One of the primary concerns with transactional activity is the management of the rollback segments. The database should be able to handle all concurrent transactions effectively. ***If the database is not monitored during transactional activity and adjusted appropriately, company productivity will inevitably suffer.[279]*** |
| | What to Monitor …Some common ***things to monitor*** from a DBA perspective: |

---

[278] *E.g.*, OracleUnleashed at 338.
[279] OracleUnleashed 449-50.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | <ul><li>Rollback segment contention</li><li>Space allocation/usage</li><li>User sessions</li><li>Segment fragmentation</li><li>Fragmented free space</li><li>Temporary segments</li><li>Memory usage</li><li>Summarized space statistics</li><li>Overall database activity</li><li>Oracle processes</li><li>Archived redo log files</li><li>Table and row locks[.][280]</li></ul> If you ***run out of transaction space*** for a table, new transactions |

---

[280] OracleUnleashed at 468.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | have to wait until transaction space is freed up by existing transactions completing.[281] |
| | A POSITA would have understood that any system, including OracleNamesAdminGuide's, allocates finite space for transactions and that this finite space comprises a "rate limit." To the extent Kove asserts, that OracleNamesAdminGuide doesn't teach the claimed "transaction rate limit," it would have been obvious to a POSITA to apply a targeted transaction rate in order to monitor transactional activity and prevent processing failure. Further, a POSITA would have understood that setting a transaction rate limit furthers OracleNamesAdminGuide's stated goal of "lightning fast" responses. |
| | A POSITA would have been motivated for OracleNamesAdminGuide's system to use a performance criterion that monitors a transaction rate limit, based on OracleUnleashed's teachings. For a system with a high transaction volume where processing capability and time are concerns, a POSITA would have been motivated to set a transaction rate limit as a performance criterion and to employ a second Names Server which could handle a portion of the transactions for the system and improve performance times. |
| | A POSITA would have understood that the volume of transactions is a key performance metric for a location server required to serve high volumes of requests for location information. As a result, it would have been obvious for a POSITA to identify transaction rate as a key performance indicator to use as a performance |

[281] OracleUnleashed at 221.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | criterion. Accordingly, OracleNamesAdminGuide alone renders obvious this claim element.<br><br>Further, Yocum discloses or alone renders obvious this claim. As discussed for claim element 17.e, Yocum's teachings render obvious a first location server transferring a portion of location information associated with identifiers to a second location server when a performance criterion of the first location server reaches a predetermined performance limit. Further, Yocum highlights the need for processing transactions as a core feature of a database to plan for and assess.<br><br>    Systems in which incoming work requests are placed in a queue for assignment to an available server are well known in the art. Since the ***frequency at which the incoming requests arrive*** may not be readily controlled, the principal means of controlling system performance (***measured by queue delay or the like***) in such a queued system is to control the number of servers. Thus, it is known in the art to start an additional server ***when the length of the queue being served reaches a certain high threshold*** or to stop a server when the length of the queue being served reaches a certain low threshold.[282]<br><br>Yocum further incorporates by reference the following patents which highlight the importance of transaction rate for performance:[283] |

---

[282] *See* Yocum at 1:13-23.
[283] *See* Yocum at 3:18-57.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | U.S. Pat. No. 5,504,894 to D. F. Ferguson et al., entitled "Workload Manager for Achieving ***Transaction Class Response Time Goals*** in a Multiprocessing System"; |
| | U.S. Pat. No. 5,537,542 to C. K. Eilert et al., entitled "Apparatus and Method for Managing a ***Server Workload*** According to Client Performance Goals in a Client/Server Data ***Processing System***"; |
| | U.S. Pat. No. 5,603,029 to J. D. Aman et al., entitled "System of Assigning ***Work Requests*** Based on Classifying into an Eligible Class Where the Criteria Is Goal Oriented and Capacity Information is Available"; |
| | U.S. Pat. No. 5,675,739 to C. K. Eilert et al., entitled "Apparatus and Method for Managing a Distributed Data ***Processing System Workload*** According to a Plurality of Distinct Processing Goal Types" |
| | Based on Yocum's identification of processing and transaction requests as an important factor of performance, it would have been obvious to a POSITA that this would be an option as a performance criterion. A POSITA would have been motivated to apply this to Oracle's names servers because fulfilling requests for location information through transactions is the core function of a location server. A POSITA would have recognized the transaction rate as the primary means for measuring the workload of such a location server's processing demand. Accordingly, it would have been obvious to a POSITA that Yocum's transaction |

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | rate limit performance criterion be applied to OracleNamesAdminGuide, OracleUnleashed, or Steen's location service. |
| | Further, Boukobza explains that processing and transaction rate-related criteria are important aspects of the database to monitor. |
| | Finally, relative to specific module 'system', it must be possible, among other things, to monitor and measure ***the cpu time***, the disk space, the inputs/outputs, the storage, the exchange rate, the number of users, the pagination, the network, etc. Thus it is possible, for example, to measure the ***cpu utilization per second***, with default display, or the ***input/output rate per second***, or to identify the processors which are the ***largest users of cpu*** and collect them in order to perform an autonomous analysis ('offline', thc).[284] |
| | A POSITA would have understood that any system, including OracleNamesAdminGuide's, allocates finite space for transactions and that this finite space comprises a "rate limit." To the extent that any of these references don't teach the claimed "transaction rate limit," it would have been obvious to a POSITA to apply a targeted transaction rate to monitor transactional activity and prevent processing failure. |
| | A POSITA would have been motivated to have the Oracle system use a performance criterion that monitors a transaction rate limit, based on Boukobza's and Yocum's teachings. For a system with a high transaction volume where processing capability and time are concerns, a POSITA would have been motivated |

---

[284] *See* Boukobza at 34:43-51.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | to set a transaction rate limit as a performance criterion and to employ a second location server which could handle a portion of the transactions for the system and improve performance times. |
| | Based on the above teachings, OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum and/or Boukobza discloses or renders obvious this element. Thus, OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum and/or Boukobza render obvious claim 24. |
| **[30]** The method of claim 17, wherein transferring a portion of the identifiers and associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e. |
| | OracleNamesAdminGuide in view of OracleUnleashed renders obvious this claim. As discussed for claim element 17.e, OracleNamesAdminGuide in view of OracleUnleashed renders obvious a first Names Server transferring a portion of location information associated with identifiers to a second Names Server when a performance criterion of the first Names Server reaches a predetermined performance limit. |
| | Further, OracleUnleashed teaches the desirability in anticipating problems and in creating an alert when a performance criterion reaches a specific level: |
| | Monitoring and troubleshooting really go hand-in-hand. Problems are generally easier to correct ***before they become problems***. Many of the tasks that would fall into the troubleshooting area, such as ***certain messages in the alert.log file***, can be monitored and, |

| | sometimes, fixed programmatically.[285] |
|---|---|
| | Based on OracleUnleashed's teachings, a POSITA would have found it obvious to automate transferring the portion of identifiers and associated locations when the first Names Server reaches a predetermined limit. For example, an administrator could add a script setting up a minimum storage space available of 500,000 bytes or a maximum of 100 transaction requests/second to trigger the addition of another Names Server to provide the desired location information to users. If the space available goes below 500,000 bytes or the requested transactions goes above 100/second, then the script would automatically add a new Names server and transfer a portion of the location and identifier information onto the second Names server. This would be obvious for a POSITA in order to maintain consistent performance without devoting constant administrator involvement. |
| | Many problems can be ***resolved before they become problems*** with a little proactive work (and monitoring) by the DBA.[286] |
| | As an example, if the performance criterion and limit weren't predetermined, a POSITA would have understood that OracleNamesAdminGuide's location server could fail before the application of a correction. A POSITA would have appreciated that having a location server down would prevent requests from being fulfilled and take that entire portion of the database offline harming both users (salespeople, analysts, etc.) and company productivity as a whole. As a result, based on OracleUnleashed's teachings, a POSITA would have found it obvious to |

---

[285] *See e.g.*, OracleUnleashed at 433:
[286] *See also,* OracleUnleashed at 444.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | predetermine the performance criterion rather than having the system attempt to identify the criterion after the occurrence of a problem. |
| | Regarding the claimed "automatically transferring" limitation, OracleUnleashed teaches that "[m]anual intervention still has its place for many tasks, but the **automation of most database systems** has drastically increased."[287] This includes references to automating functions outside of the standard Oracle system based on the needs of the individual environment within which the system operates. Based on OracleUnleashed's teachings, a POSITA would have found it obvious to use a script to automate transferring the portion of identifiers and associated locations when OracleNamesAdminGuide's first Names Server reaches a predetermined limit. For example, an administrator could add a script setting up a minimum storage space available of 500,000 bytes or a maximum of 100 transaction requests/second to trigger the addition of another Names Server to provide the desired location information to users. If the space available goes below 500,000 bytes or the requested transactions goes above 100/second, then the script would automatically add a new Names server and transfer a portion of the location and identifier information onto the second Names server. This would be obvious for a POSITA in order to maintain consistent performance without devoting constant administrator involvement: |
| | After monitoring scripts are in place, **the scripts can be automated along with many other database-related tasks.** Oracle provides the database user a means of scheduling jobs by placing them in a job |

---

[287] OracleUnleashed at 448.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | queue. The scheduling of periodic tasks allows database users (especially the DBA) the opportunity to organize database activities effectively and often allows for the **automation of our otherwise mundane tasks**.[288] |
| | Many of the features in Enterprise Manager can be customized according to each database, helping the DBA to monitor and manage multiple databases with ease. Manual intervention still has its place for many tasks, but the **automation of most database systems** has drastically increased with client/server technology.[289] |
| | Just as important as monitoring and regular maintenance is auditing. Auditing is another way of monitoring the database, in that the DBA can easily measure events that occur in it. After you have set up processes to audit the database's activity and monitor its elements, you can use job queues to schedule jobs at the database level. **In other words, much of the monitoring and auditing process can be automated**.[290] |
| | One feature of Oracle8 that became available with Oracle 7.3 is the **automatic sizing of data files option.** One of the biggest problems for database administrators in the past was running out of space for a new extent within a tablespace. You had to be constantly vigilant |

---

[288] *E.g.*, OracleUnleashed at 482.
[289] OracleUnleashed at 448
[290] OracleUnleashed at 448.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | to ensure you had both enough space and large enough blocks of contiguous space to accommodate table and index growth.[291] |
| | Automatic Archive redo log mode is *easy to implement*.[292] |
| | Listing 23.6 *automates the cold backup procedure* by utilizing techniques of extracting information from Oracle's data dictionary and *not depending on an error-prone manually maintained list.*[293] |
| | Dialing in to run jobs is no fun and completely unnecessary. Even if you're on an operating system that does not adequately support job scheduling, you can *let the database take care of itself* by using the DBMS_JOB package. Spend the weekend skiing instead.[294] |
| | Based on the teachings above, to the extent Kove asserts that OracleNamesAdminGuide's alone doesn't teach or render obvious automate such processes, it would have been obvious to a POSITA to automate the monitoring and tuning of database performance, including the performance of the location servers. Based on OracleUnleashed's teachings, a POSITA would have been motivated to automate these processes to ensure the optimal performance of the database at all times and to proactively prevent issues from affecting the end user and harming the objectives of the database to support those users. |

---

[291] OracleUnleashed at 213.
[292] OracleUnleashed at 563.
[293] OracleUnleashed at 576.
[294] OracleUnleashed at 410.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | Further, a POSITA would have appreciated the benefits of automation. A POSITA would have recognized the delays that manual responses can have. And a POSITA would have further recognized the damage that delays can have to the user causing downtime and making the database ineffective. As a result, a POSITA would have been motivated to automate the performance assessment and response from Boukobza and Yocum to Oracle's name servers. |
| | Further, Yocum discloses automating the performance assessment and corrective actions based on predetermined performance criterion. As an example, if the performance criterion and limit were not predetermined, the location server could fail before the correction is applied. A POSITA would have appreciated that having a location server down would prevent requests from being fulfilled and take that entire portion of the database offline harming both users (salespeople, analysts, etc.) and company productivity as a whole. As a result, it would be obvious from Yocum that the performance criterion should be predetermined, rather than identified after the problem has already occurred: |
| | Subsequent spaces 164 are started when required to support the workload (see policy adjustment discussion below). Preferably, the mechanism to start spaces 164 has several features to avoid common problems in other implementations that automatically start spaces.[295] |
| | Once a server 163 is started, logic is also included to automatically |

---

[295] *See* Yocum at 6:39-43.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
| | replace a server should it fail unexpectedly. Idle servers 163 with identical server definition information but serving different queues 161 for the same work manager 160 may be moved between queues in order to satisfy requests to increase the number of servers 163 for a particular queue, thus avoiding the overhead of starting an entirely new server.[296]<br><br>A POSITA would have understood that any corrective step, including the transfer of a portion of identifiers and associated locations, could be automated. A POSITA would see the benefits in faster response time that would come from automating the response. As a result, it would have been obvious for a POSITA to automate the response once a performance criterion had been met.<br><br>And Boukobza further discloses automating the performance assessment and corrective actions. Based on Boukobza's teachings, a POSITA would have found it obvious to automate transferring the portion of identifiers and associated locations when the first location server reaches a predetermined limit. For example, an administrator could add a script setting up a minimum storage space available of 500,000 bytes or a maximum of 100 transaction requests/second to trigger the addition of another location server to provide the desired location information to users. If the space available goes below 500,000 bytes or the requested transactions goes above 100/second, then the script would automatically add a new location server and transfer a portion of the location and identifier information onto the second location server. This would be obvious for a POSITA to maintain |

---

[296] Yocum at 13:34-41.

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | consistent performance without devoting constant administrator involvement.<br><br>[T]he use of autonomous agents makes it possible to ensure the proper running of the applications monitored in all of the nodes by means of an autonomous and efficient decision processing applied locally to the objects to be processed, when necessary to very rapidly feedback the useful information from the nodes to be monitored to the management node, and to automatically initiate actions on certain conditions or possibly to recommend an action. In this way, an effective monitoring of the objects functioning in the plurality of nodes is ensured and a significant increase in performance is obtained due to the independent capacity available to the various autonomous agents in their operation, the process applied in this case making it possible to measure specific parameters of each object, to test conditions on these parameters relative to thresholds, and then to execute an action in order to warn of a problem, to reconfigure or to correct.[297]<br><br>If a dispatcher is very busy ('delta(v$dispatcher.busy)/delta(t)>50%') and the cpu utilization rate of the node is not too high (<80%), then it is necessary to add a dispatcher with the same protocol (***automatic action or recommendation***). |

[297] *See* Boukobza at 34:53-35:2.

| U.S. Patent No. 7,233,978 | OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza |
|---|---|
|  | If the wait time/number of responses ('v\$queue.wait/v\$queue.totalq') in the response queue of the dispatcher is increasing regularly and the cpu utilization rate of the node is not too high (<80w), then it is necessary to add a dispatcher with the same protocol (***automatic action or recommendation***).<br><br>When or a SID Current Connected Clients=or a SID Reserved Connections, then the dispatcher connection requests go to dedicated servers.<br><br>To monitor the number of connections (average, current) in each dispatcher and in each shared server.[298]<br><br>Thus, according to the idea of the invention and contrary to all expectation, the use of autonomous agents makes it possible to ensure the proper running of the monitored applications in all of the nodes by means of an autonomous and efficient process, to rapidly feed back the useful information from the nodes to the management node, and ***to automatically initiate actions on certain conditions*** or possibly to recommend an action.[299]<br><br>As an example, if the performance criterion and limit weren't predetermined, a POSITA would have understood that OracleNameAdminGuide's location server |

---

[298] Boukobza at 32:53-67.
[299] Boukobza at 2:39-46.

|  | could fail before the application of a correction. A POSITA would have appreciated that having a location server down would prevent requests from being fulfilled and take that entire portion of the database offline harming both users (salespeople, analysts, etc.) and company productivity as a whole. As a result, based on Boukobza's teachings, a POSITA would have found it obvious to predetermine the performance criterion, rather than having the system attempt to identify the criterion after the occurrence of a problem.<br><br>To the extent the above teachings don't expressly disclose or render obvious automating these processes, it would have been obvious to a POSITA to automate the monitoring and tuning of database performance, including the crucial performance of the location servers. A POSITA would have been motivated to automate these processes to ensure the optimal performance of the database at all times and to proactively prevent issues from affecting the end user and harming the objectives of the database to support those users.<br><br>A POSITA would have been motivated for the Oracle system to use a performance criterion that monitors a transaction rate limit, based on Boukobza's and Yocum's teachings. For those with limited resources to devote to maintaining performance, a POSITA would have been motivated to automate tasks and minimize the time necessary for ongoing and repeated tasks related to maintaining performance. For example, a POSITA would have understood location servers routinely need to be added in an expanding system wherein automating the addition of more location servers when the number of transactions or available space or any performance criterion of concern reached a certain level would both maintain performance of the database system and reduce the time necessary to do. |
|---|---|

| U.S. Patent No. 7,233,978 | **OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum, and/or Boukobza** |
|---|---|
| | Based on the above teachings, OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum and/or Boukobza discloses or renders obvious this element. Thus, OracleNamesAdminGuide in view of OracleUnleashed, Steen, Yocum and/or Boukobza render obvious claim 30. |

Amazon asserts that claims 17, 23, 24, and 30 of U.S. Patent No. 7,233,978 ("the '978 patent") are rendered obvious by Skagerwall alone or with Steen, Yocum, and/or Boukobza. Steen qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it was publicly available before the earliest possible priority date of July 8, 1998 and more than a year before Kove's October 28, 1999 claimed priority date for the '978 patent. Skagerwall, Boukobza, and Yocum are all prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f). Skagerwall has a filing date of October 27, 1998. Boukobza issued from an application filed June 27, 1997. Yocum issued from an application filed on March 11, 1998. The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and Amazon reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

This claim chart reflects the additional requirements for the claims based on Kove's statements in reexamination and are consistent with Amazon's proposed constructions reflecting those statements. *See* Dkt. 539. Specifically, based on Kove's statements and Amazon's proposed constructions, claims 17, 23, 24, and 30 also require that the location servers be organized in a non-hierarchical cluster structure, that each location server be able to respond to any location request with either the location of the data or the location of a server known to contain the requested location data without an intervening traversal, and that each request must be resolved in two or fewer traversals. As described below, OracleNamesAdminGuide alone or in combination with Steen or OracleUnleashed renders obvious each claim regardless of Kove's arguments based on additional limitations.

Furthermore, the following list includes examples of specifically where certain '978 patent claim elements are found in each reference.

**Skagerwall:**

- Client:                          access server
- Identifier:                     object tag
- Location information: retrieval information
- Location server:             directory servers
- Data repository:             application servers
- Hash function:               hashing based methods

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| **[17.Preamble]** A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising: | Skagerwall discloses or renders obvious this element.<br><br>Skagerwall discloses a database system for managing data stored in a distributed network and method of using the same. Skagerwall describes a "kernel" which retrieves data objects (D) from storage repositories (AI) on application servers (IS).[300] As Skagerwall describes, the directory servers are a "key resource" in retrieving data:<br><br>> Advantageously, each of a plurality of directory servers stores part of an arbitrarily scaleable data base containing object data associating each of the objects with at least one of the application data packets. *The plurality of directory servers serve as key resource in retrieving an application data packet related to an object.* Means for receiving a read object tag from a reading means and for identifying the directory server for storing object data related to the read object tag and retrieving the object data are provided.[301]<br><br>Further, as shown below in annotated Figure 1, Skagerwall teaches that user devices (M/DPU) make requests for data object (D) to an "access server" (AS) inside the kernel using an identifying object tag (T).[302] Skagerwall explains that the |

---

[300] Skagerwall at 2:51-3:2.
[301] Skagerwall at 4:12-20.
[302] *Id*. at 2:51-3:2.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | access server then requests retrieval information from a plurality of directory servers (DS) to locate the requested data.[303] A POSITA would have understood Skagerwall's retrieval information to be "location information" because it contains information pertaining to the location of data. <br><br>  <br> **Skagerwall Fig.1 Annotated** <br><br> Further, Skagerwall discloses that the kernel contains "a plurality of directory servers."[304] As shown below in annotated Figure 1, Skagerwall's directory servers DS1 … DSn) have a flat, non-hierarchical architecture with no hierarchical or tree structure. |

[303] *Id.*
[304] Skagerwall at 2:59-63.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| |  |

Skagerwall Fig.1 Annotated

As Figure 1 illustrates, the directory servers have a flat configuration next to one another, with no hierarchical arrangement. And Figure 1 teaches that each directory server communicates the access server (AS) with no intermediary servers in between. Further, Skagerwall doesn't describe any "root" or "parent" directory servers that could indicate a hierarchy. Nor is there any discussion of separate

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | regions or domains for different directory servers. Accordingly, a POSITA would understand that the directory servers in Skagerwall are non-hierarchical and the directory server network is flat, consistent with Kove's statements at the Patent Office and Amazon's proposed construction. |
| | Further, Skagerwall explains that the directory servers contain information for locating the data objects stored on the data repositories of the application servers (IS1 … ISp): |
| | It is a key aspect of the invention that the data base of object data is distributed over a plurality of directory servers DS; DS1-DSn, allowing that the number of objects can be scaled almost arbitrarily by adding new directory servers to the existing ones for storing new object data. Each of the directory servers DS; DS1-DSn preferably stores object data related to a small number of the range of available object tags T; T1-Tw. As mentioned above, object data related to an object tag preferably includes application identifiers AI1-Aim of application data packets related to the object *as well as information about storage locations of the application data packets, e.g., the addresses of application servers IS; IS1-Isp storing the application data packets.*[305] |
| | Because the directory servers function to store location information for the object data, a POSITA would understand those directory servers to be the claimed "location servers." |

---

[305] Skagerwall at 8:15-27.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Further, Skagerwall teaches a set of steps including identifying which directory server contains desired information. A POSITA would accordingly understand that the plurality of servers each contains different sets of location information or it would be unnecessary to determine whether any server did or did not contain the requested information.<br><br>Specifically, Skagerwall explains designing its system so that any component can identify if a given directory server contains the necessary location information in response to a data inquiry, but provides that the preferred components is a directory server:<br><br>    [I]t is preferred, that one of the directory servers DS1; DS2; . . . ; DSn identifies the directory servers storing information related to a requested object tag. However, other components of the system kernel K may serve as means for identifying the correct directory servers.[306]<br><br>Further, Skagerwall describes tasking a "primary" directory server with storing the data for a given object tag. But Skagerwall teaches the benefits of changing the primary directory server and using a hash function to identify each data's locations when adding and removing directory servers since the location in the system where the data is stored can change:<br><br>    However, in the case the number of available directory servers changed, previously stored object data was mapped onto the plurality of directory servers using a hashfunction based on the |

---

[306] Skagerwall at 10:21-26.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | previous number of directory servers, whereas a target directory server is now identified based on a new number of directory servers. This will sometimes not lead to the directory server actually storing object data related to the desired object.[307] <br><br> As shown below in Figure 2a, Skagerwall describes a flow chart to identify how its system operates when the requested data isn't found where it should be based on the object tag.[308] |

[307] Skagerwall at 11:37-45.
[308] Skagerwall at 11:27-13:15.



| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | As shown, Skagerwall's step S22 teaches that a directory server receives a request for data location information associated with an object tag and looks it up to find the primary server.[309] A POSITA would have understood that the system performs these flowchart steps taken in the course of receiving a data request from an access server (i.e., client). Skagerwall's step S25 ("Send Request To Primary Directory Server") is only necessary if the request isn't already at the primary directory server. As a result, if the directory server identifies itself as the primary server, the next relevant step is retrieving the requested data at step S27 ("Retrieve Object Data"). |
| | Further, even if a POSITA wouldn't have understood this from OracleNamesAdminGuide alone, it would have been obvious based on Steen's teachings. Steen describes a location service in a system for "locating mobile objects in a worldwide system": |
| | *Locating mobile objects* in a worldwide system requires a scalable location service. An object can be a telephone or a note-book computer, but also a software or data object, such as a file or an electronic document. Our service strictly separates an object's name from the addresses where it can be contacted. This is done by introducing a location-independent object handle. An object's name is bound to its unique object handle, which, in turn, is mapped to the addresses where the object can be contacted. To locate an object, we need only its object handle. We present a scalable location service based on a worldwide distributed search tree that adapts |

---

[309] Skagerwall at 12:9-53.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | dynamically to an object's migration pattern to optimize lookups and updates.[310]<br><br>Steen explains that, in distributed systems, there can be multiple instances of the same data or service:<br><br>    In distributed systems, this way of locating a service is also known as anycasting: *a client requires a particular service, but is really not interested in which server will handle the request.* Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is then subsequently resolved to the address of *any server that can handle the request.*[311]<br><br>A POSITA would have appreciated that Steen's principle of "anycasting" allows for faster resolution of clients' requests because multiple servers can resolve any given query. As a result, a POSITA would have been motivated by OracleNamesAdminGuide's goal of "lightning fast" resolution to incorporate anycasting to its data storage. This would have resulted in multiple data repositories where each server connects to OracleNamesAdminGuide's Names Service (i.e., location server network).<br><br>Further, Steen teaches using a plurality of servers to provide services. Steen provides the exemplary description of *anycasting* to show how multiple servers provide services like the disclosed location service. |

---

[310] Steen at Abstract.

[311] Steen at 105.

In distributed systems, this way of locating a service is also known as anycasting: a client requires a particular service, but is really not interested in which server will handle the request. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is then subsequently resolved to the address of any server that can handle the request.[312]

To manage the first level of the system, Steen discloses the use of "directory nodes," which correspond to the claimed "location servers." As shown below in Figure 2, Steen's system includes a directory node Dir(R), for resolving object names to object handles, e.g., location information for addresses.



■ **Figure 2.** *The logical organization of the location service as a virtual search tree.*

---

[312] Steen at 105.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Steen describes that, in systems with multiple regions, there may be multiple directory nodes, e.g., location servers: |

Steen describes that, in systems with multiple regions, there may be multiple directory nodes, e.g., location servers:

> In our model for tracking objects, we assume hierarchical decomposition of a (worldwide) network into regions. This decomposition is relevant only to the location service. With each region we associate a directory node capable of storing addresses that lie within that region. This leads to a logical tree-based organization, as shown in Fig. 2. [313]

Steen teaches that the system assumes addresses be location-dependent, i.e., the region in which an address lies is encoded in the address itself:

> The location service normally stores new addresses at the leaf node representing the region in which the address lies. For each new object, it constructs a path of forwarding pointers from the root to each leaf node where an address is stored. Addresses and forwarding pointers are stored in contact records. An implication of this design is that in the worst case it is always possible to locate every object by following the chain of pointers from the root node. In practice, we can do much better than this, as described later.[314]

Further, Steen also describes that dir(R) may be partitioned into multiple subnodes, as shown below in Figure 6:

[313] Steen at 105.
[314] Steen at 105.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | In particular, higher-level directory nodes not only have to handle a relatively large number of requests, they also have enormous storage demands. Our solution is to partition a directory node into one or more directory subnodes such that each subnode is responsible for a subset of the records originally stored at the directory node.[315]<br><br><br>■ **Figure 6.** *A search tree and a corresponding logical tree after partitioning the directory nodes into subnodes.*<br><br>For a partitioned dir(R), Steen teaches its system configures each subnode to function as its own server and contains its own subset of location information.[316] For those reasons, a POSITA would understand that each subnode is a location |

[315] Steen at 107-08.
[316] Steen at 107-08.

| U.S. Patent No. 7,233,978 | **Skagerwall alone or with Steen, Yocum, and/or Boukobza** |
|---|---|
| | server containing location information.<br><br><br><br>Thus, Steen discloses a system of flat location servers which each contain a portion of a total dataset of location information.<br><br>A POSITA would have understood that Steen's partitioned group of location servers organized in a non-hierarchical configuration results in each server containing a subset of the data location information originally stored on the first location server. Further, a POSITA would have been motivated to adopt Steen's partitioning approach for grouping Skagerwall's directory to maintain "lightning fast" resolutions to data queries. Thus, applying either (1) OracleUnleashed's teachings toward partitioning servers and datasets or (2) Steen's teachings toward |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | partitioning a location server into a group of servers to Skagerwall's directory servers would have rendered obvious that the data location server network has a plurality of data location servers. |
| | To the extent that Skagerwall doesn't disclose or render obvious the scaling or multiple location servers of 17.preamble, Yocum renders these aspects obvious. Specifically, Yocum discloses a system using multiple and additional servers to optimize performance in a scalable manner: |
| | The present invention relates to a method and apparatus for controlling the number of servers in a cluster of information handling systems in which incoming work requests belonging to a first service class are placed in a queue for processing by one or more servers.[317] |
| | The present invention allows system management of the number of servers across a cluster of system for each of a plurality of user performance goal classes based on the performance goals of each goal class.[318] |
| | FIG. 4 shows the logic flow to assess improving performance by starting additional servers 163. FIGS. 4-6 illustrate the steps involved in making the performance index delta projections provided by the fix means 118 to the net value means 124. At 1401, a new number of servers 163 is selected to be assessed. The number must be large enough to result in sufficient receiver value (checked |

---

[317] *See* Yocum at 1:66-2:3.
[318] Yocum at 2:28-32.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | at 1405) to make the change worthwhile. The number must not be so large that the value of additional servers 163 is marginal, for example, not more than the total number of queued and running work requests 162. The next step is to calculate the additional CPU the additional servers 163 will use; this is done by multiplying the average CPU used by a work request by the additional servers 163 to be added.<br><br>At 1402, the projected number of work requests 162 at the new number of servers 163 is read from the server ready user average graph shown in FIG. 5. At 1403, the current and projected queue delays are read from the queue delay graph shown in FIG. 6. At 1404, the projected local and multisystem performance index deltas are calculated.[319] |

---

[319] Yocum at 10:37-56.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| |  |

FIG.4

252

| U.S. Patent No. 7,233,978 | **Skagerwall alone or with Steen, Yocum, and/or Boukobza** |
|---|---|
| | <br><br>Each system then determines the resource bottleneck causing the receiver class to miss its goals. If the resource bottleneck is the number of servers, each system determines whether and how many servers should be added to the receiver class…To ensure the availability of a server capable of processing each of the work requests in the queue, each system determines whether there is a work request in the queue with an affinity only to a subset of the cluster that does not have servers for the queue and, if so, starts a server for the queue on a system in the subset to which the work request has an affinity.[320]<br><br>In FIG. 1 the number 107 of servers 163 is shown stored in the class |

---

[320] Yocum at Abstract.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
|  | table entry 106, which might be taken to imply a limitation of one queue 161 per class. However, this is merely a simplification for illustrative purposes; those skilled in the art will recognize that multiple queues 161 per class can be independently managed simply by changing the location of the data. The fundamental requirements are that the work requests 162 for a single queue 161 have only one goal, that each server 163 has equal capability to service requests, and that a server cannot service work on more than one queue 161 without notification from and/or to the workload manager 105.[321] |

---

[321] Yocum at 8:32-43.



FIG.1

255

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Systems in which incoming work requests are placed in a queue for assignment to an available server are well known in the art. Since the frequency at which the incoming requests arrive may not be readily controlled, the principal means of controlling system performance (measured by queue delay or the like) in such a queued system is to control the number of servers. Thus, it is known in the art to start an additional server when the length of the queue being served reaches a certain high threshold or to stop a server when the length of the queue being served reaches a certain low threshold.[322]<br><br>Further, to the extent that the above references don't disclose or render obvious any limitations of claim element 17.preamble, Boukobza discloses or renders obvious those elements. For instance, Boukobza describes providing user access to a distributed database.[323] And Boukobza describes that user access to a distributed database can be measured by a variety of performance factors including transaction rate, storage capacity, etc.[324] And Boukobza describes various corrective steps that can be taken to address performance concerns.[325] Boukobza teaches users accessing the database through SQL*Net functionalities for requesting and receiving location information.[326]<br><br>Further, Boukobza teaches scaling a distributed database to accommodate growing needs: |

[322] Yocum at 1:13-23
[323] Boukobza at 18:18-23.
[324] Boukobza at 34:43-51.
[325] Boukobza at 33:60-67, 15:2-32.
[326] Boukobza at 18:18-23.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | In conclusion, according to the present monitoring process, the use of autonomous agents makes it possible to ensure the proper running of the applications monitored in all of the nodes by means of an autonomous and efficient decision processing applied locally to the objects to be processed, when necessary to very rapidly feedback the useful information from the nodes to be monitored to the management node, and to automatically initiate actions on certain conditions or possibly to recommend an action. In this way, an effective monitoring of the objects functioning in the plurality of nodes is ensured and a significant increase in performance is obtained due to the independent capacity available to the various autonomous agents in their operation, the process applied in this case making it possible ***to measure specific parameters of each object, to test conditions on these parameters relative to thresholds, and then to execute an action in order to warn of a problem, to reconfigure or to correct.*** Measurements are collected in order to perform a later analysis for purposes of a statistical examination of the activity monitored. These collected measurements relate to all the types of objects to be monitored, for example, in this case instances such as data bases like Oracle or Informix, applications such as Tuxedo, Various machines or any one machine, a Distributed Print Facility (DPF), etc. Also, the synthetic aspect of a defined generically global object offers substantial freedom of action and allows efficient use of the tree structure concept with a great deal of precision relative to the evolution of the display granularity obtained. Correlations can be |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | made between a plurality of different measurements, particularly between different object types, which means that intertype correlation is advantageously provided. ***Moreover, this process is portable to different platforms, due to its total independence from its operating environment***. Since the display occurs by means of a graphical interface specific to this process. This process is also able to allow any interfacing with any management system, offering the user integrated management, since the autonomous agents access different information through the existing standard protocols.[327] |

Further, Boukobza teaches user access:

> Some non-limiting exemplary embodiments of predefined Oracle parameters are offered below:

> the parameter 'ORA-- USER—ACCESS', in which the measurement consists of making a ***connection attempt using the function 'connect—string' supplied to the user***; the condition corresponds to verifying whether the or not the attempt has succeeded, and the action resides in the analysis of the cause and in the possible restart.[328]

> Also, relative to the module specific to Oracle, it must be possible, among other things, to ***control access to objects*** in order to prevent

---

[327] *See, e.g.*, Boukobza at 34:52-35:22.
[328] *See, e.g.*, Boukobza at 15:1-9.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | any lockout or suspension ('abort') of the application if the latter wishes to access the base or the Oracle objects.[329]

***The user chooses*** (by means of the interface GUI) ***the list of objects to be viewed*** (their icon), in the main window of the interface GUI. An object in this list that is not selected will only be viewed if a 'zoom' is performed on a global object which contains it. A global object can also be labelled as a component (COMPONENTS) of a global object and is a component of a global object [GLOBAL (a particular Oracle instance is chosen from the list of objects to be viewed in the main window, ***since the users write SQL*** directly to the base)] since this base is accessed by a given application.[330]

Further, Boukobza teaches performance measurements and corrective actions:

[F]or a given server in a given node: the average number of queued requests, per queue. To be done for all the servers. No display. Makes it possible to know if the number of duplicated servers has changed. If the average number of queued requests is >10 (the example 10 is slightly greater than the average number of active clients requesting a service from the server) then action to add a server (up to the max).[331]

Per 'tablespace', is the fill rate of the dbfiles>threshold |

[329] Boukobza at 30:15-19.
[330] Boukobza at 7:38-48.
[331] *See, e.g.*, Boukobza at 33:60-67.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | X'? If yes, action 'ORA FREE TS'. |
| | calculates the maximum size of the fragments. If lower |
| | n: than the value of the next 'extent' then action |
| | 'ORA MAX FRG' and recording in the file |
| | 'actionlog. |
| | comparison of the actual number of 'extents' with the |
| | maximum allowed 'MAXEXTENTS' (defined at |
| | the creation of the object, in the clause |
| | ***'STORAGE').*** In this case, the application using the |
| | table will be suspended ('abort'). This incident must |
| | be prevented. Action 'ORA MAX EXT' if the |
| | object reaches its 'maxextents'. Recording in |
| | 'actionlog.'[332] |
| | Finally, relative to specific module 'system', it must be possible, among other things, ***to monitor and measure the cpu time, the disk*** |

---

[332] Boukobza at 32:4-16.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | *Space, the inputs/outputs, the storage, the exchange rate, the number of users, the pagination, the network, etc.* Thus it is possible, for example, to measure the cpu utilization per second, with default display, or the input/output rate per second, or to identify the processor swhich are the largest users of cpu and collect them in orderto perform an autonomous analysis ('offline', thc).[333]<br><br>[T]he parameter 'ORA-- FRAGMENT—TS', in which the measurement consists of verifying the condition which corresponds to the case in which the largest of the extents ('MAX—EXTENTS') of the tables of the table space ('Tablespace') is smaller than the largest hole of the table space, and if this condition is true, of sending an action proposition window in which it is indicated that the *table space ('Tablespace') must be reorganized* according to the following propositions:<br><br>either a file is automatically created to enlarge the table space ('Tablespace'),<br><br>or it requests when a standard 'export-- operation-- tables/import' command is to be executed,<br><br>or the administrator is requested to program the start of his |

[333] Boukobza at 34:43-51.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | reorganization utility.

the parameter 'ORA—SCANLOG', in which the Oracle errors to be processed in the file 'alert.log' are predefined. A predefined action class corresponds to each error.[334]

Regarding the claimed "location information," Boukobza teaches the use of location information through SQL*Net and TNS Names Services, including the use of identifiers, connect strings, and the SQL*Net protocol language itself.[335] A POSITA would have understood that Boukobza's connection information for connecting on Oracle (e.g., host name,[336] port, and database instance) is the claimed "location information" because SQL*Net uses the information to build a *connect string* that connects the client to the location of the desired data on the distributed database. |

[334] Boukobza at 15:18-33.
[335] Boukobza at 7:1-31.
[336] A POSITA would have understood that a "host name" may include a direct IP address or a host name uses DNS to obtain an IP address.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| |  Boukobza 7:1-31 Annotated |

Further, a POSITA would have understood that Boukobza's teachings are usable to monitor an expanding database that starts out with one single location server. For example, a company starting out may have minimal storage and transaction needs and set up a simple database architecture with only one location server to handle the minimal needs. This may be perfect starting out, but if the business succeeded and grew, this would mean more necessary storage capacity, more processing power to handle more transaction requests, etc. A POSITA would appreciate that at

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | each one of the servers for each city, there is a location server logging the unique location information for that city. This would require moving location and identifier information form the first location server to the new city-specific location server reflecting the new configuration of the expanding database. |
| | Further, a POSITA would have understood that Boukobza's teachings are usable to monitor an expanding database that starts out with one single location server. For example, a company starting out may have minimal storage and transaction needs and set up a simple database architecture with only one location server to handle the minimal needs. This may be perfect starting out, but if the business succeeded and grew, this would mean more necessary storage capacity, more processing power to handle more transaction requests, etc. A POSITA would appreciate that at each one of the servers for each city, there is a location server logging the unique location information for that city. This would require moving location and identifier information form the first location server to the new city-specific location server reflecting the new configuration of the expanding database. |
| | Based on the above teachings, Skagerwall discloses or renders obvious this element in view of Steen, Yocum, and/or Boukobza. |
| **[17.a]** providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier; | Skagerwall discloses or renders obvious this element. |
| | Skagerwall also discloses or renders obvious claim "transport protocol" limitation. Specifically, Skagerwall teaches the use of standard protocols with the system. |
| | It is further possible, that the system and method according to the invention uses standard and/or amended protocols of a known datacom- or telecom network for retrieving information associated |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | with an object.[337]<br><br>A POSITA would have understood a transport protocol to be one of these standard protocols. Such transport protocols were well-known, routine, and well-understood to be used for sending messages and data over a network. Thus, to any extent that Skagerwall doesn't disclose the claimed transport protocol, it would have been obvious to a POSITA at this time to use one.<br><br>It would have been well-understood by a POSITA that the transfer protocol should be configured to transport identifiers and location information for resolving client requests to the server.<br><br>Further, as also explained in element 17.preamble above, Boukobza teaches location servers storing identifier and location information. Boukobza explains how transport functionalities are used to query a location server for location information associated and return a message containing the location.<br><br>Regarding the claimed "transfer protocol," Boukobza discloses the exemplary transport protocol of SQL*Net which is configured to manage communication across the distributed database.<br><br>The user chooses (by means of the interface GUI) the list of objects to be viewed (their icon), in the main window of the interface GUI. An object in this list that is not selected will only be viewed if a 'zoom' is performed on a global object which contains it. A global object can also be labelled as a component (COMPONENTS) of a global object and is a component of a global object [GLOBAL (a |

---

[337] Skagerwall, 9:59-62.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | particular Oracle instance is chosen from the list of objects to be viewed in the main window, **since the users write SQL** directly to the base)] since this base is accessed by a given application.[338]

[A]ccess to the objects: param-- ident=HEALTH. Access to the bases (by **SQL connect**, the DB string user/passwd@dbstring dbc/dbc@T:or714 is supplied by the user). If the connection is KO: action ORA-- CONN-- FAIL and recording in the file 'actionlog'.[339]

ACTION: the complete name of a shell or binary program is specified, possibly followed by parameters ('UNIX—FILE') or a UNIX command ('UNIX—COMMAND') or by an **SQL file ('SPECIF—FILE') or an SQL command ('SPECIF—COMMAND')**. An example is 'ACTION=(UNIX-- FILE, `all-- actions-- binary action-- 1`).'[340]

Based on the above teachings, Skagerwall discloses or renders obvious this element alone or in view of Steen, Yocum, and/or Boukobza. |
| **[17.b]** storing location information formatted according to the transfer protocol at a first location server; | See above evidence regarding the preamble to claim 17 and limitation 17.a.

Additionally, Further, Boukobza further renders obvious this element. Boukobza provides the use of such protocols in connection to database management.

Management information base services, usually referred to by one |

---

[338] *See* Boukobza at 7:38-48.
[339] Boukobza at 31:35-40.
[340] Boukobza at 11:15-20.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | skilled in the art as MIBs (Management Information Bases), allow management applications to manipulate this management information; ***these services preferably use the applicable standards*** such as the OSI CMIS/CMIP (Open Systems Interconnection Common Management Information Services/Common Management Information ***Protocol***) and Internet SNMP (Simple Network Management ***Protocol***) Standards.[341] |
| | The autonomous agents can access different types of information through the ***existing standard protocols***.[342] |
| | Based on the above teachings, Skagerwall discloses or renders obvious this element alone or in view of Steen, Yocum, and/or Boukobza. |
| **[17.c]** receiving an identifier and a location relevant to the identifier at the first location server; | See above evidence regarding the preamble to claim 17 and limitation 17.a. |
| | Further, Steen provides that its system receives requests from users for data and that the data location servers receive those requests suing identifiers associated with location information: |
| | In distributed systems, this way of locating a service is also known as anycasting: a client requires a particular service, but is really not interested in which server will handle the request. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | then subsequently resolved to the address of any server that can handle the request.[343]<br><br>A POSITA would have appreciated that, when a user needs information, the user makes a data query on its device in Steen's system. A POSITA would further understand that the device would go to the directory server for location information (i.e., query a location server).[344]<br><br>Based on the above teachings, Skagerwall discloses or renders obvious this element alone or in view of Steen, Yocum, and/or Boukobza. |
| **[17.d]** storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and | Skagerwall discloses or renders obvious this element.<br><br>Skagerwall teaches storing its data objects anywhere on the network in arbitrary locations, which makes locating them more complex.[345] As explained above regarding preambles, Skagerwall provides the plurality of directory servers to manage this process. Skagerwall teaches an "object tag" associated with each data object and used to identify the object on the network. As shown below in annotated Figure 1, Skagerwall's object tag and object data are associated with each other upon entry to the system. |

[343] Steen at 105.
[344] Steen at 105.
[345] Skagerwall at Abstract.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| |  |

Skagerwall Fig.1 Annotated

Skagerwall describes using the object tag to identify and organize the data objects across the system: "The object data is distributed according to a defined scheme onto the plurality of directory servers in order to be able to identify the directory server storing object data associated with a particular read object tag."[346] A POSITA would have understood the object tag to be the claimed "identifier string" because each object tag is a unique encoding identifying a data entity, and is associated with an application server address (i.e., a location string).

Based on the above teachings, Skagerwall discloses or renders obvious this element.

---

[346] Skagerwall at Abstract.

| U.S. Patent No. 7,233,978 | **Skagerwall alone or with Steen, Yocum, and/or Boukobza** |
|---|---|
| **[17.e]** transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit. | Skagerwall discloses or renders obvious this element. As described above, Skagerwall teaches a class of directory servers providing retrieval information. Skagerwall further teaches that the system relies on a plurality of servers and that it is scalable as it distributes the retrieval information and processing demands over multiple servers:<br><br>It is a key aspect of the invention that the data base of object data is distributed over a plurality of directory servers DS; DS1-DSn, allowing that the number of objects can be scaled almost arbitrarily by adding new directory servers to the existing ones for storing new object data. Each of the directory servers DS; DS1-DSn preferably stores object data related to a small number of the range of available object tags T; T1-Tw.[347]<br><br>Skagerwall goes on to explain that additional servers can be added and the retrieval information transferred between servers when more capcity is needed:<br><br>Specifically, the system is able to handle the insertion of new object data or removal of obsolete object data. Also, ***in case the capacity of the system needs to be increased, new directory servers can be added and storage locations of object data can be rearranged accordingly***. Similarly, directory servers may be removed. All of this is accomplished by suitably arranging the hashtable H and suitably assigning directory servers for object data using the hashfunction.[348] |

---

[347] Skagerwall 8:15-22.
[348] Skagerwall, 11:19-27.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Skagerwall explains how the retrieval information can be transferred between the servers until it aligns with the new hashfunction accounting for the additional server: |

> If a new directory server becomes available, it may be added to the hashtable H as a new record. Analogously, one of the directory severs could be removed, in which case one of the hashtable entries becomes vacant.
>
> However, in the case the number of available directory servers changed, previously stored object data was mapped onto the plurality of directory servers using a hashfunction based on the previous number of directory servers, whereas a target directory server is now identified based on a new number of directory servers. This will sometimes not lead to the directory server actually storing object data related to the desired object. In this case the hashfunction may be designed to interrogate the remaining directory servers according to a specific sequence until the directory server actually storing the desired object data has finally been identified.
>
> In the above case it is now preferred that the previously stored object data is transferred to the correct target directory server, i.e., the directory server which was determined based on the current, that is, new number of directory servers. The transfer can, e.g., be carried out, if upon a request object data are found not to be located at the correct directory server.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | According to this proceeding, after the number of directory server changed, the data base of object data is gradually updated with respect to correct storage locations of object tags and associated object data, i.e., are moved to their respective target directory servers.[349]<br><br>Skagerwall describes the process for looking up retrieval information based on the newly transferred arrangement and distribution:<br><br>The steps described [below] with respect to FIG. 3 and FIG. 4 assure that object data related to an object tag is most likely stored on a directory server at location γ of the hashtable. Moreover it is assured, e.g., if a new directory server has been inserted or an old one has been removed that object data is rearranged appropriately.[350] |

---

[349] Skagerwall, 11:33-59
[350] Skagerwall, 14:62-67.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| |  |

273

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| |  |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Further, Steen describes the use of partitioning to a server with a high rate of request transactions:<br><br>    In particular, higher-level directory nodes not only have to handle a relatively large number of requests, they also have enormous storage demands. Our solution is to partition a directory node into one or more directory subnodes such that each subnode is responsible for a subset of the records originally stored at the directory node.[351]<br><br>A POSITA would understand that the addition of one or more new servers, or "subnodes" and splitting the contents of the original server between would be done in response to this "large number of requests" as a solution to maintain performance. A POSITA would have seen the benefit to doing so to maintain the desired "lightning fast" response rate even for servers handling a high volume or requests.<br><br>A POSITA would have been motivated to apply Yocum's assessment and corrective actions to Skagerwall's location servers. Skagerwall emphasizes the need to transfer data in response to capacity demands, while Yocum targets eliminating resource bottlenecks and assessing and responding to performance issues. A POSITA would have a reasonable expectation of success because both Skagerwall's location servers and Yocum's changing data locations are established parts of the art which a POSITA would have been familiar with and could easily implement without making significant changes to either. |

---

[351] Steen at 107-08.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Further, as shown above for claim element 17.pre-d, Skagerwall discloses a scalable plurality of location server storing locations associated with identifiers. And as shown below, Boukobza teaches monitoring the system to maintain performance levels.[352] And Boukobza provides that monitoring can be focused on certain criterion and limits.[353] Further, Boukobza discloses that that corrective actions can include adding a server or exporting data.[354] Boukobza teaches performance threshold monitoring and corrective actions: In conclusion, according to the present monitoring process, the use of autonomous agents makes it possible to ensure the proper running of the applications monitored in all of the nodes by means of an autonomous and efficient decision processing applied locally to the objects to be processed, when necessary to very rapidly feedback the useful information from the nodes to be monitored to the management node, and to automatically initiate actions on certain conditions or possibly to recommend an action. In this way, an effective monitoring of the objects functioning in the plurality of nodes is ensured and a significant increase in performance is obtained due to the independent capacity available to the various autonomous agents in their operation, the process applied in this case making it possible **to measure specific parameters of each object, to test conditions on these parameters relative to thresholds, and then to execute an action in order to warn of a** |

[352] E.g., Boukobza at 34:52-35:22.
[353] Boukobza at 34:43-51.
[354] Boukobza at 33:60-67.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | ***problem, to reconfigure or to correct.*** Measurements are collected in order to perform a later analysis for purposes of a statistical examination of the activity monitored. These collected measurements relate to all the types of objects to be monitored, for example, in this case instances such as data bases like Oracle or Informix, applications such as Tuxedo, Various machines or any one machine, a Distributed Print Facility (DPF), etc. Also, the synthetic aspect of a defined generically global object offers substantial freedom of action and allows efficient use of the tree structure concept with a great deal of precision relative to the evolution of the display granularity obtained. Correlations can be made between a plurality of different measurements, particularly between different object types, which means that intertype correlation is advantageously provided. ***Moreover, this process is portable to different platforms, due to its total independence from its operating environment***. Since the display occurs by means of a graphical interface specific to this process. This process is also able to allow any interfacing with any management system, offering the user integrated management, since the autonomous agents access different information through the existing standard protocols.[355] |
| | [F]or a given server in a given node: the average number of queued requests, per queue. To be done for all the servers. No display. Makes it possible to know if the number of duplicated servers has changed. If the average number of queued requests is >10 (the example 10 is slightly greater than the average number of active |

---

[355] *See* Boukobza at 34:52-35:22.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | clients    requesting a service    from    the server)    then    action to add a server (up to the max).[356] |
| | Per 'tablespace', is the fill rate of the dbfiles>threshold |
| | X'? If yes, action 'ORA FREE TS'. |
| | calculates the maximum size of the fragments. If lower |
| | n: than the value of the next 'extent' then action |
| | 'ORA MAX FRG' and recording in the file |
| | 'actionlog'. |
| | comparison of the actual number of 'extents' with the |
| | maximum allowed 'MAXEXTENTS' (defined at |
| | the creation of the object, in the clause |
| | ***'STORAGE').*** In this case, the application using the |
| | table will be suspended ('abort'). This incident must |
| | be prevented. Action 'ORA MAX EXT' if the |
| | object reaches its 'maxextents'. Recording in |

---

[356] Boukobza at 33:60-67.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | 'actionlog.'[357]

Finally, relative to specific module 'system', it must be possible, among other things, to monitor and measure the cpu time, the disk Space, the inputs/outputs, the storage, the exchange rate, the number of users, the pagination, the network, etc. Thus it is possible, for example, to measure the cpu utilization per second, with default display, or the input/output rate per second, or to identify the processors which are the largest users of cpu and collect them in order to perform an autonomous analysis ('offline', thc).[358]

[T]he parameter 'ORA-- FRAGMENT—TS', in which the measurement consists of verifying the condition which corresponds to the case in which the largest of the extents ('MAX—EXTENTS') of the tables of the table space ('Tablespace') is smaller than the largest hole of the table space, and if this condition is true, of sending an action proposition window in which it is indicated that the *table space ('Tablespace') must be reorganized* according to the following propositions:

either a file is automatically created to enlarge the table space ('Tablespace'),

or it requests when a standard 'export-- operation-- tables/import' command is to be executed, |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | or the administrator is requested to program the start of his reorganization utility.

the parameter 'ORA—SCANLOG', in which the Oracle errors to be processed in the file 'alert.log' are predefined. A predefined action class corresponds to each error.[359]

A POSITA would have understood that location server performance is an area to monitor because of their frequent use and connection to everything being done on the database. As a result, a POSITA would have been motivated to monitor Skagerwall's location servers' performance to ensure they maintain quality service for the users. Accordingly, a POSITA would have been motivated to apply Boukobza's teachings to monitor those location servers' performance and set specific thresholds. A POSITA would have been further motivated to set up corrective actions including adding additional location servers, reorganization, etc. Further, a POSITA would have understood that, in order maximize the benefit of the additional location server, the location and identifier information should be organized to reflect the best structure given the database structure. For a database such as the one provided by Skagerwall, a POSITA would have been motivated to export the location information related to either one office of the business or a specific time frame or similar partition structure. As a result, a POSITA would have found it obvious to separate the set of location information data into separate portions and transfer some portion of them onto a separate server to improve the performance. |

---

[359] Boukobza at 15:18-33.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | To the extent that that Skagerwall doesn't describe partitioning for a specific application to location servers, it would have been obvious to a POSITA to apply this performance correcting process taught by Steen to location servers based on Boukobza's teachings to monitor and correct to avoid failure and maintain performance.

A POSITA would have been motivated to transfer a portion of Skagerwall's identifiers and associated locations to a second location server when a performance criterion of a first location server reaches a predetermined performance limit, based on Boukobza's teachings. A POSITA at the time would have been well aware that any poor performance on the system can affect performance and how quickly user requests are fulfilled. As a result, a POSITA would have been motivated to make sure that every server and process were working at optimal capacity, including both data storage servers and the supporting location servers. This would have helped the POSITA to optimize Skagerwall's performance. To that end, Skagerwall's disclosure of additional location servers would be combined with Boukobza's additional servers and reorganization in response to performance monitoring to balance the load on the location server.

As a result, it would have been obvious to a POSITA monitoring performance of a location server that the benefits of partitioning would apply to a location server and that subpar location server processing could be improved by partitioning the location information.

Based on the above teachings, Skagerwall discloses or renders this element obvious in view of Steen, Yocum, and/or Boukobza. Thus, Skagerwall in view of Steen, Yocum and/or Boukobza render obvious claim 17. |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| **[23]** The method of claim 17, wherein the performance criterion comprises an amount of available persistent storage space in the first location server. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e.<br><br>Specifically, Skagerwall further identifies capacity as a performance criteria that may warrant an additional server:<br><br>Also, in case the capacity of the system needs to be increased, new directory servers can be added and storage locations of object data can be rearranged accordingly.[360]<br><br>A POSITA would be aware that persistent storage space in the first location server would be an obvious way of measuring capacity on the location service.<br><br>Moreover, Yocum discloses or alone renders obvious this claim element. As discussed for claim element 17.e, Yocum's teachings render obvious a first location server transferring a portion of location information associated with identifiers to a second location server when a performance criterion of the first location server reaches a predetermined performance limit. Further, Yocum highlights the need for storage capacity and availability as a core feature of a database to plan for and assess.<br><br>If there is sufficient receiver value, at 1406 select donor means 123 is called to **find donors for the storage needed to start the additional servers** 163 on behalf of the receiver performance goal class.[361] |

[360] Skagerwall, 11:20-23.
[361] *See* Yocum at 11:46-49.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | The controlled variable that is adjusted for the donor class need not necessarily be the number 107 of servers 163 for that class. Any one of several different controlled variables of the donor class, such as MPL slots or protected processor storage, may be alternatively or additionally adjusted to provide the necessary storage for the additional servers 163. The manner of assessing the effect on the donor class of adjusting such controlled variables, while forming no part of the present invention, is described in U.S. Pat. Nos. 5,537,542 and 5,675,739.<br><br>At 1407, a check is made to ensure that there is net value in ***taking storage from the donors*** to increase the number of servers 163 for the receiver class. As described in U.S. Pat. Nos. 5,675,739, this may be determined using one or more of several different criteria, such as whether the donor is projected to meet its goals after the resource reallocation.[362]<br><br>Based on Yocum's identification of available storage space as an important factor of performance, it would have been obvious to a POSITA that this would be an option as a performance criterion. A POSITA would have been motivated to apply this to Skagerwall's location servers because new file sets are constantly being added to location servers and if there were no space to add them, the location services described in Skagerwall would fail. Accordingly, it would have been obvious to a POSITA that Yocum's available storage space performance criterion be applied to Skagerwlal's location service. |

---

[362] Yocum at 11:52-65.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Additionally, Boukobza's teachings render obvious this claim element. As discussed for claim element 17.e, Boukobza renders obvious a first location server transferring a portion of location information associated with identifiers to a second location server when a performance criterion of the first location server reaches a predetermined performance limit. |
| | Further, Boukobza highlights the importance of storage capacity and availability as critical aspects of the database to plan for and monitor. For example, Boukobza describes features of distributed databases like Skagerwall that address such a concern and provides ways for the system to adjust and account for limitations while maintaining performance capabilities. To the extent that Boukobza doesn't disclose this claim, it would have been rendered obvious by Boukobza's description of the interplay between disk space utilization and connection performance. A POSITA would have been motivated to prevent performance failures by placing a limit on available persistent storage in Skagerwall's first location server. |
| | Per 'tablespace', is the fill rate of the dbfiles>threshold |
| | X'? If yes, action 'ORA FREE TS'. |
| | calculates the maximum size of the fragments. If lower |
| | n: than the value of the next 'extent' then action |
| | 'ORA MAX FRG' and recording in the file |
| | 'actionlog.' |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | comparison of the actual number of 'extents' with the maximum allowed 'MAXEXTENTS' (defined at the creation of the object, in the clause **'STORAGE').** In this case, the application using the table will be suspended ('abort'). This incident must be prevented. Action 'ORA MAX EXT' if the object reaches its 'maxextents'. Recording in 'actionlog.'[363]<br><br>Finally, relative to specific module 'system', it must be possible, among other things, to monitor and measure the cpu time, ***the disk space***, the inputs/outputs, ***the storage***, the exchange rate, the number of users, the pagination, the network, etc. Thus it is possible, for example, to measure the cpu utilization per second, with default display, or the input/output rate per second, or to identify the processors which are the largest users of cpu and collect them in order to perform an autonomous analysis ('offline', thc).[364]<br><br>A POSITA would have been motivated for Skagerwall's system to use a performance criterion that monitors an amount of available persistent storage space |

[363] *See* Boukobza at 32:4-16.
[364] Boukobza at 34:43-51.

| U.S. Patent No. 7,233,978 | **Skagerwall alone or with Steen, Yocum, and/or Boukobza** |
|---|---|
| | in the first location server, based on Boukobza's or Yocum's teachings. This would have furthered the location server system's ability to store a large number of locations and identifiers in total. For a system containing large volumes of individual tables and locations where the storage space was a limitation, a POSITA would have been motivated to set this as a performance criterion to employ a second location server and spread the location and identifier data between the two servers to reduce the concern.<br><br>Based on the above teachings, Skagerwall discloses or renders this element obvious in view of Steen, Yocum, and/or Boukobza. Thus, Skagerwall in view of Steen, Yocum and/or Boukobza render obvious claim 23. |
| **[24]** The method of claim 17, wherein the performance criterion comprises a transaction rate limit. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e.<br><br>Additionally, Skagerwall discloses that processing transactions quickly is a concern and suggests using multiple components to lighten the load and reduce it:<br><br>The copies of the hashtable may advantageously be updated only periodically, in order to **_reduce processing time_**. Providing copies of the hashtable at a plurality of devices of the system further **reduces the response time of the system**, since look up operations can be performed by many devices.[365]<br><br>A POSITA would have understood that the volume of transactions is a key performance metric for a location server required to serve high volumes of requests for location information. As a result, it would have been obvious for a POSITA to identify transaction rate as a key performance indicator to use as a performance |

[365] Skagerwall, 5:31-37.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | criterion. Accordingly, Skagerwall alone renders obvious this claim element.

Moreover, Yocum discloses or alone renders obvious this claim. As discussed for claim element 17.e, Yocum's teachings render obvious a first location server transferring a portion of location information associated with identifiers to a second location server when a performance criterion of the first location server reaches a predetermined performance limit. Further, Yocum highlights the need for processing transactions as a core feature of a database to plan for and assess.

    Systems in which incoming work requests are placed in a queue for assignment to an available server are well known in the art**.** Since the ***frequency at which the incoming requests arrive*** may not be readily controlled, the principal means of controlling system performance (***measured by queue delay or the like***) in such a queued system is to control the number of servers. Thus, it is known in the art to start an additional server ***when the length of the queue being served reaches a certain high threshold*** or to stop a server when the length of the queue being served reaches a certain low threshold.[366]

Yocum further incorporates by reference the following patents which highlight the importance of transaction rate for performance:[367]

    U.S. Pat. No. 5,504,894 to D. F. Ferguson et al., entitled "Workload Manager for Achieving ***Transaction Class Response Time Goals*** in a |

---

[366] *See* Yocum at 1:13-23.
[367] *See* Yocum at 3:18-57.

287

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Multiprocessing System"; |
| | U.S. Pat. No. 5,537,542 to C. K. Eilert et al., entitled "Apparatus and Method for Managing a **Server Workload** According to Client Performance Goals in a Client/Server Data **Processing System**"; |
| | U.S. Pat. No. 5,603,029 to J. D. Aman et al., entitled "System of Assigning **Work Requests** Based on Classifying into an Eligible Class Where the Criteria Is Goal Oriented and Capacity Information is Available"; |
| | U.S. Pat. No. 5,675,739 to C. K. Eilert et al., entitled "Apparatus and Method for Managing a Distributed Data **Processing System Workload** According to a Plurality of Distinct Processing Goal Types" |
| | Based on Yocum's identification of processing and transaction requests as an important factor of performance, it would have been obvious to a POSITA that this would be an option as a performance criterion. A POSITA would have been motivated to apply this to Skagerwall's location servers because fulfilling requests for location information through transactions is the core function of a location server. A POSITA would have recognized the transaction rate as the primary means for measuring the workload of such a location server's processing demand. Accordingly, it would have been obvious to a POSITA that Yocum's transaction rate limit performance criterion be applied to Skagerwall's location service. |
| | Further, Boukobza explains that processing and transaction rate-related criteria are important aspects of the database to monitor: |
| |     Finally, relative to specific module 'system', it must be possible, |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | among other things, *to monitor and measure the cpu time*, the disk space, the inputs/outputs, the storage, *the exchange rate*, the number of users, the pagination, the network, etc. Thus it is possible, for example, *to measure the cpu utilization per second*, with default display, or *the input/output rate per second, or to identify the processors which are the largest users of cpu* and collect them in order to perform an autonomous analysis ('offline', thc).[368] |
| | A POSITA would have understood that any system, including OracleNamesAdminGuide's, allocates finite space for transactions and that this finite space comprises a "rate limit." To the extent that any of these references don't teach the claimed "transaction rate limit," it would have been obvious to a POSITA to apply a targeted transaction rate to monitor transactional activity and prevent processing failure. |
| | A POSITA would have been motivated to have the Skagerwall system use a performance criterion that monitors a transaction rate limit, based on Boukobza's and Yocum's teachings. For a system with a high transaction volume where processing capability and time are concerns, a POSITA would have been motivated to set a transaction rate limit as a performance criterion and to employ a second location server which could handle a portion of the transactions for the system and improve performance times. |
| | Based on the above teachings, Skagerwall discloses or renders this element obvious in view of Steen, Yocum, and/or Boukobza. Thus, Skagerwall in view of |

[368] *See* Boukobza at 34:43-51.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Steen, Yocum and/or Boukobza render obvious claim 24. |
| **[30]** The method of claim 17, wherein transferring a portion of the identifiers and associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e.<br><br>Further, a POSITA would have appreciated the benefits of automation. A POSITA would have recognized the delays that manual responses can have. And a POSITA would have further recognized the damage that delays can have to the user causing downtime and making the database ineffective. As a result, a POSITA would have been motivated to automate the performance assessment and response from Boukobza and Yocum to Skagerwall's location servers.<br><br>Moreover, Yocum discloses automating the performance assessment and corrective actions based on predetermined performance criterion. As an example, if the performance criterion and limit were not predetermined, the location server could fail before the correction is applied. A POSITA would have appreciated that having a location server down would prevent requests from being fulfilled and take that entire portion of the database offline harming both users (salespeople, analysts, etc.) and company productivity as a whole. As a result, it would be obvious from Yocum that the performance criterion should be predetermined, rather than identified after the problem has already occurred.<br><br>    Subsequent spaces 164 are started when required to support the workload (see policy adjustment discussion below). Preferably, the mechanism to start spaces 164 has several features to avoid common problems in other implementations that automatically start spaces.[369] |

---

[369] *See* Yocum at 6:39-43.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Once a server 163 is started, logic is also included to automatically replace a server should it fail unexpectedly. Idle servers 163 with identical server definition information but serving different queues 161 for the same work manager 160 may be moved between queues in order to satisfy requests to increase the number of servers 163 for a particular queue, thus avoiding the overhead of starting an entirely new server.[370]<br><br>A POSITA would have understood that any corrective step, including the transfer of a portion of identifiers and associated locations, could be automated. A POSITA would see the benefits in faster response time that would come from automating the response. As a result, it would have been obvious for a POSITA to automate the response once a performance criterion had been met.<br><br>Further, Boukobza discloses automating the performance assessment and corrective actions. Based on Boukobza's teachings, a POSITA would have found it obvious to automate transferring the portion of identifiers and associated locations when the first location server reaches a predetermined limit. For example, an administrator could add a script setting up a minimum storage space available of 500,000 bytes or a maximum of 100 transaction requests/second to trigger the addition of another location server to provide the desired location information to users. If the space available goes below 500,000 bytes or the requested transactions goes above 100/second, then the script would automatically add a new location server and transfer a portion of the location and identifier information onto the second location server. This would be obvious for a POSITA to maintain |

[370] Yocum at 13:34-41.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | consistent performance without devoting constant administrator involvement. |

[T]he use of ***autonomous agents makes it possible to ensure the proper running of the applications monitored in all of the nodes by means of an autonomous and efficient decision processing*** applied locally to the objects to be processed, when necessary to very rapidly feedback the useful information from the nodes to be monitored to the management node, and ***to automatically initiate actions on certain conditions or possibly to recommend an action***. In this way, an effective monitoring of the objects functioning in the plurality of nodes is ensured and a significant increase in performance is obtained due to the independent capacity available to the various autonomous agents in their operation, the process applied in this case making it possible to measure specific parameters of each object, ***to test conditions on these parameters relative to thresholds, and then to execute an action in order to warn of a problem, to reconfigure or to correct.***[371]

If a dispatcher is very busy ('delta(v$dispatcher.busy)/delta(t)>50%') and the cpu utilization rate of the node is not too high (<80%), then it is necessary to add a dispatcher with the same protocol (***automatic action or recommendation***).

If the wait time/number of responses ('v$queue.wait/v$queue.totalq') in the response queue of the

---

[371] *See* Boukobza at 34:53-35:2.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | dispatcher is increasing regularly and the cpu utilization rate of the node is not too high (<80w), then it is necessary to add a dispatcher with the same protocol (***automatic action or recommendation***).<br><br>When or a SID Current Connected Clients=or a SID Reserved Connections, then the dispatcher connection requests go to dedicated servers.<br><br>To monitor the number of connections (average, current) in each dispatcher and in each shared server.[372]<br><br>Thus, according to the idea of the invention and contrary to all expectation, the use of autonomous agents makes it possible to ensure the proper running of the monitored applications in all of the nodes by means of an autonomous and efficient process, to rapidly feed back the useful information from the nodes to the management node, and ***to automatically initiate actions on certain conditions*** or possibly to recommend an action.[373]<br><br>As an example, if the performance criterion and limit weren't predetermined, a POSITA would have understood that Skagerwall's location server could fail before the application of a correction. A POSITA would have appreciated that having a location server down would prevent requests from being fulfilled and take that entire portion of the database offline harming both users (salespeople, analysts, etc.) and company productivity as a whole. As a result, based on Boukobza's teachings, a POSITA would have found it obvious to predetermine the |

---

[372] Boukobza at 32:53-67.
[373] Boukobza at 2:39-46.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | performance criterion, rather than having the system attempt to identify the criterion after the occurrence of a problem.

To the extent the above teachings don't expressly disclose or render obvious automating these processes, it would have been obvious to a POSITA to automate the monitoring and tuning of database performance, including the crucial performance of the location servers. A POSITA would have been motivated to automate these processes to ensure the optimal performance of the database at all times and to proactively prevent issues from affecting the end user and harming the objectives of the database to support those users.

A POSITA would have been motivated for Skagerwall's system to use a performance criterion that monitors a transaction rate limit, based on Boukobza's and Yocum's teachings. For those with limited resources to devote to maintaining performance, a POSITA would have been motivated to automate tasks and minimize the time necessary for ongoing and repeated tasks related to maintaining performance. For example, a POSITA would have understood location servers routinely need to be added in an expanding system wherein automating the addition of more location servers when the number of transactions or available space or any performance criterion of concern reached a certain level would both maintain performance of the database system and reduce the time necessary to do.

Based on the above teachings, Skagerwall discloses or renders this element obvious in view of Steen, Yocum, and/or Boukobza. Thus, Skagerwall in view of Steen, Yocum and/or Boukobza render obvious claim 30. |

**Exhibit 3A: Invalidity Claim Chart Against U.S. Patent No. 7,233,978 in View of the Domain Name System (DNS)**

AWS asserts that U.S. Patent No. 7,233,978 ("the '978 patent") claims 1, 3, 6, 10, 14, and 31 are anticipated by, and claims 17, 23, 24, 30 are obvious in view of, the BIND 8.1 version of DNS, the operation of which is described in BIND and DNS, RFC 1034, Sherman, and Karger/Sherman. DNS qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it was publicly available in May 1997, more than a year before Kove's July 8, 1998 claimed priority date for claims 1 and 31, Kove's October 28, 1999 claimed priority dated for claims 3, 6, 10, and 14, and Kove's June 2, 2000 claimed priority date for claims 17, 23, 24, and 30 the '978 patent. Neimat qualifies as prior art under pre-AIA 35 U.S.C. § 102(b), e.g., because it was issued on July 30, 1996, more than a year before Kove's claimed priority dates. Venkatasubramanian qualifies as prior art under pre-AIA 35 U.S.C. § 102(b), e.g., because it published in 1997, more than a year before Kove's claimed priority dates. The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and AWS reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

Furthermore, the following list includes examples of specifically where certain '978 patent claim elements are found in DNS:

- Client: Client
- Identifier: Domain name
- Location information: Resource records ("RRs")
- Location server: Name server
- Data: Host data or mailbox data
- Entity: Host, mailbox, object, or resource
- Location query: Standard query
- Location message: Response from name server that answers the question posed in the query
- Redirect message: Response from name server that refers the requester to another set of name servers

| U.S. Patent No. 7,233,978 | Domain Name System (DNS) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| **[1.Preamble]** A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.<br><br>In general, DNS discloses a system having a plurality of DNS name servers that manage location information, such as DNS resource records, and provide location information to location queries, called standard queries in DNS. Each DNS name |

| U.S. Patent No. 7,233,978 | Domain Name System (DNS) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | server is attached to a DNS network and maintains a set of domain name/address mappings that are modified or returned in response to standard queries from clients. |
| | "NAME SERVERS are server programs which hold information about the domain tree's structure and set information. A name server may cache structure or set information about any part of the domain tree, but in general a particular name server has complete information about a subset of the domain space, and pointers to other name servers that can be used to lead to information from any part of the domain tree." (RFC1034, 6.) |
| | "[Q]uery operations are attempts to extract specific types of information from a particular set. A query names the domain name of interest and describes the type of resource information that is desired. For example, the Internet uses some of its domain names to identify hosts; queries for address resources return Internet host addresses." (*Id.*) |
| | In response to a query, a "name server either answers the question posed in the query, refers the requester to another set of name servers, or signals some error condition." (*Id.*, 16.) |
| | "The principal activity of name servers is to answer standard queries." (*Id.*, 22.) |
| | *See also* Paul Albitz and Cricket Liu, DNS and BIND, 4, O'Reilly & Associates, Inc., 3rd ed. 1998 ("Programs called *name servers* constitute the server half of DNS's client-server mechanism. Name servers contain information about some segment of the database and make it available to clients, called *resolvers*." (emphasis original)). |
| [1.a] a first location server containing a first set of location information corresponding to at least one entity, the location information | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below. |

| U.S. Patent No. 7,233,978 | Domain Name System (DNS) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| comprising an identifier and at least one location string associated with the identifier, wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity | The "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.)

A client can use DNS to retrieve "mailbox data" associated with a particular mailbox. (*Id.*, 3.)

"Conceptually, each node and leaf of the domain name space tree names a set of information, and query operations are attempts to extract specific types of information from a particular set. A query names the domain name of interest and describes the type of resource information that is desired. For example, the Internet uses some of its domain names to identify hosts; queries for address resources return Internet host addresses." (*Id.*, 6.)

"[I]n general a particular name server has complete information about a subset of the domain space, and pointers to other name servers that can be used to lead to information from any part of the domain tree." (*Id.*)

RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.)

"DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*)

"[T]he mailbox HOSTMASTER@SRI-NIC.ARPA is represented as a domain name by HOSTMASTER.SRI-NIC.ARPA." (*Id.*, 9-10.)

"A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs). The order of RRs in a set is |

|  | ~~not significant, and need not be preserved by name servers, resolvers, or other parts of the DNS.~~ |
|---|---|
|  | ~~When we talk about a specific RR, we assume it has the following:~~ |
|  | ~~owner        which is the domain name where the RR is found.~~ |
|  | ~~type         which is an encoded 16 bit value that specifies the type of the resource in this resource record. Types refer to abstract resources." (*Id.*, 11-12.)~~ |
|  | ~~" (*Id.*, 11-12.)~~ |
|  | ~~The information in a name server corresponds to a "resource" such as a "host," "alias," "CPU and OS," or "a mail exchange." (*Id.*, 12.)~~ |

~~For example, the identifier "vaxa.isi.edu" has two IP addresses shown below.~~

```
For example, we might show the RRs carried in a message as:

    ISI.EDU.          MX    10 VENERA.ISI.EDU.
                      MX    10 VAXA.ISI.EDU.
    VENERA.ISI.EDU. A       128.9.0.32
                    A       10.1.0.52
    VAXA.ISI.EDU.   A       10.2.0.27
                    A       128.9.0.33
```

~~(*Id.*, 14.)~~

~~*See also* Paul Albitz and Cricket Liu, DNS and BIND, O'Reilly & Associates, Inc., 3rd ed. 1998: "Every domain has a unique name." (p. 5, *see also* 7.) "Each host on a network has a domain name, which points to information about the host." (p. 6.) "[A] domain name uniquely identifies a single node in the tree." (p. 13.) "The hosts are … represented by domain names. … Domain names at the leaves of the tree generally represent individual hosts, and they may point to network addresses, hardware information, and mail routing information. Domain names in the interior of the tree can name a host *and* can point to information about the domain. Interior~~

| U.S. Patent No. 7,233,978 | Domain Name System (DNS) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | domain names … can represent both the domain that they correspond to and a particular host on the network. For example, *hp.com* is both the name of the Hewlett-Packard Company's domain and the domain name of a host that runs HP's main web server." (pp. 15-16, *see also* 19-20.) |
| **[1.b]** a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first set of location information; and | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.

See above evidence regarding claim limitation 1.a.

"In any system that has a distributed database, a particular name server may be presented with a query that can only be answered by some other server." (RFC1034, 4.)

"A given name server will typically support one or more zones, but this gives it authoritative information about only a small section of the domain tree." (*Id.*, 19.)

RCF 1034 discloses that the "sheer size of the database" requires that it be "maintained in a distributed manner, with local caching" wherein a portion of the data location information is stored on each name server. (*Id.*, 2.) |
| **[1.c]** programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.

RFC1034 discloses that name servers include "server programs" (*id.*, 6) that respond to queries with a DNS response answer.

"A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs). The order of RRs in a set is |

| U.S. Patent No. 7,233,978 | ~~Domain Name System (DNS) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian~~ |
|---|---|
| | ~~not significant, and need not be preserved by name servers, resolvers, or other parts of the DNS.~~ |
| | ~~When we talk about a specific RR, we assume it has the following:~~ |
| | ~~owner        which is the domain name where the RR is found.~~ |
| | ~~type         which is an encoded 16 bit value that specifies the type of the resource in this resource record. Types refer to abstract resources." (*Id.*, 11-12.)~~ |
| | ~~DNS name servers contain programming logic, such as "DNS software" that is run when a name server is locating information contained in a RR responsive to a location query. (*Id.*, 15.)~~ |
| | ~~"Queries are messages which may be sent to a name server to provoke a response…. The response by the name server either answers the question posed in the query, refers the requester to another set of name servers, or signals some error condition." (*Id.*, 15-16.)~~ |
| | ~~"A standard query specifies a target domain name (QNAME), query type (QTYPE), and query class (QCLASS) and asks for RRs which match." (*Id.*, 16.) "Using the query domain name, QTYPE, and QCLASS, the name server looks for matching RRs. … For example, a mailer tying [sic, trying] to send mail to Mockapetris@ISI.EDU might ask the resolver for mail information about ISI.EDU, resulting in a query for QNAME=ISI.EDU, QTYPE=MX, QCLASS=IN. The response's answer section would be" as follows. (*Id.*, 17.)~~ |

|  | ISI.EDU.        MX    10 VENERA.ISI.EDU.<br>                 MX    10 VAXA.ISI.EDU.<br><br>while the additional section might be:<br><br>VAXA.ISI.EDU.   A     10.2.0.27<br>                A     128.9.0.33<br>VENERA.ISI.EDU. A     10.1.0.52<br>                A     128.9.0.32<br><br>(*Id.*) The additional section is provided "[b]ecause the server assumes that if the requester wants mail exchange information, it will probably want the addresses of the mail exchanges soon afterward." (*Id.*)<br><br>RFC1034 discloses that DNS name servers "answer standard queries" and that they send "response[s]" that "are carried in a standard message format." (*Id.*, 22.) "The actual algorithm used by the name server will depend on the local OS and data structures used to store RRs." (*Id.*, 24.)<br><br>*See also* Section 6.2 providing example queries and responses. (*Id.*, 39-50.) |
| **[3]** The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.<br><br>RFC1034 explains that "[i]n addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (*Id.*, 17.) |

| U.S. Patent No. 7,233,978 | Domain Name System (DNS) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| message comprising information for finding a location server known to have location information relevant to the location query. | RFC1034, Section 6.2 discloses examples of queries and responses. (*Id.*, 39-50.) Sections 6.2.6 and 6.2.7 discloses examples of responses with a referral. (*Id.*, 44-46.)<br><br>*See also* Paul Albitz and Cricket Liu, DNS and BIND, 27-30, 247, O'Reilly & Associates, Inc., 3rd ed. 1998 (describing that the response may contain the answer or a referral to other name servers). |
| [6] The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.<br><br>"The owner name is often implicit, rather than forming an integral part of the RR. For example, many name servers internally form tree or *hash structures* for the name space, and chain RRs off nodes." (RFC1034, 13.)<br><br>*See also* Paul Albitz and Cricket Liu, DNS and BIND, 6, O'Reilly & Associates, Inc., 3rd ed. 1998 ("Domain names are used as indexes into the DNS database."). |
| [10.Preamble] A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | See above evidence regarding the preamble of claim 1. |
| [10.a] a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information, and comprising at least one application server address, wherein the plurality of location servers are arranged in a cluster topology such that each location server contains a unique set of location information of | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.<br><br>See above evidence regarding claim limitations 1.a and 1.b.<br><br>A first server can "pursue[] the query for the client at another server." (RFC1034, 4.) |

| U.S. Patent No. 7,233,978 | Domain Name System (DNS) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| an aggregate set of the location information; and | "RRs are represented in binary form in the packets of the DNS protocol, and are usually represented in highly encoded form when stored in a name server or resolver." (*Id.*, 13.)

For example, RFC1034 discloses that the IP address of the mail server named "venera.isi.edu" is "128.9.0.32." (*Id.*, 14, 17.)

"The database is divided up into sections called zones, which are distributed among the name servers…. [T]he essential task of a name server is to answer queries using data in its zones." (*Id.*, 18.)

RFC1034 discloses that "[w]hole zones can be transferred between name servers by transferring the RRs, either carried in a series of messages or by FTPing a master file which is a textual representation." (*Id.*, 20.)

RFC1034 discloses a DNS protocol for implementing domain name facilities. (*Id.*, 1, 13, 23, 26.) In particular, the "zone transfer part of the DNS protocol" transports zones of identifiers and location information. (*Id.*, 28.)

Since the DNS database is partitioned and queries may be submitted to any name server, the DNS name servers are interconnected to enable a query to be redirected to the name server holding the unique identifier location mapping for a query and, therefore, are arranged in a cluster topology. |
| [10.b] programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server | See above evidence regarding claim limitation 1.c and claim 3. |

| U.S. Patent No. 7,233,978 | Domain Name System (DNS) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| does not contain location information relevant to the desired identifier, wherein the redirect message comprises information for finding a location server having location information related to the desired identifier. | |
| **[14.Preamble]** A method of handling location queries in a network, the network comprising a plurality of location servers, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location, the method comprising: | See above evidence regarding the preamble of claim 1. |
| **[14.a]** receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location; | If this claim language is interpreted to cover the Accused Products, as appears to contend, then DNS discloses this element, for example, as described below.<br><br>"Clients of the domain system should be able to identify trusted name servers they prefer to use before accepting referrals to name servers outside of this 'trusted' set." (*Id.*, 4.)<br><br>"The two general approaches to dealing with this problem are 'recursive', in which the first server pursues the query for the client at another server, and 'iterative', in which the server refers the client to another server and lets the client pursue the query." (*Id.*)<br><br>Name servers receive location queries from clients that "name[] the domain name of interest and describes the type of resource information that is desired. For example, the Internet uses some of its domain names to identify hosts [and] queries for address resources return Internet host addresses." (*Id.*, 6.) |

| U.S. Patent No. 7,233,978 | Domain Name System (DNS) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| **[14.b]** sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location response message comprising location information identifying at least one application server containing information relevant to the entity identified in the query; and | See above evidence regarding claim limitations 1.c and 10.a. |
| **[14.c]** sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query. | See above evidence regarding claim limitation 1.c and claim 3. |
| **[17.Preamble]** A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising: | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.<br><br>See above evidence regarding the preamble of claim 1, and claim limitations 1.a and 1.b.<br><br>RFC1034 discloses a system that, in order to scale at least one of capacity and transaction rate in view of the "sheer size of the database," "must be maintained in a distributed manner, with local caching to improve performance." (*Id.*, 2.) |
| **[17.a]** providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier; | See above evidence regarding claim limitation 10.a. |
| **[17.b]** storing location information formatted according to the transfer protocol at a first location server; | See above evidence regarding claim limitation 10.a. |

| U.S. Patent No. 7,233,978 | Domain Name System (DNS) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| **[17.c]** receiving an identifier and a location relevant to the identifier at the first location server; | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.<br><br>See above evidence regarding claim limitation 10.a.<br><br>RFC1034 discloses a DNS protocol for implementing domain name facilities wherein domain names and resource records are received by the name servers. (*Id.*, 1.)<br><br>"The name server must periodically refresh its zones from master copies in local files or foreign name servers." (*Id.*, 7.)<br><br>"The general model of automatic zone transfer or refreshing is that one of the name servers is the master or primary for the zone." (*Id.*, 28.) |
| **[17.d]** storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below.<br><br>DNS discloses a location store in the form of "master files." (*Id.*, 5.)<br><br>"RRs are represented in binary form in the packets of the DNS protocol, and are usually represented in highly encoded form when stored in a name server or resolver." (*Id.*, 13.)<br><br>RFC1034 discloses that resource records are contained within a zone stored at a name server. (*Id.*, 24.) |
| **[17.e]** transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then DNS discloses this element, for example, as described below. |

| U.S. Patent No. 7,233,978 | Domain Name System (DNS) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| the first location server reaches a predetermined performance limit. | RFC1034 discloses "transferring a portion of the identifiers and associated locations to a second data location server" as whole zones of resource records are transferred between name servers. (*Id.*, 20.)

**Obviousness of Load Balancing:** To the extent that Kove contends that DNS does not disclose this limitation, the subject matter as a whole of this claim would have been obvious to one of skill in the art before the invention. The concept of transferring information from one server to another when the server is full, for example, is obvious and conventional in the field of computer science. One of skill would have been motivated to do so, for example, for the obvious benefit of improving system performance, speed, and efficiency. Therefore, it would have been obvious to one of skill to employ redirection in DNS, and further in view of Neimat described below.

As an example, Neimat discloses database records. (Neimat, 4:46-49, 6:16-21, 7:7-10.) A database record is identified by a record key value supplied by a client. (*Id.*, 8:28-41, 8:48-56.) "In general, each data record comprises two sections: a short record key identifying the record, and a remainder of information associated with that key." (*Id.*, 8:27-30.)

Database records are contained in "buckets" which are synonymous with memory locations. (*Id.*, 4:53-60, 5:30-42.) "In accordance with the invention, address space of memory locations available for storage is gradually increased as needed by a process of 'splitting' a respective predetermined one of the memory locations or 'buckets'." (*Id.*, 13:27-32.)

Neimat's "predetermined performance limit" is when "memory location 0 becomes full." (*Id.*, 13:26-27.) |

| U.S. Patent No. 7,233,978 | Domain Name System (DNS) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
|  | When the memory is full, (and it therefore hits a predetermined performance limit), the transfer process commences: "In response to each collision, the respective predetermined memory location or 'bucket' is 'split' by creating a respective new memory location, and moving approximately half of the records from the respective predetermined memory location to the respective new memory location." (*Id.*, 13:32-37.)<br><br>For example, in Neimat, the memory capacity is to store four records. (*Id.*, Figure 3B.) When an attempt to store for data record key named 153 reaches server 0, location 0, the transfer is initiated as the memory is full. In this case, the server decides to transfer the named key 321 to server 1, location 1. Key 321 is received and stored by server 1 having previously been stored in server 0. (*Id.*, 14:22-42.) |
| **[23]** The method of claim 17, wherein the performance criterion comprises an amount of available persistent storage space in the first location server. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e.<br><br>As described with respect to claim 17, Neimat uses the amount of available storage space as the performance criteria regarding when to start its splitting process. (*See id.*, 13:26-43.) Neimat also discloses that this storage space can be "persistent." "Preferably, memory locations are in RAM, although they could alternatively be on disk as well." (*Id.*, 8:42-44.) |
| **[24]** The method of claim 17, wherein the performance criterion comprises a transaction rate limit. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e.<br><br>In addition, Venkatasubramanian discloses "A Load Management Example" of load balancing data in a video delivery system using memory size, CPU load, and network and disk bandwidth. |

| U.S. Patent No. 7,233,978 | Domain Name System (DNS) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | **1.2 A Load Management Example** |
| | Consider the example in Figure 2. Suppose that at some time instant, a video server that has two data sources $S_1$ and $S_2$ has sufficient storage to accommodate eight video objects on $S_1$ and two video objects on $S_2$. Further, suppose $S_1$ and $S_2$ have sufficient bandwidth to support three and eight additional requests, respectively. Also, suppose that ten additional requests, eight for a video object $V_1$ and one each for video objects $V_2$ and $V_3$ are expected to arrive in the near future. Considering the disk space and bandwidth availabilities of the data sources, it is prudent to allocate $V_1$ to $S_2$ and $V_2$ and $V_3$ to $S_1$. On the other hand, if $V_2$ and $V_3$ were allocated to $S_2$, the video server would only be able to handle five of the ten requests - three for $V_1$ and one each for $V_2$ and $V_3$. |
| | (Venkatasubramanian, 529.) |
| [30] The method of claim 17, wherein transferring a portion of the identifiers and associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e.

As described with respect to claim 17, Neimat uses the amount of available storage space as the performance criteria regarding when to start its splitting process. (*See* Neimat, 13:26-43.) Neimat discloses "monitoring the performance criterion." There would be no possible way to conduct the "splitting" described in Neimat unless the performance criterion was "monitored," such that the splitting would occur when the performance criterion was met.

Moreover, Neimat discloses a "split coordinator server" that "receives a collision message over the network from a server that includes a memory location that undergoes a collision." (*Id.*, 14:42-44.) Thus, the "split coordinator server" engages in "monitoring the performance criterion," *i.e.*, it monitors whether a collision occurs that results from the performance criterion being satisfied. |

| U.S. Patent No. 7,233,978 | Domain Name System (DNS) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
|  | Neimat also discloses "automatically transferring." The "split coordinator server transmits a split message to a target server that includes the predetermined memory location identified by the coordinator pointer value." (*Id.*, 14:44-47). "In response to the split message," the "target server performs" several steps that result in splitting. (*Id.*, 14:51-15:15.) Thus, the transfer takes place automatically, *i.e.*, the server is programmed to automatically conduct this operation. |
| **[31.Preamble]** A system for managing location information and providing location information to location queries, the system comprising: | See above evidence regarding the preamble of claim 1. |
| **[31.a]** a location server operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each location specifies a location of data in a network pertaining to the entity, the location server containing location information corresponding to at least one entity and formatted according to the transfer protocol, and wherein the location of data for the location comprises an application server in communication with the network; and | See above evidence regarding claim 10.a. |
| **[31.b]** programming logic stored on the location server responsive to a location query identifying a desired entity to return a location message, the location message comprising locations associated with the desired entity, wherein the location server returns the location message if the location server contains location information for the desired entity. | See above evidence regarding claim 1.c. |

**Exhibit 3B: Invalidity Claim Chart Against U.S. Patent No. 7,233,978 in View of the Cache Resolver System**

AWS asserts that U.S. Patent No. 7,233,978 ("the '978 patent") claims 1, 3, 6, 10, 14, and 31 are anticipated by, and claims 17, 23, 24, 30 are obvious in view of, the Cache Resolver system, such as described in Distributed Web Caching System with Consistent Hashing by Alexander Sherman (1999) ("Sherman"), and Web Caching with Consistent Hashing by Karger, Sherman, et al. (March 4, 1999) ("Karger/Sherman"). The Cache Resolver system qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it was known, used, and published before the filing date of the '978 patent. In addition, the Cache Resolver System was known, used, and published prior to Kove's October 28, 1999 claimed priority dated for claims 3, 6, 10, and 14, and Kove's June 2, 2000 claimed priority date for claims 17, 23, 24, and 30. Neimat qualifies as prior art under pre-AIA 35 U.S.C. § 102(b), e.g., because it was issued on July 30, 1996, more than a year before Kove's claimed priority dates, including its July 8, 1998 claimed priority date for claims 1 and 31. Venkatasubramanian qualifies as prior art under pre-AIA 35 U.S.C. § 102(b), e.g., because it published in 1997, more than a year before Kove's claimed priority dates. The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and AWS reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions. AWS also contends that the complete features and functionality of DNS is inherent to any system using DNS, such as Sherman or Karger/Sherman.

Furthermore, the following list includes examples of specifically where certain '978 patent claim elements are found in DNS:

- Client: Client
- Identifier: Domain name
- Location information: Resource records ("RRs")
- Location server: Name server
- Data: Host data or mailbox data
- Entity: Host, mailbox, object, or resource
- Location query: Standard query
- Location message: Response from name server that answers the question posed in the query
- Redirect message: Response from name server that refers the requester to another set of name servers

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| **[1.Preamble]** A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below. |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | In general, the Cache Resolver system discloses that a user browser can communicate with a network of DNS servers that access proxy caches with data. A URL or virtual name may be used with a consistent hash function to identify actual physical IP addresses of data. The DNS servers may store and/or calculate location information. Karger/Sherman discloses a related DNS system.<br><br>Sherman discloses "a solution to the problem of slow service experienced by most World Wide Web users" that includes an improvement over local browser caching, regional caching, and previous distributed cache solutions. (Pgs. 9-13.) Sherman's solution resolves "the tradeoff between a good hit rate and fast access times." (Pg. 13.)<br><br>Sherman "describes a Distributed Web Caching system based on the Consistent Hashing algorithms that improve on the methods used by the existing web caching systems. Consistent Hashing as used in our system provides for a more efficient use of caches on the World Wide Web, which translates into faster service for the users." (Abstract, pg. 3)<br><br>"Cache Resolver, the distributed web caching system that we developed, eliminates the necessity for any inter-cache communication on a cache miss by letting clients decide for themselves which cache has the required data. Instead of contacting a primary cache which on a miss sends requests to other caches or a directory, user's browser directly contacts the cache that contains the required resource. Browsers make their decision with help of a hash function which maps resources (or URLs) to a set of available caches. With a globally known hash function, all of the system clients (users) can agree on which caches are responsible for storing each resource. Thus, our system speeds up access time to the 'right cache' in two ways. First of all, executing a hash function locally is faster than running non-trivial protocols among caches to find the right cache. Also, if there is a 'right cache', no time is wasted on a possible miss in the primary cache." (Pg. 15.) |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | Sherman discloses: "The system consists of three major components: the actual cache machines for storing the content, users' browsers that direct requests toward virtual names of the caches, and the domain name servers (also known as resolution units) that use consistent hashing to resolve virtual names requested by the users into specific physical addresses of the cache machines." (Sherman, Pg. 34.) |



Figure 4-1: System Components

Karger/Sherman has the same architecture. Both Sherman and Karger/Sherman describe aspects of the same Cache Resolver system. Therefore, citations herein regarding Sherman apply equally to Karger/Sherman, and vice versa. AWS also

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | contends that the complete features and functionality of DNS is inherent to any system using DNS, such as described in Sherman or Karger/Sherman.

In general, DNS discloses a system having a plurality of DNS name servers that manage location information, such as DNS resource records, and provide location information to location queries, called standard queries in DNS. Each DNS name server is attached to a DNS network and maintains a set of domain name/address mappings that are modified or returned in response to standard queries from clients.

"NAME SERVERS are server programs which hold information about the domain tree's structure and set information. A name server may cache structure or set information about any part of the domain tree, but in general a particular name server has complete information about a subset of the domain space, and pointers to other name servers that can be used to lead to information from any part of the domain tree." (RFC1034, 6.)

"[Q]uery operations are attempts to extract specific types of information from a particular set. A query names the domain name of interest and describes the type of resource information that is desired. For example, the Internet uses some of its domain names to identify hosts; queries for address resources return Internet host addresses." (*Id.*)

In response to a query, a "name server either answers the question posed in the query, refers the requester to another set of name servers, or signals some error condition." (*Id.*, 16.)

"The principal activity of name servers is to answer standard queries." (*Id.*, 22.)

*See also* Paul Albitz and Cricket Liu, DNS and BIND, 4, O'Reilly & Associates, Inc., 3rd ed. 1998 ("Programs called *name servers* constitute the server half of DNS's client-server mechanism. Name servers contain information about some |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
|  | segment of the database and make it available to clients, called *resolvers*." (emphasis original)). |
| [1.a] a first location server containing a first set of location information corresponding to at least one entity, the location information comprising an identifier and at least one location string associated with the identifier, wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.<br><br>The Cache Resolver system discloses a DNS server network with data location servers containing sets of location information corresponding to at least one entity.<br><br>Sherman discloses that "[t]he primary function of our DNS system is to resolve the virtual names generated by the users' Java Script function to the actual physical IP addresses of the caches. … It then uses consistent hashing to map all of the virtual names to physical addresses of only the live machines. … The DNS units represent the key component of our system since these units ultimately decide which physical cache stores each resource." (Pg. 37.)<br><br>The "primary goal" of DNS "is a consistent name space which will be used for referring to resources." (RFC1034, 2.)<br><br>A client can use DNS to retrieve "mailbox data" associated with a particular mailbox. (*Id.*, 3.)<br><br>"Conceptually, each node and leaf of the domain name space tree names a set of information, and query operations are attempts to extract specific types of information from a particular set. A query names the domain name of interest and describes the type of resource information that is desired. For example, the Internet uses some of its domain names to identify hosts; queries for address resources return Internet host addresses." (*Id.*, 6.) |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | "[I]n general a particular name server has complete information about a subset of the domain space, and pointers to other name servers that can be used to lead to information from any part of the domain tree." (*Id.*) |
| | RFC1034 states that "hosts" and "mailboxes" are a "normal" part of the name space. (*Id.*, 9.) |
| | "DNS can be used to hold naming information for some kind of object" using "a convention for mapping between object names and domain names." (*Id.*) |
| | "[T]he mailbox HOSTMASTER@SRI-NIC.ARPA is represented as a domain name by HOSTMASTER.SRI-NIC.ARPA." (*Id.*, 9-10.) |
| | "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs). The order of RRs in a set is not significant, and need not be preserved by name servers, resolvers, or other parts of the DNS. |
| | When we talk about a specific RR, we assume it has the following: |
| | owner              which is the domain name where the RR is found. |
| | type              which is an encoded 16 bit value that specifies the type of the resource in this resource record. Types refer to abstract resources." (*Id.*, 11-12.) |
| | The information in a name server corresponds to a "resource" such as a "host," "alias," "CPU and OS," or "a mail exchange." (*Id.*, 12.) |
| | For example, the identifier "vaxa.isi.edu" has two IP addresses shown below. |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | For example, we might show the RRs carried in a message as:<br><br>```
ISI.EDU.          MX      10 VENERA.ISI.EDU.
                  MX      10 VAXA.ISI.EDU.
VENERA.ISI.EDU. A         128.9.0.32
                A         10.1.0.52
VAXA.ISI.EDU.   A         10.2.0.27
                A         128.9.0.33
```<br><br>(*Id.*, 14.)<br><br>*See also* Paul Albitz and Cricket Liu, DNS and BIND, O'Reilly & Associates, Inc., 3rd ed. 1998:" ("Every domain has a unique name." (p. 5, *see also* 7.) "Each host on a network has a domain name, which points to information about the host." (p. 6.) "[A] domain name uniquely identifies a single node in the tree." (p. 13.) "The hosts are … represented by domain names. … Domain names at the leaves of the tree generally represent individual hosts, and they may point to network addresses, hardware information, and mail routing information. Domain names in the interior of the tree can name a host *and* can point to information about the domain. Interior domain names … can represent both the domain that they correspond to and a particular host on the network. For example, *hp.com* is both the name of the Hewlett-Packard Company's domain and the domain name of a host that runs HP's main web server." (pp. 15-16, *see also* 19-20.) |
| **[1.b]** a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first set of location information; and | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.<br><br>Sherman explains that DNS servers contain different portions of resource records: "In a large web caching system it is possible that the views of live caches will differ slightly from one DNS server to another perhaps due to some lost connections over congested Internet links." (Pg. 38.)<br><br>See above evidence regarding claim limitation 1.a. |

23

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | "In any system that has a distributed database, a particular name server may be presented with a query that can only be answered by some other server." (*Id.*, 4.) |
| | "A given name server will typically support one or more zones, but this gives it authoritative information about only a small section of the domain tree." (*Id.*, 19.) |
| **[1.c]** programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.<br><br>Sherman states: "The primary function of our DNS system is to resolve the virtual names generated by the users' Java Script function to the actual physical IP addresses of the caches. We use a number of DNS servers each running a copy of unmodified BIND 8.0 distribution. (BIND is an implementation of DNS protocol.) In addition to BIND, each DNS machine runs one of our programs, called 'dnshelper'. The 'dnshelper' program periodically polls all of the caches, by communicating with the Squid monitors (that run on the cache machines), to determine the dead/alive status of each machine. It then uses consistent hashing to map all of the virtual names to physical addresses of only the live machines. (As noted in section 4.2 our virtual name space consists of 997 possible names.) If any of the mappings change, it writes the new mappings to a 'records' file and signals BIND to update itself by reloading that file. BIND updates itself 'dynamically' which allows it to respond to DNS queries even during the update stage. … When a user request arrives, DNS immediately replies with the mappings that it currently contains." (Pg. 37.)<br><br>RFC1034 discloses that name servers include "server programs" (RFC1034, 6) that respond to queries with a DNS response answer.<br><br>"A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular |

24

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | name is composed of separate resource records (RRs). The order of RRs in a set is not significant, and need not be preserved by name servers, resolvers, or other parts of the DNS.<br>When we talk about a specific RR, we assume it has the following:<br>owner           which is the domain name where the RR is found.<br>type           which is an encoded 16 bit value that specifies the type of the resource in this resource record. Types refer to abstract resources." (*Id.*, 11-12.)<br><br>DNS name servers contain programming logic, such as "DNS software" that is run when a name server is locating information contained in a RR responsive to a location query. (*Id.*, 15.)<br><br>"Queries are messages which may be sent to a name server to provoke a response.… The response by the name server either answers the question posed in the query, refers the requester to another set of name servers, or signals some error condition." (*Id.*, 15-16.)<br><br>"A standard query specifies a target domain name (QNAME), query type (QTYPE), and query class (QCLASS) and asks for RRs which match." (*Id.*, 16.)<br><br>"Using the query domain name, QTYPE, and QCLASS, the name server looks for matching RRs.  …  For example, a mailer tying [sic, trying] to send mail to Mockapetris@ISI.EDU might ask the resolver for mail information about ISI.EDU, resulting in a query for QNAME=ISI.EDU, QTYPE=MX, QCLASS=IN. The response's answer section would be" as follows. (*Id.*, 17.) |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | ```
ISI.EDU.          MX     10 VENERA.ISI.EDU.
                  MX     10 VAXA.ISI.EDU.

  while the additional section might be:

  VAXA.ISI.EDU.    A      10.2.0.27
                   A      128.9.0.33
  VENERA.ISI.EDU. A      10.1.0.52
                   A      128.9.0.32
```

(*Id.*) The additional section is provided "[b]ecause the server assumes that if the requester wants mail exchange information, it will probably want the addresses of the mail exchanges soon afterward." (*Id.*)

RFC1034 discloses that DNS name servers "answer standard queries" and that they send "response[s]" that "are carried in a standard message format." (*Id.*, 22.)

"The actual algorithm used by the name server will depend on the local OS and data structures used to store RRs." (*Id.*, 24.)

*See also* Section 6.2 providing example queries and responses. (*Id.*, 39-50.) |
| **[3]** The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.

Sherman states: "The primary function of our DNS system is to resolve the virtual names generated by the users' Java Script function to the actual physical IP addresses of the caches. We use a number of DNS servers each running a copy of unmodified BIND 8.0 distribution. (BIND is an implementation of DNS protocol.) In addition to BIND, each DNS machine runs one of our programs, called 'dnshelper'. The 'dnshelper' program periodically polls all of the caches, by |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query. | communicating with the Squid monitors (that run on the cache machines), to determine the dead/alive status of each machine. It then uses consistent hashing to map all of the virtual names to physical addresses of only the live machines. (As noted in section 4.2 our virtual name space consists of 997 possible names.) If any of the mappings change, it writes the new mappings to a 'records' file and signals BIND to update itself by reloading that file. BIND updates itself 'dynamically' which allows it to respond to DNS queries even during the update stage. … When a user request arrives, DNS immediately replies with the mappings that it currently contains." (Pg. 37.)

RFC1034 explains that "[i]n addition to relevant records, the name server may return RRs that point toward a name server that has the desired information or RRs that are expected to be useful in interpreting the relevant RRs. For example, a name server that doesn't have the requested information may know a name server that does; a name server that returns a domain name in a relevant RR may also return the RR that binds that domain name to an address." (RFC1034, 17.)

RFC1034, Section 6.2 discloses examples of queries and responses. (*Id*., 39-50.) Sections 6.2.6 and 6.2.7 discloses examples of responses with a referral. (*Id*., 44-46.)

*See also* Paul Albitz and Cricket Liu, DNS and BIND, 27-30, 247, O'Reilly & Associates, Inc., 3rd ed. 1998 (describing that the response may contain the answer or a referral to other name servers). |
| [6] The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.

The Cache Resolver system discloses that a user browser can communicate with a network of DNS servers that access indexed location stores, indexed by a hash table, of proxy caches with data. A URL or virtual name may be used with a |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | consistent hash function to identify actual physical IP addresses of data. The DNS servers may store and/or calculate location information.<br><br>Sherman discloses that "a globally known hash function," can be used to created an indexed location store such that "all of the system clients (users) can agree on which caches are responsible for storing each resource." (Sherman, Pg. 15.)<br><br>"A family of consistent hash functions developed by the Algorithms group at MIT possesses all of the properties required for mapping documents to caches in the global cache system. As the name suggests these functions maintain consistent mappings despite fluctuations in range. The basic construction of a consistent hash function is quite simple. Both, the data items and the caches, are mapped randomly and independently to a circle with circumference of length 1 as shown in figure 2.3(i). A data item is assigned to the closest cache in the clockwise direction along the circle. Thus, in figure 2.3(i), items 1, 2, and 3 are mapped to cache A, and items 4 and 5 are mapped to cache B." (*Id.*, Pg. 18.)<br><br><br><br>Figure 2-2: The basic construction of a consistent hash function |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | "Hashing a URL means finding a cache point whose value is the smallest upper bound on the mapped value of a URL and returning the physical cache associated with that point." (*Id.*, Pg. 30.) |
| | "In order to demonstrate the practical advantage of Consistent Hashing we implemented a web caching system, called the Cache Resolver that uses our hashing algorithm." (*Id.*, Pg. 34.) |
| | "Properties of consistent hashing allow us to use the caches very effectively." (*Id.*, Pg. 38.) |
| | "Consistent Hashing allows all of the DNS servers to agree on the mappings from virtual names to IP addresses." (Pg. 40.) |
| | *See also* Sherman, Chapter 3 "Consistent Hashing." (Pgs. 22-33.) |
| | Likewise, Karger/Sherman discloses: "In order to get around the problem, we decided to use DNS.   We could set up our own DNS servers, and modify them to support consistent hashing.   This consistent hashing could be "propagated" to browsers during name resolution.   More precisely, we wrote an autoconfigure script that performs a *standard* hash of the input URL to a range of 1000 names that we call *virtual caches*.   We then used DNS to map the 1000 virtual cache names onto actual code IP addresses via consistent hashing." (Karger/Sherman, p. 10; *see also* Sections 2-3.) |
| | "The primary function of our DNS system is to resolve the virtual names generated by the users' Java Script function to the actual physical IP addresses of the caches. We use a number of DNS servers each running a copy of unmodified BIND 8.0 distribution, an implementation of DNS protocol.  BIND reads the mappings of virtual names to IP addresses from a *records* file, that is being updated dynamically by another program called "dnshelper".  Dnshelper monitors the set of caches, and |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | runs consistent hashing to map all of the 1000 virtual names (see section 3.2) to the range of only the live cache machines. If the set of available caches changes, "dnshelper" signals BIND to reload the *records* file that contains new mappings." (*Id.*)

"The owner name is often implicit, rather than forming an integral part of the RR. For example, many name servers internally form tree or hash structures for the name space, and chain RRs off nodes." (RFC1034, 13.)

*See also* Paul Albitz and Cricket Liu, DNS and BIND, 6, O'Reilly & Associates, Inc., 3rd ed. 1998 ("Domain names are used as indexes into the DNS database."). |
| **[10.Preamble]** A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | See above evidence regarding the preamble of claim 1. |
| **[10.a]** a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information, and comprising at least one application server address, wherein the plurality of location servers are arranged in a cluster topology such that each location server contains a unique set of location information of an aggregate set of the location information; and | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.

See above evidence regarding claim limitations 1.a and 1.b.

A first server can "pursue[] the query for the client at another server." (RFC1034, 4.)

"RRs are represented in binary form in the packets of the DNS protocol, and are usually represented in highly encoded form when stored in a name server or resolver." (*Id.*, 13.)

For example, RFC1034 discloses that the IP address of the mail server named "venera.isi.edu" is "128.9.0.32." (*Id.*, 14, 17.) |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | "The database is divided up into sections called zones, which are distributed among the name servers…. [T]he essential task of a name server is to answer queries using data in its zones." (*Id.*, 18.) |
| | RFC1034 discloses that "[w]hole zones can be transferred between name servers by transferring the RRs, either carried in a series of messages or by FTPing a master file which is a textual representation." (*Id.*, 20.) |
| | RFC1034 discloses a DNS protocol for implementing domain name facilities. (*Id.*, 1, 13, 23, 26.) In particular, the "zone transfer part of the DNS protocol" transports zones of identifiers and location information. (*Id.*, 28.) |
| | Since the DNS database is partitioned and queries may be submitted to any name server, the DNS name servers are interconnected to enable a query to be redirected to the name server holding the unique identifier location mapping from the aggregate set of location information for a query and, therefore, are arranged in a cluster topology. |
| **[10.b]** programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server does not contain location information relevant to the desired identifier, wherein the redirect message comprises information for finding a location server having location information related to the desired identifier. | See above evidence regarding claim limitation 1.c and claim 3. |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| **[14.Preamble]** A method of handling location queries in a network, the network comprising a plurality of location servers, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location, the method comprising: | See above evidence regarding the preamble of claim 1. |
| **[14.a]** receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location; | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.<br><br>"Clients of the domain system should be able to identify trusted name servers they prefer to use before accepting referrals to name servers outside of this 'trusted' set." (RFC1034, 4.)<br><br>"The two general approaches to dealing with this problem are 'recursive', in which the first server pursues the query for the client at another server, and 'iterative', in which the server refers the client to another server and lets the client pursue the query." (*Id.*)<br><br>A client sends a query that "names the domain name of interest and describes the type of resource information that is desired. For example, the Internet uses some of its domain names to identify hosts [and] queries for address resources return Internet host addresses." (*Id.*, 6.) |
| **[14.b]** sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location response message comprising location information identifying at least one application server | See above evidence regarding claim limitations 1.c and 10.a. |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| containing information relevant to the entity identified in the query; and | |
| **[14.c]** sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query. | See above evidence regarding claim limitation 1.c and claim 3. |
| **[17.Preamble]** A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising: | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.

See above evidence regarding the preamble of claim 1, and claim limitations 1.a and 1.b.

RFC1034 discloses that in order to scale at least one of capacity and transaction rate, in view of the "sheer size of the database," it "must be maintained in a distributed manner, with local caching to improve performance." (RFC1034, 2.) |
| **[17.a]** providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier; | See above evidence regarding claim limitation 10.a. |
| **[17.b]** storing location information formatted according to the transfer protocol at a first location server; | See above evidence regarding claim limitation 10.a. |
| **[17.c]** receiving an identifier and a location relevant to the identifier at the first location server; | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.

See above evidence regarding claim limitation 10.a. |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | "The name server must periodically refresh its zones from master copies in local files or foreign name servers." (RFC1034, 7.)<br><br>"The general model of automatic zone transfer or refreshing is that one of the name servers is the master or primary for the zone." (*Id.*, 28.) |
| **[17.d]** storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.<br><br>DNS discloses a location store in the form of "master files." (RFC1034, 5.)<br><br>"RRs are represented in binary form in the packets of the DNS protocol, and are usually represented in highly encoded form when stored in a name server or resolver." (*Id.*, 13.)<br><br>RFC1034 discloses that resource records are contained within a zone stored at a name server. (*Id.*, 24.) |
| **[17.e]** transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then the Cache Resolver system discloses this element, for example, as described below.<br><br>RFC1034 discloses "transferring a portion of the identifiers and associated locations to a second data location server" as whole zones of resource records are transferred between name servers. (RFC1034, 20.)<br><br>**Obviousness of Load Balancing:** To the extent that Kove contends that the Cache Resolver system does not disclose this limitation, the subject matter as a whole of this claim would have been obvious to one of skill in the art before the invention. The concept of transferring information from one server to another when the server is full, for example, is obvious and conventional in the field of computer science. One of skill would have been motivated to do so, for example, for the obvious |

34

| U.S. Patent No. 7,233,978 | ~~The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian~~ |
|---|---|
| | ~~benefit of improving system performance, speed, and efficiency. Therefore, it would have been obvious to one of skill to employ redirection in DNS, and further in view of Neimat described below.~~ |
| | ~~As an example, Neimat discloses database records. (Neimat, 4:46-49, 6:16-21, 7:7-10.) A database record is identified by a record key value supplied by a client. (*Id.*, 8:28-41, 8:48-56.) "In general, each data record comprises two sections: a short record key identifying the record, and a remainder of information associated with that key." (*Id.*, 8:27-30.)~~ |
| | ~~Database records are contained in "buckets" which are synonymous with memory locations. (*Id.*, 4:53-60, 5:30-42.) "In accordance with the invention, address space of memory locations available for storage is gradually increased as needed by a process of 'splitting' a respective predetermined one of the memory locations or 'buckets'." (*Id.*, 13:27-32.)~~ |
| | ~~Neimat's "predetermined performance limit" is when "memory location 0 becomes full." (*Id.*, 13:26-27.)~~ |
| | ~~When the memory is full, (and it therefore hits a predetermined performance limit), the transfer process commences: "In response to each collision, the respective predetermined memory location or 'bucket' is 'split' by creating a respective new memory location, and moving approximately half of the records from the respective predetermined memory location to the respective new memory location." (*Id.*, 13:32-37.)~~ |
| | ~~For example, in Neimat, the memory capacity is to store four records. (*Id.*, Figure 3B.) When an attempt to store for data record key named 153 reaches server 0, location 0, the transfer is initiated as the memory is full. In this case, the server decides to transfer the named key 321 to server 1, location 1. Key 321 is received and stored by server 1 having previously been stored in server 0. (*Id.*, 14:22-42.)~~ |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat and, for Claim 24, Venkatasubramanian |
|---|---|
| [23] The method of claim 17, wherein the performance criterion comprises an amount of available persistent storage space in the first location server. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e.<br><br>As described with respect to claim 17, Neimat uses the amount of available storage space as the performance criteria regarding when to start its splitting process. (*See id.*, 13:26-43.) Neimat also discloses that this storage space can be "persistent." "Preferably, memory locations are in RAM, although they could alternatively be on disk as well." (*Id.*, 8:42-44.) |
| [24] The method of claim 17, wherein the performance criterion comprises a transaction rate limit. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e.<br><br>In addition, Venkatasubramanian discloses "A Load Management Example" of load balancing data in a video delivery system using memory size, CPU load, and network and disk bandwidth.<br><br>**1.2 A Load Management Example**<br><br>Consider the example in Figure 2. Suppose that at some time instant, a video server that has two data sources $S_1$ and $S_2$ has sufficient storage to accommodate eight video objects on $S_1$ and two video objects on $S_2$. Further, suppose $S_1$ and $S_2$ have sufficient bandwidth to support three and eight additional requests, respectively. Also, suppose that ten additional requests, eight for a video object $V_1$ and one each for video objects $V_2$ and $V_3$ are expected to arrive in the near future. Considering the disk space and bandwidth availabilities of the data sources, it is prudent to allocate $V_1$ to $S_2$ and $V_2$ and $V_3$ to $S_1$. On the other hand, if $V_2$ and $V_3$ were allocated to $S_2$, the video server would only be able to handle five of the ten requests - three for $V_1$ and one each for $V_2$ and $V_3$.<br><br>(Venkatasubramanian, 529.) |
| [30] The method of claim 17, wherein transferring a portion of the identifiers and associated locations to a second location server when a performance criterion of the first data | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e. |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit. | As described with respect to claim 17, Neimat uses the amount of available storage space as the performance criteria regarding when to start its splitting process. (*See* Neimat, 13:26-43.) Neimat discloses "monitoring the performance criterion." There would be no possible way to conduct the "splitting" described in Neimat unless the performance criterion was "monitored," such that the splitting would occur when the performance criterion was met.

Moreover, Neimat discloses a "split coordinator server" that "receives a collision message over the network from a server that includes a memory location that undergoes a collision." (*Id.*, 14:42-44.) Thus, the "split coordinator server" engages in "monitoring the performance criterion," *i.e.*, it monitors whether a collision occurs that results from the performance criterion being satisfied.

Neimat also discloses "automatically transferring." The "split coordinator server transmits a split message to a target server that includes the predetermined memory location identified by the coordinator pointer value." (*Id.*, 14:44-47.) "In response to the split message," the "target server performs" several steps that result in splitting. (*Id.*, 14:51-15:15.) Thus, the transfer takes place automatically, *i.e.*, the server is programmed to automatically conduct this operation. |
| [31.Preamble] A system for managing location information and providing location information to location queries, the system comprising: | See above evidence regarding the preamble of claim 1. |
| [31.a] a location server operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each location specifies a location of data in a network pertaining to the entity, the location server containing location information | See above evidence regarding claim 10.a. |

| U.S. Patent No. 7,233,978 | The Cache Resolver System (Sherman and Karger/Sherman) and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| corresponding to at least one entity and formatted according to the transfer protocol, and wherein the location of data for the location comprises an application server in communication with the network; and | |
| [31.b] programming logic stored on the location server responsive to a location query identifying a desired entity to return a location message, the location message comprising locations associated with the desired entity, wherein the location server returns the location message if the location server contains location information for the desired entity. | See above evidence regarding claim 1.c. |

**Exhibit 3~~CE~~: Invalidity Claim Chart Against U.S. Patent No. 7,233,978 in View of U.S. Patent No. 5,542,087 to Neimat**

~~AWS~~Amazon asserts that claims 1, 3, 6, 10, 14, 17, 23, 24, 30, and 31 of U.S. Patent No. 7,233,978 ("the '978 patent") are obvious in view of the combination of U.S. Patent No. 5,542,087 to Neimat ("Neimat"), DNS and, for claim 24, Venkatasubramanian. Neimat qualifies as prior art under pre-AIA 35 U.S.C. § 102(b), e.g., because it was issued on July 30, 1996, more than a year before the July 8, 1998 filing date of U.S. Application No. 09/111,896, Kove's earliest claimed priority date for the claims of the '978 patent. DNS qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it was publicly available in May 1997, more than a year before Kove's claimed priority dates. Venkatasubramanian qualifies as prior art under pre-AIA 35 U.S.C. § 102(b), e.g., because it published in 1997, more than a year before Kove's claimed priority dates. The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and ~~AWS~~Amazon reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

Furthermore, the following list includes examples of specifically where certain '978 patent claim elements are found in the Neimat.

- Client: Client
- Identifier: Record key value (e.g., value generated from a patient's name)
- Location information: Memory address
- Location server: File server
- Data: Information associated with a key
- Redirect message: Identifying and generating a second memory address

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| **[1.Preamble]** A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>Neimat discloses that a client can use a record key value (e.g., a value generated from a patient's name) to access a memory address in a distributed computer network. |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| | "The present invention provides a flexible and efficient data processing method and apparatus, which generate a correct memory address from a character or digit string such as a record key value, and which is adapted for use in distributed or parallel processing architectures such as computer networks, multiprocessing systems, and the like. The present invention provides fast storage and subsequent searching and retrieval of data records in data processing applications such as database applications." (4:40-49.) <br><br>  <br> *FIG. 1* <br><br> "The present invention is generally directed to data processing and in particular to a data processing method and apparatus for generating a correct memory address from a character or digit string such as a record key." (1:6-9.) <br><br> "One of the simple data storage and retrieval schemes designed by data processing pioneers is known as a basic hashing scheme. The basic hashing scheme has been used in many areas of data processing such as database addressing and data encryption. The basic hashing scheme will now be introduced with reference to the particular example of database addressing." (1:24-30.) <br><br> "Currently, more and more data base applications are mission critical and require fast storage and subsequent searching, and retrieval of unpredictably large amounts of incoming data. Database operations such as storing records, searching for |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| | records and retrieving records all require generating a correct memory address from a record key value. Accordingly, what is needed is a flexible and efficient data processing method and apparatus, which generates a correct memory address from a character or digit string such as a record key value, and which is adapted for use in distributed or parallel processing architectures such as computer networks, multiprocessing systems, and the like." (4:25-36.) |
| [1.a] a first location server containing a first set of location information corresponding to at least one entity, the location information comprising an identifier and at least one location string associated with the identifier, wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.

Neimat discloses client processor sites that generate memory addresses related to locations of records.

"From the key value, the one client processor generates a first memory address that identifies a first memory location as shown in block 202. The step of generating the first address includes the one client data processor retrieving a client index value, i', which is stored in a client memory coupled to the one client data processor. The one client data processor hashes the key value using a hashing function based upon the client index value, i', so as to produce the first address, $a_1$." (8:57-67.)

"Using the first memory address, the client data processor selects from the plurality of servers a server that includes the first memory location." (9:43-45.)
"By means of one of the client sites interacting with the server sites, a computer user is able to browse or search through the data records, or to insert, or retrieve data records as required. Although the computer user has no need to be aware of the exact manner in which data are stored, it is important for speed of operation that the clients and servers are able to locate and retrieve a particular data record as accurately and quickly as possible. In practice, this requires that the client and server sites interact to locate a desired data record in a fashion that is more direct than having to search through the entire database." (8:16-27.) |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| | "The computer network includes a plurality of data processor sites coupled so as to provide high speed data communication between the processor sites. FIG. 1 is a simplified block diagram of the computer network employed in conjunction with the preferred embodiment of the present invention. In accordance with a preferred embodiment of the present invention, a number of processor sites is large, for example in a range of 10 to 10,000 servers. It should be understood that although in the preferred embodiment the network includes the large number of processor sites, only three processor sites 101, 103, 105, are shown in FIG. 1 for the sake of simplicity. The processor sites are interconnected, preferably by a network cable 107, to provide the data communication between the processor sites. A first one of the processor sites includes a data processor 109, preferably a microprocessor, coupled to the network cable 107 through a network interface 111. The first one of the processor sites further includes memory 113, preferably random access memory, RAM, coupled to the data processor 109. As shown in FIG. 1, remaining processor sites 103, 105 include similar components, arranged in a similar manner, as those discussed with respect to the first processor site." (7:12-33.)

"The plurality of clients are coupled to the file servers by the network to provide client access to the database." (5:3-4.)

"Briefly and in general terms, the data processing method of the present invention includes providing a plurality of client data processors and a plurality of file servers, each server including at least a respective one memory location or 'bucket.'" (5:30-34.)

**Obviousness of Data Location Server:** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. The Patents-in-Suit recognize that "location" is not a requirement for its data servers as "NDTP can be used for any application in which |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| | one-to-zero or one-to-many associations among strings are to be maintained and accessed on a network. In applications of NDTP other than distributed databases, the term identifier is likely to make sense in most cases, but the term location may not." ('170 patent, 20:30-37; '640 patent, 20:18-25; '978 patent, 25:11-14.) The Microfiche Appendix filed with the '170 and '640 patents provides software code that demonstrates that location is not necessary for the operation of the data servers. The concept of storing information about the location of data in a distributed network is well known, even fundamental, in the field of computer science. In addition, the concept of separating information about the location of data from the data itself, for instance, is an obvious method of organizing information that is well known in computer science. One of skill would have been motivated to use such a method, for example, to use less space or memory in the part of the system with the location information in order to gain overall speed, efficiency, or computing ability related to that part of the system. Furthermore, to the extent the prior art discloses the use of at least one location server, it would have been obvious to use more than one location server to achieve further benefits. *See* MPEP § 2144.VI.B. (Obviousness of Duplication of Parts). One skilled in the art would also be familiar with DNS, which relies on a network of location servers to map host names to internet addresses. Therefore, it would have been obvious to one of skill to employ data location servers in Neimat.<br><br>**Obviousness of Data in a Network Pertaining to the Entity:** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, RFC1034 discloses a DNS protocol for implementing domain name facilities. (*Id.*, 1.)<br><br>"The domain system also defines procedures for caching retrieved data and for periodic refreshing of data defined by the system administrator." (*Id.*, 5.) |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| | "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs). The order of RRs in a set is not significant, and need not be preserved by name servers, resolvers, or other parts of the DNS. <br><br> When we talk about a specific RR, we assume it has the following: <br><br> owner      which is the domain name where the RR is found. <br><br> type        which is an encoded 16 bit value that specifies the type of the resource in this resource record. Types refer to abstract resources." (*Id.*, 11-12.) <br><br> "RRs are represented in binary form in the packets of the DNS protocol, and are usually represented in highly encoded form when stored in a name server or resolver." (*Id.*, 13.) <br><br> BIND 8 supports DNS dynamic updates. This feature "permits authorized updaters to add and delete resource records from a zone for which the server is authoritative." (DNS and BIND, 231.) "Dynamic update permits more than the simple addition and deletion of records. Updaters can add or delete individual resource records, delete RRsets …, or even delete all records associated with a given name." (*Id.*) "For the most part, dynamic update functionality is used by programs … [that] use the *ns_update()* routine to create update messages and send them to an authoritative server for the zone that contains the domain name." (*Id.*, 231-232.) |
| **[1.b]** a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first set of location information; and | See above evidence regarding claim limitation 1.a. |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| **[1.c]** programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>"From the key value, the one client generates a first memory address, which identifies a first memory location or 'bucket'. The one client selects from the plurality of servers a server that includes the first memory location. The one client then transmits the key value as part of a message to the server that includes the first memory location. The server that includes the first memory location determines whether the first address is the correct address." (5:35-43.)<br><br>"If the first memory address is not the correct memory address, then, from the key value, the server generates a second memory address, $a_2$, that identifies a second memory location, as shown in block 208 of the flow chart of FIG. 2. The step of generating the second address by means of the server includes: making the second address, $a_2$, equal to the first hash value, $h_1$ (C); decrementing the first server index value, J, to produce a decremented first server index value, J-1; hashing the key value using a hashing function based upon the decremented first server index value to produce a second hash value, $h_2$ (C); and changing the second address so as to be equal to the second hash value if the second hash value is greater than the first address, and if the second hash value is less than the first hash value." (10:13-27.) |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| | 
**FIG. 2**

**<u>Obviousness of Data in a Network Pertaining to the Entity:</u>** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, RFC1034 discloses a DNS protocol for implementing domain name facilities. (*Id.*, 1.)

"The domain system also defines procedures for caching retrieved data and for periodic refreshing of data defined by the system administrator." (*Id.*, 5.) |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
|  | "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs). The order of RRs in a set is not significant, and need not be preserved by name servers, resolvers, or other parts of the DNS. |
|  | When we talk about a specific RR, we assume it has the following: |
|  | owner     which is the domain name where the RR is found. |
|  | type     which is an encoded 16 bit value that specifies the type of the resource in this resource record. Types refer to abstract resources." (*Id.*, 11-12.) |
|  | "RRs are represented in binary form in the packets of the DNS protocol, and are usually represented in highly encoded form when stored in a name server or resolver." (*Id.*, 13.) |
|  | BIND 8 supports DNS dynamic updates. This feature "permits authorized updaters to add and delete resource records from a zone for which the server is authoritative." (DNS and BIND, 231.) "Dynamic update permits more than the simple addition and deletion of records. Updaters can add or delete individual resource records, delete RRsets …, or even delete all records associated with a given name." (*Id.*) "For the most part, dynamic update functionality is used by programs … [that] use the *ns_update()* routine to create update messages and send them to an authoritative server for the zone that contains the domain name." (*Id.*, 231-232.) |
| **[3]** The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below. |
|  | "However, if the first address is not the correct address, then the following steps are performed in accordance with the method of the present invention. |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query. | From the key value, the server that includes the first memory location generates a second memory address, which identifies a second memory location or 'bucket'. The server that includes the first memory location then selects from the plurality of servers a server that includes the second memory location. The server that includes the first memory location then transmits the key value as part of a message to the server that includes the second memory location.

The server that includes the second memory location determines whether the second address is the correct address. Quite often, if the first address is not the correct address then the second address is the correct address. However, if the second address is not the correct address, then the server that includes the second memory location generates a third memory address. In accordance with the teachings of the present invention discussed greater detail later herein, the third address is certain to be the correct address if neither one of the first or second addresses is the correct address." (5:42-67.) |
| **[6]** The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.

"From the key value, the one client processor generates a first memory address that identifies a first memory location as shown in block 202. The step of generating the first address includes the one client data processor retrieving a client index value, i', which is stored in a client memory coupled to the one client data processor. The one client data processor hashes the key value using a hashing function based upon the client index value, i', so as to produce the first address, $a_1$." (8:57-67.)

"From the key value, the server determines whether the first memory address is the correct memory address, as shown in block 206. In the preferred embodiment, the step of determining whether the first address is the correct address includes retrieving a first server index value, J, from the first memory location, hashing the |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| | key value using a hashing function based upon the first server index value to produce a first hash value, and comparing the first address to the first hash value to determine whether the first address is the correct address." (9:56-65.)

"If the first memory address is not the correct memory address, then, from the key value, the server generates a second memory address, $a_2$, that identifies a second memory location, as shown in block 208 of the flow chart of FIG. 2. The step of generating the second address by means of the server includes: making the second address, $a_2$, equal to the first hash value, $h_1$ (C); decrementing the first server index value, J, to produce a decremented first server index value, J-1; hashing the key value using a hashing function based upon the decremented first server index value to produce a second hash value, $h_2$ (C); and changing the second address so as to be equal to the second hash value if the second hash value is greater than the first address, and if the second hash value is less than the first hash value." (10:13-26.) |
| **[10.Preamble]** A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | See above evidence regarding the preamble of claim 1. |
| **[10.a]** a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information, and comprising at least one application server address, wherein the plurality of location servers are arranged in a cluster topology such that each location server contains a unique set of location information of an aggregate set of the location information; and | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.

See above evidence regarding claim limitation 1.a. In addition, Neimat discloses a distributed topology of servers, each with a unique set of information.

"Accordingly, what is needed is a flexible and efficient data processing method and apparatus, which generates a correct memory address from a character or digit string such as a record key value, and which is adapted for use in distributed or parallel processing architectures such as computer networks, multiprocessing systems, and the like." (4:31-36.) |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| | "The servers are coupled, preferably by a network, so that each server can send records to other servers." (4:63-65.)<br><br>"In accordance with distributed processing principles of the preferred embodiment, data records reside in memory locations at sites of the network. For storing records, it is more efficient to use memory locations in random access memory, RAM, of another processor site of the network than to use memory locations in a local disk. Accordingly, in the preferred embodiment, storage of records is distributed in RAM at various network sites, providing efficient performance of very large database operations that are not feasible in practice within the traditional database architecture." (7:49-59.)<br><br>See also Figures 1 and 4. |
| **[10.b]** programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server does not contain location information relevant to the desired identifier, wherein the redirect message comprises information for finding a location server having location information related to the desired identifier. | See above evidence regarding claim limitation 1.c and claim 3. |
| **[14.Preamble]** A method of handling location queries in a network, the network comprising a plurality of location servers, each location server containing a unique set of location | See above evidence regarding the preamble of claim 1. |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location, the method comprising: | |
| **[14.a]** receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location; | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.

"If any one of the clients initiates a database operation such as inserting a record into the database, searching the database to determine whether a particular record are present, or retrieving a record, the client initiating the operation provides a record key value. From the record key value, the method of the present invention provides a correct memory address needed to perform the database operation." (5:23-29.)

"The key value is generated by means of any one of the client data processors. From the key value, the one client generates a first memory address, which identifies a first memory location or 'bucket'." (5:34-37.)

**Obviousness of Data Location Server:** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. The Patents-in-Suit recognize that "location" is not a requirement for its data servers as "NDTP can be used for any application in which one-to-zero or one-to-many associations among strings are to be maintained and accessed on a network. In applications of NDTP other than distributed databases, the term identifier is likely to make sense in most cases, but the term location may not." ('170 patent, 20:30-37; '640 patent, 20:18-25; '978 patent, 25:11-14.) The Microfiche Appendix filed with the '170 and '640 patents provides software code that demonstrates that location is not necessary for the operation of the data servers. The concept of storing information about the location of data in a |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| | distributed network is well known, even fundamental, in the field of computer science. In addition, the concept of separating information about the location of data from the data itself, for instance, is an obvious method of organizing information that is well known in computer science. One of skill would have been motivated to use such a method, for example, to use less space or memory in the part of the system with the location information in order to gain overall speed, efficiency, or computing ability related to that part of the system. Furthermore, to the extent the prior art discloses the use of at least one location server, it would have been obvious to use more than one location server to achieve further benefits. *See* MPEP § 2144.VI.B. (Obviousness of Duplication of Parts). One skilled in the art would also be familiar with DNS, which relies on a network of location servers to map host names to internet addresses. Therefore, it would have been obvious to one of skill to employ data location servers in Neimat. |
| **[14.b]** sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location response message comprising location information identifying at least one application server containing information relevant to the entity identified in the query; and | See above evidence regarding claim limitation 1.c and claim 3. |
| **[14.c]** sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query. | See above evidence regarding claim limitation 1.c and claim 3. |
| **[17.Preamble]** A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below. |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising: | See above evidence regarding the preamble of claim 1 and claim limitation 1.a. In addition, Neimat discloses a method of scaling.<br><br>Neimat discloses a method of scaling at least the capacity of a system "to a size limited only by data storage capacity of the servers." (5:18-20.)<br><br>"The addressable storage space available to the database expands linearly, one memory location or 'bucket' at a time, to a size limited only by data storage capacity of the servers. Accordingly, addressable storage space available to the database expands to occupy new servers linearly, one server at a time, and only when servers already used are efficiently loaded." (5:16-22.) |
| **[17.a]** providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier; | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>Neimat discloses that "servers are coupled, preferably by a network, so that each server can send records to other servers" via an appropriate transfer protocol.<br><br>"By means of one of the client sites interacting with the server sites, a computer user is able to browse or search through the data records, or to insert, or retrieve data records as required." (8:16-19.)<br><br>"Over the network, the one client data processor transmits the key value to the server that includes the first memory location, as shown in block 204 of the flow chart of FIG. 2." (9:52-55.) |
| **[17.b]** storing location information formatted according to the transfer protocol at a first location server; | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below. |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| | "In the preferred embodiment, the first memory location stores a static table which maps a respective memory address of each memory location to a respective server address." (10:50-53.)<br><br>"As shown in FIG. 3A, it is preferred that the database storage space initially includes a single memory location 0, which is included in server 0. Accordingly, in the preferred embodiment, one is the initial number of memory locations available for record storage before any expansion of the addressable storage space, so N=1. Since memory location 0 is not initially completely filled with data records, records initially provided by the autonomous clients are stored in memory location 0. If any one of the clients inserts a record into the database, the one client generates a key value of the record, the correct address is generated from the key value in accordance with the method of the invention discussed previously herein with respect to the flow chart of FIG. 2, and the record is stored at a memory location identified by the correct address." (12:30-44.)<br><br>**Obviousness of Data Location Server:** To the extent that Kove contends that Neimat does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. The Patents-in-Suit recognize that "location" is not a requirement for its data servers as "NDTP can be used for any application in which one-to-zero or one-to-many associations among strings are to be maintained and accessed on a network. In applications of NDTP other than distributed databases, the term identifier is likely to make sense in most cases, but the term location may not." ('170 patent, 20:30-37; '640 patent, 20:18-25; '978 patent, 25:11-14.) The Microfiche Appendix filed with the '170 and '640 patents provides software code that demonstrates that location is not necessary for the operation of the data servers. The concept of storing information about the location of data in a distributed network is well known, even fundamental, in the field of computer science. In addition, the concept of separating information about the location of data from the data itself, for instance, is an obvious method of organizing |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
|  | information that is well known in computer science. One of skill would have been motivated to use such a method, for example, to use less space or memory in the part of the system with the location information in order to gain overall speed, efficiency, or computing ability related to that part of the system. Furthermore, to the extent the prior art discloses the use of at least one location server, it would have been obvious to use more than one location server to achieve further benefits. *See* MPEP § 2144.VI.B. (Obviousness of Duplication of Parts). One skilled in the art would also be familiar with DNS, which relies on a network of location servers to map host names to internet addresses. Therefore, it would have been obvious to one of skill to employ data location servers in Neimat. |
| **[17.c]** receiving an identifier and a location relevant to the identifier at the first location server; | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>"As further exemplary illustration in FIG. 3B, the clients insert four records into the database by generating key values of 10, 32, 321, and 216, generating the correct memory address of Location 0, and storing the records in Location 0. Accordingly, FIG. 3B shows four data records stored in Location 0." (14:22-27.) |
| **[17.d]** storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, and to the extent this claim language can be understood, then Neimat discloses this element, for example, as described above with respect to claim limitations 17.b and 17.c, and below.<br><br>"The addressable storage space available to the database expands linearly, one memory location or 'bucket' at a time, to a size limited only by data storage capacity of the servers. Accordingly, addressable storage space available to the database expands to occupy new servers linearly, one server at a time, and only when servers already used are efficiently loaded. For the purposes of this discussion only, it is assumed that each of the data locations has a storage capacity of four records. Accordingly, location 0 has become full and a 'collision' occurs if there is an attempt to store a fifth record at location 0. For the sake of this |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| | discussion only, it is assumed that one of the Clients provides the fifth record, which has a key value, C=153, and which triggers the collision." (14:28-41.) |
| **[17.e]** transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, and to the extent this claim language can be understood, then Neimat discloses this element, for example, as described below. "If memory location 0 becomes full, then what is known as a 'collision' occurs. Collisions are well known to those with ordinary skill in the art. In accordance with the invention, address space of storage memory locations available for storage is gradually increased as needed by a process of 'splitting' a respective predetermined one of the memory locations or 'buckets'. In response to each collision, the respective predetermined memory location or 'bucket' is 'split' by creating a respective new memory location, and moving approximately half of the records from the respective predetermined memory location to the respective new memory location." (13:26-37.) "In a general case, the split coordinator server receives a collision message over the network from a server that includes a memory location that undergoes a collision. In response to the collision message, the split coordinator server transmits a split message to a target server that includes the predetermined memory location identified by the coordinator pointer value, n." (14:42-48.) |
| **[23]** The method of claim 17, wherein the performance criterion comprises an amount of available persistent storage space in the first location server. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e. As described with respect to claim 17, Neimat uses the amount of available storage space as the performance criteria regarding when to start its splitting process. (*See id.,* 13:26-43.) Neimat also discloses that this storage space can be "persistent." "Preferably, memory locations are in RAM, although they could alternatively be on disk as well." (*Id.*, 8:42-44.) |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| **[24]** The method of claim 17, wherein the performance criterion comprises a transaction rate limit. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e.<br><br>**Obviousness of Load Balancing:** To the extent that Kove contends that Neimat does not disclose this limitation, the subject matter as a whole of this claim would have been obvious to one of skill in the art before the invention. The concept of transferring information from one server to another when the server is full, for example, is obvious and conventional in the field of computer science. One of skill would have been motivated to do so, for example, for the obvious benefit of improving system performance, speed, and efficiency. Therefore, it would have been obvious to one of skill to employ redirection in Neimat, and further in view of Venkatasubramanian.<br><br>Venkatasubramanian discloses "A Load Management Example" of load balancing data in a video delivery system using memory size, CPU load, and network and disk bandwidth.<br><br>**1.2 A Load Management Example**<br><br>Consider the example in Figure 2. Suppose that at some time instant, a video server that has two data sources $S_1$ and $S_2$ has sufficient storage to accommodate eight video objects on $S_1$ and two video objects on $S_2$. Further, suppose $S_1$ and $S_2$ have sufficient bandwidth to support three and eight additional requests, respectively. Also, suppose that ten additional requests, eight for a video object $V_1$ and one each for video objects $V_2$ and $V_3$ are expected to arrive in the near future. Considering the disk space and bandwidth availabilities of the data sources, it is prudent to allocate $V_1$ to $S_2$ and $V_2$ and $V_3$ to $S_1$. On the other hand, if $V_2$ and $V_3$ were allocated to $S_2$, the video server would only be able to handle five of the ten requests - three for $V_1$ and one each for $V_2$ and $V_3$.<br><br>(Venkatasubramanian, 529.) |
| **[30]** The method of claim 17, wherein transferring a portion of the identifiers and | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e. |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit. | |
| **[31.Preamble]** A system for managing location information and providing location information to location queries, the system comprising: | See above evidence regarding the preamble of claim 1. |
| **[31.a]** a location server operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each location specifies a location of data in a network pertaining to the entity, the location server containing location information corresponding to at least one entity and formatted according to the transfer protocol, and wherein the location of data for the location comprises an application server in communication with the network; and | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Neimat discloses this element, for example, as described below.<br><br>See above evidence regarding claim limitation 1.a. In addition, Neimat discloses a database application.<br><br>"The present invention provides fast storage and subsequent searching and retrieval of data records in data processing applications such as database applications." (Abstract, 4:46-49, 20:4-7, see also, 7:2-7, 8:33-37 (describing medical database application).) |
| **[31.b]** programming logic stored on the location server responsive to a location query identifying a desired entity to return a location message, the location message comprising locations associated with the desired entity, wherein the location server returns the location | See above evidence regarding claim 1.c. |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 5,542,087 to Neimat, DNS and, for Claim 24, Venkatasubramanian |
|---|---|
| message if the location server contains location information for the desired entity. | |

**<u>Exhibit 3~~FD~~: Invalidity Claim Chart Against U.S. Patent No. 7,233,978 in View of U.S. Patent No. 6,212,521 to Minami</u>**

~~AWS~~Amazon asserts that claims 1, 3, 6, 10, 14, 17, 23, 24, 30, and 31 of U.S. Patent No. 7,233,978 ("the '978 patent") are obvious in view of the combination of U.S. Patent No. 6,212,521 to Minami ("Minami"), DNS and, for claims 17, 23, 24, and 30, Neimat, and for claim 24, Venkatasubramanian. Minami qualifies as prior art under pre-AIA 35 U.S.C. § 102(e), e.g., because it was filed on March 27, 1998, before the July 8, 1998 filing date of U.S. Application No. 09/111,896, Kove's earliest claimed priority date for claims of the '978 patent, and issued on April 3, 2001. DNS qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it was publicly available in May 1997, more than a year before Kove's claimed priority dates. Neimat qualifies as prior art under pre-AIA 35 U.S.C. § 102(b), e.g., because it was issued on July 30, 1996, more than a year before Kove's claimed priority dates. Venkatasubramanian qualifies as prior art under pre-AIA 35 U.S.C. § 102(b), e.g., because it published in 1997, more than a year before Kove's claimed priority dates. The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and ~~AWS~~Amazon reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

Furthermore, the following list includes examples of specifically where certain '978 patent claim elements are found in Minami.
- Client: Terminal
- Identifier: Search keyword
- Location information: Primary server identifier
- Location server: Primary server
- Data: Data
- Redirect message:  Data Retrieval Process (e.g., D-2-2)

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| **[1.Preamble]** A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.<br><br>In general, Minami discloses that a terminal can send a search keyword to a primary server that has a primary hash function unit that computes a primary server identifier. |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | "A data management system that allows client terminals on a network to register records with search keywords to *distributed data management servers* and to *retrieve them* by entering a specific search keyword." (Abstract)  <br> FIG. 3 <br><br> "Taking the above into consideration, a first object of the present invention is to provide a data management system which relieves processing loads imposed on individual data management servers by distributing data registration and retrieval tasks and reducing the amount of data maintained in each server. Moreover, a second object of the present invention is to provide a primary server for use in the above data management system; a third object of the present invention is to provide a secondary server for use in the above data management system." (3:38-47.) |
| **[1.a]** a first location server containing a first set of location information corresponding to at least one entity, the location information | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below. |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| comprising an identifier and at least one location string associated with the identifier, wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity | "The entire coverage area of the network is divided into a plurality of primary areas, and each primary area is further subdivided into a plurality of secondary areas. ***Primary and secondary servers are deployed over the network***, one for each individual primary area and secondary area, respectively." (Abstract, see also 7:43-50, Fig. 1.)<br><br><br>FIG. 1<br><br>"FIG. 20--Regular data storage, local replicated data storage, remote replicated data storage, local backup data storage, and remote backup data storage. (All those five storage areas are used to store search keywords and data objects to be retrieved with specific keywords, along with related server identifiers. This structure is common to primary servers and secondary servers.)" (12:49-56, Fig. 20.) |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | COMMON DATA STRUCTURE OF REGULAR DATA STORAGE, LOCAL REPLICATED DATA STORAGE, REMOTE REPLICATED DATA STORAGE, LOCAL BACKUP DATA STORAGE, AND REMOTE BACKUP DATA STORAGE<br><br>DATA COUNTER<br>SEARCH KEYWORD (=IP ADDRESS)<br>DATA OBJECT TO BE RETRIEVED (=ATM ADDRESS)<br>SERVER IDENTIFIER<br>SEARCH KEYWORD (=IP ADDRESS)<br>DATA OBJECT TO BE RETRIEVED (ATM ADDRESS)<br>SERVER IDENTIFIER<br><br>FIG. 20<br><br>"To accomplish the first object, according to the present invention, there is provided a data management system which allows terminals on a network to register records with search keywords and to retrieve the records by entering a specific search keyword. This system comprises the following elements:<br>a plurality of primary areas which constitute an entire coverage area of the network;<br>a plurality of secondary areas which constitute each of the primary areas; |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | a plurality of primary servers, one for each primary area, which are uniquely identified in the network by primary server identifiers assigned thereto; a plurality of secondary servers, one for each secondary area, which are uniquely identified in each primary area by secondary server identifiers assigned thereto; a primary transformation unit, disposed in each primary server, for processing a given search keyword to derive a specific primary server identifier indicating one of the primary servers that governs a particular primary area where the secondary server having a record corresponding to the given search keyword is located; and a secondary transformation unit, disposed in each primary server and each secondary server, for processing a given search keyword to derive a specific secondary server identifier indicating one of the secondary servers that is located in the same primary area and has a record corresponding to the given search keyword." (3:48-4:9.)<br><br>**Obviousness of Data Location Server:** To the extent that Kove contends that Minami does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. The Patents-in-Suit recognize that "location" is not a requirement for its data servers as "NDTP can be used for any application in which one-to-zero or one-to-many associations among strings are to be maintained and accessed on a network. In applications of NDTP other than distributed databases, the term identifier is likely to make sense in most cases, but the term location may not." ('170 patent, 20:30-37; '640 patent, 20:18-25; '978 patent, 25:11-14.) The Microfiche Appendix filed with the '170 and '640 patents provides software code that demonstrates that location is not necessary for the operation of the data servers. The concept of storing information about the location of data in a distributed network is well known, even fundamental, in the field of computer science. In addition, the concept of separating information about the location of data from the data itself, for instance, is an obvious method of organizing information that is well known in computer science. One of skill would have been motivated to use such a method, for example, to use less space or memory in the |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | part of the system with the location information in order to gain overall speed, efficiency, or computing ability related to that part of the system. Furthermore, to the extent the prior art discloses the use of at least one location server, it would have been obvious to use more than one location server to achieve further benefits. *See* MPEP § 2144.VI.B. (Obviousness of Duplication of Parts). One skilled in the art would also be familiar with DNS, which relies on a network of location servers to map host names to internet addresses. Therefore, it would have been obvious to one of skill to employ data location servers in Minami. <br><br> **Obviousness of Data in a Network Pertaining to the Entity:** To the extent that Kove contends that Minami does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, RFC1034 discloses a DNS protocol for implementing domain name facilities. (*Id.*, 1.) <br><br> "The domain system also defines procedures for caching retrieved data and for periodic refreshing of data defined by the system administrator." (*Id.*, 5.) <br><br> "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs). The order of RRs in a set is not significant, and need not be preserved by name servers, resolvers, or other parts of the DNS. <br> When we talk about a specific RR, we assume it has the following: <br> owner      which is the domain name where the RR is found. <br> type      which is an encoded 16 bit value that specifies the type of the resource in this resource record. Types refer to abstract resources." (*Id.*, 11-12.) |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | "RRs are represented in binary form in the packets of the DNS protocol, and are usually represented in highly encoded form when stored in a name server or resolver." (*Id.*, 13.)<br><br>BIND 8 supports DNS dynamic updates. This feature "permits authorized updaters to add and delete resource records from a zone for which the server is authoritative."  (DNS and BIND, 231.) "Dynamic update permits more than the simple addition and deletion of records. Updaters can add or delete individual resource records, delete RRsets …, or even delete all records associated with a given name." (*Id.*) "For the most part, dynamic update functionality is used by programs … [that] use the *ns_update()* routine to create update messages and send them to an authoritative server for the zone that contains the domain name." (*Id.*, 231-232.) |
| **[1.b]** a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first set of location information; and | See above evidence regarding claim limitation 1.a. |
| **[1.c]** programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.<br><br>Minami describes data retrieval. (19:35-23:37.) For example, "(D-1-2) The secondary server 110 receives this request message through its communication controller, and executes a process of FIG. 42 by activating its data retrieval unit that is responsible for the data retrieval message class. Since the received message is identified as a data retrieval request message, the data retrieval unit takes a process flow of F423, whose main part is shown in FIG. 43. In F423, the data retrieval unit extracts a search keyword '5' from the request message, saves this search keyword and the connection identifier for the terminal 41 for later use, and then searches the regular data storage for a record relevant to the extracted search |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | keyword '5.' In CASE (1), this search successfully ends up with a record containing 'IP ADDRESS=5' (search keyword) and 'ATM ADDRESS=55' (retrieved data). Then, according to the flowchart of FIG. 45, the search report unit produces a 'data found' message with the format of FIG. 16 to inform the requesting terminal 41 of the successful search result. It obtains the connection to the terminal 41 from the search keyword '5' and transmits the 'data found' message to the requesting terminal 41 by activating the communication controller." (19:58-20:11.) |
| | **Obviousness of Data in a Network Pertaining to the Entity:** To the extent that Kove contends that Minami does not disclose this claim limitation, the subject matter as a whole of this claim, including this limitation, would have been obvious to one of skill in the art before the invention. For example, RFC1034 discloses a DNS protocol for implementing domain name facilities. (*Id.*, 1.) |
| | "The domain system also defines procedures for caching retrieved data and for periodic refreshing of data defined by the system administrator." (*Id.*, 5.) |
| | "A domain name identifies a node. Each node has a set of resource information, which may be empty. The set of resource information associated with a particular name is composed of separate resource records (RRs). The order of RRs in a set is not significant, and need not be preserved by name servers, resolvers, or other parts of the DNS. |
| | When we talk about a specific RR, we assume it has the following: |
| | owner        which is the domain name where the RR is found. |
| | type         which is an encoded 16 bit value that specifies the type of the resource in this resource record. Types refer to abstract resources." (*Id.*, 11-12.) |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | "RRs are represented in binary form in the packets of the DNS protocol, and are usually represented in highly encoded form when stored in a name server or resolver." (*Id.*, 13.) <br><br> BIND 8 supports DNS dynamic updates. This feature "permits authorized updaters to add and delete resource records from a zone for which the server is authoritative." (DNS and BIND, 231.) "Dynamic update permits more than the simple addition and deletion of records. Updaters can add or delete individual resource records, delete RRsets …, or even delete all records associated with a given name." (*Id.*) "For the most part, dynamic update functionality is used by programs … [that] use the *ns_update()* routine to create update messages and send them to an authoritative server for the zone that contains the domain name." (*Id.*, 231-232.) |
| **[3]** The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below. <br><br> Minami describes data retrieval. (19:35-23:37.) For example, "(D-2-2) The secondary server 120 receives this data retrieval request message through its communication controller, and initiates a process of FIG. 42 by activating its data retrieval unit that deals with the data retrieval message class. Since the received message is identified as a data retrieval request message, the data retrieval unit takes a process flow of F423, whose main part is shown in FIG. 43. In F423, the data retrieval unit first extracts a search keyword '5' from the request message, saves this search keyword and the connection identifier for the terminal 50 for later use, and then searches its own regular data storage for a record relevant to the extracted search keyword '5.' In this CASE (2), however, this search ends up with no matches. The data retrieval unit then applies its secondary hash function to the search keyword '5,' thus obtaining a secondary hash value of '3.' Since this secondary hash value '3' does not match with its own secondary server identifier '2,' the secondary server 120 produces a local replicated data retrieval request |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | message (FIG. 13) on the basis of the data retrieval request message in process. This new message, having a value of '2' in its secondary server identifier field, is transmitted by the communication controller to another secondary server 130 whose secondary server identifier is known to be '3.'" (20:27-50.)<br><br>"A primary hash function unit 109 and secondary hash function unit 111 are used to obtain a primary and secondary server identifiers, respectively, from a given search keyword." (10:43-46.)<br><br>"As a background knowledge, the following few paragraphs present a brief description of hash functions used in the present embodiment, assuming the area division illustrated in FIG. 2. Generally, hash function is a transformation that takes a variable-size input (a search keyword in the present case) and returns a fixed-size string, which is called the hash value. In the present invention, the data management servers use two kinds of hash functions called "primary hash function" and "secondary hash function." It is noted here that all primary servers commonly use the same primary hash function, while each primary server and its subordinate secondary servers (i.e., secondary servers in that server's primary area) share a common same secondary hash function of their own. In other words, the primary and secondary servers in different primary areas use different secondary hash functions." (14:6-20.) |
| **[6]** The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table. | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.<br><br>"The primary hash function, commonly used by the primary servers, produces the primary hash value by processing a given search keyword in the following way, based on the number of primary areas (='3') and the number of secondary areas (='3'). First, the given search keyword, now being treated as a binary value, is divided by '3.' A constant value of '1' is then added to the remainder of that division, thus obtaining the primary hash value. The secondary hash function |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | commonly used in the primary area of the primary server 10 divides a given search keyword by 2 (i.e., applying a 1-bit right-shift operation to the binary dividend) and further divides the quotient by 3. Lastly, a constant value of 1 is added to the remainder of the second division, thereby yielding the secondary hash value. The secondary hash function commonly used in the primary server 20's primary area divides a given search keyword by '4' (i.e., applying a 2-bit right-shift operation to the binary dividend) and further divides the quotient by 3. Then, a constant value of 1 is added to the remainder of the second division, thereby yielding the secondary hash value. Likewise, the secondary hash function commonly used in the primary server 30's primary area first divides a given search keyword by '8' (i.e., applying a 3-bit right-shift operation to the binary dividend), further divides the quotient by '3,' and adds a constant value of '1' to the remainder of the second division, thereby yielding the secondary hash value." (14:21-47.) |
| **[10.Preamble]** A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | See above evidence regarding the preamble of claim 1. |
| **[10.a]** a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information, and comprising at least one application server address, wherein the plurality of location servers are arranged in a cluster topology such that each location server contains a unique set of location information of an aggregate set of the location information; and | See above evidence regarding claim limitation 1.a.<br><br>In addition, Minami discloses a plurality of servers arranged in a cluster topology such that each server contains a unique set of information, as shown in Figure 4, below.<br><br>"FIG. 4 is a diagram which shows a configuration of a network where permanent virtual connections (PVCs) have been established between servers." (5:1-3, see also 12:6-7.) |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| |  FIG. 4 |
| **[10.b]** programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server does not contain location information relevant to the desired identifier, wherein the redirect message comprises information for finding a location server having location information related to the desired identifier. | See above evidence regarding claim limitation 1.c and claim 3. |
| **[14.Preamble]** A method of handling location queries in a network, the network comprising a | See above evidence regarding the preamble of claim 1. |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| plurality of location servers, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location, the method comprising: | |
| [14.a] receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location; | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.

"(D-1-1) Due to the lack of knowledge about the destination ATM address, the terminal 41 executes a data retrieval process of FIG. 22. That is, the data retrieval request unit creates a data retrieval request message with a search keyword value of "5" and activates the communication controller to send the message to the secondary server 110." (19:52-57, see also, 20:20-26, 21:21-27.) |
| [14.b] sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location response message comprising location information identifying at least one application server containing information relevant to the entity identified in the query; and | See above evidence regarding claim limitation 1.c and claim 3. |
| [14.c] sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query. | See above evidence regarding claim limitation 1.c and claim 3. |
| [17.Preamble] A method of scaling at least one of capacity and transaction rate capability in a | See above evidence regarding the preamble of claim 1 and claim limitation 1.a. |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| location server in a system having a plurality of location servers for storing and retrieving location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising: | Minami discloses a "data management system" that allows for the scaling of at least one of capacity and transaction rate in order to "relieve[] processing loads imposed on individual data management servers by distributing data registration and retrieval tasks and reducing the amount of data maintained on each server." (3:38-47.) |
| **[17.a]** providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier; | See above evidence regarding claim 1.a. |
| **[17.b]** storing location information formatted according to the transfer protocol at a first location server; | See above evidence regarding claim 1.a. |
| **[17.c]** receiving an identifier and a location relevant to the identifier at the first location server; | See above evidence regarding claim 1.c. |
| **[17.d]** storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and | See above evidence regarding claim 1.c. |
| **[17.e]** transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit. | **Obviousness of Load Balancing:** To the extent that Kove contends that Minami does not disclose this limitation, the subject matter as a whole of this claim would have been obvious to one of skill in the art before the invention. The concept of transferring information from one server to another when the server is full, for example, is obvious and conventional in the field of computer science. One of skill would have been motivated to do so, for example, for the obvious benefit of improving system performance, speed, and efficiency. Therefore, it would have |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
|  | been obvious to one of skill to employ redirection in Minami, and further in view of Neimat.<br><br>Neimat states: "If memory location 0 becomes full, then what is known as a 'collision' occurs. Collisions are well known to those with ordinary skill in the art. In accordance with the invention, address space of memory locations available for storage is gradually increased as needed by a process of 'splitting' a respective predetermined one of the memory locations or 'buckets'. In response to each collision, the respective predetermined memory location or 'bucket' is 'split' by creating a respective new memory location, and moving approximately half of the records from the respective predetermined memory location to the respective new memory location." (13:26-37.)<br><br>Neimat further explains: "In a general case, the split coordinator server receives a collision message over the network from a server that includes a memory location that undergoes a collision. In response to the collision message, the split coordinator server transmits a split message to a target server that includes the predetermined memory location identified by the coordinator pointer value, n." (14:42-48.) |
| **[23]** The method of claim 17, wherein the performance criterion comprises an amount of available persistent storage space in the first location server. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e.<br><br>As described with respect to claim 17, Neimat uses the amount of available storage space as the performance criteria regarding when to start its splitting process. (*See id.,* 13:26-43.) Neimat also discloses that this storage space can be "persistent." "Preferably, memory locations are in RAM, although they could alternatively be on disk as well." (*Id.,* 8:42-44.) |
| **[24]** The method of claim 17, wherein the performance criterion comprises a transaction rate limit. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e. |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| | In addition, Venkatasubramanian discloses "A Load Management Example" of load balancing data in a video delivery system using memory size, CPU load, and network and disk bandwidth.<br><br>**1.2  A Load Management Example**<br><br>Consider the example in Figure 2. Suppose that at some time instant, a video server that has two data sources $S_1$ and $S_2$ has sufficient storage to accommodate eight video objects on $S_1$ and two video objects on $S_2$. Further, suppose $S_1$ and $S_2$ have sufficient bandwidth to support three and eight additional requests, respectively. Also, suppose that ten additional requests, eight for a video object $V_1$ and one each for video objects $V_2$ and $V_3$ are expected to arrive in the near future. Considering the disk space and bandwidth availabilities of the data sources, it is prudent to allocate $V_1$ to $S_2$ and $V_2$ and $V_3$ to $S_1$. On the other hand, if $V_2$ and $V_3$ were allocated to $S_2$, the video server would only be able to handle five of the ten requests - three for $V_1$ and one each for $V_2$ and $V_3$.<br><br>(Venkatasubramanian, 529.) |
| **[30]** The method of claim 17, wherein transferring a portion of the identifiers and associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e. |
| **[31.Preamble]** A system for managing location information and providing location information to location queries, the system comprising: | See above evidence regarding the preamble of claim 1. |

| U.S. Patent No. 7,233,978 | U.S. Patent No. 6,212,521 to Minami, DNS and, for Claims 17, 23, 24, and 30, Neimat, and, for Claim 24, Venkatasubramanian |
|---|---|
| **[31.a]** a location server operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each location specifies a location of data in a network pertaining to the entity, the location server containing location information corresponding to at least one entity and formatted according to the transfer protocol, and wherein the location of data for the location comprises an application server in communication with the network; and | If this claim language is interpreted to cover the Accused Products, as Kove appears to contend, then Minami discloses this element, for example, as described below.<br><br>See above evidence regarding claim limitations 1.a and 1.c. |
| **[31.b]** programming logic stored on the location server responsive to a location query identifying a desired entity to return a location message, the location message comprising locations associated with the desired entity, wherein the location server returns the location message if the location server contains location information for the desired entity. | See above evidence regarding claim 1.c. |