# Exhibit C

**Subject:** RE: Kove v. Amazon - M&C re Proposed Amended Contentions
**Date:** Monday, March 6, 2023 at 7:18:03 PM Pacific Standard Time
**From:** Jaime Cardenas-Navia
**To:** Ken Fung
**CC:** Kove Team, RJ_Kove_AWS

Hi Ken,

We can be available tomorrow at 2pm ET for the meet and confer.  I will send you the invite shortly – please forward it to anyone else on your team that is joining.

Kove presently has no objections to AWS's proposed amendments in its Second Amended Final Non-Infringement Contentions, but reserves all rights to object if new information comes to light or if AWS proposes additional amendments.

Kove objects to all of AWS's proposed amendments in its Fourth Amended Final Unenforceability and Invalidity Contentions.  AWS's proposed amendments are not justified by or related to AWS's new claim construction positions, are untimely, and are prejudicial to Kove.  Kove reserves all rights to raise additional objections if new information comes to light or if AWS proposes additional amendments.

Best,
Jaime

Jaime F. Cardenas-Navia
**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
400 Madison Avenue, Suite 14D
New York, NY 10017
(646) 921-1474

---

**From:** Ken Fung <Ken.Fung@fischllp.com>
**Sent:** Monday, March 6, 2023 6:05 PM
**To:** Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Kove v. Amazon - M&C re Proposed Amended Contentions

**[EXTERNAL]**
Counsel,

In advance of the Parties' meet and confer tomorrow regarding the amended contentions, Amazon provides the following objections and seeks clarification on some of Kove's proposed amendments.

In Kove's Second and Third Amended Final Validity Contentions, and Fourth Amended Final Infringement Contentions, Kove has withdrawn claims 1 and 31 of the '978 Patent. But in Kove's Third Amended Final Infringement Contentions, Kove continues to assert those claims. Please clarify whether Kove is still asserting claims 1 and 31 of the '978 Patent.

Further, in certain claim limitations in Kove's Fourth Amended Final Infringement Contentions, it is unclear if certain amendments proposed by Kove is in response to the additional claim construction issues. For example, in Ex. B, Kove's proposed amendment to claim limitation 1c includes the language "the MNs are

arranged in a non-hierarchical, cluster topology." But in claim limitation 1d, for example, such language is missing. This language is missing throughout a number of proposed amendments in Kove's infringement charts. Amazon asks that Kove clarify in its charts that the proposed amendments are in response to specific additional claim construction issues.

Amazon has no objections to Kove's Third Amended Final Validity Contentions at this time, but reserves the right to object should Kove provide further amendments.

We are available tomorrow between 2:00-3:00 PM ET to meet and confer if necessary. If this time works for Kove, please circulate a dial-in. Thank you.

Best,
Ken

**Ken Fung | Fisch Sigler LLP | Attorney**
+1.650.362.8207 (o)
+1.510.828.8170 (m)

400 Concar Drive
San Mateo, CA 94402 USA
Biography | Firm Victories | LinkedIn

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*