# Exhibit E

**Subject:** RE: Kove v. Amazon: Amended Contentions

**Date:** Wednesday, February 8, 2023 at 7:19:34 AM Pacific Standard Time

**From:** Jaime Cardenas-Navia

**To:** Jeff Saltman, RJ_Kove_AWS

**CC:** Kove Team

Hi Jeff,

Thank you for the call yesterday.  Following up, here is what we propose:

- 2/8/2023: parties serve amended Final Contentions (based on claim construction order and as approved by Court per ECF 512)
- 2/22/2023: parties exchange proposed amendments to ALL contentions based on AWS's new claim constructions, as well as any proposed amendments responsive to the Final Contentions served on 2/8/2023
- 2/28/2023: parties meet and confer regarding proposed amendments to contentions (written positions provided in advance)
- 3/3/2023: if needed, parties exchange updated proposed amendments to ALL contentions
- 3/8/2023: if needed, parties meet and confer (written positions provided in advance)
- 3/10/2023: parties file motions to amend contentions if unopposed.  If opposed, parties file motions to amend by 3/17/2023

The above proposal allows for contentions to be amended expeditiously so that the parties can take them into account as we complete fact discovery.  Any proposal in which Kove is required to amend its infringement contentions before AWS amends its non-infringement contentions would prejudice Kove and raise questions as to AWS's diligence in addressing the new claim constructions that it has insisted on injecting into the case.

Please let us know AWS's position on this issue as soon as you can.

Best,
Jaime

Jaime F. Cardenas-Navia
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
(646) 921-1474

---

**From:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>
**Sent:** Monday, February 6, 2023 12:09 PM
**To:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** Kove v. Amazon: Amended Contentions

**[EXTERNAL]**
Counsel,

Thank you for your time on the phone on Thursday. Regarding your proposal on conducting two rounds of

amended contentions, we'd like to better understand the timing of your proposal. For example, when would the first round of amended contentions be completed under your proposed schedule and what are the operative dates for the second round of contentions?

Based on the schedule for the last set of contentions, it appears that doing two rounds of contentions would potentially push the final contentions up until expert reports. Please let me know so that we can consider your proposal. Thank you.

Regards,
Jeff

**Jeffrey M. Saltman** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3640 (o)
+1.202.258.5781 (m)

5301 Wisconsin Avenue NW, Fourth Floor
Washington, DC 20015 USA
Biography | Firm Victories | LinkedIn

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*