## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
## Eastern Division

Kove IO, Inc.
                            Plaintiff,

v.
                                      Case No.: 1:18−cv−08175
                                      Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 24, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Any objection to defendant's motion to amend its invalidity contentions must be filed by 3/31/2023. No reply unless requested by the Court. Telephonic motion hearing, unless the Court deems it unnecessary, is set for 4/4/2023 at 9:20 AM, using call−in number 888−684−8852, access code 746−1053. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.