IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175<br><br>Hon. Matthew F. Kennelly |

### AMAZON'S NOTICE OF FILING PUBLIC VERSIONS OF SEALED EXHIBITS TO UNOPPOSED MOTION FOR LEAVE TO AMEND ITS FINAL NON-INFRINGEMENT CONTENTIONS

Pursuant to the Court's order (Dkt. No. 593) granting Amazon's motion to file under seal (Dkt. No. 587) and unopposed motion to amend its final non-infringement contentions (Dkt. No. 588 and 589), Amazon hereby files redacted versions of sealed Exhibit A (Dkt. No. 588-1) and Exhibit B (Dkt. No. 588-2) in the public record, attached hereto.

Dated: March 27, 2023

Respectfully submitted,

*/s/ R. William Sigler*
Alan M. Fisch
alan.fisch@fischllp.com
R. William Sigler
bill.sigler@fischllp.com
Jeffrey M. Saltman (*pro hac vice*)
jeffrey.saltman@fischllp.com
Lisa Phillips (*pro hac vice*)
lisa.phillips@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400

Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, and served a copy on all counsel of record via email.

                                        */s/ R. William Sigler*
                                        R. William Sigler