# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KOVE IO, INC.,

        Plaintiff,

        v.

AMAZON WEB SERVICES, INC.,

        Defendant.

)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:18-cv-08175

Hon. Matthew Kennelly

**HIGHLY CONFIDENTIAL**

**Deleted:** Amazon

**FIRST AMENDED FINAL NONINFRINGEMENT CONTENTIONS OF
DEFENDANT AMAZON WEB SERVICES, INC.**

Pursuant to the Local Patent Rules, the Court's February 25, 2022 Minute Entry (Dkt. No. 512) granting Motions to Amend Final Infringement and Invalidity Contentions (Dkt. Nos. 508, 510, and 511)), the Parties' agreement on amending contentions, and in light of the Court's December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484), Defendant Amazon Web Services, Inc. ("Amazon") provides the following First Amended Final Noninfringement Contentions to Plaintiff Kove IO, Inc. ("Kove") for the Asserted Claims of the Patents-in-Suit, as defined herein. This disclosure contains the information required by LPR 3.2 and 2.3(a).

## I.  RESERVATIONS OF RIGHTS

These noninfringement contentions are limited to the Asserted Claims, which Amazon defines as the claims identified in Kove's Third Amended Final Infringement Contentions for U.S. Patent Nos. 7,814,170 ("the '170 patent"), 7,103,640 ("the '640 patent"), and 7,233,978 ("the '978 patent") (collectively the "Patents-in-Suit"). In its infringement contentions, Kove identifies the following Asserted Claims:

'170 Patent: claims 1, 2, 6, 8, 12, 15

'640 Patent: claims 17, 18, 24

'978 Patent: claims 1, 3, 6, 10, 14, 17, 23, 24, 30, 31

However, because Kove listed claim 12 as an asserted claim, which depends from claim 9 and is identified in Kove's Exhibit B, Amazon provides noninfringement contentions for claim 9 and claim 12. And Amazon provides noninfringement contentions for the remainder of the Asserted Claims that Kove identified.

These contentions are necessarily limited because Kove has not properly identified any Amazon product or service as infringing any Asserted Claim of any of the Patents-in-Suit with

2

**Deleted:** Report of Parties' Planning Meeting and Agreed Case Schedule (Dkt. 54), and the Amended Scheduling Orders (Dkts. 114-115, 128, 137, 167, 180)

**Deleted:** AWS

**Deleted:** AWS

**Deleted:** Second

**Deleted:** In all three versions of its final infringement contentions, Kove provided claim charts for claims 1, 2, 6, 8, 9, 12, and 15 of the '170 patent, claims 17, 18, and 24 of the '640 patent, and claims 1, 3, 6, 10, 14, 17, 23, 24, 30, and 31 of the '978 patent. Kove dropped its assertion with respect to claim 17 of the '170 patent, which was listed in its Identification of Asserted Claims dated December 2, 2019. Kove did not list claim 9 of the '170 patent in its December 2, 2019 identification of asserted claims or its February 13, 2020 and June 1, 2020 final infringement contentions cover pleadings and, thus, AWS understands that claim 9 of the '170 patent is not asserted.

**Deleted:** , which depends from claim 9,

**Deleted:**

**Deleted:** AWS

**Deleted:** . AWS does not provide noninfringement contentions for claim 17 of the '170 patent in its Exhibit B because Kove expressly abandoned its infringement contentions for that claim.

**Deleted:** AWS

the specificity required by the Local Patent Rules. The deficiencies in Kove's Final Infringement Contentions, First Amended Final Infringement Contentions, Second Amended Final Infringement Contentions, and Third Amended Final Infringement Contentions have impeded Amazon's ability to understand how Kove contends Amazon's S3 and DynamoDB infringe the asserted claims. Amazon, therefore, reserves the right to supplement and/or amend these contentions in the event Kove provides additional information.

These contentions are based on Amazon's current knowledge, understanding, and belief based on the facts and information available at this time and are subject to supplementation and/or amendment as provided in the Local Rules, the Federal Rules of Civil Procedure, and/or any order of this Court. Amazon has not yet completed its investigation, collection of information, or analysis, and reserves the right to supplement and/or amend these contentions.

These contentions are based on Amazon's present understanding of Kove's interpretation of the Asserted Claims as advanced by Kove in its Third Amended Final Infringement Contentions.

Amazon reserves the right to supplement and/or amend these contentions based on claim construction rulings or arguments made in support thereof. In particular, Kove has made certain statements regarding the Patents-in-suit during related *ex parte* reexaminations of the Patents-in-Suit that materially alter the scope of the Asserted Claims. And the Court has allowed presentation of Amazon's additional claim construction positions during motions for summary judgment (Dkt. No. 580). The noninfringement contentions do not incorporate those claim construction positions since the parties have agreed to serve those contentions at a later date. Nothing in these contentions should be deemed to be an admission or contention with respect to the proper construction or scope of any terms in the Asserted Claims.

Amazon's noninfringement contentions contain pinpoint citations to source code demonstrating that Kove's infringement contentions are incorrect. Amazon reserves the right to rely on the source code files in Amazon's appendix to explain the operation of Amazon's software. In addition, Amazon reserves the right to cite any source code files cited by Kove, or source code files that are dependencies or inputs into those files.

## II. AMAZON'S S3 AND DYNAMODB DO NOT INFRINGE ANY CLAIM OF THE PATENTS-IN-SUIT

Neither of the accused Amazon systems, S3 or DynamoDB, infringes any claim of any of the three Patents-in-Suit. As explained in the accompanying claim charts, Exhibits A through E, Kove has not met its burden of proving either product satisfies each limitation of any of the Asserted Claims. In the accompanying claim charts, Exhibits A-E, Amazon provides a detailed response to Kove's contentions, as follows:

Exhibit A: Amazon S3 Does Not Infringe Claims 1 and 2 of the '170 Patent;

Exhibit B: Amazon DynamoDB Does Not Infringe Claims 1, 2, 6, 8, 9, 12, and 15 of the '170 Patent;

Exhibit C: Amazon DynamoDB Does Not Infringe Claims 17, 18, and 24 of the '640 Patent;

Exhibit D: Amazon S3 Does Not Infringe Claims 1, 6, 17, 23, 24, 30, and 31 of the '978 Patent; and

Exhibit E: Amazon DynamoDB Does Not Infringe Claims 1, 3, 6, 10, 14, 17, 23, 24, 30, and 31 of the '978 Patent.

Kove is not entitled to any damages both because it cannot establish that Amazon infringed any claim of any of the Patents-in-Suit, and because it has not proven damages. Amazon will provide additional bases for its damages position in its damages expert reports as set forth by the Court's case schedule (Dkt. No. 582).

## III. AMAZON'S S3 AND DYNAMODB DO NOT DIRECTLY OR INDIRECTLY INFRINGE ANY CLAIM OF THE PATENTS-IN-SUIT

The accompanying claim charts, Exhibits A-E, explain why Amazon's S3 and DynamoDB systems do not directly infringe any Asserted Claim of any of the Patents-in-Suit. Kove has also not established that Amazon indirectly infringes any of these claims under 35 U.S.C. § 271(b).

**A.      Kove Has Not Established That Amazon Induced Infringement Of Any Claim Of The Patents-In-Suit**

Kove has offered no evidence of induced infringement. Kove has not established that (1) Amazon actively encouraged infringement, (2) Amazon knew that the acts Amazon purportedly induced constituted patent infringement, or (3) the alleged encouraging acts actually resulted in direct patent infringement.

As explained in the accompanying claim charts, Kove has not established direct infringement. In addition, the materials Kove cites in its Third Amended Final Infringement Contentions do not show that Amazon actively encouraged any third party to infringe. None of those materials refers to the Patents-in-Suit or to any claim elements that Kove must prove to establish direct infringement. At most, Kove's cited documents explain how a potential user can use certain features of Amazon's S3 and DynamoDB systems. These materials do not show either active encouragement of infringement or knowledge by anyone at Amazon that the acts purportedly induced would constitute direct patent infringement. And Kove has not established that Amazon had the requisite knowledge of the Patents-in-Suit for induced infringement.

In addition, Kove fails to identify a person or organization that it contends Amazon induced to infringe. Without such proof, Kove has not established induced infringement.

**B.      Kove Has Not Established That Amazon Contributorily Infringed Any Claim Of The Patents-In-Suit**

Kove has offered no evidence of contributory infringement. Contributory infringement

5

requires proof that (1) direct infringement exists, (2) the accused infringer knew the combination of its own components with those of a third party was both patented and infringing, (3) the Amazon components have no substantial noninfringing uses, and (4) the components are a material part of the invention. Kove does not establish any of these requirements.

As explained in the accompanying claim charts, Kove has not established direct infringement. In addition, the materials Kove cites in its Third Amended Final Infringement Contentions do not show that Amazon or any individual at Amazon knew that the combination of S3's or DynamoDB's software with acts or components of a third party were patented or infringing. Nor has Kove even attempted to establish that Amazon's software has no substantial noninfringing uses or that any features of S3 or DynamoDB are a material part of the claimed inventions. Kove offers only conclusory statements on these elements without supporting reasoning or evidence. And Kove has not established that Amazon had the requisite knowledge of the Patents-in-Suit for contributory infringement.

Dated: February 23, 2023                         Respectfully Submitted,

Amazon WEB SERVICES, INC.

By:  /s/ Jeffrey M. Saltman

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015

6

**Deleted:** AWS

**Deleted:** Second

**Deleted:** AWS

**Deleted:** AWS

**Deleted:** AWS

**Deleted:** induced

**Deleted:** February 20, 2023February 17, 2023

**Deleted:** *DRAFT*

202.362.3500

*Attorneys for Defendant Amazon Web Services, Inc.*

7

## CERTIFICATE OF SERVICE

I certify that on February 23, 2023, the foregoing First Amended Final Noninfringement Contentions of Defendant Amazon Web Services, Inc., was electronically served on counsel of record via email.

/s/ Jeffrey M. Saltman

Jeffrey M. Saltman

**Deleted:** February 20, 2023February 17, 2023

**Deleted:** *DRAFT*

**Deleted:**

**Appendix A: Additional Source Code File Citations**

S3 and DynamoDB consist of numerous source code files working together. Although Amazon's responses to Kove's Third Amended Final Infringement Contentions identify the specific lines of code supporting Amazon's First Amended Final Noninfringement Contentions, that code interacts with other source code files, including the files listed below. To explain the operation of Amazon's software, Amazon reserves the right to cite these source code files. In addition, Amazon reserves the right to cite any source code files cited by Kove, or source code files that are dependencies or inputs into to those files.































- [redacted]
- [redacted]

[redacted]

- [redacted]

[redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

[redacted] [redacted]

[redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Numbered + Level: 1 + Numbering Style: I, II, III, ... + Start at: 1 + Alignment: Left + Aligned at: 0.32" + Indent at: 0.82"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Deleted: <sp>**

[redacted]

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Deleted: <sp>**

- [redacted]
- [redacted]

[redacted]

- [redacted]
- [redacted]
- [redacted]

[redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Deleted: <sp>**

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Deleted: <sp>**

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Deleted: <sp>**

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Deleted: <sp>**

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

[redacted]

[redacted]

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Deleted: <sp>**

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Formatted:** Bulleted + Level: 2 + Aligned at: 0.32" + Indent at: 0.57"

**Deleted: <sp>**

**AMAZON'S RESPONSE TO EXHIBIT A TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (THIRD AMENDED)**
**U.S. PATENT NO. 7,814,170 – AMAZON SIMPLE STORAGE SERVICE**

Kove's Infringement Contentions for the '170 patent do not provide Amazon with sufficient notice of the bases for Kove's infringement allegations and the alleged evidence of infringement. Kove's contentions also either misinterpret or ignore the guidance and construction of certain claims terms set forth in the Court's December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484). And Kove's contentions fail to address statements it has made before the United States Patent and Trademark Office in response to *Ex Parte* Reexaminations that materially alter the scope of the asserted claims. Kove's contentions merely parrot the claim language and then provide narrative descriptions that purport to describe certain functionality of the Accused Instrumentalities, without tying its narrative allegations to the particular claim elements. In addition, Kove does not provide sufficient proof of where each limitation is present in the Accused Instrumentalities, as ordered by the Court on March 16, 2020. For example, Kove's contentions frequently cite dozens of source code packages without identifying or explaining which source code packages—or portions thereof—perform the individual elements of each limitation. Although the comments that follow each source code citation purport to provide some description of the functionality of each source code package, those "descriptions" are not tied to any particular claim element and do not provide sufficient context for Amazon to understand the circumstances in which Kove alleges such functionality occurs. Kove's contentions also cite documents and deposition testimony—often the same documents and deposition testimony for multiple claim limitations—without tying those documents or testimony to specific claim limitations or otherwise explaining their relevance to Kove's infringement contentions. Amazon reserves the right to argue, for any claim limitation, that Kove has failed to identify the specific evidence supporting its allegations of infringement and therefore has not met its burden of proof. Amazon reserves the right to present additional non-infringement arguments related to specific source code packages if Kove specifically identifies the source code it alleges operates to satisfy the elements of each claim limitation. Amazon incorporates by reference the arguments made in this introductory paragraph into Amazon's Response for each claim limitation below.

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| Claim 1pre | | |
| A system for managing data stored in a distributed network, the system comprising: | For independent claim 1 and its dependent claim 2, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") Amazon Simple Storage Service ("Amazon S3") of infringement for any storage class of Amazon S3, within any combination of cells, Availability Zones and/or Regions, and for all implementations and configurations (collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,814,170 ("the '170 patent"). ⬛⬛⬛ | Amazon denies that Amazon S3 satisfies the preamble of Claim 1. ⬛⬛⬛ |

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | The screenshots below, extracted from Amazon's documents pertaining to S3, describe S3's data entities as "Objects," and that these Objects are identified and indexed by unique "keys." They also describe the components of S3 that participate in data read (GET) and data write (PUT) operations, and the pathways for these operations. | |

Deleted: AWS

Deleted: SECOND

Deleted: objects

Deleted: AWS

Deleted: AWS

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
|  | **Amazon S3**<br>Object storage built to store and retrieve any amount of data from anywhere<br><br>Get started with Amazon S3 · Request more information<br><br>Amazon Simple Storage Service (Amazon S3) is an object storage service that offers industry-leading scalability, data availability, security, and performance. This means customers of all sizes and industries can use it to store and protect any amount of data for a range of use cases, such as websites, mobile applications, backup and restore, archive, enterprise applications, IoT devices, and big data analytics. Amazon S3 provides easy-to-use management features so you can organize your data and configure finely-tuned access controls to meet your specific business, organizational, and compliance requirements. Amazon S3 is designed for 99.999999999% (11 9's) of durability, and stores data for millions of applications for companies all around the world.<br><br>Introduction to Amazon S3<br><br>Amazon webpage, available at aws.amazon.com/s3.<br><br>**Storage**<br><br>**Amazon S3**<br><br>Amazon Simple Storage Service (Amazon S3) is object storage with a simple web service interface to store and retrieve any amount of data from anywhere on the web.[29] It is designed to deliver 99.999999999% durability, and scales past trillions of objects worldwide.<br><br>You can use Amazon S3 as primary storage for cloud-native applications; as a bulk repository, or "data lake," for analytics; as a target for backup and recovery and disaster recovery; and with serverless computing.<br><br>It's simple to move large volumes of data into or out of Amazon S3 with Amazon's cloud data migration options. Once data is stored in Amazon S3, it can be automatically tiered into lower cost, longer-term cloud storage classes like Amazon S3 Standard - Infrequent Access and Amazon Glacier for archiving.<br><br>Amazon Web Services, Inc., *Overview of Amazon Web Services*, *available at* https://d0.awsstatic.com/whitepapers/aws-overview.pdf. | Amazon denies that the source code Kove cites supports its allegation that this preamble is met by S3, as discussed below. |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Formatted: Font:Bold, Underline

| Deleted: AWS |
| Deleted: SECOND |

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | ## What is Amazon S3? Amazon Simple Storage Service is storage for the Internet. It is designed to make web-scale computing easier for developers. Amazon S3 has a simple web services interface that you can use to store and retrieve any amount of data, at any time, from anywhere on the web. It gives any developer access to the same highly scalable, reliable, fast, inexpensive data storage infrastructure that Amazon uses to run its own global network of web sites. The service aims to maximize benefits of scale and to pass those benefits on to developers. This guide explains the core concepts of Amazon S3, such as buckets and objects, and how to work with these resources using the Amazon S3 application programming interface (API). Amazon Web Services, Inc., *Amazon Simple Storage Service Developer Guide*, available at http://docs.aws.amazon.com/AmazonS3/latest/dev/s3-dg.pdf. **Q: Does Amazon store its own data in Amazon S3?** Yes. Developers within Amazon use Amazon S3 for a wide variety of projects. Many of these projects use Amazon S3 as their authoritative data store and rely on it for business-critical operations. Amazon S3 Frequently Asked Questions, available at aws.amazon.com/s3/faqs. ## Amazon S3 Data Consistency Model Amazon S3 provides read-after-write consistency for PUTS of new objects in your S3 bucket in all regions with one caveat. The caveat is that if you make a HEAD or GET request to the key name (to find if the object exists) before creating the object, Amazon S3 provides eventual consistency for read-after-write. Amazon S3 offers eventual consistency for overwrite PUTS and DELETES in all regions. Updates to a single key are atomic. For example, if you PUT to an existing key, a subsequent read might return the old data or the updated data, but it will never return corrupted or partial data. Amazon S3 achieves high availability by replicating data across multiple servers within Amazon's data centers. If a PUT request is successful, your data is safely stored. However, information about the changes must replicate across Amazon S3, which can take some time, and so you might observe the following behaviors: • A process writes a new object to Amazon S3 and immediately lists keys within its bucket. Until the change is fully propagated, the object might not appear in the list. • A process replaces an existing object and immediately attempts to read it. Until the change is fully propagated, Amazon S3 might return the prior data. • A process deletes an existing object and immediately attempts to read it. Until the deletion is fully propagated, Amazon S3 might return the deleted data. • A process deletes an existing object and immediately lists keys within its bucket. Until the deletion is fully propagated, Amazon S3 might list the deleted object. | |

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | Amazon Web Services, Inc., *Amazon Simple Storage Service Developer Guide*, *available at* http://docs.aws.amazon.com/AmazonS3/latest/dev/s3-dg.pdf. <br><br> ## Buckets <br><br> A bucket is a container for objects stored in Amazon S3. Every object is contained in a bucket. For example, if the object named `photos/puppy.jpg` is stored in the `johnsmith` bucket, then it is addressable using the URL `http://johnsmith.s3.amazonaws.com/photos/puppy.jpg` <br><br> Buckets serve several purposes: they organize the Amazon S3 namespace at the highest level, they identify the account responsible for storage and data transfer charges, they play a role in access control, and they serve as the unit of aggregation for usage reporting. <br><br> You can configure buckets so that they are created in a specific region. For more information, see Buckets and Regions (p. 56). You can also configure a bucket so that every time an object is added to it, Amazon S3 generates a unique version ID and assigns it to the object. For more information, see Versioning (p. 435). <br><br> For more information about buckets, see Working with Amazon S3 Buckets (p. 54). <br><br> Amazon Web Services, Inc., *Amazon Simple Storage Service Developer Guide*, *available at* http://docs.aws.amazon.com/AmazonS3/latest/dev/s3-dg.pdf. <br><br> ## Objects <br><br> Objects are the fundamental entities stored in Amazon S3. Objects consist of object data and metadata. The data portion is opaque to Amazon S3. The metadata is a set of name-value pairs that describe the object. These include some default metadata, such as the date last modified, and standard HTTP metadata, such as Content-Type. You can also specify custom metadata at the time the object is stored. <br><br> An object is uniquely identified within a bucket by a key (name) and a version ID. For more information, see Keys (p. 3) and Versioning (p. 435). <br><br> Amazon Web Services, Inc., *Amazon Simple Storage Service Developer Guide*, *available at* http://docs.aws.amazon.com/AmazonS3/latest/dev/s3-dg.pdf. | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Deleted: SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | **Keys** | |
| | A key is the unique identifier for an object within a bucket. Every object in a bucket has exactly one key. Because the combination of a bucket, key, and version ID uniquely identify each object, Amazon S3 can be thought of as a basic data map between "bucket + key + version" and the object itself. Every object in Amazon S3 can be uniquely addressed through the combination of the web service endpoint, bucket name, key, and optionally, a version. For example, in the URL http://doc.s3.amazonaws.com/2006-03-01/AmazonS3.wsdl, "doc" is the name of the bucket and "2006-03-01/AmazonS3.wsdl" is the key. | |
| | For more information about object keys, see Object Keys. | |
| | Amazon Web Services, Inc., *Amazon Simple Storage Service Developer Guide*, available at http://docs.aws.amazon.com/AmazonS3/latest/dev/s3-dg.pdf. | |
| | **Working with Amazon S3 Objects** | |
| | Amazon S3 is a simple key, value store designed to store as many objects as you want. You store these objects in one or more buckets. An object consists of the following: | |
| | • **Key** – The name that you assign to an object. You use the object key to retrieve the object. | |
| | For more information, see Object Key and Metadata (p. 100). | |
| | • **Version ID** – Within a bucket, a key and version ID uniquely identify an object. | |
| | The version ID is a string that Amazon S3 generates when you add an object to a bucket. For more information, see Object Versioning (p. 109). | |
| | • **Value** – The content that you are storing. | |
| | An object value can be any sequence of bytes. Objects can range in size from zero to 5 TB. For more information, see Uploading Objects (p. 171). | |
| | • **Metadata** – A set of name-value pairs with which you can store information regarding the object. | |
| | You can assign metadata, referred to as user-defined metadata, to your objects in Amazon S3. Amazon S3 also assigns system-metadata to these objects, which it uses for managing objects. For more information, see Object Key and Metadata (p. 100). | |
| | • **Subresources** – Amazon S3 uses the subresource mechanism to store object-specific additional information. | |
| | Because subresources are subordinates to objects, they are always associated with some other entity such as an object or a bucket. For more information, see Object Subresources (p. 109). | |
| | • **Access Control Information** – You can control access to the objects you store in Amazon S3. | |
| | Amazon S3 supports both the resource-based access control, such as an access control list (ACL) and bucket policies, and user-based access control. For more information, see Identity and Access Management in Amazon S3 (p. 304). | |
| | For more information about working with objects, see the following sections. Your Amazon S3 resources (for example buckets and objects) are private by default. You need to explicitly grant permission for others to access these resources. For example, you might want to share a video or a photo stored in your Amazon S3 bucket on your website. That works only if you either make the object public or use a presigned URL on your website. For more information about sharing objects, see Share an Object with Others (p. 168). | |

Deleted: AWS

Deleted: SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | Amazon Web Services, Inc., *Amazon Simple Storage Service Developer Guide*, available at http://docs.aws.amazon.com/AmazonS3/latest/dev/s3-dg.pdf.<br><br>**Examples of Creating a Bucket**<br><br>**Topics**<br>• Using the Amazon S3 Console (p. 60)<br>• Using the AWS SDK for Java (p. 60)<br>• Using the AWS SDK for .NET (p. 61)<br>• Using the AWS SDK for Ruby Version 3 (p. 62)<br>• Using Other AWS SDKs (p. 63)<br><br>The following code examples create a bucket programmatically using the AWS SDKs for Java, .NET, and Ruby. The code examples perform the following tasks:<br><br>• Create a bucket, if the bucket doesn't already exist—The examples create a bucket by performing the following tasks:<br>• Create a client by explicitly specifying an AWS Region (the example uses the `s3-eu-west-1` Region). Accordingly, the client communicates with Amazon S3 using the `s3-eu-west-1.amazonaws.com` endpoint. You can specify any other AWS Region. For a list of AWS Regions, see Regions and Endpoints in the *AWS General Reference*.<br>• Send a create bucket request by specifying only a bucket name. The create bucket request doesn't specify another AWS Region. The client sends a request to Amazon S3 to create the bucket in the Region you specified when creating the client. Once you have created a bucket, you can't change its Region.<br><br>**Note**<br>If you explicitly specify an AWS Region in your create bucket request that is different from the Region you specified when you created the client, you might get an error. For more information, see Creating a Bucket (p. 54).<br><br>The SDK libraries send the PUT bucket request to Amazon S3 to create the bucket. For more information, see PUT Bucket.<br>• Retrieve information about the location of the bucket—Amazon S3 stores bucket location information in the location subresource that is associated with the bucket. The SDK libraries send the GET Bucket location request (see GET Bucket location) to retrieve this information.<br><br>Amazon Web Services, Inc., *Amazon Simple Storage Service Developer Guide*, available at http://docs.aws.amazon.com/AmazonS3/latest/dev/s3-dg.pdf. | |

| Deleted: AWS |
| Deleted: SECOND |

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
|  | **Storing Large Attribute Values in Amazon S3**<br><br>As mentioned above, you can also take advantage of Amazon Simple Storage Service (Amazon S3) to store large attribute values that cannot fit in a DynamoDB item. You can store them as an object in Amazon S3 and then store the object identifier in your DynamoDB item.<br><br>You can also use the object metadata support in Amazon S3 to provide a link back to the parent item in DynamoDB. Store the primary key value of the item as Amazon S3 metadata of the object in Amazon S3. Doing this often helps with maintenance of the Amazon S3 objects.<br><br>For example, consider the ProductCatalog table in the Creating Tables and Loading Sample Data (p. 323) section. Items in this table store information about item price, description, book authors, and dimensions for other products. If you wanted to store an image of each product that was too large to fit in an item, you could store the images in Amazon S3 instead of in DynamoDB.<br><br>When implementing this strategy, keep the following in mind:<br><br>• DynamoDB doesn't support transactions that cross Amazon S3 and DynamoDB. Therefore, your application must deal with any failures, which could include cleaning up orphaned Amazon S3 objects.<br>• Amazon S3 limits the length of object identifiers. So you must organize your data in a way that doesn't generate excessively long object identifiers or violate other Amazon S3 constraints.<br><br>For more information about how to use Amazon S3, see the Amazon Simple Storage Service Developer Guide.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.<br><br>**DynamoDB table design**<br><br>The heart of the S3 object index is a DynamoDB table with one item per object, which associates various attributes with the object's S3 key. Each item contains the S3 key, the size of the object, and any additional attributes to use for lookups.<br><br>Because DynamoDB tables are schema-less, the only things you need to define explicitly are the primary key and any additional indexes to support your queries. When selecting a primary key and indexes, you need to consider how the table will be queried. The following sections look at each of the four queries from the example and show an index optimized for each one.<br><br>In this example, you define all of your indexes up front. In a more iterative development context, you could define only the primary key to begin with and then add secondary indexes as your requirements demand.<br><br>https://aws.amazon.com/blogs/big-data/building-and-maintaining-an-amazon-s3-metadata-index-without-servers/. |  |

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| |   Amazon Web Services, Inc., *AWS Reference Architectures*, *available                                                                    at* https://media.amazonwebservices.com/architecturecenter/AWS_ac_ra_filesync_08.pdf. | |

Deleted: AWS

Deleted: SECOND

**Deleted:** AWS

**Deleted:** SECOND



| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | <br><br><br><br><br><br>*See* claim 1a-1g. | |
| **Claim 1a** | | |
| a data repository configured to store a data entity, wherein an identifier string identifies the data entity; and | *See* claim 1pre. Each Accused Instrumentality comprises<br><br>**a data repository configured to store a data entity**<br><br><br><br><br><br><br><br><br>**wherein an identifier string identifies the data entity** | Amazon denies that S3 satisfies this limitation for several reasons. |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Deleted: objects

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | The screenshots below, extracted from Amazon's own documents pertaining to S3, describe S3 as a "simple key-based object store" in which data objects are mapped to particular locations by an "index subsystem," and indexed by unique "keys." | |

Summary of the Amazon S3 Service Disruption in the Northern Virginia (US-EAST-1) Region

We'd like to give you some additional information about the service disruption that occurred in the Northern Virginia (US-EAST-1) Region on the morning of February 28th, 2017. The Amazon Simple Storage Service (S3) team was debugging an issue causing the S3 billing system to progress more slowly than expected. At 9:37AM PST, an authorized S3 team member using an established playbook executed a command which was intended to remove a small number of servers for one of the S3 subsystems that is used by the S3 billing process. Unfortunately, one of the inputs to the command was entered incorrectly and a larger set of servers was removed than intended. The servers that were inadvertently removed supported two other S3 subsystems. One of these subsystems, the index subsystem, manages the metadata and location information of all S3 objects in the region. This subsystem is necessary to serve all GET, LIST, PUT, and DELETE requests. The second subsystem, the placement subsystem, manages allocation of new storage and requires the index subsystem to be functioning properly to correctly operate. The placement subsystem is used during PUT requests to allocate storage for new objects. Removing a significant portion of the capacity caused each of these systems to require a full restart. While these subsystems were being restarted, S3 was unable to service requests. Other AWS services in the US-EAST-1 Region that rely on S3 for storage, including the S3 console, Amazon Elastic Compute Cloud (EC2) new instance launches, Amazon Elastic Block Store (EBS) volumes (when data was needed from a S3 snapshot), and AWS Lambda were also impacted while the S3 APIs were unavailable.

S3 subsystems are designed to support the removal or failure of significant capacity with little or no customer impact. We build our systems with the assumption that things will occasionally fail, and we rely on the ability to remove and replace capacity as one of our core operational processes. While this is an operation that we have relied on to maintain our systems since the launch of S3, we have not completely restarted the index subsystem or the placement subsystem in our larger regions for many years. S3 has experienced massive growth over the last several years and the process of restarting these services and running the necessary safety checks to validate the integrity of the metadata took longer than expected. The index subsystem was the first of the two affected subsystems that needed to be restarted. By 12:26PM PST, the index subsystem had activated enough capacity to begin servicing S3 GET, LIST, and DELETE requests. By 1:18PM PST, the index subsystem was fully recovered and GET, LIST, and DELETE APIs were functioning normally. The S3 PUT API also required the placement subsystem. The placement subsystem began recovery when the index subsystem was functional and finished recovery at 1:54PM PST. At this point, S3 was operating normally. Other AWS services that were impacted by this event began recovering. Some of these services had accumulated a backlog of work during the S3 disruption and required additional time to fully recover.

Deleted: AWS
Deleted: SECOND
Deleted: an object
Deleted: objects

Deleted: AWS

Deleted: SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | Summary of the Amazon S3 Service Disruption in the Northern Virginia (US-EAST-1) Region, *available at* https://aws.amazon.com/message/41926/. | |

Scalability and Elasticity

Amazon S3 has been designed to offer a very high level of automatic scalability and elasticity. Unlike a typical file system that encounters issues when storing a large number of files in a directory, Amazon S3 supports a virtually unlimited number of files in any bucket. Also, unlike a disk drive that has a limit on the total amount of data that can be stored before you must partition the data across drives and/or servers, an Amazon S3 bucket can store a virtually unlimited number of bytes. You can store any number of objects (files) in a single bucket, and Amazon S3 will automatically manage scaling and distributing redundant copies of your information to other servers in other locations in the same Region, all using Amazon's high-performance infrastructure.

Amazon Web Services, Inc., AWS Storage Services Overview, A Look at Storage Services Offered by AWS, available at https://d0.awsstatic.com/whitepapers/Storage/AWS%20Storage%2 0Services%20Whitepaper-v9.pdf.

**Q:    How is Amazon S3 data organized?**

Amazon S3 is a simple key-based object store. When you store data, you assign a unique object key that can later be used to retrieve the data. Keys can be any string, and they can be constructed to mimic hierarchical attributes. Alternatively, you can use S3 Object Tagging to organize your data across all of your S3 buckets and/or prefixes.

Amazon S3 Frequently Asked Questions, available at aws.amazon.com/s3/faqs.

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| |  *See* claim 1pre, 1b-1g. | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 1b** | | |
| a data location server network comprising a plurality of data location servers, | *See* claim 1pre-1a. Each Accused Instrumentality comprises **a data location server network comprising a plurality of data location servers** | Amazon denies that S3 contains "a data location server network" or a "plurality of data location servers." |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Formatted: Left, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers
Formatted: Font:(Default) ñmñ•ò , 11 pt

Deleted: AWS

Deleted: SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | *See* claim 1pre-1a, 1c-1g. | |

**AMAZON'S RESPONSE TO EXHIBIT A TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (THIRD AMENDED)**
**U.S. PATENT NO. 7,814,170 – AMAZON SIMPLE STORAGE SERVICE**

Deleted: AWS

Deleted: SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | |

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
|  |  |  |

Deleted: AWS

Deleted: SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
|  |  |  |

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted:

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | ███████████████████████████████████<br><br>███████████████████████████████████<br><br>███████████████████████████████████<br><br>███████████████████████████████████<br><br>███████████████████████████████████<br><br>Amazon denies that the cited deposition testimony and documents support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| Claim 1c | | |

**Deleted:** AWS

**Deleted:** SECOND

**Deleted:** AWS

**Deleted:** AWS

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| wherein data location information for a plurality of data entities is stored in the data location server network, | *See* claim 1pre-1b. Each Accused Instrumentality comprises a data location server network comprising a plurality of data location servers **wherein data location information for a plurality of data entities is stored in the data location server network** | Amazon denies that S3 contains "data location information for a plurality of data entities," as the term has been construed by the Court in its December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484), for multiple reasons. |

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | |
| | *See* claim 1pre-1b, 1d-1g. | |

Deleted: AWS

Deleted: SECOND

Formatted: Font:(Default) Times New Roman, 12 pt

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | |

**Deleted:** AWS

**Deleted:** SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | |

**Deleted:** AWS

**Deleted:** SECOND

**Deleted:** ApertureClient

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
|  |  |  |

**Deleted:** AWS

**Deleted:** SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
|  |  |  |

**Deleted:** AWS

**Deleted:** SECOND

**Deleted:** AWS

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | |

**Deleted:** AWS

**Deleted:** SECOND

**Deleted:** AWS

**Deleted:** AWS

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | ███████████████████████ |
| **Claim 1d** | | |
| at least one of the plurality of data location servers includes location information associated with the identifier string, | *See* claim 1pre-1c. Each Accused Instrumentality comprises a data location server network comprising a plurality of data location servers wherein **at least one of the plurality of data location servers includes location information associated with the identifier string** ████████████████████████████ | Amazon denies that Amazon S3 satisfies this limitation. ████████████████████████ |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Deleted: AWS

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | |

See claim 1pre-1c, 1e-1g.

Deleted: AWS

Deleted: SECOND

Formatted: Font:(Default) Times New Roman, 12 pt

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
|  |  |  |

Deleted: AWS

Deleted: SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
|  |  |  |

Deleted: AWS

Deleted: SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
|  |  |  |

Deleted: AWS

Deleted: SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | ███████████████████████████████████████████████████████████████████████████████████

Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.

███████████████████████████████████████████████████████████████████████████████████ |
| **Claim 1e** | | |
| each one of the plurality of data location servers comprises a processor and a | *See* claim 1pre-1d. Each Accused Instrumentality comprises a data location server network comprising a plurality of data location servers wherein **each one of the plurality of data location servers comprises a processor and a portion of the data location information** ████████████████████████ | Amazon denies that Amazon S3 satisfies this limitation.

████████████████████████████████ |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Deleted: AWS

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| portion of the data location information, | | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | *See* claim 1pre-1d, 1f-1g. | |
| **Claim 1f** | | |
| the portion of the data location information included in a corresponding one of the data location servers is based on a hash function used to organize the data location information across the plurality of data location servers, | *See* claim 1pre-1e. Each Accused Instrumentality comprises a data location server network comprising a plurality of data location servers wherein **the portion of the data location information included in a corresponding one of the data location servers is based on a hash function used to organize the data location information across the plurality of data location servers** | Amazon denies that Amazon S3 satisfies this limitation.<br><br>In addition, Amazon denies that "location information included in a corresponding one of the data location servers is based on a hash function used to organize the data location information across the plurality of data location servers," as the term has been construed by the Court in its December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484). |

**Deleted:** AWS

**Deleted:** SECOND

**Deleted:** AWS

**Deleted:** AWS

**Deleted:** .

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | |

**Deleted:** AWS

**Deleted:** SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
|  | *See* claim 1pre-1e, 1g. |  |

**Deleted:** AWS

**Deleted:** SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | ████████████████████ ████ ██████ <br><br> ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████ <br><br> ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████ <br><br> Amazon denies that the cited deposition testimony and documents support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 1g** | | |
| and each one of the data location servers is configured to determine the at least one of | Each Accused Instrumentality comprises a data location server network comprising a plurality of data location servers wherein **each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function applied to the identifier string** ████████████ ███ ████ ███ ████ | Amazon denies that Amazon S3 satisfies this limitation. <br><br> ████████████████████████████ ██████████████████████ <br><br> ████████████████████████████ ██████████████████ |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Deleted: AWS

Deleted: AWS

Deleted: SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| the plurality of data location servers based on the hash function applied to the identifier string. | | |



| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | *See* claim 1pre-1f. | |

**Deleted:** AWS

**Deleted:** SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 2** | | |
| The system of claim 1, wherein the location information comprises any portion of a hash table generated with the hash function. | *See* claim 1. All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is the system of claim 1, **wherein the location information comprises any portion of a hash table generated with the hash function** | Amazon denies that Amazon S3 is a system of claim 1 for the reasons set forth above, or that Amazon S3 satisfies the additional limitation of claim 2 either literally or under the doctrine of equivalents.<br><br>**Literal Infringement**<br><br>Amazon denies that Amazon S3 satisfies this limitation. |

Deleted: AWS

Deleted: SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | |

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | <br><br><br><br><br><br>*See* claim 1. | |

Deleted: AWS

Deleted: SECOND

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | ███████████████████████████████<br><br>Amazon denies that the cited deposition testimony and documents support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.<br><br>**Infringement Under The Doctrine of Equivalents**<br><br>███████████████████████████████<br><br>███████████████████████████████<br><br>███████████████████████████████ |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Deleted: AWS

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

| U.S. 7,814,170 | Accused Instrumentalities | Amazon's Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Kove's Infringement Contentions for the '170 patent do not provide Amazon with sufficient notice of the bases for Kove's infringement allegations and the alleged evidence of infringement. Kove's contentions also either misinterpret or ignore the guidance and construction of certain claims terms set forth in the Court's December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484). And Kove's contentions fail to address statements it has made before the United States Patent and Trademark Office in response to *Ex Parte* Reexaminations that materially alter the scope of the asserted claims. Kove's contentions merely parrot the claim language and then provide narrative descriptions that purport to describe certain functionality of the Accused Instrumentalities, without tying its narrative allegations to the particular claim elements. In addition, Kove does not provide sufficient proof of where each limitation is present in the Accused Instrumentalities, as ordered by the Court on March 16, 2020. For example, Kove's contentions frequently cite dozens of source code packages without identifying or explaining which source code packages—or portions thereof—perform the individual elements of each limitation. Although the comments that follow each source code citation purport to provide some description of the functionality of each source code package, those "descriptions" are not tied to any particular claim element and do not provide sufficient context for Amazon to understand the circumstances in which Kove alleges such functionality occurs. Kove's contentions also cite documents and deposition testimony—often the same documents and deposition testimony for multiple claim limitations—without tying those documents or testimony to specific claim limitations or otherwise explaining their relevance to Kove's infringement contentions. Amazon reserves the right to argue, for any claim limitation, that Kove has failed to identify the specific evidence supporting its allegations of infringement and therefore has not met its burden of proof. Amazon reserves the right to present additional non-infringement arguments related to specific source code packages if Kove specifically identifies the source code it alleges operates to satisfy the elements of each claim limitation. Amazon incorporates by reference the arguments made in this introductory paragraph into Amazon's Response for each claim limitation below.

| U.S. 7,814,170 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| **Claim 1pre** | | |
| A system for managing data stored in a distributed network, the system comprising: | For independent claim 1 and its dependent claim 2, Kove IO, Inc. ("Kove") accuses Amazon Web Services ("Amazon") DynamoDB of infringement ("Accused Product"), as well as all hardware and software combinations that perform any DynamoDB actions ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,814,170 ("the '170 patent"). <br><br> To the extent the preamble is determined to be limiting, all Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is **a system for managing data** | Amazon denies that DynamoDB satisfies the preamble of Claim 1. As further explained below, Kove has failed to identify "specifically where each element of each asserted claim is found within each Accused Instrumentality" as required by P.L.R. 3.1(a) and 2.2(c). <br><br> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

Deleted: AWS'S

Deleted: SECOND

**stored in a distributed network**

The screenshots below, extracted from Amazon documents pertaining to Dynamo DB, describe Dynamo DB as a distributed "key-value" database in which data units are known as items and stored in tables. The key which indexes these items is known as a primary key, whose value is hashed via an "internal hash function" to determine a partition id, which corresponds to the allocation of storage space (the "partition") on which an item is stored.

Amazon denies that the documents cited by Kove support its allegation that this preamble is satisfied. Kove fails to describe which element of the claim limitation the cited documents supposedly show and mischaracterizes the cited documents. Kove's contentions rely on screenshots, but Kove does not explain which claim elements, if any, are shown by any of the particular screenshots. Many of the screenshots provided by Kove are unrelated to Kove's claims against DynamoDB. *See, e.g.*, "Storing Large Attribute Values in Amazon S3."

Amazon denies that the source code cited by Kove supports its allegation this this preamble is met by DynamoDB.

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: AWS

Deleted: AWS

Deleted: AWS'S

Deleted: SECOND



Amazon webpage, available at https://aws.amazon.com/dynamodb/.

Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.

Deleted: AWS'S

Deleted: SECOND

## DynamoDB Core Components

In DynamoDB, tables, items, and attributes are the core components that you work with. A *table* is a collection of *items*, and each item is a collection of *attributes*. DynamoDB uses primary keys to uniquely identify each item in a table and secondary indexes to provide more querying flexibility. You can use DynamoDB Streams to capture data modification events in DynamoDB tables.

There are limits in DynamoDB. For more information, see Limits in DynamoDB (p. 874).

**Topics**
- Tables, Items, and Attributes (p. 2)
- Primary Key (p. 5)
- Secondary Indexes (p. 5)
- DynamoDB Streams (p. 8)

## Tables, Items, and Attributes

The following are the basic DynamoDB components:

- **Tables** – Similar to other database systems, DynamoDB stores data in tables. A *table* is a collection of data. For example, see the example table called *People* that you could use to store personal contact

API Version 2012-08-10
2

Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*,
http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.

information about friends, family, or anyone else of interest. You could also have a *Cars* table to store information about vehicles that people drive.
- **Items** – Each table contains zero or more items. An *item* is a group of attributes that is uniquely identifiable among all of the other items. In a *People* table, each item represents a person. For a *Cars* table, each item represents one vehicle. Items in DynamoDB are similar in many ways to rows, records, or tuples in other database systems. In DynamoDB, there is no limit to the number of items you can store in a table.
- **Attributes** – Each item is composed of one or more attributes. An *attribute* is a fundamental data element, something that does not need to be broken down any further. For example, an item in a *People* table contains attributes called *PersonID, LastName, FirstName*, and so on. For a *Department* table, an item might have attributes such as *DepartmentID, Name, Manager*, and so on. Attributes in DynamoDB are similar in many ways to fields or columns in other database systems.

Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*,
http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.

Deleted: AWS'S

Deleted: SECOND

### General Guidelines for Secondary Indexes in DynamoDB

Amazon DynamoDB supports two types of secondary indexes:

- **Global secondary index**—An index with a partition key and a sort key that can be different from those on the base table. A global secondary index is considered "global" because queries on the index can span all of the data in the base table, across all partitions. A global secondary index has no size limitations and has its own provisioned throughput settings for read and write activity that are separate from those of the table.

- **Local secondary index**—An index that has the same partition key as the base table, but a different sort key. A local secondary index is "local" in the sense that every partition of a local secondary index is scoped to a base table partition that has the same partition key value. As a result, the total size of indexed items for any one partition key value can't exceed 10 GB. Also, a local secondary index shares provisioned throughput settings for read and write activity with the table it is indexing.

Each table in DynamoDB is limited to 20 global secondary indexes (default limit) and 5 local secondary indexes.

For more information about the differences between global secondary indexes and local secondary indexes, see Improving Data Access with Secondary Indexes (p. 493).

In general, you should use global secondary indexes rather than local secondary indexes. The exception is when you need strong consistency in your query results, which a local secondary index can provide but a global secondary index cannot (global secondary index queries only support eventual consistency).

Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.

Deleted: AWS'S

Deleted: SECOND

### Primary Key

When you create a table, in addition to the table name, you must specify the primary key of the table. The primary key uniquely identifies each item in the table, so that no two items can have the same key.

DynamoDB supports two different kinds of primary keys:

- **Partition key** – A simple primary key, composed of one attribute known as the *partition key*.

  DynamoDB uses the partition key's value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored.

  In a table that has only a partition key, no two items can have the same partition key value.

  The *People* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a simple primary key (*PersonID*). You can access any item in the *People* table directly by providing the *PersonId* value for that item.

- **Partition key and sort key** – Referred to as a *composite primary key*, this type of key is composed of two attributes. The first attribute is the *partition key*, and the second attribute is the *sort key*.

  DynamoDB uses the partition key value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored. All items with the same partition key value are stored together, in sorted order by sort key value.

  In a table that has a partition key and a sort key, it's possible for two items to have the same partition key value. However, those two items must have different sort key values.

  The *Music* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a composite primary key (*Artist* and *SongTitle*). You can access any item in the *Music* table directly, if you provide the *Artist* and *SongTitle* values for that item.

  A composite primary key gives you additional flexibility when querying data. For example, if you provide only the value for *Artist*, DynamoDB retrieves all of the songs by that artist. To retrieve only a subset of songs by a particular artist, you can provide a value for *Artist* along with a range of values for *SongTitle*.

Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.

Deleted: AWS'S

Deleted: SECOND

### Partitions and Data Distribution

DynamoDB stores data in partitions. A *partition* is an allocation of storage for a table, backed by solid-state drives (SSDs) and automatically replicated across multiple Availability Zones within an AWS Region. Partition management is handled entirely by DynamoDB—you never have to manage partitions yourself.

When you create a table, the initial status of the table is CREATING. During this phase, DynamoDB allocates sufficient partitions to the table so that it can handle your provisioned throughput requirements. You can begin writing and reading table data after the table status changes to ACTIVE.

DynamoDB allocates additional partitions to a table in the following situations:

- If you increase the table's provisioned throughput settings beyond what the existing partitions can support.
- If an existing partition fills to capacity and more storage space is required.

Partition management occurs automatically in the background and is transparent to your applications. Your table remains available throughout and fully supports your provisioned throughput requirements.

For more details, see Partition Key Design (p. 810).

Global secondary indexes in DynamoDB are also composed of partitions. The data in a GSI is stored separately from the data in its base table, but index partitions behave in much the same way as table partitions.

Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.

### Storing Large Attribute Values in Amazon S3

As mentioned above, you can also take advantage of Amazon Simple Storage Service (Amazon S3) to store large attribute values that cannot fit in a DynamoDB item. You can store them as an object in Amazon S3 and then store the object identifier in your DynamoDB item.

You can also use the object metadata support in Amazon S3 to provide a link back to the parent item in DynamoDB. Store the primary key value of the item as Amazon S3 metadata of the object in Amazon S3. Doing this often helps with maintenance of the Amazon S3 objects.

For example, consider the ProductCatalog table in the Creating Tables and Loading Sample Data (p. 323) section. Items in this table store information about item price, description, book authors, and dimensions for other products. If you wanted to store an image of each product that was too large to fit in an item, you could store the images in Amazon S3 instead of in DynamoDB.

When implementing this strategy, keep the following in mind:

- DynamoDB doesn't support transactions that cross Amazon S3 and DynamoDB. Therefore, your application must deal with any failures, which could include cleaning up orphaned Amazon S3 objects.
- Amazon S3 limits the length of object identifiers. So you must organize your data in a way that doesn't generate excessively long object identifiers or violate other Amazon S3 constraints.

For more information about how to use Amazon S3, see the *Amazon Simple Storage Service Developer Guide*.

Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.

Deleted: AWS'S

Deleted: SECOND

**DynamoDB table design**

The heart of the S3 object index is a DynamoDB table with one item per object, which associates various attributes with the object's S3 key. Each item contains the S3 key, the size of the object, and any additional attributes to use for lookups.

Because DynamoDB tables are schema-less, the only things you need to define explicitly are the primary key and any additional indexes to support your queries. When selecting a primary key and indexes, you need to consider how the table will be queried. The following sections look at each of the four queries from the example and show an index optimized for each one.

In this example, you define all of your indexes up front. In a more iterative development context, you could define only the primary key to begin with and then add secondary indexes as your requirements demand.

https://aws.amazon.com/blogs/big-data/building-and-maintaining-an-amazon-s3-metadata-index-without-servers/.



Amazon Web Services, Inc., *AWS Reference Architectures*, *available* *at* https://media.amazonwebservices.com/architecturecenter/AWS_ac_ra_filesync_08.pdf.

Deleted: AWS'S

Deleted: SECOND



| | | |
|---|---|---|
| | | |
| | | *See* claim 1a-1g. | |

**Claim 1a**

| a data repository configured to store a data entity, wherein an identifier string identifies the data entity; and | *See* claim 1pre. Each Accused Instrumentality comprises a **data repository** ... **configured to store a data entity**, **wherein an identifier string identifies the data entity** | Amazon denies that DynamoDB satisfies this limitation. |
| | | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

10 – HIGHLY CONFIDENTIAL

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS

Deleted: AWS'S

Deleted: SECOND

The screenshots below, extracted from Amazon's documents pertaining to Dynamo DB, describe the "identifier string" (the "primary key") and how a data entity (the items and associated attributes) is identified (i.e. indexed, looked up, and retrieved) by that identifier string.

**Why do I need a partition key?**

DynamoDB stores data as groups of attributes, known as *items*. Items are similar to rows or records in other database systems. DynamoDB stores and retrieves each item based on the primary key value, which must be unique. Items are distributed across 10-GB storage units, called partitions (physical storage internal to DynamoDB). Each table has one or more partitions, as shown in the following illustration. For more information, see Partitions and Data Distribution in the *DynamoDB Developer Guide*.

DynamoDB uses the partition key's value as an input to an internal hash function. The output from the hash function determines the partition in which the item is stored. Each item's location is determined by the hash value of its partition key.

All items with the same partition key are stored together, and for composite partition keys, are ordered by the sort key value. DynamoDB splits partitions by sort key if the collection size grows bigger than 10 GB.

https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/.



https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/.

Deleted: AWS'S

Deleted: SECOND



https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/.

With DynamoDB, you can create database tables that can store and retrieve any amount of data, and serve any level of request traffic. You can scale up or scale down your tables' throughput capacity without downtime or performance degradation, and use the AWS Management Console to monitor resource utilization and performance metrics.

Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.

Deleted: AWS'S

Deleted: SECOND

### Partitions and Data Distribution

DynamoDB stores data in partitions. A *partition* is an allocation of storage for a table, backed by solid-state drives (SSDs) and automatically replicated across multiple Availability Zones within an AWS Region. Partition management is handled entirely by DynamoDB—you never have to manage partitions yourself.

When you create a table, the initial status of the table is CREATING. During this phase, DynamoDB allocates sufficient partitions to the table so that it can handle your provisioned throughput requirements. You can begin writing and reading table data after the table status changes to ACTIVE.

DynamoDB allocates additional partitions to a table in the following situations:

- If you increase the table's provisioned throughput settings beyond what the existing partitions can support.
- If an existing partition fills to capacity and more storage space is required.

Partition management occurs automatically in the background and is transparent to your applications. Your table remains available throughout and fully supports your provisioned throughput requirements.

Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.



| | | |
|---|---|---|
| | ■■■■■■■■■■■■■■■■■■ ■■■■■■■■■■■■■■■■■■ *See* claim 1pre, 1b-1g. | |
| **Claim 1b** | | |
| a data location server network comprising a plurality of data location servers, | *See* claim 1pre-1a. Each Accused Instrumentality comprises **a data location server network comprising a plurality of data location servers** ■■■■■■■■■■ | ■■■■■■■■■■■■■■■■ Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: AWS

Deleted: AWS



not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.

Deleted: AWS'S

Deleted: SECOND

| | | |
|---|---|---|
| |  | |
| |  *See* claim 1pre-1a, 1c-1g. | |
| Claim 1c | | |
| wherein data location information for | *See* claim 1pre-1b. Each Accused Instrumentality comprises a data location server network **wherein data location information for a plurality of data entities is stored in the** | Amazon denies that DynamoDB satisfies this limitation for several reasons. |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| a plurality of data entities is stored in the data location server network, | **data location server network** |
|---|---|

Deleted: AWS'S

Deleted: SECOND

Deleted:

Deleted:

Deleted: AWS'S

Deleted: SECOND



*See* claim 1pre-1b, 1d-1g.

Deleted: AWS'S

Deleted: SECOND



**Deleted:** AWS'S

**Deleted:** SECOND



Deleted: AWS'S

Deleted: SECOND

| | | |
|---|---|---|
| | | ████████████████████<br>████████████████████<br>████████████████████<br><br>████████████████████<br>████████████████████<br>████████████████████<br>████████████████████<br>████████████████████<br>████████████████████<br>████████████████████<br><br>Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 1d** | | |
| at least one of the plurality of data location servers includes location information | *See* claim 1pre-1c. Each Accused Instrumentality comprises a data location server network wherein **at least one of the plurality of data location servers includes location information associated with the identifier string** ████████████████<br>██████████████ | Amazon denies that DynamoDB satisfies this limitation for several reasons.<br><br>████████████████████<br>████████████████████ |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: -

Deleted: AWS

Deleted: AWS

Deleted: AWS

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| associated with the identifier string, |  |
| --- | --- |

Deleted: AWS'S

Deleted: SECOND



*See* claim 1pre-1c, 1e-1g.

Deleted: AWS'S

Deleted: SECOND

| | | |
|---|---|---|
| | | ███████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ <br><br> Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations.  Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 1e** | | |
| each one of the plurality of data location servers comprises a processor and a portion of the | *See* claim 1pre-1d.  Each Accused Instrumentality comprises a data location server network wherein **each one of the plurality of data location servers comprises a processor and a portion of the data location information** ███████████████ ████████████████████████████████████ ████████████████████████████ | ████████████████████████████████████ ████████████████████████████████████ ████████████████████████ <br><br> Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations.  Kove does |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS

| | | |
|---|---|---|
| data location information, |  | not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

**Deleted:** AWS'S

**Deleted:** SECOND



Deleted: AWS'S

Deleted: SECOND

| | | |
|---|---|---|
| | ███████████████ | |
| | *See* claim 1f-1g. | |
| **Claim 1f** | | |
| the portion of the data location information included in a corresponding one of the data location servers is based on a hash function used to organize the data location information across the plurality of data location servers, | *See* claim 1pre-1e. For each Accused Instrumentality, the **portion of the data location information included in a corresponding one of the data location servers is based on a hash function used to organize the data location information across the plurality of data location servers** ████████████████████████████████████████████████████████████████████████████████████████████ | Amazon denies that DynamoDB satisfies this limitation for several reasons. |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: .



Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| | | |
|---|---|---|
| | ■■■■■■■■■■■■■■■■■■■■■■■■<br><br>*See* claim 1pre-1e, 1g. | |
| **Claim 1g** | | |
| and each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function applied to the identifier string. | *See* claim 1pre-1f. Each Accused Instrumentality comprises a data location server network wherein **each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function applied to the identifier string** ■■■■■■■■ | Amazon denies that DynamoDB satisfies this limitation either literally or under the doctrine of equivalents for several reasons.<br><br>**Literal Infringement** |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS



Deleted: AWS'S

Deleted: SECOND

Deleted: AWS'S

Deleted: SECOND



Deleted: AWS'S

Deleted: SECOND



*See* claim 1pre-1f.

Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.

Amazon DynamoDB does not satisfy this limitation literally.

**Infringement Under The Doctrine Of Equivalents**

Amazon also denies that the "hash function" limitation is satisfied under the doctrine of equivalents.

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: AWS

Deleted: AWS'S

Deleted: SECOND

| | | |
|---|---|---|
| | | Finally, because Kove's doctrine of equivalents argument effectively reads out limitation 1g, it also violates the "all elements rule." For this reason as well, Amazon's DynamoDB does not satisfy this limitation under the doctrine of equivalents.<br><br>Amazon DynamoDB does not satisfy this limitation under the doctrine of equivalents. |
| **Claim 2** | | |
| The system of claim 1, wherein the location information comprises any portion of a hash table generated with the hash function. | *See* claim 1. All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is **the system of claim 1, wherein the location information comprises any portion of a hash table generated with the hash function** | Amazon denies that Amazon DynamoDB is a system of claim 1 for the reasons set forth above. Amazon further denies that Amazon DynamoDB satisfies the additional limitation of claim 2 either literally or under the doctrine of equivalents.<br><br>**Literal Infringement**<br><br>For the reasons explained with respect to claim 1, DynamoDB does not satisfy the limitations of "location information" and "data location servers." |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: .

Deleted: AWS'S

Deleted: SECOND



Deleted: AWS'S

Deleted: SECOND



*See* claim 1.

Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.

**Infringement Under The Doctrine Of Equivalents**

Amazon also denies that the "hash table" limitation, as the term has been construed by the Court in its December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484), is satisfied under the doctrine of equivalents.

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: AWS



Deleted: AWS'S

Deleted: SECOND

| | | |
|---|---|---|
| | | ██████████████████<br>Amazon DynamoDB does not infringe claim 2 under the doctrine of equivalents. |
| **Claim 6pre** | | |
| A system for managing data location information and providing the data location information in response to location queries, the system comprising: | For independent claim 6 and its dependent claims 8, 9, and 12, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") DynamoDB of infringement ("Accused Product"), as well as all hardware and software combinations ████████ ██ ██ ██ ██ ██ ██ (collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,814,170 ("the '170 patent").<br><br>To the extent the preamble is determined to be limiting, all Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is **a system** ████████████████ **for managing data location information and providing the data location information in response to location queries** ███████████<br>████████████<br>████████████<br>████████████ | Amazon denies that DynamoDB satisfies the preamble of Claim 6. As further explained below, Kove has failed to identify "specifically where each element of each asserted claim is found within each Accused Instrumentality" as required by P.L.R. 3.1(a) and 2.2(c).<br><br>████████████<br>████████████<br>████████████<br>████████████<br><br>████████████<br>████████████<br>████████████<br>████████████ |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS

Deleted: AWS'S

Deleted: SECOND



*See* Screenshots in claim 1pre-1a.



*See* claim 6a-6c.

Deleted: AWS'S

Deleted: SECOND

Deleted:

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| Claim 6a | | |
|---|---|---|
| a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifying an | *See* claim 6pre. Each Accused Instrumentality comprises **a location server configured to receive a location addition request (an MN), the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity** | DynamoDB does not satisfy this limitation for several reasons.<br><br>First, DynamoDB does not satisfy the requirement of a "location addition request." |

Deleted: AWS'S

Deleted: SECOND

| entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity; | <br><br>*See* Screenshots in claim 1a. |

Deleted: AWS'S

Deleted: SECOND



| | | |
|---|---|---|
| | *See* claim 6pre, 6b-6c. |  |

Deleted: AWS'S

Deleted: SECOND



Deleted: AWS'S

Deleted: SECOND

Deleted: .



Deleted: AWS'S

Deleted: SECOND

Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations.  Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.

| Claim 6b | | |
|---|---|---|
| wherein the location server includes a processor; and | *See* claim 6pre-6a. Each Accused Instrumentality comprises **a location server that includes a processor**  | 

Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS



*See* claim 6pre-6a, 6c.

| Claim 6c | | |
|---|---|---|
| programming logic stored on the location server, wherein the programming logic is configured to return, in response to a location query related to a desired entity, a location message, the location message in conformance | *See* claim 6pre-6b. Each Accused Instrumentality comprises a location server with **programming logic stored on the location server, wherein the programming logic is configured to return, in response to a location query related to a desired entity, a location message, the location message in conformance with the transfer protocol and comprising at least one location associated with the desired entity, wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity** | DynamoDB does not satisfy this claim limitation for several reasons. |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: AWS'S

Deleted: SECOND

| | |
|---|---|
| with the transfer protocol and comprising at least one location associated with the desired entity, wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity, and wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect |  |
| | **wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect message comprising a list of at least one other location server known to have the location information for the desired entity** |

| | | |
|---|---|---|
| message comprising a list of at least one other location server known to have the location information for the desired entity. | | |

*See* claim 6pre-6b.



Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations.  Kove does

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| | | not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
|---|---|---|
| **Claim 8** | | |
| The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information. | *See* claim 6. All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is **the system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information** ████████████████████████████████ | Amazon denies that DynamoDB is the "system of claim 6" for the reasons stated above. Amazon further denies that DynamoDB satisfies the additional limitation of claim 8. |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: AWS

Deleted: AWS

Deleted: AWS'S

Deleted: SECOND





| | | |
|---|---|---|
| | *See* claim 6. | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 9** | | |
| The system of claim 6, wherein the location information in the location server is maintained in an indexed location store. | *See* claim 6. All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is **the system of claim 6, wherein the location information in the location server is maintained in an indexed location store** | Amazon denies that DynamoDB is the "system of claim 6" for the reasons stated above. Amazon further denies that DynamoDB satisfies the additional limitation of claim 9. |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS



Deleted: AWS'S

Deleted: SECOND

Deleted: AWS



*See* claim 6.

Deleted: AWS'S

Deleted: SECOND

| | | |
|---|---|---|
| | | ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████<br><br>Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 12** | | |
| The system of claim 9, wherein the indexed location store comprises a string store indexed by a hash table distributed across a plurality of servers. | *See* claims 6, 9. All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is **the system of claim 9, wherein the indexed location store comprises a string store indexed by a hash table distributed across a plurality of servers** ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ | Amazon denies that DynamoDB is the "system of claim 9" for the reasons stated above. Amazon further denies that DynamoDB satisfies the additional limitation of claim 12 either literally or under the doctrine of equivalents.<br><br>**Literal infringement**<br><br>████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: .



Deleted: AWS'S

Deleted: SECOND

**Deleted:** AWS'S

**Deleted:** SECOND



*See* claims 6, 9.

Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations.  Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.

**Infringement Under The Doctrine Of Equivalents**

Amazon also denies that the "hash table" limitation, as the term has been construed by the Court in its December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484), is satisfied under the doctrine of equivalents



Deleted: AWS'S

Deleted: SECOND

| | | |
|---|---|---|
| | | Amazon DynamoDB does not infringe claim 12 under the doctrine of equivalents. |
| Claim 15pre | | |
| A method of handling location queries in a network, the network comprising a plurality of | For independent claim 15, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") DynamoDB of infringement ("Accused Product"), as well as all hardware and software combinations that perform any DynamoDB actions | Amazon denies that DynamoDB satisfies the preamble of Claim 15. As further explained below, Kove has failed to identify "specifically where each element of each asserted claim is found within each Accused Instrumentality" as required by P.L.R. 3.1(a) and 2.2(c). |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS

| location servers including data location information, the method comprising: | (collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,814,170 ("the '170 patent").

To the extent the preamble is determined to be limiting, all Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality performs **a method of handling location queries in a network, the network comprising a plurality of location servers including data location information** | |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS



Deleted: AWS'S

Deleted: SECOND

| | | |
|---|---|---|
| | | |
| | *See* claim 15a-15e. | |
| **Claim 15a** | | |
| correlating each one of a plurality of identifiers with at least one of a | *See* claim 15pre. Each Accused Instrumentality performs the step of **correlating each one of a plurality of identifiers with at least one of a plurality of locations in the network, each one of the plurality of identifiers identifying a respective one of a plurality of data entities** | Amazon denies that DynamoDB satisfies this limitation for several reasons. |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS

Deleted: AWS'S

Deleted: SECOND

plurality of locations in the network, each one of the plurality of identifiers identifying a respective one of a plurality of data entities, wherein the data entities are stored in corresponding locations in the network;





*See* Screenshots in claim 1a.

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS'S

Deleted: SECOND



*See* claim 15pre, 15b-15e.



Deleted: AWS'S

Deleted: SECOND

AMAZON'S RESPONSE TO EXHIBIT B TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (THIRD AMENDED)
U.S. PATENT NO. 7,814,170 – AMAZON DYNAMODB

Deleted: AWS'S

Deleted: SECOND



| | | |
|---|---|---|
| | | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 15b** | | |
| receiving a location query from a client at one of the plurality of location servers, the location query requesting location information identifying a location of a data entity included in the data entities; | *See* claim 15pre-15a. Each Accused Instrumentality performs the step of **receiving a location query from a client at one of the plurality of location servers** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **the location query requesting location information identifying a location of a data entity included in the data** | Amazon denies that DynamoDB satisfies this limitation. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

Deleted: AWS'S

Deleted: SECOND





**Deleted:** AWS'S

**Deleted:** SECOND



Deleted: AWS'S

Deleted: SECOND

*See* claim 15pre-15a, 15c-15e.

|  |  | ████████████████████████████████ |
|---|---|---|
|  |  | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations.  Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 15c** |  |  |
| determining which of the plurality of location servers includes the location information; | *See* claim 15pre-15b.  Each Accused Instrumentality performs the step of **determining which of the plurality of location servers includes the location information** ████████████████████████ ████████████ | Amazon denies that DynamoDB satisfies this limitation. |



Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS



|  | *See* claim 15pre-15b, 15d-15e. |  |
|---|---|---|
| **Claim 15d** | | |
| sending a location response | *See* claim 15pre-15c. Each Accused Instrumentality performs the step of **sending a location response message to the client in response to determining the one of the plurality of** | Amazon denies that DynamoDB satisfies this limitation for several reasons. |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS

| | | |
|---|---|---|
| message to the client in response to determining the one of the plurality of location servers includes the location information, the location response message comprising the location information; | **location servers includes the location information, the location response message comprising the location information** | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: AWS

Deleted: .



Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: AWS

| | | |
|---|---|---|
| |  *See* claim 15pre-15c, 15e. | |
| **Claim 15e** | | |
| sending a redirect message to the client in response to determining the one of the plurality of location servers fails to include the location information, the redirect message identifying which of the plurality of location servers includes the location information. | *See* claim 15pre-15d. Each Accused Instrumentality performs the step of **sending a redirect message to the client in response to determining the one of the plurality of location servers fails to include the location information, the redirect message identifying which of the plurality of location servers includes the location information** | Amazon denies that DynamoDB satisfies this limitation for several reasons. |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: AWS

Deleted: AWS

Deleted: AWS

Deleted: .

Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| | | |
|---|---|---|
| | ███████████████████████████████ ████████ | |
| | *See* claim 15pre-15d. | |

**Deleted:** AWS'S

**Deleted:** SECOND

Kove's Infringement Contentions for the '640 patent do not provide Amazon with sufficient notice of the bases for Kove's infringement allegations and the alleged evidence of infringement. Kove's contentions also either misinterpret or ignore the guidance and construction of certain claims terms set forth in the Court's December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484). And Kove's contentions fail to address statements it has made before the United States Patent and Trademark Office in response to *Ex Pa*rte Reexaminations that materially alter the scope of the asserted claims. Kove's contentions merely parrot the claim language and then provide narrative descriptions that purport to describe certain functionality of the Accused Instrumentalities, without tying its narrative allegations to the particular claim elements. In addition, Kove does not provide sufficient proof of where each limitation is present in the Accused Instrumentalities, as ordered by the Court on March 16, 2020. For example, Kove's contentions frequently cite dozens of source code packages without identifying or explaining which source code packages—or portions thereof—perform the individual elements of each limitation. Although the comments that follow each source code citation purport to provide some description of the functionality of each source code package, those "descriptions" are not tied to any particular claim element and do not provide sufficient context for Amazon to understand the circumstances in which Kove alleges such functionality occurs. Kove's contentions also cite documents and deposition testimony—often the same documents and deposition testimony for multiple claim limitations—without tying those documents or testimony to specific claim limitations or otherwise explaining their relevance to Kove's infringement contentions. Amazon reserves the right to argue, for any claim limitation, that Kove has failed to identify the specific evidence supporting its allegations of infringement and therefore has not met its burden of proof. Amazon reserves the right to present additional non-infringement arguments related to specific source code packages if Kove specifically identifies the source code it alleges operates to satisfy the elements of each claim limitation. Amazon incorporates by reference the arguments made in this introductory paragraph into Amazon's Response for each claim limitation below.

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| Claim 17pre | | |
| A system for retrieving data location information for data stored in a distributed network, the system comprising: | For independent claim 17, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") DynamoDB of infringement ("Accused Product"), as well as all hardware and software combinations that perform any DynamoDB actions ■■■■ (collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,103,640 ("the '640 patent").<br><br>To the extent the preamble is determined to be limiting, all Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is a system for retrieving data | Amazon denies that DynamoDB satisfies the preamble of Claim 17. As further explained below, Kove has failed to identify "specifically where each element of each asserted claim is found within each Accused Instrumentality" as required by P.L.R. 3.1(a) and 2.2(c). |

**Deleted:** AWS'S
**Deleted:** SECOND
**Deleted:** AWS
**Deleted:** AWS
**Deleted:** AWS
**Deleted:** AWS
**Deleted:** AWS
**Deleted:** AWS
**Deleted:** AWS
**Deleted:** AWS
**Deleted:** AWS
**Deleted:** AWS
**Formatted:** Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| |  The screenshots below, extracted from Amazon documents pertaining to Dynamo DB, describe Dynamo DB as a distributed "key-value" database in which data units are known as items and stored in tables. The key which indexes these items is known as a primary key, whose value is hashed | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | **Amazon** Response |
|---|---|---|
| | via an "internal hash function" to determine a partition id, which corresponds to the allocation of storage space (the "partition") on which an item is stored.  Amazon webpage, available at https://aws.amazon.com/dynamodb/. Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | **DynamoDB Core Components**<br><br>In DynamoDB, tables, items, and attributes are the core components that you work with. A table is a collection of items, and each item is a collection of attributes. DynamoDB uses primary keys to uniquely identify each item in a table and secondary indexes to provide more querying flexibility. You can use DynamoDB Streams to capture data modification events in DynamoDB tables.<br><br>There are limits in DynamoDB. For more information, see Limits in DynamoDB (p. 874).<br><br>Topics<br>• Tables, Items, and Attributes (p. 2)<br>• Primary Key (p. 5)<br>• Secondary Indexes (p. 5)<br>• DynamoDB Streams (p. 8)<br><br>**Tables, Items, and Attributes**<br><br>The following are the basic DynamoDB components:<br><br>• **Tables** – Similar to other database systems, DynamoDB stores data in tables. A table is a collection of data. For example, see the example table called People that you could use to store personal contact<br><br>API Version 2012-08-10<br>2<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.<br><br>information about friends, family, or anyone else of interest. You could also have a Cars table to store information about vehicles that people drive.<br>• **Items** – Each table contains zero or more items. An item is a group of attributes that is uniquely identifiable among all of the other items. In a People table, each item represents a person. For a Cars table, each item represents one vehicle. Items in DynamoDB are similar in many ways to rows, records, or tuples in other database systems. In DynamoDB, there is no limit to the number of items you can store in a table.<br>• **Attributes** – Each item is composed of one or more attributes. An attribute is a fundamental data element, something that does not need to be broken down any further. For example, an item in a People table contains attributes called PersonID, LastName, FirstName, and so on. For a Department table, an item might have attributes such as DepartmentID, Name, Manager, and so on. Attributes in DynamoDB are similar in many ways to fields or columns in other database systems.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. | |

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | **General Guidelines for Secondary Indexes in DynamoDB**<br><br>Amazon DynamoDB supports two types of secondary indexes:<br><br>• **Global secondary index**—An index with a partition key and a sort key that can be different from those on the base table. A global secondary index is considered "global" because queries on the index can span all of the data in the base table, across all partitions. A global secondary index has no size limitations and has its own provisioned throughput settings for read and write activity that are separate from those of the table.<br>• **Local secondary index**—An index that has the same partition key as the base table, but a different sort key. A local secondary index is "local" in the sense that every partition of a local secondary index is scoped to a base table partition that has the same partition key value. As a result, the total size of indexed items for any one partition key value can't exceed 10 GB. Also, a local secondary index shares provisioned throughput settings for read and write activity with the table it is indexing.<br><br>Each table in DynamoDB is limited to 20 global secondary indexes (default limit) and 5 local secondary indexes.<br><br>For more information about the differences between global secondary indexes and local secondary indexes, see Improving Data Access with Secondary Indexes (p. 493).<br><br>In general, you should use global secondary indexes rather than local secondary indexes. The exception is when you need strong consistency in your query results, which a local secondary index can provide but a global secondary index cannot (global secondary index queries only support eventual consistency).<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. | |

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | **Primary Key**<br><br>When you create a table, in addition to the table name, you must specify the primary key of the table. The primary key uniquely identifies each item in the table, so that no two items can have the same key.<br><br>DynamoDB supports two different kinds of primary keys:<br><br>• **Partition key** – A simple primary key, composed of one attribute known as the *partition key*.<br><br>DynamoDB uses the partition key's value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored.<br><br>In a table that has only a partition key, no two items can have the same partition key value.<br><br>The *People* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a simple primary key (*PersonID*). You can access any item in the *People* table directly by providing the *PersonId* value for that item.<br><br>• **Partition key and sort key** – Referred to as a *composite primary key*, this type of key is composed of two attributes. The first attribute is the *partition key*, and the second attribute is the *sort key*.<br><br>DynamoDB uses the partition key value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored. All items with the same partition key value are stored together, in sorted order by sort key value.<br><br>In a table that has a partition key and a sort key, it's possible for two items to have the same partition key value. However, those two items must have different sort key values.<br><br>The *Music* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a composite primary key (*Artist and SongTitle*). You can access any item in the *Music* table directly, if you provide the *Artist* and *SongTitle* values for that item.<br><br>A composite primary key gives you additional flexibility when querying data. For example, if you provide only the value for *Artist*, DynamoDB retrieves all of the songs by that artist. To retrieve only a subset of songs by a particular artist, you can provide a value for *Artist* along with a range of values for *SongTitle*.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | **Partitions and Data Distribution** | |
| | DynamoDB stores data in partitions. A *partition* is an allocation of storage for a table, backed by solid-state drives (SSDs) and automatically replicated across multiple Availability Zones within an AWS Region. Partition management is handled entirely by DynamoDB—you never have to manage partitions yourself. | |
| | When you create a table, the initial status of the table is CREATING. During this phase, DynamoDB allocates sufficient partitions to the table so that it can handle your provisioned throughput requirements. You can begin writing and reading table data after the table status changes to ACTIVE. | |
| | DynamoDB allocates additional partitions to a table in the following situations: | |
| | • If you increase the table's provisioned throughput settings beyond what the existing partitions can support. <br> • If an existing partition fills to capacity and more storage space is required. | |
| | Partition management occurs automatically in the background and is transparent to your applications. Your table remains available throughout and fully supports your provisioned throughput requirements. | |
| | For more details, see Partition Key Design (p. 810). | |
| | Global secondary indexes in DynamoDB are also composed of partitions. The data in a GSI is stored separately from the data in its base table, but index partitions behave in much the same way as table partitions. | |
| | Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. | |
| | **Storing Large Attribute Values in Amazon S3** | |
| | As mentioned above, you can also take advantage of Amazon Simple Storage Service (Amazon S3) to store large attribute values that cannot fit in a DynamoDB item. You can store them as an object in Amazon S3 and then store the object identifier in your DynamoDB item. | |
| | You can also use the object metadata support in Amazon S3 to provide a link back to the parent item in DynamoDB. Store the primary key value of the item as Amazon S3 metadata of the object in Amazon S3. Doing this often helps with maintenance of the Amazon S3 objects. | |
| | For example, consider the ProductCatalog table in the Creating Tables and Loading Sample Data (p. 323) section. Items in this table store information about item price, description, book authors, and dimensions for other products. If you wanted to store an image of each product that was too large to fit in an item, you could store the images in Amazon S3 instead of in DynamoDB. | |
| | When implementing this strategy, keep the following in mind: | |
| | • DynamoDB doesn't support transactions that cross Amazon S3 and DynamoDB. Therefore, your application must deal with any failures, which could include cleaning up orphaned Amazon S3 objects. <br> • Amazon S3 limits the length of object identifiers. So you must organize your data in a way that doesn't generate excessively long object identifiers or violate other Amazon S3 constraints. | |
| | For more information about how to use Amazon S3, see the *Amazon Simple Storage Service Developer Guide*. | |
| | Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.<br><br><br><br>https://aws.amazon.com/blogs/big-data/building-and-maintaining-an-amazon-s3-metadata-index-without-servers/.<br><br>Amazon Web Services, Inc., *AWS Reference Architectures, available at* | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | https://media.amazonwebservices.com/architecturecenter/AWS_ac_ra_filesync_08.pdf.  | |

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | <br><br><br><br><br><br><br><br>*See* claim 17a-17c. | |
| Claim 17a | | |
| a plurality of data repositories configured to store data, wherein the data is associated with a respective identifier string in each data repository; | *See* claim 17pre. Each Accused Instrumentality comprises a **plurality of data repositories configured to store data wherein the data is associated with a respective identifier string in each data repository** | Amazon denies that DynamoDB satisfies the limitation of "data repositories . . . wherein the data is associated with a respective identifier string in each data repository." |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | The screenshots below, extracted from Amazon's documents pertaining to Dynamo DB, describe the "identifier string" (the "primary key") and how a data entity (the data for items and associated attributes) is identified (i.e. indexed, looked up, and retrieved) by that identifier string.<br><br>**Why do I need a partition key?**<br><br>DynamoDB stores data as groups of attributes, known as items. Items are similar to rows or records in other database systems. DynamoDB stores and retrieves each item based on the primary key value, which must be unique. Items are distributed across 10-GB storage units, called partitions (physical storage internal to DynamoDB). Each table has one or more partitions, as shown in the following illustration. For more information, see Partitions and Data Distribution in the DynamoDB Developer Guide.<br><br>DynamoDB uses the partition key's value as an input to an internal hash function. The output from the hash function determines the partition in which the item is stored. Each item's location is determined by the hash value of its partition key.<br><br>All items with the same partition key are stored together, and for composite partition keys, are ordered by the sort key value. DynamoDB splits partitions by sort key if the collection size grows bigger than 10 GB.<br><br>https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/. | |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS

**Deleted:** AWS'S

**Deleted:** SECOND

**Deleted:** AWS

**Deleted:** AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| |  https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/. <br><br> https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/. |  <br><br> Amazon denies that the source code Kove cites supports its allegation this this limitation is met by DynamoDB, as discussed above. |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | With DynamoDB, you can create database tables that can store and retrieve any amount of data, and serve any level of request traffic. You can scale up or scale down your tables' throughput capacity without downtime or performance degradation, and use the AWS Management Console to monitor resource utilization and performance metrics.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.<br><br>**Partitions and Data Distribution**<br><br>DynamoDB stores data in partitions. A partition is an allocation of storage for a table, backed by solid-state drives (SSDs) and automatically replicated across multiple Availability Zones within an AWS Region. Partition management is handled entirely by DynamoDB—you never have to manage partitions yourself.<br><br>When you create a table, the initial status of the table is CREATING. During this phase, DynamoDB allocates sufficient partitions to the table so that it can handle your provisioned throughput requirements. You can begin writing and reading table data after the table status changes to ACTIVE.<br><br>DynamoDB allocates additional partitions to a table in the following situations:<br><br>• If you increase the table's provisioned throughput settings beyond what the existing partitions can support.<br>• If an existing partition fills to capacity and more storage space is required.<br><br>Partition management occurs automatically in the background and is transparent to your applications. Your table remains available throughout and fully supports your provisioned throughput requirements.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.<br><br> | |

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| |  | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 17pre, 17b-17c. | |
| Claim 17b | | |
| a data location se[rv]er network having a plurality of data location servers, each of the plurality of data location servers containing location strings associated with respective identifier strings and each of the plurality of data location servers having computer executable code configured to execute the following steps: | *See* claim 17pre-17a. Each Accused Instrumentality comprises **a data location se[rv]er network having a plurality of data location servers**<br><br>**each of the plurality of data location servers containing location strings associated with respective identifier strings** | Amazon denies that DynamoDB satisfies this limitation for several reasons. |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: w

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|



And each of the plurality of data location servers having computer executable code configured to execute the following steps (see below).

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| |  *See* claim 17pre-17a, 17c. | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: --

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: :

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | |  Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 17c** | | |
| in response to receiving a data location request from a client to retrieve a location string associated with an identification string provided in the data location request, transmitting a redirect message to the client if the identification string is not associated with a location | *See* claim 17pre-17b. Each Accused Instrumentality comprises a plurality of data location servers, each of the plurality of data location servers having computer executable code configured to execute the following steps:<br><br>**in response to receiving a data location request from a client to retrieve a location string associated with an identification string provided in the data location request** | Amazon denies that DynamoDB satisfies this limitation either literally or under the doctrine of equivalents.<br><br>**Literal Infringement**<br><br>DynamoDB does not satisfy this limitation for several reasons. |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|



string at the data location server, wherein the redirect message contains information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string.

**transmitting a redirect message to the client if the identification string is not associated with a location string at the data location server**

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|



Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | wherein the redirect message contains information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string | |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: .
Deleted: AWS
Deleted: that
Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|



**Deleted:** AWS'S

**Deleted:** SECOND

**Deleted:** AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████ | ███████████████ |
| | *See* claim 17pre-17b. | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations.  Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.<br><br>**Infringement Under The Doctrine Of Equivalents**<br><br>Amazon also denies that this limitation is satisfied under the doctrine of equivalents. ██████████████ |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: AWS

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

**Deleted:** AWS'S

**Deleted:** SECOND

**Deleted:** AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

**Deleted:** AWS'S

**Deleted:** SECOND

**Deleted:** AWS

**Deleted:** AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | ██████████████████████████████████████████████████████████████████████████████ |
| | | Finally, because Kove's doctrine of equivalents argument effectively reads out limitation 17c, it also violates the "all elements rule." For this reason as well, Amazon's DynamoDB does not satisfy this limitation under the doctrine of equivalents. |
| Claim 18pre | | |
| A system for retrieving data location information for data stored in a distributed network, the system comprising: | For independent claim 18 and its dependent claim 24, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") DynamoDB of infringement ("Accused Product"), as well as all hardware and software combinations that perform any DynamoDB actions ███████████████████████ ███ ███ ███ ███ ███ (collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,103,640 ("the '640 patent"). To the extent the preamble is determined to be limiting, all Accused Instrumentalities meet this claim limitation. Each | Amazon denies that DynamoDB satisfy the preamble of Claim 18. As further explained below, Kove has failed to identify "specifically where each element of each asserted claim is found within each Accused Instrumentality" as required by P.L.R. 3.1(a) and 2.2(c). ████████████████████████████████████████ ███ ███ ███ ██ ██ ███ |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | Accused Instrumentality is **a system for retrieving data location information for data stored in a distributed network**  *See* Screenshots in claim 17pre. | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Formatted: Left, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Font:(Default) Times New Roman, 12 pt, Font color: Text 1

Formatted: Font:(Default) Times New Roman, 12 pt, Font color: Text 1

Formatted: Font:(Default) Times New Roman, 12 pt, Font color: Text 1

Formatted: Font:(Default) Times New Roman, 12 pt, Font color: Text 1

Formatted: Font:(Default) Times New Roman, 12 pt, Font color: Text 1

Formatted: Font:(Default) Times New Roman, 12 pt, Font color: Text 1

Formatted: Font:(Default) Times New Roman, 12 pt, Font color: Text 1

Formatted: Font:(Default) Times New Roman, 12 pt, Font color: Text 1

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|



| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████████████████<br>███████████████<br><br>*See* claim 18a-18e. | ████████████████████████<br>████████████████████████<br>███████<br><br>████████████████████████<br>████████████████████████<br><br>████████████████████████<br>████████████████████████<br>████████<br><br>████████████████████████<br>████████████████████████<br>███████<br><br>████████████████████████<br>████████████████████████<br>████████<br><br>████████████████████████<br>████████████████████████<br>████████████████████████ |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |
| **Claim 18a** | | |
| a data repository configured to store data, wherein the data is associated with an identifier string; | *See* claim 18pre. Each Accused Instrumentality comprises a **data repository configured to store data** **wherein the data is associated with an identifier string** | |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: AWS

Deleted: AWS

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*See* claim 18pre, 18b-18e. | |
| Claim 18b | | |
| a client responsive to a | *See* claim 18pre-18a. Each Accused Instrumentality comprises **a client responsive to a data query to query a** | Amazon denies that DynamoDB satisfies this limitation for several reasons. |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| data query to query a data location server for location information associated with the identifier string; | **data location server for location information associated with the identifier string** | |

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|



Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| |  *See* claim 18pre-18a, 18c-18e. | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted:

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: .

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| Claim 18c | | |
| a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string, wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client: | *See* claim 18pre-18b. Each Accused Instrumentality comprises **a data location server network comprising a plurality of data location servers**<br><br>**at least one of the plurality of data location servers containing location information associated with the identifier string** | Amazon denies that DynamoDB satisfies this limitation for several reasons. |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| |  wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client (see below). | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| |  *See* claim 18pre-18b, 18d-18e. | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations.  Kove does |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| Claim 18d | | |
| if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string; | *See* claim 18pre-18c. Each Accused Instrumentality comprises a plurality of data location servers, wherein each of the plurality of data location servers comprises computer executable code configured to execute the following step in response to receiving a data location request from the client: **if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string** | Amazon denies that DynamoDB satisfies this limitation either literally or under the doctrine of equivalents.<br><br>**Literal Infringement**<br><br>Amazon denies that DynamoDB satisfies this limitation for several reasons. |

Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|



Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

**Deleted:** AWS'S

**Deleted:** SECOND

**Deleted:** AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|



| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  | *See* claim 18pre-18c, 18e. | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. **Infringement Under The Doctrine Of Equivalents** Amazon also denies that this limitation is satisfied under the doctrine of equivalents. |

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: AWS

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Finally, because Kove's doctrine of equivalents argument effectively reads out limitation 18d, it also violates the "all elements rule." For this reason as well, Amazon's DynamoDB does not satisfy this limitation under the doctrine of equivalents. |
| **Claim 18e** | | |
| if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the | *See* claim 18pre-18d. Each Accused Instrumentality comprises a plurality of data location servers, wherein each of the plurality of data location servers comprises computer executable code configured to execute the following step in response to receiving a data location request from the client: **if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string** | DynamoDB does not satisfy this limitation for several reasons. |

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. | | |



Deleted: AWS'S
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: that
Deleted: AWS

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|



Deleted: AWS'S

Deleted: SECOND

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████████ ███████████ ███████████████████████████ ██████████████████████ ███████████████████ ████████████ *See* claim 18pre-18d. | ████████████████████████ ████████████████████████ ████████████████████████ ██████████████ ███████████████ ████████████████████ Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| Claim 24 | | |
| The system of claim 18, wherein the location information comprises a portion of a hash table distributed over the plurality of | All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is the system of claim 18, **wherein the location information comprises a portion of a hash table distributed over the plurality of data location servers** ███████████████████ ████████████████ ██████████████████ | Amazon denies that Amazon DynamoDB is a system of claim 18 for the reasons set forth above, or that Amazon DynamoDB satisfies the additional limitation of claim 24 either literally or under the doctrine of equivalents.<br><br>**Literal Infringement**<br><br>For the reasons explained with respect to claim 18, DynamoDB does not satisfy the limitations of "location information" and "data location servers." |

Deleted: AWS

Deleted: AWS

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| data location servers. | █████████ | █████████ |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted:

Deleted:

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|



Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

**Deleted:** AWS'S

**Deleted:** SECOND

**Deleted:** AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| |   *See* claim 18. | |

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Amazon denies that the cited deposition testimony and documents support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.<br><br>**Infringement Under The Doctrine Of Equivalents**<br><br>Amazon also denies that the "hash table" limitation, as the term has been construed by the Court in its December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484), is satisfied under the doctrine of equivalents. |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Deleted: AWS

Deleted: AWS

Deleted:

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

**Deleted:** AWS'S

**Deleted:** SECOND

**Deleted:** AWS

**Deleted:** AWS

| U.S. 7,103,640 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS'S

Deleted: SECOND

Deleted: AWS

Kove's Infringement Contentions for the '978 patent do not provide Amazon with sufficient notice of the bases for Kove's infringement allegations and the alleged evidence of infringement. Kove's contentions also either misinterpret or ignore the guidance and construction of certain claims terms set forth in the Court's December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484). And Kove's contentions fail to address statements it has made before the United States Patent and Trademark Office in response to *Ex Parte* Reexaminations that materially alter the scope of the asserted claims. Kove's contentions merely parrot the claim language and then provide narrative descriptions that purport to describe certain functionality of the Accused Instrumentalities, without tying its narrative allegations to the particular claim elements. In addition, Kove does not provide sufficient proof of where each limitation is present in the Accused Instrumentalities, as ordered by the Court on March 16, 2020. For example, Kove's contentions frequently cite dozens of source code packages without identifying or explaining which source code packages—or portions thereof—perform the individual elements of each limitation. Although the comments that follow each source code citation purport to provide some description of the functionality of each source code package, those "descriptions" are not tied to any particular claim element and do not provide sufficient context for Amazon to understand the circumstances in which Kove alleges such functionality occurs. Kove's contentions also cite documents and deposition testimony—often the same documents and deposition testimony for multiple claim limitations—without tying those documents or testimony to specific claim limitations or otherwise explaining their relevance to Kove's infringement contentions. Amazon reserves the right to argue, for any claim limitation, that Kove has failed to identify the specific evidence supporting its allegations of infringement and therefore has not met its burden of proof. Amazon reserves the right to present additional non-infringement arguments related to specific source code packages if Kove specifically identifies the source code it alleges operates to satisfy the elements of each claim limitation. Amazon incorporates by reference the arguments made in this introductory paragraph into Amazon's Response for each claim limitation below.

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| Claim 1 pre | | |
| A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | For independent claim 1 and its dependent claim 6, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") Amazon Simple Storage Service ("Amazon S3") of infringement ("Accused Product"), as well as all hardware and software combinations that perform any Amazon S3 actions that involve the use of a | Amazon denies that Amazon S3 satisfies the preamble of Claim 1. As further explained below, Kove has failed to identify "specifically where each element of each asserted claim is found within each Accused Instrumentality" as required by P.L.R. 3.1(a) and 2.2(c). |

Deleted: AWS
Formatted: Font:Bold
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted:
Deleted: AWS
Deleted: AWS
Formatted: Font:Bold
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | To the extent the preamble is determined to be limiting, all Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is **a system** ████████ **having a plurality of location servers** ████████ **for managing location information and providing location information to location queries** ████████ | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

Deleted: AWS

Deleted: AWS

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  | ███████████████████████ ██████████████████████████ ████████████████████ ████████████████████████ ██████████████████ ██████████████████████ ███████████████████ ████████████████████ ████████████████████████ ███████████████████ ███████████████████████ <br><br> The screenshots below, extracted from Amazon's documents pertaining to S3, describe S3's data entities as "Objects," and that these Objects are identified and indexed by unique "keys." They also describe the components of S3 that participate in data read (GET) and data write (PUT) operations, and the pathways for these operations. | ██████████████████████ ███████████████████████ ██████████████████████ <br><br> ███████████████████████ |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Formatted: Font:Bold
Deleted: AWS

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | Amazon webpage, available at aws.amazon.com/s3. Amazon Web Services, Inc., *Overview of Amazon Web Services*, available at https://d0.awsstatic.com/whitepapers/aws-overview.pdf. | |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ## What is Amazon S3? Amazon Simple Storage Service is storage for the Internet. It is designed to make web-scale computing easier for developers. Amazon S3 has a simple web services interface that you can use to store and retrieve any amount of data, at any time, from anywhere on the web. It gives any developer access to the same highly scalable, reliable, fast, inexpensive data storage infrastructure that Amazon uses to run its own global network of web sites. The service aims to maximize benefits of scale and to pass those benefits on to developers. This guide explains the core concepts of Amazon S3, such as buckets and objects, and how to work with these resources using the Amazon S3 application programming interface (API). Amazon Web Services, Inc., *Amazon Simple Storage Service Developer Guide, available at* http://docs.aws.amazon.com/AmazonS3/latest/dev/s3-dg.pdf. **Q: Does Amazon store its own data in Amazon S3?** Yes. Developers within Amazon use Amazon S3 for a wide variety of projects. Many of these projects use Amazon S3 as their authoritative data store and rely on it for business-critical operations. Amazon S3 Frequently Asked Questions, available at aws.amazon.com/s3/faqs. ## Amazon S3 Data Consistency Model Amazon S3 provides read-after-write consistency for PUTS of new objects in your S3 bucket in all regions with one caveat. The caveat is that if you make a HEAD or GET request to the key name (to find if the object exists) before creating the object, Amazon S3 provides eventual consistency for read-after-write. Amazon S3 offers eventual consistency for overwrite PUTS and DELETES in all regions. Updates to a single key are atomic. For example, if you PUT to an existing key, a subsequent read might return the old data or the updated data, but it will never return corrupted or partial data. Amazon S3 achieves high availability by replicating data across multiple servers within Amazon's data centers. If a PUT request is successful, your data is safely stored. However, information about the changes must replicate across Amazon S3, which can take some time, and so you might observe the following behaviors: • A process writes a new object to Amazon S3 and immediately lists keys within its bucket. Until the change is fully propagated, the object might not appear in the list. • A process replaces an existing object and immediately attempts to read it. Until the change is fully propagated, Amazon S3 might return the prior data. • A process deletes an existing object and immediately attempts to read it. Until the deletion is fully propagated, Amazon S3 might return the deleted data. • A process deletes an existing object and immediately lists keys within its bucket. Until the deletion is fully propagated, Amazon S3 might list the deleted object. | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | Amazon Web Services, Inc., *Amazon Simple Storage Service Developer Guide*, available at http://docs.aws.amazon.com/AmazonS3/latest/dev/s3-dg.pdf. <br><br> **Buckets** <br><br> A bucket is a container for objects stored in Amazon S3. Every object is contained in a bucket. For example, if the object named `photos/puppy.jpg` is stored in the `johnsmith` bucket, then it is addressable using the URL `http://johnsmith.s3.amazonaws.com/photos/puppy.jpg` <br><br> Buckets serve several purposes: they organize the Amazon S3 namespace at the highest level, they identify the account responsible for storage and data transfer charges, they play a role in access control, and they serve as the unit of aggregation for usage reporting. <br><br> You can configure buckets so that they are created in a specific region. For more information, see Buckets and Regions (p. 56). You can also configure a bucket so that every time an object is added to it, Amazon S3 generates a unique version ID and assigns it to the object. For more information, see Versioning (p. 435). <br><br> For more information about buckets, see Working with Amazon S3 Buckets (p. 54). <br><br> Amazon Web Services, Inc., *Amazon Simple Storage Service Developer Guide*, available at http://docs.aws.amazon.com/AmazonS3/latest/dev/s3-dg.pdf. <br><br> **Objects** <br><br> Objects are the fundamental entities stored in Amazon S3. Objects consist of object data and metadata. The data portion is opaque to Amazon S3. The metadata is a set of name-value pairs that describe the object. These include some default metadata, such as the date last modified, and standard HTTP metadata, such as Content-Type. You can also specify custom metadata at the time the object is stored. <br><br> An object is uniquely identified within a bucket by a key (name) and a version ID. For more information, see Keys (p. 3) and Versioning (p. 435). <br><br> Amazon Web Services, Inc., *Amazon Simple Storage Service Developer Guide*, available at http://docs.aws.amazon.com/AmazonS3/latest/dev/s3-dg.pdf. | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | **Keys** | |
| | A key is the unique identifier for an object within a bucket. Every object in a bucket has exactly one key. Because the combination of a bucket, key, and version ID uniquely identify each object, Amazon S3 can be thought of as a basic data map between "bucket + key + version" and the object itself. Every object in Amazon S3 can be uniquely addressed through the combination of the web service endpoint, bucket name, key, and optionally, a version. For example, in the URL http://doc.s3.amazonaws.com/2006-03-01/AmazonS3.wsdl, "doc" is the name of the bucket and "2006-03-01/AmazonS3.wsdl" is the key. | |
| | For more information about object keys, see Object Keys. | |
| | Amazon Web Services, Inc., *Amazon Simple Storage Service Developer Guide, available at* http://docs.aws.amazon.com/AmazonS3/latest/dev/s3-dg.pdf. | |
| | **Working with Amazon S3 Objects** | |
| | Amazon S3 is a simple key, value store designed to store as many objects as you want. You store these objects in one or more buckets. An object consists of the following: | |
| | • **Key** – The name that you assign to an object. You use the object key to retrieve the object. | |
| | For more information, see Object Key and Metadata (p. 100). | |
| | • **Version ID** – Within a bucket, a key and version ID uniquely identify an object. | |
| | The version ID is the string Amazon S3 generates when you add an object to a bucket. For more information, see Object Versioning (p. 109). | |
| | • **Value** – The content that you are storing. | |
| | An object value can be any sequence of bytes. Objects can range in size from zero to 5 TB. For more information, see Uploading Objects (p. 171). | |
| | • **Metadata** – A set of name-value pairs with which you can store information regarding the object. | |
| | You can assign metadata, referred to as user-defined metadata, to your objects in Amazon S3. Amazon S3 also assigns system-metadata to these objects, which it uses for managing objects. For more information, see Object Key and Metadata (p. 100). | |
| | • **Subresources** – Amazon S3 uses the subresource mechanism to store object-specific additional information. | |
| | Because subresources are subordinates to objects, they are always associated with some other entity such as an object or a bucket. For more information, see Object Subresources (p. 109). | |
| | • **Access Control Information** – You can control access to the objects you store in Amazon S3. | |
| | Amazon S3 supports both the resource-based access control, such as an access control list (ACL) and bucket policies, and user-based access control. For more information, see Identity and Access Management in Amazon S3 (p. 304). | |
| | For more information about working with objects, see the following sections. Your Amazon S3 resources (for example buckets and objects) are private by default. You need to explicitly grant permission for others to access these resources. For example, you might want to share a video or a photo stored in your Amazon S3 bucket on your website. That works only if you either make the object public or use a presigned URL on your website. For more information about sharing objects, see Share an Object with Others (p. 168). | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | Amazon Web Services, Inc., *Amazon Simple Storage Service Developer Guide*, available at http://docs.aws.amazon.com/AmazonS3/latest/dev/s3-dg.pdf. | |

### Examples of Creating a Bucket

**Topics**

- Using the Amazon S3 Console (p. 60)
- Using the AWS SDK for Java (p. 60)
- Using the AWS SDK for .NET (p. 61)
- Using the AWS SDK for Ruby Version 3 (p. 62)
- Using Other AWS SDKs (p. 63)

The following code examples create a bucket programmatically using the AWS SDKs for Java, .NET, and Ruby. The code examples perform the following tasks:

- Create a bucket, if the bucket doesn't already exist—The examples create a bucket by performing the following tasks:

  - Create a client by explicitly specifying an AWS Region (the example uses the `s3-eu-west-1` Region). Accordingly, the client communicates with Amazon S3 using the `s3-eu-west-1.amazonaws.com` endpoint. You can specify any other AWS Region. For a list of AWS Regions, see Regions and Endpoints in the *AWS General Reference*.

  - Send a create bucket request by specifying only a bucket name. The create bucket request doesn't specify another AWS Region. The client sends a request to Amazon S3 to create the bucket in the Region you specified when creating the client. Once you have created a bucket, you can't change its Region.

    **Note**
    If you explicitly specify an AWS Region in your create bucket request that is different from the Region you specified when you created the client, you might get an error. For more information, see Creating a Bucket (p. 54).

    The SDK libraries send the PUT bucket request to Amazon S3 to create the bucket. For more information, see PUT Bucket.

  - Retrieve information about the location of the bucket—Amazon S3 stores bucket location information in the location subresource that is associated with the bucket. The SDK libraries send the GET Bucket location request (see GET Bucket location) to retrieve this information.

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | Amazon Web Services, Inc., *Amazon Simple Storage Service Developer Guide*, available at http://docs.aws.amazon.com/AmazonS3/latest/dev/s3-dg.pdf. | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | **Storing Large Attribute Values in Amazon S3**<br><br>As mentioned above, you can also take advantage of Amazon Simple Storage Service (Amazon S3) to store large attribute values that cannot fit in a DynamoDB item. You can store them as an object in Amazon S3 and then store the object identifier in your DynamoDB item.<br><br>You can also use the object metadata support in Amazon S3 to provide a link back to the parent item in DynamoDB. Store the primary key value of the item as Amazon S3 metadata of the object in Amazon S3. Doing this often helps with maintenance of the Amazon S3 objects.<br><br>For example, consider the ProductCatalog table in the Creating Tables and Loading Sample Data (p. 323) section. Items in this table store information about item price, description, book authors, and dimensions for other products. If you wanted to store an image of each product that was too large to fit in an item, you could store the images in Amazon S3 instead of in DynamoDB.<br><br>When implementing this strategy, keep the following in mind:<br><br>• DynamoDB doesn't support transactions that cross Amazon S3 and DynamoDB. Therefore, your application must deal with any failures, which could include cleaning up orphaned Amazon S3 objects.<br>• Amazon S3 limits the length of object identifiers. So you must organize your data in a way that doesn't generate excessively long object identifiers or violate other Amazon S3 constraints.<br><br>For more information about how to use Amazon S3, see the Amazon Simple Storage Service Developer Guide.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamo db-dg.pdf.<br><br>**DynamoDB table design**<br><br>The heart of the S3 object index is a DynamoDB table with one item per object, which associates various attributes with the object's S3 key. Each item contains the S3 key, the size of the object, and any additional attributes to use for lookups.<br><br>Because DynamoDB tables are schema-less, the only things you need to define explicitly are the primary key and any additional indexes to support your queries. When selecting a primary key and indexes, you need to consider how the table will be queried. The following sections look at each of the four queries from the example and show an index optimized for each one.<br><br>In this example, you define all of your indexes up front. In a more iterative development context, you could define only the primary key to begin with and then add secondary indexes as your requirements demand.<br><br>https://aws.amazon.com/blogs/big-data/building-and-maintaining-an-amazon-s3-metadata-index-without-servers/. | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| |  Amazon Web Services, Inc., *AWS Reference Architectures*, *available at* https://media.amazonwebservices.com/architecturecenter/AWS_ac_ra_filesync_08.pdf. | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████████████<br>███████<br><br>*See* claim 1a-1c. | |
| **Claim 1a** | | |
| a first location server containing a first set of location information corresponding to at least one entity, the location information comprising an identifier and at least one location string associated with the identifier, wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity | *See* claim 1pre. Each Accused Instrumentality comprises:<br><br>**a first location server containing a first set of location information corresponding to at least one entity**<br>███████████████<br>████████████<br>████████████<br>████████████<br>████████████<br>██████████<br>██████████<br>█████████████<br><br>**the location information comprising an identifier**<br>████████ | S3 does not satisfy this limitation for several reasons.<br><br>██████████████████<br>██████████████████<br>██████████████████<br>██████████████████<br>██████████████████<br>██████████████████<br>█████████████████<br><br>████████████████████<br>████████████████████<br>████████████████████<br>████████████████████ |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ **and at least one location string associated with the identifier** ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ | ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████ | |
| | **wherein the identifier identifies an entity** ███ | |
| | **and the location string specifies a location of data pertaining to the entity** | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 1pre, 1b-1c. | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

Deleted: AWS's

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | |  Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 1b** | | |
| a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first set of location information; and | *See* claim 1pre-1a. Each Accused Instrumentality comprises **a second location server comprising a second set of location information** | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Formatted: Font:Bold
Deleted: AWS
Deleted: AWS

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████ <br><br>**wherein at least a portion of the second set of location information differs from the first set of location information** ████████████ | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | <br><br><br><br><br><br>*See* claim 1pre-1a, 1c. | |
| **Claim 1c** | | |
| programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity. | *See* claim 1pre-1b. Each Accused Instrumentality comprises<br><br>**programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity** | AWS denies that S3 satisfies this limitation. |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

Deleted: AWS's

Deleted: .

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 1pre-1b. | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 6** | | |
| The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table. | *See* claim 1. All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is the system of claim 1, **wherein the location information in the location server is maintained in an indexed location store indexed by a hash table** | Amazon denies that Amazon S3 is the system of claim 1 for the reasons set forth above, or that Amazon S3 satisfies the additional limitation of claim 6 either literally or under the doctrine of equivalents.<br><br>**Literal Infringement**<br><br>Amazon denies that Amazon S3 satisfies this limitation. |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Formatted: Font:Bold
Deleted: AWS
Deleted: AWS
Deleted: AWS

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ████████████████████████████████████████████████████████████████████████████████████████████████ *See* claim 1. | ████████████████████████████████████████████████████████████ |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations.  Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.<br><br>**Infringement Under The Doctrine of Equivalents** |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

Deleted: AWS

Deleted: AWS

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  | Amazon denies that this limitation is satisfied under the doctrine of equivalents. |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Finally, because Kove's doctrine of equivalents argument effectively reads out the additional limitation of dependent claim 6, it also violates the "all elements rule." For this reason as well, Amazon S3 does not satisfy this limitation under the doctrine of equivalents. |
| Claim 17pre | | |
| A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality | For independent claim 17 and its dependent claims 23, 24, and 30, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") Amazon Simple Storage Service ("Amazon S3") of infringement ("Accused Product"), as well as all hardware and software combinations that perform any | Amazon denies that Amazon S3 satisfies the preamble of Claim 17. |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| of location servers for storing and retrieving location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising: | Amazon S3 actions (collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,233,978 ("the '978 patent"). To the extent the preamble is determined to be limiting, all Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality performs **a method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information** | As further explained below, Kove has failed to identify "specifically where each element of each asserted claim is found within each Accused Instrumentality" as required by P.L.R. 3.1(a) and 2.2(c). |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

**Deleted:** AWS

**Deleted:** SECOND

**Deleted:** AWS

**Formatted:** Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ <br><br> *See* Screenshots for claim 1pre. <br><br> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  | *See* claim 17a-17e. |  |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

Deleted: AWS's

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | |  Amazon denies that the cited deposition testimony, the other cited documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 17a** | | |
| providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier; | *See* claim 17pre. Each Accused Instrumentality performs the step of **providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier** | Amazon denies that S3 satisfies this limitation for several reasons. |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Formatted: Font:Bold
Deleted: AWS
Deleted: AWS

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

*See* claim 17pre, 17b-17e.

66 – HIGHLY CONFIDENTIAL

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | |  AWS denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 17b** | | |
| storing location information formatted according to the transfer protocol at a first location server; | *See* claim 17pre-17a. Each Accused Instrumentality performs the steps of **storing location information formatted according to the transfer protocol at a first location server**; | Amazon denies that S3 satisfies this limitation for several reasons. |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

Deleted: AWS

Deleted: AWS's

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Amazon denies that the cited deposition testimony and documents support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 17pre-17a, 17c-17e. | |
| Claim 17c | | |
| receiving an identifier and a location relevant to the identifier at the first location server; | *See* claim 17pre-17b. Each Accused Instrumentality performs the step of | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | **receiving an identifier and a location relevant to the identifier at the first location server** | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 17pre-17b, 17d-17e. | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | language or otherwise explain its relevance to Kove's infringement contentions. |
| Claim 17d | | |
| storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and | *See* claim 17pre-17c. Each Accused Instrumentality performs the step of<br><br>**storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store** | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ██████████████████████████████████████<br>██████████████████████████████████████<br>██████████████████████████████████████<br><br>*See* claim 17pre-17c, 17e. | ██████████████████████████████████████<br>██████████████████████████████████████ |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | <br><br><br><br>AWS denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| Claim 17e | | |
| transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit. | *See* claim 17pre-17d. Each Accused Instrumentality performs the step of<br><br>**transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit** | **Literal infringement**<br><br>Amazon denies that S3 satisfies this limitation for several reasons. |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

Deleted: WS

Deleted: AWS's

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|



Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

Deleted: WS

Deleted: WS

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  | | |

**Deleted:** AWS

**Deleted:** SECOND

**Deleted:** AWS

**Formatted:** Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 17pre-17d. | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

Deleted: WS

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | AWS denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | **Infringement Under The Doctrine of Equivalents**<br><br>Amazon also denies that this limitation is satisfied under the doctrine of equivalents. |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

Deleted: WS

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Finally, because Kove's doctrine of equivalents argument effectively reads out the limitation 17e, it also violates the "all elements rule." For this reason as well, Amazon S3 does not satisfy this limitation under the doctrine of equivalents. |
| **Claim 23** | | |
| The method of claim 17, wherein the performance criterion comprises an amount of available persistent storage space in the first location server. | *See* claim 17. All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality performs the **method of claim 17, wherein the performance criterion comprises an amount of available persistent storage space in the first location server** | Amazon incorporates by reference its arguments with respect to claim 17. |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

Deleted: WS

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ██████████████████████ ████████ *See* claim 17. | |
| **Claim 24** | | |
| The method of claim 17, wherein the performance criterion comprises a transaction rate limit. | *See* claim 17. All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality performs **the method of claim 17, wherein the performance criterion comprises a transaction rate limit** ████████████████████████ | Amazon denies that Amazon S3 performs the method of claim 17 for the reasons set forth above, or that Amazon S3 satisfies the additional limitation of claim 24. Amazon incorporates by reference its arguments with respect to claim 17. |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

Deleted: WS

Deleted: WS

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| |  | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████████████████████████████████████████████████████████████████████████████████████████ *See* claim 17. | |
| **Claim 30** | | |
| The method of claim 17, wherein transferring a portion of the identifiers and associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations | *See* claim 17. All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality performs the **method of claim 17, wherein transferring a portion of the identifiers and associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit** ███████████████████████████████████████████████████████████████████████████████ | AWS denies that Amazon S3 performs the method of claim 17 for the reasons set forth above, or that AWS satisfies the additional limitation of claim 30. AWS incorporates by reference its arguments with respect to claim 17. ███████████████████████████████████████████████████████████████████████████████ |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| when the first location server reaches the predetermined limit. | | AWS denies that the cited deposition testimony and documents support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 17. | |
| **Claim 31pre** | | |
| A system for managing location information and providing location information to location queries, the system comprising: | For independent claim 31, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") Amazon Simple Storage Service ("Amazon S3") of infringement ("Accused Product"), as well as all hardware and software combinations that perform any Amazon S3 actions (collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,233,978 ("the '978 patent"). To the extent the preamble is determined to be limiting, all Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is **a system** for managing | Amazon denies that Amazon S3 satisfies the preamble of Claim 31. As further explained below, Kove has failed to identify "specifically where each element of each asserted claim is found within each Accused Instrumentality" as required by P.L.R. 3.1(a) and 2.2(c). |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Formatted: Font:Bold
Deleted: WS
Deleted: WS

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | location information and providing location information to location queries | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* Screenshots for claim 1pre. | Amazon S3 does not satisfy this preamble. |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 31a-31b. | |
| **Claim 31a** | | |
| a location server operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each location specifies a location of data in a network pertaining to the entity, the location server containing location information corresponding to at least one entity and formatted according to the transfer protocol, and wherein the location of data for the location comprises an | *See* claim 31pre. Each Accused Instrumentality comprises a **location server** ▇▇▇ **operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier** | S3 does not infringe this claim limitation for several reasons. |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| application server in communication with the network; and | | |
| | **wherein the identifier uniquely specifies an entity** | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |
| | **and wherein each location specifies a location of data in a network pertaining to the entity** | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ██████ ████████████████████████ ████████████████████████████ | ████████████████████████ ██████ |
| | **the location server containing location information corresponding to at least one entity and formatted according to the transfer protocol** ████████████████████████ | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ **and wherein the location of data for the location comprises an application server in communication with the network** ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ | ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 31pre, 31b. | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

Deleted: WS

Deleted:

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: AWS

Deleted: SECOND

Deleted: AWS

Formatted: Font:Bold

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | |  Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 31b** | | |
| programming logic stored on the location server responsive to a location query identifying a desired entity to return a location message, the location message comprising locations associated with the desired entity, wherein the location server returns the location message if the location server contains location | **the location server contains location information for the desired entity** | Amazon denies that S3 satisfies this limitation. |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Formatted: Font:Bold
Deleted: WS
Deleted: AWS

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| information for the desired entity. | | Amazon denies that the cited deposition testimony and documents support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: AWS
Deleted: SECOND
Deleted: AWS
Formatted: Font:Bold
Deleted: AWS

| US Patent No. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 31pre-31a. | |

Kove's Infringement Contentions for the '978 patent do not provide Amazon with sufficient notice of the bases for Kove's infringement allegations and the alleged evidence of infringement. Kove's contentions also either misinterpret or ignore the guidance and construction of certain claims terms set forth in the Court's December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484). And Kove's contentions fail to address statements it has made before the United States Patent and Trademark Office in response to *Ex Parte* Reexaminations that materially alter the scope of the asserted claims. Kove's contentions merely parrot the claim language and then provide narrative descriptions that purport to describe certain functionality of the Accused Instrumentalities, without tying its narrative allegations to the particular claim elements. In addition, Kove does not provide sufficient proof of where each limitation is present in the Accused Instrumentalities, as ordered by the Court on March 16, 2020. For example, Kove's contentions frequently cite dozens of source code packages without identifying or explaining which source code packages—or portions thereof—perform the individual elements of each limitation. Although the comments that follow each source code citation purport to provide some description of the functionality of each source code package, those "descriptions" are not tied to any particular claim element and do not provide sufficient context for Amazon to understand the circumstances in which Kove alleges such functionality occurs. Kove's contentions also cite documents and deposition testimony—often the same documents and deposition testimony for multiple claim limitations—without tying those documents or testimony to specific claim limitations or otherwise explaining their relevance to Kove's infringement contentions. Amazon reserves the right to argue, for any claim limitation, that Kove has failed to identify the specific evidence supporting its allegations of infringement and therefore has not met its burden of proof. Amazon reserves the right to present additional non-infringement arguments related to specific source code packages if Kove specifically identifies the source code it alleges operates to satisfy the elements of each claim limitation. Amazon incorporates by reference the arguments made in this introductory paragraph into Amazon's Response for each claim limitation below.

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| Claim 1pre | | |
| A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | For independent claim 1 and its dependent claims 3 and 6, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") DynamoDB of infringement ("Accused Product"), as well as all hardware and software combinations that perform any DynamoDB actions that involve ▮▮▮▮▮ (collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,233,978 ("the '978 patent"). To the extent the preamble is determined to be limiting, all Accused Instrumentalities meet this claim limitation. Each | Amazon denies that DynamoDB satisfies the preamble of Claim 1. As further explained below, Kove has failed to identify "specifically where each element of each asserted claim is found within each Accused Instrumentality" as required by P.L.R. 3.1(a) and 2.2(c). |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: AWS
Deleted: WS
Deleted: AWS
Formatted: Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | Accused Instrumentality is a system ▮ ▮ ▮ ▮ ▮ having a plurality of location servers ▮ for managing location information and providing location information to location queries ▮ | |

The screenshots below, extracted from Amazon documents pertaining to Dynamo DB, describe Dynamo DB as a distributed

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | "key-value" database in which data units are known as items and stored in tables. The key which indexes these items is known as a primary key, whose value is hashed via an "internal hash function" to determine a partition id, which corresponds to the allocation of storage space (the "partition") on which an item is stored.<br><br><br><br>Amazon webpage, available at https://aws.amazon.com/dynamodb/. | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

Deleted: AWS

Deleted: AWS

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide,* http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.<br><br>**DynamoDB Core Components**<br><br>In DynamoDB, tables, items, and attributes are the core components that you work with. A *table* is a collection of *items*, and each item is a collection of *attributes*. DynamoDB uses primary keys to uniquely identify each item in a table and secondary indexes to provide more querying flexibility. You can use DynamoDB Streams to capture data modification events in DynamoDB tables.<br><br>There are limits in DynamoDB. For more information, see Limits in DynamoDB (p. 874).<br><br>**Topics**<br>• Tables, Items, and Attributes (p. 2)<br>• Primary Key (p. 5)<br>• Secondary Indexes (p. 5)<br>• DynamoDB Streams (p. 8)<br><br>**Tables, Items, and Attributes**<br><br>The following are the basic DynamoDB components:<br><br>• **Tables** – Similar to other database systems, DynamoDB stores data in tables. A *table* is a collection of data. For example, see the example table called *People* that you could use to store personal contact<br><br>API Version 2012-08-10<br>2<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide,* http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.<br><br>information about friends, family, or anyone else of interest. You could also have a *Cars* table to store information about vehicles that people drive.<br>• **Items** – Each table contains zero or more items. An *item* is a group of attributes that is uniquely identifiable among all of the other items. In a *People* table, each item represents a person. For a *Cars* table, each item represents one vehicle. Items in DynamoDB are similar in many ways to rows, records, or tuples in other database systems. In DynamoDB, there is no limit to the number of items you can store in a table.<br>• **Attributes** – Each item is composed of one or more attributes. An *attribute* is a fundamental data element, something that does not need to be broken down any further. For example, an item in a *People* table contains attributes called *PersonID*, *LastName*, *FirstName*, and so on. For a *Department* table, an item might have attributes such as *DepartmentID*, *Name*, *Manager*, and so on. Attributes in DynamoDB are similar in many ways to fields or columns in other database systems.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide,* | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.<br><br>**General Guidelines for Secondary Indexes in DynamoDB**<br><br>Amazon DynamoDB supports two types of secondary indexes:<br><br>• **Global secondary index**—An index with a partition key and a sort key that can be different from those on the base table. A global secondary index is considered "global" because queries on the index can span all of the data in the base table, across all partitions. A global secondary index has no size limitations and has its own provisioned throughput settings for read and write activity that are separate from those of the table.<br><br>• **Local secondary index**—An index that has the same partition key as the base table, but a different sort key. A local secondary index is "local" in the sense that every partition of a local secondary index is scoped to a base table partition that has the same partition key value. As a result, the total size of indexed items for any one partition key value can't exceed 10 GB. Also, a local secondary index shares provisioned throughput settings for read and write activity with the table it is indexing.<br><br>Each table in DynamoDB is limited to 20 global secondary indexes (default limit) and 5 local secondary indexes.<br><br>For more information about the differences between global secondary indexes and local secondary indexes, see Improving Data Access with Secondary Indexes (p. 493).<br><br>In general, you should use global secondary indexes rather than local secondary indexes. The exception is when you need strong consistency in your query results, which a local secondary index can provide but a global secondary index cannot (global secondary index queries only support eventual consistency).<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide,* http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | **Primary Key**<br><br>When you create a table, in addition to the table name, you must specify the primary key of the table. The primary key uniquely identifies each item in the table, so that no two items can have the same key.<br><br>DynamoDB supports two different kinds of primary keys:<br><br>• **Partition key** – A simple primary key, composed of one attribute known as the *partition key*.<br><br>DynamoDB uses the partition key's value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored.<br><br>In a table that has only a partition key, no two items can have the same partition key value.<br><br>The *People* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a simple primary key (*PersonID*). You can access any item in the *People* table directly by providing the *PersonId* value for that item.<br><br>• **Partition key and sort key** – Referred to as a *composite primary* key, this type of key is composed of two attributes. The first attribute is the *partition key*, and the second attribute is the *sort key*.<br><br>DynamoDB uses the partition key value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored. All items with the same partition key are stored together, in sorted order by sort key value.<br><br>In a table that has a partition key and a sort key, it's possible for two items to have the same partition key value. However, those two items must have different sort key values.<br><br>The *Music* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a composite primary key (*Artist* and *SongTitle*). You can access any item in the *Music* table directly, if you provide the *Artist* and *SongTitle* values for that item.<br><br>A composite primary key gives you additional flexibility when querying data. For example, if you provide only the value for *Artist*, DynamoDB retrieves all of the songs by that artist. To retrieve only a subset of songs by a particular artist, you can provide a value for *Artist* along with a range of values for *SongTitle*.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide,* http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | **Partitions and Data Distribution**<br><br>DynamoDB stores data in partitions. A *partition* is an allocation of storage for a table, backed by solid-state drives (SSDs) and automatically replicated across multiple Availability Zones within an AWS Region. Partition management is handled entirely by DynamoDB—you never have to manage partitions yourself.<br><br>When you create a table, the initial status of the table is CREATING. During this phase, DynamoDB allocates sufficient partitions to the table so that it can handle your provisioned throughput requirements. You can begin writing and reading table data after the table status changes to ACTIVE.<br><br>DynamoDB allocates additional partitions to a table in the following situations:<br><br>• If you increase the table's provisioned throughput settings beyond what the existing partitions can support.<br>• If an existing partition fills to capacity and more storage space is required.<br><br>Partition management occurs automatically in the background and is transparent to your applications. Your table remains available throughout and fully supports your provisioned throughput requirements.<br><br>For more details, see Partition Key Design (p. 810).<br><br>Global secondary indexes in DynamoDB are also composed of partitions. The data in a GSI is stored separately from the data in its base table, but index partitions behave in much the same way as table partitions.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide,* http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.<br><br>**Storing Large Attribute Values in Amazon S3**<br><br>As mentioned above, you can also take advantage of Amazon Simple Storage Service (Amazon S3) to store large attribute values that cannot fit in a DynamoDB item. You can store them as an object in Amazon S3 and then store the object identifier in your DynamoDB item.<br><br>You can also use the object metadata support in Amazon S3 to provide a link back to the parent item in DynamoDB. Store the primary key value of the item as Amazon S3 metadata of the object in Amazon S3. Doing this often helps with maintenance of the Amazon S3 objects.<br><br>For example, consider the ProductCatalog table in the Creating Tables and Loading Sample Data (p. 325) section. Items in this table store information about item price, description, book authors, and dimensions for other products. If you wanted to store an image of each product that was too large to fit in an item, you could store the images in Amazon S3 instead of in DynamoDB.<br><br>When implementing this strategy, keep the following in mind:<br><br>• DynamoDB doesn't support transactions that cross Amazon S3 and DynamoDB. Therefore, your application must deal with any failures, which could include cleaning up orphaned Amazon S3 objects.<br>• Amazon S3 limits the length of object identifiers. So you must organize your data in a way that doesn't generate excessively long object identifiers or violate other Amazon S3 constraints.<br><br>For more information about how to use Amazon S3, see the Amazon Simple Storage Service Developer Guide.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide,* | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  | http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf.<br><br>**DynamoDB table design**<br><br>The heart of the S3 object index is a DynamoDB table with one item per object, which associates various attributes with the object's S3 key. Each item contains the S3 key, the size of the object, and any additional attributes to use for lookups.<br><br>Because DynamoDB tables are schema-less, the only things you need to define explicitly are the primary key and any additional indexes to support your queries. When selecting a primary key and index, you need to consider how the table will be queried. The following sections look at each of the four queries from the example and show an index optimized for each one.<br><br>In this example, you define all of your indexes up front. In a more iterative development context, you could define only the primary key to begin with and then add secondary indexes as your requirements emerge.<br><br>https://aws.amazon.com/blogs/big-data/building-and-maintaining-an-amazon-s3-metadata-index-without-servers/.<br><br><br><br>Amazon Web Services, Inc., *AWS Reference Architectures, available at* https://media.amazonwebservices.com/architecturecenter/AWS_ac_ra_filesync_08.pdf. |  |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ *See* claim 1a-1c. | |
| **Claim 1a** | | |
| a first location server containing a first set of location information corresponding to at least one entity, the location information comprising an identifier and at least one location string associated with the identifier, wherein the identifier identifies an entity and the location string | *See* claim 1pre. Each Accused Instrumentality comprises **a first location server containing a first set of location information corresponding to at least one entity** ███████████████████████████████ ███████████████████████████████ ████████ **at least one location string associated with the identifier** ████████ **, wherein the identifier identifies an entity** ██████████ **location string specifies a location of data pertaining to the entity** ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ | Amazon denies that DynamoDB satisfies this limitation for several reasons. ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

Deleted: AWS

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| specifies a location of data pertaining to the entity |  The screenshots below, extracted from Amazon's documents pertaining to Dynamo DB, describe the "identifier string" (the "primary key") and how a data entity (the items and associated attributes) is identified (i.e. indexed, looked up, and retrieved) by that identifier string. | |

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/. <br><br>  <br><br> https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/. | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | **AWS Account**<br><br>Table 1  Table 2  Table N<br><br>Partitions  Partitions  Partitions<br><br>https://aws.amazon.com.blogs/database/choosing-the-right-dynamodb-partition-key/.<br><br>With DynamoDB, you can create database tables that can store and retrieve any amount of data, and serve any level of request traffic. You can scale up or scale down your tables' throughput capacity without downtime or performance degradation, and use the AWS Management Console to monitor resource utilization and performance metrics.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide,* http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | **Partitions and Data Distribution** | |
| | DynamoDB stores data in partitions. A *partition* is an allocation of storage for a table, backed by solid-state drives (SSDs) and automatically replicated across multiple Availability Zones within an AWS Region. Partition management is handled entirely by DynamoDB—you never have to manage partitions yourself. | |
| | When you create a table, the initial status of the table is CREATING. During this phase, DynamoDB allocates sufficient partitions to the table so that it can handle your provisioned throughput requirements. You can begin writing and reading table data after the table status changes to ACTIVE. | |
| | DynamoDB allocates additional partitions to a table in the following situations: | |
| | • If you increase the table's provisioned throughput settings beyond what the existing partitions can support. | |
| | • If an existing partition fills to capacity and more storage space is required. | |
| | Partition management occurs automatically in the background and is transparent to your applications. Your table remains available throughout and fully supports your provisioned throughput requirements. | |
| | Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide,* http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | █████████████<br><br>█████████████<br><br>█████████████<br><br>*See* claim 1pre, 1b-1c. | █████████████<br><br>█████████████ |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: AWS's

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 1b** | | |
| a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first set of location information; and | *See* claim 1pre-1a. Each Accused Instrumentality comprises **a second location server comprising a second set of location information (another MN), wherein at least a portion of the second set of location information differs from the first set of location information** | Amazon denies that DynamoDB satisfies this limitation.<br><br>████████████████████████████████<br><br>Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: WS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ██████████████████<br><br>██████████████████████ | |
| | *See* claim 1pre-1a, 1c. | |
| Claim 1c | | |
| programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, the location message | *See* claim 1pre-1b. Each Accused Instrumentality comprises **programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity** ███████████████ | Amazon denies that DynamoDB satisfies this limitation.<br><br>████████████████████<br><br>████████████████████<br><br>████████████████████ |

**Deleted:** A
**Deleted:** WS
**Deleted:** SECOND
**Deleted:** AWS

**Deleted:** AWS

**Deleted:** .

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity. | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

**Deleted:** A

**Deleted:** WS

**Deleted:** SECOND

**Deleted:** AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 1pre-1b. | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Amazon denies that the cited deposition testimony and documents support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | **Amazon** Response |
|---|---|---|
| Claim 3 | | |
| The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location | *See* claim 1. All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is **the system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query** | **Amazon** denies that Amazon DynamoDB is the system of claim 1 for the reasons set forth above, or that Amazon DynamoDB satisfies the additional limitation of claim 3. |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query. |  | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

Deleted: that

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| |  | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ *See* claim 1. | |
| **Claim 6** | | |
| The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table. | *See* claim 1. All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is **the system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table** ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | Amazon denies that Amazon DynamoDB is the system of claim 1 for the reasons set forth above, or that Amazon DynamoDB satisfies the additional limitation of claim 6 either literally or under the doctrine of equivalents.

**Literal Infringement**

Amazon denies that DynamoDB satisfies this limitation. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: AWS
Deleted: .

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 1. | ███████████████████████████████████ ████████████████████████████ ████████████████████████ <br><br> ██████████████████████████████ █████████████████████████████ ██████████████████████ <br><br> ████████████████████████████████ ████████████████████████████████ ████████████████████████████ █████████████████ <br><br> **Infringement Under The Doctrine Of Equivalents** <br><br> Amazon also denies that the "hash table" limitation is satisfied under the doctrine of equivalents. ████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ |

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | <br><br><br><br><br><br>Finally, because Kove's doctrine of equivalents argument effectively reads out the additional limitation in claim 6, it also violates the "all elements rule."  For this reason as well, |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Amazon's DynamoDB does not satisfy this limitation under the doctrine of equivalents. |
| **Claim 10pre** | | |
| A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | For independent claim 10, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") DynamoDB of infringement ("Accused Product"), as well as all hardware and software combinations that perform any DynamoDB actions that involve ▮▮▮ (collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,233,978 ("the '978 patent"). <br><br> To the extent the preamble is determined to be limiting, all Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is **a system** ▮▮▮ **having a plurality of location servers for managing location information and providing location information to location queries** ▮▮▮ | Amazon denies that DynamoDB satisfies the preamble of Claim 10. As further explained below, Kove has failed to identify "specifically where each element of each asserted claim is found within each Accused Instrumentality" as required by P.L.R. 3.1(a) and 2.2(c). ▮▮▮ |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: WS
Deleted: WS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|



See Screenshots for claim 1pre.

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: WS
Deleted: WS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ████████████████████<br><br>████████████████████ | |
| | *See* claim 10a-10b. | |
| **Claim 10a** | | |
| a plurality of location servers containing location information | *See* claim 10pre. Each Accused Instrumentality comprises **a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information** ████ | Amazon denies that DynamoDB satisfies this limitation for several reasons.<br><br>████████████████████ |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: AWS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information, and comprising at least one application server address, wherein the plurality of location servers are arranged in a cluster topology such that each location server contains a unique set of location information of an aggregate set of the location information; and | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████████████████ ███████████████████████ ████████████████████████████ ███████████████ **and comprising at least one application server address** ████ █████████████, **wherein the plurality of location servers are arranged in a cluster topology such that each location server contains a unique set of location information of an aggregate set of the location information** ███████████████████████████ █████████████████████ ███████████████████ ████████████████ ██████████████████ ████████████████████ ███████████████ | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* Screenshots for claim 1a. | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████████████ ███ ██ █████ ██ ██ █ ██ ████ ██ ███████████████████████ *See* claim 10pre, 10b. | ████████████████████ █████████████████████ █████████████████████ █████████████████████ █████████████████████ █████████████████████ █████████████████████ █████████████████████ |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

Deleted:

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | |  AWS denies that the cited deposition testimony and documents support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 10b** | | |
| programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location | *See* claim 10pre-10a. Each Accused Instrumentality comprises **programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a re, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier** | AWS denies that DynamoDB satisfies this limitation. |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

Deleted: WS

Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server does not contain location information relevant to the desired identifier, wherein the redirect message comprises information for finding a location server having location information related to the desired identifier. | **and a redirect message if the queried location server does not contain location information relevant to the desired identifier, wherein the redirect message comprises information for finding a location server having location information related to the desired identifie** | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

Deleted: "

Deleted: that

Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████████<br>███████████████████<br>███████████████████<br>███████████████████<br><br>*See* claim 10pre-10a. | ███████████████████<br>███████████████████<br>███████████████████<br>███████████████████<br>███████████████████<br><br>███████████████████<br>███████████████████<br>███████████████████<br>███████████████████<br>███████████████████<br>███████████████████<br>███████████████████<br>███████████████████<br>███████████████████<br>███████████████████<br><br>Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove |

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| Claim 14pre | | |
| A method of handling location queries in a network, the network comprising a plurality of location servers, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location, the method comprising: | For independent claim 14, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") DynamoDB of infringement ("Accused Product"), as well as all hardware and software combinations that perform any DynamoDB actions that ███████████████████████████████████████ (collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,233,978 ("the '978 patent"). <br><br> To the extent the preamble is determined to be limiting, all Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality performs a method of handling location queries in a network, the network comprising a plurality of location servers ██████████████████, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location ███████████ | Amazon denies that DynamoDB satisfies the preamble of Claim 14. |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: WS
Deleted: WS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████████████████ ███████████████████ ████████████████████████ ███████████████████████ ████████████████████ ████████████████████████████ ████████████████████ ███████████████████████ █████████████████████████ ████████████████████████ █████████████████████ ██████████████████████ █████████████████████ ████████████████████ See Screenshots for claim 1pre. ████████████████████ | ████████████████████████ ████████████████████████ ██████████████ ████████████████████████ ████████████████████ ████████████████████████ ████████████████████ |

**Deleted:** A
**Deleted:** WS
**Deleted:** SECOND
**Deleted:** AWS
**Deleted:** WS
**Deleted:** WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 14a-14c. | |
| **Claim 14a** | | |
| receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location; | *See* claim 14pre. Each Accused Instrumentality performs the step of **receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location** ██████████████ | DynamoDB does not satisfy this limitation for several reasons. |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: WS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|



*See* Screenshots for claim 1a.

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

Deleted: Second

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 14pre, 14b-14c. | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | ████████████████████████ ████████████████████████ ████████████████████████ ████████████ <br><br> ████████████████████████ ████████████████████████ ████████████████████████ ████████████ <br><br> ████████████████████████ ████████████████████████ ████████████████████████ ████████████████ <br><br> ████████████████████████ ████████████████████████ ██████████████ <br><br> Amazon denies that the cited deposition testimony and documents support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| Claim 14b | | |
| sending a location response message to the | *See* claim 14pre-14a. Each Accused Instrumentality performs the step of **sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location** | Amazon denies that DynamoDB satisfies this limitation either literally or under the doctrine of equivalents. <br><br> **Literal Infringement** |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: our
Deleted: WS
Deleted: WS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| client if the queried location server contains location information relevant to an entity identified in the query, the location response message comprising location information identifying at least one application server containing information relevant to the entity identified in the query; and | **response message comprising location information identifying at least one application server containing information relevant to the entity identified in the query** | |



Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: WS
Deleted: WS
Deleted: WS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |
| | *See* claim 14pre-14a, 14c. | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.<br><br>**Infringement Under The Doctrine Of Equivalents**<br><br>Amazon also denies that this limitation is satisfied under the doctrine of equivalents. |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | ███████████████████████████ ██ █████████████████████████ ███████████████████████████ ███████████████████████████<br><br>██████████████████████████ ██████████<br><br>Amazon DynamoDB does not satisfy this limitation under the doctrine of equivalents. |
| **Claim 14c** | | |
| sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising | *See* claim 14pre-14c. Each Accused Instrumentality performs the step of **sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query** ████████████████████████████ ████████████████████████████ ██████████████████████ ███████████████████ | Amazon denies that DynamoDB satisfies this limitation.<br><br>████████████████████████ ████████████████████████<br><br>████████████████████████ ██████████████████<br><br>████████████████████████ ████████████████████████ |

**Deleted:** A
**Deleted:** WS
**Deleted:** SECOND
**Deleted:** AWS
**Deleted:** WS
**Deleted:** WS
**Deleted:** WS
**Deleted:** WS


| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| information for finding a location server storing the entity identified in the query. | | |

**Deleted:** A
**Deleted:** WS
**Deleted:** SECOND
**Deleted:** AWS

**Deleted:** that
**Deleted:** WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| |  | A Amazon denies that the cited deposition testimony and documents support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████████████████ ███████████████████████████ ███████████████████████████ ███████████████████████ <br><br> *See* claim 14pre-14b. | |
| **Claim 17pre** | | |
| A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising: | For independent claim 17 and its dependent claims 23, 24, and 30, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") DynamoDB of infringement ("Accused Product"), as well as all hardware and software combinations that perform any DynamoDB actions ███████████ ███████████████████████████ ██ █ ██ ███ █ ███ ███ (collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,233,978 ("the '978 patent"). <br><br> To the extent the preamble is determined to be limiting, all Accused Instrumentalities meet this claim limitation. Each Accused **Instrumentality performs a method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information** ███████████████████████ ███████████████████████████ ███████████████████████████ ███████████████████████████ | Amazon denies that DynamoDB satisfies the preamble of Claim 17. As further explained below, Kove has failed to identify "specifically where each element of each asserted claim is found within each Accused Instrumentality" as required by P.L.R. 3.1(a) and 2.2(c). <br><br> ███████████████████████████ ███████████████████████████ ██████████████ <br><br> ███████████████████████████ ███████████████████████████ <br><br> ███████████████████████████ ███████████████████████████ ███████████████████████████ <br><br> ███████████████████████████ ███████████████████████████ ███████████ |

Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████████████ | ████████████████ |
| | *See* claim 17a-17e. | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Amazon denies that the source code Kove cites supports its allegation that this preamble is met by DynamoDB, as discussed above. |
| **Claim 17a** | | |
| providing a transfer protocol configured to transport identifier and location | *See* claim 17pre. Each Accused Instrumentality performs the step of **providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier** | Amazon denies that DynamoDB satisfies this limitation for several reasons. |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: WS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| information, the location information specifying the location of information related to the identifier; | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ████████████████████ <br><br> *See* Screenshots for claim 1a. <br><br> █████████████████ | ████████████████ |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 17pre, 17b-17e. | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Amazon denies that the cited deposition testimony and documents support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| Claim 17b | | |
| storing location information formatted according to the transfer protocol at a first location server; | *See* claim 17pre-17a. Each Accused Instrumentality performs the step of **storing location information formatted according to the transfer protocol at a first location server** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Amazon denies that DynamoDB satisfies this limitation for several reasons. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |
| | *See* claim 17pre-17a, 17c-17e. | |
| **Claim 17c** | | |
| receiving an identifier and a location | *See* claim 17pre-17b. Each Accused Instrumentality performs the step of **receiving an identifier and a location relevant to the identifier at the first location server** ▮▮▮ | DynamoDB does not satisfy this limitation for several reasons. |

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| relevant to the identifier at the first location server; | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ██████████████████████ | ████████████████████ |
| | ████████████████████████ | ████████████████████ |
| | ████████████████████████ | ████████████████████ |
| | ███████████ ██████████ | ████████████████ |
| | ████ █████████████████ | ████████████████████ |
| | ████████ ██████████ | ████████████████ |
| | ██████████████████ | ████████████████████ |
| | ███████████████ ████ | ████████████████████ |
| | ███████████ ███████ | ████████████████ |
| | ████████████████ ███ | ████████████████████ |
| | █████████ ████████ | ████████████████████ |
| | ████████████ ████ | █████████████ |
| | ████████ ████████ | ████████████████████ |
| | ███████████████ | ████████████ |
| | █████████████ █████ | ████████████████████ |
| | ██████████ ██████ | ████████████████████ |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████████████<br>███████████████████████<br>███████<br><br>████████████████████████<br>████████████████████████<br>████████████████████████<br><br>████████████████████████<br>████████████████████████<br><br>████████████████████████<br>████████████████████████<br>████████████████████████<br>████████████████████████<br>███████████<br><br>*See* claim 17pre-17b, 17d-17e. | ████████████████████████<br>████████████████████████<br>████<br><br>████████████████████████<br>████████████████████████<br>███<br><br>████████████████████████<br>████████████████████████<br><br>Amazon denies that the cited deposition testimony and documents support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 17d** | | |
| storing the received location in a location store at the first data location server, the location store comprising a | *See* claim 17pre-17c. Each Accused Instrumentality performs the step of **storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store**<br><br>████████████████████████<br>████████████████████████<br>███████ | Amazon denies that this limitation is satisfied for several reasons.<br><br>████████████████████████<br>████████████████████████<br>███ |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: WS
Deleted: WS
Deleted: WS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and | | |

Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: WS
Deleted: WS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

**Deleted:** A

**Deleted:** WS

**Deleted:** SECOND

**Deleted:** AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ███████████████████████████████<br>███████████████████████████████<br>███████████████████████████████<br>███████████████████████████████<br>███████████████████████████████<br>███████████████████████████████<br><br>*See* claim 17pre-17c, 17e. | |
| **Claim 17e** | | |
| transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined | *See* claim 17pre-17e. Each Accused Instrumentality performs the step of **transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit**<br><br>███████████████████████████<br>███████████████████████████<br>███████████████████████████ | Amazon denies that DynamoDB satisfies this limitation for several reasons.<br><br>███████████████████████████<br>███████████████████████████<br><br>███████████████████████████<br>███████████████████████████ |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

Deleted: WS

Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| performance limit. | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

Deleted: WS

Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 17pre-17d. | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| Claim 23 | | |
| The method of claim 17, wherein the performance criterion comprises an amount of available persistent storage space in the first location server. | All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality performs the method of claim 17, **wherein the performance criterion comprises an amount of available persistent storage space in the first location server** | Amazon denies that Amazon DynamoDB performs the method of claim 17 for the reasons set forth above, or that Amazon DynamoDB satisfies the additional limitation of claim 23. |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████ ███ ████ ████ ████ | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| |  | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 17. | |
| **Claim 24** | | |
| The method of claim 17, wherein the performance criterion comprises a transaction rate limit. | All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality performs the method of claim 17, **wherein the performance criterion comprises a transaction rate limit** | Amazon denies that Amazon DynamoDB performs the method of claim 17 for the reasons set forth above, or that Amazon DynamoDB satisfies the additional limitation of claim 24. |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>*See* claim 17. | |
| Claim 30 | | |
| The method of claim 17, wherein | *See* claim 17. All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality performs **the method of claim 17, wherein transferring a portion of the identifiers** | Amazon denies that DynamoDB performs the method of claim 17 for the reasons set forth above. For the reasons stated in claim 17, DynamoDB does not satisfy the limitation of |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| transferring a portion of the identifiers and associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit. | **and associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and associated locations when the first location server reaches the predetermined limit** | "transferring a portion of the identifiers and associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit." <br><br> Amazon denies that DynamoDB satisfies the additional limitation of claim 30. <br><br> Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | ████████████████████████████████████████████████████████████████████████████████████████████<br><br>*See* claim 17. | |
| Claim 31pre | | |
| A system for managing location information and providing location information to location queries, the system comprising: | For independent claim 31, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") DynamoDB of infringement ("Accused Product"), as well as all hardware and software combinations that perform any DynamoDB actions ████████████████████████████████████ (collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,233,978 ("the '978 patent").<br><br>To the extent the preamble is determined to be limiting, all Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is a system ████████████████████████████████ | Amazon denies that DynamoDB satisfies the preamble of Claim 31. As further explained below, Kove has failed to identify "specifically where each element of each asserted claim is found within each Accused Instrumentality" as required by P.L.R. 3.1(a) and 2.2(c).<br><br>████████████████████████████████████████ |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: WS
Deleted: WS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | for managing location information and providing location information to location queries ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████<br><br>*See* Screenshots for claim 1pre.<br><br>████████████████████████ ████████████████████████ ████████████████████████ | ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* claim 31a-31b. | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | ████████████████████████████<br><br>████████████████████████████<br><br>Amazon denies that the source code Kove cites supports its allegation that this preamble is met by DynamoDB, as discussed above. |
| Claim 31a | | |
| a location server operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at | *See* claim 31pre. Each Accused Instrumentality comprises **a location server (MN) operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier** ████████████████ | Amazon denies that DynamoDB satisfies this limitation for several reasons.<br><br>████████████████████████████ |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: WS
Deleted: WS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each location specifies a location of data in a network pertaining to the entity, the location server containing location information corresponding to at least one entity and formatted according to the transfer protocol, and wherein the location of data for the location comprises an application server in communication | **wherein the identifier uniquely specifies an entity** | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| with the network; and | and wherein each location specifies a location of data in a network pertaining to the entity ████████████████████████ the location server containing location information corresponding to at least one entity and formatted according to the transfer protocol ████████████, and wherein the location of data for the location comprises an application server in communication with the network ██████████ | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | *See* Screenshots for claim 1a. | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | See claim 31pre, 31b. | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

**Deleted:** A
**Deleted:** WS
**Deleted:** SECOND
**Deleted:** AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | |  |
| | | Amazon denies that the cited deposition testimony and documents support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions. |
| **Claim 31b** | | |
| programming logic stored on the location server responsive to a location query identifying a desired entity to return a location message, the location message comprising locations associated with the desired entity, wherein the location server returns the location message if the location server | *See* claim 31pre-31a. Each Accused Instrumentality comprises **programming logic stored on the location server responsive to a location query identifying a desired entity to return a location message, the location message comprising locations associated with the desired entity, wherein the location server returns the location message if the location server contains location information for the desired entity** | Amazon denies that DynamoDB satisfies this limitation either literally or under the doctrine of equivalents.<br><br>**Literal Infringement** |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: WS
Deleted: WS
Deleted: 's

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| contains location information for the desired entity. | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |
| | *See* claim 31pre-31a. | |

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
|  |  |  |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | <br><br><br><br><br><br><br><br>Amazon denies that the cited deposition testimony, documents or source code support Kove's infringement allegations. Kove does not tie that evidence to the claim language or otherwise explain its relevance to Kove's infringement contentions.<br><br>**Infringement Under The Doctrine Of Equivalents**<br><br>Amazon also denies that this limitation is satisfied under the doctrine of equivalents. |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS
Deleted: WS
Deleted: WS
Deleted: WS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A

Deleted: WS

Deleted: SECOND

Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS

| U.S. 7,233,978 | Accused Instrumentalities | Amazon Response |
|---|---|---|
| | | ███████████████████████ |
| | | ████████████████████████████████████████ |
| | | Finally, because Kove's doctrine of equivalents argument effectively reads out limitation 31b, it also violates the "all elements rule." For this reason as well, Amazon's DynamoDB does not satisfy this limitation under the doctrine of equivalents.<br><br>Amazon DynamoDB does not satisfy this limitation under the doctrine of equivalents. |

Deleted: A
Deleted: WS
Deleted: SECOND
Deleted: AWS