**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| Claim 1pre | |
| A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | For independent claim 1 and its dependent claims 3 and 6, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") DynamoDB of infringement ("Accused Product"), as well as all hardware and software combinations that perform any DynamoDB actions that involve ████████████████████████████████████████ ████ (collectively, "Accused Instrumentalities"). ██████████████████ ████████ ████████████████████████████████████████████████████ |

---

[1] Consistent with LPR 3.1, these Contentions disclose Kove's theories of infringement with sufficient specificity to provide Amazon with notice of its infringement, using the information reasonably available to Kove. Fact discovery is still ongoing, including relevant document and deposition discovery. Kove reserves the right to modify, amend, retract, and/or supplement these Contentions (including any further articulation of theories of infringement, including under the doctrine of equivalents, and adding, removing, or otherwise modifying the asserted claims and/or accused instrumentalities) as additional evidence and information becomes available to Kove, as Kove's understanding of this information changes, in light of any further claim construction order from the Court, or as otherwise appropriate, in accordance with the Federal Rules of Civil Procedure and the applicable Local Rules. Further, these Contentions should not be interpreted as providing Kove's definitive view on the proper construction of the asserted claims. Per LPR 3.1, these Contentions are not intended to disclose all possible evidence that Kove may rely on in support of its theories, and Kove reserves all rights to rely on additional evidence as the case progresses. These Contentions are in accordance with the Court's December 17, 2021 claim construction order and are to be read and understood as a whole.

[2] Kove herein addresses, as best as it is presently able to based on the limited information available, AWS's new claim construction proposals, as set forth in Appendix A to AWS's Motion for Additional Claim Construction Briefing (Dkt. 539). In doing so, Kove in no way agrees with or endorses AWS's claim construction proposals, which have not been addressed or ordered by the Court. Kove does not agree that any additional claim construction is necessary or proper and does not agree that any of AWS's claim construction proposals are justified or correct. Indeed, Kove contends that AWS's claim construction proposals are unsupportable and without merit. Kove further notes that AWS's new claim construction proposals are vague and confusing, including as to which terms in each claim the construction is supposed to apply to, and as to the proposed constructions themselves. Kove reserves all rights to further amend its Contentions as new information comes to light and if the Court orders and further claim constructions. Kove's infringement theories herein should be understood as being in addition to, or in the alternative to, one another, and its Contentions are to be understood as a whole.

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| |  The screenshots below, extracted from Amazon documents pertaining to Dynamo DB, describe Dynamo DB as a distributed "key-value" database in which data units are known as items and stored in tables. The key which indexes these items is known as a primary key, whose value is hashed via an "internal hash function" to determine a partition id, which corresponds to the allocation of storage space (the "partition") on which an item's data is stored. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| |  Amazon webpage, available at https://aws.amazon.com/dynamodb/. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
|  | # What Is Amazon DynamoDB?<br><br>Welcome to the Amazon DynamoDB Developer Guide.<br><br>Amazon DynamoDB is a fully managed NoSQL database service that provides fast and predictable performance with seamless scalability. DynamoDB lets you offload the administrative burdens of operating and scaling a distributed database, so that you don't have to worry about hardware provisioning, setup and configuration, replication, software patching, or cluster scaling. Also, DynamoDB offers encryption at rest, which eliminates the operational burden and complexity involved in protecting sensitive data. For more information, see DynamoDB Encryption at Rest (p. 707).<br><br>With DynamoDB, you can create database tables that can store and retrieve any amount of data, and serve any level of request traffic. You can scale up or scale down your tables' throughput capacity without downtime or performance degradation, and use the AWS Management Console to monitor resource utilization and performance metrics.<br><br>Amazon DynamoDB provides on-demand backup capability. It allows you to create full backups of your tables for long-term retention and archival for regulatory compliance needs. For more information, see On-Demand Backup and Restore for DynamoDB (p. 596).<br><br>You can create on-demand backups as well as enable point-in-time recovery for your Amazon DynamoDB tables. Point-in-time recovery helps protect your Amazon DynamoDB tables from accidental write or delete operations. With point-in-time recovery, you can restore that table to any point in time during the last 35 days. For more information, see Point-in-Time Recovery: How It Works (p. 608).<br><br>DynamoDB allows you to delete expired items from tables automatically to help you reduce storage usage and the cost of storing data that is no longer relevant. For more information, see Time To Live (p. 406).<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | ## DynamoDB Core Components<br><br>In DynamoDB, tables, items, and attributes are the core components that you work with. A *table* is a collection of *items*, and each item is a collection of *attributes*. DynamoDB uses primary keys to uniquely identify each item in a table and secondary indexes to provide more querying flexibility. You can use DynamoDB Streams to capture data modification events in DynamoDB tables.<br><br>There are limits in DynamoDB. For more information, see Limits in DynamoDB (p. 874).<br><br>**Topics**<br>• Tables, Items, and Attributes (p. 2)<br>• Primary Key (p. 5)<br>• Secondary Indexes (p. 5)<br>• DynamoDB Streams (p. 8)<br><br>## Tables, Items, and Attributes<br><br>The following are the basic DynamoDB components:<br><br>• **Tables** – Similar to other database systems, DynamoDB stores data in tables. A *table* is a collection of data. For example, see the example table called *People* that you could use to store personal contact<br><br>API Version 2012-08-10<br>2<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | information about friends, family, or anyone else of interest. You could also have a *Cars* table to store information about vehicles that people drive.<br><br>• **Items** – Each table contains zero or more items. An *item* is a group of attributes that is uniquely identifiable among all of the other items. In a *People* table, each item represents a person. For a *Cars* table, each item represents one vehicle. Items in DynamoDB are similar in many ways to rows, records, or tuples in other database systems. In DynamoDB, there is no limit to the number of items you can store in a table.<br><br>• **Attributes** – Each item is composed of one or more attributes. An *attribute* is a fundamental data element, something that does not need to be broken down any further. For example, an item in a *People* table contains attributes called *PersonID*, *LastName*, *FirstName*, and so on. For a *Department* table, an item might have attributes such as *DepartmentID*, *Name*, *Manager*, and so on. Attributes in DynamoDB are similar in many ways to fields or columns in other database systems.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | ## General Guidelines for Secondary Indexes in DynamoDB<br><br>Amazon DynamoDB supports two types of secondary indexes:<br><br>- **Global secondary index**—An index with a partition key and a sort key that can be different from those on the base table. A global secondary index is considered "global" because queries on the index can span all of the data in the base table, across all partitions. A global secondary index has no size limitations and has its own provisioned throughput settings for read and write activity that are separate from those of the table.<br>- **Local secondary index**—An index that has the same partition key as the base table, but a different sort key. A local secondary index is "local" in the sense that every partition of a local secondary index is scoped to a base table partition that has the same partition key value. As a result, the total size of indexed items for any one partition key value can't exceed 10 GB. Also, a local secondary index shares provisioned throughput settings for read and write activity with the table it is indexing.<br><br>Each table in DynamoDB is limited to 20 global secondary indexes (default limit) and 5 local secondary indexes.<br><br>For more information about the differences between global secondary indexes and local secondary indexes, see Improving Data Access with Secondary Indexes (p. 493).<br><br>In general, you should use global secondary indexes rather than local secondary indexes. The exception is when you need strong consistency in your query results, which a local secondary index can provide but a global secondary index cannot (global secondary index queries only support eventual consistency).<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | **Primary Key**<br><br>When you create a table, in addition to the table name, you must specify the primary key of the table. The primary key uniquely identifies each item in the table, so that no two items can have the same key.<br><br>DynamoDB supports two different kinds of primary keys:<br><br>• **Partition key** – A simple primary key, composed of one attribute known as the *partition key*.<br><br>DynamoDB uses the partition key's value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored.<br><br>In a table that has only a partition key, no two items can have the same partition key value.<br><br>The *People* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a simple primary key (*PersonID*). You can access any item in the *People* table directly by providing the *PersonId* value for that item.<br><br>• **Partition key and sort key** – Referred to as a *composite primary key*, this type of key is composed of two attributes. The first attribute is the *partition key*, and the second attribute is the *sort key*.<br><br>DynamoDB uses the partition key value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored. All items with the same partition key value are stored together, in sorted order by sort key value.<br><br>In a table that has a partition key and a sort key, it's possible for two items to have the same partition key value. However, those two items must have different sort key values.<br><br>The *Music* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a composite primary key (*Artist* and *SongTitle*). You can access any item in the *Music* table directly, if you provide the *Artist* and *SongTitle* values for that item.<br><br>A composite primary key gives you additional flexibility when querying data. For example, if you provide only the value for *Artist*, DynamoDB retrieves all of the songs by that artist. To retrieve only a subset of songs by a particular artist, you can provide a value for *Artist* along with a range of values for *SongTitle*.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | ## Partitions and Data Distribution |
| | DynamoDB stores data in partitions. A *partition* is an allocation of storage for a table, backed by solid-state drives (SSDs) and automatically replicated across multiple Availability Zones within an AWS Region. Partition management is handled entirely by DynamoDB—you never have to manage partitions yourself. |
| | When you create a table, the initial status of the table is CREATING. During this phase, DynamoDB allocates sufficient partitions to the table so that it can handle your provisioned throughput requirements. You can begin writing and reading table data after the table status changes to ACTIVE. |
| | DynamoDB allocates additional partitions to a table in the following situations: |
| | • If you increase the table's provisioned throughput settings beyond what the existing partitions can support. |
| | • If an existing partition fills to capacity and more storage space is required. |
| | Partition management occurs automatically in the background and is transparent to your applications. Your table remains available throughout and fully supports your provisioned throughput requirements. |
| | For more details, see Partition Key Design (p. 810). |
| | Global secondary indexes in DynamoDB are also composed of partitions. The data in a GSI is stored separately from the data in its base table, but index partitions behave in much the same way as table partitions. |
| | Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | ## Storing Large Attribute Values in Amazon S3<br><br>As mentioned above, you can also take advantage of Amazon Simple Storage Service (Amazon S3) to store large attribute values that cannot fit in a DynamoDB item. You can store them as an object in Amazon S3 and then store the object identifier in your DynamoDB item.<br><br>You can also use the object metadata support in Amazon S3 to provide a link back to the parent item in DynamoDB. Store the primary key value of the item as Amazon S3 metadata of the object in Amazon S3. Doing this often helps with maintenance of the Amazon S3 objects.<br><br>For example, consider the `ProductCatalog` table in the Creating Tables and Loading Sample Data (p. 323) section. Items in this table store information about item price, description, book authors, and dimensions for other products. If you wanted to store an image of each product that was too large to fit in an item, you could store the images in Amazon S3 instead of in DynamoDB.<br><br>When implementing this strategy, keep the following in mind:<br><br>• DynamoDB doesn't support transactions that cross Amazon S3 and DynamoDB. Therefore, your application must deal with any failures, which could include cleaning up orphaned Amazon S3 objects.<br>• Amazon S3 limits the length of object identifiers. So you must organize your data in a way that doesn't generate excessively long object identifiers or violate other Amazon S3 constraints.<br><br>For more information about how to use Amazon S3, see the *Amazon Simple Storage Service Developer Guide*.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | **DynamoDB table design** <br><br> The heart of the S3 object index is a DynamoDB table with one item per object, which associates various attributes with the object's S3 key. Each item contains the S3 key, the size of the object, and any additional attributes to use for lookups. <br><br> Because DynamoDB tables are schema-less, the only things you need to define explicitly are the primary key and any additional indexes to support your queries. When selecting a primary key and indexes, you need to consider how the table will be queried. The following sections look at each of the four queries from the example and show an index optimized for each one. <br><br> In this example, you define all of your indexes up front. In a more iterative development context, you could define only the primary key to begin with and then add secondary indexes as your requirements demand. <br><br> https://aws.amazon.com/blogs/big-data/building-and-maintaining-an-amazon-s3-metadata-index-without-servers/. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| |  |

Amazon Web Services, Inc., *AWS Reference Architectures*, available at
https://media.amazonwebservices.com/architecturecenter/AWS_ac_ra_filesync_08.pdf.

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | *See* claim 1a-1c. |
| **Claim 1a** | |
| a first location server containing a first set of location information corresponding to at least one entity, the location information comprising an identifier and at least one location | *See* claim 1pre.  Each Accused Instrumentality comprises **a first location server containing a first set of location information corresponding to at least one entity**, and **at least one location string associated with the identifier** wherein the identifier identifies an entity and the **location string specifies a location of data pertaining to the entity** |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
| --- | --- |
| string associated with the identifier, wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
|  | **Why do I need a partition key?**<br><br>DynamoDB stores data as groups of attributes, known as *items*. Items are similar to rows or records in other database systems. DynamoDB stores and retrieves each item based on the primary key value, which must be unique. Items are distributed across 10-GB storage units, called partitions (physical storage internal to DynamoDB). Each table has one or more partitions, as shown in the following illustration. For more information, see Partitions and Data Distribution in the *DynamoDB Developer Guide*.<br><br>DynamoDB uses the partition key's value as an input to an internal hash function. The output from the hash function determines the partition in which the item is stored. Each item's location is determined by the hash value of its partition key.<br><br>All items with the same partition key are stored together, and for composite partition keys, are ordered by the sort key value. DynamoDB splits partitions by sort key if the collection size grows bigger than 10 GB.<br><br>https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] | |
|---|---|---|
| | |  https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| |  https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/. <br><br> With DynamoDB, you can create database tables that can store and retrieve any amount of data, and serve any level of request traffic. You can scale up or scale down your tables' throughput capacity without downtime or performance degradation, and use the AWS Management Console to monitor resource utilization and performance metrics. <br><br> Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
|  | ## Partitions and Data Distribution<br><br>DynamoDB stores data in partitions. A *partition* is an allocation of storage for a table, backed by solid-state drives (SSDs) and automatically replicated across multiple Availability Zones within an AWS Region. Partition management is handled entirely by DynamoDB—you never have to manage partitions yourself.<br><br>When you create a table, the initial status of the table is CREATING. During this phase, DynamoDB allocates sufficient partitions to the table so that it can handle your provisioned throughput requirements. You can begin writing and reading table data after the table status changes to ACTIVE.<br><br>DynamoDB allocates additional partitions to a table in the following situations:<br><br>• If you increase the table's provisioned throughput settings beyond what the existing partitions can support.<br>• If an existing partition fills to capacity and more storage space is required.<br><br>Partition management occurs automatically in the background and is transparent to your applications. Your table remains available throughout and fully supports your provisioned throughput requirements.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
| --- | --- |
| | |
| | *See* claim 1pre, 1b-1c. |
| **Claim 1b** | |
| a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first set of location information; and | *See* claim 1pre-1a. Each Accused Instrumentality comprises **a second location server comprising a second set of location information (another MN), wherein at least a portion of the second set of location information differs from the first set of location information** |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |
| | *See* claim 1pre-1a, 1c. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| Claim 1c | |
| programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity. | *See* claim 1pre-1b.  Each Accused Instrumentality comprises **programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity** |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
|  |  |
|  | *See* claim 1pre-1b. |
| Claim 3 |  |
| The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location | *See* claim 1. All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is **the system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query** |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query. | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |
| | *See* claim 1. |
| **Claim 6** | |
| The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table. | *See* claim 1.  All Accused Instrumentalities meet this claim limitation.  Each Accused Instrumentality is **the system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table** |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
|  | <br><br><br><br><br><br><br><br><br><br><br><br> |
|  | *See* claim 1. |
| **Claim 10pre** | |
| A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | For independent claim 10, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") DynamoDB of infringement ("Accused Product"), as well as all hardware and software combinations that perform any DynamoDB actions that involve ████████████████████████████████████████████████ (collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,233,978 ("the '978 patent"). <br><br> To the extent the preamble is determined to be limiting, all Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is **a system** ████████████████████████████████████ **having a plurality of location servers for managing location information and providing location information to location queries** ██████████ |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
|  | |
|  | See Screenshots for claim 1pre. |
|  | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |
| | *See* claim 10a-10b. |
| **Claim 10a** | |
| a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information, and comprising at least one application server address, wherein the plurality of location | *See* claim 10pre. Each Accused Instrumentality comprises **a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information** |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| servers are arranged in a cluster topology such that each location server contains a unique set of location information of an aggregate set of the location information; and | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |
| | *See* Screenshots for claim 1a. |
| | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
|  |  |
|  | *See* claim 10pre, 10b. |
| **Claim 10b** |  |
| programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server does not contain location information relevant to the desired identifier, wherein the redirect message comprises | *See* claim 10pre-10a.  Each Accused Instrumentality comprises **programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier** |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| information for finding a location server having location information related to the desired identifier. | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
|  | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*See* claim 10pre-10a. |
| **Claim 14pre** | |
| A method of handling location | For independent claim 14, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") DynamoDB of infringement ("Accused Product"), as well as all hardware and software combinations that perform any DynamoDB actions that involve |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| queries in a network, the network comprising a plurality of location servers, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location, the method comprising: | collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,233,978 ("the '978 patent"). |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
| --- | --- |
| | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | *See* claim 14a-14c. |
| **Claim 14a** | |
| receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location; | |
| | *See* Screenshots for claim 1a. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |
| | *See* claim 14pre, 14b-14c. |
| Claim 14b | |
| sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location response message comprising location information identifying at least one application | *See* claim 14pre-14a.  Each Accused Instrumentality performs the step of **sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location response message comprising location information identifying at least one application server containing information relevant to the entity identified in the query** |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
| --- | --- |
| server containing information relevant to the entity identified in the query; and | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |
| | *See* claim 14pre-14a, 14c. |
| **Claim 14c** | |
| sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query. | *See* claim 14pre-14c.  Each Accused Instrumentality performs the step of **sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query** |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | *See* claim 14pre-14b. |
| **Claim 17pre** | |
| A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising: | For independent claim 17 and its dependent claims 23, 24, and 30, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") DynamoDB of infringement ("Accused Product"), as well as all hardware and software combinations that perform any DynamoDB actions that involve ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,233,978 ("the '978 patent"). To the extent the preamble is determined to be limiting, all Accused Instrumentalities meet this claim limitation. Each Accused **Instrumentality performs a method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information** ▮ |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
| --- | --- |
| | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
|  |  |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |
| | *See* claim 17a-17e. |
| Claim 17a | |
| providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier; | *See* claim 17pre. Each Accused Instrumentality performs the step of **providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier** |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
| --- | --- |
| | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | *See* claim 17pre, 17b-17e. |
| **Claim 17b** | |
| storing location information formatted according to the transfer protocol at a first location server; | *See* claim 17pre-17a. Each Accused Instrumentality performs the step of **storing location information formatted according to the transfer protocol at a first location server** |

EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |
| | *See* claim 17pre-17a, 17c-17e. |
| Claim 17c | |
| receiving an identifier and a location relevant to the identifier at the first location server; | *See* claim 17pre-17b.  Each Accused Instrumentality performs the step of **receiving an identifier and a location relevant to the identifier at the first location server** |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
|  |  |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | *See* claim 17pre-17b, 17d-17e. |
| **Claim 17d** | |
| storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and | *See* claim 17pre-17c. Each Accused Instrumentality performs the step of **storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store** |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |
| | *See* claim 17pre-17c, 17e. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| Claim 17e | |
| transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit. | *See* claim 17pre-17e. Each Accused Instrumentality performs the step of **transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit** |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
|  |  |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
| --- | --- |
| | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |
| | *See* claim 17pre-17d. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| Claim 23 | |
| The method of claim 17, wherein the performance criterion comprises an amount of available persistent storage space in the first location server. | All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality performs the method of claim 17, **wherein the performance criterion comprises an amount of available persistent storage space in the first location server** |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
| --- | --- |
| | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
| --- | --- |
| | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
|  |  |
|  | *See* claim 17. |
| **Claim 24** | |
| The method of claim 17, wherein the performance criterion comprises a transaction rate limit. | All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality performs the method of claim 17, **wherein the performance criterion comprises a transaction rate limit** |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
|  |  |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
| --- | --- |
| | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |
| | *See* claim 17. |
| Claim 30 | |
| The method of claim 17, wherein transferring a portion of the identifiers and associated locations to a second location server when a | *See* claim 17.  All Accused Instrumentalities meet this claim limitation.  Each Accused Instrumentality performs **the method of claim 17, wherein transferring a portion of the identifiers and associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit** |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit. | |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
|  |  |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
|  |  |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

| U.S. 7,233,978 | Accused Instrumentalities[1,2] |
|---|---|
| | |
| | *See* claim 17. |

**EXHIBIT E TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**U.S. PATENT NO. 7,233,978 – AMAZON DYNAMODB**

**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

<u>**SOURCE CODE CITATION 1**</u>



**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**



EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE

SOURCE CODE CITATION 2



**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**



**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

## SOURCE CODE CITATION 3



**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

## SOURCE CODE CITATION 4



**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

<u>**SOURCE CODE CITATION 5**</u>



**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

<u>**SOURCE CODE CITATION 6**</u>



9 – HIGHLY CONFIDENTIAL

**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

## SOURCE CODE CITATION 7



**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

## SOURCE CODE CITATION 8



**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

**SOURCE CODE CITATION 9**



**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

## SOURCE CODE CITATION 10



**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

## SOURCE CODE CITATION 11



**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

## SOURCE CODE CITATION 12



**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

## SOURCE CODE CITATION 13



**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

### SOURCE CODE CITATION 14



**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**



**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

## SOURCE CODE CITATION 15



**EXHIBIT F TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR AMAZON SIMPLE STORAGE SERVICE**

## SOURCE CODE CITATION 16



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

## SOURCE CODE CITATION 1



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

## SOURCE CODE CITATION 2



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**



EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
SOURCE CODE APPENDIX FOR DYNAMO DB



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
SOURCE CODE APPENDIX FOR DYNAMO DB**



EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
SOURCE CODE APPENDIX FOR DYNAMO DB



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

**SOURCE CODE CITATION 3**



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
SOURCE CODE APPENDIX FOR DYNAMO DB**

<u>SOURCE CODE CITATION 4</u>



11 – HIGHLY CONFIDENTIAL

**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

## SOURCE CODE CITATION 5



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
SOURCE CODE APPENDIX FOR DYNAMO DB

## SOURCE CODE CITATION 6



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

### SOURCE CODE CITATION 7



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**



EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
SOURCE CODE APPENDIX FOR DYNAMO DB



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

## SOURCE CODE CITATION 8



EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
SOURCE CODE APPENDIX FOR DYNAMO DB

**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

## SOURCE CODE CITATION 9



# EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
## SOURCE CODE APPENDIX FOR DYNAMO DB



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

<u>**SOURCE CODE CITATION 10**</u>



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

**SOURCE CODE CITATION 11**



EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
SOURCE CODE APPENDIX FOR DYNAMO DB



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

**SOURCE CODE CITATION 12**



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

## SOURCE CODE CITATION 13



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

## SOURCE CODE CITATION 14



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

## SOURCE CODE CITATION 15



EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
SOURCE CODE APPENDIX FOR DYNAMO DB



**EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)**
**SOURCE CODE APPENDIX FOR DYNAMO DB**

<u>**SOURCE CODE CITATION 16**</u>



41 – HIGHLY CONFIDENTIAL

EXHIBIT G TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES (FOURTH AMENDED)
SOURCE CODE APPENDIX FOR DYNAMO DB

