IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Matthew F. Kennelly <br><br> Jury Trial Demanded |

# DECLARATION OF SAVANNAH CARNES
# IN SUPPORT OF KOVE IO, INC.'S MOTION TO COMPEL
# THE DEPOSITION OF ANDREW JASSY

I, Savannah Carnes, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the State of California, and I have been admitted to appear in this case pro hac vice. Unless otherwise stated, I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's Motion to Compel the deposition of Andrew Jassy.

3. Exhibit A is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. Exhibit B is a true and correct copy of ████████████████████████ ████████████████████████████████████████████████████.

5. Exhibit C is a true and correct copy of ████████████████████████ ████████████████████████████████████████████.

6. Exhibit D is a true and correct copy of ████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████.

7. Exhibit E is a true and correct copy of ████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████.

8. Exhibit F is a true and correct copy of ████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████.

9. Exhibit G is a true and correct copy of ████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████.

10. Exhibit H is a true and correct copy of ████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████.

11. Exhibit I is a true and correct copy of ████████████████████████ ████████████████████████████████████████████████████████████ ████████████████.

12. Exhibit J is a true and correct copy of [REDACTED]

13. Exhibit K is a true and correct copy of [REDACTED]

14. Exhibit L is a true and correct copy of [REDACTED]

15. Exhibit M is a true and correct copy of AWS's Supplemental Objections and Responses to Plaintiff's First, Third, Eighth, and Ninth Set of Requests for Production of Documents and Things, served on November 30, 2022.

16. Exhibit N is a true and correct copy of [REDACTED]

17. Exhibit O is a true and correct copy of United States Patent No.: 7,814,170, dated October 12, 2010, and produced by Amazon at Bates number AMZ_KOVE_000017676.

18. Exhibit P is a true and correct copy of an excerpt of an article titled "10 Emerging Technologies That Will Change Your World", written by MIT Technology Review Editors and published in *MIT Technology Review* dated February 2004.

19. Exhibit Q is a true and correct copy of excerpts of Kove's Sixth Amended Responses to AWS's First Set of Interrogatories (Nos. 2, 4, 8, 9), served on February 25, 2022.

20. Exhibit R is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

21. Exhibit S is a true and correct copy of █████████████████████████████████████████████████████████████████████████████████████████████

22. Exhibit T is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████████████████

23. Exhibit U is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████████████

24. Exhibit V is a true and correct copy of ██████████████████████████████████████████████████████████████████████████████████████████████████████████████.

25. Exhibit W is a true and correct copy of █████████████████████████████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 28, 2023                     /s/ Savannah Carnes
                                                Savannah Carnes