# Exhibit P

## 10 EMERGING TECHNOLOGIES THAT WILL CHANGE YOUR WORLD

With new technologies constantly being invented in universities and companies across the globe, guessing which ones will transform computing, medicine, communication, and our energy infrastructure is always a challenge. Nonetheless, *Technology Review*'s editors are willing to bet that the 10 emerging technologies highlighted in this special package will affect our lives and work in revolutionary ways—whether next year or next decade. For each, we've identified a researcher whose ideas and efforts both epitomize and reinvent his or her field. The following snapshots of the innovators and their work provide a glimpse of the future these evolving technologies may provide. **PHOTOGRAPH BY DENNIS KLEIMAN**

# 6



With distributed storage, you can now move and replicate files across machines, and the way in which you get them is unchanged. —HARI BALAKRISHNAN

**OTHER LEADERS**
in Distributed Storage

**IAN CLARKE**
Freenet
(Open-source project)
Anonymous content publishing and distribution

**JOHN KUBIATOWICZ**
University of California, Berkeley
(Berkeley, CA)
Secure distributed storage over the Internet

**TOM LEIGHTON**
Akamai
(Cambridge, MA)
Internet content distribution

**MICHAEL LYNCH**
Autonomy
(Cambridge, England)
Distributed corporate databases

make t-ray systems easier to build. In the part of the spectrum between the domains of cell phones and lasers, t-rays could shed light on mysteries hidden from even today's most technologically enhanced eyes. NEIL SAVAGE

## HARI BALAKRISHNAN
# Distributed Storage

Whether it's organizing documents, spreadsheets, music, photos, and videos or maintaining regular backup files in case of theft or a crash, taking care of data is one of the biggest hassles facing any computer user. Wouldn't it be better to store data in the nooks and crannies of the Internet, a few keystrokes away from any computer, anywhere? A budding technology known as distributed storage could do just that, transforming data storage for individuals and companies by making digital files easier to maintain and access while eliminating the threat of catastrophes that obliterate information, from blackouts to hard-drive failures.

**Hari Balakrishnan** is pursuing this dream, working to free important data from dependency on specific computers or systems. Music-sharing services such as KaZaA, which let people download and trade songs from Internet-connected PCs, are basic distributed-storage systems. But Balakrishnan, an MIT computer scientist, is part of a coalition of programmers who want to extend the concept to all types of data. The beauty of such a system, he says, is that it would provide all-purpose protection and convenience without being complicated to use. "You can now move [files] across machines," he says. "You can replicate them, remove them, and the way in which [you] get them is unchanged." With inability to access data sometimes costing companies millions in revenue per hour of downtime, according to Stamford, CT-based Meta Group, a distributed-storage system could dramatically enhance productivity.

Balakrishnan's work centers on "distributed hash tables," an update on a venerable computer-science concept. Around since the 1950s, hash tables provide a quick way to organize data: a simple mathematical operation assigns each file its own row in a table; the row stores the file's location. Such tables are now ubiquitous, forming an essential part of most software.

In the distributed-storage scheme pursued by Balakrishnan and his colleagues, files are scattered around the Internet, as are the hash tables listing their locations. Each table points to other tables, so while the first hash table searched may not list the file you want, it will point to other tables that will eventually—but still within milliseconds—reveal the file's location. The trick is to devise efficient ways to route data through the network—and to keep the tables up to date. Get it right and distributed hash tables could turn the Internet into a series of automatically organized, easily searchable filing cabinets. Balakrishnan says, "I view distributed hash tables as the coming future" of networked storage.

Balakrishnan's work is part of IRIS, the Infrastructure for Resilient Internet Systems project, a collaboration among researchers at MIT, the University of California, Berkeley, the International Computer Science Institute in Berkeley, CA, New York University, and Rice University. The effort, funded by the National Science Foundation, has no director (Balakrishnan always uses "we" and "us" when describing the work). Its research includes several distributed-storage projects, including OceanStore, which seeks to prove the basic concepts of distributed-storage networks (see "The Internet Reborn," TR October 2003). Another MIT researcher, Frans Kaashoek, is developing a prototype that automatically backs up data by routinely taking file system "snapshots" and distributing them around the Internet.

2



RNAi worked the first time we did the experiment. —THOMAS TUSCHL

It will be at least five years before the impact of IRIS becomes clear. Balakrishnan says the group still has to figure out how to track file updates across multiple storage sites and whether distributed hash tables should be built into the Internet foundation or incorporated into individual applications—as well as the answers to basic security questions.

But it's the fundamental power of the technology that excites many computer scientists. "What's striking about it is its huge variety of applications," says Sylvia Ratnasamy, a researcher at Intel's laboratory at Berkeley who is exploring ways that distributed storage might change the basic operation of the Internet. "Not very many technologies have that broad potential."

Stay tuned. Turning the Internet into a filing cabinet may be just step one. **MICHAEL FITZGERALD**

**THOMAS TUSCHL**

# RNAi Therapy

From heart disease to hepatitis, cancer to AIDS, a host of modern ailments are triggered by our own errant genes—or by those of invading organisms. So if a simple technique could be found for turning off specific genes at will, these diseases could—in theory—be arrested or cured. Biochemist **Thomas Tuschl** may have found just such an off switch in humans: RNA interference (RNAi). While working at Germany's Max Planck Institute for Biophysical Chemistry, Tuschl discovered that tiny double-stranded molecules of RNA designed to target a certain gene can, when introduced into human cells, specifically block that gene's effects.

Tuschl, now at Rockefeller University in New York City, first presented his findings at a meeting in Tokyo in May 2001. His audience was filled with doubters who remembered other much hyped RNA techniques that ultimately didn't work very well. "They were very skeptical and very critical," recalls Tuschl. What the skeptics didn't realize was that RNAi is much more potent and reliable than earlier methods. "It worked the first time we did the experiment," Tuschl recalls. Within a year, the doubts had vanished, and now the technique has universal acceptance—spawning research at every major drug company and university and likely putting Tuschl on the short list for a Nobel Prize.

The implications of RNAi are breathtaking, because living organisms are largely defined by the exquisitely orchestrated turning on and off of genes. For example, a cut on a finger activates blood-clotting genes, and clot formation in turn shuts them down. "Just about anything is possible with this," says John Rossi, a molecular geneticist at the City of Hope National Medical Center in Duarte, CA, who advises Australian RNAi startup Benitec. "If you knock out gene expression, you could have big impacts on any disease, any infectious problem." Pharmaceutical companies are already using RNAi to discover drug targets, by simply blocking the activity of human genes, one by one, to see what happens. If, for instance, a cancer cell dies when a particular gene is shut down, researchers can hunt for drugs that target that gene and the proteins it encodes. Screening the whole human genome this way "is not complicated," Tuschl points out.

Now drug companies, along with biotech startups and academic researchers, are seeking to use RNAi to treat disease directly. In fact, Tuschl cofounded one such startup, Alnylam Pharmaceuticals in Cambridge, MA (see "The RNA Cure?" TR November 2003), which hopes to create RNAi drugs to treat cancer, AIDS, and other diseases. For example, silencing a key gene in the HIV virus could stop it from causing AIDS; knocking out the mutated gene that causes Huntington's could halt the progression of the disease; and turning off cancer genes could shrink tumors. "It's going to be a very, very powerful approach," says Rossi.

The interference process works by preventing the gene from being translated into the protein it encodes. (Proteins do most of the real work of biology.) Normally, a gene is transcribed into an intermediate "messenger RNA" molecule, which is used as a template for assembling a protein. When a small interfering RNA molecule is introduced, it binds to the messenger, which cellular scissors then slice up and destroy.

The biggest hurdle to transforming RNAi from laboratory aide to medicine is delivering the RNA to a patient's cells, which are harder to access than the individual cells used in lab experiments. "That's the major limitation right now," says Rossi, who nevertheless predicts that RNAi-based therapies could be on the market "within maybe three or four years." Tuschl is more cautious. He thinks the technique's first applications—say, local delivery to the eye to treat a viral infection—may indeed come that soon. But he says it could take a decade or longer to develop a system that effectively delivers RNAi drugs to larger organs or the whole body.

Tuschl's lab is one of many now teasing out the precise molecular mechanisms responsible for RNA interference's remarkable potency, hoping to help realize the payoffs of RNA drugs sooner rather than later. Presuming the tiny RNA molecules can fulfill the promise of their fast start, traditional molecular biology will be turned on its head. **KEN GARBER**

**OTHER LEADERS**
in RNAi Therapy

: **REUVEN AGAMI**
Netherlands Cancer Institute
(Amsterdam, the Netherlands)
Cancer

: **BEVERLY DAVIDSON**
University of Iowa
(Iowa City, IA)
Huntington's disease

: **MICHAEL GRAHAM**
Benitec
(Queensland, Australia)
Cancer, AIDS

: **MARK KAY**
Stanford University
(Palo Alto, CA)
Hepatitis B and C

: **JUDY LIEBERMAN**
Harvard University
(Cambridge, MA)
AIDS, hepatitis, cancer

DENNIS KLEIMAN