**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | |
| v. | Judge Matthew F. Kennelly |
| AMAZON WEB SERVICES, INC., | |
| | Jury Trial Demanded |
| Defendant. | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION

Amazon respectfully requests an extension of the deadline to file its Response to Kove's Motion to Compel the Deposition of Andrew Jassy from April 5, 2023 to 5 p.m. CT on April 6, 2023, due to the expedited schedule and delayed service of that motion. Kove doesn't oppose this requested relief. In support thereof, Amazon states the following:

1. Kove filed its Sealed Motion to Compel, Declaration of Savannah Carnes, and Exhibits A-W on March 28, 2023 (D.I. 602).

2. The Court set an expedited briefing schedule, with Amazon's response due on April 5, 2023 (D.I. 604).

3. Kove didn't serve the sealed motion, declaration, and 23 exhibits on Amazon until the morning of March 29, 2023, soon after Amazon notified Kove that those materials hadn't been served.

4. In light of this, Amazon asked Kove to agree to a one-day extension to respond to the motion. Kove indicated that it didn't oppose an extension of the deadline for Amazon's Response from April 5, 2023 to April 6, 2023 at 5 p.m. CT.

5.     Given the short response timeline and the delay in receiving the sealed motion and exhibits, good cause exists for Amazon's extension request.

WHEREFORE, Amazon respectfully requests that the Court grant this Motion and extend the deadline to file its Response to Kove's Motion to Compel the Deposition of Andrew Jassy to April 6, 2023 at 5 p.m. CT.


Dated: March 29, 2023                                    Respectfully Submitted,

                                                        AMAZON WEB SERVICES, INC.


                                                        By: */s/ R. William Sigler*
                                                        Alan M. Fisch
                                                        alan.fisch@fischllp.com
                                                        R. William Sigler
                                                        bill.sigler@fischllp.com
                                                        Jeffrey M. Saltman (*pro hac vice*)
                                                        jeffrey.saltman@fischllp.com
                                                        Lisa N. Phillips (*pro hac vice*)
                                                        lisa.phillips@fischllp.com
                                                        FISCH SIGLER LLP
                                                        5301 Wisconsin Ave, NW
                                                        Suite 400
                                                        Washington, D.C. 20015
                                                        Telephone: (202) 362-3500

                                                        *Attorneys for Defendant Amazon Web Services, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 29, 2023, I electronically filed the foregoing document

with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern

Division, using the electronic case filing system of the court. The electronic case filing system

sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to

accept this Notice as service of this document by electronic means.

<u>*/s/ R. William Sigler*</u>
R. William Sigler