# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

## PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE TO FILE MOTION AND EXHIBITS UNDER SEAL

Plaintiff Kove IO, Inc. ("Kove") hereby moves for leave to file under seal its Motion to Enforce Third-Party Amazon.com's and Amazon Technologies, Inc.'s Compliance with Subpoenas, as well as Exhibits C–O to its Motion. The documents sought to be filed under seal are either designated as Highly Confidential pursuant to this Court's Protective Order, or otherwise discuss or relate to information designated as Confidential or Highly Confidential pursuant to this Court's Protective Order. Accordingly, Kove respectfully requests that the Court grant its Motion to Seal.

| | |
|---|---|
| Dated: March 29, 2023 | Respectfully submitted,<br><br>*/s/ Courtland L. Reichman* |

| | |
|---|---|
| Khue V. Hoang *(pro hac vice)*<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia *(pro hac vice)*<br>jcardenas-navia@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>400 Madison Avenue, Suite 14D<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>Facsimile: (650) 560-3501<br><br>Christine E. Lehman *(pro hac vice)*<br>clehman@reichmanjorgensen.com<br>Adam Adler *(pro hac vice)*<br>aadler@reichmanjorgensen.com<br>Philip Eklem *(pro hac vice)*<br>peklem@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>1909 K Street, NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 894-7310<br>Facsimile: (650) 560-3501<br><br>Taylor Mauze *(pro hac vice)*<br>tmauze@reichmanjorgensen.com<br>Navid Bayar *(pro hac vice)*<br>nbayar@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>7500 Rialto Blvd., Suite 1-250<br>Austin, TX 78735<br>Telephone: (650) 623-1401<br>Facsimile: (650) 560-3501 | Renato Mariotti (State Bar No. 6323198)<br>renatto.mariotti@bclplaw.com<br>Holly H. Campbell (State Bar No. 6320395)<br>holly.campbell@bclplaw.com<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>161 North Clark Street, Suite 4300<br>Chicago, IL 60601<br>Telephone: (312) 602-5000<br><br>Courtland L. Reichman *(pro hac vice)*<br>creichman@reichmanjorgensen.com<br>Shawna L. Ballard *(pro hac vice)*<br>sballard@reichmanjorgensen.com<br>Savannah Carnes *(pro hac vice)*<br>scarnes@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Facsimile: (650) 560-3501<br><br>**ATTORNEYS FOR PLAINTIFF KOVE IO, INC.** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of March 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                               */s/ Courtland L. Reichman*
                                                               Courtland L. Reichman