# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

### DECLARATION OF NAVID BAYAR IN SUPPORT OF KOVE IO, INC.'S MOTION TO ENFORCE THIRD PARTY AMAZON.COM'S AND AMAZON TECHNOLOGIES, INC.'S COMPLIANCE WITH SUBPOENAS

I, Navid Bayar, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the State of Texas, and I have been admitted to appear in this case pro hac vice. Unless otherwise stated, I have personal knowledge of the matters set forth herein and in the motion. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's Motion to Enforce Third Party Amazon.com's and Amazon Technologies, Inc.'s Compliance with Subpoenas.

3. Exhibit A is a true and correct copy of Kove's Subpoena to Testify at a Deposition in a Civil to Amazon.com, Inc., dated October 27, 2021.

4. Exhibit B is a true and correct copy of Kove's Subpoena to Testify at a Deposition in a Civil Action to Amazon Technologies, Inc., dated October 27, 2021.

5. Exhibit C is a true and correct copy of a letter from Lisa Phillips to Philip Eklem, dated February 10, 2022.

6. Exhibit D is a true and correct copy of a letter from Lisa Phillips to Philip Eklem, dated March 7, 2022.

7. Exhibit E is a true and correct copy of a letter from Philip Eklem to Lisa Phillips, dated December 6, 2022.

8. Exhibit F is a true and correct copy of a letter from Lisa Phillips to Philip Eklem, dated December 15, 2022.

9. Exhibit G is a true and correct copy of a letter from Lisa Phillips to Philip Eklem, dated January 3, 2023.

10. Exhibit H is a true and correct copy of a letter from Navid Bayar to Jeffrey Saltman and Lisa Phillips, dated February 17, 2023.

11. Exhibit I is a true and correct copy of a letter from Lisa Phillips to Navid Bayar, dated February 24, 2023.

12. Exhibit J is a true and correct copy of a letter from Navid Bayar to Jeffrey Saltman and Lisa Phillips, dated March 9, 2023.

13. Exhibit K is a true and correct copy of a letter from Lisa Phillips to Navid Bayar, dated March 20, 2023.

14. Exhibit L is a true and correct copy of an email from Lisa Phillips to Navid Bayar, dated March 22, 2023, as well a previous email from Navid Bayar to Lisa Phillips, dated March 21, 2023.

15. Exhibit M is a true and correct copy of a letter from Navid Bayar to Jeffrey Saltman and Lisa Phillips, dated March 28, 2023.

16. Exhibit N is a true and correct copy of an email from Lisa Phillips to Navid Bayar, dated March 3, 2023, and as well a previous email from Navid Bayar to Lisa Phillips, dated February 28, 2023.

17. Exhibit O is a true and correct copy of a letter from Lisa Phillips to Navid Bayar, dated March 29, 2023.

18. All facts regarding the history of communications between Kove and the Amazon Entities, as described on pages 1 to 7 in the accompanying motion, are true to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 29, 2023               /s/ Navid Bayar
                                          Navid Bayar