# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kove IO, Inc.
                            Plaintiff,

v.                                                  Case No.: 1:18−cv−08175
                                                 Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 30, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motions to appear pro hac vice [605] [606] are granted. Defendant's motion for a one−day extension to 4/6/2023 at 5:00 PM to file its response to plaintiff's motion to compel deposition is also granted. Plaintiff has filed an additional motion to compel [609]. The response to that motion is to be filed by 4/7/2023. No reply unless requested by the Court. Telephonic motion hearing on the motion to compel deposition and the newly−filed motion to compel (unless deemed unnecessary by the Court) is set for 4/14/2023 at 11:00 AM, using call−in number 888−684−8852, access code 746−1053. The Court will not entertain any further extensions to any of these deadlines. In addition, given the impending fact discovery cutoff date, which the Court does not intend to extend, the deadline for filing any further motions relating to fact discovery is 4/7/2023. The Court does not intend by this to dispense with the requirement to meet and confer in good faith prior to filing a discovery motion and will insist on compliance with that requirement. In addition, the Court advises that, on all pending and yet−to−be−filed discovery motions, it intends to invoke the fee−shifting provisions of Fed. R. Civ. P. 37(a) vis−a−vis the non−prevailing party on any such motion. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.