IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

**DEFENDANT'S NOTICE OF RELATED PROCEEDINGS**

Amazon hereby respectfully provides notice that the United States Patent & Trademark Office has ordered administrative proceedings related to this case.

More particularly, on March 29, 2023, the Patent Office granted Amazon's request for *ex parte* reexamination on all of the asserted claims of one of the patents-in-suit, U.S. Patent No. 7,814,170.[1] The Patent Office found a substantial new question of patentability for all asserted claims of the '170 patent based on all three grounds that Amazon presented: (a) OracleNamesAdminGuide, OracleUnleashed, and Steen, (b) Skagerwall alone or with Wolff, and (c) Steen in view of Skagerwall and Wolff.

Amazon's pending motion to amend its invalidity contentions seeks leave to include this same prior art and grounds (a) and (b) in its contentions here against the '170 patent.[2]

Amazon's requests for reexamination of all of the asserted claims of the other asserted patents, U.S. Patent No. 7,103,640 and 7,233,978, remain pending.

---

[1] *See* Ex. A, Order Granting Reexamination of the '170 Patent in Reexamination No. 90/019,165.
[2] *See* Dkt. 596 at 2, 10.

1

Dated: March 30, 2023 Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ R. William Sigler*
Alan M. Fisch
alan.fisch@fischllp.com
R. William Sigler
bill.sigler@fischllp.com
Jeffrey M. Saltman (*pro hac vice*)
jeffrey.saltman@fischllp.com
Lisa N. Phillips (*pro hac vice*)
lisa.phillips@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Ave, NW
Suite 400
Washington, D.C. 20015
Telephone: (202) 362-3500

*Attorneys for Defendant Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 30, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                    */s/ R. William Sigler*
                                                    R. William Sigler