# Exhibit D

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Kolcraft Enterprises, Inc.

         Plaintiff,

v.                Case No.: 1:09−cv−03339
                Honorable Edmond E. Chang

Chicco USA, Inc., et al.

         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, July 9, 2017:

  MINUTE entry before the Honorable Edmond E. Chang: Defendant's motion to amend final invalidity contentions [253] is denied. No good cause has been shown as to why the proposed Fisher−Price and Kids II amendments were not presented much earlier: Defendant knew of the references long ago, and although the asserted patent Claims have changed over the course of the litigation, Claims 20 and 28−31 have been at issue well after Defendant knew of the references. Also, fact discovery closed on 10/14/2016 (for Claims 28−31) and 12/31/2016 for Claim 20, and again well before that time Defendant should have engaged in discovery in *this* case in order to develop (and allow Plaintiff to rebut, in *this* case) these references. So the motion is denied. With Claim 20's construction under advisement, the status hearing of 07/13/2017 is reset to 09/14/2017 at 9:15 a.m.Emailed notice(Chang, Edmond)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.