IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

**DEFENDANT'S NOTICE OF RELATED PROCEEDINGS**

Amazon hereby respectfully provides notice that the United States Patent & Trademark Office has ordered administrative proceedings related to this case.

More particularly, on April 4, 2023, the Patent Office granted Amazon's request for *ex parte* reexamination on all of the asserted claims of another of the patents-in-suit, U.S. Patent No. 7,103,640.[1] The Patent Office found a substantial new question of patentability for all asserted claims of the '640 patent based on all four grounds that Amazon presented: (a) Skagerwall and Wolff, (b) OracleNamesAdminGuide, OracleUnleashed, and Steen, (c) Steen and Wolff, and (d) Steen in view of Skagerwall and Wolff. This decision follows the Patent Office's March 29 decision granting ex parte reexamination of one of the other three asserted patents, U.S. Patent No. 7,814,170.[2]

Additionally, in the ongoing reexamination of the third asserted patent, U.S. Patent No. 7,233,978, the Patent Office issued an office action on April 3, 2023 rejecting claims 17, 23, 24,

---

[1] *See* Ex. A, Order Granting Reexamination of the '640 Patent in Reexamination No. 90/019,166.
[2] *See* Dkt. No. 612.

1

and 30 as obvious over (a) OracleNamesAdminGuide and Boukobza, (b) OracleNamesAdminGuide and OracleUnleashed, (c) Ault, Yocum, and Boukobza.[3]

Accordingly, 14 of Kove's 18 asserted claims are currently under reexamination at the Patent Office. And Amazon's request for reexamination of all four of the other asserted claims (3, 6, 10, and 14 of the '978 patent) remains pending, with a decision expected shortly.

Dated: April 4, 2023

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: /s/ R. William Sigler
Alan M. Fisch
alan.fisch@fischllp.com
R. William Sigler
bill.sigler@fischllp.com
Jeffrey M. Saltman (*pro hac vice*)
jeffrey.saltman@fischllp.com
Lisa N. Phillips (*pro hac vice*)
lisa.phillips@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Ave, NW
Suite 400
Washington, D.C. 20015
Telephone: (202) 362-3500

*Attorneys for Defendant Amazon Web Services, Inc.*

---

[3] *See* Ex. B, Office Action in Reexamination No. 90/019,109.

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                         */s/ R. William Sigler*
                                                         R. William Sigler