IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc.,<br><br>                Plaintiff,<br><br>     v.<br><br>Amazon Web Services, Inc.,<br><br>                Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Matthew F. Kennelly<br><br>Jury Trial Demanded |

**SUPPLEMENT TO MOTION TO ENFORCE
THIRD-PARTY AMAZON.COM'S AND AMAZON TECHNOLOGIES, INC.'S
COMPLIANCE WITH SUBPOENAS**

Plaintiff Kove files this Supplement to its Motion to Enforce Third-Party Amazon.com's and Amazon Technologies, Inc.'s Compliance with Subpoenas ("Motion to Enforce") (Dkt. 609). Kove writes to notify the Court of certain events that took place after Kove filed its Motion to Enforce on March 29, 2023. Kove's Motion to Enforce seeks to compel Amazon to provide a witness for deposition Topic 1 under Kove's October 2021 subpoena. But Kove limited its motion to Topic 1 because Amazon and Kove had reached agreement as to the scope of Topics 2 through 5. *See* Motion to Enforce at 6-7. However, the day after Kove filed its Motion to Enforce, Amazon informed Kove that it does not plan to make *any witnesses* available for deposition anymore, notwithstanding its prior offer to provide a witness on Topics 2-5. Over the ensuing days, Kove conferred with Amazon about its change in position to no avail.

Thus, if the Court does not grant Kove's Motion to Enforce with respect to Topic 1, Kove will be left with no testimony on the subpoenaed October 2021 damages topics whatsoever.

Amazon's 11th hour change in position heightens the need for granting the pending Motion with respect to Topic 1.

| | |
|---|---|
| Dated: April 5, 2023 | Respectfully submitted, |
| | /s/ Navid Bayar |

| | |
|---|---|
| Khue V. Hoang *(pro hac vice)*<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia *(pro hac vice)*<br>jcardenas-navia@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>400 Madison Avenue, Suite 14D<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>Facsimile: (650) 560-3501 | Renato Mariotti (State Bar No. 6323198)<br>renatto.mariotti@bclplaw.com<br>Holly H. Campbell (State Bar No. 6320395)<br>holly.campbell@bclplaw.com<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>161 North Clark Street, Suite 4300<br>Chicago, IL 60601<br>Telephone: (312) 602-5000 |
| Christine E. Lehman (*pro hac vice*)<br>clehman@reichmanjorgensen.com<br>Adam Adler (*pro hac vice*)<br>aadler@reichmanjorgensen.com<br>Philip Eklem (*pro hac vice*)<br>peklem@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>1909 K Street, NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 894-7310<br>Facsimile: (650) 560-3501 | Courtland L. Reichman *(pro hac vice)*<br>creichman@reichmanjorgensen.com<br>Shawna L. Ballard (*pro hac vice*)<br>sballard@reichmanjorgensen.com<br>Savannah Carnes *(pro hac vice)*<br>scarnes@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Facsimile: (650) 560-3501 |
| Taylor Mauze (*pro hac vice*)<br>tmauze@reichmanjorgensen.com<br>Navid Bayar (*pro hac vice*)<br>nbayar@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>7500 Rialto Blvd., Suite 1-250<br>Austin, TX 78735<br>Telephone: (650) 623-1401<br>Facsimile: (650) 560-3501 | ***ATTORNEYS FOR PLAINTIFF KOVE IO, INC.*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of April 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Navid Bayar*
Navid Bayar