# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

## MOTION TO SEAL AMAZON'S OPPOSITION TO KOVE'S SECOND MOTION TO COMPEL DISCOVERY OF ANDREW JASSY

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, and the requirements of the Protective Order entered in this case (Dkt. 55), Defendant Amazon Web Services, Inc. ("Amazon") has filed under seal its Opposition to Kove's Second Motion to Compel Discovery of Andrew Jassy ("Opposition") and Exhibits 1-5 to the Opposition because they contain information and documentation that Amazon or Kove has designated Confidential or Highly Confidential. Amazon seeks leave to file these documents under seal due to the confidentiality designations and, in support, states as follows:

1. On July 10, 2019, the Court entered the Parties' Agreed Protective Order (Dkt. 55), pursuant to which information designated by Amazon or Kove as Confidential or Highly Confidential may not be publicly disclosed. Amazon has designated information about the internal usage, pricing, and revenue of its services as Highly Confidential.

2. The Opposition and Exhibits 1-5 to the Opposition cite information or contain quotations from documents, correspondence, and depositions that Amazon or Kove has designated

as Confidential or Highly Confidential subject to the Protective Order.

3. Per Local Rule 26.2(c), Amazon is provisionally filing the Opposition and Exhibits 1-5 under seal and serving it on all parties. Contemporaneously, Amazon has publicly filed a redacted version of its Opposition.

For the above reasons, Amazon respectfully requests that the Court enter an order granting Amazon leave to file the above-mentioned documents under seal.

Dated: April 6, 2023

Respectfully submitted,

*/s/ Alan M. Fisch*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

                                          */s/ Alan M. Fisch*
                                            Alan M. Fisch