IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.,<br><br>    *Plaintiff,*<br><br>    v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>    *Defendant*. | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly |

### DECLARATION OF ALAN M. FISCH IN SUPPORT OF AMAZON'S OPPOSITION TO KOVE'S SECOND MOTION TO COMPEL DISCOVERY OF ANDREW JASSY

I, Alan M. Fisch, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("Amazon") in the above-captioned action. I am duly licensed to practice law in the State of New York and the District of Columbia and am admitted in the Northern District of Illinois. And if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of Amazon's Opposition to Kove's Second Motion to Compel Discovery of Andrew Jassy.

2. Attached as Exhibit 1 is a true and correct copy of a February 8, 2023 letter from Alan Fisch to Courtland Reichman.

3. Attached as Exhibit 2 is a true and correct copy of the excerpts of the deposition transcript of Alyssa Henry, taken on February 21, 2023.

4. Attached as Exhibit 3 is a true and correct copy of January 13, 2023 letter from Courtland Reichman to Alan Fisch.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the deposition transcript of Allan Vermeulen, taken on June 4, 2021.

6. Attached as Exhibit 5 is a true and correct copy of excerpts of the deposition transcript of Jeffrey Barr, taken on August 5, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2023.

                                                                             */s/ Alan M. Fisch*
                                                                               Alan M. Fisch