**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly |

**MOTION TO SEAL NON-PARTIES AMAZON.COM, INC. AND AMAZON TECHNOLOGIES, INC.'S OPPOSITION TO KOVE'S MOTION TO ENFORCE COMPLIANCE WITH SUBPOENAS (DKT. 609) AND MOTION TO QUASH**

Pursuant to Local Rules 5.8 and 26.2 and Local Patent Rule 1.4, and the requirements of the Protective Order entered in this case (Dkt. 55), Non-Parties Amazon.com, Inc. ("Amazon.com") and Amazon Technologies, Inc. ("ATI") (collectively, the "Amazon Third Parties") have filed under seal their Opposition to Kove's Motion to Enforce Compliance with Subpoenas (Dkt. 609) and Motion to Quash ("Opposition") and Exhibits 3-9 to the Opposition.

The Opposition and Exhibits 3-9 cite information or contain quotations from documents, correspondence, and depositions that the Amazon Third Parties, Kove, or the Defendant have designated as Confidential or Highly Confidential subject to the Protective Order.

Per Local Rule 26.2(c), the Amazon Third Parties are provisionally filing the Opposition and Exhibits 3-9 under seal and serving them on all parties. Contemporaneously, the Amazon Third Parties have publicly filed a redacted version of its Opposition. Accordingly, the Amazon Third Parties respectfully request that the Court enter an order granting them leave to file the above-

mentioned documents under seal.

Dated: April 7, 2023

Respectfully submitted,

*/s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Amazon.com, Inc. and Amazon Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

*/s/ R. William Sigler*
R. William Sigler
