IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF NON-PARTIES AMAZON.COM, INC. AND AMAZON TECHNOLOGIES, INC.'S OPPOSITION TO KOVE'S MOTION TO ENFORCE COMPLIANCE WITH SUBPOENAS (DKT. 609) AND MOTION TO QUASH**

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for non-parties Amazon.com, Inc. ("Amazon.com") and Amazon Technologies, Inc. ("ATI") (collectively, the "Amazon Third Parties"). I am duly licensed to practice law in the Commonwealth of Virginia and District of Columbia, and am admitted in the Northern District of Illinois. And if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of the Amazon Third Parties' Opposition to Kove's Motion to Enforce Compliance with Subpoenas (Dkt. 609) and Motion to Quash.

2. Attached as Exhibit 1 is a true and correct copy of two November 16, 2021 letters from Lisa Phillips to Khue Hoang providing objections and responses on behalf of Amazon.com, Inc.

3. Attached as Exhibit 2 is a true and correct copy of two November 16, 2021 letters from Lisa Phillips to Khue Hoang providing objections and responses on behalf of Amazon Technologies, Inc.

4. Attached as Exhibit 3 is a true and correct copy of a December 2, 2021 letter from Philip Eklem to Lisa Phillips.

5. Attached as Exhibit 4 is a true and correct copy of a December 14, 2021 letter from Lisa Phillips to Philip Eklem.

6. Attached as Exhibit 5 is a true and correct copy of a December 24, 2021 letter from Philip Eklem to Lisa Phillips.

7. Attached as Exhibit 6 is a true and correct copy of a December 6, 2022 letter from Philip Eklem to Lisa Phillips.

8. Attached as Exhibit 7 is a true and correct copy of a February 9, 2023 letter from Lisa Phillips to Navid Bayar.

9. Attached as Exhibit 8 is a true and correct copy of a January 13, 2023 letter from Lisa Phillips to Phillip Eklem.

10. Attached as Exhibit 9 is a true and correct copy of a January 10, 2022 letter from Philip Eklem to Lisa Phillips.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2023.

*/s/ R. William Sigler*
R. William Sigler
