**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**DECLARATION OF ADAM ADLER IN SUPPORT OF KOVE IO, INC.'S
MOTION TO COMPEL AMAZON WEB SERVICES, INC. TO PROVIDE
CORPORATE TESTIMONY ON TWO DISCRETE ISSUES**

I, Adam Adler, hereby declare as follows:

1.      I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for

Plaintiff Kove IO, Inc. ("Kove") in this matter.  I am admitted to the bar in the District of Columbia,

and I have been admitted to appear in this case pro hac vice.  Unless otherwise stated, I have

personal knowledge of the matters set forth herein and in the motion.  If called upon to testify, I

could and would testify competently thereto.

2.      This Declaration is submitted in support of Kove's Motion to Compel Amazon Web

Services, Inc. to Provide Corporate Testimony on Two Discrete Issues.

3.      Exhibit A is a true and correct copy of Kove's First Notice of Deposition of

Amazon, dated December 10, 2019.

4. Exhibit B is a true and correct copy of AWS's Responses and Objections to Plaintiff's First Notice of Deposition of Amazon, dated January 6, 2020.

5. Exhibit C is a true and correct copy of AWS's Amended Responses and Objections to Kove's Notice of Deposition of AWS, dated April 9, 2021.

6. Exhibit D is a true and correct copy of Kove's Second Supplemental Notice of Deposition of Amazon, dated July 28, 2020.

7. Exhibit E is a true and correct copy of Kove's Fifth Supplemental Notice of Deposition of AWS, dated March 1, 2021.

8. Exhibit F is a true and correct copy of AWS's Responses and Objections to Kove's Fifth Supplemental Notice of Deposition of AWS (Topic Nos. 75-83), dated March 19, 2021.

9. Exhibit G is a true and correct copy of the 30(b)(6) deposition of Nathan Hunt, taken on January 12, 2023.

10. Exhibit H is a true and correct copy of the deposition of Kevin Gasper, taken on February 17, 2022.

11. Exhibit I is a true and correct copy of Kove's Eighth Supplemental Notice of Deposition of AWS, dated January 31, 2023.

12. Exhibit J is a true and correct copy of a letter from Lisa Phillips to Navid Bayar, dated February 10, 2023.

13. Exhibit K is a true and correct copy of an email from Lisa Phillips to Navid Bayar, dated March 22, 2023.

14. Exhibit L is a true and correct copy of a letter from Adam Adler to Lisa Phillips, dated March 26, 2023.

15.     Exhibit M is a true and correct copy of an email string from Jeff Saltman to Adam Adler, dated April 4, 2023.

16.     Exhibit N is a true and correct copy of Kove's Fourth Amended Response to AWS's First Set of Interrogatories (No. 7), dated April 4, 2023.

17.     Exhibit O is a true and correct copy of a letter from Lisa Phillips to Adam Adler, dated October 21, 2021.

18.     Exhibit P is a true and correct copy of an email from Jeff Saltman to Adam Adler, et al., dated August 3, 2021.

19.     Exhibit Q is a true and correct copy of an email from Jeff Saltman to Adam Adler, dated August 26, 2021.

20.     Exhibit R is a true and correct copy of Supplemental Response and Objections of Amazon Web Services, Inc. To Plaintiff's Seventh Set of Interrogatories (No. 22), dated August 18, 2021.

21.     Exhibit S is a true and correct copy of a letter from Navid Bayar to Jeffrey Saltman and Lisa Phillips, dated March 15, 2023.

22.     Exhibit T is a true and correct copy of a letter from Lisa Phillips to Navid Bayar, dated March 23, 2023.

23.     Exhibit U is a true and correct copy of an email from Lisa Phillips to Adam Adler, dated March 24, 2023.

24.     Exhibit V is a true and correct copy of a document titled "Amazon S3 Service Level Agreement" Last Updated December 31, 2018 and produced by Amazon at Bates number AMZ_KOVE_000012108.

25.     Exhibit W is a true and correct copy of an email from Jeff Saltman to Adam Adler, et al., dated July 29, 2021.

26.     The facts in Kove's brief regarding the history of communications between Kove and AWS are true and accurate to the best of my knowledge, including that Kove and AWS have complied with the requirements to meet-and-confer telephonically under L.R. 37.2.  Kove and AWS discussed the issues in the motion telephonically several times, including on February 16, 2023 and March 30, 2023.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: April 7, 2023                          /s/ Adam Adler_____
                                                    Adam Adler


4