# Exhibit C

# Exhibit C

# FILED UNDER SEAL