# Exhibit K

Thursday, April 6, 2023 at 12:30:11 Central Daylight Time

**Subject:** Re: Kove-AWS | Letter re Kove's 8th Supplemental Deposition Notice
**Date:** Wednesday, March 22, 2023 at 4:38:01 PM Central Daylight Time
**From:** Lisa Phillips
**To:** Navid Bayar, RJ_Kove_AWS
**CC:** Kove Team

**[EXTERNAL]**
Hi Navid,

Thank you for your letter. We disagree that Kove's replacement 30(b)(6) topics clarify or narrow the previously served topics. Indeed, several of the new topics are completely unrelated to the originally served topic. And those that are related expand rather than narrow the scope of the original topic.

For example, the scope of non-infringing alternatives in the originally served topics encompassed those alternatives that Amazon has identified as being non-infringing alternatives to the patents-in-suit. The newly served topics replace the term "non-infringing alternatives" with "Alternatives." That new term encompasses not just the identified non-infringing alternatives but also includes competitors' products, solutions maintained by customers, "custom or individually created solutions," and designs that were considered when implementing the accused services. Thus, the topics referencing the new definition of "Alternatives" (and others) aren't the narrowing clarifications made in response to Amazon's objections that Kove asserts they are.

Moreover, your letter doesn't address the fact that Amazon has already provided testimony on, or successfully moved for a protective order against, several of the "replacement" topics, as we detailed in prior correspondence on this issue. And given the 90-topic limit the parties agreed to, Amazon maintains its objection to Kove's improper attempt to circumvent that limit. Amazon provided case law in support of that position. As we've requested before, if you have any opposing case law on this point for us to consider, please provide it.

Thank you.

Best,
Lisa

**Lisa Phillips** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3521 (o)
+1.240.988.3448 (m)

**From:** Navid Bayar <nbayar@reichmanjorgensen.com>
**Date:** Wednesday, March 22, 2023 at 10:01 AM
**To:** Lisa Phillips <Lisa.Phillips@fischllp.com>, Kove Team <FS-Kove@fischllp.com>, RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Re: Kove-AWS | Letter re Kove's 8th Supplemental Deposition Notice

Hi Lisa,

Can you please provide an update regarding your position on Kove's 8th Supplemental

Deposition Notice?

Thank you,
Navid

---

**From:** Lisa Phillips <Lisa.Phillips@fischllp.com>
**Date:** Friday, March 17, 2023 at 1:05 PM
**To:** Navid Bayar <nbayar@reichmanjorgensen.com>, Kove Team <FS-Kove@fischllp.com>, RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Re: Kove-AWS | Letter re Kove's 8th Supplemental Deposition Notice

**[EXTERNAL]**
Hi Navid,

Thank you for your letter. We are reviewing your letter and conferring with our client regarding whether we will reconsider our position. We expect to have a response by Tuesday. Thank you.

Best,
Lisa

**Lisa Phillips** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3521 (o)
+1.240.988.3448 (m)

---

**From:** Navid Bayar <nbayar@reichmanjorgensen.com>
**Date:** Wednesday, March 15, 2023 at 4:40 PM
**To:** Kove Team <FS-Kove@fischllp.com>, RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Kove-AWS | Letter re Kove's 8th Supplemental Deposition Notice

Dear Counsel,

Please see the attached correspondence regarding Kove's 8th Supplemental Deposition Notice, which was served on January 31, 2023.

Please let us know if AWS will reconsider its position by Friday, March 17th.

Best,
--
Navid C. Bayar    Reichman Jorgensen Lehman & Feldberg LLP    (650) 623-1472 (office)    (530) 220-4586 (cell)

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*