# Exhibit L



Adam Adler
1909 K Street, NW Suite 800
Washington, DC 20006
(650) 623-1480
aadler@reichmanjorgensen.com

March 26, 2023

**By Email**

Lisa Phillips
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 20015
lisa.phillips@fischllp.com

      RE:    *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Dear Lisa,

I am writing in response to your March 16, 2023 letter and March 20, 2023 e-mail regarding Kove's 30(b)(6) topics.

As explained below, we have several questions regarding how AWS intends to split topics across different witnesses and a few concerns regarding the scope of AWS's designations and objections.

Please review our questions below, provide any updates or clarifications to your groupings, and provide your availability for a meet and confer so we can work through any remaining issues. We are available at your convenience on Monday or Tuesday.

**Scheduling**

We are unavailable on April 5 and April 7 due to the upcoming Passover holiday. Are your witnesses available the following week in connection with Groups 6 and 9?

We accept April 18 for Group 3 and April 19 for Group 8.

**Kove's January 31, 2013 Deposition Notice**

We understand that your group identifications ignore Kove's January 31, 2013 deposition notice ("the Notice"). For example, AWS's designation for Topic 27 refers to the old version of that Topic and ignores the fact that Kove withdrew and replaced that topic to address AWS's objections.

Kove does not agree to depose any witness on topics that have been withdrawn, nor does Kove agree to depose any witness on older versions of topics that were modified by Kove's January 31 notice.

As previously explained, this dispute should not serve as any obstacle to the scheduling or taking of depositions, since the topics in Kove's Notice are fully encompassed within the scope of Kove's previously-served topics. *See* 3/23/23 e-mail from Kove to AWS. Nevertheless, Kove needs to know which AWS designees will be responsible for each of the issues encompassed by Kove's Notice. Please provide group designations for the topics in Kove's Notice.

**Document Declarations**

During our February 23, 2023 meet and confer, AWS agreed to designate witnesses to testify regarding each of the document declarations served on January 10, 2023. AWS's topic groupings do not specify which declarations will be covered by each group. Please provide this information as soon as possible, but by no later than when AWS identifies the witness who will testify in connection with each group, as previously agreed.

**Topics 11 and 12**

Topic 11 seeks information regarding AWS's knowledge of "all making, using, offering for sale, or selling into the United States or importation into the United States" of the Accused Products. Topic 12 seeks information regarding where the Accused Products and source code were developed, tested, marketed, offered for sale, sold, and used. In response to both topics, AWS only agreed to provide a witness to testify about "the sales in the United States."

AWS has not offered any justification as to why it refuses to provide corporate testimony regarding the balance of these topics, which bear directly on the infringement inquiry.

We would like to discuss these topics at a meet and confer to come to agreement on a scope that would be acceptable to AWS.

**Topic 24**

Your topic groupings list Topic 24 twice in connection with DynamoDB—once in Group 2 and once in Group 11. Please identify which group identification is correct or explain how the topic will be divided across those groups.

**Topic 25**

Your topic groupings do not account for the full scope of Topic 25. In our February 23, 2023 meet and confer and in AWS's follow-up correspondence (sent 3/16/23), AWS agreed to provide a witness to testify on the full scope of Topic 25 to confirm that AWS did not make any efforts to design around the Asserted Patents and did not conduct any non-privileged analysis relating to the Asserted Patents.

Yet, your group designations seem to limit Topic 25 to "the technical aspects of S3." You do not identify any groups with respect to the non-technical aspects of S3 or with respect to any aspect of DynamoDB.

Please identify which group(s) will be responsible for the balance of Topic 25.

**Topic 26**

Topic 26 seeks information regarding "competitive, market, strategic, or valuation analysis of the Asserted Patents." Your groupings for Topic 26 split this topic along product lines (with a separate group for S3 (Group 1) and DynamoDB (Group 2)). It appears these group designations are incorrect, as this topic does not seek product-specific information. Please confirm whether your group identification for this topic was correct and how you intend to divide the topic across any designated groups.

## Topic 27

Your topic groupings list Topic 27 twice. You placed Topic 27 in Group 6 with respect to S3, but also placed the Topic in Group 11, with no scope limitation. Please clarify the group(s) to which this Topic belongs and how AWS intends to split the Topic across those groups.

## Topic 31

Your groupings omit Topic 31.

Contrary to the statement in your 3/16/23 letter, Kove did not agree to withdraw Topic 31. Instead, AWS agreed that, in advance of the deposition on Topic 31, AWS would provide Kove with a list of any defense on which AWS has discoverable information, or, alternatively, would stipulate that AWS does *not* have any discoverable information on any of its defenses (other than non-infringement and invalidity). AWS has not yet provided any such list or stipulation. Contrary to your suggestion, the parties' discussion on Topic 31 was not limited to marking or chain of custody.

Please identify a group for Topic 31 and be prepared to discuss this topic at our next meet and confer.

## Topic 33

Your topic groupings list Topic 33 twice. You placed Topic 33 in Group 10 without limitation and in Group 11 with respect to DynamoDB. Please clarify the group(s) to which this Topic belongs and how AWS intends to split the Topic across those groups.

## Topic 34

Your topic groupings list Topic 34 twice. You placed Topic 34 in Group 7 with respect to S3, and Group 11 with no limitation. Please clarify the group(s) to which this Topic belongs and how AWS intends to split the Topic across those groups.

## Topic 35

Your topic groupings list Topic 35 four times—twice with respect to each of S3 (Groups 1 and 3) and twice with respect to DynamoDB (Groups 2 and 4). Please clarify the group(s) to which this Topic belongs and how AWS intends to split the Topic across those groups.

## Topic 36

Your topic groupings omit Topic 36. Please identify a group for Topic 36.

## Topics 37-38

Please confirm that your S3 group designations for Topics 37-38 (Groups 6 and 7) cover the entirety of Topics 37-38 with respect to S3. We understand that Group 6 covers the aspects of the topics relating to AWS's metrics and telemetry data (including which metrics are collected, how they are collected, where and how long they are stored, etc.), and Group 7 covers the balance of the topics.

## Topic 40

Your topic groupings do not account for the full scope of (old, since-replaced) Topic 40. You placed Topic 40 in Group 3 with respect to S3, but do not identify a group with respect to DynamoDB. Please identify which group(s) will be responsible for the balance of Topic 40.

**Topic 41**

Your topic groupings list Topic 41 four times—once with respect to DynamoDB (Group 2), once with respect to the full scope of S3 (Group 7), once with respect to the technical aspects of S3 (Group 8), and once with respect to the full scope of the Topic (Group 11). Please clarify the group(s) to which this Topic belongs and how AWS intends to split the Topic across those groups.

**Topic 42**

Your topic groupings do not account for the full scope of Topic 42. You placed Topic 42 in Group 9 with respect to DynamoDB metrics produced since August 25, 2021, but do not identify any group for the balance of the topic (including, e.g., S3 and non-product-specific document collection/retention issues).

Our understanding is that AWS intends to designate a single witness to testify as to AWS's document retention policies, but that each witness will be prepared to testify regarding the existence, volume, location, custodians, retention, collection, and production of documents relating to the substance of each topic for which the witness is designated. Thus, Kove understands that each of AWS's designees will be prepared to testify regarding the portions of Topics 64-67, 69-70, and 72-73 that correspond to the substance of their respective topic groups.

Please let us know if our understanding is incorrect and clarify the group(s) to which Topic 42 belongs and how AWS intends to split the Topic across those groups.

**Topic 43**

Your topic groupings do not account for the full scope of Topic 43. You placed Topic 43 in Group 2 with respect to DynamoDB, but do not identify any group with respect to the balance of the topic. Additionally, the DynamoDB-related limitation does not make sense, as Topic 43 does not seek product-specific information.

Please clarify the group(s) to which this Topic belongs and how AWS intends to split the Topic across those groups.

**Topic 46**

Your topic groupings do not make sense with respect to Topic 46. Topic 46 seeks information regarding AWS-level financial information; it does not seek product-specific information. Nevertheless, AWS has split Topic 46 along product lines in Group 3 (for S3) and Group 4 (for DynamoDB).

Please identify which group will cover Topic 46 and confirm that AWS's designee for Topic 46 will be prepared to testify about AWS-level financial information and documents AWS has produced, including the AWS-level information and documents produced in response to the Court's July 14, 2021, November 29, 2022 and December 30, 2022 orders.

**Topic 53**

Your topic groupings omit Topic 53. Please identify a group for Topic 53.

**Topic 54**

Please confirm that your S3 group designations for Topic 54 (Groups 6 and 7) cover the entirety of Topic 54 with respect to S3. We understand that Group 6 covers the aspects of the topic relating to AWS's metrics and telemetry data (including which metrics are collected, how they are collected, where and how long they are stored, etc.), and Group 7 covers the balance of the topic.

Your topic groupings do not account for the full scope of Topic 54 with respect to DynamoDB. You placed Topic 54 in Group 9 with respect to DynamoDB-related metrics, but did not identify any group with respect to the balance of the topic with respect to DynamoDB (e.g., surveys, studies, A/B tests).

Please clarify the group(s) to which this Topic belongs and how AWS intends to split the Topic across those groups.

**Topic 57**

Your topic groupings omit Topic 57. Please identify a group for Topic 57.

**Topic 61**

Your topic groupings list Topic 61 three times—once with respect to DynamoDB (Group 2), once with respect to S3 (Group 7), and once with respect to the full scope of the Topic (Group 11). Please clarify the group(s) to which this Topic belongs and how AWS intends to split the Topic across those groups.

**Topic 63**

Your topic groupings do not account for the full scope of Topic 63. You placed Topic 63 in Groups 6 and 9 with respect to metrics for S3 and DynamoDB (respectively), but did not identify any groups with respect to the non-metrics aspects of the topics.

Please clarify the group(s) to which this Topic belongs and how AWS intends to split the Topic across those groups.

**Topic 86**

Your topic groupings do not account for the full scope of Topic 86. You placed Topic 86 in Group 1 with respect to S3 and Group 2 with respect to "analysis of competitive products and third-party in-house solutions," but did not identify any groups with respect to the balance of the topic.

Please confirm that Group 2 covers the entirety of Topic 86 with respect to DynamoDB or clarify the group(s) to which this Topic belongs and how AWS intends to split the Topic across those groups.

**Topic 87**

Page 6

Your topic groupings list Topic 87 three times—twice with respect to the full scope of the topic (Groups 2 and 11), and once with respect to DynamoDB metrics (Group 9). Please clarify the group(s) to which this Topic belongs and how AWS intends to split the Topic across those groups.

**Topic 89**

Your topic groupings do not account for the full scope of Topic 89. You placed Topic 89 in Group 2 with respect to DynamoDB on-demand usage data, but did not identify any groups with respect to the balance of the topic, including with respect to any aspect of S3 or with respect to "models or methodologies for predicting or estimating usage, changes in usage, or hardware resources needed to accommodate such usage or change in usage" for DynamoDB on-demand.

Please identify additional groups to cover the entirety of this topic. Otherwise, we would like to discuss the scope of Topic 89 at our meet and confer.

**Topic 90**

Topic 90 seeks information on DynamoDB's on-demand feature and lists three exemplary categories of information that fit within the topic—analyses of costs, customer demand, market studies, and pricing. Your topic groupings do not account for the full scope of Topic 90, as they only address the exemplary categories rather than the underlying topic, and do not even address all of the exemplary issues identified. Please clarify the group(s) to which this Topic belongs and how AWS intends to split the Topic across those groups, including by identifying a primary group that will cover all issues not specifically identified in other groupings.

Best Regards,

Adam Adler