# Exhibit O

# FISCH SIGLER LLP

5301 Wisconsin Avenue NW | Fourth Floor | Washington, DC 20015 USA

October 21, 2021

**Lisa Phillips**
Attorney
Lisa.Phillips@FischLLP.com
Direct: +1.202.362.3521
Main: +1.202.362.3500

<u>VIA EMAIL</u>

Adam Adler
Reichman Jorgensen Lehman & Feldberg LLP
1710 Rhode Island Avenue, NW 12th Floor
Washington, DC, 20036
aadler@reichmanjorgensen.com

Re: *Kove IO, Inc. v. Amazon Web Services, Inc.*
Case No. 18-cv-8175 (N.D. Ill.)

Dear Adam:

Thank you for your October 12 letter regarding Fed. R. Civ. P. 30(b)(6) depositions. AWS has completed its investigation into whether it can designate any witnesses for topics that aren't the subject of pending discovery motions. Since AWS won't offer the same designee twice, there aren't any witnesses that AWS can designate who wouldn't potentially be impacted by at least one of the six currently pending discovery motions.

Further, you assert that it's "incorrect" that the Court found Kove's Rule 30(b)(6) topics 71-74 unnecessary. AWS disagrees. As I previously explained, the Court found that Kove's topics 71-74 "were unnecessary."[1] And the Court noted that it could revisit the issue later if Kove presents "more specific information suggesting [AWS's] other repositories of [technical] documents… haven't been searched."[2] Kove hasn't done so. And the portions of the transcript you cite in your letter address Kove's topics 63-70, not topics 71-74.[3] Thank you.

Sincerely,

Lisa Phillips

---

[1] October 1, 2021 L. Phillips Letter to A. Adler, at n.1 (citing Dkt. No. 303, at 40:2-10). *See also*, *id*. at 39:12-15, 40:2-5 ("As for Topics 71 through 74… I didn't see anything… that persuaded me that we should have a separate Rule 30(b)(6) deposition right now on these topics").

[2] Dkt. No. 303, at 40:6-8.

[3] Dkt. No. 303, at 36:3-7 ("On Topics 63 to 70…"); *id*. at 38:24-39:1 (addressing topics 63-70 and switching to topics 71-74 at 39:12); *id*. at. 40:11-41:20 (denying AWS's request for a protective order on topics 63-70 "which call for customer-related nontechnical information").