# Exhibit P

| | |
|---|---|
| **From:** | Jeff Saltman <Jeffrey.Saltman@fischllp.com> |
| **Sent:** | Tuesday, August 3, 2021 2:43 PM |
| **To:** | Adam Adler; Khue Hoang; Jaime Cardenas-Navia; RJ_Kove_AWS; rmariotti@thompsoncoburn.com; Parks, Michael A. |
| **Cc:** | Kove Team |
| **Subject:** | Re: Kove v. AWS: 30(b)(6) Deposition Dates |

[EXTERNAL]

Hi Adam,

Thank you for your email. Friday at 10 am ET works for us. Please provide dial-in information at your earliest convenience.

And discussing the topics on which AWS hasn't agreed to designate a witness makes sense so long as we discuss any outstanding issues regarding the topics I identified below before the respective depositions of Messrs. Schick, Hayden, and Singh. Thank you.

Regards,
Jeff

**Jeffrey Saltman** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3640 (o)
+1.202.258.5781 (m)

**From:** Adam Adler <aadler@reichmanjorgensen.com>
**Date:** Tuesday, August 3, 2021 at 2:51 PM
**To:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>, Khue Hoang <khoang@reichmanjorgensen.com>, Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>, RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>, "rmariotti@thompsoncoburn.com" <rmariotti@thompsoncoburn.com>, "Parks, Michael A." <MParks@thompsoncoburn.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** RE: Kove v. AWS: 30(b)(6) Deposition Dates

Dear Jeff,

AWS provided objections to each of Kove's 30b6 topics, and Kove is prepared to meet and confer about all of them. We are fine conducting the meet and confer over multiple sessions if that's easier. Given that there are several topics for which AWS has not agreed to designate a witness, it makes sense to us to organize our meetings around those topics first, so AWS may have a better sense of who to designate.

Unfortunately, we're unable to meet at either of the times you proposed, but are available this Friday at 10:00 AM ET. Please let us know if that works.

Regards,
Adam

**From:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>
**Sent:** Tuesday, August 3, 2021 9:35 AM
**To:** Adam Adler <aadler@reichmanjorgensen.com>; Khue Hoang <khoang@reichmanjorgensen.com>; Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; rmariotti@thompsoncoburn.com; Parks, Michael A. <MParks@thompsoncoburn.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** Re: Kove v. AWS: 30(b)(6) Deposition Dates

**[EXTERNAL]**
Hi Adam,

Thank you for your email. AWS is looking into additional dates for Messrs. Walsh and Wright and will get back to you regarding the proposed dates for Messrs. Connolly and Poling.

Regarding your request to schedule a meet and confer, as AWS has stated previously, AWS doesn't understand the scope of an "exemplary issues" meet and confer. For example, would the "exemplary issues" discussed just be examples of what Kove intends to ask the witness, but Kove would still expect AWS to prepare a witness on the full scope of the topic?

The issue with the latter approach is that Rule 30(b)(6) requires that the Topics for examination be identified with "reasonable particularity" so that AWS can properly prepare a witness. Because several of Kove's Topics fail to meet this standard, AWS served detailed objections and responses, including proposals as to the scope for several Topics, so the parties can conduct a focused and productive meet and confer. Therefore, please provide a list of Topics for which Kove believes the parties should meet and confer in light of these detailed objections and responses and the Rule's requirements.

And because it's not productive to conduct a multi-hour meet and confer covering each topic, AWS proposes that the parties focus of the Topics by confirmed witness. As Kove has accepted AWS's dates for Messrs. Schick, Hayden, and Singh, the parties should schedule a meet and confer later this week to discuss any outstanding issues regarding Topic Nos. 7, 9-10, 15-17, 26, 29, 30, 32, 37-38, 39, 43, 54, 55, 56, 63, and 82-83. In this manner, the parties can come to an understanding regarding the proper scope of the Topics in advance of these depositions so that AWS can prepare the witness accordingly. AWS is available to discuss these Topics this Thursday at 10 am ET or Friday at 1 pm ET. Thank you.

Regards,
Jeff

**Jeffrey Saltman** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3640 (o)
+1.202.258.5781 (m)

**From:** Adam Adler <aadler@reichmanjorgensen.com>
**Date:** Monday, August 2, 2021 at 10:44 AM
**To:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>, Khue Hoang <khoang@reichmanjorgensen.com>, Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>, RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>, "rmariotti@thompsoncoburn.com" <rmariotti@thompsoncoburn.com>, "Parks, Michael A." <MParks@thompsoncoburn.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** RE: Kove v. AWS: 30(b)(6) Deposition Dates

Dear Jeff,

Kove accepts your proposed dates for the depositions of Scott Hayden (August 16), Steve Schick (August 11), and Shiv Pal Singh (September 2). We intend to take each of these remotely, by Zoom or other appropriate platform.

We are unable to take Messrs. Walsh and Wright on your proposed dates. Please let us know if Mr. Walsh is available on any of August 19, 20, or 25, and whether Mr. Wright is available any day in the week of August 23. We also intend to take the depositions of Messrs. Walsh and Wright remotely.

Importantly, Messrs. Singh and Walsh are each designated for metrics-related topics. AWS's response to our Interrogatory 22 is squarely on the metrics issues. Please provide AWS's supplemental response to Rog. 22 at least **seven days** before the first designee's deposition so we have sufficient time to prepare. Should AWS not do so, we reserve the right to defer the deposition(s) until relevant discovery has been timely provided.

Finally, please provide AWS's availability for our exemplary issues meet and confer.

Regards,
Adam

---

**From:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>
**Sent:** Friday, July 30, 2021 9:44 AM
**To:** Adam Adler <aadler@reichmanjorgensen.com>; Khue Hoang <khoang@reichmanjorgensen.com>; Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; rmariotti@thompsoncoburn.com; Parks, Michael A. <MParks@thompsoncoburn.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** Re: Kove v. AWS: 30(b)(6) Deposition Dates

**[EXTERNAL]**
Counsel,

Below is a list of additional witnesses AWS is designating under Rule 30(b)(6), when each is available for deposition, and what topics each will be designated on, subject to AWS's previously served objections. Please let me know if Kove will proceed with the depositions.

- Steve Schick is available on August 11 in New York, NY. Subject to its previous objections, AWS is designating Mr. Schick on topic 43.
- Robbie Wright is available on August 19 in Seattle, WA. Subject to its previous objections, AWS is designating Mr. Wright on topics 20, 37-38 (for customer use studies and surveys), 48-50, 53, 64, 66 with respect to S3.

Thank you.

Regards,
Jeff

**Jeffrey Saltman** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3640 (o)
+1.202.258.5781 (m)

---

**From:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>
**Date:** Thursday, July 29, 2021 at 6:57 PM
**To:** Adam Adler <aadler@reichmanjorgensen.com>, Khue Hoang <khoang@reichmanjorgensen.com>, Jaime

3

Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>, RJ_Kove_AWS
<RJ_Kove_AWS@reichmanjorgensen.com>, "rmariotti@thompsoncoburn.com"
<rmariotti@thompsoncoburn.com>, "Parks, Michael A." <MParks@thompsoncoburn.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** Re: Kove v. AWS: 30(b)(6) Deposition Dates

Counsel,

Mr. Walsh is no longer available on August 6 but is available the following week on August 13 (also in Dublin). Please let me know if Kove accepts that date and the other proposed dates in my email below. Thank you.

Regards,
Jeff

**Jeffrey Saltman** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3640 (o)
+1.202.258.5781 (m)

**From:** Adam Adler <aadler@reichmanjorgensen.com>
**Date:** Wednesday, July 21, 2021 at 8:04 PM
**To:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>, Khue Hoang <khoang@reichmanjorgensen.com>, Jaime
Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>, RJ_Kove_AWS
<RJ_Kove_AWS@reichmanjorgensen.com>, "rmariotti@thompsoncoburn.com"
<rmariotti@thompsoncoburn.com>, "Parks, Michael A." <MParks@thompsoncoburn.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** RE: Kove v. AWS: 30(b)(6) Deposition Dates

Dear Jeff,

We will get back to you on your proposed dates shortly. In the meantime, we would like to schedule an "exemplary issues" meet and confer to discuss the scope of our deposition topics, as required by Rule 30.

We are available next week at 1:00 PM on July 28 and July 29. Please let us know if either of those times would work for you.

Regards,
Adam

**From:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>
**Sent:** Friday, July 16, 2021 1:08 PM
**To:** Khue Hoang <khoang@reichmanjorgensen.com>; Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; Parks, Michael A. <MParks@thompsoncoburn.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** Kove v. AWS: 30(b)(6) Deposition Dates

**[EXTERNAL]**
Counsel,

Below is a list of witnesses AWS is designating under Rule 30(b)(6), when each is available for deposition, and what topics each will be designated on, subject to AWS's previously served objections. Please let me know if Kove will proceed with the depositions.

- Donal Walsh is available on August 6 in Dublin, Ireland. Subject to its previous objections, AWS is designating Mr. Walsh on topics 15-17, 37-38 (regarding metrics), 39, 54 (regarding metrics), 63 (regarding metrics) with respect to DynamoDB.
- Scott Hayden is available on August 16 in Seattle, WA. Subject to its previous objections, AWS is designating Mr. Hayden on topics 7, 9-10, 26, 29, 30, 32, 55, 56, and 82-83.
- Shiv Pal Singh is available on September 2 in Seattle, WA. Subject to its previous objections, AWS is designating Mr. Singh on topics 15-17, 37-38 (regarding metrics), 39, 54 (regarding metrics), 63 (regarding metrics) with respect to S3.

Thank you.

Regards,
Jeff

**Jeffrey M. Saltman** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3640 (o)
+1.202.258.5781 (m)

5301 Wisconsin Avenue NW, Fourth Floor
Washington, DC 20015 USA
Biography | Firm Victories | LinkedIn

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*
*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*
*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*