# Exhibit Q

**From:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>
**Sent:** Thursday, August 26, 2021 10:48 AM
**To:** Adam Adler; Kove Team
**Cc:** RJ_Kove_AWS
**Subject:** Re: Kove v. AWS: 30(b)(6) Depositions

**[EXTERNAL]**
Hi Adam,

Thank you for your email. We accept 11 am ET for the meet and confer tomorrow. Please circulate dial-in information at your earliest convenience.

We intend to address the issues raised in Ms. Bernard's August 19 letter first, though. On that topic, given the upcoming Sept. 2 deadline and to help focus the discussion tomorrow, please confirm by the close of business today whether Kove intends to move for a protective order as it indicated it would during Mr. Connolly's deposition. *See* Connolly Dep. Tr. at 54:6-7; 56:2-7.

Regarding the 30(b)(6) topics for the meet and confer, as Kove hasn't identified any specific topics for discussion, we will be prepared to discuss the topics we identified below. If Kove would like to discuss others, please specifically identify them by topic number well in advance of tomorrow's discussion so that we may properly prepare.

Also, later today, we will be providing a more detailed response to Ms. Mauze's August 20 letter in the hopes that the additional information sought will help to eliminate or narrow any remaining disputes between the parties. Thank you.

Regards,
Jeff

**Jeffrey Saltman** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3640 (o)
+1.202.258.5781 (m)

---

**From:** Adam Adler <aadler@reichmanjorgensen.com>
**Date:** Wednesday, August 25, 2021 at 10:00 PM
**To:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>, Kove Team <FS-Kove@fischllp.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** RE: Kove v. AWS: 30(b)(6) Depositions

Hi Jeff,

We are available on Friday from 11:00-12:30 ET for a meet and confer to discuss the following issues:

1. Kove's 8/20/21 letter on the parties' upcoming Motions to Compel.
2. Kove's 30(b)(6) Topics, including Topics 8, 84, 85, 86, 87, and 88. As we have previously explained, Kove seeks a meet and confer in connection with all of its 30(b)(6) topics that have not yet been discussed. We agree that it makes sense to prioritize topics that may be the subject of an AWS protective order.
3. AWS's 8/19/21 letter and request for additional time with Mr. Connolly.

I note that we have reviewed your 8/25/21 letter and disagree with your assertion that Kove has not addressed the issues raised in your July 7 email. As you recognized in your letter, the parties have discussed the issues raised in our 8/20/21 letter on numerous occasions, through both written correspondence and in meet and confers. This includes each of the issues raised in your July 7 email. *See, e.g.*, Kove's letters from 6/15/21 (explaining the relevance and proportionality of Kove's pricing requests); 4/2/21 (explaining the relevance and proportionality of Kove's requests for hardware and infrastructure information); 6/11/21 (addressing Kove's request for metrics, and specifically responding to AWS's assertion that the requested metrics are not covered by Kove's RFPs); 6/10/21 (addressing embedded wiki images). Kove also disagrees with your suggestion that Kove has not identified specific deficiencies in AWS's responses to Kove RFPs. The specific deficiencies are set out—RFP by RFP—in Kove's letter from May 6, 2021. Finally, Kove notes that AWS's 8/20/21 letter regarding Interrogatory 14 does not resolve the parties' disputes regarding either Interrogatory 14 or metrics.

As explained in our 8/20/21 letter, Kove is hopeful that the parties can work together to resolve several of the pending disputes without motions practice, and we look forward to discussing each of the issues during the upcoming meet and confer. If there are any additional issues AWS would like to add to the agenda, please let us know in writing at least 24 hours in advance of the meeting.

Regards,
Adam


**From:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>
**Sent:** Tuesday, August 24, 2021 5:02 PM
**To:** Adam Adler <aadler@reichmanjorgensen.com>; Kove Team <FS-Kove@fischllp.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Re: Kove v. AWS: 30(b)(6) Depositions

**[EXTERNAL]**
Hi Adam,

Thank you for your email. We would also like to continue the parties' 30(b)(6) meet and confer discussions with a focus on any issues that may require motions practice on or before the September 2 deadline. As such, AWS would like to discuss Kove's Topics 8, 84, 85, 86, 87, and 88 during that meet and confer in the hopes of avoiding burdening the court with a motion for protective order. We are amenable to addressing any 30(b)(6) topics that Kove is considering moving on, as well. So that AWS may properly prepare for the discussion, please let us know which, if any, topics Kove would like to discuss.

We are available on Thursday, August 26, at 2 pm ET for the proposed meet and confer. Please let me know if that time works for you. Thank you.

Regards,
Jeff

**Jeffrey Saltman** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3640 (o)
+1.202.258.5781 (m)


**From:** Adam Adler <aadler@reichmanjorgensen.com>
**Date:** Friday, August 20, 2021 at 12:42 PM
**To:** Kove Team <FS-Kove@fischllp.com>

**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Kove v. AWS: 30(b)(6) Depositions

Dear Counsel,

We would like to continue our exemplary issues meet and confer in connection with Kove's 30(b)(6) topics. Are you available next Thursday at 11:00 AM EST?

Regards,

Adam

Adam Adler
REICHMAN JORGENSEN LLP
1710 Rhode Island Avenue, NW
12th Floor
Washington, DC 20036
Direct: (605) 623-1480
aadler@reichmanjorgensen.com

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.
NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.