# Exhibit V




# Amazon S3 Service Level Agreement

## Last Updated December 31, 2018

This Amazon S3 Service Level Agreement ("SLA") is a policy governing the use of Amazon S3 and Amazon S3 Glacier (each an "Amazon S3 Service") under the terms of the Amazon Web Services Customer Agreement (the "AWS Agreement") between Amazon Web Services, Inc. and its affiliates ("AWS", "us" or "we") and users of AWS' services ("you"). This SLA applies separately to each account using an Amazon S3 Service. Unless otherwise provided herein, this SLA is subject to the terms of the AWS Agreement and capitalized terms will have the meaning specified in the AWS Agreement. We reserve the right to change the terms of this SLA in accordance with the AWS Agreement.

## Service Commitment

AWS will use commercially reasonable efforts to make each Amazon S3 Service available with the applicable Monthly Uptime Percentage (as defined below) during any monthly billing cycle (the "Service Commitment"). In the event an Amazon S3 Service does not meet the Service Commitment, you will be eligible to receive a Service Credit as described below.

## Definitions

• "Error Rate" means: (i) the total number of internal server errors returned by the applicable Amazon S3 Service as error status "InternalError" or "ServiceUnavailable" divided by (ii) the total number of requests for the applicable request type during that 5-minute period. We will calculate the Error Rate for each Amazon S3 Service account as a percentage for each 5-minute period in the monthly billing cycle. The calculation of the number of internal server errors will not include errors that arise directly or indirectly as a result of any of the Amazon S3 SLA Exclusions (as defined below).

• "Monthly Uptime Percentage" is calculated by subtracting from 100% the average of the Error Rates from each 5-minute period in the monthly billing cycle.

• A "Service Credit" is a dollar credit, calculated as set forth below, that we may credit back to an eligible Amazon S3 Service account.

## Service Credits

AMZ_KOVE_000012108
AMZ_KOVE_000012108



For all requests not otherwise specified below:

| Monthly Uptime Percentage | Service Credit Percentage |
| --- | --- |
| Equal to or greater than 99.0% but less than 99.9% | 10% |
| Less than 99.0% | 25% |

For requests to S3 Intelligent-Tiering, S3 Standard-Infrequent Access, and S3 One Zone-Infrequent Access:

| Monthly Uptime Percentage | Service Credit Percentage |
| --- | --- |
| Equal to or greater than 98.0% but less than 99.0% | 10% |
| Less than 98.0% | 25% |

We will apply any Service Credits only against future Amazon S3 Service payments otherwise due from you. At our discretion, we may issue the Service Credit to the credit card you used to pay for the billing cycle in which the error occurred. Service Credits will not entitle you to any refund or other payment from AWS. A Service Credit will be applicable and issued only if the credit amount for the applicable monthly billing cycle is greater than one dollar ($1 USD). Service Credits may not be transferred or applied to any other account. Unless otherwise provided in the AWS Agreement, your sole and exclusive remedy for any unavailability, non-performance, or other failure by us to provide an Amazon S3 Service is the receipt of a Service Credit (if eligible) in accordance with the terms of this SLA.

## Credit Request and Payment Procedures

AMZ_KOVE_000012109
AMZ_KOVE_000012108



incident occurred and must include:

**1.** the words "SLA Credit Request" in the subject line;

**2.** the dates and times of each incident of non-zero Error Rates that you are claiming; and

**3.** your request logs that document the errors and corroborate your claimed outage (any confidential or sensitive information in these logs should be removed or replaced with asterisks).

If the Monthly Uptime Percentage applicable to the month of such request is confirmed by us and is less than the applicable Service Commitment, then we will issue the Service Credit to you within one billing cycle following the month in which your request is confirmed by us. Your failure to provide the request and other information as required above will disqualify you from receiving a Service Credit.

## Amazon S3 SLA Exclusions

The Service Commitment does not apply to any unavailability, suspension or termination of an Amazon S3 Service, or any other Amazon S3 Service performance issues: (i) that result from a suspension described in Section 6.1 of the AWS Agreement; (ii) caused by factors outside of our reasonable control, including any force majeure event or Internet access or related problems beyond the demarcation point of the applicable Amazon S3 Service; (iii) that result from any actions or inactions of you or any third party; (iv) that result from your equipment, software or other technology and/or third party equipment, software or other technology (other than third party equipment within our direct control); or (v) arising from our suspension and termination of your right to use an Amazon S3 Service in accordance with the AWS Agreement (collectively, the "Amazon S3 SLA Exclusions"). If availability is impacted by factors other than those used in our calculation of the Error Rate, then we may issue a Service Credit considering such factors at our discretion.

Prior Version(s)

Create a Free Account

🐦 Twitter    f Facebook    🎙 Podcast    📺 Twitch    📺 AWS Blog    🔊 RSS News Feed
✉ Email Updates

**AWS & Cloud Computing**
What is Cloud Computing?
What is Caching?
What is NoSQL?

AMZ_KOVE_000012110
AMZ_KOVE_000012108

aws

Products & Services

Customer Success

Economics Center

Architecture Center

Security Center

What's New

Whitepapers

AWS Blog

Events

Sustainable Energy

Press Releases

AWS in the News

Analyst Reports

Legal

**Solutions**

Websites & Website Hosting

Business Applications

Backup & Recovery

Disaster Recovery

Data Archive

DevOps

Serverless Computing

Big Data

High Performance Computing

Mobile Services

Digital Marketing

Game Development

Digital Media

Government & Education

Health

Financial Services

Windows on AWS

Retail

Power & Utilities

Oil & Gas

Automotive

Blockchain

Manufacturing

**Resources & Training**

Developers

Java on AWS

AMZ_KOVE_000012111
AMZ_KOVE_000012108

aws

PHP on AWS
Python on AWS
Ruby on AWS
.NET on AWS
SDKs & Tools
AWS Marketplace
User Groups
Support Plans
Service Health Dashboard
Discussion Forums
FAQs
Documentation
Articles & Tutorials
Quick Starts

**Manage Your Account**
Management Console
Billing & Cost Management
Subscribe to Updates
Personal Information
Payment Method
AWS Identity & Access Management
Security Credentials
Request Service Limit Increases
Contact Us

**Amazon Web Services is Hiring.**

Amazon Web Services (AWS) is a dynamic, growing business unit within Amazon.com. We are currently hiring Software
Development Engineers, Product Managers, Account Managers, Solutions Architects, Support Engineers, System Engineers,
Designers and more. Visit our careers page to learn more.

Amazon.com is an Equal Opportunity-Affirmative Action Employer – Minority / Female / Disability / Veteran / Gender Identity /
Sexual Orientation.

An **amazon** company.

**Language** Bahasa Indonesia | Deutsch | English | Español | Français | Italiano | Português | Tiếng Việt | Türkçe
Русский | ไทย | 日本語 | 한국어 | 中文 (简体) | 中文 (繁體)

https://aws.amazon.com/s3/sla/ 5/6

AMZ_KOVE_000012112
AMZ_KOVE_000012108




© 2019, Amazon Web Services, Inc. or its affiliates. All rights reserved.

AMZ_KOVE_000012113
AMZ_KOVE_000012108