# Exhibit W

| | |
|---|---|
| **From:** | Jeff Saltman <Jeffrey.Saltman@fischllp.com> |
| **Sent:** | Thursday, July 29, 2021 7:33 AM |
| **To:** | Adam Adler; Sarah Liu; Jaime Cardenas-Navia; RJ_Kove_AWS; rmariotti@thompsoncoburn.com; Courtland L. Reichman; Christine E. Lehman; Michael Matulewicz-Crowley; hcampbell@thompsoncoburn.com; Jennifer Estremera; Kate Falkenstien; Wesley White; Khue Hoang; Michael G. Flanigan; Michael Marvin; Sarah Jorgensen; Shawna L. Ballard |
| **Cc:** | Kove Team |
| **Subject:** | Re: Kove v. AWS: Correspondence |

**[EXTERNAL]**
Hi Adam,

Thank you for your email. Contrary to your statement, we explained in our April 4 letter that we didn't understand what Kove meant by an "exemplary issues" meet and confer. AWS understands it to mean to discuss exemplary issues regarding any topics on which AWS has offered to meet and confer or declined to provide a witness. Again, going topic by topic through the 79 outstanding topics won't be a productive use of the parties' time particularly given that AWS has provided very detailed objections with case law support regarding the noticed topics. And we have never refused to meet and confer. Instead, our goal is to conduct as efficient and productive a meet and confer on the 30(b)(6) topics as possible given the voluminous and overbroad nature of the topics.

So, we reiterate our request to please provide some context about what Kove would like to discuss during the meet and confer. Simply restating that you would like to discuss exemplary issues on all of the topics won't result in an efficient and productive meet and confer. For example, providing your proposed groupings ahead of time would be helpful. Further, AWS proposes that any 30(b)(6) meet and confer today be conducted at the end of call (we have a hard stop at 2 pm ET) and can continue, if needed, on a future call. Thank you.

Regards,
Jeff

**Jeffrey Saltman** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3640 (o)
+1.202.258.5781 (m)

**From:** Adam Adler <aadler@reichmanjorgensen.com>
**Date:** Wednesday, July 28, 2021 at 7:10 PM
**To:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>, Sarah Liu <Sarah.Liu@fischllp.com>, Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>, RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>, "rmariotti@thompsoncoburn.com" <rmariotti@thompsoncoburn.com>, "Courtland L. Reichman" <creichman@reichmanjorgensen.com>, "Christine E. Lehman" <clehman@reichmanjorgensen.com>, Michael Matulewicz-Crowley <mmatulewicz-crowley@reichmanjorgensen.com>, "hcampbell@thompsoncoburn.com" <hcampbell@thompsoncoburn.com>, Jennifer Estremera <jestremera@reichmanjorgensen.com>, Kate Falkenstien <kfalkenstien@reichmanjorgensen.com>, Wesley White <wwhite@reichmanjorgensen.com>, Khue Hoang <khoang@reichmanjorgensen.com>, "Michael G. Flanigan" <mflanigan@reichmanjorgensen.com>, Michael Marvin <mmarvin@reichmanjorgensen.com>, Sarah Jorgensen <sjorgensen@reichmanjorgensen.com>, "Shawna L. Ballard" <sballard@reichmanjorgensen.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** RE: Kove v. AWS: Correspondence

Dear Jeff,

As explained in my 3/11/21 letter (and as AWS acknowledged in Ms. Bernard's 4/9/21 letter), the purpose of the exemplary issues meet and confer is to provide clarity on the issues that Kove intends to cover with respect to each of the noticed deposition topics so that AWS knows how to adequately prepare its witnesses. This type of exchange is contemplated by the recent amendments to Rule 30(b)(6), and seems especially appropriate in light of the fact that AWS has objected to most of Kove's noticed topics as "vague and ambiguous."

To make sure we use our time efficiently, Kove intends to group similar topics together as appropriate. Nevertheless, if we run out of time tomorrow, Kove is willing to schedule a follow-up meet and confer to continue the discussion. We are available on Friday at 1 PM EST, or next Monday at 1 PM EST.

Please let us know if AWS refuses to participate in the exemplary issues meet and confer. Otherwise, we will plan to discuss the issues, as scheduled, at tomorrow's meeting.

Regards,
Adam

---

**From:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>
**Sent:** Wednesday, July 28, 2021 3:42 PM
**To:** Adam Adler <aadler@reichmanjorgensen.com>; Sarah Liu <Sarah.Liu@fischllp.com>; Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; rmariotti@thompsoncoburn.com; Courtland L. Reichman <creichman@reichmanjorgensen.com>; Christine E. Lehman <clehman@reichmanjorgensen.com>; Michael Matulewicz-Crowley <mmatulewicz-crowley@reichmanjorgensen.com>; hcampbell@thompsoncoburn.com; Jennifer Estremera <jestremera@reichmanjorgensen.com>; Kate Falkenstien <kfalkenstien@reichmanjorgensen.com>; Wesley White <wwhite@reichmanjorgensen.com>; Khue Hoang <khoang@reichmanjorgensen.com>; Michael G. Flanigan <mflanigan@reichmanjorgensen.com>; Michael Marvin <mmarvin@reichmanjorgensen.com>; Sarah Jorgensen <sjorgensen@reichmanjorgensen.com>; Shawna L. Ballard <sballard@reichmanjorgensen.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** Re: Kove v. AWS: Correspondence

**[EXTERNAL]**
Hi Adam,

Thank you for your email. On July 26, you asked for an "exemplary issue meet and confer in connection with Kove's 30(b)(6) notice." We agreed to conduct that discussion as part of a meet and confer on several other issues tomorrow. You've now stated, though, that Kove intends to discuss all 79 of Kove's outstanding 30(b)(6) topics. This doesn't comport with your agreed-to request to confer on "exemplary issues," which we remain prepared to discuss tomorrow. But we aren't going to address all 79 topics on the call. That wouldn't be a productive use of the parties' time. This is especially so because AWS has provided detailed objections and responses to the topics (including re-drafting its objections at Kove's request), but Kove hasn't addressed the case law cited in those objections or identified any specific issues on which it wishes to meet and confer. Further, conferring on all 79 topics would consume multiple hours beyond the planned 60-minute call, and the parties have each identified other issues to address on the call.

Regards,
Jeff

**Jeffrey Saltman** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3640 (o)
+1.202.258.5781 (m)

**From:** Adam Adler <aadler@reichmanjorgensen.com>
**Date:** Wednesday, July 28, 2021 at 12:57 PM
**To:** Sarah Liu <Sarah.Liu@fischllp.com>, Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>, RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>, "rmariotti@thompsoncoburn.com" <rmariotti@thompsoncoburn.com>, "Courtland L. Reichman" <creichman@reichmanjorgensen.com>, "Christine E. Lehman" <clehman@reichmanjorgensen.com>, Michael Matulewicz-Crowley <mmatulewicz-crowley@reichmanjorgensen.com>, "hcampbell@thompsoncoburn.com" <hcampbell@thompsoncoburn.com>, Jennifer Estremera <jestremera@reichmanjorgensen.com>, Kate Falkenstien <kfalkenstien@reichmanjorgensen.com>, Wesley White <wwhite@reichmanjorgensen.com>, Khue Hoang <khoang@reichmanjorgensen.com>, "Michael G. Flanigan" <mflanigan@reichmanjorgensen.com>, Michael Marvin <mmarvin@reichmanjorgensen.com>, Sarah Jorgensen <sjorgensen@reichmanjorgensen.com>, "Shawna L. Ballard" <sballard@reichmanjorgensen.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** RE: Kove v. AWS: Correspondence

Hi Jeff,

I will send a calendar invite for tomorrow.

We intend to discuss all of the currently-noticed 30(b)(6) topics.

Adam

**From:** Sarah Liu <Sarah.Liu@fischllp.com>
**Sent:** Tuesday, July 27, 2021 5:36 PM
**To:** Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; rmariotti@thompsoncoburn.com; Courtland L. Reichman <creichman@reichmanjorgensen.com>; Christine E. Lehman <clehman@reichmanjorgensen.com>; Michael Matulewicz-Crowley <mmatulewicz-crowley@reichmanjorgensen.com>; hcampbell@thompsoncoburn.com; Jennifer Estremera <jestremera@reichmanjorgensen.com>; Kate Falkenstien <kfalkenstien@reichmanjorgensen.com>; Wesley White <wwhite@reichmanjorgensen.com>; Khue Hoang <khoang@reichmanjorgensen.com>; Michael G. Flanigan <mflanigan@reichmanjorgensen.com>; Michael Marvin <mmarvin@reichmanjorgensen.com>; Sarah Jorgensen <sjorgensen@reichmanjorgensen.com>; Shawna L. Ballard <sballard@reichmanjorgensen.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** Kove v. AWS: Correspondence

**[EXTERNAL]**
Counsel,

Attached please find correspondence from Jeffrey Saltman. Thank you.

Regards,
Sarah

**Sarah Liu** | **Fisch Sigler LLP** | **Legal Assistant**
+1.202.362.3560 (o)
+1.626.823.8018 (m)

5301 Wisconsin Avenue NW, Fourth Floor

Washington, DC 20015 USA
Firm Victories | LinkedIn

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*
*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*