## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.

                      Plaintiff,

v.                                          Case No.: 1:18−cv−08175
                                                      Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, April 8, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant's motion to file response under seal [625] is granted. Defendant must file under seal a complete copy of the sealed version, including all exhibits, unless it has already done so. Plaintiff's motion for leave to file motion and exhibits under seal [628] is granted. Plaintiff must file under seal a complete copy of the sealed version, including all exhibits. Response to motion to compel [629] is to be filed by 4/13/2023 at 4:00 PM. Telephonic hearing is set for 4/14/2023 at 11:00 AM, using call−in number 888−684−8852, access code 746−1053. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.