**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

---

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF
AMAZON'S OPPOSITION TO KOVE'S MOTION TO
COMPEL CORPORATE TESTIMONY**

---

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("Amazon") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and District of Columbia, and am admitted in the Northern District of Illinois. And if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of Amazon's Opposition to Kove's Compel Corporate Testimony.

2. Attached as Exhibit 1 is a true and correct copy of a March 30, 2021 email from Adam Adler to Jeff Saltman and Elizabeth Bernard.

3. Attached as Exhibit 2 is a true and correct copy of an email string, dated from March 30, 2021 to April 1, 2021 between Amazon counsel and Kove counsel.

4. Attached as Exhibit 3 is a true and correct copy of a January 31, 2023 letter from Navid Bayar to Jeff Saltman and Lisa Phillips.

5. Attached as Exhibit 4 is a true and correct copy of an October 4, 2021 letter from Taylor Mauze to Jeff Saltman.

6. Attached as Exhibit 5 is a true and correct copy of an August 10, 2021 letter from Philip Eklem to Jeff Saltman and Elizabeth Bernard.

7. Attached as Exhibit 6 is a true and correct copy of an August 23, 2021 letter from Elizabeth Bernard to Philip Eklem.

8. Attached as Exhibit 7 are true and correct copies of an August 20, 2021 email from Jeff Saltman to Kove counsel, a September 24, 2021 letter from Adam Adler to Lisa Phillips, and an October 1, 2021 letter from Lisa Phillips to Adam Adler.

9. Attached as Exhibit 8 is a true and correct copy of a March 30, 2023 email from Jeff Saltman to Adam Adler.

10. Attached as Exhibit 9 is a true and correct copy of excerpts of the deposition transcript of Allan Vermeulen, taken on June 4, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2023.

*/s/ R. William Sigler*
R. William Sigler