# Exhibit 1

# Kove v. AWS: 3-29-21 Meet and Confer

Adam Adler <aadler@reichmanjorgensen.com>

Tue 3/30/2021 12:06 AM

To: Jeff Saltman <Jeffrey.Saltman@fischllp.com>; Elizabeth Bernard <Elizabeth.Bernard@fischllp.com>; Kove Team <FS-Kove@fischllp.com>;

Cc: RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>;

Dear Counsel,

I am writing to memorialize the substance of today's meet and confer. During today's meeting, we discussed the following:

- Fact Discovery Extension:
  - In light of AWS's representations that it will not substantially complete document production until mid-April, Kove proposed that the close of fact discovery be extended by 120 days. You reiterated AWS's position that 60 days is sufficient, but stated that you would check with your client again.
  - Kove does not believe any restrictions on the parties serving additional written discovery are warranted. Nevertheless, in an effort to avoid burdening the Court, Kove proposed the following compromise: each party may serve 30 additional RFPs, 20 additional 30b6 Topics, and 75 total RFAs (with an unlimited number of RFAs for purposes of document authentication and other issues relating to foundation/admissibility of evidence). This proposal is based on the explicit understanding that AWS will respond to Kove's previous discovery requests and will not object to follow-up requests that provide more specific details regarding the scope and substance of previously-served requests. Please let us know AWS's position as soon as possible. While Kove hopes that the parties can come to an agreement, given that the close of fact discovery is just over a month away, Kove intends to file a motion by no later than this Friday.
  - In light of the parties' agreement to extend the fact discovery deadline by at least 60 days, Kove and AWS agreed that March 31, 2021 is not the deadline to serve final written discovery requests.

- Technical Design Documents:
  - Kove asked for an update on AWS's search for the technical design documents requested in Kove's March 19, 2021 letter. AWS stated that it was searching for the requested documents and would provide additional information as it becomes available.

- Joint Status Report:
  - The parties agreed that AWS would use Relativity's random sampling tool to pull the sample set of documents.
  - AWS proposed that it will produce the responsive documents from the samples by Wednesday, April 14.
  - AWS proposed that it will produce the written responses to certain deposition questions by Wednesday, April 14.
  - Kove proposed that the parties request a follow-up conference with Magistrate Judge Finnegan 3 weeks thereafter, on May 5.
  - AWS stated it would circulate a draft joint status report to Kove for review by tomorrow morning.

Regards,
Adam

Adam Adler

Reichman Jorgensen LLP
1710 Rhode Island Avenue, NW
12th Floor
Washington, DC 20036
Direct: (605) 623-1480
[aadler@reichmanjorgensen.com]aadler@reichmanjorgensen.com

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*