# Exhibit 2

# Re: Kove v. AWS: Discovery Extension

**Jeff Saltman**

Thu 4/1/2021 5:33 PM

To: Adam Adler <aadler@reichmanjorgensen.com>; Khue Hoang <khoang@reichmanjorgensen.com>; Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; rmariotti@thompsoncoburn.com <rmariotti@thompsoncoburn.com>; hcampbell@thompsoncoburn.com <HCampbell@thompsoncoburn.com>;

Cc: RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; Kove Team <FS-Kove@fischllp.com>;

Hi Adam,

Thank you for your email. We agree to your discovery proposal outlined in your email. Below is a summary for clarity.

- A 90-day extension of the current discovery deadline
- A limit of 90 30(b)(6) topics
- A limit of 75 RFAs, which doesn't include RFA's directed to the authentication of documents
- A limit on RFPs of 240, with the understanding that neither party is foreclosed from follow-up requests for documents within the scope of previously served document requests
- Written discovery requests cannot be served later than 45 days before the close of fact discovery, with the understanding that the 45-day limit does not apply to requests based on information provided less than 75 days before the close of discovery

Please provide a joint motion at your earliest convenience.

Based on the representations in your letter, we can agree to forego including an email custodian deadline and look forward to receiving Kove's three additional proposed custodians and search terms next week. We will address the rest of the issues raised in your letter under separate cover. Thank you.

Regards,
Jeff

**Jeffrey Saltman** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3640 (o)
+1.202.258.5781 (m)

---

**From:** Adam Adler <aadler@reichmanjorgensen.com>
**Date:** Wednesday, March 31, 2021 at 8:18 PM
**To:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>, Khue Hoang <khoang@reichmanjorgensen.com>, Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>, "rmariotti@thompsoncoburn.com" <rmariotti@thompsoncoburn.com>, "hcampbell@thompsoncoburn.com" <HCampbell@thompsoncoburn.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>, Kove Team <FS-Kove@fischllp.com>
**Subject:** RE: Kove v. AWS: Discovery Extension

Hi Jeff,

We believe that our proposal is more equitable given the state of discovery. Nonetheless, in the interest of compromise and not burdening the Court, Kove would be willing to accept the following:

- A limit of 90 30(b)(6) topics (as you proposed)
- A limit of 75 RFAs, **which doesn't include RFA's directed to the authentication of documents (as you proposed)**
- A limit on RFPs of 240 (rather than your proposed 230), with the understanding that neither party is foreclosed from follow-up requests for documents within the scope of previously-served document requests
- Written discovery requests cannot be served later than 45 days before the close of fact discovery, with the understanding that the 45-day limit does not apply to requests based on information provided less than 75 days before the close of discovery (rather than your proposed deadline of 60 days before the close of fact discovery)

Let us know if these terms are acceptable. If so, we'll circulate a draft joint motion.

With respect to AWS's proposal for a deadline on e-mail/ESI requests, Kove does not believe such a limit is appropriate at this time. Attached is a letter addressing the ongoing ESI issues.

Regards,
Adam

---

**From:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>
**Sent:** Tuesday, March 30, 2021 10:33 AM
**To:** Khue Hoang <khoang@reichmanjorgensen.com>; Jaime Cardenas-Navia <jcardenas-navia@reichmanjorgensen.com>; Adam Adler <aadler@reichmanjorgensen.com>; rmariotti@thompsoncoburn.com; hcampbell@thompsoncoburn.com
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; Kove Team <FS-Kove@fischllp.com>
**Subject:** Kove v. AWS: Discovery Extension

**[EXTERNAL]**
Hi Adam,

Thank you for your time on the phone yesterday. AWS is willing to agree to a 90-day extension of the discovery schedule with the below discovery limits. As we've discussed, AWS believes an overall limit on written discovery is more equitable to the parties than relative limits (i.e. 30 more RFP's).

- 230 Requests for Production
- 90 30(b)(6) Topics
- 75 Requests for Admission (which doesn't include RFA's directed to the authentication of documents)

As we've discussed, the parties can follow up on outstanding requests so long as the follow ups are within the scope of the original requests.

AWS also proposes that any written discovery be served 60 days before the close of fact discovery and that any remaining email production requests be served by April 15.

Please let me know if Kove is amenable to this approach. If not, please provide a joint submission for the Court. Thank you.

Regards,
Jeff

**Jeffrey M. Saltman | Fisch Sigler LLP | Partner**
+1.202.362.3640 (o)
+1.202.258.5781 (m)

5301 Wisconsin Avenue NW, Fourth Floor
Washington, DC 20015 USA
Biography | Firm Victories | LinkedIn

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*