# Exhibit 3



Navid C. Bayar
7500 Rialto Blvd., Suite 1-250,
Austin, TX 78735
Direct Dial: (650) 623-1472
nbayar@reichmanjorgensen.com

January 31, 2023

**By Email**

Jeffrey Saltman
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 20015
Jeffrey.Saltman@fischllp.com

Lisa Phillips
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 200015
Lisa.Phillips@fischllp.com

RE: *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Counsel:

I am writing regarding Kove's 30(b)(6) deposition notices to AWS.

Concurrently with this letter, Kove is serving its Eighth Supplemental Notice of Deposition of AWS. The Eighth Supplemental Notice replaces certain previously served but objected-to topics. The Notice replaces, for example, duplicative topics that AWS objected to or refused to prepare a witness for, topics from which AWS received a protective order, or topics that are no longer a priority with the evolution of the case and case discovery.

The Eighth Supplemental Deposition Notice also clarifies the definition of Alternatives. AWS previously objected to the definition of Alternative and topics referencing it, e.g., Topics 62 and 86. To help AWS prepare a witness to address Alternatives, we have clarified its definition and write to confirm that AWS should refer to the definition of Alternative in the accompanying Eighth Notice when preparing a witness for deposition on any topic that references "Alternatives" (including topics that reference "Alternatives" in previously served notices).

Very best,

Navid Bayar