# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.

                    Plaintiff,

v.                                                 Case No.: 1:18−cv−08175
                                                          Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 14, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 4/14/2023. Oral rulings made on the plaintiff's motions to compel. The plaintiff's motion to compel the deposition [601] [602] is granted. The deposition is limited to one hour and will take place in the city or town the Mr. Jassy's office is, or some other place designated by the defendant. The deposition must take place before the conclusion of discovery. Plaintiff's motion to compel to enforce [609 [610] is denied as to the reasons stated more fully on the record. Plaintiff' motion to compel AWS [629] [630] [635] is granted as to the reasons stated on the record. Case remains set for a telephonic status hearing on 7/6/2023 [617]. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.