# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.
                                          Plaintiff,

v.
                                                     Case No.: 1:18−cv−08175
                                                     Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, April 15, 2023:

       MINUTE entry before the Honorable Matthew F. Kennelly: The minute entry dated 4/14/2023 [640] is corrected to read as follows. Telephonic motion hearing held on 4/14/2023. Oral rulings made on the plaintiff's motions to compel. The plaintiff#039;s motion to compel the deposition of Andrew Jassy [601] [602] is granted to the following extent: plaintiff may take the deposition of Mr. Jassy limited to one hour in the city or town of Mr. Jassy's office, or another convenient location designated by the defendant. The deposition must take place before the deadline for completing fact discovery. Plaintiff's motion to enforce subpoenas [609] [610] is denied for the reasons stated on the record. Plaintiff's motion to compel AWS to provide corporate testimony on two issues [629] [630] [635] is granted to the extent stated on the record. The case remains set for a telephonic status hearing on 7/6/2023 [617] with a joint status report to be filed as previously ordered. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.