IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

**MOTION TO SEAL AMAZON'S NOTICE OF COMPLIANCE WITH OCTOBER 15, 2021 ORDER (DKT. 441) AND APRIL 14, 2023 ORDER (DKT. 641)**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, and the requirements of the Protective Order entered in this case (Dkt. 55), Defendant Amazon Web Services, Inc. ("Amazon") has filed under seal its Notice of Compliance with October 15, 2021 Order (Dkt. 441) and April 14, 2023 Order (Dkt. 641) ("Notice") because it contains information and documentation that Amazon has designated as Highly Confidential. Amazon seeks leave to file this document under seal due to its confidentiality and, in support, states as follows:

1. On July 10, 2019, the Court entered the Parties' Agreed Protective Order (Dkt. 55), pursuant to which information designated by Amazon or Kove as Confidential or Highly Confidential may not be publicly disclosed. Amazon has designated information about its internal documentation and collection efforts as Highly Confidential.

2. The Notice describes information from documents and correspondence that includes information Amazon has designated as Highly Confidential subject to the Protective Order.

3. Per Local Rule 26.2(c), Amazon is provisionally filing the Notice under seal and

serving it on all parties. Contemporaneously, Amazon has publicly filed a redacted version of its Notice.

For the above reasons, Amazon respectfully requests that the Court enter an order granting Amazon leave to file the above-mentioned document under seal.

Dated: April 27, 2023

Respectfully submitted,

*/s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 27, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

                                                  */s/ R. William Sigler*  
                                                  R. William Sigler