#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

### NOTICE OF COMPLIANCE WITH OCTOBER 15, 2021 ORDER (DKT. 441) AND APRIL 14, 2023 ORDER (DKT. 641)

In light of the Court's statements at the April 14, 2023 hearing on discovery motions, Amazon respectfully submits this notice as an update on its efforts to comply with the Court's October 15, 2021 Order (Dkt. 441) and April 14, 2023 Order (Dkt. 641).

On Tuesday, counsel for Amazon became aware of an issue with the February 3, 2021 New York Times article that the Court relied on in ordering Amazon to produce what Kove has referred to as "the six-pager." (*See* Dkt. 441 at 8.) The relevant portion of the New York Times article describes a narrative memorandum that Andy Jassy presented to the Amazon Board of Directors in 2003 laying out the idea that became Amazon Web Services "before the project could move forward." (*See* Dkt. 351-3 at 2.) Based on that, Amazon had searched for but not found any such narrative memorandum matching that description that was presented to the Amazon Board.

In preparing Mr. Jassy for his deposition, he identified ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

Amazon produced that document to Kove yesterday along with a cover email that included the same information that Amazon has provided here, so that Kove could be prepared to question Mr. Jassy on both documents at his deposition.

Per the Court's April 14, 2023 Order, Amazon is producing Mr. Jassy for his one-hour deposition at Amazon's offices in Seattle, Washington on Monday, May 1.

Dated: April 27, 2023

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ R. William Sigler*
Alan M. Fisch
alan.fisch@fischllp.com
R. William Sigler
bill.sigler@fischllp.com
Jeffrey M. Saltman (*pro hac vice*)
jeffrey.saltman@fischllp.com
Lisa N. Phillips (*pro hac vice*)
lisa.phillips@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Ave, NW
Suite 400
Washington, D.C. 20015
Telephone: (202) 362-3500

*Attorneys for Defendant Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court, and it was served via the Court's ECF system on all counsel of record.

*/s/ R. William Sigler*
R. William Sigler
