IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | |
| Plaintiff, | Civil Action No. 1:18-cv-08175 |
| v. | Hon. Matthew F. Kennelly |
| AMAZON WEB SERVICES, INC., | Jury Trial Demanded |
| Defendant. | |

**KOVE'S UNOPPOSED MOTION TO AMEND ITS FINAL VALIDITY CONTENTIONS**

Pursuant to Local Patent Rule 3.4, Plaintiff Kove IO, Inc. ("Kove") hereby moves the Court for leave to amend its Third Amended Final Validity Contentions and serve its Fourth Amended Final Validity Contentions. Kove's proposed amended contentions are attached as Exhibit A.

A party may amend its Final Contentions "by order of the Court upon a showing of good cause and absence of unfair prejudice to opposing parties, made promptly upon discovery of the basis for the amendment." LPR 3.4. With respect to Kove's Fourth Amended Validity Contentions, good cause exists because Kove's amendments are in response to theories and evidence that were not in the case until Amazon Web Services, Inc. ("AWS") served its Fifth Amended Final Invalidity Contentions on April 5, 2023. (Dkt. 617 (granting AWS's motion to amend its validity contentions).) *See Sloan Valve Co. v. Zurn Indus.*, No. 1:10-cv-00204, 2012 U.S. Dist. LEXIS 176554, *14 (N.D. Ill. Dec. 13, 2012) ("[T]he Court grants [Defendant's] Motion for Leave to Amend its Non-infringement, Invalidity/Unenforceability Contentions to the extent that those amendments are necessary to respond to the permissible amendments to Amended Final Infringement Contentions.").

AWS is not unfairly prejudiced by the amendments, as it has reviewed Kove's amendments and does not oppose them and fact discovery is ongoing. Accordingly, Kove respectfully requests that it be permitted to serve its Fourth Amended Final Validity Contentions. *See* LPR 3.4 ("An example of a circumstance that may support a finding of good cause, absent undue prejudice to the non-moving party, includes a claim construction by the Court different from that proposed by the party seeking amendment.").

Accordingly, for the foregoing reasons, Kove respectfully requests that the Court grant its Motion to Amend and permit Kove leave to serve its Fourth Amended Final Validity Contentions.

Dated: April 28, 2023

Respectfully submitted,

*/s/ Jaime F. Cardenas-Navia*

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 560-3501

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Facsimile: (650) 560-3501

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (*pro hac vice*)
sballard@reichmanjorgensen.com
Savannah Carnes (*pro hac vice*)
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

**ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.**

2

Taylor Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
Navid Bayar (*pro hac vice*)
nbayar@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 28, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                      */s/ Jaime F. Cardenas-Navia*
                      Jaime F. Cardenas-Navia