IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

**DEFENDANT'S NOTICE OF RELATED PROCEEDINGS**

Amazon hereby respectfully provides notice that the United States Patent & Trademark Office has ordered administrative proceedings related to this case.

More particularly, on May 16, 2023, the Patent Office granted Amazon's request for *ex parte* reexamination of claim 6 of U.S. Patent No. 7,233,978.[1] The Patent Office denied Amazon's request for *ex parte* reexamination of claims 3, 10, and 14 of the '978 patent. The Patent Office found a substantial new question of patentability for claim 6 of the '978 patent based on all three grounds that Amazon presented: (a) Skagerwall and Wolff, (b) OracleNamesAdminGuide, OracleUnleashed, and Steen, and (c) Steen in view of Skagerwall and Wolff. This decision follows the Patent Office's March 29 and April 4 decisions granting *ex parte* reexamination of all of the asserted claims of the two other patents-in-suit.[2]

Accordingly, 15 of Kove's 18 asserted claims are under reexamination at the Patent Office.

---

[1] *See* Ex. A, Order Regarding Reexamination of the '978 Patent in Reexamination No. 90/019,162.

[2] *See* Dkt. Nos. 612 and 618.

Dated: May 17, 2023

Respectfully Submitted,

AMAZON WEB SERVICES, INC.

By: */s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Ave, NW
Suite 400
Washington, D.C. 20015
Telephone: (202) 362-3500

*Attorneys for Defendant Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                              */s/ R. William Sigler*
                                              R. William Sigler