IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1-18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | **JURY TRIAL DEMANDED** |
| Amazon Web Services, Inc., | |
| Defendant. | |

## JOINT MOTION TO EXTEND EXPERT DISCOVERY DEADLINES

Plaintiff Kove IO, Inc. and defendant Amazon Web Services, Inc. (collectively, the "parties"), by and through their undersigned counsel, respectfully request that the Court extend certain expert discovery deadlines as described below. The parties acknowledge the Court's prior statements that extensions to the case schedule should not be expected. But these modest proposed extensions only impact deadlines for the parties, and not any summary judgment briefing or other deadlines requiring Court action or involvement. And, these extensions will not delay the completion of summary judgment briefing by the Court's December 20, 2023 deadline, or otherwise affect the overall case posture.

As background, the parties agreed to take depositions involving the following witnesses after the May 5, 2023 deadline for fact discovery: Swami Sivasubramanian, Allan H. Vermeulen, Rande Blackman, Scott Hayden, and John Overton. The parties have agreed that these depositions are deemed properly within fact discovery and both sides may rely on testimony from these witnesses as timely obtained. The parties are also working through certain discrete, follow up fact discovery emanating from depositions taken during fact discovery. As such, the parties jointly propose the following brief amendments to the deadlines for expert reports and depositions:

1

| Event | Deadline | Proposed Deadline |
|---|---|---|
| Opening expert reports due on issues for which a party bears the burden of proof | June 20, 2023 | July 3, 2023 |
| Rebuttal expert reports due on issues for which the opposing party bears the burden of proof | Aug. 4, 2023 | Aug. 18, 2023 |
| Completion of expert depositions | Sept. 1, 2023 | Sept. 8, 2023 |

Therefore, the parties respectfully request that the Court grant this motion and enter the above revised deadlines for expert discovery.

Dated: May 23, 2023

Respectfully submitted,

| | |
|---|---|
| KOVE IO, INC. | AMAZON WEB SERVICES, INC. |
| By: */s/ Khue V. Hoang* | By: */s/ R. William Sigler* |

Renato Mariotti (State Bar No. 6323198)
renato.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000

Courtland L. Reichman *(pro hac vice)*
creichman@reichmanjorgensen.com
Shawna L. Ballard *(pro hac vice)*
sballard@reichmanjorgensen.com
Gina H. Cremona *(pro hac vice)*
gcremona@reichmanjoregensen.com
Savannah Carnes *(pro hac vice)*
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

Khue V. Hoang *(pro hac vice)*
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia *(pro hac vice)*
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 560-3501

Christine E. Lehman *(pro hac vice)*
clehman@reichmanjorgensen.com
Adam Adler *(pro hac vice)*

Alan M. Fisch
alan.fisch@fischllp.com
R. William Sigler
bill.sigler@fischllp.com
Jeffrey M. Saltman *(pro hac vice)*
jeffrey.saltman@fischllp.com
Lisa N. Phillips *(pro hac vice)*
lisa.phillips@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Ave., NW
Suite 400
Washington, D.C. 20015
Telephone: (202) 362-3500

***ATTORNEYS FOR DEFENDANT
AMAZON WEB SERVICES, INC.***

aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, D.C. 20006
Telephone: (202) 894-7310
Facsimile: (650) 560-3501

Taylor Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
Navid Bayar (*pro hac vice*)
nbayar@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

***ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electric means.

/s/ Khue V. Hoang
Khue V. Hoang