IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

## [PROPOSED] ORDER ON JOINT MOTION TO EXTEND EXPERT DISCOVERY DEADLINES

Having reviewed Plaintiff Kove IO, Inc.'s and Defendant Amazon Web Services, Inc.'s (collectively, the "parties") Joint Motion to Extend Expert Discovery Deadlines ("Joint Motion"), **IT IS HEREBY ORDERED** that the parties' Joint Motion is **GRANTED**. Accordingly, by agreement, the following expert discovery deadlines are amended as follows:

| Event | Deadline | Amended Deadline |
|---|---|---|
| Opening expert reports due on issues for which a party bears the burden of proof | June 20, 2023 | July 3, 2023 |
| Rebuttal expert reports due on issues for which the opposing party bears the burden of proof | Aug. 4, 2023 | Aug. 18, 2023 |
| Completion of expert depositions | Sept. 1, 2023 | Sept. 8, 2023 |

Date: _____

_____

Judge Matthew F. Kennelly