# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.

                     Plaintiff,

v.                                        Case No.: 1:18−cv−08175
                                                     Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 24, 2023:

       MINUTE entry before the Honorable Matthew F. Kennelly: The parties' joint motion to extend certain expert discovery−related deadlines [649] is granted, based on the express representation that this does not and will not affect any other deadlines set by the Court. The deadline for opening Rule 26(a)(2) disclosures is extended to 7/3/2023, the deadline for rebuttal Rule 26(a)(2) disclosures is extended to 8/18/2023, and the deadline for completing expert depositions is extended to 9/8/2023. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.