IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

### MOTION TO SEAL AMAZON'S MOTION TO COMPEL ADDITIONAL TIME TO DEPOSE JOHN K. OVERTON

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, and the requirements of the Protective Order entered in this case (Dkt. 55), Defendant Amazon Web Services, Inc. ("Amazon") has filed under seal its Motion to Compel Additional Time to Depose John K. Overton ("Motion") and Exhibits A-C to the Motion because they contain information and documentation that Amazon or Kove has designated Confidential or Highly Confidential. Amazon seeks leave to file these documents under seal due to the confidentiality designations and, in support, states as follows:

1. On July 10, 2019, the Court entered the Parties' Agreed Protective Order (Dkt. 55), pursuant to which information designated by Amazon or Kove as Confidential or Highly Confidential may not be publicly disclosed. Kove has designated Dr. John K. Overton's deposition transcript as Highly Confidential.

2. The Motion and Exhibits A-C to the Motion cite information or contain quotations from documents, correspondence, and depositions that Amazon or Kove has designated as Confidential or Highly Confidential subject to the Protective Order.

3. Per Local Rule 26.2(c), Amazon is provisionally filing the Motion and Exhibits A-C under seal and serving them on all parties. Contemporaneously, Amazon has publicly filed a redacted version of its Motion.

For the above reasons, Amazon respectfully requests that the Court enter an order granting Amazon leave to file the above-mentioned documents under seal.

Dated: June 20, 2023

Respectfully submitted,

*/s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, *via* theCM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

*/s/ R. William Sigler*
R. William Sigler
