**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KOVE IO, INC.,

     *Plaintiff,*

  v.

AMAZON WEB SERVICES, INC.,

     *Defendant.*

Case No. 1:18-cv-8175

Judge Matthew F. Kennelly

---

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF
AMAZON'S MOTION TO COMPEL ADDITIONAL
TIME TO DEPOSE JOHN K. OVERTON**

---

I, R. William Sigler, declare as follows:

1.     I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("Amazon") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and District of Columbia, and am admitted in the Northern District of Illinois. And if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of Amazon's Motion to Compel Additional Time to Depose Dr. John K. Overton.

2.     Attached as Exhibit A is a true and correct copy of excerpts of the deposition transcript of Dr. John K. Overton, taken on May 16-17, 2023.

3.     Attached as Exhibit B is a true and correct copy of a May 24, 2023 letter from me to Jaime F. Cardenas-Navia.

4. Attached as Exhibit C is a true and correct copy of a June 5, 2023 letter from Jaime F. Cardenas-Navia to me.

5. Attached as Exhibit D is a true and correct copy of an Ex Parte Reexamination Interview Summary, dated July 21, 2022, in EPR 90/019,036 (the U.S. Patent No. 7,103,640 EPR), marked as Exhibit 92 during Dr. Overton's May 17, 2023 deposition.

6. Attached as Exhibit E is a true and correct copy of excerpts from Kove's Seventh Amended Responses to Amazon's Interrogatories, including the verification page signed by Dr. Overton, served on May 7, 2023.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on June 20, 2023.


*/s/ R. William Sigler*
R. William Sigler