

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/019,036 | 11/19/2021 | 7103640 | 10406/43 | 7777 |

| 184647 | 7590 | 07/28/2022 |
|---|---|---|

Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway
Suite 300
Redwood City, CA 94065

| EXAMINER |
|---|
| KE, PENG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 07/28/2022 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)


EXHIBIT
Overton
92

KOV_00237229



**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Fisch Sigler LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/019,036* .

PATENT UNDER REEXAMINATION *7103640* .

ART UNIT *3992* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

KOV_00237230

| **Ex Parte Reexamination Interview Summary** | Control No. | Patent Under Reexamination |  |
|---|---|---|---|
| | 90/019,036 | 7103640 | |
| | Examiner | Art Unit | AIA (FITF) Status |
| | PENG KE | 3992 | No |

All participants (USPTO personnel, patent owner, patent owner's representative):

| (1) PENG KE; Luke Wassum | (3) Mr. John Overton (PO) |
|---|---|
| (2) Michael Fuelling | (4) Ms. Khue Hoang, Mr. Naveed Hasan |

Date of Interview: 21 July 2022

Type: a) ☑ Telephonic  b) ☐ Video Conference
c) ☐ Personal (copy given to: 1) ☐ patent owner  2) ☐ patent owners representative)

Exhibit shown or demonstration conducted: d) ☐ Yes  e) ☑ No.
If Yes, brief description: _____

Agreement with respect to the claims f) ☐ was reached.  g) ☑ was not reached.  h) ☐ N/A.
Any other agreement(s) are set forth below under "Description of the general nature of what was agreed to..."

Claim(s) discussed: 17-18.

Identification of prior art discussed: Oracle McGravey, Rajani.

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
See Continuation Sheet.

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims patentable, if available, must be attached. Also, where no copy of the amendments that would render the claims patentable is available, a summary thereof must be attached.)

A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION MUST INCLUDE PATENT OWNER'S STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. (See MPEP § 2281). IF A RESPONSE TO THE LAST OFFICE ACTION HAS ALREADY BEEN FILED, THEN PATENT OWNER IS GIVEN **ONE MONTH** FROM THIS INTERVIEW DATE TO PROVIDE THE MANDATORY STATEMENT OF THE SUBSTANCE OF THE INTERVIEW
(37 CFR 1.560(b)). THE REQUIREMENT FOR PATENT OWNERS STATEMENT CAN NOT BE WAIVED.
**EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

| /PENG KE/<br>Primary Examiner, Art Unit 3992 | /A.J.K/<br>Supervisory Patent Examiner, Art Unit 3992 | |
|---|---|---|

cc: Requester (if third party requester)

U.S. Patent and Trademark Office
PTOL-474 (Rev. 04-01)    *Ex Parte* Reexamination Interview Summary    Paper No. 20220721

KOV_00237231

**Continuation Sheet (PTOL-474)**          **Reexam Control No.**    90/019,036

Continuation of Description of the general nature of what was agreed to if an agreement was reached, or any other comments: The participants discussed the interpretation of the terms "identifier string/identifier," "data/location/location," "location server/server," "data pertaining to an entity" and "information for use by the client to calculate a location of a different data location" of '640 claims 17 and 18.

Special attention was given to the terms "data" and "data entity." Patent Owner (PO) argued that data/data entity is analogous to single record within the database, and not the database itself. With this interpretation, PO argued that Oracle's mapping does not anticipate the limitation because it only maps up to the repositories location of where data may be stored.

PO argued that "redirect message" of claims is different from Oracle redirecting a client request to the Names Server that can answer the request. PO argue that claimed redirect message guarantee that the Names Server at the returned address does in fact contain the request location information.

Finally, PO argued that "information for use by the client to calculate a location of a different data location" of '640 claims 17 and 18 is the additional (Client-Centric Approach) methods of which client rather than server determines the location of the data entity.

KOV_00237232