IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Amazon Web Services, Inc.,<br><br>    Defendant. | Civil Action No. 1-18-cv-08175<br><br>Hon. Matthew F. Kennelly<br><br>**JURY TRIAL DEMANDED** |

**KOVE'S SEVENTH AMENDED OBJECTIONS AND RESPONSES TO
AWS'S FIRST SET OF INTERROGATORIES (NOS. 1, 2, 5, 6, 9)**

  Plaintiff Kove IO, Inc. ("Plaintiff" or "Kove"), by and through their undersigned counsel, Federal Rules of Civil Procedure 26 and 33, the Northern District of Illinois Local Rules ("Local Rules"), and by any applicable procedures, laws, or Court orders, hereby serves the following seventh amended responses to AWS's First Set of Interrogatories ("Interrogatories") (Nos. 1, 2, 5, 6, 9) of Amazon Web Services, Inc. ("Defendant" or "AWS").

**PRELIMINARY STATEMENT**

  1. Kove incorporates by reference each general objection in its First Amended Responses to AWS's First Set of Interrogatories (Nos. 2-5) into each specific response. The specific response may repeat a general objection for emphasis or any other reason and/or may also include one or more specific objection(s). The failure to include any general objection in any specific response shall not be interpreted as a waiver of any general objection to that response.

  2. Kove's responses to AWS's Interrogatories are made to the best of Kove's present knowledge, information, and belief. Kove reserves the right to supplement or amend these responses should future investigation indicate that such supplementation or amendment is

1

6,374,253; 6,453,404; 6,470,389; 6,594,253; 7,103,640; 7,233,978; 7,272,625; 7,349,902; and 7,634,453; U.S. Patent. Application. Nos. 2002/0112048 Al; 20011/0013059; 2003/10065653; 2004/10205055; and 2008/10005275; EP 0 889 422 A2; EP 0 568 161 A1; EP 0 919 912 A2; WO 86/05610; WO 98/15910; WO 98/31138; WO 00/03526; WO 98/00624; Callaghan V.L. et al, "Structures and Metrics for Image Storage and; Interchange," Journal of Electronic Imaging, vol. 2 No. 2, Apr. 1,; 1993, pp. 126-137; Bourke, D.G. et al, "Programmable Module and Circuit for Machine Readable Unique Serial Number;" IBM Technical Disclosure Bulletin, vol. 27, No. 4A, Sep. 1, 1984, pp. 1942-1944; Kleinholz, L. et al: "Supporting Cooperative Medicine: The Bermed Project," IEEE Multimedia, vol. 1, No. 4, Dec. 21, 1994, pp. 44-53; "Method for Network Naming and Routing," IBM Technical Disclosure Bulletin, vol. 37, No. 9, Sep. 1, 1994, p. 255; "Minimizing Locking To Access Global Shared Data," IBM Technical Disclosure Bulletin, pp. 619-622, Feb. 1995; "Service Location in an Open Distributed Environment," Beitz et al, Second International Workshop on Services in Distributed and Networked Environments, IEEE Comput. Soc., pp. 28-34 (Jun.1995); Muniz, R., et al., "A robust software barcode reader using the Hough Transform," Abstract from IEEE/IEE Electronic Library online, 2 pages; Fresonke, D., "In-fab identification of silicon wafers with clean, laser marked barcodes," Sriram, T., et al., "Applications of barcode technology in automated storage and retrieval systems."; all references discussed or referenced in the Information Disclosure Statements for the following *Ex Parte* Reexaminations: 90/014,552, 90/019,034, 90/019,035, 90/019,036, 90/019,109, 90/019,162, 90/019,165, and 90/019,166.

Kove reserves the right to amend or supplement this response as discovery progresses.

**INTERROGATORY NO. 6:**

Identify each employee or agent of Kove who has or had any knowledge or awareness of

26

Amazon Web Services or any of its products or services, including S3 and DynamoDB, along with a statement of the nature of the knowledge of each person relating to each such product or service, including an identification of the product or service and the earliest date upon which each such person was aware of each such product or service or of any alleged infringement by Amazon related to any of these products or services.

**KOVE'S FIRST AMENDED RESPONSE TO INTERROGATORY NO. 6:**

In addition to its general objections, Kove specifically objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, attorney work-product doctrine, or any other applicable privilege or exception. Kove further objects to this Interrogatory on the grounds that it is vague, unclear and ambiguous including, without limitation, with respect to its use of the terms "any of its products or services," "any knowledge or awareness of Amazon Web Services," "nature of the knowledge," "any alleged infringement by Amazon," "each person relating to each such product or service," "each such person was aware of each such product or service," and "any of these products or services."

Kove understands this Interrogatory to the extent that it uses the terms "any of its products or services," "any knowledge or awareness of Amazon Web Services," "nature of the knowledge," "any alleged infringement by Amazon," and "any of these products or services" to include circumstances and events alleged in the Complaint filed on December 12, 2018 in this litigation.

Kove also objects to this Interrogatory to the extent it purports to require Kove to marshal its evidence in advance of deadlines prescribed by the Federal Rules, Local Rules and any applicable local procedures, laws, or Court orders.

Kove also objects to this Interrogatory as premature to the extent it seeks Kove's expert opinions and/or disputed legal or factual contentions before the appropriate deadlines prescribed

by the Federal Rules, Local Rules and any applicable local procedures, laws, or Court orders.

Kove objects to this Interrogatory to the extent that it seeks information or documents that are not relevant to any parties' claims or defenses in this litigation, and as being unduly broad, unduly burdensome, and disproportionate.

Kove reserves the right to update this Interrogatory response as discovery continues and as Kove furthers its investigation, and reserves the right to rely on facts, documents, testimony, or other evidence that may develop or come to its attention through the ordinary course of this case. This includes information that may be in possession of third parties. Kove further reserves the right to update this Interrogatory response as the parties obtain discovery and expert discovery.

Subject to the foregoing general and specific objections, to the extent Kove can understand this Interrogatory, Kove responds as follows:

Kove identifies at this time John Overton, Chief Executive Officer of Kove, who may have become generally aware of Amazon S3 at least on or around March 14, 2006 and who may have become generally aware of Amazon DynamoDB at least on or around January 18, 2012, and Stephen Bailey may have become generally aware of Amazon S3 at least on or around March 14, 2006 and may have become generally aware of Amazon DynamoDB at least on or around January 18, 2012.

Pursuant to Federal Rule of Civil Procedure Rule 33(d), Kove identifies the following documents: KOV_00126084, KOV_00163061.

**INTERROGATORY NO. 9:**

Describe in detail the factual and legal bases for your allegation that Amazon's actions constitute willful patent infringement, if you so contend, including a detailed explanation of the circumstances under which Kove first became aware of Amazon's alleged infringement for each

28

Dated: May 7, 2023

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 560-3501

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Facsimile: (650) 560-3501

Taylor Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
Navid Bayar (*pro hac vice*)
nbayar@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

Respectfully submitted,

*/s/ Jaime F. Cardenas-Navia*

Renato Mariotti (State Bar No. 6323198)
renato.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (*pro hac vice*)
sballard@reichmanjorgensen.com
Savannah Carnes (*pro hac vice*)
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

***ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2023, Kove's Seventh Amended Objections and Responses to AWS's First Set of Interrogatories (Nos. 1, 2, 5, 6, 9) was served on counsel of record via email.

*/s/ Jaime F. Cardenas-Navia*
Jaime F. Cardenas-Navia

## **VERIFICATION**

I verify that I have reviewed the above responses, which are true to the best of my knowledge, information, and belief. I verify that Kove IO, Inc. ("Kove") collected factual information in the above responses from documents in the possession, custody, and control of Kove, or from persons with personal knowledge of the subject matter of the responses, and with the assistance of counsel representing Kove. I am informed and believe that the matters stated therein are true and correct, and on that basis verify the response on behalf of Kove. To the extent Kove based the above responses on information collected from others, I verify not on personal knowledge, but on information and belief. I am authorized to make this verification for and on behalf of Kove. I declare under penalty of perjury that the foregoing is true and correct.

By: John Overton
Date: May 7, 2023