UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Kove IO, Inc.
                    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:18−cv−08175
　　　　　　　　　　　　　　　　　　　Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, June 24, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion to file under seal [651] is granted. Response to defendant's motion to compel deposition [651] is to be filed by 6/29/2023. No reply is permitted unless the Court asks for a reply. Telephonic motion hearing is set for 7/6/2023 at 8:50 AM, using call−in number 888−684−8852, access code 746−1053. The Court reserves the right to vacate the hearing if it determines a hearing is not needed. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.