IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

## MOTION TO SEAL JOINT STATUS REPORT

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, and the requirements of the Protective Order entered in this case (ECF No. 55), Defendant Amazon Web Services, Inc. ("Amazon") has filed under seal the parties' Joint Status Report, which contains proprietary information that Amazon has designated as Highly Confidential. Amazon seeks leave to file this document under seal due to the confidential nature of the information discussed therein. In support of this Motion, the Parties state as follows:

1. On July 10, 2019, the Court entered the parties' agreed Protective Order. (ECF No. 55.) Pursuant to the terms of the Protective Order, Amazon has designated information about how its performance metrics are stored, collected, and maintained as Highly Confidential.

2. Amazon has designated information contained in the Joint Status Report as Highly Confidential and has filed the Joint Status Report under seal, pursuant to the Protective Order. Contemporaneously, Amazon has publicly filed a redacted version of the Joint Status Report.

For the foregoing reasons, Amazon respectfully requests that the Court enter an order permitting the Joint Status Report to be filed under seal.

1

Dated: June 29, 2023               Respectfully submitted,

*/s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 29, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system.

*/s/ R. William Sigler*
R. William Sigler