IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**DECLARATION OF GINA H. CREMONA IN SUPPORT OF KOVE IO, INC.'S OPPOSITION TO AMAZON'S MOTION TO COMPEL <u>ADDITIONAL TIME TO DEPOSE JOHN K. OVERTON</u>**

I, Gina H. Cremona, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the State of California, and I have been admitted to appear in this case *pro hac vice*. Unless otherwise stated, I have personal knowledge of the matters set forth herein and in the motion. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's Opposition to Amazon's Motion to Compel Additional Time to Depose John K. Overton.

3. Exhibit 1 is a true and correct copy of excerpted pages from the deposition of John Overton, PhD., taken on May 16, 2023.

4. Exhibit 2 is a true and correct copy of excerpted pages from the deposition of John Overton, PhD., taken on May 17, 2023.

5. Exibit 3 is a true and correct copy of a letter from A. Adler to J. Saltman and L. Phillips dated April 13, 2023 regarding 30(b)(6) deposition of Shiv Pal Singh.

6. Exhibit 4 is a true and correct copy of Kove's Objections and Responses to AWS's February 12, 2020 Notice of 30(b)(6) Deposition of Kove dated March 30, 2023.

7. Exhibit 5 is a true and correct copy of Kove's Amazon's 30(b)6) Deposition Notices dated February 12, 2020, August 20, 2020, October 6, 2020, May 20, 2021, and August 20, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 29, 2023        /s/ Gina H. Cremona
                                  Gina H. Cremona