# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.
                    Plaintiff,

v.                                    Case No.: 1:18−cv−08175
                                            Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 30, 2023:

       MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report. They are to be prepared to discuss at the 7/6/2023 status hearing the anticipated length of trial and to set a trial date. In addition, the motions to file under seal [658] [655] will be addressed at the status hearing. The Court has become concerned regarding the overdesignation of material for filing under seal. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.