# Exhibit A

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| *In re*: Reexam of U.S. Patent No. 7,233,978 | Confirmation No.: 3927 |
| Control No. 90/019,109 | Art Unit: 3992 |
| Filed: August 31, 2022 | Examiner: Sorrell, Eron J. |
| For: **Method and Apparatus For Managing Location Information In a Network Separate From The Data To Which The Location Information Pertains** | |

## Patent Owner's Reply to Office Action in *Ex Parte* Reexamination

*Mail Stop "**Ex Parte** Reexam"*
Attn: Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Commissioner:

Patent Owner hereby replies to the Office Action dated April 3, 2023, issued in the above-captioned *ex parte* reexamination. The due date for reply is July 3, 2023, based on the Office's granting-in-part of a petition for an extension of time. No additional fees are believed to be necessary, however, to prevent abandonment of this reexamination, please contact the undersigned representative for payment information.

Control No. 90/019,109

## *Status of the Claims*

The '978 patent is expired. A listing of each claim under reexamination is provided below. Although no claim amendments are proposed in this response, Patent Owner nonetheless provides this listing of original claims from U.S. Patent No. 7,233,978 to Overton et al. ("the '978 patent") for ease of reference and review.

The following claims are subject to *ex parte* reexamination:

17. (Patent Claim)  A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising:

providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier;

storing location information formatted according to the transfer protocol at a first location server;

receiving an identifier and a location relevant to the identifier at the first location server;

storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and

transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit.

18. (Patent Claim) The method of claim 17, wherein receiving an identifier and a location comprises receiving the identifier and the location at the first location server from an application server, wherein the location comprises an address for the application server.

19. (Patent Claim) The method of claim 17, wherein receiving an identifier and a location comprises receiving the identifier and the location at the first location server from a physical object, wherein the identifier identifies the physical object and wherein the location comprises a geographic location for the physical object.

2

Control No. 90/019,109

20. (Patent Claim) The method of claim 19, wherein the physical object comprises a vehicle.

21. (Patent Claim) The method of claim 19, wherein the physical object comprises a portable telecommunications device.

22. (Patent Claim) The method of claim 17, wherein transferring a portion of the identifier and location associations comprises:

identifying a portion of identifier and location associations on the first location server to be transferred to the second location server and identifying a data set state of the identified portion at an initial time;

copying a data set for the identified portion corresponding to the identified data set state from the first location server to the second location server and maintaining a second data set containing changes to the identified portion since the initial time;

identifying a data set state for the second data set;

ceasing operation of the first location server with respect to the identified portion and copying the second data set to the second location server, wherein the second data set corresponds to the identified data set state for the second data set; and

initiating operation of the second location server for the identified portion of identifiers and location associations.

23. (Patent Claim) The method of claim 17, wherein the performance criterion comprises an amount of available persistent storage space in the first location server.

24. (Patent Claim) The method of claim 17, wherein the performance criterion comprises a transaction rate limit.

25. (Patent Claim) The method of claim 17, wherein the transaction rate limit comprises a processor speed limit.

26. (Patent Claim) The method of claim 17, wherein the transaction rate limit comprises a network connection bandwidth limit.

27. (Patent Claim) The method of claim 17, further comprising transmitting a location server map from the first location server, the location server map comprising information identifying the second location server and a list of identifiers associated with the second location server.

28. (Patent Claim) The method of claim 27, wherein the first and second location servers are part of a location server cluster comprising a plurality of location servers, and wherein

Control No. 90/019,109

transmitting the location server map comprises transmitting the location server map to each of the plurality of data location servers asynchronously.

29. (Patent Claim) The method of claim 27, wherein transmitting a location server map comprises transmitting the location server map to a client in response to query received at the first location server from the client regarding an identifier that is not resident on the first location server.

30. (Patent Claim)  The method of claim 17, wherein transferring a portion of the identifiers and associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit.

Control No. 90/019,109

## *Remarks*

Claims 17-30 '978 patent are currently subject to *ex parte* reexamination. Claims 17, 23-24, and 30 stand rejected in the Office Action dated April 3, 2023 ("Office Action"). Claims 18-22, 25-29, and 31 have been confirmed patentable. Patent Owner thanks the Office for confirming patentability of these four claims and respectfully traverses the rejections as to the remaining claims. Based on the following remarks, Patent Owner respectfully requests that the Examiner reconsider all outstanding rejections and that they be withdrawn.

### I.     *Status of Related Matters*

The '978 patent is the subject of litigation in *Kove IO, Inc., v. Amazon Web Services, Inc.,* Case No. 1:18-cv-08175 (N.D. Ill.).

### II.    *Information Disclosure Statements*

Patent Owner previously submits information disclosure statements (IDSs) concurrently herewith.

### III.   *Statement of Substance of Examiner Interview*

Patent Owner, Co-Inventor John Overton, Dr. Michael Goodrich, and Patent Owner's representatives Khue Hoang (Reg. No. 44,767) and Naveed Hasan (Reg. No. 72,688) thank Examiners Sorrell, Fuelling, and Pokrzywa for the Interview conducted on June 13, 2023. Examiner Sorrell requested Patent Owner provide further clarification about certain aspects of the reexamined claims, including distinguishing the ONAG's Names Servers from OracleUnleashed and Boukabza's tablespace architecture. In this Response, Patent Owner provides the requested clarifications, as well as detailed support for the patentability of the reexamined claims over the asserted prior art, whether considered individually or in combination.

### IV.    *Status of Reexaminations of Related Patents*

Patent Owner notes that claims 1, 2, 6, 8, 9, 12, and 15 of related U.S. Patent No: 7,814,170 patent ("'170 patent") and claims 17-18 and 24 of related U.S. Patent No: 7,103,640 ("'640 patent") and have been confirmed to be patentable in Reexamination Control Nos. 90/019,035 and 90/019,036, respectively. Claims 3, 6, 10, 14, 17, 23-24, and 30 of the '978 patent have been confirmed to be patentable in Reexamination Control No. 90/019,034. Reexamination of claims

5

Control No. 90/019,109

1, 2, 6, 8, 9, 12, and 15 of the '170 patent and claims 17-18 and 24 of the '640 patent have been ordered in Reexamination Control Nos. 90/019,165 and 90/019,166, respectively. Reexamination of claim 6 of the '978 patent has been ordered in Reexamination Control No. 90/019,162.

## V.     *Response to Substantive Rejections in the Office Action*

The Office Action includes three grounds of rejections:

Ground 1: Claims 17, 23-24, and 30 are rejected under pre-AIA 35 U.S.C. § 103(a) as allegedly being obvious over ONAG in view of Boukobza.

Ground 2: Claims 17, 23-24, and 30 are rejected under pre-AIA 35 U.S.C. § 103(a) as allegedly being obvious over ONAG in view of OracleUnleashed.

Ground 3: Claims 17, 23-24, and 30 are rejected under pre-AIA 35 U.S.C. § 103(a) as allegedly being obvious over Ault in view of Yocum and Boukobza.

Patent Owner respectfully traverses the rejections, each of which are addressed below.

### A.     **Relevant Prosecution History**

The '978 patent was filed as U.S. Patent Application 09/872,736 ('736 application) on June 1, 2001 and issued on June 17, 2007.  The Office stated the following in the Notice of Allowability of the '736 application: "The Examiner finds the applicant's arguments on page 10 lines 9-27 of the amendment filed November 1, 2006 to be persuasive.  The applicant argued in substance that Lumelsky does not teach a system and method for management of location information separate from the data to which the location information pertains, but instead relates to manipulation of the actual data (multimedia objects in Lumelsky) rather than just location information for that data."  Notice of Allowability of the '736 application (2/13/2007) at p. 3.

### B.     **Related *Inter Partes* Review (IPR) and *Ex Parte* Reexaminations**

Patent Owner notes that claims 3, 6, 10, 14, 17, 23-24, and 30 of the '978 patent were previously confirmed to be patentable over ONAG, OracleSG, Rajani, and McGarvey in *Ex Parte* Reexamination Control No. 90/019,034.  With respect to claim 17, Examiner Campbell in the '034 Reexam stated, "Under the Phillips construction, the ordinary and customary meaning as

6

Control No. 90/019,109

understood by a person of ordinary skill in the art at the time of the invention of the requirement of explicitly 'transferring a portion of the identifiers and associated locations to a second data location server' would require that the identifiers and associated locations first be stored on the first data location server and then be transferred from said first location server to said second location server. The mere concept of having more than one location servers that contain potentially different identifiers and associated locations as discussed in the ONAG and OSG references in combination with the discussions of optimization found in ONAG and OSG does not actually teach the act of 'transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit' as it is claimed. Neither the McGarvey nor the Rajani references cure the deficiencies of the teachings of the ONAG and OSG references." Non-Final Office Action in the '034 Reexam at pp. 35-36.

Claims 1, 3, 6, 10, 14, 17, 23, 24, 30, and 31 of the '978 patent were also challenged by the Requester of the present Reexamination in an IPR (IPR2020-00276) filed on December 12, 2019. The Requester (the Petitioner in the IPR) cited Internet Engineering Task Force Network Working Group Request for Comments 1034 (RFC1034), which describes Domain Name Service (DNS), to challenge the validity of the claims. The Patent Trials and Appeals Board (Board) agreed with the Patent Owner that the term "identifier," as recited in the '978 patent, should be construed as uniquely identifying a single entity. The Board denied institution of the IPR on June 16, 2020.

### C. Overview of claimed technology and continued patentability of the claims

Towards the latter half of the 1990's, data storage was still relatively manageable. Most data could be stored locally, on local drives, compact discs (CDs) or disk drives. Single servers were often sufficient for data storage needs. Not long thereafter, the amount and size of data began increasing, soon reaching exponential rates. Networking became ubiquitous and storing data in single servers became impractical if not impossible. This paved the way for distributed data collection environments.

Distributed data collection involves managing data stored and retrieved among multiple databases or data repositories connected by a network. Conventional distributed data collection

environments maintained a static relationship between data and its location. Accordingly, every time data moved from one location to the next, all of the systems that maintained the static relationship had to be updated. As a result, while conventional distributed data collection environments allowed for dispersed storage, doing so made reliably locating and retrieving the data challenging, particularly where data is added or removed dynamically. '978 patent at 1:38-44.

The Inventors of the '978 patent predicted networking would become ubiquitous and data would become explosive, years before it actually happened. The Inventors understood that maintaining a static relationship between data and its location in traditional distributed data collection environments (*i.e.,* tree structures) would become untenable, given the growing unreliability of locating and retrieving dispersed data, particularly where the data in the components of the network could change location, unbeknownst to one another. The Inventors invented a protocol that dynamically creates relationships between data and its locations using an algorithm or function. That is, the Inventors invented a protocol that replaced storing caches and state information across the network, with a stateless approach that allows clients to compute the location of data's location information based on a dynamically created relationship between the data and its location. The Inventors sought to find a way to achieve seamless dynamic and spontaneous global search and retrieval of data across a distributed network. The result are the claims embodying the Inventors' network distributed tracking protocol ("NDTP").

### *1.* **The problems with the existing systems**

The Inventors studied then-existing systems to determine if there were ways to improve efficiency and scalability in locating and retrieving distributed data. They concluded that conventional systems were fundamentally limited in the types of searches that could be performed and the forms of data returned based on the search. '978 patent at 1:45-55. For example, the '978 patent states, "One example is where a client requests files based on a subject, like a person's name. In the search results, therefore, only text files of peoples' names may be retrieved. Another problem in current retrieval systems is that the client may receive text and image files in the search results, but could not seamlessly access the image files. Yet another problem in current retrieval systems is that video and sound files related to the request may not even be found in the search

results.  For example, a doctor might be able to retrieve medical records on a specific patient, but cannot view an MRI or X-Ray results associated with that record." *Id*. at 1:55-58.

The Inventors recognized that while Doman Name Service's (DNS) "names and machine" mapping format is analogous to the "entity identifier and data location" mappings in the NDTP protocol (*Id*. at 23:60-24:11), NDTP has a foundationally different structure that enables it to support "very fast, very diverse, and very large scale mapping manipulations" (*id.*), which names services like DNS cannot do because of their tree-node organizational structure.

Conventional systems consistently used hierarchical-tree structures when attempting to scale their networks.  For example, ONAG acknowledged that a network may follow either a flat naming model or a hierarchical naming model but cautioned that "[a] flat naming model should be used when the actual number of services is small (under 100), when the likelihood of future growth of network services is *minimal*…."  ONAG at p. 40 (emphasis added).  More pointedly, ONAG discouraged the use of "flat" structures in larger networks, in contrast to hierarchical structures which ONAG noted "allow[s] for future growth or greater naming autonomy."  *Id.* at p. 41.  This illustrates that POSAs, at the time of invention, would have understood that conventional data systems were dependent on hierarchical structures.

The Inventors understood the challenges that existed in locating and retrieving data in a distributed data collection environment and addressed the challenges with the inventions of the '978 patent.  Their invention, as embodied in the claims of the '978 patent, enables a client to retrieve data through any server in the network and receive in response the location information associated with a desired entity.  The structured relationships of the invention allow clients to access data in distributed environments through a non-hierarchical, limitlessly scalable, server structure that enables retrieval of requested information in not more than two iterations.

The Inventors further recognized that as the amount of data grows in the databases, the number of location servers may need to increase without affecting the efficacy of the search of the location information.  As such, the '978 patent also allows for linearly scaling the location servers without affecting the efficacy of the search of location information because of the capability of computing the location of data's location information based on a dynamically created relationship between the data and its location.  For example, the '978 patent states "NDTP handles NDTP

Control No. 90/019,109

server scaling with the NDTP's redirection mechanism, which is managed through an NDTP server 12, or set of such servers. This redirection mechanism allows arbitrary distribution of the data set across completely independent machines. The set of machines managing the NDTP server data set may be referred to as an NDTP server cluster 50, as shown in FIG. 5. The NDTP redirection mechanism exploits this by permitting the distribution of identifiers to location mappings across members of an NDTP server cluster. An advantage of distributing an NDTP server data set across independent machines is that both capacity and transaction rate scale can be increased. In one embodiment, each additional machine in an NDTP server cluster 50 linearly increases capacity, by adding main and secondary storage, and transaction rate, by adding processing power and network bandwidth (assuming a properly scalable network infrastructure is employed)." *Id*. at 15:47-63. This allows for seamlessly transferring portions of location information from one server to another when the server reaches a performance limit while still allowing the client to query and retrieve the desired location information from the Names Servers without any change in the process.

The '978 patent also maintains one to many relationships between identifiers and locations of data distributed across a network. *See e.g., id*. at 8:14-25. For example, the '978 patent states "The NDTP server efficiently maintains and dispenses one to many relationships between identifiers and locations. In other words, an identifier may be associated with any number of locations. In embodiments where the location information relates to locations of application servers containing data or routing information for finding data, the NDTP server is updated to indicate an association between the identifier and the application server's location when data for a particular identifier is added to an application server. When a query is performed for an identifier, the NDTP server supplies the set of application servers in which data may be found for that identifier." *Id*. This allows for efficient tracking of location of information associated with an individual entity in a distributed data network. Specifically, the '978 patent explains "An 'entity identifier' or an 'identifier' is a unique encoding, which may be a string in one embodiment, with which zero or more data location specifiers are associated in an NDTP server. A 'data location' or 'location' is an encoding, for example a string, that is a member of a set of associations with an identifier in an NDTP server. An 'NDTP client' or a 'client' is a network-attached component that initiates add, delete, lookup and update of identifier/location mappings, or associations, from an NDTP server with NDTP request messages. An 'NDTP server' or a 'server'

is a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to NDTP request messages from clients." *Id*. at 4:25-38. The '978 patent further states, "The communication flow may represent a client 112 requesting an identifier/location association(s) from the NDTP server, which may be a server constellation construed in either of two forms (see FIGS. 19 and 20), and then querying directly based on the identifier/location association(s) received from the NDTP server." *Id.* at 18:50-56.

By requiring that each identifier uniquely identify a single entity, the locations for the data pertaining to the single entity using the identifier can quickly be located. *See e.g., id*. at 4:19:43; 4:57-5:22; 8:14-25; 18:38-19:3. This way, the location servers in the network do not have to execute any extraneous steps for determining or identifying a given entity when resolving a location query. *Id*.

### 2.     The '978 patent invention's improvements over the prior art

The invention taught in the '978 patent differed from and improved upon pre-existing systems, including tree-based systems like DNS and other names service systems like Oracle Names Service in certain foundational ways.

**First**, the '978 patent teaches separating the data's location from the data itself, treating them as distinct.

Claim 17 and its dependent claims require identifiers and their associated locations (i.e., location information) be uniquely stored in each location server in a claimed plurality of location servers. As claimed in the claims and as taught by the specification and construed by the district court (*see* Section V.D below and NPLs 42 and 43, as filed in the IDS form 1), location information stored in the location servers specifies the data's location, not the data itself. This contrasts with prior art systems like ONAG where aliases of the type taught in Names Server merely point to the databases where data is believed to be stored, and not to the actual data itself. The crux of the '978 patent, which is present in every claim via its recitations of "identifier," "location information," and "location servers," requires the data and its location to be distinct from one another.

The claimed identifier must also uniquely identify a single entity so that the identifier may be used to query the location server and retrieve the location information of the data pertaining to the respective entity. [NPL 31]

Control No. 90/019,109

The specification teaches that these relationships are fundamental to the invention:

Col. 1:59-67: "A distributed data collection is a system where *data is stored and retrieved among multiple machines connected by a network*. Typically, each machine in which some portion of the data in a distributed data collection may reside is called a 'data repository machine', or simply a 'data repository'. One commonly asked question in a data repository environment is: *Where is data associated with a particular entity in a distributed data collection? The data location is a key question* when a distributed data collection has highly dynamic data distribution properties."

Col. 8:14-22: "The NDTP server efficiently maintains and dispenses one to many relationships between identifiers and locations. In other words, an identifier may be associated with any number of locations. In embodiments where the location information relates to locations of application servers containing data or routing information for finding data, the NDTP server is updated to indicate an association between the identifier and the application server's location when data for a particular identifier is added to an application server."

Col. 23:63-24:1: "NDTP is designed for use in the larger context of a distributed database system including, but not limited to, addressing and namespace services. As such, it supports an architecture in which *information about where data associated with particular application entities can be managed and obtained independently of the data itself*."

Figure 18 of the '978 patent (annotated below) illustrates the separation of the data location information from the data itself:

12

Control No. 90/019,109



**'978 patent, Fig. 18 (annotated with colored boxes)**

The NDTP Server Constellation 110 (red box) includes data location servers that store the location of specific units of data stored in application server 114 (green box). '978 patent at 18:38-56. The data stored in application server 114 may be moved to any repository. *Id.* at 8:14-25, 18:38-56. The location of the data, if it is moved, will be updated in the data location servers in the NDTP Server Constellation 110. *Id.* at 8:14-25; 18:38-56; 24:6-11. Locating the data requires querying the NDTP Server Constellation 110. *Id.* at 18:38-56. Specifically, the '978 patent states, "The communication flow may represent a client 112 requesting an identifier/location association(s) from the NDTP server, which may be a server constellation construed in either of two forms (see FIGS. 19 and 20), and then querying directly based on the identifier/location association(s) received from the NDTP server." *Id.* at 18:50-56.

**Second**, the '978 patent teaches using an identifier that uniquely identifies a single entity, such that the locations of the data pertaining to the entity can be retrieved using the identifier.

Claim 17 embodies this by requiring "location information specifying the location of information related to the identifier." The specification explains the relationships among identifiers, data location, and location server:

Col 4:25-38: "An 'entity identifier' or an 'identifier' is a unique encoding, which may be a string in one embodiment, with which zero or more data location specifiers are associated in an NDTP server. A 'data location' or 'location' is an encoding, for example a string, that is a member of a set of associations with an identifier in an NDTP server. An 'NDTP client' or a 'client' is a

network-attached component that initiates add, delete, lookup and update of identifier/location mappings, or associations, from an NDTP server with NDTP request messages. An 'NDTP server' or a 'server' is a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to NDTP request messages from clients."

Col. 4:57-67: "The location may be address information for the application server(s) containing information relevant to the identifier or address information for the application server(s) through which data relevant to the identifier may be accessed. In one embodiment, when a client queries the NDTP server for information pertaining to an entity, the NDTP server preferably returns a list of all locations for the specified entity. The client then can directly access the various locations, relieving the NDTP server of any further involvement in the transaction and allowing the NDTP server to handle more queries."

Col. 8:14-25: "The NDTP server efficiently maintains and dispenses one to many relationships between identifiers and locations. In other words, an identifier may be associated with any number of locations. In embodiments where the location information relates to locations of application servers containing data or routing information for finding data, the NDTP server is updated to indicate an association between the identifier and the application server's location when data for a particular identifier is added to an application server. When a query is performed for an identifier, the NDTP server supplies the set of application servers in which data may be found for that identifier."

The relationships among entity, identifier, location information, location server, and data pertaining to the entity are schematically depicted in the figure below:

Control No. 90/019,109



**Patent Owner's Figure A**

Consider the movie entity, "Casablanca." Data pertaining to that movie may, for example, be 4K, SD, and .MOV versions of the film. A unique "identifier" is used to identify the entity, and the same identifier is associated with data locations or "location strings" that, together with the identifier, are stored as "location information" in a location server. Location string 1 specifies where the 4K version of the movie is stored, location string 2 specifies where the SD version is stored, and location string 3 specifies where the .MOV version is stored. As such, "data pertaining to" the movie (i.e., the various versions of the film) are distinct from their "location information" (identifier + location strings) which is stored in a location server.

**Third**, the '978 patent teaches a configuration for organizing data location information in location servers such that the number of servers can be limitlessly scaled.

Claim 17 and its dependents, for example, are methods for scaling a location server's capacity and/or transaction rate capability by requiring that when a location server reaches a performance limit for a performance criteria, a portion of the identifiers and associated locations stored in that location server be transferred to a different location server.

Figure 19 of the '978 patent illustrates the organization of the data location information.

Control No. 90/019,109



**'978 patent, Fig. 19 (annotated with colored dots and boxes)**

In Figure 19, the NDTP Server Constellation 110 includes NDTP servers 120a and 120b. *Id*. at 18:61-19:3. The ellipses are added to illustrate the disclosed teaching that the number of NDTP servers can scale to however many are desired (Server 0 to Server N). *Id.* at 15:45-53. NDTP servers 120a and 120b store location information for data stored in application servers. *See e.g., id.* at 8:14-25; 18:50-19:3. Each unit of data is associated with an identifier that uniquely identifies an entity. *See e.g., id.* at 4:19-43; 23:61-24:11. The location information for the data is organized across NDTP servers 120a and 120b and can each store a portion of the location information– *i.e.*, the location information is distributed among the location servers in the network. *Id.* In contrast to the hierarchical "tree" structure of prior systems like ONAG, the configuration taught by the '978 patent allows for linear scaling of the location servers. Particularly, the patent teaches seamlessly adding location servers based on the growth of a network. Each new or existing location server is configured to store a portion of the location information and the algorithm or function used to divide up the location information, irrespective of the amount of data distributed across one or more repositories and the amount of movement of the data across the one or more repositories. This allows for easily locating the location information in networks

16

of any size. *See e.g., id.* at 8:14-25. As anticipated by the Inventors, the explosion of the Internet, in which moving data rapidly across any scale of system or complexity became <u>de facto</u>, without requiring tree structures with caches.

### *3.* **Reasons for continued patentability**

Currently, claims 17, 23, 24, and 30 are rejected as obvious based on ONAG in view of Boukabza; ONAG in view of OracleUnleashed; and Ault in view of Yocum and Boukabza. Patent Owner respectfully traverses each rejection. The Examiner's rejections rely on initially perceived similarities between certain disclosures in the references and the claims, but closer study shows that the cited references and the invention are foundationally different, and that these differences make claims 17, 23, 24, and 30 novel and patentable.

In this Reply, Patent Owner details the lack of disclosure in the references and the lack of motivation to combine ONAG and/or Ault with any other reference (or combinations thereof). For at least the issues addressed in this Reply, Patent Owner respectfully requests the Examiner reconsider and withdraw the rejections pending against claims 17, 23, 24, and 30 and find them patentable.

### *D.* **Claim Construction**

As noted in the Office Action, the claims of the '978 patent must be given their ordinary and customary meaning in light of the specification. *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312-1313 (Fed. Cir. 2005) (*en banc*). *See* Office Action at 4. The Broadest Reasonable Interpretation (BRI) standard <u>may not</u> be applied to the claims in the instant reexamination proceeding because the claims are expired. *In re Rambus*, 694 F.3d 42 (2012). *See also In re CSB-Sys. Int'l, Inc.*, 832 F.3d 1335, 1341 (Fed. Cir. 2016) (confirming that "when an expired patent is subject to reexamination, the traditional *Phillips* construction standard attaches").

In its Request for Reexamination, the requestor proposed constructions for certain claim terms based on positions that had been taken in the parallel litigation (*Kove IO, Inc., v. Amazon Web Services, Inc.*, Case No. 1:18-cv-08175) involving the same patent and the same parties. Since that time, (1) the parties to the litigation (i.e., requestor and Patent Owner) have agreed on the constructions of certain claim terms (*see* NPL 30 in an Information Disclosure Statement (IDS)

Control No. 90/019,109

Form 1), and (2) the Court in the Northern District of Illinois overseeing the litigation has issued a claim construction Order regarding other terms (*id.*, NPL 31). The parties' agreed-to constructions and the Court's ordered constructions are fully supported by disclosures in the specification, as evidenced by the citations and analysis in the Court's Memorandum and Order. *Id.,* NPL 30 and 43.

### *1.* Claim Construction Summary Table

A summary chart of the construed terms is as follows:

| Claim Term | Construction |
|---|---|
| identifier/identifier string | a unique encoding that identifies an individual entity, and with which zero or more location strings are associated in a location server (NPL 31) |
| location/data location | an encoding that is a member of a set of associations with an identifier in a location server, and that specifies where data pertaining to the entity identified by the identifier is stored (NPL 31) |
| location server/server | a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to location request messages from [] clients (NPL 30) |
| location information | one or more identifiers and their associated locations (NPL 30) |
| hash table | a data structure that stores values in a table, where values are stored and retrieved by applying a hash function to an input and using the function result as an index into the table (NPL 31) |
| data pertaining to an entity | data pertaining to a person or thing (real, digital, or abstract) distinct from that data (NPL 30) |

Patent Owner respectfully submits that the above-referenced constructions, which were construed in accordance with the *Philips* standard, be adopted in the instant reexamination.

### *2.* Independent claim 17

Claim 17 recites:

> **[17.pre]** A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising:

18

**[17.a]** providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier;

**[17.b]** storing location information formatted according to the transfer protocol at a first location server;

**[17.c]** receiving an identifier and a location relevant to the identifier at the first location server;

**[17.d]** storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and

**[17.e]** transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit.

Claims 17, 23-24, and 30 must be interpreted in light of the appropriate claim constructions and not in a vacuum. In particular, the claim terms must be construed in accordance with the *Phillips* standard and viewed in light of the claim language itself and the specification, as understood by a person of ordinary skill in the art (POSA) at the time of the invention.

Claim 17 describes scaling the capacity and/or transaction rate capability of location servers. As claimed, scaling location servers requires transferring a portion of location information (i.e., identifiers and their associated locations) from a first location server where they were previously stored to a second location server, based on performance criteria of the first location server. Specifically, claim 17 articulates the scaling of location servers as follows "A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information […], the method comprising: […] transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit."

    *E.*    **ONAG and Boukabza, alone or in combination, do not render any of Claims 17, 23-24, or 30 obvious.**

Control No. 90/019,109

ONAG is a manual that provides information about Oracle Names products. (ONAG at 5). Oracle Names involves making network address and database link information in a distributed database network available to all nodes in the network (id.), using Names Severs to store such information in cache (The Names Server receives the request, looks it up in the cache, then send the response back to the client) (*id*. at 53; see also id. at 37).

Boukabza teaches a process for monitoring object types of nodes from a management node in data processing systems using distributed configured agents. (Boukabza, Abstract). Boukabza provides examples of monitoring objects, including Oracle instances, for parameters including "ORA_FRAGMENTS_TS" which verifies "the condition which corresponds to the case in which the largest of the extents ('MAX_EXTENTS') of the tables of the table space ('Tablespace') is smaller than the largest hole of the table space…" (Boukabza, 15:1-26).

> *1.*　**ONAG in view of Boukabza does not teach or suggest "transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit," as recited by claim 17.e**

The Examiner acknowledges that ONAG "fails to teach" claim element [17.e]. *See* Office Action at 9. The Examiner relies on Boukabza to satisfy this requirement. However, Boukabza does not cure the deficiencies of ONAG.

Boukabza describes monitoring object types of nodes. *See* Boukabza at Abstract. The object type may be a database or server. *See id*. at 12:12-17. In particular, Boukabza has examples of monitoring parameters for Oracle tablespace instances. (Boukabza, 15:1-26)

The Examiner primarily relies on the following portion of Boukabza as satisfying claim element 17.e:

Control No. 90/019,109

> the parameter ORA_FRAGMENT_TS", in which the measurement consists of verifying the condition which corresponds to the case in which the largest of the extents ("MAX_EXTENTS") of the tables of the table space ("Tablespace") is smaller than the largest hole of the table space, and if this condition is true, of sending an action proposition window in which it is indicated that the table space ("Tablespace") must be reorganized according to the following propositions:
> either a file is automatically created to enlarge the table space ("Tablespace"),
> or it requests when a standard "export_operation_ tables/import" command is to be executed,
> or the administrator is requested to program the start of his reorganization utility.
> the parameter "ORA_SCANLOG", in which the Oracle errors to be processed in the file "alert.log" are pre-defined. A predefined action class corresponds to each error. Example:

*Id*. at 15:18-36 (highlights added); *see also* Office Action at 9. Specifically, the Examiner alleges Boukabza can export a table in response to a MAX_EXTENT error. Office Action at 9-11. The Examiner assumes the exporting of the table corresponds to the transferring step in claim element 17.e and the MAX_EXTENT is the predetermined performance limitation. *Id*. The Examiner also cites Boukabza at 32:10-16 to further describe the MAX_EXTENT error. *Id*. However, Boukabza does not cure ONAG's deficiencies as to claim element 17.e for multiple reasons.

> *a)* **Oracle "tablespace" referenced in Boukabza is different from and incompatible with ONAG's "names servers," making the references not relevant to or combinable with one another**

The Examiner alleges that a POSA would find it obvious or be motivated to implement Boukabza's import/export operation and MAX_EXTENT to transfer a portion of the database nicknames and service addresses stored in a first ONAG Names Server to a second ONAG Names Server when the first ONAG Names Server encounters a MAX_EXTENT. Office Action 9-11. Patent Owner disagrees for multiple reasons.

A POSA would not find it obvious or be motivated to modify or and/or combine ONAG with Boukabza to satisfy claim element 17.e because ONAG's architecture would not support

Control No. 90/019,109

such a modification. As such, a POSA would not have a reasonable expectation of success to satisfy the claim requirements of claim element 17.e

**First,** as indicated above, a Names Server could not transfer a portion of the database names and service addresses to other Names Servers because Names Servers stores the database names and service addresses in ***cache***—not a traditional relational database. *See e.g.,* ONAG at pp. 32-33 and 36. Boukabza's export/import tables is configured for traditional relational databases. Boukabza at 15:18-36. ONAG does not describe how the database names and service addresses are structured in the cache memory, other than calling the cache an in-memory database. ONAG pp. 32-33; 36. In-memory databases store data in specialized structures that are different from traditional relational database structures to allow for quick retrieval of data. ONAG at 33. In this regard, there is no teaching or suggestion that the tablespace functionality discussed in Boukabza could be replicated in the Name Servers' cache memory.

**Second**, a Names Server will not encounter a performance limit, such as MAX_EXTENTS. *See e.g.,* ONAG at p. 45. MAX_EXTENTS in Oracle defines the outer limits of a database table. Boukabza at 15:18-36 and 32:10-16. The limits of a given table storing the database names and service addresses will be defined at the network definition database. A POSA would understand that the Names Server will not add anything to the particular copy of database names and services addresses. Therefore, the extents of the table will not change size once the Names Server receives the copy of the database names and service addresses.

**Third**, transferring a *portion* of database names and service addresses across Names Servers would make ONAG inoperable. ONAG indicates that a network may include multiple administrative regions. *See e.g.,* ONAG at p. 43-45. Each administrative region may include one or more Names Servers. *Id*. Each Names Server in a given administrative region stores a copy of the database names and service addresses for the respective administrative region. This allows for clients and other Names Servers to query the appropriate Names Server servicing a given region for a service address of a database that may reside in the respective region. Transferring database names and service addresses across regions would break ONAG's organizational structure and a client's query to fail or take an extended amount of time to resolve.

22

**Fourth**, ONAG would not transfer *a portion* of database names and service addresses across Names Servers in the same administrative region because each of the Names Servers in a given adminstirative region store the identical database names and service addresses. ONAG at p. 44 and 173. This is because the Names Servers store the database names and service addresses in cache. If a Names Server in a given administrative region crashes or goes offline, the Names Server loses all of the data stored in the cache. *See e.g.,* ONAG at 29. As such, an additional Names Server in the administrative region with identical database names and services addresses for clients to query the administrative region. *See e.g., id.* Storing only portions of databse names and service addresses in the Names Servers in an administrative region would make querying inoperable if a Names Server in an administrative region crashed or went offline. Therefore, ONAG would not transfer *a portion* of database names and service addresses across Names Servers in the same administrative region.

ONAG and Boukabza are devoid of any reasoning to motivate the transferring a portion of location information across location servers in response to a location server reaching a performance limit. Therefore, the combination of ONAG and Boukabza to allegedly satisfy claim 17's requirements is an exercise of impermissible hindsight, and not modifications or combinations a POSA would have made at the time of the invention.

> ### b) Even if Boukabza and ONAG are compatible references, combining them would not render Claim 17 obvious because Boukabza does not disclose or suggest element [17.e]

Claim [17.e] requires "*transferring a portion* of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit."

**First**, Boukabza is silent about transferring a *portion* of the identifiers and associated locations from a first location server to a second location server. *See* Boukabza at 15:18-36.

**Second**, Boukabza does not teach or suggest transferring identifiers and associated locations between *servers*. Boukabza only describes exporting and importing tables within a tablespace. *Id*. Boukabza does not indicate where tables are stored or whether or how portions of those tables can be transferred to a different server.

23

**Third**, Boukabza is completely silent with respect to transferring *location information* between *location servers*. Boukabza only describes exporting and importing tables within a *tablespace*. *Id*. Claim 17 requires transferring portions of identifiers and associated locations, not the data to which the location pertains. The Office recognized and relied on this requirement to overcome prior art during the prosecution of the '736 application (which issued as the '978 patent), stating in the Notice of Allowability, "The Examiner finds the applicant's arguments on page 10 lines 9-27 of the amendment filed November 1, 2006 to be persuasive. The applicant argued in substance that Lumelsky does not teach a system and method for management of location information separate from the data to which the location information pertains, but instead relates to manipulation of the actual data (multimedia objects in Lumelsky) rather than just location information for that data." Notice of Allowability of the '736 application at p. 3. Similarly, here, Boukabza is silent about separating storage of data from its location information and only relates to manipulation of actual data rather than location information for that data.

For at least the reasons above, Boukabza does not teach or suggest claim element 17.e.

### 2. ONAG in view of Boukabza does not teach or suggest "identifiers," as required by Claim 17

Claim 17 and its dependent claims require "identifiers," which the specification teaches to be (and which a district court has construed to mean) "a unique encoding that identifies an individual entity, and with which zero or more location strings are associated in a location server." '978 patent, 2:26-27; 4:25-28; *see also* NPL 31.

The Examiner relies on ONAG as disclosing the claimed "identifiers." Specifically, the Examiner cites ONAG pp. 42-43 and p. 20: ("*A client can request a network service within its default domain using the service's simple, unqualified name, that is, without specifying a domain name. If a user requests a name without a\*.' character in it, the default domain name will be automatically appended* to *the database service or database link name requested."* And see also See page 20, *"Oracle Names makes network address and database link information available* to *all nodes throughout the network. Each database server's network address is stored with a name that is used* to *identify it. Client applications can then request a database connection with a simple name rather than a lengthy address."*). Office Action, pp. 6-7.

The "identifiers" allegedly disclosed in ONAG however do not *uniquely* identify entities, as "identifiers" are required to do.

ONAG describes using service names (e.g., canonical names or aliases) or database links to retrieve network addresses of network objects and services. *Id*. at pp. 52-54. Names Servers "single purpose" is to resolve or assist in resolving a client-initiated name request. For example, ONAG describes the following process when attempting to retrieve a network address for a database service "1. The client application issues a connection request to SQL*Net of the form: sqlplus scott/tiger@POULTRY where POULTRY is a database service name defined in the Oracle Names Server. SQL*Net determines from the client configuration in the SQLNET.ORA file that the client's default domain is WORLD and the preferred Names Server is the one shown. SQL*Net sends the Names Server a request to resolve the name POULTRY.WORLD. 2. The Names Server receives the request, looks it up in the cache, then sends the response back to the client. 3. The client receives the answer and substitutes the address in place of the initial name POULTRY. 4. The client contacts POULTRY and establishes a standard SQL*Net client–server connection." *Id*. at pp. 52-53. In this example, the network addresses service name is "POULTRY" and is presumably an example of what the Examiner believes to be an "identifier" of the claims.

But service names / database links are not unique. ONAG allows users to create public and private names or database links to network services or objects. ONAG defines a public database links as, "A database link created by a DBA on a local database which is accessible to all users on that database." *Id*. at p. 202. ONAG also defines a private database link as "A DBlink created by one user for his or her exclusive use." *Id*. Thus, ONAG does not restrict users from assigning identical private and public database links to two different databases.

While there may be instances in ONAG where the public or private names may be different, ONAG is distinct from the '978 patent because ONAG does not restrict its users from creating a name or a link that may point to two different network objects. That is, in contrast to the '978 patent, ONAG's structure allows for users to assign the same name or link to different network objects because ONAG uses multiple parameters such as, network object name, link, type, user information, etc. to locate the network object. ONAG at pp. 128-129.

ONAG does not require that private and public uses of POULTRY resolve to the same canonical address. Rather, when a user queries a Names Server using POULTRY, ONAG first determines whether POULTRY is included in the user's private names or database links. If so, ONAG directs the query to network address 2, even if POULTRY is included the public names or database links. As such, POULTRY can simultaneously identify two different databases, and therefore, does not uniquely identify a single database.

ONAG provides numerous examples of allowing users to use non-unique names or links (i.e., alleged "identifiers") for network services or objects, including the process of locating a database link as: "Server TOM receives the SQL statement shown and checks its data dictionary for a private or public database link called JERRY. When it does not find one, SQL*Net determines from the client configuration in the SQLNET.ORA file that the client's default domain is WORLD and the preferred Names Server is the one shown. SQL*Net then sends the Names Server a request to resolve the database link name JERRY.WORLD." ONAG at 54. ONAG further states, "When a database link is used to select information from a remote database table (for example, SELECT * FROM EMP@HR.US.ORACLE.COM), Oracle searches for a connect descriptor in the following locations in the following order: 1. the user's private database links 2. the database public database links 3. the Oracle Names Server global database links." *Id.* at 110. Therefore, when processing a query, ONAG first checks for the name or database link in the user's private database links. To this end, a POSA would not understand this configuration to teach that a name or link be unique but rather that the same name or link may be used to identify different things, i.e., a user's private database as well a public database.

ONAG's use of non-unique names or database links for network services or objects is further illustrated in its querying process. ONAG teaches that, "If the QUERY command is used with just a name as a parameter, the Names Server responds with the number of pieces of data with that name, and the time required to complete the operation." *Id.* at p. 129. ONAG provides the following example of a query:

Control No. 90/019,109

Example:

```
NAMESCTL> QUERY BONES.DEM.MEDICINE A.SMD
Total response time:    0.04 seconds
Response status:        normal, successful completion
Authoritative answer:   yes
Number of answers:      1
Canonical name:         bones.dem.medicine
TTL:                    1 day
Alias translations:
    from:               bones.dem.medicine
    to:                 bones.dem.medicine
Answers:
    data type is "a.smd"
        Syntax is ADDR:...(DESCRIPTION=(ADDRESS=
      (COMMUNITY=tcp)(PROTOCOL=TCP)(Host=cowboy)
      (Port=1522))(CONNECT_DATA=(SID=rodeo)))
```

*Id.* In this example, the "number of answers" is 1. However, if multiple network objects are found using the same name or database link, the number of answers would be more than 1. As such multiple network objects or database links may be retrieved using the same name or database link, making the alleged "identifier" non-unique as to what it's identifying.

Furthermore, ONAG requires that the query command include the network object name and network object type. *Id.* at p. 129. As such, ONAG attempts to identify network object using the network object name and network object type. This further confirms that a POSA would have understood the network object name to be non-unique; otherwise, the network object type would not be needed to locate the network object. Therefore, ONAG does not disclose that the network objects in the network from having non-unique names.

Therefore, ONAG does not teach that the identifier uniquely identify an entity, as required in Claim 17 and its dependents. *Id.*

Boukabza is not relied upon and does not teach or suggest identifiers stored in location servers that identify a single entity and are associated with locations for data pertaining to the entity. Therefore, ONAG in view of Boukabza does not teach or suggest "identifiers," as required by claim 17.

27

### 3. ONAG in view of Boukabza does not render any of dependent claims 23-24 and 30 obvious

Claims 23-24 and 30 are patentable over ONAG in view of Boukabza based on their dependency to claim 17 and their own respective features.

Specifically, ONAG in view of Boukabza does not teach or suggest a performance criterion that comprises a transaction rate limit, as required by claim 24. The Examiner relies on the following portion of Boukabza to allegedly teach claim 24's limitations: "Finally, relative to specific module "system", it must be possible, among other things, to monitor and measure the cpu time, the disk space, the inputs/outputs, the Storage, the exchange rate, the number of users, the pagination, the network, etc. Thus it is possible, for example, to measure the cpu utilization per Second, with default display, or the **input/output rate per second**, or to identify the processors which are the largest users of cpu and collect them in order to perform an autonomous analysis ("offline", tbc)." Boukabza at 34:43-51 (emphasis added); *see also* Office Action at p. 13. However, Boukabza only describes monitoring the input/output rate per second and is completely silent about initiating a transfer of data from a first server to a second server based on an input/outrate rate. Therefore, ONAG in view of Boukabza does not teach or suggest a "performance criterion comprises a transaction rate limit," as recited by claim 24.

### F. ONAG and OracleUnleashed, alone or in combination, do not render any of Claims 17, 23-24, or 30 obvious

OracleUnleashed is a reference guide for Oracle8. In relevant part, it discusses tablespace maintenance concepts, including partitioning of tables and indexes into "smaller, easier-to-manage pieces" which can be stored at the tablespace level. OracleUnleashed at 452. The cited portions of OracleUnleased relied upon by the Examiner also discusses monitoring, including monitoring of tablespaces (*id.* at 471) and managing data by "moving data in and out of the database," including partitions and relocating parts of a table to another drive (*id.* at 868).

### 1. ONAG in view OracleUnleashed does not teach or suggest "transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit," as recited by claim 17.e

The Examiner acknowledges that ONAG "fails to teach" claim element [17.e]. *See* Office Action at 20-21. The Examiner relies on OracleUnleashed to satisfy the requirements of claim element 17.e. However, OracleUnleashed does not cure the deficiencies of ONAG.

OracleUnleashed is a manual that describes Oracle 8 products. OracleUnleashed at p. 29. The Examiner primarily relies on OracleUnleashed's partitioning feature to satisfy the requirements of claim element 17.e. *See e.g.,* Office Action at pp. 20-21. The Examiner alleges that OracleUnleashed describes partitioning databases that allows for breaking tables and indexes into smaller pieces. *See e.g.,* OracleUnleashed at pp. 424-425. The Examiner further alleges that OracleUnleashed monitors the performance of databases and can move the partitions to improve performance. *See e.g., id*. at pp. 424-425, 443-444, and 840. However, OracleUnleashed does not cure ONAG's deficiencies as to claim element 17.e for multiple reasons.

> a) **Oracle "tablespace" referenced in OracleUnleashed is different from and incompatible with ONAG's "names servers," making the references not relevant to or combinable with one another**

The Examiner alleges a POSA would find it obvious or be motivated to implement OracleUnleashed's monitoring and partitioning to transfer a portion of the database nicknames and service addresses stored in a first ONAG Names Server to a second ONAG Names Server when the first ONAG Names Server encounters performance issues. Office Action 20-22. Patent Owner disagrees for multiple reasons.

A POSA would not find it obvious or be motivated to modify or and/or combine ONAG with OracleUnleashed to satisfy claim element 17.e because ONAG's architecture would not support such a modification. As such, a POSA would not have a reasonable expectation of success to satisfy the claim requirements of claim element 17.e

**First,** as indicated above, a Names Server could not transfer a portion of the database names and service addresses to other Names Servers because Names Servers stores the database names and service addresses in *cache*—not a traditional relational database. *See e.g.,* ONAG at pp. 32-33; 36. OracleUnleashed's partitioning is configured for traditional relational databases. OracleUnleashed at pp. 424-425, 443-444, and 840. ONAG does not describe how the database names and service addresses are structured in the cache memory, other than calling the cache an

Control No. 90/019,109

in-memory database. ONAG pp. 32-33; 36. In-memory databases store data in specialized structures that are different from traditional relational database structures to allow for quick retrieval of data. ONAG at 33. In this regard, there is no teaching or suggestion that the tablespace functionality discussed in OracleUnleashed could be replicated in the Name Servers' cache memory.

**Second**, a Names Server will not encounter a performance limit, such as MAX_EXTENTS. *See e.g.,* ONAG at p. 45. MAX_EXTENTS in Oracle defines the outer limits of a database table. OracleUnleashed at pp. 443-444. The limits of a given table storing the database names and service addresses will be defined at the network definition database. A POSA would understand that the Names Server will not add anything to the particular copy of database names and services addresses. Therefore, the extents of the table will not change size once the Names Server receives the copy of the database names and service addresses.

**Third**, transferring a *portion* of database names and service addresses across Names Servers would make ONAG inoperable. ONAG indicates that a network may include multiple administrative regions. *See e.g.,* ONAG at p. 43-45. Each administrative region may include one or more Names Servers. *Id*. Each Names Server in a given administrative region stores a copy of the database names and service addresses for the respective administrative region. This allows for clients and other Names Servers to query the appropriate Names Server servicing a given region for a service address of a database that may reside in the respective region. Transferring database names and service addresses across regions would break ONAG's organizational structure and a client's query to fail or take an extended amount of time to resolve.

**Fourth**, ONAG would not transfer *a portion* of database names and service addresses across Names Servers in the same administrative region because each of the Names Servers in a given adminstirative region store the identical database names and service addresses. ONAG at p. 44 and 173. This is because the Names Servers store the database names and service addresses in cache. If a Names Server in a given administrative region crashes or goes offline, the Names Server loses all of the data stored in the cache. *See e.g.,* ONAG at 29-30. As such, an additional Names Server in the administrative region with identical database names and services addresses for clients to query the administrative region. *See e.*g., *id*. Only storing portions of databse names and service addresses in the Names Servers in an administrative region would make querying

Control No. 90/019,109

inoperable if a Names Server in an administrative region crashed or went offline. Therefore, ONAG would not transfer *a portion* of database names and service addresses across Names Servers in the same administrative region.

ONAG and OracleUnleashed are devoid of any reasoning to motivate the transferring a portion of location information across location servers in response to a location server reaching a performance limit. . Therefore, the combination of ONAG and OracleUnleashed to allegedly satisfy claim 17's requirements is an exercise of impermissible hindsight, and not modifications or combinations a POSA would have made at the time of the invention.

> **b)** **Even if OracleUnleashed and ONAG are compatible references, combining them would not render Claim 17 obvious because OracleUnleashed does not disclose or suggest element [17.e]**

Claim [17.e] requires "transferring a portion of the identifiers and associated locations to a second data location server *when a performance criterion* of the first location server *reaches a predetermined performance limit*."

**<u>First</u>**, OracleUnleashed does not teach or suggest transferring a partition from a first server to a second server *when* (or if)[1] *a performance criterion of the first server reaches a predetermined performance limit*. While OracleUnleashed describes monitoring tables for errors such as "MAXEXTENTS" and mentions that partitions can be moved, OracleUnleashed does not specify that partitions are moved *when* (or if) a "MAXEXTENTS" error is encountered. *See e.g., id*. at pp. 443 and 840. That is, OracleUnleashed is completely silent regarding transferring a partition from a first server to a second server when (or if) a performance criterion of the first server reaches a predetermined performance limit. As such, there is no teaching or suggestion of "transferring a portion of the identifiers and associated locations to a second data location server" in response to the detection of an event. In other words, OracleUnleashed does not teach or suggest the when/if an event occurs, *then* carry out the action required by the claim.

---

1 During the Interview, Supervising Examiner Fuelling stated that he interpreted "when" to be synonymous with "if." Patent Owner takes no position on this issue because Patent Owner does not think it is germane to any argument here. In other words, Patent Owner submits that OracleUnleashed does not teach or suggest this limitation, whether "when" is read to mean "if" or not.

31

Control No. 90/019,109

**Second**, OracleUnleashed is completely silent with respect to partitioning and transferring *location information* across location servers. OracleUnleashed only describes partitioning tables including *data* in a *tablespace*—not the location for that data. *See e.g., id.* at pp. 424-425, 443-444, and 840. Claim 17 requires transferring portions of identifiers and associated locations, not the data to which the location pertains. The Office recognized and relied on this requirement to overcome prior art during the prosecution of the '736 application (which issued as the '978 patent), stating in the Notice of Allowability, "The Examiner finds the applicant's arguments on page 10 lines 9-27 of the amendment filed November 1, 2006 to be persuasive. The applicant argued in substance that Lumelsky does not teach a system and method for management of location information separate from the data to which the location information pertains, but instead relates to manipulation of the actual data (multimedia objects in Lumelsky) rather than just location information for that data." Notice of Allowability of the '736 application at p. 3. Similarly, here, OracleUnleashed only relates to manipulation of actual data rather than location information for that data.

For at least the reasons above, OracleUnleashed does not teach or suggest claim element 17.e.

*2.* **ONAG in view of OracleUnleashed does not teach or suggest identifiers, as required by claim 17**

As discussed above, ONAG does not teach or suggest an identifier that uniquely identifies a individual entity as required in Claim 17 and its dependents. Section V.E.2.

OracleUnleashed is not relied upon and does not teach or suggest identifiers stored in location servers that identify a single entity and are associated with locations for data pertaining to the entity. Therefore, ONAG in view of OracleUnleashed does not teach or suggest "identifiers," as required by Claim 17 for all the reasons detailed in Section V.E.2.

*3.* **ONAG in view of OracleUnleashed do not render dependent claims 23-24 and 30 obvious**

Claims 23-24 and 30 are patentable over ONAG in view of OracleUnleashed based on their dependency to claim 17 and their own respective features.

32

Control No. 90/019,109

> **G.    Ault in view of Yocum and Boukobza, alone or in any combination, do not render any of Claims 17, 23-24, or 30 obvious**

Ault describes a system for managing a distributed file service (DFS).  Ault at Abstract. The DFS architecture is illustrated in Fig. 7 (reproduced below).



**FIG. 7    PRIOR ART**

*Id*. at Fig. 7.  As shown in Fig. 7, DFS includes a DFS client 52, cache manager 62, fileset location server 64, file set location database 66, file server 54, and fileset 56.  Ault states "The file set location server maintains a database 66 of all file sets. This database is utilized to keep track of the physical locations where file sets are stored.  If a DFS client 52 requires access to one of the file sets, it sends a request first to the file set location server/database 64, 66 to inquire about the physical location of the file set. [sic] After receiving location information, the client 52 then contacts the actual particular DFS file server 54 wherein the particular file set or file system 56 resides."  *Id*. at 6:1-9.

Yocum describes a system for controlling the number of servers in a multi-cluster environment.   Yocum at Abstract.  Yocum describes adding new servers to a network based on the length of a queue reaches a threshold.  *Id*. at 1:13-23.

> **1.    Ault in view of Yocum and Boukobza does not teach or suggest "transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first**

33

**location server reaches a predetermined performance limit," as recited by claim 17.e**

The Examiner acknowledges that that the combination of Ault and Yocum does not teach claim element 17.e. Office Action at 30-33. The Examiner relies on Boukabza for claim element 17.e. *Id.* The Examiner alleges that a POSA would be motivated and find it obvious to modify Ault's file location server with Boukabza's exporting tables in response to encountering a "MAXEXTENTS" to transfer a portion of file location information across file location servers. *See* Office Action at 30-33; *see also* Boukabza at 15:18-36 and 32:10-16. Patent Owner respectfully disagrees for the following reasons:

a) **Ault's architecture (with or without Yocum) does not support transferring a portion of location information from one location server to another**

A POSA would not find it obvious or be motivated to modify or and/or combine the Ault-Yocum combination with Boukabza to satisfy claim element 17.e because Ault's architecture (with or without Yocum) would not support such a modification.

Ault provides a brief description of file location servers and only describes an implementation with a single file location server. *Id.* at Fig. 7 and 6:1-9. There is no teaching or suggestion of a plurality of file location servers. Yocum does not teach or suggest location servers at all. As such, Ault (with or without Yocum) does not teach or suggest the architecture of DFS that includes multiple file location servers. *See e.g., id.* at 6:58-62.

Ault does not provide any detail about how to configure a network that includes multiple file location servers. For example, Ault does not specify how the file locations would be distributed across multiple file location servers. Moreover, Ault does not specify how a DFS client would determine which file location server to query based on the distribution of the file locations across the multiple file location servers. Such teachings are also missing from Yocum and Boukabza, and were not readily known in the art at the time of the priority date of the '978 patent. Absent these teachings, a POSA would not be able to configure the Ault-Yocum combination with Boukabza's import/export tables functionality to satisfy the requirements claim element 17.e.

Control No. 90/019,109

### b) Even if Ault, Yocum, and/or Boukabza are compatible references, combining them would not render Claim 17 obvious because Boukabza does not disclose or suggest element [17.e]

As indicated above, Claim [17.e] requires "*transferring a portion* of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit."

The Examiner relies only on Boukabza for the disclosure of claim [17.e]. But Boukabza does not cure the deficiencies of Ault (with or without Yocum) for the following reasons.

**First**, Boukabza does not teach or suggest transferring a *portion* of the identifiers and associated locations from a first location server to a second location server. Section V.E.b.

**Second**, Boukabza does not teach or suggest transferring identifiers and associated locations between *servers*. Section V.E.b.

**Third**, Boukabza is completely silent with respect to transferring *location information* between *location servers*. Section V.E.b.

For at least the reasons above, Boukabza does not teach or suggest claim [17.e], and therefore Ault in view of Yocum and Boukabza do not teach or suggest claim [17.e].

### 2. Ault in view of Yocum and Boukabza does not teach or suggest "identifiers," as required by claim 17

Claim 17 and its dependent claims require "identifiers," which the specification teaches to be (and which a district court has construed to mean) "a unique encoding that identifies an individual entity, and with which zero or more location strings are associated in a location server." '978 patent, 2:26-27; 4:25-28; *see also* NPL 31.

The Examiner relies on Ault as disclosing the claimed "identifiers." However, Ault is completely silent regarding "identifiers." For example, the Office Action states for element [17.d]:

> storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location,

35

> wherein the received location is associated with the received identifier in the location store (*see lines 62 of column 5 to line 9 of column 6,* "The file set location server maintains a database 66 of all file sets. This database is utilized to keep track of the physical locations where file sets are stored. If a DFS client 52 requires access to one of the file sets, it sends a request first to the file set location server/database 64 66 to inquire about the physical location of the file set.").

Office Action at 28. The Examiner cites to Ault at 5:62-6:9, but that does not describe (and nowhere in Ault is there disclosure of) an identifier and how it is stored in the file location server. To the extent "file sets" are alleged to be "identifiers," Ault's disclosures as to "file sets" do not qualify because file sets do not *uniquely* identify entities, as "identifiers" are required to do – at most, file sets are data (e.g., files stored in computer). *See id.* Furthermore, even when assuming arguendo that Ault's file location servers store identifiers, the identifier in the file location server would identify a file set (i.e., the data) and not an entity. Therefore, Ault does not teach or suggest "identifiers," as required by claim 17.

> **3.** **Ault in view of Yocum and Boukabza do not teach or suggest "each of the plurality of location servers stores unique set of location information of an aggregate set of location information," as recited by claim element 17.pre.**

The Examiner alleges that "[i]t would have been obvious to one of ordinary skill in the art at the time of the Patent Owner's invention to modify the combination of Ault, Yocum and Boukabza with the above further teachings of Boukabza such that a portion of the identifiers and associated locations are transferred to a second location server when the performance criterion of the first location server reaches a predetermined threshold. Said modification would result in each of the plurality of location servers storing a unique set of location information of an aggregate set of location information. Boukabza suggests such corrective actions (see lines 18-32 of column 15). One of ordinary skill would have been motivated to make such modification in order to prevent possible application suspending errors from occurring as suggested by Boukabza (see lines 14-15 of column 32, ' ... this incident must be prevented.')." Office Action at pp. 32–33. However, the Examiner has not demonstrated why "Said modification would result in each of the plurality of location servers storing a unique set of location information of an aggregate set of location information." *Id.* Indeed, neither Boukabza nor Yocum teach or suggest a system that

include multiple location servers that store a unique set of location information of an aggregate set of location information.

### 4. Ault in view of Yocum and Boukabza do not render dependent claims 23-24 and 30 obvious

Claims 23-24 and 30 are patentable over Ault in view of Yocum and Boukabza based on their dependency to claim 17 and their own respective features.

## VI. *Secondary Considerations of Non-Obviousness*

Significant evidence also supports a finding that the claims at issue are not obvious. As set forth in MPEP § 2141:

The framework for the objective analysis for determining obviousness under 35 U.S.C. 103 is stated in *Graham v. John Deere Co.,* 383 U.S. 1, 148 USPQ 459 (1966). Obviousness is a question of law based on underlying factual inquiries. The factual inquiries enunciated by the Court are as follows:

> (A) Determining the scope and content of the prior art;
>
> (B) Ascertaining the differences between the claimed invention and the prior art; and
>
> (C) Resolving the level of ordinary skill in the pertinent art.

Objective evidence relevant to the issue of obviousness must be evaluated by Office personnel. *Id.* at 17-18, 148 USPQ at 467. Such evidence, sometimes referred to as 'secondary considerations,' may include evidence of commercial success, long-felt but unsolved needs, failure of others, and unexpected results.

Here, evidence of secondary considerations of non-obviousness includes the following:

### 1. Long felt but unsolved needs and industry praise

Many people and institutions have written about the long need for technology that would enable a highly scalable information database, which is enabled by the technology of the asserted claims. For example, in February 2004, years after the invention of the '978 patent, an article reported on work being conducted at MIT that asked the question, "Wouldn't it be better to store

data in the nooks and crannies of the Internet, a few keystrokes away from any computer, anywhere?" *10 Emerging Technologies That Will Change Your World*, at www.technologyreview.com (February 2004) (attached as Exhibit A) at 44. The article characterized a long-felt need for "making digital files easier to maintain and access while eliminating the threat of catastrophes that obliterate information, from blackouts to hard-drive failures." *Id.* The article goes on to discuss using "distributed hash tables" to identify the locations of "files scattered around the Internet." *Id.* The benefits of distributed hash tables that are praised in the article, including the potential to "change the basic operation of the Internet," (*id.* at 47), are achieved by the use of a distributed storage architecture that implements a hash function, which is embodied in claim 1 of the '170 patent (and its dependent claims).

Additional evidence that speaks to a long felt but unmet need for the inventions of the '978 patent include: U.S. Patent No. 5,542,087 to Neimat at 1:6-4:36 (IDS, U.S. Pat. cite no. 2); U.S. Patent No. 5,230,047 to Frey at 1:30-2:12 (IDS, U.S. Pat. cite no. 1); "Distributed Name Servers: Naming and Caching in Large Distributed Computing Environments" by Terry at §§ 1.1-1.3, 2.1, 2.5(IDS, NPL cite no. 15); DNS RFC1034 Domain names Concepts and Facilities by Mockapetris at §§ 2.1-2.2 (IDS, NPL cite no. 11); "An Adaptive Data Placement Scheme for Parallel Database Computer Systems" by Hua and Lee at § 1 (IDS, NPL cite no. 5); "Design and Implementation of DDH: A Distributed Dynamic Hashing Algorithm" by Devine at § 1 (IDS, NPL cite no. 4); "Scale in Distributed Systems" by Neuman at Abstract, §§ 1, 3.1-3.4 (IDS, NPL cite no. 12); "Location-Independent Naming for Virtual Distributed Software Repositories" by Browne et al. at § 1 (IDS, NPL cite no. 2); "A Model for Worldwide Tracking of Distributed Objects" by van Steen, Hauck, and Tanenbaum at § 1, 4 (IDS, NPL cite no. 14); "The Core Legion Object Model" by Lewis and Grimshaw at § 1, 2, 6 (IDS, NPL cite no. 9); "Consistent Hashing and Random Trees: Distributed Caching Protocols for Relieving Hot Spots on the World Wide Web" by Karger et al. at § 1 (IDS, NPL cite no. 7); "Load Management in Distributed Video Servers" by Venkatasubramanian and Ramanathan at §§ 1.1 (IDS, NPL cite no. 16); "Distributed Web Caching System with Consistent Hashing" by Sherman at Abstract, §§ 1.1-1.2 (IDS, NPL cite no. 13); "Web Caching with Consistent Hashing" by Karger, Sherman, et al. at Abstract, § 1 (IDS, NPL cite no. 8); "Locating Copies of Objects Using the Domain Name System" by Kangasharju et al. at Abstract, § 1 (IDS, NPL cite no. 6); "Resource Location in Very Large Networks" by Partha Dasgupta at §§ 3.4, 3.5 (IDS, NPL cite no. 17); Dynamic Load Balancing on Web-server Systems by Valeria Cardellini

et al., IEEE Internal Computing, vol. 3, no. 3, pp. 28-39 at § 1, 2, 4 (IDS, NPL cite no. 3); "Distributed cooperative Web servers" by Baker and Moon at Abstract, § 1, 2 (IDS, NPL cite no. 1); Paul Albitz and Cricket Liu, DNS and BIND, O'Reilly & Associates, Inc., 3rd ed. 1998 at Preface, § 1 IDS, NPL cite no. 18, which was mistakenly identified as "Dasgupta" in the SB-08, but was submitted to the Office with the IDS); U.S. Patent No. 6,212,521 to Minami at 1:37-3:35 (IDS, U.S. Pat. cite no. 8); U.S. Patent No. 6,430,618 to Karger at 1:31-6:19 (IDS, U.S. Pat. cite no. 11); U.S. Patent No. 6,553,420 to Karger at 1:36-6:26 (IDS, U.S. Pat. cite no. 20); U.S. Patent No. 6,807,632 to Carpentier at 1:22-4:23(IDS, U.S. Pat. cite no. 19).

### 2. Failure of others and unexpected results

Individuals and entities have written about the failure of others to develop technology that would enable a highly scalable information database, which was achieved by the technology of the asserted claims. For example, *Distributed Name Servers: Naming and Caching in Large Distributed Computing Environments* by Douglas Brian Terry ("Terry") (*see* IDS, NPL cite no. 15) observes that "[e]xisting distributed name services, which manage names based on their syntactic structure, may lack the flexibility needed by large, diverse, and evolving computing communities." Terry at p. 1 (Abstract).

Terry provides a summary of several distributed name services that were developed to manage and locate data in distributed database systems but were unable to manage highly scalable systems. For instance, Terry describes the "NIC Name Server" of ARPANET, which ran into problems as it began to grow. Terry observed that "[w]ith the growth in size of the ARPANET and its expansion into the DARPA Internet . . . maintaining up-to-date host name to network address mappings became increasingly difficult on individual hosts." *Id*. at p. 8. According to Terry, "[t]he development of an experimental NIC Name Server" only "slightly alleviated the situation by allowing the host table information to be retrieved incrementally via network protocols." *Id*. As another example, Terry discusses the "DARPA Domain Name System," which suffered "inadequacies of central administration" but eventually gave way to "a decentralized scheme" that would "permit information on network entities to be distributed and replicated" on the DARPA Internet. *Id*. at 9. Terry also identifies a number of other systems that attempted to provide solutions for identifying and locating information in distributed databases, such as "BIND Server," "PUP Name Lookup Server," "Grapevine," "Clearinghouse," "CSNET Name Server,"

Case: 1:18-cv-08175 Document #: 662-1 Filed: 07/05/23 Page 41 of 175 PageID #:27459

"Cambridge Name Server," "COSIE Name Server," and "R* Catalog Manager." *Id*. at 9-11. Terry describes how these systems work, *see id*. at 11-17, but notes that these systems "stress[] functionality, while performance considerations have remained of secondary importance." *Id*. at 17.

Terry observed that while "[s]ignificant work has been done in the area of communication protocols for accessing name services and in the area of database management systems for storing object attributes," "[t]he currently unresolved problems in designing name services concern how to manage large distributed name spaces." *Id*. at 20. According to Terry, existing technologies "fail to adequately address some of the problems … for very large and diverse computing environments," including problems related to:

- "Name resolution" (e.g., with respect to limitations of "location-dependent names"),
- "Administrative control" (e.g., with respect to inflexible means for "[c]hanging an object's name"),
- "Overhead costs" (e.g., with respect to "[a] lack of scalability" and associated high costs that render large network applications "infeasible"),
- "Adaption" (e.g., with respect to existing technologies' "lack [of] flexibility to scale up to very large environments"), and
- "Performance" (e.g., with respect to "response times for name service lookups or updates").

*Id*. at 20-22. Terry noted "[t]he DARPA Internet's Domain Name System seems to come the closes to handling very large and diverse computing environments," but observed that "a more flexible approach to name management" was still needed. *See id*. at 22.

Additional evidence that speaks to the failures of others to solve the problem solved by the inventions of the '978 patent include: U.S. Patent No. 5,542,087 to Neimat at 1:6-4:36 (IDS, U.S. Pat. cite no. 2); U.S. Patent No. 5,230,047 to Frey at 1:30-2:12 (IDS, U.S. Pat. cite no. 1); "Distributed Name Servers: Naming and Caching in Large Distributed Computing Environments" by Terry at §§ 1.1-1.3, 2.1, 2.5(IDS, NPL cite no. 15); DNS RFC1034 Domain names Concepts and Facilities by Mockapetris at §§ 2.1-2.2 (IDS, NPL cite no. 11); "An Adaptive Data Placement Scheme for Parallel Database Computer Systems" by Hua and Lee at § 1 (IDS, NPL cite no. 5);

"Design and Implementation of DDH: A Distributed Dynamic Hashing Algorithm" by Devine at § 1 (IDS, NPL cite no. 4); "Scale in Distributed Systems" by Neuman at Abstract, §§ 1, 3.1-3.4 (IDS, NPL cite no. 12); "Location-Independent Naming for Virtual Distributed Software Repositories" by Browne et al. at § 1 (IDS, NPL cite no. 2); "A Model for Worldwide Tracking of Distributed Objects" by van Steen, Hauck, and Tanenbaum at § 1, 4 (IDS, NPL cite no. 14); "The Core Legion Object Model" by Lewis and Grimshaw at § 1, 2, 6 (IDS, NPL cite no. 9); "Consistent Hashing and Random Trees: Distributed Caching Protocols for Relieving Hot Spots on the World Wide Web" by Karger et al. at § 1 (IDS, NPL cite no. 7); "Load Management in Distributed Video Servers" by Venkatasubramanian and Ramanathan at §§ 1.1 (IDS, NPL cite no. 16); "Distributed Web Caching System with Consistent Hashing" by Sherman at Abstract, §§ 1.1-1.2 (IDS, NPL cite no. 13); "Web Caching with Consistent Hashing" by Karger, Sherman, et al. at Abstract, § 1 (IDS, NPL cite no. 8); "Locating Copies of Objects Using the Domain Name System" by Kangasharju et al. at Abstract, § 1 (IDS, NPL cite no. 6); "Resource Location in Very Large Networks" by Partha Dasgupta at §§ 3.4, 3.5 (IDS, NPL cite no. 17); Dynamic Load Balancing on Web-server Systems by Valeria Cardellini et al., IEEE Internal Computing, vol. 3, no. 3, pp. 28-39 at § 1, 2, 4 (IDS, NPL cite no. 3); "Distributed cooperative Web servers" by Baker and Moon at Abstract, § 1, 2 (IDS, NPL cite no. 1); Paul Albitz and Cricket Liu, DNS and BIND, O'Reilly & Associates, Inc., 3rd ed. 1998 at Preface, § 1 IDS, NPL cite no. 18, which was mistakenly identified as "Dasgupta" in the SB-08, but was submitted to the Office with the IDS); U.S. Patent No. 6,212,521 to Minami at 1:37-3:35 (IDS, U.S. Pat. cite no. 8); U.S. Patent No. 6,430,618 to Karger at 1:31-6:19 (IDS, U.S. Pat. cite no. 11); U.S. Patent No. 6,553,420 to Karger at 1:36-6:26 (IDS, U.S. Pat. cite no. 20); U.S. Patent No. 6,807,632 to Carpentier at 1:22-4:23(IDS, U.S. Pat. cite no. 19).

Much has also been written about the unlikelihood of the inventions of the asserted claims. *See, e.g., Resource Location in Very Large Networks* by Partha Dasgupta ("Dasgupta") §§ 3.4, 3.5 (*see* IDS, NPL cite no. 17). Dasgupta observed that "[w]hile such networks" as the Internet and telephone systems "are quite common, what is not so common is completely scalable, non-hierarchical naming that is independent of the entities location or affiliations." *Id*. at 156 (Abstract). According to Dasgupta, this problem "has been studied in many contexts," but "most results are not scalable for really large worldwide networks." *Id*. For example, Dasgupta discusses known technologies, such as "The Domaine Name System (DNS)," "Amoeba," "The V

System," "Clouds," "Locus," "Clearinghouse," and "Galaxy," but finds them limited in terms of scalability because they rely on hierarchical naming.  *Id*. at 157-158.  While Dasgupta advocates for a non-hierarchical naming system to achieve "a scalable name service" and suggests that such solutions "may actually be implementable (or desirable)," Dasgupta observes that "[t]he bad news is that we have been unable to come up with a straightforward algorithmic solution to this problem, that is scalable and fault tolerant and works with feasible complexity."  *Id*. at 159.  Dasgupta initially posits that "such a algorithmic solution indeed may not exist."  *Id*.  Dasgupta ultimately concludes that "[t]here is no straightforward solution" and proffers only a "workable" solution with "plenty of room for improvement."  *Id*. at 162.

### *3.* **Commercial success**

Entities, including AWS, use the asserted claims in products accused of infringing claims 17, 18, and 24, like Amazon Web Services DynamoDB, and have had substantial commercial success.  For example, DynamoDB customers include companies with extremely large-scale data storage and data management needs, including household names like Netflix (video entertainment streaming), Zoom (video conferencing platform), Disney (Disney+ video entertainment streaming), Dropbox (cloud-based data storage), Snap Inc. (Snapchat messaging ap), CapitalOne (mobile banking apps), Amazon (workflow engines for order fulfillment), and many others. Exhibit B (https://aws.amazon.com/dynamodb/customers/).  Entities have written that "[m]any of the world's fast-growing enterprises use Amazon's DynamoDB service to manage their big data," including "[e]nterprises such as Airbnb, Toyota, Capital One, and many more."  Exhibit C (https://www.contino.io/insights/aws-dynamodb).  Reasons for this significant commercial success include "DynamoDB's cost-effective, high performance, throughput, lower latency, and reduced cost of ownership."  *Id*.  DynamoDB is regarded as "one of the most popular cloud-based NoSQL database services," which "provides reliable, scalable, and highly available databases to users with millisecond range latency at any scale."  Exhibit D (https://dynobase.dev/dynamodb-use-cases/).  DynamoDB is said to be popular in (and has "revolutionized") a wide range of industry segments (described as "most industries worldwide"), including the "Gaming Industry" (e.g., improving multiplayer gaming), "Transportation Industry" (e.g., improving vehicle tracking), "Entertainment Industry" (e.g., improving customization of user experience), "Social Media Industry" (e.g., improving ability to feed information in real time), and "Retail Industry" (e.g., improving resiliency and persistence of shopping experience).  *Id*.  AWS boasts that

"DynamoDB is popular with developers building serverless applications." Exhibit E (https://aws.amazon.com/getting-started/hands-on/purpose-built-databases/dynamodb/). DynamoDB is regarded as one of "the most popular options for NoSQL databases," "widely deployed," and "used by more than 100,000 AWS customers." Exhibit F (https://www.missioncloud.com/blog/resource-choosing-the-best-nosql-database-aws-dynamodb-vs-mongodb-performance). DynamoDB is considered one of the "market leaders for NoSQL databases." Exhibit G (https://www.bmc.com/blogs/mongodb-vs-dynamodb/).

The claimed inventions contain substantial overlap with the accused products. The benefits of the products accused of infringing claims 1, 3, 6, 10, 14, 17, 23-24, and 30-31 – *i.e.,* the combination of massive scalability and throughput, high availability, low latency, and high durability, which are directly enabled by Kove's patented technology – are identified by AWS as defining features of DynamoDB. For example, AWS touts DynamoDB as "designed to run high-performance, internet-scale applications that would overburden traditional relational databases."[2] According to AWS, "DynamoDB is a key-value and document database that can support tables of virtually any size with horizontal scaling," which "enables DynamoDB to scale to more than 10 trillion requests per day with peaks greater than 20 million requests per second, over petabytes of storage."[3] AWS states that DynamoDB "delivers low-latency performance at any scale"[4], has a throughput capacity that is "practically unlimited"[5], and has "99.999% availability"[6].

## VII.  *Conclusion*

All of the stated grounds of rejection have been properly traversed, accommodated, or rendered moot. The Patent Owner therefore respectfully requests that the Examiner reconsider all presently outstanding rejections and that they be withdrawn. The Patent Owner believes that a full

---

[2] Exhibit H (https://aws.amazon.com/dynamodb/features/?pg=dynamodbt&sec=hs).

[3] *Id*.

[4] Exhibit I (https://aws.amazon.com/blogs/database/amazon-dynamodb-auto-scaling-performance-and-cost-optimization-at-any-scale/).

[5] Exhibit J (https://aws.amazon.com/dynamodb/faqs/?trk=94bf4df1-96e1-4046-a020-b07a2be0d712&sc_channel=ps&sc_campaign=acquisition&sc_medium=ACQ-P|PS-GO|Brand|Desktop|SU|Database|DynamoDB|US|EN|Text|IE&ef_id=Cj0KCQjwuaiXBhCCARIsAKZLt3n_9aEOrFdTlWqnipW7mQbvIbqDk_kV84UNDDs5wDKIfmkitlZHRbUaAgoZEALw_wcB:G:s&s_kwcid=AL!4422!3!610000101513!e!!g!!aws%20dynamodb)

[6] Exhibit K (https://aws.amazon.com/dynamodb/).

Control No. 90/019,109

and complete reply has been made to the outstanding Office Action and, as such, the present reexamination proceeding is in condition for a Notice of Intent to Issue a Reexamination Certificate. If the Examiner believes, for any reason, that personal communication will expedite this proceeding, the Examiner is invited to telephone the undersigned at the number provided.

Prompt and favorable consideration of this Reply is respectfully requested.

Respectfully submitted,

REICHMAN JORGENSEN LEHMAN & FELDBERG LLC


/Khue V. Hoang/

Khue V. Hoang, Reg. No. 44,767
Signed under 37 C.F.R. § 1.34 Acting in a Representative
Capacity for Patent Owner


Date: __7/3/2023_____

1909 K Street, NW, Suite 800
Washington, DC 20006
(202)

44

# EXHIBIT A



# 10 EMERGING TECHNOLOGIES **THAT WILL CHANGE YOUR WORLD**

With new technologies constantly being invented in universities and companies across the globe, guessing which ones will transform computing, medicine, communication, and our energy infrastructure is always a challenge. Nonetheless, *Technology Review*'s editors are willing to bet that the 10 emerging technologies highlighted in this special package will affect our lives and work in revolutionary ways—whether next year or next decade. For each, we've identified a researcher whose ideas and efforts both epitomize and reinvent his or her field. The following snapshots of the innovators and their work provide a glimpse of the future these evolving technologies may provide. **PHOTOGRAPH BY DENNIS KLEIMAN**



KovelO Compl. Ex. 1



With distributed storage, you can now move and replicate files across machines, and the way in which you get them is unchanged. —HARI BALAKRISHNAN

**Hari Balakrishnan** is pursuing this dream, working to free important data from dependency on specific computers or systems. Music-sharing services such as KaZaA, which let people download and trade songs from Internet-connected PCs, are basic distributed-storage systems. But Balakrishnan, an MIT computer scientist, is part of a coalition of programmers who want to extend the concept to all types of data. The beauty of such a system, he says, is that it would provide all-purpose protection and convenience without being complicated to use. "You can now move [files] across machines," he says. "You can replicate them, remove them, and the way in which [you] get them is unchanged." With inability to access data sometimes costing companies millions in revenue per hour of downtime, according to Stamford, CT-based Meta Group, a distributed-storage system could dramatically enhance productivity.

Balakrishnan's work centers on "distributed hash tables," an update on a venerable computer-science concept. Around since the 1950s, hash tables provide a quick way to organize data: a simple mathematical operation assigns each file its own row in a table; the row stores the file's location. Such tables are now ubiquitous, forming an essential part of most software.

In the distributed-storage scheme pursued by Balakrishnan and his colleagues, files are scattered around the Internet, as are the hash tables listing their locations. Each table points to other tables, so while the first hash table searched may not list the file you want, it will point to other tables that will eventually—but still within milliseconds—reveal the file's location. The trick is to devise efficient ways to route data through the network—and to keep the tables up to date. Get it right and distributed hash tables could turn the Internet into a series of automatically organized, easily searchable filing cabinets. Balakrishnan says, "I view distributed hash tables as the coming future" of networked storage.

Balakrishnan's work is part of IRIS, the Infrastructure for Resilient Internet Systems project, a collaboration among researchers at MIT, the University of California, Berkeley, the International Computer Science Institute in Berkeley, CA, New York University, and Rice University. The effort, funded by the National Science Foundation, has no director (Balakrishnan always uses "we" and "us" when describing the work). Its research includes several distributed-storage projects, including OceanStore, which seeks to prove the basic concepts of distributed-storage networks (see *"The Internet Reborn," TR October 2003*). Another MIT researcher, Frans Kaashoek, is developing a prototype that automatically backs up data by routinely taking file system "snapshots" and distributing them around the Internet.

**OTHER LEADERS**
in Distributed Storage

**IAN CLARKE**
Freenet
(Open-source project)
Anonymous content publishing and distribution

**JOHN KUBIATOWICZ**
University of California, Berkeley
(Berkeley, CA)
Secure distributed storage over the Internet

**TOM LEIGHTON**
Akamai
(Cambridge, MA)
Internet content distribution

**MICHAEL LYNCH**
Autonomy
(Cambridge, England)
Distributed corporate databases

make t-ray systems easier to build. In the part of the spectrum between the domains of cell phones and lasers, t-rays could shed light on mysteries hidden from even today's most technologically enhanced eyes. **NEIL SAVAGE**

**HARI BALAKRISHNAN**

# Distributed Storage

Whether it's organizing documents, spreadsheets, music, photos, and videos or maintaining regular backup files in case of theft or a crash, taking care of data is one of the biggest hassles facing any computer user. Wouldn't it be better to store data in the nooks and crannies of the Internet, a few keystrokes away from any computer, anywhere? A budding technology known as distributed storage could do just that, transforming data storage for individuals and companies by making digital files easier to maintain and access while eliminating the threat of catastrophes that obliterate information, from blackouts to hard-drive failures.

KovelO Compl. Ex. 1



RNAi worked the first time we did the experiment. —THOMAS TUSCHL

It will be at least five years before the impact of IRIS becomes clear. Balakrishnan says the group still has to figure out how to track file updates across multiple storage sites and whether distributed hash tables should be built into the Internet foundation or incorporated into individual applications—as well as the answers to basic security questions.

But it's the fundamental power of the technology that excites many computer scientists. "What's striking about it is its huge variety of applications," says Sylvia Ratnasamy, a researcher at Intel's laboratory at Berkeley who is exploring ways that distributed storage might change the basic operation of the Internet. "Not very many technologies have that broad potential."

Stay tuned. Turning the Internet into a filing cabinet may be just step one. **MICHAEL FITZGERALD**

THOMAS TUSCHL

# RNAi Therapy

From heart disease to hepatitis, cancer to AIDS, a host of modern ailments are triggered by our own errant genes—or by those of invading organisms. So if a simple technique could be found for turning off specific genes at will, these diseases could—in theory—be arrested or cured. Biochemist **Thomas Tuschl** may have found just such an off switch in humans: RNA interference (RNAi). While working at Germany's Max Planck Institute for Biophysical Chemistry, Tuschl discovered that tiny double-stranded molecules of RNA designed to target a certain gene can, when introduced into human cells, specifically block that gene's effects.

Tuschl, now at Rockefeller University in New York City, first presented his findings at a meeting in Tokyo in May 2001. His audience was filled with doubters who remembered other much hyped RNA techniques that ultimately didn't work very well. "They were very skeptical and very critical," recalls Tuschl. What the skeptics didn't realize was that RNAi is much more potent and reliable than earlier methods. "It worked the first time we did the experiment," Tuschl recalls. Within a year, the doubts had vanished, and now the technique has universal acceptance—spawning research at every major drug company and university and likely putting Tuschl on the short list for a Nobel Prize.

The implications of RNAi are breathtaking, because living organisms are largely defined by the exquisitely orchestrated turning on and off of genes. For example, a cut on a finger activates blood-clotting genes, and clot formation in turn shuts them down. "Just about anything is possible

with this," says John Rossi, a molecular geneticist at the City of Hope National Medical Center in Duarte, CA, who advises Australian RNAi startup Benitec. "If you knock out gene expression, you could have big impacts on any disease, any infectious problem." Pharmaceutical companies are already using RNAi to discover drug targets, by simply blocking the activity of human genes, one by one, to see what happens. If, for instance, a cancer cell dies when a particular gene is shut down, researchers can hunt for drugs that target that gene and the proteins it encodes. Screening the whole human genome this way "is not complicated," Tuschl points out.

Now drug companies, along with biotech startups and academic researchers, are seeking to use RNAi to treat disease directly. In fact, Tuschl cofounded one such startup, Alnylam Pharmaceuticals in Cambridge, MA (see "The RNA Cure?" TR November 2003), which hopes to create RNAi drugs to treat cancer, AIDS, and other diseases. For example, silencing a key gene in the HIV virus could stop it from causing AIDS; knocking out the mutated gene that causes Huntington's could halt the progression of the disease; and turning off cancer genes could shrink tumors. "It's going to be a very, very powerful approach," says Rossi.

The interference process works by preventing the gene from being translated into the protein it encodes. (Proteins do most of the real work of biology.) Normally, a gene is transcribed into an intermediate "messenger RNA" molecule, which is used as a template for assembling a protein. When a small interfering RNA molecule is introduced, it binds to the messenger, which cellular scissors then slice up and destroy.

The biggest hurdle to transforming RNAi from laboratory aide to medicine is delivering the RNA to a patient's cells, which are harder to access than the individual cells used in lab experiments. "That's the major limitation right now," says Rossi, who nevertheless predicts that RNAi-based therapies could be on the market "within maybe three or four years." Tuschl is more cautious. He thinks the technique's first applications—say, local delivery to the eye to treat a viral infection—may indeed come that soon. But he says it could take a decade or longer to develop a system that effectively delivers RNAi drugs to larger organs or the whole body.

Tuschl's lab is one of many now teasing out the precise molecular mechanisms responsible for RNA interference's remarkable potency, hoping to help realize the payoffs of RNA drugs sooner rather than later. Presuming the tiny RNA molecules can fulfill the promise of their fast start, traditional molecular biology will be turned on its head. **KEN GARBER**

OTHER LEADERS
in RNAi Therapy

> STEVEN ASAMI
Netherlands Cancer Institute
(Amsterdam, the Netherlands)
Cancer

> BEVERLY DAVIDSON
University of Iowa
(Iowa City, IA)
Huntington's disease

> MICHAEL GRAHAM
Benitec
(Queensland, Australia)
Cancer, AIDS

> MARK KAY
Stanford University
(Palo Alto, CA)
Hepatitis B and C

> JUDY LIEBERMAN
Harvard University
(Cambridge, MA)
AIDS, hepatitis, cancer

KaveIO Compl. Ex. 1

# EXHIBIT B



Products / Database / Amazon DynamoDB / …

# Amazon DynamoDB Customers



## Zoom Video Communications, Inc.

"When the COVID-19 pandemic began, there was an enormous demand for our voice and video services. In early 2020, we saw unprecedented usage grow from 10M to 300M Daily Meeting Participants from new and existing customers that needed to connect virtually. On the backend, we were able to manage this surge with Amazon DynamoDB for Zoom Meetings. Using DynamoDB global tables in conjunction with on-demand mode enabled us to scale nearly infinitely with no performance issues, even with our sudden spike in usage."

Yasin Mohammed, Engineering Manager, Cloud Operations at Zoom Video Communications, Inc.

# Disney

Disney+ uses Amazon DynamoDB to ingest content, metadata, and billions of customer actions each day, which enables viewers to add content to their Watch Lists, start watching a video and pick it up on a different device, and get recommendations for what to watch next.

Read the press release »

Watch the AWS re:Invent 2020 session »

"Billions of bookmarks ingested a day over Amazon Kinesis and into Amazon DynamoDB."

**Attilio Giue, Director of Content Discovery, Disney+**



## Snap Inc.

Snap Inc. saved significantly on annual infrastructure costs and enabled a fast, reliable infrastructure for multimedia messaging app Snapchat by using Amazon DynamoDB.

Read the case study »

"The capabilities Amazon DynamoDB offers and the continued innovation within it give us confidence that we can continue relying on it and innovating on top of it."

Saral Jain, Director of Engineering and Head of Infrastructure, Snap Inc.



## Dropbox

Dropbox migrated to AWS and saved millions of dollars in expansion costs, and cut cost per user gigabyte by 5.5 times.

Read the case study »

> "When building a storage system, you have to think about components like replication, backups, and capacity management. By using Amazon DynamoDB and Amazon S3, we simplify these problems because AWS handles many of the complex tasks."

**Jonathan Lee, Alki Team Tech Lead, Dropbox**



## The Pokémon Company International

The Pokémon Company migrated global configuration and time-to-live (TTL) data to Amazon DynamoDB, resulting in a 90 percent reduction in bot login attempts.

Read the case study »

> "Using the built-in TTL settings in Amazon DynamoDB, we can track when a user exceeds the maximum login attempt threshold and deny entry… The result has been a 90 percent reduction in bot login attempts, which frees up system resources for legitimate users and reduces our need to overscale."

**Jeff Webb, Development Manager, The Pokémon Company International**



## A+E Networks

A+E Networks migrated to AWS, and it costs them less than a latte to run their cloud-native Access app for one day on a serverless architecture that uses DynamoDB.

Read the case study »



## Netflix

Netflix uses DynamoDB to run A/B testing that builds personalized streaming experiences for their 125+ million customers.

Watch the video »



## Capital One

Capital One uses DynamoDB to reduce latency for their mobile applications by moving their mainframe transactions to a serverless architecture for unbound scale.

Watch the video »

**SAMSUNG**

## Samsung

Samsung Electronics uses Amazon DynamoDB for their petabyte-sized mobile app backups, resulting in consistent high performance and cost savings.

Watch the video »



## Mercado Libre

Although Mercado Libre originally selected Amazon DynamoDB as a way to off-load operational overhead and support massive scale, its developers are continuing to unlock new capabilities, driving the company's ability to innovate and continue to grow in Latin America.

Read the case study »

> "When we analyzed alternatives to our previous setup, for what we needed, Amazon DynamoDB was a clear winner for us. And we continue to get value from it by building new abstractions like secondary indexes or security capabilities."

**Oscar Mullin, Director of IT and Head of Core Services, Site Reliability Engineering, and Database Administration, Mercado Libre**



## FanFight

FanFight migrated its fantasy sports app to DynamoDB, allowing it to reduce costs by 50%, scale up to 1 million writes per second, and increase per-day revenue by four times.

Read the case study »

"We are a very small team, and we don't have any DevOps, so Amazon DynamoDB was the perfect solution for us."

**Tushar Dhara, Vice President of Technology, FanFight**



## Caresyntax

Caresyntax's operational analytics solution for surgical facilities uses several AWS database services, including Amazon DynamoDB, for managing the availability of reporting parameters.

Download PDF of case study »

## Nike

Nike Digital migrated their large clusters of Cassandra to a fully managed Amazon DynamoDB, allowing more resources for better customer experience.

Watch the video »



## PayPay Corporation

PayPay Corporation is one of Japan's leading mobile payment applications, with more than 30 million users completing millions of cashless transactions everyday. PayPay uses Amazon DynamoDB as a fully managed and highly scalable backend database for messaging features within its app.

Read the case study »

> "We were able to deliver an in-app message box to users within two months of initial design requirements. This feature is embedded on our mobile app's home screen and delivers over 300 million messages daily, which drives a huge amount of traffic to DynamoDB. DynamoDB has been super reliable and has performed consistently, while keeping our maintenance costs low."

**Shilei Long, Senior Software Architect, PayPay Corporation**



## Airbnb

Airbnb uses DynamoDB to scale their operations to a global user base, while optimizing their real-time processing workflows to analyze data.

Watch the video »



## Amazon

Amazon workflow engines run on DynamoDB for millisecond response times, allowing customers to get their orders faster.

Read the case study »

> "If we were still running on the old architecture, we would have had to use 1,000 hosts running Oracle software to support this year's Amazon Prime Day. That's a huge number of hosts to manage and scale. Herd is a mission-critical system for Amazon, and we are extremely confident in Amazon DynamoDB as the technology on which to run it… Because of Amazon DynamoDB, we can concentrate on delivering new features for customers instead of focusing on scaling and maintaining the databases. This is really transforming Herd as a product, and it will ultimately improve things for Amazon.com customers as well."

**Mike Thomas, Software Development Manager, Amazon Herd**



## Rockset

Rockset's direct integration with DynamoDB, through DynamoDB Streams, enables them to iterate fast and gain huge time savings that benefit their customers.

Read the case study »

"Our direct integration with DynamoDB, through DynamoDB Streams, enables us to iterate fast and see query results seconds after the data changes. Streams creates huge time savings that benefit our developers and our customers."

**Shruti Bhat, Senior Vice President, Products, Rockset**



## Tinder

Tinder migrated user data to DynamoDB with zero downtime and leveraged the scalability of DynamoDB to meet the needs of their growing global user base.

Watch the video »



## GE Aviation

GE Aviation rearchitected their plotting and data-query application for cost savings, scalability, and performance using Amazon DynamoDB.

Watch the video »



# Lyft

Lyft leverages the scalability of DynamoDB for multiple data stores, including a ride-tracking system that stores GPS coordinates for all rides.

Read the case study »



# Redfin

Redfin runs its business analytics operation on AWS, which allows it to innovate quickly with a small staff while managing billions of property records.

Read the case study »



# Expedia Group

Expedia built a rich, high-performance streaming system using DynamoDB to deliver fast, on-demand access to reference datasets for analytics.

Watch the video »



## Comcast

Comcast uses DynamoDB to rapidly innovate and deploy updates to their XFINITY X1 video service running on more than 20 million devices.

Read the case study »



## Oath

Oath deployed GDPR compliance for their applications globally and leveraged Amazon DynamoDB global tables to enable data synchronization.

Watch the video »



## Check out the product features

Learn more about performance at scale, serverless, and enterprise-ready features.

**Learn more »**



## Sign up for a free account

Sign up and access the AWS Free Tier.

Sign up »



## Start building in the console

Get started building with DynamoDB in the AWS Management Console.

Sign in »

AWS IQ

Get on-demand help from AWS Certified third-party experts



AWS Free Tier

Gain free, hands-on experience with AWS for 12 months



Free AWS Training

Access 500+ free digital courses across roles, skill levels, and domains to build your AWS Cloud skills



Sign In to the Console     Resources for AWS     Developers on AWS

## Learn About AWS

What Is AWS?

What Is Cloud Computing?

AWS Inclusion, Diversity & Equity

What Is DevOps?

What Is a Container?

What Is a Data Lake?

AWS Cloud Security

What's New

Blogs

Press Releases

Getting Started

Training and Certification

AWS Solutions Portfolio

Architecture Center

Product and Technical FAQs

Analyst Reports

AWS Partners

Developer Center

SDKs & Tools

.NET on AWS

Python on AWS

Java on AWS

PHP on AWS

JavaScript on AWS

## Help

Contact Us

File a Support Ticket

Knowledge Center

AWS re:Post

AWS Support Overview

Legal

AWS Careers

Create an AWS Account

     

Amazon is an Equal Opportunity Employer: *Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.*

## Language

عربي |

Bahasa Indonesia |

Deutsch |

English |

Español |

Français |

Italiano |

Português |

Tiếng Việt |

Türkçe |

Русский |

ไทย |

日本語 |

한국어 |

中文 (简体) |

中文 (繁體)

Privacy

|

Site Terms

|

Cookie Preferences

|

© 2022, Amazon Web Services, Inc. or its affiliates. All rights reserved.

# EXHIBIT C



# CONTINO

 Naseer Ahmad

8 JUNE 2022

# AWS DynamoDB: Overview & Use Cases

This website uses cookies to maximise your experience and help us to understand how we can improve it. By clicking 'Accept', you consent to the use of these cookies. If you would like to manage your cookie settings, you can control this in your internet browser. Find out more in our Privacy Policy

**ACCEPT**

minimal data. However, if the game becomes successful, it can quickly outstrip the resources of the underlying database management system.

It is now common for web-based applications to have hundreds, thousands, or millions of concurrent users, with terabytes or more of new data generated per day. Databases for such applications must handle tens (or hundreds) of thousands of reads and writes per second.

Fortunately, there's a tool from AWS that's specifically designed to handle these kinds of workloads: Amazon DynamoDB.

## What Is Amazon DynamoDB?

Amazon DynamoDB is a fully managed serverless and schemaless NoSQL database service *(NoSQL Database stores data in a single data format, including a JSON document, rather than the traditional table structure of relations database)* designed to maintain predictably high performance and be highly cost-efficient for workloads of any scale, from the smallest to the most extensive internet-scale applications.

With Amazon DynamoDB, developers scaling cloud-based applications can start small with just the capacity they need and then increase the request capacity of a given table as their application grows in popularity. Their tables can also develop without limits as their users store growing data. Behind the scenes, Amazon DynamoDB automatically spreads the data and traffic for a table over a sufficient number of servers to meet the request capacity specified by the customer.

This website uses cookies to remember your preference and help us to understand how we can improve it. By clicking 'Accept', you consent to the use of these cookies. If you would like to manage your cookie settings, you can control this in your internal browser. Find out more in our Privacy Policy.

**ACCEPT**

synchronously across multiple AWS Availability Zones in an AWS Region to provide high availability and data durability.

## AWS DynamoDB: Consistency Models

A database consistency model determines how a successful write or update is reflected in a subsequent read operation of that same value. Amazon DynamoDB specifies the desired consistency characteristics for each read request within an application. You can determine whether a read is eventually consistent or strongly consistent.

DynamoDB supports two "read consistency models" listed below:

### Eventually Consistent Reads (Default):

The eventual consistency option maximizes the read throughput. Consistency across all copies of data is usually reached within a second. When you read data from a DynamoDB table, the response might not reflect the results of a recently completed write operation. The response might include some stale data. If you repeat your read request after a short time, the response should return the latest data.

### Strongly Consistent Reads:

DynamoDB also gives users the flexibility and control to request a strongly consistent read when your application, or an element of your application, requires it. When you request a strongly consistent read, DynamoDB returns a

This website uses cookies to remember your preference and help us to understand how we can improve it. By clicking "Accept", you consent to the use of these cookies. If you would like to manage your cookie settings, you can control this in your internet browser. Find out more in our Privacy Policy.

**ACCEPT**

- A strongly consistent read might not be available if there is a network delay or outage. In this case, DynamoDB may return a server error (HTTP 500).
- Strongly consistent reads may have higher latency than eventually consistent reads.
- Strongly consistent reads are not supported on global secondary indexes.
- Strongly consistent reads use more throughput capacity than eventually consistent reads.

## 10 Advantages of AWS DynamoDB

1. **No-Relational Key-Value:** DynamoDB is a Non-Relational key-value store database that uses a simple key-value method to store data. A key-value database stores data as a collection of key-value pairs in which the key serves as a unique identifier.

2. **Cost-Effective:** One year free tier allows more than 40 million database operations/month, and pricing is based on throughput (read/write per second) rather than only storage.

3. **Fast and Scalable:** DynamoDB provides single-digit millisecond fast and predictable performance with seamless scalability.

4. **Multi-region Replication:** DynamoDB Global Tables provide the Multi-az and Multi-master database capabilities without building and maintaining your replication solution.

5. **Secure:** DynamoDB uses proven secured methods to authenticate users and prevent unauthorized data access.

6. **Time to live (TTL):** Time to Live (TTL) capability allows you define a per-item timestamp to determine when an

This website uses cookies to remember your experience and help us to understand how we can improve it. By clicking "Accept", you consent to the use of these cookies. If you would like to manage your cookie settings, you can control this in your internet browser. Find out more in our Privacy Policy

**ACCEPT**

Case: 1:18-cv-08175 Document #: 662-1 Filed: 07/05/23 Page 71 of 175 PageID #:27489

time recovery (PITR). When you allow PITR, DynamoDB backs up your table data automatically with per-second granularity so that you can restore to any given second in the preceding 35 days.

9. **ACID:** Transaction atomicity, consistency, isolation, and durability (ACID) in dynamo DB across one or more tables within a single AWS account and region, enabling you to maintain data correctness in your applications more efficiently

10. **Data Analysis:** Export and analyze stream data with the Integration of other AWS data export tools such as; Amazon S3, Kinesis Data Streams, AWS Cloud Watch, and Cloud Trail.

## Additional Considerations

While DynamoDB offers significant advantages, there are a few drawbacks that are worth considering:

- DynamoDB doesn't offer join capabilities
- Single DynamoDB item cannot exceed 400kb in size. The typical pattern is to store larger than 400kb in size objects in S3 and use DynamoDB as a pointer to the S3 location
- Initially, can't have more than 256 tables per region through per account until requested to increase the limit
- It doesn't support server-side scripting
- Foreign keys are not supported

## AWS DynamoDB: Use Cases by Industry

Many of the world's fast-growing enterprises use Amazon's DynamoDB service to manage their big data

This website uses cookies to remember your preference and help us to understand how we can improve it. By clicking "Accept", you consent to the use of these cookies. If you would like to manage your cookie settings, you can control this in your internal browser. Find out more in our Privacy Policy

**ACCEPT**

DynamoDB's cost-effective, high performance, throughput, lower latency, and reduced cost of ownership are features that will appeal to any organization looking to build and scale modern applications—regardless of the industry. Let's take a look at some of the common use cases across different sectors:

*Table 1 - DynamoDB Common Use Cases across different industries*

| Industry Type | Use Cases |
|---|---|
| Ad Tech | • User events, clickstream, and impression data store<br>• Metadata store for assets<br>• Parameter caching for most popular items |
| Banking and Finance | • Entity Resolution System and Real-time fraud detection<br>• Transactions<br>• Event-driven transaction processing |
| Retail | • Shopping carts and workflow engines<br>• For Customer profiles and accounts<br>• For inventory tracking system |
| Gaming | • Game States<br>• Leaderboard and Player's data storage<br>• Player's session history store |

# AWS DynamoDB: 4 Real-Life Use Cases

Below are some real-time companies use cases where DynamoDB helps manage the more significant influx of data at high speed.

## 1. Netflix

Being the world's most popular online streaming service, Netflix works on improving the online streaming experience by collecting consistent data. With over 125+ million subscribers across the globe, Netflix uses the DynamoDB service to handle its subscribers' big data.

This website uses cookies to enhance your experience and help us to understand how we can improve it. By clicking 'Accept', you consent to the use of these cookies. If you would like to manage your cookie settings, you can control this in your internet browser. Find out more in our Privacy Policy.

ACCEPT

8/4/22, 1:36 PM
Case: 1:18-cv-08175 Document #: 662-1 Filed: 07/05/23 Page 73 of 175 PageID #:27491
AWS DynamoDB Overview - Real Use Cases, Pros and Cons and Transformation Capability

technologies used in the diagnostic process. It also uses DynamoDB to increase customer value, enabling cloud access, storage, and computation.

## 3. Duolingo

Duolingo is a popular online language learning platform with millions of daily users. The company uses DynamoDB to store and handle over 30 billion data objects on its web server. With approximately 18 million monthly users who perform about six billion exercises using Duolingo, the application requires higher read and write unit capacity *(approximately 24,000 reads and 3,300 write units per second)*. DynamoDB is the only database that meets their needs.

## 4. Hess Corporation

A well-known energy company works on exploring and producing natural gas and crude oil. Hess Corporation migrated its Energy Exploration and Production project onto AWS to take advantage of DynamoDB offerings. The operational infrastructure of DynamoDB helps the company to handle its data effectively. Also, DynamoDB helps to separate potential buyers' data from the business systems.

# AWS DynamoDB: Basic Terminologies to Know

## Tables

Just like other databases, DynamoDB stores data in tables. A table consists of a collection of items without

This website uses cookies to remember your experience and help us to understand how we can improve it. By clicking 'Accept', you consent to the use of these cookies. If you would like to manage your cookie settings, you can control this in your internal browser. Find out more in our Privacy Policy.

ACCEPT

An item is a single data record in the table. In DynamoDB, there is no limit to the number of items you can store in a table, which means you can zero to the unlimited number of items. Each item can have a different number of attributes. DynamoDB Items are equivalent to rows or records in other traditional databases. For the Employee table, each item will represent one employee.

## Attribute

It's the property associated with the Item. Each item is composed of one or more attributes. DynamoDB attributes are similar to columns in other relational database technologies. For example, an item in the Employee table contains attributes called EmployeeID, EmpName, EmpStart Date, etc.

To better understand basic terminologies, **Table 2** illustrates the comparison between DynamoDB terminology and RDBMS basics.

*Table 2 - DynamoDB Terminology Comparison to RDBMS*

| Characteristic | Local Secondary Index (LSI) | Global Secondary Index (GSI) |
|---|---|---|
| Counts Per Table | | |
| Size | | |
| Creation | | |
| Deletion | | |
| Read Consistency | | |
| Search | | |
| Provisioned Throughput Consumption | | |
| Projected Attributes | | |

# AWS DynamoDB: Primary Keys

This website uses cookies to remember your preferences and help us to understand how we can improve it. By clicking 'Accept', you consent to the use of these cookies. If you would like to manage your cookie settings, you can control this in your internet browser. Find out more in our Privacy Policy

**ACCEPT**

DynamoDB supports two different kinds of primary keys:

## 1. Partition key

* **Simple Key:** A simple primary key comprises one attribute known as the partition key.
* **Composite Key:** A composite key composed of two attributes. The first attribute is the partitioned key, and the second attribute is the sort key.

## 2. Sort key - optional

The sort key is also known as a range attribute of an item. The term range attribute derives from the way DynamoDB stores items with the same partition key physically close together, in sorted order by the sort key value.

# AWS DynamoDB: Secondary Indexes

DynamoDB provides fast access to items in a table by specifying primary key values. Data attributes can be accessed efficiently with a secondary index other than the primary key. The secondary index is a data structure that contains a subset of attributes from a table and is automatically maintained by DynamoDB.

DynamoDB supports two kinds of indexes:

* **Global secondary index** – An index with a partition key, and a sort key that can be different from those on the base table.
* **Local secondary index** – An index with the same partition/hash key as the table but a different

This website uses cookies to remember your experience and help us to understand how we can improve it. By clicking "Accept", you consent to the use of these cookies. If you would like to manage your cookie settings, you can control this in your internet browser. Find out more in our Privacy Policy

**ACCEPT**

*Table 3 - LSI and GSI Comparison*

| Characteristic | Local Secondary Index (LSI) | Global Secondary Index (GSI) |
|---|---|---|
| Counts Per Table | | |
| Size | | |
| Creation | | |
| Deletion | | |
| Read Consistency | | |
| Search | | |
| Provisioned Throughput Consumption | | |
| Projected Attributes | | |

## In Summary

In a nutshell, Amazon's DynamoDB service is one of the best solutions for enterprises of all sizes to manage and store data for a number of reasons: DynamoDB automatically spreads the data and traffic for your tables over several servers to handle your throughput and storage requirements while maintaining consistent and fast performance, automatically replicates across multiple Availability Zones in an AWS Region, providing built-in high availability and data durability and you can use global tables to keep DynamoDB tables in sync across AWS Regions.

It also seamlessly integrates with other AWS services, making it an obvious choice if you're already using AWS.

If you'd like to discuss how DynamoDB could work for you, get in touch!

## More Articles

This website uses cookies to enhance your experience and help us to understand how we can improve it. By clicking 'Accept', you consent to the use of these cookies. If you would like to manage your cookie settings, you can control this in your internet browser. Find out more in our Privacy Policy

**ACCEPT**



## How to Become a Google Certified Professional Cloud Architect

6 June 2022 by Liam Stevens



This website uses cookies to enhance your experience and help us to understand how we can improve it. By clicking 'Accept', you consent to the use of these cookies. If you would like to manage your cookie settings, you can control this in your internet browser. Find out more in our Privacy Policy

**ACCEPT**

[Infographic] 7 Steps to Observability: A Voyage Down the Observability River

25 May 2022 by Matthew Macdonald-Wallace



3-Phase Framework for Cloud Cost Optimization on GCP

18 May 2022 by Lauren Tate

Sign-up: Insights Directly to Your Inbox

This website uses cookies to enhance your experience and help us to understand how we can improve it. By clicking 'Accept', you consent to the use of these cookies. If you would like to manage your cookie settings, you can control this in your internal browser. Find out more in our Privacy Policy

**ACCEPT**

First Name

Last Name

Email Address

Company

Job Title

I would like to receive marketing communications regarding Contino news, services and events. You may unsubscribe from these communications at any time. For more information on how to unsubscribe, our privacy practices, and how we are committed to protecting and respecting your privacy, please review Privacy Policy.

SUBSCRIBE

LONDON
LONDON@CONTINO.IO

This website uses cookies to remember your experience and help us to understand how we can improve it. By clicking "Accept", you consent to the use of these cookies. If you would like to manage your cookie settings, you can control this in your internet browser. Find out more in our Privacy Policy.

**ACCEPT**

Case: 1:18-cv-08175 Document #: 662-1 Filed: 07/05/23 Page 80 of 175 PageID #:27498

MELBOURNE
MELBOURNE@CONTINO.IO

SYDNEY
SYDNEY@CONTINO.IO

BRISBANE
BRISBANE@CONTINO.IO

© 2022 CONTINO

| PRIVACY POLICY

| CONTACT US

| CONTINO IS A COGNIZANT COMPANY |

This website uses cookies to remember your experience and help us to understand how we can improve it. By clicking 'Accept', you consent to the use of these cookies. If you would like to manage your cookie settings, you can control this in your internet browser. Find out more in our Privacy Policy

**ACCEPT**

EXHIBIT D

Dynobase

Try for free

# Top DynamoDB Use Cases



Written by Lahiru Hewawasam
Published on 2022-05-18

Offered by AWS, DynamoDB is one of the most popular cloud-based NoSQL database services. It provides reliable, scalable, and highly available databases to users with millisecond range latency at any scale.

The Amazon DynamoDB service is a fully-managed database service that allows users to concentrate on building their applications. In addition to that, AWS maintains other aspects such as hardware provisioning, data recovery, fault tolerance, patching, and upgrading the database. So, the customer does not have to worry about the service or the underlying infrastructure running the database service.

# Table of Contents

* Top Use Cases
  ◦ Logging
  ◦ Analytics
  ◦ Cache
* Industries Where DynamoDB Is Popular

## Login to the AWS Console less.

Try **Dynobase** to accelerate your DynamoDB workflow. Start your 7-day free trial today.

Download Now

- Gaming
- Transportation
- Entertainment
- Social Media
- Retail

- Real-World Examples

  - Amazon Games
  - Netflix
  - Snapchat
  - Duolingo
  - Lyft
  - Dropbox
  - Amazon.com

- Conclusion

# Top DynamoDB Use Cases

## Logging

One of the most controversial use cases for DynamoDB is its use for storing application logs. Some users may argue that DynamoDB is expensive and is not an effective way to store application logs. Still, if the requirement is to only store logs in an easy-to-read and accessible mechanism, then DynamoDB is a perfect fit.

Users can send their application logs into reliable, and relatively inexpensive storage functionality in its global tables feature. It logging database for each multi-region ap to reside in a single database instance wi each multi-region application instance.

**Login to the AWS Console less.** ✕

Try **Dynobase** to accelerate your DynamoDB workflow. Start your 7-day free trial today.

Download Now

## Analytics

If you couple DynamoDB with a well-designed big data analytical platform, it will allow users to enrich data without worrying about resource constraints due to DynamoDB's auto-scaling feature.

In this use case, DynamoDB will store all the metrics from multiple data sources, such as IoT sensors, web applications, etc. The scalable nature of DynamoDB allows users to adapt to the fluctuations of the analytics data being sent from the data sources to manage the data cost-effectively. Native features such as Time to Live (TTL) can also allow users to handle data retention within the database without needing additional tools.

## Cache

AWS provides DynamoDB Accelerator (DAX), a natively compatible in-memory caching service for the DynamoDB to reduce the single-digit millisecond latency to microseconds. It is made possible by querying the much faster DAX directly when querying the database since the DAX can temporarily hold the most frequently queried items, ensuring that the request does not even have to go to the DynamoDB database.

The DynamoDB Accelerator provides its users the added advantage of reducing the latency for existing databases without making any changes on the application or the database level.

## Industries Where DynamoD

Major industries trust DynamoDB to provi
efficiency while being cost-effective. Here
use DynamoDB and how DynamoDB revo

**Login to the AWS Console less.**

Try **Dynobase** to accelerate your DynamoDB workflow. Start your 7-day free trial today.

Download Now

✕

# Gaming Industry

Most multiplayer games require fast and reliable ways of storing millions of records. However, doing these operations at scale is not easy as they require the ability to process enormous amounts of requests per second.

DynamoDB helps save all these analytical and game state records with ease while providing better performance than traditional storage or database options.

# Transportation Industry

The transportation industry generates enormous data that help track drivers and customers in real-time. However, collecting data from multiple data sources and applications comes with complications that make developers question latency and response times.

DynamoDB tackles these issues head-on by providing state-of-the-art features such as Global Table and single-digit millisecond latency to cut down the complexities of implementing widespread localized applications worldwide.

# Entertainment Industry

The entertainment industry relies on its ability to perform complex analytics to identify the likes and dislikes of its customers. Unfortunately, this operation is impossible without processing millions of records per day.

DynamoDB helps process and store analy[...] with big data analytics platforms to make [...] with the changes.

# Social Media Industry

### Login to the AWS Console less.

Try **Dynobase** to accelerate your DynamoDB workflow. Start your 7-day free trial today.

Download Now

The social media industry requires fast and efficient ways to provide information to its users. This includes sending and receiving messages faster than ever before.

DynamoDB excels at this by bringing in its single-digit millisecond latency to provide access to data that the user requests. The ultra-fast latency bundled with the ability to entirely rely on the service provider to maintain the underlying infrastructure makes DynamoDB a clear winner.

## Retail Industry

In the retail industry, the term "time is money" is often expressed literally since a single instance of downtime, delay, or data loss may result in the company losing its orders and customers.

DynamoDB makes sure that its customers experience the best in reliability and resiliency by providing data backups and replications to ensure no data loss in case of a disaster. Also, with its low latency levels, DynamoDB ensures that the customers do not experience significant delays while the application processes its data.

# Real-World Examples of Top Companies Using DynamoDB @ Scale

DynamoDB brings remarkable capabilities that enable businesses to reach further than they could with other technologies. With its cutting edge design, most industries worldwide are currently benefiting from DynamoDB daily to serve their customers.

Here are some of the most notable instances and how these companies look at their operations.

## DynamoDB with Amazon Gar

### Login to the AWS Console less.

Try **Dynobase** to accelerate your DynamoDB workflow. Start your 7-day free trial today.

Download Now

Amazon Games is responsible for creating "New World," an increasingly popular multiplayer online game that reached the markets in 2021. The company has made considerable strides in state-of-the-art technology. Therefore, it wouldn't be fitting if they did not incorporate some of their proprietary systems and services when building this groundbreaking game.

DynamoDB was the perfect fit for saving the game states, which required a high-speed and reliable database service capable of providing single-digit millisecond latency even when processing an enormous number of concurrent requests per second. Furthermore, due to the nature of DynamoDB, the team was able to grow from their test environment to their production environment, which contains over 500 servers without any code changes. As a result of this scale, the game has almost 800,000 game state writes every 30 minutes and performs flawlessly due to the agile and scalable nature of DynamoDB.

## DynamoDB with Netflix

Netflix is one of the most extensive streaming services available in the market. It currently caters to around 222 million users on its platform. However, the company's biggest differentiator has been the fly A/B testing they conduct on their viewers without ever hindering their viewing experience. These tests include selecting a random group of users from their user base, dividing them into two groups, and changing certain aspects of the viewing experience; this can be a change to the UI, sign-up process, or any other aspect of the application. Later they compare the engagement between the two ... success.

DynamoDB plays a significant role in help ... amount of analytics data that the applicati ... base. It stores analytics data and allows th ... decide on the success of each rollout duri ...

**Login to the AWS Console less.**

Try **Dynobase** to accelerate your DynamoDB workflow. Start your 7-day free trial today.

Download Now

# DynamoDB with Snapchat

The Social Media giant Snapchat is one of the many companies that use DynamoDB for its core components of the service. In addition, Snapchat uses DynamoDB to cater to its ever-growing customer base, which currently stands at 319 million users worldwide that post an average of 4 billion snaps per day.

Snapchat uses the provisioned capacity mode functionality to keep up with the fluctuating demands during peak usage periods such as during the holidays. The company also uses DynamoDB's global tables feature to create local instances of their database for the local instances of the application to read from, thus giving them the benefit of faster responses with the advantage of DynamoDB's native single-digit millisecond response times.

# DynamoDB with Duolingo

Duolingo is a language-learning service that uses DynamoDB to manage over 30 billion items to deliver lessons in over 80 languages. The company relies on features such as high availability to keep its services up and running with minimal disruptions to its customers. Apart from that, that company makes the most out of its high performance, reaching around 24,000 read units per second and 3,300 write units per second.

# DynamoDB with Lyft

The transport industry is no short of collec[...]
daily operations, and it is the same for the [...]
company facilitates more than 14 million [...]

To facilitate the ever-growing traffic to the [...]
than 100 microservices hosted on AWS to [...]
DynamoDB and its scalable nature to faci[...]

Login to the AWS Console less.

Try **Dynobase** to accelerate your DynamoDB workflow. Start your 7-day free trial today.

Download Now

data stored for all the GPS information that helps function their ride-tracking system.

# DynamoDB with Dropbox

The online storage service Dropbox made to shift from its on-premise data center to AWS for a fully managed infrastructure experience. The company also saved millions of dollars by not upgrading its on-premise data centers but also reducing the cost per GB by a factor of 5.5.

DynamoDB plays a large part in providing uninterrupted services to its customers. The company uses DynamoDB as a hot storage layer to ingest all their audit logs into more than six DynamoDB tables writing data at around 4,000 to 6,000 writes per second per table. This results in 24,000 to 36,000 writes per second in all the tables combined. The team at Dropbox also now has less responsibility for maintaining cumbersome tasks such as data replication and hardware provisioning.

# DynamoDB with Amazon.com

Amazon Herd is a workflow-orchestration engine that supports more than 1,300 critical workflows such as order processing of Amazon.com and also parts of the Amazon Alexa backend.

The team at Amazon Herd utilizes DynamoDB to run the engine efficiently, while DynamoDB help to keep down latency to a single-digit millisecond.

It also utilizes features such as the global [...] DynamoDB to allow the creation of lookup [...] the table's primary key. With the help of D[...] to scale the system from 60 weeks to just [...]

Login to the AWS Console less.

Try **Dynobase** to accelerate your DynamoDB workflow. Start your 7-day free trial today.

Download Now

# Conclusion

In this article, I have discussed some of the best use cases and instances where DynamoDB brings excellent performance and cost benefits over other database solutions and real life examples of where DynamoDB increases productivity in businesses.

I hope you have found this helpful. Thank you for reading!

## Tired of switching accounts and regions? Use Dynobase.
## Try 7-day free trial. No credit card needed.

Email Me The Download Link

## Product Features

Use SQL with DynamoDB
Import CSV To DynamoDB
Import JSON To DynamoDB
Export DynamoDB To JSON
Export DynamoDB To S3
Export DynamoDB To CSV
DynamoDB Update Item
DynamoDB Delete All Items
DynamoDB Delete Item
DynamoDB Create Table
DynamoDB Delete Table
DynamoDB Conditional Update

## DynamoDB Tools

DynamoDB Tools List
DynamoDB CLI Queries
DynamoDB Query Builder
DynamoDB Boto3 Queries
DynamoDB
DynamoDB
DynamoDB
DynamoDB
DynamoDB
DynamoDB
NoSQL Wor
DynamoDB

### Login to the AWS Console less.

Try **Dynobase** to accelerate your DynamoDB workflow. Start your 7-day free trial today.

Download Now

## DynamoDB Info

DynamoDB Streams

DynamoDB vs Aurora

DynamoDB Key Types

DynamoDB Data Types

DynamoDB Local Setup

DynamoDB Transactions

DynamoDB Java Queries

DynamoDB Data Modeling

DynamoDB with AWS SAM

DynamoDB Common Errors

DynamoDB Capacity Modes

DynamoDB Query Examples

## About

Download

Changelog

Pricing

Member Portal

Privacy Policy

EULA

Twitter

PartiQL

Indexes

Global Tables

Best Practices

Access Control

© 2022 Dynobase

### Login to the AWS Console less.

Try **Dynobase** to accelerate your DynamoDB workflow. Start your 7-day free trial today.

Download Now

# EXHIBIT E

 

Get Started for Free          Contact Us

Getting Started / Hands-on / ...

# High performance and scale with Amazon DynamoDB



Introduction    **Why purpose-built databases?**    High performance and scale with Amazon DynamoDB

**Caching for high-volume workloads with Amazon ElastiCache**    **Graph relationships with Amazon Neptune**

**Document storage with Amazon DocumentDB**    **Scalability and familiarity with Amazon Keyspaces**

## Introduction

In this course, you create a restaurant-review application whose users rate restaurants and leave reviews. Other users can then browse these reviews to find popular restaurants.

In this lesson, you build the core service for rating and reviewing restaurants. Users can review or rate restaurants, and other users can browse reviews and ratings when choosing a restaurant.

For this service, you'll use Amazon DynamoDB, a NoSQL database from AWS. This lesson teaches you how to use a fully managed DynamoDB table in your application. First, you learn why you would want to use DynamoDB. Then you work through the steps to create a DynamoDB table and use it in your application. At the end of this lesson, you should feel confident in your ability to use DynamoDB in your application.

**Time to complete:** 30–45 minutes

Purpose-built Databases - DynamoDB (34:13)

# Why use DynamoDB?

DynamoDB is a fully managed NoSQL database that provides fast, consistent performance at any scale. It has a flexible billing model, tight integration with infrastructure as code, and a hands-off operational model.

DynamoDB has become the database of choice for two categories of applications:

- **High-scale applications:** DynamoDB was built for scale. It is based on the learning from Amazon engineers as they scaled the Amazon.com retail infrastructure to handle worldwide scale. DynamoDB is used at scale by many engineering teams, from fast-

growing startups such as Airbnb and Lyft to enormous enterprises such as Capital One and Samsung. DynamoDB can provide the same consistent performance at any scale, so you won't need to refactor your database as your data grows.

- **Serverless applications:** DynamoDB is popular with developers building serverless applications with services such as AWS Lambda and AWS API Gateway. The ephemeral compute nature of Lambda is difficult for traditional databases to handle. DynamoDB has an HTTP connection model and AWS Identity and Access Management (IAM) authentication that works well with serverless compute. Additionally, DynamoDB has a pay-per-use pricing option that fits well in the serverless world.

Though DynamoDB is the database of choice for high-scale and serverless applications, it can work for nearly all online transaction processing (OLTP) application workloads. DynamoDB can handle relationships between entities as well as complex filtering and sorting requirements.

## Lesson contents

In this lesson, you learn how to build a service that uses DynamoDB for data storage. This lesson has five parts.

| | |
|---|---|
| 1. Create an AWS Cloud9 environment | ⌄ |
| 2. Prepare for data modeling with DynamoDB | ⌄ |
| 3. Plan your data model and load sample data | ⌄ |
| 4. Interact with DynamoDB in your application | ⌄ |
| 5. Clean up the resources you created in this lesson | ⌄ |

In this lesson, you saw how to prepare for data modeling with DynamoDB, how to plan your data model, and how to implement your data model in your application code. You should feel confident in your ability to use DynamoDB in your application.

START LESSON 2: CACHING FOR HIGH-VOLUME WORKLOADS WITH AMAZON ELASTICACHE

Sign In to the Console

## Learn About AWS

What Is AWS?

What Is Cloud Computing?

AWS Inclusion, Diversity & Equity

What Is DevOps?

What Is a Container?

What Is a Data Lake?

AWS Cloud Security

What's New

Blogs

Press Releases

## Resources for AWS

Getting Started

Training and Certification

AWS Solutions Portfolio

Architecture Center

Product and Technical FAQs

Analyst Reports

AWS Partners

## Developers on AWS

Developer Center

SDKs & Tools

.NET on AWS

Python on AWS

Java on AWS

PHP on AWS

JavaScript on AWS

## Help

Contact Us

File a Support Ticket

Knowledge Center

AWS re:Post

AWS Support Overview

Legal

AWS Careers

Create an AWS Account

     

Amazon is an Equal Opportunity Employer: *Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.*

Language

Bahasa Indonesia |

Deutsch |

English |

Español |

Français |

Italiano |

Português |

Tiếng Việt |

Türkçe |

Русский |

ไทย |

日本語 |

한국어 |

中文 (简体) |

中文 (繁體)

Privacy

|

Site Terms

|

Cookie Preferences

|

© 2022, Amazon Web Services, Inc. or its affiliates. All rights reserved.

# EXHIBIT F

Learn how to save up to 5% on your AWS bill! Get Started



Services ⌄    Resources ⌄    Industries ⌄    Company ⌄    Case Studies

Contact Us

# Choosing the Best NoSQL Database: AWS DynamoDB v MongoDB Performance

By Jonathan LaCour

One of the myriad decisions that an organization considering moving to the Cloud needs to make is selecting databases to support their applications. The growth of big



Keep Up

data and the proliferation of modern web applications have spurred the adoption of NoSQL databases to deliver scalable, distributed, cloud performance.

NoSQL or "non SQL" databases provide a method for data storage and retrieval that involves a variety of data structures—graphs, key-values, wide columns, and documents—to manage volumes of structured, semi-structured, and unstructured data. NoSQL databases require no predefined schema and facilitate faster application development, real-time application modifications, and less administrative overhead.

One of the lauded advantages of NoSQL is faster performance as a result of non-relational data structures. The ability to scale, thereby taking advantage of commodity storage hardware in cloud data centers, makes NoSQL the preferred database technology for media and entertainment, retail, IoT, financial services, and healthcare applications.

# DynamoDB Vs MongoDB Performance Considerations

Two of the most popular options for NoSQL databases are MongoDB and Amazon DynamoDB. Both are widely deployed and deliver highly-scalable, cloud-level performance. Below, we've highlighted some of the key performance capabilities that support mission-critical applications. Each database has advantages, but your long-term cloud strategy and specific application needs will likely

To Date With AWS News

Stay up to date with the latest AWS services, latest architecture, cloud-native solutions and more.

Subscribe Today

## Top Categories

Migrations

Windows

Best Practices

Security

Cost Optimization

Reliability

Managed Services

be the most influential factor in determining which NoSQL database you select.

# MongoDB Performance

MongoDB is widely implemented and can be deployed on mainframes, on-premise, hybrid cloud, as well as a service on AWS. Its distributed scalability, data validation rules, and extensive monitoring capabilities address the needs of Internet-scale applications in a cloud computing environment. MongoDB is used by global enterprises such as eBay, Expedia, Telefonica, and Cisco.

Key capabilities that underpin MongoDB performance, allowing cloud architects to optimally configure resources and system administrators to continually fine-tune operational parameters, include:

- Distributed architecture that supports automated sharding, scales horizontally and allows for optimal location of data to support low-latency writes from any geography.

- High-availability clusters support uptime SLA of 99.995% across all cloud providers.

- Minimum of three data nodes per replica set are automatically deployed across AWS availability zones for continuous application uptime.

- Document-oriented database stores data in a binary-encoded JSON format that increases JSON speed and flexibility.

- Complex queries are executed natively in the database to minimize latency. There's no need for additional analytics frameworks or tools.

- Extensive monitoring dashboard, a real-time performance panel, and customizable alerting provide metrics on database performance.

# Amazon DynamoDB Performance

Amazon DynamoDB is a key-value and document database designed for internet-scale mobile, web, gaming, IoT, retail, media, and entertainment applications that require low-latency data access. DynamoDB is used by more than 100,000 AWS customers such as Nike, Netflix, and Lyft. As part of the AWS environment, DynamoDB simplifies implementation and management. There are no servers to provision or manage and no software to install or maintain.

DynamoDB performance is supported by various native AWS capabilities and automated management and enhanced by easy integration with other AWS services. Key performance capabilities and metrics include:

- Tables automatically replicate data across AWS regions allowing globally distributed applications to access data locally in the selected regions for millisecond read and write performance.

- Automatically scales tables up and down to adjust for capacity and maintain performance.

- Monthly uptime of 99.999% SLA for each AWS region.

- Fully managed in-memory caching reduces read time to microseconds to supporting 10+ trillion requests per day and peaks of 20+ million requests per second.

- Backups of hundreds of terabytes do not affect application performance or availability.

- Application performance monitoring automatically scales throughput and storage, scaling up when application traffic grows and down when traffic shrinks.

# DynamoDB Vs MongoDB Performance And Other Considerations

Both MongoDB and DynamoDB are capable NoSQL products that offer the performance needed for mission-critical applications. MongoDB runs on multiple cloud platforms, scales horizontally across geographies, and has extensive performance monitoring capabilities. Its ability to run across various environments such as Microsoft Azure, Amazon Web Services (AWS), and Google Cloud Platform (GCP) make it the logical choice for businesses that develop and manage applications in multi-cloud environments.

For businesses planning to adopt AWS as their cloud standard or business already invested in AWS and looking for a NoSQL solution, however, DynamoDB is the logical choice. Ease of deployment, automated management, and integration with other AWS services enhance the value and versatility of DynamoDB.

Although the long-term cloud strategy greatly influences the selection of a NoSQL database, businesses should holistically evaluate their application needs. Both MongoDB and DynamoDB deliver mission-critical performance capabilities. However, databases are only one aspect of an

overall cloud environment. Businesses venturing into the Cloud for the first time will achieve better results with the help of solution architects who have worked with dozens of customers to successfully transition to the Cloud. Whether you decide to run MongoDB or DynamoDB, a solution architect will help you design and implement the optimal cloud environment to maximize database and application performance.

# One More Thing: The MongoDB To DynamoDB Migration Option

For businesses that are currently running MongoDB but planning to develop applications on AWS or move existing applications to AWS, Amazon offers AWS Data Migration Service (AWS DMS). Every migration process is unique and needs to consider design and data differences between source and target databases, for example, sharded MongoDB cluster data moving to DynamoDB tables. Seeking the experience and expertise of an AWS Consulting Partner is a wise investment to ensure migration success, as well as minimum downtime in making the transition.

## Architecting For The Future

For a long time, technical decision makers

avoided moving Windows Workloads to AWS, out of concern that the cloud was unfit for these applications. The data, however, reveals that times are changing: more companies than ever before are moving their Microsoft Workloads to AWS, reducing costs and increasing agility in the process.

Download The Free Ebook

## Written by



### Jonathan LaCour

CTO

A cloud industry veteran, Jonathan has held several technical and product leadership positions – most recently at DreamHost, one of the largest web hosting and cloud computing providers. As Chief Technology Officer at Mission, Jonathan guides the development of Mission's product and platform. He also leads business development initiatives, and shares his expertise on current cloud trends and best practices at industry conferences and Mission events. Jonathan has a BS degree in Computer Science from the Georgia Institute of Technology.

DATABASE

Related Stories

## Related Stories







### Amazon RDS vs. Amazon DynamoDB: Everything You Need to Know

Learn and compare the two most popular AWS database services, RDS and DynamoDB, and find out which of the two is the best option for your business.

### The Advantages of Running SQL Server on AWS

Running SQL Server on AWS has several advantages over running SQL Server in on-premises data centers. This blog lists the reasons to give businesses confidence in making the move and seeking the guidance of an AWS partner.

### Should You Migrate from MongoDB to AWS DocumentDB?

When it comes to maintaining valuable corporate data, is MongoDB enough? Or would it be more strategic to migrate from MongoDB to AWS DocumentDB? Learn more in this article.

## Questions?

Talk with one of our AWS cloud advisors.

Schedule A Call





## Services

Operations &
Management

Architecture
& Engineering

Cost Optimization &
Governance

Dedicated AWS
Contractor Resources

Managed Cloud Data
Operations

Data, Analytics & ML

Software Application
Development

## More Services

Migrate to AWS

AWS Cloud Consulting

Amazon WorkSpaces

AWS Lambda

Containers on AWS

AWS Disaster Recovery

AWS Well-Architected
Review

AWS Windows
Migrations

AWS Windows
Workloads

## Resources

Blog

Tools

Videos

Events

Datasheets

Case Studies

## Company

About Us

People & Culture

Core Values

Leadership

Press Releases

Cloud Literacy

Careers

Contact Us

AWS Level 1
MSSP Partner

**Copyright © 2021 Mission Cloud Services Inc.** - All Rights Reserved. All trademarks are property of their legal owners.

Privacy          Terms
Policy           & Conditions

EXHIBIT G



Machine Learning & Big Data Blog

# MongoDB vs DynamoDB: Comparing NoSQL Databases



July 14, 2021

6 minute read

Shanika Wickramasinghe



With the need for more flexible backend solutions, NoSQL databases have gained enormous popularity. They power applications that require a more flexible data structure than traditional structured databases can provide.

Two of the most popular market leaders for NoSQL databases are MongoDB and DynamoDB, which provide robust feature-rich NoSQL database platforms.

In this article, we will compare these two databases to help you choose the right database for your project.

# What is MongoDB?

MongoDB is a general-purpose, document-based distributed NoSQL database. It offers:

> A free and production-ready community version
>
> An enterprise edition with direct support from MongoDB Inc.

MongoDB Atlas is the cloud database. Unlike other offerings, MongoDB Atlas is cloud-agnostic and can be deployed on any major cloud provider with guaranteed availability and scalability while conforming to all the compliance and security standards. It also provides a free MongoDB cluster that can be used for application development.

*(Explore our multi-part MongoDB Tutorial Guide.)*

## MongoDB core components

Here are the core components of MongoDB and their usage:

| MongoDB | RDBMS Counterpart | Description |
|---------|-------------------|-------------|

| Collection | Table | A set of MongoDB documents. |
| Document | Row | Collection of data stored in BSON format |
| Field | Field/Column | A single element in a MongoDB document containing values as field and value pairs |

# What is DynamoDB?

DynamoDB is a proprietary NoSQL database by Amazon that supports key-value and document data offered via the Amazon Web Services. This AWS cloud-only offering provides a scalable, highly available, and secure managed database platform for any application.

DynamoDB offers limited storage, ever free database instances to AWS users using their AWS Free Tier for testing and development purposes.

*(Learn more in our DynamoDB Guide.)*

## DynamoDB Core Components

These are the core components of DynamoDB:

| DynamoDB | RDBMS Counterpart | Description |
|---|---|---|
| Table | Table | A grouped collection of DynamoDB Items. |
| Item | Row | Data records that contain data. Each item consists of one or more attributes. |
| Attribute | Field/Column | The base element of DynamoDB |

contains a single data value.

# MongoDB vs DynamoDB differences

Both MongoDB and DynamoDB offer similar functionality and feature sets. However, there are some key differentiating factors when it comes to selecting between these two.

## Deployment environment & strategy

The most significant difference between these two databases:

MongoDB is platform-agnostic.

DynamoDB is limited to AWS.

With MongoDB, you can configure the database to run virtually anywhere from a local machine, container, or on-premise deployment to any cloud provider.

In contrast, you can only configure and use DynamoDB through AWS. As a native AWS application, DynamoDB has much tighter integration with other tools and services offered by AWS. Even though DynamoDB offers a downloadable version for testing and development, production deployments depend on AWS.

DynamoDB is a fully managed database that allows users to start using the database straightaway, as AWS will manage all the scaling, availability, and updates. It enables provisioning a multi-region, highly available database with just a few clicks, drastically reducing the need for dedicated infrastructure management.

On the other hand, MongoDB requires users to manage all the infrastructure and configurations for a based MongoDB deployment. Though this provides users with the greatest degree of control over the database, it comes with increased complexity.

Fortunately, MongoDB Atlas provides a solution for this complexity issue by offering a fully managed cloud database service that can be deployed across AWS, Google Cloud, and Microsoft Azure. It also provides the easiest option to create a multi-cloud, multi-region NoSQL database solution.

Both these databases can be integrated with CI/CD tools and managed as a part of the DevOps process. Both support Terraform, an Infrastructure as Code tool to provision and manage database infrastructure easily.

## Data model & schema

MongoDB uses the BSON format to store its data in documents with support for a greater variety of data types ranging from strings,

timestamps to different integer and decimal types. Additionally, it supports document sizes up to 16MB—and you can extend this limit by breaking down data into multiple documents using GridFS.

In contrast, DynamoDB offers a limited number of available data types while single items are limited to 400KB.

MongoDB is a schema-free database. Yet, it allows users to enforce a schema with its built-in schema validation if a need arises. These schemas can be used to validate:

> Document structure
>
> Data types
>
> Fields
>
> Etc.

Conversely, DynamoDB is a schema-less database but with no ability to enforce schemas.

Both databases support ACID transactions.

## Querying data & indexes

MongoDB offers more flexibility in querying data as it enables users to aggregate and query data natively in multiple ways, such as:

> Single keys
>
> Ranges
>
> Graph traversals
>
> JOINs
>
> Etc.

On the contrary, DynamoDB natively supports only key-value queries yet allows users to carry out complex aggregations using other AWS

services such as Amazon Redshift and Elastic MapReduce. However, using these different services increases:

> Cost
>
> Latency
>
> Complexity

When it comes to indexing, MongoDB supports creating indexes to any field in a document with full support for secondary indexes. Furthermore, it supports different indexing types such as compound, TTL, hash, wildcard, text, array, etc.... and the indexes are strongly consistent with the underlying data.

Meanwhile, DynamoDB supports two types of secondary indexes:

> **Global Secondary Index (GSI)**, which spans across all data in the base table across all the partitions and can be stored and scaled separately from the underlying data table.
>
> **Local Secondary Index (LSI)**, which limits the scope to the base table, where the value of the table partition key matches the LSI partition key.

Both these databases support multi-document transactions, but with key differences:

> MongoDB supports read and writes to the same documents and fields in a single database transaction.
>
> DynamoDB lacks support for multiple operations within a single transaction.

# Database security

DynamoDB comes with baked-in security best practices as their service is managed by AWS. The authentication and authorization model is based on AWS Identity and Access Management (IAM) which offers

users fine-grained control over users, roles, and policies that are used to interact with DynamoDB.

Besides, DynamoDB is not directly connected to the wider internet since requests are routed through an API gateway where the authorization is managed by AWS.

In a standard MongoDB installation, the users are responsible for most of the security practices from managing access, routing traffic, firewalls, etc. Though this offers greater control over the database, it is a complex and time-consuming task that is not scalable in rapidly changing development lifecycles.

However, MongoDB Atlas provides much better baked-in security best practices from the get-go, such as network solutions and encryption to RBACs for authentication and authorization. Both databases support encryption of data at rest.

## Database backup & recovery

DynamoDB offers Multi-Region and Multi-AZ data replication out of the box as a part of its AWS service. This supports both on-demand and automated (continuous) backups with point-in-time recovery. Any other backups can be easily configured via AWS tools like "AWS Backup" and stored with AWS itself.

MongoDB Atlas also supports continuous and on-demand cloud backups, yet it will require more configurations than DynamoDB to get everything properly configured. Furthermore, the users are solely responsible for all the backup and recovery tasks in an on-premises or a manual MongoDB deployment—leading to additional operational costs.

# Choosing MongoDB vs DynamoDB

Selecting the right database is not a simple choice. It depends on a multitude of factors:

- User requirements
- Deployment
- Storage requirements
- Functionality
- Other factors

Even when comparing MongoDB and DynamoDB, we cannot compare them directly as they are targeted toward different use cases.

For instance, DynamoDB is a managed NoSQL database *service*, while MongoDB is NoSQL database *software*. Thus, the nearest direct comparison would be with MongoDB Atlas, the managed database offered by MongoDB Inc and DynamoDB.

If you are currently using the AWS echo system to deploy and manage applications, then DynamoDB offers the best in:

- Compatibility
- Ease of use
- Integrations

Yet its major downside is vendor locking users without the ability to change the deployment environment easily.

On the other hand, MongoDB Atlas frees users to use any supported cloud provider to:

- Create MongoDB database clusters

Move to an on-premise MongoDB database with minimal configurations

MongoDB Atlas offers a simple platform to provision and manage MongoDB clusters across multi-cloud environments yet lacks the tight integration of an inbuilt product like DynamoDB.

As a mature platform, MongoDB has an edge in its available feature set for managing the underlying data set with native schema validations, multiple index type support, etc. Additionally, you can configure it to cater to most database needs.

Refer to the official documentation of both MongoDB and DynamoDB as an excellent base to dive deeper into each database.

# Knowing what you need

MongoDB and DynamoDB are both solid NoSQL databases to support various user needs. However, careful consideration is required when selecting the best option. In an AWS world, it's a no-brainer to go with the AWS native NoSQL solution if all the required features and functionality are available in DynamoDB.

On the other hand, MongoDB offers robust enterprise-ready NoSQL databases with a rich feature set that supports multi-vendor, multi-cloud deployments without vendor locking users with a proprietary solution.

# Related reading

BMC Machine Learning & Big Data Blog
MongoDB vs Cassandra: NoSQL Databases Compared
What Is DBaaS? Database-as-a-Service Explained
Data Storage Explained: Data Lake vs Warehouse vs Database
DBMS: An Intro to Database Management Systems

Free e-book: The Beginner's Guide to MongoDB

MongoDB is the most popular NoSQL database today and with good reason. This e-book is a general overview of MongoDB, providing a basic understanding of the database.

[ Download e-book › ]

*These postings are my own and do not necessarily represent BMC's position, strategies, or opinion.*

See an error or have a suggestion? Please let us know by emailing blogs@bmc.com.

  

## BMC Brings the A-Game

BMC works with 86% of the Forbes Global 50 and customers and partners around the world to create their future. With our history of innovation, industry-leading automation, operations, and service management solutions, combined with unmatched flexibility, we help organizations free up time and space to become an Autonomous Digital Enterprise that conquers the opportunities ahead.

Learn more about BMC ›

---

## You may also like

MongoDB Sharding: Concepts, Examples & Tutorials

MongoDB Indexes: Creating, Finding & Dropping Top Index Types

An Introduction to Hadoop Analytics

SGD Linear Regression Example with Apache Spark

MongoDB Compass: Using the Mongo GUI

Neo4j Graph Database Queries

## About the author

## Shanika Wickramasinghe



Shanika Wickramasinghe is a software engineer by profession and a graduate in Information Technology. Her specialties are Web and Mobile Development. Shanika considers writing the best medium to learn and share her knowledge. She is passionate about everything she does, loves to travel, and enjoys nature whenever she takes a break from her busy work schedule. You can connect with her on LinkedIn.

View all posts

Free e-book: The Beginner's Guide to MongoDB



Download e-book

Case: 1:18-cv-08175 Document #: 662-1 Filed: 07/05/22 Page 124 of 175 PageID #:27542

Case: 1:18-cv-08175 Document #: 662-1 Filed: 07/05/22 Page 131 of 175 PageID #:27549

Case: 1:18-cv-08175 Document #: 662-1 Filed: 07/05/22 Page 132 of 175 PageID #:27550

Case: 1:18-cv-08175 Document #: 662-1 Filed: 07/05/22 Page 133 of 175 PageID #:27551

Contact

Free Trials

Legal

Privacy Policy

Update my preferences

Trust Center

Accessibility Tools

Cookie Consent

©Copyright 2005-2022 BMC Software, Inc. Use of this site signifies your acceptance of BMC's Terms of Use. BMC, the BMC logo, and other BMC marks are assets of BMC Software, Inc. These trademarks are registered and may be registered in the U.S. and in other countries.

# EXHIBIT H



Products / Database / Amazon DynamoDB / ...

# Amazon DynamoDB features

Amazon DynamoDB is a NoSQL database that supports key-value and document data models. Developers can use DynamoDB to build modern, serverless applications that can start small and scale globally to support petabytes of data and tens of millions of read and write requests per second. DynamoDB is designed to run high-performance, internet-scale applications that would overburden traditional relational databases.

**What's new:**

- AWS Glue Elastic Views supports DynamoDB as a source to combine and replicate data continuously across multiple databases in near real-time.

- Use PartiQL, a SQL-compatible query language, to query, insert, update, and delete table data in DynamoDB.

- Use Amazon Kinesis Data Streams to capture item-level changes in your DynamoDB tables.

- Restore DynamoDB tables even faster.

- AWS Pricing Calculator now supports DynamoDB.

- Export data from DynamoDB to Amazon Simple Storage Service (Amazon S3) and use other AWS services such as Amazon Athena to analyze your data and extract actionable insights.

See all recent DynamoDB "What's New" announcements »

What is Amazon DynamoDB?

# Performance at scale

DynamoDB is a key-value and document database that can support tables of virtually any size with horizontal scaling. This enables DynamoDB to scale to more than 10 trillion requests per day with peaks greater than 20 million requests per second, over petabytes of storage.

## Key-value and document data models

DynamoDB supports both key-value and document data models. This enables DynamoDB to have a flexible schema, so each row can have any number of columns at any point in time. This allows you to easily adapt the tables as your business requirements change, without having to redefine the table schema as you would in relational databases.

Learn more »

## Microsecond latency with DynamoDB Accelerator

DynamoDB Accelerator (DAX) is an in-memory cache that delivers fast read performance for your tables at scale by enabling you to use a fully managed in-memory cache. Using DAX, you can improve the read performance of your DynamoDB tables by up to 10 times—taking the time required for reads from milliseconds to microseconds, even at millions of requests per second.

Learn more about DAX and DAX pricing »

## Automated global replication with global tables

DynamoDB global tables replicate your data automatically across your choice of AWS Regions and automatically scale capacity to accommodate your workloads. With global tables, your globally distributed applications can access data locally in the selected Regions to get single-digit millisecond read and write performance.

Learn more »

## Advanced streaming applications with Kinesis Data Streams for DynamoDB

Amazon Kinesis Data Streams for DynamoDB captures item-level changes in your DynamoDB tables as a Kinesis data stream. This feature enables you to build advanced streaming applications such as real-time log aggregation, real-time business analytics, and IoT data capture. Through Kinesis Data Streams, you also can use Amazon Kinesis Data Firehose to deliver DynamoDB data automatically to other AWS services.

Learn more »

# Serverless

With DynamoDB, there are no servers to provision, patch, or manage, and no software to install, maintain, or operate. DynamoDB automatically scales tables to adjust for capacity and maintains

Case: 1:18-cv-08175 Document #: 668-1 Filed: 07/05/23 Page 139 of 175 PageID #:27557

performance with zero administration. Availability and fault tolerance are built in, eliminating the need to architect your applications for these capabilities.

## Read/write capacity modes

DynamoDB provides capacity modes for each table: on-demand and provisioned. For workloads that are less predictable for which you are unsure whether you'll have high utilization, on-demand capacity mode takes care of managing capacity for you, and you pay only for what you consume. Tables using provisioned capacity mode require you to set read and write capacity. Provisioned capacity mode is more cost effective when you're confident you'll have decent utilization of the provisioned capacity you specify.

Learn more »

## On-demand mode

For tables using on-demand capacity mode, DynamoDB instantly accommodates your workloads as they ramp up or down to any previously reached traffic level. If a workload's traffic level hits a new peak, DynamoDB adapts rapidly to accommodate the workload. You can use on-demand capacity mode for both new and existing tables, and you can continue using the existing DynamoDB APIs without changing code.

Learn more »

## Auto scaling

For tables using provisioned capacity, DynamoDB delivers automatic scaling of throughput and storage based on your previously set capacity by monitoring the performance usage of your application. If your application traffic grows, DynamoDB increases throughput to accommodate the load. If your application traffic shrinks, DynamoDB scales down so that you pay less for unused capacity.

Learn more »

## Change tracking with triggers

DynamoDB integrates with AWS Lambda to provide triggers. Using triggers, you can automatically run a custom function when item-level changes in a DynamoDB table are detected. With triggers, you can build applications that react to data modifications in DynamoDB tables. The Lambda function can perform any actions you specify, such as sending a notification or initiating a workflow.

Learn more »

# Enterprise ready

DynamoDB is built for mission-critical workloads, including support for atomicity, consistency, isolation, and durability (ACID) transactions for a broad set of applications that require complex business logic. DynamoDB helps secure your data with encryption and continuously backs up your data for protection, with guaranteed reliability through a service level agreement.

## ACID transactions

DynamoDB provides native, server-side support for transactions, simplifying the developer experience of making coordinated, all-or-nothing changes to multiple items both within and across tables. With support for transactions, developers can extend the scale, performance, and enterprise benefits of DynamoDB to a broader set of mission-critical workloads.

Learn more »

## Encryption at rest

DynamoDB encrypts all customer data at rest by default. Encryption at rest enhances the security of your data by using encryption keys stored in AWS Key Management Service (AWS KMS). With encryption at rest, you can build security-sensitive applications that meet strict encryption compliance and regulatory requirements. The default encryption using AWS-owned KMS keys is provided at no additional charge.

Learn more »

## Point-in-time recovery

Point-in-time recovery (PITR) helps protect your DynamoDB tables from accidental write or delete operations. PITR provides continuous backups of your DynamoDB table data, and you can restore that table to any point in time up to the second during the preceding 35 days. You can enable PITR or initiate backup and restore operations with a single click in the AWS Management Console or a single API call.

Learn more »

## On-demand backup and restore

On-demand backup and restore allows you to create full backups of your DynamoDB tables' data for data archiving, which can help you meet your corporate and governmental regulatory requirements. You can back up tables from a few megabytes to hundreds of terabytes of data and not affect performance or availability to your production applications.

Learn more»



## Visit the pricing page

Explore pricing options for Amazon DynamoDB.

Learn more »



## Sign up for a free account

Instantly get access to the AWS Free Tier.

Sign up »



## Start building on the console

Get started building with Amazon DynamoDB on the AWS Management Console.

Sign in »

AWS IQ





Get on-demand help from AWS Certified third-party experts

### AWS Free Tier

Gain free, hands-on experience with AWS for 12 months



### Free AWS Training

Access 500+ free digital courses across roles, skill levels, and domains to build your AWS Cloud skills



Sign In to the Console

## Learn About AWS

What Is AWS?

What Is Cloud Computing?

AWS Inclusion, Diversity & Equity

What Is DevOps?

What Is a Container?

What Is a Data Lake?

AWS Cloud Security

What's New

Blogs

Press Releases

## Help

Contact Us

File a Support Ticket

Knowledge Center

AWS re:Post

## Resources for AWS

Getting Started

Training and Certification

AWS Solutions Portfolio

Architecture Center

Product and Technical FAQs

Analyst Reports

AWS Partners

## Developers on AWS

Developer Center

SDKs & Tools

.NET on AWS

Python on AWS

Java on AWS

PHP on AWS

JavaScript on AWS

AWS Support Overview

Legal

AWS Careers

Create an AWS Account

    

Amazon is an Equal Opportunity Employer: *Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.*

Language

عربي |
Bahasa Indonesia |
Deutsch |
English |
Español |
Français |
Italiano |
Português |
Tiếng Việt |
Türkçe |
Русский |
ไทย |
日本語 |
한국어 |
中文 (简体) |
中文 (繁體)

Privacy
|
Site Terms
|
Cookie Preferences
|

© 2022, Amazon Web Services, Inc. or its affiliates. All rights reserved.

# EXHIBIT I

Case: 1:18-cv-08175 Document #: 662-1 Filed: 07/05/23 Page 145 of 175 PageID #:27563

AWS Database Blog

# Amazon DynamoDB auto scaling: Performance and cost optimization at any scale

by Daniel Yoder and Sean Shriver | on 28 FEB 2019 | in Amazon DynamoDB, Database | Permalink | 🖘 Comments | ➤ Share

Scaling up database capacity can be a tedious and risky business. Even veteran developers and database administrators who understand the nuanced behavior of their database and application perform this work cautiously. Despite the current era of sharded NoSQL clusters, increasing capacity can take hours, days, or weeks. As anyone who has undertaken such a task can attest, the impact to performance while scaling up can be unpredictable or include downtime. Conversely, it would require rare circumstances for anyone to decide it's worth the effort to scale down capacity because that comes with its own set of complex considerations. Why are database capacity planning and operations so fraught? If you underprovision your database, it can have a catastrophic impact on your application, and if you overprovision your database, you can waste tens or hundreds of thousands of dollars. No one wants to experience that.

Amazon DynamoDB is a fully managed database that developers and database administrators have relied on for more than 10 years. It delivers low-latency performance at any scale and greatly simplifies database capacity management. With minimal effort, you can have a fully provisioned table that is integrated easily with a wide variety of SDKs and AWS services. After you provision a table, you can change its capacity on the fly. If you discover that your application has become wildly popular overnight, you can easily increase capacity. On the other hand, if you optimize the application logic and reduce database throughput substantially, you can immediately realize cost savings by lowering provisioned capacity. DynamoDB adaptive capacity smoothly handles increasing and decreasing capacity behind the scenes.

In June 2017, DynamoDB released auto scaling to make it easier for you to manage capacity efficiently, and auto scaling continues to help DynamoDB users lower the cost of workloads that have a predictable traffic pattern. Before auto scaling, you would statically provision capacity in order to meet a table's peak load plus a small buffer. In most cases, however, it isn't cost-effective to statically provision a table above peak capacity. In this blog post, we show how auto scaling responds to changes in traffic, explain which workloads are best suited for auto scaling, demonstrate how to optimize a workload and calculate the cost benefit, and show how DynamoDB can perform at one million requests per second.

## Background: How DynamoDB auto scaling works

When you create a DynamoDB table, auto scaling is the default capacity setting, but you can also enable auto scaling on any table that does not have it active. Behind the scenes, as illustrated in the following diagram, DynamoDB auto scaling uses a scaling policy in Application Auto Scaling. To configure auto scaling in DynamoDB, you set the minimum and maximum levels of read and write capacity in addition to the target utilization percentage. Auto scaling uses Amazon CloudWatch to monitor a table's read and write capacity metrics. To do so, it creates CloudWatch alarms that track consumed capacity.

The upper threshold alarm is triggered when consumed reads or writes breach the target utilization percent for two consecutive minutes. The lower threshold alarm is triggered after traffic falls below the target utilization minus 20 percent for 15 consecutive minutes. When an alarm is triggered, CloudWatch initiates auto scaling activity, which

checks the consumed capacity and updates the provisioned capacity of the table. For example, if you set the read capacity units (RCUs) at 100 and the target utilization to 80 percent, auto scaling increases the provisioned capacity when utilization exceeds 80 RCUs for two consecutive minutes, or decreases capacity when consumption falls below 60 RCUs (80 percent minus 20 percent) for fifteen minutes.



The following chart illustrates how a table without auto scaling is statically provisioned. The red line is the provisioned capacity and the blue area is the consumed capacity. The consumed peak is almost 80 percent of the provisioned capacity, which represents a standard overhead buffer. The area between the red line and the blue area is the unused capacity.



DynamoDB auto scaling reduces the unused capacity in the area between the provisioned and consumed capacity. The following chart is from the workload example we use for this post, which has auto scaling enabled. You can see the improved ratio of consumed to provisioned capacity, which reduces the wasted overhead while providing sufficient operating capacity.



Through the remainder of this post, we show how DynamoDB auto scaling enables you to turn over most, if not all, capacity management to automation and lower costs.

## Setting up the test

To demonstrate auto scaling for this blog post, we generated a 24-hour cyclical workload. The pattern of the workload represents many real-world applications whose traffic grows to a peak and then declines over the period of a day. Examples of this pattern include metrics for an Internet of Things (IoT) company, shopping cart data for an online retailer, and metadata used by a social media app.

We deployed a custom Java load generator to AWS Elastic Beanstalk and then created a CloudWatch dashboard. The dashboard, which is shown in the following screenshot, monitors key performance metrics: request rate, average request latency, provisioned capacity, and consumed capacity for reads and writes.



As the dashboard shows, the generator created a cyclical load that grew steadily, peaked at noon, and then decreased back to zero. The test generated reads and writes using randomly created items with a high-cardinality key distribution. For variation, there were 10 item sizes, which had an average size of 4 KB. To achieve a peak load of 1,000,000 requests per second, we used the average item size, request rate, 20 percent overhead, and read-to-write ratio to estimate that the table would require 2,000,000 WCUs and 800,000 RCUs (capacity calculation documentation). Following best practices, we also made sure that `useTcpKeepAlive` was enabled in the load generator application (`ClientConfiguration javadocs`). This setting can help lower overhead and improve performance as it signals for the client to reuse TCP connections rather than reestablish a connection for each request.

## The test results

The test ultimately reached a peak of 1,100,000 requests per second. DynamoDB auto scaling actively matched the provisioned capacity to the generated traffic, which meant that we had a workload that was provisioned efficiently. The test's average service-side request latency was 2.89 milliseconds for reads and 4.33 milliseconds for writes. Amazingly, the average request latency went down as load increased on the table.

The following screenshots are from the **Metrics** tab of the DynamoDB console. As you can see in the right screenshot, the read request latency dropped to almost 2.5 milliseconds at peak load.




*Left*: Consumed and provisioned read capacity          *Right*: Corresponding read latency

Similarly, the write latency (shown in the following screenshot on the right) dropped to a little more than 4 milliseconds.




*Left*: Consumed and provisioned write capacity          *Right*: Corresponding write latency

These results are surprising, to say the least. Traditionally, a database under load becomes increasingly slow relative to traffic, so seeing performance improve with load is remarkable. Some investigative work revealed that the lower latency is because of internal optimizations in DynamoDB, which were enhanced because all of the requests accessed the same table. The `useTcpKeepAlive` setting also resulted in more requests per connection, which helped translate to lower latency.

How well did auto scaling manage capacity? Auto scaling maintained a healthy provisioned-to-consumed ratio throughout the day. There was a brief period in the first hour when the load generator increased traffic faster than 80 percent per two-minute period. However, because of burst capacity, the impact was negligible. The metrics show that there were 15 throttled read events per 3.35 million read requests, which is four 10-thousandths of a percent. After the initial period, there was no throttling.



**Left:** *Requests and throttled events per minute*        **Right:** *Corresponding provisioned and consumed capacity*

As described earlier in this post, CloudWatch monitors table activity and responds when a threshold is breached for a set period. The following snapshot from CloudWatch shows the activity for the target utilization alarms. As you can see, there are upper and lower thresholds that use two-minute and fifteen-minute periods to track consumed and provisioned capacity of reads and writes.



The utilization alarms then triggered scaling events, which you can see as auto scaling activities on the DynamoDB **Capacity** tab (shown in the following screenshot). Auto scaling independently changed the provisioned read and write capacity as consumed capacity crossed the thresholds.

**▾ Scaling activities**

| End Time ▾ | Target ▾ | Capacity Unit | Scaling Activity | Status | Status Message |
|---|---|---|---|---|---|
| January 16, | table/P... | Read | Setting read capacity units to 40275. | Successful | Successfully set read capacity units to 40275. Change successfully fulfilled by dynamodb. |
| January 16, | table/P... | Write | Setting write capacity units to 144080. | Successful | Successfully set write capacity units to 144080. Change successfully fulfilled by dynamodb. |
| January 16, | table/P... | Read | Setting read capacity units to 40964. | Successful | Successfully set read capacity units to 40964. Change successfully fulfilled by dynamodb. |
| January 16, | table/P... | Write | Setting write capacity units to 144680. | Successful | Successfully set write capacity units to 144680. Change successfully fulfilled by dynamodb. |

The test ultimately exceeded one million requests per second. The following graph shows both reads (the blue area) and writes (the orange area): 66.5 million/60 second period ≈ 1.11 million requests per second.



This test showed that auto scaling increased provisioned capacity every two minutes when traffic reached the 80 percent target utilization. You may have noticed in an earlier screenshot of this post that the scale-down period was slower. This is because auto scaling lowers capacity after consumption is 20 percent lower than the target utilization for 15 minutes. Decreasing capacity more slowly is by design, and it conforms to the limit on dial-downs per day.

The constant updating of DynamoDB auto scaling resulted in an efficiently provisioned table and, as we show in the next section, 30.8 percent savings. The test clearly demonstrated the consistent performance and low latency of DynamoDB at one million requests per second.

## Auto scaling cost optimization: provisioned, on-demand, and reserved capacities

In this section, we compare the table costs of statically provisioned, auto scaling, and on-demand options. We also calculate how reserved capacity can optimize the cost model.

As you may recall, a traditional statically provisioned table sets capacity 20 percent above the expected peak load; for our test that would be 2,000,000 WCUs and 800,000 RCUs. Write and read capacity units are priced per hour so the monthly cost is calculated by multiplying the provisioned WCUs and RCUs by the cost per unit-hour, which is $.00013/RCU and $.00065/WCU, and then by the number of hours in an average month (730). All unit costs can be found on the DynamoDB Pricing page. As such, a statically provisioned table for our test would cost $1,024,920 per month:

$1,024,920 per month = 730 hours × ((2,000,000 × $.00065) + (800,000 × $.00013))



To find the actual cost of the auto scaling test that we ran, we use the AWS Usage Report, which is a component of billing that helps identify cost by service and date. Within the usage report, there are three primary cost units for DynamoDB, which are: `WriteCapacityUnit-Hrs`, `ReadCapacityUnit-Hrs`, and `TimeStorage-ByteHrs`. We focus on the first two, and can ignore the storage cost, because it's minimal and is the same regardless of other settings. In the following screenshot, you can see the read and write costs of the test, which totaled $23,318.06 per day.

At 30.4 days per month (365 days/12 months), auto scaling would average $708,867 per month, which is $316,053 (or 30.8 percent) less than the statically provisioned table we calculated above ($1,024,920):

$316,053 monthly savings = $1,024,920 statically provisioned -- $708,867 auto scaling



This shows how auto scaling lowered the cost of the table. In a production environment, auto scaling could reduce operations time associated with planning and managing a provisioned table. You can include those operational savings in the cost estimates of any of your workloads on DynamoDB.

How do the auto scaling savings compare to what we'd see with on-demand capacity mode? With on-demand, DynamoDB instantly allocates capacity as it is needed. There is no concept of provisioned capacity, and there is no delay waiting for CloudWatch thresholds or the subsequent table updates. On-demand is ideal for bursty, new, or unpredictable workloads whose traffic can spike in seconds or minutes, and when underprovisioned capacity would impact the user experience. On-demand is a perfect solution if your team is moving to a NoOps or serverless environment. As the cost benefit of a serverless workflow is outside the scope of this blog post, and our test represents gradually changing traffic, on-demand is not well suited for this comparison. However, let's look at the costs anyway to understand how to calculate them.

On-demand capacity mode is priced $1.25 and $.25 per respective one million write or read units. To identify the total WCUs and RCUs used by our test in a single day, we return to our CloudWatch dashboard. If you recall, we

tracked requests per minute. This was done by using the `SampleCount` metric of `SuccessfulRequestLatency`, as described in the metrics and dimensions documentation. By changing the period of this metric to a full day, we can see the total number of read and write requests, as shown in the following screenshot. With the request counts, we can use the average object size of the test (4 KB) to approximate how many WCUs and RCUs would be used in on-demand mode. Equations to calculate consumed capacity are described at length in the documentation.



Requests Per Day

46.4 G

☰ Gettxxx

15.1 G

☰ Xxxxxx

$$\text{Daily RCUs: } 23.2 \text{ billion} = 46.4 \text{ billion} \times \frac{4KB \text{ average object size}}{4KB \text{ RCU conversion ratio}} \div 2$$

*Eventually consistent reads

$$\text{RCU cost: } \$5{,}800 = \$.25 \times (23.2 \text{ billion} \div 1{,}000{,}000)$$

$$\text{Daily WCUs: } 60.4 \text{ billion} = 15.1 \text{ billion} \times \frac{4KB \text{ average object size}}{1KB \text{ WCU conversion ratio}}$$

$$\text{WCU cost: } \$75{,}500 = \$1.25 \times (60.4 \text{ billion} \div 1{,}000{,}000)$$

*Left: Requests per day (in billions).*   *Right: Math to determine consumed capacity and on-demand per day cost.*

By combining the RCU and WCU costs, we can approximate a monthly on-demand cost of $2,471,520:

$2,471,520/month = 30.4 days × ($5,800 + $75,500)

Compared to $708,867 per month on auto scaling, the higher cost of on-demand mode is not surprising because our test represents a predictable workload and doesn't account for the real NoOps cost benefit. The takeaway is that this workload is a perfect candidate for auto scaling and cost optimization.

Auto scaling represents significant cost savings, but can we do more? How does reserved capacity factor into cost optimization? Reserved capacity for DynamoDB is consistent with the Amazon EC2 Reserved Instance model. You purchase reserved capacity for a one-year or three-year term and receive a significant discount. You purchase reserved capacity in 100-WCU or 100-RCU sets. For comparison's sake, let's use the one-year reservation model. A reserved capacity of 1 WCU works out to $.000299 per hour.

$.000299 per hour = (($150 reservation ÷ 8,760 hours/year) + $.0128 reserved WCU/hour) ÷100 units

That is 46 percent of the standard price, which is .00065, and a significant savings. The same cost savings is consistent for reserved RCUs as well, which is $.000059 per reserved RCU or $.00013 per standard RCU.

$.000059 per hour = (($30 reservation ÷ 8,760 hours/year) + $.0025 reserved RCU/hour) ÷ 100 units

Can auto scaling and reserved capacity work together? Yes! You can approximate a blend of reserved capacity and auto scaling by using the ratio of reserved to provisioned cost. For example, we know that reserved capacity costs 46 percent of standard pricing, so any portion of a capacity that is active more than 46 percent of a day should save money as reserved capacity. We can calculate the ratio transition point by using noon as our anchor. As such, 46 percent of 12 hours works out to 5.5 hours before noon, or 6:30 AM.

331 minutes before noon = 46% × (12 hours × 60 minutes)

DynamoDB is billed by the hour, and hourly usage metrics can be downloaded from the billing reports. We round up from 6:30 AM to 7:00 AM for the transition between reserved capacity and auto scaling. The CloudWatch dashboard shows that at 7:00 AM there were 1.74 million WCUs and 692,000 RCUs. To estimate the blended cost, we use the RCU and WCU reserved rates and add the auto scaling per hour usage from 7:00 AM to 7:00 PM (which is when the load drops below the reservation amount). The following screenshots show the blended ratio between reserved and auto scaling WCUs.



**Left**: Blended WCU reserved and auto scaling ratio                    **Right**: 1.74 million provisioned WCUs at 7:00 AM

The hourly usage was downloaded from the billing console. The following table shows the cost per hour for the auto scaling portion of the blended ratio. The reserved capacity is subtracted from the RCUs and WCUs because that is added separately.

| StartTime | EndTime | RCU | RCU Minus Reserved | RCU Hourly | WCU | WCU Minus Reserved | WCU Hourly |
|---|---|---|---|---|---|---|---|
| 7:00:00 AM | 8:00:00 AM | 663642 | 0 | $0.00 | 1655866 | 0 | $0.00 |
| 8:00:00 AM | 9:00:00 AM | 752119 | 60119 | $7.82 | 1899080 | 159080 | $103.40 |
| 9:00:00 AM | 10:00:00 AM | 752119 | 60119 | $7.82 | 1899080 | 159080 | $103.40 |
| 10:00:00 AM | 11:00:00 AM | 786775 | 94775 | $12.32 | 1975145 | 235145 | $152.84 |
| 11:00:00 AM | 12:00:00 PM | 800000 | 108000 | $14.04 | 2000000 | 260000 | $169.00 |
| 12:00:00 PM | 1:00:00 PM | 800000 | 108000 | $14.04 | 2000000 | 260000 | $169.00 |
| 1:00:00 PM | 2:00:00 PM | 800000 | 108000 | $14.04 | 2000000 | 260000 | $169.00 |
| 2:00:00 PM | 3:00:00 PM | 800000 | 108000 | $14.04 | 2000000 | 260000 | $169.00 |
| 3:00:00 PM | 4:00:00 PM | 800000 | 108000 | $14.04 | 2000000 | 260000 | $169.00 |
| 4:00:00 PM | 5:00:00 PM | 800000 | 108000 | $14.04 | 2000000 | 260000 | $169.00 |

| 5:00:00 PM | 6:00:00 PM | 800000 | 108000 | $14.04 | 2000000 | 260000 | $169.00 |
| 6:00:00 PM | 7:00:00 PM | 599842 | 0 | $0.00 | 1485558 | 0 | $0.00 |
| | | | | | | Auto scaling daily total: | $1,668.88 |

To then find the reserved monthly cost, we multiply the total units by the reserved unit cost ($.000299 per WCU-hour and $.000059 per RCU-hour) and multiply by the hours in a month (730).

$379,789 per month = 1.74 million WCUs × $.000299 × 730 hours

$29,804 per month = 692,000 RCUs × $.000059 × 730 hours

Combined, reserved capacity totals $409,593 per month. By adding this to the portion of auto scaling, which is $50,734 ($1,668.88 x 30.4 days), we arrive at a blended monthly rate of $460,327. That is $248,540 less than the auto scaling estimate, which was $708,867.

You also can use the three-year reserved capacity option, which is a discount of more than 75 percent. At that deep discount, it is cost-effective to statically provision all reserved capacity.

The following table summarizes our optimization findings. It compares each scenario and highlights the associated savings in relation to a statically provisioned table. Your workload patterns will be different, and you will have to calculate the amount of savings based on your own patterns. By using the optimizations we've discussed, you can significantly lower your costs.

| | | | Cost Per Month |
|---|---|---|---|
| Cost | Statically provisioned | WCUs: 2,000,000 RCUs: 800,000 | $1,024,920 |
| | Auto scaling | Variable capacity | $708,867 |
| | Blended auto scaling and one-year reserved capacity | Variable capacity | $460,327 |
| | Three-year reserved capacity | WCUs: 2,000,000 RCUs: 800,000 | $234,141 |
| Savings | Auto scaling | 30.8 percent savings | $316,053 |
| | Blended auto scaling and one-year reserved capacity | 55.1 percent savings | $564,593 |
| | Three-year reserved capacity | 77.1 percent savings | $790,779 |

# Summary: Auto scaling and cost optimization takeaways

Let's review the results of the DynamoDB auto scaling test in this post and the lessons we learned:

- **How does auto scaling work?** In this test, auto scaling used CloudWatch alarms to adapt quickly to traffic. Within minutes, auto scaling updated the table's provisioned capacity to match the load. Auto scaling scales up more quickly than down, and you can tune it by setting the target utilization. In our test, auto scaling provided sufficient capacity while reducing overhead.
- **How did auto scaling handle a nontrivial workload?** Extremely well. We ran a load test that grew from zero to 1.1 million requests per second in 12 hours and auto scaling updated the table every time the target utilization threshold was breached. We checked auto scaling activity, which confirmed that it was updated accurately and quickly. Auto scaling did not degrade performance. In fact, as traffic grew to 1,100,000 requests per second, the average latency of each request decreased.
- **Can auto scaling help reduce costs?** In this test, auto scaling reduced costs by 30.8 percent. For the test, we used an 80 percent target utilization, but you should tune your target utilization for each workload to increase savings and ensure that capacity is appropriately allocated. We also showed in this post how to optimize costs further by using a blend of one-year reserved capacity and auto scaling, which in this test reduced costs by 55.1 percent.

As you can see, there are compelling reasons to use DynamoDB auto scaling with actively changing traffic. Auto scaling responds quickly and simplifies capacity management, which lowers costs by scaling your table's provisioned capacity and reducing operational overhead.

---

## About the authors



**Daniel Yoder** is an LA-based senior NoSQL specialist solutions architect at AWS.



**Sean Shriver** is a Dallas-based senior NoSQL specialist solutions architect focused on DynamoDB.

TAGS: Amazon DynamoDB, auto scaling, DynamoDB

EXHIBIT J

Case: 1:18-cv-08175 Document #: 663-1 Filed: 07/05/23 Page 159 of 175 PageID #:27577



Products / Database / Amazon DynamoDB / ...

# Amazon DynamoDB FAQs

## About Amazon DynamoDB

## What is Amazon DynamoDB?

DynamoDB is a fast and flexible nonrelational database service for any scale. DynamoDB enables customers to offload the administrative burdens of operating and scaling distributed databases to AWS so that they don't have to worry about hardware provisioning, setup and configuration, throughput capacity planning, replication, software patching, or cluster scaling.

## What does DynamoDB manage on my behalf?

DynamoDB takes away one of the main stumbling blocks of scaling databases: the management of database software and the provisioning of the hardware needed to run it. You can deploy a nonrelational database in a matter of minutes. DynamoDB automatically scales throughput capacity to meet workload demands, and partitions and repartitions your data as your table size grows. Also, DynamoDB synchronously replicates data across three facilities in an AWS Region, giving you high availability and data durability.

## What is the consistency model of DynamoDB?

When reading data from DynamoDB, users can specify whether they want the read to be eventually consistent or strongly consistent:

- Eventually consistent reads (the default) – The eventual consistency option maximizes your read throughput. However, an eventually consistent read might not reflect the results of a recently completed write. All copies of data usually reach consistency within a second. Repeating a read after a short time should return the updated data.

- Strongly consistent reads — In addition to eventual consistency, DynamoDB also gives you the flexibility and control to request a strongly consistent read if your application, or an element of your application, requires it. A strongly consistent read returns a result that reflects all writes that received a successful response before the read.

- ACID transactions – DynamoDB transactions provide developers atomicity, consistency, isolation, and durability (ACID) across one or more tables within a single AWS account and region. You can use transactions when building applications that require coordinated inserts, deletes, or updates to multiple items as part of a single logical business operation.

# Getting started

## What kind of query functionality does DynamoDB support?

DynamoDB supports GET/PUT operations by using a user-defined primary key. The primary key is the only required attribute for items in a table. You specify the primary key when you create a table, and it uniquely identifies each item. DynamoDB also provides flexible querying by letting you query on nonprimary key attributes using global secondary indexes and local secondary indexes.

A primary key can be either a single-attribute partition key or a composite partition-sort key. A single-attribute partition key could be, for example, **UserID**. Such a single attribute partition key would allow you to quickly read and write data for an item associated with a given user ID.

DynamoDB indexes a composite partition-sort key as a partition key element and a sort key element. This multipart key maintains a hierarchy between the first and second element values. For example, a composite

partition-sort key could be a combination of **UserID** (partition) and **Timestamp** (sort). Holding the partition key element constant, you can search across the sort key element to retrieve items. Such searching would allow you to use the Query API to, for example, retrieve all items for a single **UserID** across a range of time stamps.

## How do I update and query data items with DynamoDB?

After you have created a table using the DynamoDB console or CreateTable API, you can use the PutItem or BatchWriteItem APIs to insert items. Then, you can use the GetItem, BatchGetItem, or, if composite primary keys are enabled and in use in your table, the Query API to retrieve the items you added to the table.

## Can DynamoDB be used by applications running on any operating system?

Yes. DynamoDB is a fully managed cloud service that you access via API. Applications running on any operating system (such as Linux, Windows, iOS, Android, Solaris, AIX, and HP-UX) can use DynamoDB. We recommend using the AWS SDKs to get started with DynamoDB.

# Planning

## How am I charged for my use of DynamoDB?

Each DynamoDB table has provisioned read-throughput and write-throughput associated with it. You are billed by the hour for that throughput capacity. Note that you are charged by the hour for the throughput capacity, whether or not you are sending requests to your table. If you would like to change your table's provisioned throughput capacity, you can do so using the AWS Management Console, the UpdateTable API, or the PutScalingPolicy API for auto scaling. Also, DynamoDB charges for data storage as well as the standard internet data transfer fees.

To learn more about DynamoDB pricing, see the DynamoDB pricing page.

## What is the maximum throughput I can provision for a single DynamoDB table?

Maximum throughput per DynamoDB table is practically unlimited. For information about the limits in place, see Limits in DynamoDB. If you want to request a limit increase, contact Amazon.

## What is the minimum throughput I can provision for a single DynamoDB table?

The smallest provisioned throughput you can request is 1 write capacity unit and 1 read capacity unit for both auto scaling and manual throughput provisioning. Such provisioning falls within the free tier which allows for 25 units of write capacity and 25 units of read capacity. The free tier applies at the account level, not the table level. In other words, if you add up the provisioned capacity of all your tables, and if the total capacity is no more than 25 units of write capacity and 25 units of read capacity, your provisioned capacity would fall into the free tier.

## What are DynamoDB table classes?

DynamoDB offers two table classes designed to help you optimize for cost. The DynamoDB Standard table class is the default, and recommended for the vast majority of workloads. The DynamoDB Standard-Infrequent Access (DynamoDB Standard-IA) table class is optimized for tables that store data that is accessed infrequently, where storage is the dominant cost. Each table is associated with a table class and each table class offers a different pricing for data storage as well as read and write requests. You can select the most cost-effective table class based on your table's storage requirements and data access patterns.

## When should I use DynamoDB Standard-IA?

DynamoDB Standard-IA helps you reduce your DynamoDB total costs for tables that store infrequently accessed data such as applications' logs, old social media posts, e-commerce order history, and past gaming achievements. If storage is your dominant table cost—storage cost exceeds 50 percent of the cost of throughput (reads and writes) consistently—then the DynamoDB Standard-IA table class is the most economical choice for you. Learn more about DynamoDB Standard-IA pricing in the DynamoDB pricing page.

## How do DynamoDB Standard-IA tables work with existing DynamoDB features and integrate with other AWS services?

DynamoDB Standard-IA tables are no different than DynamoDB Standard tables in supporting all existing DynamoDB features including global tables, secondary indexes, on-demand backups, point-in-time recovery (PITR), and Amazon DynamoDB Accelerator (DAX). DynamoDB Standard-IA tables also have built-in integration with other AWS services in the same way as DynamoDB Standard tables. For example, you can monitor the performance of your DynamoDB Standard-IA tables using Amazon CloudWatch, use AWS CloudFormation templates to provision and manage your DynamoDB Standard-IA tables, stream your change data records to Amazon Kinesis Data Streams, and export your DynamoDB Standard-IA tables data to Amazon Simple Storage Service (Amazon S3).

# How it works

## Data models and APIs

For more information about data models and APIs, see Amazon DynamoDB: How It Works.

# Scalability, availability, and durability

For information about scalability, availability, and durability, see Amazon DynamoDB Product Details.

## Auto scaling

For information about DynamoDB auto scaling, see Managing Throughput Capacity Automatically with DynamoDB Auto Scaling.

## Security and control

For information about DynamoDB security and control, see Identity and Access Management in Amazon DynamoDB.

Get started with Amazon DynamoDB on the AWS Free Tier



## Visit the pricing page

See Amazon DynamoDB pricing.

Learn more »



## Sign up for a free account

Instantly get access to the AWS Free Tier.

Sign up »



## Start building on the console

Get started building with Amazon DynamoDB on the AWS Management Console.

Sign in »

---

**AWS IQ**

Get on-demand help from AWS Certified third-party experts



---

**AWS Free Tier**

Gain free, hands-on experience with AWS for 12 months



---

**Free AWS Training**

Access 500+ free digital courses across roles, skill levels, and domains to build your AWS Cloud skills



---

|  Sign In to the Console  |

### Learn About AWS

What Is AWS?

What Is Cloud Computing?

AWS Diversity, Equity & Inclusion

What Is DevOps?

What Is a Container?

What Is a Data Lake?

### Resources for AWS

Getting Started

Training and Certification

AWS Solutions Portfolio

Architecture Center

Product and Technical FAQs

Analyst Reports

AWS Partners

### Developers on AWS

Developer Center

SDKs & Tools

.NET on AWS

Python on AWS

Java on AWS

PHP on AWS

JavaScript on AWS

AWS Cloud Security

What's New

Blogs

Press Releases

## Help

Contact Us

File a Support Ticket

Knowledge Center

AWS re:Post

AWS Support Overview

Legal

AWS Careers

Create an AWS Account

     

Amazon is an Equal Opportunity Employer: *Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.*

Language

العربية |

Bahasa Indonesia |

Deutsch |

English |

Español |

Français |

Italiano |

Português |

Tiếng Việt |

Türkçe |

Русский |

ไทย |

日本語 |

한국어 |

中文 (简体) |

中文 (繁體)

Privacy

|

Site Terms

|

Cookie Preferences

|

© 2022, Amazon Web Services, Inc. or its affiliates. All rights reserved.

# EXHIBIT K

 

Get Started for Free

Contact Us

**Amazon DynamoDB**  ⌄

Overview

Features  ▾

Pricing

Getting Started

Resources  ▾

Customers

Business Continuity | Learn how to support global workloads with Amazon DocumentDB in a free virtual workshop. Register Now»

« Databases

# Amazon DynamoDB

Fast, flexible NoSQL database service for single-digit millisecond performance at any scale

Create an AWS Account

Free 25 GB of storage

and up to 200 million read/write requests per month with the AWS Free Tier

Deliver apps with consistent single-digit millisecond performance, nearly unlimited throughput and storage, and automatic multi-Region replication.

>

Secure your data with encryption at rest, automatic backup and restore, and guaranteed reliability with an SLA of up to 99.999% availability.

>

Focus on innovation and optimize costs with a fully managed serverless database that automatically scales up and down to fit your needs.

>

Integrate with AWS services to do more with your data. Use built-in tools to perform analytics, extract insights, and monitor traffic trends.

>

# How it works

Amazon DynamoDB is a fully managed, serverless, key-value NoSQL database designed to run high-performance applications at any scale. DynamoDB offers built-in security, continuous backups, automated multi-Region replication, in-memory caching, and data export tools.



Click to enlarge

# Use cases

## Develop software applications

Build internet-scale applications supporting user-content metadata and caches that require high concurrency and connections for millions of users and millions of requests per second.

## Create media metadata stores

Scale throughput and concurrency for media and entertainment workloads such as real-time video streaming and interactive content, and deliver lower latency with multi-Region replication across AWS Regions.

## Deliver seamless retail experiences

Use design patterns for deploying shopping carts, workflow engines, inventory tracking, and customer profiles. DynamoDB supports high-traffic, extreme-scaled events and can handle millions of queries per second.

## Scale gaming platforms

Focus on driving innovation with no operational overhead. Build out your game platform with player data, session history, and leaderboards for millions of concurrent users.

## Customers

# Disney

Disney+ ingests billions of daily customer actions to improve the viewer experience »



Dropbox saved millions of dollars in expansion costs with a new storage system »



Snap Inc. reduced median latency by 20% with Amazon DynamoDB »



Zoom Video Communications, Inc. managed the surge of 10M to 300M daily meeting participants »

## How to get started

Explore DynamoDB features

Review key features including global tables, point-in-time recovery, NoSQL Workbench, and DynamoDB Accelerator (DAX).

**Learn more about DynamoDB »**

## Learn with hands-on training

Create and query your first NoSQL table with DynamoDB.

**Get started with DynamoDB »**

## Expand your knowledge

Check out the DynamoDB documentation with a Developer Guide and an API Reference Guide.

**Read the documentation »**

## Explore more of AWS

**AWS IQ**

Get on-demand help from AWS Certified third-party experts



**AWS Free Tier**

Gain free, hands-on experience with AWS for 12 months



**Free AWS Training**

Access 500+ free digital courses across roles, skill
levels, and domains to build your AWS Cloud skills



Sign In to the Console

## Learn About AWS

What Is AWS?

What Is Cloud Computing?

AWS Inclusion, Diversity & Equity

What Is DevOps?

What Is a Container?

What Is a Data Lake?

AWS Cloud Security

What's New

Blogs

Press Releases

## Resources for AWS

Getting Started

Training and Certification

AWS Solutions Portfolio

Architecture Center

Product and Technical FAQs

Analyst Reports

AWS Partners

## Developers on AWS

Developer Center

SDKs & Tools

.NET on AWS

Python on AWS

Java on AWS

PHP on AWS

JavaScript on AWS

## Help

Contact Us

File a Support Ticket

Knowledge Center

AWS re:Post

AWS Support Overview

Legal

AWS Careers

Create an AWS Account

     

Amazon is an Equal Opportunity Employer: *Minority / Women / Disability / Veteran / Gender Identity / Sexual*

Orientation / Age.

Language

عربي |
Bahasa Indonesia |
Deutsch |
English |
Español |
Français |
Italiano |
Português |
Tiếng Việt |
Türkçe |
Русский |
ไทย |
日本語 |
한국어 |
中文 (简体) |
中文 (繁體)

Privacy
|
Site Terms
|
Cookie Preferences
|
© 2022, Amazon Web Services, Inc. or its affiliates. All rights reserved.