# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.
                Plaintiff,

v.
                                            Case No.: 1:18−cv−08175
                                            Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 6, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status and motion hearings held on 7/6/2023. Defendant's motion to compel [653] is granted in part. The defendants are given an additional 3 hours for the Rule 30(b)(1) and 30(b)(6) depositions of Dr. Overton. Dr. Overton is to appear on a date to be agreed upon by the parties that may not be later than 7/31/2023. Motions for leave to file briefs [655] [658] under seal are denied for the reasons stated on the record. Jury trial of approximately two weeks (with specific time limits to be set later) is set for 4/4/2024 at 9:15 a.m. Pretrial conference is set for 3/21/2024 at 1:30 p.m. Final Pretrial Order is due 2/26/2024. A telephonic status hearing is set for 9/8/2023 at 8:45 a.m. The parties are directed to file a joint status report on 9/1/2023. The following call−in number will be used for the hearing: 888−684−8852; access code 746−1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.