IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**PLAINTIFF KOVE IO, INC.'S RENEWED MOTION FOR LEAVE TO FILE KOVE'S OPPOSITION TO AMAZON'S MOTION TO COMPEL ADDITIONAL TIME TO DEPOSE JOHN K. OVERTON AND EXHIBITS UNDER SEAL**

On June 29, 2023, Plaintiff Kove IO, Inc. ("Kove") moved for leave to file under seal its Opposition to Amazon's Motion to Compel Additional Time to Depose John K. Overton, as well as Exhibits 1-5 to its Opposition. Dkt. 658. During the telephonic status hearing on July 6, 2023, the Court denied Kove's motion to seal as overbroad. Dkt. 663. Kove now seeks to renew its motion to file under seal its Opposition to Amazon's Motion to Compel Additional Time to Depose John K. Overton, as well as Exhibits 2 and 3 to its Opposition. Each renewed request now incorporates narrowly tailored redactions that specifically target information that is either designated as Highly Confidential pursuant to this Court's Protective Order, or otherwise discusses or relates to information designated as Confidential or Highly Confidential pursuant to this Court's Protective Order. Specifically, Kove, at AWS's request, seeks to redact portions of Exhibit 2 that contain references to AWS confidential business information and trade secrets, public disclosure

of which may cause AWS competitive harm. Kove's Opposition Brief and Exhibit 3 contain references to Kove confidential financial information, public disclosure of which may cause Kove competitive harm, including but not limited to interfering with future business negotiations. The information sought to be redacted is only tangentially related to the merits of this case, and there is accordingly limited public interest in disclosure. Accordingly, Kove respectfully requests that the Court grant its Renewed Motion to Seal.

| | |
|---|---|
| Dated: July 17, 2023 | Respectfully submitted, |
| | */s/ Gina H. Cremona* |

| | |
|---|---|
| Khue V. Hoang *(pro hac vice)* <br> khoang@reichmanjorgensen.com <br> Jaime F. Cardenas-Navia *(pro hac vice)* <br> jcardenas-navia@reichmanjorgensen.com <br> REICHMAN JORGENSEN LEHMAN & FELDBERG LLP <br> 400 Madison Avenue, Suite 14D <br> New York, NY 10017 <br> Telephone: (212) 381-1965 <br> Facsimile: (650) 560-3501 | Renato Mariotti (State Bar No. 6323198) <br> renatto.mariotti@bclplaw.com <br> Holly H. Campbell (State Bar No. 6320395) <br> holly.campbell@bclplaw.com <br> BRYAN CAVE LEIGHTON PAISNER LLP <br> 161 North Clark Street, Suite 4300 <br> Chicago, IL 60601 <br> Telephone: (312) 602-5000 |
| Christine E. Lehman *(pro hac vice)* <br> clehman@reichmanjorgensen.com <br> Adam Adler *(pro hac vice)* <br> aadler@reichmanjorgensen.com <br> Philip Eklem *(pro hac vice)* <br> peklem@reichmanjorgensen.com <br> REICHMAN JORGENSEN LEHMAN & FELDBERG LLP <br> 1909 K Street, NW, Suite 800 <br> Washington, DC 20006 <br> Telephone: (202) 894-7310 <br> Facsimile: (650) 560-3501 | Courtland L. Reichman *(pro hac vice)* <br> creichman@reichmanjorgensen.com <br> Shawna L. Ballard *(pro hac vice)* <br> sballard@reichmanjorgensen.com <br> Gina H. Cremona *(pro hac vice)* <br> gcremona@reichmanjorgensen.com <br> Navid Bayar *(pro hac vice)* <br> nbayar@reichmanjorgensen.com <br> Savannah Carnes *(pro hac vice)* <br> scarnes@reichmanjorgensen.com <br> REICHMAN JORGENSEN LEHMAN & FELDBERG LLP <br> 100 Marine Parkway, Suite 300 <br> Redwood Shores, CA 94065 <br> Telephone: (650) 623-1401 <br> Facsimile: (650) 560-3501 |
| Taylor Mauze *(pro hac vice)* <br> tmauze@reichmanjorgensen.com <br> REICHMAN JORGENSEN LEHMAN & FELDBERG LLP <br> 7500 Rialto Blvd., Suite 1-250 <br> Austin, TX 78735 <br> Telephone: (650) 623-1401 <br> Facsimile: (650) 560-3501 | ***ATTORNEYS FOR PLAINTIFF KOVE IO, INC.*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Gina H. Cremona*
Gina H. Cremona