IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

### DECLARATION OF GINA H. CREMONA IN SUPPORT OF KOVE IO, INC.'S OPPOSITION TO AMAZON'S MOTION TO COMPEL ADDITIONAL TIME TO DEPOSE JOHN K. OVERTON

I, Gina H. Cremona, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the State of California, and I have been admitted to appear in this case *pro hac vice*. Unless otherwise stated, I have personal knowledge of the matters set forth herein and in the motion. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's Opposition to Amazon's Motion to Compel Additional Time to Depose John K. Overton.

3. Exhibit 1 is a true and correct copy of excerpted pages from the deposition of John Overton, PhD., taken on May 16, 2023.

4. Exhibit 2 is a true and correct copy of excerpted pages from the deposition of John Overton, PhD., taken on May 17, 2023.

5. Exibit 3 is a true and correct copy of a letter from A. Adler to J. Saltman and L. Phillips dated April 13, 2023 regarding 30(b)(6) deposition of Shiv Pal Singh.

6. Exhibit 4 is a true and correct copy of Kove's Objections and Responses to AWS's February 12, 2020 Notice of 30(b)(6) Deposition of Kove dated March 30, 2023.

7. Exhibit 5 is a true and correct copy of Kove's Amazon's 30(b)6) Deposition Notices dated February 12, 2020, August 20, 2020, October 6, 2020, May 20, 2021, and August 20, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 17, 2023        /s/ Gina H. Cremona
                                  Gina H. Cremona