# Exhibit 3
# (Filed Under Seal)



**REICHMAN JORGENSEN**
**LEHMAN & FELDBERG LLP**

Adam Adler
1909 K Street, NW Suite 800
Washington, DC 20006
(650) 623-1480
aadler@reichmanjorgensen.com

April 13, 2023

**By Email**

Jeffrey Saltman
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 20015
Jeffrey.Saltman@fischllp.com

Lisa Phillips
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 200015
Lisa.Phillips@fischllp.com

RE:     *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Dear Counsel,

We write regarding the 30(b)(6) deposition of Shiv Pal Singh, scheduled for Wednesday, April 19, 2023.

We understand that AWS has designated Mr. Singh to provide corporate testimony regarding S3 in connection with Topics 15, 16, 17, 27, 37-38 (for tracking metrics, etc.), and 54 (regarding metrics data). Note that Kove has withdrawn and is not seeking testimony on Topic 39.

Generally speaking, we understand these designations to encompass, for S3, non-infringing alternatives, technical metrics and telemetry data (relating to S3 as a whole and to the Relevant Features of S3) as well as the systems that house those metrics/data, information regarding how metrics and data are collected, and information regarding how those metrics are used.

We also understand that AWS has designated Mr. Singh to provide corporate testimony regarding various document issues relating to his designated topics, as set out in, e.g., Topics 42 and 70.

In addition to the parties' prior conference on these topics, and to assist AWS in sufficiently preparing its witness, Kove provides the following information regarding exemplary matters for examination:

- The information included and documents referenced in Mr. Singh's January 10, 2023 declaration.

- Metrics and telemetry data relating to the operation of S3, including metrics specific to relevant components, features, and functionalities (e.g., ██████████████ inodes, partitions, sharding), and including metrics relating to utilization and "TPS."

- Metrics and telemetry data relating to the design and development of S3 (e.g., testing metrics, metrics collected or monitored in a "gamma" environment, metrics collected through simulation).

- Metrics tracked or collected in connection with the initial deployment of the  ██

- Metrics and telemetry data that tracks customer usage or use patterns (e.g., whether and how AWS tracks "hot" keys, buckets, or data items, usage "spikes," or trends/variability in the size or number of objects stored (whether on a by-customer basis or in the aggregate).

- The metrics and telemetry data AWS uses to evaluate the speed, latency, throughput, scalability, and availability of S3, including those metrics AWS uses most frequently, and the reasons why AWS uses those particular metrics or data points.

- The differences, if any, in how metrics are tracked in connection with AWS's internal use of S3, as compared to public usage of S3 or use of S3 by Amazon.com.

- AWS's policies and procedures for gathering metrics and telemetry data on S3.

- The process(es) used to identify metrics for evaluating speed, latency, throughput, scalability, and availability of S3.

- How metrics information is tracked, parsed, and gathered.

- Where and how metrics and telemetry data for S3 are stored, including any platforms, databases, repositories, or storage solutions, and how such data may be accessed, searched, and/or filtered, including the generation of reports, graphs, tables, graphics, or other data points or data fields.

- Time period(s) over which S3 metrics and telemetry data have been collected, stored, organized, and/or analyzed, and procedures for maintaining and retiring such data, including any changes to these procedures.

- Facts relating to each of the S3-related non-infringing alternatives AWS has identified in its interrogatory responses, as well as facts relating to the alternatives identified on page 24 of Kove's Fourth Amended Response to AWS Interrogatory 7.

Mr. Singh should also be prepared to testify regarding the following exemplary documents:

- AMZ_KOVE_000091121
- AMZ_KOVE_000399737
- AMZ_KOVE_000403053
- AMZ_KOVE_000440227
- AMZ_KOVE_000380260
- AMZ_KOVE_000452526
- AMZ_KOVE_000528295
- AMZ_KOVE_000483319
- AMZ_KOVE_000226532
- AMZ_KOVE_000012900
- AWS's response to Interrogatory Nos. 14 and 22 relating to S3, including cited documents
- The metrics identified in the parties' written correspondence and requested in Kove's RFPs

Finally, Kove notes that Mr. Singh should be prepared to discuss the designated topics (including the exemplary issues identified above) from 2006 through 2020.

Kove understands that Mr. Singh is not designated to testify regarding how metrics are used to estimate or determine the costs associated with the accused products, and that AWS has agreed to designate another witness (Ariel Szafir) to testify as to that issues.

The issues and documents identified above are exemplary only. They do not, and should not be interpreted to, limit the scope of Kove's examination. Please ensure that your witness is reasonably prepared to provide testimony as to the issues and documents identified.

We understand Mr. Singh will testify from Seattle, Washington, and will plan to begin the deposition at 8:00 AM PT.

Best Regards,

Adam Adler