

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Taylor Mauze

Firm   Reichman Jorgensen Lehman & Feldberg LLP

Street Address   901 S. Mopac Expressway, Bldg. 1, Suite 300

City/State/Zip Code   Austin, TX 78746

Phone Number   (650) 623-1401

Email address   tmauze@reichmanjorgensen.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:18-cv-08175 | Kove IO, Inc. v. Amazon Web Services | Matthew F. Kennelly |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Taylor Mauze                               08/18/2023

**Signature of Attorney**                     **Date**

Rev. 01272016