**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kove IO, Inc.
                             Plaintiff,

v.                                                Case No.: 1:18−cv−08175
                                                            Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 24, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court once again got the previously−set trial date wrong in its docket entry, for which it apologizes. The approximately two−week jury trial in this case is set for **Monday, April 1, 2024 at 9:15 AM**. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.