**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KOVE IO, INC.,

Plaintiff,

v.

AMAZON WEB SERVICES, INC.,

Defendant.

Civil Action No. 1:18-cv-08175

Judge Matthew F. Kennelly

Jury Trial Demanded

# JOINT STATUS REPORT

Pursuant to the Court's July 7, 2023 Minute Entry (Dkt. 663), Plaintiff Kove IO, Inc. ("Kove") and Defendant Amazon Web Services, Inc. ("Amazon") (collectively, the "Parties") submit this joint status report.

## I. Expert Discovery

Expert depositions are scheduled and ongoing. Due to scheduling issues impacting both Parties, they have agreed to conduct the deposition of Dr. Michael Goodrich, one of Kove's expert witnesses, on September 9 and 11, just after the September 8 expert discovery deadline. The timing of this deposition will not affect any of the remaining case deadlines.

## II. Summary Judgment and *Daubert* Motions

The Parties have agreed that, because Amazon will be addressing claim construction in connection with its motion for summary judgment and expects to seek summary judgment on infringement, willfulness, and invalidity, its motion will be more comprehensive and will be filed first. Dkt. 582. *See also*, Dkt. 579 (denying Amazon's motion for additional claim construction "without prejudice to the presentation of the claim construction arguments during briefing on

summary judgment."). Given the complexity of the case, the need to address claim construction as well as summary judgment, and the anticipated number of motions, the Parties also propose an extended page limit for memorandums in support, oppositions, and replies. The below table shows the previously-ordered dates for each round of briefing (*see* Dkt. 582), along with the proposed extended page limits.

| Due Date | Summary Judgment Motions | Proposed Total Page Limits |
|---|---|---|
| Sept. 29, 2023 | Amazon's Summary Judgment Motion and Memorandum in Support | 40 pages |
| Nov. 3, 2023 | Kove's Response and Cross−motion for Summary Judgment | 80 pages |
| Nov. 29, 2023 | Amazon's Reply and Response to Cross−motion for Summary Judgment | 60 pages |
| Dec. 20, 2023 | Kove's Reply on its Cross−motion for Summary Judgment | 20 pages |

**LR 56.1(d)(5) Statements of Facts:** The Parties also propose extensions to the corresponding statements of facts under LR 56.1(d)(5). Amazon has stated it expects to move for summary judgment on issues of infringement, invalidity, and willfulness. With three patents and 17 asserted patent claims at issue, the Parties respectfully request an enlargement of the paragraph number limits under LR 56.1(d)(5) to 100 numbered paragraphs for the movant. The parties disagree on the number limits for the opposing party. **Amazon proposes**: 50 numbered paragraphs for the opposing party. **Kove proposes:** 80 numbered paragraphs for the opposing party.

***Daubert* Motions.** The Court has not set a date for *Daubert* challenges or motions to strike relating to expert testimony. The Parties seek the Court's guidance on when it would like such briefing completed, and will propose a briefing schedule to meet that deadline.

## III. Sealing Procedures

Given the Court's comments on sealed information at the last status conference, the Parties propose the following procedure for sealing confidential information going forward.

- A Motion to Seal information designated confidential by either party shall be filed concurrently with the briefing containing the confidential information.
- For information deemed confidential by the filing Party, that Party shall provide redactions and a declaration supporting such redactions.
- For information designated confidential by the non-filing Party, the filing Party shall initially seal such information in its entirety, and the non-filing Party shall provide a redacted version and supporting declaration within four (4) business days of the initially sealed filing.

This process accounts for the likelihood that a filing Party may need to rely on the non-filing Party's designated confidential information but does not have sufficient knowledge of what should and should not be redacted. The foregoing allows each party to provide timely and accurate information regarding what should be sealed from the public.

## IV. Pretrial Conference and Motions *in Limine*

At the July 6, 2023 status hearing, the Court set a trial date of April 1, 2024, Final Pretrial Conference date of March 21, 2024, and Final Pretrial Order date of February 26, 2024. The Parties are discussing a detailed proposed schedule for pretrial exchanges to efficiently and effectively meet these deadlines, and will submit such a proposal ahead of the next status conference or as otherwise required by the Court.

## V. Mediation

The parties have agreed to private mediation in an effort to potentially resolve this case, and are now working towards identifying a mutually-agreeable mediator.

Dated: September 1, 2023

Respectfully Submitted,

KOVE IO, INC.

By: /s/ Khue V. Hoang

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5037

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (*pro hac vice*)
sballard@reichmanjorgensen.com
Gina H. Cremona (*pro hac vice*)
gcremona@reichmanjorgensen.com
Navid Bayar (*pro hac vice*)
nbayar@reichmanjorgensen.com
Savannah Carnes (*pro hac vice*)
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &

AMAZON WEB SERVICES, INC.

By: /s/ R. William Sigler

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Ave NW, Suite 400
Washington, D.C. 20015
Telephone: (202) 362-3500

*Attorneys for Defendant Amazon Web Services, Inc.*

FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310

Taylor Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
Telephone: (650) 623-1401

***ATTORNEYS FOR PLAINTIFF***
***KOVE IO, INC.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing was filed on September 1, 2023, with the Clerk of the Court and thereby served upon all counsel of record.

*/s/ R. William Sigler*
R. William Sigler