UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Kove IO, Inc.
                      Plaintiff,

v.                                          Case No.: 1:18−cv−08175
                                                          Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, September 2, 2023:

       MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report, which discusses summary judgment briefing, Daubert motions, and settlement. The Court considers the proposed summary judgment extended page limitations to be excessive (100 pages total per side). The Court will approve the proposal, however, but only with this limitation: if a party's position supporting or opposing summary judgment includes a contention under Daubert, Federal Rule of Evidence 702, or otherwise that the expert testimony disclosed and/or offered by the opposing party should not be considered, then the arguments on this (as well as the opposing party's counterarguments) must be included in the summary judgment briefing, within the page limits the parties have proposed (40/80/60/20). Regarding Rule 56.1 statements of fact, the moving party is limited to 100, and the opposing party is limited to 65. The Court approves the parties' proposal regarding requests to file material under seal. The telephonic status hearing set for 8:45 AM on 9/8/2023 is vacated and reset to 8:40 AM on that date, using call−in number 888−684−8852. The Court is keeping the status hearing on the calendar only in the event that the parties have questions regarding the rulings contained in this order. If they do not, they should jointly communicate this to the courtroom deputy clerk by 12:00 noon on 9/7/2023, and in that event the Court will vacate the status hearing. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.