IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

### PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE TO FILE MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE AND EXHIBITS UNDER SEAL

Plaintiff Kove IO, Inc. ("Kove") hereby moves for leave to file under seal its Motion for Sanctions for Spoliation of Evidence, as well as Exhibits A–UU to its Motion. The documents sought to be filed under seal contain no Kove confidential information, but may contain confidential information belonging to Amazon Web Services, Inc. ("AWS"). In accordance with the sealing procedure the Court ordered on September 2, 2023 (Dkt. 676; *see* Dkt. 675 at 3), Kove files its entire submission under seal so that AWS may provide a redacted version and supporting declaration within four business days. Accordingly, Kove respectfully requests that the Court grant its Motion to Seal.

| | |
|---|---|
| Dated: September 8, 2023 | Respectfully submitted,<br><br>*/s/ Courtland L. Reichman*<br> Courtland L. Reichman |
| Khue V. Hoang *(pro hac vice)*<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia *(pro hac vice)*<br>jcardenas-navia@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>400 Madison Avenue, Suite 14D<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>Facsimile: (650) 560-3501 | Renato Mariotti (State Bar No. 6323198)<br>renatto.mariotti@bclplaw.com<br>Holly H. Campbell (State Bar No. 6320395)<br>holly.campbell@bclplaw.com<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>161 North Clark Street, Suite 4300<br>Chicago, IL 60601<br>Telephone: (312) 602-5000 |
| Christine E. Lehman (*pro hac vice*)<br>clehman@reichmanjorgensen.com<br>Adam Adler (*pro hac vice*)<br>aadler@reichmanjorgensen.com<br>Philip Eklem (*pro hac vice*)<br>peklem@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>1909 K Street, NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 894-7310<br>Facsimile: (650) 560-3501 | Courtland L. Reichman *(pro hac vice)*<br>creichman@reichmanjorgensen.com<br>Shawna L. Ballard *(pro hac vice)*<br>sballard@reichmanjorgensen.com<br>Navid Bayar *(pro hac vice)*<br>nbayar@reichmanjorgensen.com<br>Savannah Carnes *(pro hac vice)*<br>scarnes@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Facsimile: (650) 560-3501 |
| Taylor Mauze (*pro hac vice*)<br>tmauze@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>901 S. Mopac Expressway, Building 1, Suite 300<br>Austin, TX 78746<br>Telephone: (650) 623-1401<br>Facsimile: (650) 560-3501 | ***ATTORNEYS FOR PLAINTIFF KOVE IO, INC.*** |

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 8th day of September, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                */s/ Courtland L. Reichman*
                Courtland L. Reichman