**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kove IO, Inc.
         Plaintiff,

v.                Case No.: 1:18−cv−08175
                Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, September 9, 2023:

  MINUTE entry before the Honorable Matthew F. Kennelly: Motion for leave to file motion for sanctions under seal [678] is provisionally granted pursuant to the procedure proposed by the parties in their 9/1/2023 status report (dkt. 675). The Court sets the matter for a telephonic hearing on 9/13/2023 at 8:50 AM, using call−in number 888−684−8852, access code 746−1053. The Court needs to know more about how the motion for sanctions interrelates with the anticipated dispositive motions in this case. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.