IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

**AMAZON'S MOTION TO SEAL KOVE'S MOTION FOR SANCTIONS
FOR SPOLIATION OF EVIDENCE AND CERTAIN MATERIALS IN SUPPORT**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Defendant Amazon Web Services, Inc. ("Amazon") respectfully requests the Court enter an order to seal Kove IO, Inc.'s Motion for Sanctions for Spoliation of Evidence ("Kove's Motion") and certain of the materials submitted in support, specifically, the Declaration of Dr. Michael T. Goodrich (Dkt. 679-1), and Exhibits A, B, C, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Z, AA, BB, CC, DD, EE, FF, GG, HH, II, JJ, KK, LL, NN, OO, PP, QQ, RR, TT, and UU, (collectively, "Supporting Materials"),[1] which contain proprietary information that Amazon has designated as Highly Confidential. Amazon seeks leave to file Kove's

---

[1] As Kove has agreed to withdraw Exs. MM and SS, Amazon hasn't filed public versions of those documents. *See* L. Phillips Dec., ¶3. The remaining exhibits to Kove's Motion and the Declaration of Savannah Carnes in Support (Dkt. 679-2) don't contain Amazon confidential information and have been refiled publicly.

1

Motion and Supporting Materials under seal due to the confidential nature of the information discussed therein. In support of this Motion, Amazon states as follows:

1. On July 10, 2019, the Court entered the parties' agreed Protective Order. (Dkt. 55) Pursuant to the terms of the Protective Order, Amazon has designated information discussing the content of specific metrics Amazon collects relating to the performance of its S3 and DynamoDB products (and Amazon's analysis of them), the identification of the specific subcomponents of the S3 and DynamoDB systems, the identification of other proprietary systems used within Amazon to collect and store metrics, information explaining how the S3 and DynamoDB systems work, sensitive Amazon financial information, and Amazon witness testimony and confidential internal explanatory documentation relating to each of these categories, as Highly Confidential.

2. Amazon has provided narrowly tailored redactions that specifically target information that is either designated as Highly Confidential pursuant to this Court's Protective Order, or otherwise discusses or relates to information designated as Confidential or Highly Confidential pursuant to this Court's Protective Order. Amazon's limited redactions protect its confidential information while still providing the public with information relating to the proceeding. Public disclosure of the information within any of the categories listed above would cause Amazon competitive harm.

3. Pursuant to the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Amazon files this motion, along with redacted versions of Kove's Motion and Supporting Materials, and the supporting declaration of Lisa Phillips within four business days of September 8, 2023.

For the foregoing reasons, Amazon respectfully requests that the Court enter an order permitting Kove's Motion and Supporting Materials to be filed under seal.

Dated: September 14, 2023             Respectfully submitted,

*/s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 14, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, *via* the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

                                                */s/ R. William Sigler*
                                                R. William Sigler