# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly |

_____

**DECLARATION OF LISA PHILLIPS IN SUPPORT OF
AMAZON'S MOTION TO SEAL KOVE'S MOTION FOR SANCTIONS
FOR SPOLIATION OF EVIDENCE AND CERTAIN MATERIALS IN SUPPORT**
_____

I, Lisa Phillips, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("Amazon") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Pennsylvania and District of Columbia, and am admitted pro hac vice in this action. And if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of Amazon's Motion to Seal Kove's Motion for Sanctions for Spoliation of Evidence ("Kove's Motion") and Certain Materials in Support. Dkt. 675, at 3 (proposing sealing procedures for filing materials containing confidential information). *See also*, Dkt. 676 (approving proposal).

2. Kove's Motion and certain of the materials filed in support of the motion contain Amazon confidential information. Amazon has prepared public versions of Kove's Motion (Dkt.

679), Michael Goodrich's Declaration in Support of Kove's Motion (Dkt. 679-1), and many of the supporting exhibits.

3. In an email exchange on September 14, 2023, Kove agreed to withdraw Exs. MM and SS to Kove's Motion. So, Amazon hasn't provided public versions of those two exhibits. Savannah Carnes's Declaration in Support of Kove's Motion (Dkt. 679-2) and Exhibits D, E, M, and Y don't contain any Amazon confidential information and have been filed on the public docket.

4. The redactions are as narrowly tailored as possible to protect Amazon's confidential information while providing the public with information relating to the proceeding. The redacted information includes: the content of specific metrics Amazon collects relating to the performance of its S3 and DynamoDB products (and Amazon's analysis of them), the identification of the specific subcomponents of the S3 and DynamoDB systems, the identification of other proprietary systems used within Amazon to collect and store metrics, and information explaining how the S3 and DynamoDB systems work (including quotations from Amazon witness testimony and confidential internal explanatory documentation). Public disclosure of the information within any of the categories listed above would cause Amazon competitive harm. I explain the confidential nature of each of these categories of information below.

5. Exhibit A should be sealed in its entirety. The exhibit details the content of specific metrics Amazon collects relating to the performance of its S3 and DynamoDB products (and Amazon's analysis of them), identifies the specific subcomponents of the S3 and DynamoDB systems, and information explaining how the S3 and DynamoDB systems work.

6. Exhibit F should be sealed in its entirety. The exhibit details the specific subcomponents of the S3 and DynamoDB systems and information explaining how the S3 and DynamoDB systems work.

7. Many of the redactions remove the identification of specific metrics Amazon collects relating to the performance of its S3 and DynamoDB products, and details and analysis relating to them. These metrics (and Amazon's analysis of them) are confidential given that they could be used to identify the specific subcomponents of the S3 and DynamoDB systems and how each subcomponent is used. It would also assist someone to gain access to Amazon's proprietary system. Information within this category of information has been redacted from at least Kove's Motion, Michael Goodrich's Declaration in Support of Kove's Motion (Dkt. 679-1), and from Exhibits B, C, J, K, O, P, Q, R, S, U, V, Z, AA, BB, CC, DD, EE, FF, GG, HH, II, JJ, LL, NN, OO, PP, QQ, TT, and UU.

8. The identification of the specific subcomponents of the S3 and DynamoDB systems has also been redacted from the public versions. Amazon doesn't publicly disclose specific information identifying the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access Amazon's systems or by competitors to learn about Amazon's proprietary technology. Information within this category of information has been redacted from at least Kove's Motion, Exhibits B, C, G, H, I, L, O, P, S, W, Z, GG, PP, QQ, RR, and UU.

9. Likewise, the identification of other proprietary systems used within Amazon to collect and store metrics for the accused services aren't publicly disclosed either. This information could be used to attempt to access Amazon's systems. Information within this category of information has been redacted from at least Exhibits B, C, R, S, T, U, X, Z, GG, and OO.

10. Information explaining how the S3 and DynamoDB systems work is also confidential to Amazon. This information could be used by competitors to learn about Amazon's proprietary technology. Information within this category of information has been redacted from at least Exhibits C, L, N, W, QQ, and UU.

11. Detailed financial information relating to Amazon's accounting practices, systems used by the Finance Team, cost analysis, pricing strategies, and information relating to yearly financial planning is also confidential to Amazon. This information could be used to attempt to access Amazon's systems or by competitors to learn about Amazon's proprietary financial information. Information within this category of information has been redacted from at least Exhibits L, Q, R, V, W, X, Z, and KK.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2023.

*/s/ Lisa Phillips*
Lisa Phillips
