**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | |
| v. | Hon. Matthew F. Kennelly |
| Amazon Web Services, Inc., | Jury Trial Demanded |
| Defendant. | |

**DECLARATION OF DR. MICHAEL T. GOODRICH**

I, Michael T. Goodrich, hereby declare as follows:

1.     I have been asked by Patent Owner Kove IO, Inc. ("Kove") to offer my expert opinions in the above-captioned matter. I submit this declaration in support of Kove's Motion for Sanctions for Spoliation of Evidence ("Spoliation Motion").

## I.     BACKGROUND AND QUALIFICATIONS

2.     My complete qualifications and professional experiences are described in my curriculum vitae, which is attached as Exhibit 1 to this declaration. Exhibit 1 also includes a list of my publications.

3.     The following is a brief summary of my qualifications and professional experiences that are relevant to this matter. My expertise qualifies me to do the type of analysis required in this case in the field of computer science, including algorithms, data structures, distributed computing, databases, and high-performance computing.

4.     I received my Doctor of Philosophy (Ph.D.) degree in Computer Science from Purdue University (West Lafayette, Indiana) in 1987. I also earned a Master's Degree in Computer Science from Purdue University 1985, as well as a Bachelor's Degree in Mathematics and Computer Science in 1983 from Calvin University (Grand Rapids, Michigan).

5.     I am currently a Distinguished Professor in the Department of Computer Science at the University of California in Irvine ("UC Irvine"), where I have held several professorial positions since joining the faculty in 2001. For example, I joined UC Irvine as a full Professor in 2001 and was awarded the title of Chancellor's Professor in 2007 and Distinguished professor in 2019. The Distinguished Professor title is a campus-level distinction and is reserved for above scale senate faculty who have achieved the highest levels of scholarship over the course of their careers. Distinguished Professors will typically have earned national and international level

distinctions and honors of the highest level.[1]   I was also the Associate Dean for Faculty Development of the Bren School of Information and Computer Science from 2006 to 2012, as well as the chair of the Department of Computer Science from 2012 to 2013.

6.      Prior to joining the faculty of UC Irvine, I was a Professor of Computer Science at Johns Hopkins University from 1996 to 2002.  In 2000 I held the position of Visiting Professor of Computer Science at Brown University.  I was also an Associate Professor of Computer Science at Johns Hopkins from 1992 to 1996.  In 1994 I held the position of Visiting Associate Professor of Computer Science at the University of Illinois, Urbana-Champaign.  Prior to being an Associate Professor, I was an Assistant Professor of Computer Science at Johns Hopkins from 1987 to 1992.

7.      I am the recipient of prizes, honors, and awards for my academic achievements and contributions, which are listed Exhibit 1.  For example, in 2019 I was named a Distinguished Professor by UC Irvine for achieving "the highest levels of scholarship" over the course of a career and having "earned national and international level distinctions and honors of the highest level."  For example, I have been elected as a foreign member of the Royal Danish Academy of Sciences and Letters.  In 2014, I received the ICS Dean's Award for Research "for contributions in the area of parallel and distributed algorithms."   In 2009, I became a Fellow of both the Institute of Electrical and Electronics Engineers (IEEE) and of the Association for Computing Machinery (ACM) "for contributions to parallel and distributed algorithms for combinatorial and geometric problems" and "contributions to data structures and algorithms for combinatorial and geometric problems," respectively.  In 2007 I was named as Chancellor's Professor by UC Irvine for having "demonstrated unusual academic merit" and "continued promise for scholarly achievement [that] is unusually high."

---

[1] *See, e.g.*, https://ap.uci.edu/titles-of-distinction/distinguished-professor/.

8.    I am a co-inventor of four U.S. patents in the areas of information assurance, distributed computing, Internet searching, and geometric modeling (e.g., for animation and video production), including U.S. Patent 7,257,711, titled "Efficient Authenticated Dictionaries with Skip Lists and Commutative Hashing," U.S. Patent No. 7,299,219, titled "High Refresh-Rate Retrieval of Freshly Published Content using Distributed Crawling," U.S. Patent No. 8,681,145, titled "Attribute Transfer Between Computer Models Including Identifying Isomorphic Regions in Polygonal Meshes," and U.S. Patent No. 9,152,716, titled "Techniques for Verifying Search Results Over a Distributed Collection."

9.    I have authored or contributed to numerous works that have been published and widely cited.  For example, I am the co-author of 15 books and monographs on the subjects of data structures, algorithms, and their design.  I have also authored or co-authored 12 book chapters in areas ranging from distributed computing, to geometric and peer-to-peer data structures, to algorithms for searching, sorting, and selecting.  I have also authored or coauthored over 350 peer-reviewed publications, including journal papers and peer-reviewed conference papers, in the areas of computer science, including algorithms, data structures, distributed computing, databases, and high-performance computing.  Exhibit 1 includes a list of books, chapters, papers, and other publications to which I have published as an author or co-author.  For example, I have coauthored several books concerning algorithms, data structures, and computer security, including *Algorithm Design and Applications*, published by Wiley, and *Introduction to Computer Security*, published by Pearson.  Some of these books have been translated into Chinese, Greek, Portuguese, and Spanish.

10. According to Google Scholar, works that I have authored or co-authored have been cited over 17,000 times. I also have an "H-index" (top H publications with at least H citations) of 73 and an i10-index (number of publications with at least 10 citations) of over 200.

11. I have over 35 years of experience in computer science, including the topics of algorithm design, data structures, networking, mobile devices, computer security, caching and mass storage optimization, parallel and distributed computing, and high-performance computing. For example, I was a co-principal investigator ("co-PI") on a $1.6M grant awarded in 1997 from the National Science Foundation on a networked computing environment for the manipulation and visualization of geometric data, I was co-PI on a $500K grant awarded in 2008 from the Office of Naval Research on scalable methods for the analysis of network-based data, and I was PI on a $500K grant awarded in 2010 from the National Science Foundation on trustworthy interactions in cloud computing. In addition, publications dealing with networking and/or caching and mass storage optimization include (using the numbering in my CV) journal articles J-26, J-38, J-56, J-61, J-62, J-78, J-83, and peer-reviewed conference publications C-33, C-41, C-49, C-101, C-105, C-126, C-133, C-138, C-151, C-156, C-172, C-176, C-181, and C-187. For instance, in my journal article J-56, my coauthors and I study methods for partitioning data into push and pull regions so as to optimize communication costs between a server and several clients. In my capacity as a Distinguished Professor at University of California, Irvine, my responsibilities include teaching undergraduate and graduate students, performing research in computer science, mentoring PhD students and postdoctoral fellows, and serving on various university committees.

12. I have taught undergraduate and graduate courses concerning algorithms, data structures, software design, networking, and computer security, beginning with my work as a graduate student at Purdue in 1983 and continuing as a professor at Johns Hopkins and University

of California, Irvine.  In addition, I have taught courses on algorithms and Internet technologies during sabbaticals at the University of Illinois and Brown University, respectively.  I supervise a research team that has, over the years, comprised 25 PhD students and 9 postdoctoral fellows.

## II.    IMPACT OF THE MISSING DATA TO MY ANALYSIS.

13.    I have evaluated the technical benefits of Kove's inventions with respect to Amazon S3 and Amazon DynamoDB (the Accused Products) from 2012-2020, and provided my opinions regarding how and to what extent Kove's inventions improved the performance of the Accused Products.  I submitted a report with respect to such opinions, and the evidence supporting them, on July 3, 2023.

14.    I understand that AWS maintains a system for collecting, tracking, and reviewing performance metrics for the Accused Products, including metrics relating to their speed, availability, throughput, and scalability.

15.    As discussed in my July 3rd Report, AWS's performance metrics are evidence of the technical benefits of Kove's inventions.  For example, some of the metrics indicate how much or how frequently AWS relies on the accused components.  As another example, some of the metrics allow comparison between the performance of the accused products with the accused components against the performance of the products without the accused components.  I have experience reviewing performance metrics of this kind when evaluating the performance or benefits of products, features, or components.

16.    Counsel has informed me that AWS failed to preserve certain performance metrics, and that, as a result, such metrics were only available for, at most, ███████ prior to the time they were pulled.  This is consistent with my review of the metrics data I was provided, which confirms that most of the data AWS has produced only show data from ████ onwards.  I have reviewed the

spreadsheet submitted as Exhibit A and confirm that it identifies some of the performance metrics for which data is missing.

17.    The loss of data prevented me from reviewing the missing data or otherwise incorporating it into my analysis. I would have considered the missing data referenced in Exhibit A for purposes of forming my opinions in this matter if that data had been available to me.

18.    The relevant analysis in my report regarding the technical benefits of Kove's patents to AWS, S3, and DynamoDB was based on the performance metrics data provided to me, which, as I noted, was primarily for ███████. To compensate for the data that I understand to have been destroyed, I used the data that was produced to estimate the data going back in time. This process is referred to as extrapolation.

19.    If AWS had preserved its metrics, I would have had years of additional data, which would have reduced the size of the extrapolation period.

20.    AWS's expert, Dr. Grama, criticized certain of my estimates and extrapolations relating to the destroyed data. *See, e.g.,* Ex. UU, Grama Report ¶¶ 441, 445. Had such data not been lost and instead been provided to me, I would have been able to utilize them, and Dr. Grama would not have been able to criticize my extrapolations for the missing time periods.

21.    I declare under penalty of perjury under the laws of New York and the United States of America that the above facts are true and correct.

Executed on September 8, 2023, in New York, New York.



_____

Dr. Michael T. Goodrich

# Exhibit 1

# CURRICULUM VITAE
## Michael T. Goodrich

Dept. of Computer Science
Bren School of Info. & Computer Sciences
University of California, Irvine
Irvine, CA 92697-3435

E-mail: goodrich (at) acm.org
http://www.ics.uci.edu/~goodrich/
Office Phone: (949)824-9366

**CITIZENSHIP:** U.S.A.

## EDUCATION

| | | |
|---|---|---|
| Ph.D. | 1987 | *Efficient Parallel Techniques for Computational Geometry* Computer Science, Purdue Univ. (M.J. Atallah, advisor) |
| M.S. | 1985 | Computer Science, Purdue Univ. |
| B.A. | 1983 | Mathematics and Computer Science, Calvin Univ. |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| July '19 to present | Distinguished Professor, Dept. of Computer Science Univ. of California, Irvine |
| April '07 to June '19 | Chancellor's Professor, Dept. of Computer Science Univ. of California, Irvine |
| July '12 to June '13 | Chair, Dept. of Computer Science Univ. of California, Irvine |
| October '06 to June '12 | Assoc. Dean for Faculty Dev., Bren School of Info. and Comp. Sci. Univ. of California, Irvine |
| July '01 to March '07 | Professor, Dept. of Computer Science Univ. of California, Irvine |
| Fall '00 | Visiting Professor of Computer Science Brown Univ. |
| July '96 to June '02 | Professor of Computer Science (on leave, from July '01) Johns Hopkins Univ. |
| July '92 to June '96 | Associate Professor of Computer Science Johns Hopkins Univ. |
| Spring '94 | Visiting Associate Professor of Computer Science Univ. of Illinois, Urbana-Champaign |
| July '87 to June '92 | Assistant Professor of Computer Science Johns Hopkins Univ. |

## RESEARCH INTERESTS

Algorithm and data structure design
Parallel and distributed computing
Information assurance, privacy, and security
Principles of database, machine learning, computer vision, and typesetting systems
Information visualization, computer graphics, and computational geometry

## PRIZES, HONORS, AND AWARDS

- *Compere Loveless Fellowship in Computer Sciences*, Purdue Univ., 1985
- *Research Initiation Award*, National Science Foundation, 1988
- *Oraculum Award for Excellence in Teaching*, Johns Hopkins 1993, 1994, 1995
- *ACM Recognition of Service Award*, 1996
- *Robert B. Pond, Sr. Award for Excellence in Undergraduate Teaching*, Johns Hopkins, 1998
- *Elected Senior Member*, the Institute of Electrical and Electronics Engineers (IEEE), 1999

- *Spirit of Technology Transition Award*, DARPA Dynamic Coalitions Program, 2002
- *Brown Univ. Award for Technological Innovation* (with R. Tamassia, N. Triandopoulos, D. Yao, and D. Ellis), 2006
- *ACM Distinguished Scientist*, 2006
- *2006 IEEE Computer Society Technical Achievement Award*, "for outstanding contributions to the design of parallel and distributed algorithms for fundamental combinatorial and geometric problems"
- *Fulbright Scholar*, 2007, for senior specialist service to University of Aarhus, Denmark
- *Fellow of the San Diego Supercomputer Center*, 2007
- *Fellow of the American Association for the Advancement of Science (AAAS)*, "for distinguished contributions to parallel and distributed algorithms for combinatorial and geometric problems, and excellence in teaching, academic and professional service, and textbook writing," 2007
- *Named as Chancellor's Professor*, for "demonstrated unusual academic merit and whose continued promise for scholarly achievement is unusually high," Univ. of California, Irvine, 2007
- *Fellow of the Institute of Electrical and Electronics Engineers (IEEE)*, "for contributions to parallel and distributed algorithms for combinatorial and geometric problems," 2009
- *Fellow of the ACM*, "for contributions to data structures and algorithms for combinatorial and geometric problems," 2009
- *ICS Dean's Award for Research*, "for contributions in the area of parallel and distributed algorithms," 2014
- *Chancellor's Award for Excellence in Fostering Undergraduate Research*, Univ. of California, Irvine, 2016
- *Faculty Mentor of the Month*, Undergraduate Research Opportunities Program (UROP), Univ. of California, Irvine, April 2016
- *Elected as a foreign member*, Royal Danish Academy of Sciences and Letters, April 2018
- *Named as Distinguished Professor*, for achieving "the highest levels of scholarship" over the course of a career and having "earned national and international level distinctions and honors of the highest level," Univ. of California, Irvine, 2019

## PUBLICATIONS

**Google Scholar Citation Statistics:**

- Total citations: over 17,000
- H-index (top H publications with at least H citations): 73

**Patents and Patent Applications:**

P-1. G. Ateniese, B. de Medeiros, and M.T. Goodrich, "Intermediated Delivery Scheme for Asymmetric Fair Exchange of Electronic Items," U.S. Patent Application US 2004/0073790 A1, April 15, 2004.

P-2. M.T. Goodrich and R. Tamassia, "Efficient Authenticated Dictionaries with Skip Lists and Commutative Hashing," U.S. Patent 7,257,711, August 14, 2007.

P-3. J.W. Green, J.L. Schultz, Y. Amir, and M.T. Goodrich, "High Refresh-Rate Retrieval of Freshly Published Content using Distributed Crawling," U.S. Patent 7,299,219, November 20, 2007.

P-4. R. Tamassia, M.T. Goodrich, N. Triandopoulos, and C. Papamanthou, "Authentication for Operations over an Outsourced File System Stored by an Untrusted Unit," International Patent Application PCT/US2007/024642, WO 2008/147400, filed November 20, 2007, published December 4, 2008.

P-5. R. Tamstorf, M.T. Goodrich, D. Eppstein, "Attribute Transfer Between Computer Models Including Identifying Isomorphic Regions in Polygonal Meshes," U.S. Patent 8,681,145, March 25, 2014. (also Application US 2010/0238166 A1, September 23, 2010).

P-6. N. Triandopoulos, M.T. Goodrich, D. Nguyen, O. Ohrimenko, C. Papamanthou, R. Tamassia, C.V. Lopes, "Techniques for Verifying Search Results Over a Distributed Collection," U.S. Patent, 9,152,716, October 6, 2015.

**Books and Monographs:**

B-1. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java*, John Wiley and Sons, Inc., 1998.

B-2. M.T. Goodrich and C.C. McGeoch, eds., *Algorithm Engineering and Experimentation*, Lecture Notes in Computer Science (LNCS), Vol. 1619, Springer-Verlag, 1999.

B-3. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java, Second Edition*, John Wiley and Sons, Inc., 2001.

B-4. M.T. Goodrich and R. Tamassia, *Algorithm Design: Foundations, Analysis, and Internet Examples*, John Wiley and Sons, Inc., 2002.

B-5. M.T. Goodrich and S.G. Kobourov, eds., *10th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science, Vol. 2528, Springer-Verlag, 2002.

B-6. M.T. Goodrich, R. Tamassia, and D. Mount, *Data Structures and Algorithms in C++*, John Wiley and Sons, Inc., 2004.

B-7. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java, Third Edition*, John Wiley and Sons, Inc., 2004.

B-8. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java, Fourth Edition*, John Wiley and Sons, Inc., 2006.

B-9. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java, Fifth Edition*, John Wiley and Sons, Inc., 2011.

B-10. M.T. Goodrich and R. Tamassia, *Introduction to Computer Security*, Addison-Wesley, Inc., 2011.

B-11. M.T. Goodrich, R. Tamassia, and D. Mount, *Data Structures and Algorithms in C++, Second Edition*, John Wiley and Sons, Inc., 2011.

B-12. M.T. Goodrich, R. Tamassia, and M. Goldwasser, *Data Structures and Algorithms in Python*, John Wiley and Sons, Inc., 2013.

B-13. M.T. Goodrich, R. Tamassia, and M. Goldwasser, *Data Structures and Algorithms in Java, Sixth Edition*, John Wiley and Sons, Inc., 2014.

B-14. M.T. Goodrich and R. Tamassia, *Algorithm Design and Applications*, Wiley, 2015.

B-15. M.T. Goodrich and R. Tamassia, *Algorithm Design and Applications*, interactive e-book, `www.zybooks.com/catalog/goodrich-algorithm-design-and-applications/`, zyBooks (a division of Wiley), 2022.

**Book Chapters:**

Ch-1. M.J. Atallah and M.T. Goodrich, "Deterministic Parallel Computational Geometry," in *Synthesis of Parallel Algorithms*, J.H. Reif, ed., Morgan Kaufmann, 497–536, 1993.

Ch-2. M.T. Goodrich, "The Grand Challenges of Geometric Computing," in *Developing a Computer Science Agenda for High-Performance Computing*, U. Vishkin, ed., ACM Press, 64–68, 1994.

Ch-3. M.T. Goodrich, "Parallel Algorithms in Geometry," *CRC Handbook of Discrete and Computational Geometry*, J.E. Goodman and J. O'Rourke, eds., CRC Press, Inc., 669–682, 1997.

Ch-4. M.T. Goodrich and K. Ramaiyer, "Geometric Data Structures," *Handbook of Computational Geometry*, J.-R. Sack and J. Urrutia, eds., Elsevier Science Publishing, 463–489, 2000.

Ch-5. M.T. Goodrich and R. Tamassia, "Simplified Analyses of Randomized Algorithms for Searching, Sorting, and Selection," *Handbook of Randomized Computing*, S. Rajasekaran, P.M. Pardalos, J.H. Reif, and J.D.P. Rolim, eds., Kluwer Academic Publishers, Vol. 1, 23–34, 2001.

Ch-6. M.T. Goodrich, "Parallel Algorithms in Geometry," *Handbook of Discrete and Computational Geometry, Second Edition*, J.E. Goodman and J. O'Rourke, eds., Chapman & Hall/CRC Press, Inc., 953–967, 2004. (Revised version of Ch-3.)

Ch-7. C. Duncan and M.T. Goodrich, "Approximate Geometric Query Structures," *Handbook of Data Structures and Applications*, Chapman & Hall/CRC Press, Inc., 26-1–26-17, 2005.

Ch-8. M.T. Goodrich, R. Tamassia, and L. Vismara, "Data Structures in JDSL," *Handbook of Data Structures and Applications*, Chapman & Hall/CRC Press, Inc., 43-1–43-22, 2005.

Ch-9. Y. Cho, L. Bao and M.T. Goodrich, "Secure Location-Based Access Control in WLAN Systems," *From Problem Toward Solution: Wireless and Sensor Networks Security*, Zhen Jiang and Yi Pan, eds., Nova Science Publishers, Inc., Chapter 17, 2007.

Ch-10. M.T. Goodrich and M.J. Nelson, "Distributed Peer-to-Peer Data Structures," *Handbook of Parallel Computing: Models, Algorithms and Applications*, R. Rajasekaran and J. Reif, eds., CRC Press, 17-1–17-17, 2008.

Ch-11. C.A. Duncan and M.T. Goodrich, "Planar Orthogonal and Polyline Drawing Algorithms," *Handbook of Graph Drawing and Visualization*, CRC Press, Inc., 223–246, 2013.

Ch-12. M.T. Goodrich, R. Tamassia, and L. Vismara, "Data Structures in JDSL," *Handbook of Data Structures and Applications*, 2nd edition, Chapman and Hall/CRC, Taylor & Francis, Inc., 43-1–43-22, 2018.

**Journal Papers:**

J-1. M.J. Atallah and M.T. Goodrich, "Efficient Parallel Solutions to Some Geometric Problems," *Journal of Parallel and Distributed Computing*, **3**(4), 1986, 492–507.

J-2. M.T. Goodrich, "Finding the Convex Hull of a Sorted Point Set in Parallel," *Information Processing Letters*, **26**, 1987, 173–179.

J-3. H. ElGindy and M.T. Goodrich, "Parallel Algorithms for Shortest Path Problems in Polygons," *The Visual Computer*, **3**(6), 1988, 371–378.

J-4. M.J. Atallah and M.T. Goodrich, "Parallel Algorithms For Some Functions of Two Convex Polygons," *Algorithmica*, **3**, 1988, 535–548.

J-5. M.J. Atallah, R. Cole, and M.T. Goodrich, "Cascading Divide-and-Conquer: A Technique for Designing Parallel Algorithms," *SIAM Journal on Computing*, **18**(3), 1989, 499–532.

J-6. M.T. Goodrich, "Triangulating a Polygon in Parallel," *Journal of Algorithms*, **10**, 1989, 327–351.

J-7. M.T. Goodrich and M.J. Atallah, "On Performing Robust Order Statistics in Tree-Structured Dictionary Machines," *Journal of Parallel and Distributed Computing*, **9**(1), 1990, 69–76.

J-8. M.T. Goodrich and J.S. Snoeyink, "Stabbing Parallel Segments with a Convex Polygon," *Computer Vision, Graphics and Image Processing*, **49**, 1990, 152–170.

J-9. J. Johnstone and M.T. Goodrich, "A Localized Method for Intersecting Plane Algebraic Curve Segments," *The Visual Computer*, **7**(2–3), 1991, 60–71.

J-10. M.T. Goodrich, "Intersecting Line Segments in Parallel with an Output-Sensitive Number of Processors," *SIAM Journal on Computing*, **20**(4), 1991, 737–755.

J-11. R. Cole and M.T. Goodrich, "Optimal Parallel Algorithms for Point-Set and Polygon Problems," *Algorithmica*, **7**, 1992, 3–23.

J-12. M.T. Goodrich, "A Polygonal Approach to Hidden-Line and Hidden-Surface Elimination," *Computer Vision, Graphics, and Image Processing: Graphical Models and Image Processing*, **54**(1), 1992, 1–12.

J-13. M.T. Goodrich, S. Shauck, and S. Guha, "Parallel Methods for Visibility and Shortest Path Problems in Simple Polygons," *Algorithmica*, **8**, 1992, 461–486, with addendum in *Algorithmica*, **9**, 1993, 515–516.

J-14. M.T. Goodrich, C. Ó'Dúnlaing, and C. Yap "Constructing the Voronoi Diagram of a Set of Line Segments in Parallel," *Algorithmica*, **9**, 1993, 128–141.

J-15. M.T. Goodrich, "Constructing the Convex Hull of a Partially Sorted Set of Points," *Computational Geometry: Theory and Applications*, **2**, 1993, 267–278.

J-16. M.T. Goodrich, "Constructing Arrangements Optimally in Parallel," *Discrete and Computational Geometry*, **9**, 1993, 371–385.

J-17. M.T. Goodrich, M.J. Atallah, and M. Overmars, "Output-Sensitive Methods for Rectilinear Hidden Surface Removal," *Information and Computation*, **107**(1), 1993, 1–24.

J-18. M.J. Atallah, P. Callahan, and M.T. Goodrich, "P-Complete Geometric Problems," *Int. Journal of Computational Geometry & Applications*, **3**(4), 1993, 443–462.

J-19. M.J. Atallah, M.T. Goodrich, and S.R. Kosaraju, "Parallel Algorithms for Evaluating Sequences of Set-Manipulation Operations," *Journal of the ACM*, **41**(6), 1994, 1049–1088.

J-20. M.T. Goodrich, "Efficient Piecewise-Linear Function Approximation Using the Uniform Metric," *Discrete and Computational Geometry*, **14**, 1995, 445–462.

J-21. H. Brönnimann and M.T. Goodrich, "Almost Optimal Set Covers in Finite VC-Dimension," *Discrete and Computational Geometry*, **14**, 1995, 463–479.

J-22. M.T. Goodrich, "Planar Separators and Parallel Polygon Triangulation," *J. Computer and System Sciences*, **51**(3), 1995, 374–389.

J-23. M.T. Goodrich, M. Ghouse, and J. Bright, "Sweep Methods for Parallel Computational Geometry," *Algorithmica*, **15**(2), 1996, 126–153.

J-24. M.T. Goodrich and S.R. Kosaraju, "Sorting on a Parallel Pointer Machine with Applications to Set Expression Evaluation," *Journal of the ACM*, **43**(2), 1996, 331–361.

J-25. A. Garg, M.T. Goodrich, and R. Tamassia, "Planar Upward Tree Drawings with Optimal Area," *International Journal of Computational Geometry & Applications*, **6**(3), 1996, 333–356.

J-26. M.H. Nodine, M.T. Goodrich, and J.S. Vitter, "Blocking for External Graph Searching," *Algorithmica*, **16**(2), 1996, 181–214.

J-27. R. Cole, M.T. Goodrich, C. Ó Dúnlaing, "A Nearly Optimal Deterministic Parallel Voronoi Diagram Algorithm," *Algorithmica*, **16**, 1996, 569–617.

J-28. G. Das and M.T. Goodrich, "On the Complexity of Optimization Problems for 3-Dimensional Convex Polyhedra and Decision Trees," *Computational Geometry: Theory and Applications*, **8**, 1997, 123–137.

J-29. M.T. Goodrich and R. Tamassia, "Dynamic Ray Shooting and Shortest Paths in Planar Subdivisions via Balanced Geodesic Triangulations," *J. Algorithms*, **23**, 1997, 51–73.

J-30. M. Ghouse and M.T. Goodrich, "Fast Randomized Parallel Methods for Planar Convex Hull Construction," *Computational Geometry: Theory and Applications*, **7**, 1997, 219–235.

J-31. L.P. Chew, M.T. Goodrich, D.P. Huttenlocher, K. Kedem, J.M. Kleinberg, and D. Kravets, "Geometric Pattern Matching under Euclidean Motion," *Computational Geometry: Theory and Applications*, **7**, 1997, 113-124.

J-32. M.T. Goodrich and E.A. Ramos, "Bounded-Independence Derandomization of Geometric Partitioning with Applications to Parallel Fixed-Dimensional Linear Programming," *Discrete & Computational Geometry*, **18**(4), 1997, 397–420.

J-33. M.T. Goodrich, "An Improved Ray Shooting Method for Constructive Solid Geometry Models via Tree Contraction," *International Journal of Computational Geometry & Applications*, **8**(1), 1998, 1–23.

J-34. G. Barequet, A.J. Briggs, M.T. Dickerson, and M.T. Goodrich, "Offset-Polygon Annulus Placement Problems," *Computational Geometry: Theory and Applications*, **11**(3–4), 1998–99, 125–141.

J-35. M.T. Goodrich and R. Tamassia, "Dynamic Trees and Dynamic Point Location," *SIAM J. Comput.*, **28**(2), 1999, 612–636.

J-36. G. Barequet, S.S. Bridgeman, C.A. Duncan, M.T. Goodrich, and R. Tamassia, "GeomNet: Geometric Computing Over the Internet," *IEEE Internet Computing*, **3**(2), 1999, 21–29.

J-37. M.T. Goodrich, J.S.B. Mitchell, and M.W. Orletsky, "Approximate Geometric Pattern Matching Under Rigid Motion," *IEEE Trans. on Pattern Analysis and Machine Intelligence*, **21**(4), 1999, 371–379.

J-38. M.T. Goodrich, "Communication-Efficient Parallel Sorting," *SIAM Journal on Computing*, **29**(2), 1999, 416–432.

J-39. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Balanced Aspect Ratio Trees and Their Use for Drawing Very Large Graphs," *Journal of Graph Algorithms and Applications*, **4**(3), 2000, 19–46. Also available at www.cs.brown.edu/publications/jgaa/.

J-40. M.T. Goodrich and C.G. Wagner, "A Framework for Drawing Planar Graphs with Curves and Polylines," *Journal of Algorithms*, **37**, 2000, 399–421.

J-41. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Balanced Aspect Ratio Trees: Combining the Benefits of $k$-D Trees and Octrees," *J. Algorithms*, **38**, 2001, 303–333.

J-42. G. Barequet, M. Dickerson, and M.T. Goodrich, "Voronoi Diagrams for Polygon-Offset Distance Functions," *Discrete and Computational Geometry*, **25**(2), 2001, 271–291.

J-43. C.C. Cheng, C.A. Duncan, M.T. Goodrich, and S.G. Kobourov, "Drawing Planar Graphs with Circular Arcs," *Discrete and Computational Geometry*, **25**(3), 2001, 405–418.

J-44. N.M. Amato, M.T. Goodrich, and E.A. Ramos, "A Randomized Algorithm for Triangulating a Simple Polygon in Linear Time," *Discrete and Computational Geometry*, **26**(2), 2001, 245–265.

J-45. R. Tamassia, M.T. Goodrich, L. Vismara, M. Handy, G. Shubina, R. Cohen, B. Hudson, R.S. Baker, N. Gelfand, and U. Brandes, "JDSL: The Data Structures Library in Java," *Dr. Dobbs Journal*, **323**, 2001, 21–31.

J-46. G. Barequet, D.Z. Chen, O. Daescu, M.T. Goodrich, and J.S. Snoeyink, "Efficiently Approximating Polygonal Paths in Three and Higher Dimensions," *Algorithmica*, **33**(2), 2002, 150–167.

J-47. T. Chan, M.T. Goodrich, S.R. Kosaraju, and R. Tamassia, "Optimizing Area and Aspect

Ratio in Straight-Line Orthogonal Tree Drawings," *Computational Geometry: Theory and Applications*, **23**(2), 2002, 153–162.

J-48. C.A. Duncan, M.T. Goodrich, and S.G. Kobourov, "Planarity-Preserving Clustering and Embedding for Large Planar Graphs," *Computational Geometry: Theory and Applications*, **24**(2), 2003, 95–114.

J-49. A.L. Buchsbaum and M.T. Goodrich, "Three-Dimensional Layers of Maxima," *Algorithmica*, **39**, 2004, 275–286.

J-50. G. Barequet, M.T. Goodrich, and C. Riley, "Drawing Graphs with Large Vertices and Thick Edges," *J. of Graph Algorithms and Applications* (JGAA), **8**(1), 2004, 3–20.

J-51. G. Barequet, M.T. Goodrich, A. Levi-Steiner, and D. Steiner, "Contour Interpolation by Straight Skeletons," *Graphical Models* (GM), **66**(4), 2004, 245–260.

J-52. P. Gajer, M.T. Goodrich, and S.G. Kobourov, "A Multi-Dimensional Approach to Force-Directed Layouts of Large Graphs," *Computational Geometry: Theory and Applications*, **29**(1), 3–18, 2004.

J-53. G. Barequet, P. Bose, M.T. Dickerson, and M.T. Goodrich, "Optimizing a Constrained Convex Polygonal Annulus," *J. of Discrete Algorithms* (JDA), **3**(1), 1–26, 2005.

J-54. A. Bagchi, A.L. Buchsbaum, and M.T. Goodrich, "Biased Skip Lists," *Algorithmica*, **42**(1), 31–48, 2005.

J-55. M. Dickerson, D. Eppstein, M.T. Goodrich, J.Y. Meng, "Confluent Drawings: Visualizing Non-planar Diagrams in a Planar Way," *J. of Graph Algorithms and Applications* (JGAA), **9**(1), 31–52, 2005.

J-56. A. Bagchi, A. Chaudhary, M.T. Goodrich, C. Li, and M. Shmueli-Scheuer, "Achieving Communication Efficiency through Push-Pull Partitioning of Semantic Spaces to Disseminate Dynamic Information," *IEEE Trans. on Knowledge and Data Engineering* (TKDE), **18**(10), 1352–1367, 2006.

J-57. D. Eppstein, M.T. Goodrich, and J.Y. Meng, "Confluent Layered Drawings," *Algorithmica*, **47**(4), 439–452, 2007.

J-58. A. Bagchi, A. Chaudhary, D. Eppstein, and M.T. Goodrich, "Deterministic Sampling and Range Counting in Geometric Data Streams," *ACM Transactions on Algorithms*, **3**(2), Article 16, 2007, 18 pages.

J-59. D. Eppstein, M.T. Goodrich, and D. Hirschberg, "Improved Combinatorial Group Testing Algorithms for Real-World Problem Sizes," *SIAM Journal on Computing*, **36**(5), 1360–1375, 2007.

J-60. D. Eppstein, M.T. Goodrich, and J.Z. Sun, "Skip Quadtrees: Dynamic Data Structures for Multidimensional Point Sets," *Int. Journal on Computational Geometry and Applications*, **18**(1/2), 131–160, 2008.

J-61. M.T. Goodrich, "Probabilistic Packet Marking for Large-Scale IP Traceback," *IEEE/ACM Transactions on Networking*, **16**(1), 15–24, 2008.

J-62. M.T. Goodrich and D.S. Hirschberg, "Improved Adaptive Group Testing Algorithms with Applications to Multiple Access Channels and Dead Sensor Diagnosis," *Journal of Combinatorial Optimization*, **15**(1), 95–121, 2008.

J-63. M.T. Goodrich, R. Tamassia, and D. Yao, "Notarized Federated ID Management and Authentication," *Journal of Computer Security*, **16**(4), 399–418, 2008.

J-64. M.T. Goodrich, "Pipelined Algorithms to Detect Cheating in Long-Term Grid Computations," *Theoretical Computer Science*, **408**, 199–207, 2008.

J-65. D. Eppstein, M.T. Goodrich, E. Kim, and R. Tamstorf, "Motorcycle Graphs: Canonical

Quad Mesh Partitioning," *Computer Graphics Forum*, special issue on papers from 6th European Symp. on Geometry Processing (SGP), **27**(6), 1477–1486, 2008.

J-66. M.T. Goodrich, M. Sirivianos, J. Solis, C. Soriente, G. Tsudik, E. Uzun, "Using Audio in Secure Device Pairing," *Int. J. Security and Networks*, **4**(1/2), 57–68, 2009.

J-67. M.T. Goodrich, "On the Algorithmic Complexity of the Mastermind Game with Black-Peg Results," *Information Processing Letters*, **109**, 675–678, 2009.

J-68. D. Eppstein, M.T. Goodrich, E. Kim, and R. Tamstorf, "Approximate Topological Matching of Quad Meshes," *The Visual Computer*, **25**(8), 771–783, 2009.

J-69. D. Eppstein and M.T. Goodrich, "Succinct Greedy Geometric Routing Using Hyperbolic Geometry," *IEEE Transactions on Computers*, **60**(11), 1571–1580, 2011. Posted online Dec. 2010, IEEE Computer Society Digital Library.

J-70. D. Eppstein, M.T. Goodrich, and D. Strash, "Linear-Time Algorithms for Geometric Graphs with Sublinearly Many Edge Crossings," *SIAM Journal on Computing*, **39**(8), 3814–3829. 2010.

J-71. M.T. Goodrich, R. Tamassia, and N. Triandopoulos, "Efficient Authenticated Data Structures for Graph Connectivity and Geometric Search Problems," *Algorithmica*, **60**(3), 505–552, 2011.

J-72. D. Eppstein and M.T. Goodrich, "Straggler Identification in Round-Trip Data Streams via Newton's Identities and Invertible Bloom Filters," *IEEE Transactions on Knowledge and Data Engineering* (TKDE), **23**(2), 297–306, 2011.

J-73. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Planar Drawings of Higher-Genus Graphs," *Journal of Graph Algorithms and Applications*, **15**(1), 7–32, 2011.

J-74. M.T. Dickerson, M.T. Goodrich, T.D. Dickerson, and Y.D. Zhuo "Round-Trip Voronoi Diagrams and Doubling Density in Geographic Networks," *Transactions on Computational Science*, M.L. Gavrilova et al. (Eds.), Vol. 14, LNCS 6970, 211–238, 2011.

J-75. M.T. Goodrich, "Randomized Shellsort: A Simple Data-Oblivious Sorting Algorithm," *Journal of the ACM*, **58**(6), Article No. 27, 2011.

J-76. C.A. Duncan, D. Eppstein, M.T. Goodrich, S. Kobourov, and M. Nöllenburg, "Lombardi Drawings of Graphs," *Journal of Graph Algorithms and Applications (JGAA)*, **16**(1), 85–108, 2012.

J-77. E. Wolf-Chambers, D. Eppstein, M.T. Goodrich, and M. Löffler, "Drawing Graphs in the Plane with a Prescribed Outer Face and Polynomial Area," *Journal of Graph Algorithms and Applications (JGAA)*, **16**(2), 243–259, 2012.

J-78. M.T. Goodrich, D. Nguyen, O. Ohrimenko, C. Papamanthou, R. Tamassia, N. Triandopoulos, and C.V. Lopes, "Efficient Verification of Web-Content Searching Through Authenticated Web Crawlers," *Proc. VLDB*, **5**(10):920-931, 2012.

J-79. D. Eppstein, M.T. Goodrich, D. Strash, and L. Trott, "Extended Dynamic Subgraph Statistics Using h-Index Parameterized Data Structures," *Theoretical Computer Science*, **447**, 44–52, 2012.

J-80. M.T. Goodrich, "Learning Character Strings via Mastermind Queries, With a Case Study Involving mtDNA," *IEEE Transactions on Information Theory*, **58**(11), 6726–6736, 2012.

J-81. A.U. Asuncion and M.T. Goodrich, "Nonadaptive Mastermind Algorithms for String and Vector Databases, with Case Studies," *IEEE Transactions on Knowledge and Data Engineering* (TKDE), **25**(1), 131–144, 2013.

J-82. C.A. Duncan, D. Eppstein, M.T. Goodrich, S. Kobourov, and M. Nöllenburg, "Drawing Trees with Perfect Angular Resolution and Polynomial Area," *Discrete & Computational*

*Geometry*, **49**(2), 157–182, 2013.

J-83. E. Angelino, M.T. Goodrich, M. Mitzenmacher and J. Thaler, "External Memory Multimaps," *Algorithmica*, **67**(1), 23–48, 2013.

J-84. D. Eppstein, M.T. Goodrich, M. Löffler, D. Strash and L. Trott, "Category-Based Routing in Social Networks: Membership Dimension and the Small-World Phenomenon," *Theoretical Computer Science*, **514**, 96–104, 2013.

J-85. M.T. Goodrich, "Spin-the-bottle Sort and Annealing Sort: Oblivious Sorting via Round-robin Random Comparisons," *Algorithmica*, **68**(4), 835–858, 2014.

J-86. Michael J. Bannister, William E. Devanny, David Eppstein, and M.T. Goodrich, "The Galois Complexity of Graph Drawing: Why Numerical Solutions are Ubiquitous for Force-Directed, Spectral, and Circle Packing Drawings," *Journal of Graph Algorithms and Applications*, **19**(2), 619–656, 2015.

J-87. C. Duncan, D. Eppstein, M.T. Goodrich, S.G. Kobourov and M. Löffler, "Planar and Poly-Arc Lombardi Drawings," *Journal of Computational Geometry* (JoCG), **9**(1), 328–355, 2018.

J-88. G. Barequet, D. Eppstein, M.T. Goodrich, and N. Mamano, "Stable-Matching Voronoi Diagrams: Combinatorial Complexity and Algorithms," *Journal of Computational Geometry* (JoCG), **11**(1), 26–59, 2020.

J-89. W.E. Devanny, M.T. Goodrich, S. Irani, "A Competitive Analysis for the Start-Gap Algorithm for Online Memory Wear Leveling," *Information Processing Letters*, **116**, 106042, 2021.

J-90. G. Barequet, M. De, and M.T. Goodrich, "Convex-Straight-Skeleton Voronoi Diagrams for Segments and Convex Polygons," *Algorithmica*, **83**(7), 2245–2272, 2021.

J-91. G. Da Lozzo, D. Eppstein, M.T. Goodrich, and S. Gupta, "C-Planarity Testing of Embedded Clustered Graphs with Bounded Dual Carving-Width," *Algorithmica*, **83**(8), 2471–2502, 2021.

J-92. M. Shinder, M.T. Goodrich, O. Gila, M. Dillencourt, "Beyond Big O: Teaching Experimental Algorithmics," *Journal of Computing Sciences in Colleges*, **37**(10), 23–36, 2022.

J-93. P. Choudhary, M.T. Goodrich, S. Gupta, H. Khodabandeh, P. Matias, and V. Raman, "Improved Kernels for Tracking Paths," *Information Processing Letters*, vol. 181, 106360, 2023.

J-94. M. Dillencourt and M.T. Goodrich, "Simplified Chernoff Bounds with Powers-of-Two Probabilities," *Information Processing Letters*, vol. 182, 106397, 2023.

## Papers in Peer-Reviewed Proceedings:

C-1. M.J. Atallah and M.T. Goodrich, "Efficient Parallel Solutions to Geometric Problems," *1985 IEEE Int. Conf. on Parallel Processing (ICPP)*, 411–417. (Preliminary version of J-1.)

C-2. F. Berman, M.T. Goodrich, C. Koelbel, W. Robison, and K. Showell, "Prep-P: A Mapping Preprocessor for CHiP Computers," *1985 IEEE Int. Conf. on Parallel Processing*, 731–733.

C-3. M.J. Atallah and M.T. Goodrich, "Parallel Algorithms For Some Functions of Two Convex Polygons," *24th Allerton Conf. on Communication, Control and Computing*, 1986, 758–767. (Preliminary version of J-4.)

C-4. M.J. Atallah and M.T. Goodrich, "Efficient Plane Sweeping in Parallel," *2nd ACM Symp. on Computational Geometry* (SoCG), 1986, 216–225.

C-5. M.T. Goodrich, "A Polygonal Approach to Hidden-Line Elimination," *25th Allerton Conf. on Communication, Control, and Computing*, 1987, 849–858. (Preliminary version of J-12.)

C-6. M.J. Atallah, R. Cole, and M.T. Goodrich, "Cascading Divide-and-Conquer: A Technique for Designing Parallel Algorithms," *28th IEEE Symp. on Foundations of Computer Science*

(FOCS), 1987, 151-160. (Preliminary version of J-5.)

C-7. M.J. Atallah, M.T. Goodrich, and S.R. Kosaraju, "Parallel Algorithms for Evaluating Sequences of Set-Manipulation Operations," *3rd Aegean Workshop on Computing* (AWOC), *Lecture Notes in Computer Science* (LNCS): 319, Springer-Verlag, 1988, 1–10. (Preliminary version of J-19.)

C-8. R. Cole and M.T. Goodrich, "Optimal Parallel Algorithms for Polygon and Point-Set Problems," *4th ACM Symp. on Computational Geometry* (SoCG), 1988, 201–210. (Preliminary version of J-11.)

C-9. M.T. Goodrich, "Intersecting Line Segments in Parallel with an Output-Sensitive Number of Processors," *1989 ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 127–137. (Preliminary version of J-10.)

C-10. M.T. Goodrich and S.R. Kosaraju, "Sorting on a Parallel Pointer Machine with Applications to Set Expression Evaluation," *30th IEEE Symp. on Foundations of Computer Science* (FOCS), 1989, 190–195. (Preliminary version of J-24.)

C-11. M.T. Goodrich, C. Ó'Dúnlaing, and C. Yap "Constructing the Voronoi Diagram of a Set of Line Segments in Parallel," *Lecture Notes in Computer Science 382, Algorithms and Data Structures* (WADS), Springer-Verlag, 1989, 12–23. (Preliminary version of J-14.)

C-12. M.T. Goodrich and J.S. Snoeyink, "Stabbing Parallel Segments with a Convex Polygon," *Lecture Notes in Computer Science 382, Algorithms and Data Structures* (WADS), Springer-Verlag, 1989, 231–242. (Preliminary version of J-8.)

C-13. J. Johnstone and M.T. Goodrich, "A Localized Method for Intersecting Plane Algebraic Curve Segments," *New Advances in Computer Graphics: Proc. of Computer Graphics International '89*, R.A. Earnshaw, B. Wyvel, eds., Springer-Verlag, 1989, 165–181. (Preliminary version of J-9.)

C-14. M.J. Atallah, P. Callahan, and M.T. Goodrich, "P-Complete Geometric Problems," *2nd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1990, 317–326. (Preliminary version of J-18.)

C-15. R. Cole, M.T. Goodrich, C. Ó Dúnlaing, "Merging Free Trees in Parallel for Efficient Voronoi Diagram Construction", *17th Int. Conf. on Automata, Languages, and Programming* (ICALP), 1990, 432–445. (Preliminary version of J-27.)

C-16. M.T. Goodrich, M.J. Atallah, and M. Overmars, "An Input-Size/Output-Size Trade-Off in the Time-Complexity of Rectilinear Hidden-Surface Removal", *17th Int. Conf. on Automata, Languages, and Programming* (ICALP), 1990, 689–702. (Preliminary version of J-17.)

C-17. M.T. Goodrich, M. Ghouse, and J. Bright, "Generalized Sweep Methods for Parallel Computational Geometry," *2nd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1990, 280–289. (Preliminary version of J-23.)

C-18. M.T. Goodrich, "Applying Parallel Processing Techniques to Classification Problems in Constructive Solid Geometry," *1st ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1990, 118–128. (Preliminary version of J-33.)

C-19. M.T. Goodrich, S. Shauck, and S. Guha, "Parallel Methods for Visibility and Shortest Path Problems in Simple Polygons," *6th ACM Symp. on Computational Geometry* (SoCG), 1990, 73–82. (Preliminary version of J-13.)

C-20. M. Ghouse and M.T. Goodrich, "In-Place Techniques for Parallel Convex Hull Algorithms," *3rd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1991, 192–203. (Preliminary version of J-30.)

C-21. M.T. Goodrich, "Constructing Arrangements Optimally in Parallel," *3rd ACM Symp. on*

*Parallel Algorithms and Architectures* (SPAA), 1991, 169–179. (Preliminary version of J-16.)

C-22. M.T. Goodrich and R. Tamassia, "Dynamic Trees and Dynamic Point Location," *23rd ACM Symp. on Theory of Computing* (STOC), 1991, 523–533. (Preliminary version of J-35.)

C-23. M.T. Goodrich, "Using Approximation Algorithms to Design Parallel Algorithms that May Ignore Processor Allocation," *32nd IEEE Symp. on Foundations of Computer Science* (FOCS), 1991, 711–722.

C-24. M.T. Goodrich, "Planar Separators and Parallel Polygon Triangulation," *24th ACM Symp. on Theory of Computing* (STOC), 1992, 507–516. (Preliminary version of J-22.)

C-25. M.T. Goodrich, Y. Matias, U. Vishkin, "Approximate Parallel Prefix Computation and Its Applications," *7th IEEE Int. Parallel Processing Symp* (IPPS), 1993, 318–325.

C-26. M. Ghouse and M.T. Goodrich, "Experimental Evidence for the Power of Random Sampling in Practical Parallel Algorithms," *7th IEEE Int. Parallel Processing Symp* (IPPS), 1993, 549–556.

C-27. L.P. Chew, M.T. Goodrich, D.P. Huttenlocher, K. Kedem, J.M. Kleinberg, and D. Kravets, "Geometric Pattern Matching under Euclidean Motion," *5th Canadian Conf. on Computational Geometry* (CCCG), 1993, 151–156. (Preliminary version of J-31.)

C-28. M.T. Goodrich, "Geometric Partitioning Made Easier, Even in Parallel," *9th ACM Symp. on Computational Geometry* (SoCG), 1993, 73–82.

C-29. M.T. Goodrich and R. Tamassia, "Dynamic Ray Shooting and Shortest Paths via Balanced Geodesic Triangulations," *9th ACM Symp. on Computational Geometry* (SoCG), 1993, 318–327. (Preliminary version of J-29.)

C-30. A. Garg, M.T. Goodrich, and R. Tamassia, "Area-Efficient Upward Tree Drawings," *9th ACM Symp. on Computational Geometry* (SoCG), 1993, 359–368. (Preliminary version of J-25.)

C-31. M.H. Nodine, M.T. Goodrich, and J.S. Vitter, "Blocking for External Graph Searching," *12th ACM Symp. on Principles of Database Systems* (PODS), 1993, 222–232. (Preliminary version of J-26.)

C-32. E.M. Arkin, M.T. Goodrich, J.S.B. Mitchell, D. Mount, and S.S. Skiena, "Point Probe Decision Trees for Geometric Concept Classes," *Lecture Notes in Computer Science 709: Algorithms and Data Structures* (WADS), Springer-Verlag, 1993, 95–106.

C-33. M.T. Goodrich, J.J. Tsay, D.E. Vengroff, and J.S. Vitter, "External-Memory Computational Geometry," *34th IEEE Symp. on Foundations of Computer Science* (FOCS), 1993, 714–723.

C-34. M.T. Goodrich, Y. Matias, and U. Vishkin, "Optimal Parallel Approximation Algorithms for Prefix Sums and Integer Sorting," *5th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1994, 241–250.

C-35. H. Brönnimann and M.T. Goodrich, "Almost Optimal Set Covers in Finite VC-Dimension," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 293–302. (Preliminary version of J-21.)

C-36. M.T. Goodrich, "Efficient Piecewise-Linear Function Approximation Using the Uniform Metric," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 322–331. (Preliminary version of J-20.)

C-37. M.J. Atallah, M.T. Goodrich, and K. Ramaiyer, "Biased Finger Trees and Three-Dimensional Layers of Maxima," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 150–159.

C-38. M.T. Goodrich, J.S.B. Mitchell, and M.W. Orletsky, "Practical Methods for Approximate Geometric Pattern Matching under Rigid Motions," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 103–112. (Preliminary version of J-37.)

C-39. N.M. Amato, M.T. Goodrich, E.A. Ramos, "Parallel Algorithms for Higher-Dimensional

Convex Hulls," *35th IEEE Symp. on Foundations of Computer Science* (FOCS), 1994, 683–694.

C-40. P.J. Tanenbaum, M.T. Goodrich, and E.R. Scheinerman, "Characterization and Recognition of Point-Halfspace and Related Orders," *2nd Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 894, Springer-Verlag, 1994, 234–245.

C-41. Y.J. Chiang, M.T. Goodrich, E.F. Grove, R. Tamassia, D.E. Vengroff, and J.S. Vitter, "External-Memory Graph Algorithms," *6th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1995, 139–149.

C-42. N.M. Amato, M.T. Goodrich, and E.A. Ramos, "Computing Faces in Segment and Simplex Arrangements," *27th ACM Symp. on Theory of Computing* (STOC), 1995, 672–682.

C-43. P. Callahan, M.T. Goodrich, and K. Ramaiyer, "Topology B-Trees and Their Applications," *1995 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 955, Springer-Verlag, 381–392.

C-44. G. Das and M.T. Goodrich, "On the Complexity of Approximating and Illuminating Three-Dimensional Convex Polyhedra," *1995 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 955, Springer-Verlag, 74–85. (Preliminary version of J-28.)

C-45. M.T. Goodrich, "Fixed-Dimensional Parallel Linear Programming via Relative $\epsilon$-Approximations," *7th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1996, 132–141. (Preliminary version of J-32.)

C-46. M. Chrobak, M.T. Goodrich, and R. Tamassia, "Convex Drawings of Graphs in Two and Three Dimensions," *12th ACM Symp. on Computational Geometry* (SoCG), 1996, 319–328.

C-47. M.T. Goodrich, "Communication-Efficient Parallel Sorting," *28th ACM Symp. on Theory of Computing* (STOC), 1996, 247–256. (Preliminary version of J-38.)

C-48. T. Chan, M.T. Goodrich, S.R. Kosaraju, and R. Tamassia, "Optimizing Area and Aspect Ratio in Straight-Line Orthogonal Tree Drawings," *4th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1190, Springer-Verlag, 1996, 63–75. (Preliminary version of J-47.)

C-49. M.T. Goodrich, "Randomized Fully-Scalable BSP Techniques for Multi-Searching and Convex Hull Construction," *8th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1997, 767–776.

C-50. C.A. Duncan, M.T. Goodrich, and E.A. Ramos, "Efficient Approximation and Optimization Algorithms for Computational Metrology," *8th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1997, 121–130.

C-51. M.T. Goodrich, M. Orletsky, and K. Ramaiyer, "Methods for Achieving Fast Query Times in Point Location Data Structures," *8th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1997, 757–766.

C-52. M.T. Goodrich, L.J. Guibas, J. Hershberger, P.J. Tanenbaum, "Snap Rounding Line Segments Efficiently in Two and Three Dimensions," *13th ACM Symp. on Computational Geometry* (SoCG), 1997, 284–293.

C-53. G. Barequet, S.S. Bridgeman, C.A. Duncan, M.T. Goodrich, and R. Tamassia, "Classical Computational Geometry in GeomNet," *13th ACM Symp. on Computational Geometry* (SoCG), 1997, 412–414.

C-54. G. Barequet, A. Briggs, M. Dickerson, C. Dima, and M.T. Goodrich, "Animating the Polygon-Offset Distance Function," *13th ACM Symp. on Computational Geometry* (SoCG), 1997, 479–480, and the *Video Review for the 13th ACM Symp. on Computational Geometry*

(SoCG).

C-55. G. Barequet, A. Briggs, M. Dickerson, and M.T. Goodrich, "Offset-Polygon Annulus Placement Problems," *1997 Workshop on Algorithms and Data Structures* (WADS), 1997, 378–391. (Preliminary version of J-34.)

C-56. G. Barequet, M. Dickerson, and M.T. Goodrich, "Voronoi Diagrams for Polygon-Offset Distance Functions," *1997 Workshop on Algorithms and Data Structures* (WADS), 1997, 200–209. (Preliminary version of J-42.)

C-57. N. Gelfand, M.T. Goodrich, and R. Tamassia, "Teaching Data Structure Design Patterns," *29th ACM SIGCSE Technical Symp. on Computer Science Education*, 1998, 331–335.

C-58. M.T. Goodrich and R. Tamassia, "Teaching the Analysis of Algorithms with Visual Proofs," *29th ACM SIGCSE Technical Symp. on Computer Science Education*, 1998, 207–211.

C-59. G. Barequet, D.Z. Chen, O. Daescu, M.T. Goodrich, and J.S. Snoeyink, "Efficiently Approximating Polygonal Paths in Three and Higher Dimensions," *1998 ACM Symp. on Computational Geometry* (SoCG), 1998, 317–326. (Preliminary version of J-46.)

C-60. M.T. Goodrich and C.G. Wagner, "A Framework for Drawing Planar Graphs with Curves and Polylines," *6th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1547, Springer-Verlag, 1998, 153–166. (Preliminary version of J-40.)

C-61. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Balanced Aspect Ratio Trees and Their Use for Drawing Very Large Graphs," *6th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1547, Springer-Verlag, 1998, 111–124. (Preliminary version of J-39.)

C-62. M.T. Goodrich, M. Handy, B. Hudson, and R. Tamassia, "Abstracting Positional Information in Data Structures: Locators and Positions in JDSL," *Object-Oriented Programming, Systems, Languages & Applications (OOPSLA) '98 Technical Notes*, 1998.

C-63. M.T. Goodrich and J.G. Kloss II, "Tiered Vector: An Efficient Dynamic Array for JDSL," *Object-Oriented Programming, Systems, Languages & Applications (OOPSLA) '98 Technical Notes*, 1998.

C-64. M.T. Goodrich, M. Handy, B. Hudson, and R. Tamassia, "Accessing the Internal Organization of Data Structures in the JDSL Library," *Int. Workshop on Algorithm Engineering and Experimentation* (ALENEX), Springer-Verlag, Lecture Notes in Computer Science, Vol. 1619, 1999, 124–139.

C-65. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Balanced Aspect Ratio Trees: Combining the Benefits of $k$-D Trees and Octrees," *10th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1999, 300–309. (Preliminary version of J-41.)

C-66. R.S. Baker, M. Boilen, M.T. Goodrich, R. Tamassia, and B.A. Stibel, "Testers and Visualizers for Teaching Data Structures," *30th ACM SIGCSE Technical Symp. on Computer Science Education*, 1999, 261–265.

C-67. M.T. Goodrich and R. Tamassia, "Using Randomization in the Teaching of Data Structures and Algorithms," *30th ACM SIGCSE Technical Symp. on Computer Science Education*, 1999, 53–57. (Preliminary version of Ch-5.)

C-68. G. Barequet, C. Duncan, M.T. Goodrich, S. Kumar, M. Pop, "Efficient Perspective-Accurate Silhouette Computation," *15th ACM Symp. on Computational Geometry* (SoCG), 1999, 417–418, and the *Video Review for the 15th ACM Symp. on Computational Geometry* (SoCG).

C-69. C.C. Cheng, C.A. Duncan, M.T. Goodrich, and S.G. Kobourov, "Drawing Planar Graphs with Circular Arcs," *7th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1731, Springer-Verlag, 1999, 117–126. (Preliminary version of J-43.)

C-70. C.A. Duncan, M.T. Goodrich, and S.G. Kobourov, "Planarity-Preserving Clustering and

Embedding for Large Planar Graphs," *7th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1731, Springer-Verlag, 1999, 186–196. (Preliminary version of J-48.)

C-71. M.T. Goodrich and J.G. Kloss II, "Tiered Vectors: Efficient Dynamic Arrays for Rank-Based Sequences," *1999 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 1663, Springer-Verlag, 1999, 205–216.

C-72. M.T. Goodrich, "Competitive Tree-Structured Dictionaries," *11th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2000, 494–495.

C-73. N.M. Amato, M.T. Goodrich, and E.A. Ramos, "Computing the Arrangement of Curve Segments: Divide-and-Conquer Algorithms via Sampling," *11th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2000, 705–706.

C-74. S. Bridgeman, M.T. Goodrich, S.G. Kobourov, and R. Tamassia, "PILOT: An Interactive Tool for Learning and Grading," *31st ACM SIGCSE Technical Symp. on Computer Science Education*, 2000, 139–143.

C-75. S. Bridgeman, M.T. Goodrich, S.G. Kobourov, and R. Tamassia, "SAIL: A System for Generating, Archiving, and Retrieving Specialized Assignments in LaTeX," *31st ACM SIGCSE Technical Symp. on Computer Science Education*, 2000, 300–304.

C-76. N.M. Amato, M.T. Goodrich, and E.A. Ramos, "Linear-Time Triangulation of a Simple Polygon Made Easier Via Randomization," *16th ACM Symp. on Computational Geometry* (SoCG), 2000, 201-212. (Preliminary version of J-44.)

C-77. A.L. Buchsbaum, M.T. Goodrich, and J.R. Westbrook, "Range Searching Over Tree Cross Products," *8th European Symp. on Algorithms* (ESA), Lecture Notes in Computer Science 1879, Springer-Verlag, 2000, 120–131.

C-78. C.A. Duncan, M.T. Dickerson, and M.T. Goodrich, "$k$-D Trees are Better When Cut on the Longest Side," *8th European Symp. on Algorithms* (ESA), Lecture Notes in Computer Science 1879, Springer-Verlag, 2000, 179–190.

C-79. P. Gajer, M.T. Goodrich, and S.G. Kobourov, "A Fast Multi-Dimensional Algorithm for Drawing Large Graphs," *8th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1984, Springer-Verlag, 2001, 211–221. (Preliminary version of J-52.)

C-80. G. Ateniese, B. de Medeiros, and M.T. Goodrich, "TRICERT: A Distributed Certified E-mail Scheme," *Network and Distributed Systems Security Symp.* (NDSS), 2001, 47–56.

C-81. M.T. Goodrich and R. Tamassia, "Teaching Internet Algorithmics," *32nd ACM SIGCSE Technical Symp. on Computer Science Education*, 2001, 129–133.

C-82. M. Pop, G. Barequet, C.A. Duncan, M.T. Goodrich, W. Hwang, and S. Kumar, "Efficient Perspective-Accurate Silhouette Computation and Applications," *17th ACM Symp. on Computational Geometry* (SoCG), 2001, 60–68.

C-83. M.T. Goodrich and R. Tamassia, "Implementation of an Authenticated Dictionary with Skip Lists and Commutative Hashing," *DARPA Information Survivability Conf. & Exposition II* (DISCEX), IEEE Press, 2001, 68–82.

C-84. A. Bagchi, A. Chaudhary, R. Garg, M.T. Goodrich, and V. Kumar, "Seller-Focused Algorithms for Online Auctioning," *2001 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 2125, Springer-Verlag, 2001, 135–147.

C-85. A. Anagnostopoulos, M.T. Goodrich, R. Tamassia, "Persistent Authenticated Dictionaries and Their Applications," *Information Security Conf.* (ISC), Lecture Notes in Computer Science 2200, Springer-Verlag, 2001, 379–393.

C-86. M.T. Goodrich, R. Tamassia, and J. Hasic, "An Efficient Dynamic and Distributed Cryptographic Accumulator," *5th Information Security Conf.* (ISC), Lecture Notes in

Computer Science 2433, Springer-Verlag, 2002, 372–388.

C-87. A.L. Buchsbaum and M.T. Goodrich, "Three-Dimensional Layers of Maxima," *10th European Symp. on Algorithms* (ESA), Lecture Notes in Computer Science 2461, Springer-Verlag, 2002, 257–267. (Preliminary version of J-49.)

C-88. A. Bagchi, A.L. Buchsbaum, and M.T. Goodrich, "Biased Skip Lists," *13th Int. Symp. on Algorithms and Computation* (ISAAC), Lecture Notes in Computer Science 2518, Springer-Verlag, 2002, 1–13. (Preliminary version of J-54.)

C-89. M.T. Goodrich, "Efficient Packet Marking for Large-Scale IP Traceback," *9th ACM Conf. on Computer and Communications Security* (CCS), 2002, 117–126. (Preliminary version of J-61.)

C-90. M.T. Goodrich, R. Tamassia, N. Triandopoulos, and R. Cohen, "Authenticated Data Structures for Graph and Geometric Searching," *RSA Conf.—Cryptographers' Track* (CT-RSA), Lecture Notes in Computer Science 2612, Springer-Verlag, 2003, 295–313. (Preliminary version of J-71.)

C-91. M.T. Goodrich, M. Shin, R. Tamassia, and W.H. Winsborough, "Authenticated Dictionaries for Fresh Attribute Credentials," *1st Int. Conf. on Trust Management* (iTrust), Lecture Notes in Computer Science 2692, Springer-Verlag, 2003, 332–347.

C-92. G. Barequet, M.T. Goodrich, A. Levi-Steiner, and D. Steiner, "Straight-Skeleton Based Contour Interpolation," *14th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2003, 119–127. (Preliminary version of J-51.)

C-93. G. Barequet, M.T. Goodrich, and C. Riley, "Drawing Graphs with Large Vertices and Thick Edges," *2003 Workshop and Data Structures and Algorithms* (WADS), Lecture Notes in Computer Science 2748, Springer-Verlag, 2003, 281–293. (Preliminary version of J-50.)

C-94. A. Bagchi, A. Chaudhary, M.T. Goodrich, and S. Xu, "Constructing Disjoint Paths for Secure Communication," *17th Int. Symp. on Distributed Computing* (DISC), Lecture Notes in Computer Science 2848, Springer-Verlag, 2003, 181–195.

C-95. M. Dickerson, D. Eppstein, M.T. Goodrich, J.Y. Meng, "Confluent Drawings: Visualizing Non-planar Diagrams in a Planar Way," *11th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 2912, Springer-Verlag, 2003, 1–12. (Preliminary version of J-55.)

C-96. F. Brandenberg, D. Eppstein, M.T. Goodrich, S. Kobourov, G. Liotta, P. Mutzel, "Selected Open Problems in Graph Drawing," *11th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 2912, Springer-Verlag, 2003, 515–539.

C-97. A. Bagchi, A. Chaudhary, D. Eppstein, and M.T. Goodrich, "Deterministic Sampling and Range Counting in Geometric Data Streams," *20th ACM Symp. on Computational Geometry* (SoCG), 144–151, 2004. (Preliminary version of J-58.)

C-98. M.T. Goodrich, J.Z. Sun, and R. Tamassia, "Efficient Tree-Based Revocation in Groups of Low-State Devices," *Advances in Cryptology* (CRYPTO), Springer, Lecture Notes in Computer Science 3152, 511–527, 2004.

C-99. D. Eppstein, M.T. Goodrich, and J.Y. Meng, "Confluent Layered Drawings," *12th Int. Symp. on Graph Drawing* (GD), Springer, Lecture Notes in Computer Science 3383, 184–194, 2004. (Preliminary version of J-57.)

C-100. M.J. Atallah, K.B. Frikken, M.T. Goodrich, and R. Tamassia, "Secure Biometric Authentication for Weak Computational Devices," *9th Int. Conf. on Financial Cryptograpy and Data Security*, Springer, Lecture Notes in Computer Science 3570, 357–371, 2005.

C-101. M.T. Goodrich, "Leap-Frog Packet Linking and Diverse Key Distributions for Improved Integrity in Network Broadcasts," *IEEE Symp. on Security and Privacy* (S&P), 196–207, 2005.

C-102. D. Eppstein, M.T. Goodrich, and J.Z. Sun, "The Skip Quadtree: A Simple Dynamic Data Structure for Multidimensional Data," *21st ACM Symp. on Computational Geometry* (SoCG), 296–305, 2005. (Preliminary version of J-60.)

C-103. M.J. Atallah, M.T. Goodrich, and R. Tamassia, "Indexing Information for Data Forensics," *3rd Applied Cryptography and Network Security Conf.* (ACNS), Lecture Notes in Computer Science 3531, Springer, 206–221, 2005.

C-104. W. Du and M.T. Goodrich, "Searching for High-Value Rare Events with Uncheatable Grid Computing," *3rd Applied Cryptography and Network Security Conf.* (ACNS), Lecture Notes in Computer Science 3531, Springer, 122–137, 2005.

C-105. L. Arge, D. Eppstein, and M.T. Goodrich, "Skip-Webs: Efficient Distributed Data Structures for Multi-Dimensional Data Sets," *24th ACM Symp. on Principles of Distributed Computing* (PODC), 2005.

C-106. D. Eppstein, M.T. Goodrich, and D. Hirschberg, "Improved Combinatorial Group Testing for Real-World Problem Sizes," *Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 3608, Springer, 86–98, 2005. (Preliminary version of J-59.)

C-107. A. Chaudhary and M.T. Goodrich, "Balanced Aspect Ratio Trees Revisited," *Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 3608, Springer, 73–85, 2005.

C-108. M.T. Goodrich, R. Tamassia, and D. Yao, "Accredited DomainKeys: A Service Architecture for Improved Email Validation," *2nd Conf. on Email and Anti-Spam* (CEAS), 1–8, 2005.

C-109. M.T. Goodrich, G.S. Lueker, and J.Z. Sun, "C-Planarity of Extrovert Clustered Graphs," *13th Int. Symp. Graph Drawing* (GD), 211–222, 2005.

C-110. D. Eppstein, M.T. Goodrich, J.Y. Meng, "Delta-Confluent Drawings," *13th Int. Symp. Graph Drawing* (GD), 165–176, 2005.

C-111. M.T. Goodrich, M.J. Nelson, and J.Z. Sun, "The Rainbow Skip Graph: A Fault-Tolerant Constant-Degree Distributed Data Structure," *17th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 384–393, 2006.

C-112. M.T. Goodrich, M. Sirivianos, J. Solis, G. Tsudik, E. Uzun, "Loud And Clear: Human-Verifiable Authentication Based on Audio," *26th IEEE Int. Conf. on Distributed Computing Systems* (ICDCS), 1–8, 2006. (Preliminary version of J-66.)

C-113. M.T. Goodrich, R. Tamassia, and D. Yao, "Notarized Federated Identity Management for Web Services," *20th IFIP WG Working Conf. on Data and Application Security* (DBSec), Springer, Lecture Notes in Computer Science, Vol. 4127, 133–147, 2006. (Preliminary version of J-63.)

C-114. M.T. Goodrich and D.S. Hirschberg, "Efficient Parallel Algorithms for Dead Sensor Diagnosis and Multiple Access Channels," *18th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 118–127, 2006. (Preliminary version of J-62.)

C-115. Y. Cho, L. Bao, and M.T. Goodrich, "LAAC: A Location-Aware Access Control Protocol," *2006 3rd Annual Int. Conf. on Mobile and Ubiquitous Systems - Workshop on Ubiquitous Access Control* (IWUAC), 1–7, 2006.

C-116. M.B. Dillencourt, D. Eppstein, and M.T. Goodrich, "Choosing Colors for Geometric Graphs via Color Space Embeddings," *14th Int. Symp. Graph Drawing* (GD), Lecture Notes in Computer Science, Vol. 4372, Springer, 294–305, 2006.

C-117. D. Eppstein, M.T. Goodrich, and N. Sitchinava, "Guard Placement for Wireless Localization," *23rd ACM Symp. on Computational Geometry* (SoCG), 27–36, 2007.

C-118. M.T. Goodrich, C. Papamanthou, and R. Tamassia, "On the Cost of Persistence and

Authentication in Skip Lists," *6th Workshop on Experimental Algorithms* (WEA), LNCS 4525, 94–107, 2007.

C-119. M.J. Atallah, M. Blanton, M.T. Goodrich, and S. Polu, "Discrepancy-Sensitive Dynamic Fractional Cascading, Dominated Maxima Searching, and 2-d Nearest Neighbors in Any Minkowski Metric," *Workshop on Algorithms and Data Structures* (WADS), LNCS, Vol. 4619, Springer, 114–126, 2007.

C-120. D. Eppstein and M.T. Goodrich, "Space-Efficient Straggler Identification in Round-Trip Data Streams via Newton's Identities and Invertible Bloom Filters," *Workshop on Algorithms and Data Structures* (WADS), LNCS, Vol. 4619, Springer, 2007, 638–649. (Preliminary version of J-72.)

C-121. M.T. Goodrich and J.Z. Sun, "Checking Value-Sensitive Data Structures in Sublinear Space," *18th Int. Symp. on Algorithms and Computation* (ISAAC), LNCS, vol. 4835, Springer, 2007, 353–364.

C-122. M.T. Goodrich, R. Tamassia, and N. Triandopoulos, "Super-Efficient Verification of Dynamic Outsourced Databases," *RSA Conf.—Cryptographers' Track* (CT-RSA), LNCS, vol. 4964, Springer, 2008, 407–424.

C-123. D. Eppstein, M.T. Goodrich, E. Kim, and R. Tamstorf, "Approximate Topological Matching of Quadrilateral Meshes," *IEEE Int. Conf. on Shape Modeling and Applications* (SMI), 2008, 83–92. (Preliminary version of J-68.)

C-124. G. Barequet, D. Eppstein, M.T. Goodrich, and A. Waxman, "Straight Skeletons of Three-Dimensional Polyhedra," *16th European Symp. on Algorithms* (ESA), LNCS, vol. 5193, 2008, 148–160.

C-125. M.T. Goodrich, C. Papamanthou, R. Tamassia, and N. Triandopoulos, "Athos: Efficient Authentication of Outsourced File Systems," *11th Information Security Conf.* (ISC), LNCS, vol. 5222, 2008, 80–96.

C-126. L. Arge, M.T. Goodrich, M. Nelson, and N. Sitchinava, "Fundamental Parallel Algorithms for Private-Cache Chip Multiprocessors," *20th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2008, 197–206.

C-127. D. Eppstein and M.T. Goodrich, "Succinct Greedy Graph Drawing in the Hyperbolic Plane," *16th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 5417, Springer, 2008, 14–25. (Preliminary version of J-69.)

C-128. D. Eppstein and M.T. Goodrich, "Studying (Non-Planar) Road Networks Through an Algorithmic Lens," *16th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2008, 125–134. **Best Paper Award**.

C-129. M. Dickerson and M.T. Goodrich, "Two-Site Voronoi Diagrams in Geographic Networks," *16th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2008, 439–442.

C-130. D. Eppstein, M.T. Goodrich, and D. Strash, "Linear-Time Algorithms for Geometric Graphs with Sublinearly Many Crossings," *20th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2009, 150–159. (Preliminary version of J-70.)

C-131. M.T. Goodrich, "The Mastermind Attack on Genomic Data," *30th IEEE Symp. on Security and Privacy* (S&P), 2009, 204–218. (Preliminary version of J-80.)

C-132. W. Du, D. Eppstein, M.T. Goodrich, and G.S. Lueker, "On the Approximability of Geometric and Geographic Generalization and the Min-Max Bin Covering Problem," *Algorithms and Data Structures Symp.* (WADS), LNCS, vol. 5664, Springer, 2009, 242–253.

C-133. M.T. Goodrich, R. Tamassia, and N. Triandopoulos, J.Z. Sun, "Reliable Resource Searching

in P2P Networks," *5th Int. ICST Conf. on Security and Privacy in Communication Networks* (SecureComm), Lecture Notes of ICST, vol. 19, Springer, 2009, 437–447.

C-134. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Planar Drawings of Higher-Genus Graphs," *17th Int. Symp. on Graph Drawing* (GD), LNCS, Springer, vol. 5849, 2009, 45–56. (Preliminary version of J-73.)

C-135. D. Eppstein, M.T. Goodrich, L. Trott, "Going Off-road: Transversal Complexity in Road Networks," *17th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2009, 23–32.

C-136. M.T. Goodrich and Darren Strash, "Succinct Greedy Geometric Routing in the Euclidean Plane," *20th Int. Symp. on Algorithms and Computation* (ISAAC), LNCS, vol. 5878, Springer, 2009, 781–791.

C-137. M.T. Goodrich, "Randomized Shellsort: A Simple Oblivious Sorting Algorithm," *21st ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2010, 1262–1277. (Preliminary version of J-75.)

C-138. L. Arge, M.T. Goodrich, and N. Sitchinava, "Parallel External Memory Graph Algorithms," *24th IEEE Int. Parallel & Distributed Processing Symp.* (IPDPS), 2010, 1–11.

C-139. G. Wang, T. Luo, M.T. Goodrich, W. Du, and Z. Zhu, "Bureaucratic Protocols for Secure Two-Party Sorting, Selection, and Permuting," *5th ACM Symp. on Information, Computer and Communications Security*, 2010, 226–237.

C-140. M.T. Dickerson, M.T. Goodrich, and T.D. Dickerson, "Round-Trip Voronoi Diagrams and Doubling Density in Geographic Networks," *7th Int. Symp. on Voronoi Diagrams in Science and Engineering* (ISVD), IEEE Press, 132–141, 2010. (Preliminary version of J-74.)

C-141. M.T. Dickerson, D. Eppstein, and M.T. Goodrich, "Cloning Voronoi Diagrams via Retroactive Data Structures," *18th European Symp. on Algorithms* (ESA), LNCS, vol. 6346, 2010, 362–373.

C-142. C.A. Duncan, D. Eppstein, M.T. Goodrich, S. Kobourov, and M. Nöllenburg, "Lombardi Drawings of Graphs," *18th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 6502, 2010, 195–207. (Preliminary version of J-76.)

C-143. E. Wolf-Chambers, D. Eppstein, M.T. Goodrich, and M. Löffler, "Drawing Graphs in the Plane with a Prescribed Outer Face and Polynomial Area," *18th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 6502, 2010, 129–140. (Preliminary version of J-77.)

C-144. C.A. Duncan, D. Eppstein, M.T. Goodrich, S. Kobourov, and M. Nöllenburg, "Drawing Trees with Perfect Angular Resolution and Polynomial Area," *18th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 6502, 2010, 183–194. (Preliminary version of J-82.)

C-145. A.U. Asuncion and M.T. Goodrich, "Turning Privacy Leaks into Floods: Surreptitious Discovery of Social Network Friendships and Other Sensitive Binary Attribute Vectors," *Workshop on Privacy in the Electronic Society* (WPES), held in conjunction with the 17th ACM Conf. on Computer and Communications Security (CCS), 2010, 21–30. (Preliminary version of J-81.)

C-146. D. Eppstein, M.T. Goodrich, D. Strash, and L. Trott, "Extended Dynamic Subgraph Statistics Using h-Index Parameterized Data Structures," *4th Annual Int. Conf. on Combinatorial Optimization and Applications* (COCOA), LNCS, vol. 6508, 2010, 128–141. (Preliminary version of J-79.)

C-147. M.T. Goodrich and D. Strash, "Priority Range Trees," *21st Int. Symp. on Algorithms and Computation* (ISAAC), LNCS, vol. 6506, 2010, 97–108.

C-148. D. Eppstein, M.T. Goodrich, R. Tamassia, "Privacy-Preserving Data-Oblivious Geometric

Algorithms for Geographic Data," *18th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2010, 13–22.

C-149. M.T. Goodrich, "Spin-the-bottle Sort and Annealing Sort: Oblivious Sorting via Round-robin Random Comparisons," *8th Workshop on Analytic Algorithmics and Combinatorics* (ANALCO), in conjunction with the ACM-SIAM Symp. on Discrete Algorithms (SODA), 2011. (Preliminary version of J-85.)

C-150. M.T. Goodrich and F. Kerschbaum, "Privacy-Enhanced Reputation-Feedback Methods to Reduce Feedback Extortion in Online Auctions," *ACM Conf. on Data and Application Security and Privacy (CODASPY)*, 2011, 273–282.

C-151. M.T. Goodrich, "Data-Oblivious External-Memory Algorithms for the Compaction, Selection, and Sorting of Outsourced Data," *23rd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2011, 379–388.

C-152. M.T. Goodrich and M. Mitzenmacher, "Large-Scale Multimaps," *23rd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2011, 259–260.

C-153. D. Eppstein, M.T. Goodrich, F. Uyeda, and G. Varghese, "What's the Difference? Efficient Set Synchronization without Prior Context," *SIGCOMM* 218–229, 2011.

C-154. D. Eppstein, M.T. Goodrich, and M. Löffler, "Tracking Moving Objects with Few Handovers," *Algorithms and Data Structures Symp.* (WADS), 362–373, LNCS, vol. 6844, 2011.

C-155. M.T. Goodrich and M. Mitzenmacher, "Privacy-Preserving Access of Outsourced Data via Oblivious RAM Simulation," *38th Int. Colloquium on Automata, Languages and Programming (ICALP)*, LNCS, vol. 6756, 2011, 576–587.

C-156. M.T. Goodrich and P. Pszona, "External-Memory Network Analysis Algorithms for Naturally Sparse Graphs," *European Symp. on Algorithms (ESA)*, LNCS, vol. 6942, 664–676, 2011.

C-157. C. Duncan, D. Eppstein, M.T. Goodrich, S.G. Kobourov and M. Löffler, "Planar and Poly-Arc Lombardi Drawings," *Int. Symp. Graph Drawing (GD)*, LNCS, vol. 7034, 308–319, 2011. (Preliminary version of J-87.)

C-158. R. Chernobelskiy, K. Cunningham, M.T. Goodrich, S.G. Kobourov and L. Trott, "Force-Directed Lombardi-Style Graph Drawing," *Int. Symp. Graph Drawing (GD)*, LNCS, vol. 7034, 320–331, 2011.

C-159. M.T. Goodrich and M. Mitzenmacher, "Invertible Bloom Lookup Tables," *49th Allerton Conf. on Communication, Control, and Computing*, IEEE Press, **invited paper**, 2011.

C-160. M.T. Goodrich, M. Mitzenmacher, O. Ohrimenko, and R. Tamassia, "Oblivious RAM Simulation with Efficient Worst-Case Access Overhead," *ACM Cloud Computing Security Workshop (CCSW)*, in conjunction with the 17th ACM Conf. on Computer and Communications Security (CCS), 95–100, 2011.

C-161. M.T. Goodrich and J.A. Simons, "Fully Retroactive Approximate Range and Nearest Neighbor Searching," *22nd Int. Symp. on Algorithms and Computation (ISAAC)*, Springer, LNCS, vol. 7074, 292–301, 2011.

C-162. E. Angelino, M.T. Goodrich, M. Mitzenmacher and J. Thaler, "External Memory Multimaps," *22nd Int. Symp. on Algorithms and Computation (ISAAC)*, Springer, LNCS, vol. 7074, 384–394, 2011. (Preliminary version of J-83.)

C-163. M.T. Goodrich, N. Sitchinava, and Q. Zhang, "Sorting, Searching, and Simulation in the MapReduce Framework," *22nd Int. Symp. on Algorithms and Computation (ISAAC)*, Springer, LNCS, vol. 7074, 374–383, 2011.

C-164. D. Eppstein, M.T. Goodrich, M. Löffler, D. Strash and L. Trott, "Category-Based Routing in Social Networks: Membership Dimension and the Small-World Phenomenon," *IEEE Int. Conf. on Computational Aspects of Social Networks* (CASoN), 102–107, 2011. (Preliminary version of J-84.)

C-165. M.T. Goodrich, O. Ohrimenko, M. Mitzenmacher, and R. Tamassia, "Privacy-Preserving Group Data Access via Stateless Oblivious RAM Simulation," *23rd ACM-SIAM Symp. on Discrete Algorithms* (SODA), 157–167, 2012.

C-166. M.T. Goodrich, O. Ohrimenko, M. Mitzenmacher, and R. Tamassia, "Practical Oblivious Storage," *2nd ACM Conf. on Data and Application Security and Privacy* (CODASPY). 13–24, 2012.

C-167. M.T. Goodrich and M. Mitzenmacher, "Anonymous Card Shuffling and its Applications to Parallel Mixnets," *39th Int. Colloquium on Automata, Languages and Programming* (ICALP), Springer, LNCS, vol. 6756, 576–587, 2012.

C-168. M.T. Goodrich, O. Ohrimenko, and R. Tamassia, "Graph Drawing in the Cloud: Privately Visualizing Relational Data using Small Working Storage," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 43–54, 2012.

C-169. F.J. Brandenburg, D. Eppstein, A. Gleissner, M.T. Goodrich, K. Hanauer, and J. Reislhuber, "On the Density of Maximal 1-Planar Graphs," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 327–338, 2012.

C-170. M.J. Bannister, D. Eppstein, M.T. Goodrich, and L. Trott, "Force-Directed Graph Drawing Using Social Gravity and Scaling," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 414–425, 2012.

C-171. M.T. Goodrich and J.A. Simons, "More Graph Drawing in the Cloud: Data-Oblivious st-Numbering, Visibility Representations, and Orthogonal Drawing of Biconnected Planar Graphs," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 569–570, 2012.

C-172. M.T. Goodrich, D.S. Hirschberg, M. Mitzenmacher, and J. Thaler, "Cache-Oblivious Dictionaries and Multimaps with Negligible Failure Probability," *Mediterranean Conf. on Algorithms* (MedAlg), Springer, LNCS, vol. 7659, 203–218, 2012.

C-173. D. Eppstein, M.T. Goodrich, and D.S. Hirschberg, "Combinatorial Pair Testing: Distinguishing Workers from Slackers," *Algorithms and Data Structures Symp.* (WADS), Springer, LNCS, vol. 8037, 316–327, 2013.

C-174. D. Eppstein, M.T. Goodrich, and J.A. Simons, "Set-Difference Range Queries," *25th Canadian Conf. on Computational Geometry* (CCCG), 2013, http://www.cccg.ca/proceedings/2013/.

C-175. M.T. Goodrich and P. Pszona, "Cole's Parametric Search Technique Made Practical," *25th Canadian Conf. on Computational Geometry* (CCCG), 2013, http://www.cccg.ca/proceedings/2013/.

C-176. L. Arge, M.T. Goodrich, F. van Walderveen, "Computing Betweenness Centrality in External Memory," *IEEE Int. Conf. on Big Data* (BigData), 368–375, 2013.

C-177. M.T. Goodrich and P. Pszona, "Achieving Good Angular Resolution in 3D Arc Diagrams," *21st Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8242, 161–172, 2013.

C-178. M.T. Goodrich and P. Pszona, "Streamed Graph Drawing and the File Maintenance Problem," *21st Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8242, 256–267, 2013.

C-179. M.T. Goodrich, "Zig-zag Sort: A Simple Deterministic Data-Oblivious Sorting Algorithm Running in $O(n \log n)$ Time," *46th ACM Symp. on Theory of Computing* (STOC), 684–693,

2014.

C-180. D. Eppstein, M.T. Goodrich, M. Mitzenmacher, and P. Pszona, "Wear Minimization for Cuckoo Hashing: How Not to Throw a Lot of Eggs into One Basket," *Symp. on Experimental Algorithms* (SEA), Springer, LNCS, vol. 8504, 162–173, 2014.

C-181. O. Ohrimenko, M.T. Goodrich, and R. Tamassia, an E. Upfal, "The Melbourne Shuffle: Improving Oblivious Storage in the Cloud," *41st Int. Colloq. on Automata, Languages, and Programming* (ICALP), Springer, LNCS, vol. 8573, 556–567, 2014.

C-182. M.J. Bannister, W.E. Devanny, M.T. Goodrich, J.A. Simons, and Lowell Trott, "Windows into Geometric Events: Data Structures for Time-Windowed Querying of Temporal Point Sets," *26th Canadian Conf. on Computational Geometry* (CCCG), 2014.

C-183. M.J. Bannister, W.E. Devanny, D. Eppstein and M.T. Goodrich, "The Galois Complexity of Graph Drawing: Why Numerical Solutions are Ubiquitous for Force-Directed, Spectral, and Circle Packing Drawings," *22nd Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8871, 149–161, 2014. (Preliminary version of J-86.)

C-184. M.J. Alam, D. Eppstein, M.T. Goodrich, S. Kobourov and S. Pupyrev, "Balanced Circle Packings for Planar Graphs," *22nd Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8871, 125–136, 2014.

C-185. M. Bannister, M.T. Goodrich, and P. Sampson, "Force-Directed 3D Arc Diagrams," *22nd Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8871, 521–522, 2014.

C-186. M.T. Goodrich and P. Pszona, "Two-Phase Bicriterion Search for Finding Fast and Efficient Electric Vehicle Routes," *22nd ACM SIGSPATIAL Int. Conf. on Adv. Geographic Information Systems* (GIS), 193–202, 2014.

C-187. M.T. Goodrich and J. Simons, "Data-Oblivious Graph Algorithms in Outsourced External Memory," *8th Int. Conf. on Combinatorial Optimization and Applications* (COCOA), LNCS, Vol. 8881, 241–257, 2014.

C-188. M.T. Goodrich, T. Johnson, M. Torres, "Knuthian Drawings of Series-Parallel Flowcharts," *23rd Int. Symp. on Graph Drawing and Network Visualization* (GD), Springer, LNCS, vol. 9411, 556–557, 2015. (See also http://arxiv.org/abs/1508.03931.)

C-189. M.T. Goodrich and A. Eldawy, "Parallel Algorithms for Summing Floating-Point Numbers," *28th ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 13–22, 2016.

C-190. W.E. Devanny, M.T. Goodrich, and K. Jetviroj, "Parallel Equivalence Class Sorting: Algorithms, Lower Bounds, and Distribution-Based Analysis," *28th ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 265–274, 2016.

C-191. D. Eppstein, M.T. Goodrich, J. Lam, N. Mamano, M. Mitzenmacher, and M. Torres, "Models and Algorithms for Graph Watermarking," *19th Information Security Conf.* (ISC), 283–301, 2016. **Best Student Paper Award**.

C-192. E. Ghosh, M.T. Goodrich, O. Ohrimenko, R. Tamassia, "Verifiable Zero-Knowledge Order Queries and Updates for Fully Dynamic Lists and Trees," *10th Conf. on Security and Cryptography for Networks* (SCN), 216–236, 2016.

C-193. M.T. Goodrich, E. Kornaropoulos, M. Mitzenmacher, R. Tamassia, "More Practical and Secure History-Independent Hash Tables," *21st European Symp. on Research in Computer Security* (ESORICS), 20-38, 2016.

C-194. J.J. Besa Vial, W.E. Devanny, D. Eppstein, and M.T. Goodrich, "Scheduling Autonomous Vehicle Platoons Through an Unregulated Intersection," *2016 Workshop on Algorithmic Approaches for Transportation Modeling, Optimization, and Systems* (ATMOS), 5:1–5:14.

C-195. M.J. Alam, M.B. Dillencourt, and M.T. Goodrich, "Capturing Lombardi Flow in

Orthogonal Drawings by Minimizing the Number of Segments," *24th Int. Symp. on Graph Drawing and Network Visualization* (GD), LNCS, Vol. 9801, 608–610, 2016.

C-196. M.J. Alam, M.T. Goodrich, and T. Johnson, "Sibling-First Recursive Graph Drawing for Java Bytecode," *24th Int. Symp. on Graph Drawing and Network Visualization* (GD), LNCS, Vol. 9801, 611–612, 2016.

C-197. M.T. Goodrich, S. Gupta, and M. Torres, "A Topological Algorithm for Determining How Road Networks Evolve Over Time," *24th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 31:1–31:10, 2016.

C-198. M.J. Alam, M.T. Goodrich, and T. Johnson, "J-Viz: Finding Algorithmic Complexity Attacks via Graph Visualization of Java Bytecode," *13th IEEE Symp. on Visualization for Cyber Security* (VizSec), 1–8, 2016.

C-199. M.T. Goodrich, E. Kornaropoulos, M. Mitzenmacher, and R. Tamassia, "Auditable Data Structures," *2nd IEEE European Symp. on Security and Privacy* (EuroS&P), 285–300, 2017.

C-200. D. Eppstein, M.T. Goodrich, M. Mitzenmacher, and M. Torres, "2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," *36th ACM SIGMOD-SIGACT-SIGART Symp. on Principles of Database Systems* (PODS), 247–260, 2017.

C-201. D. Eppstein, M.T. Goodrich, and N. Mamano, "Algorithms for Stable Matching and Clustering in a Grid," *18th International Workshop on Combinatorial Image Analysis* (IWCIA), 117–131, 2017.

C-202. G. Ateniese, M.T. Goodrich, V. Lekakis, C. Papamanthou, E. Paraskevas, and R. Tamassia, "Accountable Storage," *15th International Conference on Applied Cryptography and Network Security* (ACNS), 623–644, 2017.

C-203. D. Eppstein and M.T. Goodrich, "Using Multi-Level Parallelism and 2-3 Cuckoo Filters for Faster Set Intersection Queries and Sparse Boolean Matrix Multiplication," *29th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 137–139, 2017.

C-204. W.E. Devanny, J. Fineman, M.T. Goodrich, and T. Kopelowitz, "The Online House Numbering Problem: Min-Max Online List Labeling," *25th European Symp. on Algorithms* (ESA), 33:1–33:15, 2017.

C-205. M.T. Goodrich, "Answering Spatial Multiple-Set Intersection Queries Using 2-3 Cuckoo Hash-Filters," *25th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 65:1–65:4, 2017.

C-206. D. Eppstein, M.T. Goodrich, D. Korkmaz, and N. Mamano, "Defining Equitable Geographic Districts in Road Networks via Stable Matching," *25th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 52:1–52:4, 2017.

C-207. M.T. Goodrich, "BIOS ORAM: Improved Privacy-Preserving Data Access for Parameterized Outsourced Storage,' *ACM Workshop on Privacy in the Electronic Society* (WPES), 41–50, 2017.

C-208. J.J. Besa Vial, W.E. Devanny, D. Eppstein, M.T. Goodrich, and T. Johnson, "Quadratic Time Algorithms Appear to be Optimal for Sorting Evolving Data," *Algorithm Engineering & Experiments* (ALENEX), 87–96, 2018.

C-209. D. Eppstein, M.T. Goodrich, N. Mamano, "Reactive Proximity Data Structures for Graphs," *13th Latin American Theoretical Informatics Symp.* (LATIN), LNCS, Vol. 10807, Springer, 777–789, 2018.

C-210. M.T. Goodrich, "Isogrammic-Fusion ORAM: Improved Statistically Secure Privacy-Preserving Cloud Data Access for Thin Clients," *13th ACM ASIA Conf. on Information, Computer and Communications Security* (ASIACCS), 699–706, 2018.

C-211. J.J. Besa Vial, W.E. Devanny, D. Eppstein, M.T. Goodrich, and T. Johnson, "Optimally Sorting Evolving Data," *45th Int. Colloq. on Automata, Languages, and Programming* (ICALP), 81:1–81:13, 2018.

C-212. G. Barequet, D. Eppstein, M.T. Goodrich, and N. Mamano, "Stable-Matching Voronoi Diagrams: Combinatorial Complexity and Algorithms," *45th Int. Colloq. on Automata, Languages, and Programming* (ICALP), 89:1–89:14, 2018.

C-213. G. Da Lozzo, D. Eppstein, M.T. Goodrich, and S. Gupta, "Subexponential-Time and FPT Algorithms for Embedded Flat Clustered Planarity," *44th Int. Workshop on Graph-Theoretic Concepts in Computer Science* (WG), 111–124, 2018.

C-214. G. Barequet, M. De, and M.T. Goodrich, "Computing Convex-Straight-Skeleton Voronoi Diagrams for Segments and Convex Polygons," *24th International Computing and Combinatorics Conference* (COCOON), 130–142, 2018. (Preliminary version of J-90.)

C-215. M.T. Goodrich and T. Johnson, "Low Ply Drawings of Trees and 2-Trees," *30th Canadian Conference on Computational Geometry* (CCCG), 1–9, 2018.

C-216. D. Eppstein, M.T. Goodrich, J. Jorgensen, and M.R. Torres, "Geometric Fingerprint Recognition via Oriented Point-Set Pattern Matching," *30th Canadian Conference on Computational Geometry* (CCCG), 1–16, 2018.

C-217. G. Da Lozzo, D. Eppstein, M.T. Goodrich, and S. Gupta, "C-Planarity Testing of Embedded Clustered Graphs with Bounded Dual Carving-Width," *14th Int. Symp. on Parameterized and Exact Computation* (IPEC), LIPIcs, vol. 148, 9:1–9:17, 2019. **Best Paper Award**.

C-218. J.J. Besa, G. Da Lozzo, and M.T. Goodrich, "Computing k-Modal Embeddings of Planar Digraphs," *European Symp. on Algorithms* (ESA), 19:1–19:16, 2019.

C-219. N. Mamano, A. Efrat, D. Eppstein, D. Frishberg, M.T. Goodrich, S. Kobourov, P. Matias, and V. Polishchuk, "New Applications of Nearest-Neighbor Chains: Euclidean TSP and Motorcycle Graphs," *30th Int. Symp. on Algorithms and Computation* (ISAAC), 51:1–51:21, 2019.

C-220. D. Eppstein, M.T. Goodrich, J.A. Liu, and P.A. Matias, "Tracking Paths in Planar Graphs," *30th Int. Symp. on Algorithms and Computation* (ISAAC), 54:1–54:17, 2019.

C-221. J.J. Besa, M.T. Goodrich, T. Johnson, and M.C. Osegueda, "Minimum-Width Drawings of Phylogenetic Trees," *13th Int. Conf. on Combinatorial Optimization and Applications* (COCOA), LNCS, vol. 11949, 39–55, 2019.

C-222. M.T. Goodrich, Z.M. Liang, and S. Zhao, "Inverse-Rendering Based Analysis of the Fine Illumination Effects in the Salvator Mundi," *ACM SIGGRAPH Art Papers Program, 47th International Conference and Exhibition on Computer Graphics and Interactive Techniques*, 2020.

C-223. R. Afshar, M.T. Goodrich, P. Matias, and M.C. Osegueda, "Reconstructing Binary Trees in Parallel," *32nd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 491–492, 2020.

C-224. R. Afshar, M.T. Goodrich, P. Matias, and M.C. Osegueda, "Reconstructing Biological and Digital Phylogenetic Trees in Parallel," *European Symp. on Algorithms* (ESA), 3:1–3:24, 2020.

C-225. R. Afshar, A. Amir, M.T. Goodrich, and P. Matias, "Adaptive Exact Learning in a Mixed-Up World: Dealing with Periodicity, Errors, and Jumbled-Index Queries in String Reconstruction," *27th International Symp. on String Processing and Information Retrieval* (SPIRE), 155–174, 2020.

C-226. M.T. Goodrich, R. Jacob, N. Sitchinava, "Atomic Power in Forks: A Super-Logarithmic

Lower Bound for Implementing Butterfly Networks in the Nonatomic Binary Fork-Join Model," *ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2141–2153, 2021.

C-227. R. Afshar, M.T. Goodrich, P. Matias, and M.C. Osegueda, "Parallel Network Mapping Algorithms," *33rd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 410–413, 2021.

C-228. M.T. Goodrich, S. Gupta, H. Khodabandeh, and P. Matias, "How to Catch Marathon Cheaters: New Approximation Algorithms for Tracking Paths," *17th Algorithms and Data Structures Symp.* (WADS), 442–456, 2021.

C-229. R. Afshar, M.T. Goodrich, P. Matias, and M.C. Osegueda, "Mapping Networks via Parallel kth-Hop Traceroute Queries," *39th Int. Symp. on Theoretical Aspects of Computer Science* (STACS), LIPIcs, Vol. 219, 4:1–4:21, 2022.

C-230. R. Afshar, M.T. Goodrich, and E. Ozel, "Efficient Exact Learning Algorithms for Road Networks and Other Graphs with Bounded Clustering Degrees," *20th Int. Symp. on Experimental Algorithms* (SEA), 9:1–9:18, 2022.

C-231. G. Barequet, S. Fukuzawa, M.T. Goodrich, D. Mount, M. Osegueda, and E. Ozel, "Diamonds are Forever in the Blockchain: Geometric Polyhedral Point-Set Pattern Matching," *34th Canadian Conf. on Computational Geometry* (CCCG), 16–23, 2022.

C-232. R. Afshar and M.T. Goodrich, "Exact Learning of Multitrees and Almost-Trees Using Path Queries," *15th Latin American Theoretical Informatics Symp.* (LATIN), 293-311, 2022.

C-233. M.T. Goodrich and E. Ozel, "Modeling the Small-World Phenomenon with Road Networks," *30th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 46:1-46:10, 2022. **Best Paper Runner Up Award**.

C-234. M. Blanton, M.T. Goodrich, and C. Yuan, "Secure and Accurate Summation of Many Floating-Point Numbers," *23rd Privacy Enhancing Technologies Symp.* (PETS), 2023.

C-235. R. Jacob and M.T. Goodrich, "Optimal Parallel Sorting with Comparison Errors," *35th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2023.

C-236. R. Afshar, M. Dillencourt, M.T. Goodrich, and E. Ozel "Noisy Sorting Without Searching: Data Oblivious Sorting with Comparison Errors," *21st Symposium on Experimental Algorithms* (SEA), 2023.

C-237. O. Gila, M.T. Goodrich, and R. Tarjan, "Zip-zip Trees: Making Zip Trees More Balanced, Biased, Compact, or Persistent," *18th Algorithms and Data Structures Symp.* (WADS), 2023.

C-238. M.T. Goodrich and E. Ozel, "External-Memory Sorting with Comparison Errors," *18th Algorithms and Data Structures Symp.* (WADS), 2023

## Other Publications:

O-1. M.T. Goodrich, "Guest Editor's Introduction," *Int. Journal of Computational Geometry & Applications*, **2**(2), 1992, 113–116.

O-2. M.T. Goodrich, "Parallel Algorithms Column 1: Models of Computation," *SIGACT News*, **24**(4), 1993, 16–21.

O-3. M.T. Goodrich, V. Mirelli, M. Orletsky, and J. Salowe, "Decision tree construction in fixed dimensions: Being global is hard but local greed is good," Technical Report TR-95-1, Johns Hopkins University, Department of Computer Science, Baltimore, MD 21218, May 1995.

O-4. R. Tamassia, P.K. Agarwal, N. Amato, D.Z. Chen, D. Dobkin, R.L.S. Drysdale, S. Fortune, M.T. Goodrich, J. Hershberger, J. O'Rourke, F.P. Preparata, J.-R. Sack, S. Suri, I.G. Tollis, J.S. Vitter, and S. Whitesides, "Strategic Directions in Computational Geometry Working Group Report," *ACM Computing Surveys*, **28A**(4), December 1996.

O-5. G.A. Gibson, J.S. Vitter, and J. Wilkes, A. Choudhary, P. Corbett, T.H. Cormen, C.S. Ellis, M.T. Goodrich, P. Highnam, D. Kotz, K. Li, R. Muntz, J. Pasquale, M. Satyanarayanan, D.E. Vengroff, "Report of the Working Group on Storage I/O Issues in Large-Scale Computing," *ACM Computing Surveys*, **28A**(4), December 1996.

O-6. T.H. Cormen and M.T. Goodrich, "A Bridging Model for Parallel Computation, Communication, and I/O," *ACM Computing Surveys*, **28A**(4), December 1996.

O-7. M.T. Goodrich, "Computer Science Issues in the National Virtual Observatory," in *Virtual Observatories of the Future*, ASP Conf. Series, vol. 225, R.J. Brunner, S.G. Djorgovski, and A.S. Szalay, eds., 329–332, 2001.

O-8. M.T. Dickerson and M.T. Goodrich, "Matching Points to a Convex Polygonal Boundary," Proceedings of the 13th Canadian Conf. on Computational Geometry (CCCG'01), 89–92, 2001.

O-9. M.T. Goodrich, "Guest Editor's Foreword," *Algorithmica*, **33**(3), 271, 2002.

O-10. M.T. Goodrich, M. Shin, C.D. Straub, and R. Tamassia, "Distributed Data Authentication (System Demonstration)," *DARPA Information Survivability Conf. and Exposition*, IEEE Press, Volume 2, 58–59, 2003.

O-11. M.T. Goodrich and R. Tamassia, "Efficient and Scalable Infrastructure Support for Dynamic Coalitions," *DARPA Information Survivability Conf. and Exposition*, IEEE Press, Volume 2, 246–251, 2003.

O-12. E. Ghosh, M.T. Goodrich, O. Ohrimenko, and R. Tamassia, "Poster: Zero-Knowledge Authenticated Order Queries and Applications," *IEEE Symp. on Security and Privacy*, 2015. (See also https://eprint.iacr.org/2015/283.)

O-13. F. Bayatbabolghani, M. Blanton, M. Aliasgari, and M.T. Goodrich, "Poster: Secure Computations of Trigonometric and Inverse Trigonometric Functions," *IEEE Symp. on Security and Privacy*, 2017.

**PROFESSIONAL SERVICE**

*Guest Editor:*

Int. Journal of Computational Geometry & Applications, **2**(2), 1992
Journal of Computer & System Sciences, **52**(1), 1996
Computational Geometry: Theory and Applications, **12(1–2)**, 1999.
Algorithmica, **33**(3), 2002.

*Editorial Board Membership:*

Computational Geometry: Theory and Applications, 2006–2015
Journal of Computer & System Sciences, 1994–2011
Journal of Graph Algorithms and Applications, 1996–2011
Int. Journal of Computational Geometry & Applications, 1993–2010
Information Processing Letters, 1995–1997

*Journal Advisory Board Membership:*

Int. Journal of Computational Geometry & Applications, 2010–
Journal of Graph Algorithms and Applications, 2011–

*Program Committee Service:*

7th ACM Symp. on Computational Geometry (SoCG), 1991
1991 Workshop on Algorithms and Data Structures (WADS)
8th ACM Symp. on Computational Geometry (SoCG), 1992

25th ACM Symp. on Theory of Computing (STOC), 1993
*Chair*, 26th ACM Symp. on Theory of Computing (STOC), 1994
11th ACM Symp. on Computational Geometry (SoCG), 1995
DAGS '95 Conf. on Electronic Publishing and the Information Superhighway
1996 SIAM Discrete Mathematics Conference
1997 Workshop on Algorithms and Data Structures (WADS)
Int. Symp. on Graph Drawing (GD), 1997
1999 Workshop on Algorithms and Data Structures (WADS)
*Co-chair*, Workshop on Algorithm Engineering and Experimentation (ALENEX), 1999
Int. Symp. on Graph Drawing (GD), 2000
2000 Workshop on Algorithm Engineering (WAE)
41st IEEE Symp. on Foundations of Computer Science (FOCS), 2000
2001 Workshop on Algorithms and Data Structures (WADS)
Int. Symp. on Graph Drawing (GD), 2001
Workshop on Algorithm Engineering and Experimentation (ALENEX), 2002
18th ACM Symp. on Computational Geometry (SoCG), 2002
13th ACM-SIAM Symp. on Discrete Algorithms (SODA), 2002
*Co-Chair*, Graph Drawing 2002
Int. Symp. on Graph Drawing (GD), 2003
16th ACM-SIAM Symp. on Discrete Algorithms (SODA), 2005
32nd Int. Colloq. on Automata, Languages and Programming (ICALP), 2005
12th Int. Computing and Combinatorics Conference (COCOON), 2006
13th ACM Conf. on Computer and Communication Security (CCS), 2006
15th European Symp. on Algorithms (ESA), 2007
5th Int. Conference on Applied Cryptography and Network Security (ACNS), 2007
21st IEEE Int. Parallel & Distributed Processing Symp. (IPDPS), 2007
19th ACM Symp. on Parallelism in Algorithms and Architectures (SPAA), 2007
5th Workshop on Algorithms and Models for the Web-Graph (WAW), 2007
7th Int. Workshop on Experimental Algorithms (WEA), 2008
Second Int. Frontiers of Algorithmics Workshop (FAW), 2008
16th ACM SIGSPATIAL Int. Symp. on Adv. in Geographic Information Systems (GIS), 2008
17th ACM SIGSPATIAL Int. Symp. on Adv. in Geographic Information Systems (GIS), 2009
31st IEEE Symp. on Security and Privacy (S&P), 2010
18th Int. Symp. on Graph Drawing (GD), 2010
2011 Workshop on Analytic Algorithmics and Combinatorics (ANALCO)
8th Workshop on Algorithms and Models for the Web Graph (WAW), 2011
19th Int. Symp. on Graph Drawing (GD), 2011
24th ACM Symp. on Parallelism in Algorithms and Architectures (SPAA), 2012
20th European Symp. on Algorithms (ESA), 2012
2013 IEEE Int. Conf. on Big Data (BigData), 2013
30th IEEE Int. Conf. on Data Engineering (ICDE), 2014
21st ACM Conf. on Computer and Communication Security (CCS), 2014
Symp. on Algorithms and Data Structures (WADS), 2015
ACM Cloud Computing Security Workshop (CCSW), 2015
Int. Symp. on Graph Drawing (GD), 2015
*co-chair*, 2016 Workshop on Algorithm Engineering and Experiments (ALENEX)
2016 Workshop on Massive Data Algorithmics (MASSIVE)
2016 Int. Symp. on Algorithms and Computation (ISAAC)
29th ACM Symp. on Parallelism in Algorithms and Architectures (SPAA), 2017
25th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems (GIS), 2017
26th European Symp. on Algorithms (ESA), 2018

26th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems (GIS), 2018
2nd SIAM Symp. on Simplicity in Algorithms (SOSA), 2019
ACM SIGSPATIAL Int. Workshop on Spatial Gems, 2019
2021 SIAM Symp. on Applied Computational & Discrete Algorithms (ACDA)
2023 SIAM Symp. on Algorithm Engineering and Experimentation (ALENEX)
35th ACM Symp. on Parallelism in Algorithms and Architectures (SPAA), 2023
7th SIAM Symp. on Simplicity in Algorithms (SOSA), 2024

*Conference/Workshop Committee Service:*

Conference chair, 12th ACM Symp. on Computational Geometry, 1996
Organizer, 1st CGC Workshop on Computational Geometry, 1996
Co-chair, 1999 Dagstuhl Workshop on Computational Geometry, 1999
Conference chair, Graph Drawing, 2002
Co-organizer, Hawaiian Workshop on Parallel Algorithms, 2017, 2019

*Steering Committee and Executive Committee Service:*

Member at large, ACM SIG on Algorithms & Comp. Theory (SIGACT) Exec. Comm., 1993–97
Member, Exec. comm. for 1996 Federated Computing Research Conference (FCRC)
co-Founder and member, Steering Comm. for Workshop on Algorithm Engineering
    and Experimentation (ALENEX), 1999–2017 (chair, 2014–16)
co-Chair, Steering Comm. for ACM Symp. on Computational Geometry, 1999–2001
Member, Steering Comm. for Graph Drawing Conference, 2000–03, 2014–16
Conference Chair, ACM SIG on Algorithms & Comp. Theory (SIGACT), 2005–09

*Center and Institute Affiliations:*

Algorithms, Combinatorics and Optimization Center, UCI
Center for Algorithms and Theory of Computation, UCI
Center for Embedded and Cyber-physical Systems, UCI
Center for Machine Learning and Intelligent Systems, UCI
The Institute for Virtual Environments and Computer Games (IVECG), UCI
Secure Computing & Networking Center, UCI

*Postdoctoral Fellows:*

1. Timothy Chan, Johns Hopkins, 1996. (Now at Univ. of Illinois)
2. Gill Barequet, Johns Hopkins, 1996-98. (Now at Technion)
3. Pawel Gajer, Johns Hopkins, 2000. (Now at Univ. of Maryland)
4. Amitabh Chaudhary, UC-Irvine, 2002-2004. (Now at U. Chicago)
5. Amitabha Bagchi, UC-Irvine, 2002-2004. (Now at IIT-Dehli)
6. Martin Nollenburg, UC-Irvine, 2010, mentored jointly with David Eppstein. (Now at TU Wien)
7. Maarten Loffler, UC-Irvine, 2010-2011, mentored jointly with David Eppstein. (Now at Utrecht University)
8. Md. Jawaherul Alam, UC-Irvine, 2015-16. (Now at Amazon)
9. Giordano Da Lozzo, UC-Irvine, 2016-2017, mentored jointly with David Eppstein. (Now at "Roma Tre" University)

*Ph.D. Students:*

1. Mujtaba Ghouse, "Randomized Parallel Computational Geometry in Theory and Practice," Johns Hopkins Univ., May 1993.
2. Paul Tanenbaum, "On Geometric Representations of Partially Ordered Sets," Johns Hopkins Univ., May 1995 (co-advised with Edward Scheinerman).

3. Mark Orletsky, "Practical Methods for Geometric Searching Problems with Experimental Validation," Johns Hopkins Univ., May 1996.

4. Kumar Ramaiyer, "Geometric Data Structures and Applications," Johns Hopkins Univ., Aug. 1996.

5. Christian Duncan, "Balanced Aspect Ratio Trees," Johns Hopkins Univ., Aug. 1999.

6. Christopher Wagner, "Graph Visualization and Network Routing," Johns Hopkins Univ., Oct. 1999 (co-advised with Prof. Lenore Cowen).

7. Stephen Kobourov, "Algorithms for Drawing Large Graphs," Johns Hopkins Univ., May 2000.

8. Amitabha Bagchi, "Efficient Strategies for Topics in Internet Algorithmics," Johns Hopkins Univ., Oct. 2002.

9. Amitabh Chaudhary, "Applied Spatial Data Structures for Large Data Sets," Johns Hopkins Univ., Oct. 2002.

10. Breno De Medeiros, "New Cryptographic Primitives with Applications to Information Privacy and Corporate Confidentiality," Johns Hopkins Univ., May 2004 (co-advised with Giuseppe Ateniese).

11. "Jeremy" Yu Meng, "Confluent Graph Drawing," UC-Irvine, June 2006.

12. Jonathan Zheng Sun, "Algorithms for Hierarchical Structures, with Applications to Security and Geometry," UC-Irvine, Aug. 2006.

13. Nodari Sitchinava, "Parallel External Memory Model—A Parallel Model for Multi-core Architectures," UC-Irvine, Sep. 2009.

14. Darren Strash, "Algorithms for Sparse Geometric Graphs and Social Networks," UC-Irvine, May 2011 (co-advised with with David Eppstein).

15. Lowell Trott, "Geometric Algorithms for Social Network Analysis," UC-Irvine, May 2013.

16. Joseph Simons, "New Dynamics in Geometric Data Structures," UC-Irvine, May 2014.

17. Pawel Pszona, "Practical Algorithms for Sparse Graphs," UC-Irvine, May 2014.

18. William E. Devanny, "An Assortment of Sorts: Three Modern Variations on the Classic Sorting Problem," UC-Irvine, July 2017 (co-advised with David Eppstein).

19. Siddharth Gupta, "Topological Algorithms for Geographic and Geometric Graphs," UC-Irvine, Aug. 2018 (co-advised with with David Eppstein).

20. Timothy Johnson, "Graph Drawing Representations and Metrics with Applications," UC-Irvine, Aug. 2018.

21. Juan Besa, "Optimization Problems in Directed Graph Visualization," UC-Irvine, Aug. 2019.

22. Nil Mamano Grande, "New Applications of the Nearest-Neighbor Chain Algorithm," UC-Irvine, Sep. 2019 (co-advised with David Eppstein).

23. Pedro Matias, "Exact Learning of Sequences from Queries and Trackers," UC-Irvine, May 2021

24. Martha Osegueda, "Constructing, Counting and Matching Combinatorial and Geometric Shapes," UC-Irvine, May 2022

25. Ramtin Afshar, "Exact Learning of Graphs Using Queries," UC-Irvine, Feb. 2023

*Ph.D. Committee Service:*

| | | |
|---|---|---|
| John Augustine | UC-Irvine | Advancement to candidacy, September 2003 |
| Nikos Triandopoulos | Brown U. | Thesis prelim., February 2004 |
| Einar Mykletun | UC-Irvine | Advancement to candidacy, March 2004 |
| Kartic Subr | UC-Irvine | Advancement to candidacy, September 2004 |
| S. Joshua Swamidass | UC-Irvine | Advancement to candidacy, April 2005 |
| Jeong Hyun Yi | UC-Irvine | Thesis defense, August, 2005 |

| | | |
|---|---|---|
| Nodari Sitchinava | UC-Irvine | Advancement to candidacy, chair, December 2005 |
| John Augustine | UC-Irvine | Thesis defense, July 2006 |
| Maithili Narasimha | UC-Irvine | Thesis defense, August, 2006 |
| Josiah Carlson | UC-Irvine | Advancement to candidacy, August 2006 |
| Xiaomin Liu | UC-Irvine | Advancement to candidacy, September 2006 |
| Gabor Madl | UC-Irvine | Advancement to candidacy, September 2006 |
| Nikos Triandopoulos | Brown U. | Thesis defense, September 2006 |
| Rabia Nuray-Turan | UC-Irvine | Advancement to candidacy, May 2007 |
| S. Joshua Swamidass | UC-Irvine | Thesis defense, June 2007 |
| Michael Sirivianos | UC-Irvine | Advancement to candidacy, June 2007 |
| Kevin Wortman | UC-Irvine | Advancement to candidacy, August 2007 |
| Di Ma | UC-Irvine | Advancement to candidacy, December 2007 |
| Josiah Carlson | UC-Irvine | Thesis defense, December 2007 |
| Michael Nelson | UC-Irvine | Advancement to candidacy, chair, March 2008 |
| Minas Gjoka | UC-Irvine | Advancement to candidacy, June 2008 |
| Sara Javanmardi | UC-Irvine | Advancement to candidacy, June 2008 |
| Ali Zandi | UC-Irvine | Advancement to candidacy, September 2008 |
| Jihye Kim | UC-Irvine | Thesis defense, September 2008 |
| Darren Strash | UC-Irvine | Advancement to candidacy, December 2008 |
| Kevin Wortman | UC-Irvine | Topic defense, January 2009 |
| Nodari Sitchinava | UC-Irvine | Topic defense, chair, June 2009 |
| Fabio Soldo | UC-Irvine | Advancement to candidacy, July 2009 |
| Emil De Cristofaro | UC-Irvine | Advancement to candidacy, July 2009 |
| Di Ma | UC-Irvine | Thesis defense, August 2009 |
| Yanbin Lu | UC-Irvine | Advancement to candidacy, December 2009 |
| Anh Le | UC-Irvine | Advancement to candidacy, April 2010 |
| Lowell Trott | UC-Irvine | Advancement to candidacy, June 2010 |
| Xiaomin Liu | UC-Irvine | Thesis defense, August 2010 |
| Josh Olsen | UC-Irvine | Advancement to candidacy, September 2010 |
| Yasser Altowim | UC-Irvine | Advancement to candidacy, December 2010 |
| Angela Wong | UC-Irvine | Advancement to candidacy, May 2011 |
| Joshua Hill | UC-Irvine | Advancement to candidacy, September 2011 |
| Alex Abatzoglou | UC-Irvine | Advancement to candidacy, September 2011 |
| Michael Wolfe | UC-Irvine | Masters Thesis defense, October 2011 |
| Olya Ohrimenko | Brown Univ. | PhD Thesis proposal, October 2011 |
| Yanbin Lu | UC-Irvine | PhD Thesis defense, November 2011 |
| Chun Meng | UC-Irvine | Advancement to candidacy, December 2011 |
| Abinesh Ramakrishnan | UC-Irvine | Advancement to candidacy, March 2012 |
| Pegah Sattari | UC-Irvine | PhD Thesis defense, April 2012 |
| Michael Bannister | UC-Irvine | PhD Thesis defense, May 2015 |
| Yingyi Bu | UC-Irvine | PhD Thesis defense, August 2015 |
| Jenny Lam | UC-Irvine | PhD Thesis defense, November 2015 |
| Timothy Johnson | UC-Irvine | Advancement to candidacy, chair, June 2016 |
| Jiayu Xu | UC-Irvine | Advancement to candidacy, November 2016 |
| Sky Faber | UC-Irvine | PhD Thesis defense, November 2016 |
| Juan Jose Besa Vial | UC-Irvine | Advancement to candidacy, chair, March 2017 |
| William Devanny | UC-Irvine | PhD Thesis defense, co-chair, July 2017 |
| Ingo van Duijn | Aarhus Univ. | PhD Thesis defense, September 2017 |

| | | |
|---|---|---|
| Siddharth Gupta | UC-Irvine | Advancement to candidacy, January 2018 |
| Boyang Wei | UC-Irvine | PhD Thesis defense, August 2018 |
| Timothy Johnson | UC-Irvine | PhD Thesis defense, chair, August 2018 |
| Siddharth Gupta | UC-Irvine | PhD Thesis defense, August 2018 |
| Pedro Matias | UC-Irvine | Advancement to candidacy, chair, May 2019 |
| Juan Jose Besa Vial | UC-Irvine | PhD Thesis defense, chair, August 2019 |
| Sameera Chayyur | UC-Irvine | Advancement to candidacy, September 2019 |
| Nil Mamano Grande | UC-Irvine | PhD Thesis defense, co-chair, September 2019 |
| Yihan Sun | CMU | PhD Thesis defense, October 2019 |
| Martha Osegueda | UC-Irvine | Advancement to candidacy, chair, June 2020 |
| Tatiana Bradley | UC-Irvine | PhD Thesis defense, December 2020 |
| Julius Ceasar Aguma | UC-Irvine | Advancement to candidacy, December 2020 |
| Ramtin Afshar | UC-Irvine | Advancement to candidacy, chair, March 2021 |
| Pedro Matias | UC-Irvine | PhD Thesis defense, chair, May 2021 |
| Elham Havvaei | UC-Irvine | PhD Thesis defense, May 2021 |
| Daniel Frishberg | UC-Irvine | Advancement to candidacy, May 2021 |
| Hadi Khodabandeh | UC-Irvine | Advancement to candidacy, July 2021 |
| Sameera Ghayyur | UC-Irvine | PhD topic defense, February 2022 |
| Rohith Gangam | UC-Irvine | Advancement to candidacy, May 2022 |
| Martha Osegueda | UC-Irvine | PhD Thesis defense, chair, May 2022 |
| Yanqi Gu | UC-Irvine | Advancement to candidacy, June 2022 |
| Sameera Ghayyur | UC-Irvine | PhD Thesis defense, August 2022 |
| Rasmus K. Petersen | Aarhus Univ. | PhD Thesis defense, Sept. 2022 |
| Zihan Yu | UC-Irvine | Advancement to candidacy, Nov. 2022 |
| Ramtin Afshar | UC-Irvine | PhD Thesis defense, chair, Feb. 2023 |
| Shanshan Han | UC-Irvine | Advancement to candidacy, Feb. 2023 |
| Zhanhang (Marco) Liang | UC-Irvine | Advancement to candidacy, Mar. 2023 |

*University Service:*

Ph.D. Requirements Committee, Dept. of Computer Science, chair: 1987–89

Graduate Admissions Committee, Dept. of Computer Science, 1991–1993 (chair: 1992)

Faculty Recruiting Committee, Dept. of Computer Science, 1993,95,96 (chair: 1996)

Steering Committee, Whiting School of Engineering, 1990–93 (chair, 1993)

Johns Hopkins Homewood Academic Computing Oversight Committee, 1990–93

Curriculum Committee, Whiting School of Engineering, 1994–96

Strategic Planning Committee, Whiting School of Engineering, 1999–00

Graduate Policy Committee, UCI Dept. of Information & Computer Science (ICS), 2001–02

Faculty Search Committee in Cryptography, UCI Dept. of ICS, 2001–03

School of Info. and Computer Science Executive Committee, 2002–04

UCI Committee on Educational Policy (CEP), 2002–03, 2004–06

UCI Change of Major Criteria Committee, 2002–03

UCI CEP Policy Subcommittee, 2002–2003

Distinguished Faculty Search Committee, Bren School of ICS, 2004–11 (chair, 2007–08)

Equity Advisor, Bren School of ICS, 2005–09

Dean's Advisory Council, Bren School of ICS, 2007–13

Associate Dean for Faculty Development, Bren School of ICS, 2006–12

Chair, Department of Computer Science, Bren School of ICS, 2012–13

Master of Computer Science Development Committee, Bren School of ICS, 2013–16

Stragic Planning Committee, Dept. of Computer Science, Bren School of ICS, 2015–16
Master of Computer Science Steering/Admissions Comm., Bren School of ICS, 2016–22
Executive Committee, Bren School of ICS, 2017–18
UC-Irvine Senate Committee on Scholarly Honors & Awards, 2017–20
UC-Irvine Special Research Program Review Committee for CalIT2, 2018–19

*Courses Taught and Developed:*

Advanced Parallel Computing (developed and taught at Johns Hopkins)
Cyber-Puzzlers (designed and taught at UCI)
Computer Literacy (taught at Purdue, developed at Johns Hopkins)
Computer Programming for Scientists and Engineers (taught at Purdue)
Computer Security Algorithms (developed and taught at UCI)
Computational Models (revised and taught at Johns Hopkins)
Computational Geometry (revised and taught at Johns Hopkins and UCI)
Compiler Theory and Design (revised and taught at Johns Hopkins)
Computer Graphics (taught at Johns Hopkins)
Cyber-Fraud Detection and Prevention (designed and taught at UCI)
Data Structures (revised and taught at Johns Hopkins and UCI)
Graph Algorithms (revised and taught at UCI)
Formal Languages and Automata Theory (revised and taught at UCI)
Fundamentals of Algorithms with Applications (revised and taught at UCI)
Introduction to Algorithms (developed and taught at Johns Hopkins and UCI)
Internet Algorithmics (developed and taught at Johns Hopkins, Brown, and UCI)
Design and Analysis of Algorithms (revised and taught at Johns Hopkins and UCI)
Parallel Algorithms (developed and taught at Johns Hopkins and Univ. of Illinois)
Project in Algorithms and Data Structures (revised and taught at UCI)
Text Processing and Pattern Matching (developed and taught at UCI)

*Consulting:*

APAC Security, Inc., 2005
Algomagic Technologies, Inc., 2000–2005
Army Research Laboratory, Fort Belvior, 1995
AT&T, 1998
Battelle Research Triangle, Columbus Division, 1996
Brown University, 2000–2007
3M, 2015
Purdue University, 2002
The National Science Foundation, 1990–2016
Univ. of Miami, 1999
Walt Disney Animation Studios, 2009
Technical expert and expert witness, retained for IP litigations, 2012–

## GRANTS AND CONTRACTS

1. PI, "Research Initiation Award: Parallel and Sequential Computational Geometry," National Science Foundation (NSF Grant CCR-8810568), $32,914, 1988–90.

2. co-PI, "Paradigms for Parallel Algorithm Design," NSF and DARPA (as NSF Grant CCR-8908092), $523,837, 1989–93 (with S.R. Kosaraju (PI), S. Kasif, and G. Sullivan).

3. PI, "Parallel Computation and Computational Geometry," NSF (Grant CCR-9003299), $67,436, 1990–93.

4. co-PI, "A Facility for Experimental Validation," NSF (Grant CDA-9015667), $1,476,147, 1991–96 (with G. Masson (PI), J. Johnstone, S. Kasif, S.R. Kosaraju, S. Salzberg, S. Smith, G. Sullivan, L. Wolff, and A. Zwarico).

5. PI, "Parallel Network Algorithms for Cell Suppression," The Bureau of the Census (JSA 91-23), $14,998 1991–92.

6. PI, "A Geometric Framework for the Exploration & Analysis of Astrophysical Data," NSF (Grant IRI-9116843), $535,553, 1991–96 (with S. Salzberg and H. Ford (from Physics and Astronomy Dept.)).

7. PI, "Research Experiences for Undergraduates supplement to IRI-9116843," NSF, $4,000, 1993–94 (with S. Salzberg and H. Ford).

8. PI, "Constructing, Maintaining, and Searching Geometric Structures," NSF (Grant CCR-9300079), $134,976, 1993–96.

9. co-PI, "Robust and Applicable Geometric Computing," Army Research Office (ARO MURI Grant DAAH04-96-1-0013), $4,500,000, 1996–2000 (with F. Preparata (PI, Brown U.), R. Tamassia (Brown U.), S. Rao Kosaraju, J. Vitter (Duke U.), and P. Agarwal (Duke U.)). Subaward size: $1,466,640.

10. PI, "Application-Motivated Geometric Algorithm Design," NSF (Grant CCR-9625289), $107,389, 1996-98.

11. co-PI, "vBNS Connectivity for the Johns Hopkins University," NSF, $350,000, 1997–99 (with T.O. Poehler (PI), D.J. Binko, J.G. Neal, and A.S. Szalay).

12. co-PI, "Product Donation, Technology for Education Program," Intel Corporation, $480,071, 1997–2001 (with T.O. Poehler (PI), J.H. Anderson, A.S. Szalay, and M. Robbins).

13. co-PI, "A Networked Computing Environment for the Manipulation & Visualization of Geometric Data" (Research Infrastructure), NSF, $1,638,785, 1997–2003 (with L.B. Wolff (PI), Y. Amir, S.R. Kosaraju, S. Kumar, R. Tamassia (Brown U.), R.H. Taylor, and D. Yarowsky).

14. PI, "Geometric Algorithm Design and Implementation," NSF, Grant CCR-9732300, $224,982, 1998–2002.

15. PI, "Certification Management Infrastructure – Certificate Revocation," $52,023, 1998, NSA LUCITE grant.

16. PI, "Software Engineering Data Loading, Analysis, and Reporting," $41,614, 1998, NSA LUCITE grant.

17. PI, "Establishing a LUCITE Collaboration Environment," $10,018, 1998, NSA LUCITE grant.

18. PI, "In Support of a Secure Multilingual Collabortive Computing Environment," $51,471, 1999-2000, NSA LUCITE grant.

19. PI, "Accessing Large Distributed Archives in Astronomy and Particle Physics," $199,981. subcontract to UCI from Johns Hopkins Univ. on NSF Grant PHY-9980044 (total budget, $2,500,000), 1999–2004.

20. PI, "Efficient and Scalable Infrastructure Support for Dynamic Coalitions," $1,495,000, DARPA Grant F30602-00-2-0509, 2000-2003 (with Robert Cohen and Roberto Tamassia), including $227,893 subaward to UCI (with Gene Tsudik).

21. PI, "Graph Visualization and Geometric Algorithm Design," $400,000, NSF Grant CCR-0098068, 2001-2004 (with Roberto Tamssia).

22. PI, "Collaborative Research: Teaching Data Structures to the Millennium Generation," $125,00, NSF Grant DUE-0231467, 2003–2005.

23. PI, "Collaborative Research: An Algorithmic Approach to Cyber-Security," $100,000, NSF Grant CCR-0311720, 2003–2006.

24. PI, "The OptIPuter," $900,000, subcontract from UCSD on NSF ITR grant CCR-0225642 (total budget, $13.5 million), 2002–2007 (with Padhraic Smyth and Kane Kim).

25. PI, "ITR: Algorithms for the Technology of Trust," $300,000, NSF Grant CCR-0312760, 2003–2009.

26. co-PI, "SDCI Data New: Trust Management for Open Collaborative Information Repositories: The CalSWIM Cyberinfrastructure," NSF grant OCI-0724806, $1,103,590, 2007–2012.

27. co-PI, "Support for Machine Learning Techniques for Cyber-Fraud Detection," Experian Corporation, $200,000 gift, 2008.

28. PI, "IPS: Collaborative Research: Privacy Management, Measurement, and Visualization in Distributed Environments," NSF Grant IIS-0713046, $224,851, 2007–2009.

29. PI, "Collaborative Research: Algorithms for Graphs on Surfaces," $400,000, NSF Grant CCR-0830403, 2008–2011.

30. PI, "ROA Supplement: IPS: Collaborative Research: Privacy Management, Measurement, and Visualization in Distributed Environments," NSF Grant IIS-0847968, $25,000, 2008–2009.

31. co-investigator, "Scalable Methods for the Analysis of Network-Based Data," Office of Naval Research: Multidisciplinary University Research Initiative (MURI) Award, number N00014-08-1-1015, $529,152, 2008–2014.

32. PI, "EAGER: Usable Location Privacy for Mobile Devices," NSF Grant 0953071, $300,000, 2009–2011.

33. PI, "TC:Large:Collaborative Research: Towards Trustworthy Interactions in the Cloud," NSF Grant 1011840, $500,000, 2010-2015.

34. PI, "TWC: Medium: Collaborative: Privacy-Preserving Distributed Storage and Computation," NSF Grant 1228639, $390,738, 2012-2018.

35. PI, "Support for Research on Geometric Motion Planning," 3M Corporation, $40,000 gift, 2014.

36. PI, "A4V: Automated Analysis of Algorithm Attack Vulnerabilities," subcontract 10036982-UCI from University of Utah for DARPA agreement no. AFRL FA8750-15-2-0092, $980,000, 2015–2019.

37. PI, "TWC: Small: Collaborative: Practical Security Protocols via Advanced Data Structures," NSF Grant 1526631, $166,638, 2015–2018.

38. PI, "NSF-BSF: AF: Small: Geometric Realizations and Evolving Data," NSF Grant 1815073, $474,392, 2018–2022.

39. PI, "Collaborative Research: AF: Medium: Algorithms for Geometric Graphs," NSF Grant 2212129, $799,800, 2022–2026.

## SELECTED INVITED TALKS (RECENT YEARS ONLY)

- "Probabilistic Packet Marking for Large-Scale IP Traceback," Purdue Univ., 2003
- "Algorithms for Data Authentication," Harvey Mudd College, 2003
- "Efficient Tree-Based Revocation in Groups of Low-State Devices," Univ. of Arizona, 2004
- "Leap-Frog Packet Linking and Diverse Key Distributions for Improved Integrity in Network Broadcasts," Southern California Security and Cryptography Workshop, 2005
- "Is Your Business Privacy Protected?," NEXT Connections, 2005
- "Distributed Peer-to-peer Data Structures," Harvard Univ., 2006
- "Balancing Life with an Academic Research Career," Grace Hopper Conference, 2006
- "Computer Security in the Large," Univ. Texas, San Antonio, 2006
- "Inspirations in Parallelism and Computational Geometry," Brown Univ., 2006

- "Efficiency and Security Issues for Distributed Data Structures," Computer Science Distinguished Lecture Series, Johns Hopkins Univ., 2006
- "Efficiency and Security Issues for Distributed Data Structures," UCLA, 2006
- "Efficiency and Security Issues for Distributed Data Structures," Edison Distinguished Lecturer Series, Univ. of Notre Dame, 2006
- "Efficiency and Security Issues for Distributed Data Structures," Computer Science Distinguished Lecturer Series, Texas A & M Univ., 2006
- "Algorithms for Secure Computing and Searching with Applications to Medical Informatics," Purdue Univ., 2006
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be Used for DNA Sequencing, Wireless Broadcasting, and Network Security," Univ. of Southern California, 2007
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be Used for DNA Sequencing, Wireless Broadcasting, and Network Security," Univ. California, San Diego, 2007
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be Used for DNA Sequencing, Wireless Broadcasting, and Network Security," Univ. Minnesota, 2007
- "Blood on the Database: How Algorithms for Testing Blood Samples can be Used for Database Integrity," Invited Keynote, 21st Annual IFIP WG 11.3 Working Conference on Data and Applications Security (DBSec), 2007
- "Space-Efficient Straggler Identification," ALCOM Seminar, Univ. of Aarhus, 2007
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be used in Modern Applications," ALCOM Seminar, Univ. of Aarhus, 2007
- "Studying Road Networks Through an Algorithmic Lens," ALCOM Seminar, Univ. of Aarhus, 2008
- "Studying Geometric Graph Properties of Road Networks Through an Algorithmic Lens," Int. Workshop on Computing: from Theory to Practice, 2009
- "Randomized Shellsort: A Simple Oblivious Sorting Algorithm," Distinguished Lecture Series, Department of Computer Science, Brown University, 2009
- "Simulating Parallel Algorithms in the MapReduce Framework with Applications to Parallel Computational Geometry," MASSIVE 2010
- "Data Cloning Attacks for Nearest-Neighbor Searching based on Retroactive Data Structures," Department of Computer Science, UCSB, 2011
- "Turning Privacy Leaks into Floods: Surreptitious Discovery of Social Network Friendships and Other Sensitve Binary Attribute Vectors," Department of Computer Science Distinguished Lecturer Series, Univ. of Illinois, Chicago, 2011
- "Turning Privacy Leaks into Floods: Surreptitious Discovery of Social Network Friendships and Other Sensitve Binary Attribute Vectors," Department of Computer Science, Purdue Univ., 2011
- "Spin-the-bottle Sort and Annealing Sort: Oblivious Sorting via Round-robin Random Comparisons," Department of Computer Science, Brown Univ., 2012
- "Using Data-Oblivious Algorithms for Private Cloud Storage Access," Qatar University, 2013
- "Using Data-Oblivious Algorithms for Private Cloud Storage Access," Department of Computer Science and Engineering Distinguished Speaker Series, University of Buffalo, 2013
- "Force-Directed Graph Drawing Using Social Gravity and Scaling," invited talk, ICERM Workshop on Stochastic Graph Models, Providence, RI, 2014
- "Invertible Bloom Lookup Tables and Their Applications in Large-Scale Data Analysis,"

invited key-note speaker, Algorithms for Big Data, Frankfurt, Germany, 2014

- "Invertible Bloom Lookup Tables and Their Applications in Large-Scale Data Analysis," Brown University, Providence, RI, 2014
- "Studying Road Networks Through an Algorithmic Lens," Bold Aspirations Visitor and Lecture, University of Kansas, 2015
- "Learning Character Strings via Mastermind Queries, with Case Studies," Invited Lecture, Workshop on Pattern Matching, Data Structures and Compression, Bar-Ilan University, Tel Aviv, Israel, 2016
- "Invertible Bloom Lookup Tables and Their Applications in Data Analysis," University of Hawaii, 2016
- "Invertible Bloom Lookup Tables," Purdue University, 2016
- "Combinatorial Pair Testing: Distinguishing Workers from Slackers," Calvin Univ., 2016
- "Invertible Bloom Lookup Tables," University of California, Riverside, 2016
- "2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," Technion, Israel Institute of Technology, Haifa, Israel, 2017
- "2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," University of Arizona, 2017
- "Parallel Computational Geometry," First Hawaii Workshop on Parallel Algorithms and Data Structures, University of Hawaii, 2017
- "Fighting Gerrymandering with Algorithmic Fairness," Calvin University, 2019
- "Fighting Gerrymandering with Algorithmic Fairness," Carnegie Mellon University, 2019
- "Sorting Evolving Data in Parallel," Second Hawaii Workshop on Parallel Algorithms and Data Structures, University of Hawaii, 2019
- "Dealing with Big Data via External Memory Algorithms and Data Structures," Aarhus University, Denmark, 2021
- "Dealing with Big Data via External Memory Algorithms and Data Structures," Royal Danish Academy of Sciences and Letters, 2021