IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

## DECLARATION OF SAVANNAH CARNES IN SUPPORT OF KOVE IO, INC.'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE

I, Savannah Carnes, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the State of California, and I have been admitted to appear in this case pro hac vice. Unless otherwise stated, I have personal knowledge of the matters set forth herein and in the motion. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's Motion for Sanctions for Spoliation of Evidence.

3. Exhibit A is a true and correct copy of an Appendix compiled by Kove, dated September 7, 2023.

4. Exhibit B is a true and correct copy of excerpts of the deposition of Shiv Pal Singh, taken on April 19, 2023.

5. Exhibit C is a true and correct copy of an Amended Supplemental Declaration of Donal Walsh, executed June 13, 2023.

6. Exhibit D is a true and correct copy of excerpts of Plaintiff's First Set of Requests for Production of Documents and Things (Nos. 1-119), dated June 10, 2019.

7. Exhibit E is a true and correct copy of excerpts of Plaintiff's Fourth Set of Interrogatories (Nos. 12-16), dated March 13, 2020.

8. Exhibit F is a true and correct copy of Exhibit A to AWS's Initial Noninfringement Contentions, dated August 16, 2019.

9. Exhibit G is a true and correct copy of Kove's Final Infringement Contentions Under Local Patent Rule 3.1, dated February 13, 2020.

10. Exhibit H is a true and correct copy of a letter from Michael Marvin to Terri Mascherin, dated May 28, 2020.

11. Exhibit I is a true and correct copy of Kove's Second Supplemental Notice of Deposition of Amazon, dated July 28, 2020.

12. Exhibit J is a true and correct copy of excerpts of Kove's Seventh Set of Interrogatories to AWS (Nos. 19-22), dated October 2, 2020.

13. Exhibit K is a true and correct copy of excerpts of Kove IO, Inc.'s Fifth Set of Requests for Production of Documents and Things to Amazon Web Services, Inc. (Nos. 128-133), dated October 2, 2020.

14. Exhibit L is a true and correct copy of a letter from Adam Adler to Elizabeth Bernard, dated March 5, 2021.

15. Exhibit M is a true and correct copy of a letter from Michael Marvin to Tim Barron, dated June 2, 2020.

16. Exhibit N is a true and correct copy of a letter from Michael Marvin to Tim Barron, dated October 15, 2020.

17. Exhibit O is a true and correct copy of a letter from Taylor Mauze to Jeffrey Saltman, dated July 29, 2021.

18. Exhibit P is a true and correct copy of a letter from Adam Adler to Jeffrey Saltman, dated August 26, 2021.

19. Exhibit Q is a true and correct copy of a letter from Adam Adler to Jeffrey Saltman, dated December 14, 2022.

20. Exhibit R is a true and correct copy of excerpts of the deposition of Donal Walsh 30(b)(6), taken on April 21, 2023.

21. Exhibit S is a true and correct copy of excerpts of the deposition of Donal Walsh, taken on June 14, 2023.

22. Exhibit T is a true and correct copy of excerpts of the deposition of Donal Walsh, taken on August 25, 2021.

23. Exhibit U is a true and correct copy of an e-mail from Jeff Saltman to RJ_Kove_AWS, dated May 15, 2023.

24. Exhibit V is a true and correct copy of a letter from Adam Adler to Jeffrey Saltman, dated May 12, 2023.

25. Exhibit W is a true and correct copy of excerpts of the Corrected Opening Expert Report of Michael Goodrich Regarding U.S. Patent Nos. 7,103,640; 7,233,978; and 7,814,170, executed on July 6, 2023.

26. Exhibit X is a true and correct copy of a letter from Adam Adler to Jeffrey Saltman, dated March 18, 2022.

27. Exhibit Y is a true and correct copy of a letter from Jeffrey Saltman to Adam Adler, dated April 1, 2022.

28. Exhibit Z is a true and correct copy of a letter from Jeffrey Saltman to Adam Adler, dated June 13, 2023.

29. Exhibit AA is a true and correct copy of a letter from Adam Adler to Jeffrey Saltman, dated May 4, 2023.

30. Exhibit BB is a true and correct copy of an e-mail from Jeffrey Saltman to Savannah Carnes, dated September 6, 2023.

31. Exhibit CC is a true and correct copy of an e-mail from Adam Adler to Jeffrey Saltman, dated July 9, 2023.

32. Exhibit DD is a true and correct copy of an e-mail from Jeffrey Saltman to Adam Adler, dated July 11, 2023.

33. Exhibit EE is a true and correct copy of excerpts of Amazon's Second Supplemental Objections and Responses to Plaintiff's Fourth Set of Interrogatories (Nos. 12-16), dated February 1, 2023.

34. Exhibit FF is a true and correct copy of an e-mail from Jeffrey Saltman to Savannah Carnes, dated May 25, 2023.

35. Exhibit GG is a true and correct copy of a Declaration of Shiv Pal Singh, executed January 10, 2023.

36. Exhibit HH is a true and correct copy of a Declaration of Donal Walsh, executed January 10, 2023.

37. Exhibit II is a true and correct copy of excerpts of the deposition of Alyssa Henry, taken on February 21, 2023.

38. Exhibit JJ is a true and correct copy of a letter from Jaime Cardenas-Navia to Elizabeth Bernard, dated February 8, 2021.

39. Exhibit KK is a true and correct copy of a letter from Adam Adler to Jeffrey Saltman, dated April 30, 2021.

40. Exhibit LL is a true and correct copy of an e-mail from Savannah Carnes to Jeffrey Saltman, dated June 2, 2023.

41. Exhibit MM is a true and correct copy of an e-mail from Savannah Carnes to Jeffrey Saltman, dated May 19, 2023.

42. Exhibit NN is a true and correct copy of excerpts of Kove IO, Inc.'s Seventh Set of Requests for Production of Documents and Things to Amazon Web Services, Inc. (Nos. 184-206), dated February 12, 2021.

43. Exhibit OO is a true and correct copy of a Declaration of James Kirschner, executed January 10, 2023.

44. Exhibit PP is a true and correct copy of excerpts of Kove IO, Inc.'s Sixth Set of Requests for Production of Documents and Things to Amazon Web Services, Inc. (Nos. 134-183), dated February 5, 2021.

45. Exhibit QQ is a true and correct copy of excerpts of Supplemental Response and Objections of Amazon Web Services, Inc. to Plaintiff's Seventh Set of Interrogatories (No. 22), dated August 18, 2021.

46. Exhibit RR is a true and correct copy of excerpts of Kove IO, Inc.'s Eighth Set of Requests for Production of Documents and Things to Amazon Web Services, Inc. (Nos. 207-219), dated June 11, 2021.

47. Exhibit SS is a true and correct copy of excerpts of the deposition of Jeffrey Scott Barr, taken on August 5, 2021.

48. Exhibit TT is a true and correct copy of excerpts of Amazon's Amended Supplemental Objections and Responses to Plaintiff's Fourth Set of Interrogatories (Nos. 12-16), dated June 9, 2023.

49. Exhibit UU is a true and correct copy of excerpts of the Rebuttal Expert Report of Ananth Grama Regarding U.S. Patent Nos. 7,103,640, 7,233,978, and 7,814,170, dated August 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 8, 2023         /s/ Savannah Carnes
                                       Savannah Carnes