# Exhibit C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>*Defendant*. | Case No. 1:18-cv-8175<br><br>**HIGHLY CONFIDENTIAL** |

## AMENDED SUPPLEMENTAL DECLARATION OF DONAL WALSH

I, Donal Walsh, state and declare as follows:

1. I am a Director of Engineering, DynamoDB Dublin for Amazon Web Services, Inc. ("Amazon") and am located in Ireland. As part of my role at Amazon, I have responsibilities for elements of the data plane, the control plane, developer experience, DAX, Streams, the operational plane, and the front end (*i.e.*, the user interface) aspects of Amazon's DynamoDB service. My responsibilities include overseeing metrics related to DynamoDB.

2. I have collected, and been involved in the collection of, the DynamoDB related metrics in this case. Recently, I was asked to collect additional DynamoDB related metrics. After being referred from the Product Management team, I have also identified the metrics the DynamoDB engineering teams looks to most frequently to assess the service's overall performance ███████████████████████████████████████████████

3. I was asked to provide information relating to the ████████████████ ███████████████████████████████████████████████████████. To the best of my knowledge, this requested ████████ isn't tracked by DynamoDB teams in operational

reviews, and ▓▓▓ system. In order to obtain that information, it had to be collected from the DynamoDB ▓▓▓. And Andrey Yordanov assisted me in that collection. After Mr. Yordanov collected the available ▓▓▓, I provided it to outside counsel.

4. The ▓▓▓ in DynamoDB was provided in 2021 in response to a request for the average ▓▓▓ ▓▓▓ This information is available in log files, which are only maintained for ▓▓▓, given their size. To the best of my knowledge, no earlier information is available describing the ▓▓▓. The information previously provided in 2021 with DDB Metric 15i (produced as AMZ_KOVE_000463930-33) and DDB Metric 15ii (produced as AMZ_KOVE_000463934-37) in the filename can be used to calculate the ▓▓▓ ▓▓▓ for that snapshot period, rounded to the nearest 1000 ▓▓▓.

5. After an additional review and investigation, it came to my attention that some of the data included in AMZ_KOVE_000463930-37 was incorrect. For example, the IAD file for the DDB Metric 15i data (produced as AMZ_KOVE_000463931) contained a format error. While the data in the file is accurate, instead of listing ▓▓▓ (column A) and ▓▓▓ (column B), the document provided a list of ▓▓▓ (column A) and the ▓▓▓ (column B). As such, I confirmed and recollected, where necessary, the data showing the ▓▓▓ in the DynamoDB system (i) ▓▓▓ as AMZ_KOVE_000532796-803, with "DDB Metric 15i – updated" and "DDB Metric 15ii – updated" in the file names. I confirm that the re-produced data is based on the same data originally queried on March 23, 2021.

**HIGHLY CONFIDENTIAL**

6. Further, I have included Row 1 descriptions to better describe the data. For example, in the DDB Metric 15i – updated files (AMZ_KOVE_000532796-99), for each row, column A shows the ▓▓▓▓▓▓▓▓▓▓ and column B ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ To illustrate with an example, row 2 shows the ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓. A sample calculation has been added to column D to show how the total ▓▓▓▓▓▓▓▓ can be calculated per row. Continuing with this example, in "DDB Metric 15i IAD – updated" (produced as AMZ_KOVE_000532797), multiplying cell B2 by 1000 gives ▓▓▓▓▓▓▓▓ This is equal to the ▓▓▓▓▓▓▓▓ for the 1000 accounts in row 2. Note the final cell in column A is rounded up to nearest 1000. For example, for IAD example, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

7. The partitions related information I provided is the farthest back that data goes. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Given their size and the high cost of maintaining the massive amount of data, the logs for ▓▓▓▓▓▓▓▓ data (and all other log files) are maintained for ▓▓▓▓. Aside from the log files, there is no other way to determine the ▓▓▓▓▓▓▓▓ in DynamoDB.

8. After I provided the snapshot information from the application logs, I was asked whether there was any other way to collect the total number of ▓▓▓▓▓▓▓▓ for any earlier period (*i.e.*, before ▓▓▓▓ snapshot in the provided applications log). To determine if there are other sources for ▓▓▓▓▓▓▓▓, I conferred with Chris Anderson, the Technical Product Manager for DynamoDB. He was able to locate ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ by month for as far back as the data is maintained (August 2012). He indicated that the information came from the ▓▓▓▓▓▓▓▓. After Mr. Anderson collected the available information, I provided it to outside counsel.

**HIGHLY CONFIDENTIAL**

9. I was also asked to confirm that the data previously produced as AMZ_KOVE_000463929, with DDB Metric 14 in the filename, showing the ▓▓▓▓▓ ▓▓▓▓▓ was accurate. I confirm that the data in DDB Metric 14 is accurate.

10. I was also asked to provide ▓▓▓▓▓. I have provided data that shows the absolute ▓▓▓▓▓ for each U.S. region with DDB Metric 15iii in the filename (produced as AMZ_KOVE_000532804-07). I note that the ▓▓▓▓▓ that can be calculated in the DDB Metric 15iii files differs from the ▓▓▓▓▓ that can be calculated in the DDB Metric 15i files as the final decile in the sum calculation in DDB Metric 15i is excluded since the final account count 1000 block does not clearly define the upper bound.

11. I was also asked to provide metrics reflecting the ▓▓▓▓▓ in DynamoDB. The ▓▓▓▓▓ was previously provided as the only available proxy for the number of times that a ▓▓▓▓▓ ▓▓▓▓▓ The information was provided in 2021 with filename DDB Metric 7 (produced as AMZ_KOVE_000390575) and shows the week-ending ▓▓▓▓▓ from May 8, 2016 (as far back as the data went at that time) through March 7, 2021 for each of the four U.S. non-government regions (IAD, CMH, PDX, and SFO).

12. I also collected the number of ▓▓▓▓▓ in DynamoDB as far back as it was available (in October 2017) through the date on which I collected it (December 1, 2022) for each of the four U.S. non-government regions and provided it to outside counsel. Note this data is sampled and not absolute data, which is a ▓▓▓▓▓ limitation for this particular metric. The data is

**HIGHLY CONFIDENTIAL**

indicative of a general trend and should not be interpreted as absolute numbers. I also collected the ▮▮▮▮▮ measured from October 2017 through December 1, 2022 for each of those four regions and provided it to outside counsel. These metrics were collected from the ▮▮▮ system.

13. I was asked to identify which metrics the DynamoDB engineering teams look to most frequently to determine the overall health of the service. I explained that the team collects thousands, if not tens of thousands, of DynamoDB related metrics. And, depending on the focus at the time, any one of them could be the most important on any given day. I also noted that the metrics I provided earlier in the case provided the ▮▮▮▮ metrics that the DynamoDB engineering teams, including the Partitions team, review.

14. In addition to those I previously collected in the case, I was asked to identify and collect what other ▮▮▮▮ metrics the DynamoDB engineering teams regularly review. Those metrics are ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I collected those metrics from the ▮▮▮▮ and, for each metric, provided it for as far back as it was available. For these ▮▮▮▮ metrics, the data is available (and was collected) from or near the date on which the metric was first tracked in the region. When a metric is first introduced, the data may appear to be inconsistent (*e.g.*, on certain days data is shown and on others no data was collected or a zero appears). But as the metric becomes generally available, the data becomes consistent. After locating and collecting the available ▮▮▮▮ metrics that I identified, I provided them to outside counsel.

15. As part of my responsibilities overseeing the ▮▮▮▮, I created the ▮▮▮▮▮▮▮▮ reviews to determine the health of the ▮▮▮

**HIGHLY CONFIDENTIAL**

▮▮▮▮. So, I'm aware of which metrics the ▮▮▮▮ looks to when they evaluate performance of the ▮▮▮▮. Those metrics are those that I provided previously in the case including the information provided in 2021 with filenames DDB Metric 1, DDB Metric 2, DDB Metric 4, and DDB Metric 7, along with the information recently provided with the filename ▮▮▮▮.

16. I was also asked to confirm the accuracy of the data relating to ▮▮▮▮ (produced as AMZ_KOVE_000390567 and AMZ_KOVE_000482863). I confirm that the data in these metrics are correct. AMZ_KOVE_000390567 reflects the sum of all ▮▮▮▮. AMZ_KOVE_000482863 provides ▮▮▮▮ which is the best proxy for ▮▮▮▮ a customer experiences. To the best of my knowledge, the ▮▮▮▮ that the DynamoDB team reviews, if reviewed at all. Further, due to the nature of the smaller sample data set used to generate ▮▮▮▮ would likely be unusable or unreliable.

17. I was also made aware that the data relating to ▮▮▮▮ (previously produced as AMZ_KOVE_000390577) incorrectly included the EU-West-1 region instead of US-West-1 region. I have reproduced the metric to include US-West-1 region (produced as AMZ_KOVE_000532808).

18. I was also asked to provide ▮▮▮▮ I have provided this data with the file name DDB Metric – ▮▮▮▮ (produced as AMZ_KOVE_000532795). As I further explain below, while ▮▮▮▮ may be collected for this metric, they are not used by the DynamoDB team as the ▮▮▮▮ are close to identical. ▮▮▮▮

**HIGHLY CONFIDENTIAL**

▇ This metric has been calculated using a tool in ▇ which evaluates an expression against multiple metrics. The metrics used in the expression are:

- ▇

- ▇

▇

19. I was subsequently asked to provide the ▇ ▇ To illustrate the small change across percentile data, ▇ has been provided (produced as AMZ_KOVE_000532849 and AMZ_KOVE_000532848).

20. Further, I was subsequently asked to provide ▇ And each table has its own set of ▇ which will be different by table. For the purpose of this inquiry, ▇ has been provided for the ▇ is measured separately for reads and writes, and ▇ has been provided for reads and writes as far back as the metrics are available (produced as AMZ_KOVE_000532850 and AMZ_KOVE_000532851).

█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
███

21. I was also asked to collect additional metrics relating to DynamoDB ████. There are ████████████████ relating to DynamoDB ████, some of which has already been produced. For example, AMZ_KOV_000527790 (filename ████████████████████), AMZ_000527792 (filename ██████████████████) have previously been produced, as well as the ██████████ at AMZ_KOVE_000482863 discussed above. As such, I asked for clarification on the type of ████ data sought. And it is my understanding that Kove is seeking data that would "reflect ████████ ████████ ██ ████████ ████████████████." Based on this request, I have collected data that best shows ████████████████ ████. Specifically, I have collected ██████████████████████████ (produced at AMZ_KOVE_000532852) and ██████████████████████████ (produced at AMZ_KOVE_000532853) data showing the ██████████████████████████████████████████████ The ██████████████ ██████████████ has been provided for ████████████████████████ as measured on the ██████████████ This data is provided over one-day intervals. DynamoDB divides ████ metrics for ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ The majority of DynamoDB requests are ████████ so in addition to the other ████ metrics I have previously provided, this provides data for ████████████████████ And the data has been provided for as far back as it is available.

22.     I previously produced data showing the ███████████████████ ███████ as AMZ_KOVE_000520272 (filename ███████████████████████) and the ███████████████████████████████ per U.S. region as AMZ_KOVE_000520274-77 (filenames with ███████████████████████████). I have now been asked to provide the data on "a more granular level" such as "on a daily or monthly basis." As previously discussed, I have already provided the data on a daily basis. As such, I have provided data showing the ███████████████████████████████ over one-hour intervals for each U.S. region as far back as the data is available as AMZ_KOVE_000532791-94 (filenames beginning with ███ ███████████████████████████████. It should be noted that the data in this metric is sampled and not absolute data, which is a limitation within ███████ for this particular metric. As such, this data is indicative of a general trend and should not be interpreted as absolute numbers. As I discuss further below, ███████████ cannot be collected for this metric.

23.     The ███████████████████████ was calculated using a search function and ███████████████████████. The ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. In ███████████████████████ cannot be done in conjunction with a ███████████, and so it is not possible to provide ███████ data across the fleet. Further, each ███████████████████ ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. Given their size, one-minute metrics are only stored for ███████████████████ ███████████████████████████████████████████. For example, if ███████████████

**HIGHLY CONFIDENTIAL**

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████. We do not have a ███████ breakdown of the sum, and standard deviation is not supported by ██████.

24. I was also asked to provide additional ██████████ for metrics previously produced as AMZ_KOVE_000390559 (filename DDB Metric 10), AMZ_KOVE_000390558 (filename DDB Metric 1), AMZ_KOVE_000390570 (filename DDB Metric 2), and AMZ_KOVE_000390574 (filename DDB Metric 6). AMZ_KOVE_000390559 shows the ████████████████████████████████████████████████ and is a measure of total ████████████████████. And because this metric is measured fleet wide which includes ██████████████ ████████████████████████████████████████.

25. AMZ_KOVE_000390574 shows the ████████████████████████ ████ for the four U.S. regions. And as I further explain below, ████████████████ ████████████████████████████. Upon further investigation of this metric, however, I have discovered that the data for the CMH region is available. Through my investigation, I discovered that for this metric, a different region code was used for CMH. As such, I have provided the metric to include the CMH region as AMZ_KOVE_000532854 (filename DDB Metric 6 - update) as far back as the metric is available. I was subsequently asked to provide ████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████ then collects the same ████████████████████████████████████████████████. Any ████████ metric will apply relative to ████████████████████████. Previously, AMZ_KOVE_000390574 provided the average ████████████████████████████████████████████████████ per

time interval. I have now also provided this data for the ▮ level at AMZ_KOV_000532855 (filename DDB Metric 6a). Once data has started emitting, cells with no data in XLSX can be interpreted to mean that no data was shipped in that time interval or that some issue prevented the publishing of the metric for that time interval.

26. I previously provided AMZ_KOVE_000390558 (filename DDB Metric 1) showing the ▮▮▮▮ over the metric available period, for ▮▮▮▮ against the ▮▮▮▮ stack for one sample metadata client ▮▮▮▮ where data is captured over one-week intervals. And to the best of my knowledge, this metric would be reviewed by the DynamoDB team at the ▮▮▮▮, if at all. As such, I have provided this metric at the ▮▮▮▮ as AMZ_KOVE_000532840 (filename DDB Metric 1-1a) and at the ▮▮▮▮ as AMZ_KOVE_000532841 (filename DDB Metric 1-1b).

27. I previously provided AMZ_KOVE_000390570 (filename DDB Metric 2) showing the ▮▮▮▮ over the metric available period, for ▮▮▮▮ where data is captured over one-week intervals. And to the best of my knowledge, this metric would be reviewed by the DynamoDB team ▮▮▮▮, if at all. As such, I have provided this metric at the ▮▮▮▮ as AMZ_KOVE_000532842 (filename DDB Metric 1-2a) and at the ▮▮▮▮ as AMZ_KOVE_000532843 (filename DDB Metric 1-2b).

28. It is my understanding that two metrics, AMZ_KOVE_000532308 (filename AMZ_KOVE 5) and AMZ_KOVE_000532309 (AMZ_KOVE 6i), that I previously collected were inadvertently not produced to Kove until the morning of my April 21, 2023 deposition. AMZ_KOVE_000532308 (filename AMZ_KOVE 5) shows the ▮▮▮▮

███████████ and AMZ_KOVE_000532309 (AMZ_KOVE 6i) shows ███████████ ███████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2023.

                                                                                                            */s/ Donal Walsh*               
                                                                                                             Donal Walsh