# Exhibit O



Taylor Mauze
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Direct Dial: (650) 623-5078
tmauze@reichmanjorgensen.com

July 29, 2021

**By Email**

Jeffrey Saltman
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 20015
Jeffrey.Saltman@fischllp.com

Elizabeth Bernard
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 20015
Elizabeth.Bernard@fischllp.com

RE:     *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Dear Counsel,

I write to address several deficiencies in your supplemental response to Kove's Interrogatory No. 14, as served on July 8, 2021.

Kove Interrogatory No. 14 asks AWS to identify the metrics and key performance indicators that AWS used to measure the performance of the Accused Products and Relevant Features.[1]  AWS refused to provide a substantive response, pointing instead to "the metrics as agreed upon by the parties" that are associated with *other* discovery requests (e.g., Kove RFPs and Kove Interrogatory 22), none of which are curative.

***Interrogatory No. 14***

AWS's non-substantive response to Interrogatory No. 14 vaguely asserts that the interrogatory is "overly broad and not proportionate to the needs of the case" because "[t]here are over 10,000 potential 'metrics' that are measured within S3 and DynamoDB that relate to the components and functionality that Kove has defined as the 'Relevant Features,' many of which are unrelated to any claim or defense at issue in this case."  Your response manufactures a dispute where none exists – Kove has never asked for irrelevant metrics.  As you well know, discovery is directed to identifying metrics that are relevant to issues in this litigation, where relevance is broadly but reasonably defined.  (Dkt. No. 359 at 2, 4.)  Despite AWS's clear obligation to be forthcoming with relevant discovery, it has repeatedly and unreasonably tried to stymie it.

---

[1] Interrogatory No. 14 requests that AWS:

Identify in detail all metrics, including key performance indicators, you used to measure the performance of each of the Relevant Features and each Accused Product, the reports and analyses regarding such metrics and the identity of all documents and things related to your response.

To avoid yet another roadblock, Kove agreed to narrow its interrogatory by limiting its scope to the metrics that (1) AWS views as most significant and (2) that are used most often in connection with each of marketing, pricing, and design decisions. *See* March 5, 2021 A. Adler Letter at 7. But rather than provide the requested items of information, AWS objected to Kove's narrowing on the grounds that Kove's clarification constitutes impermissible subparts. But AWS can't object to an interrogatory as vague and overbroad, only to balk at subsequent narrowing and clarification.

Please promptly provide a substantive response to Kove Interrogatory No. 14, as narrowed by Kove's letter from March 5, 2021. If you will not, please let us know by the close of business on August 6, 2021 so that we may again seek relief from the Court.

### *Metrics Associated with RFPs and Identified in Correspondence*

AWS's attempt to sidestep a response to Interrogatory 14 by pointing to responses to other metrics-related RFPs and Interrogatory No. 22 is not sufficient, in part because these other responses are themselves deficient (*see* the parties' letters from 1/29/21 and 2/8/21). In particular:

- Kove's February 8, 2021 letter requested the time to retrieve ▮▮▮▮▮ in connection with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The metrics AWS provided, however, seem to provide the time to ▮▮▮▮▮▮▮▮▮▮▮▮▮ in their entirety, without any further breakdown; therefore, Kove is unable to discern the time to retrieve ▮▮▮▮ associated with the request from the information provided.

- RFP No. 163 requests the cumulative number of ▮▮ stored in S3 from 2006 through 2020. AWS provided only weekly averages of the total number of ▮▮ in S3. But the total number of ▮▮ stored in any given week is distinct from the cumulative number of ▮▮▮

  For instance, if 5 ▮▮ are stored in S3 in Week 1 and then deleted in Week 2, the total number of ▮▮ stored at the end of Week 2 would be 0, while the cumulative number of ▮▮ that had been stored in S3 would be 5. If 5 ▮▮ were then added in Week 3, the cumulative number of ▮▮ would be 10. The cumulative information is necessary in order to ascertain the absolute usage of S3.

- RFP No. 165 requests the cumulative number of ▮▮▮ stored in S3. AWS again provided only the weekly average of the total number of ▮▮▮ which it claims is the ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ For the same reasons with regard to RFP No. 163, we need the information as requested.

- RFP No. 186 requests the number of ▮▮▮ *added* to S3 each month and the number of unique ▮▮▮ by month, but AWS provided only the weekly average of the total number of ▮▮ in S3. As above, Kove needs, but cannot determine, the requested information from what has been provided.

- RFP No. 190 requests the frequency ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in DynamoDB. AWS did not provide any metrics in response to this request, saying only that "[i]n DynamoDB, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" But Kove's request includes instances in which the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



████████████████████████████████████████ Please supplement your response to provide the frequency of ███████████████████████████ in DynamoDB, ██████████████████████████████

- RFP No. 195 requests the ████████ of DynamoDB ████ (i) ██████ and (ii) ████ AWS responded with metrics of ████████████████████████ ████ Kove suspects that the metrics were placeholders, and that the response was due to an administrative oversight. Please correct this.

- In connection with Interrogatory No. 22, Kove's February 8, 2021 correspondence requested the number of times that ██████████████████████████████ for any reason. AWS asserted that ████████████████████████████████ ██████████████████████████████ But Kove's request is not limited to ████ – it also encompasses instances in which ████████████████████ ██████████████████████████████ Thus, AWS's response did not cover the full scope of Kove's request. Instead of providing the requested information, AWS purported to provide ████████████████████████ ████ *See* AMZ_KOVE_000390573. AWS did not offer any explanation as to what ██████████████████████ means or how it relates to Kove's request, and the document itself does not contain units or any other information that shows how to interpret the data therein. Kove is unable to determine the ████████████████████ ██████████████████ in DynamoDB. Please supplement your response to provide the requested information and to clarify what information is included in AMZ_KOVE_000390573.

- In connection with Interrogatory No. 22, Kove's February 8, 2021 correspondence requested the number of times that ██████████████████████████████ ████████████████ As with the previous request, AWS limited its response to ██████████████ and referenced a document (AMZ_KOVE_000390574) that does not contain units or any other information that would allow one to interpret the data contained in the document. Please supplement your response to provide information regarding ████████████████████████ and to clarify what information is included in AMZ_KOVE_000390574.

Please promptly supplement your response to the RFPs addressed in your response to Kove Interrogatory No. 14. Please also promptly supplement your response to Interrogatory No. 22, including the aspects of Interrogatory No. 22 that have not been addressed to date. If you will not, please let us know by the close of business on August 6, 2021 so that we may promptly schedule a meet and confer to discuss these issues.

Best Regards,

Taylor Mauze