# Exhibit P

███████████████



Adam Adler
1710 Rhode Island Avenue, NW
12th Floor
Washington, DC 20036
Direct Dial: (605) 623-1480
aadler@reichmanjorgensen.com

August 26, 2021

**By Email**

Jeffrey Saltman
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 20015
Jeffrey.Saltman@fischllp.com

      RE:    *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Dear Counsel,

We write regarding the 30(b)(6) deposition of Shiv Pal Singh, scheduled for Thursday, September 2, 2021.

We understand Mr. Singh to be designated on Topics 15-17, 37-38 (regarding metrics), 39, 54 (regarding metrics), and 63 (regarding metrics), with respect to S3. In addition to the parties' prior conference on these topics, and to assist AWS in sufficiently preparing its witness, Kove provides the following information regarding exemplary matters for examination:

- Metrics and telemetry data relating to the operation of S3, including metrics specific to relevant components, features, and functionalities ████████████████████████ ████████████████████████████████████████████████████████████████

- Metrics and telemetry data relating to the design and development of S3 (e.g., testing metrics, metrics collected or monitored in a ██████ environment, metrics collected through ██████

- Metrics tracked or collected in connection with the initial deployment of the ██████ ████

- Metrics and telemetry data that tracks ████████████████████████████████ ████████████████████████████████████████████████████████████████

- The metrics and telemetry data AWS uses to evaluate the speed, latency, throughput, scalability, and availability of S3, including those metrics AWS uses most frequently, and the reasons why AWS uses those particular metrics or data points.

- The differences, if any, in how metrics are tracked in connection with AWS's internal use of S3, as compared to public usage of S3 or use of S3 by Amazon.com.

- AWS's policies and procedures for gathering metrics and telemetry data on S3.

- The process(es) used to identify metrics for evaluating speed, latency, throughput, scalability, and availability of S3.

- Where and how metrics and telemetry data for S3 are stored, including any platforms, databases, repositories, or storage solutions, and how such data may be accessed, searched, and/or filtered, including the generation of reports, graphs, tables, graphics, or other data points or data fields;
- Time period(s) over which S3 metrics and telemetry data have been collected, stored, organized, and/or analyzed, and procedures for maintaining and retiring such data, including any changes to these procedures;
- The specific metrics identified in the parties' written correspondence and RFPs.

Mr. Singh should also be prepared to testify regarding the following exemplary documents:

- AMZ_KOVE_000091121
- AMZ_KOVE_000091659
- AMZ_KOVE_000225251
- AMZ_KOVE_000399737
- AMZ_KOVE_000403053
- AMZ_KOVE_000431676
- AMZ_KOVE_000440227
- AMZ_KOVE_000465048
- AWS's response to Interrogatory Nos. 14 and 22 relating to S3, including cited documents

Finally, Kove notes that Mr. Singh should be prepared to discuss the designated topics (including the exemplary issues identified above) from 2006 through 2020.

Kove understands that Mr. Singh is not designated to testify regarding how metrics are used to estimate or determine the costs associated with the accused products, and that AWS has agreed to designate another witness to testify as to that issue.

The issues and documents identified above are exemplary only. They do not, and should not be interpreted to, limit the scope of Kove's examination. Please ensure that your witness is reasonably prepared to provide testimony as to the issues and documents identified.

We understand Mr. Singh will testify from Seattle, Washington, and will plan to begin the deposition at 8:00 AM PT.


Best Regards,

*Adam Adler*

Adam Adler