# Exhibit R

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT DIVISION

- - - - - - - - - - - - - - - - - -X
KOVE IO, INC.,                     :
        Plaintiff         :
                          : Civil Action No.
VS                                 : 1:18-cv-08175
                          :
AMAZON WEB SERVICES, INC.,         :
        Defendant         :
- - - - - - - - - - - - - - - - - -X


HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER


VIDEO-RECORDED REMOTE DEPOSITION OF
DONAL WALSH 30(b)(6)
Zoom Recorded Videoconference
April 21, 2023
9:02 a.m. (EDT)


REPORTED BY:  MONIQUE CABRERA
_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

4/21/2023 Kove IO, Inc. v. Amazon Web Services, Inc. Donal Walsh 30(b)(6)
Highly Confidential - Pursuant to Protective Order

Page 131

1  Q. And -- and you don't know whether
2  the information is missing in this column because
3  it was deleted or because of some other reason;
4  is that correct?
5  A. It's likely that it's because it's
6  past th ▮ window. If I'm doing my math
7  correctly, it' ▮ so that wa ▮.
8  The point at which we collected the data was
9  ▮. After that entry point, then the data
10 would not longer be available in ▮
11 Q. Now, with respect to the -- the
12 metrics produced since August 2021, had AWS taken
13 any steps since your last deposition to prevent
14 data from being removed or deleted from ▮
15     MR. FUNG: Objection; scope. Vague.
16 A. I am not aware of any such measures,
17 and again, the standard policy, not just for
18 Dynamo but across AWS, to delete that data after
19 ▮. It's cost prohibitive not to do
20 that.
21 BY MR. ADLER:
22 Q. So sitting here today, you can't --

4/21/2023    Kove IO, Inc. v. Amazon Web Services, Inc.    Donal Walsh 30(b)(6)
Highly Confidential - Pursuant to Protective Order

Page 132

1  you don't -- you can't say -- sorry.  Scratch
2  that.
3             You have no basis to think that AWS
4  took steps to chang ▮▮▮▮ deletion policies in
5  connection with this litigation?
6             MR. FUNG:  Objection; scope.  Calls
7      for speculation.
8  BY MR. ADLER:
9        Q.   You can answer.
10       A.   I don't know and I don't -- I don't
11 know.
12       Q.   And we asked you a similar question
13 at your previous deposition with respect to the
14 earlier collected metrics, and your answer then
15 was also that you didn't know.  But I just want
16 to confirm, have you learned anything since your
17 last deposition that would change your answer
18 with respect to -- scratch that.
19            I am going to ask the question in a
20 way that makes a little bit more sense.
21            Are you aware of any steps that AWS
22 took to preserve metrics in the ▮▮▮ system

4/21/2023 Kove IO, Inc. v. Amazon Web Services, Inc. Donal Walsh 30(b)(6)
Highly Confidential - Pursuant to Protective Order

Page 133

1  relating to any of the metrics that were
2  previously produced?
3          MR. FUNG: The same objections.
4      A.  I am not aware of any such
5  initiative.
6  BY MR. ADLER:
7      Q.  Do you have any reason to think any
8  such measures were taken?
9          MR. FUNG: The same objections.
10     A.  I don't know.
11 BY MR. ADLER:
12     Q.  Okay. And I am putting back up just
13 one last time Exhibit 18.
14         Do you see that up on the screen?
15 We were talking about it before.
16     A.  Yes. We referred to it a bit.
17     Q.  We did. We talked about it a little
18 bit.
19         I had asked you before if you knew
20 when DynamoDB started tracking the ▮▮▮▮
21 ▮▮▮▮
22         Do you remember that?

4/21/2023　　　Kove IO, Inc. v. Amazon Web Services, Inc.　　　Donal Walsh 30(b)(6)
Highly Confidential - Pursuant to Protective Order

Page 221

```
 1        A.    Yes.
 2        Q.    And then you said, "those metrics,"
 3   meaning the metrics tha ███████████████████
 4   ████████████████████████████████████████████
 5   ███████████  "are those that I provided previously
 6   in the case including the information provided in
 7   2021 with filenames," skip two others, "DDB
 8   Metric 4."
 9              Do you see that?
10        A.    Yes.
11        Q.    So here's my question and it's "yes"
12   or "no," you're free -- you're going to be free
13   to elaborate.
14              But the yes-or-no question is:  Is
15   DDB Metric 4 a metric that the ████████████████
16   ████████████████████████████████████████████████
17   ██████████████████████
18        A.    We would look at it, yes.
19        Q.    Okay.  And -- and what would be the
20   reason why you would look at it?
21              MR. FUNG:  Objection; vague.
22   BY MR. ADLER:
```

4/21/2023   Kove IO, Inc. v. Amazon Web Services, Inc.   Donal Walsh 30(b)(6)
Highly Confidential - Pursuant to Protective Order

Page 222

1    Q.   Or let me -- the same question with
2    different words.
3         How does DDB Metric 4 speak to the
4    performance of th ▇?
5    A.   So this is the -- this is the
6    metrics on th ▇, right?
7    Q.   That's correct.  Get requests to
8    ▇.
9    A.   Yes.  So we would use that metric to
10   get insights on the rates at which the ▇
11   ▇ is getting used.  So it's a -- like a proxy
12   for the rate at which the ▇ are
13   getting used by the very subsystems in Dynamo.
14   Q.   Do you have another metric that --
15   that instead being of a proxy will just track
16   that directly in terms of the ▇
17   ▇
18        MR. FUNG:  Objection; vague.
19   A.   Well, we typically use metrics like
20   this and the one that we referred to earlier on,
21   ▇  It's used for ▇.  So this
22   will just give us an insight, is like the rate of

Page 267

1  CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2              I, Monique Cabrera, the officer
3      before whom the foregoing deposition was
4      taken, do hereby certify that the foregoing
5      transcript is a true and correct record of
6      the testimony given; that said testimony was
7      taken by me stenographically and thereafter
8      reduced to typewriting under my direction;
9      and that I am neither counsel for, related
10     to, nor employed by any of the parties to
11     this case and have no interest, financial or
12     otherwise, in its outcome.
13              IN WITNESS WHEREOF, I have hereunto
14     set my hand this 21st day of April, 2023.
15
16
17
18
19     *Monique Cabrera*
       MONIQUE CABRERA
20     Notary Public in and for the State of New York
       County of Suffolk
21     My Commission No. 01CA6043156
22     Expires: 06/12/2026