# Exhibit S

Page 271

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DISTRICT DIVISION

_____

KOVE IO, INC.,                    )

        Plaintiff,        )

                    ) Civil Action No.

 -against-              ) 1:18-cv-08175

AMAZON WEB SERVICES, INC.,)

        Defendant.        )

_____)

VOLUME II


*** HIGHLY CONFIDENTIAL ***


VIDEO-RECORDED REMOTE DEPOSITION OF

DONAL WALSH

Zoom Recorded Videoconference

06/14/2023

1:05 a.m. (EDT)


REPORTED BY:  AMANDA GORRONO

CLR NO. 052005-01

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 324

1      A.    Sorry.   Which file are we looking at    11:54:06

2   here?      11:54:10

3      Q.    This is document -- this is    11:54:10

4   Exhibit 30B.      11:54:12

5      A.    Okay.   Okay.   Okay.   So the one is    11:54:12

6   per day and one is per hour.   That's the    11:54:14

7   difference.      11:54:16

8      Q.    That's right.      11:54:17

9      A.    Okay.      11:54:17

13      Do you see that?      11:54:29

14      A.    Yes.      11:54:29

18      Do you see that?      11:54:42

19      A.    I think, yes.      11:54:43

Page 325



11      Q.      Got it.      11:55:33

19      Do you see that?      11:55:56

20      A.      Yes.      11:55:56





Page 389



```
11        Q.    Okay.  Got it.                    13:19:32

12              So I'm going to say it back and    13:19:34

13   characterize it, and you can tell me if I've   13:19:36

14   characterized it correctly and understand what  13:19:38

15   you're saying.                                13:19:40
```



```
21              MR. FUNG:  Objection to form.      13:19:52

22   BY MR. ADLER:                                 13:19:53
```



11         MR. FUNG:  Objection; form.     13:20:21

15         MR. ADLER:  Okay.  So now let's pull     13:20:32

16     open the data.  It's going to be Exhibit 74,     13:20:33

17     a document with Bates No. 532852, and this is     13:20:40

18     going to be first

20         (Whereupon, Exhibit 74, Excel     13:20:52

21     Spreadsheet Bates No. AMZ_KOVE_000532852, was     13:20:52

22     marked for identification.)     13:20:57

Page 436

| | | |
|---|---|---|
| 1 | files that are stored in different places and | 14:24:13 |
| 2 | subject to different retention policies, right? | 14:24:15 |
| 3 | A.    Correct. | 14:24:18 |
| 4 | MR. FUNG:  Objection; form. | 14:24:19 |
| 5 | BY MR. ADLER: | 14:24:19 |



| | | |
|---|---|---|
| 18 | Q.    Okay. | 14:24:47 |



███ ███████████████████████████ ████

███ ███████████████████████████ ████

███ █████████████████████ ████

4          MR. FUNG:  Objection; form.  Scope.    14:26:12

███     ██   ██                      ████

6          MR. FUNG:  And I don't know if you    14:26:14

7     have any more follow-ups, Adam, but I'm    14:26:16

8     giving you leeway.    14:26:21

9          MR. ADLER:  Yeah, I think I -- I    14:26:22

10     think I'm done.  Let me just take ten seconds    14:26:23

11     to -- to close up my mind.  We don't need to    14:26:25

12     take a break --    14:26:27

13          MR. FUNG:  Just for the record, we'd    14:26:27

14     like to read and sign as well.    14:26:28

15          (Whereupon, a request for Read &    14:26:30

16     Sign, was made.)    14:26:30

17          MR. ADLER:  You just testified    14:26:38

18     that -- I only have, like, one or two more,    14:26:40

19     Ken.  So we're good.    14:26:42

20   BY MR. ADLER:    14:26:43

███    ██    ████████████████████   ████

███ ███████████████████████ ████

[redacted]

Page 441

1     CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2                    I, Amanda Gorrono, the officer

3          before whom the foregoing deposition was

4          taken, do hereby certify that the foregoing

5          transcript is a true and correct record of

6          the testimony given; that said testimony was

7          taken by me stenographically and thereafter

8          reduced to typewriting under my direction;

9          and that I am neither counsel for, related

10         to, nor employed by any of the parties to

11         this case and have no interest, financial or

12         otherwise, in its outcome.

13                    IN WITNESS WHEREOF, I have hereunto

14         set my hand this 14th day of June, 2023.

15

16

17

18    _____

19    AMANDA GORRONO, CLR

      CLR NO:  052005 - 01

20    Notary Public in and for

      The State of New York

21    County of Suffolk

      My Commission No.  01G06041701

22    Expires:  01/07/2027