# Exhibit T

█████████████████████████

1

2    IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF ILLINOIS
3              EASTERN DIVISION
     ---------------------------------------X
4    KOVE IO, INC.,

5                    Plaintiff,           Case No.
           vs.                            1:18-cv-08175
6
     AMAZON WEB SERVICES, INC.,
7
                     Defendant.
8    ---------------------------------------X

9

10        VIDEOTAPED DEPOSITION OF DONAL WALSH

11                  Taken Remotely

12            Wednesday, August 25, 2021

13              *HIGHLY CONFIDENTIAL*

14

15

16

17

18

19

20

21

22   Reported by

23   JEFFREY BENZ, CRR, RMR

24   JOB NO. 198771

25

```
 1              Walsh - Highly Confidential
 2       Q.   How long does ████████████████?            14:03
 3            Scratch that.                              14:03
 4            How long is a metric stored ██████?        14:03
 5            MS. BERNARD:  Objection.  Vague.           14:03
 6       Q.   I'm going to rephrase my question.         14:03
 7   When a metric is stored ████████, is there a hard   14:03
 8   coded amount of time for which it is kept?          14:03
 9       A.   It is not hard coded, but the maximum      14:04
10   amount of time is ████████.                         14:04
11       Q.   Are metrics automatically disposed of      14:04
12   after ████████████?                                 14:04
13       A.   Yes.                                       14:04
14       Q.   And how -- what automatically --           14:04
15   well -- when -- scratch that.                       14:04
16            When metrics are automatically             14:04
17   disposed of, do they leave ████████████████?        14:04
18       A.   I'm not an expert on the internals of      14:04
19   ████████████████, so I wouldn't be able to talk     14:04
20   to that.                                            14:04
21       Q.   Are there any reasons that metrics         14:04
22   would last less than ████████████ in the ████       14:04
23   ████████?                                           14:04
24       A.   Yes.                                       14:04
25       Q.   What would be an example of a reason       14:04
```

|  |  |  |
|---|---|---|
| 1 | Walsh - Highly Confidential | |
| 2 | A. Okay. | 15:05 |
| 3 | Yes. Latency/performance would be an | 15:05 |
| 4 | important metric for customers. | 15:05 |
| 5 | Q. And why is that? | 15:05 |
| 6 | A. The performance metrics dictate the | 15:05 |
| 7 | speed at which the DynamoDB service responds to | 15:05 |
| 8 | customer requests. And many have -- customers | 15:05 |
| 9 | have -- may have sensitive -- time-sensitive | 15:05 |
| 10 | workloads, and so it's an important metric. | 15:05 |
| 11 | Amongst many other important metrics. | 15:05 |
| 12 | Q. And is latency important from an | 15:06 |
| 13 | engineering perspective? | 15:06 |
| 14 | MS. BERNARD: Objection. Vague. | 15:06 |
| 15 | A. Our customer experience is important | 15:06 |
| 16 | to our engineers. So I'll say yes. | 15:06 |
| 17 | Q. And on Exhibit 1, I'm in the second | 15:06 |
| 18 | sentence, under "DynamoDB Latency." | 15:06 |
| 19 | The terminal Bates document 567 shows | 15:06 |
| 20 | the latency at a DynamoDB ▮▮▮▮, so I am going | 15:06 |
| 21 | to pull that document. | 15:06 |
| 22 | Did you help -- well, give me one | 15:06 |
| 23 | second. | 15:06 |
| 24 | This will be Exhibit 4. | 15:06 |
| 25 | (Document with Bates number | 15:06 |

```
 1              Walsh - Highly Confidential
 2            MS. BERNARD:  Objection.  Vague.
 3       Outside the scope.
 4       A.   I don't know if they have it by
 5  operation type.
 6       Q.   And earlier we had discussed that ▮
 7  has a time cutoff of ▮▮▮▮▮▮; is that right?
 8       A.   Yes.
 9       Q.   And has that been the case -- has that
10  always been the case?
11       A.   To the best of my knowledge, yes.
12  Though, we'd have to consult with -- I'd have to
13  consult with the ▮▮▮▮▮ team to confirm.
14       Q.   And if we wanted metrics going back --
15  strike that.
16            Are you aware -- are you familiar with
17  litigation holds?
18            MS. BERNARD:  Objection.  Outside the
19       scope.  Vague.
20            Counsel, what is this relating to?
21  DIR Q.   Mr. Walsh, have you been instructed to
22  preserve any documentation by counsel?
23            MS. BERNARD:  Mr. Walsh, I'm going to
24       instruct you not to answer.  That calls for
25       information protected by the
```

```
                                              Page 218
 1              Walsh - Highly Confidential
 2         attorney-client privilege and work product         18:46
 3         protection.                                        18:46
 4         Q.   Mr. Walsh, would you consult with the         18:46
 5   ███ team on preservation of data stored in               18:47
 6   ███?                                                     18:47
 7              MS. BERNARD:  Objection.  Vague.              18:47
 8         Outside the scope.                                 18:47
 9         A.   Yeah, I'm not sure what you mean by           18:47
10   would I.  Are you asking if -- if I have, or --          18:47
11   I'm not sure of the question.                            18:47
12         Q.   If you wanted to preserve some data           18:47
13   stored in ███ for longer than the ███████,               18:47
14   default would you be able to do so?                      18:47
15              MS. BERNARD:  Objection.  Vague.              18:47
16         Outside the scope.                                 18:47
17         A.   We've never had cause to do so.  So           18:47
18   I'm not aware whether or not there is any                18:47
19   special purpose exceptions supported by ███ or           18:47
20   not.  I haven't made use of it.                          18:47
21         Q.   And, Mr. Walsh, are you aware of any          18:47
22   metrics in ███ that have been retained for this          18:48
23   case?                                                    18:48
24              MS. BERNARD:  Objection.  Vague.              18:48
25         A.   Could you clarify what you mean by            18:48
```

```
 1            Walsh - Highly Confidential
 2    "retained"?                                              18:48
 3         Q.   Are you aware of any metrics in ▇             18:48
 4    that have been set aside for this case?                  18:48
 5              MS. BERNARD:  Objection.  Vague.              18:48
 6         Outside the scope.                                  18:48
 7         A.   So, with respect to set aside, there's        18:48
 8    the various AMZ_KOVE spreadsheets that have been         18:48
 9    set aside and provided as inputs to the case.            18:48
10         Q.   And you've never had a reason to              18:48
11    consult with a ▇ team about preserving any              18:48
12    data in ▇?                                              18:48
13              MS. BERNARD:  Objection.  Vague.              18:49
14         Outside scope.                                      18:49
15         A.   No.                                            18:49
16         Q.   And may I take that to mean that you          18:49
17    have never consulted with the ▇ team about              18:49
18    retaining documents in ▇?                               18:49
19              MS. BERNARD:  Objection.  Outside the        18:49
20         scope.  Vague.  Misstates testimony.                18:49
21         A.   I've never consulted with the                 18:49
22    ▇▇▇▇ team with a view to holding on to                   18:49
23    data beyond the ▇▇▇ window that they                    18:49
24    currently store it against.                              18:49
25         Q.   So, you've been designated on Topic 63        18:49
```

1  Walsh - Highly Confidential
2  in this case.  Correct?  And I'm about to read                18:49
3  you it.                                                       18:49
4              Are you aware that you've been                    18:50
5  designated on Topic 63 in this case?                          18:50
6        A.    Could -- would you -- could you share             18:50
7  a screen and show the topic to me, please?                    18:50
8        Q.    Here's where the remote gets tough.               18:50
9  So I've got Topic 63 printed out in front of me.              18:50
10 But I will represent to you that Topic 63 covers              18:50
11 the existence, volume, location, custodians'                  18:50
12 retention and collection and production efforts               18:50
13 for documents in this case.                                   18:50
14            MS. BERNARD:  Right.  And, Counsel,                18:50
15      he's designated with regards to 63 for the               18:50
16      metrics, performance metrics that he                     18:50
17      collected in this case.                                  18:50
18       Q.    Right.  Mr. Walsh, for the performance            18:50
19 metrics that you -- strike that.                              18:50
20            Have you specifically retained any                 18:50
21 performance metrics in this case?                             18:50
22            MS. BERNARD:  Objection.  Vague.                   18:50
23      Asked and answered.                                      18:50
24       A.    So, the -- as I mentioned earlier, so             18:51
25 the -- the only metrics retained relate to the                18:51

```
 1              Walsh - Highly Confidential
 2   list of spreadsheets that I've been provided              18:51
 3   with respect to the questions asked.                      18:51
 4   DIR  Q.   Have you been instructed to retain any          18:51
 5   documents in this case?                                   18:51
 6            MS. BERNARD:  I'm going to instruct              18:51
 7       the witness not to answer as that question            18:51
 8       calls for substance of communications with            18:51
 9       attorneys.                                            18:51
10        Q.   Mr. Walsh, are you going to follow              18:51
11   your counsel's advice?                                    18:51
12        A.   Yes.                                            18:51
13        Q.   Mr. Walsh, who maintains the ▮                  18:51
14   system?                                                   18:52
15            MS. BERNARD:  Objection.  Vague.                 18:52
16       Outside the scope.                                    18:52
17        A.   The ▮ organization maintains                    18:52
18   ▮.                                                        18:52
19        Q.   The ▮ organization maintains                    18:52
20   ▮?                                                        18:52
21       Is that right?                                        18:52
22        A.   Yes.                                            18:52
23        Q.   Okay.                                           18:52
24       What is ▮?                                            18:52
25        A.   ▮ is a ▮ which gets used                        18:52
```

C E R T I F I C A T E

STATE OF NEW YORK )
) Ss.:
COUNTY OF NEW YORK )

I JEFFREY BENZ, a Certified Realtime Reporter, Registered Merit Reporter and Notary Public within and for the State of New York, do hereby certify:

That DONAL WALSH, the witness whose examination is hereinbefore set forth, was duly sworn by me and that this transcript of such examination is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th of September, 2021.

---------------------------

JEFFREY BENZ, CRR, RMR