# Exhibit U

████████████

| From: | Jeff Saltman <Jeffrey.Saltman@fischllp.com> |
| --- | --- |
| Sent: | Monday, May 15, 2023 1:25 PM |
| To: | RJ_Kove_AWS |
| Cc: | Kove Team |
| Subject: | Kove v. Amazon: Historical Metrics |

**[EXTERNAL]**
Counsel,

I'm writing to follow up on the parties' meet and confer discussion of the timeframe for the metrics data. As noted, Amazon doesn't agree that there was any spoliation or that a duty arose for Amazon to retain all available metrics relating to both S3 and DynamoDB beginning when Kove filed suit in December 2018. As you know there are over ▊ metrics for each of these services and retaining that data, even for one month, is extraordinarily expensive. Further to your suggestion that Amazon should have retained certain specific metrics beginning in December 2018 (or soon thereafter), Amazon could not have predicted that metrics would be relevant to the case at all, much less which specific metrics Kove would request. Indeed, Amazon still disputes that many of the metrics Kove has requested are relevant to the claims or defenses in the case.

Nonetheless, to move discovery forward and avoid disputes on this issue, Amazon would agree that the metrics data it produced can be extrapolated back in time to the time period to which Amazon would have had the data had it retained all of ▊ when the case was first filed. For example, the trends from the data Amazon produced could be extrapolated back to that time. For some of the data, this will be back to ▊ as ▊ retains ▊ of data. But for other metrics, Amazon has already produced all of the available data since some metrics weren't tracked until after 2016. For those, Amazon has produced all of the available data.

Further, as we explained, the ▊ for DynamoDB is only available as a snapshot in time for ▊. So, even if Kove's position that the data should have been retained as of the date of the complaint, the earliest retained data would have been from ▊, not back to ▊. Amazon agrees that the average ▊ data it has produced (and to the extent it produces additional similar data) are representative for that time period (i.e., the period in which Amazon would have had the data had it retained all of ▊ when the case was filed). And that the average ▊ will move directionally with the ▊, which Amazon has provided.

Thank you.


**Jeffrey M. Saltman** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3640 (o)
+1.202.258.5781 (m)

5301 Wisconsin Avenue NW, Fourth Floor
Washington, DC 20015 USA
Biography | Firm Victories | LinkedIn