# Exhibit W

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1-18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | **JURY TRIAL DEMANDED** |
| Amazon Web Services, Inc., | |
| Defendant. | |

**CORRECTED OPENING EXPERT REPORT OF MICHAEL GOODRICH**
**REGARDING U.S. PATENT NOS. 7,103,640; 7,233,978; AND 7,814,170**

Executed on this 6th day of July, 2023

_____

Michael Goodrich

# TABLE OF CONTENTS

I.    INTRODUCTION ..................................................................................1

    A.    Scope and Summary of Analysis ...............................................1

    B.    Qualifications..............................................................................2

II.    LEGAL PRINCIPLES ...........................................................................6

    A.    Claim Construction ....................................................................6

    B.    Infringement .............................................................................10

        1.    Two Step Process .........................................................10

        2.    Literal Infringement.....................................................10

        3.    Infringement Under the Doctrine of Equivalents.....................10

        4.    Direct Infringement .....................................................11

    C.    Priority of Invention/Conception and Reduction to Practice ..............12

III.    BACKGROUND ..................................................................................14

    A.    Background of the Patented Technology ..................................14

IV.    INFRINGEMENT .................................................................................18

    A.    The Asserted Patents ................................................................18

    B.    Level of Ordinary Skill in the Art............................................20

    C.    The Accused Products ..............................................................21

    D.    Amazon S3 Infringes the Asserted Patents .............................22

    E.    DynamoDB Infringes the Asserted Patents.............................22

V.    BENEFITS OF THE PATENTED TECHNOLOGY TO THE ACCUSED PRODUCTS ..................................................................................22

    A.    The Technical Significance of the "SADS" Benefits .........................22

    B.    S3 .............................................................................................28

        1.    Benefits of the Hash Function Claims to S3...........................28

            a.    Contemporaneous metrics from when ████ was first introduced ..................................................33

            b.    Models and Metrics from 2019, when AWS considered ████████ ██████.................................................35

            c.    Independent Analysis ................................................37

            d.    Conclusions ...............................................................70

        2.    Benefits of the Scaling Claims (████) to S3 ...........................70

        3.    Benefits of the Scaling Claims (████) to S3...........................81

    4.    Benefits of the Scaling Claims (███████) to S3 .............................82

    5.    Benefits of the Hash Function and Scaling Claims Combined to S3 ....... 84

C.    DynamoDB ......................................................................................... 85

    1.    Benefits of the Hash Function Claims to DynamoDB ......................... 85

    2.    Benefits of the Scaling Claims to DynamoDB ................................... 95

    3.    Benefits of the Redirect Claims to DynamoDB .................................. 99

    4.    Benefits of the Claims When Viewed Together, to DynamoDB ............ 101

D.    Understanding the Technical Significance of the Accused Products to AWS....101

VI.    NON-INFRINGING ALTERNATIVES ...................................................................... 109

A.    AWS's Purported Non-Infringing Alternatives to the '170 Patent for S3 .......... 109

B.    AWS's Purported Non-Infringing Alternatives to the '978 Patent for S3 .......... 111

C.    AWS's Purported Non-Infringing Alternatives to the '640 Patent for DynamoDB ............................................................................................... 114

D.    AWS's Purported Non-Infringing Alternatives to the '170 Patent for DynamoDB ............................................................................................... 118

E.    AWS's Purported Non-Infringing Alternatives to the '978 Patent for DynamoDB ............................................................................................... 122

VII.    COMPARABILITY OF TECHNOLOGY IN LICENSING AGREEMENTS ............. 128

A.    ████████ Patent Purchase Agreement ................................ 129

B.    █████████ Settlement Agreement ................................. 131

C.    ████████ Patent License and Assignment Agreement ............................ 133

D.    ██████ Patent Sale Agreement ...................................................... 135

E.    ████████ Patent License and Covenant Agreement ..................... 138

F.    ███ License Agreement ...................................................................... 139

G.    ████████████████ Patent License Agreement ....... 140

H.    ████████████████ ............................................... 142

I.    ██████████████ ................................................... 144

J.    ███ Patent License Agreement ..................................................... 147

VIII.    DATE OF INVENTION & CONCEPTION AND REDUCTION TO PRACTICE ...... 149

A.    U.S. Patent No. 7,103,640 ................................................................... 150

B.    U.S. Patent No. 7,233,978 ................................................................... 151

C.    U.S. Patent No. 7,814,170 ................................................................... 151



Fig. 11

NDTP Server Constellation Context



Fig. 12

NDTP Client-Centric Constellation

Fig. 13

NDTP Server-Centric Constellation

57. The '978 patent is entitled "Method and Apparatus for Managing Location Information in a Network Separate From the Data to Which the Location Information Pertains."

Its Abstract reads:

A system and method for storing and retrieving location information across a network is disclosed. The system and method utilize a transfer protocol configured to transport an identifier/location relationship to allow one or more locations to be associated with an identifier in the location store of a location server, where the identifier represents a unique entity and the location represents a location of data pertaining to the identifier. The location server contains programming logic operative to provide responses to location queries and capable of scaling a plurality of location servers according to system performance and logistical requirements.

58. Figures 11-13 of the '978 patent are illustrative of the inventions at issue:



FIG. 18



FIG. 19

FIG. 20

### B. Level of Ordinary Skill in the Art

59. I understand that the priority date for the '640, '978, and '170 Patents is as early as July 8, 1998. In my opinion, a POSA with respect to the '640, '978, and '170 Patents at the time of the inventions of the '640, '978, and '170 Patents would have a bachelor's degree in Computer Science (or equivalent), and one to two years of industry experience in software engineering, networking, or data storage and retrieval. An advanced degree in Computer Science, or equivalent, could be substituted for one to two years of industry experience in software engineering, networking, or data storage and retrieval. Further, four or more years of industry experience in software engineering, networking, or data storage and retrieval could be substituted for a bachelor's degree in Computer Science and one to two years of industry experience in software

engineering, networking, or data storage and retrieval. For example, the '640, '978, and '170 Patents use similar language to describe their field of invention as involving computer storage and retrieval of information across a network. For instance, the '978 Patent states that its "invention relates generally to the storage and retrieval of information, and in particular, to a system and method for managing global search and retrieval of information across a network." '978 Patent at 1:30-34.

### C. The Accused Products

60. **S3.** Amazon S3 stands for Simple Storage Service. S3 is an object storage service that stores data for millions of applications for companies all around the world. The product offers industry-leading scalability, data availability, security, and performance. This means customers of all sizes and industries—from startups to large public companies like Netflix[2]—can use it to store and protect any amount of data for a range of use cases. These use cases include data lakes,[3] backup and restore, archive, and cloud native application storage. S3 provides easy-to-use management features to organize data and configure a wide variety of finely-tuned access controls to meet various business, organizational, and compliance requirements.

61. **DynamoDB.** Amazon DynamoDB is a fully managed NoSQL database service that provides fast and predictable performance with seamless scalability. DynamoDB lets customers offload the administrative burdens of operating and scaling a distributed database so that customers do not have to be concerned about hardware provisioning, setup and configuration, replication, software patching, or cluster scaling. With DynamoDB customers can create database

---

[2] *See, e.g.*, https://aws.amazon.com/solutions/case-studies/netflix-storage-reinvent22/.
[3] A data lake is a centralized repository that allows a user to store all structured and unstructured data at any scale. That is, data can be stored "as-is," without the need for first structuring the data. And different types of analytics—from dashboards and visualizations to big data processing, real-time analytics, and machine learning to guide better decisions—can be run on the data within a data lake.

tables that can store and retrieve any amount of data and serve any level of request traffic. Customers can scale up or scale down their tables' throughput capacity without downtime or performance degradation.

### D. Amazon S3 Infringes the Asserted Patents

62. My analysis and determinations of infringement with respect to Amazon S3 are in Exhibit D and the corresponding Source Code Appendix A.

### E. DynamoDB Infringes the Asserted Patents

63. My analysis and determinations of infringement with respect to DynamoDB are in Exhibit E and the corresponding Source Code Appendix B.

## V. BENEFITS OF THE PATENTED TECHNOLOGY TO THE ACCUSED PRODUCTS

64. The Asserted Claims provide significant technical benefits, both in general, and for the Accused Products.

### A. The Technical Significance of the "SADS" Benefits

65. As explained in more detail below, the technical benefits of the Asserted Claims include Speed, Availability, Durability, and Scalability. I will refer to these benefits, collectively, as the "SADS" benefits.

66. For ease of reference in this Section, I have grouped the asserted claims into three categories I call "Hash Function Claims," "Scaling Claims," and "Redirect Claims." The claims in each group implicate the same features and functions in the accused products, and so implicate the same set of technical benefits. But to be clear, my naming convention is for convenience only and is not meant to impart any further meaning or opinion, unless otherwise expressly stated.

67. The "Hash Function Claims" include claims 1-2 of the '170 patent and claim 6 of the '978 patent. The "Scaling Claims" include claims 17, 23, 24, and 30 of the '978 patent. The

"Redirect Claims" include claims 3, 10, and 14 of the '978 patent, claims 6, 8, and 15 of the '170 patent, and claims 17-18 of the '640 patent. Claim 12 of the '170 patent and claim 24 for the '640 patent fits in both the "hash function" and "redirect" groups; where there's need to call it out separately, I will do so, otherwise, my discussions of either group should be considered to include claim 12.

**Speed**

68.    In the context of the Accused Products, speed refers to how long it takes to retrieve (or "get") data from the system or to add (or "put") data into the system. Speed can be measured in different ways, including as a measure of time to perform an operation (latency), or as a rate of data transfer (throughput). Generally speaking, I understand that users prefer faster speeds, lower latencies, and higher throughputs, as those traits reduce computing time and/or increase the amount of data that can be processed in a given amount of time.[4] I also understand AWS prefers these traits as well, as they increase customer satisfaction and reduce computing costs.[5]

69.    The speed of an operation can be measured at different points. For purposes of data retrieval in the Accused Products, we can think of speed in different steps: (1) the amount of time it takes to establish a connection to the service and for AWS to receive a customer request ("network latency"), (2) the amount of time it takes for AWS to identify where the requested object

---

[4] *See, e.g.*, AMZ_KOVE_000487443 at 31:12 ("But this is S3, and S3 customers are sort of obsessed with latency."); Barr Tr. at 239:20-240:14 (when asked why a reduction in latency to 0.01% of requests was worth highlighting in a blog post, explaining: "something that it would be easy for maybe another organization to say, 'what's the big deal, 0.01%? Does that really matter?' This to me was a good example of customer obsession and just showing that it did matter and that at the scale that we run at, 0.01 is an appreciable number of requests and objects.")
[5] *See* Markle Tr. at 88:6-13 ("[M]ore servers would have increased the system's cost"). Barr Tr. at 227:7-228:24 (identifying the first three speed dimensions); Walsh Tr. (August 25, 2021) [Walsh Tr. I] at 29:3-5 ("Throughput is measuring the request rates passing through the service"), 101:16-102:14 (latency), 135:24-136:24 (throughput).

███████████████

or data is stored (in S3, this corresponds to the amount of time it takes AWS to retrieve ████████ ;

in DynamoDB, this corresponds to the amount of time it takes AWS to identify the ████████████

that house the requested data) ("index latency"), (3) the amount of time it takes to retrieve the data

and begin transmission to the requesting customer ("retrieval latency"), and (4) the amount of time

it takes AWS to send the requested data back to the user.  There may be other dimensions of speed

as well.

70.     The total amount of time needed to service a request ("total request time") is the

sum of the above four categories.  The amount of time it takes to process a request and begin

transmitting data to the client ("first-byte latency") is the sum of categories 2 and 3 (i.e., index

latency+retrieval latency).[6]

71.     When evaluating speed or latency, it is important to focus on measurements taken

at high percentiles of performance.  This is because such high percentiles of performance reflect

the slowest speed, highest latency, and/or lowest throughput and are therefore a reasonable worst-

case of performance for a system; hence, every customer can reasonably expect their performance

to be almost always no worse than that achieved by the high percentile of performance.  This is

consistent with how AWS commonly measures performance of the Accused Products.[7]  AWS uses

---

[6] Singh Tr. at 171:18-172:14 ("'[F]irst byte latency' refers to the amount of time between when a request is received at the web server and the time that the first byte of the object is sent back to customer."); Barr Tr. at 227:7-228:24 (identifying the first three speed dimensions); Walsh Tr. I at 29:3-5 ("Throughput is measuring the request rates passing through the service"), 101:16-102:14 (latency), 135:24-136:24 (throughput).

[7] It is ██████████████████ .  Singh Tr. at 73:10-14; *see* Szafir Tr. at 93:21-94:15 (weekly business reports); Sivasubramanian Tr. ["Swami Tr."] at 488:5-16 (agreeing that "the goal [at Amazon] is to build a system where all customers have a good experience rather than just the majority"); AMZ_KOVE_000487483 (Swami Tr., Ex. 2) at 2:03-2:58 ("High percentiles is an Amazonian obsession of sorts in Amazon, where we actually measure performance on latency not in average, . . . we measure saying ████████████ typically experience less than this request . . . The reason [percentile is] better is because an average of ████████

percentiles to look at metrics across time because "it's a way to look at the behavior of the system" across "different dimensions," and ████████████████████████████████, with particular attention at █████████████████████.[8]

**Availability**

72.     Availability refers to the ability of a system to successfully serve requests (i.e., the "uptime" of a system).   In the context of the Accused Products, availability is measured as the percentage of requests that are successfully served over the course of a time interval (generally, a five-minute interval).   For example, if S3 receives 1,000 requests over the course of a minute, and successfully serves 990 of those requests, then the availability of S3 for that minute would be 99%.[9]   The availability of S3's ███████ serves as an upper limit to the availability of S3 as a whole:

---

tells you that less than 50% of your customers receive latency less than ████████, but the other 50% you have no idea."); AMZ_KOVE_000012794 (Swami Tr., Ex. 5) (Amazon uses the ██ ██████ because "the goal is to build a system where **all** customers have a good experience, rather than just the majority"); AMZ_KOVE_000487443 at 31:04 ("Amazon S3 uses ████" to measure heat).

[8] Singh Tr. at 71:13-72:18; Walsh Tr. I at 107:18-110:9; *see* Swami Tr., Ex. 2 at 51:52 ("Even if the chance of failure is 1 in a billion, we will hit it, because that's the scale at which we operate, so we can't be paranoid enough. . . . [I]f you say something is a small chance, then that means at some point I'm going to see it."); AMZ_KOVE_000487541 at 28:13–29:22 ("If you're just looking at average, it tells you if everything is working in aggregate, but you don't really get a lot more detail than that. . . . If you throw P100 into the mix, then it is totally dominated by outliers . . . there's a fairly wide gap between the average experience and the worst-case experience.  So with percentiles, you can ignore those outliers to some degree, to the degree that you choose, and you can focus on the experience on what the majority of your customers are experiencing.  And, as you all know from our own operational dashboards, the percentile statistics are really important for us to understand how our services are operating for the most part, and so for our customers as well, it's pretty important to have that information."); AMZ_KOVE_000012794 at 2-3 ("The choice for 99.9% over an even higher percentile has been made based on a cost-benefit analysis which demonstrated a significant increase in cost to improve performance that much.").

[9] Vogels Tr. at 82:17-19 ("Q. What is availability? A. That you're able to access your services."), 126:14-127:13 (explaining that 99.9% availability could mean that a system "is continuously failing 0.1" or that a system which "fails in a lump for an hour."), 158:2-3 (uptime is a measure of availability); AMZ_KOVE_000012794 (Vogels Tr., Ex. 15) ("Reliability is one of the most important requirements because even the slightest outage has significant financial consequences

"We hold ████ to the same durability and availability standards that we expect from object storage. If we lose a ██ or a customer can't access a ██ for some reason, the customer does not have any way to retrieve their object."[10] Availability is calculated as a percentage by the client, using the formula ████████████████████.[11] S3 and DynamoDB guarantee different levels of availability by storage class and table type.[12]

**Durability**

73. Durability refers to the ability of a system to store data without losing it, measured over a given extended time period, such as a year.[13] Durability can be measured empirically or theoretically. An empirical measure of durability considers how many objects have been lost, e.g., for a given customer or group of customers, for a given extended period of time. A theoretical measure of durability considers the amount of time it would take, in expectation or with high probability, for a system to lose an object, or, alternatively, the number of objects one would have to store over a fixed time period before one would expect to lose an object. In essence, this refers to the likelihood that data becomes permanently inaccessible, e.g., lost or erased, and is impacted

---

and impacts customer trust."); Vogels Tr. at 176:6-177:11 (agreeing with Exhibit 15, because "if you go to a website to buy something, and every, let's say one out of five times the website is not available, you go somewhere else.").

[10] AMZ_KOVE_000528071 (2016 S3 OP1).

[11] AMZ_KOVE_000483279 at 2. ████████████████████. AMZ_KOVE_000483279 at 27.

[12] *See* https://aws.amazon.com/s3/storage-classes/

[13] *See, e.g.,* https://docs.aws.amazon.com/AmazonS3/latest/userguide/DataDurability.html; Barr Tr. at 199:17-213:16 (discussing durability and defining durable storage as "resilient in the face of just the inevitable hardware and system failures and so the system is going to do everything in its power to make sure that it doesn't lose user data"); AWS defines durability as "average annual expected data loss."

████████████

by factors like the multiplicity of the data, the likelihood of drive or device failure, and the speed of recovery.[14]

**Scalability**

74.     Scalability refers to the ability of a system to work at scale, i.e., the dynamism of a system.  There are several dimensions to scalability, including the ability to support: (1) high request rates (in requests per second), (2) a large number of objects, (3) large objects, (4) a large volume of data, in terms of storage space, and (5) elasticity in demand  (i.e., quick and unpredictable changes in request rate, amount of data stored, or number of objects stored).[15]

75.     As addressed above, AWS frequently relies on percentiles to evaluate these SADS benefits.  In my opinion, percentiles are useful way to evaluate the SADS benefits because it provides additional context that would be missing from merely looking at the average or median performance of the system.  For example, a median performance metric would obscure how the system performs in edge cases.  A basic principle of distributed systems is that the system should be designed to work reliably for all users.  Percentiles provide context for how the system performs across users, rather than how the percentiles perform for the median customer.[16]

---

[14] Data multiplicity concerns how many copies of the item AWS maintains, or the number of ████████████████████████, while speed of recovery concerns how quickly the system can repair a damaged drive or otherwise recover missing data. *See also* Barr Tr. at 200:8-20 ("Customers care about durability because it's their data and they want . .  a single highly durable storer.").

[15] *See* AMZ_KOVE_000226462 at 2; Barr Tr. at  181:16-184:7.

[16] *See* AMZ_KOVE_000487541 at 28:13–29:22 ("If you're just looking at average, it tells you if everything is working in aggregate, but you don't really get a lot more detail than that. . . . If you throw P100 into the mix, then it is totally dominated by outliers . . . there's a fairly wide gap between the average experience and the worst-case experience.  So with percentiles, you can ignore those outliers to some degree, to the degree that you choose, and you can focus on the experience on what the majority of your customers are experiencing.  And, as you all know from our own operational dashboards, the percentile statistics are really important for us to understand how our services are operating for the most part, and so for our customers as well, it's pretty important to have that information.").



**B.   S3**

**1.   Benefits of the Hash Function Claims to S3**

76.   The ███████████████ is a ████████ in S3 that uses a hash function to ████████████████████████████████████. AWS relies on the █████ to serve approximately ███ of requests, if not more, very quickly from the █████, and allows AWS to drastically reduce the load and burden on ████████████.[17] The █████ is "essential for normal operations," without which AWS "wouldn't know where to look for [a] user's data" and is key for durability of S3.[18] If AWS "forgets" where an object is stored, the object would become irretrievable.[19] Even though the object would technically remain in AWS's system *somewhere*, AWS would never be able to

---

[17] AMZ_KOVE_000487443 at 35:05-35:25 ("In 2008, we introduced the ████████. Today the ████████████ of all GET requests. So, a GET request comes from the web server and it can be handled ████ of the time by the ███, it doesn't need to go down to the ████████████. That was a BIG win."); AMZ_KOVE_000435516 ("The ████████████ is not just about latency and throughput improvements. One of the major limitations in our current world is that we are vulnerable to hot ████████ (not even hot ████). All ████████ requests to all ████ in a ████████ go to the same ████████. High request loads targeted on single ████████ are common. A high GET rate on ████ with a particular prefix or ███ in a particular bucket can cause the ████████ of ████████████ to brownout. ████ hot spots have been the ████████████████████████████████. The current mechanism is very reactive and involves more finely dividing the ████████ and migrating some ████████████████. A ████████████████████████████ is being proposed as a means to alleviate ████ hot spots caused by GETs, while getting some latency, throughput improvements.").

[18] AMZ_KOVE_000435960 ("The S3 ████████ is used to find the location of ████████ within S3. While the amount of data stored within the ████████ is small in relation to user data, its utilization is essential for normal operations. Without the ████████ we wouldn't know where to look for our user's data.").

[19] *See* AMZ_KOVE_000528071 ("If we lose a ████ or a customer can't access a ███ for some reason, the customer does not have any way to retrieve their object."); *see* Henry Tr. at 86:10-87:12 ("[S]o if something is nondurable, it means it's not permanently stored.").

find it (and, in S3's case, AWS would never be able to ███████████████████████,

even if they knew ███████████████████).[20]

77.     It is my opinion that S3's use of a hash function to ████████████████████

█████████████, in the manner claimed in the Hash Function Claims, is essential to AWS's

efficient and effective operation of the ██████, which, in turn, is essential to the effective operation

and performance of the S3 ██████ and to S3 as a whole. For example, claim 1 of the '170 Patent

recites, in part, "a hash function used to organize the data location information across the plurality

of data location servers," claim 2 of the '170 Patent further recites "wherein the location

information comprises any portion of a hash table generated with the hash function," and claim 6

of the '978 Patent recites "wherein the location in the location server is maintained in an indexed

location store indexed by a hash table."

78.     There are several benefits associated with using hash functions to ████████████

█████████████████ in the manner claimed in the Hash Function Claims.

79.     One benefit of the Hash Function Claims to AWS is that the claimed hash functions

████████████████████████████████ in a way that does not meaningfully correlate with

user demand.[21] Other methods of distribution would result in hotspots, where ████████████ would

receive substantially more ██████████████, or where ████████████████████ in a way that

---

[20] AMZ_KOVE_000528071 (2016 S3 OP1) ("We hold ████████ to the same durability and
availability standards that we expect from object storage. If we lose a ████ or a customer can't
access a ████ for some reason, the customer does not have any way to retrieve their object.").
[21] AMZ_KOVE_000226435 (AWS distinguished engineer explaining that, at small scales the
difference between a ████████████████████████ and an ████████████████████████████████
"is not that big a deal," but "in the case of a really massive and busy database, where the ████████
itself must, for performance, be ████████████████████████████, then the ████████████████
can win out big time."); *see* AMZ_KOVE_000487443 at 32:00 ("Any correlation between
customer requests and machine resources creates hotspots").



correlates with user demand, resulting in a less even ███████████████████████, and increasing the likelihood that ████████ are overloaded, while others are under-utilized. This, in turn, would result in dropped requests (and thus a loss of availability) or poor performance.[22]

80. Another benefit of the claimed hash functions is that they are computationally efficient. ████████████████████████ have an ████████████████████████. This involves less computational load resulting in a faster speed. As a result, it is easy for components of the ██████ to quickly, easily, and cheaply identify ████████████████████ ██████.

81. Hash functions are uniquely well-suited for ██████████████████, since they ensure that all (or essentially all) requests for a ████████ will be directed to the same pseudo-randomly chosen ████████, resulting in a ████████████████ and ████████████████ ██████, while distributing requests pseudo-randomly.[23]

82. The accused ██████████████████ are robust with respect to server failure. By using a ██████████████, in a manner claimed by the Hash Function Claims, AWS can ████████████████████████████████ if that server becomes unavailable or if a new server is added.[24] This minimizes hotspots, and their accompanying problems.

---

[22] *See* AMZ_KOVE_000439434 (describing what happens when a ██████ is overloaded); AMZ_KOVE_000436079 at 3 ("Assuming the ████████ is random, ████████ will evenly distribute the load across ████████████."); *see* AMZ_KOVE_000284502 (describing loss of availability caused by a malfunctioning ██████).

[23] *See* AMZ_KOVE_000434982 ("The magic of ████████████████ means that pretty much every request for a given ████████████.").

[24] *See id.*; AMZ_KOVE_000530224 at 33:55 (██████████████ "limit[s] the overall impact when ██████████████████████"); AMZ_KOVE_000436079.



93.      In late 2018 or early 2019, AWS considered ▮▮▮▮▮▮▮▮.[43] AWS ran tests and built a model to estimate how the ▮▮▮▮▮▮▮▮ would impact ▮▮▮▮▮, and how it would ▮▮▮▮▮ of S3. AWS reported the results of its testing and AWS's subsequent analysis in AMZ_KOVE_000380260. AWS testimony confirms that the tests, models, and analysis included in AMZ_KOVE_000380260 are reliable.[44]

94.      **Speed:** In describing the speed benefits of the ▮▮▮, AMZ_KOVE_000380260 explained: "In the ▮▮▮▮▮▮▮▮▮▮▮, the GET request ▮▮▮▮▮ ▮▮▮▮▮▮▮▮, and always proceed to the ▮▮▮▮▮. This ensures that the latest successful write is always read. However, the ▮▮▮▮ reduce the latency and cost of serving a request, and skipping them means that a request does not receive these benefits. With the ▮▮▮▮▮▮▮▮▮▮ for P50."

95.      The document provided a table showing how ▮▮▮▮ would be affected if the ▮▮▮ was removed. The column for "▮▮▮▮▮▮" reflects the ▮▮▮▮ of the then-current version of S3. The column titled "▮▮▮▮▮▮▮▮ shows AWS's estimates for what ▮▮▮▮ would be if AWS were to ▮▮▮▮.[45]

---

[43] AMZ_KOVE_000380260; Markle II Tr. at 175:12-176:10 (information contained in AMZ_KOVE_000380260 accurately reflects AWS thoughts and discussions regarding whether to ▮▮▮), 181:2-9.

[44] AMZ_KOVE_000380260; Singh Tr. at 230:5-13 (tests in AMZ_KOVE_000380260 were reliable). In addition to the ▮▮▮, AWS operates a ▮▮▮▮▮▮▮. However, the ▮▮▮▮▮ of requests. The modeling in AMZ_KOVE_000380260 ▮▮▮▮▮▮▮. As a result, I expect that the cost and pricing estimates in AMZ_KOVE_380260 are slightly overinclusive. However, because the ▮▮▮ has a relatively small hit rate, I would not expect the estimates shown in AMZ_KOVE_000380260 to differ substantially from what they would be if only the ▮▮ were considered.

[45] Singh Tr. at 228:9-21; AMZ_KOVE_000380260 at 1 (showing that ▮▮▮ corresponds to an architecture ▮▮▮▮▮).



96.     The data shown above confirms that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ improves ▮▮▮
▮▮▮. This data is similar to the data shown in Table E, especially at the p90 level, which shows
essentially the same latency impact.

97.     **Cost:** I agree with the cost analysis contained in AMZ_KOVE_000380260, which
states: "If the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, the marginal cost is lower because the request does
not touch the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, depending on the ▮▮▮▮▮▮▮."

98.     As explained above, ▮▮▮▮▮▮▮▮▮▮, all GET requests must be served from the
▮▮▮▮▮▮▮▮▮▮, thus substantially increasing the load on the ▮▮▮▮▮▮▮▮▮. And since
requests served from ▮▮▮ are more expensive than those served from ▮▮▮, it follows that
increasing the likelihood that requests will be handled by a ▮▮▮ will increase the expected cost of
those requests.  This is consistent with the analysis shown in AMZ_KOVE_000380260.

99.     As explained in AMZ_KOVE_000506367, AWS ultimately decided to ▮▮▮▮▮
▮▮▮ "[i]n order to not degrade latency or increase cost substantially."[46]

### c.  Independent Analysis

---

[46] AMZ_KOVE_000506367 ("In order to not degrade latency or increase cost substantially, our
plan is to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (and therefore the ▮▮▮▮▮▮▮▮▮▮) for serving
GETs in 2019.").

100. I have conducted my own assessment of how S3 would be impacted in the ███████
████████.

101. In preparing my analysis, I have reviewed AWS marginal cost analyses for GET and PUT requests from various points over the damages period.[47] AWS uses these kinds of cost models to estimate the costs of operating S3, and to see how changes to the design or operation of S3 would impact the required capacity or cost of operations.[48]

102. The cost models I reviewed all use the same general approach. In each model, AWS ██████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████████████████████████████. For operations that involve multiple steps or components, AWS estimates the ██████████████████████████████████████████████████ ██████████████████████████.[49]

103. For purposes of my analysis, I assume that AWS's ██████████████ would continue to function, and would ██████████ of all requests.[50] I also assume that, ██████████████, all requests (other than those served from the ██████████) would be sent to a ██████████, and would

────────────────────
[47] AMZ_KOVE_000532788 (from May 2018); AMZ_KOVE_000454430 (from September 2012); AMZ_KOVE_000399798 (from October 2017); AMZ_KOVE_000466209 (from February 2019); AMZ_KOVE_000457250 (from March 2015); AMZ_KOVE_000380260 (from late 2018 or early 2019).
[48] Szafir Tr. at 288:21-291:13, 333:17-21.
[49] *Id.* This process is shown in action in AMZ_KOVE_000464992. *See* Szafir Tr. at 335:11-18 ("Q: Is basically what this document is doing, ████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ██████ A: Yes.); AMZ_KOVE_000235985 at 2.
[50] This is a conservative assumption (i.e., it favors AWS), because ██████████████ tend to improve over time, such that the ██████████████████ prior to 2019 may have been even lower.



then be ████████████████████████.  All subsequent analysis in this section will consider only the set of requests that cannot be served from the ████████████, since requests served from the ████████████████████.  Thus, when I refer to "all" requests, I am referring to the ████████████████████████.

104.    There are two disadvantages to sending all requests to the ██████: (1) ██████ ██████ have less favorable characteristics with respect to performance and cost; and (2) the additional requests sent to the ████████████ will not be evenly distributed across the ██.  The uneven distribution of requests will increase AWS's expenses and result in a loss of speed, availability, and scalability.  These disadvantages independently contribute to the increased costs and loss of performance AWS would experience ████████████.  I will address the disadvantages in turn:

██   **Have Less Favorable Characteristics Than** ████

105.    **Speed:** As explained above, and as AWS witnesses and documents confirm, ████████████████████ is much faster than ████████████████████.

106.    According to data AWS has produced, it takes ████████████████████████ ████████████████.[51]  On the other hand, as of 2012 (the start of the damages period) the median amount of time it took to ████████████████████████ was around ██ ████████, with tp99.9 performance at roughly ████████████.[52]  While these numbers may have changed over time, the large disparity between ████████████████████ would remain.

---

[51] AMZ_KOVE_000401270; AMZ_KOVE_000532846.
[52] AMZ_KOVE_000091659.

However, because ██████████████████████ (where, in most cases, S3 ████████████████████████████

██████████████████████████), ████████████████████████████ do not tell the whole story.

107.   AWS has produced data that can be used to estimate the speed differential between the amount of time it takes to ████████████████████████ and the amount of time it takes to ████████████████████. In particular, AWS has produced data showing the average amount of time it takes for a ██████████████████████████████████████████

████) for the slowest 1% of retrievals (p99) and for the slowest 0.1% of retrievals (p99.9).[53]  AWS has also produced data showing the ████████████████ (i.e., the ████████████████████

████████████████████████████████████████████),[54] and the amount of time it takes for a ████████████████████.[55]

108.   This data can be used to determine the average amount of time it takes to ████████

██████████████ during the relevant period.

109.   I will refer to the average aggregate amount of time it takes a ████████████████

████ as T, the average amount of time for a ██████████████████████████ as $T_C$, the average amount of time it takes for a ████████████████████████████████ as $T_█$, and the ████████████ as R.

110.   Using these variables, we have $T = R * T_C + (1-R) * T_█$.  From that, it follows that $T_█ = (T - R * T_C) / (1-R)$.  This equation uses the ████████████ to determine the portion of the



---

[53]   AMZ_KOVE_000401271 (████████████████); Singh Tr. at 2016:13-208:6; AMZ_KOVE_000532845 (p99, p99.9, and p90 ████████).
[54] AMZ_KOVE_000401272.
[55] AMZ_KOVE_000401270.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ T that is associated with a ▮▮▮▮▮▮▮▮▮▮ (represented as R\*T$_C$), and then uses algebra to solve for T▮▮.

111.    The data AWS produced was limited in time.  The only time period for which AWS produced all three inputs was January 19, 2020-September 27, 2020.  The average ▮▮▮▮▮ ▮▮ for each week across that period is shown in Exhibit C at Tab 1.  The data in that time period shows a relatively stable weekly average of about ▮▮▮▮▮▮.  Towards the end of the nine-month period, the ▮▮▮▮▮▮▮ increased by up to ▮▮▮▮▮▮▮.  This corresponds to a speed decrease (relative to the ▮▮▮▮▮▮▮▮▮▮▮) of roughly ▮▮▮▮▮▮.

112.    AWS produced the average ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ dating back to April 24, 2016.  I can estimate what the average ▮▮▮▮▮▮ would have been back to that date by using the data AWS provided to estimate the value of T$_C$ going back to that date.  Fortunately, ▮▮▮▮▮▮▮▮ is relatively predictable and does not vary much over time, such that I would expect the ▮▮▮▮▮▮▮ to stay roughly the same throughout the entire damages period.[56]  Indeed, the ▮▮▮▮▮▮▮ AWS provided is relatively stable and, outside of an outlier towards the beginning of the period, hews close to the average value of ▮▮ ▮▮▮▮▮.  In Exhibit C at Tab 2, I apply that average back in time and estimate the average ▮▮▮▮▮▮ back to April 24, 2016.

113.    The estimates for average weekly ▮▮▮▮▮▮ are more variable towards the beginning of the period, with ▮▮▮▮▮▮▮ as high as ▮▮▮▮▮▮▮.  However, once the data stabilized, it showed a consistent trend of ▮▮▮▮▮ at around ▮▮▮▮▮▮  This

---

[56] For example, CPU clock speeds have remained largely unchanged since 2005.

██████████████████████

██. AWS has not identified any means of doing so, let alone any that are technically acceptable, and I am not aware of any.

**Absent the Hash Function Claims, DynamoDB Would Not Support** ██████████████████

252.    If AWS were unable to develop a technically acceptable non-infringing alternative using the ████████, or if the alternative were not acceptable from a commercial or financial perspective, it could remove its ████████████ by removing its ██████████████████. If users ██████████████████████████████████████, then AWS would not need to use ████████████, and would have no ██████████████ to scale up.

253.    A ██████████████████████ would not be a technically acceptable replacement for DynamoDB, as it would not satisfy DynamoDB's promise of offering "automatic scaling of throughput capacity," nor would it satisfy the promise of "no longer need[ing] to worry about database management tasks such as hardware or software provisioning ... or partitioning data over multiple instances as you scale."[174]   As explained above with respect to S3, a ████████ ██████████████ violates ████████████ by "foisting" functions that the system is supposed to handle over to users.[175]   The impact would be especially pronounced for users with high write and/or high throughput needs, or users with uneven distribution and/or volatility in demand.

254.    Indeed, even with ██████████████, "DynamoDB tries to ████████████ ██████████████ because this is an implementation detail application designers should not need to consider."

---

[174] AMZ_KOVE_000467824.
[175] *See* Vermeulen II Tr. at 60:10-63:16.



255.   AWS is familiar with the technical disadvantages associated with a ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮, as those disadvantages were what motivated AWS to develop DynamoDB in the first place.  DynamoDB is the successor to a previously-launched AWS product, SimpleDB.[176] SimpleDB did not use ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, but instead assumed that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[177]  As a result, SimpleDB ▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[178]

256.   AWS recognized that SimpleDB's ▮▮▮▮▮▮▮▮▮▮▮▮ was not technically acceptable, and designed DynamoDB as a service that "support[s] live ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮," so that "[w]hen customers' throughput requirements increase, we will ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮."[179]  Thus, the product specification required DynamoDB to "[g]ive customers the ability to continually add data to a single table without fear of encountering hard limits or managing ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮."[180]

257.   The reasons why AWS chose to incorporate ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ for DynamoDB is because ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is operationally

---

[176] AMZ_KOVE_000065117 at 2 ("DynamoDB was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮").
[177] AMZ_KOVE_000494957 at 2; Rath Tr. at 120:2-12 (SimpleDB ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮).
[178] Vermeulen Tr. at 342:6-344:25.
[179] AMZ_KOVE_000525421 at 9.
[180] *Id.*; *see also* Swami Tr. at 158:4-21; AMZ_KOVE_000525421 at 2 (AWS sought to "[d]evelop a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ based on the feedback we heard from SimpleDB customers and the lessons learnt from running SimpleDB").