# Exhibit EE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br>     Plaintiff, <br> v. <br> AMAZON WEB SERVICES, INC., <br>     Defendant. | **HIGHLY CONFIDENTIAL** <br><br> Civil Action No. 1:18-cv-08175 <br><br> Hon. Matthew Kennelly |

## AMAZON'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FOURTH SET OF INTERROGATORIES (NOS. 12-16)

Pursuant to Federal Rule of Civil Procedure 33 and the rules and orders of this Court, Defendant Amazon Web Services, Inc. ("Amazon") hereby responds with the second supplemental responses and objections set forth below to Plaintiff Kove IO, Inc.'s ("Kove") Fourth Set of Interrogatories (Nos. 12-16). Amazon's investigation concerning the matters raised by Kove's Interrogatories and Kove's discovery is ongoing, and, pursuant to Federal Rule of Civil Procedure 26(e), Amazon expressly reserves the right to amend and/or supplement its responses and its production of documents if it learns of additional responsive information.

## GENERAL OBJECTIONS

Amazon hereby incorporates its General Objections set forth in its Response to Plaintiff's First Set of Interrogatories, its First Amended Response to Plaintiff's First Set of Interrogatories and its Second Supplemental Response to Plaintiff's First Set of Interrogatories.

Amazon further objects to each Interrogatory to the extent Kove seeks Amazon respond to additional discrete subparts that are outside the scope of the Interrogatory, as requested in Kove's March 5, 2021 letter from Adam Adler to Elizabeth Bernard. Amazon is only obligated to respond

**Response**: AMZ_KOVE_000463929 shows a snapshot on March 23, 2021 of the ███████ ███████████████ for the U.S non-governmental regions. This data is only available as a snapshot in time.

11. The ███████████████████████ in the DynamoDB system (i) ████ ███████████████████████████████████████████ on an annual basis (RFP No. 198):

**Response**: (i): AMZ_KOVE_000463930 (CMH), AMZ_KOVE_000463931 (IAD), AMZ_KOVE_000463932 (PDX), and AMZ_KOVE_000463933 (SFO) shows a snapshot on March 23, 2021 the ███████████████████████████████ This data is only available as a snapshot in time; and (ii): AMZ_KOVE_000463934 (CMH), AMZ_KOVE_000463935 (IAD), AMZ_KOVE_000463936 (PDX), and AMZ_KOVE_000463937 (SFO) shows a snapshot on March 23, 2021 of the ███████████████████████████████ This data is only available as a snapshot in time.

### SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14 (FEBRUARY 1, 2023):

Subject to the foregoing specific and general objections, Amazon responds as follows. The parties have had extensive discussions about metrics regarding the accused services. Amazon has collected and produced those metrics that it located after a reasonable search. And Amazon has also collected and produced the additional metrics described in the Court's Order on Kove's motion (Dkt. 562). Below are citations to and explanations of those metrics.

### S3

███████████████████████████████████████████████████████

AMZ_KOVE_000401273 shows the weekly average of the ███████████ across the US non-government regions over the metric available period. The ███████████ is equivalent to ███████████████████████████ AMZ_KOVE_000528564 shows the

average, minimum, and maximum number of ███████████████████████ in each region over the metric available period. The ███████ is also the best proxy for the ██████ AMZ_KOVE_000528239 shows the weekly average of the total ████████ stored in the ████████ across the US non-government regions over the metric available period. AMZ_KOVE_000528565 shows the average, minimum, and maximum number of ████████ ████████ in each region over the metric available period. ██████ that is stored in the ████████████████████████████.

Amazon also investigated which metrics the S3 leadership team and Index team review on a regular basis. Those metrics are summarized below. All of the data was collected as far back as the data is maintained.

The S3 leadership team reviews the following metrics on a regular basis. AMZ_KOVE_000527781 and AMZ_KOVE_000527787 represent the ██████████████████████████████████████████████ in the IAD, CMH, PDX, and SFO datacenters, respectively. The data is measured at the ████████ AMZ_KOVE_000527782 and AMZ_KOVE_000527788 represent this data for the ██████ █ of transactions. AMZ_KOVE_00052779 and AMZ_KOVE_000527785 represents ████████████████████████. This is based on a ██████ that Amazon uses to measure this data. AMZ_KOVE_000527780 and AMZ_KOVE_000527786 represents this data for the ████████ of transactions.

The S3 Index team reviews the following metrics on a regular basis. Each of these metrics was collected over the available time period. AMZ_KOVE_000528557 and AMZ_KOVE_000528559 represent ████████████████████████████ respectively, measured per second. AMZ_KOVE_000528558 represents ███████████████████████

measured in ███████. AMZ_KOVE_000528560, AMZ_KOVE_000528561, AMZ_KOVE_000528562, and AMZ_KOVE_000528563 represent ████████████████████████████████████████ respectively. AMZ_KOVE_000528566 and AMZ_KOVE_000528567 represent ████████████████████████████████████ respectively.

Amazon incorporates the Declarations of James Kirschner and Shiv Pal Singh into this response.

**DynamoDB**

Total number of ████████████████████████████████████████████████████████████████ in DynamoDB:

AMZ_KOVE_000520273 represents the ██████████ of DynamoDB for as far back as the data is available. These figures include both ██████ █ ███████ ██ AMZ_KOVE_000463930 (CMH), AMZ_KOVE_000463931 (IAD), AMZ_KOVE_000463932 (PDX), and AMZ_KOVE_000463933 (SFO) show a snapshot on March 23, 2021 the ████ ████████████████████████████████ By adding up column B in these documents, you can determine the ████████████ in DynamoDB. This data is only available as a snapshot in time but is representative and moves directionally with the ████████████ and (ii): AMZ_KOVE_000463934 (CMH), AMZ_KOVE_000463935 (IAD), AMZ_KOVE_000463936 (PDX), and AMZ_KOVE_000463937 (SFO) shows a snapshot on March 23, 2021 of the ████ ████████████████████████████████ The final row of column A provides the total number rounded to the nearest 1,000. This data is only available as a snapshot in time but is representative and move directionally with the ████████████ And AMZ_KOVE_000390575 represents the ████████████████████████████████████

AMZ_KOVE_000520272 represents the ████████████████████████████████ showing

the ███████████████████████████████████ This data was collected as far back as data was available. AMZ_KOVE_000520274, AMZ_KOVE_000520275, AMZ_KOVE_000520276, and AMZ_KOVE_000520277 represent the ███████████████████████████████ as far back as that data is available.

Amazon also investigated which metrics the DynamoDB engineering team reviews on a regular basis. Those metrics are summarized below. All of the data was collected as far back as the data is maintained.

AMZ_KOVE_000527789 represents the ██████████████████████ for as far back as the data is available. The data is measured over one-day intervals where the number reported measures ███████████ In other words, a ████████████████████████████████████

AMZ_KOVE_000527790 represents ████████████ for as far back as the data is available. The data is measured over one-day intervals. Some early data have zeroes or are blank. These capture the time before the metrics were enabled or dates on which metrics weren't captured.

AMZ_KOVE_000527791 represents ████████████████████ for as far back as the data is available. For the data, the numbers represent the █████████████████████████ Some early data have zeroes or are blank. These capture the time before the metrics were enabled or dates on which metrics weren't captured.

AMZ_KOVE_000527792 represents ████████████████ for as far back as the data is available. The data is measured over one-day intervals. Some early data have zeroes or are blank. These capture the time before the metrics were enabled or dates on which metrics weren't captured.

AMZ_KOVE_000527793 represents ████████████████ for as far back as the data is available. The data is measure over one-day intervals. For the data, the numbers represent the ██████████████████████████████████ Some early data have zeroes or are blank.

These capture the time before the metrics were enabled or dates on which metrics weren't captured.

AMZ_KOVE_000527794 represents ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ for as far back as the data is available. The data is measure over one-day intervals. For the data, the numbers are in minutes. Some early data have zeroes or are blank. These capture the time before the metrics were enabled or dates on which metrics weren't captured.

Amazon also investigated which metrics the DynamoDB Metadata team reviews when they evaluate performance of the ▬▬▬▬▬▬▬▬ Those metrics include AMZ_KOVE_000390558, AMZ_KOVE_000390570, AMZ_KOVE_000390572, AMZ_KOVE_000390575, and AMZ_KOVE_000520272.

Amazon incorporates the Declaration of Donal Walsh into this Response.

**INTERROGATORY NO. 15:**

Identify in detail, including dates and persons involved, all facts, circumstances, communications, results, and documents concerning your studies, testing, including split testing and A/B testing, analyses, reports, and presentations, pertaining to the performance of each Relevant Feature and each Accused Instrumentality.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 15 (JULY 8, 2021):**

Amazon objects to this Interrogatory as overly broad and not proportionate to the needs of this case to the extent that it seeks information regarding "all studies testing, including split testing and A/B testing, analyses, reports, and presentations" regarding the performance of the accused services. Amazon S3 and DynamoDB are highly complex and sophisticated software systems which are continuously being studied, updated, and tested. Amazon implements over 10,000 potential "metrics" to measure and understand its performance. And many aspects of each service are unrelated to any claim or defense in this litigation. It would be unduly burdensome and not proportional to the needs of the case to attempt to identify the facts related to all its testing of each accused service since its development began. Amazon will therefore limit its response to those

29

AMZ_KOVE_000103540, AMZ_KOVE_000103593, AMZ_KOVE_000103886,

AMZ_KOVE_000104438, AMZ_KOVE_000104484, AMZ_KOVE_000104789,

AMZ_KOVE_000105716, AMZ_KOVE_000105986, AMZ_KOVE_000205483,

AMZ_KOVE_000221659, AMZ_KOVE_000222459, AMZ_KOVE_000445346,

AMZ_KOVE_000446229, AMZ_KOVE_000446672, AMZ_KOVE_000448483,

AMZ_KOVE_000448526, AMZ_KOVE_000450201, AMZ_KOVE_000467243,

AMZ_KOVE_000467266, AMZ_KOVE_000467269, AMZ_KOVE_000467288,

AMZ_KOVE_000467326, AMZ_KOVE_000467329, AMZ_KOVE_000467332.

Amazon incorporates by reference its response to Kove's Interrogatory No. 10 and the documents cited therein pursuant to Fed. R. Civ. P. 33(d), which provide information regarding customer references and use cases for DynamoDB.

Dated: February 1, 2023

Respectfully Submitted,

Amazon WEB SERVICES, INC.

By: */s/ Jeffrey M. Saltman*

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Defendant Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

I certify that on February 1, 2023, the foregoing Second Supplemental Responses to Plaintiff's Fourth Set of Interrogatories by Amazon (Nos. 12-16), was electronically served on counsel of record via email.

*/s/ Jeffrey M. Saltman*
Jeffrey M. Saltman
