# Exhibit GG

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., *Plaintiff,* v. AMAZON WEB SERVICES, INC., *Defendant.* | Case No. 1:18-cv-8175 **HIGHLY CONFIDENTIAL** |

# DECLARATION OF SHIVPAL SINGH

I, Shiv Pal Singh, state and declare as follows:

1. I am a Director of Software Development for Amazon Web Services, Inc. ("Amazon"). As part of my role at Amazon, I have responsibilities for the technical aspects of Amazon's S3 service. And as part of those responsibilities, I am responsible for the metrics related to the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2. I have been involved in the collection of S3-related metrics in this case. Recently, I was asked to collect additional S3-related metrics. Specifically, I was asked to collect metrics, reflecting the number of ▮▮▮ stored in each of ▮▮▮▮▮ to the extent the information is available. I was previously asked to collect metrics reflecting the number of ▮▮▮ stored in S3 overall, on a monthly basis earlier in the case. The best proxy for the number of ▮▮▮ is the total number of ▮▮▮. I asked members of my team to collect the weekly average number of ▮▮▮ stored in S3 overall in the four U.S. non-government regions (IAD, CMH, PDX, and SFO). That information was collected from the ▮▮▮ system for as far back as it was available ▮▮▮▮▮

through September 27, 2020. And I provided that data to outside counsel in 2021 with filename S3 Metric 6.

3. The overall number of ▮ in S3 is the same as the total number of ▮ stored in the ▮. And there's a subset of the total number of ▮ stored in the ▮ that are also stored in the ▮ (*i.e.*, they are duplicative). In response to the recent request, I asked members of my team to collect the total number of ▮ stored in the ▮ in the four U.S. non-government regions (IAD, CMH, PDX, and SFO). That data was collected from the ▮ system for as far back as it was available ▮ through the date on which was collected. I provided the collected data to outside counsel.

4. I was then asked whether the data I had provided for the total number of ▮ in the ▮ and the total number of ▮ was available at a more granular level. I have asked members of my team whether the numbers of ▮ by region and/or by ▮ in each of the four U.S. non-government regions (IAD, CMH, PDX, and SFO), both overall and in the ▮ is available. My team is currently investigating whether that information is available in the ▮ system. If so, my team will collect it for as far back as it is available and I will provide it to outside counsel.

5. I was also recently asked which performance-related metrics the S3 Index Team reviews on a regular basis to assess the performance of the system. As part of my responsibilities, I am involved in reviewing metrics on a regular basis with the S3 Index Team. The metrics my team and I provided in 2021 include many of the metrics the Index Team reviews on a regular basis, including, for example, ▮. I also understand that James Kirschner, the General Manager for S3 Storage, has provided additional metrics that the S3 leadership teams reviews on a regular basis. I understand that Mr. Kirschner provided ▮ metrics (*i.e.*,

**HIGHLY CONFIDENTIAL**

███████████████████████████████████████████████████████████████ and ████████ metrics █████████████████████████████████████████████████████████████ ████.

6.  In addition to the S3-related metrics that have previously been provided and the metrics Mr. Kirschner recently provided, I've identified other performance metrics that the Index Team regularly reviews. These metrics relate to ████████████████████████████████ ████████████████████████████████████████████. I've asked members of my team to collect these metrics in each of the four U.S. non-government regions (IAD, CMH, PDX, and SFO) at the highest level of granularity available. My team is currently working to collect that information from the ██████ system and is collecting it for as far back as it is available. After it has been collected, I will provide it to outside counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2023.

/s/ *Shiv Pal Singh*
Shiv Pal Singh