# Exhibit HH

███████████████

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175 **HIGHLY CONFIDENTIAL** |

## DECLARATION OF DONAL WALSH

I, Donal Walsh, state and declare as follows:

1. I am the Senior Development Manager, Head of Engineering, DynamoDB Dublin for Amazon Web Services, Inc. ("Amazon") and am located in Ireland. As part of my role at Amazon, I have responsibilities for the data plane, the control plane, the operational plane, and the front end (*i.e.*, the user interface) aspects of Amazon's DynamoDB service. My responsibilities include overseeing metrics related to DynamoDB.

2. I have collected, and been involved in the collection of, the DynamoDB related metrics in this case. Recently, I was asked to collect additional DynamoDB related metrics. After being referred from the Product Management team, I have also identified the metrics the DynamoDB engineering teams looks to most frequently to assess the service's overall performance ███████████████████████████████████████████████████████████████.

3. I was recently asked to provide information relating to the ███████████ ████████████████████████████████████████████████████████████████████. This requested partitions data isn't tracked by the DynamoDB team, and, as a result, it isn't available

in the ▬ system. In order to obtain that information, it had to be collected from the DynamoDB ▬. And Andrey Yordanov assisted me in that collection. After Mr. Yordanov collected the available ▬ data, I provided it to outside counsel.

4. The ▬ in DynamoDB was provided in 2021 in response to a request for the ▬ ▬. This information is available ▬, which are ▬ maintained for ▬ ▬. No earlier information is available describing the ▬ in DynamoDB. And the information provided in 2021 with DDB Metric 15i in the filename can be used to calculate ▬ for that snapshot period. Specifically, the sum of column A in DDB Metric 15i is the total number of ▬ and the sum of column B in DDB Metric 15i is the total number of ▬ during that snapshot period.

5. The partitions related information I provided earlier in the case is the farthest back that data goes. Subservices of DynamoDB store ▬. Given their size, ▬ (and all other log files) are maintained for ▬ ▬. Aside from the log files, there is no other way to determine the ▬ in DynamoDB.

6. After I provided the snapshot information from the ▬, I was asked whether there was any other way to collect ▬ for any earlier period (*i.e.*, before the ▬ snapshot in the provided applications log). To determine if there are other sources for the number of users, I conferred with Chris Anderson, the Technical Product Manager for DynamoDB. He was able to locate ▬ by month for as far back as the data is maintained ▬. He indicated that the information

HIGHLY CONFIDENTIAL

came from the ███████████████. After Mr. Anderson collected the available information, I provided it to outside counsel.

7. I was also asked to provide metrics reflecting the ███████████████████████████████ in DynamoDB. The number of ███████████ was previously provided as the only available proxy for the number of ███████████████████████████████████████████████. The information was provided in 2021 with filename DDB Metric 7 and shows the week-ending number of ███████████ over 1-week intervals from May 8, 2016 (as far back as the data went at that time) through March 7, 2021 for each of the four U.S. non-government regions (IAD, CMH, PDX, and SFO).

8. I also collected the ███████████████████ in DynamoDB as far back as it was available ███████████ through the date on which I collected it (December 1, 2022) for each of the four U.S. non-government regions and provided it to outside counsel. I also collected the ████████████████████████████████████████████████████ measured from ███████ through December 1, 2022 for each of those four regions and provided it to outside counsel. These metrics were collected from the ████ system.

9. I was asked to identify which metrics the DynamoDB engineering teams look to most frequently to determine the overall health of the service. I explained that the team collects ████████████████████████, of DynamoDB related metrics. And, depending on the focus at the time, any one of them could be the most important on any given day. I also noted that the metrics I provided earlier in the case provided the performance-related metrics that the DynamoDB engineering teams, including the Partitions team, review.

10. In addition to those I previously collected in the case, I was asked to identify and collect what other performance-related metrics the DynamoDB engineering teams regularly

**HIGHLY CONFIDENTIAL**

review. Those metrics are █████████████████████████████████████████████████

█████████████████████████████████████. I collected those metrics from

the ███ system and, for each metric, provided it for as far back as it was available through the

date. For these ████████ metrics, the data is available (and was collected) from at or near the

date on which the metric was first tracked in the region. When a metric is first introduced, the data

may appear to be inconsistent (*e.g.*, on certain days data is shown and on others no data was

collected or a zero appears). But as the metric becomes generally available, the data becomes

consistent. After locating and collecting the available feature level metrics that I identified, I

provided them to outside counsel.

11. As part of my responsibilities overseeing the subservice teams, I created the

█████████████████████████████████ to determine the health of the metadata

subservice. So, I'm aware of which metrics the Metadata Team looks to when they evaluate

performance of the ██████████. Those metrics are those that I provided previously in the

case including the information provided in 2021 with filenames DDB Metric 1, DDB Metric 2,

DDB Metric 4, and DDB Metric 7, along with the information recently provided with the filename

█████████████████████.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2023.

                                                          /s/ *Donal Walsh*
                                                        Donal Walsh

**HIGHLY CONFIDENTIAL**