# Exhibit II

██████████████████

1    UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF ILLINOIS

3    ---oOo---

4

5   KOVE IO, INC.,               )
                                 )
6              Plaintiff,        )
                                 )
7   vs.                          )   No. 1:18-cv-08175
                                 )
8   AMAZON WEB SERVICES, INC.,   )
                                 )
9              Defendant.        )
    _____)

10

11

12        H I G H L Y   C O N F I D E N T I A L

13

14        VIDEOTAPED DEPOSITION OF ALYSSA HENRY

15             REDWOOD SHORES, CALIFORNIA

16             TUESDAY, FEBRUARY 21, 2023

17

18

19

20

21  STENOGRAPHICALLY REPORTED BY:

22  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

23  CSR LICENSE NO. 9830

24  JOB NO. 222653

25

| | | |
|---|---|---|
| 1 | MR. SALTMAN: Objection; vague. | 09:20 |
| 2 | THE WITNESS: I still don't understand the | 09:20 |
| 3 | question. | 09:20 |
| 4 | MR. ADLER: Q. What were the circumstances | 09:20 |
| 5 | in which you interacted with Andy Jassy? | 09:20 |
| 6 | A Yeah. Again, I -- it's too vague. I don't | 09:20 |
| 7 | understand. | 09:21 |
| 8 | Q Do you know what it means to interact with a | 09:21 |
| 9 | person? | 09:21 |
| 10 | A It could mean, Hey, we're eating wings | 09:21 |
| 11 | together at Tatanka. So yes, he and I ate wings | 09:21 |
| 12 | together. | 09:21 |
| 13 | Q Okay. | 09:21 |
| 14 | A It could mean ███████████████████ | 09:21 |
| 15 | ████████████████████████████████ | 09:21 |
| 16 | ██████ ████████████████████████ | 09:21 |
| 17 | ██████. | 09:21 |
| 18 | Like, I mean, I don't know. There were lots | 09:21 |
| 19 | of different things. | 09:21 |
| 20 | Q Got it. All right. | 09:21 |
| 21 | So you mentioned three interactions. One of | 09:21 |
| 22 | them was eating wings with -- with Mr. Jassy; right? | 09:21 |
| 23 | A Yep. | 09:21 |
| 24 | Q And -- and then you mentioned a ██████ | 09:21 |
| 25 | ████████████████; right? | 09:21 |

```
 1     A    Yep.                                                      09:21
 2     Q    And then you mentioned a ███████████████;                 09:21
 3   is that right?                                                   09:21
 4     A    Sure.                                                     09:22
 5     Q    So for the ██████████████████████, the                    09:22
 6   name is "weekly."  Did those happen every week?                  09:22
 7     A    Generally.                                                09:22
 8     Q    And what did you discuss in -- in the ████                09:22
 9   ████████████████?                                                09:22
10     A    ██████████████████.                                       09:22
11     Q    What does that mean?                                      09:22
12     A    It's dependent on the service, but it's                   09:22
13   ████████████████████████████████████████████████████████████     09:22
14   ██████████████████████.                                          09:22
15     Q    And was the ██████████████████████████ for                09:22
16   multiple Amazon services, or just for S3?                        09:22
17     A    It's for all of AWS.                                      09:22
18     Q    And in 2007, when you started as general                  09:22
19   manager, how many services were represented at that              09:22
20   meeting?                                                         09:22
21     A    Five.                                                     09:22
22     Q    Do you remember what they were?                           09:22
23     A    S3, EC2, SimpleDB, Mechanical Turk, and the               09:22
24   original AWS.  I forget what it was called.                      09:23
25     Q    Was it Simple Queue Service?                              09:23
```

1  A   No.  The -- the one that's the retail 09:23
2  website. 09:23
3  Q   Okay.  And what [REDACTED] did you 09:23
4  discuss at that meeting with respect to S3? 09:23
5  A   Latency and availability. 09:23
6  Q   Okay.  We're going to talk about those a 09:23
7  little bit more -- we're going to talk about those 09:23
8  more in a little bit. 09:23
9        But when you -- when you referenced latency, 09:23
10 what kind of latency did you discuss at that meeting? 09:23
11 A   I don't understand the question. 09:23
12 Q   What is latency? 09:23
13 A   How long something takes. 09:24
14 Q   And so what was the "something" that you were 09:24
15 measuring the time of for latency at that meeting? 09:24
16 A   A request. 09:24
17 Q   A request.  Okay. 09:24
18       And if we were to be a little bit more 09:24
19 technical about it, do you remember more specifically 09:24
20 or more -- in a more detailed fashion what kind of 09:24
21 request or -- or the -- the item of information that 09:24
22 was discussed in that meeting? 09:24
23 A   GET and PUT requests. 09:24
24 Q   Okay.  And so would that be [REDACTED] 09:24
25 [REDACTED] -- for a GET request? 09:24

```
 1              CERTIFICATE OF STENOGRAPHIC REPORTER

 2

 3         I, ANDREA M. IGNACIO, hereby certify that the

 4   witness in the foregoing deposition was by me sworn to

 5   tell the truth, the whole truth, and nothing but the

 6   truth in the within-entitled cause;

 7         That said deposition was taken in shorthand

 8   by me, a disinterested person, at the time and place

 9   therein stated, and that the testimony of the said

10   witness was thereafter reduced to typewriting, by

11   computer, under my direction and supervision;

12         That before completion of the deposition,

13   review of the transcript [x] was [ ] was not

14   requested.  If requested, any changes made by the

15   deponent (and provided to the reporter) during the

16   period allowed are appended hereto.

17         I further certify that I am not of counsel or

18   attorney for either or any of the parties to the said

19   deposition, nor in any way interested in the event of

20   this cause, and that I am not related to any of the

21   parties thereto.

22   Dated: February 28, 2023

23   _____

24   ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

25
```