# Exhibit JJ

█████████████████



Jaime Cardenas-Navia
Direct Dial: (646) 921-1474
jcardenas-navia@reichmanjorgensen.com

750 Third Avenue
Suite 2400
New York, NY 10017

February 8, 2021

**By E-Mail**

Elizabeth Bernard
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 20015
Elizabeth.Bernard@fischllp.com

RE: *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Elizabeth,

Thank you for the productive discussions last Tuesday and Thursday. We hope to continue to work cooperatively to resolve the parties' discovery issues. As we reiterated during our calls, the state of AWS's discovery responses, particularly its document production, remains significantly deficient. The deficiencies that we discussed are addressed below.

**Kove's Discovery Requests**

*Interrogatories*:

AWS's response to Interrogatory No. 22 is deficient for at least the following reasons:

1. AWS's response does not address all storage classes and configurations. By way of example, AWS's response does not address the following storage classes for S3: Glacier, Glacier Deep Archive, and Reduced Redundancy Storage.
2. AWS's response does not provide complete pricing-related information. For example:
   a. AWS's response states: "Pricing for these products varies depending on the objects' size, the duration of the storage during a particular month, the storage class, and the storage region." Response at 12. Yet AWS's response then does not provide any information on how "the objects' size" or "the duration of the storage during a particular month" affects pricing.
   b. AWS's response does not provide any information about ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ of S3 and DynamoDB, including by AWS itself, Amazon.com, or other entities within the Amazon.com umbrella. Given the significant level of "internal" use of S3 and DynamoDB, this information is highly relevant.
   c. There is no information about price adjustments that customers receive, such as those based on Service Level Agreements (SLA) that guarantee certain levels of uptime percentage, latency, etc. *See, e.g.*, https://aws.amazon.com/s3/sla/.

      d. AWS's response does not "identify and describe the methodology by which the pricing was arrived at" for any of AWS's pricing data.

3. We requested clarity on the metrics that you identified in your January 29th letter. In particular, we asked for more information as to what you meant when you said AWS would produce "metric related to █████████████████████████████" and metrics related to "durability and throughput." You indicated that AWS did not understand what information Kove is seeking, and asked Kove to provide more information as to the metrics it wants AWS to produce. We agreed that AWS would investigate and provide Kove with more information about the metrics that AWS maintains. Kove agreed to use that information to identify the metrics Kove seeks. In any case, at this time, we request that AWS produce metrics that provide the following information (for each 4-week period, as far back as data is available):



a. █████████████████████████████████████
b. █████████████████████████████████████
c. ████████████████████████████████
d. █████████████████████████████████████
e. ██████████████████████████████
f. ████████████████████████████████
g. █████████████████████████████████
h. ████████████████████████████████
i. ████████████████████████████
j. █████████████████████████████████
k. █████████████████████████████████
l. ████████████████████████████████
m. ███████████████████████████████
n. ██████████████████████████████
o. ███████████████████████████

4. AWS has not produced or identified any of the underlying documents from which its response is derived or that are related to its response. Nor has AWS identified persons knowledgeable about its response.

Please confirm that AWS will supplement its response to Interrogatory No. 22, and its document production, to address the above-identified deficiencies, and that it will do so by no later than Friday, February 19th.

Regarding Interrogatory No. 18, AWS's supplemental response continues to be deficient because it does not identify knowledgeable witnesses for each Relevant Time Period. It is not credible that AWS is unable to find knowledgeable persons about major business segments, such as "marketing and advertising," "surveys, studies, analyses," "the setting of prices," and "the product's operation and changes thereto," particularly given that a number of employees from the earliest days of the Accused Products are still at Amazon, including Alan Vermeullen and Werner Vogels.

During the call, you indicated that you were willing to continue your investigation and supplement the interrogatory response. Please confirm that you will fully answer Kove's Interrogatory No. 18 by no later than Friday, February 19.

*Document Production:*

As we have repeatedly conveyed, the current volume of documents that AWS has produced is unreasonably low for a case of this kind, which should yield tens of thousands (if not hundreds of thousands) of relevant documents in the normal course.

We understand from our calls that AWS is continuing to search for documents responsive to the categories identified in my January 5 letter (identified in the paragraphs numbered 1-11) and intends to produce the results of its searches by mid-February. We further understand that the reference to "non-technical documents" in your January 29 letter is limited to technical wiki documents that describe the design and operation of the Accused Products, and is not indicative of an intent to limit the categories identified in my January 5 letter.

To assist AWS with its search, Kove identifies the following exemplary categories of documents that are within the categories identified in my January 5 letter and that Kove expects AWS is currently searching for and producing:

1. Videos created by AWS that discuss the Accused Products, including from AWS's re:Invent conferences;
2. Current and past versions of AWS's website that discuss the Accused Products, including marketing and price information.
3. Memos discussing the vision, purpose, or goals of AWS or the Accused Products, including the "six-page" referenced here: https://www.nytimes.com/2021/02/03/technology/andy-jassy-amazon-ceo-jeff-bezos.html.
4. Marketing and business projections, forecasts, surveys, and studies related to the launch of S3 or DynamoDB.

5. Marketing and business projections, forecasts, surveys, A/B tests, and studies related to the benefits of speed, availability, consistency, or durability.
6. Marketing and business projections, forecasts, surveys, A/B tests, and studies related to the benefits of hash functions, hash tables, redirect messages, indexing, or the architecture of S3 and DynamoDB.

Please confirm that AWS is in the process of collecting and producing the above-identified documents as part of its current document discovery efforts.

You also stated that you recently learned that AWS does not have ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ Please confirm that AWS will produce financial records from which Kove can determine the information that is found in P&L statements.

*ESI:*

We understand that you are reviewing the February 3 letter of Michael Marvin. Please let us know your availability to continue our discussions about ESI during the following time windows: Tuesday, February 9, 1-3pm ET; Wednesday, February 10, 1-3pm ET.

*30(b)(6) Deposition:*

This topic was addressed in the February 25 email of Adam Adler.

*Deposition of Allan Vermeulen:*

This topic was addressed in my February 25 email.

**AWS's Discovery Requests**

We are in receipt of your February 5 email regarding AWS's discovery requests and will respond in due course.

Sincerely,

Jaime Cardenas-Navia