# Exhibit KK

████████████████████



Adam Adler
1710 Rhode Island Avenue, NW
12th Floor
Washington, DC 20036
Direct Dial: (605) 623-1480
aadler@reichmanjorgensen.com

April 30, 2021

**By Email**

Jeffrey Saltman
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 20015
Jeffrey.Saltman@fischllp.com

RE: *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Dear Jeff,

I write to bring to your attention several follow-up requests based on documents contained in AWS's recent productions.

**Surveys and Focus Groups**

Several AWS documents reference surveys and survey results that are responsive to Kove's requests. For example:

- AMZ_KOVE_000396473 references "recent survey results" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- AMZ_KOVE_000396474 states: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- AMZ_KOVE_000396476 states that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- AMZ_KOVE_000397022 references ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- Several documents, including AMZ_KOVE_000397219, AMZ_KOVE_000397794, AMZ_KOVE_000397812, and AZM_KOVE_000397821 appear to be surveys that were administered to S3 customers.

It appears that AWS has not produced any of the results, analyses, reports, or summaries associated with at least these surveys, focus groups, and market studies. Please confirm that AWS will search for and produce all documents responsive to Kove's RFPs 13, 32, 97, 99, 108, 127, 205, including (but not limited to) those referenced above. Please also supplement your responses to Interrogatories 10 and 16 to account for these documents.

**Customer-Specific Pricing**

Several AWS documents reference customer-specific pricing plans, including AWS_KOVE_000399766,  *See also* AWS_KOVE_000399198 (describing "private pricing tenets"). It appears that, to date, AWS has not produced any documents showing the specifics of any of these plans or how plan pricing correlates with customer usage of the accused products.

While AWS has produced a table showing a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮, *see* AWS_KOVE_000398890, we do not see any documents showing the extent to which any ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please confirm that AWS will search for and produce documents that show the prices customers actually paid for use of the accused products. For each pricing plan offered by AWS for the accused products (including publicly listed pricing plans, plans offered in accordance with a ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮), Kove seeks documents sufficient to show the number of AWS customers that adopted the plan, rates charged, revenues received, discounts applied, and the date the pricing plan was implemented. In addition to aggregate pricing, Kove seeks documents sufficient to show, for each pricing plan, the revenues received in connection with each of the pricing categories listed on AWS's website.

For S3[1]:
a. Data Storage
b. Data Retrieval
c. Data Transfer OUT from Amazon S3 to Internet
d. Data Transfer between Amazon S3 and another AWS region, transfer from Amazon S3 to AWS GovCloud, or transfer from Amazon S3 to Amazon CloudFront
e. Transfer Acceleration IN to Amazon S3 from the Internet
f. Transfer Acceleration OUT from Amazon S3 to the Internet
g. Transfer Acceleration between Amazon S3 and another AWS region.
h. S3 Storage analytics and insights (including charges for "S3 Inventory," "S3 Analytics Storage Class Analysis," "S3 Object Tagging," "S3 Storage Lens," and "S3 Batch Operations.")
i. S3 Object Lambda
j. Spot Requests (as described in AWS_KOVE_399240)

---

[1] *See* https://aws.amazon.com/s3/pricing.

For DynamoDB (for both provisioned and "on-demand" plans)[2]:
   a. Read Operations
   b. Write Operations
   c. Continuous backups
   d. On-demand backup
   e. Restore from backup
   f. Global tables
   g. Change data capture for Amazon Kinesis Data Streams
   h. Change data capture for AWS Glue Elastic Views
   i. Data export to Amazon S3
   j. DynamboDB Accelerator (DAX)
   k. DynamoDB Streams
   l. Data transfer out

Additionally, for each ███████████████████████████████████████████
███████████████████████████ and documents sufficient to show the volume of customer
usage and revenue collected for the three months preceding and post-dating the implementation of
the plan. Documents such as AMZ_KOVE_000390947 and AMZ_KOVE_000390950 confirm
that AWS tracks and maintains customer-specific usage and revenue for the accused products.

These documents are directly responsive to at least RFPs 82-83, 89, 92, 96, and 131. Please also
supplement your response to Interrogatory 22 to account for private pricing plans.

**Cost Information**

Several AWS documents reference infrastructure costs associated with the accused products, and
associated capital expenses ("CapEx"). For example, AMZ_KOVE_000399757 states that ████
████████████████████████████████████████████ and AMZ_KOVE_000397661 states
that ██████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

It appears that, to date, AWS has not produced documents describing its infrastructure costs, nor
does it appear that AWS has produced documents showing the relationship between consumer
demand for the accused products (whether for storage or IOPS) and AWS's infrastructure
investments or costs.

Please confirm that AWS will search for and produce (1) documents that identify and describe the
specific costs AWS incurs in connection with the accused products, including documents that
describe hardware costs, energy costs, maintenance costs, and property costs associated with the
accused products, and (2) documents sufficient to show the connection between AWS capital
expenses and demand for the accused products. This includes, for example, documents sufficient
to support the assertion that ███████████████████████████████ and documents sufficient to

---

[2] *See* https://aws.amazon.com/dynamodb/pricing/on-demand;
https://aws.amazon.com/dynamodb/pricing/provisioned.

support the assertions in AMZ_KOVE_000397661 regarding █████████████████████████ ███████████████████

These documents are directly responsive to at least RFPs 13, 28-29, 93, 128-130, and 183. Please also supplement your responses to Interrogatories 6 and 13 to account for these costs.

**"Clairvoyant" Forecasts**

AMZ_KOVE_000397866 outlines █████████████████████████████████████████ ██████████████████████████████████████████████████████████ ███████████████████████████ The document explains that there were ██████████████████████████████████████████████████████ It appears that AWS has not produced any of the documents, forecasts, or analyses produced in connection with the ██████████████. Please confirm that AWS will search for and produce documents relating █████████████

These documents are directly responsive to at least RFPs 150 and 205. Please also supplement your response to interrogatory 13 to account for the "Clairvoyant" project.

**AWS Reliability Report**

AMZ_KOVE_000397234 references an ██████████████████████████ █████████████████████████████████████████████████████████████ ██████████████████████████████████████████

Please confirm that AWS will search for and produce that document and any related wikis, analyses, or reports.

**AWS Quarterly and Annual Reports**

Kove RFP 91 requests all of AWS's annual and quarterly reports dating back to six years prior to the filing of this lawsuit. AWS agreed to produce relevant and non-privileged documents responsive to the request. It appears that, to date, AWS has not produced any of its quarterly or annual reports. Please promptly produce these documents.

**Additional Metrics**

In addition to the metrics requested in Kove's February 8, 2021 letter and in its 6th and 7th set of RFPs, Kove also seeks the following, which are responsive to RFPs 12, 108, and 131:

- Documents sufficient to show hardware utilization for each of the components serving as ███████████████████████████████████████ on a weekly basis, from 2006 through 2020. *See* AMZ_KOVE_000399737.

- Documents sufficient to show the weekly usage of the accused products, including:
    - The number of PUT requests in S3
    - The number of GET requests in S3
    - The number of write requests in DynamoDB
    - The number of read requests in DynamoDB

- Documents sufficient to show the minimum, maximum, and average ███████████████████ for each month from 2006 through 2020.

- Documents sufficient to show the minimum, maximum, and average ███████████████████████████ for each month from 2006 through 2020.

- Documents sufficient to show ███████████████████████████████████████████

- Documents sufficient to show the ████████████████████████████

Please confirm that AWS will search for and produce documents relating to these metrics. Please also supplement your response to Interrogatory 22 to account for these metrics.

Please confirm by no later than May 7, 2021 that AWS will search for and produce each category of documents identified above.


Best Regards,

Adam Adler