# Exhibit OO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>    *Defendant*. | Case No. 1:18-cv-8175<br><br>**HIGHLY CONFIDENTIAL** |

## DECLARATION OF JAMES KIRSCHNER

I, James Kirschner, state and declare as follows:

1. I am the General Manager for S3 Storage for Amazon Web Services, Inc. ("Amazon"). As part of my role at Amazon, I have responsibilities for monitoring the performance of Amazon's S3 service. In order to do so, I review performance-related S3 metrics as part of my responsibilities.

2. I have collected certain S3-related metrics in this case after I was referred by Christoph Bartenstein, a Program Manager for S3. Specifically, I was asked to identify which performance-related metrics the S3 leadership team regularly reviews to determine the overall health of the service. I explained that there are many S3 metrics that reflect different aspects of the service's performance and any one of them can be important on any given day. In order to respond to the request, I selected the S3 metrics that S3 leadership team reviews on a regular basis.

3. The first group of metrics I identified provide an ███████████████ For ███████████████, I provided the ███████████████ ████████, for each of the four U.S. non-government regions (IAD, CMH, PDX, and SFO). For

████████, I provided the ███████████████████████████████████████ ████, for each of the four U.S. non-government regions (IAD, CMH, PDX, and SFO). I collected all of this data from the █████ system for as far back as it is available through September 27, 2020. After locating and collecting the available ██████████ metrics, I provided them to outside counsel.

4. The second group of metrics I provided relate to the ████████████████ in S3, which is ██████████████████████████████████████████████████. For ██████████████, I provided the █████████████████████████████████████ ██████████████ for each of the four U.S. non-government regions (IAD, CMH, PDX, and SFO). I collected all of the ██████████ metrics from the █████ system and, for each metric, provided it on ██████████████ for as far back as it was available through September 27, 2020.

5. When I collected the ██████████ metrics, I noticed that each of them was missing data for the IAD region over a roughly two-and-a-half-month period between February and April of 2018. I used several different methods to try to locate the missing data, but it wasn't available. After locating and collecting the available ██████████ metrics, I provided them to outside counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2023.

/s/ *James Kirschner*
James Kirschner