# Exhibit QQ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br>     Plaintiff, <br> v. <br> AMAZON WEB SERVICES, INC., <br>     Defendant. | **HIGHLY CONFIDENTIAL** <br><br> Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer |

## SUPPLEMENTAL RESPONSE AND OBJECTIONS OF AMAZON WEB SERVICES, INC. TO PLAINTIFF'S SEVENTH SET OF INTERROGATORIES (NO. 22)

Pursuant to Federal Rule of Civil Procedure 33 and the rules and orders of this Court, Defendant Amazon Web Services, Inc. ("AWS") hereby responds with its supplemental response and objections set forth below to Interrogatory No. 22 from Plaintiff Kove IO, Inc.'s ("Kove") Seventh Set of Interrogatories (Nos. 19-22), dated October 2, 2020. AWS's investigation concerning the matters raised by Kove's Interrogatories, including Kove's outstanding discovery, remains ongoing and, pursuant to Federal Rule of Civil Procedure 26(e), AWS expressly reserves the right to amend and/or supplement its responses and its production of documents if it learns of additional responsive information.

## GENERAL OBJECTIONS

AWS hereby incorporates its General Objections set forth in its Response to Plaintiff's First Set of Interrogatories, its First Amended Response to Plaintiff's First Set of Interrogatories and its Second Supplemental Response to Plaintiff's First Set of Interrogatories.

AWS further objects to each Interrogatory to the extent Kove seeks AWS respond to additional discrete subparts that are outside the scope of the Interrogatory, as requested in Kove's March 5, 2021 letter from Adam Adler to Elizabeth Bernard and April 30, 2021 letter from

Adam Adler to Jeffrey Saltman. AWS is only obligated to respond to each Interrogatory as propounded and won't respond to any additional discrete subparts Kove purports to add through correspondence.[1] AWS also objects to Kove's Interrogatories as exceeding the number permitted in this case. AWS therefore won't respond to any additional Interrogatory or discrete subpart other than those already responded to by AWS.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY

**INTERROGATORY NO. 22:**

For each storage class and configuration of Amazon S3 that has ever been provided to a customer and for each configuration of DynamoDB that has ever been provided to a customer: (i) identify the storage class and/or configuration; (ii) identify and describe the products and services offered related to the storage class and/or configuration; (iii) provide the pricing of the products and services offered related to the storage class and/or configuration (including any surcharges or discounts, and by storage tier), and identify and describe the methodology by which the pricing was arrived at; (iv) provide metrics on a per-month (or as often as possible) basis that cover the following: (a) durability (min/max/average/SLA values), (b) availability (min/max/average/SLA values), (c) scalability (min/max/average/SLA values), (d) latency (min/max/average/SLA values), (e) throughput (get and put) (min/max/average/SLA values), (f) latency when a KFC provides the requested i-node (only applies for S3) (min/max/average), and (g) latency when a BM provides the requested i-node (only applies for S3) (min/max/average); and (v) identify and describe all data, values, equations, assumptions, and methodologies used to arrive at the metrics in (iv). Your answer should include an identification of all documents and communications related to Your answer and the persons most knowledgeable about Your answer.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 22:**

AWS objects to this Interrogatory as violating Federal Rule of Civil Procedure 33 to the extent Kove contends it is a single interrogatory; the five different categories, with one containing seven separate subparts, set forth in the Interrogatory are "discrete subparts" under Rule 33, and AWS will therefore treat this as twenty separate interrogatories—eleven for S3 and nine for DynamoDB. Kove also added 15 additional discrete subparts to this Interrogatory after

---

[1] *See, e.g., Beijing Choice Elec. Tech. Co. v. Contec Med. Sys. USA Inc.*, 2020 WL 1701861, at *8 (N.D. Ill. Apr. 8, 2020).

service. Because several of Kove's previous interrogatories also had distinct subparts, including for each separate accused service, Kove is over the 25 interrogatories Kove is entitled to propound without leave of Court; accordingly, AWS objects to providing the information requested by this Interrogatory. As an accommodation, in an attempt to avoid Court involvement, AWS will provide a substantive response to this Interrogatory, but does not waive any argument that AWS is not required to provide any response to this Interrogatory and likewise preserves all objections in the event Kove serves additional interrogatories. And AWS won't respond to any additional interrogatories by Kove in this matter without leave of the Court.

AWS further objects to this Interrogatory to the extent it seeks information regarding any AWS service other than "S3" and "DynamoDB." Specifically, AWS won't respond to this Interrogatory regarding the unaccused Glacier service. AWS also objects to this Interrogatory as vague and ambiguous regarding the terms "durability," "availability," "scalability," "latency," "throughput (get and put)," "latency ▮▮▮▮▮▮▮▮▮▮" and "latency ▮▮▮▮▮▮▮▮▮▮." Those terms have no commonly understood definitions and have different meanings to different persons. AWS has requested on several occasions that Kove provide more information regarding what it seeks in response to these undefined and broad terms, and AWS responds to the discrete subparts (iv) (a) – (iv) (g) as defined by Kove's February 8, 2021 identifying fifteen additional subparts to move discovery forward.

AWS further objects to this Interrogatory as irrelevant, unduly burdensome, and not proportional to the needs of the case to the extent it seeks performance metrics. AWS requested Kove provide the relevance of performance metrics for S3 and DynamoDB to any issue in this case and Kove has only responded that the metrics as relevant to non-infringing alternatives. But

3

as detailed in AWS's March 22, 2021 letter, including supporting case law, AWS's actual performance metrics aren't relevant to any non-infringing alternatives in this case. And Kove's response to Interrogatory No. 7 doesn't provide any damages theory to support this discovery and Kove refuses to supplement its response to Interrogatory No. 7.

AWS further objects to this Interrogatory as irrelevant, overbroad, not proportional to the needs of the case, vague, and ambiguous to the extent it seeks a response regarding each "configuration" and the "products and services" of S3 and DynamoDB. There are numerous features in each service not implicated or accused of infringement in this case. AWS will respond to this Interrogatory identifying S3 storage classes and DynamoDB modes and other service features with corresponding pricing. In responding to this Interrogatory, however, AWS doesn't concede that any identified storage class, configuration, or feature of S3 and/or DynamoDB is accused of infringement in this case. AWS further objects to this as irrelevant, overbroad, and not proportional to the needs of the case to the extent it seeks information outside the relevant damages period and the United States.

Subject to the foregoing general and specific objections, AWS responds as follows:

**S3**

**S3 Storage Classes**

As of September 2020, S3 storage classes included S3 Standard, S3 Standard-IA, S3 Intelligent-Tiering, and S3 One Zone-IA. The following table provides information on the various storage classes:

| Storage Class | Designed For | Durability | Availability |
|---|---|---|---|
| S3 Standard | Frequently accessed data | 99.999999999% | 99.99% |

US non-government regions for throughput as a "network" bandwidth metric and the amount of data going out of S3 and to customers.

**S3 Latency**

All S3 storage classes offer low latency and the first byte latency is milliseconds.[57] AMZ_KOVE_000225102 shows the latency at the S3 Web Server for the US non-government regions for the metric available time period, which is the best proxy for the latency experienced by an AWS customer.

**S3 Discrete Subparts Requested in Kove's February 8, 2021 Correspondence**

a. S3: Time to retrieve ███████████████

- AMZ_KOVE_000401268 shows the weekly average in milliseconds across the US non-government regions for the time for ███████████████ over the metric available period.

b. S3: Time to retrieve ███████████████

- AMZ_KOVE_000401269 shows the weekly average in milliseconds across the US non-government regions for the time for ███████████████ over the metric available period.

c. S3: Time for a ███████████████

- AMZ_KOVE_000401270 shows the weekly average in milliseconds across the US non-government regions for the time it takes for ███████████████

---

[57] *See* https://aws.amazon.com/s3/storage-classes/?nc=sn&loc=3.

d. S3: Time for a ▇▇▇▇▇

- AWS doesn't maintain this information for ▇▇▇▇ but instead maintains the ▇▇▇▇ AMZ_KOVE_000401271 shows the weekly average in milliseconds across the US non-government regions for this ▇▇▇▇ over the metric available period. As discussed above, AMZ_KOVE_000401270 shows the weekly average in milliseconds across the US non-government regions for the time it takes for ▇▇▇▇

e. S3: Percentage of requests for ▇▇▇▇

- AMZ_KOVE_000401272 shows the weekly average across the US non-government regions for the percentage of requests that are retrieved from ▇▇▇▇ over the metric available period.

f.: S3: The number of times a ▇▇▇▇

AWS doesn't have metrics responsive to these requests.

AWS identifies Shiv Pal Singh as knowledgeable regarding the identified S3 metrics.

**DynamoDB**

**DynamoDB Modes and Optional Features**

As of September 2020, DynamoDB provided two capacity modes for each table: provisioned capacity mode and on-demand capacity mode. DynamoDB also offered a free tier and optional features.

Provisioned Capacity Mode. In provisioned capacity mode, when a customer creates or updates a DynamoDB table, the customer specifies how much capacity to reserve for reads and

**DynamoDB Scalability**

DynamoDB is designed to scale the resources dedicated to a table over multiple geographic availability zones to meet a customer's storage and throughput requirements. There are no pre-defined limits to the amount of data each table can store, so developers can store data and DynamoDB will spread the data as the amount of data stored in a table grows.

**DynamoDB Throughput**

DynamoDB is designed for high throughput performance. AMZ_KOVE_000390559 shows ████████████████████ for the US non-government regions and is a measure of the throughput experienced by a customer.

**DynamoDB Latency**

DynamoDB is designed for single-digit millisecond latency. AMZ_KOVE_000390567 shows the latency at a DynamoDB ██████ and AMZ_KOVE_000482863 provides ████████ ████████████████ which is the best proxy for the latency experienced by a customer.

**DynamoDB Discrete Subparts Requested in Kove's February 8, 2021 Correspondence**

h. DDB: Time to retrieve ████████████████████████████████████████

In DynamoDB, ████████████████ are performed by multiple clients. A ████████████████████████████████████████████████████████████████ ████████ Each client's use of ████████████████████████ And different clients may have distinct performance characteristics for ████████████████████ ████████ Moreover, there are two main ████████████████████████ ████████████████████████████████████████████████████████████ on the DynamoDB data plane and AWS has metrics related information ████████ AWS doesn't have metrics related information for ████████

46

In addition, there are two distinct technology stacks used currently in DynamoDB for ██████████████████████████████████████████████████████ ████ have distinct performance characteristics. ███████████ has been used since DynamoDB's launch and continues to be used in some use cases, but it has been replaced for ██████████████████████████████████████████████████████ ████ Currently, ██████████████████████████████████ all data resides on each ████████████████████ and so █████████████████████ ████████████████████████ AWS doesn't have ████████████████ ██████████████████████████ but AWS does have █████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████ The ████ ████████████ operation time is the ████████████████████████ ██████████████████████████████████████████████████████ AWS also has client side ████████████████████████████

As described above, providing every combination of data for every client, technology stack, and operation type isn't practical and would be unduly burdensome. AWS is providing two data sets in response to this request, both from the █████████████████ ████████████████████ DynamoDB measures ████████████████████ ██████████████████████████████████ The data provided is the full period for which the metric is available.

- AMZ_KOVE_000390558 is the ████████████████████████████ ████████████████████████████ over the metric available period for the U.S. non-government regions, for ███████████████████████████

███████████████████████████████████████████████

████████████████████████████

- AMZ_KOVE_000390570 is the ████████████████████

████████████████ over the metric available period for the U.S. non-

government regions, for ██████████████████████████████

█████████████████████████████████████████████

████████████████████████

i. DDB: Time to complete ████████████████████████████

██████████████████████

In DynamoDB, ████████████████████████████████. AWS's response to

(h) for DynamoDB covers the time to return data to the ████████████

j: DDB: Time to load ██████████████

AMZ_KOVE_000390571 is the ██████████████████████████████

████████████ over the metric available period for the U.S. non-government regions.

k: DDB: The percentage of ████████████ in which a ████████████████
results

In DynamoDB for ██████████████████████████████ from customers are

served locally to the ████████████████████████, and don't require a ████████████

████████ For requests which do make it to the ██████████████████████

███████████████████████████

- AMZ_KOVE_000390572 shows the absolute count of requests to ████████████████

measured over 1-week intervals ██████████████████████████.

l. DDB: The number of times that ██████████████████████████████████

In DynamoDB, ███████████████████████████████████████

████████████████████████████████████ Therefore, there's no metric for ██████

██████ in response to this request.

- AMZ_KOVE_000390573 shows the rate of data shipped to and from ██████████,
which is the best proxy for this request.

m. <u>DDB</u>: The number of times that ████████████████████████████████████
████████████████████████

In DynamoDB, ███████████████████████████████████████████████

████████████████████████████████████. Therefore, there's no metric for ███████

moves in response to this request.

- AMZ_KOVE_000390574 shows the rate of data shipped to and from █████████
which is the best proxy for this request. AWS doesn't have this data for the CMH
(Columbus) region.

n. <u>DDB</u>: The number of times that a ██████████████████████████████████
████████████

- AMZ_KOVE_000390575 shows the change in ████████████████ by region for
███████████████████████████████████████████████████████████████
████████████████ but this data is the best available proxy for add/removes.

o: <u>DDB</u>: The number of times that a ████████████████████████████████████
██████████

- AMZ_KOVE_000390576 shows the ████████████████████ over 1-week intervals as
well as ████████████████████ for the full duration that the metric is available. This data
will capture █████████████████████████████████████████████████████
████████████████████████████████ This is the best available metric to ██████████
████████████ over an extended period.

AWS identifies Donal Walsh as knowledgeable regarding the identified DynamoDB metrics.

| | |
|---|---|
| Dated: August 18, 2021 | Respectfully Submitted,<br><br>AMAZON WEB SERVICES, INC.<br><br>By:  /s/ Elizabeth Bernard<br><br>Alan M. Fisch<br>*alan.fisch@fischllp.com*<br>R. William Sigler<br>*bill.sigler@fischllp.com*<br>Jeffrey M. Saltman (*pro hac vice*)<br>*jeffrey.saltman@fischllp.com*<br>Adam A. Allgood (*pro hac vice*)<br>*adam.allgood@fischllp.com*<br>Elizabeth Bernard (*pro hac vice*)<br>*elizabeth.bernard@fischllp.com*<br>FISCH SIGLER LLP<br>5301 Wisconsin Ave NW<br>Fourth Floor<br>Washington, D.C. 20015<br>202.362.3500<br><br>*Attorneys for Defendant Amazon Web Services, Inc.* |

## **CERTIFICATE OF SERVICE**

I, Elizabeth Bernard, certify that on August 18, 2021, the foregoing **SUPPLEMENTAL RESPONSE AND OBJECTIONS OF AMAZON WEB SERVICES, INC. TO PLAINTIFF'S SEVENTH SET OF INTERROGATORIES (NO. 22),** was electronically served on counsel of record via email.

> */s/ Elizabeth Bernard*
> Elizabeth Bernard