# Exhibit TT

███████████████████

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br>     Plaintiff, <br> v. <br> AMAZON WEB SERVICES, INC., <br>     Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Matthew F. Kennelly |

## AMAZON'S AMENDED SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FOURTH SET OF INTERROGATORIES (NOS. 12-16)

Pursuant to Federal Rule of Civil Procedure 33 and the rules and orders of this Court, Defendant Amazon Web Services, Inc. ("Amazon") hereby responds with the supplemental responses and objections set forth below to Plaintiff Kove IO, Inc.'s ("Kove") Fourth Set of Interrogatories (Nos. 12-16). Specifically, Amazon is further supplementing and amending its response to Interrogatory No. 14. Amazon's investigation concerning the matters raised by Kove's Interrogatories and Kove's discovery is ongoing, and, pursuant to Federal Rule of Civil Procedure 26(e), Amazon expressly reserves the right to further amend and/or supplement its responses and its production of documents if it learns of additional responsive information.

## GENERAL OBJECTIONS

Amazon hereby incorporates its General Objections set forth in its Response to Plaintiff's First Set of Interrogatories, its First Amended Response to Plaintiff's First Set of Interrogatories and its Second Supplemental Response to Plaintiff's First Set of Interrogatories.

Amazon further objects to each Interrogatory to the extent Kove seeks Amazon's response to additional discrete subparts that are outside the scope of the Interrogatory, as requested in Kove's March 5, 2021 letter from Adam Adler to Elizabeth Bernard. Amazon is only obligated to

7. The ▮▮▮ (RFP No. 194):

   - For any reason
   - Because its host ▮▮▮ process has stopped or there has been a hardware failure
   - Because its host ▮▮▮ is not responsive, such as when a ▮▮▮ timed out or failed
   - Because its host ▮▮▮ exceeds a storage threshold, or is too full
   - Because its host ▮▮▮ is receiving too many transactions per second
   - Because its host ▮▮▮ is receiving too much "heat"
   - Because the storage hardware of its host ▮▮▮ becomes corrupt, such as through a certain number of ▮▮▮

**Response**: *See* above response to #5.

8. The ▮▮▮ (RFP No. 195):

**Response**: In DynamoDB, each customer (or user) can have X tables per account per region. Each Table is broken up into Y partitions, with Y increasing as the customer read/write capacity and storage needs increase. Table Partitions are distributed across ▮▮▮.

9. The ▮▮▮, on an annual basis (RFP No. 196):

**Response**: AMZ_KOVE_000463925 (CMH), AMZ_KOVE_000463926 (IAD), AMZ_KOVE_000463927 (PDX), and AMZ_KOVE_000463928 (SFO) shows a snapshot on March 23, 2021 of the ▮▮▮. This data is only available as a snapshot in time.

10. The ▮▮▮, on an annual basis (RFP No. 197):

**Response**: AMZ_KOVE_000463929 shows a snapshot on March 23, 2021 of the ▮▮▮ for the U.S non-governmental regions. This data is only available as a snapshot in time.

11. The ▮▮▮

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, on an annual basis (RFP No. 198):

**Response**: (i): AMZ_KOVE_000532796 (CMH), AMZ_KOVE_000532797 (IAD), AMZ_KOVE_000532798 (PDX), and AMZ_KOVE_000532799 (SFO) shows a snapshot on March 23, 2021 the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. This data is only available as a snapshot in time; and (ii): AMZ_KOVE_000532800 (CMH), AMZ_KOVE_000532801 (IAD), AMZ_KOVE_000532802 (PDX), and AMZ_KOVE_000532803 (SFO) shows a snapshot on March 23, 2021 of the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.[23] This data is only available as a snapshot in time.

The parties have also had extensive discussions about metrics regarding the accused services, including those metrics reviewed by certain teams within each of the accused services. Amazon has collected and produced those metrics that it located after a reasonable search. And Amazon has also collected and produced the additional metrics described in the Court's Order on Kove's motion (Dkt. 562). Below are citations to and explanations of those metrics.

**S3**

Number of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇:

AMZ_KOVE_000401273 shows the weekly average of the ▇▇▇▇▇▇▇▇▇▇ in S3 overall across the US non-government regions over the metric available period. The ▇▇▇▇▇▇ ▇▇ is equivalent to the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. AMZ_KOVE_000528564

---

[23] Previously produced as (i) AMZ_KOVE_000463930 (CMH), AMZ_KOVE_000463931 (IAD), AMZ_KOVE_000463932 (PDX), and AMZ_KOVE_000463933 (SFO) and (ii) AMZ_KOVE_000463934 (CMH), AMZ_KOVE_000463935 (IAD), AMZ_KOVE_000463936 (PDX), and AMZ_KOVE_000463937 (SFO). After an additional review and investigation, it came to Amazon's attention that some of the data included in AMZ_KOVE_000463930-37 was incorrect. For example, the IAD file for AMZ_KOVE_000463931 contained a format error. As such, Amazon confirmed and recollected, where necessary, the data showing the ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ in the DynamoDB system (i) ▇▇▇▇▇▇▇▇▇▇ and (ii) ▇▇▇▇▇▇▇▇ as AMZ_KOVE_000532796-803.

shows the average, minimum, and maximum ▓▓▓ distributed by ▓▓▓ in each region over the metric available period. The ▓▓▓ is also the best proxy for the ▓▓▓. AMZ_KOVE_000528239 shows the weekly average of the total number of ▓▓▓ across the US non-government regions over the metric available period. AMZ_KOVE_000528565 shows the average, minimum, and maximum ▓▓▓ in each region over the metric available period. Any ▓ that is stored in the ▓▓▓

Amazon also investigated which metrics ▓▓▓. Those metrics are summarized below. All of the data was collected as far back as the data is maintained.

The S3 leadership team ▓▓▓. AMZ_KOVE_000527781 and AMZ_KOVE_000527787 represent the average time to ▓▓▓ in the IAD, CMH, PDX, and SFO datacenters, respectively. The data is ▓▓▓. AMZ_KOVE_000527782[24] and AMZ_KOVE_000527788 represent this data for the ▓▓▓, *i.e.*, ▓. All of those metrics were ▓▓▓. AMZ_KOVE_000527779 and AMZ_KOVE_000527785 represents ▓▓▓. This is based on a ▓▓▓ that Amazon uses to measure this data. AMZ_KOVE_000527780 and AMZ_KOVE_000527786 represents this data for the ▓▓▓, *i.e.*, ▓.

The S3 ▓▓▓. Each of these metrics was collected over the available time period. AMZ_KOVE_000528557 and

---

[24] AMZ_KOVE_000532813 shows the ▓▓▓ for this metric. Kove requested the ▓▓▓ for this metric on May 12, 2023. And the requested ▓▓▓ were collected over the available period.

AMZ_KOVE_000528559 represent ████████████████████████, respectively, ████████████████. AMZ_KOVE_000528558 represents the average ████████, ████████████████████ AMZ_KOVE_000528560, AMZ_KOVE_000528561, AMZ_KOVE_000528562, and AMZ_KOVE_000528563 represent ████████████████ ████████████████████ availability, respectively. Each of the metrics shown at AMZ_KOVE_000528560-63 were ████████████████. AMZ_KOVE_000528566 and AMZ_KOVE_000528567 represent S3 ████████████ and S3 ████████████, respectively.

Amazon incorporates the Declarations of James Kirschner and Shiv Pal Singh and deposition testimony of Shiv Pal Singh into this response.

**DynamoDB**

Total number of ████████████████████████████████████████████████████ in DynamoDB:

AMZ_KOVE_000520273 represents the ████████████ of DynamoDB for as far back as the data is available. These figures include both ████████████████████████. AMZ_KOVE_000532796 (CMH), AMZ_KOVE_000532797 (IAD), AMZ_KOVE_000532798 (PDX), and AMZ_KOVE_000532799 (SFO) shows a snapshot on March 23, 2021 the ████████ ████████████████████.[25] By adding up column B in these documents, you can determine the ████████████ in DynamoDB. This data is only available as a snapshot in time but is ████████████████████████████████████████████; and (ii): AMZ_KOVE_000532800 (CMH), AMZ_KOVE_000532801 (IAD), AMZ_KOVE_000532802 (PDX), and AMZ_KOVE_000532803 (SFO) shows a snapshot on March 23, 2021 of the average

---

[25] Previously produced as AMZ_KOVE_000463930 (CMH), AMZ_KOVE_000463931 (IAD), AMZ_KOVE_000463932 (PDX), and AMZ_KOVE_000463933 (SFO).

AMZ_KOVE_000467326, AMZ_KOVE_000467329, AMZ_KOVE_000467332.

Amazon incorporates by reference its response to Kove's Interrogatory No. 10 and the documents cited therein pursuant to Fed. R. Civ. P. 33(d), which provide information regarding customer references and use cases for DynamoDB.

Dated: June 9, 2023                                  Respectfully Submitted,

                                                     Amazon WEB SERVICES, INC.

                                                     By:  /s/ Jeffrey M. Saltman

                                                     Alan M. Fisch
                                                     alan.fisch@fischllp.com
                                                     R. William Sigler
                                                     bill.sigler@fischllp.com
                                                     Jeffrey M. Saltman (pro hac vice)
                                                     jeffrey.saltman@fischllp.com
                                                     Lisa N. Phillips (pro hac vice)
                                                     lisa.phillips@fischllp.com
                                                     FISCH SIGLER LLP
                                                     5301 Wisconsin Avenue NW
                                                     Suite 400
                                                     Washington, DC 20015
                                                     202.362.3500

                                                     *Attorneys for Defendant Amazon Web Services, Inc.*

# CERTIFICATE OF SERVICE

I certify that on June 9, 2023, the foregoing Amended Supplemental Objections and Responses to Plaintiff's Fourth Set of Interrogatories (Nos. 12-16), was electronically served on counsel of record *via* email.

*/s/ Jeffrey M. Saltman*
Jeffrey M. Saltman