# Exhibit UU

████████████

█████████████ - ATTORNEYS' EYES ONLY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Matthew F. Kennelly <br><br> Jury Trial Demanded |

**REBUTTAL EXPERT REPORT OF ANANTH GRAMA REGARDING
U.S. PATENT NOS. 7,103,640, 7,233,978, AND 7,814,170**

the client. The Transfer Claims actually *require* the server to be the only one with any given location information creating a potential for bottlenecking, because there is only one server to handle requests for each piece of location information. This server would represent an unacceptable single point of failure. Any load-balancing benefit to transferring a portion of the location information is undercut by the preclusive effect of the "uniqueness" requirement preventing much more effective and valuable techniques like replication and multiplicity of requests.

425. Thus, the narrow inventive scope of the Transfer Claims doesn't provide any significant value over the prior art, and in fact, could be a hindrance to many systems.

### E. The Benefits of The Asserted Patents to S3 Are Minimal.

426. Dr. Goodrich also errs by claiming the prior art technique of hash functions as a whole and applying them to S3. In his analysis of the performance metrics, Dr. Goodrich expands the scope from all uses of hash functions to also claim the benefits of the unrelated technique of caching. Specifically, Dr. Goodrich claims to "have considered how S3 performance would change if it did not use ███████████████████████████████████████████."[532] Instead, Dr. Goodrich considers how S3 performance would change if it did not use *caching at all*, as he concludes that "without hash functions, S3 would not be able to use the ████."[533] As I explain above, caching is the technique of storing a few "hot" objects in a local memory for repeated access. Caching is wholly separate and apart from the technique of hashing. Dr. Goodrich's removal of the entire ████ is unexplained and unsupported.

---

[532] Goodrich Report, ¶84.
[533] Goodrich Report, ¶84.

427. Further, the primary benefit of the ▇▇▇ is unrelated to any accused hashing. Like typical caches, the ▇▇▇ permits quick access to the relevant data so that there is no need to access the data from slower storage, which in the case of S3, is the ▇▇▇. For the ▇▇▇, the relevant data being accessed is the ▇▇▇.[534] So the primary benefit of the ▇▇▇ is to provide this information. And as discussed above, at least ▇▇▇.[535] This replication allows the ▇▇▇ not to be overburdened with requests ▇▇▇. Based on my analysis of the S3 system and knowledge of caching and hashing, these two functionalities, the ▇▇▇ and the ▇▇▇, are the primary benefits of the ▇▇▇ and represent at least ▇▇▇ of the benefits of the ▇▇▇. Functionalities related to the ▇▇▇, represent less than 10% of the benefits of the ▇▇▇.

428. Further, the Asserted Claims have no connection to the technique or benefits of caching (which was known well before September 1999). Indeed, Dr. Overton acknowledged at deposition that he did not invent caching:

Q: You didn't invent the concept of caching data; did you?

A: That is correct.[536]

---

[534] AMZ_KOVE_000012900 at AMZ_KOVE_000012902; AMZ_KOVE_000069619 at AMZ_KOVE_000069620.

[535] *See, e.g.,* 1/30/2020 S. Markle Dep Tr. at 272:18-273:18 (confirming that a ▇▇▇.")

[536] 05/17/23 J. Overton Dep. Tr. at 699:1-3.

429. Dr. Overton further testified that "one very foundational component of our patents and of the technology is to eliminate caching."[537] He also testified that the technology underlying the Asserted Patents "was not about caching."[538]

430. As a result, the entire premise of Dr. Goodrich's performance metric analysis is flawed.

431. But relying on his flawed premise, Dr. Goodrich concludes that, if the ▮▮▮ ▮▮▮ from S3, the average ▮▮▮ would increase by at least ▮▮▮ and that the P99 average ▮▮▮ would increase by at least ▮▮▮, with even longer latencies towards the end of the damages period.[539]

432. I disagree. As I explain in detail below, Dr. Goodrich makes one-to-one comparisons of data gathered for different purposes or on different scales, makes several errors in his calculations, and at times provides no support for his conclusions.

433. Dr. Goodrich begins his "independent analysis" of the S3 metrics by stating that "retrieving ▮▮▮ is much faster than retrieving ▮▮▮."[540] I don't disagree with Dr. Goodrich's conclusion since it's based on what's been long known when

---

[537] 05/17/23 J. Overton Dep. Tr. at 733:4-15.

[538] 05/17/23 J. Overton Depo. Tr. at 732:14-21.

[539] Goodrich Report at ¶85. Dr. Goodrich only considered the increase in latency caused by the slower ▮▮▮ and didn't account for the increase in latency caused by the ▮▮▮ ▮▮▮. *Id*. Although Dr. Goodrich concludes that, "▮▮▮ would also increase" and that his "estimates [relating to ▮▮▮] are conservative," he doesn't provide any quantification of the alleged increase in ▮▮▮ or in ▮▮▮ accounted for by the ▮▮▮, or suggest how one would go about calculating either of these values. *Id*.

[540] Goodrich Report at ¶105.

employing a cache – lookup from a cache is always faster than lookup from a disk.[541] And it has been for over four decades.

434. Dr. Goodrich's comparison of 2012 data and the 2020 data relating to the quantification of that difference in speed, however, is misleading.

435. First, the 2012 data Dr. Goodrich references was collected to investigate a ▇▇ ▇▇ across all of the ▇▇ in a single region (IAD).[542] So that data doesn't reflect either "the median amount of time it took to retrieve an ▇▇" or the ▇▇ P99.9 performance in 2012 under normal circumstances. Dr. Goodrich cites ▇▇ as the median amount of time it took to ▇▇,[543] but it's unclear where that information is coming from. It appears, however, that Dr. Goodrich is referencing a rough estimate from the first set of data headed "worst 10 ▇▇ in tp99.9," showing p50 values ranging from ▇▇ ▇▇.[544] So, that information actually reflects the median time for the worst 10 ▇▇, not a single ▇▇, and doesn't provide any information regarding either an overall median or the median amount of time for the best performing ▇▇. With respect to the tp99.9 values Dr. Goodrich focuses on, as those investigating the issue recognized, the average was calculated across the full set

---

[541] 2/21/23 A. Henry Dep. Tr. at 133:4-18 (On why latency is improved when ▇▇ ▇▇, "[m]emory is always faster than disk.").

[542] AMZ_KOVE_000091659 (Email with subject line "▇▇ investigation," beginning with "Here is summary of data I pulled from ▇▇ IAD"). Several additional graphs show data limited to the ▇▇, specifically, ▇▇. Id. at AMZ_KOVE_000091660-61.

[543] Goodrich Report at ¶106.

[544] AMZ_KOVE_000091659, at AMZ_KOVE_000091661-62.

of collected metrics that included substantial outliers.[545] And the referenced 2012 data includes information showing the tp99.9 of a subset of the best performing ███ as an average of ███ ███, with "even better numbers" likely after exclusion of the one clear outlier.[546] Dr. Goodrich ignores that information when providing the tp99.9 performance of "roughly ███."[547] Finally, the document shows that it was an ongoing investigation, so further relevant data wasn't yet collected and the ███ hadn't yet been determined.[548]

436. Second, Dr. Goodrich then compares the 2012 data to 2020 data that doesn't reflect the same information. Even if the 2012 data Dr. Goodrich relies upon was indicative of normal performance at that time, in my opinion, his comparison of that data to the 2020 data is improper. Specifically, Dr. Goodrich concludes that "it takes less than ███ for a ███,"[549] citing to 2020 data that is an average across all four US non-government regions.[550] Since the 2012 data was limited to ███ in the IAD region, these data sets aren't properly compared. And that issue is magnified since the 2012 data wasn't gathered during normal

---

[545] AMZ_KOVE_000091659 (Referring to a graph depicting the tp99.9 across all ███ in the IAD region showing the average of ███, "[t]here are several outliners (*sic*) with horrible tp99.9 (███)..."). Since the raw data isn't presented in the email, there's no way to eliminate the clear outliers and recalculate a more representative value.

[546] AMZ_KOVE_000091659, at AMZ_KOVE_000091661.

[547] Goodrich Report at ¶106. The cited data shows the tp99.9 average as ███, so, Dr. Goodrich's rounding up to ███ also inflates the differences. *See* AMZ_KOVE_000091659, at AMZ_KOVE_000091660.

[548] AMZ_KOVE_000091659 ("We probably should collect the following data from the ███ next: ███ to find the ███").

[549] Goodrich Report at ¶106.

[550] *Id.* (citing AMZ_KOVE_000401270; AMZ_KOVE_000532846). *See also*, Amazon Supplemental Objections and Responses to Fourth Set of Interrogatories, June 9, 2023, at 15.

■ performance and didn't exclude outlier readings relating to the issued being investigated in the IAD region. In my opinion, both issues inflate the values Dr. Goodrich presents.

### 1. Dr. Goodrich's Determination of the Average ■.

437. Dr. Goodrich next goes through a series of steps to determine the average ■ ■ from 2012 through September 2020. Although I agree with the methodology he uses to perform the calculations, I disagree with his characterization of the resulting values, the values he obtains, and his conclusions.

438. I agree with Dr. Goodrich's methodology for the calculation of the average ■ ■. Specifically, I agree that using the equation ■ [551] will yield the average ■.

439. With respect to the calculation using the actual metrics Amazon produced (dated from January 19, 2020 – September 27, 2020)[552] for the three inputs, Dr. Goodrich's calculations appear to be correct, but I disagree with his corresponding conclusion. Referencing Dr. Goodrich's Exhibit C, at Tab 1, and eliminating the outliers towards the end of the period (*i.e.*, the values in F35-F39), the calculated ■ is about ■ [553] as Dr. Goodrich notes.

440. But the remaining portion of Dr. Goodrich's analysis relating to these calculations is incorrect and doesn't provide any useful information. He states "[t]owards the end of the nine-

---

[551] *See* Goodrich Report at ¶¶107-110 (Dr. Goodrich's definition of each of the variables in this equation).

[552] I note that Amazon began tracking the metric for the ■ ■ in January 2020. So, that input wasn't available before that date. *See* Amazon Supplemental Objections and Responses to Fourth Set of Interrogatories, June 9, 2023, at 15.

[553] Goodrich Report at Exhibit C, tab 1. I obtained this value by removing the values in F35-F39 and calculating the average of the values at F3-F34, arriving at ■.

month period, the ███████████████████████████████████. This corresponds to a speed decrease (*relative to the average* ██████████████) of roughly ████████."[554] Although it's true that the ██████████ increased over the last portion of the time period, it didn't increase <u>by</u> up to ██████████, it increased <u>to</u> up to ██████████. And the ██████████ ██ at the end of the period isn't a speed decrease of ██████████ relative to the ██████ ████████, but rather, relative to the average ██████████ of ██████████. But, since he appears to have excluded the outliers at the end of the period in order to obtain the about ████ ██████████████, the outlier ██████████ lookup time doesn't provide any useful information. And because Dr. Goodrich is comparing average time with outlier time, it's possible that the average time may not have increased *at all*-and in fact may have even decreased.

441. Dr. Goodrich begins his estimates of the average ██████████ for the time period from April 24, 2016 through January 12, 2020 by applying an average of the 2020 time period's ██████████. I agree with Dr. Goodrich that cache performance is relatively predictable[555] and as a result, using the average of the actual ██████████ from the 2020 time period as the input to the equation is reasonable.[556]

442. But I disagree with Dr. Goodrich's conclusions relating to the trends in the values he obtained as well as what he appears to conclude is a reasonable average ██████████ to apply to the time period. Dr. Goodrich concludes that the average ██████████ back to April

---

[554] Goodrich Report at ¶111 (emphasis added).

[555] Goodrich Report at ¶112.

[556] I note that Dr. Goodrich acknowledges that there's at least one outlier towards the beginning of the period, but doesn't exclude it (or other outliers) to calculate the average he later uses (██████). *Id*. Excluding the outliers at C5 and C6 on Dr. Goodrich's Exhibit C, tab 1, the average time for the ████████████████████████████████████████████████████.

24, 2016 shown in his Exhibit C, tab 2, is "more variable towards the beginning of the period, with ▓▓▓▓▓▓▓▓ as high as ▓▓▓▓▓▓▓▓" and that once it stabilized, the data "showed a consistent trend of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓."[557] In my opinion, the data shows variability across the time period as a whole. And, I disagree that there's ever a stabilization to around ▓▓▓▓▓▓▓▓.

443. Indeed, after excluding the beginning portion of the values which include clear outliers (both significantly lower and significantly higher than the remaining heavily trending values),[558] the average ▓▓▓▓▓▓▓▓ appears to trend heavily in the ▓▓▓▓▓▓▓▓ but still exhibit high variability. Using the values shown in F37-F229, without excluding any further clear outliers, the average ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.[559] If the additional clear outliers shown in F40 and F75 (both roughly ▓▓▓▓▓▓▓▓) are also excluded, the average ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. So, rather than the ▓▓▓▓▓▓▓▓ Dr. Goodrich uses,[560] the data indicates ▓▓▓▓▓▓▓▓ should be used to calculate the speed decrease relative to the average ▓▓▓▓▓▓▓▓. In my opinion, even that value is likely high given that the average ▓▓▓▓▓▓▓▓ appears to trend heavily in the ▓▓▓▓▓▓▓▓.

444. Although Dr. Goodrich doesn't appear to have calculated the average ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ over the metric available time period (April 24, 2016 through September 27, 2020),

---

[557] Goodrich Report at ¶113.

[558] Goodrich Report, Exhibit C, at tab 2, column F. To remove the most variable beginning values which include clear outliers (both significantly lower and significantly higher than the remaining heavily trending values), in my opinion, it would be reasonable to exclude the values in F3-F36.

[559] This average excludes the previously excluded values shown in F230-F234 of Dr. Goodrich's Exhibit C, tab 2 for consistency.

[560] Goodrich Report at ¶113.

he must be using ▮▮▮▮▮ as that value.[561] Dr. Goodrich concludes that the average ▮ ▮▮▮▮▮▮▮ represents a speed decrease of ▮▮▮▮▮ relative to the average ▮▮▮▮▮▮, indicating he set the average ▮▮▮▮▮▮▮▮▮▮ ▮.[562] Using that value, in my opinion, the speed decrease resulting from the ▮▮▮ relative to the average ▮▮▮▮▮ is at most ▮▮▮▮ rather than the about ▮▮▮▮▮ Dr. Goodrich asserts.

445. Dr. Goodrich provides no support for his conclusion regarding the average ▮ ▮▮▮▮ for the time period from July 2012 through April 2016.[563] Specifically, after concluding that the average ▮▮▮▮▮▮ for the April 24, 2016 through September 27, 2020 was ▮ ▮▮▮▮▮, he opines that "[b]ased on the consistency of the data shown in Exhibit C, tabs 1 and 2," the average ▮▮▮▮▮ for the earlier time period was "roughly ▮▮▮▮▮."[564] Dr. Goodrich offers no explanation for his selection of ▮▮▮▮ over ▮▮▮▮, or why he didn't carry his ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ throughout the damages period. He mentions "data collected shortly after the ▮▮▮▮▮▮," but doesn't provide a citation to

---

[561] *See* Goodrich Report at ¶113.

[562] *See* Goodrich Report at ¶113.

[563] Dr. Goodrich also states that he's projecting "estimates of the average ▮▮▮▮ from 2016-2020" in his analysis. Goodrich Report at ¶114. But that metric was produced at AMZ_KOVE_000401271, as shown in Dr. Goodrich's Exhibit C, at tab 2, column B. *See also*, Amazon Supplemental Objections and Responses to Fourth Set of Interrogatories, June 9, 2023, at 16.

[564] Goodrich Report at ¶114. This conclusion also appears conflict with his earlier assertion that the average ▮▮▮▮▮ in Exhibit C, tab 2 are "variable towards the beginning of the period" and later stabilize. Goodrich Report at ¶113. In my opinion, if that observation is true, it would tend to indicate that values prior to then (i.e., in the 2012-2016 timeframe) would also be variable as they hadn't reached the alleged stabilization Dr. Goodrich references.

that data or explain how it's "consistent" with the ▌▌▌▌ he selects.[565] In my opinion, the calculated ▌▌▌▌▌▌▌ should apply throughout the damages period.

### 2. Dr. Goodrich's Estimates of ▌ Performance at Higher Percentiles.

446. Dr. Goodrich starts his analysis with the assumption that "outside of outliers, bugs, or malfunctions, the fastest ▌▌▌▌ would be slower than the slowest ▌▌▌▌."[566] As I noted above, I agree since a ▌▌▌▌ is a read from disk and a ▌▌▌▌ is a read from cache. In other words, the conclusion is a long-known fact.[567]

447. Dr. Goodrich's next assumption relies on the mistaken premise that "▌ of requests are ▌▌▌▌, that means that the slowest ▌ of requests would be ▌▌▌▌."[568] As explained in further detail below, that ignores his own recognition that ▌ of requests are ▌▌▌▌,[569] so that the actual percentage of requests served by the ▌▌▌▌ of all requests (*i.e.*, ▌ of the remaining ▌ of requests) and the actual percentage of requests served by the ▌▌▌▌ of all requests (*i.e.*, ▌ of the remaining ▌ of requests).

448. Further, the data in Dr. Goodrich's Exhibit C, tabs 3 and 4 doesn't correspond to the discussion in his report. Specifically, Exhibit C, at tabs 3 and 4 address ▌▌▌▌,

---

[565] Goodrich Report at ¶114.

[566] Goodrich Report at ¶116.

[567] *See, e.g.,* the Cache Resolver System described in Distributed Web Caching System with Consistent Hashing by Alexander Sherman (February 1999) and Web Caching with Consistent Hashing by Karger, Sherman, et al. (March 4, 1999). *See also* RFC1034 stating that DNS uses distributed name servers and local caches to increase the amount of memory and improve performance.

[568] Goodrich Report at ¶117.

[569] Goodrich Report at ¶103.

466. As discussed above, ▮▮▮▮▮▮▮▮▮▮ are used in S3 to achieve scalability. This is in contrast to the ▮▮▮▮▮▮▮▮▮▮, which has few scalability benefits in S3. ▮▮▮▮▮▮▮▮▮▮ is most useful in a system that is resource-constrained, where the system does not have the available resources to ▮▮▮▮▮▮▮▮▮▮. In systems like S3 that ▮▮▮▮▮▮▮▮▮▮, like other, smaller systems, the benefit of ▮▮▮▮▮▮▮▮▮▮ is substantially reduced.[609] So for S3, ▮▮▮▮▮▮ of the data located ▮▮▮▮▮▮ provides at most ▮ of the scalability benefits of the system as compared to other aspects such as ▮▮▮▮▮▮▮▮▮▮.[610]

### F. Dr. Goodrich's Analysis of The DDB Metrics Is Also Flawed.

467. While I agree with some of the general methodology Dr. Goodrich employs in his analysis of the DDB metrics, I disagree with his interpretation and application of the results. Yet again, throughout Dr. Goodrich's description of DDB, Dr. Goodrich makes numerous assertions of DDB that are either unsupported, misleading, or incorrect.

---

[609] See, e.g., AMZ_KOVE_000012900-000012902 (stating that "[t]ypically we ▮▮▮▮▮▮" and that data is written onto '▮▮▮▮▮▮▮▮▮▮'"); 1/30/20 S. Markle Dep. Tr. at 294:21-295:5 ("There are ▮▮▮▮▮▮▮▮▮▮ . . . I believe it is an ▮▮▮▮▮▮. One of the caches is an ▮▮▮▮▮▮.")

[610] I have reviewed Mr. Fanous' report, in which he provides opinions on the importance of ▮▮▮▮▮▮▮▮▮▮ These opinions are conclusory and unsupported, and mirror the opinions on the same topic in Dr. Goodrich's report. For example, like Dr. Goodrich, Mr. Fanous inflates the importance of ▮▮▮▮▮▮▮▮▮▮ by comparing the price differences between services that do and do not support ▮▮▮▮▮▮▮▮▮▮. But again, Mr. Fanous' analysis ignores other differences between the services that would contribute to the difference in pricing and improperly attributes the price difference solely to ▮▮▮▮▮▮▮▮▮▮. As such, my analysis of Dr. Goodrich's report is applicable to the similar statements made by Mr. Fanous.

468. For example, in describing the scale and capacity of DDB, Dr. Goodrich states that "As of July 2019, DynamoDB held over ███████████."[611] But Dr. Goodrich doesn't provide support for this assertion. Instead, the only document discussing ███ within DDB is discussion of an outlier table with ██████████ in June 2018.[612]

469. As another example of this, Dr. Goodrich states that "I understand that AWS deleted metrics from prior to 2016," citing to the ████████████████████████ produced as AMZ_KOVE_000463924.[613] But this is incorrect and mischaracterizes the evidence. First, in relation to AMZ_KOVE_000463924 specifically, contrary to Dr. Goodrich's assertion, no data prior to April 2016 was deleted. The metric shows dates beginning on September 27, 2015. But data values for the ██████████ begin on April 24, 2016. And Donal Walsh testified that the empty cells indicate that while Amazon attempted to collect this metric starting from September 27, 2015, Amazon did not begin retaining and collecting this metric until the April 24, 2016 date.[614] As for other metrics, it is my understanding that Amazon did not delete metrics as Dr. Goodrich represents. It is my understanding that Amazon cannot retain metrics data beyond ████████ due to its size and cost. For example, Mr. Walsh explains that a calculated ██████████ would be spent

---

[611] *See, e.g.*, Goodrich Report at ¶240.

[612] *See, e.g.*, Goodrich Report at ¶85, n. 159 citing AMZ_KOVE_000394193.

[613] Goodrich Report at fn. 164.

[614] *See* 4/21/23 D. Walsh Dep. Tr. at 117:15-118:9 (explaining that the empty cells from September 27, 2015 – April 24, 2016 in AMZ_KOVE_000463924 shows "that this was the first time that metric became available. So the metric didn't exist for the intervals here.")

per month to retain just the April 2023 DDB metrics and DDB specific logs.[615] And it is my understanding that once Kove was able to articulate with specificity the metrics it desired, Amazon produced them as far back as they were available.

1. **Dr. Goodrich's Assumptions on a ▬▬▬▬▬▬▬ are Incorrect.**

470. Dr. Goodrich assumes that if the ▬▬▬▬▬▬▬, that the only viable solution would be for all ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ with no other modifications made to compensate.[616] I disagree. If a ▬▬▬▬▬▬▬▬▬, some other fundamental design would have been made to ease the load on ▬▬▬▬ and improve latency. For example, a RAM cache either at ▬▬▬▬, or somewhere between the two could be utilized to store frequently accessed ▬▬▬▬▬▬▬ from having to process full requests each time. Even now, much of the speed DDB boasts is attributed to the ▬▬▬▬, not to the organization of any data on the network. Another method could be to ▬▬▬▬▬▬▬▬▬ with the necessary routing information kept in the ▬▬, therefore allowing for ▬▬▬▬▬▬▬▬▬ and resulting in less processing necessary by the ▬▬ for each request. Further, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ are more critical than any data organization.

471. Dr. Goodrich concedes that removing the ▬▬ "would have different performance characteristics than today's fleet" and that he "cannot quantify the latency" with certainty.[617] Yet

---

[615] *See* 6/14/23 D. Walsh Dep. Tr. at 431:6-433:4.
[616] Goodrich Report at ¶244-249.
[617] Goodrich Report at ¶249.

551. I declare that all statements made herein of my knowledge are true, and that all statements made on information and belief are believed to be true, and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Dated: 8/18/2023

Dr. Ananth Grama