IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly<br><br>Jury Trial Demanded |

**AMAZON'S MOTION FOR LEAVE TO FILE ITS MOTION FOR
SUMMARY JUDGMENT AND MATERIALS IN SUPPORT UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Defendant Amazon Web Services, Inc. ("Amazon") respectfully requests the Court provisionally grant its motion for leave to file Amazon's Motion for Summary Judgment ("Amazon's Motion"), the corresponding Statement of Material Facts, and Exhibits thereto, (collectively, "Supporting Materials"), under seal in their entirety. Amazon's Motion and Supporting Materials contain information that Kove IO, Inc. ("Kove") and Amazon have each designated as Highly Confidential under the Protective Order. Because Amazon's Motion and Supporting Materials contain confidential information from both parties (including within the same documents), Amazon will work with Kove to file a public version of those documents with narrowly tailored redactions and supporting declarations from each party within four business days. *See* Dkt. 675.

For the foregoing reasons, Amazon respectfully requests that the Court enter an order

1

provisionally granting its motion for leave to file Amazon's Motion and Supporting Materials under seal.

Dated: September 29, 2023                           Respectfully submitted,

*/s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 29, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, *via* the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

                                                 */s/ R. William Sigler*
                                                 R. William Sigler