IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br>     *Plaintiff*, <br><br>   v. <br><br> AMAZON WEB SERVICES, INC., <br>     *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

_____

**DECLARATION OF JEFFREY M. SALTMAN IN SUPPORT OF AMAZON'S MOTION
FOR LEAVE TO FILE ITS MOTION FOR SUMMARY JUDGMENT
AND CERTAIN MATERIALS IN SUPPORT UNDER SEAL**
_____

I, Jeffrey Saltman, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("Amazon") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of Amazon's Motion for Leave to File its Motion for Summary Judgment ("Amazon's Motion") and Certain Materials in Support Under Seal.

2. Amazon's Motion, the accompanying Statement of Material Facts, and certain of the materials filed in support of the motion contain Amazon confidential information. Amazon has

prepared and filed public versions of Amazon's Motion, the accompanying Statement of Material Facts, and Exhibits.

3. Exhibits 1-7, 9-12, 15, 22-24, 26-49, 60-61, 73, 75-77, and 79-81 don't contain either Amazon or Kove confidential information and have been filed on the public docket.

4. The remaining exhibits have either been redacted or sealed in their entirety. The redactions are as narrowly tailored as possible to protect Amazon's confidential information while providing the public with information relating to the proceeding. The redacted information generally includes: the identification of the specific subcomponents of the S3 and DynamoDB systems, information explaining how the S3 and DynamoDB systems work and are designed, including source code, specific metrics Amazon collects relating to the performance of its S3 product, and Amazon witness testimony and confidential internal explanatory documentation relating to each of these categories. Public disclosure of the information within any of the categories listed above would cause Amazon competitive harm. I explain the confidential nature of each of these categories of information below.

5. Exhibits 16, 18, 25, 51-53, 55, 56, 59, 62-63, 65, 67-72, and 74 should be sealed in their entirety. These exhibits contain detailed information explaining how the S3 and DynamoDB systems work or the content of a specific metric Amazon collects relating to the performance of its S3 product. And certain of these exhibits include source code for S3 and DynamoDB.

6. The identification of the specific subcomponents of the S3 and DynamoDB systems and how Amazon stores its source code has been redacted from the public versions. Amazon doesn't publicly disclose specific information identifying the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access Amazon's systems

or by competitors to learn about Amazon's proprietary technology. Thus, its disclosure could create significant security issues and could cause Amazon competitive harm. Information within this category of information has been redacted from at least Amazon's Motion, the accompanying Statement of Material Facts, and Exhibits 8, 13, 14, 17, 20, 50, 54, 57, 64, and 66.

7. Information explaining how the S3 and DynamoDB systems work, and the development of those systems is also confidential to Amazon. This information could be used by competitors to learn about Amazon's proprietary technology and could cause competitive harm. Information within this category of information has been redacted from at least Amazon's Motion, the accompanying Statement of Material Facts, and Exhibits 8, 13, 14, 17, 19, 20, 21, 50, 54, 57, 58, 64.

8. Information concerning Amazon's not yet public patent applications is confidential to Amazon and has been redacted. This information could be used by competitors to learn about Amazon's proprietary technology and development of products that Amazon hasn't yet released publicly. Information within this category of information has been redacted from at least Amazon's Motion, the accompanying Statement of Material Facts, and Exhibits 50 and 78.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2023.

/s/ *Jeffrey Saltman*
Jeffrey Saltman