# Exhibit 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**KOVE'S FOURTH AMENDED FINAL INFRINGEMENT CONTENTIONS**

for Additional Claim Construction Briefing (Dkt. 539). In doing so, Kove in no way agrees with or endorses AWS's claim construction proposals, which have not been addressed or ordered by the Court. Kove does not agree that any additional claim construction is necessary or proper and does not agree that any of AWS's claim construction proposals are justified or correct. Indeed, Kove contends that AWS's claim construction proposals are unsupportable and without merit. Kove further notes that AWS's new claim construction proposals are vague and confusing, including as to which terms in each claim the construction is supposed to apply to, and as to the proposed constructions themselves. Kove reserves all rights to further amend its Contentions as new information comes to light and if the Court orders and further claim constructions. Kove's infringement theories herein should be understood as being in addition to, or in the alternative to, one another, and its Contentions are to be understood as a whole.

## I. Identification of the Asserted Claims

Kove asserts the following claims of U.S. Patent Nos. 7,814,170 ("the '170 Patent"), 7,103,640 ("the '640 Patent"), and 7,233,978 ("the '978 Patent"):

'170 Patent: claims 1, 2, 6, 8, 12, 15

'640 Patent: claims 17, 18, 24

'978 Patent: claims 3, 6, 10, 14, 17, 23, 24, 30

## II. Identification of Each Accused Instrumentality

Each accused apparatus, product, device, process, method, act, or other instrumentality ("Accused Instrumentality") of Amazon can be found in the attached claims charts. *See* Exhibit A ('170 Patent for Amazon S3), Exhibit B ('170 Patent for DynamoDB), Exhibit C ('640 Patent for DynamoDB), Exhibit D ('978 Patent for Amazon S3), Exhibit E ('978 Patent for DynamoDB), Exhibit F (Amazon S3 Source Code Appendix), Exhibit G (DynamoDB Source Code Appendix).

Droplets is entitled to damages for the Accused Instrumentalities from December 12, 2012

Dated: March 2, 2023

Respectfully submitted,

*/s/ Jaime F. Cardenas-Navia*
Jaime F. Cardenas-Navia

Khue V. Hoang (*pro hac vice*)

khoang@reichmanjorgensen.com

Jaime F. Cardenas-Navia (*pro hac vice*)

jcardenas-navia@reichmanjorgensen.com

REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017

Telephone: (212) 381-1965

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1909 K Street, NW, Suite 800

Washington, DC 20006
Telephone: (202) 894-7310

Renato Mariotti (State Bar No. 6323198)
renato.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5037

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (*pro hac vice*)
sballard@reichmanjorgsensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Taylor Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
Navid Bayar (*pro hac vice*)
nbayar@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
Telephone: (650) 623-1401

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 2nd day of March 2023, the foregoing was served by electronic mail to the attorneys of record.

<u>*/s/ Jaime F. Cardenas-Navia*</u>
Jaime F. Cardenas-Navia