# Exhibit 6

HIGHLY CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Amazon Web Services, Inc.,<br><br>    Defendant. | Civil Action No. 1:18-cv-08175<br><br>Judge Rebecca R. Pallmeyer<br><br>Jury Trial Demanded |

**KOVE'S AMENDED FINAL INFRINGEMENT CONTENTIONS
UNDER LOCAL PATENT RULE 3.1**

In compliance with Local Patent Rule ("LPR") 3.1 and the Court's March 16, 2020 Order (Dkt. No. 97), Kove IO, Inc. ("Kove") hereby submits its Amended Final Infringement Contentions ("Contentions") for Amazon Web Services, Inc. ("Amazon"). Consistent with LPR 3.1, these Contentions disclose Kove's theories of infringement with sufficient specificity to provide Amazon with notice of its infringement, using the information reasonably available to Kove.

Fact discovery is still ongoing, and Amazon has not yet made available a significant amount of the discovery that it is required to produce, including Amazon's core technical documents, source code, responses to written discovery requests, and deposition testimony. Moreover, claim construction has not yet begun, and Kove is not aware of Amazon's claim construction positions. Kove reserves the right to modify, amend, retract, and/or supplement these Contentions (including any further articulation of theories of infringement, including under the doctrine of equivalents, and adding, removing, or otherwise modifying the asserted claims and/or accused instrumentalities) as additional evidence and information becomes available to Kove, as Kove's understanding of this information changes, in light of any claim construction order from the Court, or as otherwise appropriate, in accordance with the Federal Rules of Civil Procedure and the applicable Local Rules. Further, these Contentions should not be interpreted as indirectly providing Kove's definitive view on the proper construction of the asserted claims. Finally, as per LPR 3.1, these Contentions are not required to disclose all evidence that Kove may rely on in support of its theories, and Kove reserves all rights to rely on additional evidence as the case progresses.

## I. Identification of the Asserted Claims

Kove asserts the following claims of U.S. Patent Nos. 7,814,170 ("the '170 Patent"), 7,103,640 ("the '640 Patent"), and 7,233,978 ("the '978 Patent"):

'170 Patent: claims 1, 2, 6, 8, 12, 15

'640 Patent: claims 17, 18, 24

'978 Patent: claims 1, 3, 6, 10, 14, 17, 23, 24, 30, 31

## II. Identification of Each Accused Instrumentality

Each accused apparatus, product, device, process, method, act, or other instrumentality ("Accused Instrumentality") of Amazon can be found in the attached claims charts. *See* Exhibit A ('170 Patent for Amazon S3), Exhibit B ('170 Patent for DynamoDB), Exhibit C ('640 Patent for DynamoDB), Exhibit D ('978 Patent for Amazon S3), Exhibit E ('978 Patent for DynamoDB), Exhibit F (Amazon S3 Source Code Appendix), Exhibit G (DynamoDB Source Code Appendix).

Droplets is entitled to damages for the Accused Instrumentalities from December 12, 2012 (*i.e.*, six years prior to the filing of the Complaint) through the respective expiration dates of the asserted patents or when Amazon ceases to infringe, whichever occurs first. Kove's infringement theories — which are based on the evidence currently known to Kove, including source code, source code revisions, source code deployment history, source code comments, diff analysis of the source code, the produced .git repository, and other documentary and testimonial evidence, including what is cited in the claim charts (*see also* Sorensen Tr. at 207:4-225:2, 231:4-34; Markle Tr. at 125:10-132:8, 287:15-295:20) — are intended to be representative across the entire damages period.

## III. Identification of Direct Infringement

Amazon directly infringes all asserted claims under 35 U.S.C. § 271(a) as it makes, uses, offers to sell, sells, and imports the Accused Instrumentalities. Amazon designs, tests, makes, and maintains the Accused Instrumentalities, uses the Accused Instrumentalities itself, and sells and offers to sell the Accused Instrumentalities to its customers and the public. Amazon also uses the Accused Instrumentalities by putting them into service and controlling them as a whole and

| | |
|---|---|
| Dated: June 1, 2020 | Respectfully submitted,<br><br>/s/ *Jaime F. Cardenas-Navia*<br>Jaime F. Cardenas-Navia<br><br>Renato Mariotti (State Bar No. 6323198)<br>rmariotti@thompsoncoburn.com<br>THOMPSON COBURN LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603<br>Telephone: (312) 346-7500<br>Telecopier: (312) 580-2201 |
| Sarah O. Jorgensen (*pro hac vice*)<br>sjorgensen@reichmanjorgensen.com<br>REICHMAN JORGENSEN LLP<br>1201 West Peachtree, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (650) 623-1403<br>Telecopier: (650) 623-1449<br><br>Christine E. Lehman (*pro hac vice*)<br>clehman@reichmanjorgensen.com<br>REICHMAN JORGENSEN LLP<br>1615 M Street, NW, Suite 300<br>Washington, DC 20036<br>Telephone: (202) 894-7311<br>Telecopier: (650) 623-1449<br><br>Khue Hoang (*pro hac vice*)<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia (*pro hac vice*)<br>jcardenas-navia@reichmanjorgensen.com<br>Wesley White (*pro hac vice*)<br>wwhite@reichmanjorgensen.com<br>Rahul Sarkar (*pro hac vice*)<br>rsarkar@reichmanjorgensen.com<br>REICHMAN JORGENSEN LLP<br>750 Third Avenue, Suite 2400<br>New York, NY 10017<br>Telephone: (646) 921-1474<br>Telecopier: (650) 623-1449 | Courtland L. Reichman (*pro hac vice*)<br>creichman@reichmanjorgensen.com<br>Jennifer P. Estremera (*pro hac vice*)<br>jestremera@reichmanjorgensen.com<br>Joachim B. Steinberg (*pro hac vice*)<br>jsteinberg@reichmanjorgensen.com<br>Michael G. Flanigan (State Bar No. 6309008)<br>mflanigan@reichmanjorgensen.com<br>Kate M. Falkenstien (*pro hac vice*)<br>kfalkenstien@reichmanjorgensen.com<br>REICHMAN JORGENSEN LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Telecopier: (650) 623-1449<br><br><br><br>**ATTORNEYS FOR PLAINTIFF**<br>**KOVE IO, INC.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 1, 2020, the foregoing was served by electronic mail, at the addresses below:

> Adam G. Unikowsky
> JENNER & BLOCK LLP
> 1099 New York Ave. NW, Suite 900
> Washington, DC 20001
> (202) 639-6000
> aunikowsky@jenner.com
>
> Terri L. Mascherin
> Tim Barron
> Michael T. Werner
> JENNER & BLOCK LLP
> 353 N. Clark St.
> Chicago, IL 60654
> (312) 222-9350
> tmascherin@jenner.com
> tbarron@jenner.com
> mwerner@jenner.com

> */s/ Jaime F. Cardenas-Navia*
> Jaime F. Cardenas-Navia