# Exhibit 8

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| AMAZON WEB SERVICES, INC., | |
| Defendant. | |

**<u>REBUTTAL EXPERT REPORT OF ANANTH GRAMA REGARDING
U.S. PATENT NOS. 7,103,640, 7,233,978, AND 7,814,170</u>**

3.      As detailed in this report, I have come to the following opinions:

    a.  S3 doesn't infringe directly or under the doctrine of equivalents any of the S3 Asserted Claims using the current claim constructions;

    b.  S3 doesn't infringe directly or under the doctrine of equivalents any of the S3 Asserted Claims using Amazon's additional proposed claim constructions;

    c.  DDB doesn't infringe directly or under the doctrine of equivalents any of the Asserted Claims using the current claim constructions;

    d.  DDB doesn't infringe directly or under the doctrine of equivalents any of the Asserted Claims using Amazon's additional proposed claim constructions;

    e.  Amazon's additional proposed claim constructions are correct and warranted;

    f.  The Asserted Claims are narrow and have limited benefits;

    g.  Licenses and purchase agreements produced by Amazon include technology similar to the technology of the Asserted Patents; and

    h.  There were multiple available and acceptable non-infringing alternatives to the Asserted Claims.

4.      The above opinions reflect my own personal knowledge and experience, independent analysis, personal review of relevant materials, and independent judgment. My opinions and explanations are consistent with the general knowledge and understanding of the field. As a result, portions of this report may be substantially similar to opinions and statements in reports or declarations authored by other experts relating to the present technology or the Asserted Patents.

5.      My report and opinions are based on the presently known facts and history of the Asserted Patents, Asserted Claims, and Accused Products. I reserve the right to supplement or

update my report and opinions based on any additional relevant information, including information regarding the Asserted Patents, the Asserted Claims, and their prosecution histories. This includes, without limitation, any additional reports or testimony from Kove's experts, and any additional information about the prosecution history for any of the Asserted Patents, e.g., any additional information about the previous post-grant proceedings or additional action in any of the pending or future post-grant proceedings regarding the Asserted Claims or the Asserted Patents.

### A. Qualifications

6.    I summarize some of my relevant educational background, work experience, and other relevant qualifications below. A more detailed recitation of my professional qualifications and background is reflected in my Curriculum Vitae ("CV"), attached as Appendix A.

7.    I earned my B.S. (1989) degree in Computer Science from the Indian Institute of Technology. I then earned my M.S. (1990) degree in Computer Engineering from Wayne State University. I then continued my formal education, earning a Ph.D. in Computer Science from the University of Minnesota at Minneapolis in 1996.

8.    During my time working toward my PhD, I worked as a Visiting Research Scientist for Hewlett Packard Labs, before beginning my teaching career as an Assistant Professor at Purdue University in 1996. Over the past three decades at Purdue, I've been promoted and granted additional roles numerous times before achieving my current positions of Samuel D. Conte Professor of Computer Science and Associate Director of the Center for Science Information.

9.    In the decades I have spent teaching, I have taught many classes relevant to the subject matter of this case. For example, I have taught the following courses:

    Distributed Systems
    Parallel Computing
    Foundations of Computer Science

Data Structures
Compilers: Principles and Practice
Analysis of Biochemical Networks
Introduction to Computational Science
Numerical Analysis
Data Mining
Introduction to Scientific Computing

In these courses, I cover many topics relevant to this case, including how to design a distributed database, analysis of various components of a distributed database, and how to use metrics to analyze a database and its functions.

10.     Over the course of the last three decades of scholarship, I have authored numerous publications relevant to the subject matter of this case. These include eleven books that I have written all or part of. They are:

1.      Sudhir Kylasa, Chih-Hao Fang, Fred Roosta, Ananth Grama, Parallel Optimization Techniques for Machine Learning, in Parallel Algorithms in Computational Science and Engineering, (Ananth Grama and Ahmed Sameh, eds.), Springer Nature, pp. 381-417, 2020;

2.      Ananth Grama, Vipin Kumar, Load Balancing for Parallel Optimization Techniques, Encyclopedia of Optimization, pp 1905-1911, 2009;

3.      Ananth Grama, Anshul Gupta, George Karypis, and Vipin Kumar, Introduction to Parallel Computing, Addison Wesley, 2003 (ISBN: 0-201-64865-2)                http://www.aw.com/catalog/academic/product/1,4096,0201648652,00.html.;

4.      Anastasios Antoulas, Dan Sorensen, Kyle Gallivan, Paul Van Dooren, Ananth Grama, Christoph Hoffmann, and Ahmed Sameh, Model Reduction and Real-time Control of Dynamic Data Driven Systems, Dynamic Data Driven Application Systems, Kluwer Academic Publishers, Amsterdam, F. Darema, Ed., 2005;

5.      Ananth Grama and Naren Ramakrishnan, Data Mining Applications in Bioinformatics, In Data Mining for Scientific and Engineering Applications, Kluwer Academic Press, 21 pp, 2001;

6.      Ananth Grama and Vipin Kumar, Load Balancing of Parallel Search Techniques, In Encyclopedia of Optimization, Kluwer Academic Press, pp 203-209, 2000;

7.    Ananth Grama, Vipin Kumar, George Karypis, and Anshul Gupta, Scalability Analysis for Petaflop Scale Parallel Algorithms, In Ultrascale Computing, 2000;

8.    Ananth Grama, Vipin Kumar, and Ahmed Sameh, Parallel Hierarchical Solvers and Preconditioners for Boundary Element Methods, In Thomas Campbell, Roy Nicolaides, and Manuel Salas, editors, Computational Electromagnetics and Its Applications, volume 5, pages 212-229, Kluwer Academic Publishers, 1997. ICASE/LaRC Interdisciplinary Series in Science and Engineering;

9.    Vipin Kumar, Ananth Grama, Anshul Gupta, and George Karypis, Introduction to Parallel Computing: Design and Analysis of Algorithms. Benjamin Cummings/ Addison Wesley (ISBN 0-8053-3170-0), 600 pp, Redwood City, 1994; and

10.    Ananth Grama, Vipin Kumar, and Panos Pardalos, Parallel Processing of Discrete Optimization Problems, In Encyclopedia of Microcomputers, pages 129-149, Marcel Dekker Publishers, NY, 1992.

11.    My publications further include numerous relevant scholarly articles. The following articles provide ten specific examples, with others listed in my CV:

1.    Vikram Ravindra, Huda Nassar, David Gleich, and Ananth Grama, Aligning Spatially Constrained Graphs, IEEE Transactions on Knowledge and Data Engineering, Sept. 2022;

2.    T Cowman, M Coskun, A Grama, M Koyuturk, Integrated querying and version control of context-specific biological networks, Database, 2020;

3.    Sudhir Kylasa, Giorgos Kollias, and Ananth Grama, Social ties and checkin sites: Connections and latent structures in Location Based Social Networks, Social Network Analysis and Mining, 6(1): 95:1-95:14, 2016;

4.    Karthik Kambatla, Giorgos Kollias, Vipin Kumar, and Ananth Grama, Trends in Big-Data Analytics, Journal of Parallel and Distributed Computing, 74(7), 2561 - 2573, 2014;

5.    Alex Verstak, Naren Ramakrishnan, Layne Watson, Jian He, Clifford Shaffer, and Ananth Grama, Using Hierarchical Data Mining to Characterize Performance of Wireless System Configurations, Advances in Engineering Software, 65, pp 66-77, Nov 2013;

6.   Ronaldo A. Ferreira, Mehmet Koyuturk, Suresh Jagannathan, Ananth Grama, Semantic indexing in structured peer-to-peer networks, Journal of Parallel Distributed Computing, 68(1): 64-77 (2008);

7.   Ronaldo Ferreira, Murali Krishna Ramanathan, Suresh Jagannathan, and Ananth Grama, Randomized Protocols for Duplicate Elimination in Peer-to-Peer Storage Systems, IEEE Trans. Parallel and Distributed Systems, 18(5), pp 686-696, May 2007;

8.   Ronaldo Ferreira, Suresh Jagannathan, and Ananth Grama. Locality in Structured Peer-to-Peer Networks, Journal of Parallel and Distributed Computing, 66(2), pp 257-273, February 2006;

9.   Ioannis Ioannidis and Ananth Grama, Level Compressed DAGs for Lookup Tables, Computer Networks, 49(2), pp 147-160, 2005; and

10.  Vipin Kumar, Ananth Grama, and V. Nageshwara Rao, Scalable Load Balancing Techniques for Parallel Computers, Journal of Parallel and Distributed Computing, 22(1):60-79, 1994.

12.   Over my decades contributing to this field, I have presented on topics relevant to the subject matter of the Asserted Patents and the Accused Products. For example, my work has been highlighted at the following ten conferences:

1.   Changlong Wu, Mohsen Heidari, Ananth Grama, Wojciech Szpankowski, Precise Regret Bounds for Log-loss via a Truncated Bayesian Algorithm, NeurIPS 2022

2.   Xuejiao Kang, David F. Gleich, Ahmed Sameh, and Ananth Grama, Distributed Fault Tolerant Linear System Solvers based on Erasure Coding, International Conference on Distributed Computing Systems (ICDCS), 2478-2485, 2017;

3.   Naresh Rapolu, Srimat Chakradhar, and Ananth Grama, M-Lock: Accelerating Distributed Transactions on Key-Value Stores Through Dynamic Lock Localization, IEEE CLOUD (best student paper), pp 179-187, 2013;

4.   Karthik Kambatla, Naresh Rapolu, Jalaja Padma, Patrick Eugster, Ananth Grama, Revisiting I/O middleware for the Cloud, 8th USENIX Conference on File and Storage Technologies (FAST), Work in Progress Report, 2010;

5.   Asad Awan, Suresh Jagannathan, Ananth Grama, Scalable Data Collection in Sensor Networks, High Performance Computing conference, pp 415-426, 2008;

6.    Murali Krishna Ramanathan, Ananth Grama, Suresh Jagannathan, Sieve: A Tool for Automatically Detecting Variations Across Program Versions, 21st IEEE/ACM International Conference on Automated Software Engineering, (ASE), pp 241-252, September 2006;

7.    Christoph Hoffmann, Ahmed Sameh, and Ananth Grama High-Fidelity Simulation of Large Scale Structures Proceedings 4th International Conference on Computational Science - ICCS, pp 664-671, 2005;

8.    Hemant Mahawar, Vivek Sarin, and Ananth Grama, Parallel Performance of Hierarchical Multipole Algorithms for Inductance Extraction, High Performance Computing (HiPC), pp 450-461, 2004;

9.    Ioannis Ioannidis, Ananth Grama, Mikhail Atallah, Adaptive Trie Data Structures for IP Lookups, INFOCOM 10 pp (IEEE Digital Library), 2003; and

10.   Dow-Yung Yang, Akshay Johar, Wojciech Szpankowski, and Ananth Grama, Summary Structures for Frequency Queries on Large Transaction Sets, In Data Compression Conference, pp 238-247, Snowbird, UT, March 2000.

13.    Through my work over the past three decades on teaching, researching, and analyzing distributed networks like those in this case, I have been recognized with the following awards:

1.    NSF CAREER Award [1998]

2.    Purdue University Faculty Scholar [2002]

3.    Fellow, American Association for the Advancement of Science (AAAS) [2013]

4.    Distinguished Alumnus, University of Minnesota [2015]

5.    Purdue University Named Professor [2017]

6.    Samuel D. Conte Professor of Computer Science

7.    Purdue College of Science Research Award [2018]

8.    Amazon Research Award [2021][6]

**B.    Other Matters**

14.    I have not offered any other expert testimony in any litigation in the last five years, but my previous history as an expert witness is outlined in my CV.

**C.    Compensation**

15.    In connection with my work as an expert, I am being compensated at a rate of ▮▮▮ ▮▮▮▮▮. I am also reimbursed for reasonable and customary expenses associated with my work in this case. I receive no other forms of compensation related to this case. No portion of my compensation is dependent or otherwise contingent upon the results of these matters or the specifics of my testimony.

**D.    Materials Reviewed**

16.    In formulating my opinions in these matters, I have reviewed numerous documents and references relevant to the materials. For example, I have reviewed the '640, '978, and '170 patents, their file histories, their related applications, and their corresponding post-grant proceedings. I have also reviewed the source code for the Accused Products, the produced technical documents describing the Accused Products, and the testimony of the respective engineers for the Accused Products. I have further reviewed the other expert reports in this case, and specifically, the reports of Dr. Michael Goodrich, Mr. Fanous, and Mr. Bergman served by Kove on July 3, 2023, and Mr. Greene's report served by Amazon on July 3, 2023. I share Mr.

---

[6] I was named as one of 100 recipients of an Amazon Research Award, for my proposal on scaling causal inference from large observational datasets. This award requires no deliverables or work product to Amazon. The award came with access to Amazon service processing time, including S3 and DDB, which expired before I was approached to be an expert in this case. I had no obligations to Amazon in exchange for this recognition and it does not affect my technical analysis in this matter.

58.     Each of these distribution mechanisms has its strengths and weaknesses and the benefits of each method must be taken into account when selecting which one to apply to each system in its design.[49] For example, Range Partitioning tends to group objects with similar attributes on the same data store, which makes sequential and associative access more efficient. As another example, hashing distribution tends to randomize object location, minimizing the likelihood of grouping multiple "hot" objects together. This distribution mechanism would be the most resilient to "heat" or high-volume access requests because the transactions would be distributed evenly across the database.

### 6.     Caching

59.      Caching is a fundamental optimization technique that improves performance by reducing the effective access time of memory.[50] This technique was well known before the Asserted Patents. For instance, the Stanford Dash architecture detailed in a 1992 publication described using caching to optimize performance.[51]

60.     Caches include a pool of entries, where each entry has associated data. Each entry's associated data is a copy of the data retrieved from another, slower location holding the system's canonical copy of the data. Caches typically store data in a portion of memory which is quick to access so that there's no need to access the data from slower storage, like a hard drive, or a remote computer.

---

[49] Dewitt and Gray, *Parallel Database Systems*, The Future of High-Performance Database Systems, Communications of the ACM, Vol. 35, No. 6, pp. 92 (June 1992) (available at https://people.eecs.berkeley.edu/~brewer/cs262/5-dewittgray92.pdf) (last accessed on August 16, 2023).

[50] *See*, *e.g.*, D. Lenoski, *et al.*, "The Stanford DASH Multiprocessor," IEEE Computer, pp. 63-79 (March 1992).

[51] *Id.*

61.     Typically, when a CPU requests data, the cache is checked first. This check uses an identifier specifying the data requested. If the data exists in the cache (i.e., a cache hit), then the data is returned from the cache to the CPU. If, however, the data does not exist in the cache (i.e., a cache miss), then the data is retrieved from the hard disk drive. When a cache miss occurs, a copy of the data is typically added to the cache so that when a future request for the same data occurs, the data is retrieved from the cache instead (i.e., a cache hit). By avoiding the need to access the slower storage, overall system performance is improved.

62.     Most caches are "bounded." This means that whenever a new item is added to the cache, an item must be removed. The process by which an item replaces another is called the cache's replacement policy. It is well known that the best replacement policy is to replace the least recently used (LRU) data item with the new item. However, many other replacement policies exist, including removing the least frequently accessed, the least recently accessed, a randomized entry, or any number of other options depending on the needs of the specific system the cache is on.

63.     As the above shows, the basic technique of caching data is wholly separate from the technique of hashing data. For example, the Stanford Dash[52] architecture utilized a distributed directory-based protocol to coordinate the caches across different systems and did not require hashing.[53] Both hashing and caching can be included in distributed database systems without the other, but they can also be combined. The prior art shows that incorporating hashing into a cache system, particularly a distributed cache system, was known before 1998.

---

[52] *See* D. Lenoski, *et al.*, "The Stanford DASH Multiprocessor," IEEE Computer, pp. 63-79 (March 1992).

[53] *Id.*

93.    In an interview with the Patent Examiner in the '109 Reexamination (detailed below in Section VI.C), Kove represented the claimed location server role in the figure below.



As demonstrated in the figure, a single entity is associated with a single identifier and the location server stores associations of that identifier with the entity's stored locations on the network.

94.    In addition to the basic location service and server functions, for purposes of my analysis here I've identified four categories of Asserted Claims. The first group requires the location servers to contain knowledge of the contents of the other location servers (the "Knowledge Claims"). These claims contain requirements for either location server redirect messages, hashed location server contents, or both (shown in italics in the representative claims below). The Knowledge Claims include claims 17, 18, and 24 of the '640 patent, claims 1, 2, 6, 8, 9, 12, and 15 of the '170 patent, and claims 3, 6, 10, and 14 of the '978 patent.

95.    For example, representative claim 17 of the '640 patent recites in relevant part:

> in response to receiving a data location request from a client to retrieve a location string associated with an identification string provided in the data location request, *transmitting a redirect message to the client if the identification string is not associated with a location string at the data location server, wherein the redirect message contains information for use by the client to calculate a location of a different data location server in the*

*plurality of data location servers, wherein the different data location server contains the location string.*

96.    Similarly, representative claim 1 of the '170 patent recites in relevant part:

*the portion of the data location information included in a corresponding one of the data location servers is based on a hash function* used to organize the data location information across the plurality of data location servers, and *each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function applied to the identifier string.*

97.    And representative claim 3 of the '978 patent recites in relevant part:

wherein the queried location server *returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query.*

98.    The second group of claims requires monitoring performance criterion of the location servers to trigger location information transfers (the "Transfer Claims"). The Transfer Claims include claims 17, 23, 24, and 30 of the '978 patent. Dr. Goodrich has chosen to refer to these four claims as the "Scaling Claims."[139] Because these claims refer to transferring data, and not scaling a database, I refer to them accordingly. The limitations of these claims would negatively affect an ability to scale (as I further detail below), so I do not agree with Dr. Goodrich's description.

99.    For example, representative claim 17 of the '978 patent, from which claims 23, 24, and 30 depend, recites in relevant part:

*transferring a portion of the identifiers and associated locations to a second data location server when a performance*

---

[139] Goodrich Report, ¶67.

> *criterion of the first location server reaches a predetermined performance limit.*

100.    The third group of claims requires that if a location server receives a request for location information that it doesn't contain, it must return to the client a redirect message that identifies the location server known to contain the requested location information (the "Redirect Claims"). The Redirect Claims include claims 17, 18, and 24 of the '640 patent, claims 3, 10, and 14 of the '978 patent, and claims 6, 8, 12, and 15 of the '170 Patent. This grouping aligns with Dr. Goodrich's claim group of the same name.[140]

101.    For example, representative claim 18 of the '640 patent, from which claim 24 depends, recites in relevant part:

> *sending a redirect message to the client in response to determining the one of the plurality of location servers fails to include the location information, the redirect message identifying which of the plurality of location servers includes the location information.*

102.    The fourth group of claims requires that the location information for the distributed database be stored in specific location servers according to a hash (the "Hashing Claims"). The Hashing Claims include claim 24 of the '640 patent, claims 6, 9, and 12 of the '978 patent, and claims 2 and 12 of the '170 patent. This grouping mirrors Dr. Goodrich's "Hash Function" group, but not all of these claims affirmatively recite the hash function—they instead rely on a hash table.[141] Thus, I instead refer to them as the Hashing Claims.

103.    For example, representative claim 24 of the '640 patent recites in relevant part:

> *the portion of the data location information included in a corresponding one of the data location servers is based on a hash*

---

[140] Goodrich Report, ¶67.

[141] Goodrich Report, ¶67.

*function used to organize the data location information across the plurality of data location servers.*

104.     I understand that Dr. Goodrich only identifies three categories of claims, i.e., the "Hash Function Claims," "Scaling Claims," and "Redirect Claims." [142]   Based on the arguments made by Kove and the reasons for allowance in the reexaminations, both the Redirect Claims and the Hashing Claims require the location servers to "know" the contents of each other location server. Accordingly, the claims in both groups belong together in an additional shared group, i.e., the Knowledge Claims.

## V.     AMAZON AND THE ACCUSED PRODUCTS

105.     Amazon Web Services, Inc. ("Amazon") was founded in 2006.[143] It is a subsidiary of Amazon.com, Inc.[144] Work for Amazon started in late fall of 2003 when senior Amazon.com leadership approved the hiring of over fifty engineers to create and provide web services on top of which developers could develop their applications.[145] These engineers built primitives that are foundational-level building blocks for developers to build and innovate on top of, and also built easy to use and higher level services to draw in developers.[146] To keep these developers as customers, Amazon focused on scalable, highly available, and reliable services.[147] And Amazon in-

---

[142] Goodrich Report, ¶67.

[143] Amazon's Answer, Additional Defenses, and Counterclaims, at 43; 4/24/2023 S. Hayden Dep. Tr. at 354:23-24.

[144] Amazon.com, Inc. Form 10-K for the fiscal year ended December 31, 2022, at Exhibit 21.1.

[145] 5/1/23 A. Jassy Dep. Tr. at 10:16-15:15 (describing origins of Amazon).

[146] AMZ_KOVE_000532766 at AMZ_KOVE_000532768-69.

[147] AMZ_KOVE_000532766 at AMZ_KOVE_000532770.

tended for Amazon.com developers to become its first customers, followed by external developers.[148] The pursuit of a webservices business was a ███████████████████████ with Mr. Jassy reporting to the Amazon.com Board of Directors that "we expect to ████████████ ██████████████████████."[149]

106.    Amazon earns revenue from "global sales of compute, storage, database, and other services for start-ups, enterprises, government agencies, and academic institutions."[150]  Amazon offers the world's most comprehensive and broadly adopted cloud, with over 200 fully featured services from data centers around the world. Millions of customers, including startups, the largest enterprises, and government agencies use Amazon to lower costs, become more agile, and innovate faster.[151]

107.    Amazon advertises that it is "[t]he leading cloud," because it has the "[m]ost functionality," the "[l]argest community of customers and partners," and is the "[m]ost secure," with the "[f]astest pace of innovation," the "[m]ost proven operational expertise," and "the most extensive global cloud infrastructure."[152]

108.    Amazon provides a highly reliable, scalable, low-cost infrastructure platform that powers hundreds of thousands of businesses in 190 countries around the world.[153] Customers among the 7,500 government agencies that use AWS services include NASA, the CIA, Department

---

[148] AMZ_KOVE_000532766 at AMZ_KOVE_000532771.

[149] AMZ_KOVE_000487544.

[150] Amazon.com, Inc. Form 10-K for the fiscal year ended December 31, 2022, at 66.

[151] https://aws.amazon.com/what-is-aws/?nc2=h_ql_le_int, last accessed on August 18, 2023.

[152] https://aws.amazon.com/what-is-aws/?nc2=h_ql_le_int, last accessed on August 18, 2023.

[153] https://d1.awsstatic.com/whitepapers/aws-overview.pdf, last accessed on August 18, 2023.

of Defense, Social Security Administration, Department of Veterans Affairs, and Department of Health and Human Services.[154] Private industry customers include Coca-Cola, Toyota, Philips, Petco, Taco Bell, and Netflix.[155] The designs and solutions that Amazon chooses for its services must be able to serve the needs of these and its millions of other customers.

109.    The massive scale of Amazon and the Accused Products (as detailed further below) require certain design choices. For example, as the infrastructure scales in response to demand, failures become a concern—the more computers you have in your system, the larger the number of failures. For this reason, techniques such as replication and erasure coding (which is a technique for fault tolerance in storage) become important. A second issue with such scale is related to its geographic scope. Accessing data that might be stored in a remote part of the world (e.g., accessing data in Sydney, Australia from a computer in Ohio) incurs large latency and throughput bottle-necks. To alleviate this, caching at all levels plays a major role. Finally, at such scales, it is important to localize accesses (i.e., to the extent possible, applications in Ohio access data hosted in or near Ohio) for performance. Among other attributes of Amazon's systems, all three of these aspects (replication, caching, and hierarchies) are beyond the scope of what the Asserted Patents provide.

---

[154] https://aws.amazon.com/government-education/government/, last accessed on August 18, 2023.

[155] https://aws.amazon.com/?nc2=h_lg.

A.     **Simple Storage Service ("S3")**

110.    S3 was publicly announced and offered for sale in the United States on March 14, 2006 as one of Amazon's first three service offerings.[156] This launch occurred over 12 years before Kove filed this case on December 12, 2018.[157] Work on the service began well before the 2006 release, and involved teams of engineers and significant investment by Amazon to develop the product from the ground up. For example, Allan Vermeulen testified that he began working on the service that became S3 starting ▇▇▇ ▇▇.[158] Design work began during ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.[159] S3 found its roots in Amazon.com's retail environment, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.[160] Amazon decided to create a service that could support its own retail operations along with others.[161] S3 provides a storage system so that engineers could focus on other aspects of their application and bring

---

[156] Supplemental Responses to Plaintiff's First Set of Interrogatories (Nos. 1-6), dated June 11, 2021, p. 30; 05/17/23 J. Overton Dep. Tr. Exhibit 97: Press release Amazon Web Services Launches, dated March 14, 2006 (AMZ_KOVE_000061904).

[157] *See* Complaint.

[158] 6/4/21 A. Vermeulen Dep. Tr. at 43:12-44:24 ("The [S3] project did not commence until ▇▇ ▇▇▇▇▇▇▇▇▇."); 99:12-21 ("So the S3 project was really initiated, and we started design work during a two-day off-site at the Seattle Convention Center in ▇▇▇▇▇▇▇▇.").

[159] 6/4/21 A. Vermeulen Dep. Tr. at 52:20-53:1 (stating an engineering team "of six or seven people … were jointly responsible for the success of [S3]"); 67:21-25 (stating S3 became "an external product to customers ▇▇▇▇▇▇.").

[160] 6/4/2021 A. Vermeulen Dep. Tr. at 71:11-73:9 (discussing the need for storage for Amazon's own retail services); 79:8-80:19 (analogizing S3 to aspects of a computer); 80:20-84:15 (discussing usefulness of S3 to customers); 85:5-87:4 (analogizing S3 to the "operating system for the Internet").

[161] 5/23/23 A. Vermeulen Dep. Tr. at 17:12-18:18 (discussing reasons for creating S3).

their products to market faster.[162] As described in the press release announcing the launch, S3 was designed to store data on the internet and maximize the benefits of scale for developers.

> Amazon S3 is storage for the Internet. IT's designed to make web-scale computing easier for developers. Amazon S3 provides a simple web services interface that can be used to store and retrieve any amount of data, at any time, from anywhere on the web. It gives developer access to the same highly, scalable, reliable, fast, inexpensive data storage infrastructure that Amazon uses to run its own global network of websites. The service aims to maximize benefits of scale and pass those benefits on to developers.[163]

111.    S3 is "an object store that uses unique key-values to store as many objects as you want."[164] S3 is used by "[c]ustomers of all sizes and industries… to store and protect any amount of data for a range of use cases."[165] AWS has defined four common use cases for S3: store and distribute static web content and media; serve as an origin store for a content delivery network, such as Amazon CloudFront; host entire static websites and as a data store for computation and large-scale analytics, such as financial transaction analysis, click stream analytics, and media transcoding; and solution for backup and archiving of data."[166]

112.    Amazon has stated that "[s]pecific customer use cases of S3 vary per industry and by customer," and "the top use cases as considered by AWS for S3 have changed over time.  For

---

[162] 6/4/2021 A. Vermeulen Dep. Tr. at 83:9-84:15 (discussing advantages for engineers using S3).

[163] AMZ_KOVE_000061904.

[164] https://docs.aws.amazon.com/AmazonS3/latest/userguide/Welcome.html, last accessed on August 18, 2023; https://docs.aws.amazon.com/AmazonS3/latest/userguide/UsingObjects.html, last accessed on August 18, 2023.

[165] https://docs.aws.amazon.com/AmazonS3/latest/userguide/Welcome.html, last accessed on August 18, 2023.

[166] Supplemental Response and Objections of Amazon Web Services, Inc. to Plaintiff's Third Set of Interrogatories (No. 11), dated April 20, 2023, at 12.

requests and ███████████████████████.[172] And, over the course of the total damages period in the case, from December 12, 2012 to September 25, 2020, internal Amazon customers have made ██████████████████████████████████████████ ██████.[173]

117.    To facilitate these demands, S3 relies on massive fleets ████████████ ████████████████████.[174] The fleets are dynamic, scaling up and down according to need, which makes ██████████████ volatile.[175] In my experience such dynamic systems require multiplicity, replication, and flexibility to maintain reliably high performance. As I explain in this report, my analysis of S3 has confirmed the crucial role of multiplicity, replication, and flexibility in S3.

118.    Further, the designs and solutions that Amazon chooses for its S3 service must be able to serve the storage, usage, and other demands that its customers place on the service. The S3 product relies on many different services and features beyond the data storage and retrieval features. For instance, S3 also provides security and performance monitoring and optimization.[176] As Amazon's Seth Markle explained in his deposition, ███████████████████████████

---

[172] J. Bergman Report at 72.

[173] J. Bergman Report at 72.

[174] 04/19/2023 S. Singh Dep. Tr. at 233:19-236:4 & Ex. 65; 01/30/2020 S. Markle Dep. Tr. at 211:4-10; 189:20-190:20; 206:20-207:13.

[175] 04/19/2023 S. Singh Dep. Tr. at 233:19-236:4 & Ex. 65; 01/30/2020 S. Markle Dep. Tr. at 211:4-10; 189:20-190:20; 206:20-207:13.

[176] AMZ_KOVE_000065279 at AMZ_KOVE_000065280.

██ [177] He testified: ████████████████████████████████████████

████████ [178]

119.     In databases like S3, there are four primary commands relating to data: Put (write), Get (read), Delete, and Update. For locating data, the primary command is the "Get" command. I have summarized the S3 Get process in the diagram and description below.



---

[177] 1/30/20 S. Markle Dep. Tr. at 263:8-19.

[178] *Id.*

120.   In S3, the end user sends the Get object request to the ███████████.[179] The



.[180] Many

requests are resolved using the ████████████, but when an object is not stored in

.[186] Once the object ████████████████████, it can be returned to the end user.[187]

---

[179] AMZ_KOVE_000069221.

[180] AMZ_KOVE_000012900 at AMZ_KOVE_000012902.

[181] AMZ_KOVE_000012900 at AMZ_KOVE_000012902.

[182] AMZ_KOVE_000012900 at AMZ_KOVE_000012902.

[183] AMZ_KOVE_000012900 at AMZ_KOVE_000012902.

[184] AMZ_KOVE_000012900 at AMZ_KOVE_000012902.

[185] AMZ_KOVE_000012900 at AMZ_KOVE_000012902.

[186] AMZ_KOVE_000012900 at AMZ_KOVE_000012902.

[187] AMZ_KOVE_000012900 at AMZ_KOVE_000012902.

121.    I also created the two below diagrams which shows the information flow from start to finish on S3. The first shows a simplified get pathway where ███████████████████ ███████████████████████████████████████████████████████████████████ ██████████████████ to obtain the requested item. The second shows the steps to associate the requested entity through to the actual stored data in the system, including the location information stored in SkyNet.





**B.** **DynamoDB ("DDB")**

122.    DDB was first publicly announced and offered for sale in the United States on January 18, 2012.[188] This launch occurred over six years before Kove filed this case on December 12, 2018.[189] Like with S3, work on DDB began well before the 2012 launch, and involved teams of engineers and significant investment by Amazon to develop the product from the ground up. Amazon previously created SimpleDB, which eliminated the administrative overhead in a traditional

---

[188] Supplemental Responses to Plaintiff's First Set of Interrogatories (Nos. 1-6), dated June 11, 2021, p. 30.; 5/17/23 J. Overton Dep. Tr. Exhibit 98: Amazon Web Services Launches Amazon DynamoDB - A New NoSQL Database Service Designed for the Scale of the Internet, dated January 18, 2012.

[189] *See* Complaint.

customers have made █████████████████████████████████
████. [201]

128.    The designs and solutions that Amazon chooses for its DDB service must be able to serve the storage, usage, and other demands that its customers place on the service. Amazon's Dr. Swami Sivasubramanian, the first General Manager of DynamoDB, testified that customers sought a large scale, responsive, and predictable database service that did not have limitations on how much data a domain stored. [202]

129.    As I did for S3, I have summarized the Get process for a table entry stored in DDB in the diagram and description below.

[201] J. Bergman Report at 95.

[202] 5/10/23 S. Sivasubramanian Dep. Tr. at 41:10-18 ("████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████.."); 106:3-107:11 (discussing customers' valuing elastic scalability); 119:15-121:4 (discussing customers' valuing service availability and responsiveness); 158:4-21 (discussing customers' ability to not hit limits bound to a single storage node); 187:5-13 (discussing customers' appreciation for "a system that has predictable performance at scale.").



130.     In DynamoDB, the end user sends a request to a ██████████████ which then assigns the request to ████████████████████████████████████████████ ██████████████████████████████████████████████ Most object requests can be resolved by ████████████████████████████████████████ ████████████ ██████████████████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ █████████████ Finally, ██████████████████████████████ ███████████████████

██████████████████████████████████████████████████████████████████ is

stored and retrieve it. The object is then returned to ████████ to be sent to the client.

131.    I also created the two below diagrams which shows the information flow from start

to finish on DDB. The first shows a simplified get pathway where DDB finds and locates ████████

████████████████████████████████████████████████. The second

shows the association steps from the requested entity through to the actual stored data, including

the multiple entries that can all share a single partition key.



167.    I also reviewed the source code identified by Kove and Dr. Goodrich as relevant to determine its applicability to the Accused Products and the Asserted Claims. I understand that Kove's counsel was provided a digital copy of the source code █████████████████████ ███████████████ subject to the case Protective Order. I was also provided ████████████████ the produced code to be stored with the same limitations under the Protective Order. I reviewed the produced code before and after reviewing the code ████████████████████. This allowed me to conduct targeting searches and efficiently identify key elements of the code to review.

## VIII.   TESTING OF THE ACCUSED AMAZON PRODUCTS

168.    Independently testing an accused product and its software is also critical to an infringement analysis. Well-designed testing also shows how an accused system actually operates. While the source code provides details on how the system should operate when the source code runs, testing confirms that how the system actually runs is consistent with the relevant source code. Testing and source code are inextricably linked. For example, if you need to know what goes into making a cake, you can either read the recipe or watch the baker follow that recipe from start to finish. The source code provides the recipe for accessing data on the Accused Products, while testing the Accused Products allows me to observe their behavior when accessing data according to that source code recipe. So, if you properly test, you will arrive at the correct answer as to whether there is infringement. Conversely, if you don't properly test, you may arrive at the wrong answer in determining infringement.

169.    I conducted tests of the Accused Products so that I could arrive at the correct answer for determining whether there was infringement. In my testing, I investigated how S3 and DDB respond to queries for data and structure their systems. Based on the testimony and explanations of the S3 and DDB teams and the supporting technical documentation for S3 and DDB, the

Accused Products leverage basic techniques for improving distributed database performance that were well accepted as standard prior to the filing of the Asserted Patents. My testing has confirmed that neither S3 nor DDB operate in the manner described in any of the Asserted Claims.

170.    As background, from my decades of experience building, analyzing, and testing distributed database systems, there are many design choices that the system designers can make. Several are particularly relevant here. One choice is whether to use a flat or hierarchical structure for the data. Hierarchical structures can help organize data with a consistent logic where data in a particular geographic region is more closely connected on the network architecture, while data in separate geographic regions is less closely connected on the network. This means local data can be obtained much more quickly than data outside that region. Alternatively, data could also be arranged on a flat structure architecture (or "non-hierarchical") where data is all equally likely to be stored nearby or on a distant part of the network. Flat networks can provide certain load balancing means, such as client-side random load balancing, but these load balancing techniques generally require additional mechanisms for clients to keep track of where the data is stored. Another choice is whether and how to use hashing. Hashing is a very common means for tracking data and has been used in distributed databases for over three decades, and well before the Asserted Patents. Based on these foundational realities about network structure, I was able to design multiple tests for the Accused Products to determine whether they were hierarchical or non-hierarchical and to determine if there is any hashing applied to the data or its location.

171.    First, when data or location data are stored in a hierarchical system, the time it takes to retrieve the object will be determined by the location of the object (e.g., the closer an object is stored on the network, the less time it will take to retrieve the object). Conversely, for a non-

hierarchical system, there would be weak correlation between the geographic location of the data and the time it takes to retrieve that object.

172.     Second, when data is hashed, it gets randomly distributed across the available storage locations across the network. As a result, when either data or its location information has been hashed, there will be less consistency about where the request will be routed for completion. As a result, the retrieval time for hashed data is less consistent and takes varied amounts of time to resolve. Conversely, when none of the data is hashed, its storage location is more consistent. As a result, so are its total retrieval times.

173.     Thus, by writing scripts to conduct tests to track the retrieval times on S3 and DDB for various configurations, I was able to identify whether the systems were hierarchical or flat and whether the data or its corresponding location data were hashed.

174.     To test the Accused Products, I used my own Amazon account. This includes the Accused Products, S3 and DDB. Amazon also offers Lambda features, which allow software engineers to run lines of code from anywhere in the world using the available processors on Amazon's network. I did not alert Amazon of what my tests were, when they would be run, or make them aware of these tests at all. Hence, the tests I ran represent the standard operation of S3 and DDB as used by the standard customers who use these products every day.

175.     My testing focused on identifying what actually happens when data is requested, whether there is any hierarchy, and whether either the stored data or location data is hashed. By storing data around the globe and running a series of requests for that data from different locations, I was able to identify patterns in retrieving data stored on the Accused Products. As a result, I was able to learn more about the structure for how the data is stored in on the Accused Products, and

specifically whether it is flat or hierarchical and whether the stored data or its location data is organized using hashing.

176.     Significantly, for my testing, I used very small pieces of data (32 bytes). This allowed me to minimize any variability in latency, because smaller objects take less time to be transported. Additionally, because the data was so small, any associated location data would be a comparable size. This is because associated location data must contain a minimum amount of information to locate the data, but there is no minimum size for the data itself. So, by choosing such small size for the data, it is very likely that the location data would be as large or larger than the stored data itself. As a result, any differences between accessing location information would have been noticeable compared to the time to access the data itself. If I hadn't accounted for this, it would have been possible for the object retrieval time to overwhelm any variability in the retrieval time for the location data. For example, if the data objects I used were each a gigabyte and the associated location information were 32 megabytes, the retrieval time for that gigabyte object would have dwarfed the time to retrieve a single kilobyte of location information. By minimizing the size of the objects themselves, any variance in the location data retrieval would become abundantly apparent in the total retrieval time for the object.

177.     In the first set of data requests for both S3 and DDB, I stored data items all over the globe. For S3, I created a bucket in each region[255] and stored 10 data objects in each bucket. For

---

[255] Within the user interface, the locations for creating buckets were identified as "Availability Zones." But it is my understanding that these "Availability Zones" identified within the user interface refer to the regions in AWS's global infrastructure. *See* Ex. 2 (AWS Global Infrastructure) (available at https://aws.amazon.com/about-aws/global-infrastructure/?p=ngi&loc=0, last accessed on August 16, 2023).

DDB, I created a table in each region and stored 10 values in each table. I then ran my Lambda scripts that time the retrieval time for each data item to be returned to a client in Ohio.

178.     On the second set of requests, I used the same data layout around the globe, but instead of retrieving the data for a client in Ohio, the data would be retrieved by a client on the opposite side of the globe in Sydney, Australia. In a flat system, the retrieval times for an Ohio client and a Sydney client would be similar. This is because in a flat system the request and return routing would be approximately the same no matter what data was requested-each request goes directly to the server and directly back without any intervening "hops" on other servers to route it. In a hierarchical system, the retrieval times would vary significantly based on the proximity to each piece of data on the network. This is because in a hierarchical system there *would* be hops and intervening steps between the request and return making their way between the client and the storage servers.

179.     In the third set of data requests, I also stored 170 total data items. This time, however, I placed all of the data items in Ohio and retrieved them to a client in Ohio. If the stored data items or their location data were organized with a hash, there would be significant variability in retrieval times.

180.     On the fourth set of requests, I repeated the same test but moved the client from Ohio to Sydney. In a flat system, the retrieval times for an Ohio client and a Sydney client would be similar. In a hierarchical system, the retrieval times would vary significantly based on the proximity to each piece of data on the network.

181.     On the fifth set of requests, I again placed 170 data items in a single location, but this time I moved it to Sydney. I then requested the data from the same Ohio client. In a flat system,

the results would have been similar, but for a hierarchical system, the retrieval times would change dramatically.

182.     On the sixth set of requests, I again used the 170 data items in a single Sydney location, but this time I retrieved the data to the Sydney client. Again, in a flat structure, the retrieval times would have been similar as for the Ohio client, while for a hierarchical structure, I would expect the results to mirror those for 170 Ohio items to an Ohio client.

183.     Based on these six different sets of data requests I made to the Accused Products, I was able to learn that both DynamoDB and S3 are structured hierarchically and that neither the stored data nor the location data is hashed. I have attached a video documenting my testing as Appendix C, the Lambda scripts that I wrote to run each set of requests as Appendix D, and the test results as Appendix E.

184.     Additionally, my results and conclusions are shown in the below tables I made for both S3 and DDB.

185.     First, I created box-and-whisker charts comparing the retrieval times for the items in each of the 17 regions around the world retrieved by clients in both Ohio and Sydney. In these charts, the boxes depict the locality, spread, and skewness groups of numerical data through their quartiles, and the whiskers depict variability outside the upper and lower quartiles.









186.    In all four graphs, the retrieval time is consistent for the Region, but varies widely between the different regions, regardless of where the client is located. Based on these charts, I can conclude that both S3 and DDB retrieval times vary based on the location the data is stored compared to the requester.

187.    In the next two charts, I replaced the Regions on the x-axis with the distance in miles between the Regions and the Client to see if the variance was purely geographic, or based on the network architecture.





188.    While there is some correlation between geographic distance and retrieval time, there are some significant inconsistencies. For example, from 0-400 miles there is no difference whatsoever. Additionally, the longest retrieval time came at 8,200 miles, which is slower than retrievals up to 10,500 miles away. Based on these inconsistencies, I can conclude that the retrieval time is not due to the simple distance and is instead based on the network architecture between the client and server.

189.    With these two baselines for my analysis, I created two additional charts to determine whether S3 and DDB were hierarchical or non-hierarchical and whether there was any data hashing of the stored data or location data.

190.    First, to determine whether there was any hashing, I compared the global retrieval results to randomized results. For my random results, I combined the times to retrieve data to Ohio and Sydney, randomly sorted them using excel, and then assigned the first half randomly to the regions. Hashing requires randomization to distinguish it from simple range partitioning. As a result, if the data is not stored randomly, there is no hashed data in the system. Accordingly, by comparing our initial Box-and-Whiskers plots against Box-and-Whiskers for the randomized datasets, I can tell whether the data or location data in either S3 or DDB was hashed or not.





191.    The significant difference between the randomized data and both the Ohio and Sydney datasets shows that the data and location data isn't randomized. While the randomized data contains a high variance, the Ohio and Sydney datasets are both tightly grouped together with little variance. Thus, the data also isn't hashed in either S3 or DDB.

192.    Next, to determine whether the S3 and DDB topologies were flat clusters or hierarchical, I used the tests pulling all 170 data items from the same location and translated it to an average number before assigning the data to the 17 Regions. In a flat, hierarchical system, there is no variability based on location, because there is no network architecture to traverse or hop through. Accordingly, the retrieval times would be consistent between Regions. The result shows the disparity between hierarchical retrieval times and non-hierarchical retrieval times.





193.    Based on the disparity between the different regions in comparison to the way a flat, non-hierarchical cluster might look, I conclude that both the S3 and DDB systems are hierarchical.

194.    One of the main differences between hierarchical and flat systems is the naming conventions possible in each. In both systems, there must be a way of identifying which name applies to which item to ensure requests with a given name result in the desired data item. This leads to a significant difference between hierarchical and non-hierarchical structures because hierarchies make it possible for multiple items to share the same name, as long as they are in different areas of the network. For example, in a hierarchical model, different items are grouped within a certain region or area of the network (e.g. a domain). As long as the items are in different domains or regions of the network, they may share a name. In a flat or non-hierarchical model, giving multiple network items the same name is simply not possible, even in different domains or regions, without undermining the ability to locate the data you need, i.e., the fundamental purpose of the network to begin with.

195.    In S3, ██████████████████████████████████████████████ ██████████████████████████████. With the security implementations for S3, I was not able to test whether buckets in these different sections of the network could contain buckets with the same names.

196.    For DDB, however, I was able to test the naming protocols across the different sections of the network. Specifically, I set up DDB tables in every region that all shared the same name. This is only possible in a hierarchical network structure, because the names are tied to the regions. Conversely, in a flat, non-hierarchical network, the system would have no way of differentiating between the different servers since they are not separated by any replicate one of the

tables (one in Ohio) to another region (in Sydney). This would have forced two tables with the
same name in Sydney. But because there was already a table in this other region with the same
name, I received the below error message instead.



197. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Thus, because DDB tables may share the same name in dif-
ferent regions of the network, DDB is arranged in a hierarchy, not a flat or non-hierarchical topol-
ogy. This confirms what I saw from the previous testing on data retrieval for both S3 and DDB.

## IX.     BACKGROUND ON PATENT LAW

198.     I am not an attorney. I have been provided with and reviewed the relevant legal principles summarized in this report and I applied them in my analysis. These principles are as follows.

199.     Direct Literal Infringement:[256] I understand that patent infringement is a two-step process. More specifically, the two steps of a patent infringement analysis are: (1) the claims of the patent must be interpreted by the Court, and (2) the claims, as interpreted by the Court, are compared to the accused products. There is patent infringement only if the accused product includes or performs every element of a patent claim. If an accused product is missing even a single claim element, then there can be no infringement.

200.     The patentee has the burden to show that the defendant infringes a patent claim by a preponderance of the evidence. I understand that means that the patentee must show that it is more likely than not that the defendant infringes a patent claim. A defendant can infringe a patent claim by making, using, selling, or offering to sell the accused product in the United States. A defendant can also infringe a patent by importing an accused product into the United States.

201.     To prove direct infringement, the patentee must show that the defendant makes, uses, sells, offers to sell, or imports the accused product into the United States and that the accused product literally meets each and every element of the asserted claim.

---

[256] Dr. Goodrich doesn't provide any opinions regarding indirect infringement by either S3 or DDB or willful infringement. As a result, I haven't included the law relevant to those legal issues and haven't performed any analysis relating to them. In the event Dr. Goodrich later provides supplemental opinions relating to either indirect or willful infringement, I reserve the right to address them.

231.    Second, to meet the Asserted Claims, the location server must store "a set of iden-tifier/location mappings." No component of DDB satisfies this requirement. ███████████████ ████████████████████████████████████████████. As a result, ██ ████████████ mere snapshots of the full set and do not contain all of DDB's object metadata. ████████ don't meet this requirement either. ████████████████████████████████████████, but don't provide any mapping of the identifiers to the location of either the object data or the entire partition. ████████ don't meet this requirement because ██████████████████████████ ████████████████████████████████████████████████.

**BEGIN HIGHLY CONFIDENTIAL – SOURCE CODE INFORMATION**

232.    During my source code review, ████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████. None of the entries listed has any information about where any data item is stored.[294]

---

[294] AWS_SRC_CODE_000000157.



233.    The source code shows that ███████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████[296]

**END HIGHLY CONFIDENTIAL – SOURCE CODE INFORMATION**

---

[295] 5/5/23 T. Rath Dep. Tr. 44:22-45:5 ("███████████████████████
████████████████████████ It provides the interface for that data
storage."). *See also*, *id.*, 49:11-14 ("████████████████████████████████");
208:8-16 ("So the data – customer data that customers are putting into DynamoDB,
████████████████████████████████████████████████████████████").
[296] 5/5/23 T. Rath Dep. Tr. 181:9-23 at ("…████████████████ but its response is…either
[the item] exists and it responds and returns the item, ████████████████
████████████████████").

**BEGIN HIGHLY CONFIDENTIAL – SOURCE CODE INFORMATION**

262.    First, S3 identifies objects ███████████ [322] ████████████

████████████████████████████████████ [323] Rather, the objects are ███

████████████████████████ [324] ████████████████████████████

████████████████████████████████████████████ [325]

████████████████████████████████████ [326] As a result, there is no

single location to associate ████████████.

263.    Second, even if the object does have a location, which in my opinion it doesn't, the

object is ███████████████████████████████████████ which

does not constitute location information. The below source code shows the ████████

none of which provide the location of any data. [327]

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

264.    Locating data would require at least ████████████████████

████████████████████████, and even then would require more information to

---

[322] *See* AMZ_KOVE_000442191.

[323] 1/30/2020 S. Markle Dep. Tr. at 120:15-17 ("There's no component that is aware of ████
██████████████████████████████").

[324] AWS_SRC_CODE_000001424 at AWS_SRC_CODE_000001424;
AMZ_KOVE_000012903; 4/27/23 J. Hamilton Dep. Tr. at 108:18-19 ("███████████████
████████████████████████").

[325] AMZ_KOVE_000012900 at AMZ_KOVE_000012902-04.

[326] AWS_SRC_CODE_000001417 at AWS_SRC_CODE_000001417-1422 (████████████████
████████████████████████).

[327] AWS_SRC_CODE_000001059.

retrieve it for the user.[328] None of the fields listed contain any of those elements for locating data. Accordingly, ██████████████████████████, nor does it contain location information.

**END HIGHLY CONFIDENTIAL – SOURCE CODE INFORMATION**

265.    Instead, ████████████████████████████████████████
████████████████████████████, and so is not location data.[329] When data is moved between S3's ████████████████████████████████████
█████████████.[330] Per Amazon's description of the S3 architecture, ███████████
██████████████████████████████████████████████████
████████████████████████████.

   ██████████
   ████████████████████████████████████
   ████████████████████████████████████[331]
   ████████████████████████████

266.    However, the changes made in ████████████████████████
████████████████. In fact, once a ████████████ is created, there exists no way to update that

---

[328] 6/4/2021 A. Vermeulen Dep. Tr. at 166:6-10 ("And nowhere ████████████
████████████████████████ to tell you which drives the object is, quote, located on.").

[329] 4/19/23 S. Markle Dep. Tr. at 86:12-17 (stating that ████████████████████████
████████████████████████████████████████████████████
████████████████████."); 1/30/2020 S. Markle Dep. Tr. at 176:7-8 ("█
████████████"), 176:12 ("████████████████████████.").

[330] AMZ_KOVE_000012900 at AMZ_KOVE_000012901.

[331] AMZ_KOVE_000012900 at AMZ_KOVE_000012901.

██████████████████████████████████████████████████████████████

██ [332] Therefore, it does not change when data is moved in the S3 system.

267.   The information contained in an ██████ must be processed through multiple components in S3 after ████████████████████████████████████████

████████████████████████████; ████████████████████████████

█████████████████████████████████████. █████████████████

██████████████████████████████████ [333] Thus, S3 takes the opposite approach of the claimed invention: it disconnects ████████████████ from the location of data.

### BEGIN HIGHLY CONFIDENTIAL – SOURCE CODE INFORMATION

268.   Finally, in some cases with small enough data, the ████████████████████

██████████   As the source code reveals, the ████████████████████████████

██████ [334]



---

[332] AWS_SRC_CODE_000001109; 4/19/23 S. Markle Dep. Tr. at 86:18-20 ("████████████████████████████████████████████").

[333] E.g., 1/30/2020 S. Markle Dep. Tr. at 224:17-19 ("█████████████████████████████████████████████").

[334] AWS_SRC_CODE_000001059.



[REDACTED].[350]

280.    Further, the [REDACTED].[351] The cache does not contain any set of metadata, and no metadata is assigned to be stored in their caches. Instead, the [REDACTED] [REDACTED].[352] And [REDACTED] data is neither complete nor unique.

**BEGIN HIGHLY CONFIDENTIAL – SOURCE CODE INFORMATION**

281.    For example, in my source code review, I found the description of the [REDACTED] [REDACTED]. Because caching is not intended to store the entire set of data, but to merely store the "hot" objects that are most frequently accessed, there is simply not enough space to store all [REDACTED] [REDACTED].[353]

---

[350] AMZ_KOVE_000012900 at AMZ_KOVE_000012901; 4/19/23 S. Markle Dep. Tr. at 142:1-2 ("[REDACTED].").

[351] 1/30/2020 S. Markle Dep. Tr. at 172:5-6 ([REDACTED]), 173:10-11("[REDACTED]).

[352] *See* AMZ_KOV_000226532 at AMZ_KOV_000226533-34.

[353] AWS_SRC_CODE_000001084.



282.    As a result, the ███████████████████████████████████
████████████████████████████████████████[354]██████████████████████
████████.

283.    In fact, not only do the █████ fail to satisfy the location server limitation of the claims, but the ████████████████████████████████████████████████████████
████████████████████████████████████████ as discussed below. As my source code review showed, the ██████████████████████████████████████████
██████████████████████████████████████████████████████████████████
████████████████[355]



---

[354] *See* AMZ_KOV_000226532 at AMZ_KOV_000226533-34.

[355] AWS_SRC_CODE_000000535 at AWS_SRC_CODE_000000535.

334.    Second, DDB's components are arranged into a hierarchy. Specifically, DDB's components are grouped together ███████████████████████████████████ ████████████████████.[394]



335.    ████████████████████████████████████████████████████

████████. If all data is ████████████████, you need to make sure that all reads at a certain point get the same data. For instance, when a write happens and at a certain point, not all replicas have been updated. At that point, a read happens. If we send the read to all of the replicas, we may get different versions of the data back. We need to know which of the versions is the last committed version. ██████████████████████████████████████████

████████████████████.[395] ████████████████████████████████████

████████.[396]

---

[394] AMZ_KOVE_000064710 at AMZ_KOVE_000064722.

[395] *See e.g.,* AMZ_KOVE_000065855.

[396] *See e.g.,* AMZ_KOVE_000065855.

**BEGIN HIGHLY CONFIDENTIAL – SOURCE CODE INFORMATION**

336.     During my source code review, I identified the following attributes describing ▮

▮▮▮▮▮▮[397]



337.     Parent-child structures are also called root-leaf relationships, i.e. part of a "tree" structure. This shows that DDB uses a hierarchical structure ▮▮▮▮▮▮

**END HIGHLY CONFIDENTIAL – SOURCE CODE INFORMATION**

338.     Indeed, Dr. Swami Sivasubramanian, the first General Manager of DynamoDB, confirmed that DDB is hierarchical.[398]

---

[397] AWS_SRC_CODE_000000157.

[398] 5/10/23 S. Sivasubramanian Dep. Tr. at 136:6-19; 161:1-15; 5/11/23 S. Sivasubramanian Dep. Tr. at 491:4-492:15.



356.     This type of hierarchical command structure is critical for maintaining consistency

in replication, as I detailed above.

**BEGIN HIGHLY CONFIDENTIAL – SOURCE CODE INFORMATION**

357.    And my review of the source code confirmed the hierarchical nature of the S3 components. For example, the following code explains ███████████████████████████████████

███████████████[421]

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

358.    Parent-child structures are also called root-leaf relationships, i.e. part of a "tree" structure. This shows that S3 uses a hierarchical structure to store its data.

359.    Third, S3 ████████████████████████████████ Specifically, S3 relies on a ████████████████ for organizing this data. Per the S3 source code, ████████████████████ ████████████████████████████████[422]

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

360.    Finally, ███████████████████████████████████████████ As my source code review revealed, ████████████████████████████████████

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████

███████████████████████████

---



**END HIGHLY CONFIDENTIAL – SOURCE CODE INFORMATION**

361.   And as AWS's internal documentation further explains, a ███████████

███████████████████████████████████████████████████████████████████████████████

██████████████████████[423] And the concept of a Merkle Tree is not new. Indeed, it was patented

by Ralph C. Merkle in the early 1980s.[424] And below is the figure from Ralph C. Merkle's patent,

showing ████████████████████████████████████████[425]



---

[423] *See* AMZ_KOVE_000086390.

[424] *See* Ex. 3 (U.S. Patent No. 4,309,569, issued on January 5, 1982).

[425] *See* Ex. 3 (U.S. Patent No. 4,309,569, issued on January 5, 1982) compared to the tree hierarchical architecture of S3 in AMZ_KOVE_000062766.



362.    And AWS's engineers and architects have repeatedly confirmed that S3's structure, both in terms of its component structure and key structures are based on a hierarchical tree design. For example, Dr. Vermeulen, one of the lead engineers involved in developing S3, stated that the S3 was developed with a hierarchical tree architecture:

> So that is, in fact, how any index system but certainly how S3 works is you have  . The reality is you have to apply that at multiple levels . . .  - and each of those, especially the tree itself, could have many, many layers to them.[426]

363.    And Mr. Hamilton, Amazon's Senior Vice President and Distinguished Engineer, confirmed that as well.[427]

---

[426] 5/23/2023 A. Vermeulen Dep. Tr. at 82:1-83:14.

[427] 4/27/23 J. Hamilton Dep. Tr. at 114:13-19.

551.    I declare that all statements made herein of my knowledge are true, and that all statements made on information and belief are believed to be true, and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.


Dated:  8/18/2023

Dr. Ananth Grama