# Exhibit 9



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/019,109 | 08/31/2022 | 7233978 | | 3927 |

| 184647 | 7590 | 04/03/2023 |
|---|---|---|

Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway
Suite 300
Redwood City, CA 94065

| EXAMINER |
|---|
| SORRELL, ERON J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 04/03/2023 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

FISCH SIGLER LLP
5301 WISCONSIN AVENUE NW, SUITE 400
WASHINGTON, DC 20015

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/019,109*.

PATENT UNDER REEXAMINATION *7233978*.

ART UNIT *3992*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

KOV_00238618

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a. ☑ Responsive to the communication(s) filed on 31 August 2022.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

b. ☐ This action is made FINAL.

c. ☐ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire 2 month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:
1. ☐ Notice of References Cited by Examiner, PTO-892.   3. ☐ Interview Summary, PTO-474.
2. ☐ Information Disclosure Statement, PTO/SB/08.   4. ☐ _____.

Part II   SUMMARY OF ACTION
1a. ☑ Claims 17-31 are subject to reexamination.
1b. ☑ Claims 1-16 are not subject to reexamination.
2. ☐ Claims _____ have been canceled in the present reexamination proceeding.
3. ☑ Claims 18-22,25-29 and 31 are patentable and/or confirmed.
4. ☑ Claims 17,23-24 and 30 are rejected.
5. ☐ Claims _____ are objected to.
6. ☐ The drawings, filed on _____ are acceptable.
7. ☐ The proposed drawing correction, filed on _____ has been (7a)  ☐ approved (7b)  ☐ disapproved.
8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. 119(a)-(d) or (f).
    a) ☐ All  b) ☐ Some*  c) ☐ None  of the certified copies have
    1 ☐ been received.
    2 ☐ not been received.
    3 ☐ been filed in Application No. _____.
    4 ☐ been filed in reexamination Control No. _____.
    5 ☐ been received by the International Bureau in PCT application No. _____.
    * See the attached detailed Office action for a list of the certified copies not received.
9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.
10. ☐ Other: _____

cc: Requester (if third party requester)
U.S. Patent and Trademark Office
PTOL-466 (Rev. 08-13)     Office Action in Ex Parte Reexamination     Part of Paper No. 20230314

KOV_00238619

## Brief Summary of the Proceeding

A Third Party Requester, Amazon Web Services, requested Ex Parte Reexamination of claims 17, 23, 24, and 30 of U.S. Patent No. 7,233,978 to Overton et al. ("the '978 Patent"). The Request for Ex Parte Reexamination ("the Request") was granted a filing date of August 31, 2022.

The Request was found to raise at least one substantial new question of patentability with respect to at least one of the challenged claims and an Order granting said Request was mailed November 11, 2022. The Order indicated that claims 17-30 would subject to reexamination with claims 18-22 and 25-29 being added by the Examiner sua sponte pursuant to MPEP § 2243 because those all depend from independent claims found to have a substantial new question of patentability.

## Status of the Claims

Claims 17-30 are subject to reexamination;

Claims 17, 23, 24, and 30 are rejected;

Claims 18-22 and 25-29 are confirmed over the prior art of record.

## Listing of Prior Art

The following patents and/or printed publications are cited in this proceeding:

i.  Oracle Names Administrator's Guide, Release 2.0 (Oracle Corp., Redwood City, CA), published 1996 ("ONAG");

ii. U.S. Patent No. 6,122,664 to Marcel Boukobza, filed on June 27, 1997, issued September 19, 2000 ("Boukobza");

iii. Joseph B. Greene, Oracle8 Server Unleashed, 1st ed. (Sams Publishing, Indianapolis, Ind.), ISBN: 0672306816, published October 1, 1995 ("OracleUnleashed");

iv. U.S. Patent No. 5,617,568 to Michael B. Ault, filed on December 14, 1994, issued April 1, 1997 ("Ault"); and

v.  U.S. Patent No. 6,230,183 to Peter B. Yocum, filed on March 11, 1998, issued May 8, 2001 ("Yocum").

### *Review of Affirmed SNQs*

SNQ I: ONAG in view of Boukobza was found to raise SNQs over claims 17, 23, 24, and 30.

SNQ II: ONAG in view of OracleUnleashed was found to raise SNQs over claims 17, 23, 24, and 30.

identifiers and associated locations are automatically transferred when the performance criterion reaches the predetermined limit. One of ordinary skill in the art would have been motivated to make such modification in order relieve the DBA of as many manual tasks as possible freeing up time for other activities as suggested by OU (See page 448).

### III. Ault in view of Yocum and Boukabza

Claims 17, 23, 24, and 30 are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Ault in view of Yocum and further in view of Boukobza.

Referring to claim 17, Ault teaches a method in a location server in a system for storing and retrieving location information (see file set location server 64 in figure 7) (see lines 1-9 of column 6, *"The file set location server maintains a database 66 of all file sets. This database is utilized to keep track of the physical locations where file sets are stored. If a DFS client 52 requires access to one of the file sets, it sends a request first to the file set location server/database 64, 66 to inquire about the physical location of the file set, After receiving location information, the client 52 then contacts the actual particular DFS file server 54 wherein the*

Application/Control Number: 90/019,109                                    Page 27
Art Unit: 3992

*particular file set or file system 56 resides."*), the method comprising:

provide a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier (see lines 1-9 of column 6, *"If a DFS client 52 requires access to one of the file sets, it sends a request first to the file set location server/database 64, 66 to inquire about the physical location of the file set, After receiving location information, the client 52 then contacts the actual particular DFS file server 54 wherein the particular file set or file system 56 resides."* See also lines 10-13 of column 7, *"Nevertheless, this functionality must be provided for OS/2 clients prior to the availability of such support for these attributes through DFS protocols."*);

storing location information (see lines 62 of column 5 to line 9 of column 6, *"The file set location server maintains a database 66 of all file sets.*);

receiving an identifier and a location relevant to the identifier at the first location server (see lines 62 of column 5 to line 9 of column 6, *"DFS server systems desiring to export file sets must register their export file sets at a system known as the file set location server 64. The file set location server maintains a database 66 of all file sets. This database is*