# Exhibit 11



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/019,109 | 08/31/2022 | 7233978 | | 3927 |

184647          7590          08/21/2023
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway
Suite 300
Redwood City, CA 94065

| EXAMINER |
|---|
| SORRELL, ERON J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 08/21/2023 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

FISCH SIGLER LLP
5301 WISCONSIN AVENUE NW, SUITE 400
WASHINGTON, DC 20015

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/019,109*.

PATENT UNDER REEXAMINATION *7233978*.

ART UNIT *3992*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

### 1b) Boukobza's disclosure of the transferring step

The Patent Owner also argues that the combination of Ault, Yocum, and Boukobza teaches fails to teach the transferring step and references the earlier presented arguments concerning the Boukobza reference. See Remarks, page 35). The Examiner disagrees with these arguments for the same reasons presented earlier with respect to Boukobza.

### 2) The claimed "identifiers"

The Patent Owner argues that the combination of Ault, Yocum, and Boukobza fails to teach the claimed identifiers because Ault does not teach identifiers that uniquely identify an entity as required by the term when given its appropriate interpretation under Phillips. The Patent Owner argues that Ault's identifier identifies at most a file set and not an entity. (See Remarks, pages 35-36).

**The Examiner finds this argument persuasive.** Ault is silent with respect to the identifier uniquely identifying an entity. As best understood from the reference, Ault appears to disclose the identifiers identifying the file sets themselves rather than an entity. (See Ault, lines 1-9 of column 6).

### 3) Aggregate set of location information.