# Exhibit 12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>               Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Matthew F. Kennelly<br><br>Jury Trial Demanded |

**EXPERT REPORT OF JOSEPH B. GREENE REGARDING INVALIDITY OF U.S. PATENT NOS. 7,103,640, 7,233,978, AND 7,814,170**

    f. The Asserted Claims are invalid in their new scope as anticipated and/or rendered obvious by prior art references and systems that predate the earliest possible priority date.

    g. Kove's evidence does not support any secondary considerations of non-obviousness for the Asserted Patents.

3. The above opinions reflect my own personal knowledge and experience, independent analysis, personal review of relevant materials, and independent judgment. My opinions and explanations are consistent with the general knowledge and understanding of the field. As a result, portions of this report may be substantially similar to opinions and statements in reports authored by other experts relating to the present technology or the Asserted Patents including, for example, my testimony from the related reexamination proceedings.

4. My report and opinions are based on the presently known facts and history of the Asserted Patents and Asserted Claims. I reserve the right to supplement or update my report and opinions based on any additional relevant information, including information regarding the Asserted Patents, the Asserted Claims, and their prosecution histories. This includes, without limitation, additional testimony from John Overton, and any additional information about the prosecution history for any of the Asserted Patents, e.g. any additional information about the previous post-grant proceedings or additional action in any of the pending or future post-grant proceedings regarding the Asserted Claims or the Asserted Patents.

    **A.**     **Qualifications**

5. I summarize some of my relevant educational background, work experience, and other relevant qualifications below. A more detailed recitation of my professional qualifications and background is reflected in my Curriculum Vitae ("CV"), attached as Appendix A.

6. I am an expert in managing distributed databases and networks. I have dedicated more than three decades of my professional career to implementing, managing, and analyzing

distributed and relational databases. In the course of my career, I have worked with a variety of different commercial products, including systems from Oracle, Microsoft, and IBM, among others.

7. I first began working with distributed database software 33 years ago while I was with Booz Allen Hamilton. I was responsible for managing the Oracle database systems and architecture for NASA's Space Station Engineering Integration Contract. In that role, I constructed a large complex of servers and workstations for 1,000 Oracle users across five facilities around the country.

8. In 1994, I began supporting one of the 10 largest Oracle data warehouses in the United States, when I moved to KCS Information Technology Solutions.

9. From 1996 to 2002, I built numerous application data centers and implemented multiple Oracle systems for customers as the Operations Group Leader at Information Systems Services, Inc.

10. And for the past two decades, I have consulted across the country in the field of database design and architecture, with an emphasis on Oracle software. I was recently a member of Carnegie Mellon University's Delphi Research Group, where I served as a leader in database design, management, and scaling efforts. I am currently a cloud solutions architect at Federal Home Loan Bank of Pittsburgh, where I serve as a leader on migrating applications and databases to a cloud environment.

11. I earned my Bachelor's degree in Physics from Northwestern University in 1981, and a Master of Science degree from Johns Hopkins University in Applied Physics/Space Sciences in 1991.

12. I have published numerous books on distributed databases and architectures, including six on Oracle alone, explaining how they work and how to optimize their performance

for database administrators ("DBAs"). The following table lists my most relevant texts in this field of technology.

| Title | Publication Year | Pages |
|---|---|---|
| Oracle DBA Survival Guide | 1995 | 769 |
| Oracle 7.3 Developer's Guide | 1996 | 1,008 |
| Windows NT Server 4.0 Unleashed | 1996 | 1,152 |
| Microsoft BackOffice Unleashed | 1996 | 1,222 |
| Oracle Unleashed | 1996 | 1,404 |
| Oracle Unleashed, 2nd Edition | 1997 | 1,431 |
| Microsoft BackOffice Unleashed, 2nd Ed. | 1997 | 1,503 |
| Oracle Development Unleashed | 1998 | 1,538 |
| Oracle and Java Development | 2001 | 438 |

**B.     Other Matters**

13.     I have offered expert testimony on the Asserted Patents in the form of Declarations submitted to the Patent Office in each of Reexamination Control Nos. 90/019,034, 90/019,035, 90/019,036, 90/019,109, 90/019,162, 90/019,165, and 90/019,166. I have not offered any other expert testimony in any litigation in the last five years.

**C.     Compensation**

14.     In connection with my work as an expert, I am being compensated at a rate of $80 per hour. I am also reimbursed for reasonable and customary expenses associated with my work in this case. I receive no other forms of compensation related to this case. No portion of my compensation is dependent or otherwise contingent upon the results of these matters or the specifics of my testimony.

**D.     Materials Reviewed**

15.     In formulating my opinions in these matters, I have reviewed the '640, '978, and '170 Patents, their file histories, and the related post-grant proceedings, and their related applications, including Provisional Application No. 09/111,896 ("the '896 Provisional

480. I declare that all statements made herein of my knowledge are true, and that all statements made on information and belief are believed to be true, and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Dated: July 3, 2023

*Joseph B. Greene*

Joseph B. Greene