# Exhibit 13

1      UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF ILLINOIS

3           EASTERN DIVISION

4
KOVE IO, INC.,                    )
5                                 )
              Plaintiff,          )
6                                 ) Case No.
       vs.                        ) 1:18-cv-08175
7                                 )
AMAZON WEB SERVICES, INC.,        )
8                                 )
              Defendant.          )
9    _____)

10

11   _____

12     HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
     _____

13

14

15      REMOTE VIDEOTAPED DEPOSITION OF

16            ALLAN H. VERMEULEN

17          Friday, June 4, 2021

18

19

20

21

22   STENOGRAPHICALLY REPORTED BY:

23   RHONDA HALL–BREUWET, RDR, CRR

24

25   JOB NO. 194963

1

2

3

4                         June 4, 2021

5                         8:07 a.m. PST

6

7

8              Videotaped Deposition of ALLAN H.

9    VERMEULEN, held remotely before Rhonda

10   Hall-Breuwet, Registered Diplomate Reporter,

11   Certified Realtime Reporter, Certified

12   Shorthand Reporter (CA and TX), Licensed Court

13   Reporter (TN), Certified Court Reporter (GA,

14   LA, and WA), Florida Professional Reporter, and

15   Notary Public of the State of Florida.

16

17

18

19

20

21

22

23

24

25

```
 1   A P P E A R A N C E S:

 2   ATTORNEYS FOR PLAINTIFF:

 3           REICHMAN JORGENSEN LEHMAN & FELDBERG

 4           1710 Rhode Island Avenue, NW

 5           Washington, DC 20036

 6           BY:  ADAM ADLER, ESQUIRE

 7

 8

 9   ATTORNEYS FOR DEFENDANT:

10           FISCH SIGLER

11           5301 Wisconsin Avenue NW

12           Washington, DC  20015

13           BY:  R. WILLIAM SIGLER, ESQUIRE

14                MICHAEL MARVIN, ESQUIRE

15                JAIME CARDENAS-NAVIN, ESQUIRE

16                KHUE HOANG, ESQUIRE

17

18

19   VIDEOGRAPHER:

20             SHA-LA HOLLIS

21

22

23

24

25
```

```
 1      --------------- I N D E X -----------------

 2   WITNESS:  ALLAN H. VERMEULEN

 3   EXAMINATION                              PAGE

 4        BY MR. ADLER                          16

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          ALLAN H. VERMEULEN

2      THE VIDEOGRAPHER:  Good morning,

3   Counselors.  My name is Sha-la Hollis,

4   and I'm the legal videographer in

5   association with TSG Reporting,

6   Incorporated.  Due to the severity of

7   COVID-19 and following the practice of

8   social distancing, I will not be in the

9   same room with the witness.  Instead, I

10  will record this videotaped deposition

11  remotely.  The reporter, Ms. Rhonda

12  Hall, also will not be in the same room

13  and will swear the witness remotely.

14      Do all parties stipulate to the

15  validity of this video recording and

16  remote swearing and that it will be

17  admissible in the courtroom as if it had

18  been taken following Rule 30 of the

19  Federal Rules of Civil Procedures and

20  the state's rules where this case is

21  pending?

22      MR. ADLER:  Yes.  This is Adam Adler

23  on behalf of Kove, and I agree to that

24  stipulation.

25      MR. SIGLER:  Yes, good morning.

1          ALLAN H. VERMEULEN

2    This is Bill Sigler on behalf of the

3    witness and the defendant, Amazon Web

4    Services, and we agree to that.

5          THE VIDEOGRAPHER:  All right.  Thank

6    you.  Stand by.

7          Here begins Tape Number 1 of the

8    volume -- excuse me.  Here begins Tape

9    Number 1 of the videotaped recorded

10   deposition of Mr. Allan Vermeulen in the

11   matter of Kove IO, Incorporated, versus

12   Amazon Web Services, Incorporated, in

13   the United States District Court for the

14   Northern District of Illinois, Eastern

15   Division, Case Number 1:18-cv-08175.

16         Today's date is June the 4th, 2021,

17   and the time is approximately 8:07 a.m.

18         My name is Sha-la Hollis, and I'm

19   the legal video specialist from TSG

20   Reporting, Incorporated.  The court

21   reporter is Ms. Rhonda Hall, also in

22   association with TSG Reporting.

23         Will all counsel present please

24   introduce yourselves for the record.

25         MR. ADLER:  Yes.  This is Adam Adler

1           ALLAN H. VERMEULEN

2      on behalf of Kove from Reichman

3      Jorgensen.

4           MR. SIGLER:  Good morning.  This is

5      Bill Sigler from Fisch Sigler, LLP, on

6      behalf of the witness and Amazon Web

7      Services.

8           MR. ADLER:  And we also have on the

9      line Michael Marvin, also on behalf of

10     Kove.

11          THE VIDEOGRAPHER:  All right.  Thank

12     you.

13          Will the court reporter please swear

14     in the witness.

15          CERTIFIED STENOGRAPHER:  Raise your

16     right hand, please.

17          Do you solemnly swear the testimony

18     you are about to give will be the truth,

19     the whole truth, and nothing but the

20     truth?

21          THE WITNESS:  I do.

22          THE VIDEOGRAPHER:  Counselor, you

23     may proceed.

24           ALLAN H. VERMEULEN

25     acknowledged having been duly sworn to tell

1      ALLAN H. VERMEULEN

2   the truth and testified upon his oath as

3   follows:

4          DIRECT EXAMINATION

5   BY MR. ADLER:

6       Q.    Good morning, Mr. Vermeulen.

7       A.    Good morning.

8       Q.    Just to start, could you state and

9   spell your full name for the record.

10      A.    Allan Henry Vermeulen, A-l-l-a-n

11  H-e-n-r-y V-e-r-m-e-u-l-e-n.

12      Q.    Thank you.

13            Have you been deposed before?

14      A.    Yes, I have.

15      Q.    How many times have you been deposed

16  before?

17      A.    Just once.

18      Q.    And what was that case about?

19      A.    That case was about 20 years ago,

20  and, honestly, I don't remember the

21  particulars.  It was a patent litigation

22  case.

23      Q.    And was that -- were you working at

24  Amazon, testifying on behalf of Amazon at the

25  time?

1          ALLAN H. VERMEULEN

2    children were getting to the age where they

3    were in middle school and getting ready to

4    start high school, and I desired a career

5    path that would be -- that would have me be

6    home a little more often.

7          So at the beginning of 2005, █

8    ███████████████████████████████████

9    ███████████████████████████████

10   ██████████████, and that's the -- that the

11   change I attempted to capture with the

12   adjective "technical" in my LinkedIn profile.

13       Q.   I see.

14          And you described it briefly there,

15   but if you were to expand on that a little

16   bit, how would you say that role was

17   different from the role that you had held

18   before?

19       A.   Well, it was completely different.

20   I had arranged in two thousand- -- the end of

21   2004, I wrote that -- as we do at Amazon, █

22   ████████████████████████████████

23   ███████████████████████████████████

24   ███████████████████████████████████

25   ██████████████████████████████

```
 1              ALLAN H. VERMEULEN
 2   ███████████████████████████████████
 3   █████████████████████████████████████
 4   █████████████████████████████
 5   ██████
 6           (Zoom glitch.)
 7      Q.   We lost you.
 8      A.   All right.  How much did you miss?
 9           MR. ADLER:  What was the last thing,
10      Rhonda, you got?
11           (Previous answer read back.)
12           THE WITNESS:  So in 2005 I -- or
13      2004 ███████████████████████████████
14      ███████████████████████████████
15      ███████████████████████████████
16      ███████████████████████████
17      ████████████████████████  So I was an
18      engineer on the -- on the S3 product
19      team through two thousand- -- during
20      2005.  And as it turned out, I simply
21      kept that role after the year had
22      elapsed.
23   BY MR. ADLER:
24      Q.   Was one of the reasons why you
25   wanted that role is because it required less
```

1

2    time working?

3        A.    No.   No.   In fact, I -- I'm -- no.

4    ███████████████████████████████████

5    ███████████████████████████████████

6    ████████████████████████████████████

7    ██████████████████████████████  So

8    it required less time physically being in the

9    office.

10        Q.    And when you were in that role, did

11    you continue to have ████████████████████

12    ████████████ ?

13        A.    No.   We still met.   I was still

14    involved in meetings around -- but they would

15    be restricted at that point to S3.

16        Q.    Okay.   So then let's go back to the

17    meetings that we were talking about earlier.

18    Those earlier meetings that we were talking

19    about were not limited to S3; is that

20    correct?

21        A.    Well, S3 didn't exist.   The ████████

22    ████████████████████████████████ ; so, by

23    definition, none of those meetings had

24    anything to do with S3.

25        Q.    Did they have to do with ████████████

```
 1              ALLAN H. VERMEULEN

 2  ██████████████?

 3      A.   Yes.

 4      Q.   And at that point AWS did not

 5  include S3; is that right?

 6      A.   That's correct.

 7      Q.   What did it include, if anything?

 8      A.   Well, at launch, the primary

 9  services were services that allowed

10  developers to access our -- our Amazon retail

11  data.  So, for example, you could access

12  catalog data, pricing data, and so on as a

13  third-party engineer.  So people --

14  developers would use that, for example, to

15  build mobile applications and their own

16  websites that they could then use to

17  merchandise their products, which they would

18  sell on the Amazon platform.  That was the

19  primary offering when the effort started in

20  2004.

21      Q.   Would you say that one of the

22  primary differences between your role as a

23  dude and a technical dude was that as

24  technical dude you were focused primarily on

25  S3, whereas, as a dude, especially in 2004,
```

1          ALLAN H. VERMEULEN

2     information to the entire group.  I

3     mean, all of the ways that you would

4     expect colleagues in an environment

5     working on building a new business to

6     communicate, we used those.

7  BY MR. ADLER:

8     Q.  Do you know if S3 was developed in

9  parallel with the EC -- with the product that

10 would eventually become EC2?

11        MR. SIGLER:  Objection.  Form.

12     Vague.

13        THE WITNESS:  I don't know the --

14     the EC2 timeline as well as the S3

15     timeline.  I believe that EC2 had -- the

16     ████████████████████████████████,

17     but I don't know that for certain.

18 BY MR. ADLER:

19     Q.  Do you know if there was a decision

20 made to prioritize what would become S3 over

21 what would become EC2?

22     A.  There was ████████████████████

23 ████████.  Both products ████████████████

24 ██████████████████████████████████████████

25 ████████████████████████.

1          ALLAN H. VERMEULEN

2     Q.   At the time did -- did you -- I'm

3   sorry.  Forgive me.

4          At the time was there an

5   understanding that both products were

6   ███████████████████████████?

7     A.   Well, I -- an -- an understanding

8   by -- by whom?  I mean, I will say that

9   certainly myself, ████████████████████

10  ████████████████████████████████████████

11  ██████████████████████████████.

12    Q.   Now, I might have asked it earlier,

13  but I was referring to the origins of AWS.

14  Now I'm going to ask it more specifically.

15         When did you start actively

16  designing the S3 storage system, what would

17  become the S3 storage system?

18    A.   So the S3 project was really

19  initiated, and we ████████████████████████

20  ████████████████████████████████████████

21  ██████████████████████████.

22    Q.   And how was it that you ended up on

23  the S3 team -- I'm going to refer to -- I

24  made this mistake a few times.  Unless I say

25  otherwise, for now when I refer to the S3

1          ALLAN H. VERMEULEN

2   team, I'm referring to the product that

3   eventually became S3.

4          Do you understand?

5      A.   I'm going to take that as meaning

6   the product we started developing ████ as

7   opposed to ████████████████████████

8   ████████████████████. And -- can you

9   repeat the question, please?

10     Q.   Yeah.  I just wanted to make sure we

11  understood, but you actually said something

12  that I want to ask you a little bit more

13  about.

14         You stated that there were some

15  ██████████████████████████████████████

16  ████████.  Could you tell -- what were

17  those products?

18     A.   Well, we had a product that we were

19  developing that we referred to as, ██████

20  ████████████████████████████████.

21     Q.   And what was ██?

22     A.   It was a ████████████████████████

23  ████████████████.  The ████████████

24  ████████████████████████████████

25  ████████████.  The API was different and we

```
 1              ALLAN H. VERMEULEN
 2      Q.   Would it be more correct to say that
 3   the ████████████████████████████████████████
 4   ███████████████████████  --
 5      A.   Yes.
 6      Q.   Okay.
 7           (Stenographer requests
 8           clarification.)
 9           MR. ADLER:  I'll say it as a
10      question so we can get a clear answer.
11   BY MR. ADLER:
12      Q.   Would you say that the object
13   storage identifier locating -- would you say
14   that -- would you say that finding the object
15   storage identifier is a step towards
16   identifying the location of the underlying
17   object?
18      A.   Again, the location term is
19   problematic because it's challenging to know
20   what that means.  But it is a ██████████████
21   ██████████████████████████████████.
22      Q.   Is it a step in figuring out where
23   the object is stored?
24      A.   No.  It is a ████████████████████████
25   ████████████████████████.  And to be clear, this
```

```
 1              ALLAN H. VERMEULEN
 2    depends on what you mean -- to make it very
 3    concrete, the ████████████████████████████
 4    ██████████████████████████, and I suppose it
 5    would be most correct to say that the ███████
 6    ████████████████████████████████.  And
 7    nowhere except in the ███████████████████████
 8    itself is there any information to tell you
 9    which ██████████████████████████████████████
10    ██.
11              So if your goal, for example, was
12    to, you know, take a ██████████████████████████
13    ████████████████████████████████████████
14    ██████████████, if that's what you mean by
15    location, then the ██████████████████████████
16    ██████████████.  You have to actually have
17    the context that's on the ████████████
18    ████████ because it's -- it's dealing with the
19    ██████████████████████████████████████████
20    ██████████████████.
21        Q.   Would you agree that you wouldn't be
22    able to identify the storage nodes where the
23    bytes are stored if you did not have the
24    object storage identifier?
25        A.   Yes.  Well, actually, that -- the
```

ALLAN H. VERMEULEN

1  

2 way it -- I mean, I can explain how the ██████

3 ██████ works, but the ████████████████████

4 ███████████████. And so the ███████████████

5 does not ███████████████████████████████████

6 ██████████████████████████. That ███████████

7 ███████████.

8       And, you know, of course the

9 system -- the ████████ is not -- the ████████

10 ███████████████████████ or the ███████████████

11 ██████████ does not change. The storage node

12 ███████████████████████ does not change, but

13 the ██████████████████████████████████████████

14 ███████████████████.

15       So you use that -- you use the --

16 the ██████████████████████████████

17 ██████████, but you do that ████████████████████

18 ████████████████████████████████.

19       So if by "location" you mean the ██

20 ███████████████████████████████████, then you

21 do need the ███████████████████████████████████

22 █████████████████████████. That ███████████

23 ██████████. Again, the goal was to build a

24 flexible system. So . . .

25    Q.   Yeah, my question -- my question is

ALLAN H. VERMEULEN

1
2    for Amazon patents, whether to cite certain
3    sources of prior art in the patent
4    application?
5        A.    I have no idea.
6        Q.    Were you involved in any decisions
7    regarding citations of prior art in patent
8    applications?
9        A.    ███.
10       Q.    Do you know whether engineers are
11   typically involved in the decision as to
12   whether cite prior art in patent
13   applications?
14       A.    ████████.  I mean, ████████
15   ████████████████████████
16   ████████  ████████████████████
17   ████████████████████████
18   ███.
19       Q.    So if you see a citation in a patent
20   application, you won't pull up the reference
21   material and look at it?
22       A.    ████████.
23       Q.    Are you aware that Amazon has cited
24   Kove patents in several of its patent
25   applications?

1          ALLAN H. VERMEULEN

2          MR. SIGLER:  Objection.  Lack of

3      foundation.

4          THE WITNESS:  ███████████████

5      ████ .

6  BY MR. ADLER:

7      Q.   Have you ever heard of Kove outside

8  of this litigation?

9      A.   Nope.  Never heard of -- I have

10  never heard of Kove.

11      Q.   Do you recall ever reading any of

12  Kove's white papers?

13      A.   Nope.  I do not recall ever reading

14  a white paper.  Like I said, I don't recall a

15  company named Kove until this process.

16      Q.   Have you ever heard of a company

17  named OverX?

18      A.   Named -- say that again.

19      Q.   OverX.

20      A.   No.

21      Q.   Have you ever heard of a company

22  named Econnectix?

23      A.   No.

24      Q.   Okay.  Have you ever heard of anyone

25  named John Overton?

1          ALLAN H. VERMEULEN

2      A.   No, not until this litigation.   I

3  saw that he was the CEO of Kove.  That's all

4  I know about him.

5      Q.   Have you ever heard of anyone named

6  Steph Bailey?

7      A.   No.

8      Q.   Okay.  I'm going to ask you about a

9  few other people at AWS or Amazon you might

10 have worked with.  We spoke about Werner

11 Vogels quite a bit.  You said that Werner

12 Vogels is and was the CTO of AWS?

13     A.   Yes.  That's correct.

14     Q.   What was his involvement in the

15 design of S3?

16     A.   He was ███████████████████

17 ███████████████████████.  He -- there's a

18 section ███████████████████████████████

19 ███████ -- ███████████████████████████

20 ███████████████████████████████████████

21 in there.  He ██████████████████████████

22 █████████████████.  His involvement was ████

23 ████████████████████████████████.

24     Q.   What does Werner Vogels do as CTO?

25     A.   I haven't the foggiest notion.

1          ALLAN H. VERMEULEN

2      Q.   Have you interacted with Werner

3  Vogels in your time at AWS after ███████

4  ████████████? 

5      A.   Yes, from time to time.

6      Q.   Have you ever interacted with him in

7  a professional capacity?

8      A.   ██████████████████████████.

9      Q.   And in what sorts of things -- what

10  did you work on with Werner Vogels when you

11  communicated with him in a professional

12  capacity?

13      A.   Sure.  I'll give you an example.  We

14  have an annual conference called "Reinvent"

15  that takes place in Las Vegas that AWS hosts.

16  Some number of years ago -- I can't remember

17  which year -- Werner was supposed to host a

18  dinner for a number of CTOs at that

19  conference.  ████████████████████████████████

20  ████████████████  ████████████████████.

21          I chatted with Werner ███████████

22  ████████████████████████████████

23  ████████████████████████████████████

24  ████████████████████████████████████.  And

25  I hosted that dinner and, you know, took that

1              C E R T I F I C A T E

2    STATE OF FLORIDA:

3

4           I, RHONDA HALL-BREUWET, RDR, CRR, CSR,

5    LCR, CCR, FPR, stenographic shorthand

6    reporter, do hereby certify:

7           That the witness whose deposition is

8    hereinbefore set forth was duly sworn, and

9    that such deposition is a true record of the

10   testimony given by such witness.

11          I further certify that I am not

12   related to any of the parties to this action

13   by blood or marriage, and that I am in no way

14   interested in the outcome of this matter.

15          IN WITNESS WHEREOF, I have hereunto

16   set my hand this 14th day of June, 2021.

17          _____

18

19          RHONDA HALL-BREUWET, RDR, CRR, CSR, LCR, CCR, FPR

20          Stenographic Shorthand Reporter

21

22

23

24

25