# Exhibit 17

# EXHIBIT D

**HIGHLY CONFIDENTIAL**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1-18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | **JURY TRIAL DEMANDED** |
| Amazon Web Services, Inc., | |
| Defendant. | |

**EXHIBIT D TO THE OPENING EXPERT REPORT OF MICHAEL GOODRICH**
**REGARDING U.S. PATENT NOS. 7,103,640; 7,233,978; AND 7,814,170**

identifier for an object within a bucket," where "[e]very object in a bucket has exactly one key."[26] "Because the combination of bucket, key, and version ID uniquely identify each object, Amazon S3 can be thought of as a basic data map between 'bucket + key + version' and the object itself." *Id.*[27] This combination of bucket, key, and optional version is referred to inside the S3 ████ ████████████████████████████████████████."[28]

### 3. Architecture of Amazon S3

13. *See* Appendix A, § I.A.3, incorporated by reference as if fully stated here.

#### a. Architecture Overview

14. *See* Appendix A, § I.A.3.a, incorporated by reference as if fully stated here.

15. According to AWS, the Amazon S3 system is "a highly durable storage infrastructure designed for mission-critical and primary data storage," which "makes it easy to store and retrieve any amount of data, at any time." KOV_00179984.

16. Amazon S3 includes hardware and software components (and combinations of hardware and software), including those that AWS refers to as ████████████████ ████████████████████████████████████████████████████████████████████

---

[26] KOV_00183389 at KOV_00183400; *see also id.* at KOV_00183491 (a "Key" is "[t]he name that you assign to an object. You use the object key to retrieve the object."); AMZ_KOVE_000086390 at AMZ_KOVE_000086392 (███████████████████████████████████████████████████ ████████████████████████████████████████████████████.").

[27] KOV_00183389 at KOV_00183400 ("Every object in Amazon S3 can be uniquely addressed through the combination of the web service endpoint, bucket name, key, and optionally, a version. For example, in the URL http://doc.s3.amazonaws.com/2006-03-01/AmazonS3.wsdl, 'doc' is the name of the bucket and '2006-03-01/AmazonS3.wsdl' is the key."); *see also* AMZ_KOVE_000434258 at AMZ_KOVE_000434260 ("████████████████████████████████████████████████████ ██████").

[28] AMZ_KOVE_000069828 at AMZ_KOVE_000069830 (██████████████████████████████ ████████████████████████████"), AMZ_KOVE_000069831 (████████████████████████████ ████████████████"); AMZ_KOVE_000086390 at AMZ_KOVE_000086392 (██████████████ ████████████████).

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████, and others.[29]  The diagram below shows the general architecture of Amazon S3.[30]



AMZ_KOVE_000012916

---

[29] *See*, *e.g.*, AMZ_KOVE_000012916; AMZ_KOVE_000012900.

[30] *See also* AMZ_KOVE_000064821 (lecture given by Sorenson regarding the architecture of S3); AMZ_KOVE_000012917 (another lecture given by Sorenson regarding S3).

17.     Fundamentally, these components fit within a basic S3 architecture that includes

S3 ███████████████████████████████████ .[31]



AMZ_KOVE_000013051 (8:25–9:10)

18.     The ███████████████████████ , and the ██████ includes an ████████

██████████ .[32]     As shown below, the ████████████████████████████

███████████████████████████████ , which store ████████ , while the ████████████

[31] AMZ_KOVE_000441762; AMZ_KOVE_000441763; AMZ_KOVE_000441764;
AMZ_KOVE_000443091; AMZ_KOVE_000443724; AMZ_KOVE_000013051 (8:31).

[32] AMZ_KOVE_000013051 (8:42–9:08) ("██████████████████████████████████████
████████████████████████████████████████████████████████████████████
██████ .").

███████████████████████████████, and each ████████████████████████████

███████ .[65]



AMZ_KOVE_000075807 (10:58–13:27)

26.    Each ████████████████████████, which can themselves ████████████

███████████████████████ .

[65] AMZ_KOVE_000400711 at AMZ_KOVE_000400711 (████████████████████████████

██████████ "); AMZ_KOVE_000062766 (associating "████████████████████████ );
AMZ_KOVE_000062767; AMZ_KOVE_000435516 at AMZ_KOVE_000435516 ("███████████
███████████████████ ").



AMZ_KOVE_000062767



AMZ_KOVE_000062766

27.     Each ▮ has a ▮▮▮▮▮ information for a ▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮.[66] ▮▮ the ▮ information returned ▮ during the fulfillment of PUT and GET requests.[67] "▮▮▮▮▮▮" which enables them to "▮▮▮▮▮

---

[66] AMZ_KOVE_000532506 at AMZ_KOVE_000532507; *see* AMZ_KOVE_000435516 at AMZ_KOVE_000435516 (▮▮▮▮▮▮▮); AMZ_KOVE_000437135 at AMZ_KOVE_000437135 ("▮▮▮▮▮").

[67] AMZ_KOVE_000435516 at AMZ_KOVE_000435517 (▮▮▮▮▮ )



."[68]  Using the ████████, requests from ████████████████████████████████████████[69]  Accordingly, "████████████████████████████████████████████████████████████████████████████."[70]

28.    The fleet of █████ are organized in a ████████████, which is ████████ for each ████████████, where the ████████████████████ (*i.e.*, the ████████████) of the ████████████████[71]  The cache ████████████████████ is performed using a ████████████████████████████████████████."[72]  In other words, with reference to the image below, "████████████████████████████████████████████████████████████████████████."[73]  Accordingly, ████████████████████, such that the ████████████████████████████████████████ .[74]

---

[68] AMZ_KOVE_000400711 at AMZ_KOVE_000400711.

[69] AMZ_KOVE_000400711 at AMZ_KOVE_000400715– AMZ_KOVE_000400716; AMZ_KOVE_000069828 at AMZ_KOVE000069831 (requests from ████████████████████████████████ .

[70] AMZ_KOVE_000062719 at AMZ_KOVE_000062734.

[71] AMZ_KOVE_000400711 at AMZ_KOVE_000400712; AMZ_KOVE_000064821 (10:10–11:15) (describing "fleet" of KFCs in keymap); AMZ_KOVE_000435516; AMZ_KOVE_000066223 at AMZ_KOVE_000066225 (the ████████████████████████."); AMZ_KOVE_000434258 at AMZ_KOVE_000434259 (████████████████████).

[72] AMZ_KOVE_000075807 (15:15–16:57).

[73] AMZ_KOVE_000400711 at AMZ_KOVE_000400715.

[74] AMZ_KOVE_000530224, including at 15:08-33, 27:18-28:27, 28:30-29:14, 30:28-33:20, 33:20-34:03, 34:03-53:59 (explaining why ████████████████████████).



AMZ_KOVE_000062763

As a result of the ████████████████, each ████████████████████
████████████████████████████████.[75] Other S3 components, such as ██████
████████████, use ████████████████████████████████████████
██████.[76]

    29.

---

[75] AMZ_KOVE_000400711 at AMZ_KOVE_000400715 (████████████████████████
████████); AMZ_KOVE_000435516 at AMZ_KOVE_000435516 (████████████████████
████████████████████████████"); AMZ_KOVE_000439434 at AMZ_KOVE_000439434 ("██████████████████████████████████████████████████").

[76] AMZ_KOVE_000069828 at AMZ_KOVE_000069830–AMZ_KOVE_00069831 (describing how ████
████████████████████████████);
AMZ_KOVE_000439434 (similar); AMZ_KOVE_000435516 at AMZ_KOVE_000435516 (similar);
AMZ_KOVE_000437135 at AMZ_KOVE_000437136 (similar); AMZ_KOVE_000062763; Markle Dep.
Tr. at 167:16–171:22, 208:19–210:2); AMZ_KOVE_000075807 (19:09–21:02).

30.     Every ▮▮▮ has to know ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. ▮▮▮ thus store a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[77] As the S3 ▮▮▮▮▮ has grown and the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, AWS has ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[78] With ▮▮▮▮▮▮▮▮▮▮▮▮ do not ▮▮▮▮▮▮▮▮▮▮▮, but instead ▮▮▮▮▮▮▮, which is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and will ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[79]



AMZ_KOVE_000075807 (19:09–21:02)

### c.     Volumes (Storage Subsystem)

31.     *See* Appendix A, § I.A.3.b, incorporated by reference as if fully stated here.

32.     "▮▮▮▮▮▮" is where AWS "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮."[80] Most of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[81] In some ▮▮▮▮▮▮▮ there are

---

[77] AMZ_KOVE_000075807 (19:09–21:02); AMZ_KOVE_000400711 at AMZ_KOVE_000400711 ("[T]he ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.").

[78] AMZ_KOVE_000075807 (19:09–21:02).

[79] AMZ_KOVE_000069828 at AMZ_KOVE_000069830–AMZ_KOVE_00069831 (describing how ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮); AMZ_KOVE_000439434 (similar); Markle Dep. Tr. at 167:16–171:22, 208:19–210:2); AMZ_KOVE_000075807 (19:09–21:02).

[80] AMZ_KOVE_000075807 (24:43–26:36).

[81] AMZ_KOVE_000075807 (24:43–26:36).



33. When a ███████ makes a request, it ██████████████████████, whose job it is to ██████████████████████[84] The ██████████████████████████████████████████████, which "████████████████████████████████," including which ███████████████████████████████ ████████████.[85] Each ████████████████████████████████████" [86] ██████ ██████████████████████████████████████████ for increased durability and availability, whereby the data for each object is ██████████████████████ ████████████████████████, of which ██████████████████████████ ████████████████████.[87]

---

[82] AMZ_KOVE_000075807 (24:43–26:36).

[83] AMZ_KOVE_000075807 (24:43–26:36); AMZ_KOVE_000012900 at AMZ_KOVE_000012901; AMZ_KOVE_000434258 at AMZ_KOVE_000434260; AMZ_KOVE_000066223 at AMZ_KOVE_000066225; AMZ_KOVE_000086390 at AMZ_KOVE_000086393.

[84] AMZ_KOVE_000075807 (24:44–31:18); AMZ_KOVE_000012917 (11:49–26:13); AMZ_KOVE_000013051 (34:55–37:46).

[85] AMZ_KOVE_000075807 (24:44–31:18); AMZ_KOVE_000012917 (11:49–26:13) ; AMZ_KOVE_000013051 (34:55–37:46).

[86] AMZ_KOVE_000075807 (24:44–31:18); AMZ_KOVE_000012917 (11:49–26:13) ; AMZ_KOVE_000013051 (34:55–37:46).

[87] AMZ_KOVE_000075807 (24:44–31:18); AMZ_KOVE_000012917 (11:49–26:13) ; AMZ_KOVE_000013051 (34:55–37:46).



AMZ_KOVE_000075807 (24:44–31:18)



AMZ_KOVE_000012917 (11:49–26:13)

### 4. Request Paths

34.    *See* Appendix A, § I.A.4, incorporated by reference as if fully stated here.

35.    The primary functions of Amazon S3 are to PUT (*i.e.*, add or store) and GET (*i.e.*, retrieve) objects, which are achieved through the ███████████████████████████.

> S3 was designed in order to do two simple things: GET and PUT. Basically, that's all the customer needs: retrieve the data and store the data in the system. In order to achieve excellence with these two operations, S3 ████████████████████████████████

AMZ_KOVE_000012900 at AMZ_KOVE_000012902.[88]

36.    In the fulfillment of such requests, Amazon S3 ████████████████████████ ██████████████.[89] "████████████████████████████████████████████" and refers to a ██████████████████████████████████████████████ ██████████████████████.[90] ████████████████████████████████ ████████████████████████████ and may be utilized to ████████████ ████████████████████████████████.[91] Components of the S3

---

[88] "████████████████████████████████████████" AMZ_KOVE_000066223 at AMZ_KOVE_000066225. "████████████████████████████████ ██████. AMZ_KOVE_000086390 at AMZ_KOVE_000086394.

[89] AMZ_KOVE_000012900 at AMZ_KOVE_000012902; AMZ_KOVE_000506657 at AMZ_KOVE_000506659; AMZ_KOVE_000064559 (wiki page for ████████); AMZ_KOVE_000065036 (same); AMZ_KOVE_000440005 (similar); AMZ_KOVE_000438617 at AMZ_KOVE_000438618 (describing ████████████████████████); AMZ_KOVE_000439968 (██████████████████████████████).

[90] AMZ_KOVE_000012910 at AMZ_KOVE_000012912.

[91] AMZ_KOVE_000012910 at AMZ_KOVE_000012912–AMZ_KOVE_000012913; AMZ_KOVE_000439968.

███████████████████████████████████████████ during the fulfillment of GET and PUT requests.[92]

37.     AWS has documented how GET and PUT requests are handled in S3 in several recorded lectures (e.g., AMZ_KOVE_000012917, AMZ_KOVE_000013051, AMZ_KOVE_000075807) and documents (e.g., AMZ_KOVE_000012900, AMZ_KOVE_000012916, AMZ_KOVE_000507062).  Below is a summary of the path that GET and PUT operations take through S3 to fulfill customer requests.

### a.     GET Request

38.     A customer desiring to retrieve an object from S3 can send a GET request for the object that includes the bucket name and object key name (and optional version ID).[93]  The customer sends the GET request as an HTTP request through the Internet, which ███████████ ████████████████████████████.[94]  The request is then ██████████████████ ████████████████████████████████████████.[95]  If the request is ██████████████████████████████████████████ (if present), which then ████████████████████████████████████ for the requested object identified by the ██████████████.[96]  If a ██████████ is not present, the ████████

[92] *E.g.*, AMZ_KOVE_000062719 at AMZ_KOVE_000062732– AMZ_KOVE_000062734; AMZ_KOVE_000437393 at AMZ_KOVE_000437396–AMZ_KOVE_000437399; AMZ_KOVE_000437797 at AMZ_KOVE_000437807–AMZ_KOVE_000437810; AMZ_KOVE_000464643 at AMZ_KOVE_000464644.

[93] AMZ-KOVE_000075807 (3:04–5:15); *see also* AMZ_KOVE_000012900 (describing GET process); AMZ_KOVE_000012917 (1:30–3:09); *See, e.g.*, 2021/07/20 Sorenson Tr. at 17:3-54:20, 119:23-123:25.

[94] AMZ-KOVE_000075807 (3:04–5:15); *see also* AMZ_KOVE_000012900 (describing GET process); AMZ_KOVE_000012917 (1:30–3:09); AMZ_KOVE_000013051 (37:37–38:20).

[95] AMZ-KOVE_000075807 (5:15–6:35); *see also* AMZ_KOVE_000012900 (describing GET process); AMZ_KOVE_000012917 (3:09–4:14); AMZ_KOVE_000013051 (37:37–39:36).

[96] AMZ-KOVE_000075807 (6:35–7:24, 19:08–21:02); *see also* AMZ_KOVE_000012900 (describing GET process) AMZ_KOVE_000013051 (39:36–40:05).

itself ████████████████████████. The ████████████████, which includes a

████████████████, which ████████████████████████████████████

████████████████████████████████████████████").[97] The

████████ then contacts the ████████████████ and asks for the data corresponding to the

████.[98] The ████████████████████████████████, which streams it to

the customer.[99]



AMZ-KOVE_000075807 (9:25)

---

[97] AMZ-KOVE_000075807 (7:24–7:55); *see also* AMZ_KOVE_000012900 (describing GET process).

[98] AMZ-KOVE_000075807 (7:55–8:15); *see also* AMZ_KOVE_000012900 (describing GET process).

[99] AMZ-KOVE_000075807 (7:55–8:15); *see also* AMZ_KOVE_000012900 (describing GET process).



AMZ-KOVE_000075807 (20:55)

39.     Inside the ███, there are a number of ███ that coordinate the looking up of data.[100]  The request from the ██████████████, if applicable) comes to a ███ for the object identified by the ████████████████████████████ ███).[101]  Amazon S3 determines which ███ to send the request from the ███████ ████████████.[102]  If that ██████████ information corresponding to the ████ ██████████████████████████████ information to the ███████.[103]  If the selected ███ does not have the ██████████████████████████████████████████████ ████████████ in the request.[104]  Pursuant to S3's "██████████████, the ██████████ ████████████, which respond with data ████████████████ in the request.[105]



[100] AMZ-KOVE_000075807 (10:11–11:16); *see also* AMZ_KOVE_000012900 (describing GET process).

[101] AMZ-KOVE_000075807 (11:16–11:40); *see also* AMZ_KOVE_000012900 (describing GET process); AMZ_KOVE_000012917 (4:48–5:41).

[102] AMZ-KOVE_000075807 (15:14–17:00); *see also* AMZ_KOVE_000012900 (describing GET process); AMZ_KOVE_000012917 (5:41–7:32).

[103] AMZ-KOVE_000075807 (11:40–13:29); *see also* AMZ_KOVE_000012900 (describing GET process); AMZ_KOVE_000012917 (5:41–7:32).

[104] AMZ-KOVE_000075807 (11:40–13:29); *see also* AMZ_KOVE_000012900 (describing GET process); AMZ_KOVE_000012917 (5:58–8:38).

[105] AMZ-KOVE_000075807 (11:40–13:29); *see also* AMZ_KOVE_000012900 (describing GET process); AMZ_KOVE_000012917 (5:58–8:38).

When the ████ receives a response from a ██████████████████████ , the ████
determines it has the ████████████████ and sends it ████████████████████
the customer's request.[106]



AMZ-KOVE_000075807 (18:27)

40.    The ████████████████████████████ (which includes the
████████████ for the requested object), which it ██████████████ to retrieve
the data ████████████████████.[107]  The ████ makes a ████████ for information
corresponding ████████████████, which includes the ████████████████████
████████.[108] The ████ then makes calls to the ██████████████████████████████

---

[106] AMZ-KOVE_000075807 (11:40–13:29); *see also* AMZ_KOVE_000012900 (describing GET
process); AMZ_KOVE_000012917 (5:58–8:38)

[107] AMZ-KOVE_000075807 (26:56–28:25); *see also* AMZ_KOVE_000012900 (describing GET
process); AMZ_KOVE_000012917 (8:40–10:27); AMZ_KOVE_000013051 (40:05–40:55).

[108] AMZ-KOVE_000075807 (26:56–28:25); *see also* AMZ_KOVE_000012900 (describing GET
process); AMZ_KOVE_000012917 (10:27–13:12); AMZ_KOVE_000013051 (40:55–42:09).

███ .[109]  When the ████████████████████████████████████ , it takes the

████████████████████████████ , which it then sends to the ██████ .[110]



AMZ-KOVE_000075807 (31:00)

41.     The diagram below also depicts the GET process summarized above.

[109] AMZ-KOVE_000075807 (28:25–31:21); *see also* AMZ_KOVE_000012900 (describing GET process); AMZ_KOVE_000012917 (13:12–30:36); AMZ_KOVE_000013051 (40:55–42:09).

[110] AMZ-KOVE_000075807 (28:25–31:21); *see also* AMZ_KOVE_000012900 (describing GET process); AMZ_KOVE_000012917 (13:12–30:36); AMZ_KOVE_000013051 (40:55–42:09).

stores unique set of location information of an aggregate set of location information."  I understand

the parties have agreed that the preamble of claim 17 is limiting after the word "having."[289]

      127.     AWS performs "[a] method of scaling at least one of capacity and transaction rate

capability in a location server," *i.e.*, in a ███ .  As explained above, Amazon S3 ██████████

████████████████████████████████████████████████████████████████

███████ , which may be affected by, for example, the ████████████████████████

█████████████████████████████████ .[290]  When such circumstances arise,

█████████████████████████ may be removed from the ████████████████████

███████████████████ .[291]  This results in the "████████████████████████

███████ .  Changes to the ████████

████████████████████████████████████████████ .[292]

      128.     Within Amazon S3, every group of ████████████ — for each group of ████

████████████████████████████████████████████████████████████████

███████████ — constitutes "a system having a plurality of location servers for store and retrieve

location information." ███████ (*i.e.*, "location servers") for ███████████████████████

███████████████ (*i.e.*, "location information").  As explained above with respect to claim 6

of the '978 patent, Amazon S3 comprises multiple regions, with ███████████████████████

[289] Dkt. 382, Ex. B.

[290] *See* Section I.A.5.b.

[291] *See* Section I.A.5.b.

[292] *See* Section I.A.5.b.



■■■■■■■■■.[293] For each group of ■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■ constitutes "a plurality of location servers."[294]

129.    As explained above with respect to claim 6 of the '978 patent, ■■■■■■

■■■■■■■■■■■■■ ("location information") that can be retrieved during the fulfillment

of a GET request.[295] ■■■■■■■■■■■■■■■■■■■■■■ when they

are received ■■■■ during the fulfillment of GET requests.[296] ■■■ also participate in the

■■■■■■■■■■■■■■■■ during the fulfillment of a PUT request.[297]

■■■ constitute "location servers" under the Court's construction.[298] ■■■■■■

■■■ constitute "location information" under the Court's construction.[299]

130.    Each of the plurality of ■■■ ("location servers") identified above stores a unique

■■■■■■■■■■■■■■■ ("location information") of an ■■■■■■■■

■■■■■■■■. Different ■■■■■ different ■■■■■■■■■■■, as

determined by the ■■■■■, such that each ■■ is responsible for ■■■■■■■■

■■■■■, and therefore ■■■■■■■■■■■■■■.[300] Per this

use of ■■■■■, all the ■■■■■■■■■■■■■■■, which are

■■■■■■■■■■■■, where each ■■ is responsible for ■■■■■■

---

[293] *See* Sections I.A.2 and I.A.3; *see* analysis of claim 6 (including claim 1) of the '978 patent, *supra*.

[294] *See* Sections I.A.2 and I.A.3; *see* analysis of claim 6 (including claim 1) of the '978 patent, *supra*.

[295] *See* Sections I.A.3 and I.A.4.a; *see* analysis of claim 6 (including claim 1) of the '978 patent, *supra*.

[296] *See* Sections I.A.3 and I.A.4.a; *see* analysis of claim 6 (including claim 1) of the '978 patent, *supra*.

[297] *See* Sections I.A.3 and I.A.4.b; *see* analysis of claim 6 (including claim 1) of the '978 patent, *supra*.

[298] *See* analysis of claim 6 (including claim 1) of the '978 patent, *supra*.

[299] *See* analysis of claim 6 (including claim 1) of the '978 patent, *supra*.

[300] *See* sections I.A.3 and I.A.4; *see* analysis of claim 6 (including claim 1) of the '978 patent, *supra*.