# Exhibit 19

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DISTRICT DIVISION

_____

KOVE IO, INC.,                    )

        Plaintiff,            )      Civil Action No.

   -against-                    )      1:18-cv-08175

AMAZON WEB SERVICES, INC.,  )

        Defendant.            )

_____)


*** HIGHLY CONFIDENTIAL TRANSCRIPT ***

VIDEO-RECORDED REMOTE DEPOSITION OF

RANDE ANTHONY BLACKMAN

Zoom Recorded Videoconference

05/24/2023

9:03 a.m. (PDT)



REPORTED BY:  AMANDA GORRONO, CLR

CLR NO. 052005-01

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 2

1                              05/24/2023

2             9:03 a.m. (PDT)

3

4     VIDEO-RECORDED REMOTE DEPOSITION OF RANDE

5   ANTHONY BLACKMAN, held virtually via Zoom

6   Videoconferencing, before Amanda Gorrono,

7   Certified Live Note Reporter, and Notary Public

8   of the State of New York.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
1    A P P E A R A N C E S

2    (Via Zoom Videoconferencing):

3

4    ON BEHALF OF PLAINTIFF KOVE IO, INC.:

5       Savannah Carnes, Esquire

6       Reichman Jorgensen Lehman & Feldberg LLP

7       1909 K Street, NW

8       Suite 800

9       Washington, D.C., 20006

10      PHONE:  202.894.7452

11      E-MAIL: Scarnes@reichmanjorgensen.com

12

13   COCOUNSEL ON BEHALF OF PLAINTIFF KOVE IO, INC.:

14      Mateo Z. Fowler, Esquire

15      MFZ Law Firm

16      1105 Nueces Street

17      Suite A

18      Austin, TX 78701

        PHONE:  281.546.5172

19      E-MAIL: Mateofowler@mzflaw.com

20

21

22
```

Page 4

```
 1    A P P E A R A N C E S CON'T

 2

 3    ON BEHALF OF DEFENDANT AMAZON WEB SERVICES, INC.

 4    AND THE WITNESS:

 5       Jeffrey Saltman, Esquire

         Fisch Sigler LLP

 6       5301 Wisconsin Avenue NW

 7       Fourth Floor

 8       Washington, DC 20015

 9       PHONE:  202.362.3640

10       E-MAIL: Jeffrey.Saltman@FischLLP.com

11               -AND-

12       Andrew Ramos, Esquire

13       Fisch Sigler LLP

14       5301 Wisconsin Avenue NW

15       Fourth Floor

16       Washington, DC 20015

17       PHONE:  202.362.3522

18       E-MAIL: Andrew.Ramos@FischLLP.com

19

20    ALSO PRESENT:

21    Daniel Holmstock, Trial Tech/Videographer -

22    Digital Evidence Group
```

Page 7

1          THE TECH:  We are now on the record.

2     This is Video No. 1 in the video-recorded

3     deposition of Mr. Rande A. Blackman taken in

4     the matter of Kove IO, Inc., Plaintiff, v

5     Amazon, Inc., Defendant.

6          The case is pending before the

7     United States District Court for the Northern

8     District of Illinois, Eastern Division, Case

9     No. 18-cv-08175.

10          This deposition is being conducted

11     by Zoom video remote conferencing on May 24,

12     2023.  The time on the video screen is

13     9:03 a.m. Pacific Daylight Time.

14          My name is Daniel Holmstock.  I am

15     the legal videographer and digital exhibit

16     technician from Digital Evidence Group.  Our

17     court reporter today is Amanda Gorrono, also

18     in association with Digital Evidence Group.

19          All parties have stipulated to the

20     witness being sworn in remotely.

21          Counsel, will you now please state

22     your appearances and whom you represent

Page 8

1      followed by the court reporter administering

2      the oath.

3             MS. CARNES:  Hi.  My name is

4      Savannah Carnes, and I represent Kove and I'm

5      here with Mateo Fowler.

6             MR. SALTMAN:  Jeff Saltman from

7      Fisch Sigler LLP on behalf of the defendant

8      Amazon and the witness, and with me is Andrew

9      Ramos also from Fisch Sigler.

10   RANDE ANTHONY BLACKMAN, called as a witness,

11   having been first duly sworn by a Notary Public

12   of the State of New York, was examined and

13   testified as follows:

14             THE WITNESS:  I do.

15             THE COURT REPORTER:  Thank you.

16   EXAMINATION

17   BY MS. CARNES:

18      Q.    Hi, Mr. Blackman.  Good morning.

19      A.    Good morning.

20      Q.    My name is Savannah Carnes and I'm

21   going to be asking you some questions today.

22             I know you already did this, but

Page 44

1     just says, ████████████████████████

2     ████████████████████████████████████

3     ████████████████████████████████████

4     ████████████████████████ "

5                    During this time, did AWS consider

6     ████████████████████████████████  as

7     competitors?

8                    MR. SALTMAN:  Objection; compound

9          and calls for speculation.

10          A.    Are you referring to the 2004 time

11     frame?

12     BY MS. CARNES:

13          Q.    Does your answer change over time?

14          A.    Well, I -- I wasn't there in 2004,

15     so I don't know who they thought of as

16     competitors.

17          Q.    Didn't you join Amazon in 2004?

18          A.    I did, but I was on the retail side.

19          Q.    I'm sorry.  Thank you.

20                    When you joined AWS, when you left

21     the retail side, did you consider these companies

22     as competitors?

Page 45

1          A.     Initially I did not.

2          Q.     When did that change?

3          A.     ███████████████████████████

4     ████████████████████████████████████

5     ███████████.

6          Q.     And when about would that have been?

7          A.     I would say probably in -- when we

8     wer ██████████████████████████, whe ██████

9     was being developed.

10          Q.     When would that have been?

11          A.     I think around ████████████████.

12          Q.     How did -- how did thinking about

13     competitors impact the work that you did at AWS?

14                 MR. SALTMAN:  Objection; vague.

15          A.     Speaking for myself personally, ██

16     ██████     ████████████████████████████████

17     ███████████████     ████████████████████████

18     ██████████████████████.

19     BY MS. CARNES:

20          Q.     Did you feel like that was different

21     from your peers?

22          A.     I don't know if I can speak for my

Page 46

1    peers, bu ████████████████████████████

2    ██████████ .

3         Q.    Did you feel any sense of urgency in

4    your work because of competitors?

5              MR. SALTMAN:  Objection; vague.

6         A.    I didn't feel that that was the

7    motivation for the timelines we were on.  I think

8    it was just simply an exciting time to put out a

9    different type of product, so it was just an

10   intrinsic motivation to get it out.  At this

11   point, the service industry was quite new, so it

12   was -- that -- that was the motivation for me.

13   BY MS. CARNES:

14        Q.    And why was that a motivation for

15   you?

16        A.    For me, it was a whole new way

17   building software compared to the shrinkwrapped

18   software I'd done prior.

19        Q.    Now, you said a few moments ago that

20   you did not discuss the competition very

21   frequently with your peers; is that right?

22        A.    Correct.

Page 50

1    when you were working on SimpleDB, who did you

2    work with?

3         A.    Can you elaborate on that?  You want

4    some specific names or?

5         Q.    Sure.

6         A.    Well, the developers I remember were

7    Tim Rath and Chris Newcombe.  Al Vermeulen was

8    one of the developers that we consulted with

9    frequently.  Jaso Sorenson and James Hamilton, we

10   went to once in a while for advice.

11        Q.    And what -- what is Mr. Rath like?

12        MR. SALTMAN:  Objection; vague.

13        A.    What is Mr. Rath like?  He was my

14   first direct report.  So we have a long history.

15   I think he's one of the most intelligent

16   developers I've ever worked with.  No nonsense

17   and just gets down to business, not a man of many

18   words but very wise when he does speak, one of

19   the best engineers I've worked with.

20   BY MS. CARNES:

21        Q.    And what about Al Vermeulen?

22        A.    Likewise, much more outgoing but

Page 51

1    also one of the strongest engineers I've worked

2    with in terms of technical and ability to deliver

3    things quickly.  One of the fastest coders I've

4    worked with.

5         Q.    Did that team -- did the core team

6    of people you were working with, did that change

7    when you started working on DynamoDB?

8         A.    It -- it did.  Several of the

9    developers came over to Dynamo and then we

10   staffed up the team from there.

11        Q.    And who -- who else joined your

12   team?

13        A.    Stefano Stefani, Max Maccanti.  I

14   can't think of a lot of the other names.  A lot

15   of people have come and gone.

16        Q.    And who did you report to?

17        A.    Biswami.

18        Q.    That's Swami Sivasubramanian?

19        A.    Yes.

20        Q.    Now I'm curious.  If I'm not

21   mistaken, Swami is a -- you have a few more years

22   of seniority at Amazon than Swami; is that right?

Page 52

1                    MR. SALTMAN:   Objection; calls for

2          speculation.

3          A.    In terms of tenure, yes.

4     BY MS. CARNES:

5          Q.    Yes, in terms of tenure.

6          A.    Yes.

7          Q.    Is that -- is that usual to have a

8     less senior person in terms of tenure supervise

9     someone who has more seniority in tenure?

10                    MR. SALTMAN:   Objection; calls for

11          speculation.

12          A.    I've seen several examples of it at

13    both Microsoft and at -- at Amazon.  I think a

14    lot has to do with people's individual decisions

15    about career path.

16    BY MS. CARNES:

17          Q.    And what would you say about your

18    career path?

19          A.    I'm in an area I love.  I've always

20    worked in databases and I made a conscious

21    decision to stay technical and to not move into

22    the -- the upper management.

Page 67

1          Q.    Do you know what percent of

2     durability SimpleDB was?  Like, is it 99 point,

3     you know, 999 percent durable?

4          A.    I don't remember us ever losing

5     customer data.

6          Q.    Now, how does SimpleDB compare to

7     AWS's other offerings?

8              MR. SALTMAN:  Objection; compound.

9         Vague.

10         A.    The current offerings?

11    BY MS. CARNES:

12         Q.    Sure.

13         A.    I'm trying to think what I would

14    most correlate it to.  It's a bit of a hybrid,

15    you know, with its rich query.  You could

16    consider it like a relational -- like a

17    relational database like RDS.

18         Q.    How would -- how would you compare

19    SimpleDB to S3?

20              MR. SALTMAN:  Objection; calls for

21         speculation.

22         A.    S3 is a larger object store.

Page 68

1    SimpleDB had a -- I think we had a 1 meg limit on

2    objects.  It was not designed to store large

3    objects.

4    BY MS. CARNES:

5         Q.    Okay.  So if you have large objects,

6    SimpleDB is not the place to go?

7         A.    No.

8         Q.    And how does SimpleDB compare to

9    DynamoDB?

10        A.    SimpleDB, one of the core

11   differentiators is its rich query capabilities.

12   Everything is indexed and that means performance

13   can be somewhat variable.

14        Q.    I'm sorry.  Did you say that was

15   about SimpleDB or did you -- I just didn't hear

16   you.  Could you repeat that, please?

17        A.    Yeah.  SimpleDB has very rich query

18   semantics and also, it does scale out, but it's

19   up to the end user to do that from the client

20   side.  If you want more throughput, you have to

21   create additional domains.

22                  DynamoDB does the scaling on behalf

Page 69

1    of the -- the customer and we have very limited

2    query semantics because we want very predictable

3    performance.  And it's also much lower latency.

4    We built specifically on -- at the time, you

5    know, new hardware like SSDs which had just

6    become available.

7         Q.   Okay.  So if you do not want to do

8    the scaling yourself, you should go DynamoDB over

9    SimpleDB?

10             MR. SALTMAN:  Objection; calls for

11        speculation.

12        A.   No.  It's a little more complex

13   decision than that.  If you need the rich query

14   semantics, you should stay with SimpleDB.

15   BY MS. CARNES:

16        Q.   What does -- what does rich query

17   semantics mean to you?

18        A.   It means where you can query the

19   data in complex ways.  You can have multiple

20   predicates and the system will figure it out for

21   you.  In Dynamo, we have very -- very limited

22   query capabilities because we want them to be

Page 70

1    very predictable in terms of performance.

2         Q.    Does that mean DynamoDB is more

3    predictable in terms of performance?

4         A.    It is because the APIs were designed

5    to be predictable.

6              MS. CARNES:  Dan, could you please

7         pull up Exhibit No. 4 and could you mark that

8         as No. 4, please.

9              (Tech complies.)

10             (Whereupon, Exhibit 4, Amazon

11        Database Services - Serving the NoSQL Market

12        - FAQ Bates No. AMZ_KOVE_000445727 -

13        AMZ_KOVE_000445732, was marked for

14        identification.)

15   BY MS. CARNES:

16        Q.    Okay.  Mr. Blackman, do you see the

17   exhibit that's on the screen?

18        A.    I do.

19        Q.    Okay.  So I am showing you a

20   document marked as Exhibit 4.  This document was

21   produced as part of the litigation.  The Bates

22   number is 445727, and your name is not on this

Page 71

1    document.

2              Have you ever seen this document

3    before?

4         A.    Not that I recall.

5         Q.    Do you recognize it?

6         A.    I don't.

7         Q.    Okay.  I'm going to represent to you

8    that this is a document that was produced by AWS

9    as part of this litigation.

10             Do you have any reason to doubt

11   that?

12             MR. SALTMAN:  Objection; calls for

13      speculation.

14        A.    A doubt that AWS produced it?

15   BY MS. CARNES:

16        Q.    Yes.

17             MR. SALTMAN:  Same objection.

18        A.    It does say "Amazon Confidential" on

19   it, so I assume it was produced by Amazon.

20   BY MS. CARNES:

21        Q.    Okay.  I hear you that you've not --

22   you don't remember seeing this document before.

Page 92

1    talks about how "SimpleDB, in keeping with its

2    goal to be simple, indexes all attributes for

3    each item stored in a domain.  While this

4    simplifies the customer experience on schema

5    design and provides query flexibility, it has a

6    negative impact on the predictability of

7    performance."

8                   Do you agree with that statement?

9                   MR. SALTMAN:  Objection; calls for

10        speculation.

11        A.    Not entirely.  If they need the rich

12   query, you know, this is one of the tradeoffs.

13   This is --

14   BY MS. CARNES:

15        Q.    I'm not -- I'm not sure I understand

16   your answer, sir.

17        A.    The -- the indexing of the

18   attributes, if they really need the rich query

19   capabilities, there's not much of an alternative.

20        Q.    Okay.  But even if they need the

21   rich query flexibility, it still has a negative

22   impact on the predictability performance?

Page 93

1          A.     Performance will vary by how many

2     attributes we have to index.

3          Q.     Now, would you agree that DynamoDB

4     has better predictability of performance?

5          A.     Yes, it was one of the design goals.

6          Q.     Do you remember other design goals

7     from DynamoDB?

8          A.     We wanted a tightly consistent

9     programming model.  A lot of use cases need tight

10    consistency.  Very -- very durable.  Availability

11    was extremely high.  Low latency was one of the

12    key data points, too, design points.  So not only

13    predictable but low latency which is why we

14    looked at SSDs.

15         Q.     Okay.  Let's go to the next bullet

16    point.

17              MS. CARNES:  It's not italicized,

18         Dan, but it says "Consistency."  Yeah, thank

19         you.  Could you just highlight that paragraph

20         for me.

21              (Tech complies.)

22    BY MS. CARNES:

Page 94

1    Q.  Okay. Mr. Blackman, so here is an

2  additional bullet point. You were just talking

3  about consistency. In this, Dr. Vogels is

4  writing that "SimpleDB's original implementation

5  had taken the 'eventually consistent' approach to

6  the extreme..."

7     And then he goes on to say, "This

8  meant the system was not intuitive to use and

9  developers used to a more traditional database

10  solution had trouble adapting to it."

11     Do you disagree with Mr. Vogels?

12   A.  No, there were certain use cases --

13     MR. SALTMAN: Objection.

14     You can go ahead.

15   A.  There were certain use cases where

16  you did need the tight consistency. It was very

17  difficult to code without it. We also corrected

18  this before we went public with -- with SimpleDB.

19  We did it during the beta phase.

20  BY MS. CARNES:

21   Q.  And what did you correct in the beta

22  phase?

Page 102

1     behavior that they were seeing that they think it

2     was different than what's documented.

3            Q.    And would you get -- let me rephrase

4     that.

5                  And so in some of those

6     troubleshooting e-mails that you would see, those

7     questions from customers, would some of them be

8     about management of SimpleDB?

9            A.    I don't know.

10                 MR. SALTMAN:   Objection; vague.

11                 THE WITNESS:   Sorry.

12           A.    I don't remember seeing any.

13    DynamoDB is where I've had more -- more

14    interaction with customers.

15    BY MS. CARNES:

16           Q.    And what were some common problems

17    that you saw from customers with DynamoDB?

18           A.    Typically it's misinterpreting the

19    documentation.

20           Q.    And what do you mean by that?

21           A.    For instance, around data ordering,

22    you know, either they thought they did a

1    consistent read but they didn't.  So we had to go

2    in and look at the requests and point out where

3    their application had -- had a gap.

4              Q.    And how often would you -- would

5    your team do that?

6              A.    Very rare --

7              Q.    Like once a month?

8              A.    -- something API -- no, maybe once a

9    year.

10             Q.    Okay.  So let's look at the second

11   bullet point.  "Scalable."

12             So Dr. Vogels writes that "There are

13   no pre-defined limits to the amount of data each

14   table can store."

15             That sounds like a different kind of

16   customer would be interested in DynamoDB than one

17   who would be interested in SimpleDB.

18             MR. SALTMAN:  Objection; calls for

19      speculation.  Vague.

20             A.    I think there are different use

21   cases between SimpleDB and DynamoDB.

22   BY MS. CARNES:

Page 104

1          Q.    So what would be a good use case for

2     DynamoDB?

3          A.    There are many.  You know, the

4     latency characteristics are some of the -- one of

5     the things that customers most -- most look for.

6          Q.    So what would be one of those many?

7          A.    An ad system where you have to make

8     a decision within fractions of a second about

9     what you're going to post for an ad, so you have

10    to look at a lot of ads but in a very short

11    period of time.

12         Q.    And would that just kind of

13    fundamentally be incompatible with SimpleDB?

14              MR. SALTMAN:  Objection; vague.

15         A.    It would depend on how many ads they

16    had to look at.  The latency might be fine for

17    SimpleDB.

18    BY MS. CARNES:

19         Q.    Well, how many ads are we talking

20    about?

21         A.    I really don't know.  I'm not in the

22    ad business.  I've never written an ad like that.

Page 222

```
 1              CERTIFICATE OF SHORTHAND REPORTER
 2                      NOTARY PUBLIC
 3              I, Amanda Gorrono, the officer
 4         before whom the foregoing deposition was
 5         taken, do hereby certify that the foregoing
           transcript is a true and correct record of
 6         the testimony given; that said testimony was
           taken by me stenographically and thereafter
 7         reduced to typewriting under my direction;
           and that I am neither counsel for, related
 8         to, nor employed by any of the parties to
           this case and have no interest, financial or
 9         otherwise, in its outcome.
10              IN WITNESS WHEREOF, I have hereunto
11         set my hand this 24th day of May, 2023.
12
13
14
15         _____
16         AMANDA GORRONO, CLR
17         CLR NO:  052005 - 01
18         Notary Public in and for
19         The State of New York
20         County of Suffolk
21         My Commission No.  01G06041701
22         Expires:  01/07/2027
```