# Exhibit 20

# EXHIBIT E

**HIGHLY CONFIDENTIAL**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1-18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | **JURY TRIAL DEMANDED** |
| Amazon Web Services, Inc., | |
| Defendant. | |

**EXHIBIT E TO THE OPENING EXPERT REPORT OF MICHAEL GOODRICH**
**REGARDING U.S. PATENT NOS. 7,103,640; 7,233,978; AND 7,814,170**

AMZ_KOVE_000101882 at AMZ_KOVE_000101885

4.     DynamoDB is ███████████████████████, such that data and workload can be

████████████████████████████████████████████████████.[4]

Scaling relational vs. non-relational databases

AMZ_KOVE_000101882 at AMZ_KOVE_000101886

5.     DynamoDB allows users to create distributed database tables that can store and

retrieve "any amount of data" and serve "any level of request traffic."[5]  It is designed to run

Internet-scale applications—to provide "virtually unlimited throughput and storage" along with

the ability to scale up and down with demand.[6]  According to AWS, DynamoDB delivers ████

████████████████████████████████████████████████████████████

████████████████████████████████.[7]

**2.     DynamoDB Basics: Tables, Items, and** 

6.     *See* Appendix B, § I.A.3, incorporated by reference as if fully stated here.

---

[4] AMZ_KOVE_000101882 at AMZ_KOVE_000101886.
[5] AMZ_KOVE_000007001 at AMZ_KOVE_000007012.
[6] AMZ_KOVE_000002695; AMZ_KOVE_000002717; AMZ_KOVE_000009254;
AMZ_KOVE_000065014; AMZ_KOVE_000008188; AMZ_KOVE_000007001 at
AMZ_KOVE_000007012.
[7] AMZ_KOVE_000065014; AMZ_KOVE_000002695; AMZ_KOVE_000002717.

7.     DynamoDB stores data in tables.[8]  A "table" is a collection of data called "items," and each item is a collection of "attributes."[9]  Items are similar to rows, records, or tuples in other database systems.[10]  Attributes are fundamental data items that are not broken down any further (like fields or columns in other database systems).[11]

8.     As an example, an AWS blog describes a table for "products" in which each item corresponds to a product and each attribute of an item pertains to (e.g., characterizes, belongs to, describes, etc.) the corresponding product (e.g., the product's title, author, date, genre, etc.).



KOV_00279944

9.     Items are distinguished among the other items in the table by a unique identifier called a "primary key."[12]  When a user creates a table in DynamoDB, the user must name the table

---

[8] AMZ_KOVE_000007001 at AMZ_KOVE_000007012; AMZ_KOVE_000507797 (1:00–3:34).
[9] AMZ_KOVE_000007001 at AMZ_KOVE_000007013–AMZ_KOVE_000007014; AMZ_KOVE_000507797 (1:00–3:34).
[10] AMZ_KOVE_000007001 at AMZ_KOVE_000007014.
[11] AMZ_KOVE_000007001 at AMZ_KOVE_000007013–AMZ_KOVE_000007014; AMZ_KOVE_000507797 (1:00–3:34).
[12] AMZ_KOVE_000007001 at AMZ_KOVE_000007013–AMZ_KOVE_000007014; AMZ_KOVE_000507797 (1:00–3:34).

and specify a primary key for the table.[13] "The primary key uniquely identifies each item in the table, so that no two items can have the same key."[14] Primary keys must be scalar values, and "[t]he only data types allowed for primary key attributes are string, number, or binary."[15] Each scalar type must be encoded.[16] The ████████████████████████████.[17]



AMZ_KOVE_000064710 at AMZ_KOVE_000064728

10.     There are two kinds of primary keys in DynamoDB. The first is called a "partition key" or "hash key," which is used as an input to an internal hash function, whose output determines

---

[13] AMZ_KOVE_000007001 at AMZ_KOVE_000007016; AMZ_KOVE_000012726 (9:54–10:41); AMZ_KOVE_000064710 at AMZ_KOVE_000064728.

[14] AMZ_KOVE_000007001 at AMZ_KOVE_000007016; *see also* AMZ_KOVE_000507797 (3:34–5:01); *see also* AMZ_KOVE_000009918 at AMZ_KOVE_000009919 ("Primary key: A primary key is a unique identifier for a single item in a DynamoDB table."); AMZ_KOVE_000006576 at AMZ_KOVE_000006595 ("Key - A map of primary key attribute values that uniquely identify the item."); AMZ_KOVE_000010429 AMZ_KOVE_000010430 ("In a DynamoDB table, the primary key that uniquely identifies each item in the table can be composed not only of a partition key, but also of a sort key."); *see also* AMZ_KOVE_000007001 at AMZ_KOVE_000007014, AMZ_KOVE_000007035; AMZ_KOVE_000009865 AMZ_KOVE_000009869.

[15] AMZ_KOVE_000007001 at AMZ_KOVE_000007016.

[16] AMZ_KOVE_000007001 at AMZ_KOVE_000007023– AMZ_KOVE_000007024.

[17] Sorenson Dep. Tr. (1/29/2020) at 62:16–63:18).

the partition (physical storage internal to DynamoDB) in which the item will be stored.[18]  Items in a table are ▆▆▆▆▆▆▆▆▆▆.[19]  The second type of primary key is called a "composite primary key," which is composed of a partition key and a "sort key" or "range key."[20]  In a table with composite primary key, "[a]ll items with the same partition key value are stored together, in sorted order by sort key value."[21]  When a composite primary key is used, items can have the same partition key value, but they must have different sort key values, which allows for querying of subsets using operators like greater than, less than, equal to, etc.[22]



AMZ_KOVE_000064710 at AMZ_KOVE_000064729 (annotated)

---

[18] AMZ_KOVE_000007001 at AMZ_KOVE_000007016; AMZ_KOVE_000507797 (3:34–5:01); AMZ_KOVE_000012726 (9:54–12:00).

[19] AMZ_KOVE_000012726 (9:54–12:00).

[20] AMZ_KOVE_000007001 at AMZ_KOVE_000007016; AMZ_KOVE_000507797 (3:34–5:01).

[21] AMZ_KOVE_000007001 at AMZ_KOVE_000007016; *see also* AMZ_KOVE_000507797 (3:34–5:01).

[22] AMZ_KOVE_000007001 at AMZ_KOVE_000007016; *see also* AMZ_KOVE_000507797 (3:34–5:01).

11.     When AWS stores the data in a table, it stores the data in "partitions."[23]  A table

can be divided into partitions, which are ███████████████████████.[24]  As AWS puts it,

"[a] partition is an allocation of storage for a table, backed by solid-state drives (SSDs) and

automatically replicated across multiple Availability Zones within an AWS Region."[25]



AMZ_KOVE_000064710 at AMZ_KOVE_000064730

12.     When an item is added to a table (e.g., when the user sends a PUT request), the

partition key is input into a hash function.[26]  That is, "DynamoDB uses its hash function to

determine where to store a new item."[27]

---

[23] AMZ_KOVE_000507797 (5:01–7:40); AMZ_KOVE_000487445 at 2:13–6:38) (explaining
that DDB allows customers to store tables of any size by dividing a customer's table into
partitions where each partition stores a range of entries according to a range of the primary key);
Sorenson Dep. Tr. (1/29/2020) at 53:11–54:9.
[24] AMZ_KOVE_000507797 (29:36–32:20); AMZ_KOVE_000012726 (10:57–12:00);
AMZ_KOVE_000390547.
[25] AMZ_KOVE_00007001 at AMZ_KOVE_00007031.
[26] AMZ_KOVE_000390547 (56:20–58:45).
[27] AMZ_KOVE_000007001 at AMZ_KOVE_000007031; *see also* AMZ_KOVE_000007001 at
AMZ_KOVE_000007031 ("To write an item to the table, DynamoDB uses the value of the
partition key as input to an internal hash function. The output value from the hash function
determines the partition in which the item will be stored.")

16. "To read an item from the table, you must specify the partition key value for the item. DynamoDB uses this value as input to its hash function, yielding the partition in which the item can be found."[33] Accordingly, "[e]ach item's location is determined by the hash value of its partition key."[34]

### 3. Architecture of DynamoDB

#### a. Architecture Overview

17. *See* Appendix B, § I.A.3.a, incorporated by reference as if fully stated here.

18. The DynamoDB architecture includes ███████████████████████"[35] DynamoDB includes "██████████████"), which are ████████████████ ████████.[36] A "██████████████████") is a ████████████ whose job it is to ████ ██████████████████████.[37] A "████████████████████" or "███████ ████") is a type of ████████████████████████████████ ██████████.[38]

19. With reference to the sketch below (adapted from the AWS lecture in AMZ_KOVE_000507797), users can connect to DynamoDB through a network, such as the Internet.[39] A ████████ in the URL of a user's request will ████████████████████



---

[33] AMZ_KOVE_000007001 at AMZ_KOVE_000007031 ("To read an item from the table, you must specify the partition key value for the item. DynamoDB uses this value as input to its hash function, yielding the partition in which the item can be found.").

[34] AMZ_KOVE_000007001 at AMZ_KOVE_000007031; AMZ_KOVE_000397627.

[35] AMZ_KOVE_000065279.

[36] AMZ_KOVE_000065279; AMZ_KOVE_000507797 (16:48–18:09, 19:51–21:26); AMZ_KOVE_000012726 (3:28–4:40); AMZ_KOVE_000390547 (7:26–7:57).

[37] AMZ_KOVE_000065279; AMZ_KOVE_000507797 (14:04–16:48); AMZ_KOVE_000012726 (3:28–4:40).

[38] AMZ_KOVE_000065279; AMZ_KOVE_000487445 (2:13–6:38); AMZ_KOVE_000507797 (16:48–18:09).

[39] AMZ_KOVE_000507797 (7:40–11:46).

███████████████████████████████████████████████████████.[40] Each

time the user attempts to connect to DynamoDB, ██████████████████████

█████.[41]  Behind each ██████████████████████████.[42]  If a ████████████,

for example, ██████████████████████████.[43]  Partitions are stored on ████████

███████████████████████.[44]



(adapted from AMZ_KOVE_000507797)

20.    With reference to the figure below, user requests travel across a network and

eventually reach a DynamoDB ████████████.[45] ████████████████████████████

██████████████████████████████████████████ a partition (more precisely, a

---

[40] AMZ_KOVE_000507797 (7:40–11:46).
[41] AMZ_KOVE_000507797 (7:40–11:46).
[42] AMZ_KOVE_000507797 (11:46–14:04).
[43] AMZ_KOVE_000507797 (16:48–18:09).
[44] AMZ_KOVE_000507797 (19:51–21:26).
[45] AMZ_KOVE_000487445 (2:13–6:38); AMZ_KOVE_000012726 (3:10–3:28).



AMZ_KOVE_000064710 at AMZ_KOVE_000064726

22.     Items are stored on different partitions, and each ████████ is hosting partitions of multiple customers (*i.e.*, it is a ███████████).[52]  Each partition is ██████████████ ████████████████████████████████████.[53]

---

[52] AMZ_KOVE_000390547 (6:48–7:57); AMZ_KOVE_000012726 (8:36–12:00).
[53] AMZ_KOVE_000390547 (6:48–7:57); AMZ_KOVE_000012726 (8:36–12:00);
AMZ_KOVE_000487445 (2:13–6:38); AMZ_KOVE_000507797 (19:51–21:26)



AMZ_KOVE_000064710 at AMZ_KOVE_000064732

23.    When a user adds an item to a table, for example, using a PutItem request, or when the user requests a "consistent read," for example, using a GetItem request, the ▮▮▮▮▮▮▮ that fields the request will ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[54]  DynamoDB runs a ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮) that enables the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for that partition.[55]  The role of the ▮▮▮▮▮▮▮▮▮▮▮ includes receiving PutItem requests, ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[56]

---

[54] AMZ_KOVE_000012726 (4:41–8:30, 11:26–13:44); AMZ_KOVE_000390547 (5:27–6:48); AMZ_KOVE_000507797 (23:50–26:43, 33:19–41:03).
[55] AMZ_KOVE_000012726 (4:41–8:30, 11:26–13:44); AMZ_KOVE_000390547 (5:27–6:48); AMZ_KOVE_000507797 (23:50–26:43, 33:19–41:03).
[56] AMZ_KOVE_000012726 (4:41–8:30, 11:26–13:44); AMZ_KOVE_000390547 (5:27–6:48); AMZ_KOVE_000507797 (23:50–26:43, 33:19–41:03).

The ████████████ also responds to requests for "████████," whereas requests for "████████████" can be sent to ████████████████████████ ████████████.[57] This is because, in order to become the ████████████, a ████████████████████████████████████ ████).[58] The ████████████ periodically ████████████████████ ████), and if any of the ████████████████████ ████████.[59]



AMZ_KOVE_000064710 at AMZ_KOVE_000064722

**b.** ████████████

24. To provide ████████, DynamoDB ████████████████ ████████, which, as explained above, are stored in ████████████████

---

[57] AMZ_KOVE_000012726 (4:41–8:30, 11:26–13:44); AMZ_KOVE_000390547 (5:27–6:48); AMZ_KOVE_000507797 (23:50–26:43, 33:19–41:03).
[58] AMZ_KOVE_000012726 (4:41–8:30, 11:26–13:44); AMZ_KOVE_000390547 (5:27–6:48); AMZ_KOVE_000507797 (23:50–26:43, 33:19–41:03).
[59] AMZ_KOVE_000012726 (4:41–8:30, 11:26–13:44); AMZ_KOVE_000390547 (5:27–6:48); AMZ_KOVE_000507797 (23:50–26:43, 33:19–41:03).

availability zones.[60]  This means that when a user's request arrives at a █████████, it has to

figure out where to route the request.[61]  As explained above, the request needs to be routed to a

███████████████████████████████████████████████████████████████████████████████

██████), and the ████████████████████████████████████████████████████

███████████████████████.[62]

    25.    But because DynamoDB can support ██████████████████████████, each

██████████ has a ████████████████████████████████ to prevent the ██████

██████████████████████████████████████ each request.[63]



AMZ_KOVE_000390547 (9:12)

---

[60] AMZ_KOVE_000390547 (3:20–4:43, 33:19–41:03).
[61] AMZ_KOVE_000390547 (3:20–4:43, 33:19–41:03).
[62] *See also* AMZ_KOVE_000507797 (16:48–18:09).
[63] AMZ_KOVE_000390547 (8:28–9:23); AMZ_KOVE_000400157 at
AMZ_KOVE_000400160 (indicating that ████████████████████████████████████
████████████████████████████████████); *see also*
AMZ_KOVE_000064843 at AMZ_KOVE_000064844 ("To make user read/write ████████
████████████████."); AMZ_KOVE_000507797 (16:48–19:12); AMZ_KOVE_000086165
at AMZ_KOVE_000086166 ("████████████████████████████████████████████████
████████████████████████████").



26.    A ███████████████████ includes █████████████████████

███████████████████████████████.[64] ████████████████████

███████████ for making ████████████████████████ responding to user

requests.[65] ██████████████████████████," which indicates ████████████

███████████████████████████████████████.[66] ███

████████████████████ initially received from ████████████████████

████████████████████████████.[67]

27.    A ██████████████████ through the course of making requests.  For

instance, a request is made (*e.g.*, a GetItem), if the ████████████ does not have information for

the relevant partition, ████████████████████████████████████████

████████████████████.[68] A ████████████████████████████

---

[64] AMZ_KOVE_000507797 (16:48–18:09) ("And the way that the ████████████████████

█████████████████████████████████████████████████ about DynamoDB.
And so the █████████████████████████████████████████████████
████████████████████████████████████████ There's a wiki on
all ███████████████████████████████████. So effectively what the ██████████████
████████████████████.").

[65] Sorenson Dep. Tr. (1/29/2020) at 65:20–66:15, 73:17–79:4, 137:17–138:12, 177:18–178:11;
*see also* AMZ_KOVE_000064843 (describing what the ████████████ is);
AMZ_KOVE_000064878 (describing ████████████████); AMZ_KOVE_000507797 (16:48–
19:12) (describing ████████████████).

[66] AMZ_KOVE_000507797 (33:19–41:03); AMZ_KOVE_000064878 at
AMZ_KOVE_000064880.

[67] Sorenson Dep. Tr. (1/29/2020) at 120:8–14; AMZ_KOVE_000507797 (32:36–38:22);
AMZ_KOVE_000064878 (describing ████████████); AMZ_KOVE_000483279 at
AMZ_KOVE_000483279 ("The ██████████████████████████████
██████████████████████████ during DynamoDB
██████████████████████████.").

[68] AMZ_KOVE_000390547 (8:28–9:23); AMZ_KOVE_0000740859 at
AMZ_KOVE_000074060 ("Customer API calls are handled ████████████████
████████████████████████████████████████████████████████████



(including ██████████████████) is available when the ████████ process is started or restarted.[69] The ████████████████ can also be ████████████████████ ████████████████████████████████████").[70] When a new table is created, ████ is notified, which then ████████████████████████████████████ ████████████.[71] "████████████████████████████████████ ████████████████████."[72] According to AWS, "████████████████████ ████████████████████████████████████████████████ ████████████████"[73]

28. There are situations in which a ████████████ is unable to serve a request ████ ████████████████████████████████████.[74] For instance, a "████████" (*i.e.*, when the information ████████████████████████) will trigger a ████████████████████████████████████████████████ ████████████.[75] That is "[t]he [████████████████████████████████

───────────────

████████████████████"); AMZ_KOVE_000075263 at AMZ_KOVE_000075264 (similar).
[69] AMZ_KOVE_000487445 (35:20–38:22); AMZ_KOVE_000400160 (indicating that ████ ████████████████████); Sorenson Dep. Tr. (1/29/2020) at 75:17–77:7, 153:24–156:10.
[70] Sorenson Dep. Tr. (1/29/2020) at 78:3–24.
[71] AMZ_KOVE_000075263 at AMZ_KOVE_000075264; AMZ_KOVE_000073697 at AMZ_KOVE_000073698.
[72] AMZ_KOVE_000075263 at AMZ_KOVE_000075264.
[73] AMZ_KOVE_000390547 (10:12–10:23); AMZ_KOVE_000483279 at AMZ_KOVE_000483306, AMZ_KOVE_000483286.
[74] *See* AMZ_KOVE_000390547 (10:12–10:23) (indicating that only "████████████████ ████████████████").
[75] AMZ_KOVE_000074219 at AMZ_KOVE_000074220; AMZ_KOVE_000390547 (10:23–12:15); Sorenson Dep. Tr. (1/29/2020) at 73:17–74:8, 137:17–138:12; AMZ_KOVE_000487445 (drawing depicting "1. On ████████████████████████████████").



.”[76]  The

.[77]

.[78]  AWS's source code shows

that

(*e.g.*, after a getItem request).

### c.    Metadata Nodes

29.    *See* Appendix B, § I.A.3.b, incorporated by reference as if fully stated here.

30.    In DynamoDB, "

DynamoDB tables, customers and other entities.                    tables in DynamoDB,

---

[76] AMZ_KOVE_000065279 at AMZ_KOVE_000065281; *see also* AMZ_KOVE_000507797 (16:48–19:51).

[77] AMZ_KOVE_000064843 at AMZ_KOVE_000064852 ("In the

").

[78] AMZ_KOVE_000074219 at AMZ_KOVE_000074220–AMZ_KOVE_000074221; AMZ_KOVE_000086165 at AMZ_KOVE_000086166 ("When a

"); AMZ_KOVE_000390547 (9:38–10:03) (If the

), (10:23–12:15) (describing need for

).

similar to the way customer data is stored. Unlike customer data, ███████████████████████████████

██████████████████████████████".[79]

     31.    ██████████████ are a ████████████████████ that ██████████████████

███████████.[80] That is, "████████████████████████████████████████████████████████

████".[81] ████████████████████████████████████████████████████████████████[82]

The difference in how █████████████████████████████ in DynamoDB is that ████████

████████████████████████████████████████████.[83] Tim Rath testified

that ████████████████████████████████████████████████████████████████████

<hr>

[79] AMZ_KOVE_000483279 at AMZ_KOVE_000483279; Sorenson Dep. Tr. (1/29/2020) at 73:4–9 (███████████████████████████████ for DynamoDB"), 125:22–126:18 (█████████████████████████████████████"), 140:7–15 ("So the ███████████████ ██████████████████████████."), 143:18–144:12 ("Again, the ██████████████████ DynamoDB that it needs to operate when processing a request."), 171:21–23 (█████████████████ is stored "[i]n the ███████████████."), 177:18– 178:5 ("So all the ███████████████████████████████████████."), 193:10– 14 ("The █████████████████████████ for DynamoDB."), 193:22–194:18 ("Their reason to exist is to ████████████████████████████.").
[80] AMZ_KOVE_000065279 at AMZ_KOVE_000065280; AMZ_KOVE_000507797 (16:48– 18:09) ("And the way that the ████████████████████████████████████████████████ ████████████████████████████████████████ about DynamoDB."); AMZ_KOVE_000390547 (4:38–5:03) ("████████████████████████████████ . . . . So, it's essentially ████████████ ██████████████████████████████████████████████████████████████████ Dynamo."); AMZ_KOVE_000487445 (4:02–5:08) (during the design of DynamoDB, AWS said, "████████████████████████████████████████████████████████████████████████ ████████████████.").
[81] Rath Dep. Tr. at 45:8–49:14; *see also* AMZ_KOVE_000483279 at AMZ_KOVE_000483298– AMZ_KOVE_000483299 ("The ███████████████████████████████████████████████████ ████████████████████████████████████████████.").
[82] Rath Dep. Tr. at 45:8–49:14; AMZ_KOVE_000483279 at AMZ_KOVE_000483298– AMZ_KOVE_000483299 ("████████████████████████████████████████████████████ ████████████████████████████")
[83] Rath Dep. Tr. at 45:8–49:14.



████████████████████████████████████████████████████████████████████

████████████████████████████████████████.”[84]. ████████████████ are sometimes referred to as

"████████████████.”[85]  In AWS's source code, ████████████████████████████████████

████████████████████████████████████████████████.[86]

    32.   ████████████████████████████████████.  ████████████████████████

████████████████████████████████████████"  (*i.e.*, the data that is stored in ████████

████), such as a ████████████████████████████████.[87]  In the ████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████.[88]  Each ████████████████ stores location

information corresponding ████████████████████████████████████████.[89]  The portion of

████████████████████████████████████████████████████████████.[90]  For

example, ████████████████████████████████████████████████████████████

████████.[91]

---

[84] Rath Dep. Tr. at 45:8–49:14.

[85] E.g., AMZ_KOVE_000390547 (7:57–8:04); AMZ_KOVE_000483279 at AMZ_KOVE_000483279.

[86] *See* Appendix B.

[87] AMZ_KOVE_000065279 at AMZ_KOVE_000065281; *see also* AMZ_KOVE_000064878 at AMZ_KOVE_000064880 (describing ████████████████████████████████).

[88] AMZ_KOVE_000065279 at AMZ_KOVE_000065281; AMZ_KOVE_000507797 (16:48–18:09); AMZ_KOVE_00064843 at AMZ_KOVE_00064845–AMZ_KOVE_000064856; *see also* AMZ_KOVE_000064878 at AMZ_KOVE_000064880 (describing ████████████████████████████).

[89] *See* Appendix B.

[90] *See* Appendix B.; AMZ_KOVE_000064843 ("The ████████████████████████████████████████████ . . . . To make user data read/write fast, we ████████████████████████████████████████.").

[91] *See* Appendix B.

33.     The ███████████████████████████████████████████
██████████.[92] ████████████████████████████████████████████
████████████████████████████████████████████.[93]  This ██████
██████ is maintained in the ███████████ and is ███████████████
████████████████████████████████████.[94]  This ████████████████
████████████████████ (*e.g.*, a ████████████) when the ██████████████
█████████████████████████ (*i.e.*, when the ████████████████████) and
indicates a ███████████████████████████████████.[95]  These ██████
██████ (*i.e.*, redirect messages) from the ████████████████████████
██████████████████████████████████████████████████████████████
████████████████████████.[96]

34.     The query from a ████████████ to a ████████████ is a regular DynamoDB
query, where the language between the ████████████ and ████████████ is the same language
as between the ████████████ and a ████████████.[97]  Requests from a ████████████ to a
████████████ are sent using the ████████████████████ (an internal protocol to DynamoDB).[98]
In general, a ████████████ sends a request message to a ████████████, and the ████████████
opens it, reads the ████████████████████████████████████████████████.[99]
Whether the ████████████ returns a ████████████████████████████████████████████



---

[92] AMZ_KOVE_000487445 (13:16–20:07).
[93] *See* Appendix B.
[94] *See* Appendix B.
[95] *See* Appendix B.
[96] *See* Appendix B.
[97] AMZ_KOVE_000507797 (18:09–19:12).
[98] AMZ_KOVE_000507797 (18:09–19:12).
[99] AMZ_KOVE_000507797 (19:12–19:36).

response to a ███████████████████████████████████ ) or a ███████████
(*e.g.*, containing a ██████████████████████████ ), the message is formatted in
conformance with DynamoDB's ██████████████.[100]

    35.   The ██████████████ also has ████████ of its own, which is stored in ██.[101]
██████████████████████████, "████████████████████████████████████
████████████████████████████████████."[102] ████ stores a ████████████
██████████████, which contains information is needed by a client, such as the ████████
████, to initially learn ████████████████████████████████████████████
████ of a partition of (for example) the ████████████ that it's interested in (*e.g.*, for locating
████████████).[103] The number of partitions of the ████████████ is relatively small compared to
the partitions among the ████████████—on the order of a few hundred partitions.[104] There are



---

[100] *See* Appendix B.
[101] AMZ_KOVE_000487445 (2:13–6:38); AMZ_KOVE_000483279 at
AMZ_KOVE_000483279 ("The ████████████████████████████████████████
████████████.").
[102] AMZ_KOVE_000065279 at AMZ_KOVE_0000652841; Sorenson Dep. Tr. (1/29/2020) at
119:5–24 (agreeing that ████████████████████████████████████████████
████████████████████████████").
[103] AMZ_KOVE_000487445 (2:13–6:38); AMZ_KOVE_000483279 at
AMZ_KOVE_000483279 ("This is a ████████████████████████████████████████
████████."); Sorenson Dep. Tr. (1/29/2020) at 79:14–80:13 ("████████████████████
████████."), 82:18–183:12 ████████████████████████████████████████████),
95:7–96:6 ████████████
████████████ to query), 147:8–15 (████████████████████████████████████████),
152:21–24 (when a ████████████ starts up, it gets all of the ████████████████
████████).
[104] AMZ_KOVE_000487445 (38:22–39:55).



AMZ_KOVE_000390547 (17:00)

### 5. DynamoDB Scaling Operations

56.     *See* Appendix B, § I.A.5, incorporated by reference as if fully stated here.

57.     DynamoDB includes a service called Auto Admin, whose roles include updating partition metadata "with the location and who is the leader for a particular partition."[147]   Auto Admin is also involved in partition repair, table creation, table provisioning, and partition splitting and moving.[148]

---

[147] AMZ_KOVE_000012726 (14:24–14:50).
[148] AMZ_KOVE_000012726 (18:47–19:45).



AMZ_KOVE_000064710 at AMZ_KOVE_000064743

58.    Using Auto Admin, DynamoDB automatically "splits" (*e.g.*, subdivides) or moves ███████ when the size of a ████████████████, a ████████████████, when reads or writes per second on a ████████████████, or when a user changes their provisioned throughput settings.[149]  As explained by AWS, "DynamoDB allocates additional partitions to a table" automatically "[i]f you increase the table's provisioned throughput settings beyond what the existing partitions can support," and "[i]f an existing partition fills to capacity and more space is required."[150]

---

[149] AMZ_KOVE_000012726 (37:36–37:55); AMZ_KOVE_000507797 (32:20–33:19, 51:18–55:00).
[150] AMZ_KOVE_000007001 at AMZ_KOVE_000007031.



71. AWS contends that the ▓▓▓▓▓▓▓▓▓▓ ▓▓ ▓▓ ▓▓ ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.[166] While this code provided an ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, similar functionality existed ▓▓▓ ▓▓▓▓▓, as explained above and in Appendix B. AWS also contends that, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.[167] However, similar information and functionality was provided before that change, such as ▓▓▓ ▓▓▓▓▓▓▓▓▓▓, as explained above and in Appendix B.

72. AWS contends that DynamoDB added the ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and that in ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓.[168] As an initial matter, AWS fails to identify the specific "ability" and "functionality" it is referring to. AWS does not assert that these apparently additive changes have ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓. Thus, AWS's identification of an ability to ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ do not have an impact on AWS's infringement of the asserted claims. AWS does not assert that functionality and/or the ability to evaluate ▓▓▓ ▓▓▓▓▓▓▓▓▓▓ did not exist prior to the introduction this unspecified feature.

73. AWS contends that DynamoDB added "▓▓▓▓▓▓▓▓," which is a ▓▓▓ ▓▓▓▓▓▓▓▓.[169] However, adding an ▓▓▓▓▓ to DynamoDB data does not impact whether or how AWS infringes the Asserted Claims. That is, ▓▓▓▓▓ does not affect how the asserted claims read on DynamoDB—whether the data is ▓▓▓▓▓, my

---

[166] AWS's Second Supplemental and Amended Response to Interrogatory No. 4 (April 13, 2023)
[167] AWS's Second Supplemental and Amended Response to Interrogatory No. 4 (April 13, 2023)
[168] AWS's Second Supplemental and Amended Response to Interrogatory No. 4 (April 13, 2023)
[169] AWS's Second Supplemental and Amended Response to Interrogatory No. 4 (April 13, 2023)

conclusions regarding DynamoDB would be the same.  This additive ██████ feature is not a material change as it relates to infringement.

74.     AWS contents that DynamoDB added "Global Tables," which allows customer to replicate data across different regions.[170]  However, the asserted claims read on DynamoDB when ██████████████████████.  Enabling customers to replicate their data across multiple regions therefore would not affect the infringement that █████████████████████.  This additive replication feature is not a material change as it relates to infringement.

75.     AWS contends that DynamoDB added "On-Demand Backup," which allows customers to create table backups—a service that ██████████████████████████ ████████████.[171]  However, the addition of On-Demand Backup is not material to infringement of the Asserted Claims.

76.     AWS contends that DynamoDB added "Streams," which allows customers to track changes made to tables.[172]  This change does not alter my infringement analysis either.

77.     Because there were no material changes to DynamoDB from December 12, 2012 through September 25, 2020 (expiration of the Kove patents) other than those identified above, my infringement analysis below relies on evidence spanning various points over the time period and applies to the entire time period.

**B.      U.S. Patent No. 7,233,978**

78.     As shown below, aspects of AWS's DynamoDB infringe claims 3, 6, 10, 14, 17, 23, 24, and 30 of the '978 patent.  While my analysis addresses each claim separately and is further organized by claim element, the evidence cited in each section relates to the same product (*i.e.*,

---

[170] AWS's Second Supplemental and Amended Response to Interrogatory No. 4 (April 13, 2023)
[171] AWS's Second Supplemental and Amended Response to Interrogatory No. 4 (April 13, 2023)
[172] AWS's November 3, 2020 response to Kove's Interrogatory No. 4.

DynamoDB) and the same or related functionality. Accordingly, the evidence cited in each section of this report (and in each section of Appendix B) may be relevant to my opinions and conclusions expressed in other sections, and I may rely on the evidence cited in each section to support my opinions and conclusions expressed in other sections. Further, as explained above, my analysis applies for DynamoDB from December 12, 2012 through September 25, 2020, and in many instances, applies to earlier time periods as well.

### 1. Claim 3

#### a. Claim 1pre: A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising:

79. *See* Appendix B, § I.B.1.a, incorporated by reference as if fully stated here.

80. I understand the preamble of claim 1 has not been construed to be limiting. Nevertheless, within DynamoDB, every ▬▬▬▬▬▬▬▬▬ — within any combination of Availability Zones and/or Regions that ▬▬▬▬▬▬, and for all implementations and configurations (including ▬▬▬▬▬▬▬▬▬▬ ▬▬) — satisfies, as recited in the preamble, "[a] system having a plurality of location servers for managing location information and providing location information to location queries."

81. In DynamoDB, a plurality of ▬▬▬▬▬▬▬▬ among Availability Zones (AZs) and Regions.[173] ▬▬▬▬▬▬▬▬▬, such as groups within one or more Availability Zones and/or Regions. constitute a "plurality of location servers."

82. The Court construed "location server" to mean "a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to location request messages from clients."[174] ▬▬▬▬▬▬ are network-attached components. ▬▬▬▬

---

[173] *See* Section I.A.3, *supra*.
[174] Dkt. 484.

 are attached to a network of DynamoDB components (including ▮▮▮▮▮▮▮) that enables them to communicate with each other.[175] Each ▮▮▮▮▮▮▮ "maintains a set of identifier/location mappings that are modified or returned in response to location request messages from clients." ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ("locations") for items and/or attributes to their associated primary keys ("identifiers"). As explained above, DynamoDB is a distributed "key-value" database in which data units known as items are stored in tables with their attributes.[176] The key that indexes these items is known as a "primary key," which is a "partition key" or a combination of a partition key and a "sort key," whose value is input into a hash function to determine "the partition" (the allocation of physical storage space in DynamoDB) in which an item's data is stored.[177] In the ▮▮▮▮▮▮▮, the ▮▮▮▮▮ of the item's partition is associated with the item's partition key hash value (identifying the item), which is associated with the ▮▮▮▮▮▮▮ for that partition.[178] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in response to requests for ▮▮▮▮▮▮▮▮▮▮ ("clients"), such as during the fulfillment of a GetItem request and the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮.[179]

---

[175] *See* Sections I.A.3 and I.A.4, *supra*; *see also* Sorenson Dep. Tr. (1/29/2020) at 137:21–138:12 (describing communications between ▮▮▮▮▮▮▮▮▮▮▮▮▮), 194:19–195:8 (same).

[176] *See* Section I.A.2, *supra*.

[177] *See* Section I.A.2, *supra*; *see also* AMZ_KOVE_000007031 ("To write an item to the table, DynamoDB uses the value of the partition key as input to an internal hash function. The output value from the hash function determines the partition in which the item will be stored."); AMZ_KOVE_000007001 at AMZ_KOVE_000007031 ("To read an item from the table, you must specify the partition key value for the item. DynamoDB uses this value as input to its hash function, yielding the partition in which the item can be found.").

[178] *See* Section I.A.2, *supra*.

[179] *See* Sections I.A.3 and I.A.4, *supra*.

83.     An item's primary key (partition ID) is an "identifier" under the parties' agreed construction, *i.e.*, "a unique encoding that identifies an individual entity, and with which zero or more location strings are associated in a location server." As explained above, primary keys in DynamoDB tables are used to uniquely identify each item (corresponding to an "entity") in the table, so that no two items can have the same key.[180] AWS requires that primary keys in DynamoDB be scalar values of one of three data types (string, number, or binary) and that they be encoded.[181] The person of ordinary skill in the art would understand that a hash of the primary key is a representation of the primary key. The hash of the primary key determines "the partition" in which an item's data is stored.[182] The ████████████████████████████████████████ ████████████████████████████████████████████████████.[183]

84.     ████████████████ satisfy the parties' agreed construction of a "location," *i.e.*, an encoding that is a member of a set of associations with an identifier in a location server, and that specifies where data pertaining to the entity identified by the identifier is stored." As explained above, ████████████████████████████████████████████████████████ with an item's primary key (████████). ████████████████ specify where (in which ████ ████) data (e.g., attributes) pertaining to the item identified by the item's primary key ████████

---

[180] *See* Section I.A.2, *supra*.

[181] *See* Section I.A.2, *supra*.

[182] *See* Section I.A.2, *supra*; *see also* AMZ_KOVE_000007001 at AMZ_KOVE_000007031 ("To write an item to the table, DynamoDB uses the value of the partition key as input to an internal hash function. The output value from the hash function determines the partition in which the item will be stored."), ("To read an item from the table, you must specify the partition key value for the item. DynamoDB uses this value as input to its hash function, yielding the partition in which the item can be found.").

[183] *See* Appendix B; Sorenson Dep. Tr. at 100:16–101:15; AMZ_KOVE_000073688 at AMZ_KOVE_000073692.

█ ) is stored.  As explained above, ██████████ store partitions of tables that contain items and their attributes.[184]

85.     The Court's construction of "location" is not limited to types of locations that can be used to directly retrieve data, are the most specific type of location possible, or that are a particular type of location.  The construction merely requires, among other things, that the location "specif[y] where data . . . is stored."   Dkt. 382.  The patents give many examples of locations, including "GPS," "latitude/longitude," "Internet machine name," a "TCP/IP port number," and an "HTTP Universal Resource Locator (URL)."  '978 patent, 8:10-13, 22:53-23:6, '170 patent, 4:53-57.  These examples (and others) are all well understood by the POSA to be types of locations.  Notably, at least for the URL, it is not directly used to retrieve data or the most specific form of a location.  Rather, a URL would be passed through multiple intermediate servers, and additional location information besides the URL would be obtained to locate the server that ultimately contains the requested data.  Moreover, when using URLs, the URL may stay the same (and be a location) even though the endpoint server changes (such as because the URL-endpoint server mapping has changed, for example, on DNS servers).  Interpreting "location" as limited to being permanently tied to the same endpoint is thus contrary to a preferred embodiment in the patents.

86.     The patents do not limit the type or format of data which is stored.  Data may be stored that is processed, unprocessed, encoded, encrypted, or erasure encoded.  Indeed, that is a stated (and achieved) purpose of the invention – to track, store, retrieve, and maintain any type of

---

[184] *See* Sections I.A.2 and I.A.3, *supra*

95.     I incorporate by reference my analysis of claim element 1pre above, as if fully stated here.

96.     A ████████████ ("location server") in every group of ████████████ ████ identified in my analysis of claim element 1pre above constitutes a "first location server."[193] As also explained above, ████████████ contain "location information" comprising ████ ████ ("locations") associated (for the reasons explained above) with primary keys (████ ██) ("identifiers") of items belonging to partitions.[194] The ████████████ stores all of the ████████████████) for DynamoDB (*i.e.*, for all DynamoDB items).[195] Each ████████████ is responsible for ████████████████████ ███, where the ████████████████████ ████████████[196] As also explained above, ████████████████ ████████████████.[197] ████████████ may initially obtain ████████████ ████████████, which provides information needed by a ████████████ ████████████ of DynamoDB's ████████████ ████████████████████).[198] The location information stored by a ████████████ constitutes "a first set of location information corresponding to at least one entity."

97.     As explained above, ████████████ store "location information" comprising a primary key (████████) ("identifier") and ████████████████ ("location strings")

---

[193] *See* analysis *supra*, regarding of element 1pre; *see also* Sections I.A.3 and I.A.4, *supra*.

[194] *See* analysis *supra*, regarding of element 1pre; *see also* Sections I.A.2, I.A.3, and I.A.4, *supra*.

[195] *See* Section I.A.3.c, *supra*; *see also* Sorenson Dep. Tr. (1/29/2020) at 73:4–9, 125:22–126:18, 140:7–15, 143:18–144:12, 171:21–23, 177:18–178:5, 193:10–14, 193:22–194:18.

[196] *See* Section I.A.3.c, *supra*; *See* Appendix B.

[197] *See* Section I.A.5, *supra*.

[198] *See* Section I.A.3.c, *supra*.

associated with the identifier.[199]  The primary key (███████) identifies an item, which corresponds to an "entity."  As explained above, an item in a table corresponds to a thing (real, digital, or abstract), *i.e.*, an "entity."[200]  The primary key (███████) ("identifier") identifies an item in a table and thus its corresponding "entity."  As explained above, primary keys in DynamoDB uniquely identify items so that no two items can have the same key,[201] and an item's primary key is input into a hash function to yield "the partition" in which an item's data is stored.[202] In the ███████, the ███████ of an item's partition is associated with the item's ███████ ███████ (identifying the item).[203]

98.    The ███████ ("the location string") specifies a location of data (*e.g.*, attributes) pertaining to the entity corresponding to an item.  As explained above, an item's attributes constitute "data pertaining to the entity" corresponding to the item.[204]  The ███████ ██ specifies where (in which ███████) data (*i.e.*, the attributes) pertaining to the item are stored—as AWS puts it, "███████,"[205]

c.    **Claim 1b:  a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first set of location information; and**

99.    *See* Appendix B, § I.B.1.c, incorporated by reference as if fully stated here.

---

[199] *See* analysis, *supra*, of claim elements 1pre and 1a; *See* Sorenson Dep. Tr. (1/29/2020) at 69:11–70:5 (indicating that partition metadata needed to make a request of Storage Nodes includes multiple Storage Node IDs).

[200] *See* analysis, *supra*, of claim element 1pre.

[201] *See* analysis, *supra*, of claim element 1pre; Section I.A.2, *supra*.

[202] *See* analysis, *supra*, of claim element 1pre; Section I.A.2, *supra*.; *see also* AMZ_KOVE_000007001 at AMZ_KOVE_000007031.

[203] *See* Section I.A.2, *supra*.

[204] *See* analysis, *supra*, of claim element 1pre–1a; Section I.A.2.

[205] *See* Sections I.A.2 and I.A.3, *supra;* AMZ_KOVE_000507797 (21:26–23:50).

the ███████████████████████.[210] Additionally, as explained above, ██████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

███████████████████ (*e.g.*, a ████████████████████████████████████

████████████████████████).[211] ██████████████ need that information from ██

because different portions of the ███████████████████████████████████

███████████████████████████

> d. **Claim 1c: programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity.**

103.    *See* Appendix B, § I.B.1.d, incorporated by reference as if fully stated here.

104.    I incorporate by reference my analysis of claim elements 1pre–1b above, as if fully stated here.

105.    Each of the ███████████████ has programming logic (as demonstrated by its source code) for, responsive to a query identifying a desired entity (responsive to a query that contains a table ID that identifies a primary key ████████████) range for an item corresponding to a desired entity), returning a location message (which includes location information) if the ████████████ receiving the request contains the requested ███████. As explained above, when a ████████████ ████████████████████████████████████████████████████████████ for an item (*e.g.*, when attempting to fulfill a GetItem request), the ████████████ will send a request

---

[210] *See* Section I.A.5, *supra*.
[211] *See* Section I.A.3.c, *supra*.

for ████████████████████████████.[212] That is "[t]he [████████████████

████████████████████████████████████████."[213] In response

to the request, the ████████████████████████ (including location information)

████.[214]

106.    The request for ████████████████████████████████

████ that identifies a primary key ████████) range and an indication of ████████[215]

The ████████ is programmed to check the ████████ in the request against the

████████████████████████, and if the ████████████ (indicating that the

████████████ the requested information), it returns a message that includes a range of

primary key (████████████████████████, from which the ████████ can

determine the ████████████ to obtain the data (e.g., attributes) for an item that corresponds

to the primary key (████████).[216] The ████████████ included in the response from the

████████████ (the "location message") specify where (in which ████████) data (*i.e.*, the

attributes) pertaining to the requested item are stored—as AWS puts it, ████████████████

████."[217] When the ████████████ responds with the requested ████████, no request iterations by

the ████████████ (and fewer than two) are performed.



---

[212] *See* Section I.A.3 and I.A.4, *supra*.
[213] AMZ_KOVE_000065279 at AMZ_KOVE_000065281; *see also* AMZ_KOVE_000507797 (16:48–19:51).
[214] *See* Section I.A.3 and I.A.4, *supra*; AMZ_KOVE_000065279 at AMZ_KOVE_000065281; *see also* AMZ_KOVE_000507797 (16:48–19:51); AMZ_KOVE_000390547 (3:20–5:05, 7:57–9:15)
[215] *See* Appendix B.
[216] *See* Appendix B.
[217] *See* Sections I.A.2 and I.A.3, *supra;* AMZ_KOVE_000507797 (21:26–23:50).

e. **Claim 3: The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query.**

107.     *See* Appendix B, § I.B.1.e, incorporated by reference as if fully stated here.

108.     I incorporate by reference my analysis of claim element 1 above, as if fully stated here.

109.     For every group of ███████████████████, "the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query."

110.     As explained above with respect to claim element 1c, ████████████ include programming logic (as demonstrated by AWS's source code cited herein), responsive to the location query (the query from a ████████████████), to return a location message if the queried location server contains location information for the desired entity (to return a message containing the primary key ████████████████████████████ it has, as explained above).[218] The ████████████ is programmed to check the ████████████ in the request against

---

[218] *See* analysis of claim element 1c, *supra*, incorporated by reference.

the ██████████████████████, and if the ████████████ (indicating that the ██████████████████████), it returns a message that includes a range of primary key (███████████████████████, from which the ████████████ can determine the ████████████ to query to obtain the data (e.g., attributes) for an item that corresponds to the primary key (████████).[219]  I incorporate by reference my analysis of claim element 1c as if fully stated here.

111.    ████████████ also include programming logic (as demonstrated by AWS's source code cited herein) responsive to the location query (the query from a ████████████████ ████████) to return a redirect message, wherein the queried ████████████ ("location server") returns a redirect message (a message containing ██████████████████████) if the queried ████████████ lacks location information for the desired entity (if it lacks the "location information" (as identified above) in its ██████████████████████████████████████ ██████████████████████).  When a ████████████ sends a request to a ████████████████ ████████████████ (the "location query"), the request contains a table ID that identifies a primary key (████████████████████████████.[220]  The ████████████ determines which ████████████ to send that request to based on ████████████████████████████████████ ████████.[221] ████████████████ are programmed to, upon receiving the request, check the ████████ ██████████████████████████████████████.[222]  If the ████████████████ ████████████ (indicating that the ████████████████████████████████████), the ████████████ returns a message (a "redirect message") to the ████████████ that includes

---

[219] *See* Appendix B.
[220] *See* Appendix B.
[221] *See* Appendix B.
[222] *See* Appendix B.



████████████████████ for reattempting the request to a ████████████████.[223] The ████████████████ in the redirect message includes a ████████████████ ████ from which the ██████████ can determine the ████████████████████ ██████████████████ that correspond to the primary key (██████████) of the item. Accordingly, no request iterations by the ██████████ (or fewer than two) are performed.

112.     The redirect message (identified above) comprises information for finding a location server known to have location information relevant to the location query.  The redirect message includes ████████████████████████████████████████ ████████████████████████████████████ ("location server") to query to obtain the ██████████████ that correspond to the primary key (██████████) of the item (*i.e.*, "location information relevant to the location query").  The ████████████████ returned to the ████████████████████████ known to have the relevant location information, which is information maintained by the ██████████.[224]

### f.     AWS's Proposed Claim Constructions

113.     AWS has proposed that "location server" should be construed to mean "a network-attached component that maintains, for satisfying every request for the location of data on the network, a set of at least one of (1) identifier/location mappings or (2) information about the location of such mappings that are modified or returned in response to all location request messages from clients."  Dkt. 539, Appx. A.  While I disagree with AWS's proposed construction, if it is applied, claim 3 of the '978 patent is still infringed.  As explained above, each ████████ ████ in DynamoDB is "a network-attached component that maintains . . . a set of . . .

---

[223] *See* Appendix B.
[224] *See* Section I.A.3.c, *supra*.