# Exhibit 21

Page 1

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE NORTHERN DISTRICT OF ILLINOIS
3  EASTERN DIVISION
4
5  KOVE IO, INC.,
6      Plaintiff,
7   vs.                          Civil Action No.
8                                1:18-cv-08175
9  AMAZON WEB SERVICES, INC.,
10     Defendant.
11  _____
12
13
14          *** CONFIDENTIAL ***
15
16    DEPOSITION OF JAMES CHRISTOPHER SORENSON III
17              Seattle, Washington
18           Wednesday, January 29, 2020
19
20
21
22
23   Reported by:
24   GWEN S. BRASS, CCR 1908, CSR 5784
25   JOB NO. 175191

1        29TH OF JANUARY, 2020

2            10:17 A.M.

3

4

5     DEPOSITION OF JAMES CHRISTOPHER

6  SORENSON III, HELD AT THE OFFICES OF

7  DAVIS WRIGHT TREMAINE LLP, 920 FIFTH

8  AVENUE, SEATTLE, WASHINGTON, BEFORE GWEN

9  BRASS, A CERTIFIED COURT REPORTER IN THE

10 STATE OF WASHINGTON.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   A P P E A R A N C E S

 2

 3   REICHMAN JORGENSEN

 4   Attorneys for Plaintiff Kove 10 Inc.

 5   750 Third Avenue

 6   New York, New York 10017

 7   BY:   JAIME CARDENAS-NAVIA, ESQ.

 8

 9

10

11   REICHMAN JORGENSEN

12   Attorneys for Plaintiff Kove IO Inc.

13   750 Third Avenue

14   New York, New York 10017

15   BY:   RAHUL SARKAR, ESQ.

16

17

18

19   JENNER & BLOCK

20   Attorneys for Defendant Amazon Web Services Inc.

21   353 North Clark Street

22   Chicago Illinois 60654

23   BY:   MICHAEL BABBITT, ESQ.

24

25
```

1   JENNER & BLOCK

2   Attorneys for Defendant Amazon Web Services Inc.

3   353 North Clark Street

4   Chicago Illinois 60654

5   BY:  MICHAEL WERNER, ESQ.

6

7

8

9

10  ALSO PRESENT:

11      JOHN M. REIDT, Videographer

12      TY McDONALD, Videographer

13

14

15

16

17

18

19

20

21

22

23

24

25

1            J. SORENSON - CONFIDENTIAL

2

3          JAMES CHRISTOPHER SORENSON III,

4            called as a witness, having been

5    duly sworn by the certified stenographer, was

6    examined and testified as follows:

7

8            THE VIDEOGRAPHER:  We're on the

9        record.  All parties have waived the

10       introduction required by Washington

11       Court Rule 30(b)(8)(f).

12           My name is John M. Reidt.  The time

13       on my video monitor is 10:17 a.m.  This

14       is the videotaped portion in the

15       deposition of Jason Sorenson.

16           This deposition is being recorded

17       this 29th day of January, 2020.

18           All those present will be noted on

19       the transcript.

20           The court reporter will now swear

21       in the witness, and you may proceed.

22           (Witness sworn by the

23       stenographer.)

24   / / /

25   / / /

```
 1              J. SORENSON - CONFIDENTIAL
 2                       EXAMINATION
 3    BY MR. CARDENAS-NAVIA:
 4         Q.    Could you please state your name.
 5         A.    James Christopher Sorenson, III.
 6         Q.    Where do you work?
 7         A.    Amazon, Amazon Web Services.
 8         Q.    And, you know, Amazon's going to
 9    come up a lot.  I think sometimes I might say
10    "Amazon" when I mean Amazon Web Services.  So
11    if there's ever any confusion about Amazon
12    versus Amazon Web Services, just let me know,
13    and I'll always try to clarify that.  Okay?
14         A.    Yes.
15         Q.    And to clarify your answer, you do
16    work at Amazon Web Services, correct?
17         A.    I believe so.  I mean, I work at
18    the -- I work for Amazon Web Services.  What
19    corporate entity that specifically is, I am
20    not sure.
21         Q.    Okay.  Fair enough.
22               And what is your current job title?
23         A.    I'm a senior principal engineer.
24         Q.    Have you had your deposition taken
25    before?
```

```
 1              J. SORENSON - CONFIDENTIAL
 2        Q.   So is it the case that -- and I'm
 3   going to use the term "subscriber," if that's
 4   okay.
 5             Well, what would be an example of a
 6   subscriber?
 7             MR. BABBITT:  Objection.  Compound.
 8        A.   Airbnb.
 9        Q.   So a subscriber would be a company
10   that uses DynamoDB?
11        A.   That's one possibility, yes.
12        Q.   What are other possibilities?
13        A.   Student at universities would be a
14   subscriber.
15        Q.   A subscriber is sort of a user of
16   the DynamoDB system.  Is that fair to say?
17        A.   Yes.
18        Q.   And subscribers can create tables;
19   is that correct?
20             MR. BABBITT:  Objection to form.
21        A.   Yes.
22        Q.   And the tables a subscriber creates
23   are -- well, actually let me go back a little
24   bit.
25             What attributes are there for a
```

1  J. SORENSON - CONFIDENTIAL
2  specific subscriber in DynamoDB?
3      MR. BABBITT:  Objection to form.
4   A.  I believe Dynamo does not keep any
5  information other than the subscriber ID.
6   Q.  And the subscriber ID can be
7  associated with a number of tables; is that
8  correct?
9      MR. BABBITT:  Objection.
10  A.  Yes.
11  Q.  Are you familiar with the term
12 [REDACTED]?
13  A.  Yes.
14  Q.  What is [REDACTED] in DynamoDB?
15  A.  Part of [REDACTED].
16  Q.  And how are [REDACTED] used in
17 DynamoDB?
18  A.  Can you -- I'm not sure what you
19 mean by that.
20  Q.  Are they used to store data?
21  A.  Yes.
22  Q.  So [REDACTED] would be a way to
23 refer to [REDACTED] in
24 DynamoDB; is that correct?
25      ///

```
 1              J. SORENSON - CONFIDENTIAL
 2              MR. BABBITT:  Objection.  Vague.
 3        Mischaracterizes testimony.
 4        A.    Yes.  I -- not the terminology I
 5   would use, the way I would phrase it.
 6        Q.    Please, phrase it the way you would
 7   phrase it.
 8        A.    They hold -- ████████████████████
 9   ██████.
10        Q.    Is ████████ a particular
11   location on a hard drive where data is stored?
12              MR. BABBITT:  Objection with
13        respect to the term "location."
14              Can you clarify what you mean by
15        location.
16        A.    The terminology that you're asking
17   is -- makes it so that I -- I don't think
18   there's a right answer for it.  I can't answer
19   it.
20              Can you rephrase it, please.
21        Q.    Sure.
22              I'm just -- you know, we're trying
23   to agree on terminology here.
24              You know, if you're storing some
25   data on a hard drive, right, so there's -- how
```

```
 1            J. SORENSON - CONFIDENTIAL
 2   would you refer to the particular place on the
 3   hard drive where that block of data is stored?
 4          MR. BABBITT:  Objection.
 5      A.   ████████████████████████████
 6   ███.
 7      Q.   And how does ██████████████
 8   ████████████████████████?
 9          MR. BABBITT:  Objection.
10      A.   █████████████████.  The internals
11   of it are not something that we're concerned
12   with.
13      Q.   Okay.  I mean, maybe we'll go
14   there, but there's no need to go there right
15   now.
16          So I believe I asked this earlier.
17   The question of how data is identified in
18   DynamoDB.  Could you please answer that again.
19          MR. BABBITT:  Objection.
20      A.   By its ███.
21      Q.   And what is ███?
22      A.   That's complicated.  It depends.
23      Q.   What do you mean "it depends"?
24      A.   We allow customers to ██████████
25   in many different ways.
```

```
 1              J. SORENSON - CONFIDENTIAL
 2              So looking at the main bullet
 3   point 5, it says --
 4        A.    Just a second.
 5        Q.    Sure.
 6              It says: ▮, after the request has
 7   passed the checks, ▮▮▮▮▮▮▮▮▮▮ (
 8   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 9   ▮▮▮▮▮▮▮) ▮▮▮▮▮▮▮▮▮▮ it needs
10   to talk to in order to find out where the end
11   user data is.
12              I read that correctly, right?
13        A.    Yes.
14        Q.    And you believe that is incorrect
15   because, in your view, ▮▮▮▮▮▮▮▮
16   would have already received that information
17   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
18        A.    Correct.
19        Q.    What in bullet point 1, if
20   anything, do you disagree with?
21        A.    I guess it's generally -- in
22   general, it's accurate that ▮▮▮▮▮▮
23   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24   that data.
25        Q.    What, if anything, in bullet
```

```
 1              J. SORENSON - CONFIDENTIAL
 2    point 2 do you disagree with?
 3         A.   It says -- so it hasn't gone ▮▮▮
 4    to get this data.  It's already done that.  So
 5    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, but it
 6    doesn't ever do that query.  So this statement
 7    is not accurate.
 8         Q.   And so to our point earlier, the
 9    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10    ▮▮, correct?
11         A.   Correct.
12         Q.   And so it would have already had
13    that information ▮▮▮▮▮▮▮▮▮, correct?
14         A.   Yes.
15         Q.   Could you please read the main
16    bullet point 6 and its five subpoints, and let
17    me know when you're done.
18         A.   (Reviewing.)
19              Okay.
20         Q.   Do you agree with bullet point 6
21    and its subbullet points?
22         A.   In the specifics of how the
23    requests are processed, this is not quite
24    accurate.
25         Q.   Can you direct me to which parts
```

```
 1            J. SORENSON - CONFIDENTIAL
 2   are inaccurate.
 3        A.   In the general heading, 1 is.
 4             "And will generate a query in the
 5   same format" --
 6             (Stenographer clarification.)
 7        A.   (Reading:) █████████████████
 8   ████████████████████████████████████
 9   ██████████████████████████████████████
10   ████████████████████████ -- from the end
11   user.
12        Q.   And you're saying that's not
13   correct?
14        A.   So ███████████ do not get
15   ████████ in the context of a request.
16        Q.   Could you explain how that relates
17   to bullet point number 6.
18        A.   Bullet point number 6 is making the
19   point that it -- that he -- that we are going
20   out to get ██████████████████████████
21   ████. I mean, we're -- there's various
22   ██████████████████████████████, and, you
23   know, this particular statement is not really
24   being precise in what ████████ it has gone off
25   and got -- or fetched.
```

```
1            J. SORENSON - CONFIDENTIAL
2              C E R T I F I C A T E
3   STATE OF WASHINGTON  )
4                        )  SS.:
5   COUNTY OF ISLAND     )
6           I, GWEN S. BRASS, a Certified
7   Shorthand Reporter within and for the state of
8   Washington, do hereby certify:
9           That JAMES CHRISTOPHER SORENSON III,
10  the witness whose deposition is hereinbefore
11  set forth, was duly sworn by me and that such
12  deposition is a true record of the testimony
13  given by such witness.
14          I further certify that I am not
15  related to any of the parties to this action
16  by blood or marriage; and that I am in no way
17  interested in the outcome of this matter.
18          IN WITNESS WHEREOF, I have hereunto
19  set my hand this 3rd day of February, 2020.
20
21
22                       *Gwen Brass*
23                       _____
24                       Gwen Brass, CCR 1908
25
```