# Exhibit 22

# Amazon DynamoDB

**Developer Guide**

**API Version 2012-08-10**



AMZ_KOVE_000007001

# Amazon DynamoDB: Developer Guide

Copyright © 2019 Amazon Web Services, Inc. and/or its affiliates. All rights reserved.

Amazon's trademarks and trade dress may not be used in connection with any product or service that is not Amazon's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits Amazon. All other trademarks not owned by Amazon are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

To quickly find recommendations for maximizing performance and minimizing throughput costs see Best Practices for DynamoDB (p. 725). To learn how to tag DynamoDB resources see Tagging for DynamoDB (p. 311).

For best practices, how-to guides and tools, be sure to check the DynamoDB Developer Resources page: http://aws.amazon.com/dynamodb/developer-resources/.

You can use AWS Database Migration Service to migrate data from a Relational Database or MongoDB to an Amazon DynamoDB table. For more information, see AWS Database Migration Service User Guide. To learn how to use MongoDB as a migration source, see Using MongoDB as a Source for AWS Database Migration Service. To learn how to use DynamoDB as a migration target, see Using an Amazon DynamoDB Database as a Target for AWS Database Migration Service.

# Amazon DynamoDB: How It Works

The following sections provide an overview of Amazon DynamoDB service components and how they interact.

After you read this introduction, try working through the Creating Tables and Loading Sample Data (p. 277) section, which walks you through the process of creating sample tables, uploading data, and performing some basic database operations.

For language-specific tutorials with sample code, see Getting Started with DynamoDB (p. 56).

**Topics**
- DynamoDB Core Components (p. 2)
- The DynamoDB API (p. 9)
- Naming Rules and Data Types (p. 11)
- Read Consistency (p. 15)
- Read/Write Capacity Mode (p. 16)
- Partitions and Data Distribution (p. 20)

## DynamoDB Core Components

In DynamoDB, tables, items, and attributes are the core components that you work with. A *table* is a collection of *items*, and each item is a collection of *attributes*. DynamoDB uses primary keys to uniquely identify each item in a table and secondary indexes to provide more querying flexibility. You can use DynamoDB Streams to capture data modification events in DynamoDB tables.

There are limits in DynamoDB. For more information, see Limits in DynamoDB (p. 798).

**Topics**
- Tables, Items, and Attributes (p. 2)
- Primary Key (p. 5)
- Secondary Indexes (p. 5)
- DynamoDB Streams (p. 8)

### Tables, Items, and Attributes

The following are the basic DynamoDB components:

- **Tables** – Similar to other database systems, DynamoDB stores data in tables. A *table* is a collection of data. For example, see the example table called *People* that you could use to store personal contact

AMZ_KOVE_000007013

information about friends, family, or anyone else of interest. You could also have a *Cars* table to store information about vehicles that people drive.

- **Items** – Each table contains zero or more items. An *item* is a group of attributes that is uniquely identifiable among all of the other items. In a *People* table, each item represents a person. For a *Cars* table, each item represents one vehicle. Items in DynamoDB are similar in many ways to rows, records, or tuples in other database systems. In DynamoDB, there is no limit to the number of items you can store in a table.

- **Attributes** – Each item is composed of one or more attributes. An *attribute* is a fundamental data element, something that does not need to be broken down any further. For example, an item in a *People* table contains attributes called *PersonID*, *LastName*, *FirstName*, and so on. For a *Department* table, an item might have attributes such as *DepartmentID*, *Name*, *Manager*, and so on. Attributes in DynamoDB are similar in many ways to fields or columns in other database systems.

The following diagram shows a table named *People* with some example items and attributes.

People

```
{
    "PersonID": 101,
    "LastName": "Smith",
    "FirstName": "Fred",
    "Phone": "555-4321"
}
```

```
{
    "PersonID": 102,
    "LastName": "Jones",
    "FirstName": "Mary",
    "Address": {
        "Street": "123 Main",
        "City": "Anytown",
        "State": "OH",
        "ZIPCode": 12345
    }
}
```

```
{
    "PersonID": 103,
    "LastName": "Stephens",
    "FirstName": "Howard",
    "Address": {
        "Street": "123 Main",
        "City": "London",
        "PostalCode": "ER3 5K8"
    },
    "FavoriteColor": "Blue"
}
```

Note the following about the *People* table:

- Each item in the table has a unique identifier, or primary key, that distinguishes the item from all of the others in the table. In the *People* table, the primary key consists of one attribute (*PersonID*).

- Other than the primary key, the *People* table is schemaless, which means that neither the attributes nor their data types need to be defined beforehand. Each item can have its own distinct attributes.

- Most of the attributes are *scalar*, which means that they can have only one value. Strings and numbers are common examples of scalars.

- Some of the items have a nested attribute (*Address*). DynamoDB supports nested attributes up to 32 levels deep.

AMZ_KOVE_000007014

For more information, see Working with Tables in DynamoDB (p. 287).

# Primary Key

When you create a table, in addition to the table name, you must specify the primary key of the table. The primary key uniquely identifies each item in the table, so that no two items can have the same key.

DynamoDB supports two different kinds of primary keys:

- **Partition key** – A simple primary key, composed of one attribute known as the *partition key*.

  DynamoDB uses the partition key's value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored.

  In a table that has only a partition key, no two items can have the same partition key value.

  The *People* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a simple primary key (*PersonID*). You can access any item in the *People* table directly by providing the *PersonId* value for that item.
- **Partition key and sort key** – Referred to as a *composite primary key*, this type of key is composed of two attributes. The first attribute is the *partition key*, and the second attribute is the *sort key*.

  DynamoDB uses the partition key value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored. All items with the same partition key value are stored together, in sorted order by sort key value.

  In a table that has a partition key and a sort key, it's possible for two items to have the same partition key value. However, those two items must have different sort key values.

  The *Music* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a composite primary key (*Artist* and *SongTitle*). You can access any item in the *Music* table directly, if you provide the *Artist* and *SongTitle* values for that item.

  A composite primary key gives you additional flexibility when querying data. For example, if you provide only the value for *Artist*, DynamoDB retrieves all of the songs by that artist. To retrieve only a subset of songs by a particular artist, you can provide a value for *Artist* along with a range of values for *SongTitle*.

  > **Note**
  > The partition key of an item is also known as its *hash attribute*. The term *hash attribute* derives from the use of an internal hash function in DynamoDB that evenly distributes data items across partitions, based on their partition key values.
  > The sort key of an item is also known as its *range attribute*. The term *range attribute* derives from the way DynamoDB stores items with the same partition key physically close together, in sorted order by the sort key value.

Each primary key attribute must be a scalar (meaning that it can hold only a single value). The only data types allowed for primary key attributes are string, number, or binary. There are no such restrictions for other, non-key attributes.

# Secondary Indexes

You can create one or more secondary indexes on a table. A *secondary index* lets you query the data in the table using an alternate key, in addition to queries against the primary key. DynamoDB doesn't require that you use indexes, but they give your applications more flexibility when querying your data.

AMZ_KOVE_000007016