# Exhibit 23

 

## Learning Paths on AWS:
# Create and Manage a Nonrelational Database
### with Amazon DynamoDB

 Introduction

 Application background

 Inserting and retrieving data

 Querying and global secondary indexes

 Updating items

 Clean up and next steps

## Inserting and retrieving data

In this lesson, you walk through some simple examples of inserting and retrieving data with DynamoDB. You create your DynamoDB table using the *CreateTable* API, and then you insert some items using the *BatchWriteItem* API call. Finally, you retrieve individual items using the *GetItem* API call. Before you work through these examples, we discuss the data model to be used in your example online bookstore application.

In subsequent modules, you learn how to retrieve multiple items at a time by using the *Query* API call and how to enable additional query patterns by using secondary indexes. You also see how to update existing items in your table.

**Time to Complete Module**: 15 Minutes

 

# Terminology

The following DynamoDB concepts play a key role in this module:

- **Table:** A collection of DynamoDB data records.
- **Item:** A single data record in a DynamoDB table. It is comparable to a row in a relational database.
- **Attribute:** A single data element on an item. It is comparable to a column in a relational database. However, unlike columns in a relational database, attributes do not need to be specified at table creation, other than the primary key discussed later in this module. Attributes can be simple types such as strings, integers, or Boolean, or they can be complex types such as lists or maps.
- **Primary key:** A primary key is a unique identifier for a single item in a DynamoDB table. The primary key name and type must be specified on table creation, and a primary key of the specified type must be included with each item written to a table. A simple primary key consists of a single attribute, and a composite primary key consists of two attributes: a partition key and a sort key. For example, you can create a simple primary key using "UserID" as an identifier, or create a composite primary key by combining "UserID" and "Creation_Date" as an item identifier.

# Data model

When building an application, you should always take time to design the data models needed in your application logic. This data model design should consider data access needs that will be needed in your application, both for reading and writing data.

DynamoDB is a nonrelational database. With nonrelational databases, you don't need to specify the full schema upfront when creating a table. You only need to declare the primary key for your table, which uniquely identifies each record in your table. This reduces the upfront cost of designing your data model because you can easily modify your schema as your application's needs change.

AMZ_KOVE_000009919