# Exhibit 24

# Best Practices for Migrating from RDBMS to Amazon DynamoDB
Leverage the Power of NoSQL for Suitable Workloads

*Nathaniel Slater*

*March 2015*



AMZ_KOVE_000009865

Not all workloads are suitable for a NoSQL database like DynamoDB. While in theory one could implement a classic entity-relationship model using DynamoDB tables and items, in practice, this would be extremely cumbersome to work with. Transactional systems that require well-defined relationships between entities are still best implemented using a traditional RDBMS. Some other unsuitable workloads include:

- Ad-hoc queries
- OLAP
- BLOB storage

Because DynamoDB does not support a standard query language like SQL, and because there is no concept of a table join, constructing ad-hoc queries is not as efficient as it is with RDBMS. Running such queries with DynamoDB is possible, but requires the use of Amazon EMR and Hive. Likewise, OLAP applications are difficult to deliver as well, because the dimensional data model used for analytical processing requires joining fact tables to dimension tables. Finally, due to the size limitation of a DynamoDB item, storing BLOBs is often not practical. DynamoDB does support a binary data type, but this is not suited for storing large binary objects, like images or documents. However, storing a pointer in the DynamoDB table to a large BLOB stored in Amazon S3 easily supports this last use-case.

## Key Concepts

As described in the previous section, DynamoDB organizes data into tables consisting of items. Each item in a DynamoDB table can define an arbitrary set of attributes, but all items in the table must define a primary key that uniquely identifies the item. This key must contain an attribute known as the "hash key" and optionally an attribute called the "range key." Figure 2 shows the structure of a DynamoDB table defining both a hash and range key.



AMZ_KOVE_000009872

the tables.  This information is critical for the data-modeling phase, in which the tables, the key structure, and the indexes will be defined.  Some common patterns for data access are:

- Write Only – Items are written to a table and never read by the application.
- Fetches by distinct value – Items are fetched individually by a value that uniquely identifies the item in the table.
- Queries across a range of values – This is seen frequently with temporal data.

As we will see in the next section, documentation of an application's data access patterns using categories such as those described above will drive much of the data-modeling decisions.

## Data Modeling Phase

In this phase, the tables, hash and range keys, and secondary indexes will be defined.  The data model produced in this phase must support the data access patterns described in the data analysis phase.  The first step in data modeling is to determine the hash and range keys for a table.  The primary key, whether consisting only of the hash key or a composite of the hash and range key, must be unique for all items in the table.  When migrating data from an RDBMS, it is tempting to use the primary key of the source table as the hash key.  But in reality, this key is often semantically meaningless to the application.  For example, a User table in an RDBMS may define a numeric primary key, but an application responsible for logging in a user will ask for an email address, not the numeric user ID.  In this case, the email address is the "natural key" and would be better suited as the hash key in the DynamoDB table, as items can easily be fetched by their hash key values.  Modeling the hash key in this way is appropriate for data access patterns that fetch items by distinct value.  For other data access patterns, like "write only", using a randomly generated numeric ID will work well for the hash key.  In this case, the items will never be fetched from the table by the application, and as such, the key will only be used to uniquely identify the items, not a means of fetching data.

RDBMS tables that contain a unique index on two key values are good candidates for defining a primary key using both a hash key and a range key.  Intersection tables used to define many-to-many relationships in an RDBMS are typically modeled using a unique index on the key values of both sides of the relationship.  Because fetching data in a many-to-many relationship requires a series of table joins, migrating such a table to DynamoDB would also involve denormalizing the data (discussed in more detail below).  Date values are also often used as range keys.  A table counting the number of times a URL was visited on any given day could define the URL as the hash key and the date as the range key.  As with primary keys consisting solely of a hash key, fetching items with a composite primary key requires the application to specify both the hash and range key



AMZ_KOVE_000009881