# Exhibit 29



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/019,036 | 11/19/2021 | 7103640 | 10406/43 | 7777 |

| 184647 | 7590 | 05/04/2022 |
|---|---|---|

Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway
Suite 300
Redwood City, CA 94065

| EXAMINER |
|---|
| KE, PENG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 05/04/2022 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

KOV_00236774



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Fisch Sigler LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015

MAILED

MAY 04 2022

CENTRAL REEXAMINATION UNIT

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/019,036*.

PATENT UNDER REEXAMINATION *7103640*.

ART UNIT *3992*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

KOV_00236775

| Office Action in Ex Parte Reexamination | Control No. | Patent Under Reexamination |
|---|---|---|
| | 90/019,036 | 7103640 |
| | Examiner | Art Unit | AIA (FITF) Status |
| | PENG KE | 3992 | No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a. ☑ Responsive to the communication(s) filed on 19 November 2021.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

b. ☐ This action is made FINAL.

c. ☑ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire 2 month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:
1. ☐ Notice of References Cited by Examiner, PTO-892.    3. ☐ Interview Summary, PTO-474.
2. ☑ Information Disclosure Statement, PTO/SB/08.    4. ☐ _____.

Part II    SUMMARY OF ACTION
1a. ☑ Claims 17-18 and 24 are subject to reexamination.
1b. ☑ Claims 1-16, 19-23 and 25 are not subject to reexamination.
2. ☐ Claims _____ have been canceled in the present reexamination proceeding.
3. ☐ Claims _____ are patentable and/or confirmed.
4. ☑ Claims 17-18 and 24 are rejected.
5. ☐ Claims _____ are objected to.
6. ☐ The drawings, filed on _____ are acceptable.
7. ☐ The proposed drawing correction, filed on _____ has been (7a) ☐ approved (7b) ☐ disapproved.
8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. 119(a)-(d) or (f).
   a) ☐ All   b) ☐ Some*   c) ☐ None    of the certified copies have
    1 ☐ been received.
    2 ☐ not been received.
    3 ☐ been filed in Application No. _____.
    4 ☐ been filed in reexamination Control No. _____.
    5 ☐ been received by the International Bureau in PCT application No. _____.
   * See the attached detailed Office action for a list of the certified copies not received.

9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

10. ☐ Other: _____

cc: Requester (if third party requester)
U.S. Patent and Trademark Office
PTOL-466 (Rev. 08-13)     Office Action in Ex Parte Reexamination     Part of Paper No. 20220413

KOV_00236776

v. U.S. Patent No. 5,301,286 to Purshotam Rajani, filed January 2, 1991, issued April 5, 1994 ("Rajani") is new art that provides new, non-cumulative technological teaching that were not previously considered and discussed on the record during the prosecution of '640 Patent.

## *Claim Rejections - 35 USC § 103*

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

3.　　Claims 17 and 18 is/are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over OracleNamesAdminGuide in view OracleSG and McGarvey

**Reason to Modify OracleNamesAdminGuide in view of OracleSG and McGarvey:**

a)OracelSG's teaching render obvious associating an identifier string with location information.

As the above overviews show, OracleNamesAdminGuide and OracleSG are in the same field of art and discuss distributed database systems using Oracle7 technology, and its associated tools and utilities. They contain overlapping disclosures focused on the similar purposes of improving query efficiency and resolution of user access.

Before the '640 Patent, it was well known and ubiquitous for computer network systems to associate location information with identifiers. With respect to Oracle7 systems like those in OracleNamesAdminGuide, OracleSG teaches that SQL*Net associates the data's network address to an "easy name" synonym:

> A synonym is merely a way of assigning an alias with which users can reference a table or view. ...Synonyms simplify this access because you can create a simple synonym that contains the details of a complex reference string.!*!
>
> Oracle Network Manager ... allows you to generate the network configuration files
>
> for SQL*Net version 2. This version makes it much easier for users to specify a database to connect to; however, the burden of providing the translation between the easy names and the exact server and instance addresses falls on the DBA [database administrator].

As the below claim charts detail regarding claim elements 17.b, 17.d-17.¢, 18.b, 18.c, and 18.e-18.g, a POSITA would have found it obvious for OracleNamesAdminGuide to associate location information (1.e., connection descriptor) with an identifier string (i.e., network-servicename-alias). As OracleSG explains, OracleNamesAdminGuide's SQL*Net uses executable code

> to make it easier for users to connect to various databases and find their data; however, "the burden of providing the translation between the easy names and the exact server and instance address falls on the DBA. Making use of identifier strings to improve the users' experience and to ease their ability to find their desired data is a primary objective of an Oracle database administrator. string are directly perceived by the end user, and a DBA would have