# Exhibit 30



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
 P.O. Box 1450
 Alexandria, Virginia 22313-1450
 www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/019,035 | 11/19/2021 | 7814170 | | 7078 |

184647       7590       05/11/2022
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway
Suite 300
Redwood City, CA 94065

| EXAMINER |
|---|
| WASSUM, LUKE S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 05/11/2022 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

FISCH SIGLER LLP
5301 WISCONSIN AVENUE NW
FOURTH FLOOR
WASHINGTON, DC 20015

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/019,035*.

PATENT UNDER REEXAMINATION *7814170*.

ART UNIT *3992*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| | Control No. | Patent Under Reexamination |
|---|---|---|
| **Office Action in Ex Parte Reexamination** | 90/019,035 | 7814170 |
| | Examiner | Art Unit | AIA (FITF) Status |
| | Luke S Wassum | 3992 | No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a. ☑ Responsive to the communication(s) filed on <u>19 November 2021</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

b. ☐ This action is made FINAL.

c. ☑ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire <u>2</u> month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:
1. ☐ Notice of References Cited by Examiner, PTO-892.    3. ☐ Interview Summary, PTO-474.
2. ☐ Information Disclosure Statement, PTO/SB/08.    4. ☐ _____.

Part II   SUMMARY OF ACTION

1a. ☑ Claims <u>1-2,6,8-9,12 and 15</u> are subject to reexamination.
1b. ☑ Claims <u>3-5,7,10-11,13-14 and 16-17</u> are not subject to reexamination.
2. ☐ Claims _____ have been canceled in the present reexamination proceeding.
3. ☐ Claims _____ are patentable and/or confirmed.
4. ☑ Claims <u>1-2,6,8-9,12 and 15</u> are rejected.
5. ☐ Claims _____ are objected to.
6. ☐ The drawings, filed on _____ are acceptable.
7. ☐ The proposed drawing correction, filed on _____ has been (7a)   ☐ approved (7b)   ☐ disapproved.
8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some*   c) ☐ None   of the certified copies have
    1 ☐ been received.
    2 ☐ not been received.
    3 ☐ been filed in Application No. _____.
    4 ☐ been filed in reexamination Control No. _____.
    5 ☐ been received by the International Bureau in PCT application No. _____.
    * See the attached detailed Office action for a list of the certified copies not received.

9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

10. ☐ Other: _____

cc: Requester (if third party requester)

## Summary of Grounds of Rejection

Ground 1: Claims 1 and 2 are obvious under 35 U.S.C. § 103(a) in view of OracleNamesAdminGuide, OracleSG, and **Rajani**.

Ground 2: Claims 6, 8, and 15 are obvious under 35 U.S.C. § 103(a) in view of OracleNamesAdminGuide, OracleSG, and **McGarvey**.

Ground 3: Claims 9 and 12 are obvious under 35 U.S.C. § 103(a) in view of OracleNamesAdminGuide, OracleSG, **McGarvey**, and **Rajani**.

## Relevant Statutes

The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

## Claim Rejections

### Ground 1: OracleNamesAdminGuide, OracleSG, and **Rajani**

Claims 1 and 2 are obvious under 35 U.S.C. § 103(a) in view of OracleNamesAdminGuide, OracleSG, and **Rajani**.

Claim 1

Regarding claim 1, OracleNamesAdminGuide teaches **a system for managing data stored in a distributed network** (see disclosure of the use of Oracle Names Server

5      in managing data in a distributed network, page 32 and Fig. 2-1:



Figure 2 – 1 Components of a Network Using Oracle Names with the Dynamic Discovery Option

the system comprising:

a) **a data repository configured to store a data entity** (see disclosure that a network using the Oracle Names Service consists of, *inter alia*, one or more databases,

10     page 32 et seq.; see also disclosure of a global database link that connects each database in a network with all other databases, page 99 et seq.), wherein **an identifier string identifies the data entity** (see disclosure that each database server's network address is stored with a name that is used to identify it, and that client applications can then request a database connection with a simple name rather than a lengthy address, page