# Exhibit 31



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/019,034 | 11/19/2021 | 7233978 | | 3927 |

184647        7590        06/28/2022
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway
Suite 300
Redwood City, CA 94065

| EXAMINER |
|---|
| CAMPBELL, JOSHUA D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/28/2022 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

KOV_00225703



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

FISCH SIGLER LLP
5301 WISCONSIN AVENUE, NW
FOURTH FLOOR
WASHINGTON, DC 20015

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/019,034*.

PATENT UNDER REEXAMINATION *7233978*.

ART UNIT *3992*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

KOV_00225704

| Office Action in Ex Parte Reexamination | Control No. 90/019,034 | Patent Under Reexamination 7233978 |
|---|---|---|
| | Examiner JOSHUA D CAMPBELL | Art Unit 3992 / AIA (FITF) Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a. ☐ Responsive to the communication(s) filed on _____.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

b. ☐ This action is made FINAL.

c. ☑ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire 2 month(s) from the mailing date of this letter. Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).** If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I  THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:
1. ☐ Notice of References Cited by Examiner, PTO-892.     3. ☐ Interview Summary, PTO-474.
2. ☐ Information Disclosure Statement, PTO/SB/08.         4. ☐ _____.

Part II  SUMMARY OF ACTION
1a. ☑ Claims 1,3,6,10,14,17,23-24 and 30-31 are subject to reexamination.
1b. ☑ Claims 2,4-5,7-9,11-13,15-16,18-22 and 25-29 are not subject to reexamination.
2.  ☐ Claims _____ have been canceled in the present reexamination proceeding.
3.  ☑ Claims 17,23-24 and 30 are patentable and/or confirmed.
4.  ☑ Claims 1,3,6,10,14 and 31 are rejected.
5.  ☐ Claims _____ are objected to.
6.  ☐ The drawings, filed on _____ are acceptable.
7.  ☐ The proposed drawing correction, filed on _____ has been (7a)  ☐ approved (7b)  ☐ disapproved.
8.  ☐ Acknowledgment is made of the priority claim under 35 U.S.C. 119(a)-(d) or (f).
       a) ☐ All  b) ☐ Some*  c) ☐ None   of the certified copies have
       1 ☐ been received.
       2 ☐ not been received.
       3 ☐ been filed in Application No. _____.
       4 ☐ been filed in reexamination Control No. _____.
       5 ☐ been received by the International Bureau in PCT application No. _____.
       * See the attached detailed Office action for a list of the certified copies not received.

9.  ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

10. ☐ Other: _____

cc: Requester (if third party requester)

KOV_00225705

DETAILED ACTION

1) This Office action addresses claims 1, 3, 6, 10, 14, 17, 23, 24, 30, and 31 of United States Patent Number 7,233,978 (hereinafter " '978 patent") for which it has been determined in the Order Granting Ex Parte Reexamination mailed January 12, 2022, regarding Reexamination Control No. 90/019,034 (hereinafter the "Order") that a substantial new question of patentability was raised in the Request for *Ex Parte* reexamination filed on November 19, 2021 (hereinafter the "Request").

2) This action is Non-Final.

## *Status of Claims*

3) Claims 1-31 are pending:

   a. Claims 1, 3, 6, 10, 14, and 31 are rejected as discussed below.

   b. Claims 17, 23, 24, and 30 are found patentable as discussed below.

   c. Claims 2, 4, 5, 7-9, 11-13, 15, 16, 18-22, and 25-29 are not subject to reexamination.

## *Rejections*

4) The following rejections are utilized by the examiner below, referencing the proposed prior art listed on page *vi* of the Request:

   *Issue 1:*   Claims 1 and 31 in view of ONAG and OSG

   *Issue 2:*   Claims 3, 10, and 14 in view of ONAG, OSG, and McGarvey

   *Issue 3:*   Claim 6 in view of ONAG, OSG, and Rajani

5) The rejections below are confined to what has been deemed to be the best available art from the Request. However, prior to conclusion of this reexamination proceeding, claims must be patentable over