# Exhibit 36

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| *In re*: Reexam of U.S. Patent No. 7,814,170 | Confirmation No.: 7078 |
| Control No. 90/019,035 | Art Unit: 3992 |
| Filed: November 19, 2021 | Examiner: WASSUM, Luke S. |
| For: **Network Distributed Tracking Wire Transfer Protocol** | Atty. Docket: KOVE-170EPR035 |

# DECLARATION OF MICHAEL T. GOODRICH, PH.D.

KOV_00232299

proceeding because the claims are expired.

25. Furthermore, it is my understanding that the parties in the co-pending litigation, who are the Patent Owner and the requestor that requested reexamination, have agreed on the constructions of certain claim terms (*see* NPL 42 in an Information Disclosure Statement (IDS) filed July 12, 2022), and the Court in the Northern District of Illinois overseeing the litigation has issued a claim construction Order regarding other terms (*Id.*, NPL 43).

26. I have reviewed these claim constructions and have been asked to adopt them in rendering my opinions in this Declaration.

27. As recited by the plain language of claims 1, 6, and 15 and their dependent claims, and in light of the various relationships set forth in their respective claim constructions, the terms "data," "entity," "location," "location information," and "identifier string" are distinct from one another. (*See e.g.*, NPL42; NPL43; '170 patent, 2:17-21; 17:6-11; and 20:17-21).

## VI. CLAIMS 1, 6, and 15

28. It is my opinion that a POSITA at the time of this invention would understand claims 1, 6, and 15, through various limitations in each of the claims, to require a non-hierarchical cluster configuration as taught by the '170 patent.

29. Specifically, claim 1 recites "**each one of the plurality of data location servers** comprises [...] a portion of the data location information [for a plurality of entities]." Claim 1 also recites "**each one of the data location servers is configured to determine** the at least one of the plurality of data location servers [that contains the location information associated with the identifier string] based on the hash function applied to the identifier string."

30. A POSITA at the time of this invention would understand the aforementioned limitations of claim 1 connotes a non-hierarchical cluster configuration as taught by the '170 patent. (*See*

9

*e.g.*, '170 patent, 16:21-31; 18:9-21). One reason for this understanding is that a hash function necessarily organizes data in a non-hierarchical manner. For example, a POSITA would understand that determining a server based on a hash function, as shown, e.g., in the '170 Patent at 15:12-36, is a non-hierarchical, clustering approach, since the determination is based on the value of a pseudo-random function, not a tree hierarchy. Indeed, the '170 Patent discloses a hash-function embodiment at 15:4-16:30 and then distinguishes this from a hierarchical server topology, stating, "While the NDTP server topology supported by the server redirection mechanism described above and shown in FIGS. 9(a) and 9(b) is an extremely powerful and general scaling technique, suitable for diverse topology deployments, some applications might still benefit from a specifically hierarchical server topology." *Id.* at 16:33-38. Another reason is that requiring every location server in the server network be configured to determine which server contains the sought after location information connotes a flat, non-hierarchical structure, where every server is similarly capable of identifying the server with the requested information, thus obviating the need for any hierarchy. *See, e.g., id.* at 16:21-27 (which expressly discloses an embodiment of "The NDTP server redirection mechanism" based on "server clusters" to "the identifier string hash function").

31. Claim 6 recites a "redirect message compris[es] a list of at least one other location server *known* to have the location information for the desired entity." Claim 15 includes a similar requirement that "the redirect message identifying which of the plurality of location servers includes the location information." Therefore, the redirect message, as recited by claims 6 and 15, must contain information identifying with specificity and certainty which data location server in the network contains the location information for the desired entity. A

location servers.

86. A POSITA would not be motivated to modify Oracle Admin with OracleSG, McGarvey, and Rajani to achieve the requirements of claims 9 and 12 because doing so would require extensive reengineering and redesigning of Oracle Admin. Oracle Admin describes a hierarchical tree structure and claims 9 and 12 requires a non-hierarchical cluster configuration. Therefore, attempting to modify Oracle Admin with OracleSG, McGarvey, and Rajani to achieve the requirements of claims 9 and 12 would require abandoning Oracle Admin's hierarchical structure and reconfiguring Oracle Admin such that the Names Servers are store location information in an indexed location store and the indexed location store comprises a string store indexed by a hash table distributed across a plurality of servers.

87. These modifications to Oracle Admin would be non-trivial to a POSITA at the time of the invention. Furthermore, the required modifications to Oracle Admin are not taught or suggested in OracleSG, McGarvey, or Rajani nor were they readily known in the art at the time. As such, the reengineering and redesign of Oracle Admin would be so extensive that a POSITA would not have a reasonable expectation of success of achieving the requirements of claims 9 and 12 by modifying Oracle Admin with OracleSG, McGarvey, and Rajani.

I declare under penalty of perjury under the laws of California and the United States of America that the above facts are true and correct.

Executed on August 11, 2022.

*(signature)*

Dr. Michael T. Goodrich

KOV_00232325