# Exhibit 39

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| *In re*: Reexam of U.S. Patent No. 7,103,640 | Confirmation No.: 7777 |
| Control No. 90/019,036 | Art Unit: 3992 |
| Filed: November 19, 2021 | Examiner: KE, Peng |
| For: **Network Distributed Tracking Wire Transfer Protocol** | Atty. Docket: KOVE-640EPR036 |

# DECLARATION OF MICHAEL T. GOODRICH, PH.D.

('640 Patent, 15:35-49).

29.    Nothing in the plain language of the claim or the specification of the '640 patent causes me to believe that "calculate" has any meaning other than its plain and ordinary meaning. It is therefore my opinion that "calculate" should be given its ordinary and customary meaning.

## VI.    CLAIMS 17 AND 18

30.    Claims 17 and 18 both require "each" data location server in the claimed data location network have computer executable code "configured to execute" certain steps, including transmitting a redirect message to the client containing information for use by the client to calculate the location of the location server that contains the location string. It is my opinion that a POSA at the time of this invention would understand this limitation to require a non-hierarchical cluster configuration as taught by the '640 patent.

## VII.    ORACLE NAMES

31.    It is my opinion that Oracle Admin discloses a fundamentally different configuration than the '640 patent.

32.    Specifically, Oracle Admin describes the Oracle Names system. Oracle Names allows for assigning aliases to network services in a network. (Oracle Admin, 30-32; 52-54). A client device may query a Names Server for the network address of a network service using the network service's alias. (Id.)

33.    Oracle Admin relies on a hierarchical structure where any given node only knows about its direct children, such that requests and responses can only be made between nodes immediately "above" or "below." (Id., 190-192). Figure C-4 depicts an example of an Oracle Names network:

For example, many companies with TCP/IP networks use the Domain Name Service (DNS) model for communication on the worldwide Internet. In this model, all naming models are hierarchical from a set of base domains such as:

- COM – commercial organizations

- EDU – educational institutions

- MIL – military

- ORG – organizations

Individual companies are then assigned domains within which to build their naming model (for example, ACME.COM). To adapt any example in this book to the DNS Internet model, add a single high-level domain, such as COM (or other stem). For organizations which are on the Internet, and therefore already have one or more DNS domains, the sensible choice is to align their Oracle naming domains with their DNS domains.

(*Id.*, 56-57).

37. In this regard, Oracle Admin describes a system that is built on top of DNS or Names Service. Like DNS or Names Service, Oracle Admin relies on traversing network paths and relationships organized in a hierarchical tree structure.

38. Oracle Admin's hierarchical configuration is foundationally different from the non-hierarchical cluster configuration required by claims 17 and 18. An important distinction is that, unlike the non-hierarchical cluster configuration required by claims 17 and 18, the Names Servers in Oracle Admin's hierarchical structure do not have information that can be used to calculate the location of location servers containing data location strings. Oracle Names Servers are also not configured to transmit such information directly back to the client.

## VIII. A PERSON OF ORDINARY SKILL IN THE ART (POSA) WOULD NOT BE MOTIVATED TO MODIFY ORACLE ADMIN WITH ORACLESG, MCGARVEY, AND/OR RAJANI

### A. Claims 17 and 18

39. It is my opinion that a POSA would not be motivated to modify Oracle Admin or

combine with OracleSG and/or McGarvey to achieve the requirements of claims 17 and 18 for at least the following reasons.

40. First, it is my opinion a POSA would not turn to Oracle Admin, OracleSG, and McGarvey to achieve the requirements of claims 17 and 18. As indicated above, claims 17 and 18 require a non-hierarchical cluster configuration. At the time of the invention of the '640 patent, conventional distributed data collection systems implemented DNS or Names Service systems, which rely on hierarchical structures. As I described above, Oracle Admin is a system similar to DNS, and as described in Oracle Admin, borrows the DNS system to allow clients to search for network addresses of network services. (*See* e.g., Oracle Admin, 56-57 and 190-192). Oracle Admin does not contemplate a non-hierarchical cluster configurations, and OracleSG and McGarvey do not either.

41. McGarvey relies on the standard DNS protocol and specifically references RFC 1034, which defines DNS. For the reasons above, DNS, like Oracle Names, is hierarchical and not comparable to the cluster composition required in claims 17 and 18.

42. McGarvey does not teach a redirect message either. McGarvey only teaches that a host can have multiple DNS servers and when one fails the host can try the next one. (McGarvey, 5:1-43). The failure message a host gets from a first DNS server is not the "redirect message" required by the claims because it does not contain information that the host can use to calculate where to locate the location server. It is merely an indication of a domain name not being found. (*Id.*, 5:38-43). Indeed, the first DNS server has no knowledge of the second DNS server because they are on different networks, as disclosed in McGarvey. (*Id.*, 5:5-43). Instead, the host issuing the queries already knows the address of the second DNS server and can send its request there. Indeed, the specification of McGarvey teaches sending the queries to multiple

13

the non-trivial task of modifying Oracle Admin-McGarvey-OracleSG with Rajani to satisfy claim 24's requirements without any teaching or suggestion in the asserted references or general knowledge in the art.

57. Based on the above reasons, it is my opinion that a POSA would not be motivated nor would a POSA find it obvious to modify Oracle with OracleSG and McGarvey to satisfy the requirements of claim 24.

I declare under penalty of perjury under the laws of California and the United States of America that the above facts are true and correct.

Executed on August 4, 2022.

_____
Dr. Michael T. Goodrich