# Exhibit 40

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

U.S. Pat. No.:  7,814,170

Issue Date:  October 12, 2010

Appl. No.:  11/354,224

Filing Date:  February 13, 2006

Pat. Title:  NETWORK DISTRIBUTED TRACKING WIRE TRANSFER PROTOCOL

Control No.:  To be assigned

Mail Stop "*Ex Parte* Reexam"
Attn: Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**DECLARATION OF JOSEPH B. GREENE UNDER 37 C.F.R. § 1.132**



**Figure 6.** *A search tree and a corresponding logical tree after partitioning the directory nodes into subnodes.*

A POSITA would recognize that Steen's description of using the first n-bits of a handle to identify the correct subnode would be achieved with a very basic hash rule/function. As a result, a POSITA would recognize this description as a basic hashing method.

62. Steen explains that it is important to organize hashing for each subnode to know how the directory node is partitioned with partitioning and mapping information can be cached on each subnode:

> Because communication between directory nodes in the original search tree now takes place between their respective subnodes, each subnode should be aware of how the directory node with which it communicates is actually partitioned. This information is contained in a separate tree management service. This service also maintains the mapping of subnodes to physical nodes. Partitioning and mapping information is assumed to be relatively stable so that it can be easily cached by subnodes.[53]

63. Steen further teaches that more complex hashing methods would likely be developed for a system based on its specific needs: "We note that we have developed more realistic hashing-

---

[53] Steen at 108.

Declaration of Joseph B. Greene
U.S. Patent No. 7,814,170

based methods than explained here. For example, we also have to take into account that the total number of links between parent and children subnodes remains manageable."[54]

### D. Oracle Overview

64. Oracle Corporation was founded in 1977 for the exclusive purpose of developing a commercial relational database system.[55] The company released its first commercially available database in 1979, Oracle v2.[56]

65. By 1992, Oracle Corporation had released Oracle version 7. Oracle7 included full functionality for distributed databases.

66. Oracle Corporation's the *Oracle7 Server Concepts* manual explains the concept of a distributed database as follows:

> A distributed database is a network of databases managed by multiple database servers that appear to a user as a single logical database. The data of all databases in the distributed database can be simultaneously accessed and modified. The primary benefit of a distributed database is that the data of physically separate databases can be logically combined and potentially made accessible to all users on a network.[57]

67. Commercially available databases would combine many different specific utilities and packages and were each designed to meet the individual needs of the users on a network. This means that many configuration choices were both possible and optional. To operate as a distributed database, a system needs to include a management utility stored on each client and database server for sending requests to a database instance and for returning responses and data from the

---

[54] Steen at 108.
[55] *See* Ex. 22 (Investor Relations – FAQ) at 3.
[56] *See* Ex. 12 (Oracle v2) at 2.
[57] Ex. 13 (Oracle7 Server Concepts) at 71-72.

database to the client over the network. An Oracle7 system may be hosting dozens of database instances on any given database server. So, to make a connection, the management utility must know the client's and database server's IP address or "Host name," the ports used, the database instance, and transport protocol.

68. Two advances in the Oracle7 system were the expansion of location transparency and the use of hashing in distributed databases. In distributed databases, location transparency hides the actual location of data from the users, allowing them to "see through" the location and internal storage information to the data itself. Location transparency is an important feature for maintaining and updating a distributed database on an ongoing basis. As the book *Oracle: The Complete Reference* details:

> Over the life span of an application, its data will very likely move from one database to another, or from one host to another. Therefore it will simplify maintenance of an application if the exact physical location of a database object is shielded from the user (and the application).[58]

A critical development supporting location transparency is the idea of 'caching'. As described and shown in Figure 2-2, each Names Server includes a 'cache' for storing location information:

> The Oracle Names Server is a network service comprised of multiple components. Each Oracle Names Server contains:
>
> • the cache—the Names cache is an in-memory database of all data required to resolve names. The cache contains the following types of data:
>
> > – system information—includes the service addresses of all of the Names Servers.

[58] Ex. 15 (Oracle DBA Handbook) at 13.

lishing "was an established publisher that was well known to those interested in the field of database technologies."[112] Corroborating evidence establishes that OracleUnleashed was publicly available and indexed by subject matter in a library no later than February 2, 1998 in its translated German version.[113]

113. Thus, OracleUnleashed is a printed publication that is prior art under 35 U.S.C. § 102(b) because it published more than one year prior to the application date of the '170 Patent and under § 102(a) because an author other than the named inventors published it before the application date. And, even if Patent Owner were able to establish the '640 Patent is entitled to the benefit of the earliest possible priority date of July 8, 1998, OracleUnleashed is § 102(a) prior art because it was published more than six months prior to that date. OracleUnleashed hasn't been previously considered in connection with the '170 Patent.

114. OracleUnleashed describes versions of the Oracle system up through Oracle version 8.1 and related products. An earlier book I authored, Oracle DBA Survival Guide was published in 1995 and only describes Oracle features available at the time (those included in up until version 7.2). Both books describe the use of the real Oracle system products, along with other applications that work with those products, but OracleUnleashed describes the most up to date features as of its publication in 1997. OracleUnleashed states that it is a "quick reference machete" that cuts "through to the complete world of the Oracle Server and its components."[114]

---

[112] *See also Vidstream LLC v. Twitter, Inc.*, 981 F.3d 1060, 1065 (Fed. Cir. 2020) ("A reference will be considered publicly accessible if it was disseminated or otherwise made available to the extent that persons interested and ordinarily skilled in the subject matter or art exercising reasonable diligence[] can locate it…. When there is an established publisher there is a presumption of public accessibility as of the publication date.").
[113] *See* Hall-Ellis Decl. ¶¶ 56-59.
[114] OracleUnleashed at 29.

115. OracleUnleashed explains that its teachings are compatible with systems having Oracle Names Servers,[115] such as OracleNamesAdminGuide. This is because the Oracle8 system includes all features of prior versions, including those of Oracle Names Servers.

116. OracleUnleashed provides a description of the key details of the Oracle8 system:

> Instead of getting lost in endless reams of manuals, by first referring to this book, one can focus on the issues and hotpoints surrounding the complex tasks faced in purchasing, installing, and implementing the appropriate Oracle technology.[116]

117. Accordingly, OracleUnleashed aims to help skilled artisans identify a system-related issue and find the solution:

> This book is more like a companion. For instance, if one found himself or herself in the predicament of needing to connect and synchronize an Oracle8 Server to an IBM main- frame running DB2, he or she probably couldn't do it with this book alone. Instead, the constant reader would first study this book to gain an understanding of the many issues surrounding this Herculean task, using the expert knowledge and examples as a template when referring to specific documentation regarding the many tasks that they faced. Once the large picture has been grasped, the reader might then dive into specific Oracle manuals in order to extract useful details needed to complete the task.[117]

118. Further, OracleUnleashed provides information on some specific areas of technology. For example, OracleUnleashed explains the basic structure of the relational database management system ("RDBMS") with three main parts: background processes, shared memory areas, and disk data storage areas, as shown below in Figure 2.1.[118]

---

[115] OracleUnleashed at 424, 488.
[116] OracleUnleashed at 30.
[117] OracleUnleashed at 30.
[118] OracleUnleashed at 45.

Declaration of Joseph B. Greene
U.S. Patent No. 7,814,170

433. I declare that all statements made herein of my own knowledge are true, and that all statements made on information and belief are believed to be true; and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Dated: February 16, 2023          By: : _____
                                           Joseph B. Greene