# Exhibit 41

# Oracle Names™ Administrator's Guide

**Release 2.0**

AMZ_KOVE_000528884

AMZ_KOVE_000528885

# Oracle Names™ Administrator's Guide

Release 2.0
Part No. A42482–1



AMZ_KOVE_000528886

Oracle Names™ Administrator's Guide , Release 2.0

Part No. A42482–1

Copyright © 1994, 1995, 1996 Oracle Corporation

**All rights reserved. Printed in the U.S.A.**

Primary Author: Larry Neumann, Mary Owen
Contributing Authors: Sandy Venning, Laura Ferrer, Jocelyn Audette
Contributors: Jay Rosssiter, Sandy Lau, Martin Toeller, June Foster, Kamala Pal, Ed Miner, P.V. Shivkumar, Dave Stowell, Jessica Kam, Mark Lambert, Debbie Smith, Laurie Mann, Mark Jarvis, Steve Viavant, Michael Mesaros, Debra Kajiyama, Dave Pierce

**This software was not developed for use in any nuclear, aviation, mass transit, medical, or other inherently dangerous applications. It is the customer's responsibility to take all appropriate measures to ensure the safe use of such applications if the programs are used for such purposes.**

This software/ documentation contains proprietary information of Oracle Corporation; it is provided under a license agreement containing restrictions on use and disclosure and is also protected by copyright law. Reverse engineering of the software is prohibited.

If this software/ documentation is delivered to a U.S. Government Agency of the Department of Defense, then it is delivered with Restricted Rights and the following legend is applicable:

**Restricted Rights Legend** Use, duplication, or disclosure by the Government is subject to restrictions as set forth in subparagraph (c)(1)(ii) of DFARS 252.227–7013, Rights in Technical Data and Computer Software (October 1988).

Oracle Corporation, 500 Oracle Parkway, Redwood City, CA 94065.

If this software/ documentation is delivered to a U.S. Government Agency not within the Department of Defense, then it is delivered with "Restricted Rights", as defined in FAR 52.227–14, Rights in Data – General, including Alternate III (June 1987).

The information in this document is subject to change without notice. If you find any problems in the documentation, please report them to us in writing. Oracle Corporation does not warrant that this document is error free.

Oracle, SQL*Net, SQL*DBA, SQL*Connect, SQL*Forms, and SQL*Plus are registered trademarks of Oracle Corporation.

Oracle MultiProtocol Interchange, Oracle Names, Oracle Network Manager, Secure Network Services, Oracle Server Manager, and Oracle7 are trademarks of Oracle Corporation.

All other products or company names are used for identification purposes only, and may be trademarks of their respective owners.

AMZ_KOVE_000528887

# Preface

**Purpose**  The *Oracle Names Administrator's Guide* provides the information you need to understand and use the Oracle Names product. Oracle Names makes network address and database link information in an enterprise-wide distributed database network available to all nodes throughout the network.


OS Doc

**Note:** This manual contains examples and figures that refer to specific machine types, network protocols, and operating systems. These references are examples of possible configurations and are not representative of all configurations. Use this guide in conjunction with an Oracle operating system-specific manual that includes notes on installation and operating system-specific information such as configuration file locations and protocol support on that platform.

AMZ_KOVE_000528888