# Exhibit 43

# EXHIBIT L

# Claim Constructions

| Claim Term | Construction |
|---|---|
| identifier/identifier string | a unique encoding that identifies an individual entity, and with which zero or more location strings are associated in a location server (NPL 43) |
| location/data location | an encoding that is a member of a set of associations with an identifier in a location server, and that specifies where data pertaining to the entity identified by the identifier is stored (NPL 43) |
| location server/server | a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to location request messages from [] clients (NPL 42) |
| location information | one or more identifiers and their associated locations (NPL 42) |
| hash table | a data structure that stores values in a table, where values are stored and retrieved by applying a hash function to an input and using the function result as an index into the table (NPL 43) |
| data pertaining to an entity | data pertaining to a person or thing (real, digital, or abstract) distinct from that data (NPL 42) |
| client | a network-attached component (which may be software or hardware) that initiates update or lookup of identifier/location mappings from a location server with location request messages (NPL 42) |



## '978 patent: Requires identifier to *uniquely* identify an entity



data pertaining to the entity

*Identifier* is a *unique encoding that identifies an individual entity*, and with which zero or more location strings are associated in a location server

---

## Oracle Admin: "identifiers" are not unique



See e.g., Oracle Admin, p. 52, 54, 110

## Oracle SG:
## synonym names are <u>not</u> unique



Oracle SG, p. 189

In a related IPR of the '978 patent, the PTAB determined that DNS fails to satisfy the requirements of the 978 claims because domains names in the DNS system are not unique encodings that identify an individual entity.

> 23; Ex. 1002 ¶¶ 75, 88. We construed above the claim term "identifier" to mean "a unique encoding that identifies an individual entity, and with which zero or more data location specifiers are associated in a location server." *See supra* Section II. As Patent Owner correctly contends, Petitioner and Dr. Weissman fail to explain how a given domain name identifies only one host computer of RFC1034. Prelim. Resp. 35. To the contrary, the resource record for the domain name on which Petitioner and Dr. Weissman rely, venera.isi.edu, describes only that the domain resolves to two IP addresses, namely 128.9.0.32 and 10.1.0.52, which Petitioner cites as meeting the claimed "at least one location string," not the claimed "entity." Ex. 1003, 14; Pet. 20, 28. Petitioner's brief discussion of this disclosure does not explain how the domain venera.isi.edu allegedly identifies only a single host.

IPR2020-00276 DI, p. 21

Teachings in Oracle Admin. and Oracle SG are **cumulative** of DNS in this regard, because private/public names in Oracle Admin/SG are likewise not unique encodings that identify and individual entity.

# Oracle teaches a hierarchical architecture, not a "cluster topology" which enables "redirect message"

