# Exhibit 46



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/019,036 | 11/19/2021 | 7103640 | 10406/43 | 7777 |

184647  7590  10/06/2022
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway
Suite 300
Redwood City, CA 94065

| EXAMINER |
|---|
| KE, PENG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 10/06/2022 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Fisch Sigler LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/019,036*.

PATENT UNDER REEXAMINATION *7103640*.

ART UNIT *3992*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| Notice of Intent to Issue<br>*Ex Parte Reexamination Certificate* | Control No.<br>90/019,036 | Patent Under Reexamination<br>7103640 |
|---|---|---|
| | Examiner<br>PENG KE | Art Unit<br>3992 | AIA Status<br>No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☑ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of
   (a) ☑ Patent owner's communication(s) filed: 08/04/22.
   (b) ☐ Patent owner's failure to file an appropriate timely response to the Office action mailed: ____.
   (c) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
   (d) ☐ The decision on appeal by the ☐ Board of Patent Appeals and Interferences ☐ Court dated ____
   (e) ☐ Other: ____.
2. The Reexamination Certificate will indicate the following:
   (a) Change in the Specification: ☐ Yes ☑ No
   (b) Change in the Drawing(s): ☐ Yes ☑ No
   (c) Status of the Claim(s):
      (1) Patent claim(s) confirmed: 17-18 and 24.
      (2) Patent claim(s) amended (including dependent on amended claim(s)): ____.
      (3) Patent claim(s) canceled: ____.
      (4) Newly presented claim(s) patentable: ____.
      (5) Newly presented canceled claims: ____.
      (6) Patent claim(s) ☐ previously ☐ currently disclaimed: ____.
      (7) Patent claim(s) not subject to reexamination: 1-16, 19-23 and 25.
3. ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ____.
4. ☑ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."
5. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).
6. ☐ Note attached LIST OF REFERENCES CITED (PTO/SB/08 or PTO/SB/08 substitute).
7. ☐ The drawing correction request filed on ____ is: ☐approved ☐disapproved.
8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All  b) ☐ Some*  c) ☐None of the certified copies have
      ☐been received.
      ☐not been received.
      ☐been filed in Application No. ____.
      ☐been filed in reexamination Control No. ____.
      ☐been received by the International Bureau in PCT Application No. ____.
   * Certified copies not received: ____.
9. ☐ Note attached Examiner's Amendment.
10. ☐ Note attached Interview Summary (PTO-474).
11. ☐ Other: ____.

**All correspondence** relating to this reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

/PENG KE/
Primary Examiner, Art Unit 3992

cc: Requester (if third party requester)

The following is an examiner's statement of reasons for patentability and/or confirmation of the claims found patentable in this reexamination proceeding:

Based on applicant's remarks (p29-37, p 41-42) presented on 8/04/2022, The cited prior art fail to teach individually or in combination:"...transmitting a redirect message to the client if the identification string is not associated with a location string at the data location server..." and "... wherein the redirect message contains information for use by the client to calculate a location of a different data location server..." of Claim 17; and

"if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client..." and "where in the redirect message contains redirect information for user by the client to calculate a location of a different data location server in the plurality of the data location server..." of claim 18.

Claim 24 which is dependent on claim 18, it is confirmed for the same reason as those stated for claim 18.

Any comments considered necessary by PATENT OWNER regarding the above statement must be submitted promptly to avoid processing delays. Such submission by the patent owner should be labeled: "Comments on Statement of Reasons for Patentability and/or Confirmation" and will be placed in the reexamination file.