# Exhibit 49

Contact Us | Support | English | My Account | Sign In | Create an AWS Account

Products | Solutions | Pricing | Documentation | Learn | Partner Network | AWS Marketplace | Customer Enablement | Events | Explore More

Global Infrastructure | Overview | Regions and AZs | Local Zones | Wavelength Zones | AWS Regional Services | Sustainability | Community Engagement

Free AWS Training | Advance your career with AWS Cloud Practitioner Essentials—a free, six-hour, foundational course ›

# AWS Global Infrastructure

The most secure, extensive, and reliable Global Cloud Infrastructure, for all your applications

Create an Account

**31 Launched Regions** each with multiple Availability Zones (AZs)

**99 Availability Zones**

**450+ Points of Presence** 400+ Edge Locations and 13 Regional Edge Caches

## AWS Global Infrastructure Map

The AWS Cloud spans 99 Availability Zones within 31 geographic regions around the world, with announced plans for 15 more Availability Zones and 5 more AWS Regions in Canada, Israel, Malaysia, New Zealand, and Thailand.

List view | Regions | Coming soon

**32 Local Zones** **29 Wavelength Zones** for ultralow latency applications

**245 Countries and Territories Served**

**115 Direct Connect Locations**



### Why Cloud Infrastructure Matters

The AWS Global Cloud Infrastructure is the most secure, extensive, and reliable cloud platform, offering over 200 fully featured services from data centers globally. Whether you need to deploy your application workloads across the globe in a single click, or you want to build and deploy specific applications closer to your end-users with single-digit millisecond latency, AWS provides you the cloud infrastructure where and when you need it.

With millions of active customers and tens of thousands of partners globally, AWS has the largest and most dynamic ecosystem. Customers across virtually every industry and of every size, including start-ups, enterprises, and public sector organizations, are running every imaginable use case on AWS.

### AWS is the longest-running Gartner CIPS Magic Quadrant Leader

Customers are increasingly choosing AWS to host their cloud-based infrastructure and realize increased performance, security, reliability, and scale wherever they go.

For the 12th year in a row, AWS is evaluated as a Leader in the 2022 Gartner Magic Quadrant for Cloud Infrastructure and Platform Services, placed highest in Ability to Execute axis of measurement among the top 8 vendors named in the report.

Read the full Gartner report here ›

**See why Gartner named AWS a CIPS Leader again**

## Benefits

### Security
Security at AWS starts with our core infrastructure. Custom-built for the cloud and designed to meet the most stringent security requirements in the world, our infrastructure is monitored 24/7 to help ensure the confidentiality, integrity, and availability of your data. All data flowing across the AWS global network that interconnects our datacenters and Regions is automatically encrypted at the physical layer before it leaves our secured facilities. You can build on the most secure global infrastructure, knowing you always control your data, including the ability to encrypt it, move it, and manage retention at any time.

### Availability
AWS delivers the highest network availability of any cloud provider. Each region is fully isolated and comprised of multiple AZs, which are fully isolated partitions of our infrastructure. To better isolate any issues and achieve high availability, you can partition applications across multiple AZs in the same region. In addition, AWS control planes and the AWS management console are distributed across regions, and include regional API endpoints, which are designed to operate securely for at least 24 hours if isolated from the global control plane functions without requiring customers to access the region or its API endpoints via external networks during any isolation.

### Performance
The AWS Global Infrastructure is built for performance. AWS Regions offer low latency, low packet loss, and high overall network quality. This is achieved with a fully redundant 100 GbE fiber network backbone, often providing many terabits of capacity between Regions. AWS Local Zones and AWS Wavelength, with our telco providers, provide performance for applications that require single-digit millisecond latencies by delivering AWS infrastructure and services closer to end-users and 5G connected devices. Whatever your application needs, you can quickly spin up resources as you need them, deploying hundreds or even thousands of servers in minutes.

### Scalability
The AWS Global Infrastructure enables companies to be extremely flexible and take advantage of the conceptually infinite scalability of the cloud. Customers used to over provision to ensure they had enough capacity to handle their business operations at the peak level of activity. Now, they can provision the amount of resources that they actually need, knowing they can instantly scale up or down along with the needs of their business, which also reduces cost and improves the customer's ability to meet their user's demands. Companies can quickly spin up resources as they need them, deploying hundreds or even thousands of servers in minutes.

### Flexibility
The AWS Global Infrastructure gives you the flexibility of choosing how and where you want to run your workloads, and when you do you are using the same network, control plane, APIs, and AWS services. If you would like to run your applications globally you can choose from any of the AWS Regions and AZs. If you need to run your applications with single-digit millisecond latencies to mobile devices and end-users you can choose AWS Local Zones or AWS Wavelength. Or If you would like to run your applications on-premises you can choose AWS Outposts.

### Global Footprint
AWS has the largest global infrastructure footprint of any provider, and this footprint is constantly increasing at a significant rate. When deploying your applications and workloads to the cloud, you have the flexibility in selecting a technology infrastructure that is closest to your primary target of users. You can run your workloads on the cloud that delivers the best support for the broadest set of applications, even those with the highest throughput and lowest latency requirements. And If your data lives off this planet, you can use AWS Ground Station, which provides satellite antennas in close proximity to AWS Infrastructure Regions.

## Explore more of AWS

**Get Started with AWS**
Learn how to start using AWS in minutes.

**AWS Free Tier**
Gain free, hands-on experience with AWS for 12 months.

**Free AWS Training**
Access 500+ free digital courses across roles, skill levels, and domains to build your AWS Cloud skills.

| Learn About AWS | Resources for AWS | Developers on AWS | Help | |
|---|---|---|---|---|
| What is AWS? | Getting Started | Developer Center | Contact Us | Create an AWS Account |
| What is Cloud Computing? | Training and Certification | SDKs & Tools | File a Support Ticket |   |
| AWS Diversity, Equity & Inclusion | AWS Solutions Library | .NET on AWS | Knowledge Center | |
| What is DevOps? | Architecture Center | Python on AWS | AWS re:Post | Amazon is an Equal Opportunity Employer: Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age. |
| What is a Container? | Product and Technical FAQs | Java on AWS | AWS Support Overview | |
| What is a Data Lake? | Analyst Reports | PHP on AWS | Legal | |
| AWS Cloud Security | AWS Partners | JavaScript on AWS | AWS Careers | |
| What's New | | | | |
| Blogs | | | | |
| Press Releases | | | | |

Language: العربية | Bahasa Indonesia | Deutsch | English | Español | Français | Italiano | Português | Tiếng Việt | Türkçe | Русский | ไทย | 日本語 | 한국어 | 中文 (简体) | 中文 (繁體)



Privacy | Site Terms | Cookie Preferences | © 2023, Amazon Web Services, Inc. or its affiliates. All rights reserved.