# Exhibit 50

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

----------------------------------X

KOVE IO, INC.,                          :

        Plaintiff,       :

                      : Civil Action No.:

v.                                      :

                      : 1:18-cv-08175

AMAZON WEB SERVICES, INC.               :

        Defendant.        :

----------------------------------X

\*\*\* HIGHLY CONFIDENTIAL \*\*\*

Deposition of SWAMI SIVASUBRAMANIAN, PH.D., as the

corporate representative of Amazon Web Services,

Inc. and personally

Conducted Remotely

Wednesday, May 10, 2023

9:01 a.m. PST


Reported by: Matthew Goldstein, RMR, CRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

1   Deposition of SWAMI SIVASUBRAMANIAN, PH.D.,
2   conducted remotely:
3
4
5
6
7
8
9   Pursuant to Notice, before Matthew Goldstein, RMR,
10  CRR, Notary Public in and for the State of Maryland.
11
12
13
14
15
16
17
18
19
20
21
22

```
 1        A P P E A R A N C E S

 2        ON BEHALF OF THE PLAINTIFF, KOVE IO, INC.:

 3        ADAM ADLER, ESQUIRE

 4        NAVID BAYAR, ESQUIRE

 5        REICHMAN JORGENSEN LEHMAN & FELDBERG LLP

 6        1909 K Street, NW

 7        Suite 800

 8        Washington, D.C. 20006

 9        650.623.1480

10

11        ON BEHALF OF THE DEFENDANT, AMAZON WEB

12        SERVICES, INC.:

13        JEFFREY SALTMAN, ESQUIRE

14        FISCH SIGLER LLP

15        5301 Wisconsin Avenue, NW

16        4th Floor

17        Washington, D.C. 20015

18        202.362.3640

19

20        ALSO PRESENT:

21        DEANDRAE SHIVERS - VIDEOGRAPHER/EXHIBIT

22                                     TECHNICIAN
```

1           THE VIDEOGRAPHER:  This is the beginning
2   of the videotaped deposition of Swami
3   Sivasubramanian in the matter of Kove IO versus
4   Amazon Web Services.
5           Today's date is May 10th, 2023.
6           And the time is 9:01 a.m., Pacific Time.
7           Counsel, please introduce yourselves,
8   after which our court reporter will swear in the
9   witness.
10          MR. ADLER:  My name is Adam Adler, on
11  behalf of plaintiff, Kove IO, Inc., from Reichman
12  Jorgensen Lehman & Feldberg.  I'll be taking the
13  deposition today.  And I'm joined by my colleague,
14  Navid Bayar.
15          MR. SALTMAN:  Jeff Saltman from Fisch
16  Sigler LLP on behalf of the defendant, Amazon, and
17  the witness.
18
19
20
21
22

```
 1            P R O C E E D I N G S
 2    Whereupon,
 3              SWAMI SIVASUBRAMANIAN, PH.D.
 4    being first duly sworn or affirmed to testify to the
 5    truth, the whole truth, and nothing but the truth, was
 6    examined and testified as follows:
 7         EXAMINATION BY COUNSEL FOR THE PLAINTIFF
 8    BY MR. ADLER:
 9         Q.   All right.  Good morning,
10    Mr. Sivasubramanian.
11         A.   Good morning.
12         Q.   Is this the first time you've been
13    deposed?
14         A.   For this case?
15         Q.   Ever?
16         A.   No, I think I've been done once before.
17         Q.   And do you remember which case that was
18    in?
19         A.   No.
20         Q.   And do you remember about how long ago
21    that was?
22         A.   Not exactly.
```

1    Q.   Humble contributions significant to
2  include as examples of your inventorship?
3         MR. SALTMAN:  Objection; scope.
4  BY MR. ADLER:
5    Q.   I can ask the question a different way.
6         Are you proud of the contributions that
7  you made to the DynamoDB team?
8    A.   Yes.
9    Q.   Are you proud of the contributions that
10 you made to the DynamoDB product definition?
11   A.   Yes.
12   Q.   And you would agree with the statement
13 here that the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14 for DynamoDB was your idea?
15   A.   Yes.
16   Q.   Okay.  And would you agree that at least
17 up until the time that you left the DynamoDB team,
18 you had a solid understanding of how DynamoDB
19 works?
20   A.   Yes.
21   Q.   And that's true from both a business or
22 marketing perspective, as well a technical

1   perspective?

2       A.   Technical, I'm assuming you're not

3   expecting me to know all the code and every little

4   detail, but I can speak to it as reasonable

5   enough.

6       Q.   Good.

7            And then the first item under

8   "Invention," you say, "For some context:  I have

9   more than 150 patents (probably the most patents

10  held by any Amazonian) if not the top 3."

11           Do you see that?

12      A.   Yes.

13      Q.   And this was a while ago, November 2016.

14  Do you know how many patents you have today?

15      A.   I don't.

16      Q.   Is it more than 150?

17      A.   I would think so.

18      Q.   Do you know if it's more than 200?

19           MR. SALTMAN:  Objection; scope.

20           THE WITNESS:  I genuinely don't because

21  I stopped keeping track.

22

```
 1   BY MR. ADLER:
 2       Q.   And I know it's not a competition, but
 3   it's very impressive.  Do you know if you are the
 4   top patent-holding Amazonian?
 5            MR. SALTMAN:  Objection; scope.
 6            THE WITNESS:  I don't.
 7   BY MR. ADLER:
 8       Q.   Do you know if you're still in the top
 9   three?
10            MR. SALTMAN:  Same objection.
11            THE WITNESS:  I don't.
12   BY MR. ADLER:
13       Q.   Did you obtain those 150-plus patents
14   through Amazon?
15            MR. SALTMAN:  Objection; vague, scope.
16            THE WITNESS:  Not all of them.
17   BY MR. ADLER:
18       Q.   Do you remember how many you obtained
19   not through Amazon?
20            MR. SALTMAN:  Objection; scope.
21            THE WITNESS:  Probably a few single
22   digit ones, I would think.  I don't have the exact
```

1  that -- that one is easy because it's so low.

2　　　　　　But when you start getting to th ▬

3  ▬▬▬▬▬▬▬▬▬▬▬, it's hard to abstract

4  out what the difference is going to be to the

5  customer, especially since customers are so

6  variable.  And so what I would like to do is get

7  in your head, as general manager of DynamoDB, to

8  get a qualitative sense of how you viewed the

9  difference between tha ▬▬▬▬▬

10 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

11 ▬▬▬▬▬▬, you know, for you as general

12 manager and for the product.

13　　　　　　Does that make more sense?

14　　　　　　MR. SALTMAN:  Objection; lack of

15 foundation, compound.

16　　　　　　THE WITNESS:  That's a long question to

17 keep in recall.  But the question -- we can have

18 breakpoints, per se, but we had internal targets

19 for specific APIs, so what availability targets

20 would be.  And it probably would be construed as

21 trying to push the boundaries on behalf of

22 customers.

1   BY MR. ADLER:
2       Q.  And how did you set those targets?
3       A.  It varies depending on the API.  If it
4   is purely read only, it is different from if it is
5   write and so forth.
6       Q.  How did you set it for reads?
7       A.  For read APIs ▬▬▬▬▬▬▬▬▬▬▬▬
8   ▬▬▬▬▬▬▬▬.  DynamoDB is not just a simple
9   ▬▬▬▬▬▬▬▬.  It actually has a
10  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
11  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ various
12  other things to execute a query.
13          So you have to -- so for a get item, a
14  simple one, it might be different from, let's say,
15  a scan API or -- and the query API, which is like
16  a hash range query and so forth.  So it varies,
17  and so we look at the ▬▬▬▬▬▬▬▬
18  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
19  ▬▬▬.  And then we think about it and then see.
20      Q.  Was there a point that you understood
21  where you would start to lose customers for not
22  having sufficient availability, or is it more

1　incremental where each loss -- each tenth a
2　percentage point or whatever it is, loss of
3　availability is going to risk losing customers?
4　　　A.　I am trying to actually figure out if
5　there is like a factual number what you're after
6　because there is always -- customers we know --
7　here are things that are constant:  Customers
8　always want -- we need a certain level of
9　availability in our applications not to be down.
10　　　　　　And DynamoDB was something that
11　actually, compared to the old relational
12　databases, we didn't have to deal with ▓▓▓▓▓▓
13　▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14　▓▓▓▓▓▓.  So it was a step up when it comes to
15　traditional relational databases so when you speak
16　from a customer angle.
17　　　Q.　So for -- were you finished?
18　　　A.　Yes.
19　　　Q.　So for the managed services that
20　competed with DynamoDB, offered by Google or
21　Microsoft, did you benchmark against their
22　availability statistics?

Page 146

1        MR. SALTMAN:  Objection; scope.
2        THE WITNESS:  ███████████████
3   ████████████████████.
4   BY MR. ADLER:
5        Q.   And in both DynamoDB and simple -- we'll
6   start with DynamoDB, and then we'll go to
7   SimpleDB.
8             In DynamoDB if a user wants to access
9   their database records, th ██████████████████
10  ███████████████████████████████████;
11  right?
12       MR. SALTMAN:  Objection; scope.
13       THE WITNESS:  That is vague.  When a
14  DynamoDB user wants to make a request, first we
15  route it to ████████████████, which sends
16  it to ██████████████████████.  And then
17  we actually do ██████████████████████
18  █████████████████████████████████████
19  █████.  And then run ██████████████████ on
20  those things.  And then actually figure out -- bit
21  ██████████████████████████████.
22  Because it's not just landing on ██████████

1　　　████████████████████████.  That is like very

2　　trivial.  Again, as I said, DynamoDB has like

3　　██████████████████████████████████████████████

4　　██████.  ██████████████████████████████████████.

5　　So we are to do distributed query processing.

6　　So --

7　　BY MR. ADLER:

8　　　　　Q.　Yeah, so this -- that wasn't my

9　　question.

10　　　　　　My question was:  You have to figure out

11　　which ████████████████████████████████ before

12　　DynamoDB can retrieve the data; right?

13　　　　　A.　We have to do more than that --

14　　　　　　MR. SALTMAN:  Objection; scope.

15　　　　　　You can answer.

16　　　　　　THE WITNESS:  We had to do more than

17　　that before we answer the question.  I'll repeat

18　　again, to answer --

19　　BY MR. ADLER:

20　　　　　Q.　No, no, no, I heard you the first time.

21　　And I'm sorry --

22　　　　　　MR. SALTMAN:  And, Counsel, let him

1  answer the question.
2  BY MR. ADLER:
3      Q.  No, I'm asking the questions and he's
4  giving me the answers and I did not need him to
5  repeat himself.
6           And so my question, just to clarify, is
7  not is this the only thing you need to do to get
8  the data.  My question is:  In order to obtain the
9  data to service the user's request, DynamoDB must
10 ███████████████████████████████████████████████
11 ███████; is that correct?
12          MR. SALTMAN:  Objection to scope and
13 asked and answered.
14          THE WITNESS:  Yeah, you asked me, and I
15 answered.  To actually get a query, once we get a
16 query, we have to ████████████████████████████████
17 ████████████████████████████████████████ on
18 whether this request can be served or not.  Then
19 we also look at ███████████████████████████████
20 ████████████████████████████████████████████████.
21          And then ██████████████████████, we go and
22 look at various things around like if this is a

Page 160

1  One form o ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
3  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; is that correct?
4          MR. SALTMAN: Objection; scope.
5          THE WITNESS: Are you asking what kind
6  of metadata we store, or what is the question?
7  BY MR. ADLER:
8      Q. No, you said there were different kinds
9  of metadata, and so I'm identifying one kind of
10 metadata and want to confirm that that
11 understanding is correct. And that is one kind of
12 metadata in DynamoDB is metadata that ▓▓▓▓▓▓
13 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
15         MR. SALTMAN: Objection; scope.
16         THE WITNESS: There would be one kind of
17 metadata that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
19 BY MR. ADLER:
20     Q. And ▓▓▓▓▓▓▓▓ -- you basically said the
21 same thing that I said back, but you replaced the
22 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

1　　　　　What is the distinction between ▮

2　▮

3　　　　　MR. SALTMAN:  Objection; scope.

4　　　　　THE WITNESS:  ▮

5　can mean many different thing ▮

6　▮.

7　If it i ▮, then you

8　could say, Oh, yeah ▮.

9　Bu ▮

10　▮

11　▮

12　▮.  And

13　depending on which query happens, we need to know

14　▮

15　▮.

16　BY MR. ADLER:

17　　　Q.   I didn't quite -- I didn't quite track

18　that, but is a correct way of saying it that each

19　▮

20　▮?

21　　　　　MR. SALTMAN:  Objection; scope.

22　　　　　THE WITNESS:  ▮ -- some

1    ███████████████████████████████████████.

2    BY MR. ADLER:

3        Q.   And the metadata -- one kind of metadata

4    in DynamoDB is one tha ██████████████████

5    ████████████████████████████████████████

6    ███████████████████; is that right?

7             MR. SALTMAN:  Objection; scope.

8             THE WITNESS:  ████████████████

9    ████████████████████████████████████████

10   ████████████████████████████████████████

11   ██████████████.

12   BY MR. ADLER:

13       Q.   And that metadata is ██████████████

14   ███████████████████ in DynamoDB; right?

15            MR. SALTMAN:  Objection; lack of

16   foundation and scope.

17            THE WITNESS:  That metadata is █████

18   ███████████████████████████.

19   BY MR. ADLER:

20       Q.   And different servers will have

21   ██████████████████████████████; correct?

22            MR. SALTMAN:  Objection; scope.

Page 224

```
 1   STATE OF MARYLAND     )
 2                         ss:
 3   COUNTY OF MONTGOMERY  )
 4
 5           I, Matthew Goldstein, Notary Public within
 6   and for the State of Maryland, do hereby certify:
 7
 8           That I reported the proceedings in the within
 9   entitled matter, and that the within transcript is a
10   true record of said proceedings.
11
12           I further certify that I am not related to
13   any of the parties to the action by blood or marriage,
14   and that I am in no way interested in the outcome of
15   this matter.
16
17           IN WITNESS WHEREOF, I have hereunto set my
18   hand this 22nd day of May, 2023.
19
20                    _____
21
                      Matthew Goldstein, RPR
22
```