# Exhibit 54

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE NORTHERN DISTRICT OF ILLINOIS

3   EASTERN DIVISION

4

5   KOVE IO, INC.,

6            Plaintiff,

7   vs.                              Case No. 1:18-cv-08175

8   AMAZON WEB SERVICES, INC.,

9            Defendant.

10  _____/

11

12

13            ** HIGHLY CONFIDENTIAL **

14  VIDEOTAPED 30 (b)(1) DEPOSITION OF JAMES SORENSON

15            Seattle, WA (Witness's location)

16            Tuesday, July 20, 2021

17

18

19

20

21  Stenographically reported by:
    LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
22  California CSR No. 10523
    Washington CSR No. 3318
23  Oregon CSR No. 19-0458
    Texas CSR No. 11318
24

25  Job No. 196955

Highly Confidential

1         July 20, 2021

2         9:21 a.m. PDT

3

4   Videotaped deposition of JAMES SORENSON,

5   before Lorrie L. Marchant, a Certified

6   Shorthand Reporter, Registered Merit

7   Reporter, Certified Realtime Reporter,

8   California Certified Realtime Reporter,

9   Certified Realtime Captioner.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              A P P E A R A N C E S

 2         (All appearances remotely via Zoom)

 3

 4   APPEARING ON BEHALF OF THE PLAINTIFF:

 5         REICHMAN JORGENSEN LEHMAN & FELDBERG

 6         BY:  JAIME CARDENAS-NAVIA, ESQ.

 7              TAYLOR MAUZE, ESQ.

 8         750 Third Avenue

 9         New York, NY 10017

10

11   APPEARING ON BEHALF OF THE DEFENDANT:

12         FISCH SIGLER

13         BY:  JEFFREY SALTMAN, ESQ.

14         5301 Wisconsin Avenue Northwest

15         Washington, DC 20015

16

17   ALSO PRESENT:

18         Phil Rizuti, Videographer

19

20              ---oOo---

21

22

23

24

25
```

1   SEATTLE, WA (Witness's location)

2   Tuesday, July 20, 2021

3   9:21 a.m. PDT

4   THE VIDEOGRAPHER: Good morning, Counsel.
5   My name is Phil Rizutti. I am a legal videographer
6   in association with TSG Reporting, Inc.

7   Due to the severity of the COVID-19 and
8   following the practice of social distancing, I will
9   not be in the same room with the witness. Instead,
10  I will record this videotaped deposition remotely.

11  The reporter, Lorrie Marchant, also will
12  not be in the same room and will swear the witness
13  remotely.

14  Do all parties stipulate to the validity of
15  this video recording and remote swearing and that it
16  will be admissible in the courtroom as if it had
17  been taken following Rule 30 of the Federal Rules of
18  Civil Procedure and the state's rules where this
19  case is pending?

20  MR. CARDENAS-NAVIA: Yes, on behalf of the
21  plaintiff, Kove.

22  MR. SALTMAN: Yes, on behalf of defendant,
23  Amazon Web Services, and the witness.

24  THE VIDEOGRAPHER: Thank you.

25  This is the start of media labeled No. 1 of

1  the video-recorded deposition of Mr. James Sorenson,
2  in the matter of Kove IO, Inc., versus Amazon Web
3  Services, Inc., in the United States District Court,
4  for the Northern District of Illinois, Eastern
5  Division.  Case No. 1:18-cv-08175.
6          This deposition is being held on July 20,
7  2021, at approximately 9:22 a.m.  My name is
8  Phil Rizzuti.  I'm the legal video specialist from
9  TSG Reporting, Inc.
10         The court reporter is Lorrie Marchant, in
11 association with TSG Reporting.
12         Counsel, please introduce yourselves.
13         MR. CARDENAS-NAVIA:  Jaime Cardenas-Navia
14 of Reichman Jorgensen Lehman & Feldberg on behalf of
15 the plaintiff, Kove IO.  And with me is
16 Taylor Mauze, also of Reichman Jorgensen, also on of
17 behalf of Kove.
18         MR. SALTMAN:  Jeff Saltman from
19 Fisch Sigler, LLP, on behalf of the defendant,
20 Amazon Web Services, Inc., and the witness.
21         THE VIDEOGRAPHER:  Will the court reporter
22 please swear in the witness.
23         (Discussion off the record.)
24           JAMES CHRISTOPHER SORENSON, III,
25    FIRST DULY SWORN/AFFIRMED, TESTIFIED AS FOLLOWS:

| | | |
|---|---|---|
| 1 | | EXAMINATION BY MR. CARDENAS-NAVIA |
| 2 | | BY MR. CARDENAS-NAVIA: |
| 3 | Q. | Could you please state your full name. |
| 4 | A. | James Christopher Sorenson, III. |
| 5 | Q. | Where do you work? |
| 6 | A. | Amazon Web Services. |
| 7 | Q. | What is your current position? |
| 8 | A. | I'm a senior principal engineer. |

9   Q.   And I know that you've done this before,
10  but I'm going to go ahead and go over some ground
11  rules.
12       So that we have a clear record of your
13  testimony, please answer my questions verbally
14  rather than, for example, shaking or nodding your
15  head.  Okay?
16   A.  You are very hard to understand.
17       THE STENOGRAPHER:  You're really cutting
18  out.
19       MR. CARDENAS-NAVIA:  Let's go off the
20  record.  Let me see if I can fix this.
21       THE VIDEOGRAPHER:  The time is 9:25 a.m.,
22  and we are going off the record.
23       (Recess taken from 9:25 to 9:31.)
24       THE VIDEOGRAPHER:  The time is 9:31 a.m.,
25  and we are back on the record.

```
 1              MR. CARDENAS-NAVIA:  Taylor, could you go
 2    ahead and hit play again.
 3              (Video playing.)
 4              MR. CARDENAS-NAVIA:  Can you hit pause.
 5              BY MR. CARDENAS-NAVIA:
 6         Q.   Do you -- did you hear that description of
 7    ██████████████████████, Mr. Sorenson?
 8         A.   Yes.
 9         Q.   Do you agree with that description?
10         A.   Do I agree with whether we used ████████
11    ████████?  Is that the question I'm answering?
12         Q.   I was asking whether you agreed with your
13    description of the role of ████████████████ in this
14    portion of S3.
15         A.   Yes.
16         Q.   Does a ████████████████████████████████████
17    ████████?
18         A.   Yes.
19         Q.   Which ███████████████████████████████████████
20    ████████?
21         A.   I believe at the time it was ███.
22         Q.   Do you know over what time period S3 used
23    ████████████████?
24         A.   Exactly, no.
25         Q.   Approximately?
```

```
 1     A.    When we implemented the ██████.
 2     Q.    What's your best estimate of when the █
 3  ██████ was implemented?
 4     A.    I think I answered this already, but I
 5  believe it was around 2008.
 6           MR. CARDENAS-NAVIA:  Could you go ahead and
 7  hit play again, Taylor.
 8           (Video playing.)
 9           MR. CARDENAS-NAVIA:  Can you hit pause.
10           BY MR. CARDENAS-NAVIA:
11     Q.    Do you agree with that description you just
12  gave?
13     A.    At a high level, yes.
14     Q.    I want to ask some questions about the
15  ██████.
16           Can ████████████████████████████████?
17     A.    I'm not sure.
18     Q.    When a -- when serving a get request, how
19  does the ████████████████████████████████████?
20     A.    That information is contained in the
21  ████████████████████████.
22     Q.    And what data structure is the ██████████
23  ██████ stored in?
24     A.    I believe it's a ██████ [sic].
25     Q.    And where is the ████████████████████?
```

```
 1      A.    The -- that is stored on ████████
 2   ██████.
 3      Q.    So every ████████████ -- well, let me ask
 4   it this way.
 5            Is a perkle tree distributed across brick
 6   managers, or does ████████████████████████████████
 7   ██████?
 8      A.    So that subsystem, I believe, changed
 9   through -- from launch until, you know, even in
10   2014.  It did it different ways.
11      Q.    How did it function in 2014?
12      A.    That I'm not exactly 100 percent sure
13   how -- how the ████████████████████ was stored.
14      Q.    Is there a time period when you do know how
15   it was stored?
16      A.    Yes.  At launch.
17      Q.    How was it stored at launch?
18      A.    At launch, a copy of the ████████████████
19   ████████████████████████████████.
20      Q.    Are you familiar with the term "distributed
21   hash table"?
22      A.    Yes.
23      Q.    What is a distributed hash table?
24      A.    A distributed hash table is a hash table
25   that uses some technique to distribute the key
```

```
 1   values stored in the hash table across whatever
 2   you're distributing across.
 3        Q.   Did Amazon follow -- did Amazon -- let me
 4   ask that again.
 5             Did Amazon invent the --
 6             THE STENOGRAPHER:  Invent the?  I couldn't
 7   hear you clearly.
 8             BY MR. CARDENAS-NAVIA:
 9        Q.   Did Amazon invent the distributed hash
10   table?
11             MR. SALTMAN:  Objection.  Calls for a legal
12   conclusion and calls for speculation.
13             THE WITNESS:  I don't believe so.
14             BY MR. CARDENAS-NAVIA:
15        Q.   In S3, where is ████████████████?
16             MR. SALTMAN:  Objection.  Vague as to time
17   frame.
18             THE WITNESS:  So the ████████████████████
19   ████████████████████████████████████████████████████
20   ████████████████.
21             BY MR. CARDENAS-NAVIA:
22        Q.   Anywhere else?
23             MR. SALTMAN:  Same objection.
24             THE WITNESS:  Yes, but it's complicated.
25   ///
```

1    STENOGRAPHER'S CERTIFICATE

2         I, LORRIE L. MARCHANT, Certified Shorthand

3    Reporter, Certificate No. 10523, for the State of

4    California, hereby certify that JAMES SORENSON was

5    by me duly sworn/affirmed to testify to the truth,

6    the whole truth and nothing but the truth in the

7    within-entitled cause; that said deposition was

8    taken at the time and place herein named; that the

9    deposition is a true record of the witness's

10   testimony as reported to the best of my ability by

11   me, a duly certified shorthand reporter and a

12   disinterested person, and was thereafter transcribed

13   under my direction into typewriting by computer;

14   that request [ X ] was [  ] was not made to read and

15   correct said deposition.

16         I further certify that I am not interested

17   in the outcome of said action, nor connected with,

18   nor related to any of the parties in said action,

19   nor to their respective counsel.

20         IN WITNESS WHEREOF, I have hereunto set my

21   hand this 31st day of July, 2021.

22              *[signature: Lorrie J. Marchant]*

23   _____

      LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
24    Certified Shorthand Reporter #10523

25

2