# Exhibit 57

Page 1

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DISTRICT DIVISION

_____

KOVE IO, INC.,　　　　　　　　)

　　　　Plaintiff,　　　　　　)

　　　　　　　　　　　　　　　)　　Civil Action No.

　-against-　　　　　　　　　　)　　1:18-cv-08175

AMAZON WEB SERVICES, INC.,　　)

　　　　Defendant.　　　　　　 )

_____)

*** HIGHLY CONFIDENTIAL ***

VIDEO-RECORDED REMOTE DEPOSITION OF

ALLAN H. VERMEULEN, PH.D.

Zoom Recorded Videoconference

05/23/2023

8:00 a.m. (PDT)


REPORTED BY: AMANDA GORRONO, CLR

CLR NO. 052005-01

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

1                  05/23/2023

2                8:00 a.m. (PDT)

3

4    VIDEO-RECORDED REMOTE DEPOSITION OF ALLAN H.

5   VERMEULEN, Ph.D., held virtually via Zoom

6   Videoconferencing, before Amanda Gorrono,

7   Certified Live Note Reporter, and Notary Public

8   of the State of New York.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
 1    A P P E A R A N C E S
 2    (Via Zoom Videoconferencing):
 3    ON BEHALF OF PLAINTIFF KOVE IO, INC.:
 4       Adam Adler, Esquire
 5       Reichman Jorgensen Lehman & Feldberg LLP
 6       1909 K Street, NW
 7       Suite 800
 8       Washington, D.C. 20006
 9       PHONE:  (650) 623-1480
10       E-MAIL: Aadler@reichmanjorgensen.com
11
12    ON BEHALF OF DEFENDANT AMAZON WEB SERVICES, INC.
13    AND THE WITNESS:
         Bill Sigler, Esquire
14       Fisch Sigler LLP
         5301 Wisconsin Avenue NW
15       Fourth Floor
         Washington, D.C. 20015
16       PHONE:  (202) 362-3620
         E-MAIL: Bill.Sigler@FischLLP.com
17
18    ALSO PRESENT:
19
20    Daniel Holmstock, Trial Tech/Videographer -
21    Digital Evidence Group
22
```

1 THE TECH: We are now on the record.
2 This is Video No. 1 in the video-recorded
3 deposition of Mr. Allan H. Vermeulen taken in
4 the matter of Kove IO, Inc., plaintiff, v.
5 Amazon Web Services, Inc., defendant.
6 This case is pending before the
7 United States District Court of the Northern
8 District of Illinois Eastern Division, Case
9 No. 1:18-CV-08175.
10 This deposition is being conducted
11 by Zoom video remote conferencing on
12 May 23rd, 2023. The time on the video screen
13 is 8:00 a.m. Pacific Daylight Time.
14 My name is Daniel Holmstock. I am
15 the legal videographer and digital exhibit
16 technician from Digital Evidence Group.
17 Our court reporter today is Amanda
18 Gorrono, also in association with Digital
19 Evidence Group.
20 All parties have stipulated to the
21 witness being sworn in remotely.
22 Counsel, will you now please state

1　　　your appearances and whom you represent,

2　　　followed by the court reporter administering

3　　　the oath.

4　　　　　　　MR. ADLER:  This is Adam Adler from

5　　　Reichman Jorgensen Lehman & Feldberg on

6　　　behalf of the plaintiff, Kove.

7　　　　　　　MR. SIGLER:  Good morning.  This is

8　　　Bill Sigler of Fisch Sigler LLP.  I'm

9　　　appearing on behalf of defendant Amazon as

10　　　well as the witness Mr. Vermeulen.

11　ALLAN H. VERMEULEN, Ph.D., called as a witness,

12　having been first duly sworn by a Notary Public

13　of the State of New York, was examined and

14　testified as follows:

15　　　　　　　THE WITNESS:  I do.

16　　　　　　　THE COURT REPORTER:  Thank you.

17　EXAMINATION

18　BY MR. ADLER:

19　　　　Q.　　Good morning.

20　　　　A.　　Good morning.

21　　　　Q.　　Can you state your name for the

22　record?

1    of encyclopedias.
2         A.   Yes.
3         Q.   For -- in partitioning for the data
4    that's stored in S3, would partitioning like an
5    encyclopedia by -- by alphabet, would that work?
6         A.   Well, I mean, analogies are tricky
7    things.  So obviously an encyclopedia works
8    because you have order of -- of -- let's say that
9    the human can look down and easily contemplate up
10   to 100 or so volumes.
11             So the partitioning in that sense
12   works fine until you get 100 or so volumes.  And
13   now you're -- now you're at a point where, well,
14   if I'm scaling beyond that, somehow I need to
15   cluster those volumes as well.  So you end up
16   with some kind of hierarchical systems where the
17   volumes are in -- I don't know what you would do
18   with an encyclopedia.  There's probably some kind
19   of legal analogy where you have lots and lots of
20   data that has to be managed in this way and you
21   usually have some kind of hierarchical system
22   that you use to do that.

1　　　　　　So that is, in fact, how any index

2　system but certainly how S3 works is you have

3　███████████████████████████████████.　So at

4　each particular level, the analogy of the

5　encyclopedia is -- is kind of accurate, but

6　obviously, that -- I mean, it's an

7　oversimplification like any analogy.  The reality

8　is you have t　███████████████████████████.

9　　　　Q.　And -- and was there an

10　understanding when you were doing the initial

11　design for S3 of how many levels was too many

12　levels?

13　　　　A.　Well, so there are two different

14　kinds of breakdowns between levels, if you like.

15　There is the kind where you're simply adding more

16　levels of structure that are sort of identical to

17　what was there.

18　　　　　　And then there's the kind where

19　you're having different levels in kind.  So if

20　you're building a tree on a particular node, the

21　fact that the tree is ten levels deep or five

22　levels deep doesn't really affect the complexity.

1　It might affect performance.  It might affect
2　other things, but it doesn't necessary affect the
3　complexity.
4　　　　　　　Now, you have -- then you have to
5　consider, well, now, I also need to have levels
6　of clustering between nodes.  And that's a
7　different -- you know, that's a different
8　software system, a different kind of complexity.
9　　　　　　　And I can't remember how many layers
10　we ended up with the S3 key map design.  I want
11　to say order of ███████████████████████████
12　███████████████████████████████████
13　███████████████████████████████████████
14　███████████████.
15　　　　Q.　　Why don't you use hash functions?
16　　　　A.　　Pardon me?
17　　　　Q.　　████████████████████████
18　████████?
19　　　　A.　　So hashing as a partitioning scheme
20　is a -- is a good scheme.  I mean, the point of
21　hashing is that you take a set of identifiers and
22　you -- you smooth them out, if you like.

1 　　　　　The disadvantage of hashing is that
2 you change the order of everything.  So we
3 couldn't actually use █████████████████████
4 ████████████████████████████████████████████
5 ███████████████████████████████████████████.
6 ██████████████████████████████████████████.
7 　　　Q.　And so that's -- is that why when S3
8 ultimately implemente ██████████████████████
9 ███████████████████████████████████████████?
10 　　　　　MR. SIGLER:  Objection; lack of
11 　　foundation.
12 　　　　　You can answer.
13 　　　A.　Yes.  Yeah, I mean, I believe what
14 you're referring to is the ████████████████
15 ████████████████████████████. And that █████
16 ████████████████████████████████████
17 ████████████████████████████████████████████
18 ████████████████████████████████████████████
19 ████████████████████████████.
20 　　　　　And your -- you didn't quite say
21 this, but that -- that ██████████████████████
22 ██████████████. It did not work for the █████

Page 127

1  CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2           I, Amanda Gorrono, the officer
3      before whom the foregoing deposition was
4      taken, do hereby certify that the foregoing
5      transcript is a true and correct record of
6      the testimony given; that said testimony was
         taken by me stenographically and thereafter
7      reduced to typewriting under my direction;
         and that I am neither counsel for, related
8      to, nor employed by any of the parties to
         this case and have no interest, financial or
9      otherwise, in its outcome.
10          IN WITNESS WHEREOF, I have hereunto
11     set my hand this 23rd day of May, 2023.
12
13
14
15     _____
16     AMANDA GORRONO, CLR
17     CLR NO: 052005 - 01
18     Notary Public in and for
19     The State of New York
20     County of Suffolk
21     My Commission No. 01G06041701
22     Expires: 01/07/2027