# Exhibit 58

**In the Matter Of:**

KOVE vs AMAZON WEB SERVICES

1:18-cv-08175

**JAMES HAMILTON**

*April 27, 2023*

*Highly Confidential*



```
 1            CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

 2                   UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF ILLINOIS
 3                        EASTERN DIVISION

 4   KOVE, INC.,                        )
                                        )
 5              Plaintiff,              )
                                        )
 6              vs.                     )  CASE NO.
                                        )  1:18-cv-08175
 7   AMAZON WEB SERVICES, INC.,         )
                                        )
 8              Defendant.              )

 9

10

11         REMOTE VIDEOTAPED DEPOSITION UPON ORAL

12            EXAMINATION OF JAMES HAMILTON

13

14                   APRIL 27, 2023
                       7:23 A.M.
15

16           (All participants appeared remotely)

17

18

19
              TAKEN AT THE INSTANCE OF THE PLAINTIFF
20

21

22

23

24   REPORTED BY:
     MONNA J. NICKESON, RPR, CRR, CCR, CSR CA 14430
25   JOB:  J9588956
```



```
 1                APPEARANCES:

 2

     FOR THE PLAINTIFF:
 3
            Mateo Z. Fowler, Esq.
 4          MZF Law Firm
            1105 Nueces Street, Suite A
 5          Austin, TX 78701

 6
     FOR THE DEFENDANT:
 7
            Ken Fung, Esq.
 8          Fisch Sigler
            400 Concar Drive
 9          San Mateo, CA  94402

10
     ALSO PRESENT:
11
            Dana Bachmann, Videographer
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1        BE IT REMEMBERED that on APRIL 27, 2023,
2   at 7:23 A.M., the remote videotaped deposition
3   of JAMES HAMILTON was taken before Monna J.
4   Nickeson, Certified Realtime Reporter,
5   Registered Professional Reporter, Certified
6   LiveNote Reporter, Certified Court Reporter
7   (WA 3322), Certified Shorthand Reporter (ID
8   1045), (OR 16-0441), (CA 14430), the following
9   proceedings took place:
10                     * * * * *
11       THE VIDEOGRAPHER:  Good morning.  We're
12  now on the record at 7:22 a.m. Pacific time on
13  April 27th, 2023.
14       This begins the videoconference
15  deposition of James Hamilton taken in the matter       07:23
16  of Kove IO, Incorporated, versus Amazon Web
17  Services, Incorporated, filed in the U.S.
18  District Court, Northern District of Illinois,
19  Eastern Division, case Number 1:18-cv-08175.
20       My name is Dana Bachman.  I'm your              07:23
21  videographer today.  Our court reporter is Monna
22  Nickeson.  We're both representing Esquire
23  Deposition Solutions.
24       Will everyone present please identify
25  themselves, beginning with our witness,               07:23



1       Mr. Hamilton.
2              THE WITNESS:  Good morning.  I'm
3       James Hamilton.
4              THE VIDEOGRAPHER:  Thank you very much.
5       Counsel, please.                                    07:23
6              MR. FOWLER:  Mateo Fowler for plaintiffs.
7              MR. FUNG:  Ken Fung from Fisch Sigler,
8       LLC, on behalf of defendant Amazon Web Services
9       and the witness.
10             THE VIDEOGRAPHER:  Thank you very much.   07:24
11             Madam Reporter, would you please swear in
12      our witness.
13                        JAMES HAMILTON
14  Having been first duly sworn, was examined and
15  testified as follows:                                   07:24
16                        EXAMINATION
17  BY MR. FOWLER:
18      Q.     Good morning, Mr. Hamilton.
19      A.     Good morning.
20      Q.     Can you state your full name for the         07:24
21  record just one more time?
22      A.     Certainly.  It's James Robert Hamilton.
23      Q.     Okay.  And sometimes do you go by
24  James R. Hamilton?
25      A.     Correct.                                     07:24



```
1        Q.      And who is the -- who is one of the
2   engineering leaders or general managers that you
3   would contact?
4        A.      Kevin Miller leads the team.  Andy, whose        10:41
5   last name slips my mind right now, is a very strong
6   engineering leader that I'd love to go.  Seth Markle
7   is another strong engineering leader that's got a lot
8   of history there.
9        Q.      Now, I know we did -- so my understanding
10  is the ███████████████████████████████████████          10:41
11  █████; is that correct?
12       A.      ███████████████████████████.  In other
13  words, building -- ████████████████████████████████
14  ███████████████████████████████████.  In the more
15  modern system ██████████████████████████              10:42
16  █████████████████████████████████████████████████
17  ██████████   And so I don't recall if that's done by
18  ████████████ or somewhere else in the system.
19       Q.      But at a certain point, the data gets
20  ███████████?                                          10:42
21       A.      Yep.
22       Q.      Okay.  And then, at that point, it's then
23  sent back to the ████████?
24       A.      Correct.
25       Q.      And ████████████ to the users'            10:42
```



```
 1  substantiation?
 2       A.    Correct.
 3       Q.    And as I understand it, the PUTs, if I
 4  want to put data on S3, it works like that in
 5  reverse, to the GET?                                    10:43
 6       A.    Yeah.  Only difference is that you
 7  ███████████████████████████████.  You have to
 8  find empty blocks to write into.
 9       Q.    Okay.
10       A.    And you have to ████████████████████████.   10:43
11  And then, ████████████████████████████████████████
12  ████████████████████████████.
13       Q.    And does the S3 ████████████████ to
14  identify ███████████████████████████████████████████
15  ██████?                                                 10:43
16       A.    I haven't been around that part of the
17  system for probably ten years.  And so I'm not sure.
18  But I am definitely sure that ████████████ was used
19  in that time frame.
20       Q.    Okay.                                        10:44
21       A.    Where it was used in the system, I just
22  don't recall.
23       Q.    Would you agree that ████ provide
24  location service?
25             MR. FUNG:  Objection.  Form.  Vague.         10:44
```



1             THE WITNESS:  That's -- that's the plague
2       of ambiguity I mentioned earlier that I'm not
3       sure on.  The ████████████████. █
4       ████████████████████████, other things
5       about the object.                                        10:44
6             I believe there's another layer of -- I'm
7       almost 100 percent sure there's another ██████
8       ████████, so it does not include -- so the
9       ██████████████████████████████████. I
10      believe it -- I believe what it has is yet             10:44
11      another name that is used to find the rest of
12      ████████, but I don't have that on the tip of
13      my tongue.
14  BY MR. FOWLER:
15       Q.    It wouldn't be ████████?                         10:45
16       A.    Almost certainly, yes.
17       Q.    Okay.  Now, each of the -- there's
18  ████████████ that are utilized by S3, correct?
19       A.    The ████ is spread over literally
20  ████████████████, yes.                                      10:45
21       Q.    And that ████████████████████ as well
22  across these other servers?
23       A.    I'm thinking of the definition of the
24  word ████████████   I'm not sure.
25       Q.    Do the servers that contain ████████, or        10:46



C E R T I F I C A T E

    I, MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR, the undersigned Certified Court Reporter, authorized to administer oaths and affirmations in and for the states of Washington (3322), Oregon (16-0441), Idaho (1045), and California (14430), do hereby certify:

    That the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that the witness was duly sworn or affirmed to testify to the truth; that the testimony and/or proceedings were stenographically recorded by me and transcribed under my supervision.  That the foregoing transcript contains a full, true, and accurate record of all the testimony and/or proceedings occurring at the time and place stated in the transcript.

    That I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

IN WITNESS WHEREOF I have set my hand on 2nd day of May, 2023.



MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR