# Exhibit 64

HIGHLY CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1-18-cv-08175 <br><br> Hon. Matthew F. Kennelly <br><br> **JURY TRIAL DEMANDED** |

### CORRECTED OPENING EXPERT REPORT OF MICHAEL GOODRICH REGARDING U.S. PATENT NOS. 7,103,640; 7,233,978; AND 7,814,170

Executed on this 6th day of July, 2023

_____
Michael Goodrich

- **Cost**: Without the ▮▮▮, load on S3's ▮▮▮▮▮▮▮▮▮▮ would be roughly five times the load with the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ would increase from ~20% to 100%. To accommodate the increased demand on the ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮. This would increase the ▮▮▮▮▮▮▮▮▮▮▮▮.

86. These conclusions are supported by three independent data points: (1) metrics AWS collected when the ▮▮▮ was first implemented, (2) tests and models AWS built in 2019, when ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and (3) an analysis I performed using AWS metrics and cost models.

### a. Contemporaneous metrics from when ▮▮▮ was first introduced

87. S3 operated ▮▮▮▮▮▮▮▮▮▮ for over two years—from March 2006-August 2008.[31] Prior to the introduction of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[32] This caused significant problems, as the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,[33] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[34] AWS has referred to this as the ▮▮▮ problem.

---

[31] AMZ_KOVE_000091123.
[32] AMZ_KOVE_000530224 at 18:54 ("[I]t then chooses a ▮▮▮▮▮▮▮▮▮▮."); AMZ_KOVE_000439001 at 1 (AWS used "a randomly selected ▮▮▮▮▮▮").
[33] "[B]rownouts refer to failures that are not complete failures but that impact your system in some way," for example when "you find things are just running more slowly." Vermeulen Tr. (May 23, 2023) at 103:11-104:15. Brownouts are characterized by "performance degradation," rather than "[o]utright failures." *Id.* "[T]he brownout can be caused by any one of a number of things in your browser," like "intermittent failures of the networking gear." *Id.*
[34] Vermeulen I Tr. at 196:24-199:14; AMZ_KOVE_000226323; AMZ_KOVE_000435516 ("The ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. One of the major limitations in our current world is that we are ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. High request loads targeted ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ are common. A high GET rate on ▮▮▮▮▮▮▮▮▮▮▮▮ can cause the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

88. AWS implemented █████████████.[35] The benefits of ████ were immediately apparent, as I summarize below.

89. **Speed/Latency:** The ███████████████████████████████, depending on region and percentile, as summarized by the following chart:[36]

**Table E:** ████████████████



The deployment of ███████████████████████████████████████ by over ████.[37]

90. These improvements in speed are not surprising, as █████████████ ██████████████████████████████████████████████████████████████, and

---

have been the root cause of ████████████████████████. The current mechanism is very reactive and involves more ██████████████████████████████ ████. A ████████ caused by GETs, while getting some latency, throughput improvements."); AMZ_KOVE_000437135 ("read load at the ███████████████████████. High read request rates ███████████████████████████. This high request rate ████████████████████████████████████████████████████████████████ ... The resulting ████████████████████████"); Henry Tr. at 160:21-161:13; AMZ_KOVE_000439925 ("High request rates ████████████████████████████. ... The bad load distribution results ████████████████████████████████").

[35] AMZ_KOVE_00091123.
[36] AMZ_KOVE_00091123; AMZ_KOVE_000530225 at 47:54.
[37] AM_KOVE_000435086 at 5.

34

134. This analysis confirms that ▮▮▮ is beneficial not just because ▮▮▮

▮▮▮.[73]

135. In the absence of ▮▮▮. The data in Table E shows how the additional load would be ▮▮▮.

136. The challenge from a design perspective is that AWS does not know ▮▮▮, and so AWS would not be able to determine—in advance—▮▮▮.[74] The consequences for choosing incorrectly are severe—▮▮▮.[75]

---

[73] See Markle Tr. at 82:16-20, 91:2-6 (▮▮▮)

[74] AMZ_KOVE_000487443 at 31:58-32:04, 46:14-46:33 (describing S3 usage as "very hard to predict" and stating that "▮▮▮" that is "all about ▮▮▮"); Vermeulen II Tr. at 64:9-13 (agreeing that it is "hard to predict in advance" what ▮▮▮); AMZ KOVE 000439925 ("[T]he user namespace is ▮▮▮"); AMZ KOVE 000434413 at 4 (rejecting proposal for ▮▮▮); AMZ KOVE 000449616 ("[E]ven the smartest prediction would be ▮▮▮ If a customer knows ▮▮▮ by calling our AWS Business Development team to ▮▮▮").

[75] AMZ_KOVE_000464494 ("In ▮▮▮ to customers. When that ▮▮▮!"); AMZ_KOVE_000487442 at 28:42, 35:18 (S3 rejects requests ▮▮▮, which occurs when ▮▮▮); AMZ KOVE 000434343 (explaining that ▮▮▮; AMZ_KOVE_000482853 at 7:00;

137. AWS attempts to solve this problem by ██████████████████████ ████████."[76] While AWS does not know ███████████████, aggregate usage data provides actionable information █████████████████████████████████████ AWS then ensures that █████████████████████████████████████████ ██.

138. The process of ████████████████████████. While data helps to inform AWS's decisions, it does not provide perfect insight as to ████████████████████████████ ██████████. As a result, AWS ███████████████████████████████████████████ ████████████████████████████████████████████████████████████████████As one AWS engineer explained, "The request distribution across ███████████████████████████ ████████████████████████████████████████████████████████████████████ █████████████████████████████"[77]

139. There is no way that ██████ would be able to function at any reasonable or commercially acceptable level of availability ████████████. Increasing the ████████

---

AMZ_KOVE_000242060 (overload in traffic caused by █████████████████████████ █████████████████████████████); AMZ_KOVE_000435426 at 3 (explaining that ████████████████████████████████████████████████████████████████████ ████████████████████; Markle II Tr. at 114:13-23, 124:5-20; AMZ_KOVE_000399121 at 1 (explaining that ████████████████ creates an availability problem).
[76] See AMZ_KOVE_000235895 at 2 ("[W]e wanted to model in an ██████████████ ████████████████████████████████"); AMZ_KOVE_000399121 ("We deploy enough ████████████████████████████████████████████████████████████████████ ████████████████████████"); Markle at 87:18-89:19 ("[I]f customers want to access their data ████████████████████████████████████████████████████████████████ ██████████" which is a problem because it requires "[m]ore servers" which "increase[] the system's cost.").
[77] See also Vermeulen II Tr. at 106:4-17 (AWS relies on ████████████████████████ when making broad-based design decisions).