# Exhibit 66

# In the Matter Of:

## KOVE vs AMAZON WEB SERVICES

1:18-cv-08175

## SETH MARKLE

*April 19, 2023*

*Highly Confidential*



```
 1          CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

 2              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF ILLINOIS
 3                   EASTERN DIVISION

 4   KOVE, INC.,                     )
                                     )
 5              Plaintiff,           )
                                     )
 6              vs.                  )   CASE NO.
                                     )   1:18-cv-08175
 7   AMAZON WEB SERVICES, INC.,      )
                                     )
 8              Defendant.           )

 9


10


11          REMOTE VIDEOTAPED DEPOSITION UPON ORAL

12              EXAMINATION OF SETH MARKLE


13


14                  APRIL 19, 2023
                     8:03 A.M.
15


16          (All participants appeared remotely)


17


18


19
            TAKEN AT THE INSTANCE OF THE PLAINTIFF
20


21


22


23


24   REPORTED BY:
     MONNA J. NICKESON, RPR, CRR, CCR, CSR CA 14430
25   JOB:  J9559080
```



```
 1                APPEARANCES:

 2

    FOR THE PLAINTIFF:
 3
            Bahrad Sokhansanj, Esq.
 4          Law Office of Sokhansanj, Bahrad
            9808 Regent Street, Apartment 5
 5          Los Angeles, CA 90034-5175

 6          Gina Cremona, Esq.
            Jaime Cardenas-Navia, Esq.
 7          Reichman Jorgensen Lehman & Feldberg
            400 Madison Avenue, Suite 14D
 8          New York, New York  10017

 9
    FOR THE DEFENDANT:
10
            Ken Fung, Esq.
11          Fisch Sigler
            400 Concar Drive
12          San Mateo, CA  94402

13
    ALSO PRESENT:
14
            Phoenix Hornbrook, Videographer
15

16

17

18

19

20

21

22

23

24

25
```



1      BE IT REMEMBERED that on APRIL 19, 2023,
2  at 8:03 A.M., the remote videotaped deposition
3  of SETH MARKLE was taken before Monna J.
4  Nickeson, Certified Realtime Reporter,
5  Registered Professional Reporter, Certified
6  LiveNote Reporter, Certified Court Reporter (WA
7  3322), Certified Shorthand Reporter (ID 1045),
8  (OR 16-0441), (CA 14430), the following
9  proceedings took place:
10                    * * * * *
11      THE VIDEOGRAPHER:  We are now on the
12  record.  The time is 8:03 a.m. on April 19th,
13  2023.  This begins the videoconference
14  deposition of Seth Markle taken in the matter of
15  Kove IO, Inc., versus Amazon Web Services, Inc.                  08:03
16      My name is Phoenix Hornbrook.  I'm your
17  remote videographer today.  The court reporter
18  is Monna Nickeson, and we are representing
19  Esquire Deposition Solutions.
20      As a courtesy, will everyone who is not                      08:03
21  speaking please mute your audio and please
22  remember to unmute your audio when you are ready
23  to speak.
24      Would everyone present please identify
25  themselves and state whom you represent, after                   08:03



```
 1            which the court reporter will swear in the
 2            witness.
 3                  MR. SOKHANSANJ:  Great.  So my name is
 4            Bahrad Sokhansanj, and I'm an attorney appearing
 5            on behalf of plaintiff, Kove.                          08:04
 6                  MR. FUNG:  This is Ken Fung from Fisch
 7            Sigler LLP on behalf of defendant Amazon Web
 8            Services and the witness.
 9                              SETH MARKLE
10   Having been first duly sworn to tell truth, the whole
11   truth, and nothing but the truth, testified as
12   follows:
13                              EXAMINATION
14   BY MR. SOKHANSANJ:
15        Q.    So, good morning.                                    08:04
16              Sir, could you please state your name for
17   the record?
18        A.    Me?
19        Q.    Yes.
20        A.    My name is Seth Markle.                              08:04
21        Q.    It would be more obvious if we were
22   across from each other.
23        A.    I know.  My name is Seth Markle.  I am an
24   engineer in Amazon Web Services.
25        Q.    Okay.  Thank you, Mr. Markle.                        08:05
```



```
 1  BY MR. SOKHANSANJ:
 2      Q.    So, again, why is that a problem?  If the
 3  ████████████████████████████████████████████████
 4  ███████████████████████████████ because it wasn't
 5  involved in the PUT request, why would that cause a    10:15
 6  ██████████████████████████████?
 7      A.    Okay.  I feel like I've explained this.
 8  Let's call the ████████████.  So let's say ████
 9  ██████████████████████████.  Already exists, ████
10  has it.  Now a PUT for that object comes in.  ████    10:15
11  handles the PUT and sends it ██████████████████.
12  ████ is not involved at all.
13          Now a subsequent GET comes in, and it
14  only talks to ████████████ knew nothing about the
15  PUT and, therefore, knows nothing about ████████    10:16
16  ██████████████████████████████████████
17      Q.    Why would not knowing the ████████ be a
18  problem?
19          MR. FUNG:  Objection.  Form.  Vague.
20          THE WITNESS:  Because the ████████ is    10:16
21      for the new object that was overwritten, or the
22  ████████████████████████████████████████.
23  BY MR. SOKHANSANJ:
24      Q.    So ████████ is, like, pointing to the
25  object somehow?                                         10:16
```



```
 1      A.      ███████████████████████████████. I
 2 don't know what you mean by "point."  I wouldn't
 3 characterize --
 4      Q.      Why is -- I'm trying to understand, like,
 5 why is it that you need to know -- why is it that the      10:16
 6 ████████████████████████████████████████ means
 7 that.
 8              There is this ███████████████████
 9 █████████ that you're talking about?
10      A.      Okay.  ████████████████████ of              10:17
11 ████████████████████.  When I overwrite an object, a
12 ████████████████████.  One of the fields of the
13 █████████████████████████.  That ████████████
14 █████████████████████.  It's not a pointer.  It's
15 like a ██████████████████████████████████████████       10:17
16 ████████.  You cannot tell from █████████ where it
17 is, but it's a name.
18              When an ███████████████████████████
19 █████████████████████████████████.  The ████████████
20 █████████████████████████████ does not.                 10:17
21      Q.      If this causes a problem, then why have
22 █████████ at all?
23              MR. FUNG:  Objection.  Form.
24              THE WITNESS:  Didn't I answer this?  I
25      said ██████████████████████████████████████ from   10:18
```



1      traffic.
2  BY MR. SOKHANSANJ:
3      Q.    Yeah.  But, I mean, like, is that a good
4  thing?
5            MR. FUNG:  Objection.  Form.                     10:18
6            THE WITNESS:  It was a good thing at the
7      time.
8  BY MR. SOKHANSANJ:
9      Q.    Why was it good at the time?
10     A.    One reason it was good at the time is            10:19
11 that ████████████████████████████████
12 and ████████ have limited access capability.
13     Q.    So why would that be a problem?
14           MR. FUNG:  Objection.  Form.  Vague.
15           THE WITNESS:  Why would what be a                10:19
16     problem?
17 BY MR. SOKHANSANJ:
18     Q.    Why would it -- why is it a problem the
19 ████████████████████████████████████████████████
20 have limited access capability?                            10:19
21     A.    Because if customers want to access their
22 data more than ██████████████████████, then
23 we'd have to ████████████████████████████████
24 ████████.
25     Q.    Why is that a problem?                           10:20



1 C E R T I F I C A T E

3     I, MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR,
4 the undersigned Certified Court Reporter, authorized
5 to administer oaths and affirmations in and for the
6 states of Washington (3322), Oregon (16-0441), Idaho
7 (1045), and California (14430), do hereby certify:
8         That the sworn testimony and/or
9 proceedings, a transcript of which is attached, was
10 given before me at the time and place stated therein;
11 that the witness was duly sworn or affirmed to
12 testify to the truth; that the testimony and/or
13 proceedings were stenographically recorded by me and
14 transcribed under my supervision.  That the foregoing
15 transcript contains a full, true, and accurate record
16 of all the testimony and/or proceedings occurring at
17 the time and place stated in the transcript.
18         That I am in no way related to any party to
19 the matter, nor to any counsel, nor do I have any
20 financial interest in the event of the cause.
21 IN WITNESS WHEREOF I have set my hand on
22 April 28, 2023.
23
24 MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR
25


