# Exhibit 73

# Introduction to Scalable Game Development Patterns on AWS

## Second Edition

*December 2019*





AMZ_KOVE_000221659

## Notices

Customers are responsible for making their own independent assessment of the information in this document. This document: (a) is for informational purposes only, (b) represents current AWS product offerings and practices, which are subject to change without notice, and (c) does not create any commitments or assurances from AWS and its affiliates, suppliers or licensors. AWS products or services are provided "as is" without warranties, representations, or conditions of any kind, whether express or implied. The responsibilities and liabilities of AWS to its customers are controlled by AWS agreements, and this document is not part of, nor does it modify, any agreement between AWS and its customers.

© 2019 Amazon Web Services, Inc. or its affiliates. All rights reserved.

AMZ_KOVE_000221660

language. MongoDB uses a binary variant of JSON called BSON for communication, which makes programming against it a matter of storing and retrieving JSON structures. This has made MongoDB popular for games and web applications, since server APIs are usually JSON, too.

MongoDB also offers a number of interesting hybrid features, including a SQL-like syntax that enables you to query data by range and composite conditions. MongoDB supports atomic operations such as increment/decrement and add/remove from list; this is similar to Redis support for these operations. For examples of atomic operations that MongoDB supports, see the MongoDB documentation on findAndModify.

MongoDB is widely used as a primary data store for games, and is frequently used in conjunction with Redis, since the two complement each other well. Transient game data, sessions, leaderboards, and counters are kept in Redis, and then progress is saved to MongoDB at logical points (for example, at the end of a level or when a new achievement is unlocked). Redis yields high-speed access for latency-sensitive game data, and MongoDB provides simplified persistence.

MongoDB supports native replication and sharding as well, although you do have to configure and monitor these features yourself. For an in-depth look at deploying MongoDB on AWS, see the AWS whitepaper MongoDB on AWS.

Amazon DocumentDB (with MongoDB compatibility) is a fully managed document database service that supports MongoDB workloads. It's designed for high availability, performance at scale, and is highly secure.

## Amazon DynamoDB

Finally, DynamoDB is a fully managed NoSQL solution provided by AWS. DynamoDB manages tasks such as synchronous replication and IO provisioning for you, in addition to automatic scaling and managed caching. DynamoDB uses a Provisioned Throughput model, where you specify how many reads and writes you want per second, and the rest is handled for you under the hood.

To set up DynamoDB, see the Getting Started Guide. Games frequently use DynamoDB features in the following ways:

- Key-value store for user data, items, friends, and history.
- Range key store for leaderboards, scores, and date-ordered data.
- Atomic counters for game status, user counts, and matchmaking.



Confidential                                    AMZ_KOVE_000221692

Like MongoDB and MySQL, DynamoDB can be paired with a technology such as Redis to handle real-time sorting and atomic operations. Many game developers find DynamoDB to be sufficient on its own, but the point is you still have the flexibility to add Redis or a caching layer to a DynamoDB-based architecture. Let's revisit our reference diagram with DynamoDB to see how it simplifies the architecture.



Figure 4: A fully production-read game backend running on AWS using DynamoDB

## Table Structure and Queries

DynamoDB, like MongoDB, is a loosely structured NoSQL data store that allows you to save different sets of attributes on a per-record basis. You only need to predefine the primary key strategy you're going to use:



- Partition key – The partition key is a single attribute that DynamoDB uses as input to an internal hash function. This could be a player name, game ID, UUID, or similar unique key. Amazon DynamoDB builds an unordered hash index on this key.

- Partition key and sort key – Referred to as a composite primary key, this type of key is composed of two attributes: the partition key and the sort key. DynamoDB uses the partition key value as input to an internal hash function, and all items with the same partition key are stored together, in sorted order by sort key value. For example, you could store game history as a duplet of [user_id, last_login]. Amazon DynamoDB builds an unordered hash index on the partition key attribute, and a sorted range index on the sort key attribute. Only the combination of both keys is unique in this scenario.

For best querying performance, you should maintain each DynamoDB table at a manageable size. For example, if you have multiple game modes, it's better to have a separate leaderboard table for each game mode, rather than a single giant table. This also gives you the flexibility to scale your leaderboards separately, in the event that one game mode is more popular than the others.

## Provisioned Throughput

DynamoDB shards your data behind the scenes to give you the throughput you've requested. DynamoDB uses the concept of read and write units. One read capacity unit represents one strongly consistent read per second, or two eventually consistent reads per second, for an item up to 4 KB in size. One write capacity unit represents one write per second for an item up to 1 KB in size. The defaults are 5 read and 5 write units, which means 20 KB of strongly consistent reads/second and 5 KB of writes/second. You can increase your read and or write capacity at any time by any amount up to your account limits. You can also decrease the read and or write capacity by any amount but this can't exceed more than four decreases in one day. Scaling can be done using the AWS Management Console or AWS CLI by selecting the table and modifying it appropriately. You can also take advantage [of DynamoDB Auto Scaling](#) by using the AWS Application Auto Scaling service to dynamically adjust provisioned throughput capacity on your behalf, in response to actual traffic patterns. DynamoDB Auto Scaling works in conjunction with Amazon CloudWatch alarms that monitor the capacity units. It scales according to your defined rules.

There is a delay before the new provisioned throughput is available, while data is repartitioned in the background. This doesn't cause downtime, but it does mean that the DynamoDB scaling is best suited for changes over time, such as the growth of a game



Confidential                                                                                                      AMZ_KOVE_000221694