# Exhibit 75

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

_____

KOVE IO, INC.,                )

                              )

          Plaintiff,          )

                              )

v.                            )    No. 1:18-cv-08175

                              )

AMAZON WEB SERVICES, INC.,)

                              )

          Defendant.          )

_____)        VOLUME I


HIGHLY CONFIDENTIAL


Video-recorded deposition of JOHN OVERTON,

PH.D., taken at 161 North Clark Street,

Chicago, Illinois, before Donna M. Kazaitis,

IL-CSR, RPR, CRR, commencing at the hour of

8:11 a.m. on Tuesday, May 16, 2023.


_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

```
                                                    Page 2
 1   APPEARANCES:
 2
 3   ON BEHALF OF THE PLAINTIFF:
 4
 5       REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
 6       BY:  JAIME F. CARDENAS-NAVIA, ESQ.
 7            400 Madison Avenue
 8            Suite 14D
              New York, New York 10017
 9            212.381.1965
              jcardenas-navia@reichmanjorgensen.com
10
11
12   ON BEHALF OF THE DEFENDANT:
13
         FISCH SIGLER LLP
14       BY:  R. WILLIAM SIGLER, ESQ.
              ALAN M. FISCH, ESQ.
15            ANDREW RAMOS, ESQ.
              5301 Wisconsin Avenue NW
16            Fourth Floor
              Washington, DC 20015
17            202.363.3500
              bill.sigler@fischllp.com
18            alan.fisch@fischllp.com
              andrew.ramos@fischllp.com
19
20
21   ALSO PRESENT:
22       Joseph Salinas  (Legal Videographer)
```

                                                        Page 3

1                    INDEX

2    JOHN OVERTON, PH.D.                              PAGE

3        Examination by Mr. Sigler                    11

4

5                    EXHIBITS

6    OVERTON                                          PAGE

7    Exhibit 1    First Notice of 30(b)(6)            38

8                 Deposition to Kove IO, Inc.

9                 by Amazon Web Services, Inc

10   Exhibit 2    Defendant's Rule 30(b)(6)           40

11                Notice of Deposition to

12                Plaintiff Kove IO, Inc.

13   Exhibit 3    Defendant's Rule 30(b)(6)           40

14                Notice of Deposition to

15                Plaintiff Kove IO, Inc.

16   Exhibit 4    Defendant's Rule 30(b)(6)           40

17                Notice of Deposition to

18                Plaintiff Kove IO, Inc.

19   Exhibit 5    Defendant's Rule 30(b)(6)           40

20                Notice of Deposition to

21                Plaintiff Kove IO, Inc.

22

Page 4

1                    EXHIBITS, CON'T

2   OVERTON                                        PAGE

3   Exhibit 6    Subpoena to Testify at a          42

4                Deposition in a Civil Action

5   Exhibit 7    Defendant's Notice of             44

6                Deposition of John Overton

7   Exhibit 8    Witness' deposition notes         47

8   Exhibit 9    LinkedIn bio                      48

9   Exhibit 10   9/30/20 email string,             63

10               KOV_00127230 - 231

11  Exhibit 11   U.S. Patent 7,103,640             90

12  Exhibit 12   U.S. Patent 7,233,978             104

13  Exhibit 13   U.S. Patent 7,814,170             110

14  Exhibit 14   Complaint                         114

15  Exhibit 15   "10 Emerging Technologies That    122

16               Will Change Your World" article

17  Exhibit 16   Kove's First Amended Response     129

18               to AWS's Third Set of

19               Interrogatories (No. 18)

20  Exhibit 17   Kove's Third Amended Response     142

21               to AWS's First Set of

22               Interrogatories (No. 3)

                                                      Page 5
1                     EXHIBITS, CON'T

2    OVERTON                                          PAGE

3    Exhibit 18   Page from Econnectix website,    157

4                 KOV 00174165

5    Exhibit 19   Kove's Sixth Amended             161

6                 Objections and Responses to

7                 AWS's Second Set of

8                 Interrogatories (Nos. 10 and 12)

9    Exhibit 20   Kove's Responses and             170

10                Objections to Amazon's

11                Second Set of Interrogatories

12                (Nos. 10-14)

13   Exhibit 21   Kove's First Amended Response    175

14                to Amazon's Fifth Set of

15                Interrogatories (No. 20)

16   Exhibit 22   Excel spreadsheet, list of       178

17                sales, KOV 00063503

18   Exhibit 23   12/26/09 email, KOV 00036481     191

19   Exhibit 24   Kove's Seventh Amended           202

20                Objections and Responses to

21                Amazon's First Set of

22                Interrogatories No. 1, 2, 5, 6, 9

                                                    Page 6

1                    EXHIBITS, CON'T

2    OVERTON                                         PAGE

3    Exhibit 25    12/30/18 email string,            211

4                  KOV 00126084 - 088

5    Exhibit 26    8/16/17 email, KOV 00163061       220

6    Exhibit 27    3/1/15 email, KOV 00132385        228

7    Exhibit 28    8/19/21 privilege log             235

8    Exhibit 29    10/15/18 email string,            260

9                  KOV_00016621 - 623

10   Exhibit 30    Kove's Responses and              267

11                 Objections to Amazon's Fourth

12                 Set of Interrogatories (No. 19)

13   Exhibit 31    Econnectix Corporation            270

14                 Advisors Agreement,

15                 KOV 00016619 - 620

16   Exhibit 32    Econnectix Corporation            277

17                 Advisors Agreement, signed,

18                 undated, KOV 00061286 - 288

19   Exhibit 33    KOV 00126094                      284

20   Exhibit 34    6/7/17 email string,              288

21                 KOV_00162949 - 951

22

```
 1                  EXHIBITS, CON'T

 2   OVERTON                                    PAGE

 3   Exhibit 35   Mutual Nondisclosure Agreement, 292

 4                KOV 00217927 - 928

 5   Exhibit 36   8/20/17 email string,          294

 6                KOV 00164168 - 171

 7   Exhibit 37   9/1/17 email, plus attachment,  300

 8                KOV 00164175 - 138

 9   Exhibit 38   9/10/17 email, plus attachment, 304

10                KOV 00163075 - 121

11   Exhibit 39   9/12/17 email string,          306

12                KOV_00163139 - 146

13   Exhibit 40   1/3/18 email string,           312

14                KOV 00163365 - 367

15   Exhibit 41   1/11/18 email string,          318

16                KOV_00163382 - 383

17   Exhibit 42   5/30/18 email,                 330

18                KOV 00125808 - 809

19   Exhibit 43   9/10/18 email string,          335

20                KOV 00124987 - 988

21   Exhibit 44   12/15/19 email, KOV 00123167   342

22
```

Page 8

1                     EXHIBITS, CON'T

2     OVERTON                                           PAGE

3     Exhibit 45    Aim for the Climate, Grand      345

4                   Challenge Winner

5     Exhibit 46    Grand Challenge Judge           347

6                   Biographies,

7     Exhibit 47    Image spec, KOV 0221061         352

8     Exhibit 48    Image spec, KOV 0221062         353

9     Exhibit 49    Global Indices, patent          354

10                  document draft,

11                  KOV 00221163 - 213

12    Exhibit 50    Marketing campaign draft,       357

13                  KOV 00221063 - 162

14    Exhibit 51    U.S. Patent 6,185,601,          359

15                  AMZ KOVE 000530100 - 182

16    Exhibit 52    Kove's Responses and            370

17                  Objections to Amazon's Sixth

18                  Set of Interrogatories No. 22-25

19    Exhibit 53    OverX Four Month Plan,          377

20                  KOV 00055714 - 718

21    Exhibit 54    Schedule 1,                     384

22                  KOV 00053962 - 965

Page 9

1                      EXHIBITS, CON'T

2    OVERTON                                        PAGE

3    Exhibit 55    8/15/01 letter,                  386

4                  FOUNDERS 00000180 - 181

5    Exhibit 56    9/21/01 letter,                  393

6                  FOUNDERS 00000192

7    Exhibit 57    5/6/02 letter,                   395

8                  ROIZEN 000292

9    Exhibit 58    Affidavit of Claim,              409

10                 ROIZEN 000295

11

12

13

14

15

16

17

18

19

20

21

22

1          THE VIDEOGRAPHER:  This is File Number

2    1 of the videotaped deposition of John Overton

3    taken by the defendant in the matter of Kove v.

4    AWS in the United States District Court for the

5    Northern District of Illinois, Eastern Division,

6    Case Number 1:18-cv-08175.

7               This deposition is being held at

8    161 North Clark, Chicago, Illinois, 60601, on

9    May 16, 2023.  The time on the video screen is now

10   8:11 a.m.

11              My name is Joseph Salinas.  I am

12   the legal videographer from Digital Evidence

13   Group.  The court reporter is Donna Kazaitis also

14   in association with Digital Evidence Group.

15              Will counsel please introduce

16   themselves for the record.

17              MR. CARDENAS-NAVIA:  Jaime

18   Cardenas-Navia on behalf of the plaintiff, Kove,

19   and the witness, Dr. Overton.

20              MR. SIGLER:  Good morning.  I'm Bill

21   Sigler of Fisch Sigler LLP on behalf of the

22   defendant Amazon.  Joining me today are my

Page 11

1    colleagues, Alan Fisch and Andrew Ramos.

2              THE VIDEOGRAPHER:  Will the court

3    reporter please swear in the witness.

4    (Witness sworn.)

5                   JOHN OVERTON, PH.D.,

6    having been first duly sworn, was examined and

7    testified as follows:

8                        EXAMINATION

9    BY MR. SIGLER:

10        Q.   Good morning, sir.

11        A.   Good morning.

12        Q.   Could you please state your full name

13   for the record.

14        A.   John Kent Overton.

15        Q.   We're here today in Chicago taking

16   your deposition; right, sir?

17        A.   Yes.

18        Q.   You live here in Chicago; is that

19   correct?

20        A.   I do.

21        Q.   And Kove's attorney,

22   Mr. Cardenas-Navia, is here representing you at

Page 115

1   BY MR. SIGLER:

2        Q.   I'm passing you Exhibit 14.  (Document

3   tendered to the witness.)

4             Do you have Exhibit 14 in front of

5   you, sir?

6        A.   I do.

7        Q.   Exhibit 14 is entitled "Complaint";

8   right?

9        A.   I don't know what you're looking at.

10       Q.   Sure, at the top here it says

11   "Complaint"; right?

12       A.   Yes, yes.

13       Q.   And if you go to the final page, Page

14   37, do you see that it's signed December 12, 2018?

15       A.   Yes.

16       Q.   And the caption on the front page is

17   Kove IO, Inc., Plaintiff, vs. Amazon Web Services,

18   Inc., Defendant.  Do you see that, sir?

19       A.   Yes.

20       Q.   Have you seen this document before?

21       A.   Yes.

22       Q.   Did you review it before it was filed?

Page 116

1          A.    Sure.

2          Q.    All right.  So Kove filed its

3    complaint in this action on December 12, 2018;

4    right?

5          A.    That's what this says.

6          Q.    Would you agree, sir, that you'd want

7    companies to know about Kove's patents?

8          A.    Sure.

9          Q.    You'd want other companies to know

10   about Kove's patents so they wouldn't infringe

11   them; right?

12         A.    Sure.

13              MR. CARDENAS-NAVIA:  Objection to

14   form, vague.

15   BY MR. SIGLER:

16         Q.    Before Kove filed this complaint on

17   December 12, 2018, did Kove ever send Amazon a

18   letter about the '640, '978, or '170 Patents?

19         A.    I don't believe so.

20         Q.    And before Kove filed this complaint

21   against Amazon on December 12, 2018, did Kove ever

22   call anyone at Amazon about the '640, '978, or

Page 117

1    '170 Patents?

2          A.    I don't know, but I don't think so.

3          Q.    You're the CEO of Kove; right?

4          A.    Uh-huh.  I did not.  I don't know if

5    someone else in the company did.

6          Q.    So someone else in the company may

7    have done that and you didn't know about it?

8          A.    I think that's unlikely.  I can't --

9    you've framed the question in a definitive

10   fashion.  I can't speak for every person and every

11   action that they did.  I can say that I did not

12   for sure.

13         Q.    And you're testifying today on behalf

14   of Kove; right?

15         A.    Yes.

16         Q.    Let me ask you this:  Before Kove

17   filed this complaint against Amazon on December

18   12, 2018, did Kove communicate at all with anyone

19   at Amazon about the '640, '978, or '170 Patents?

20         A.    I do not believe so.

21         Q.    And before Kove filed this complaint

22   against Amazon on December 12, 2018, Kove didn't

Page 118

1    ever ask anyone at Amazon if Amazon would be

2    interested in taking a license to the '640, '978,

3    or '170 Patents?

4          A.   Would you restate the question?

5          Q.   Sure.  Before Kove filed its complaint

6    against Amazon on December 12, 2018, no one from

7    Kove asked Amazon if Amazon would be interested in

8    taking a license to the '640, '978, or '170

9    Patents?

10         A.   I believe that that is true.  But,

11   again, I can specify definitely that I did not and

12   it is my belief that someone else did not.  But I

13   do not know what every action somebody in the

14   company did.

15         Q.   So if someone at Kove communicated

16   with Amazon about three patents-in-suit before

17   filing this complaint, you're not sure if you

18   would have known about that?

19         A.   I think I would likely have, yes, I

20   think it is likely.

21         Q.   Okay.  Let's go to Paragraph 27,

22   please.  Paragraph 27, it is on Page 8.

Page 140

1      Q.   All right.   So the XPD product and the

2   XMC product do not embody the patents-in-suit;

3   right?

4      A.   Yes, that's what it says.

5      Q.   Is that correct?

6      A.   Yes.

7      Q.   Let's look at the following paragraph

8   after that, which starts with "Econnectix created

9   Xpress for FileMaker, XFM."   Do you see that?

10      A.   I do.

11      Q.   And actually let me back up for a

12   second.

13          Did Econnectix ever sell any XPD or

14   XMC product?

15      A.   Yes, we sold XPDs.

16      Q.   Did Econnectix ever sell any XMC

17   product?

18      A.   I'm not sure.   I don't recall.   But

19   since they were kind of the same code based, we

20   might have or we might not have, but we were

21   selling XPD successfully.

22      Q.   Okay.   Let's go back to talk about

Page 141

1    XFM.

2              The response states:  "This product

3    was made and sold.  XFM is a hardware product that

4    combines a multi-core CPU running FileMaker Server

5    with a fully integrated storage system that

6    enables a FileMaker database of any size to be

7    backed up in one second.  XFM is used to back up

8    databases and does not pertain to locating and

9    retrieving data over a distributed network.  It

10   does not embody the patents-in-suit."  Do you see

11   that language, sir?

12        A.   I do.

13        Q.   Is that accurate?

14        A.   Yes.

15        Q.   So the XFM product does not embody the

16   '978, '170, and '640 Patents; right?

17        A.   I don't know what you're referring to.

18   It is unrelated to the patents-in-suit.

19        Q.   This response states that the XFM

20   product does not embody the patents-in-suit, which

21   are the '978, '170, and '640 patents; right?

22        A.   That is what it says, yes.

Page 142

1          Q.   Is that accurate?

2          A.   Yes.

3          Q.   All right.  You can put that aside.

4          A.   We're done with that exhibit?

5          Q.   Yes.

6               (Deposition Exhibit 17 was marked

7               for identification.)

8    BY MR. SIGLER:

9          Q.   I'm passing you Exhibit 17 --

10              THE WITNESS:  Can we take a quick

11   bathroom break?

12              THE VIDEOGRAPHER:  Going off the

13   record at 10:44 a.m.

14              (A recess was taken.)

15              THE VIDEOGRAPHER:  Going on the record

16   at 11:00 a.m.

17   BY MR. SIGLER:

18         Q.   Welcome back, Mr. Overton.  Do you

19   have Exhibit 17 in front of you?  (Document

20   tendered to the witness.)

21         A.   I do.

22         Q.   Mr. Overton, do you have Exhibit 17 in

Page 143

1   front you?

2          A.   I do.

3          Q.   For the record, Exhibit 17 is Kove's

4   Third Amended Response to Amazon's First Set of

5   Interrogatories (No. 3).  If you can go to the

6   fourth page of this document, please, sir.  Do you

7   see it's dated April 14, 2021?

8          A.   Yes.

9          Q.   And if you turn to the next page, Page

10  5, your signature is there; correct?

11         A.   Yes.

12         Q.   And you verified this response under

13  the penalty of perjury; correct, sir?

14         A.   Yes.

15         Q.   Let's go to Page 2.  There is an

16  Interrogatory No. 3 there.  Do you see that, sir?

17         A.   Yes.

18         Q.   And it says:  "Identify every product,

19  device, system, or service created, made, sold,

20  used, distributed, given away, produced, or

21  manufactured by any person or entity, including

22  Amazon Co., the inventors named on the face of the

Page 146

1          Q.   And they were never sold by Kove;

2     correct?

3          A.   That's correct.

4          Q.   And Econnectix ceased

5     commercialization efforts for those products

6     before any of the patents-in-suit were issued;

7     right?

8          A.   I think that's the case.  There's kind

9     of a specificity of those dates that I would want

10    to look at, but I believe this is true because I

11    reviewed this at the time when I signed it

12    carefully, but I don't remember the exact dates at

13    this second in terms of issuance and so on.  But I

14    believe that is correct.

15         Q.   Okay.  So you believe it's correct

16    that those products, OXLS, Xpress Association

17    Database, XTN, XRN, XSN, and Xpress Database --

18         A.    No, I can look at this, I've got the

19    patents here.  We stopped commercialization

20    efforts prior to September 5, 2006, which is the

21    issuance date of the '640.  And then the other

22    ones are more recent that that.  So that's good.

Page 147

1       Q.   All right.  So was it -- as of 2006,

2  was it Kove or Econnectix?

3       A.   I think that still would have been

4  Econnectix.

5       Q.   So as of September 5, 2006, Econnectix

6  had stopped commercialization efforts for OXLS,

7  Xpress Association Database, XTN, XRN, XSN, and

8  Xpress Database; right?

9       A.   It is my belief, yes.

10      Q.   So Econnectix stopped trying to sell

11  any products that embodied the patents-in-suit by

12  September 5, 2006; right?

13      A.   We stopped trying to sell these

14  specified products, yes.

15      Q.   Well, was Econnectix selling -- strike

16  that.

17           Was Econnectix trying to sell any

18  other products that embody any of the asserted

19  claims of the patents-in-suit?

20      A.   Not that I know of.

21      Q.   All right.  So it's fair to say that

22  Econnectix stopped trying to sell any products

Page 148

1    that practiced the patents-in-suit before the '640

2    Patent issued in September 2006; right?

3          A.    I think it's fair to say that what's

4    written here is accurate and I'm confident that

5    that is accurate.

6                    The other characterizations that

7    you're saying I don't know if I'm misunderstanding

8    something or it's a legal or something.  And I

9    don't mean that in any way to be difficult.  It's

10   that I know that I looked at this and I know this

11   was accurately written.

12         Q.    Okay.  So sitting here today, you

13   believe that this response to Interrogatory No. 3

14   is complete and accurate; right?

15         A.    Yes.

16         Q.    Okay.  Did Econnectix ever offer to

17   sell any product that competed with Amazon S3?

18         A.    Not that I know of, except to the

19   degree that one of these specified products might.

20   And I don't know if they did or they did not.  We

21   sold these products and to the degree that that

22   might have competed with Amazon in a way that I'm

Page 149

1    not tracking right now or thinking about right

2    now.

3         Q.   Well, we established that Amazon

4    launched S3 in 2006; right?

5         A.   Yes.

6         Q.   And by that time Econnectix had

7    stopped trying to sell products that embodied the

8    patents-in-suit; right?

9         A.   As of September 5, 2006.  But I don't

10   know what the dates stamps and the differences are

11   from the launches of those other products and

12   September 5th.  There could be overlap as a formal

13   matter.

14        Q.   So there could be some overlap for a

15   few months in 2006 --

16        A.   It's possible.

17        Q.   -- is that your testimony?

18        A.   It's possible.

19        Q.   Do you know when OverX first attempted

20   to sell OXLS?

21        A.   I don't know the specific dates.

22        Q.   Do you have a general date you can

Page 296

1    comments?

2          A.   I don't know.

3          Q.   You provided this to him before --

4    well, strike that.

5          A.   Would you like me to read this so I

6    can be more specific about this?

7          Q.   Well, I'll walk you through it in a

8    second.

9          A.   Okay.

10         Q.   I'm just curious -- well, strike that.

11   Let's take a look at it together.

12              Looking at the attachment which is

13   titled "Proposal"; correct?

14         A.   Yes.

15         Q.   Under Proposal it says:  "Kove

16   proposes five potential ways that Kove external

17   memory could add to Amazon's mission."  Do you see

18   that, sir?

19         A.   I do.

20         Q.   What does "Kove external memory" refer

21   to?

22         A.   This is our Kove SDM product.

Page 297

1          Q.    SDM doesn't practice the '978, '170,

2    or '640 Patents; right?

3          A.    That is correct.

4          Q.    And turn to the next page, please,

5    sir.  There's a listing of benefits there.  Do you

6    see that?

7          A.    Yes.

8          Q.    And No. 7 under Benefits says:

9    "Drives customers to Amazon."  Do you see that?

10          A.    I do.

11          Q.    So part of your proposal to Amazon

12    included driving customers to Amazon; right?

13          A.    Yes.

14          Q.    And you state -- well, strike that.

15                Let's look under the heading

16    "Databases."  Do you see that?

17          A.    I do.

18          Q.    It says there:  "Kove has demonstrated

19    over and over that external memory accelerates

20    databases.  Amazon and Kove could offer additional

21    10x to 50x performance uptick to," and then you

22    list DynamoDB, Aurora, and RDB; right?

Page 298

1          A.    I see that, yes.

2          Q.    DynamoDB is one of the products that

3    Kove claims infringes Kove's patents in this case;

4    right?

5          A.    Yes.

6          Q.    But here in 2017 before you filed this

7    case, you were proposing how a different Kove

8    product, the SDM product, would work with

9    DynamoDB; right?

10          A.    Yes, that's what it says.

11          Q.    And in this communication with

12    Mr. Majmundar you didn't state that Kove had any

13    belief that DynamoDB infringed any of Kove's

14    patents; right?

15          A.    I did not.

16          Q.    Turning to the next page, you see the

17    heading 5, "World's First Fully Dynamically Sized

18    Memory Servers in the Cloud"?

19          A.    No, I do not.

20          Q.    It's right here.

21          A.    I have something different than you --

22          Q.    No, it's right on the back.  No. 5,

1    "World's First Fully Dynamically" --

2          A.   Oh, I see, I see.

3          Q.   All right.  And under the heading

4    "World's First Fully Dynamically Sized Memory

5    Servers in the Cloud," it says "Partnership.

6    Offer EC2 Instance Family Type with unlimited,

7    dynamically expandable memory.  Deliver at

8    Amazon's Reinvent in November."  Do you see that,

9    sir?

10         A.   I do.

11         Q.   What's Amazon Reinvent?

12         A.   It's an annual conference, as I

13   understand, I've never been there, but it's an

14   annual conference where they bring people together

15   for Amazon globally.

16         Q.   And as part of your proposal to

17   Mr. Majmundar of Amazon in 2017, you wanted to

18   deliver Kove's product at Amazon's Reinvent in

19   November of that year?

20         A.   "Deliver" I think is an ambiguous word

21   here.  I think the proposal was to have

22   discussions so that there could be discussions

Page 323

1          A.    That is correct.

2          Q.    Through this whole process -- well,

3    strike that.

4                Kove never sold Amazon any products

5    through these meetings and discussions it had with

6    Amazon in 2017 and 2018; right?

7          A.    That is correct.

8          Q.    Were there any further communications

9    with anybody at Amazon after January 11, 2018?

10         A.    Possibly.  I don't know.  I mean I

11   would, again, want to go to documents to find the

12   documents because that would be clear.  I don't

13   recall.

14         Q.    All right.  Well, you'd agree that

15   Kove invested time and money in trying to win

16   Amazon's business; right?

17         A.    Yes.

18         Q.    And you met with three different

19   Amazon Web Services teams; right?

20                MR. CARDENAS-NAVIA:  Objection to

21   form, vague.

22                THE WITNESS:  I don't know how many

Page 324

1   different teams.

2   BY MR. SIGLER:

3        Q.   You met with multiple Amazon Web

4   Services teams; right?

5             MR. CARDENAS-NAVIA:  Same objection.

6             THE WITNESS:  I don't know how many or

7   I met with a number of Amazon employees.  I don't

8   know about teams and so forth.

9   BY MR. SIGLER:

10       Q.   All right.  Well, you met with

11  Mr. Majmundar; right?

12       A.   Yes.

13       Q.   You met with Mr. Schick; right?

14       A.   Yes.

15       Q.   And you met with Ms. Chronis; right?

16       A.   Yes.

17       Q.   So that's at least three meetings you

18  had with Amazon personnel during this 2017, 2018

19  timeframe; right?

20       A.   Yes.  But I don't know that Schick and

21  Majmundar weren't on the same team, for example.

22  It's an issue of specifics.

Page 325

1          Q.   All right.  Well, at least three

2     meetings with Amazon personnel during 2017 and

3     2018; right?

4          A.   Yes.

5          Q.   And during the course of Kove's

6     communications with Amazon Web Services in 2017

7     and 2018, Kove never identified the '978, '170, or

8     '640 Patents to Amazon; right?

9          A.   That is correct.

10          Q.   And during the course of these

11     communications in 2017 and 2018, Kove never told

12     any Amazon employees that Kove believed Amazon was

13     infringing the '978, '170, or '640 Patents; right?

14          A.   I don't know what we told them other

15     than -- that's not included in these documents,

16     but I don't know that we never said anything about

17     the patents to some of these folks.  I don't know

18     that.

19          Q.   You can't tell me one way or the other

20     whether you told any Amazon employees that Kove

21     believed Amazon was infringing those patents

22     during these discussions?

Page 326

1        A.    I know that I didn't.  You asked me on

2   behalf of Kove.  So, therefore, it's every

3   employee of Kove, and I don't know if someone said

4   that.  It is not my knowledge that someone did.

5        Q.    During the course of these

6   communications in 2017 and 2018 with Amazon, did

7   you discuss S3 with Amazon at all?

8        A.    I don't recall what I discussed with

9   respect to S3.

10       Q.    You asserted in this case that S3

11  infringes your patents; right?

12       A.    I think that the claim we brought

13  together asserts that, as I understand the legal

14  of it.

15       Q.    In fact, in this case Kove has

16  asserted that Amazon Web Services' foundation is

17  built on infringing Kove's patents; right?

18       A.    That seems to be a legal speculation,

19  and I'm not a lawyer.

20       Q.    Well, all these communications that

21  you had with Amazon Web Services in 2017 and 2018

22  occurred after Kove began talking to lawyers about

Page 327

1   potential patent infringement litigation; right?

2          A.   I don't know what the timeline is.  I

3   need to get it specifically written out.  I don't

4   know what the timelines are.

5          Q.   Pull out the privilege log.

6          A.   Okay.

7          Q.   Do you recall going over those entries

8   in the privilege log earlier today?

9          A.   I do.

10         Q.   And those entries showed that you

11  talked to several law firms about potential patent

12  infringement litigation starting in 2014; right?

13         A.   Yes.

14         Q.   So all of these communications that

15  Kove had with Amazon in 2017 and 2018 occurred

16  after Kove began talking to law firms about

17  potential patent infringement litigation; right?

18         A.   There's nothing here that I see that

19  discusses Amazon in the privilege log.

20         Q.   That's not my question.

21              All of those communications that

22  Kove had in 2017 and 2018 with Amazon came after

Page 328

1   Kove began consulting with attorneys about

2   potential patent infringement litigation; correct?

3           A.   If what you're saying is that these

4   dates in these, which I'm not looking at all of

5   them, predate the other dates, I think that that's

6   true because these dates are earlier.  Some of

7   these dates go into October 2018.

8                I mean to the degree that you're

9   making a date comparison, I think that's fair.  I

10  don't know how this works with respect to the

11  privilege log.

12               MR. CARDENAS-NAVIA:  Counsel, we've

13  been going a bit over an hour.  Is there a good

14  time to take a break?

15               MR. SIGLER:  Give me one moment.

16  BY MR. SIGLER:

17          Q.   Let me give you an example.  Let's

18  look at entry 51, please, sir.

19          A.   Okay.

20          Q.   It's an entry dated May 19, 2015;

21  right?

22          A.   Yes.

Page 329

1      Q.   And it identifies notes from a meeting

2   between you and attorneys from Cooley LLP

3   regarding potential infringement litigation;

4   right?

5      A.   Yes.

6      Q.   So you began discussing potential

7   patent infringement litigation with lawyers before

8   these communications with Amazon in 2017 and 2018;

9   right?

10      A.   Again, if you're making a date

11   comparison between the dates we just discussed

12   with Amazon and this, some dates are after the

13   other dates.  I'm not sure how to be constructive

14   and helpful here.

15      Q.   It's a nonresponsive answer, so I'm

16   going to move to strike that.

17           You began talking to lawyers about

18   potential infringement litigation before 2017;

19   right?

20      A.   Yes.

21      Q.   So you began talking to law firms

22   about potential patent infringement litigation

Page 330

1    before you had the meetings and communications

2    with Amazon in 2017 and 2018; right?

3          A.   Yes.

4               MR. SIGLER:  All right.  Now we can

5    take a break.

6               THE VIDEOGRAPHER:  Going off the

7    record at 3:37 p.m.

8                    (A recess was taken.)

9               THE VIDEOGRAPHER:  Going on the record

10   at 4:03 p.m.

11                   (Deposition Exhibit 42 was marked

12                    for identification.)

13   BY MR. SIGLER:

14        Q.   Welcome back, Mr. Overton.  I'm going

15   to pass you Exhibit 42.  (Document tendered to the

16   witness.)

17               Exhibit 42 bears the Bates stamp

18   KOV_0125808.  You see this is an email from

19   Mr. Connolly to you, sir?

20        A.   Yes.

21        Q.   And it's dated May 30, 2018; right?

22        A.   Yes.

Page 331

1          Q.   And its subject is investor update;

2     right?

3          A.   Yes.

4          Q.   Do you recall why Mr. Connolly was

5     sending you this in May 2018?

6          A.   I suspect it's for some kind of an

7     investor update.

8          Q.   What was Mr. Connolly's role at the

9     company at this point?

10          A.   He runs operations.

11          Q.   And his email says:  "John,

12     Significant points in Kove over last 18 plus

13     months.  Ready to talk when you are."  Do you see

14     that?

15          A.   I do.

16          Q.   So he's identifying here significant

17     points in Kove over the last 18 plus months;

18     right?

19          A.   Yes.

20          Q.   And this is a few months after Kove

21     had its meetings and communications with Amazon;

22     right?

 1   STATE OF ILLINOIS )

 2   COUNTY OF C O O K )

 3      I, Donna M. Kazaitis, CRR, RPR, IL-CSR

 4   No. 084-003145, do hereby certify:

 5      That the foregoing deposition of JOHN

 6   OVERTON, PH.D. was taken before me at the time and

 7   place therein set forth, at which time the witness

 8   was put under oath by me;

 9      That the testimony of the witness and all

10   objections made at the time of the examination

11   were recorded stenographically by me, were

12   thereafter transcribed under my direction and

13   supervision and that the foregoing is a true

14   record of same.

15      I further certify that I am neither counsel

16   for nor related to any party to said action, nor

17   in any way interested in the outcome thereof.

18      IN WITNESS WHEREOF, I have subscribed my name

19   this 26th day of May, 2023.

20

21   DONNA M. KAZAITIS, IL-CSR, RPR, CRR
      Registered Professional Reporter

22   Certified Realtime Reporter
      IL-CSR License No. 084-003145