# Exhibit 77

**From:** John Overton [john.overton@kove.net]
**Sent:** 8/20/2017 8:58:10 PM
**To:** 'majmunda@amazon.com' [majmunda@amazon.com]
**Subject:** Proposal (DRAFT)
**Attachments:** 2017-08-21--Proposal.docx

Ashish,

I will vet the attached proposal tomorrow inside of Kove better, but wanted to get something into "ink" before you went to work tomorrow.

Please see attached. Thoughts/comments? Please make comments liberally.

Also, please confirm that you received this. Thanks,
John

```
-----
John Overton
CEO, Kove
14 N Peoria - 2H
Chicago IL  60607
D 312 850 3147
W 312 850 3308
F 312 850 3930
kove.net
```

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

# Proposal

Kove proposes 5 potential ways that Kove® External Memory could add to Amazon's mission.

## 1) Reduce Blast Radius, 2-Sockets to 1-Socket

Amazon currently accepts a 2-socket blast radius. With Kove® External Memory, Amazon could improve blast radius to 1-socket while also improve reliability beyond what's achievable in a 2-socket system without Kove's HA memory.

**1-Socket Design – Reduced Blast Radius.** Amazon creates a "System on a Chip", reducing complexity and improving reliability. A reduced complexity server would be more reliable, designed as:

(1) 1 socket
(2) 1 motherboard, integrated with:
   a) 1-2 DIMMs, serving 64-128 GB RAM for (i) compute or (ii) L4 cache into Kove Memory Pool
   b) Ethernet
   c) Memory interconnect (Omni-Path with InfiniBand or possibly RoCE, transitionally)

This simplifies CPU definition and design, eliminates QPI links, NUMA hops, has no cache coherency issues, and halves blast radius. It aligns with Amazon's policy for simplicity scaling. Combined with Kove® External Memory, software rules would allow any server to be dynamically sized up to 128 terabytes of memory per process.

**Possible Objections to Memory Pool Concept.** While 1-socket design reduces blast radius by ½, Memory Pool introduces a new, unknown blast radius for memory. This is addressed by:

(1) **Don't use Memory Pool unless needed.** Decreased socket-size simplifies design, doubles reliability for many use cases, and reduces cost-basis for servers as an added benefit. Kove External Memory not used unless needed.
(2) **Use Memory Pool When Needed.** Customers can define any server size and software provisions the exactly needed memory. This tightens cost-basis for memory, increases utilization rates of among the most expensive portion of a modern server, improves customer experience. Amazon leads industry.

### Possible Objections to Memory Pool High Availability

(1) **Not Standard.** Intel is already moving this direction with Omni-Path. Kove already has a RSNDA with Intel and a National Laboratory and could create a 3-Way partnership with Intel and Amazon to deliver an Omni-Path solution.
(2) **Fabric memory is less reliable.** Fabric memory permits creating Highly Available, dual-failure memory, via 2 memory targets. This is more not less reliable, especially since it works with a 1-socket reduced complexity server.
(3) **HA Memory Too Expensive.** There is no HA fabric memory except Kove's design. Since this is software-defined HA and will be provisionable from common Memory Pool. Amazon prices accordingly and customer decides appropriate price-tradeoffs.

**Benefits**

1. Customer gets exact configuration desired
2. No limit to memory as now a server can be 64 GB to 128 TiB as a matter of provisioning
3. Memory dynamically can grow during customer session (not virtual machine "ballooning", which is server-limited, but unlimited growth)
4. Using a common infrastructure Amazon provides marketplace any sized server but defines server sizing with software rather than fixed hardware, which is much harder to maintain
5. Amazon is world's first cloud company to provide dynamically sized servers
6. Addresses needs that have no Cloud solution, such as Financial Services risk, genomics, graph databases. These domains would like to have more memory but are constrained by physical server definitions
7. Drives customers to Amazon. The only way to get 20 TB of memory right now is to buy a special-purpose SMP system from Cray or HP/SGI. These are so expensive that customers avoid these CapEx expenses. Offered via Amazon, customers pay as they go. Meanwhile, the Kove® External Memory can be repurposed for ANY use, not just big memory servers.
8. Amazon avoids buying oddly sized physical servers to respond to customer needs, and just provisions memory when needs arise, for duration of need.

## 2) Databases

Kove has demonstrated over and over that External Memory accelerates databases. Amazon and Kove could offer additional 10x-50x performance uptick to:

(1) DynamoDB
(2) Aurora
(3) RDB

This could use Kove's straight block device, at <9 µs latency, for extremely easy integration.

Again, simple memory provisioning rules could provide dynamic allocation of memory to database customers desiring improved performance. Allocations take approximately 200 milliseconds to make, so allocations could be created at login for customers.

Since the memory is provisionable, the pool is used dynamically wherever it needs to be used, and then zeroed and repurposed. Amazon sells better value to customer, while not having to maintain irregularly sized and irregularly maintained "big memory servers".

## 3) Xen Integration

Kove could integrate into Xen. Integration would have no impact on Amazon's security strategy.

HIGHLY CONFIDENTIAL KOV_00164170

## 4) Performance Uptick to Flash Servers

Kove External Memory has no performance comparison in the world. A 42U rack delivers around 1 billion IOPS and 750 GB/second bandwidth at <9 μs latency. Because all memory is provisionable, any amount of memory may be allocated to any server, creating another uptick beyond Flash. Flash technologies only achieve performance inside servers, and cannot be shared with similar performance across an interconnect. In contrast, Kove External Memory is sharable across an interconnect and can be 500x faster than Flash – or more, depending upon workload.

Use cases:  Graphs, Analytics, Risk

## 5) World's First Fully Dynamically Sized Memory Servers in the Cloud

**Partnership**. Offer EC2 Instance Family Type with unlimited, dynamically expandable memory. Deliver at Amazon's Reinvent in November.

HIGHLY CONFIDENTIAL                                                                                                                          KOV_00164171