# Exhibit 78

**In the Matter Of:**

KOVE vs AMAZON WEB SERVICES, INC.,

1:18-cv-08175

# SCOTT HAYDEN

*April 24, 2023*



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ILLINOIS
EASTERN DIVISION

KOVE, INC.,                    )
                               )
        Plaintiff,             )
                               )
    vs.                        )  CASE NO.
                               )  1:18-cv-08175
AMAZON WEB SERVICES, INC.,     )
                               )
        Defendant.             )


REMOTE VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF SCOTT HAYDEN


APRIL 24, 2023
8:03 A.M.

(All participants appeared remotely)




TAKEN AT THE INSTANCE OF THE PLAINTIFF





REPORTED BY:
MONNA J. NICKESON, RPR, CRR, CCR, CSR CA 14430
JOB: J9559085



```
 1          APPEARANCES:

 2

    FOR THE PLAINTIFF:
 3
            Navid Bayar, Esq.
 4          Reichman Jorgensen Lehman & Feldberg
            7500 Rialto Boulevard, Suite 250
 5          Austin, TX   78735

 6          Adam Adler, Esq.
            Reichman Jorgensen Lehman & Feldberg
 7          1909 K Street, NW, Suite 800
            Washington, D.C.   20006
 8
            Mateo Z. Fowler, Esq.
 9          MZF Law Firm
            1105 Nueces Street, Suite A
10          Austin, TX 78701

11
    FOR THE DEFENDANT:
12
            Lisa Phillips, Esq.
13          Fisch Sigler
            5301 Wisconsin Avenue NW, 4th Floor
14          Washington, D.C.   20015

15
    ALSO PRESENT:
16
            Dana Bachmann, Videographer
17

18

19

20

21

22

23

24

25
```



| | | |
|---|---|---|
| 1 | BE IT REMEMBERED that on April 24, 2023, at | |
| 2 | 8:03 A.M., the remote videotaped deposition | |
| 3 | of SCOTT HAYDEN was taken before Monna J. | |
| 4 | Nickeson, Certified Realtime Reporter, | |
| 5 | Registered Professional Reporter, Certified | |
| 6 | LiveNote Reporter, Certified Court Reporter | |
| 7 | (WA 3322), Certified Shorthand Reporter (ID | |
| 8 | 1045), (OR 16-0441), (CA 14430), the | |
| 9 | following proceedings took place: | |
| 10 | * * * * * | |
| 11 | (Before the deposition proceeding, the | |
| 12 | following colloquy took place between the | |
| 13 | Court Reporter and Counsel:) | 07:49 |
| 14 | MS. PHILLIPS: We do need a rough. | 07:49 |
| 15 | MR. BAYAR: We'd like a rough, too. | 07:50 |
| 16 | * * * * * | 08:03 |
| 17 | THE VIDEOGRAPHER: Good morning. We're now | 08:03 |
| 18 | on the record at 8:03 a.m. Pacific time on | 08:03 |
| 19 | April 24th, 2023. This begins the | 08:03 |
| 20 | videoconference deposition of Scott Hayden | 08:03 |
| 21 | taken in the matter of Kove IO, Incorporated | 08:04 |
| 22 | versus Amazon Web Services, Incorporated. | 08:04 |
| 23 | My name is Dana Bachmann. I'm your | 08:04 |
| 24 | videographer today. Our court reporter is | 08:04 |
| 25 | Monna Nickeson. We're both representing | 08:04 |



| | | |
|---|---|---|
| 1 | Esquire Deposition Solutions. | 08:04 |
| 2 | Will everyone present please identify | 08:04 |
| 3 | themselves, beginning with our witness, | 08:04 |
| 4 | Mr. Hayden. | 08:04 |
| 5 | THE WITNESS: Scott Hayden, Amazon.com, Inc. | 08:04 |
| 6 | THE VIDEOGRAPHER: Thank you. | 08:04 |
| 7 | Counsel, please. | 08:04 |
| 8 | MR. BAYAR: This is Navid Bayar. I'm with | 08:04 |
| 9 | the firm of Reichman Jorgensen on behalf of | 08:04 |
| 10 | plaintiff, Kove. And I have with me on the | 08:04 |
| 11 | line Mateo Fowler who is also co-counsel for | 08:04 |
| 12 | Kove. And also Adam Adler with the firm of | 08:04 |
| 13 | Reichman Jorgensen. | 08:04 |
| 14 | MS. PHILLIPS: And my name is Lisa Phillips. | 08:04 |
| 15 | I'm representing defendant Amazon Web | 08:04 |
| 16 | Services, as well as third-party Amazon | 08:04 |
| 17 | Technologies, Inc., and the witness today. | 08:04 |
| 18 | THE VIDEOGRAPHER: Thank you very much. | 08:05 |
| 19 | Madam Reporter, would we kindly swear in | 08:05 |
| 20 | the witness. | 08:05 |
| 21 | SCOTT HAYDEN | |
| 22 | Having been first duly sworn, was examined and | |
| 23 | testified as follows: | 08:05 |
| 24 | EXAMINATION | 08:05 |
| 25 | BY MR. BAYAR: | 08:05 |



```
1      Q.   Is AWS considered by Amazon to be a              05:04
2   business with higher profitability than Amazon.com's    05:04
3   core business?                                           05:04
4           MS. PHILLIPS:  Objection to form.  And to        05:04
5           the extent it's outside the scope.               05:04
6           THE WITNESS:  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆               05:04
7           ▆▆▆▆▆▆  in the AWS group of businesses.          05:04
8   BY MR. BAYAR:                                            05:04
9      Q.   And what is that margin?                         05:04
10          MS. PHILLIPS:  Objection to form.  And           05:04
11          outside the scope.                               05:04
12          THE WITNESS:  Generally, it's in the upper       05:05
13          ▆▆▆▆▆▆▆▆.                                        05:05
14  BY MR. BAYAR:                                            05:05
15     Q.   And what about Amazon.com's core business?       05:05
16          MS. PHILLIPS:  Objection to form.  And           05:05
17          outside the scope.                               05:05
18          THE WITNESS:  It's ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆  I          05:05
19          don't know what it is right now.                 05:05
20  BY MR. BAYAR:                                            05:05
21     Q.   Is it under ▆▆▆▆▆▆▆▆?                            05:05
22          MS. PHILLIPS:  Same objections.                  05:05
23          THE WITNESS:  I don't know.  It would depend     05:05
24          upon if it's operating margin or                 05:05
25          contribution margin, what you take into          05:05
```



| | | |
|---|---|---|
| 1 | account and what you exclude, what special | 05:05 |
| 2 | one-time events. | 05:05 |
| 3 | BY MR. BAYAR: | |
| 4 | Q. Operating margin? | 05:05 |
| 5 | MS. PHILLIPS: Same objections. | 05:05 |
| 6 | THE WITNESS: I don't have those numbers | 05:05 |
| 7 | memorized. I don't know. | 05:05 |
| 8 | BY MR. BAYAR: | 05:05 |
| 9 | Q. And how many patents does ATI own? | 05:05 |
| 10 | A. Approximately 16 -- | 05:05 |
| 11 | MS. PHILLIPS: Objection to form. | 05:05 |
| 12 | THE WITNESS: Approximately 16,000 | 05:05 |
| 13 | U.S. patents and -- | 05:06 |
| 14 | (The Court Reporter requested | 05:06 |
| 15 | clarification.) | 05:06 |
| 16 | MS. PHILLIPS: Objection to form. | 05:06 |
| 17 | THE WITNESS: Amazon Technologies, Inc., | 05:06 |
| 18 | owns approximately 16,000 U.S. patents and | 05:06 |
| 19 | 4- to 5,000 non-U.S. patents. And | 05:06 |
| 20 | addition -- | 05:06 |
| 21 | BY MR. BAYAR: | 05:06 |
| 22 | Q. And how many of -- | 05:06 |
| 23 | A. Additional  U.S. pending | 05:06 |
| 24 | applications. | 05:06 |
| 25 | Q. You said ▇▇▇▇▇ pending applications? | 05:06 |

| | |
|---|---|
| 1 | A. Yes. | 05:06 |
| 2 | Q. And how many of the patents that ATI owns | 05:06 |
| 3 | do Amazon's entities actually practice? | 05:06 |
| 4 | MS. PHILLIPS: Object to the form. Calls | 05:06 |
| 5 | for expert testimony. And legal conclusion. | 05:06 |
| 6 | And outside the scope. | 05:06 |
| 7 | THE WITNESS: I don't know, as that | 05:07 |
| 8 | potentially changes every day as there are | 05:07 |
| 9 | older patents that we potentially practiced | 05:07 |
| 10 | in the past that could be or are not | 05:07 |
| 11 | practiced anymore, and there are some that | 05:07 |
| 12 | are filed on new products and services that | 05:07 |
| 13 | have not been launched yet. | 05:07 |
| 14 | BY MR. BAYAR: | 05:07 |
| 15 | Q. And of the 16,000 U.S. patents, would you | 05:07 |
| 16 | say most of them are for defensive purposes so that | 05:07 |
| 17 | you want to avoid others claiming that you infringed | 05:07 |
| 18 | their patents or are they mostly owned for offensive | 05:07 |
| 19 | purposes, as in, you believe you actually may be | 05:07 |
| 20 | practicing the patents? | 05:07 |
| 21 | MS. PHILLIPS: Objection to form. And | 05:07 |
| 22 | outside the scope. | 05:07 |
| 23 | THE WITNESS: I define them in a different | 05:07 |
| 24 | manner.  | 05:07 |
| 25 | | 05:07 |

| | | |
|---|---|---|
| 1 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 05:07 |
| 2 | Some of those are potentially filed so | 05:07 |
| 3 | that we could use ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 05:07 |
| 4 | ▓▓▓▓▓▓▓▓▓▓▓▓, generally, therefore, | 05:07 |
| 5 | providing freedom to operate for the | 05:08 |
| 6 | business. | 05:08 |
| 7 | And so we have those ▓▓▓▓▓▓▓▓▓ | 05:08 |
| 8 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, as well as | 05:08 |
| 9 | potentially others, so if they would sue us, | 05:08 |
| 10 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 05:08 |
| 11 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 05:08 |
| 12 | ▓▓▓▓▓▓, if they're operating entities. | 05:08 |
| 13 | BY MR. BAYAR: | 05:08 |
| 14 | Q. So are most of the patents defensive? | 05:08 |
| 15 | MS. PHILLIPS: Objection to form. Outside | 05:08 |
| 16 | the scope. | 05:08 |
| 17 | THE WITNESS: Again, I'm not sure how you're | 05:08 |
| 18 | using defensive. But from my perspective, | 05:08 |
| 19 | they're -- we have them because we invented | 05:08 |
| 20 | something that was patentable, protected it | 05:08 |
| 21 | so that we could practice it. And some of | 05:08 |
| 22 | those have the ability to be asserted | 05:08 |
| 23 | against others, generally if others assert | 05:08 |
| 24 | against us first. | 05:08 |
| 25 | BY MR. BAYAR: | 05:08 |



```
 1                  C E R T I F I C A T E
 2
 3            I, MONNA J. NICKESON, CCR, CSR, CLR, RPR,
 4   CRR, the undersigned Certified Court Reporter,
 5   authorized to administer oaths and affirmations in
 6   and for the states of Washington (3322), Oregon
 7   (16-0441), Idaho (1045), and California (14430), do
 8   hereby certify:
 9            That the sworn testimony and/or
10   proceedings, a transcript of which is attached, was
11   given before me at the time and place stated therein;
12   that the witness was duly sworn or affirmed to
13   testify to the truth; that the testimony and/or
14   proceedings were stenographically recorded by me and
15   transcribed under my supervision.  That the foregoing
16   transcript contains a full, true, and accurate record
17   of all the testimony and/or proceedings occurring at
18   the time and place stated in the transcript.
19            That I am in no way related to any party to
20   the matter, nor to any counsel, nor do I have any
21   financial interest in the event of the cause.
22   IN WITNESS WHEREOF I have set my hand on 2nd day of
23   May, 2023.
24                   
25   MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR
```