# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

_____

### DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF
### AMAZON'S MOTION FOR SUMMARY JUDGMENT
_____

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("Amazon") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and the District of Columbia, and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of Amazon's Motion for Summary Judgment.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 7,103,640.

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 7,814,170.

4. Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 7,233,978.

5. Attached as Exhibit 4 is a true and correct excerpted copy of the Cover Pleading for Kove's March 2, 2023 Fourth Amended Final Infringement Contentions.

6. Attached as Exhibit 5 is a true and correct excerpted copy of the Cover Pleading for Kove's February 13, 2020 Final Infringement Contentions.

7. Attached as Exhibit 6 is a true and correct excerpted copy of the Cover Pleading for Kove's June 1, 2020 Amended Final Infringement Contentions.

8. Attached as Exhibit 7 is a true and correct excerpted copy of the Cover Pleading for Kove's March 7, 2022 Third Amended Final Infringement Contentions.

9. Attached as Exhibit 8 is a true and correct excerpted copy of the Rebuttal Expert Report of Ananth Grama Regarding U.S. Patent Nos. 7,103,640, 7,233,978, and 7,814,170, dated August 18, 2023.

10. Attached as Exhibit 9 is a true and correct excerpted copy of a Non-Final Office Action in Reexamination No. 90/019,109 ('978 patent), dated April 3, 2023.

11. Attached as Exhibit 10 is a true and correct excerpted copy of Kove's Response to Non-Final Office Action, in Reexamination No. 90/019,109 ('978 patent), July 3, 2023.

12. Attached as Exhibit 11 is a true and correct excerpted copy of a Final Office Action in Reexamination No. 90/019,109 ('978 patent), dated August 21, 2023.

13. Attached as Exhibit 12 is a true and correct excerpted copy of the Expert Report of Joseph B. Greene Regarding Invalidity of U.S. Patent Nos. 7,103,640, 7,233,978, and 7,814,170, dated July 3, 2023.

14. Attached as Exhibit 13 is a true and correct excerpted copy of the transcript from the deposition of Allan H. Vermeulen, taken on June 4, 2021.

15. Attached as Exhibit 14 is a true and correct excerpted copy of the transcript from the deposition of Dr. Michael Goodrich, taken on September 9, 2023.

16. Attached as Exhibit 15 is a true and correct copy of a press release entitled "Amazon Web Services Launches, S3 Provides Application Programming Interface for Highly Scalable Reliable, Low-Latency Storage at Very Low Costs," dated March 14, 2006, bearing production number AMZ_KOVE_000061904.

17. Attached as Exhibit 16 is a true and correct copy of S3 Arch Diagram Wiki, bearing production number AMZ_KOVE_000012900.

18. Attached as Exhibit 17 is a true and correct copy of Ex. D to the Corrected Opening Expert Report of Michael Goodrich Regarding U.S. Patent Nos. 7,103,640, 7,233,978, and 7,814,170, dated July 6, 2023.

19. Attached as Exhibit 18 is a true and correct copy of S3 Keymap Design Twiki, bearing production number AMZ_KOVE_000062719.

20. Attached as Exhibit 19 is a true and correct excerpted copy of the transcript from the deposition of Rande Blackman, taken on May 24, 2023.

21. Attached as Exhibit 20 is a true and correct copy of Ex. E to the Corrected Opening Expert Report of Michael Goodrich Regarding U.S. Patent Nos. 7,103,640, 7,233,978, and 7,814,170, dated July 6, 2023.

22. Attached as Exhibit 21 is a true and correct excerpted copy of the transcript from the deposition of James Sorenson, taken on January 29, 2020.

23. Attached as Exhibit 22 is a true and correct excerpted copy of the Amazon DynamoDB Developer Guide, API Version, dated August 10, 2012, bearing beginning production number AMZ_KOVE_000007001.

24. Attached as Exhibit 23 is a true and correct excerpted copy of a "Create and Manage a Nonrelational Database" Learning Paths on AWS Module entitled "Inserting and retrieving data," bearing beginning production number AMZ_KOVE_000009918.

25. Attached as Exhibit 24 is a true and correct excerpted copy of an AWS paper entitled "Best Practices for Migrating from RDBMS to Amazon DynamoDB," bearing beginning production number AMZ_KOVE_000009865.

26. Attached as Exhibit 25 is a true and correct excerpted copy of an Amazon DynamoDB Go-to-Market Plan, bearing beginning production number AMZ_KOVE_000446229.

27. Attached as Exhibit 26 is a true and correct excerpted copy of the Order Granting Request for *Ex Parte* Reexamination in Reexamination No. 90/019,036 ('640 patent), dated December 23, 2021.

28. Attached as Exhibit 27 is a true and correct excerpted copy of the Order Granting Request for *Ex Parte* Reexamination in Reexamination No. 90/019,034 ('978 patent), dated December 23, 2022.

29. Attached as Exhibit 28 is a true and correct excerpted copy of the Order Granting Request for *Ex Parte* Reexamination in Reexamination No. 90/019,035 ('170 patent), dated January 12, 2022.

30. Attached as Exhibit 29 is a true and correct excerpted copy of a Non-Final Office Action in Reexamination No. 90/019,036 ('640 patent), dated May 4, 2022.

31. Attached as Exhibit 30 is a true and correct excerpted copy of a Non-Final Office Action in Reexamination No. 90/019,035 ('170 patent), dated May 11, 2022.

32. Attached as Exhibit 31 is a true and correct excerpted copy of a Non-Final Office Action in Reexamination No. 90/019,034 ('978 patent), dated June 6, 2022.

33.     Attached as Exhibit 32 is a true and correct excerpted copy of Kove's Patent Owner's Response to Non-Final Office Action, in Reexamination No. 90/019,034 ('978 patent), dated September 28, 2022.

34.     Attached as Exhibit 33 is a true and correct excerpted copy of the Declaration of Michael Goodrich filed in Reexamination No. 90/019,034 ('978 patent), dated September 28, 2022.

35.     Attached as Exhibit 34 is a true and correct copy of an Interview Summary filed in Reexamination No. 90/019,035 ('170 patent), dated July 21, 2022.

36.     Attached as Exhibit 35 is a true and correct excerpted copy of Kove's Patent Owner's Response to Non-Final Office Action, in Reexamination No. 90/019,035 ('170 patent), dated August 11, 2022.

37.     Attached as Exhibit 36 is a true and correct excerpted copy of the Declaration of Michael Goodrich filed in Reexamination No. 90/019,035 ('170 patent), dated August 11, 2022

38.     Attached as Exhibit 37 is a true and correct copy of an Interview Summary filed in Reexamination No. 90/019,036 ('640 patent), dated November 23, 2021.

39.     Attached as Exhibit 38 is a true and correct excerpted copy of Kove's Patent Owner's Response to Non-Final Office Action, in Reexamination No. 90/019,036 ('640 patent), dated August 4, 2022.

40.     Attached as Exhibit 39 is a true and correct excerpted copy of the Declaration of Michael Goodrich filed in Reexamination No. 90/019,036 ('640 patent), dated August 4, 2022.

41.     Attached as Exhibit 40 is a true and correct excerpted copy of the Declaration of Joseph B. Greene filed in Reexamination No. 90/019,165 ('170 patent), dated February 16, 2023.

42. Attached as Exhibit 41 is a true and correct excerpted copy of the Oracle Names Administrator's Guide, Release 2.0, bearing beginning production number AMZ_KOVE_000528884.

43. Attached as Exhibit 42 is a true and correct copy of an Interview Summary filed in Reexamination No. 90/019,034 ('978 patent), dated September 19, 2022.

44. Attached as Exhibit 43 is a true and correct excerpted copy of a Non-Final Office Action in Reexamination Response No. 90/019,034 ('978 patent), dated September 28, 2022.

45. Attached as Exhibit 44 is a true and correct excerpted copy of a Notice of Intent to Issue *Ex Parte* Reexamination Certificate in Reexamination No. 90/019,035 ('170 patent), dated September 27, 2022.

46. Attached as Exhibit 45 is a true and correct excerpted copy of a Final Office Action in Reexamination No. 90/019,034 ('978 patent), dated October 27, 2022.

47. Attached as Exhibit 46 is a true and correct excerpted copy of the Supplemental Notice of Intent to Issue *Ex Parte* Reexamination Certificate in Reexamination No. 90/019,036 ('640 patent), dated October 6, 2022.

48. Attached as Exhibit 47 is a true and correct excerpted copy of the transcript from the deposition of Dr. Michael Goodrich, taken on September 11, 2023.

49. Attached as Exhibit 48 is a true and correct excerpted copy of the Rebuttal Expert Report of Michael Goodrich Regarding Validity of U.S. Patent Nos. 7,103,640, 7,233,978, and 7,814,170, dated August 18, 2023.

50. Attached as Exhibit 49 is a true and correct copy of a PDF of a webpage entitled "AWS Global Infrastructure," bearing beginning production number KOV_00220187.

51. Attached as Exhibit 50 is a true and correct excerpted copy of the transcript from the deposition of Dr. Swami Sivasubramanian, taken on May 10, 2023.

52. Attached as Exhibit 51 is a true and correct copy of a portion of the printed DynamoDB source code, bearing production numbers AWS_SRC_CODE_000000157 and AWS_SRC_CODE_000000158.

53. Attached as Exhibit 52 is a true and correct copy of a simplified illustration of S3's hierarchical tree structure, bearing production number AMZ_KOVE_000062766.

54. Attached as Exhibit 53 is a true and correct copy of S3 Words Wiki, bearing beginning production number AMZ_KOVE_000086390.

55. Attached as exhibit 54 is a true and correct excerpted copy of the transcript from the deposition of James Sorenson, taken on July 20, 2021.

56. Attached as Exhibit 55 is a true and correct copy of a portion of the printed S3 source code, bearing production number AWS_SRC_CODE_000001405.

57. Attached as Exhibit 56 is a true and correct copy of a portion of the printed S3 source code, bearing production number AWS_SRC_CODE_000001396.

58. Attached as Exhibit 57 is a true and correct excerpted copy of the transcript from the deposition of Allan H. Vermeulen, taken on May 23, 2023.

59. Attached as Exhibit 58 is a true and correct excerpted copy of the transcript from the deposition of James Hamilton, taken on April 27, 2023.

60. Attached as Exhibit 59 is a true and correct copy of a portion of the printed S3 source code, bearing production number AWS_SRC_CODE_000000798 and AWS_SRC_CODE_000000803.

61. Attached as Exhibit 60 is a true and correct copy of an article entitled "The Stanford DASH Multiprocessor," by D. Lenoski, *et al.*, IEEE Computer, pp. 63-79 (March 1992).

62. Attached as Exhibit 61 is a true and correct excerpted copy of the transcript from the deposition of Dr. John Overton, taken on May 17, 2023.

63. Attached as Exhibit 62 is a true and correct copy of a portion of the printed S3 source code, bearing production number AWS_ SRC_CODE_000001084.

64. Attached as Exhibit 63 is a true and correct copy of an Excel spreadsheet showing an S3 metric, bearing production number AMZ_KOVE_000401272.

65. Attached as Exhibit 64 is a true and correct excerpted copy of the Corrected Opening Expert Report of Michael Goodrich Regarding U.S. Patent Nos. 7,103,640, 7,233,978, and 7,814,170, dated July 6, 2023.

66. Attached as Exhibit 65 is a true and correct copy of a portion of the printed S3 source code, bearing production numbers AWS_SRC_CODE_000001058 and AWS_SRC_CODE_000001059.

67. Attached as Exhibit 66 is a true and correct excerpted copy of the transcript from the deposition of Seth Markle, taken on April 19, 2023.

68. Attached as Exhibit 67 is a true and correct copy of a portion of the printed S3 source code, bearing production number AWS_ SRC_CODE_000001109.

69. Attached as Exhibit 68 is a true and correct copy of DynamoDB How It Works Wiki, bearing beginning production number AMZ_KOVE_000065279.

70. Attached as Exhibit 69 is a true and correct copy of DynamoDB Development Cache Wiki, bearing beginning production number AMZ_KOVE_000064878.

71. Attached as Exhibit 70 is a true and correct copy of DynamoDB MetaData Roadmap, bearing beginning production number AMZ_KOVE_000483279.

72. Attached as Exhibit 71 is a true and correct copy of DynamoDB Automated Cache Push Wiki, bearing beginning production number AMZ_KOVE_000074059.

73. Attached as Exhibit 72 is a true and correct copy of DynamoDB Cache Update Push Service Wiki, bearing beginning production number AMZ_KOVE_000075263.

74. Attached as Exhibit 73 is a true and correct excerpted copy of an AWS paper entitled "Introduction to Scalable Game Development Patterns on AWS," bearing beginning production number AMZ_KOVE_000221659.

75. Attached as Exhibit 74 is a true and correct excerpted copy of a presentation entitled "Amazon DynamoDB and Serverless Architecture," bearing beginning production number AMZ_KOVE_000101409.

76. Attached as Exhibit 75 is a true and correct excerpted copy of the transcript from the deposition of Dr. John Overton, taken on May 16, 2023.

77. Attached as Exhibit 76 is a true and correct excerpted copy of Kove's February 12, 2021 First Amended Response to AWS's Third Set of Interrogatories (No. 18).

78. Attached as Exhibit 77 is a true and correct copy of an email and its corresponding attachment from Dr. John Overton to Ashish Majmundar, at Amazon, dated August 20, 2017, bearing beginning production number KOV_00164168.

79. Attached as Exhibit 78 is a true and correct excerpted copy of the transcript from the deposition of Scott Hayden, taken on April 24, 2023.

80. Attached as Exhibit 79 is a true and correct copy of an Information Disclosure Statement, filed on February 8, 2016, during the prosecution of Amazon's U.S. Patent Application No. 15/003699, which issued as U.S. Patent No. 9,590,946.

81. Attached as Exhibit 80 is a true and correct excerpted copy of Kove's Seventh Amended Objections and Responses to AWS's First Set of Interrogatories (Nos. 1, 2, 5, 6, 9), dated May 7, 2023.

82. Attached as Exhibit 81 is a true and correct copy of the Notice of Allowance and Fees Due for Patent Application No. 13/042,301, dated April 2, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2023.

/s/ *R. William Sigler*
R. William Sigler