# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Kove IO, Inc.

                          Plaintiff,

v.                                                    Case No.: 1:18−cv−08175
                                                    Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 6, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant's motion for leave to file under seal [688] is granted; previous motion to file under seal [685] is moot. Defendant is to file a complete version of its submission under seal and a redacted version in the public record. In addition, defendant is directed to deliver a USB drive with the unredacted version to Judge Kennelly's chambers (Room 2188). (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.