IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| AMAZON WEB SERVICES, INC., | |
| Defendant. | |

**UNOPPOSED EMERGENCY MOTION FOR EXTENSION OF DEADLINES**

Plaintiff Kove IO, Inc. ("Kove") moves this Court on an emergency basis for an extension of time from today to November 6, 2023, to respond to Defendant Amazon Web Services, Inc.'s ("Amazon") Motion for Summary Judgment (Dkt. 687) and to file Kove's Cross-Motion for Summary Judgment. Amazon doesn't oppose Kove's requested extension, given the circumstances and Kove's agreement to not oppose Amazon's request for a commensurate extension of its deadline to file its Reply and Response to Kove's Cross-Motion.

In support thereof, Kove states the following:

1. On January 21, 2023, the Court entered a schedule for summary judgment setting a Response and Cross-Motion deadline of November 3, 2023. (Dkt. 582)

2. Due to a medical emergency affecting Kove's lead counsel, Kove seeks an extension of its deadline to file its Response to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment Motion to Dismiss from today to November 6, 2023.

3. As a result, and based on Amazon's agreement to this extension, the parties also seek commensurate extensions to their subsequent response and reply briefs, as detailed in the

table below.

| Event | Deadline | Proposed Deadline |
|---|---|---|
| Kove's Response and Cross-motion for Summary Judgment | Nov. 3, 2023 | Nov. 6, 2023 |
| Amazon's Reply and Response to Cross-motion for Summary Judgment | Nov. 29, 2023 | Dec. 4, 2023 |
| Kove's Reply on its Cross-motion for Summary Judgment | Dec. 20, 2023 | Dec. 22, 2023 |

4. The parties have conferred and are in agreement with the extensions requested herein. No party will be prejudiced by these extensions, and they are not being sought for purpose of delay.

WHEREFORE, for the foregoing reasons, Kove respectfully requests that this Court grant its emergency motion and reset the deadlines for the remaining Summary Judgment briefing as set forth above.

Dated: November 3, 2023

Respectfully Submitted,

KOVE IO, INC.

By: /s/ *Khue Hoang*

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5037

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (*pro hac vice*)
sballard@reichmanjorgensen.com
Gina H. Cremona (*pro hac vice*)
gcremona@reichmanjorgensen.com
Navid Bayar (*pro hac vice*)

2735046.3

nbayar@reichmanjorgensen.com
Savannah Carnes (*pro hac vice*)
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310

Taylor Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
Telephone: (650) 623-1401

***ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.***

2735046.3