IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

## [PROPOSED] ORDER ON EMERGENCY MOTION FOR EXTENSION OF DEADLINES

Having reviewed Plaintiff Kove IO, Inc.'s Emergency Motion for Extension of Deadlines ("Emergency Motion"), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

Accordingly, by agreement, the following deadlines are amended as follows:

| Event | Deadline | Amended Deadline |
|---|---|---|
| Kove's Response and Cross-motion for Summary Judgment | Nov. 3, 2023 | Nov. 6, 2023 |
| Amazon's Reply and Response to Cross-motion for Summary Judgment | Nov. 29, 2023 | Dec. 4, 2023 |
| Kove's Reply on its Cross-motion for Summary Judgment | Dec. 20, 2023 | Dec. 22, 2023 |

Date: _____

_____

Judge Matthew F. Kennelly