**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kove IO, Inc.
                      Plaintiff,

v.                                                          Case No.: 1:18−cv−08175
                                                               Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 3, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's unopposed emergency motion for extension of time [696] is granted. The deadline date for the plaintiff's response and cross−summary judgment motion is moved to 11/6/2023. Deadline for the defendant's reply and response to cross−motion for summary judgment is extended to 12/4/2023. Due date for the plaintiff's reply on the cross−motion is moved to 12/22/2023. Each of these submissions must be filed by 4:30 p.m. on the due date. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.