# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.
                         Plaintiff,

v.                                                 Case No.: 1:18−cv−08175
                                                          Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 7, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion to file under seal [698] is granted. Redacted versions of the submissions are to be promptly filed in the public record. In addition, the Court advises that each party must deliver to Judge Kennelly's chambers (Room 2188) a USB drive containing the unredacted (i.e., under seal) version of its summary judgment submissions. Each exhibit should be bookmarked. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.