IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>                Defendant. | Civil Action No. 1:18-cv-08175<br><br>Judge Matthew F. Kennelly<br><br>Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF
DEADLINE FOR FILING PUBLIC VERSIONS**

Defendant Amazon Web Services, Inc. ("Amazon"), moves this Court for an extension of time from November 13, 2023, to November 15, 2023, for filing public versions of Kove IO, Inc.'s ("Kove") summary judgment briefs, statements of material facts and additional material facts, and all accompanying exhibits. Kove doesn't oppose Amazon's requested extension.

In support thereof, Amazon states the following:

1. On September 2, 2023, the Court entered a minute order approving the parties' proposed procedures for sealing confidential material and giving the non-filing party four business days from the filing of a document to provide a redacted version and accompanying declaration(s) to the filing party. (Dkt. 675, 676).

2. Kove filed its summary judgment papers and exhibits on November 6, 2023, meaning that, under the parties agreed procedure, redacted versions must be filed by Monday, November 13, 2023.[1]

---

[1] Observation of Veteran's Day on Friday, November 10, 2023, tolls the four-day deadline to Monday, November 13.

3. Kove's summary judgment briefs and fact statements total 263 pages and reference 166 filed exhibits—nine of which Kove says it inadvertently failed to include in its November 6 service and served on Amazon the evening of November 7, 2023. The exhibits alone total over 5,000 pages, and the briefing and exhibits include information that Amazon has designated as entitled to protection under the Protective Order. As such, Amazon requests a two-day extension so that it can appropriately review and redact these filings to protect its confidential information.

4. Given the volume of materials and the delay in receiving the full set of exhibits, good cause exists for Amazon's extension request.

5. No party will be prejudiced by this extension, and it isn't being sought for purpose of delay.

WHEREFORE, for the foregoing reasons, Amazon respectfully requests that this Court grant its motion and extend the deadline to Wednesday, November 15, 2023, for filing public versions of Kove's summary judgment papers and exhibits.

Dated: November 9, 2023                                   Respectfully submitted,

/s/ Jeffrey M. Saltman
Alan M. Fisch
alan.fisch@fischllp.com
R. William Sigler
bill.sigler@fischllp.com
Jeffrey M. Saltman (*pro hac vice*)
jeffrey.saltman@fischllp.com
Lisa Phillips (*pro hac vice*)
lisa.phillips@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that on November 9, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, and thereby served a copy on all counsel of record.

                                                          */s/ Jeffrey M. Saltman*