**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

**[PROPOSED] ORDER ON UNOPPOSED MOTION FOR EXTENSION OF
DEADLINE FOR FILING OF PUBLIC VERSIONS**

Having reviewed Defendant Amazon Web Services Inc.'s Unopposed Motion for Extension of Deadlines for Filing of Public Versions, and with good cause appearing, **IT IS HEREBY ORDERED** that the Motion be, and the same hereby is, **GRANTED**. Kove shall have until Wednesday, November 15, 2023, to file public versions of its summary judgment papers, accompanying statements of facts, and exhibits.

Date: _____  _____
                                                                                             Judge Matthew F. Kennelly