**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**PLAINTIFF KOVE IO, INC.'S MOTION TO SEAL ITS
OPPOSITION TO AWS'S MOTION FOR SUMMARY JUDGMENT AND CROSS
MOTIONS FOR SUMMARY JUDGMENT AND TO EXCLUDE AND EXHIBITS**

Pursuant to Local Rules 5.8 and 26.2(c), Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Plaintiff Kove IO, Inc. ("Kove") respectfully requests the Court to enter an order to seal its Opposition to AWS's Motion for Summary Judgment <u>and</u> Cross Motions for Summary Judgment and To Exclude (Dkt. 699), the corresponding Response to AWS's Statement of Material Facts (Dkt. 700), Kove's Statement of Additional Material Facts In Support of Its Opposition to AWS's Motion for Summary Judgment (Dkt. 701), and Kove's Statement of Materials Facts In Support of Its Motion for Summary Judgment (Dkt. 702), as well as Certain Exhibits. In support of this Motion, Kove states as follows:

1.      On July 10, 2019, the Court entered the parties' agreed Protective Order (Dkt. 55). Pursuant to the terms of the Protective Order, Kove has designated information discussing technical trade secrets, the disclosure of which is likely to significantly harm Kove's competitive

position.  Additionally, AWS has designated information discussing the content of specific metrics AWS collects relating to the performance of its S3 and DynamoDB products (and AWS's analysis of them), the identification of the specific subcomponents of the S3 and DynamoDB systems, the identification of other proprietary systems used within AWS to collect and store metrics, information explaining how the S3 and DynamoDB systems work, sensitive AWS financial information, and AWS witness testimony and confidential internal explanatory documentation relating to each of these categories, as Highly Confidential.

2.      Kove has provided narrowly tailored redactions that specifically target information that is either designated as Highly Confidential pursuant to this Court's Protective Order, or otherwise discusses or relates to information designated as Confidential or Highly Confidential pursuant to this Court's Protective Order.  Specifically, Kove's limited redactions to Exhibit K55 protect its confidential information while still providing the public with information relating to the proceeding.  Public disclosure of the information within any of the categories listed above would cause Kove competitive harm.

3.      AWS requests the Court to enter an order to seal in entirety Exhibits K35, K53, K54, K60, K63, K64, K65, K67, K69, K70, K71, K72, K73, K74, K75, K76, K77, K78, K79, K80, K81, K82, K83, K84, K85, K86, K87, K88, K111, K112, K113, K114, K115, K117, K118, K119, K123, K124, K125, K152, K153, K154, K155, K158, K164 to the Declaration of Savannah Carnes In Support of Kove's Opposition to AWS's Motion for Summary Judgment and Cross Motions for Summary Judgment and To Exclude (Dkt. 700-167), which contains proprietary information that either Kove or Amazon Web Services, Inc. ("AWS") has designated as Highly Confidential under the Protective Order.

2

4. AWS has otherwise provided redactions to Exhibits K22, K30, K32, K33, K34, K38, K41, K50, K51, K52, K58, K59, K68, K139, K160, K163, K165, and K166 and provides its own supporting declaration.

5. Pursuant to the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Kove files this motion and the supporting declaration of Lisa Phillips on behalf of AWS, along with redacted versions of Kove's Opposition to AWS's Motion for Summary Judgment and Cross Motions for Summary Judgment and To Exclude, the corresponding Response to AWS's Statement of Material Facts, Kove's Statement of Materials Facts In Support of Its Motion for Summary Judgment, and Kove's Statement of Additional Material Facts In Support of Its Opposition to AWS's Motion for Summary Judgment and Exhibits, and the supporting declaration of Savannah Carnes within four business days of November 6, 2023.[1]

For the foregoing reasons, Kove respectfully requests that the Court enter an order permitting Kove's Opposition to AWS's Motion for Summary Judgment and Cross Motions for Summary Judgment and To Exclude (Dkt. 699), the corresponding Response to AWS's Statement of Material Facts (Dkt. 700), Kove's Statement of Additional Material Facts In Support of Its Opposition to AWS's Motion for Summary Judgment (Dkt. 701), and Kove's Statement of Materials Facts In Support of Its Motion for Summary Judgment (Dkt. 702), as well as Exhibits to be filed under seal and/or redacted form.

---

[1] The parties filed an Unopposed Motion for Extension of this deadline on November 9, 2023 (Dkt. 704). The Court granted the extension on November 11, 2023 (Dkt. 705) moving the new deadline to file to November 15, 2023.

Dated: November 15, 2023

Respectfully submitted,

/s/ Courtland L. Reichman

Khue V. Hoang *(pro hac vice)*
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia *(pro hac vice)*
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 560-3501

Christine E. Lehman *(pro hac vice)*
clehman@reichmanjorgensen.com
Adam Adler *(pro hac vice)*
aadler@reichmanjorgensen.com
Philip Eklem *(pro hac vice)*
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Facsimile: (650) 560-3501

Taylor Mauze *(pro hac vice)*
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
901 S. Mopac Expressway, Bldg. 1, Suite 300
Austin, TX 78746
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000

Courtland L. Reichman *(pro hac vice)*
creichman@reichmanjorgensen.com
Shawna L. Ballard *(pro hac vice)*
sballard@reichmanjorgensen.com
Gina H. Cremona *(pro hac vice)*
gcremona@reichmanjorgensen.com
Navid Bayar *(pro hac vice)*
nbayar@reichmanjorgensen.com
Savannah Carnes *(pro hac vice)*
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

***ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Courtland L. Reichman*
Courtland L. Reichman