IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**DECLARATION OF SAVANNAH CARNES IN SUPPORT OF PLAINTIFF KOVE IO, INC.'S REDACTIONS TO EXHIBIT K55 TO KOVE'S OPPOSITION TO AWS's MOTION FOR SUMMARY JUDGMENT AND CROSS MOTIONS FOR SUMMARY JUDGMENT AND TO EXCLUDE**

I, Savannah Carnes, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the State of California, and I have been admitted to appear in this case pro hac vice. Unless otherwise stated, I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's Redactions to Exhibit K55 to Its Opposition to AWS's Motion for Summary Judgment and Cross Motions for Summary Judgment and to Exclude.

3.      Amazon prepared redacted versions of Kove's Opposition to AWS's Motion for Summary Judgment and Cross Motions for Summary Judgment and To Exclude (Dkt. 699), the corresponding Response to AWS's Statement of Material Facts (Dkt. 700), and Kove's Statement of Additional Material Facts In Support of Its Opposition to AWS's Motion for Summary Judgment (Dkt. 701) and provided them to Kove.

4.      Additionally, Kove partially redacts Exhibit K55 pursuant to the parties' agreed Protective Order (Dkt. 55).  The redactions are narrowly tailored to specifically target information that is either designated as Highly Confidential pursuant to this Court's Protective Order, or otherwise discusses or relates to information designated as Confidential or Highly Confidential pursuant to this Court's Protective Order.  The redacted information generally includes discussions relating to technical trade secrets, the disclosure of which is likely to significantly harm Kove's competitive position.  Public disclosure of this information would cause Kove competitive harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 15, 2023               /s/ *Savannah Carnes*
                                             Savannah Carnes