IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175 Judge Matthew F. Kennelly |

_____

**DECLARATION OF LISA PHILLIPS IN SUPPORT OF ITS REDACTIONS TO KOVE'S OPPOSITION AND CROSS MOTION FOR SUMMARY JUDGMENT AND CERTAIN MATERIALS IN SUPPORT**
_____

I, Lisa Phillips, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("Amazon") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Pennsylvania and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of the redactions of Amazon's confidential information in Kove's Opposition to Amazon's Motion for Summary Judgment and Cross Motions for Summary Judgment and to Exclude ("Kove's Motion," Dkt. 699), the several statements of fact ("SMFs," Dkt. 700-702), and certain of the corresponding exhibits in support.

2. Kove's Motion, the SMFs, and certain of the materials filed in support contain Amazon confidential information. Amazon prepared redacted versions of these materials and provided them to Kove.

3. Exhibits 1-8, 61-62, 66, 89-104, 106-107, 126-138, 140-151, 157, and 159 are publicly-available, don't contain either Amazon or Kove confidential information, and can be filed on the public docket.

4. Exhibits 9-21, 23-29, 31, 36-37, 40, 42-49, 55-57, 105, 156, and 162 don't contain Amazon confidential information. To the extent they contain Kove confidential information, Kove will prepare public versions of these documents. If they don't contain Kove confidential information, they can be filed on the public docket.

5. Amazon has either partially or entirely redacted the remaining exhibits. The redactions are narrowly tailored to protect Amazon's confidential information while providing the public with information relating to the proceeding. The redacted information generally includes: the identification of the specific subcomponents of the S3 and DynamoDB systems, information explaining how the S3 and DynamoDB systems work and are designed, including source code, specific metrics Amazon collects relating to the performance of its S3 and DynamoDB products, and Amazon witness testimony and confidential internal explanatory documentation relating to each of these categories. Public disclosure of the information within any of the categories listed above would cause Amazon competitive harm. I explain the confidential nature of each of these categories of information below.

6. Exhibits 22, 35, 53-54, 60, 63-65, 67, 69-88, 111-115, 117-119, 123-125, 152-155, 158 and 164 should be sealed in their entirety. These exhibits contain detailed information regarding the content of specific metrics Amazon collects relating to the performance of its S3 and

DynamoDB products, as well as detailed information relating to the specific subcomponents of the S3 and DynamoDB systems along with how they are arranged and their functions. These exhibits contain Amazon confidential information throughout making redactions to them impracticable.

7. The identification of the specific subcomponents of the S3 and DynamoDB systems has been redacted from the public versions. Amazon doesn't publicly disclose specific information identifying the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access Amazon's systems or by competitors to learn about Amazon's proprietary technology. Thus, its disclosure could create significant security issues and could cause Amazon competitive harm. Information within this category of information has been redacted from at least Kove's Motion, SMFs, and Exhibits 34, 50, 52, 58-59, 68, 139, and 160.

8. Information explaining how the S3 and DynamoDB systems work, and the development of those systems is also confidential to Amazon. This information could be used by competitors to learn about Amazon's proprietary technology and could cause competitive harm. Information within this category of information has been redacted from at least Kove's Motion, SMFs, and Exhibits 30, 32, 34, 38-39, 50, 52-54, 58-60, 63-65, 163, and 165. Certain of these exhibits also include source code for S3 and DynamoDB.

9. Information relating to licenses Amazon has entered into with third parties that relate to the technology of the Asserted Patents is confidential to Amazon and those third parties. This type of information could be used by competitors to attempt to gain a negotiating advantage in future licensing discussions and could cause competitive harm. Each of the agreements also contains a confidentiality provision preventing their disclosure. Information within this category of information has been redacted from at least Exhibits 51, 52, and 59.

10. Exhibits 108-110, 116, 120-122, and 161 are internal videos explaining the architecture, function, and development of both S3 and DynamoDB. These videos should be sealed in their entirety for the same reasons as the exhibits discussed above. Redacting videos is also impracticable.

11. Information concerning Amazon's patent prosecution practices and policies is confidential to Amazon and has been redacted. This information could be used by competitors to learn about Amazon's proprietary policies and patenting strategies. Information within this category of information has been redacted from at least Kove's Motion, SMF, and Exhibits 33 and 166.

12. Amazon hasn't redacted information Kove designated under the Protective Order. So, there may be Kove confidential information in the exhibits Amazon has partially redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2023.

>/s/ *Lisa Phillips*
> Lisa Phillips