# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS NON-ELECTRONICALLY WITH THE CLERK AND TO SEAL CERTAIN EXHIBITS NOT FILED ELECTRONICALLY**

Pursuant to Local Rules 5.2(a) and 26.2(d), Plaintiff Kove IO, Inc. ("Kove") respectfully requests the Court for leave to file non-electronically with the Clerk Exhibits K107, K108, K109, K110, K116, K120, K121, K122, and K161 to the Declaration of Savannah Carnes In Support of Kove's Opposition to AWS's Motion for Summary Judgment AND Cross Motions for Summary Judgment and To Exclude (Dkt. 700-167) (collectively, "Video Exhibits").

Further, pursuant to Local Rules 5.8 and 26.2(d), Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Kove respectfully requests the Court to enter an order to seal Exhibits K108, K109, K110, K116, K120, K121, K122, and K161 (collectively, "Proprietary Video Exhibits"). The Proprietary Video Exhibits contain proprietary information that Defendant, Amazon Web Services, Inc. ("AWS"), has designated as Highly Confidential under the Protective Order. These Exhibits are .mp4 video files that exceed the ECF filing size limits and therefore,

were not filed electronically on November 6, 2023. Further, pursuant to the Court's procedures on Digital Media Exhibit submissions, any digital media exhibit to be filed under seal must be filed manually with the Clerk. In support of this Motion, Kove states as follows:

1. On July 10, 2019, the Court entered the parties' agreed Protective Order. (Dkt. 55) Pursuant to the terms of the Protective Order, AWS has designated information discussing the content of specific metrics AWS collects relating to the performance of its S3 and DynamoDB products (and AWS's analysis of them), the identification of the specific subcomponents of the S3 and DynamoDB systems, the identification of other proprietary systems used within AWS to collect and store metrics, information explaining how the S3 and DynamoDB systems work, sensitive AWS financial information, and AWS witness testimony and confidential internal explanatory documentation relating to each of these categories, as Highly Confidential.

2. On November 6, 2023, Kove filed its Opposition to AWS's Motion for Summary Judgment and Cross Motions for Summary Judgment and To Exclude (Dkt. 699), which included references to the Video Exhibits. The Video Exhibits exceed 35mb and are too large to file directly with the Court through its Digital Media Exhibit Submission page, and thus good cause exists under Rule 5.2(a) to file these exhibits non-electronically. Kove therefore requests leave to file the Video Exhibits non-electronically with the Clerk.

3. Some of the Video Exhibits contain confidential information. AWS identifies the Proprietary Video Exhibits as Highly Confidential and provides its own supporting declaration. Kove accordingly requests leave to file the Proprietary Video Exhibits non-electronically with the Clerk under seal.

4. Local Rule 26(d) requires that any Court Order granting a motion to file documents manually under seal include the following information: (1) the identity of the persons, if any, who

2

are to have access to the documents without further order of Court, and (2) instructions for the dispositions of the restricted documents following the conclusion of the case. A copy of the sealing order must be included with any document presented for filing under seal. L.R. 26.2(d).

5.  Paragraph 4(c) of the Protective Order governs who may have access to the Proprietary Video Exhibits without further order of the Court (Dkt. 55). These people are only: a Party's outside counsel of record, including necessary paralegal, secretarial and clerical Personnel assisting such counsel; a stenographer and videographer recording testimony concerning the information; subject to the provisions of paragraph 4(d) of the Protective Order, experts and consultants and their staff whom a Party employs for purposes of this litigation only, including vendors to whom disclosure is reasonably necessary for this litigation (e.g., electronic discovery vendors); and the Court and Personnel assisting the Court.

6.  Following the conclusion of the case, the Parties concur that the Court may dispose of these Sealed Video Exhibits in the same manner as it disposes of any other sealed manually filed materials in its possession.

For the foregoing reasons, Kove respectfully requests that the Court grant its motion and (1) enter an order granting Kove leave to file Exhibits K107, K108, K109, K110, K116, K120, K121, K122, and K161 to the Declaration of Savannah Carnes in Support of Kove's Opposition to AWS's Motion for Summary Judgment and Cross Motions for Summary Judgment and To Exclude (Dkt. 700-167) non-electronically with the Clerk, and (2) enter an order granting Kove leave to file Exhibits K108, K109, K110, K116, K120, K121, K122, and K161 under seal, with the individuals identified in Paragraph 5 of Kove's motion to have access to the sealed documents without further order of Court, and to be disposed of at the conclusion of this litigation as identified in Paragraph 6 of Kove's motion.

| | |
|---|---|
| Dated: November 15, 2023 | Respectfully submitted, |
| | */s/ Courtland L. Reichman* |
| Khue V. Hoang *(pro hac vice)*<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia *(pro hac vice)*<br>jcardenas-navia@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>400 Madison Avenue, Suite 14D<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>Facsimile: (650) 560-3501<br><br>Christine E. Lehman *(pro hac vice)*<br>clehman@reichmanjorgensen.com<br>Adam Adler *(pro hac vice)*<br>aadler@reichmanjorgensen.com<br>Philip Eklem *(pro hac vice)*<br>peklem@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>1909 K Street, NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 894-7310<br>Facsimile: (650) 560-3501<br><br>Taylor Mauze *(pro hac vice)*<br>tmauze@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>901 S. Mopac Expressway, Bldg. 1, Suite 300<br>Austin, TX 78746<br>Telephone: (650) 623-1401<br>Facsimile: (650) 560-3501 | Renato Mariotti (State Bar No. 6323198)<br>renatto.mariotti@bclplaw.com<br>Holly H. Campbell (State Bar No. 6320395)<br>holly.campbell@bclplaw.com<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>161 North Clark Street, Suite 4300<br>Chicago, IL 60601<br>Telephone: (312) 602-5000<br><br>Courtland L. Reichman *(pro hac vice)*<br>creichman@reichmanjorgensen.com<br>Shawna L. Ballard *(pro hac vice)*<br>sballard@reichmanjorgensen.com<br>Gina H. Cremona *(pro hac vice)*<br>gcremona@reichmanjorgensen.com<br>Navid Bayar *(pro hac vice)*<br>nbayar@reichmanjorgensen.com<br>Savannah Carnes *(pro hac vice)*<br>scarnes@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Facsimile: (650) 560-3501<br><br>***ATTORNEYS FOR PLAINTIFF***<br>***KOVE IO, INC.*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of November, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Courtland L. Reichman*
Courtland L. Reichman