# Exhibit K9

**Appendix E-1: Double Patenting Analysis of the '978 Patent Claims and the '640 Patent**

As shown below, each and every claim limitation in the asserted '978 Patent claims are explicitly disclosed by the '640 Patent. Further, there are no material differences between remaining portions of the asserted claims of the '978 Patent and the claims found in the '640 Patent. Below I provide a comparison between the '978 Patent claims[1] and the disclosures and claims of the '640 Patent.

---

[1] I understand that while certain independent claims, such as '978 Patent, claim 1, is no longer being asserted by Kove, an analysis is still necessary as Kove asserted claims that depend from those claims.

| U.S. Patent No. '978 Patent Claims | '640 Patent Claims and Specification |
|---|---|
| [1.preamble]. A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | [18] A system for retrieving data location information for data stored in a distributed network, the system comprising . . . a client responsive to a data query to query a data location server for location information associated with the identifier string; a data location server network comprising a plurality of data location servers . . . |
| [1.a.1] a first location server containing a first set of location information corresponding to at least one entity, | [18] . . . a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string, wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client: |
| [1.a.2] the location information comprising an identifier and at least one location string associated with the identifier, | [18] . . . if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string; |
| [1.a.3] wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity | [18] . . . a data repository configured to store data, wherein the data is associated with an identifier string . . . if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string; |
| [1.b] a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first set of location information; and | [18] . . . a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string, wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client . . . if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to |

| U.S. Patent No. '978 Patent Claims | '640 Patent Claims and Specification |
|---|---|
|  | calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. |
| [1.c.1] programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, | [18] . . . a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string, wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client: <br> if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string; |
| [1.c.2] the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity. | [18] if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string; |
| [3] The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a | *See above* for analysis of '978 Patent, Claim 1 and '640 Patent, Claim 18. <br><br> [18] if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string; <br> if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. |

| U.S. Patent No. '978 Patent Claims | '640 Patent Claims and Specification |
|---|---|
| location server known to have location information relevant to the location query. | |
| [6] The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table. | *See above* for analysis of '978 Patent, Claim 1 and '640 Patent, Claim 18.<br><br>[24] The system of claim 18, wherein the location information comprises a portion of a hash table distributed over the plurality of data location servers. |
| [10.preamble] A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | *See above* for analysis of '978 Patent, Claim 1 and '640 Patent, Claim 18. |
| [10.a.1] a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information, and | [18] . . . a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string . . .<br><br>I.     TITLE: NETWORK DISTRIBUTED TRACKING WIRE TRANSFER PROTOCOL<br><br>    1.    Abstract: A network distributed tracking wire transfer protocol for storing and retrieving data across a distributed data collection. The protocol includes a location string for specifying the network location of data associated with an entity in the distributed data collection, and an identification string for specifying the identity of an entity in the distributed data collection. According to the protocol, the length of the location string and the length of the identification string are variable, and an association between an identification string and a location string can be spontaneously and dynamically changed. The network distributed tracking wire transfer protocol is application independent, organizationally independent, and geographically independent. A method for using the protocol in a distributed data |

| U.S. Patent No. '978 Patent Claims | '640 Patent Claims and Specification |
|---|---|
| | collection environment and a system for implementing the protocol are also provided. |
| [10.a.2] comprising at least one application server address, | [18] if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string; |
| [10.a.3] wherein the plurality of location servers are arranged in a cluster topology such that each location server contains a unique set of location information of an aggregate set of the location information; and | [18] . . . if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string; if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. |
| | [25] The system of claim 18, further comprising a plurality of servers related in a logical hierarchy between the client and the data location servers, wherein each of the plurality of servers is configured to function as a next client and retransmit the data location request to a next logically associated server until a data location server receives the data location request. |
| | "NDTP provides two mechanisms for server redirection. The redirection mechanisms allow cluster and hierarchical topologies, and mixtures of such topologies (described in detail below)." (Col. 14:28-31) |
| | "FIG. 12 illustrates a cluster topology for client interaction with NDTP servers 120. A single client queries a first server 120a (Server0), learns of a new index |

| U.S. Patent No. '978 Patent Claims | '640 Patent Claims and Specification |
|---|---|
| | location (Server1), and then contacts that server 120b (Server1) for the operations it wishes to execute on the index that the client identifies. The basic idea is that a client asks a server 120a to process an index operation. If the contacted server 120a does not have all the information, as for example in a redirect, then it passes the request to another server 120b. If the second server 120b is appropriate it responds appropriately, or it passes the request on to another server (not shown), and so on. FIG. 12 could also illustrate a hierarchical topology if a client (not shown) contacted another client in a handoff as shown in FIG. 10, where a client 106 asks up' to another client 106, and so on." (Col. 17:61-18:8) <br><br>  <br> Fig 12    NDTP Client-Centric Constellation |
| [10.b] programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server does not contain location information relevant | [18] . . . if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string; <br> if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data |

6

| U.S. Patent No. '978 Patent Claims | '640 Patent Claims and Specification |
|---|---|
| to the desired identifier, wherein the redirect message comprises information for finding a location server having location information related to the desired identifier. | location servers, wherein the different data location server contains the location string. |
| [14.preamble] A method of handling location queries in a network, the network comprising a plurality of location servers, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location, the method comprising: | [18] A system for retrieving data location information for data stored in a distributed network, the system comprising: . . . a client responsive to a data query to query a data location server for location information associated with the identifier string; a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string, wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client: . . . if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. |
| [14.a] receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location; | [18] . . . a client responsive to a data query to query a data location server for location information associated with the identifier string; a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string, wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client: |
| [14.b] sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location response | [18] . . . a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string, wherein each of the plurality of data location servers comprises computer executable code configured to execute |

| U.S. Patent No. '978 Patent Claims | '640 Patent Claims and Specification |
|---|---|
| message comprising location information identifying at least one application server containing information relevant to the entity identified in the query; and | the following steps in response to receiving a data location request from the client:<br>if the data location server contains the location string associated with the identification string provided in the data location request, the data location server transmits location information for use by the client to calculate a location of the data associated with the identification string;<br>if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. |
| [14.c] sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query. | [18] . . . if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. |
| [17.preamble] A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising: | [18] A system for retrieving data location information for data stored in a distributed network, the system comprising . . .<br>a client responsive to a data query to query a data location server for location information associated with the identifier string;<br>a data location server network comprising a plurality of data location servers . . .<br><br>"While the NDTP server topology supported by the server redirection mechanism described above and shown in FIGS. 9(a) and 9(b) is an extremely powerful and general scaling technique, suitable for diverse topology deployments, some applications might still benefit from a specifically hierarchical server topology. An NDTP server hierarchy 100, such as that shown in FIG. 10, permits identifier/location association data to be owned and physically controlled by |

| U.S. Patent No. '978 Patent Claims | '640 Patent Claims and Specification |
|---|---|
| | many different entities. An NDTP server cluster should be managed by a single **administrative entity 102**, and the distribution of data can be for performance and scaling purposes." (Col. 16:15-26) |
| [17.a] providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier; | [18] . . . a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string . . .<br><br>II.    TITLE: NETWORK DISTRIBUTED TRACKING WIRE TRANSFER PROTOCOL<br><br>Abstract: A network distributed tracking wire transfer protocol for storing and retrieving data across a distributed data collection. The protocol includes a location string for specifying the network location of data associated with an entity in the distributed data collection, and an identification string for specifying the identity of an entity in the distributed data collection. According to the protocol, the length of the location string and the length of the identification string are variable, and an association between an identification string and a location string can be spontaneously and dynamically changed. The network distributed tracking wire transfer protocol is application independent, organizationally independent, and geographically independent. A method for using the protocol in a distributed data collection environment and a system for implementing the protocol are also provided. |
| [17.b] storing location information formatted according to the transfer protocol at a first location server; | III.    [18] . . . A DATA REPOSITORY CONFIGURED TO STORE DATA, WHEREIN THE DATA IS ASSOCIATED WITH AN IDENTIFIER STRING . . .<br><br>IV.    . . . A DATA LOCATION SERVER NETWORK COMPRISING A PLURALITY OF DATA LOCATION SERVERS, AT LEAST ONE OF THE PLURALITY OF DATA LOCATION SERVERS CONTAINING LOCATION INFORMATION ASSOCIATED WITH THE IDENTIFIER STRING, WHEREIN EACH OF THE PLURALITY OF DATA LOCATION SERVERS COMPRISES COMPUTER EXECUTABLE CODE CONFIGURED TO EXECUTE THE |

| U.S. Patent No. '978 Patent Claims | '640 Patent Claims and Specification |
|---|---|
| | FOLLOWING STEPS IN RESPONSE TO RECEIVING A DATA LOCATION REQUEST FROM THE CLIENT: |
| | V.      TITLE: NETWORK DISTRIBUTED TRACKING WIRE TRANSFER PROTOCOL |
| | Abstract: A network distributed tracking wire transfer protocol for storing and retrieving data across a distributed data collection. The protocol includes a location string for specifying the network location of data associated with an entity in the distributed data collection, and an identification string for specifying the identity of an entity in the distributed data collection. According to the protocol, the length of the location string and the length of the identification string are variable, and an association between an identification string and a location string can be spontaneously and dynamically changed. The network distributed tracking wire transfer protocol is application independent, organizationally independent, and geographically independent. A method for using the protocol in a distributed data collection environment and a system for implementing the protocol are also provided. |
| [17.c] receiving an identifier and a location relevant to the identifier at the first location server; | VI.      [18] . . . A DATA REPOSITORY CONFIGURED TO STORE DATA, WHEREIN THE DATA IS ASSOCIATED WITH AN IDENTIFIER STRING . . . |
| | VII.      . . . A DATA LOCATION SERVER NETWORK COMPRISING A PLURALITY OF DATA LOCATION SERVERS, AT LEAST ONE OF THE PLURALITY OF DATA LOCATION SERVERS CONTAINING LOCATION INFORMATION ASSOCIATED WITH THE IDENTIFIER STRING, WHEREIN EACH OF THE PLURALITY OF DATA LOCATION SERVERS COMPRISES COMPUTER EXECUTABLE CODE CONFIGURED TO EXECUTE THE FOLLOWING STEPS IN RESPONSE TO RECEIVING A DATA LOCATION REQUEST FROM THE CLIENT: |

| U.S. Patent No. '978 Patent Claims | '640 Patent Claims and Specification |
|---|---|
| [17.d] storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and | VIII. [18] . . . A DATA REPOSITORY CONFIGURED TO STORE DATA, WHEREIN THE DATA IS ASSOCIATED WITH AN IDENTIFIER STRING . . . <br><br> . . . a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string, wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client: |
| [17.e] transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit. | "As those skilled in the art will appreciate, the Transmission Control Protocol (TCP) is a connection-oriented protocol that is part of a universally implemented subset of the Internet Protocol (IP) suite. TCP provides reliable, bi-directional stream data transfer. TCP also implements adaptive congestion avoidance to ensure data transfer across a heterogeneous network with various link speeds and traffic levels." (Col. 11:33-40) |
| [23] The method of claim 17, wherein the performance criterion comprises an amount of available persistent storage space in the first location server. | "As those skilled in the art will appreciate, the Transmission Control Protocol (TCP) is a connection-oriented protocol that is part of a universally implemented subset of the Internet Protocol (IP) suite. TCP provides reliable, bi-directional stream data transfer. TCP also implements adaptive congestion avoidance to ensure data transfer across a heterogeneous network with various link speeds and traffic levels." (Col. 11:33-40) |
| [24] The method of claim 17, wherein the performance criterion comprises a transaction rate limit. | "As those skilled in the art will appreciate, the Transmission Control Protocol (TCP) is a connection-oriented protocol that is part of a universally implemented subset of the Internet Protocol (IP) suite. TCP provides reliable, bi-directional stream data transfer. TCP also implements adaptive congestion avoidance to ensure data transfer across a heterogeneous network with various link speeds and traffic levels." (Col. 11:33-40) |
| [30] The method of claim 17, wherein transferring a portion of the identifiers and associated locations to a second location server | "As those skilled in the art will appreciate, the Transmission Control Protocol (TCP) is a connection-oriented protocol that is part of a universally implemented subset of the Internet Protocol (IP) suite. TCP provides reliable, bi-directional |

| U.S. Patent No. '978 Patent Claims | '640 Patent Claims and Specification |
|---|---|
| when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit. | stream data transfer. TCP also implements adaptive congestion avoidance to ensure data transfer across a heterogeneous network with various link speeds and traffic levels." (Col. 11:33-40) |

**Appendix E: Double Patenting Analysis of the '978 Patent Claims and the '170 Patent**

As shown below, each and every claim limitation in the asserted '978 Patent claims are explicitly disclosed by the '170 Patent. Further, there are no material differences between remaining portions of the asserted claims of the '978 Patent and the claims found in the '170 Patent. Below I provide a comparison between the '978 Patent claims[2] and the disclosures and claims of the '170 Patent.

---

[2] I understand that while certain independent claims, such as '978 Patent, claim 1, is no longer being asserted by Kove, an analysis is still necessary as Kove asserted claims that depend from those claims.

| U.S. Patent No. '978 Patent Claims | '170 Patent Claims and Specification |
|---|---|
| [1.preamble]. A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | [6] A system for managing data location information and providing the data location information in response to location queries, the system comprising . . .<br><br>[7] The system of claim 6, wherein the list of at least one other location server comprises a list of a plurality of location servers in the network and a corresponding list of a plurality of entities having location information on the respective one of the plurality of location servers.<br><br>[8] The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information. |
| [1.a.1] a first location server containing a first set of location information corresponding to at least one entity, | [6] . . . a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity; |
| [1.a.2] the location information comprising an identifier and at least one location string associated with the identifier, | [6] . . . a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity; |
| [1.a.3] wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity | [6] . . . a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity; |
| [1.b] a second location server comprising a second set of location information, wherein at | [6] . . . wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity, |

| U.S. Patent No. '978 Patent Claims | '170 Patent Claims and Specification |
|---|---|
| least a portion of the second set of location information differs from the first set of location information; and | and wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect message comprising a list of at least one other location server known to have the location information for the desired entity. |
| [1.c.1] programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, | [6] . . . programming logic stored on the location server, wherein the programming logic is configured to return, in response to a location query related to a desired entity, a location message, |
| [1.c.2] the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity. | [6] . . . the location message in conformance with the transfer protocol and comprising at least one location associated with the desired entity, wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity . . . |
| [3] The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query. | *See above* for analysis of '978 Patent, Claim 1 and '170 Patent, Claim 6.<br><br>[6] . . . programming logic stored on the location server, wherein the programming logic is configured to return, in response to a location query related to a desired entity, a location message, the location message in conformance with the transfer protocol and comprising at least one location associated with the desired entity, wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity, and wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect message comprising a list of at least one other location server known to have the location information for the desired entity. |
| [6] The system of claim 1, wherein the location information in the location server is maintained | *See above* for analysis of '978 Patent, Claim 1 and '170 Patent, Claim 6. |

| U.S. Patent No. '978 Patent Claims | '170 Patent Claims and Specification |
|---|---|
| in an indexed location store indexed by a hash table. | [9] The system of claim 6, wherein the location information in the location server is maintained in an indexed location store.<br><br>[10] The system of claim 9, wherein the indexed location store comprises a string store indexed by a hash table. |
| [10.preamble] A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising: | *See above* for analysis of '978 Patent, Claim 1 and '170 Patent, Claim 6. |
| [10.a.1] a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information, and | 1. [6] A system for managing data location information and providing the data location information in response to location queries, the system comprising . . .<br>2.<br>3. . . . a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity . . .<br>4.<br>5. . . . the location message in conformance with the transfer protocol and comprising at least one location associated with the desired entity,<br>6.<br>7. [8] The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information. |
| [10.a.2] comprising at least one application server address, | [6] a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location |

| U.S. Patent No. '978 Patent Claims | '170 Patent Claims and Specification |
|---|---|
| | addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity; |
| [10.a.3] wherein the plurality of location servers are arranged in a cluster topology such that each location server contains a unique set of location information of an aggregate set of the location information; and | [1] each one of the plurality of data location servers comprises a processor and a portion of the data location information, the portion of the data location information included in a corresponding one of the data location servers is based on a hash function used to organize the data location information across the plurality of data location servers, |
| | [8] The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information. |
| | "NDTP provides two mechanisms for server redirection. The redirection mechanisms allow cluster and hierarchical topologies, and mixtures of such topologies (described in detail below)." (Col. 14:43-46) |
| | "FIG. 12 illustrates a cluster topology for client interaction with NDTP servers 120. A single client queries a first server 120a (Server0), learns of a new index location (Server1), and then contacts that server 120b (Server1) for the operations it wishes to execute on the index that the client identifies. The basic idea is that a client asks a server 120a to process an index operation. If the contacted server 120a does not have all the information, as for example in a redirect, then it passes the request to another server 120b. If the second server 120b is appropriate it responds appropriately, or it passes the request on to another server (not shown), and so on. FIG. 12 could also illustrate a hierarchical topology if a client (not shown) contacted another client in a handoff as shown in FIG. 10, where a client 106 asks up' to another client 106, and so on." (Col. 18:9-22) |

| U.S. Patent No. '978 Patent Claims | '170 Patent Claims and Specification |
|---|---|
| | <br>NDTP Client-Centric Constellation<br>Fig. 12 |
| [10.b] programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server does not contain location information relevant to the desired identifier, wherein the redirect message comprises information for finding a location server having location information related to the desired identifier | [6] . . . programming logic stored on the location server, wherein the programming logic is configured to return, in response to a location query related to a desired entity, a location message, the location message in conformance with the transfer protocol and comprising at least one location associated with the desired entity, wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity, and wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect message comprising a list of at least one other location server known to have the location information for the desired entity. |
| [14.preamble] A method of handling location queries in a network, the network comprising a plurality of location servers, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of | [1] . . . a data location server network comprising a plurality of data location servers, wherein data location information for a plurality of data entities is stored in the data location server network, at least one of the plurality of data location servers includes location information associated with the identifier string, each one of the plurality of data location servers comprises a processor and a portion of the data location information |

18

| U.S. Patent No. '978 Patent Claims | '170 Patent Claims and Specification |
|---|---|
| identifiers with at least one location, the method comprising: | [15] A method of handling location queries in a network, the network comprising a plurality of location servers including data location information, the method comprising:<br><br>correlating each one of a plurality of identifiers with at least one of a plurality of locations in the network, each one of the plurality of identifiers identifying a respective one of a plurality of data entities, wherein the data entities are stored in corresponding locations in the network; |
| [14.a] receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location; | [15] . . . receiving a location query from a client at one of the plurality of location servers, the location query requesting location information identifying a location of a data entity included in the data entities; |
| [14.b] sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location response message comprising location information identifying at least one application server containing information relevant to the entity identified in the query; and | [15] . . . determining which of the plurality of location servers includes the location information;<br><br>sending a location response message to the client in response to determining the one of the plurality of location servers includes the location information, the location response message comprising the location information |
| [14.c] sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query. | [15] . . . sending a redirect message to the client in response to determining the one of the plurality of location servers fails to include the location information, the redirect message identifying which of the plurality of location servers includes the location information. |
| [17.preamble] A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving | [15] A method of handling location queries in a network, the network comprising a plurality of location servers including data location information, the method comprising: |

| U.S. Patent No. '978 Patent Claims | '170 Patent Claims and Specification |
|---|---|
| location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising: | correlating each one of a plurality of identifiers with at least one of a plurality of locations in the network, each one of the plurality of identifiers identifying a respective one of a plurality of data entities, wherein the data entities are stored in corresponding locations in the network; |
| | IX.     TITLE: NETWORK DISTRIBUTED TRACKING WIRE TRANSFER PROTOCOL |
| | Abstract: A network distributed tracking wire transfer protocol for storing and retrieving data across a distributed data collection. The protocol includes a location string for specifying the network location of data associated with an entity in the distributed data collection, and an identification string for specifying the identity of an entity in the distributed data collection. According to the protocol, the length of the location string and the length of the identification string are variable, and an association between an identification string and a location string can be spontaneously and dynamically changed. The network distributed tracking wire transfer protocol is application independent, organizationally independent, and geographically independent. A method for using the protocol in a distributed data collection environment and a system for implementing the protocol are also provided. |
| [17.a] providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier; | [6] . . . a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity; |
| | X.     TITLE: NETWORK DISTRIBUTED TRACKING WIRE TRANSFER PROTOCOL |
| | Abstract: A network distributed tracking wire transfer protocol for storing and retrieving data across a distributed data collection. The protocol includes a |

| U.S. Patent No. '978 Patent Claims | '170 Patent Claims and Specification |
|---|---|
| | location string for specifying the network location of data associated with an entity in the distributed data collection, and an identification string for specifying the identity of an entity in the distributed data collection. According to the protocol, the length of the location string and the length of the identification string are variable, and an association between an identification string and a location string can be spontaneously and dynamically changed. The network distributed tracking wire transfer protocol is application independent, organizationally independent, and geographically independent. A method for using the protocol in a distributed data collection environment and a system for implementing the protocol are also provided. |
| [17.b] storing location information formatted according to the transfer protocol at a first location server; | [1] . . . a data location server network comprising a plurality of data location servers, wherein data location information for a plurality of data entities is stored in the data location server network, at least one of the plurality of data location servers includes location information associated with the identifier string

[6] . . . a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity;

XI.     TITLE: NETWORK DISTRIBUTED TRACKING WIRE TRANSFER PROTOCOL

Abstract: A network distributed tracking wire transfer protocol for storing and retrieving data across a distributed data collection. The protocol includes a location string for specifying the network location of data associated with an entity in the distributed data collection, and an identification string for specifying the identity of an entity in the distributed data collection. According to the protocol, the length of the location string and the length of the identification |

| U.S. Patent No. '978 Patent Claims | '170 Patent Claims and Specification |
|---|---|
| | string are variable, and an association between an identification string and a location string can be spontaneously and dynamically changed. The network distributed tracking wire transfer protocol is application independent, organizationally independent, and geographically independent. A method for using the protocol in a distributed data collection environment and a system for implementing the protocol are also provided. |
| [17.c] receiving an identifier and a location relevant to the identifier at the first location server; | XII. [6] . . . A LOCATION SERVER CONFIGURED TO RECEIVE A LOCATION ADDITION REQUEST, THE LOCATION ADDITION REQUEST FORMATTED IN CONFORMANCE WITH A TRANSFER PROTOCOL, THE LOCATION ADDITION REQUEST COMPRISING AN IDENTIFIER AND AT LEAST ONE LOCATION TO ASSOCIATE WITH THE IDENTIFIER, WHEREIN THE IDENTIFIER IDENTIFIES AN ENTITY AND WHEREIN EACH OF THE AT LEAST ONE LOCATION SPECIFIES A LOCATION OF DATA IN A NETWORK PERTAINING TO THE ENTITY |
| [17.d] storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and | [1] . . . a data location server network comprising a plurality of data location servers, wherein data location information for a plurality of data entities is stored in the data location server network, at least one of the plurality of data location servers includes location information associated with the identifier string |
| [17.e] transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit. | 8. The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information.<br><br>13. The system of claim 9, wherein the location query identifying the desired entity comprises a unique identifier for the desired entity, and wherein the programming logic stored on the location server further comprises programming logic configured to apply an index function to the unique identifier to retrieve at least a portion of the locations associated with the unique identifier in the indexed location store. |

| U.S. Patent No. '978 Patent Claims | '170 Patent Claims and Specification |
|---|---|
| | "As those skilled in the art will appreciate, the Transmission Control Protocol (TCP) is a connection-oriented protocol that is part of a universally implemented subset of the Internet Protocol (IP) suite. TCP provides reliable, bi-directional stream data transfer. TCP also implements adaptive congestion avoidance to ensure data transfer across a heterogeneous network with various link speeds and traffic levels." (Col. 11:55-61) |
| [23] The method of claim 17, wherein the performance criterion comprises an amount of available persistent storage space in the first location server. | 8. The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information.<br><br>13. The system of claim 9, wherein the location query identifying the desired entity comprises a unique identifier for the desired entity, and wherein the programming logic stored on the location server further comprises programming logic configured to apply an index function to the unique identifier to retrieve at least a portion of the locations associated with the unique identifier in the indexed location store.<br><br>"As those skilled in the art will appreciate, the Transmission Control Protocol (TCP) is a connection-oriented protocol that is part of a universally implemented subset of the Internet Protocol (IP) suite. TCP provides reliable, bi-directional stream data transfer. TCP also implements adaptive congestion avoidance to ensure data transfer across a heterogeneous network with various link speeds and traffic levels." (Col. 11:55-61) |
| [24] The method of claim 17, wherein the performance criterion comprises a transaction rate limit. | 8. The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information.<br><br>13. The system of claim 9, wherein the location query identifying the desired entity comprises a unique identifier for the desired entity, and wherein the programming logic stored on the location server further comprises programming logic configured to apply an index function to the unique identifier to retrieve at |

| U.S. Patent No. '978 Patent Claims | '170 Patent Claims and Specification |
|---|---|
| | least a portion of the locations associated with the unique identifier in the indexed location store.<br><br>"As those skilled in the art will appreciate, the Transmission Control Protocol (TCP) is a connection-oriented protocol that is part of a universally implemented subset of the Internet Protocol (IP) suite. TCP provides reliable, bi-directional stream data transfer. TCP also implements adaptive congestion avoidance to ensure data transfer across a heterogeneous network with various link speeds and traffic levels." (Col. 11:55-61) |
| [30] The method of claim 17, wherein transferring a portion of the identifiers and associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit. | 8. The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information.<br><br>13. The system of claim 9, wherein the location query identifying the desired entity comprises a unique identifier for the desired entity, and wherein the programming logic stored on the location server further comprises programming logic configured to apply an index function to the unique identifier to retrieve at least a portion of the locations associated with the unique identifier in the indexed location store.<br><br>"As those skilled in the art will appreciate, the Transmission Control Protocol (TCP) is a connection-oriented protocol that is part of a universally implemented subset of the Internet Protocol (IP) suite. TCP provides reliable, bi-directional stream data transfer. TCP also implements adaptive congestion avoidance to ensure data transfer across a heterogeneous network with various link speeds and traffic levels." (Col. 11:55-61) |