# Exhibit K19

**Exhibit 3D: Invalidity Claim Chart Against U.S. Patent No. 7,233,978 in View of Skagerwall alone or with Steen, Yocum, and/or Boukobza**

Amazon asserts that claims 17, 23, 24, and 30 of U.S. Patent No. 7,233,978 ("the '978 patent") are rendered obvious by Skagerwall alone or with Steen, Yocum, and/or Boukobza. Steen qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it was publicly available before the earliest possible priority date of July 8, 1998 and more than a year before Kove's October 28, 1999 claimed priority date for the '978 patent. Skagerwall, Boukobza, and Yocum are all prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f). Skagerwall has a filing date of October 27, 1998. Boukobza issued from an application filed June 27, 1997. Yocum issued from an application filed March 11, 1998. The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and Amazon reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

This claim chart reflects the additional requirements for the claims based on Kove's statements in reexamination and are consistent with Amazon's proposed constructions reflecting those statements. *See* Dkt. 539. Specifically, based on Kove's statements and Amazon's proposed constructions, claims 17, 23, 24, and 30 also require that the location servers be organized in a non-hierarchical cluster structure, that each location server be able to respond to any location request with either the location of the data or the location of a server known to contain the requested location data without an intervening traversal, and that each request must be resolved in two or fewer traversals. As described below, OracleNamesAdminGuide alone or in combination with Steen or OracleUnleashed renders obvious each claim regardless of Kove's arguments based on additional limitations.

Furthermore, the following list includes examples of specifically where certain '978 patent claim elements are found in each reference.

**Skagerwall:**

- Client:                 access server
- Identifier:             object tag
- Location information: retrieval information
- Location server:        directory servers
- Data repository:        application servers
- Hash function:          hashing based methods

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| **[17.Preamble]** A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising: | Skagerwall discloses or renders obvious this element. Skagerwall discloses a database system for managing data stored in a distributed network and method of using the same. Skagerwall describes a "kernel" which retrieves data objects (D) from storage repositories (AI) on application servers (IS).[300] As Skagerwall describes, the directory servers are a "key resource" in retrieving data: <blockquote>Advantageously, each of a plurality of directory servers stores part of an arbitrarily scaleable data base containing object data associating each of the objects with at least one of the application data packets. *The plurality of directory servers serve as key resource in retrieving an application data packet related to an object.* Means for receiving a read object tag from a reading means and for identifying the directory server for storing object data related to the read object tag and retrieving the object data are provided.[301]</blockquote> Further, as shown below in annotated Figure 1, Skagerwall teaches that user devices (M/DPU) make requests for data object (D) to an "access server" (AS) inside the kernel using an identifying object tag (T).[302] Skagerwall explains that the |

[300] Skagerwall at 2:51-3:2.
[301] Skagerwall at 4:12-20.
[302] *Id.* at 2:51-3:2.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | access server then requests retrieval information from a plurality of directory servers (DS) to locate the requested data.[303] A POSITA would have understood Skagerwall's retrieval information to be "location information" because it contains information pertaining to the location of data.<br><br><br>**Skagerwall Fig.1 Annotated**<br><br>Further, Skagerwall discloses that the kernel contains "a plurality of directory servers."[304] As shown below in annotated Figure 1, Skagerwall's directory servers DS1 … DSn) have a flat, non-hierarchical architecture with no hierarchical or tree structure. |

---

[303] *Id.*
[304] Skagerwall at 2:59-63.

| U.S. Patent No. 7,233,978 | **Skagerwall alone or with Steen, Yocum, and/or Boukobza** |
|---|---|
| | <br><br>**Skagerwall Fig.1 Annotated**<br><br>As Figure 1 illustrates, the directory servers have a flat configuration next to one another, with no hierarchical arrangement. And Figure 1 teaches that each directory server communicates the access server (AS) with no intermediary servers in between. Further, Skagerwall doesn't describe any "root" or "parent" directory servers that could indicate a hierarchy. Nor is there any discussion of separate |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | regions or domains for different directory servers. Accordingly, a POSITA would understand that the directory servers in Skagerwall are non-hierarchical and the directory server network is flat, consistent with Kove's statements at the Patent Office and Amazon's proposed construction.<br><br>Further, Skagerwall explains that the directory servers contain information for locating the data objects stored on the data repositories of the application servers (IS1 … ISp):<br><br>    It is a key aspect of the invention that the data base of object data is distributed over a plurality of directory servers DS; DS1-DSn, allowing that the number of objects can be scaled almost arbitrarily by adding new directory servers to the existing ones for storing new object data. Each of the directory servers DS; DS1-DSn preferably stores object data related to a small number of the range of available object tags T; T1-Tw. As mentioned above, object data related to an object tag preferably includes application identifiers AI1-Aim of application data packets related to the object *as well as information about storage locations of the application data packets, e.g., the addresses of application servers IS; IS1-Isp storing the application data packets.*[305]<br><br>Because the directory servers function to store location information for the object data, a POSITA would understand those directory servers to be the claimed "location servers." |

[305] Skagerwall at 8:15-27.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Further, Skagerwall teaches a set of steps including identifying which directory server contains desired information. A POSITA would accordingly understand that the plurality of servers each contains different sets of location information or it would be unnecessary to determine whether any server did or did not contain the requested information.

Specifically, Skagerwall explains designing its system so that any component can identify if a given directory server contains the necessary location information in response to a data inquiry, but provides that the preferred components is a directory server:

> [I]t is preferred, that one of the directory servers DS1; DS2; . . . ; DSn identifies the directory servers storing information related to a requested object tag. However, other components of the system kernel K may serve as means for identifying the correct directory servers.[306]

Further, Skagerwall describes tasking a "primary" directory server with storing the data for a given object tag. But Skagerwall teaches the benefits of changing the primary directory server and using a hash function to identify each data's locations when adding and removing directory servers since the location in the system where the data is stored can change:

> However, in the case the number of available directory servers changed, previously stored object data was mapped onto the plurality of directory servers using a hashfunction based on the |

---

[306] Skagerwall at 10:21-26.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | previous number of directory servers, whereas a target directory server is now identified based on a new number of directory servers. This will sometimes not lead to the directory server actually storing object data related to the desired object.[307]<br><br>As shown below in Figure 2a, Skagerwall describes a flow chart to identify how its system operates when the requested data isn't found where it should be based on the object tag.[308] |

---

[307] Skagerwall at 11:37-45.
[308] Skagerwall at 11:27-13:15.



244

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | As shown, Skagerwall's step S22 teaches that a directory server receives a request for data location information associated with an object tag and looks it up to find the primary server.[309] A POSITA would have understood that the system performs these flowchart steps taken in the course of receiving a data request from an access server (i.e., client). Skagerwall's step S25 ("Send Request To Primary Directory Server") is only necessary if the request isn't already at the primary directory server. As a result, if the directory server identifies itself as the primary server, the next relevant step is retrieving the requested data at step S27 ("Retrieve Object Data"). |
| | Further, even if a POSITA wouldn't have understood this from OracleNamesAdminGuide alone, it would have been obvious based on Steen's teachings. Steen describes a location service in a system for "locating mobile objects in a worldwide system": |
| | *Locating mobile objects* in a worldwide system requires a scalable location service. An object can be a telephone or a note-book computer, but also a software or data object, such as a file or an electronic document. Our service strictly separates an object's name from the addresses where it can be contacted. This is done by introducing a location-independent object handle. An object's name is bound to its unique object handle, which, in turn, is mapped to the addresses where the object can be contacted. To locate an object, we need only its object handle. We present a scalable location service based on a worldwide distributed search tree that adapts |

---

[309] Skagerwall at 12:9-53.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | dynamically to an object's migration pattern to optimize lookups and updates.[310]<br><br>Steen explains that, in distributed systems, there can be multiple instances of the same data or service:<br><br>    In distributed systems, this way of locating a service is also known as anycasting: *a client requires a particular service, but is really not interested in which server will handle the request.* Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is then subsequently resolved to the address of *any server that can handle the request.*[311]<br><br>A POSITA would have appreciated that Steen's principle of "anycasting" allows for faster resolution of clients' requests because multiple servers can resolve any given query. As a result, a POSITA would have been motivated by OracleNamesAdminGuide's goal of "lightning fast" resolution to incorporate anycasting to its data storage. This would have resulted in multiple data repositories where each server connects to OracleNamesAdminGuide's Names Service (i.e., location server network).<br><br>Further, Steen teaches using a plurality of servers to provide services. Steen provides the exemplary description of *anycasting* to show how multiple servers provide services like the disclosed location service. |

---

[310] Steen at Abstract.
[311] Steen at 105.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | In distributed systems, this way of locating a service is also known as anycasting: a client requires a particular service, but is really not interested in which server will handle the request. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is then subsequently resolved to the address of any server that can handle the request.[312] |
| | To manage the first level of the system, Steen discloses the use of "directory nodes," which correspond to the claimed "location servers." As shown below in Figure 2, Steen's system includes a directory node Dir(R), for resolving object names to object handles, e.g., location information for addresses. |
| |  |
| | ■ **Figure 2.** *The logical organization of the location service as a virtual search tree.* |

[312] Steen at 105.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Steen describes that, in systems with multiple regions, there may be multiple directory nodes, e.g., location servers:<br><br>In our model for tracking objects, we assume hierarchical decomposition of a (worldwide) network into regions. This decomposition is relevant only to the location service. With each region we associate a directory node capable of storing addresses that lie within that region. This leads to a logical tree-based organization, as shown in Fig. 2. [313]<br><br>Steen teaches that the system assumes addresses be location-dependent, i.e., the region in which an address lies is encoded in the address itself:<br><br>The location service normally stores new addresses at the leaf node representing the region in which the address lies. For each new object, it constructs a path of forwarding pointers from the root to each leaf node where an address is stored. Addresses and forwarding pointers are stored in contact records. An implication of this design is that in the worst case it is always possible to locate every object by following the chain of pointers from the root node. In practice, we can do much better than this, as described later.[314]<br><br>Further, Steen also describes that dir(R) may be partitioned into multiple subnodes, as shown below in Figure 6: |

---

[313] Steen at 105.
[314] Steen at 105.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | In particular, higher-level directory nodes not only have to handle a relatively large number of requests, they also have enormous storage demands. Our solution is to partition a directory node into one or more directory subnodes such that each subnode is responsible for a subset of the records originally stored at the directory node.[315]<br><br><br>**Figure 6.** *A search tree and a corresponding logical tree after partitioning the directory nodes into subnodes.*<br><br>For a partitioned dir(R), Steen teaches its system configures each subnode to function as its own server and contains its own subset of location information.[316] For those reasons, a POSITA would understand that each subnode is a location |

---

[315] Steen at 107-08.
[316] Steen at 107-08.

| U.S. Patent No. 7,233,978 | **Skagerwall alone or with Steen, Yocum, and/or Boukobza** |
|---|---|
| | server containing location information. |



Steen Figure 6 Annotated

Thus, Steen discloses a system of flat location servers which each contain a portion of a total dataset of location information.

A POSITA would have understood that Steen's partitioned group of location servers organized in a non-hierarchical configuration results in each server containing a subset of the data location information originally stored on the first location server. Further, a POSITA would have been motivated to adopt Steen's partitioning approach for grouping Skagerwall's directory to maintain "lightning fast" resolutions to data queries. Thus, applying either (1) OracleUnleashed's teachings toward partitioning servers and datasets or (2) Steen's teachings toward

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | partitioning a location server into a group of servers to Skagerwall's directory servers would have rendered obvious that the data location server network has a plurality of data location servers.

To the extent that Skagerwall doesn't disclose or render obvious the scaling or multiple location servers of 17.preamble, Yocum renders these aspects obvious. Specifically, Yocum discloses a system using multiple and additional servers to optimize performance in a scalable manner:

> The present invention relates to a method and apparatus for controlling the number of servers in a cluster of information handling systems in which incoming work requests belonging to a first service class are placed in a queue for processing by one or more servers.[317]

> The present invention allows system management of the number of servers across a cluster of system for each of a plurality of user performance goal classes based on the performance goals of each goal class.[318]

> FIG. 4 shows the logic flow to assess improving performance by starting additional servers 163. FIGS. 4-6 illustrate the steps involved in making the performance index delta projections provided by the fix means 118 to the net value means 124. At 1401, a new number of servers 163 is selected to be assessed. The number must be large enough to result in sufficient receiver value (checked |

---

[317] *See* Yocum at 1:66-2:3.
[318] Yocum at 2:28-32.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | at 1405) to make the change worthwhile. The number must not be so large that the value of additional servers 163 is marginal, for example, not more than the total number of queued and running work requests 162. The next step is to calculate the additional CPU the additional servers 163 will use; this is done by multiplying the average CPU used by a work request by the additional servers 163 to be added. |
| | At 1402, the projected number of work requests 162 at the new number of servers 163 is read from the server ready user average graph shown in FIG. 5. At 1403, the current and projected queue delays are read from the queue delay graph shown in FIG. 6. At 1404, the projected local and multisystem performance index deltas are calculated.[319] |

---

[319] Yocum at 10:37-56.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| |  |

| U.S. Patent No. 7,233,978 | **Skagerwall alone or with Steen, Yocum, and/or Boukobza** |
|---|---|
| |  |

Each system then determines the resource bottleneck causing the receiver class to miss its goals. If the resource bottleneck is the number of servers, each system determines whether and how many servers should be added to the receiver class…To ensure the availability of a server capable of processing each of the work requests in the queue, each system determines whether there is a work request in the queue with an affinity only to a subset of the cluster that does not have servers for the queue and, if so, starts a server for the queue on a system in the subset to which the work request has an affinity.[320]

In FIG. 1 the number 107 of servers 163 is shown stored in the class

[320] Yocum at Abstract.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | table entry 106, which might be taken to imply a limitation of one queue 161 per class. However, this is merely a simplification for illustrative purposes; those skilled in the art will recognize that multiple queues 161 per class can be independently managed simply by changing the location of the data. The fundamental requirements are that the work requests 162 for a single queue 161 have only one goal, that each server 163 has equal capability to service requests, and that a server cannot service work on more than one queue 161 without notification from and/or to the workload manager 105.[321] |

---

[321] Yocum at 8:32-43.



FIG.1

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Systems in which incoming work requests are placed in a queue for assignment to an available server are well known in the art. Since the frequency at which the incoming requests arrive may not be readily controlled, the principal means of controlling system performance (measured by queue delay or the like) in such a queued system is to control the number of servers. Thus, it is known in the art to start an additional server when the length of the queue being served reaches a certain high threshold or to stop a server when the length of the queue being served reaches a certain low threshold.[322]

Further, to the extent that the above references don't disclose or render obvious any limitations of claim element 17.preamble, Boukobza discloses or renders obvious those elements. For instance, Boukobza describes providing user access to a distributed database.[323] And Boukobza describes that user access to a distributed database can be measured by a variety of performance factors including transaction rate, storage capacity, etc.[324] And Boukobza describes various corrective steps that can be taken to address performance concerns.[325] Boukobza teaches users accessing the database through SQL*Net functionalities for requesting and receiving location information.[326]

Further, Boukobza teaches scaling a distributed database to accommodate growing needs: |

---

[322] Yocum at 1:13-23
[323] Boukobza at 18:18-23.
[324] Boukobza at 34:43-51.
[325] Boukobza at 33:60-67, 15:2-32.
[326] Boukobza at 18:18-23.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
|  | In conclusion, according to the present monitoring process, the use of autonomous agents makes it possible to ensure the proper running of the applications monitored in all of the nodes by means of an autonomous and efficient decision processing applied locally to the objects to be processed, when necessary to very rapidly feedback the useful information from the nodes to be monitored to the management node, and to automatically initiate actions on certain conditions or possibly to recommend an action. In this way, an effective monitoring of the objects functioning in the plurality of nodes is ensured and a significant increase in performance is obtained due to the independent capacity available to the various autonomous agents in their operation, the process applied in this case making it possible ***to measure specific parameters of each object, to test conditions on these parameters relative to thresholds, and then to execute an action in order to warn of a problem, to reconfigure or to correct.*** Measurements are collected in order to perform a later analysis for purposes of a statistical examination of the activity monitored. These collected measurements relate to all the types of objects to be monitored, for example, in this case instances such as data bases like Oracle or Informix, applications such as Tuxedo, Various machines or any one machine, a Distributed Print Facility (DPF), etc. Also, the synthetic aspect of a defined generically global object offers substantial freedom of action and allows efficient use of the tree structure concept with a great deal of precision relative to the evolution of the display granularity obtained. Correlations can be |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | made between a plurality of different measurements, particularly between different object types, which means that intertype correlation is advantageously provided. ***Moreover, this process is portable to different platforms, due to its total independence from its operating environment***. Since the display occurs by means of a graphical interface specific to this process. This process is also able to allow any interfacing with any management system, offering the user integrated management, since the autonomous agents access different information through the existing standard protocols.[327] |
| | Further, Boukobza teaches user access: |
| | Some non-limiting exemplary embodiments of predefined Oracle parameters are offered below: |
| | the parameter 'ORA-- USER—ACCESS', in which the measurement consists of making a ***connection attempt using the function 'connect—string' supplied to the user***; the condition corresponds to verifying whether the or not the attempt has succeeded, and the action resides in the analysis of the cause and in the possible restart.[328] |
| | Also, relative to the module specific to Oracle, it must be possible, among other things, to ***control access to objects*** in order to prevent |

---

[327] *See, e.g.*, Boukobza at 34:52-35:22.
[328] *See, e.g.*, Boukobza at 15:1-9.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | any lockout or suspension ('abort') of the application if the latter wishes to access the base or the Oracle objects.[329] |

*The user chooses* (by means of the interface GUI) *the list of objects to be viewed* (their icon), in the main window of the interface GUI. An object in this list that is not selected will only be viewed if a 'zoom' is performed on a global object which contains it. A global object can also be labelled as a component (COMPONENTS) of a global object and is a component of a global object [GLOBAL (a particular Oracle instance is chosen from the list of objects to be viewed in the main window, *since the users write SQL* directly to the base)] since this base is accessed by a given application.[330]

Further, Boukobza teaches performance measurements and corrective actions:

[F]or a given server in a given node: the average number of queued requests, per queue. To be done for all the servers. No display. Makes it possible to know if the number of duplicated servers has changed. If the average number of queued requests is >10 (the example 10 is slightly greater than the average number of active clients requesting a service from the server) then action to add a server (up to the max).[331]

Per 'tablespace', is the fill rate of the dbfiles>threshold

---

[329] Boukobza at 30:15-19.
[330] Boukobza at 7:38-48.
[331] *See, e.g.*, Boukobza at 33:60-67.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | X'? If yes, action 'ORA FREE TS'. |
| | calculates the maximum size of the fragments. If lower |
| | n: than the value of the next 'extent' then action |
| | 'ORA MAX FRG' and recording in the file |
| | 'actionlog. |
| | comparison of the actual number of 'extents' with the |
| | maximum allowed 'MAXEXTENTS' (defined at |
| | the creation of the object, in the clause |
| | **_STORAGE')._** In this case, the application using the |
| | table will be suspended ('abort'). This incident must |
| | be prevented. Action 'ORA MAX EXT' if the |
| | object reaches its 'maxextents'. Recording in |
| | 'actionlog.'[332] |
| | Finally, relative to specific module 'system', it must be possible, among other things, **_to monitor and measure the cpu time, the disk_** |

---

[332] Boukobza at 32:4-16.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | *Space, the inputs/outputs, the storage, the exchange rate, the number of users, the pagination, the network, etc.* Thus it is possible, for example, to measure the cpu utilization per second, with default display, or the input/output rate per second, or to identify the processor swhich are the largest users of cpu and collect them in orderto perform an autonomous analysis ('offline', thc).[333] |
| | [T]he parameter 'ORA-- FRAGMENT—TS', in which the measurement consists of verifying the condition which corresponds to the case in which the largest of the extents ('MAX—EXTENTS') of the tables of the table space ('Tablespace') is smaller than the largest hole of the table space, and if this condition is true, of sending an action proposition window in which it is indicated that the *table space ('Tablespace') must be reorganized* according to the following propositions: |
| | either a file is automatically created to enlarge the table space ('Tablespace'), |
| | or it requests when a standard 'export-- operation-- tables/import' command is to be executed, |
| | or the administrator is requested to program the start of his |

---

[333] Boukobza at 34:43-51.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | reorganization utility. |
| | the parameter 'ORA—SCANLOG', in which the Oracle errors to be processed in the file 'alert.log' are predefined. A predefined action class corresponds to each error.[334] |
| | Regarding the claimed "location information," Boukobza teaches the use of location information through SQL*Net and TNS Names Services, including the use of identifiers, connect strings, and the SQL*Net protocol language itself.[335] A POSITA would have understood that Boukobza's connection information for connecting on Oracle (e.g., host name,[336] port, and database instance) is the claimed "location information" because SQL*Net uses the information to build a *connect string* that connects the client to the location of the desired data on the distributed database. |

---

[334] Boukobza at 15:18-33.

[335] Boukobza at 7:1-31.

[336] A POSITA would have understood that a "host name" may include a direct IP address or a host name uses DNS to obtain an IP address.

| U.S. Patent No. 7,233,978 | **Skagerwall alone or with Steen, Yocum, and/or Boukobza** |
|---|---|
| |  |

**Boukobza 7:1-31 Annotated**

Further, a POSITA would have understood that Boukobza's teachings are usable to monitor an expanding database that starts out with one single location server. For example, a company starting out may have minimal storage and transaction needs and set up a simple database architecture with only one location server to handle the minimal needs. This may be perfect starting out, but if the business succeeded and grew, this would mean more necessary storage capacity, more processing power to handle more transaction requests, etc. A POSITA would appreciate that at

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | each one of the servers for each city, there is a location server logging the unique location information for that city. This would require moving location and identifier information form the first location server to the new city-specific location server reflecting the new configuration of the expanding database. |
| | Further, a POSITA would have understood that Boukobza's teachings are usable to monitor an expanding database that starts out with one single location server. For example, a company starting out may have minimal storage and transaction needs and set up a simple database architecture with only one location server to handle the minimal needs. This may be perfect starting out, but if the business succeeded and grew, this would mean more necessary storage capacity, more processing power to handle more transaction requests, etc. A POSITA would appreciate that at each one of the servers for each city, there is a location server logging the unique location information for that city. This would require moving location and identifier information form the first location server to the new city-specific location server reflecting the new configuration of the expanding database. |
| | Based on the above teachings, Skagerwall discloses or renders obvious this element in view of Steen, Yocum, and/or Boukobza. |
| [17.a] providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier; | Skagerwall discloses or renders obvious this element.<br><br>Skagerwall also discloses or renders obvious claim "transport protocol" limitation. Specifically, Skagerwall teaches the use of standard protocols with the system.<br><br>It is further possible, that the system and method according to the invention uses standard and/or amended protocols of a known datacom- or telecom network for retrieving information associated |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | with an object.[337] |

A POSITA would have understood a transport protocol to be one of these standard protocols. Such transport protocols were well-known, routine, and well-understood to be used for sending messages and data over a network. Thus, to any extent that Skagerwall doesn't disclose the claimed transport protocol, it would have been obvious to a POSITA at this time to use one.

It would have been well-understood by a POSITA that the transfer protocol should be configured to transport identifiers and location information for resolving client requests to the server.

Further, as also explained in element 17.preamble above, Boukobza teaches location servers storing identifier and location information. Boukobza explains how transport functionalities are used to query a location server for location information associated and return a message containing the location.

Regarding the claimed "transfer protocol," Boukobza discloses the exemplary transport protocol of SQL*Net which is configured to manage communication across the distributed database.

> The user chooses (by means of the interface GUI) the list of objects to be viewed (their icon), in the main window of the interface GUI. An object in this list that is not selected will only be viewed if a 'zoom' is performed on a global object which contains it. A global object can also be labelled as a component (COMPONENTS) of a global object and is a component of a global object [GLOBAL (a

---

[337] Skagerwall, 9:59-62.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | particular Oracle instance is chosen from the list of objects to be viewed in the main window, *since the users write SQL* directly to the base)] since this base is accessed by a given application.[338] |
| | [A]ccess to the objects: param-- ident=HEALTH. Access to the bases (by *SQL connect*, the DB string user/passwd@dbstring dbc/dbc@T:or714 is supplied by the user). If the connection is KO: action ORA-- CONN-- FAIL and recording in the file 'actionlog'.[339] |
| | ACTION: the complete name of a shell or binary program is specified, possibly followed by parameters ('UNIX—FILE') or a UNIX command ('UNIX—COMMAND') or by an *SQL file ('SPECIF—FILE') or an SQL command ('SPECIF—COMMAND')*. An example is 'ACTION=(UNIX-- FILE, `all-- actions-- binary action-- 1').'[340] |
| | Based on the above teachings, Skagerwall discloses or renders obvious this element alone or in view of Steen, Yocum, and/or Boukobza. |
| **[17.b]** storing location information formatted according to the transfer protocol at a first location server; | See above evidence regarding the preamble to claim 17 and limitation 17.a. |
| | Additionally, Further, Boukobza further renders obvious this element. Boukobza provides the use of such protocols in connection to database management. |
| | Management information base services, usually referred to by one |

---

[338] *See* Boukobza at 7:38-48.
[339] Boukobza at 31:35-40.
[340] Boukobza at 11:15-20.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | skilled in the art as MIBs (Management Information Bases), allow management applications to manipulate this management information; *these services preferably use the applicable standards* such as the OSI CMIS/CMIP (Open Systems Interconnection Common Management Information Services/Common Management Information *Protocol*) and Internet SNMP (Simple Network Management *Protocol*) Standards.[341] <br><br> The autonomous agents can access different types of information through the *existing standard protocols*.[342] <br><br> Based on the above teachings, Skagerwall discloses or renders obvious this element alone or in view of Steen, Yocum, and/or Boukobza. |
| [17.c] receiving an identifier and a location relevant to the identifier at the first location server; | See above evidence regarding the preamble to claim 17 and limitation 17.a. <br><br> Further, Steen provides that its system receives requests from users for data and that the data location servers receive those requests suing identifiers associated with location information: <br><br> In distributed systems, this way of locating a service is also known as anycasting: a client requires a particular service, but is really not interested in which server will handle the request. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is |

[341] *See* Boukobza at 1:24-33.
[342] Boukobza at 1:24-33.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
|  | then subsequently resolved to the address of any server that can handle the request.[343]<br><br>A POSITA would have appreciated that, when a user needs information, the user makes a data query on its device in Steen's system. A POSITA would further understand that the device would go to the directory server for location information (i.e., query a location server).[344]<br><br>Based on the above teachings, Skagerwall discloses or renders obvious this element alone or in view of Steen, Yocum, and/or Boukobza. |
| **[17.d]** storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and | Skagerwall discloses or renders obvious this element.<br><br>Skagerwall teaches storing its data objects anywhere on the network in arbitrary locations, which makes locating them more complex.[345] As explained above regarding preambles, Skagerwall provides the plurality of directory servers to manage this process. Skagerwall teaches an "object tag" associated with each data object and used to identify the object on the network. As shown below in annotated Figure 1, Skagerwall's object tag and object data are associated with each other upon entry to the system. |

---

[343] Steen at 105.
[344] Steen at 105.
[345] Skagerwall at Abstract.

| U.S. Patent No. 7,233,978 | **Skagerwall alone or with Steen, Yocum, and/or Boukobza** |
|---|---|
| | 

**Skagerwall Fig.1 Annotated**

Skagerwall describes using the object tag to identify and organize the data objects across the system: "The object data is distributed according to a defined scheme onto the plurality of directory servers in order to be able to identify the directory server storing object data associated with a particular read object tag."[346] A POSITA would have understood the object tag to be the claimed "identifier string" because each object tag is a unique encoding identifying a data entity, and is associated with an application server address (i.e., a location string).

Based on the above teachings, Skagerwall discloses or renders obvious this element. |

---

[346] Skagerwall at Abstract.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| [17.e] transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit. | Skagerwall discloses or renders obvious this element. As described above, Skagerwall teaches a class of directory servers providing retrieval information. Skagerwall further teaches that the system relies on a plurality of servers and that it is scalable as it distributes the retrieval information and processing demands over multiple servers:<br><br>It is a key aspect of the invention that the data base of object data is distributed over a plurality of directory servers DS; DS1-DSn, allowing that the number of objects can be scaled almost arbitrarily by adding new directory servers to the existing ones for storing new object data. Each of the directory servers DS; DS1-DSn preferably stores object data related to a small number of the range of available object tags T; T1-Tw.[347]<br><br>Skagerwall goes on to explain that additional servers can be added and the retrieval information transferred between servers when more capcity is needed:<br><br>Specifically, the system is able to handle the insertion of new object data or removal of obsolete object data. Also, *in case the capacity of the system needs to be increased, new directory servers can be added and storage locations of object data can be rearranged accordingly*. Similarly, directory servers may be removed. All of this is accomplished by suitably arranging the hashtable H and suitably assigning directory servers for object data using the hashfunction.[348] |

[347] Skagerwall 8:15-22.
[348] Skagerwall, 11:19-27.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Skagerwall explains how the retrieval information can be transferred between the servers until it aligns with the new hashfunction accounting for the additional server: |
| | If a new directory server becomes available, it may be added to the hashtable H as a new record. Analogously, one of the directory severs could be removed, in which case one of the hashtable entries becomes vacant. |
| | However, in the case the number of available directory servers changed, previously stored object data was mapped onto the plurality of directory servers using a hashfunction based on the previous number of directory servers, whereas a target directory server is now identified based on a new number of directory servers. This will sometimes not lead to the directory server actually storing object data related to the desired object. In this case the hashfunction may be designed to interrogate the remaining directory servers according to a specific sequence until the directory server actually storing the desired object data has finally been identified. |
| | In the above case it is now preferred that the previously stored object data is transferred to the correct target directory server, i.e., the directory server which was determined based on the current, that is, new number of directory servers. The transfer can, e.g., be carried out, if upon a request object data are found not to be located at the correct directory server. |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | According to this proceeding, after the number of directory server changed, the data base of object data is gradually updated with respect to correct storage locations of object tags and associated object data, i.e., are moved to their respective target directory servers.[349]<br><br>Skagerwall describes the process for looking up retrieval information based on the newly transferred arrangement and distribution:<br><br>The steps described [below] with respect to FIG. 3 and FIG. 4 assure that object data related to an object tag is most likely stored on a directory server at location γ of the hashtable. Moreover it is assured, e.g., if a new directory server has been inserted or an old one has been removed that object data is rearranged appropriately.[350] |

[349] Skagerwall, 11:33-59
[350] Skagerwall, 14:62-67.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| |  |



| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Further, Steen describes the use of partitioning to a server with a high rate of request transactions: |
| | In particular, higher-level directory nodes not only have to handle a relatively large number of requests, they also have enormous storage demands. Our solution is to partition a directory node into one or more directory subnodes such that each subnode is responsible for a subset of the records originally stored at the directory node.[351] |
| | A POSITA would understand that the addition of one or more new servers, or "subnodes" and splitting the contents of the original server between would be done in response to this "large number of requests" as a solution to maintain performance. A POSITA would have seen the benefit to doing so to maintain the desired "lightning fast" response rate even for servers handling a high volume or requests. |
| | A POSITA would have been motivated to apply Yocum's assessment and corrective actions to Skagerwall's location servers. Skagerwall emphasizes the need to transfer data in response to capacity demands, while Yocum targets eliminating resource bottlenecks and assessing and responding to performance issues. A POSITA would have a reasonable expectation of success because both Skagerwall's location servers and Yocum's changing data locations are established parts of the art which a POSITA would have been familiar with and could easily implement without making significant changes to either. |

---

[351] Steen at 107-08.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Further, as shown above for claim element 17.pre-d, Skagerwall discloses a scalable plurality of location server storing locations associated with identifiers. And as shown below, Boukobza teaches monitoring the system to maintain performance levels.[352] And Boukobza provides that monitoring can be focused on certain criterion and limits.[353] Further, Boukobza discloses that that corrective actions can include adding a server or exporting data.[354] |
| | Boukobza teaches performance threshold monitoring and corrective actions: |
| | In conclusion, according to the present monitoring process, the use of autonomous agents makes it possible to ensure the proper running of the applications monitored in all of the nodes by means of an autonomous and efficient decision processing applied locally to the objects to be processed, when necessary to very rapidly feedback the useful information from the nodes to be monitored to the management node, and to automatically initiate actions on certain conditions or possibly to recommend an action. In this way, an effective monitoring of the objects functioning in the plurality of nodes is ensured and a significant increase in performance is obtained due to the independent capacity available to the various autonomous agents in their operation, the process applied in this case making it possible *to measure specific parameters of each object, to test conditions on these parameters relative to thresholds, and then to execute an action in order to warn of a* |

[352] E.g., Boukobza at 34:52-35:22.
[353] Boukobza at 34:43-51.
[354] Boukobza at 33:60-67.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | ***problem, to reconfigure or to correct.*** Measurements are collected in order to perform a later analysis for purposes of a statistical examination of the activity monitored. These collected measurements relate to all the types of objects to be monitored, for example, in this case instances such as data bases like Oracle or Informix, applications such as Tuxedo, Various machines or any one machine, a Distributed Print Facility (DPF), etc. Also, the synthetic aspect of a defined generically global object offers substantial freedom of action and allows efficient use of the tree structure concept with a great deal of precision relative to the evolution of the display granularity obtained. Correlations can be made between a plurality of different measurements, particularly between different object types, which means that intertype correlation is advantageously provided. ***Moreover, this process is portable to different platforms, due to its total independence from its operating environment***. Since the display occurs by means of a graphical interface specific to this process. This process is also able to allow any interfacing with any management system, offering the user integrated management, since the autonomous agents access different information through the existing standard protocols.[355] |
| | [F]or a given server in a given node: the average number of queued requests, per queue. To be done for all the servers. No display. Makes it possible to know if the number of duplicated servers has changed. If the average number of queued requests is >10 (the example 10 is slightly greater than the average number of active |

---

[355] *See* Boukobza at 34:52-35:22.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | clients requesting a service from the server) then action to add a server (up to the max).[356] |
| | Per 'tablespace', is the fill rate of the dbfiles>threshold X'? If yes, action 'ORA FREE TS'. |
| | calculates the maximum size of the fragments. If lower n: than the value of the next 'extent' then action 'ORA MAX FRG' and recording in the file 'actionlog'. |
| | comparison of the actual number of 'extents' with the maximum allowed 'MAXEXTENTS' (defined at the creation of the object, in the clause *'STORAGE').* In this case, the application using the table will be suspended ('abort'). This incident must be prevented. Action 'ORA MAX EXT' if the object reaches its 'maxextents'. Recording in |

---

[356] Boukobza at 33:60-67.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | 'actionlog.'[357] |
| | Finally, relative to specific module 'system', it must be possible, among other things, to monitor and measure the cpu time, the disk Space, the inputs/outputs, the storage, the exchange rate, the number of users, the pagination, the network, etc. Thus it is possible, for example, to measure the cpu utilization per second, with default display, or the input/output rate per second, or to identify the processors which are the largest users of cpu and collect them in order to perform an autonomous analysis ('offline', the).[358] |
| | [T]he parameter 'ORA-- FRAGMENT—TS', in which the measurement consists of verifying the condition which corresponds to the case in which the largest of the extents ('MAX—EXTENTS') of the tables of the table space ('Tablespace') is smaller than the largest hole of the table space, and if this condition is true, of sending an action proposition window in which it is indicated that the *table space ('Tablespace') must be reorganized* according to the following propositions: |
| | either a file is automatically created to enlarge the table space ('Tablespace'), |
| | or it requests when a standard 'export-- operation-- tables/import' command is to be executed, |

---

[357] Boukobza at 32:4-16.
[358] Boukobza at 34:43-51.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | or the administrator is requested to program the start of his reorganization utility. |
| | the parameter 'ORA—SCANLOG', in which the Oracle errors to be processed in the file 'alert.log' are predefined. A predefined action class corresponds to each error.[359] |
| | A POSITA would have understood that location server performance is an area to monitor because of their frequent use and connection to everything being done on the database. As a result, a POSITA would have been motivated to monitor Skagerwall's location servers' performance to ensure they maintain quality service for the users. Accordingly, a POSITA would have been motivated to apply Boukobza's teachings to monitor those location servers' performance and set specific thresholds. A POSITA would have been further motivated to set up corrective actions including adding additional location servers, reorganization, etc. Further, a POSITA would have understood that, in order maximize the benefit of the additional location server, the location and identifier information should be organized to reflect the best structure given the database structure. For a database such as the one provided by Skagerwall, a POSITA would have been motivated to export the location information related to either one office of the business or a specific time frame or similar partition structure. As a result, a POSITA would have found it obvious to separate the set of location information data into separate portions and transfer some portion of them onto a separate server to improve the performance. |

---

[359] Boukobza at 15:18-33.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | To the extent that that Skagerwall doesn't describe partitioning for a specific application to location servers, it would have been obvious to a POSITA to apply this performance correcting process taught by Steen to location servers based on Boukobza's teachings to monitor and correct to avoid failure and maintain performance. |
| | A POSITA would have been motivated to transfer a portion of Skagerwall's identifiers and associated locations to a second location server when a performance criterion of a first location server reaches a predetermined performance limit, based on Boukobza's teachings. A POSITA at the time would have been well aware that any poor performance on the system can affect performance and how quickly user requests are fulfilled. As a result, a POSITA would have been motivated to make sure that every server and process were working at optimal capacity, including both data storage servers and the supporting location servers. This would have helped the POSITA to optimize Skagerwall's performance. To that end, Skagerwall's disclosure of additional location servers would be combined with Boukobza's additional servers and reorganization in response to performance monitoring to balance the load on the location server. |
| | As a result, it would have been obvious to a POSITA monitoring performance of a location server that the benefits of partitioning would apply to a location server and that subpar location server processing could be improved by partitioning the location information. |
| | Based on the above teachings, Skagerwall discloses or renders this element obvious in view of Steen, Yocum, and/or Boukobza. Thus, Skagerwall in view of Steen, Yocum and/or Boukobza render obvious claim 17. |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| [23] The method of claim 17, wherein the performance criterion comprises an amount of available persistent storage space in the first location server. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e.<br><br>Specifically, Skagerwall further identifies capacity as a performance criteria that may warrant an additional server:<br><br>    Also, in case the capacity of the system needs to be increased, new directory servers can be added and storage locations of object data can be rearranged accordingly.[360]<br><br>A POSITA would be aware that persistent storage space in the first location server would be an obvious way of measuring capacity on the location service.<br><br>Moreover, Yocum discloses or alone renders obvious this claim element. As discussed for claim element 17.e, Yocum's teachings render obvious a first location server transferring a portion of location information associated with identifiers to a second location server when a performance criterion of the first location server reaches a predetermined performance limit. Further, Yocum highlights the need for storage capacity and availability as a core feature of a database to plan for and assess.<br><br>    If there is sufficient receiver value, at 1406 select donor means 123 is called to *find donors for the storage needed to start the additional servers* 163 on behalf of the receiver performance goal class.[361] |

[360] Skagerwall, 11:20-23.
[361] *See* Yocum at 11:46-49.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | The controlled variable that is adjusted for the donor class need not necessarily be the number 107 of servers 163 for that class. Any one of several different controlled variables of the donor class, such as MPL slots or protected processor storage, may be alternatively or additionally adjusted to provide the necessary storage for the additional servers 163. The manner of assessing the effect on the donor class of adjusting such controlled variables, while forming no part of the present invention, is described in U.S. Pat. Nos. 5,537,542 and 5,675,739. |
| | At 1407, a check is made to ensure that there is net value in *taking storage from the donors* to increase the number of servers 163 for the receiver class. As described in U.S. Pat. Nos. 5,675,739, this may be determined using one or more of several different criteria, such as whether the donor is projected to meet its goals after the resource reallocation.[362] |
| | Based on Yocum's identification of available storage space as an important factor of performance, it would have been obvious to a POSITA that this would be an option as a performance criterion. A POSITA would have been motivated to apply this to Skagerwall's location servers because new file sets are constantly being added to location servers and if there were no space to add them, the location services described in Skagerwall would fail. Accordingly, it would have been obvious to a POSITA that Yocum's available storage space performance criterion be applied to Skagerwlal's location service. |

[362] Yocum at 11:52-65.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Additionally, Boukobza's teachings render obvious this claim element. As discussed for claim element 17.e, Boukobza renders obvious a first location server transferring a portion of location information associated with identifiers to a second location server when a performance criterion of the first location server reaches a predetermined performance limit.<br><br>Further, Boukobza highlights the importance of storage capacity and availability as critical aspects of the database to plan for and monitor. For example, Boukobza describes features of distributed databases like Skagerwall that address such a concern and provides ways for the system to adjust and account for limitations while maintaining performance capabilities. To the extent that Boukobza doesn't disclose this claim, it would have been rendered obvious by Boukobza's description of the interplay between disk space utilization and connection performance. A POSITA would have been motivated to prevent performance failures by placing a limit on available persistent storage in Skagerwall's first location server.<br><br>      Per 'tablespace', is the fill rate of the dbfiles>threshold<br><br>      X'? If yes, action 'ORA FREE TS'.<br><br>      calculates the maximum size of the fragments. If lower<br><br>      n: than the value of the next 'extent' then action<br><br>      'ORA MAX FRG' and recording in the file<br><br>      'actionlog.' |

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | comparison of the actual number of 'extents' with the maximum allowed 'MAXEXTENTS' (defined at the creation of the object, in the clause *'STORAGE').* In this case, the application using the table will be suspended ('abort'). This incident must be prevented. Action 'ORA MAX EXT' if the object reaches its 'maxextents'. Recording in 'actionlog.'[363] |
| | Finally, relative to specific module 'system', it must be possible, among other things, to monitor and measure the cpu time, *the disk space*, the inputs/outputs, *the storage*, the exchange rate, the number of users, the pagination, the network, etc. Thus it is possible, for example, to measure the cpu utilization per second, with default display, or the input/output rate per second, or to identify the processors which are the largest users of cpu and collect them in order to perform an autonomous analysis ('offline', thc).[364] |
| | A POSITA would have been motivated for Skagerwall's system to use a performance criterion that monitors an amount of available persistent storage space |

[363] *See* Boukobza at 32:4-16.
[364] Boukobza at 34:43-51.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | in the first location server, based on Boukobza's or Yocum's teachings. This would have furthered the location server system's ability to store a large number of locations and identifiers in total. For a system containing large volumes of individual tables and locations where the storage space was a limitation, a POSITA would have been motivated to set this as a performance criterion to employ a second location server and spread the location and identifier data between the two servers to reduce the concern.<br><br>Based on the above teachings, Skagerwall discloses or renders this element obvious in view of Steen, Yocum, and/or Boukobza. Thus, Skagerwall in view of Steen, Yocum and/or Boukobza render obvious claim 23. |
| [24] The method of claim 17, wherein the performance criterion comprises a transaction rate limit. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e.<br><br>Additionally, Skagerwall discloses that processing transactions quickly is a concern and suggests using multiple components to lighten the load and reduce it:<br><br>The copies of the hashtable may advantageously be updated only periodically, in order to ***reduce processing time***. Providing copies of the hashtable at a plurality of devices of the system further ***reduces the response time of the system***, since look up operations can be performed by many devices.[365]<br><br>A POSITA would have understood that the volume of transactions is a key performance metric for a location server required to serve high volumes of requests for location information. As a result, it would have been obvious for a POSITA to identify transaction rate as a key performance indicator to use as a performance |

---

[365] Skagerwall, 5:31-37.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | criterion. Accordingly, Skagerwall alone renders obvious this claim element. |
| | Moreover, Yocum discloses or alone renders obvious this claim. As discussed for claim element 17.e, Yocum's teachings render obvious a first location server transferring a portion of location information associated with identifiers to a second location server when a performance criterion of the first location server reaches a predetermined performance limit. Further, Yocum highlights the need for processing transactions as a core feature of a database to plan for and assess. |
| | Systems in which incoming work requests are placed in a queue for assignment to an available server are well known in the art. Since the *frequency at which the incoming requests arrive* may not be readily controlled, the principal means of controlling system performance (*measured by queue delay or the like*) in such a queued system is to control the number of servers. Thus, it is known in the art to start an additional server *when the length of the queue being served reaches a certain high threshold* or to stop a server when the length of the queue being served reaches a certain low threshold.[366] |
| | Yocum further incorporates by reference the following patents which highlight the importance of transaction rate for performance:[367] |
| | U.S. Pat. No. 5,504,894 to D. F. Ferguson et al., entitled "Workload Manager for Achieving *Transaction Class Response Time Goals* in a |

[366] *See* Yocum at 1:13-23.
[367] *See* Yocum at 3:18-57.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Multiprocessing System"; |

U.S. Pat. No. 5,537,542 to C. K. Eilert et al., entitled "Apparatus and Method for Managing a *Server Workload* According to Client Performance Goals in a Client/Server Data *Processing System*";

U.S. Pat. No. 5,603,029 to J. D. Aman et al., entitled "System of Assigning *Work Requests* Based on Classifying into an Eligible Class Where the Criteria Is Goal Oriented and Capacity Information is Available";

U.S. Pat. No. 5,675,739 to C. K. Eilert et al., entitled "Apparatus and Method for Managing a Distributed Data *Processing System Workload* According to a Plurality of Distinct Processing Goal Types"

Based on Yocum's identification of processing and transaction requests as an important factor of performance, it would have been obvious to a POSITA that this would be an option as a performance criterion. A POSITA would have been motivated to apply this to Skagerwall's location servers because fulfilling requests for location information through transactions is the core function of a location server. A POSITA would have recognized the transaction rate as the primary means for measuring the workload of such a location server's processing demand. Accordingly, it would have been obvious to a POSITA that Yocum's transaction rate limit performance criterion be applied to Skagerwall's location service.

Further, Boukobza explains that processing and transaction rate-related criteria are important aspects of the database to monitor:

Finally, relative to specific module 'system', it must be possible,

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | among other things, *to monitor and measure the cpu time*, the disk space, the inputs/outputs, the storage, *the exchange rate*, the number of users, the pagination, the network, etc. Thus it is possible, for example, *to measure the cpu utilization per second*, with default display, or *the input/output rate per second, or to identify the processors which are the largest users of cpu* and collect them in order to perform an autonomous analysis ('offline', thc).[368] |
| | A POSITA would have understood that any system, including OracleNamesAdminGuide's, allocates finite space for transactions and that this finite space comprises a "rate limit." To the extent that any of these references don't teach the claimed "transaction rate limit," it would have been obvious to a POSITA to apply a targeted transaction rate to monitor transactional activity and prevent processing failure. |
| | A POSITA would have been motivated to have the Skagerwall system use a performance criterion that monitors a transaction rate limit, based on Boukobza's and Yocum's teachings. For a system with a high transaction volume where processing capability and time are concerns, a POSITA would have been motivated to set a transaction rate limit as a performance criterion and to employ a second location server which could handle a portion of the transactions for the system and improve performance times. |
| | Based on the above teachings, Skagerwall discloses or renders this element obvious in view of Steen, Yocum, and/or Boukobza. Thus, Skagerwall in view of |

---

[368] *See* Boukobza at 34:43-51.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | Steen, Yocum and/or Boukobza render obvious claim 24. |
| [30] The method of claim 17, wherein transferring a portion of the identifiers and associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit. | To the extent this claim language can be understood, see above evidence regarding claim limitation 17.e. Further, a POSITA would have appreciated the benefits of automation. A POSITA would have recognized the delays that manual responses can have. And a POSITA would have further recognized the damage that delays can have to the user causing downtime and making the database ineffective. As a result, a POSITA would have been motivated to automate the performance assessment and response from Boukobza and Yocum to Skagerwall's location servers. Moreover, Yocum discloses automating the performance assessment and corrective actions based on predetermined performance criterion. As an example, if the performance criterion and limit were not predetermined, the location server could fail before the correction is applied. A POSITA would have appreciated that having a location server down would prevent requests from being fulfilled and take that entire portion of the database offline harming both users (salespeople, analysts, etc.) and company productivity as a whole. As a result, it would be obvious from Yocum that the performance criterion should be predetermined, rather than identified after the problem has already occurred. <blockquote>Subsequent spaces 164 are started when required to support the workload (see policy adjustment discussion below). Preferably, the mechanism to start spaces 164 has several features to avoid common problems in other implementations that automatically start spaces.[369]</blockquote> |

---

[369] *See* Yocum at 6:39-43.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
|  | Once a server 163 is started, logic is also included to automatically replace a server should it fail unexpectedly. Idle servers 163 with identical server definition information but serving different queues 161 for the same work manager 160 may be moved between queues in order to satisfy requests to increase the number of servers 163 for a particular queue, thus avoiding the overhead of starting an entirely new server.[370] |
|  | A POSITA would have understood that any corrective step, including the transfer of a portion of identifiers and associated locations, could be automated. A POSITA would see the benefits in faster response time that would come from automating the response. As a result, it would have been obvious for a POSITA to automate the response once a performance criterion had been met. |
|  | Further, Boukobza discloses automating the performance assessment and corrective actions. Based on Boukobza's teachings, a POSITA would have found it obvious to automate transferring the portion of identifiers and associated locations when the first location server reaches a predetermined limit. For example, an administrator could add a script setting up a minimum storage space available of 500,000 bytes or a maximum of 100 transaction requests/second to trigger the addition of another location server to provide the desired location information to users. If the space available goes below 500,000 bytes or the requested transactions goes above 100/second, then the script would automatically add a new location server and transfer a portion of the location and identifier information onto the second location server. This would be obvious for a POSITA to maintain |

---

[370] Yocum at 13:34-41.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | consistent performance without devoting constant administrator involvement. |
| | [T]he use of *autonomous agents makes it possible to ensure the proper running of the applications monitored in all of the nodes by means of an autonomous and efficient decision processing* applied locally to the objects to be processed, when necessary to very rapidly feedback the useful information from the nodes to be monitored to the management node, and *to automatically initiate actions on certain conditions or possibly to recommend an action*. In this way, an effective monitoring of the objects functioning in the plurality of nodes is ensured and a significant increase in performance is obtained due to the independent capacity available to the various autonomous agents in their operation, the process applied in this case making it possible to measure specific parameters of each object, *to test conditions on these parameters relative to thresholds, and then to execute an action in order to warn of a problem, to reconfigure or to correct*.[371] |
| | If a dispatcher is very busy ('delta(v\$dispatcher.busy)/delta(t)>50%') and the cpu utilization rate of the node is not too high (<80%), then it is necessary to add a dispatcher with the same protocol (*automatic action or recommendation*). |
| | If the wait time/number of responses ('v\$queue.wait/v\$queue.totalq') in the response queue of the |

[371] *See* Boukobza at 34:53-35:2.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | dispatcher is increasing regularly and the cpu utilization rate of the node is not too high (<80w), then it is necessary to add a dispatcher with the same protocol (*automatic action or recommendation*).

When or a SID Current Connected Clients=or a SID Reserved Connections, then the dispatcher connection requests go to dedicated servers.

To monitor the number of connections (average, current) in each dispatcher and in each shared server.[372]

Thus, according to the idea of the invention and contrary to all expectation, the use of autonomous agents makes it possible to ensure the proper running of the monitored applications in all of the nodes by means of an autonomous and efficient process, to rapidly feed back the useful information from the nodes to the management node, and *to automatically initiate actions on certain conditions* or possibly to recommend an action.[373]

As an example, if the performance criterion and limit weren't predetermined, a POSITA would have understood that Skagerwall's location server could fail before the application of a correction. A POSITA would have appreciated that having a location server down would prevent requests from being fulfilled and take that entire portion of the database offline harming both users (salespeople, analysts, etc.) and company productivity as a whole. As a result, based on Boukobza's teachings, a POSITA would have found it obvious to predetermine the |

[372] Boukobza at 32:53-67.
[373] Boukobza at 2:39-46.

| U.S. Patent No. 7,233,978 | Skagerwall alone or with Steen, Yocum, and/or Boukobza |
|---|---|
| | performance criterion, rather than having the system attempt to identify the criterion after the occurrence of a problem. |
| | To the extent the above teachings don't expressly disclose or render obvious automating these processes, it would have been obvious to a POSITA to automate the monitoring and tuning of database performance, including the crucial performance of the location servers. A POSITA would have been motivated to automate these processes to ensure the optimal performance of the database at all times and to proactively prevent issues from affecting the end user and harming the objectives of the database to support those users. |
| | A POSITA would have been motivated for Skagerwall's system to use a performance criterion that monitors a transaction rate limit, based on Boukobza's and Yocum's teachings. For those with limited resources to devote to maintaining performance, a POSITA would have been motivated to automate tasks and minimize the time necessary for ongoing and repeated tasks related to maintaining performance. For example, a POSITA would have understood location servers routinely need to be added in an expanding system wherein automating the addition of more location servers when the number of transactions or available space or any performance criterion of concern reached a certain level would both maintain performance of the database system and reduce the time necessary to do. |
| | Based on the above teachings, Skagerwall discloses or renders this element obvious in view of Steen, Yocum, and/or Boukobza. Thus, Skagerwall in view of Steen, Yocum and/or Boukobza render obvious claim 30. |