# Exhibit K22

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KOVE IO, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-08175 |
| | ) | |
| AMAZON WEB SERVICES, INC., | ) | Hon. Matthew F. Kennelly |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SUPPLEMENTAL RESPONSE TO PLAINTIFF'S SEVENTH SET OF INTERROGATORIES BY AMAZON (NOS. 19-22)

Pursuant to Federal Rule of Civil Procedure 33 and the rules and orders of this Court, Defendant Amazon Web Services, Inc. ("Amazon") hereby responds with supplemental responses and objections set forth below to Plaintiff Kove IO, Inc.'s ("Kove") Seventh Set of Interrogatories to Amazon (Nos. 19-22). Specifically, Amazon supplements below its responses and objections to Interrogatory Nos. 19-21. Amazon has previously supplemented its response to Interrogatory No. 22.[1] Amazon's investigation concerning the matters raised by Kove's Interrogatories, including Kove's outstanding discovery, is continuing, and, pursuant to Federal Rule of Civil Procedure 26(e), Amazon expressly reserves the right to amend and/or supplement these responses and its production of documents if it learns of additional responsive information.

## GENERAL OBJECTIONS

Amazon hereby incorporates its General Objections set forth in its Response to Plaintiff's First Set of Interrogatories, its First Amended Response to Plaintiff's First Set of Interrogatories and its Second Supplemental Response to Plaintiff's First Set of Interrogatories.

---

[1] Amazon's Supplemental Response and Objections to Plaintiff's Seventh Set of Interrogatories (No. 22), dated December 3, 2021.

████████████████████████████████████████████

████████████████████████████████████

██████████████████████████████

****

AWS identifies James Sorenson, Rande Blackman, and Tim Rath as knowledgeable about the DynamoDB modes and features and in addition to the above, AWS further identifies the deposition testimony of James Sorenson regarding DynamoDB. AWS identifies the product managers for DynamoDB as knowledgeable regarding pricing, including former product managers Dave Lang and Jeffrey Wierer and former general manager Swami Sivasubramanian.

**DynamoDB Durability**

DynamoDB is built for high data durability. It is estimated that DynamoDB has 12 9's of durability. A magnitude of 12 9's durability corresponds to an average annual expected loss of 0.0000000001% of data. Therefore, if there are 1 million log entries with DynamoDB, the expected loss of a single log entry is once in a 1 million years. DynamoDB automatically spreads the data and traffic for tables over a sufficient number of servers to handle throughput and storage requirements. All of the data is stored on solid-state disks (SSDs) and is automatically replicated across multiple Availability Zones in an AWS Region, providing built-in high availability and data durability.

**DynamoDB Availability**

All DynamoDB data is replicated across multiple Availability Zones in an AWS Region, providing built-in high availability. AMZ_KOVE_000390577 shows the DynamoDB availability at the ███████████ for the US non-government regions. This is the best proxy for the availability experienced by a customer.

In DynamoDB, partitions aren't physically moved between ▮▮▮▮▮▮▮▮. Partition replicas can be added or removed on ▮▮▮▮▮▮▮▮. Therefore, there's no metric for partition moves in response to this request.

- AMZ_KOVE_000390574 shows the rate of data shipped to and from ▮▮▮▮▮▮▮▮, which is the best proxy for this request. AWS doesn't have this data for the CMH (Columbus) region.

n. DDB: The number of times that a ▮▮▮▮▮▮▮▮ is added or removed (for any reason, including failure)

- AMZ_KOVE_000390575 shows the change in ▮▮▮▮▮▮▮▮▮▮ by region for ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ "removes" and "adds" may cancel each other out in any given interval, but this data is the best available proxy for add/removes.

o: DDB: The number of times that a ▮▮▮▮▮▮▮ is added or removed (for any reason, including failure)

- AMZ_KOVE_000390576 shows the absolute count of ▮▮▮▮ over 1-week intervals as well as changes week-on-week for the full duration that the metric is available. This data will capture moves and adds on a cumulative basis, though removes and adds may cancel each other out in any given interval. This is the best available metric to capture ▮▮▮▮ adds/removes over an extended period.

AWS identifies Donal Walsh as knowledgeable regarding the identified DynamoDB metrics and incorporates his deposition testimony.

**END HIGHLY CONFIDENTIAL INFORMATION**

Dated: April 13, 2023         Respectfully Submitted,

                              AMAZON WEB SERVICES, INC.

By: */s/ Jeffrey M. Saltman*

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Defendant Amazon Web Services, Inc.*

# CERTIFICATE OF SERVICE

I certify that on April 13, 2023, the foregoing **SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SEVENTH SET OF INTERROGATORIES BY AMAZON (NOS. 19-22),** was electronically served on counsel of record *via* email.

*/s/ Jeffrey M. Saltman*
Jeffrey M. Saltman