# Exhibit K23

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1-18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | **JURY TRIAL DEMANDED** |
| Amazon Web Services, Inc., | |
| Defendant. | |

## KOVE'S SEVENTH AMENDED OBJECTIONS AND RESPONSES TO AWS'S FIRST SET OF INTERROGATORIES (NOS. 1, 2, 5, 6, 9)

Plaintiff Kove IO, Inc. ("Plaintiff" or "Kove"), by and through their undersigned counsel, Federal Rules of Civil Procedure 26 and 33, the Northern District of Illinois Local Rules ("Local Rules"), and by any applicable procedures, laws, or Court orders, hereby serves the following seventh amended responses to AWS's First Set of Interrogatories ("Interrogatories") (Nos. 1, 2, 5, 6, 9) of Amazon Web Services, Inc. ("Defendant" or "AWS").

## PRELIMINARY STATEMENT

1. Kove incorporates by reference each general objection in its First Amended Responses to AWS's First Set of Interrogatories (Nos. 2-5) into each specific response. The specific response may repeat a general objection for emphasis or any other reason and/or may also include one or more specific objection(s). The failure to include any general objection in any specific response shall not be interpreted as a waiver of any general objection to that response.

2. Kove's responses to AWS's Interrogatories are made to the best of Kove's present knowledge, information, and belief. Kove reserves the right to supplement or amend these responses should future investigation indicate that such supplementation or amendment is

1

by the Federal Rules, Local Rules and any applicable local procedures, laws, or Court orders.

Kove objects to this Interrogatory to the extent that it seeks information or documents that are not relevant to any parties' claims or defenses in this litigation, and as being unduly broad, unduly burdensome, and disproportionate.

Kove reserves the right to update this Interrogatory response as discovery continues and as Kove furthers its investigation, and reserves the right to rely on facts, documents, testimony, or other evidence that may develop or come to its attention through the ordinary course of this case. This includes information that may be in possession of third parties. Kove further reserves the right to update this Interrogatory response as the parties obtain discovery and expert discovery.

Subject to the foregoing general and specific objections, to the extent Kove can understand this Interrogatory, Kove responds as follows:

Kove identifies at this time John Overton, Chief Executive Officer of Kove, who may have become generally aware of Amazon S3 at least on or around March 14, 2006 and who may have become generally aware of Amazon DynamoDB at least on or around January 18, 2012, and Stephen Bailey may have become generally aware of Amazon S3 at least on or around March 14, 2006 and may have become generally aware of Amazon DynamoDB at least on or around January 18, 2012.

Pursuant to Federal Rule of Civil Procedure Rule 33(d), Kove identifies the following documents: KOV_00126084, KOV_00163061.

**<u>INTERROGATORY NO. 9:</u>**

Describe in detail the factual and legal bases for your allegation that Amazon's actions constitute willful patent infringement, if you so contend, including a detailed explanation of the circumstances under which Kove first became aware of Amazon's alleged infringement for each

Patent-in-Suit.

**KOVE'S THIRD AMENDED RESPONSE TO INTERROGATORY NO. 9:**

In addition to its general objections, Kove specifically objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, attorney work-product doctrine, or any other applicable privilege or exception. Kove further objects to this Interrogatory on the grounds that it is vague, unclear, overbroad, and unduly burdensome, including, without limitation, with respect to its use of the terms "legal bases," "detailed explanation of the circumstances," and "Kove first became aware of Amazon's alleged infringement."

Kove also objects to this Interrogatory to the extent it purports to require Kove to marshal its evidence in advance of deadlines prescribed by the Federal Rules, Local Rules and any applicable local procedures, laws, or Court orders.

Kove also objects to this Interrogatory as premature to the extent it seeks Kove's expert opinions and/or disputed legal or factual contentions before the appropriate deadlines prescribed by the Federal Rules, Local Rules and any applicable local procedures, laws, or Court orders.

Kove objects to this Interrogatory to the extent that it seeks information or documents that are not relevant to any parties' claims or defenses in this litigation, and as being unduly broad, unduly burdensome, and disproportionate.

Kove further objects to this Interrogatory as compound and constituting multiple interrogatories.

Subject to the foregoing general and specific objections, to the extent Kove can understand this Interrogatory, Kove responds as follows:

AWS's actions show that its patent infringement has been willful. AWS has been aware of the Patents-In-Suit for many years, as evidenced by the fact that patents and patent applications

owned by Amazon Technologies, Inc., which is related to AWS, have cited to the Patents-In-Suit.

*See* AWS's Response to Kove's Interrogatory No. 1. For example:

**7,233,978**

| Citations to U.S. Pat. No. 7,233,978 | | | |
|---|---|---|---|
| Entry | Patent No. | Assignee | Title |
| 1 | 11,025,747 | Amazon Technologies, Inc. | Content request pattern-based routing system |
| 2 | 10,958,501 | Amazon Technologies, Inc. | Request routing information based on client IP groupings |
| 3 | 10,951,725 | Amazon Technologies, Inc. | Request routing processing |
| 4 | 10,938,884 | Amazon Technologies, Inc. | Origin server cloaking using virtual private cloud network environments |
| 5 | 10,931,738 | Amazon Technologies, Inc. | Point of presence management in request routing |
| 6 | 10,862,852 | Amazon Technologies, Inc. | Resolution of domain name requests in heterogeneous network environments |
| 7 | 10,831,549 | Amazon Technologies, Inc. | Multi-region request-driven code execution system |
| 8 | 10,797,995 | Amazon Technologies, Inc. | Request routing based on class |
| 9 | 10,785,037 | Amazon Technologies, Inc. | Managing secure content in a content delivery network |
| 10 | 10,783,077 | Amazon Technologies, Inc. | Managing resources using resource expiration data |
| 11 | 10,778,554 | Amazon Technologies, Inc. | Latency measurement in resource requests |
| 12 | 10,771,552 | Amazon Technologies, Inc. | Content management |
| 13 | 10,742,550 | Amazon Technologies, Inc. | Updating routing information based on client location |
| 14 | 10,728,133 | Amazon Technologies, Inc. | Routing mode and point-of-presence selection service |

| 15 | 10,691,752 | Amazon Technologies, Inc. | Routing based request correlation |
|---|---|---|---|
| 16 | 10,666,756 | Amazon Technologies, Inc. | Request management for hierarchical cache |
| 17 | 10,645,149 | Amazon Technologies, Inc. | Content delivery reconciliation |
| 18 | 10,645,056 | Amazon Technologies, Inc. | Source-dependent address resolution |
| 19 | 10,623,408 | Amazon Technologies, Inc. | Context sensitive object management |
| 20 | 10,616,250 | Amazon Technologies, Inc. | Network addresses with encoded DNS-level information |
| 21 | 10,616,179 | Amazon Technologies, Inc. | Selective routing of domain name system (DNS) requests |
| 22 | 10,601,767 | Amazon Technologies, Inc. | DNS query processing based on application information |
| 23 | 10,592,578 | Amazon Technologies, Inc. | Predictive content push-enabled content delivery network |
| 24 | 10,574,787 | Amazon Technologies, Inc. | Translation of resource identifiers using popularity information upon client request |
| 25 | 10,554,748 | Amazon Technologies, Inc. | Content management |
| 26 | 10,542,079 | Amazon Technologies, Inc. | Automated profiling of resource usage |
| 27 | 10,530,874 | Amazon Technologies, Inc. | Locality based content distribution |
| 28 | 10,523,783 | Amazon Technologies, Inc. | Request routing utilizing client location information |
| 29 | 10,521,348 | Amazon Technologies, Inc. | Managing resources using resource expiration data |
| 30 | 10,516,590 | Amazon Technologies, Inc. | External health checking of virtual private cloud network environments |
| 31 | 10,511,567 | Amazon Technologies, Inc. | Network resource identification |
| 32 | 10,506,029 | Amazon Technologies, Inc. | Content distribution network |
| 33 | 10,505,961 | Amazon Technologies, Inc. | Digitally signed network address |

| 34 | 10,503,613 | Amazon Technologies, Inc. | Efficient serving of resources during server unavailability |
|---|---|---|---|
| 35 | 10,491,534 | Amazon Technologies, Inc. | Managing resources and entries in tracking information in resource cache components |
| 36 | 10,469,513 | Amazon Technologies, Inc. | Encrypted network addresses |
| 37 | 10,469,442 | Amazon Technologies, Inc. | Adaptive resolution of domain name requests in virtual private cloud network environments |
| 38 | 10,469,355 | Amazon Technologies, Inc. | Traffic surge management for points of presence |
| 39 | 10,447,648 | Amazon Technologies, Inc. | Assignment of a POP to a DNS resolver based on volume of communications over a link between client devices and the POP |
| 40 | 10,374,955 | Amazon Technologies, Inc. | Managing network computing components utilizing request routing |
| 41 | 10,372,499 | Amazon Technologies, Inc. | Efficient region selection system for executing request-driven code |
| 42 | 10,348,639 | Amazon Technologies, Inc. | Use of virtual endpoints to improve data transmission rates |
| 43 | 10,305,797 | Amazon Technologies, Inc. | Request routing based on class |
| 44 | 10,270,878 | Amazon Technologies, Inc. | Routing for origin-facing points of presence |
| 45 | 10,264,062 | Amazon Technologies, Inc. | Request routing using a popularity identifier to identify a cache component |
| 46 | 10,257,307 | Amazon Technologies, Inc. | Reserved cache space in content delivery networks |
| 47 | 10,230,819 | Amazon Technologies, Inc. | Translation of resource identifiers using popularity information upon client request |
| 48 | 10,225,362 | Amazon Technologies, Inc. | Processing DNS queries to identify pre-processing information |
| 49 | 10,225,326 | Amazon Technologies, Inc. | Point of presence based data uploading |

| 50 | 10,225,322 | Amazon Technologies, Inc. | Point of presence management in request routing |
|----|------------|---------------------------|--------------------------------------------------|
| 51 | 10,218,584 | Amazon Technologies, Inc. | Forward-based resource delivery network management techniques |
| 52 | 10,205,698 | Amazon Technologies, Inc. | Source-dependent address resolution |
| 53 | 10,200,402 | Amazon Technologies, Inc. | Mitigating network attacks |
| 54 | 10,180,993 | Amazon Technologies, Inc. | Routing based request correlation |
| 55 | 10,158,729 | Amazon Technologies, Inc. | Locality based content distribution |
| 56 | 10,157,135 | Amazon Technologies, Inc. | Cache optimization |
| 57 | 10,116,584 | Amazon Technologies, Inc. | Managing content delivery network service providers |
| 58 | 10,110,694 | Amazon Technologies, Inc. | Adaptive transfer rate for retrieving content from a server |
| 59 | 10,097,566 | Amazon Technologies, Inc. | Identifying targets of network attacks |
| 60 | 10,097,448 | Amazon Technologies, Inc. | Routing mode and point-of-presence selection service |
| 61 | 10,097,398 | Amazon Technologies, Inc. | Point of presence management in request routing |
| 62 | 10,091,096 | Amazon Technologies, Inc. | Routing mode and point-of-presence selection service |
| 63 | 10,079,742 | Amazon Technologies, Inc. | Latency measurement in resource requests |
| 64 | 10,075,551 | Amazon Technologies, Inc. | Request management for hierarchical cache |
| 65 | 10,049,051 | Amazon Technologies, Inc. | Reserved cache space in content delivery networks |
| 66 | 10,033,691 | Amazon Technologies, Inc. | Adaptive resolution of domain name requests in virtual private cloud network environments |
| 67 | 10,033,627 | Amazon Technologies, Inc. | Routing mode and point-of-presence selection service |

| 68 | 10,027,582 | Amazon Technologies, Inc. | Updating routing information based on client location |
|----|------------|---------------------------|---------------------------------------------------|
| 69 | 10,021,179 | Amazon Technologies, Inc. | Local resource delivery network |
| 70 | 10,015,241 | Amazon Technologies, Inc. | Automated profiling of resource usage |
| 71 | 10,015,237 | Amazon Technologies, Inc. | Point of presence management in request routing |
| 72 | 9,992,303 | Amazon Technologies, Inc. | Request routing utilizing client location information |
| 73 | 9,992,086 | Amazon Technologies, Inc. | External health checking of virtual private cloud network environments |
| 74 | 9,985,927 | Amazon Technologies, Inc. | Managing content delivery network service providers by a content broker |
| 75 | 9,954,934 | Amazon Technologies, Inc. | Content delivery reconciliation |
| 76 | 9,930,131 | Amazon Technologies, Inc. | Request routing processing |
| 77 | 9,929,959 | Amazon Technologies, Inc. | Managing network computing components utilizing request routing |
| 78 | 9,912,740 | Amazon Technologies, Inc. | Latency measurement in resource requests |
| 79 | 9,894,168 | Amazon Technologies, Inc. | Locality based content distribution |
| 80 | 9,893,957 | Amazon Technologies, Inc. | Forward-based resource delivery network management techniques |
| 81 | 9,888,089 | Amazon Technologies, Inc. | Client side cache management |
| 82 | 9,887,932 | Amazon Technologies, Inc. | Traffic surge management for points of presence |
| 83 | 9,887,931 | Amazon Technologies, Inc. | Traffic surge management for points of presence |
| 84 | 9,887,915 | Amazon Technologies, Inc. | Request routing based on class |
| 85 | 9,832,141 | Amazon Technologies, Inc. | Routing based request correlation |
| 86 | 9,819,567 | Amazon Technologies, Inc. | Traffic surge management for points of presence |

| 87 | 9,800,539 | Amazon Technologies, Inc. | Request routing management based on network components |
|---|---|---|---|
| 88 | 9,794,281 | Amazon Technologies, Inc. | Identifying sources of network attacks |
| 89 | 9,794,216 | Amazon Technologies, Inc. | Request routing in a networked environment |
| 90 | 9,787,775 | Amazon Technologies, Inc. | Point of presence management in request routing |
| 91 | 9,787,599 | Amazon Technologies, Inc. | Managing content delivery network service providers |
| 92 | 9,774,619 | Amazon Technologies, Inc. | Mitigating network attacks |
| 93 | 9,742,795 | Amazon Technologies, Inc. | Mitigating network attacks |
| 94 | 9,734,472 | Amazon Technologies, Inc. | Request routing utilizing cost information |
| 95 | 9,712,484 | Amazon Technologies, Inc. | Managing request routing information utilizing client identifiers |
| 96 | 9,712,325 | Amazon Technologies, Inc. | Managing secure content in a content delivery network |
| 97 | 9,628,554 | Amazon Technologies, Inc. | Dynamic content delivery |
| 98 | 9,621,660 | Amazon Technologies, Inc. | Locality based content distribution |
| 99 | 9,608,957 | Amazon Technologies, Inc. | Request routing using network computing components |
| 100 | 9,590,946 | Amazon Technologies, Inc. | Managing content delivery network service providers |
| 101 | 9,571,389 | Amazon Technologies, Inc. | Request routing based on class |
| 102 | 9,544,394 | Amazon Technologies, Inc. | Network resource identification |
| 103 | 9,525,659 | Amazon Technologies, Inc. | Request routing utilizing point of presence load information |
| 104 | 9,515,949 | Amazon Technologies, Inc. | Managing content delivery network service providers |

| 105 | 9,497,259 | Amazon Technologies, Inc. | Point of presence management in request routing |
|-----|-----------|----------------------------|-----------------------------------------------|
| 106 | 9,495,338 | Amazon Technologies, Inc. | Content distribution network |
| 107 | 9,479,476 | Amazon Technologies, Inc. | Processing of DNS queries |
| 108 | 9,451,046 | Amazon Technologies, Inc. | Managing CDN registration by a storage provider |
| 109 | 9,444,759 | Amazon Technologies, Inc. | Service provider registration by a content broker |
| 110 | 9,407,699 | Amazon Technologies, Inc. | Content management |
| 111 | 9,407,681 | Amazon Technologies, Inc. | Latency measurement in resource requests |
| 112 | 9,391,949 | Amazon Technologies, Inc. | Request routing processing |
| 113 | 9,332,078 | Amazon Technologies, Inc. | Locality based content distribution |
| 114 | 9,323,577 | Amazon Technologies, Inc. | Automated profiling of resource usage |
| 115 | 9,294,391 | Amazon Technologies, Inc. | Managing network computing components utilizing request routing |
| 116 | 9,288,153 | Amazon Technologies, Inc. | Processing encoded content |
| 117 | 9,253,065 | Amazon Technologies, Inc. | Latency measurement in resource requests |
| 118 | 9,251,112 | Amazon Technologies, Inc. | Managing content delivery network service providers |
| 119 | 9,246,776 | Amazon Technologies, Inc. | Forward-based resource delivery network management techniques |
| 120 | 9,237,114 | Amazon Technologies, Inc. | Managing resources in resource cache components |
| 121 | 9,210,235 | Amazon Technologies, Inc. | Client side cache management |
| 122 | 9,208,097 | Amazon Technologies, Inc. | Cache optimization |
| 123 | 9,191,458 | Amazon Technologies, Inc. | Request routing using a popularity identifier at a DNS nameserver |

| 124 | 9,191,338 | Amazon Technologies, Inc. | Request routing in a networked environment |
|-----|-----------|---------------------------|---------------------------------------------|
| 125 | 9,185,012 | Amazon Technologies, Inc. | Latency measurement in resource requests |
| 126 | 9,176,894 | Amazon Technologies, Inc. | Managing resources using resource expiration data |
| 127 | 9,172,674 | Amazon Technologies, Inc. | Managing request routing information utilizing performance information |
| 128 | 9,160,703 | Amazon Technologies, Inc. | Request routing management based on network components |
| 129 | 9,154,551 | Amazon Technologies, Inc. | Processing DNS queries to identify pre-processing information |
| 130 | 9,135,048 | Amazon Technologies, Inc. | Automated profiling of resource usage |
| 131 | 9,130,756 | Amazon Technologies, Inc. | Managing secure content in a content delivery network |
| 132 | 9,106,701 | Amazon Technologies, Inc. | Request routing management based on network components |
| 133 | 9,083,743 | Amazon Technologies, Inc. | Managing request routing information utilizing performance information |
| 134 | 9,083,675 | Amazon Technologies, Inc. | Translation of resource identifiers using popularity information upon client request |
| 135 | 9,026,616 | Amazon Technologies, Inc. | Content delivery reconciliation |
| 136 | 9,021,129 | Amazon Technologies, Inc. | Request routing utilizing client location information |
| 137 | 9,021,128 | Amazon Technologies, Inc. | Request routing using network computing components |
| 138 | 9,021,127 | Amazon Technologies, Inc. | Updating routing information based on client location |
| 139 | 9,009,286 | Amazon Technologies, Inc. | Locality based content distribution |
| 140 | 9,003,040 | Amazon Technologies, Inc. | Request routing processing |

| 141 | 9,003,035 | Amazon Technologies, Inc. | Point of presence management in request routing |
|---|---|---|---|
| 142 | 8,996,664 | Amazon Technologies, Inc. | Translation of resource identifiers using popularity information upon client request |
| 143 | 8,938,526 | Amazon Technologies, Inc. | Request routing management based on network components |
| 144 | 8,930,544 | Amazon Technologies, Inc. | Network resource identification |
| 145 | 8,930,513 | Amazon Technologies, Inc. | Latency measurement in resource requests |
| 146 | 8,924,528 | Amazon Technologies, Inc. | Latency measurement in resource requests |
| 147 | 8,819,283 | Amazon Technologies, Inc. | Request routing in a networked environment |
| 148 | 8,788,671 | Amazon Technologies, Inc. | Managing content delivery network service providers by a content broker |
| 149 | 8,782,236 | Amazon Technologies, Inc. | Managing resources using resource expiration data |
| 150 | 8,756,341 | Amazon Technologies, Inc. | Request routing utilizing popularity information |
| 151 | 8,756,325 | Amazon Technologies, Inc. | Content management |
| 152 | 8,732,309 | Amazon Technologies, Inc. | Request routing utilizing cost information |
| 153 | 8,713,156 | Amazon Technologies, Inc. | Request routing based on class |
| 154 | 8,688,837 | Amazon Technologies, Inc. | Dynamically translating resource identifiers for request routing using popularity information |
| 155 | 8,676,918 | Amazon Technologies, Inc. | Point of presence management in request routing |
| 156 | 8,639,817 | Amazon Technologies, Inc. | Content management |
| 157 | 8,626,950 | Amazon Technologies, Inc. | Request routing processing |
| 158 | 8,606,996 | Amazon Technologies, Inc. | Cache optimization |
| 159 | 8,601,090 | Amazon Technologies, Inc. | Network resource identification |

| 160 | 8,583,776 | Amazon Technologies, Inc. | Managing content delivery network service providers |
|---|---|---|---|
| 161 | 8,577,992 | Amazon Technologies, Inc. | Request routing management based on network components |
| 162 | 8,543,702 | Amazon Technologies, Inc. | Managing resources using resource expiration data |
| 163 | 8,533,293 | Amazon Technologies, Inc. | Client side cache management |
| 164 | 8,521,885 | Amazon Technologies, Inc. | Dynamically translating resource identifiers for request routing using popularity information |
| 165 | 8,521,880 | Amazon Technologies, Inc. | Managing content delivery network service providers |
| 166 | 8,521,851 | Amazon Technologies, Inc. | DNS query processing using resource identifiers specifying an application broker |
| 167 | 8,510,448 | Amazon Technologies, Inc. | Service provider registration by a content broker |
| 168 | 8,495,220 | Amazon Technologies, Inc. | Managing CDN registration by a storage provider |
| 169 | 8,468,247 | Amazon Technologies, Inc. | Point of presence management in request routing |
| 170 | 8,463,877 | Amazon Technologies, Inc. | Dynamically translating resource identifiers for request routing using popularitiy information |
| 171 | 8,458,360 | Amazon Technologies, Inc. | Request routing utilizing client location information |
| 172 | 8,458,250 | Amazon Technologies, Inc. | Request routing using network computing components |
| 173 | 8,452,874 | Amazon Technologies, Inc. | Request routing processing |
| 174 | 8,447,831 | Amazon Technologies, Inc. | Incentive driven content delivery |
| 175 | 8,438,263 | Amazon Technologies, Inc. | Locality based content distribution |

| 176 | 8,423,667 | Amazon Technologies, Inc. | Updating routing information based on client location |
|---|---|---|---|
| 177 | 8,412,823 | Amazon Technologies, Inc. | Managing tracking information entries in resource cache components |
| 178 | 8,402,137 | Amazon Technologies, Inc. | Content management |
| 179 | 8,397,073 | Amazon Technologies, Inc. | Managing secure content in a content delivery network |
| 180 | 8,386,596 | Amazon Technologies, Inc. | Request routing based on class |
| 181 | 8,352,615 | Amazon Technologies, Inc. | Content management |
| 182 | 8,352,614 | Amazon Technologies, Inc. | Content management |
| 183 | 8,352,613 | Amazon Technologies, Inc. | Content management |
| 184 | 8,346,937 | Amazon Technologies, Inc. | Content management |
| 185 | 8,321,588 | Amazon Technologies, Inc. | Request routing utilizing client location information |
| 186 | 8,321,568 | Amazon Technologies, Inc. | Content management |
| 187 | 8,301,778 | Amazon Technologies, Inc. | Service provider registration by a content broker |
| 188 | 8,301,748 | Amazon Technologies, Inc. | Managing CDN registration by a storage provider |
| 189 | 8,275,874 | Amazon Technologies, Inc. | Locality based content distribution |
| 190 | 8,239,571 | Amazon Technologies, Inc. | Request routing using network computing components |
| 191 | 8,239,514 | Amazon Technologies, Inc. | Managing content delivery network service providers |
| 192 | 8,234,403 | Amazon Technologies, Inc. | Updating routing information based on client location |
| 193 | 8,156,243 | Amazon Technologies, Inc. | Request routing |
| 194 | 8,135,820 | Amazon Technologies, Inc. | Request routing based on class |

| 195 | 8,073,940 | Amazon Technologies, Inc. | Managing content delivery network service providers |
|---|---|---|---|
| 196 | 8,065,417 | Amazon Technologies, Inc. | Service provider registration by a content broker |
| 197 | 8,060,616 | Amazon Technologies, Inc. | Managing CDN registration by a storage provider |
| 198 | 8,060,561 | Amazon Technologies, Inc. | Locality based content distribution |
| 199 | 11,075,987 | Amazon Technologies, Inc. | Load estimating content delivery network |
| 200 | 11,290,418 | Amazon Technologies, Inc. | Hybrid content request routing system |
| 201 | 11,604,667 | Amazon Technologies, Inc. | Optimized deployment based upon customer locality |
| 202 | 11,632,420 | Amazon Technologies, Inc. | Point of presence management in request routing |

## 2007/0011267 (published application of 7,814,170)

| Citations to U.S. Pub. No. 2007/0011267 | | | |
|---|---|---|---|
| Entry | Patent No. | Assignee | Title |
| 1 | 11,025,747 | Amazon Technologies, Inc. | Content request pattern-based routing system |
| 2 | 10,958,501 | Amazon Technologies, Inc. | Request routing information based on client IP groupings |
| 3 | 10,951,725 | Amazon Technologies, Inc. | Request routing processing |
| 4 | 10,938,884 | Amazon Technologies, Inc. | Origin server cloaking using virtual private cloud network environments |
| 5 | 10,931,738 | Amazon Technologies, Inc. | Point of presence management in request routing |
| 6 | 10,862,852 | Amazon Technologies, Inc. | Resolution of domain name requests in heterogeneous network environments |
| 7 | 10,831,549 | Amazon Technologies, Inc. | Multi-region request-driven code execution system |

| 8 | 10,797,995 | Amazon Technologies, Inc. | Request routing based on class |
|---|---|---|---|
| 9 | 10,785,037 | Amazon Technologies, Inc. | Managing secure content in a content delivery network |
| 10 | 10,783,077 | Amazon Technologies, Inc. | Managing resources using resource expiration data |
| 11 | 10,778,554 | Amazon Technologies, Inc. | Latency measurement in resource requests |
| 12 | 10,771,552 | Amazon Technologies, Inc. | Content management |
| 13 | 10,742,550 | Amazon Technologies, Inc. | Updating routing information based on client location |
| 14 | 10,728,133 | Amazon Technologies, Inc. | Routing mode and point-of-presence selection service |
| 15 | 10,691,752 | Amazon Technologies, Inc. | Routing based request correlation |
| 16 | 10,666,756 | Amazon Technologies, Inc. | Request management for hierarchical cache |
| 17 | 10,645,149 | Amazon Technologies, Inc. | Content delivery reconciliation |
| 18 | 10,645,056 | Amazon Technologies, Inc. | Source-dependent address resolution |
| 19 | 10,623,408 | Amazon Technologies, Inc. | Context sensitive object management |
| 20 | 10,616,250 | Amazon Technologies, Inc. | Network addresses with encoded DNS-level information |
| 21 | 10,616,179 | Amazon Technologies, Inc. | Selective routing of domain name system (DNS) requests |
| 22 | 10,601,767 | Amazon Technologies, Inc. | DNS query processing based on application information |
| 23 | 10,592,578 | Amazon Technologies, Inc. | Predictive content push-enabled content delivery network |
| 24 | 10,574,787 | Amazon Technologies, Inc. | Translation of resource identifiers using popularity information upon client request |
| 25 | 10,554,748 | Amazon Technologies, Inc. | Content management |

| 26 | 10,542,079 | Amazon Technologies, Inc. | Automated profiling of resource usage |
|---|---|---|---|
| 27 | 10,530,874 | Amazon Technologies, Inc. | Locality based content distribution |
| 28 | 10,523,783 | Amazon Technologies, Inc. | Request routing utilizing client location information |
| 29 | 10,521,348 | Amazon Technologies, Inc. | Managing resources using resource expiration data |
| 30 | 10,516,590 | Amazon Technologies, Inc. | External health checking of virtual private cloud network environments |
| 31 | 10,511,567 | Amazon Technologies, Inc. | Network resource identification |
| 32 | 10,506,029 | Amazon Technologies, Inc. | Content distribution network |
| 33 | 10,505,961 | Amazon Technologies, Inc. | Digitally signed network address |
| 34 | 10,503,613 | Amazon Technologies, Inc. | Efficient serving of resources during server unavailability |
| 35 | 10,491,534 | Amazon Technologies, Inc. | Managing resources and entries in tracking information in resource cache components |
| 36 | 10,469,513 | Amazon Technologies, Inc. | Encrypted network addresses |
| 37 | 10,469,442 | Amazon Technologies, Inc. | Adaptive resolution of domain name requests in virtual private cloud network environments |
| 38 | 10,469,355 | Amazon Technologies, Inc. | Traffic surge management for points of presence |
| 39 | 10,462,025 | Amazon Technologies, Inc. | Monitoring performance and operation of data exchanges |
| 40 | 10,447,648 | Amazon Technologies, Inc. | Assignment of a POP to a DNS resolver based on volume of communications over a link between client devices and the POP |
| 41 | 10,374,955 | Amazon Technologies, Inc. | Managing network computing components utilizing request routing |

| 42 | 10,372,499 | Amazon Technologies, Inc. | Efficient region selection system for executing request-driven code |
|----|-----------|---------------------------|-----------------------------------------------------------------------|
| 43 | 10,348,639 | Amazon Technologies, Inc. | Use of virtual endpoints to improve data transmission rates |
| 44 | 10,305,797 | Amazon Technologies, Inc. | Request routing based on class |
| 45 | 10,270,878 | Amazon Technologies, Inc. | Routing for origin-facing points of presence |
| 46 | 10,264,062 | Amazon Technologies, Inc. | Request routing using a popularity identifier to identify a cache component |
| 47 | 10,257,307 | Amazon Technologies, Inc. | Reserved cache space in content delivery networks |
| 48 | 10,230,819 | Amazon Technologies, Inc. | Translation of resource identifiers using popularity information upon client request |
| 49 | 10,225,362 | Amazon Technologies, Inc. | Processing DNS queries to identify pre-processing information |
| 50 | 10,225,326 | Amazon Technologies, Inc. | Point of presence based data uploading |
| 51 | 10,225,322 | Amazon Technologies, Inc. | Point of presence management in request routing |
| 52 | 10,218,584 | Amazon Technologies, Inc. | Forward-based resource delivery network management techniques |
| 53 | 10,205,698 | Amazon Technologies, Inc. | Source-dependent address resolution |
| 54 | 10,200,402 | Amazon Technologies, Inc. | Mitigating network attacks |
| 55 | 10,180,993 | Amazon Technologies, Inc. | Routing based request correlation |
| 56 | 10,158,729 | Amazon Technologies, Inc. | Locality based content distribution |
| 57 | 10,157,135 | Amazon Technologies, Inc. | Cache optimization |
| 58 | 10,116,584 | Amazon Technologies, Inc. | Managing content delivery network service providers |
| 59 | 10,110,694 | Amazon Technologies, Inc. | Adaptive transfer rate for retrieving content from a server |

| 60 | 10,097,566 | Amazon Technologies, Inc. | Identifying targets of network attacks |
|----|-----------|---------------------------|----------------------------------------|
| 61 | 10,097,448 | Amazon Technologies, Inc. | Routing mode and point-of-presence selection service |
| 62 | 10,097,398 | Amazon Technologies, Inc. | Point of presence management in request routing |
| 63 | 10,091,096 | Amazon Technologies, Inc. | Routing mode and point-of-presence selection service |
| 64 | 10,079,742 | Amazon Technologies, Inc. | Latency measurement in resource requests |
| 65 | 10,075,551 | Amazon Technologies, Inc. | Request management for hierarchical cache |
| 66 | 10,049,051 | Amazon Technologies, Inc. | Reserved cache space in content delivery networks |
| 67 | 10,033,691 | Amazon Technologies, Inc. | Adaptive resolution of domain name requests in virtual private cloud network environments |
| 68 | 10,033,627 | Amazon Technologies, Inc. | Routing mode and point-of-presence selection service |
| 69 | 10,027,582 | Amazon Technologies, Inc. | Updating routing information based on client location |
| 70 | 10,021,179 | Amazon Technologies, Inc. | Local resource delivery network |
| 71 | 10,015,241 | Amazon Technologies, Inc. | Automated profiling of resource usage |
| 72 | 10,015,237 | Amazon Technologies, Inc. | Point of presence management in request routing |
| 73 | 9,992,303 | Amazon Technologies, Inc. | Request routing utilizing client location information |
| 74 | 9,992,086 | Amazon Technologies, Inc. | External health checking of virtual private cloud network environments |
| 75 | 9,985,927 | Amazon Technologies, Inc. | Managing content delivery network service providers by a content broker |
| 76 | 9,954,934 | Amazon Technologies, Inc. | Content delivery reconciliation |

| 77 | 9,930,131 | Amazon Technologies, Inc. | Request routing processing |
|----|-----------|---------------------------|----------------------------|
| 78 | 9,929,959 | Amazon Technologies, Inc. | Managing network computing components utilizing request routing |
| 79 | 9,912,740 | Amazon Technologies, Inc. | Latency measurement in resource requests |
| 80 | 9,894,168 | Amazon Technologies, Inc. | Locality based content distribution |
| 81 | 9,893,957 | Amazon Technologies, Inc. | Forward-based resource delivery network management techniques |
| 82 | 9,888,089 | Amazon Technologies, Inc. | Client side cache management |
| 83 | 9,887,932 | Amazon Technologies, Inc. | Traffic surge management for points of presence |
| 84 | 9,887,931 | Amazon Technologies, Inc. | Traffic surge management for points of presence |
| 85 | 9,887,915 | Amazon Technologies, Inc. | Request routing based on class |
| 86 | 9,832,141 | Amazon Technologies, Inc. | Routing based request correlation |
| 87 | 9,819,567 | Amazon Technologies, Inc. | Traffic surge management for points of presence |
| 88 | 9,800,539 | Amazon Technologies, Inc. | Request routing management based on network components |
| 89 | 9,794,281 | Amazon Technologies, Inc. | Identifying sources of network attacks |
| 90 | 9,794,216 | Amazon Technologies, Inc. | Request routing in a networked environment |
| 91 | 9,787,775 | Amazon Technologies, Inc. | Point of presence management in request routing |
| 92 | 9,787,599 | Amazon Technologies, Inc. | Managing content delivery network service providers |
| 93 | 9,774,619 | Amazon Technologies, Inc. | Mitigating network attacks |
| 94 | 9,742,795 | Amazon Technologies, Inc. | Mitigating network attacks |

| 95 | 9,734,472 | Amazon Technologies, Inc. | Request routing utilizing cost information |
| 96 | 9,712,484 | Amazon Technologies, Inc. | Managing request routing information utilizing client identifiers |
| 97 | 9,712,325 | Amazon Technologies, Inc. | Managing secure content in a content delivery network |
| 98 | 9,628,554 | Amazon Technologies, Inc. | Dynamic content delivery |
| 99 | 9,621,660 | Amazon Technologies, Inc. | Locality based content distribution |
| 100 | 9,608,957 | Amazon Technologies, Inc. | Request routing using network computing components |
| 101 | 9,590,946 | Amazon Technologies, Inc. | Managing content delivery network service providers |
| 102 | 9,571,389 | Amazon Technologies, Inc. | Request routing based on class |
| 103 | 9,544,394 | Amazon Technologies, Inc. | Network resource identification |
| 104 | 9,525,659 | Amazon Technologies, Inc. | Request routing utilizing point of presence load information |
| 105 | 9,515,949 | Amazon Technologies, Inc. | Managing content delivery network service providers |
| 106 | 9,497,259 | Amazon Technologies, Inc. | Point of presence management in request routing |
| 107 | 9,495,338 | Amazon Technologies, Inc. | Content distribution network |
| 108 | 9,479,476 | Amazon Technologies, Inc. | Processing of DNS queries |
| 109 | 9,451,046 | Amazon Technologies, Inc. | Managing CDN registration by a storage provider |
| 110 | 9,444,759 | Amazon Technologies, Inc. | Service provider registration by a content broker |
| 111 | 9,407,699 | Amazon Technologies, Inc. | Content management |
| 112 | 9,407,681 | Amazon Technologies, Inc. | Latency measurement in resource requests |

| 113 | 9,391,949 | Amazon Technologies, Inc. | Request routing processing |
|-----|-----------|---------------------------|----------------------------|
| 114 | 9,332,078 | Amazon Technologies, Inc. | Locality based content distribution |
| 115 | 9,323,577 | Amazon Technologies, Inc. | Automated profiling of resource usage |
| 116 | 9,294,391 | Amazon Technologies, Inc. | Managing network computing components utilizing request routing |
| 117 | 9,253,065 | Amazon Technologies, Inc. | Latency measurement in resource requests |
| 118 | 9,251,112 | Amazon Technologies, Inc. | Managing content delivery network service providers |
| 119 | 9,246,776 | Amazon Technologies, Inc. | Forward-based resource delivery network management techniques |
| 120 | 9,237,114 | Amazon Technologies, Inc. | Managing resources in resource cache components |
| 121 | 9,210,235 | Amazon Technologies, Inc. | Client side cache management |
| 122 | 9,210,099 | Amazon Technologies, Inc. | Optimizing resource configurations |
| 123 | 9,208,097 | Amazon Technologies, Inc. | Cache optimization |
| 124 | 9,191,458 | Amazon Technologies, Inc. | Request routing using a popularity identifier at a DNS nameserver |
| 125 | 9,191,338 | Amazon Technologies, Inc. | Request routing in a networked environment |
| 126 | 9,185,012 | Amazon Technologies, Inc. | Latency measurement in resource requests |
| 127 | 9,176,894 | Amazon Technologies, Inc. | Managing resources using resource expiration data |
| 128 | 9,172,674 | Amazon Technologies, Inc. | Managing request routing information utilizing performance information |
| 129 | 9,160,703 | Amazon Technologies, Inc. | Request routing management based on network components |
| 130 | 9,160,641 | Amazon Technologies, Inc. | Monitoring domain allocation performance |

| 131 | 9,154,551 | Amazon Technologies, Inc. | Processing DNS queries to identify pre-processing information |
|-----|-----------|---------------------------|----------------------------------------------------------------|
| 132 | 9,135,048 | Amazon Technologies, Inc. | Automated profiling of resource usage |
| 133 | 9,130,756 | Amazon Technologies, Inc. | Managing secure content in a content delivery network |
| 134 | 9,106,701 | Amazon Technologies, Inc. | Request routing management based on network components |
| 135 | 9,088,460 | Amazon Technologies, Inc. | Managing resource consolidation configurations |
| 136 | 9,083,743 | Amazon Technologies, Inc. | Managing request routing information utilizing performance information |
| 137 | 9,083,675 | Amazon Technologies, Inc. | Translation of resource identifiers using popularity information upon client request |
| 138 | 9,026,616 | Amazon Technologies, Inc. | Content delivery reconciliation |
| 139 | 9,021,129 | Amazon Technologies, Inc. | Request routing utilizing client location information |
| 140 | 9,021,128 | Amazon Technologies, Inc. | Request routing using network computing components |
| 141 | 9,021,127 | Amazon Technologies, Inc. | Updating routing information based on client location |
| 142 | 9,009,286 | Amazon Technologies, Inc. | Locality based content distribution |
| 143 | 9,003,040 | Amazon Technologies, Inc. | Request routing processing |
| 144 | 9,003,035 | Amazon Technologies, Inc. | Point of presence management in request routing |
| 145 | 8,996,664 | Amazon Technologies, Inc. | Translation of resource identifiers using popularity information upon client request |
| 146 | 8,971,328 | Amazon Technologies, Inc. | Distributed routing architecture |
| 147 | 8,938,526 | Amazon Technologies, Inc. | Request routing management based on network components |

| 148 | 8,930,544 | Amazon Technologies, Inc. | Network resource identification |
|---|---|---|---|
| 149 | 8,930,513 | Amazon Technologies, Inc. | Latency measurement in resource requests |
| 150 | 8,924,528 | Amazon Technologies, Inc. | Latency measurement in resource requests |
| 151 | 8,902,897 | Amazon Technologies, Inc. | Distributed routing architecture |
| 152 | 8,843,625 | Amazon Technologies, Inc. | Managing network data display |
| 153 | 8,819,283 | Amazon Technologies, Inc. | Request routing in a networked environment |
| 154 | 8,788,671 | Amazon Technologies, Inc. | Managing content delivery network service providers by a content broker |
| 155 | 8,782,236 | Amazon Technologies, Inc. | Managing resources using resource expiration data |
| 156 | 8,762,526 | Amazon Technologies, Inc. | Optimizing content management |
| 157 | 8,756,341 | Amazon Technologies, Inc. | Request routing utilizing popularity information |
| 158 | 8,756,325 | Amazon Technologies, Inc. | Content management |
| 159 | 8,732,309 | Amazon Technologies, Inc. | Request routing utilizing cost information |
| 160 | 8,713,156 | Amazon Technologies, Inc. | Request routing based on class |
| 161 | 8,688,837 | Amazon Technologies, Inc. | Dynamically translating resource identifiers for request routing using popularity information |
| 162 | 8,676,918 | Amazon Technologies, Inc. | Point of presence management in request routing |
| 163 | 8,667,127 | Amazon Technologies, Inc. | Monitoring web site content |
| 164 | 8,639,817 | Amazon Technologies, Inc. | Content management |
| 165 | 8,626,950 | Amazon Technologies, Inc. | Request routing processing |
| 166 | 8,606,996 | Amazon Technologies, Inc. | Cache optimization |

| 167 | 8,601,090 | Amazon Technologies, Inc. | Network resource identification |
|-----|-----------|---------------------------|--------------------------------|
| 168 | 8,583,776 | Amazon Technologies, Inc. | Managing content delivery network service providers |
| 169 | 8,577,992 | Amazon Technologies, Inc. | Request routing management based on network components |
| 170 | 8,549,531 | Amazon Technologies, Inc. | Optimizing resource configurations |
| 171 | 8,543,702 | Amazon Technologies, Inc. | Managing resources using resource expiration data |
| 172 | 8,533,293 | Amazon Technologies, Inc. | Client side cache management |
| 173 | 8,521,885 | Amazon Technologies, Inc. | Dynamically translating resource identifiers for request routing using popularity information |
| 174 | 8,521,880 | Amazon Technologies, Inc. | Managing content delivery network service providers |
| 175 | 8,521,851 | Amazon Technologies, Inc. | DNS query processing using resource identifiers specifying an application broker |
| 176 | 8,510,448 | Amazon Technologies, Inc. | Service provider registration by a content broker |
| 177 | 8,495,220 | Amazon Technologies, Inc. | Managing CDN registration by a storage provider |
| 178 | 8,468,247 | Amazon Technologies, Inc. | Point of presence management in request routing |
| 179 | 8,463,877 | Amazon Technologies, Inc. | Dynamically translating resource identifiers for request routing using popularitiy information |
| 180 | 8,458,360 | Amazon Technologies, Inc. | Request routing utilizing client location information |
| 181 | 8,458,250 | Amazon Technologies, Inc. | Request routing using network computing components |
| 182 | 8,452,874 | Amazon Technologies, Inc. | Request routing processing |

| 183 | 8,447,831 | Amazon Technologies, Inc. | Incentive driven content delivery |
|-----|-----------|---------------------------|-----------------------------------|
| 184 | 8,438,263 | Amazon Technologies, Inc. | Locality based content distribution |
| 185 | 8,423,667 | Amazon Technologies, Inc. | Updating routing information based on client location |
| 186 | 8,412,823 | Amazon Technologies, Inc. | Managing tracking information entries in resource cache components |
| 187 | 8,402,137 | Amazon Technologies, Inc. | Content management |
| 188 | 8,397,073 | Amazon Technologies, Inc. | Managing secure content in a content delivery network |
| 189 | 8,386,596 | Amazon Technologies, Inc. | Request routing based on class |
| 190 | 8,352,615 | Amazon Technologies, Inc. | Content management |
| 191 | 8,352,614 | Amazon Technologies, Inc. | Content management |
| 192 | 8,352,613 | Amazon Technologies, Inc. | Content management |
| 193 | 8,346,937 | Amazon Technologies, Inc. | Content management |
| 194 | 8,331,371 | Amazon Technologies, Inc. | Distributed routing architecture |
| 195 | 8,331,370 | Amazon Technologies, Inc. | Distributed routing architecture |
| 196 | 8,321,588 | Amazon Technologies, Inc. | Request routing utilizing client location information |
| 197 | 8,321,568 | Amazon Technologies, Inc. | Content management |
| 198 | 8,301,778 | Amazon Technologies, Inc. | Service provider registration by a content broker |
| 199 | 8,301,748 | Amazon Technologies, Inc. | Managing CDN registration by a storage provider |
| 200 | 8,275,874 | Amazon Technologies, Inc. | Locality based content distribution |
| 201 | 8,234,403 | Amazon Technologies, Inc. | Updating routing information based on client location |
| 202 | 11,075,987 | Amazon Technologies, Inc. | Load estimating content delivery network |

| 203 | 11,290,418 | Amazon Technologies, Inc. | Hybrid content request routing system |
|-----|------------|---------------------------|----------------------------------------|
| 204 | 11,604,667 | Amazon Technologies, Inc. | Optimized deployment based upon customer locality |
| 205 | 11,632,420 | Amazon Technologies, Inc. | Point of presence management in request routing |

*See also* KOV_00187742 - KOV_00216602.

AWS has been aware of at least the 978 patent since at least August 24, 2011, when the PTO cited the '978 patent in an Office Action against the claims in application no. 13/042,301 (which names Swaminathan Sivasubramanian, an AWS employee, as an inventor) before the application issued as Patent No. 8,239,571. The '978 patent includes on its face a claim of priority to application No. 09/661,222, which issued as the '640 patent, and also identifies publication No. 2002/0032787 (publication of the '978 patent's application).

AWS has also been aware of publication No. 2007/0011267 (the '267 publication), which is the publication of application no. 11/354,224, which issued as the '170 patent, since at least March 22, 2012, when the PTO cited it in a Notice of Reference Cited that accompanied a Notice of Allowance for application no. 13/165,484 before it issued as Patent No. 8,234,403 (which names Swaminathan Sivasubramanian as an inventor). The '267 publication also includes on its face a claim of priority to application No. 09/661,222, which issued as the '640 patent.

AWS has thus long been aware of the Kove Patents-In-Suit and either knowingly infringed for many years or willfully blinded itself to its infringement. Further, there are clear similarities between Kove's technology (as described in the Patents-In-Suit and in technical documents and source code related to the technology developed that practices the Patents-In-Suit) and AWS's accused products.

Dated: May 7, 2023

Respectfully submitted,

*/s/ Jaime F. Cardenas-Navia*

Khue V. Hoang *(pro hac vice)*
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia *(pro hac vice)*
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 560-3501

Christine E. Lehman *(pro hac vice)*
clehman@reichmanjorgensen.com
Adam Adler *(pro hac vice)*
aadler@reichmanjorgensen.com
Philip Eklem *(pro hac vice)*
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Facsimile: (650) 560-3501

Taylor Mauze *(pro hac vice)*
tmauze@reichmanjorgensen.com
Navid Bayar *(pro hac vice)*
nbayar@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

Renato Mariotti (State Bar No. 6323198)
renato.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000

Courtland L. Reichman *(pro hac vice)*
creichman@reichmanjorgensen.com
Shawna L. Ballard *(pro hac vice)*
sballard@reichmanjorgensen.com
Savannah Carnes *(pro hac vice)*
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

***ATTORNEYS FOR PLAINTIFF***
***KOVE IO, INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2023, Kove's Seventh Amended Objections and Responses to AWS's First Set of Interrogatories (Nos. 1, 2, 5, 6, 9) was served on counsel of record via email.

*/s/ Jaime F. Cardenas-Navia*
Jaime F. Cardenas-Navia

## VERIFICATION

I verify that I have reviewed the above responses, which are true to the best of my knowledge, information, and belief. I verify that Kove IO, Inc. ("Kove") collected factual information in the above responses from documents in the possession, custody, and control of Kove, or from persons with personal knowledge of the subject matter of the responses, and with the assistance of counsel representing Kove. I am informed and believe that the matters stated therein are true and correct, and on that basis verify the response on behalf of Kove. To the extent Kove based the above responses on information collected from others, I verify not on personal knowledge, but on information and belief. I am authorized to make this verification for and on behalf of Kove. I declare under penalty of perjury that the foregoing is true and correct.

By: John Overton
Date: May 7, 2023