# Exhibit K24

# FISCH SIGLER LLP

5301 Wisconsin Avenue NW | Fourth Floor | Washington, DC 20015 USA

November 9, 2021

**Lisa Phillips**
Attorney
Lisa.Phillips@FischLLP.com
Direct: +1.202.362.3521
Main: +1.202.362.3500

**VIA EMAIL**

Michael Marvin
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
mmarvin@reichmanjorgensen.com

**HIGHLY CONFIDENTIAL**

Re: *Kove IO, Inc. v. Amazon Web Services, Inc.*,
Case No. 18-cv-8175 (N.D. Ill.)

Dear Michael:

      Thank you for your October 7 letter summarizing Kove's understanding of the status of the Fed. R. Civ. P. 45 subpoenas AWS has noticed over the past 16 months. AWS has updated and/or corrected the information you provided in your letter in the table below.[1]

| Entity | Date of Service | Deposition Status | Document Status |
|---|---|---|---|
| Abba Technologies, Inc. | 8/4/2021 | The deposition hasn't been scheduled. Should AWS decide to proceed with this deposition, it will provide Kove with adequate notice. | Produced on 9/1/2021 |

---

[1] It appears you've provided the date AWS served the notice of subpoena and corresponding subpoena on Kove in the column headed "Date of Service" for some of the entries in your table. AWS has revised that information to the date of service on the subpoenaed entity. AWS also notes those entities on which it wasn't able to complete service (and leaves the corresponding deposition and document status entries blank for that reason). If AWS successfully serves any of those entities, it will update Kove.

Intellectual Property Trial Lawyers
www.FischLLP.com

| Entity | Date of Service | Deposition Status | Document Status |
|---|---|---|---|
| Allied World Assurance Co. Holdings, Ltd.[2] | Service rejected on 10/2/2020 | N/A[3] | Produced on 10/20/2020[4] |
| Arctide, LLC | 6/18/2020 | N/A | No production to date.<br><br>Arctide's written responses and objections indicated it would search for and produce documents to the extent they weren't already searched for and produced by Kove. |
|  | 7/28/2021 | Arctide agreed to produce a witness subject to its objections. But Arctide's counsel hasn't provided any proposed dates for the deposition. | Produced on 10/15/2021. AWS is reviewing that production. |
| Association for Computing Machinery | 10/29/2020 | N/A | Produced on 2/2/2021 |
| Stephen Bailey | 6/9/2020 | N/A | Produced on 7/21/2020 |
|  | 8/26/2020 | N/A[5] | No additional production as of yet.<br><br>Dr. Bailey's written responses and objections indicated he would search for and produce documents to the extent they weren't already searched for and |

---

[2] Kove lists a separate entity, Allied World Assurance Co., as served on September 29, 2020. AWS has no record of that subpoena.

[3] AWS lists N/A if the subpoena didn't seek both documents and testimony.

[4] On October 20, 2020, AWS produced the letter from CSC Global indicating service was rejected. *See* AWAC_00000001-002.

[5] AWS took Dr. Bailey's deposition on October 9, 2020.

HIGHLY CONFIDENTIAL

| Entity | Date of Service | Deposition Status | Document Status |
|---|---|---|---|
| | | | produced by Kove or in response to the first subpoena to Mr. Bailey. |
| Borland Software Co. (c/o CTCorp.) | 9/28/2020 | N/A | Produced on 11/4/2020[6] |
| Brinks Gilson & Lione | 8/31/2020 | N/A | Produced on 10/12/2020 |
| | 11/9/2020 | Brink's counsel doesn't appear to have served objections to the subpoena for testimony. The deposition hasn't been scheduled. Should AWS decide to proceed with this deposition, it will provide Kove with adequate notice. | N/A |
| Bonded Builders Service Corp. | 9/29/2020 | N/A | Produced on 10/16/2020 |
| Paul Carmichael | 9/9/2020 | N/A | No production to date.<br><br>AWS has no record of Mr. Carmichael serving written objections and responses to the subpoena. |
| Chris Cope | 9/11/2020 | N/A | Produced on 9/22/2020 |
| Corinthian Colleges (c/o CT Corp.) | 9/28/2020 | N/A | Produced on 10/9/2020 |
| Robert Dellenbach | 10/21/2020 | N/A | Produced on 12/18/2020 |
| | 11/11/2020 | AWS will be following up to schedule his deposition once the Court resolves outstanding issues related to his deposition. | N/A |

---

[6] BORLAND_00000001.

FISCH SIGLER LLP

- 4 -

| Entity | Date of Service | Deposition Status | Document Status |
|---|---|---|---|
| Embarcadero Technologies, Inc. | 10/9/2020 | N/A | No production to date.<br><br>AWS has no record of Embarcadero serving written objections and responses to the subpoena. |
| Elsevier Inc. | 6/14/2021 | N/A | Produced on 8/17/2021 |
| Founders Capital Corp. | 9/9/2020 | N/A | Produced on 10/12/2020 |
| Iceberg IP Group | Service wasn't completed | | |
| Institute of Electrical and Electronics Engineers | 10/29/2020 | N/A | Produced on 12/3/2020 and 7/12/2021 |
| Intel Capital | Service wasn't completed | | |
| Internet Systems Consortium | 10/29/2020 | N/A | Produced on 1/15/2021[7] and 4/6/2021 |
| Josiah Lee Auspitz | 7/28/2021 | Mr. Auspitz's counsel is searching for available dates. | No production to date. |
| Massachusetts Institute of Technology | 10/28/2020 | N/A | Produced on 12/3/2020 |
| MarineTrans Logistics | 10/1/2020 | N/A | No production to date.<br><br>MarineTrans Logistics doesn't appear to have served written objections and responses to the subpoena. |
| MarineTrans USA LLC | 9/29/2020 | N/A | Produced on 10/9/2020 |

---

[7] The documents AWS produced on January 15, 2021 bearing bates numbers VIXIE_00000001-004 were obtained as a result of the subpoena to Internet Systems Consortium as explained below.

HIGHLY CONFIDENTIAL

| Entity | Date of Service | Deposition Status | Document Status |
|---|---|---|---|
| National Center for Supercomputing Applications at the University of Illinois at Urbana-Champaign | 9/29/2020 | N/A | No production to date. |
| Net Source, Inc. | 8/6/2021 | No deposition scheduled. Should AWS decide to proceed with this deposition, it will provide Kove with adequate notice. | No production to date. |
| OEC Graphics | 9/29/2020 | N/A | Produced on 10/13/2020 |
| Oregon Dept. of Human Services | 9/29/2020 | N/A | Produced on 12/3/2020 |
| O'Reilly Media | 10/29/2020 | N/A | Produced on 12/14/2020 and 3/8/2021 |
| Precision Measurements, Inc. | 9/29/2020 | N/A | No production to date. |
| Quantum Corp. | 9/28/2020 | N/A | No production to date. |
| Regeneron Pharmaceuticals, Inc. | 9/29/2020 | N/A | Produced on 10/26/2020 |
| Jonathan Riehl | 9/9/2020 | N/A | After a reasonable search, Mr. Riehl didn't locate any documents responsive to AWS's subpoena. |
| Jon L. Roberts | 10/29/2020 | N/A | Produced on 12/3/2020 |
| Michael Roizen | 9/10/2020 | No deposition scheduled. Should AWS decide to proceed with this deposition, it will provide Kove with adequate notice. | Produced on 9/30/2020 and 10/1/2020 |
| | 11/9/2020 | No deposition scheduled. Should AWS decide to proceed with this deposition, it will provide Kove with adequate notice. | Produced on 12/10/2020 and 1/25/2021 |

HIGHLY CONFIDENTIAL

| Entity | Date of Service | Deposition Status | Document Status |
|---|---|---|---|
| SpecVet, Inc. | Service wasn't completed | | |
| Telecommunication Systems, Inc | 8/4/2021[8] | No deposition scheduled. Should AWS decide to proceed with this deposition, it will provide Kove with adequate notice. | Produced on 9/1/2021 |
| Brian Toonen | 8/2/2021 | Noticed but not scheduled. | N/A |
| University of Chicago | 8/25/2020 | N/A | Produced on 10/2/2020 and 11/6/2020 |
| University of Chicago Medical Center | 8/25/2020[9] | N/A | Produced on 9/22/2020 |
| Universal Truckload Services, Inc. | 9/29/2020 | N/A | Produced on 10/5/2020 |
| VSCT Investments, LLC | 9/29/2020 | N/A | No production to date. |

In its letter, Kove requests information relating to the documents Paul Vixie produced. Kove already has a document explaining Mr. Vixie's knowledge of the events relating to this litigation.[10] And his documents were produced as a result of AWS's subpoena to the Internet Systems Consortium. ISC referred AWS to Mr. Vixie, because he was the former executive director of ISC One.[11] He also announced the public availability of BIND 8.1 on May 6, 1997.[12]

---

[8] The initial subpoena to Telecommunications Systems, Inc. was directed to an outdated address and was withdrawn.

[9] The two subpoenas to the University of Chicago Medical Center seek the same documents and appear to be identical except for the return date. The documents produced on September 22, 2020 are responsive to both.

[10] VIXIE_000000001-04.

[11] VIXIE_000000001 ("In 1996, I co-founded the Internet Software Consortium (ISC)"); ISC_00000001 at ¶ 6 ("ISC One was operated under the executive direction of Mr. Paul Vixie").

[12] VIXIE_000000002-04; ISC_00000001, at ¶ 16 (citing ISC_00000005).

HIGHLY CONFIDENTIAL

AWS is aware of its obligations under the Federal Rules and has abided by them. And will continue to do so. Thank you.

Sincerely,

Lisa Phillips

HIGHLY CONFIDENTIAL