# Exhibit K29

September 22, 2023

R. William Sigler
Partner
Bill.Sigler@FischLLP.com
Direct: +1.202.362.3520
Main: +1.202.362.3500

**VIA EMAIL**

Gina H. Cremona
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
gcremona@reichmanjorgensen.com

      Re:    *Kove IO, Inc. v. Amazon Web Services, Inc.*
               Case No. 18-cv-8175 (N.D. Ill.)

Dear Gina:

      Thank you for your September 13, 2023 letter. To avoid unnecessarily consuming taxpayer and party resources on potential dispositive motions and evidentiary disputes, Amazon states that, at this time and based on the facts known to date, it doesn't intend to pursue the following defenses at trial: failure to state a claim, failure to mark, acquiescence, laches, unclean hands,[1] and lack of standing.

      We disagree with your letter's assertion that patent eligibility under §101 has been fully resolved and that no events have occurred since the Court ruled on Amazon's motion to dismiss that may impact that defense, including at least for the reasons detailed in Mr. Greene's expert report.[2] Thank you.

                                       Sincerely,

                                       Bill Sigler

---

[1] For clarity, Amazon does intend to continue to pursue its estoppel and waiver equitable defenses.

[2] *See* July 3, 2023 Expert Report of Joseph B. Greene Regarding Invalidity of U.S. Patent Nos. 7,103,640, 7,233,978, and 7,814,170, at ¶¶ 261-278.