# Exhibit K30

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF ILLINOIS

3                       EASTERN DIVISION

4

5    KOVE I/O, INC.,

6          Plaintiff,

7      vs.                          Civil Action No.

8                                   1:18-cv-08175

9    Amazon Web Services, INC.,

10         Defendant.

11   _____

12

13

14                   *** CONFIDENTIAL ***

15

16              DEPOSITION OF SETH MARKLE

17                 Seattle, Washington

18              Thursday, January 30, 2020

19

20

21

22

23      Reported by:

24      GWEN S. BRASS, CCR 1908, CSR 5784

25      JOB NO. 175192

1      S. MARKLE - CONFIDENTIAL

2                SETH MARKLE,

3      called as a witness, having been

4  duly sworn by the court reporter, was examined

5  and testified as follows:

6

7      THE VIDEOGRAPHER:  We're on the

8         record.  All parties have waived the

9         introduction required by Washington

10        Court Rule 30(b)(8)(F).

11        My name is John M. Reidt.  The time

12        on my video monitor is 9:23 a.m.  This

13        is the videotaped portion in the

14        deposition of Seth Markle.

15        This deposition is being recorded

16        this 30th day of January, 2020.

17        All those present will be noted on

18        the transcript.

19        The court reporter will now swear

20        in the witness, and you may proceed.

21        (Witness sworn by the

22        stenographer.)

23                EXAMINATION

24  BY MR. SARKAR:

25      Q.   Good morning.

```
 1               S. MARKLE - CONFIDENTIAL
 2    request in any way before routing it to the
 3    web server?
 4         A.    Not to my knowledge, no.
 5         Q.    What does the web server do when it
 6    receives the GET request?
 7         A.    It's a complicated process.
 8               The first thing it would do -- I'd
 9    have to look at the code to understand, I
10    guess, the entire list of things that it does.
11               I believe the first thing it does
12    is perform authentication on the request.
13         Q.    What happens next?
14         A.    After authentication, the web
15    server would retrieve an ███.
16         Q.    How does the web server retrieve an
17    ██████
18         A.    It asks the ███████.
19         Q.    Is that through a request?
20               MR. BABBITT:  Objection.  Vague.
21         A.    It is over the network.
22         Q.    Is there a distinction between it
23    being a request and being over the network?
24         A.    In general?  Yeah, I would think
25    so.
```

```
 1              S. MARKLE - CONFIDENTIAL
 2         Q.   I guess I was asking specifically
 3    with your answer.  I guess I asked:  Was it a
 4    request?
 5              And you said:  It is over a
 6    network.
 7              So do you think it's not a request?
 8         A.   It's a request.
 9         Q.   Okay.  And what is in the request?
10         A.   The key.
11         Q.   What is in the key?
12         A.   ███████████████████████████████
13    ████████████
14         Q.   Anything else?
15         A.   There's a ████████████.
16         Q.   What is a ████████████?
17         A.   It's literally, like on the
18    keyboard, ██████.
19         Q.   What is the purpose of the ████
20    ████████?
21         A.   It sits in between the █████████
22    and the ████████.
23         Q.   Anything else?
24         A.   No.
25         Q.   So this is the first time I've
```

S. MARKLE - CONFIDENTIAL

1  
2  heard ████████ mentioned. Where did the  
3  ████████ come from?  
4      A.   The customer.  
5      Q.   Was the ████████ part of the  
6  original GET request or was it additional to  
7  the GET request?  
8      A.   It's part of the supplied GET  
9  request.  
10     Q.   So you mentioned there was a slash  
11  between the bucket name and the object name.  
12  Is there any distinction between those two  
13  entities and the ████████?  
14     A.   ████████ is prefixed with a zero  
15  byte.  
16     Q.   Are ████████ unique?  
17          MR. BABBITT:  Object.  Unclear.  
18     A.   Are you asking if it's possible if  
19  two objects in the world have the same ████████  
20  █?  
21     Q.   Yes.  
22     A.   Yes.  
23     Q.   Are ████████ unique for a  
24  particular object?  
25          MR. BABBITT:  Objection.  Unclear.

1          S. MARKLE – CONFIDENTIAL

2          A.    Yeah.  Yes.

3          Q.    Could you give me an example of a

4    ███████████

5          A.    They are lengthy strings that

6    typically would appear to be just a set of

7    characters to the customer.  I couldn't even

8    recite one.

9          Q.    What does the ███████ do when it

10   receives the key?

11         A.    ████████ decides which cell to

12   route it to.

13         Q.    How does it make that

14   determination?

15         A.    Based on the ██████████.

16         Q.    What is a ████████████?

17         A.    A ████████████ is a collection of

18   key ranges that map to a cell ID.

19         Q.    And the ████████████ would map the

20   key that we just discussed with the cells that

21   you just mentioned?

22         A.    The ██████████ would find the range

23   in the ████████████ for the key.

24         Q.    What does the cell do when it

25   receives the key?

1            S. MARKLE — CONFIDENTIAL

2        A.    A cell is a collection of

3    components.

4        Q.    Of what components?

5        A.    ███████████████████████

6    ███████████████    All the components of

7    ████████

8        Q.    How does the mapping of keys to

9    cells occur?

10            MR. BABBITT:  Objection.  Vague.

11        Overbroad.

12        A.    What do you mean by "how" here?

13        Q.    I've -- sort of, what type of

14    calculation for structure governs that

15    relationship?

16            MR. BABBITT:  Objection.

17        A.    It's a range query.

18        Q.    Does a particular component within

19    the cell receive the key from the ██████?

20        A.    Yes.

21        Q.    Which component?

22        A.    ████.

23        Q.    What does the ████ do when it

24    receives the key?

25        A.    It checks to see if it has the key

1              S. MARKLE - CONFIDENTIAL

2         Q.   Okay.  Is there a -- well, how many

3    total cells are there in the US?

4         A.   Including the government regions?

5         Q.   Just the public regions.

6         A.   Well, like I said, I don't remember

7    exactly how many are in US-East-1, so it could

8    be anywhere from 8 to 12.

9         Q.   How many ▮▮▮▮▮▮ are in a region?

10        A.   It varies by region.

11        Q.   What is the range?

12        A.   It would be approximately the same

13   as the ▮▮ range, so, you know, hundreds,

14   thousands up to 25, 40,000.

15        Q.   And I believe we covered this, but

16   for a GET request, could you remind me, how

17   does ▮▮ select the ▮▮ to query?

18        A.   The cell doesn't select the ▮▮

19        Q.   Sorry.  How does the ▮▮▮▮▮

20   select the ▮▮ to query?

21        A.   The ▮▮ -- sorry.  The ▮▮▮▮▮

22   will select the ▮▮ to query based on the key

23   name and the ▮▮ list in that cell.

24        Q.   What do you mean when you say the

25   ▮▮ list in that cell?

1           S. MARKLE - CONFIDENTIAL

2        A.   We talked about the ████ having

3  a list of ███ from ████.  Cells contain ████.

4        Q.   I see.

5             So you're saying the ██████ uses

6  both the key name and the list of unhealthy

7  ████; is that correct?

8        A.   The list of all █████

9        Q.   The list of all █████

10             And how does it use the list of all

11  ████?

12        A.   It will filter out the ones that it

13  believes are unhealthy from that list in that

14  cell and perform a ████████████

15  ██████████ on the remaining ██████

16        Q.   What is a ███████████████

17  ██████████?

18        A.   It is where -- I'm sorry.

19             In the context of how -- what we do

20  here?

21        Q.   Yes.

22        A.   It is where the ████████ will lay

23  out the ████ in a deterministic way and then

24  deterministically decide which key -- or,

25  sorry, which ███ it should route to for a

1          S. MARKLE - CONFIDENTIAL

2     particular key.

3          Q.   And it uses a hash function as part

4     of that determination?

5               MR. BABBITT:  Objection.  Vague and

6          to the extent you're calling for any

7          kind of legal conclusion about hash

8          function.

9          A.   I would have to look at the code to

10    remind myself of the specific function used.

11         Q.   Okay.  I didn't mean to ask a

12    tricky question.

13               It's called a ████████████ .  I

14    assumed that's because it used a hash

15    function.  Is that not correct?

16               MR. BABBITT:  Objection to form.

17         A.   I would have to look at the code to

18    remind myself of the algorithm used inside the

19    consistent hasher.

20         Q.   Okay.  Without looking at the code,

21    you're not sure if it uses a hash function?

22         A.   I'm not sure what function it uses,

23    without looking at the code.

24         Q.   Do you know if it uses a hash

25    function, without looking at the code?

1          S. MARKLE - CONFIDENTIAL

2          Q.   Okay.  You can go ahead and put

3    that document aside for now.

4               So I want to now talk about a PUT

5    request in Amazon S3.

6          A.   Okay.

7          Q.   What is a PUT request?

8          A.   A PUT request is a request from our

9    customers who want to upload a new object into

10   S3 for storage.

11         Q.   What is in a PUT request?

12         A.   The PUT request would have the

13   ████████████████████████████████████████████

14   ████████████████████    that may or may not be

15   included, and then the ███████████    itself.

16         Q.   What happens when S3 receives a PUT

17   request?  Actually --

18         A.   S3 stores the data for the

19   customer.

20         Q.   -- what component of S3 first

21   receives the PUT request?

22         A.   The ████████████.

23         Q.   Is that the same ███████████   we

24   were discussing for GET requests?

25         A.   Yes.

 1              S. MARKLE - CONFIDENTIAL

 2         Q.   What does the ▓▓▓▓▓▓▓▓ do with

 3    the PUT request?

 4         A.   Same as the GET request.  It looks

 5    for a ▓▓▓▓▓▓▓ to send the request to.

 6         Q.   What does the ▓▓▓▓▓▓▓ do when it

 7    receives the PUT request?

 8         A.   I believe the first thing it does

 9    is authorization.

10         Q.   What next?

11         A.   Depends on the metadata headers

12    that have been -- or the headers on the PUT

13    request.

14         Q.   What could it potentially do?

15         A.   Potentially the next thing it could

16    do is fetch encryption key material.

17         Q.   What else could it do?

18         A.   Begin to establish a connection

19    with the ▓ .

20         Q.   What's the ▓ ?

21         A.   The ▓▓▓▓▓▓▓▓ .

22         Q.   What does the ▓▓▓▓▓▓▓▓▓ do?

23         A.   The first thing that the ▓▓▓▓

24    ▓▓▓▓▓ does is decide which world to put it

25    in.  "World" is a synonym for "cell" here.

1      S. MARKLE - CONFIDENTIAL

2          Q.    How does the ▆▆▆▆▆▆ make

3   that decision?

4          A.    Based off of a file that it has on

5   a local disk that gives it weighting for which

6   worlds should receive how much traffic.

7          Q.    What does the ▆▆▆▆▆▆ do

8   once it's determined which cell?

9          A.    It establishes a -- sorry, it's not

10  a connection.  It makes a request to ▆▆▆▆.

11         Q.    What happens next?

12         A.    ▆▆▆▆ makes a request to ▆▆.

13         Q.    What does ▆▆ do with that

14  request?

15         A.    ▆▆ will examine some of the

16  attributes of the request and will look for a

17  suitable volume to place the data.  It will

18  generate a ▆▆▆▆ and return that ▆▆▆▆.

19         Q.    You said it will return the

20  ▆▆▆▆)

21         A.    I said "▆▆▆▆."  Sorry.

22         Q.    It will return the ▆▆▆▆ to the

23  cell?

24         A.    It will return the ▆▆▆▆ to

25  ▆▆▆▆.

S. MARKLE - CONFIDENTIAL

1

2      Q.   Okay.  What will _____ do once

3   it receives the _____?

4      A.   What _____ will do when it

5   receives the _____ is extract the _____

6   from the _____ and make a request to _____.

7      Q.   What is a _____?

8      A.   _____ is the ID of a volume

9   that will be used to store the data.

10      Q.   What does _____ do when it

11   receives the request from _____?

12      A.   It returns -- it does a memory

13   lookup for metadata associated with that

14   volume.

15      Q.   What happens next?

16      A.   It returns that metadata to

17   _____.

18      Q.   What does _____ do with that

19   metadata?

20      A.   _____ will examine the metadata,

21   perform ___ lookups to find IP addresses

22   associated with the ___ in the metadata.

23      Q.   What happens next?

24      A.   It returns that information to the

25   __.

1          S. MARKLE - CONFIDENTIAL

2          Q.   And that's ███████ will return

3   those IP addresses to the █?

4          A.   The IP addresses and other volume

5   metadata to the █.

6          Q.   What happens next?

7          A.   The █ will establish TCP

8   connections to the ████ specified in the

9   metadata and encode the data being sent in

10  from its source and then send the results into

11  those ████.

12         Q.   Is that the storing of the data?

13  The storing of the objects?

14         A.   Is what the storing of the objects?

15         Q.   That process you just described.

16         A.   That --

17              MR. BABBITT:   Just -- I'm sorry.

18         Objection to form.

19         A.   The whole thing is storing the

20  objects.  Like, S3 stores objects.  This whole

21  set of interactions is for that purpose.

22         Q.   So in your earlier answer you said

23  the █ will establish TCP connections to the

24  ████ specified in the metadata and encode the

25  data being sent in from its source and then

```
 1              S. MARKLE - CONFIDENTIAL
 2   send the results into those      .
 3        A.    Yes.
 4        Q.    What did you mean when you said the
 5   data?
 6        A.    Some form of the data that was sent
 7   in by the customers.
 8        Q.    That would be the object?
 9        A.    That would be the              of
10   the object.
11        Q.    What is a              of an
12   object?
13        A.    For most objects the
14   would be the set of bytes in the object.
15        Q.    What happens -- okay.
16              You described that step of the
17   sending the encoded data to the      .
18        A.    Um-hum.
19        Q.    What happens after that?
20        A.    After it sends it to the      ?
21        Q.    Yes.
22        A.    If it receives an acknowledgement
23   from enough of them, it will respond to the
24              with the      .
25        Q.    What does the              do with
```

```
 1              S. MARKLE - CONFIDENTIAL
 2   the blindex?
 3        A.   The ██████████ will put the ████████
 4   into an ██████, along with a variety of other
 5   fields.
 6        Q.   What happens next?
 7        A.   The ██████████ will send that ████████
 8   to the ██████████.
 9        Q.   What does the ██████████ do with the
10   ██████?
11        A.   The ████████ will, based on the
12   segment map, decide which cell hosts ████████
13   for that part of the key space.
14        Q.   What happens next?
15        A.   The ████████ will send the request,
16   the object name -- the key name, sorry, and
17   the ██████ to a ████ in that cell.
18        Q.   What happens next?
19        A.   The ████ will establish -- sorry.
20             The ████ will look up the partition
21   for that particular key name and then send
22   the -- a request to an ██████████ in that
23   partition.
24        Q.   What happens when that request is
25   received by the ██████████?
```

1    S. MARKLE - CONFIDENTIAL

2         A.    The ▮▮▮▮▮▮▮ will -- I believe

3    the ▮▮▮▮▮▮ will query the ▮▮▮▮▮▮▮ to

4    see if that object??so an object with the same

5    name??has already existed.

6         Q.    And what if an object with the same

7    name has already existed?

8         A.    I'm sorry.  It will retrieve the

9    ▮▮▮ from the ▮▮▮▮▮▮▮ for any

10   pre-existing object with the same name.

11        Q.    And what would happen next?

12        A.    It would then write the new ▮▮▮

13   and the old ▮▮▮ into a distributed journal.

14        Q.    What is a distributed journal?

15        A.    A distributed journal is a set

16   of -- set of records that contain -- a

17   distributed journal, in general, is a -- like,

18   a time-ordered storage system.

19        Q.    What if an object with that name

20   has not already existed?

21        A.    The same thing happens.

22        Q.    And then what would happen next?

23        A.    The ▮▮▮▮▮▮▮, after it received a

24   response from the journal, would update the

25   sentinel and tell it the sequence number from

1          S. MARKLE - CONFIDENTIAL

2    the journal.

3          Q.    What would happen next?

4          A.    The ███████████ would return the

5    previous ██████ to the ███.

6          Q.    And what would happen next?

7          A.    The █████ would cache the result and

8    return the previous ███████ to the ██████████.

9          Q.    What would happen next?

10         A.    The ████████████ returns it to the ██████

11   ████████.

12         Q.    What would happen next?

13         A.    The ████████████ will write the

14   previous ███████ a file on disk and then return

15   a successful acknowledgement to the customer.

16         Q.    Anything else?

17         A.    There's some billing and metering

18   that happens in there.  I don't know at what

19   point in the request it would, like,

20   acknowledge the presence of the request to the

21   billing system.  But that is -- that is the

22   extent of the request.

23              MR. CARDENAS-NAVIA:  Let's go ahead

24         and take a break.

25              THE VIDEOGRAPHER:  Going off the

```
1              S. MARKLE - CONFIDENTIAL
2         A.    The [REDACTED] would no longer route
3    requests to that [REDACTED].
4         Q.    So requests that would have
5    previously gone to that [REDACTED] would go to
6    different [REDACTED] now, correct?
7              MR. BABBITT:  Object to form.
8         A.    If a request came in that would
9    have gone to that [REDACTED], it will go to a
10   different [REDACTED].
11        Q.    And the different [REDACTED] that the
12   [REDACTED] goes to would be determined by the
13   consistent hasher, correct?
14             MR. BABBITT:  Objection.
15        A.    The [REDACTED] will use the
16   [REDACTED] to decide the [REDACTED].
17        Q.    And then the new [REDACTED] that's
18   selected by the [REDACTED] will then execute
19   whatever requests came in, if it can, correct?
20             MR. BABBITT:  Objection to form.
21        A.    Yeah, the [REDACTED] executes requests
22   from the [REDACTED].
23        Q.    And if that [REDACTED] does not have the
24   node ID corresponding to that request, it will
25   retrieve it from the [REDACTED] and then
```

```
 1              S. MARKLE - CONFIDENTIAL
 2                C E R T I F I C A T E
 3    STATE OF WASHINGTON  )
 4                         )  SS.:
 5    COUNTY OF ISLAND      )
 6
 7          I, GWEN S. BRASS, a Certified
 8    Shorthand Reporter within and for the state of
 9    Washington, do hereby certify:
10          That SETH MARKLE, the witness whose
11    deposition is hereinbefore set forth, was duly
12    sworn by me and that such deposition is a true
13    record of the testimony given by such witness.
14          I further certify that I am not
15    related to any of the parties to this action
16    by blood or marriage; and that I am in no way
17    interested in the outcome of this matter.
18          IN WITNESS WHEREOF, I have hereunto
19    set my hand this 3rd day of February, 2020.
20
21
22                        _Gwen Brass_
23                        _____
24                        Gwen Brass, CCR 1908
25
```