# Exhibit K31

*** HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER ***

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF ILLINOIS
 3                       EASTERN DIVISION
 4
 5   KOVE IO, INC.,                       )
 6           Plaintiff,                   )
 7      vs.                               ) No. 18 CV 8175
 8   AMAZON WEB SERVICES, INC.,           )
 9           Defendant.                   )
10
11            The ** HIGHLY CONFIDENTIAL ** remote video
12   teleconference deposition of STEPHEN BAILEY, PH.D.,
13   called for examination, taken pursuant to the Federal
14   Rules of Civil Procedure of the United States
15   District Courts pertaining to the taking of
16   depositions, taken before DINA G. MANCILLAS, a
17   Certified Shorthand Reporter within and for the State
18   of Illinois, CSR No. 84-3400 of said state, on
19   October 9, 2020, at 14:03 a.m. UTC.
20
21
22
23
24
```

1     in this matter is under penalty of perjury.
2            The parties and their counsel
3     consent to this arrangement and waive any
4     objections to this manner of reporting.
5            Please indicate your agreement by
6     stating your name and your agreement on the
7     record.
8         MS. MASCHERIN:  This is Terri
9     Mascherin, Jenner & Block, representing
10    Amazon Web Services.  We agree.
11        MR. CARDENAS-NAVIA:  This is Jaime
12    Cardenas-Navia of Reichman Jorgensen
13    representing Kove IO, Inc.  We agree.
14            (The witness was duly sworn.)
15          STEPHEN BAILEY, PH.D.,
16 called as a witness herein, having been first duly
17 sworn, was examined and testified as follows:
18                EXAMINATION
19 BY MS. MASCHERIN:
20    Q.   Good morning, sir.  My name is Terri
21 Mascherin.  I'm at the law firm of Jenner & Block
22 in Chicago.  We represent Amazon Web Services in
23 this case.
24           To start out, do you prefer to be

1  Q. Well, what -- what did you think it
2  meant when you signed this declaration?
3  A. I don't remember.
4  Q. Did you have an obligation as an
5  inventor on this application to disclose to the
6  Patent Office any prior art that was material to
7  the Patent Office's consideration whether these
8  inventions were patentable?
9  A. Yes, I believe so.
10 Q. Did you, in fact, disclose any prior
11 art to your counsel to be disclosed to the Patent
12 Office?
13 A. Yes.
14 Q. Let's take a look at the '640 patent,
15 which is Exhibit 8. We'll look at the first page.
16 A. Yes.
17 Q. You'll see, on -- beginning on the
18 left-hand column and then continuing over to the
19 right-hand column, a heading "References Cited,"
20 and then several U.S. patents, other publications.
21      Do you see that?
22 A. Yes.
23 Q. Which of these did you make your patent
24 counsel aware of?

1  this action.
2        IN WITNESS WHEREOF, I do hereunto set my
3  hand at Chicago, Illinois, this 16th of October,
4  2020.
5
6
7
8
9  _____
10       DINA G. MANCILLAS, CSR, RPR, CRR, CLR
11       CSR LICENSE NO. 084-003400
12
13
14
15
16
17
18
19
20
21
22
23
24