# Exhibit K32

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF ILLINOIS

 3                    EASTERN DIVISION

 4
     KOVE IO, INC.,                       )
 5                                        )
                 Plaintiff,               )
 6                                        ) Case No.
            vs.                           ) 1:18-cv-08175
 7                                        )
     AMAZON WEB SERVICES, INC.,           )
 8                                        )
                 Defendant.               )
 9   _____)

10

11   _____

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
     _____
13

14

15            REMOTE VIDEOTAPED DEPOSITION OF

16                   ALLAN H. VERMEULEN

17                  Friday, June 4, 2021

18

19

20

21

22   STENOGRAPHICALLY REPORTED BY:

23   RHONDA HALL-BREUWET, RDR, CRR

24

25   JOB NO. 194963
```

1           ALLAN H. VERMEULEN
2      on behalf of Kove from Reichman
3      Jorgensen.
4           MR. SIGLER:  Good morning.  This is
5      Bill Sigler from Fisch Sigler, LLP, on
6      behalf of the witness and Amazon Web
7      Services.
8           MR. ADLER:  And we also have on the
9      line Michael Marvin, also on behalf of
10     Kove.
11          THE VIDEOGRAPHER:  All right.  Thank
12     you.
13          Will the court reporter please swear
14     in the witness.
15          CERTIFIED STENOGRAPHER:  Raise your
16     right hand, please.
17          Do you solemnly swear the testimony
18     you are about to give will be the truth,
19     the whole truth, and nothing but the
20     truth?
21          THE WITNESS:  I do.
22          THE VIDEOGRAPHER:  Counselor, you
23     may proceed.
24              ALLAN H. VERMEULEN
25   acknowledged having been duly sworn to tell

```
 1                ALLAN H. VERMEULEN
 2   the truth and testified upon his oath as
 3   follows:
 4                DIRECT EXAMINATION
 5   BY MR. ADLER:
 6       Q.   Good morning, Mr. Vermeulen.
 7       A.   Good morning.
 8       Q.   Just to start, could you state and
 9   spell your full name for the record.
10       A.   Allan Henry Vermeulen, A-l-l-a-n
11   H-e-n-r-y V-e-r-m-e-u-l-e-n.
12       Q.   Thank you.
13            Have you been deposed before?
14       A.   Yes, I have.
15       Q.   How many times have you been deposed
16   before?
17       A.   Just once.
18       Q.   And what was that case about?
19       A.   That case was about 20 years ago,
20   and, honestly, I don't remember the
21   particulars.  It was a patent litigation
22   case.
23       Q.   And was that -- were you working at
24   Amazon, testifying on behalf of Amazon at the
25   time?
```

```
 1              ALLAN H. VERMEULEN
 2   team, I'm referring to the product that
 3   eventually became S3.
 4              Do you understand?
 5       A.   I'm going to take that as meaning
 6   the product we started developing in 2004 as
 7   opposed to other storage ideas we had that we
 8   worked on earlier than that.  And -- can you
 9   repeat the question, please?
10       Q.   Yeah.  I just wanted to make sure we
11   understood, but you actually said something
12   that I want to ask you a little bit more
13   about.
14              You stated that there were some
15   earlier products that you started designing
16   before then.  Could you tell -- what were
17   those products?
18       A.   Well, we had a product that we were
19   developing that we referred to as, believe it
20   or not, ▮, which was a predecessor of S3.
21       Q.   And what was ▮?
22       A.   It was a storage concept similar to
23   what we did with S3.  The architecture was
24   flawed, in that it was not able to scale
25   appropriately.  The API was different and we
```

1        ALLAN H. VERMEULEN
2   think not as effective as the API we proposed
3   and developed for the product that became S3.
4            So it was a product that was
5   targeting a similar -- similar market, if you
6   like, but we made the decision that the --
7   that that product was not going to be
8   sufficient.  And so we -- we ceased
9   development of that project and started the
10  development of S3.
11       Q.   Do you remember anything about the
12  proposed design for ▇?
13            (Zoom glitch.)
14       Q.   I'm sorry.  A little blip.  I didn't
15  hear any of your answer that you gave.
16       A.   Yes, I do recall aspects of the
17  design.
18       Q.   Did ▇ have an indexing system?
19            I'm not sure if you're thinking or
20  if you're blipping out.
21       A.   I am blipping out.  That, I don't
22  recall.
23       Q.   Why was it that ▇ wasn't able to
24  scale?
25       A.   So I -- you asked about indexing,

1        ALLAN H. VERMEULEN
2   and there was certainly some mechanism for
3   looking up -- for taking customer identifiers
4   and finding the appropriate, you know, data
5   that corresponded to those identifiers.
6            In the ▮ system, that data was
7   stored in a single database, and it was
8   obvious that that would become a scaling
9   bottleneck pretty quickly.  The ▮ system
10  also used our website front-end tools for
11  processing customer requests, and it was also
12  clear that those -- those tools were
13  appropriate for building a website, but they
14  were not appropriate for building a web
15  service infrastructure.  Again, there were
16  going to be problems with scale and
17  eventually with cost of the infrastructure to
18  support -- to support that kind of
19  architecture.
20      Q.   Why would it be obviously unscalable
21  to use a single database to store those
22  identifiers?
23      A.   It -- so databases typically run on
24  a single computer node.  I mean, I'm way
25  generalizing.  The field is much more

```
 1              ALLAN H. VERMEULEN                    Page 116
 2         Is that also your understanding of
 3    lead?
 4      Q.   Yep.  That's a good -- that's a good
 5    description.
 6      A.   So in that context, Jeff Bezos would
 7    almost certainly not have led the meeting.
 8    For example, he would not have set the
 9    agenda, and he would not have been
10    responsible for follow-up items.
11      Q.   Who would that have been, if you
12    know?
13      A.   I don't recall this particular
14    meeting.  Typically be Andy Jassy or myself.
15      Q.   Okay.  And I'm going to go to
16    page 2, but before I do, I have to do some
17    follow-up on what we talked about before.
18            You mentioned the [REDACTED] is a
19    predecessor to what would eventually become
20    S3.  Were through any other predecessor or
21    other designs that you considered but
22    didn't -- but didn't -- but ultimately
23    rejected?
24      A.   Well, yes.  So, again, this is just
25    going back 18 years, 17 years, but we did a
```

1  ALLAN H. VERMEULEN
2  survey, I recall, of existing storage systems
3  that were developed around the company.
4  Maybe you'll recall that earlier I said one
5  of the value propositions of S3 is that it
6  saved engineering teams from building their
7  own bespoke storage systems for their
8  particular projects.
9      At Amazon, we had built many
10 applications by that point, and so many teams
11 had built their own bespoke storage systems
12 doing exactly the thing that we hoped S3
13 would save teams from having to do.  And many
14 of those bespoke systems were pretty good,
15 and so we looked at those in order to see if
16 any of them would be suitable as a base for
17 our development efforts and let us initiate
18 the project by starting with an existing
19 system rather than building one from scratch.
20      So, yes, we evaluated a number of
21 systems around the company, and I -- you
22 know, I would be very hard-pressed to recall
23 details of what was in those systems or why
24 they were unsuitable.
25     Q.    Can you -- I know you'd be

```
 1              ALLAN H. VERMEULEN
 2       Q.   All right.  We'll keep going.
 3            Do you see the document up on the
 4  screen?
 5       A.   I do.
 6       Q.   This is the document we've marked as
 7  Exhibit 6, Tab 13, and I'd like to draw your
 8  attention to Discussion Details, where it
 9  says, "The discussion initially focused on
10  the choice of ███ as the underlying
11  architecture for S3 and potential issues with
12  that choice.  In particular, there was a good
13  deal of discussion regarding the level of
14  availability and performance that could be
15  achieved with ███ given its current
16  dependence on a central index server for
17  managing metadata and accessing stored
18  elements."
19            Do you see that?
20       A.   I do, yes.
21            Pardon me for eating a little bit
22  while we go through the proceedings, but I
23  need to keep eating.
24       Q.   Well, we'll keep going, and if it's
25  disruptive, then we'll stop and take another
```

1           ALLAN H. VERMEULEN

2   break and make sure that you have the time

3   that you need.

4       A.   Thank you.

5       Q.   Do you see that?

6       A.   I do.

7       Q.   Do you remember what ▮▮▮ is?

8       A.   Only extremely vaguely. It is one

9   of the bespoke storage systems created

10  somewhere in Amazon. I can't remember which

11  created it. My recollection was it was the

12  closest to what could potentially fit our

13  needs, but I'm speculating somewhat. This is

14  a long time ago.

15      Q.   Do you remember what the central

16  index server was?

17      A.   I don't recall the architecture of

18  the ▮▮▮ system. I mean, I can speculate on

19  what a central index server is, but I -- I

20  just don't recall the particulars of this

21  system.

22      Q.   Do you remember -- do you remember

23  at a higher level whether ▮▮▮ was deemed

24  unacceptable for the same reason as ▮?

25      A.   No. Like I said earlier, we

1        ALLAN H. VERMEULEN
2   evaluated a number of internal storage
3   systems, and we rejected them all for various
4   reasons.  And I cannot remember which of
5   those systems ▓▓▓▓ was.
6       Q.   Okay.  I'd like to go down to the
7   third paragraph in this document, right here
8   on the screen with it says, ▓▓▓▓▓▓▓▓
9   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
11  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12           Do you see that?
13      A.   I do.
14      Q.   Do you know why this would have been
15  an area of focus?
16           MR. SIGLER:  Objection.  Vague.
17           THE WITNESS:  Do you -- do you mean
18      an area of focus in this meeting or an
19      area of focus in how to think about a
20      design problem?
21  BY MR. ADLER:
22      Q.   Let's take them one at a time.
23           Do you know why some time would have
24  been spent discussing a two-layered approach
25  to S3?

```
 1              ALLAN H. VERMEULEN
 2    was released as a beta -- in a beta version
 3    initially.
 4         Q.   Was there an S3 beta?
 5         A.   No.
 6         Q.   Okay.
 7         A.   Well, let me -- let me expand on
 8    that slightly.
 9              In the fall of 2005, we released an
10    internal version of S3 for internal
11    customers, and we referred to that as a beta
12    version, but it was not a traditional beta in
13    that external customers did not have access
14    to it.  When we launched the externally
15    available product on March 14th, 2006, that
16    was not a beta version.  That was a released,
17    fully supported product.
18         Q.   Do you recall how -- how much the
19    beta -- internal beta was used of S3?
20         A.   I'm not sure how to quantify how
21    much it was used.  It was certainly used by
22    some groups, and they provided valuable
23    feedback.
24         Q.   Okay.  So I'm going to stay on the
25    same document.  I'm going to go back a few
```

CERTIFICATE

STATE OF FLORIDA:

    I, RHONDA HALL-BREUWET, RDR, CRR, CSR, LCR, CCR, FPR, stenographic shorthand reporter, do hereby certify:

    That the witness whose deposition is hereinbefore set forth was duly sworn, and that such deposition is a true record of the testimony given by such witness.

    I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this 14th day of June, 2021.

*[signature: Rhonda Hall Breuwet]*

_____

RHONDA HALL-BREUWET, RDR, CRR, CSR, LCR, CCR, FPR
Stenographic Shorthand Reporter