# Exhibit K33

1            CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

2                  UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ILLINOIS
3                       EASTERN DIVISION

4   KOVE, INC.,                        )
                                       )
5           Plaintiff,                 )
                                       )
6           vs.                        )   CASE NO.
                                       )   1:18-cv-08175
7   AMAZON WEB SERVICES, INC.,         )
                                       )
8           Defendant.                 )

9

10

11     REMOTE VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

12                     OF SCOTT HAYDEN

13

14                     APRIL 24, 2023
                         8:03 A.M.
15

16          (All participants appeared remotely)

17

18

19          TAKEN AT THE INSTANCE OF THE PLAINTIFF

20

21

22

23

24   REPORTED BY:
     MONNA J. NICKESON, RPR, CRR, CCR, CSR CA 14430
25   JOB:  J9559085



| | |
|---|---|
| 1 | Esquire Deposition Solutions. | 08:04 |
| 2 | Will everyone present please identify | 08:04 |
| 3 | themselves, beginning with our witness, | 08:04 |
| 4 | Mr. Hayden. | 08:04 |
| 5 | THE WITNESS:  Scott Hayden, Amazon.com, Inc. | 08:04 |
| 6 | THE VIDEOGRAPHER:  Thank you. | 08:04 |
| 7 | Counsel, please. | 08:04 |
| 8 | MR. BAYAR:  This is Navid Bayar.  I'm with | 08:04 |
| 9 | the firm of Reichman Jorgensen on behalf of | 08:04 |
| 10 | plaintiff, Kove.  And I have with me on the | 08:04 |
| 11 | line Mateo Fowler who is also co-counsel for | 08:04 |
| 12 | Kove.  And also Adam Adler with the firm of | 08:04 |
| 13 | Reichman Jorgensen. | 08:04 |
| 14 | MS. PHILLIPS:  And my name is Lisa Phillips. | 08:04 |
| 15 | I'm representing defendant Amazon Web | 08:04 |
| 16 | Services, as well as third-party Amazon | 08:04 |
| 17 | Technologies, Inc., and the witness today. | 08:04 |
| 18 | THE VIDEOGRAPHER:  Thank you very much. | 08:05 |
| 19 | Madam Reporter, would we kindly swear in | 08:05 |
| 20 | the witness. | 08:05 |
| 21 | SCOTT HAYDEN | |
| 22 | Having been first duly sworn, was examined and | |
| 23 | testified as follows: | 08:05 |
| 24 | EXAMINATION | 08:05 |
| 25 | BY MR. BAYAR: | 08:05 |



| | |
|---|---|
| 1 | A. I'm sorry. My mouse jumped the document. | 03:33 |
| 2 | Can you tell me what page? | 03:33 |
| 3 | Q. I'll go back to it. | 03:33 |
| 4 | A. Thank you. | 03:33 |
| 5 | Q. And so under 7th additional defense, do you | 03:33 |
| 6 | see the list of equitable doctrines listed? | 03:33 |
| 7 | A. I do. | 03:33 |
| 8 | Q. And do you see the reference to other | 03:33 |
| 9 | equitable defensibles? | 03:33 |
| 10 | A. I do. | 03:33 |
| 11 | Q. Does AWS have any other equitable defenses | 03:33 |
| 12 | that it intends to assert based on the discovery that | 03:33 |
| 13 | it's gathered in this case? | 03:33 |
| 14 | MS. PHILLIPS: Objection. Outside the | 03:33 |
| 15 | scope. | 03:34 |
| 16 | THE WITNESS: Not that I'm aware of. | 03:34 |
| 17 | BY MR. BAYAR: | 03:34 |
| 18 | Q. Are there any facts in AWS' possession that | 03:34 |
| 19 | would support other equitable defenses in this case? | 03:34 |
| 20 | MS. PHILLIPS: Same objection. | 03:34 |
| 21 | THE WITNESS: Not that I'm aware of at this | 03:34 |
| 22 | time. | 03:34 |
| 23 | BY MR. BAYAR: | 03:34 |
| 24 | Q. Are there any facts supporting -- well, | 03:34 |
| 25 | with respect to doctrine of laches, is this a defense | 03:34 |



1  that AWS intends to maintain in this case?  03:34
2        MS. PHILLIPS:  Objection.  Outside the  03:34
3        scope.  03:34
4        THE WITNESS:  Subject to future change, yes.  03:34
5  BY MR. BAYAR:  03:34
6     Q.  What non- -- does AWS have any  03:34
7  non-privileged facts to share -- or does AWS --  03:34
8  withdrawn.  03:34
9        Does AWS have any facts in its possession  03:34
10 that would support its basis for this defense?  03:34
11       MS. PHILLIPS:  Same objection.  03:34
12       THE WITNESS:  Could you repeat that, please?  03:34
13 BY MR. BAYAR:  03:35
14    Q.  Does AWS have any non-privileged facts to  03:35
15 share in its possession that would support its basis  03:35
16 for this defense?  03:35
17       MS. PHILLIPS:  Same objection.  03:35
18       THE WITNESS:  Not that I know of.  03:35
19 BY MR. BAYAR:  03:35
20    Q.  And does AWS have any facts in its  03:35
21 possession to support its equitable estoppel defense?  03:35
22    A.  Could you repeat that, please?  03:35
23    Q.  Does AWS have any facts in its possession  03:35
24 to support its equitable estoppel defense?  03:35
25    A.  I believe so.  03:35



| | |
|---|---|
| 1 | Q.   What facts do you have? | 03:35 |
| 2 | A.   The long period of time from when Kove | 03:35 |
| 3 | obtained the patents until they reached out to Amazon | 03:35 |
| 4 | through the -- actually filed the litigation. | 03:35 |
| 5 | Q.   Anything else? | 03:36 |
| 6 | A.   I think that's the principle one. | 03:36 |
| 7 | Q.   So you have no other facts to share in | 03:36 |
| 8 | support of your equitable estoppel defense? | 03:36 |
| 9 | MS. PHILLIPS:  Objection to form. | 03:36 |
| 10 | THE WITNESS:  I think there were different | 03:36 |
| 11 | time frames for the different patents, but | 03:36 |
| 12 | other than that, no. | 03:36 |
| 13 | BY MR. BAYAR: | 03:36 |
| 14 | Q.   And with respect to the acquiescence | 03:36 |
| 15 | defense, is this a defense that AWS intends to | 03:36 |
| 16 | maintain in this case? | 03:36 |
| 17 | A.   Subject to future change, yes. | 03:36 |
| 18 | Q.   And what facts does AWS have to support | 03:36 |
| 19 | its -- to provide a basis for its acquiescence | 03:36 |
| 20 | defense? | 03:36 |
| 21 | A.   Similar to the estoppel issues. | 03:36 |
| 22 | Q.   And what facts were those? | 03:36 |
| 23 | A.   The long delay, not taking action. | 03:36 |
| 24 | Q.   Anything else? | 03:36 |
| 25 | A.   Not that I know. | 03:36 |



```
 1        Q.   And does AWS intend to maintain its waiver    03:37
 2   defense?                                                03:37
 3             MS. PHILLIPS:   Objection.  Outside the       03:37
 4             scope.                                        03:37
 5             THE WITNESS:  I don't know.                   03:37
 6   BY MR. BAYAR:                                           03:37
 7        Q.   And does AWS have any facts to share that     03:37
 8   would support or provide a basis for its waiver         03:37
 9   defense?                                                03:37
10             MS. PHILLIPS:   Objection.  Outside the       03:37
11             scope.                                        03:37
12             THE WITNESS:  Not that I'm aware of.          03:37
13   BY MR. BAYAR:                                           03:37
14        Q.   Does AWS intend to maintain its unclean       03:37
15   hands defense?                                          03:37
16        A.   I don't know --                               03:37
17             MS. PHILLIPS:   Objection.  Outside of the    03:37
18             scope.                                        03:37
19   BY MR. BAYAR:                                           03:37
20        Q.   And does AWS have any facts to share that     03:37
21   would support or provide a basis for its unclean        03:37
22   hands defense?                                          03:37
23             MS. PHILLIPS:  Same objection.                03:37
24             THE WITNESS:   I don't know.                  03:37
25   BY MR. BAYAR:                                           03:37
```



| | | |
|---|---|---|
| 1 | MS. PHILLIPS:  Object to form. | 03:50 |
| 2 | THE WITNESS:  Outside counsel. | 03:50 |
| 3 | BY MR. BAYAR: | 03:50 |
| 4 | Q.   Did you talk to anybody other than outside | 03:50 |
| 5 | counsel? | 03:50 |
| 6 | A.   Inside litigation counsel. | 03:50 |
| 7 | Q.   Did you talk to anybody else? | 03:50 |
| 8 | A.   No. | 03:50 |
| 9 | Q.   And is it your position that AWS' | 03:50 |
| 10 | affirmative defenses were largely developed by its | 03:50 |
| 11 | legal team? | 03:50 |
| 12 | MS. PHILLIPS:  Object to the form.  Outside | 03:50 |
| 13 | the scope.  And I want to caution the | 03:50 |
| 14 | witness not to reveal any privileged | 03:50 |
| 15 | communications.  If you can answer that | 03:50 |
| 16 | question without doing so, you may. | 03:50 |
| 17 | THE WITNESS:  All those discussions would be | 03:50 |
| 18 | privileged. | 03:51 |
| 19 | BY MR. BAYAR: | 03:51 |
| 20 | Q.   Are all of AWS' privileged communication | 03:51 |
| 21 | with respect to its defenses logged on its privileged | 03:51 |
| 22 | log? | 03:51 |
| 23 | MS. PHILLIPS:  Objection to form.  Outside | 03:51 |
| 24 | the scope. | 03:51 |
| 25 | THE WITNESS:  I don't know. | 03:51 |



```
 1  BY MR. BAYAR:                                    04:21

 2      Q.   Understood.                             04:21

 3           ██████████████████████████████████     04:21

 4      █████████████████████████████████████████   04:22

 5      ████████████████████████████████████████    04:22

 6           MS. PHILLIPS:  Objection to the form.   04:22

 7           THE WITNESS:  ██████████████████████    04:22

 8           ████████████████████████████████████   04:22

 9           ████████████████████████████████████   04:22

10           MR. BAYAR:  Sir, I'm going to move to strike  04:22

11           as nonresponsive.                       04:22

12  BY MR. BAYAR:                                    04:22

13      Q.   I'm going to ask my question again.     04:22

14           ████████████████████████████████████   04:22

15      █████████████████████████████████████████   04:22

16      █████████████████████████████               04:22

17           MS. PHILLIPS:  Object to the form.  Asked  04:22

18           and answered.                           04:22

19           THE WITNESS:  ██████████████████████    04:22

20           ███████████████████████████████████████  04:22

21           ████████████████                        04:22

22  BY MR. BAYAR:                                    04:22

23      Q.   ███████████████████████████████████    04:22

24      ██████████████████████████████████          04:22

25           MS. PHILLIPS:  Objection to the form.   04:22
```



| | | |
|---|---|---|
| 1 | THE WITNESS: ███████████████ | 04:23 |
| 2 | ███████ | 04:23 |
| 3 | BY MR. BAYAR: | 04:23 |
| 4 | Q. ████████████████████ | 04:23 |
| 5 | ███████████████████████████████████ | 04:23 |
| 6 | ███████████████████████████████████ | 04:23 |
| 7 | ███████████████████ | 04:23 |
| 8 | MS. PHILLIPS: Objection to the form. | 04:23 |
| 9 | THE WITNESS: ███████████████ | 04:23 |
| 10 | █████████████████████████ | 04:23 |
| 11 | BY MR. BAYAR: | 04:23 |
| 12 | Q. Are you -- | 04:23 |
| 13 | MS. PHILLIPS: Let him finish, please. Let | 04:23 |
| 14 | him finish his answer. | 04:23 |
| 15 | BY MR. BAYAR: | 04:23 |
| 16 | Q. Okay. Go ahead, Mr. Hayden. | 04:23 |
| 17 | A. ████████████████████████ | 04:23 |
| 18 | █████████████████ | 04:23 |
| 19 | Q. Well, sir, your counsel are your agents, | 04:23 |
| 20 | correct? | 04:23 |
| 21 | MS. PHILLIPS: Objection to the form. | 04:23 |
| 22 | THE WITNESS: They are outside counsel. | 04:23 |
| 23 | BY MR. BAYAR: | 04:24 |
| 24 | Q. Well, they act on Amazon's behalf, right? | 04:24 |
| 25 | MS. PHILLIPS: Objection to the form. | 04:24 |



```
 1            the scope.                                    05:42
 2            THE WITNESS:  Some people have a mix of       05:42
 3            everything.  Some people have more of one     05:42
 4            type than other types of categories of        05:43
 5            resources, ideas, implementation.             05:43
 6    BY MR. BAYAR:                                         05:43
 7        Q.                                                05:43
 8                                                          05:43
 9                                                          05:43
10        A.                                                05:43
11                                                          05:43
12                                                          05:43
13        Q.                                                05:43
14                                                          05:43
15        A.                                                05:43
16        Q.                                                05:43
17                                                          05:44
18        A.                                                05:44
19        Q.                                                05:44
20                                                          05:44
21        A.                                                05:44
22        Q.    Sir, your position is you didn't try to     05:45
23    design around Kove's patents because you don't        05:45
24    believe you infringe, correct?                        05:45
25            MS. PHILLIPS:  I'm going to caution the       05:45
```



```
1   BY MR. BAYAR:                                        05:46
2       Q.   Sure.                                       05:46
3            MS. PHILLIPS:  I also think that might not  05:46
4       have been the last question.                    05:46
5   BY MR. BAYAR:                                        05:46
6       Q.   ████████████████████████████               05:46
7   ███████████████████████████████████                 05:46
8       █████████████████████████████                   05:47
9       ██████████████████████████████████              05:47
10      ████████████████████████████████                05:47
11      ██████████████████████████████████              05:47
12      ██████████████████████████████████              05:47
13      ████████████████████████████                    05:47
14  BY MR. BAYAR:                                        05:47
15      Q.   Sir, I'm going to pull up a document that   05:48
16  I've marked Exhibit 27.  This is a trial transcript  05:48
17  of Vocalife, LLC, versus Amazon.com, Inc.  And it's a 05:48
18  transcript of the jury trial, specifically the       05:48
19  morning session, held on October 2nd, 2020.          05:48
20              (Exhibit 27 was marked.)                 05:48
21  BY MR. BAYAR:                                        05:48
22      Q.   Do you see that?                            05:48
23      A.   I do.                                       05:48
24      Q.   And do you recall providing testimony in   05:48
25  this case?                                           05:48
```



1         A.   I was deposed for this case, yes.                    05:48

2         Q.   Are you aware, was that deposition under             05:48

3    oath?                                                          05:48

4         A.   It was.                                              05:48

5         Q.   Are you aware that your testimony was                05:49

6    played at trial?                                               05:49

7              MS. PHILLIPS:  Objection to form.  And               05:49

8              outside the scope.                                   05:49

9              THE WITNESS:  I am.                                  05:49

10   BY MR. BAYAR:                                                  05:49

11        Q.   And are you aware that this patent                   05:49

12   infringement case resulted in a verdict against               05:49

13   Amazon?                                                        05:49

14             MS. PHILLIPS:  Objection to form.  And               05:49

15             outside the scope.                                   05:49

16             THE WITNESS:  I am.  And subject to appeal,          05:49

17             it was overturned.                                   05:49

18   BY MR. BAYAR:                                                  05:49

19        Q.   What's the status of the case now?                   05:49

20             MS. PHILLIPS:  Objection to form.  And               05:49

21             outside the scope.                                   05:49

22             THE WITNESS:  I'm not sure what the --               05:49

23             whether they appealed again.  I'm not sure           05:49

24             of the current status.                               05:49

25   BY MR. BAYAR:                                                  05:49



1        Q.   I'm directing your attention to page 74 of          05:49

2   the PDF, but it's page 355 of the transcript.                 05:49

3             Do you see the bottom of the page that              05:50

4   says:                                                         05:50

5             Scott Hayden, plaintiff's witness,                  05:50

6   presented by video deposition?                                05:50

7        A.   I do.                                               05:50

8        Q.   And I'm going to direct your attention to           05:50

9   page 358 of the transcript, page 77 of the PDF of the         05:50

10  exhibit, and specifically line 10.                            05:50

11            I'm going to read this question into the            05:50

12  record.  And could you -- quote:                              05:50

13            And could you explain a little more                 05:50

14  specifically how Amazon would determine what the              05:50

15  value of a particular patent is to what Amazon wants          05:50

16  to do, end quote.                                             05:50

17            Do you see that, sir?                               05:50

18        A.   I do.                                              05:50

19        Q.   And can you please read your answer into          05:50

20  the record?                                                   05:50

21            MS. PHILLIPS:  Objection to the form.  And          05:50

22            to the extent it's outside the scope.               05:50

23            THE WITNESS:  If the -- their patent is             05:51

24            valid, enforceable, and -- we would look at         05:51

25            the claims that determine the actual                05:51



1       coverage and the relevance of the patent to       05:51

2       what we are doing.  If it is something that       05:51

3       is a small piece that doesn't make any            05:51

4       difference, we could use that or an               05:51

5       alternative, then, obviously, it's going to       05:51

6       be worth a lot less.                              05:51

7            If it is on something that is the --         05:51

8       essential piece of that, then it could be         05:51

9       worth more.  But all those things still get       05:51

10      to the point of being reasonable from the         05:51

11      standpoint.                                        05:51

12           There are people in the past --              05:51

13      (The Court Reporter requested                     05:51

14      clarification.)                                    05:51

15      THE WITNESS:  We've had people in the past        05:51

16      that have demanded, you know, one -- one          05:51

17      company came in and said, you know, when I        05:51

18      first started, that they wanted 5 percent of      05:52

19      our gross.                                          05:52

20  BY MR. BAYAR:                                          05:52

21      Q.   And continue reading.                        05:52

22      A.   I had to change the page.                    05:52

23           Revenues.  Unfortunately, we didn't make 5   05:52

24  percent at the time.                                   05:52

25           So that was one where we would say, well,    05:52



| | |
|---|---|
| 1 | our best answer is that there is just so -- just turn | 05:52 |
| 2 | the feature off and we won't do it.  And so that's | 05:52 |
| 3 | always an alternative that say if we can't come to | 05:52 |
| 4 | reasonable terms, then we'll stop doing things. | 05:52 |
| 5 | Q.  AWS has worked on a product where its | 05:52 |
| 6 | approached allegedly infringed on another patent, but | 05:52 |
| 7 | then had to design around it, right? | 05:53 |
| 8 | MS. PHILLIPS:  Objection to scope.  And | 05:53 |
| 9 | form. | 05:53 |
| 10 | THE WITNESS:  Could you repeat the question, | 05:53 |
| 11 | please? | 05:53 |
| 12 | BY MR. BAYAR: | 05:53 |
| 13 | Q.  AWS has worked on a product where its | 05:53 |
| 14 | approach allegedly infringed on another person's | 05:53 |
| 15 | patent, but then had to design around the claimed | 05:53 |
| 16 | invention, right? | 05:53 |
| 17 | MS. PHILLIPS:  Objection to scope.  And | 05:53 |
| 18 | form. | 05:53 |
| 19 | THE WITNESS:  I believe that would be | 05:53 |
| 20 | privileged. | 05:53 |
| 21 | BY MR. BAYAR: | 05:53 |
| 22 | Q.  Sir, do you have any examples of situations | 05:53 |
| 23 | where AWS designed around someone's asserted patents? | 05:53 |
| 24 | MS. PHILLIPS:  Objection to scope.  And | 05:53 |
| 25 | form. | 05:53 |



| | | |
|---|---|---|
| 1 | THE WITNESS:  To me, there's a difference | 06:05 |
| 2 | between critical, because I don't know what | 06:05 |
| 3 | that means, and in the standard patent | 06:05 |
| 4 | terminology of essential being to the | 06:05 |
| 5 | practicing of a standard.  So the answer | 06:05 |
| 6 | would be different depending upon which one | 06:05 |
| 7 | of those two categories you provide. | 06:05 |
| 8 | BY MR. BAYAR: | 06:05 |
| 9 | Q.   And with respect to your testimony that you | 06:05 |
| 10 | don't know what certain words mean, I will just note | 06:05 |
| 11 | that I offered you the opportunity to look up the | 06:05 |
| 12 | definition of any word that you don't know, but you | 06:05 |
| 13 | have refused that offer. | 06:06 |
| 14 | MS. PHILLIPS:  And I'll object as going | 06:06 |
| 15 | against your initial instructions. | 06:06 |
| 16 | BY MR. BAYAR: | 06:06 |
| 17 | Q.   Mr. Hayden, if a product can't operate | 06:06 |
| 18 | without a patent, you wouldn't be able to turn the | 06:06 |
| 19 | feature that's infringing off, right? | 06:06 |
| 20 | MS. PHILLIPS:  Objection to form.  And | 06:06 |
| 21 | outside the scope.  And calls for expert | 06:06 |
| 22 | testimony. | 06:06 |
| 23 | | 06:06 |
| 24 | | 06:06 |
| 25 | | 06:06 |



| # | | Time |
|---|---|---|
| 1 | | 06:06 |
| 2 | | 06:06 |
| 3 | Q. | 06:06 |
| 4 | | 06:06 |
| 5 | MS. PHILLIPS:  Objection to form.  And | 06:06 |
| 6 | outside the scope. | 06:06 |
| 7 | | 06:06 |
| 8 | | 06:06 |
| 9 | Q. | 06:06 |
| 10 | | 06:06 |
| 11 | | 06:07 |
| 12 | | 06:07 |
| 13 | | 06:07 |
| 14 | Q. | 06:07 |
| 15 | | 06:07 |
| 16 | MS. PHILLIPS:  Objection to form.  Outside | 06:07 |
| 17 | the scope.  And calls for expert testimony. | 06:07 |
| 18 | | 06:07 |
| 19 | | 06:07 |
| 20 | | 06:07 |
| 21 | Q. | 06:07 |
| 22 | A. | 06:07 |
| 23 | Q. | 06:07 |
| 24 | | 06:07 |
| 25 | | 06:07 |



| | | |
|---|---|---|
| 1 | MS. PHILLIPS:  Objection to form.  Outside | 06:07 |
| 2 | the scope.  And calls for expert testimony. | 06:07 |
| 3 | | 06:07 |
| 4 | | 06:07 |
| 5 | | 06:07 |
| 6 | Q. | 06:07 |
| 7 | | 06:07 |
| 8 | MS. PHILLIPS:  Objection to form.  Outside | 06:08 |
| 9 | the scope.  And calls for expert testimony. | 06:08 |
| 10 | | 06:08 |
| 11 | | 06:08 |
| 12 | | 06:08 |
| 13 | | 06:08 |
| 14 | BY MR. BAYAR: | 06:08 |
| 15 | Q.  Sir, does AWS believe that Kove's patents | 06:08 |
| 16 | cover only a small piece of S3? | 06:08 |
| 17 | MS. PHILLIPS:  Objection to form.  Calls for | 06:08 |
| 18 | expert testimony and legal conclusions.  And | 06:08 |
| 19 | outside the scope. | 06:08 |
| 20 | THE WITNESS:  I believe that is privileged, | 06:08 |
| 21 | so I won't provide additional response. | 06:08 |
| 22 | BY MR. BAYAR: | 06:08 |
| 23 | Q.  Sir, you believe your answer to the | 06:08 |
| 24 | question, does AWS believe that Kove's patents cover | 06:08 |
| 25 | only a small piece of S3, you think your answer to | 06:08 |





1                                                        06:11
2                                                        06:11
3                                                        06:11
4                                                        06:11
5                                                        06:11
6                                                        06:11
7        Q.                                              06:11
8                                                        06:11
9                                                        06:11
10                                                       06:12
11                                                       06:12
12                                                       06:12
13                                                       06:12
14                                                       06:12
15                                                       06:12
16                                                       06:12
17  BY MR. BAYAR:                                        06:12
18       Q.   Sir, I'd like to point your attention to  06:12
19  page 360 of the Vocalife transcript.  I'm going to  06:12
20  press the button to directly get you to that page.  06:12
21  Let me know when you see page 360 on your screen.   06:12
22       A.   I see it.                                  06:12
23       Q.   And I'm going to read your testimony,     06:12
24  starting on line 17.  And it says, quote:           06:12
25            And we also educate them -- educate our   06:12



1    developers/designers employees not to look for          06:12

2    patents of others.                                      06:12

3             Do you see that?                               06:12

4        A.   I do.                                          06:12

5        Q.   And so, sir, does AWS instruct its             06:12

6    employees to not look for other people's intellectual   06:13

7    property when developing AWS' products or services?     06:13

8             MS. PHILLIPS:  Objection to form.  And         06:13

9             outside the scope.                             06:13

10            THE WITNESS:  We do, as I described in my       06:13

11            last response.  This was a short-hand           06:13

12            answer.  We ask that they share the ones        06:13

13            that they are aware of.                         06:13

14   BY MR. BAYAR:                                           06:13

15       Q.   Sir, do you -- does AWS instruct its            06:13

16   employees to not look for other people's intellectual   06:13

17   property when developing AWS' products and services?    06:13

18            MS. PHILLIPS:  Objection to form.  Outside      06:13

19            the scope.  And I want to instruct the --       06:13

20            I'm sorry -- caution the witness not to         06:13

21            reveal any privileged communications.  If       06:13

22            you can answer that question without doing      06:13

23            so, you may.                                    06:13

24            THE WITNESS:  Our instructions to the           06:14

25            employees would be privileged.                 06:14



| | | |
|---|---|---|
| 1 | Do you recall being asked about the | 07:13 |
| 2 | prosecution history -- withdrawn. | 07:13 |
| 3 | Do you recall Kove counsel asking you about | 07:13 |
| 4 | the prosecution history of the '571 ATI patent | 07:13 |
| 5 | earlier? | 07:13 |
| 6 | MR. BAYAR: Objection. Leading. Form. | 07:13 |
| 7 | THE WITNESS: I do. | 07:13 |
| 8 | BY MS. PHILLIPS: | 07:13 |
| 9 | Q. And do you recall Kove's counsel asking you | 07:13 |
| 10 | about the filing of the response to the office action | 07:13 |
| 11 | that responded -- withdrawn. | 07:13 |
| 12 | Do you recall Kove's counsel asking you | 07:13 |
| 13 | earlier about the filing of the office action | 07:13 |
| 14 | response regarding the office action citing to Kove's | 07:13 |
| 15 | '978 patent? | 07:13 |
| 16 | MR. BAYAR: Objection. Leading. Form. | 07:13 |
| 17 | THE WITNESS: I do. | 07:13 |
| 18 | BY MS. PHILLIPS: | 07:13 |
| 19 | Q. And do you know who filed that office | 07:13 |
| 20 | action response? | 07:13 |
| 21 | A. Outside counsel. | 07:14 |
| 22 | Q. ███████████████████████████ | 07:14 |
| 23 | ███████████████████ | 07:14 |
| 24 | MR. BAYAR: Objection. Assumes facts not in | 07:14 |
| 25 | evidence. Calls for speculation. Leading. | 07:14 |



| | | |
|---|---|---|
| 1 | THE WITNESS: | 07:14 |
| 2 | | 07:14 |
| 3 | | 07:14 |
| 4 | BY MS. PHILLIPS: | 07:14 |
| 5 | Q. | 07:14 |
| 6 | | 07:14 |
| 7 | | 07:14 |
| 8 | A. | 07:14 |
| 9 | Q. | 07:14 |
| 10 | | 07:14 |
| 11 | A. | 07:14 |
| 12 | Q. | 07:14 |
| 13 | | 07:14 |
| 14 | | 07:14 |
| 15 | | 07:15 |
| 16 | | 07:15 |
| 17 | | 07:15 |
| 18 | | 07:15 |
| 19 | | 07:15 |
| 20 | | 07:15 |
| 21 | | 07:15 |
| 22 | | 07:15 |
| 23 | BY MS. PHILLIPS: | 07:15 |
| 24 | Q.  Do you recall Kove's counsel asking you | 07:15 |
| 25 | earlier about the document retention policy that's | 07:15 |



1  written?                                           07:15

2      A.   Yes.                                       07:15

3           MR. BAYAR:  Objection.  Leading.           07:15

4  BY MS. PHILLIPS:                                    07:16

5      Q.   Did you review a written document retention 07:16

6  policy in preparation for your deposition today?    07:16

7      A.   I did.                                     07:16

8           MR. BAYAR:  Objection.  Leading.           07:16

9  BY MS. PHILLIPS:                                    07:16

10     Q.   And you understand it's been produced in   07:16

11  this litigation, correct?                          07:16

12     A.   Yes.                                       07:16

13          MS. PHILLIPS:  That's all the questions I  07:16

14          have.  Thank you, Mr. Hayden.              07:16

15          MR. BAYAR:  Can we take a short break?  We  07:16

16          may have a couple of questions for the     07:16

17          witness.                                   07:16

18          THE VIDEOGRAPHER:  Off the record, Counsel? 07:16

19          Off the record at 7:16 p.m. Pacific time.  07:16

20               (A recess was taken.)                 07:21

21          THE VIDEOGRAPHER:  On the record.  It's 7:21 07:21

22          p.m. Pacific time.                         07:21

23                    EXAMINATION                      07:21

24  BY MR. BAYAR:                                      07:21

25     Q.   Mr. Hayden, earlier your counsel on direct 07:21



1    examination asked you if you had reviewed a file for    07:21

2    the patents under Exhibit 25, the one I have pulled    07:22

3    up; do you see that?    07:22

4         A.    Yes.    07:22

5         Q.    07:22

6    07:22

7    07:22

8    07:22

9    07:22

10    07:22

11    07:22

12    07:22

13    07:22

14    07:22

15         Q.    07:22

16    07:22

17    07:22

18    07:22

19    07:22

20    07:22

21    07:22

22    07:23

23    07:23

24    07:23

25    07:23





```
 1    Q.    ████████████████████████████████        07:23
 2          ██████████████████████████████████      07:23
 3          █████████████████████████████████       07:23
 4          ████████████████████████████            07:23
 5          ███████████████████                     07:23
 6    ██████████                                     07:23
 7    Q.    ███████████████████████████████         07:23
 8    ███                                            07:23
 9    A.    ████████████████                         07:23
10    Q.    ██████████████████████████              07:23
11    A.    █████████                                07:23
12    Q.    ████████████████████████████████████    07:23
13    ████████████████████████████████████████      07:23
14    ████████████                                   07:24
15          ████████████████████████████            07:24
16          ███████████████████                     07:24
17    ██████████████                                 07:24
18    Q.    ████████████████████                     07:24
19          ████████████████████████████████        07:24
20          ████████████████████                     07:24
21          ██████████████████████████████████████  07:24
22          ██████████████████████████████          07:24
23    ████████████████                               07:24
24    Q.    █████████████████████████████           07:24
25    A.    ████████████████████████████████████    07:24
```

```
 1              C E R T I F I C A T E

 2

 3          I, MONNA J. NICKESON, CCR, CSR, CLR, RPR,

 4     CRR, the undersigned Certified Court Reporter,

 5     authorized to administer oaths and affirmations in

 6     and for the states of Washington (3322), Oregon

 7     (16-0441), Idaho (1045), and California (14430), do

 8     hereby certify:

 9          That the sworn testimony and/or

10     proceedings, a transcript of which is attached, was

11     given before me at the time and place stated therein;

12     that the witness was duly sworn or affirmed to

13     testify to the truth; that the testimony and/or

14     proceedings were stenographically recorded by me and

15     transcribed under my supervision.  That the foregoing

16     transcript contains a full, true, and accurate record

17     of all the testimony and/or proceedings occurring at

18     the time and place stated in the transcript.

19          That I am in no way related to any party to

20     the matter, nor to any counsel, nor do I have any

21     financial interest in the event of the cause.

22     IN WITNESS WHEREOF I have set my hand on 2nd day of

23     May, 2023.
```



```
24

25     MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR
```