# Exhibit K35
# (Filed Under Seal)