# Exhibit K36

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

_____

KOVE IO, INC.,                    )
                                  )
          Plaintiff,              )
                                  )
v.                                )   No. 1:18-cv-08175
                                  )
AMAZON WEB SERVICES, INC.,)
                                  )
          Defendant.              )
_____)      VOLUME I


HIGHLY CONFIDENTIAL


Video-recorded deposition of JOHN OVERTON,
PH.D., taken at 161 North Clark Street,
Chicago, Illinois, before Donna M. Kazaitis,
IL-CSR, RPR, CRR, commencing at the hour of
8:11 a.m. on Tuesday, May 16, 2023.


_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 11

1 colleagues, Alan Fisch and Andrew Ramos.

2    THE VIDEOGRAPHER:  Will the court

3 reporter please swear in the witness.

4 (Witness sworn.)

5    JOHN OVERTON, PH.D.,

6 having been first duly sworn, was examined and

7 testified as follows:

8     EXAMINATION

9 BY MR. SIGLER:

10  Q. Good morning, sir.

11  A. Good morning.

12  Q. Could you please state your full name

13 for the record.

14  A. John Kent Overton.

15  Q. We're here today in Chicago taking

16 your deposition; right, sir?

17  A. Yes.

18  Q. You live here in Chicago; is that

19 correct?

20  A. I do.

21  Q. And Kove's attorney,

22 Mr. Cardenas-Navia, is here representing you at

Page 113

1    BY MR. SIGLER:

2          Q.   So the first of the three patents at

3    issue was issued by the Patent Office in September

4    2006; right, sir?

5          A.   Which one are you referring to?

6          Q.   The '640 Patent.  That one issued

7    September 5, 2006; right?

8          A.   Yes.

9          Q.   And that was the first of the three

10   patents at issue to be issued by the Patent

11   Office; right?

12         A.   It would appear so given the dates on

13   these three, yes.

14         Q.   Okay.  And the last of these three

15   patents to issue was the '170 Patent which the

16   Patent Office issued October 12, 2010; right?

17         A.   It would appear so with the dating,

18   yes.

19         Q.   All right.  So all three of the

20   patents-in-suit had issued by 2010; right?

21         A.   Yes, by October 12, 2010, as I

22   understand it.

Page 413

1    STATE OF ILLINOIS )

2    COUNTY OF C O O K )

3         I, Donna M. Kazaitis, CRR, RPR, IL-CSR

4    No. 084-003145, do hereby certify:

5         That the foregoing deposition of JOHN

6    OVERTON, PH.D. was taken before me at the time and

7    place therein set forth, at which time the witness

8    was put under oath by me;

9         That the testimony of the witness and all

10   objections made at the time of the examination

11   were recorded stenographically by me, were

12   thereafter transcribed under my direction and

13   supervision and that the foregoing is a true

14   record of same.

15        I further certify that I am neither counsel

16   for nor related to any party to said action, nor

17   in any way interested in the outcome thereof.

18        IN WITNESS WHEREOF, I have subscribed my name

19   this 26th day of May, 2023.

20        _____

21             DONNA M. KAZAITIS, IL-CSR, RPR, CRR

22             IL-CSR License No. 084-003145