# Exhibit K38

Page 1

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DISTRICT DIVISION

_____

KOVE IO, INC.,                )

    Plaintiff,            )

                              )    Civil Action No.

 -against-                   )    1:18-cv-08175

AMAZON WEB SERVICES, INC., )

    Defendant.            )

_____)

\*\*\* HIGHLY CONFIDENTIAL \*\*\*


VIDEO-RECORDED REMOTE DEPOSITION OF

ALLAN H. VERMEULEN, PH.D.

Zoom Recorded Videoconference

05/23/2023

8:00 a.m. (PDT)


REPORTED BY:  AMANDA GORRONO, CLR

CLR NO. 052005-01

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

1　　　your appearances and whom you represent,

2　　　followed by the court reporter administering

3　　　the oath.

4　　　　　　　MR. ADLER:  This is Adam Adler from

5　　　Reichman Jorgensen Lehman & Feldberg on

6　　　behalf of the plaintiff, Kove.

7　　　　　　　MR. SIGLER:  Good morning.  This is

8　　　Bill Sigler of Fisch Sigler LLP.  I'm

9　　　appearing on behalf of defendant Amazon as

10　　　well as the witness Mr. Vermeulen.

11　ALLAN H. VERMEULEN, Ph.D., called as a witness,

12　having been first duly sworn by a Notary Public

13　of the State of New York, was examined and

14　testified as follows:

15　　　　　　　THE WITNESS:  I do.

16　　　　　　　THE COURT REPORTER:  Thank you.

17　EXAMINATION

18　BY MR. ADLER:

19　　　　Q.　　Good morning.

20　　　　A.　　Good morning.

21　　　　Q.　　Can you state your name for the

22　record?

```
 1   because we had developers that were familiar with
 2   it and because we could used the communication
 3   software, the software we developed in the retail
 4   business to, you know, to allow us to build more
 5   quickly.
 6        Q.   And was there a component in the
 7   Ultimate S3 product that served the same purpose?
 8        A.   The Ultimate S3 product did not use
 9   rvd.  It did of course have communication between
10   the various components.  But that was done with a
11   different protocol.
12        Q.   Do you remember what that protocol
13   was?
14        A.   I do.  That protocol was an in-house
15   protocol that we built called ▇.  And ▇
16   in turn runs on top of TCP/IP.
17        Q.   Okay.  Did ▇ have an index
18   subsystem?
19        A.   The -- so ▇ was an evolution of
20   products.  And it did not natively have an index
21   subsystem, no.
22        Q.   And so how did ▇ organize and
```

1   locate objects?
2        A.   So, I mean, we can talk about the
3   iterations o ▮.  Or should we talk about th ▮
4   that was built on a particular technology on
5   ▮, for example, or...
6        Q.   Yeah.  So, that kind of opens up
7   several follow-up questions.  And we'll get back
8   to this.
9             You said tha ▮ was an evolution.
10  What did you mean by that?
11       A.   ▮ went through an evolution.  So ▮
12  was, like I said, a very early prototype.  It was
13  not actually a product.  And we used it as a way
14  to experiment or to -- to, you know, learn what,
15  what would you useful for our customers and to,
16  you know, investigate what the underlying
17  architecture should look like.
18            So we went through several different
19  underlying architectures.
20            We also -- honestly, a lot of ▮ was
21  more around design and around an actual software
22  product that existed.  We used it as a baseline

1   for discussing different possible designs for
2   going over what would be best for customers, what
3   would provide the best characteristics, and so
4   on.
5        Q.   Were there any notable events that
6   took place before the firs▮ prototype was
7   built?
8             MR. SIGLER:  Objection; form.
9   Vague.
10       A.   Yeah, I don't know what you mean by
11  "note" -- I mean, JFK was assassinated, we had a
12  moon landing.  They were plenty of notable
13  events.
14       Q.   Before▮ -- you said it was an
15  evolution.  What I want to know is for ▮, the
16  first prototype that you built, was that the
17  first step of that evolution or were there steps
18  that came before that?
19       A.   I would say no, that was not the
20  first step.  If I really want to go back, I would
21  note that throughout the retail business there
22  are -- at Amazon there were lots of teams

1  building various products that required storage.
2  And they all used their own solutions that they
3  built for their own purpose.  And so I think it's
4  fair to say that all of those products were kind
5  of the first step in the evolution o ▮, because
6  like I said, that was kind of where it came from,
7  the notion that customers need to store state
8  server side.
9              And we looked out in our internal
10 groups they were the ones that were easiest to
11 talk to.  And our very few at the time web
12 services customers as well.  And looked at those
13 products and thought how do we build something
14 that, you know, satisfy -- that does the same
15 sort of thing, but in a way that would satisfy
16 all of their needs.
17              So really it starts with those
18 customers going all the way back to the late '90s
19 and then to our team where we designed something
20 that would hopefully satisfy their storage needs.
21         Q.   So there were storage platforms -- I
22 don't know if "platforms" is the right word.

1    A.    That's a great word.
2    Q.    Okay.  There were storage platforms
3    prior t█ teams within Amazon had actually
4    built for their own purpose?
5    A.    That's right.
6    Q.    And prior to building th█
7    prototype, you and the S3 -- can I call it the S3
8    team?  Th█ team?
9    A.    █ is more accurate.  The S3 team
10    really is a different team that came together in
11    December of 2004.
12    Q.    Before building the █ prototype,
13    you and the team looked to some of these previous
14    storage platforms that had been built in Amazon;
15    is that right?
16    A.    That's correct.
17    Q.    Do you remember the names of any of
18    those internal platforms?
19    A.    I would guess a lot of them were not
20    named.  I mean, █ was one.  █ was another.
21    I mean, many teams used Oracle directly.  Many
22    teams used NFS servers directly.

1  Q.   And at some point, the team
2  considere [redacted] as the potential
3  design for [redacted] -- or the product that became S3; is
4  that right?
5  A.   Yes.  That's correct.
6  Q.   And was that before or after the
7  team built th[redacted] prototype?
8  A.   That was in -- while that prototype
9  was being constructed.
10 Q.   Okay.  So were they actively
11 considered after the [redacted] prototype was
12 constructed?
13 A.   Well, I mean, you've got to recall
14 that [redacted] never actually became a product, so
15 the -- you know, the work that was done on the
16 prototype was done on the API side and on
17 figuring out what kind of communication
18 technology between the components.
19      And if I recall correctly, one of
20 the engineers built a trivially -- like a -- not
21 even prototype, just a sort of toy storage engine
22 just so that we could see that -- that the thing

1  worked.
2         So, I mean, it's hard to say this is
3  the moment where th    prototype kind of exists
4  because it didn't -- you know, you could argue
5  that it never existed because it never became a
6  product that anyone used outside of the team
7  itself running some tests.
8         Q.    So the various design possibilities
9  were considered concurrently?
10        A.    They were considered more or less
11 concurrently, yes.
12              MR. ADLER:  And I'm going to pull up
13     Exhibit 4.  Dan, could we get Exhibit 4 the
14     document that corresponds with Bates No.
15     491407.
16              (Whereupon, Exhibit 4, E-mail Bates
17     No. AMZ_KOVE_000491407, was marked for
18     identification.)
19              MR. ADLER:  And if we could zoom in
20     up to the top.  There we go.
21              (Tech complies.)
22     BY MR. ADLER:

1    then your counsel might have some questions

2    for you, and then we'll close it out.

3          THE TECH:  Okay.  The time is

4    9:56 a.m. and we're going off the record.

5          (Recess taken.)

6          THE TECH:  The time is 10:07 a.m.

7    and we are back on the record.

8    BY MR. ADLER:

9       Q.    All right.  Mr. Vermeulen, over the

10   course of our previous discussions, you mentioned

11   a few times that licensing fees were a reason

12   why -- a strike against certain designs.

13         Do you remember that?

14      A.    I did.  We were specifically

15   referring to Oracle at that time.

16      Q.    That's right.

17         Did -- over the course of the

18   design, were -- were patent rights or potential

19   patent infringement ever used, ever considered,

20   when designing?

21      A.    So the -- the design team worked

22   with patent attorneys to, you know, decide on

1  which intellectual property to protect and so on,
2  but we did not ever consult or look at any
3  patents or anything like that.
4          Q.    Why not?
5          A.    Well --
6              MR. SIGLER:  I just want to -- I
7  just want to -- I just want to caution the
8  witness.  You can answer the question, if you
9  can do so without revealing the substance of
10 communications or instructions received from
11 Amazon's in-house or outside counsel.
12             THE WITNESS:  Okay.
13         A.    I'll answer it like this:  There are
14 two reasons.  One is based on patents that my
15 name is on that I have read and looked through
16 the claims, reading a patent is not a
17 particularly useful way to learn about
18 technology.  They are written for lawyers and
19 it's much easier to learn about technology by
20 reading academic papers and things like that.  So
21 that's one reason that doing so wouldn't have
22 been particularly useful.

1                    And the second reason is that we
2     were asked, you know, just -- just leave that
3     literature alone which we did.
4     BY MR. ADLER:
5            Q.   And was the idea that if you
6     didn't -- if you didn't do the searches, then you
7     wouldn't find anything that would be potentially
8     infringed?
9                    MR. SIGLER:  Objection; form.  Lack
10       of foundation.  Misstates testimony.
11           A.   I would say no.  I mean, honestly,
12    this just never -- never came up because --
13    because of the first reason.  There was lots of
14    literature out there to learn from in the --
15           Q.   I mean it's less --
16                   MR. SIGLER:  Mr. Vermeulen, did you
17       have more to say there?
18                   Please let him answer the question.
19                   THE WITNESS:  No.  That's fine.
20                   MR. SIGLER:  Go on.
21    BY MR. ADLER:
22           Q.   It's less look at the learn and

Page 121

1   more would you look at patent to -- to make sure
2   you were not infringing someone else's rights?
3           A.      We did not do that, no.
4           Q.      And did you have an understanding as
5   to why?
6           A.      We were busy.  We were building a
7   product.  We just -- we -- you know, it was not
8   part of our -- not one of the things that we did.
9               MR. ADLER:  All right.  I have no
10      further questions at this time.
11              Thank you very much for your time.
12              I yield to Mr. Sigler.
13              MR. SIGLER:  Mr. Vermeulen, I have a
14      few questions for you.
15  EXAMINATION
16  BY MR. SIGLER:
17          Q.   Can you pull up what's been marked
18  as Exhibit 1, please.  It's your Consulting
19  Agreement.
20          A.   Yes, Exhibit 1.  I got it.
21          Q.   All right.  And do you recognize
22  this as the Consulting Agreement under which

Page 127

1  CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2              I, Amanda Gorrono, the officer
3     before whom the foregoing deposition was
4     taken, do hereby certify that the foregoing
5     transcript is a true and correct record of
6     the testimony given; that said testimony was
       taken by me stenographically and thereafter
7     reduced to typewriting under my direction;
       and that I am neither counsel for, related
8     to, nor employed by any of the parties to
       this case and have no interest, financial or
9     otherwise, in its outcome.
10             IN WITNESS WHEREOF, I have hereunto
11    set my hand this 23rd day of May, 2023.
12
13
14
15    _____
16    AMANDA GORRONO, CLR
17    CLR NO: 052005 - 01
18    Notary Public in and for
19    The State of New York
20    County of Suffolk
21    My Commission No. 01G06041701
22    Expires: 01/07/2027