# Exhibit K39

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF ILLINOIS

3                  EASTERN DIVISION

4

5   KOVE IO, INC.,

6          Plaintiff,

7      vs.                            Civil Action No.

8                                     1:18-cv-08175

9   AMAZON WEB SERVICES, INC.,

10          Defendant.

11   _____

12

13

14              *** CONFIDENTIAL ***

15

16      DEPOSITION OF JAMES CHRISTOPHER SORENSON III

17                 Seattle, Washington

18           Wednesday, January 29, 2020

19

20

21

22

23      Reported by:

24   GWEN S. BRASS, CCR 1908, CSR 5784

25   JOB NO. 175191

1          J. SORENSON - CONFIDENTIAL

2

3          JAMES CHRISTOPHER SORENSON III,

4          called as a witness, having been

5    duly sworn by the certified stenographer, was

6    examined and testified as follows:

7

8          THE VIDEOGRAPHER:  We're on the

9          record.  All parties have waived the

10         introduction required by Washington

11         Court Rule 30(b)(8)(f).

12         My name is John M. Reidt.  The time

13         on my video monitor is 10:17 a.m.  This

14         is the videotaped portion in the

15         deposition of Jason Sorenson.

16         This deposition is being recorded

17         this 29th day of January, 2020.

18         All those present will be noted on

19         the transcript.

20         The court reporter will now swear

21         in the witness, and you may proceed.

22         (Witness sworn by the

23         stenographer.)

24    / / /

25    / / /

1          J. SORENSON - CONFIDENTIAL

2    specific subscriber in DynamoDB?

3               MR. BABBITT:  Objection to form.

4          A.    I believe Dynamo does not keep any

5    information other than the subscriber ID.

6          Q.    And the subscriber ID can be

7    associated with a number of tables; is that

8    correct?

9               MR. BABBITT:  Objection.

10         A.    Yes.

11         Q.    Are you familiar with the term

12    "partition"?

13         A.    Yes.

14         Q.    What is a partition in DynamoDB?

15         A.    Part of a table.

16         Q.    And how are partitions used in

17    DynamoDB?

18         A.    Can you -- I'm not sure what you

19    mean by that.

20         Q.    Are they used to store data?

21         A.    Yes.

22         Q.    So a partition would be a way to

23    refer to blocks of data that are stored in

24    DynamoDB; is that correct?

25               ///

1          J. SORENSON - CONFIDENTIAL

2          MR. BABBITT:  Objection.  Vague.

3      Mischaracterizes testimony.

4      A.   Yes.  I -- not the terminology I

5  would use, the way I would phrase it.

6      Q.   Please, phrase it the way you would

7  phrase it.

8      A.   They hold -- partitions store data

9  for a table.

10     Q.   Is a partition a particular

11 location on a hard drive where data is stored?

12         MR. BABBITT:  Objection with

13     respect to the term "location."

14         Can you clarify what you mean by

15     location.

16     A.   The terminology that you're asking

17 is -- makes it so that I -- I don't think

18 there's a right answer for it.  I can't answer

19 it.

20         Can you rephrase it, please.

21     Q.   Sure.

22         I'm just -- you know, we're trying

23 to agree on terminology here.

24         You know, if you're storing some

25 data on a hard drive, right, so there's -- how

1        J. SORENSON - CONFIDENTIAL

2    would you refer to the particular place on the

3    hard drive where that block of data is stored?

4              MR. BABBITT:  Objection.

5         A.   So we delegate all of that to

6    MySQL.

7         Q.   And how does MySQL refer to

8    specific blocks of data?

9              MR. BABBITT:  Objection.

10        A.   MySQL is a database.  The internals

11   of it are not something that we're concerned

12   with.

13        Q.   Okay.  I mean, maybe we'll go

14   there, but there's no need to go there right

15   now.

16              So I believe I asked this earlier.

17   The question of how data is identified in

18   DynamoDB.  Could you please answer that again.

19              MR. BABBITT:  Objection.

20        A.   By its key.

21        Q.   And what is a key?

22        A.   That's complicated.  It depends.

23        Q.   What do you mean "it depends"?

24        A.   We allow customers to specify keys

25   in many different ways.

1          J. SORENSON - CONFIDENTIAL

2          Q.    And how can a customer specify

3     keys?

4          A.    By range or by hash.

5          Q.    What do you mean by hash?

6          A.    The data that comprises their key

7     is -- a hash is computed on that data.

8          Q.    Okay.  I want to run through with

9     you some scenarios of how DynamoDB would work.

10    I'm going to start with some GET operations.

11    Okay?

12         A.    Okay.

13         Q.    And you're familiar with how a --

14    GET operations work in DynamoDB, right?

15         A.    Yes.

16         Q.    So for my first scenario, let's

17    assume that we have a database in DynamoDB and

18    there's already data within the database.  And

19    so what I'd like you to do is sort of walk me

20    through the process of what happens when, for

21    the first time, a GET request comes in for the

22    data that's in that database.

23              MR. BABBITT:  Object to the extent

24         you're asking for a narrative and

25         requesting the witness to speculate or

1          J. SORENSON - CONFIDENTIAL

2          providing a hypothetical here, an

3          incomplete hypothetical.

4          A.   And the answer is even a little bit

5     more complicated.  DynamoDB does not have the

6     concept of a database.

7          Q.   So if someone is seeking to access

8     data from a table in DynamoDB, what would be

9     the process for doing that?

10          MR. BABBITT:  Same objection.

11          Q.   And, again, the first time this

12     type of request has come in.

13          A.   So there are many, many, many steps

14     to this process that -- you know, so --

15          Q.   So let's start off at a high level

16     just so we can sort of identify the key

17     components, and then I'll follow up to sort of

18     dive a little deeper.

19          A.   Okay.  So the first time they would

20     make a request, the -- again, it's

21     complicated, again.  There are -- we have to

22     make some assumptions, and I'm not sure

23     whether that's how you want to proceed.

24          For example, are they using our

25     software to access this, or are they using

1          J. SORENSON - CONFIDENTIAL

2    their own software?  If they are using their

3    own software, we can only speculate what's

4    going on.

5            If they use AWS's SDK, Software

6    Development Kit, if they're using the SDK, the

7    first thing the SDK is going to -- or again,

8    it's -- the granularity that we want to go

9    to -- but essentially, the first thing it's

10   going to have to do is go look up in DNS and

11   find the endpoint for DynamoDB itself.

12        Q.   What would happen next?

13        A.   The next thing that would happen,

14   it would take the action of formulating the

15   request and serializing that into the

16   protocol, essentially JSON over HTTP.

17        Q.   What would happen next?

18        A.   The next thing that happens is the

19   SDK would have to sign that data so that it

20   can be authenticated when the request is

21   processed.

22        Q.   What would happen next?

23        A.   I don't think we want to get into

24   specifics, but ultimately it gets transmitted

25   over the network to our front door.

1          J. SORENSON - CONFIDENTIAL

2          Q.    And you say "our front door."  I'm

3    assuming you mean DynamoDB's front door?

4          A.    The -- yes.

5          Q.    And what is DynamoDB's front door?

6          A.    A bunch of load balancers.

7          Q.    And DynamoDB, are they Jaso load

8    balancers?

9          A.    No.

10         Q.    What happens next?

11         A.    So the load balancer's going to

12   select a back end server to handle that

13   request, establish a connection to that

14   server, if it hasn't already, and forward the

15   request off to that server.

16         Q.    And all these servers that is going

17   to handle the requests, are those request

18   routers?

19         A.    Yes.

20         Q.    What happens once the request

21   router has the request?

22         A.    So the first thing that the request

23   router will do is terminate TLS, so there's --

24   yeah.

25         Q.    What is TLS?

1          J. SORENSON - CONFIDENTIAL

2          A.   Transport layer security I believe

3    is what the acronym stands for.

4          Q.   And what happens after the TLS is

5    terminated?

6          A.   So various aspects of the request

7    are validated to make sure that that --

8    essentially it's a valid -- that at a high

9    level, the request is valid, i.e., no syntax

10   errors or things like that.

11         Q.   Assuming the request is valid, what

12   happens next?

13         A.   Next thing that we have to do is

14   authenticate the user who is making the

15   request.

16         Q.   Assuming the user is successfully

17   authenticated, what happens next?

18         A.   The next thing that happens is then

19   we do authorization to make sure that the user

20   making the request is authorized to do

21   whatever action they are attempting to do.  In

22   this case I think we're talking about a GET.

23         Q.   That is correct.

24              Assuming the user is authorized,

25   what happens next?

1          J. SORENSON - CONFIDENTIAL

2          A.    The next thing that we do is -- I

3     think the next thing that we do is see if that

4     account is being throttled in general, i.e.,

5     should we not process the request because

6     there is too much going on.

7          Q.    And assuming the request isn't --

8     assuming the request gets processed, what

9     happens next?

10          A.    Next we take that request apart and

11     figure out what table the customer is

12     attempting to access.

13          Q.    What components are in the request?

14          MR. BABBITT:  Objection.  Vague.

15          A.    We've touched on some of them.  The

16     account ID or the subscriber; things about

17     encryption; the time and date that the request

18     so that we can deal with clocks and replay

19     attacks; the table name that they're trying to

20     access; the key that they are attempting to

21     fetch.

22          Other attributes about the request

23     they might want to see are things like how

24     much capacity did this request consume.

25     There's some other ancillary data that they

1          J. SORENSON - CONFIDENTIAL

2    can provide.

3          Q.   How does the request router

4    determine which table to access?

5          A.   It's in the request.

6          Q.   So it pulls the table name from the

7    request?

8          A.   Yes.

9          Q.   Is the table name a string?

10          MR. BABBITT:  Objection.  Form.

11          And also as we've said before, objection

12          with respect to calling for any kind of

13          legal conclusion on terms that may be at

14          issue in this case.

15          A.   Yes.

16          Q.   Is the key a string?

17          MR. BABBITT:  Same objection.

18          A.   It depends.

19          Q.   What does it depend on?

20          A.   It depends on how the customer has

21    configured their table.

22          Q.   I believe we touched on this

23    earlier.  You mentioned it could be a hash or

24    some other value.  Is that what you're

25    referring to?

1          J. SORENSON - CONFIDENTIAL

2          A.   No.

3          Q.   So what customization options does

4     the customer have?

5               MR. BABBITT:  Objection.  Vague.

6          A.   The key could be a string, for

7     example.

8          Q.   What else could it be?

9          A.   It could be binary data.

10         Q.   Anything else?

11         A.   I believe it can also be numeric.

12         Q.   Anything else?

13         A.   I believe those are the three data

14    types supported at this time.

15         Q.   Do you know which is most commonly

16    used?

17              MR. BABBITT:  Objection.  Vague.

18         A.   I believe it's string.

19         Q.   Is the subscriber ID a string?

20              MR. BABBITT:  Same objection.

21         A.   The question's hard to answer.  It

22    can be represented as a string, yes.

23         Q.   So once the request router has the

24    table name, then what does it do?

25         A.   It -- with -- it figures out what

1          J. SORENSON - CONFIDENTIAL

2    attributes of -- are the key for that table.

3         Q.   And how does it do that?

4         A.   It is storing table metadata.

5         Q.   Is some kind of calculation made?

6              MR. BABBITT:  Objection.

7         A.   Your question is kind of vague.  I

8    mean, this is happening inside the computer,

9    so yes.

10         Q.   I guess could you explain.  You

11   said it figures out what attributes are the

12   key for that table.  How does it do that?

13         A.   So it looks up the table metadata,

14   and that will have information about the --

15   that table.

16         Q.   And does looking up the table

17   metadata, does that happen within the request

18   router?

19         A.   Yes.

20         Q.   Is there a possibility that it

21   doesn't have the table metadata?

22              MR. BABBITT:  Objection.

23         A.   I'm taking my time here.  Because

24   I'm really trying to think through this step.

25         Q.   Sure.

1          J. SORENSON - CONFIDENTIAL

2          A.    I believe it is possible that it

3    will not have the table metadata.

4          Q.    When would that happen?

5          A.    For a newly created table.

6          Q.    Okay.  And it was a while ago, but

7    that is part of the premise we're sort of

8    walking through, is that it's a newly created

9    table where data has not been requested yet.

10         A.    No, it --

11         Q.    Oh, sorry, I think I got a little

12   confused.

13               Okay.  You said if there's a newly

14   created table.  Are there any other times

15   where that would happen?

16         A.    Possibly.  Yeah, possibly.

17         Q.    Can you tell me when that would be.

18         A.    After a request router restarts,

19   but I'm not sure about that.

20         Q.    Do you know what a partition map

21   cache is?

22         A.    Yes.

23         Q.    What is a partition map cache?

24         A.    A cache of the partition metadata.

25         Q.    What is partition metadata?

1          J. SORENSON - CONFIDENTIAL

2          A.    Information about the partitions of

3    a table.

4          Q.    Okay.  What is the role of a

5    partition map cache in the request router?

6          A.    Can you repeat the question.  I'm

7    sorry.

8          Q.    Sure.

9                What is the role of the partition

10   map cache in a request router?

11         A.    The partition map cache stores

12   the -- caches the partition metadata.

13         Q.    Is the partition map cache stored

14   on the request router?

15         A.    Yes.

16         Q.    Okay.  Could you continue with your

17   explanation.  I believe we left off, we were

18   talking about how the request router is, as

19   identified, the table name that it needs to

20   access.  What happens next?

21         A.    So the next step is that it --

22   having data about the table, it extracts the

23   key information from the GET request.

24         Q.    And what is the key information?

25         A.    The particular key that the

1            J. SORENSON - CONFIDENTIAL

2    customer is trying to retrieve from Dynamo.

3        Q.    And what happens next?

4        A.    So depending on the key -- well,

5    just -- this is where it -- different things

6    happen depending on what the customer has

7    done.  So, you know, I think you need to give

8    me a specific of what you're asking for.

9        Q.    Well, why don't you walk me through

10   the different situations that there can be.

11       A.    So this --

12            MR. BABBITT:  Objection.

13       A.    This depends on how the customer

14   has configured their table.  So, you know,

15   what data types they are using, the type of

16   keys that they have on that table.  There's --

17   there's different things that the request

18   router will do depending on how that table is

19   configured.

20       Q.    Okay.  And what's the -- okay.

21            Well, I guess -- can you walk me

22   through one of those examples?

23       A.    Yes.

24       Q.    Please do so.

25       A.    The simplest case would be the key

1                J. SORENSON - CONFIDENTIAL

2    is a string.  Right?  So the next thing that

3    we would do is compute the partition key or --

4    for that -- for the -- that particular string.

5         Q.   What happens next?

6         A.   That partition key, you consult the

7    partition cache map to find the partition

8    information.

9         Q.   And you said "partition cache map."

10   That's the same as the partition map cache

11   we've been talking about?

12        A.   Yes.  I misspoke.  Yes.

13        Q.   What happens next?

14        A.   With the partition map, we -- with

15   that information, we have the data that we

16   need to go make the request of the back end

17   storage machine.

18        Q.   And what form is that information

19   in?

20             MR. BABBITT:  Objection.  Vague.

21             What do you mean by form?

22        A.   What do you mean by form?  I'm

23   sorry.

24        Q.   Meaning, is it a string?  Like,

25   what does it look like?

1          J. SORENSON - CONFIDENTIAL

2          MR. BABBITT:  That's vague.

3      Misstating the testimony.

4      Q.   Are you familiar with metadata

5  nodes?

6      A.   Yes.

7      Q.   What is a metadata node?

8      A.   It's a -- it's a node that stores

9  metadata for DynamoDB.

10     Q.   Okay.  And we've been -- sort of

11  been talking generally about nodes.  We

12  mentioned that there's a node ID.  Can the

13  node ID and the partition map cache, can it

14  refer to either a metadata node or a storage

15  node?

16     A.   Can it?  Yes.

17     Q.   Let me ask it this way:  Does the

18  metadata node play a role in this process,

19  this GET request process, of retrieving data?

20     A.   No.  Typically not.

21     Q.   So sometimes it plays a role?

22     A.   There are potential situations

23  where the request router doesn't have all the

24  data that it needs.  We already talked about,

25  for example, not having the table metadata.

1         J. SORENSON - CONFIDENTIAL

2         Q.   And you mentioned that one of those

3    situations would be if there was a new table,

4    correct?

5         A.   (Nodding.)

6         Q.   What would other situations be?

7         A.   One could be a partition recently

8    split.

9         Q.   What else?

10        A.   I'm sure there are others, but I

11   can't recall right now.

12        Q.   So you mentioned that the request

13   router goes to its partition map cache.  Do

14   you recall that?

15        A.   Yes.

16        Q.   How does -- that partition map

17   cache, how does information get there?

18        A.   It's complicated.  There's many

19   different ways that the partition map cache --

20        Q.   So let's start at a high level.

21             MR. BABBITT:  Objection.

22             What was the question?

23        Q.   Please tell me, at a high level --

24   I want to walk through all of those -- well,

25   actually, what are those ways?

1        J. SORENSON - CONFIDENTIAL

2        Q.   And what does the metadata storage

3   node do when it receives that request?

4        A.   It goes to the partition for that

5   table and makes a query to MySQL to get the

6   data for it.

7        Q.   And the data for it that it's

8   asking, part of that is node IDs that

9   correspond to storage nodes, correct?

10             MR. BABBITT:  Objection.  Objection

11        to form.  Vague.

12        A.   No.

13        Q.   Well, part of the data that it

14   queries for is the node ID, correct?

15        A.   No.

16        Q.   When a -- so we're talking about a

17   request made to a metadata storage node,

18   right?

19        A.   Yes.

20        Q.   And -- well, let me ask this:  Is

21   the return of the request a partition lookup

22   result?

23             MR. BABBITT:  Objection.

24        A.   No.

25        Q.   What is a partition lookup result?

1                J. SORENSON - CONFIDENTIAL

2          A.    Are we stepping away from the

3    hypothetical?

4          Q.    I'm just asking generally, yes.

5    What is a partition lookup result?

6          A.    It is a -- the metadata about a

7    partition, so again, upper key, lower key,

8    node IDs.

9          Q.    So you said that the metadata

10   storage node makes a query to SQL to get the

11   data.  What data does it retrieve?

12         A.    Well, to the storage nodes, the

13   data is opaque.  It's bytes of data to the

14   storage node.  So, I mean, does that answer

15   the question?

16         Q.    No.

17         A.    Can you rephrase the question,

18   please.

19         Q.    Sure.

20               Again, we're in the context of

21   trying to find the key -- the value for a key

22   that was requested, right?

23         A.    In our hypothetical that we've been

24   talking about?  No.  We're at the point of

25   getting table metadata.

1          J. SORENSON - CONFIDENTIAL

2          Q.   And you're looking at it, so let me

3    ask my question.

4               If I understood you correctly, you

5    said you disagreed that the request router

6    will query the tables in the metadata node; is

7    that right?

8          A.   Yes.

9          Q.   And is it the grammar of the

10   sentence that it's the request router querying

11   a table?  Is that what you take issue with?

12              MR. BABBITT:  Objection.

13         A.   No.  The -- no.  The request

14   routers have the metadata that they need.

15   They may not have the table metadata, but they

16   have the partition metadata.

17         Q.   So stepping a little bit away from

18   bullet point number 5, is it your view that

19   DynamoDB -- well, I believe we talked about

20   this a little earlier.

21              In what scenarios would DynamoDB

22    need to go to a metadata node to get

23   metadata?

24              MR. BABBITT:  Objection.

25         A.   One of the examples was a newly

1                J. SORENSON - CONFIDENTIAL

2     created table.

3          Q.    What would be another example?

4          A.    I believe if a partition split, it

5     would do the -- could do that.

6          Q.    And a partition -- could you be a

7     little bit more specific about the context of

8     the partition splitting?  A partition on a

9     metadata node?

10          A.    No.

11          Q.    A partition on the storage node?

12          A.    Yes.

13               MR. BABBITT:  Objection.

14               Counsel, we've been going, I think,

15          more than an hour after lunch.  Is this

16          a good time for a break?

17               MR. CARDENAS-NAVIA:  Let me just

18          finish this line of questioning.

19               MR. BABBITT:  Sure.

20               MR. CARDENAS-NAVIA:  A couple more

21          minutes.

22          Q.    So, again, turning to subbullet

23     point 5 under main bullet point number 6,

24     would this sentence -- would you agree with

25     this sentence if it was in the context of the

1        J. SORENSON - CONFIDENTIAL

2   or the metadata is to store metadata.

3        Q.   Do they provide the metadata to any

4   other components within DynamoDB?

5        A.   "Provide."  I mean, the data isn't

6   put there and then black-holed.  I mean, I'm

7   not sure what you're asking about "provide."

8   Can you clarify.

9        Q.   Right.

10           Well, I asked you what its role

11  was.  You said it stored.  And then I asked

12  you:  Well, it stored.  It must give it to

13  someone.  So who does to give it to?

14       A.   Well, we -- for example, we have

15  talked about the table metadata.  When the

16  request router doesn't have the table

17  metadata, it would go to the metadata nodes

18  and get that data.

19       Q.   And in what context would it do

20  that?

21       A.   When it -- when the request router

22  doesn't have that data.

23       Q.   Why would the request router not

24  have that data?

25       A.   Again, one of the examples we

1          J. SORENSON - CONFIDENTIAL

2  talked about was a newly created table.

3          Q.    Okay.  And CUPS would not provide

4  that table metadata to the request router?

5          A.    No.

6          Q.    Would any other system provide the

7  table metadata to the request router?

8          A.    No.

9          Q.    What happens if the request router

10  asks a metadata node for table metadata and

11  that request -- and that metadata node is not

12  the correct metadata node to be queried?

13             MR. BABBITT:  Objection to form.

14          A.    To give an accurate answer, I think

15  we would need to go back to the source code.

16  I mean, I can speculate, but I would much

17  rather give you an accurate answer.

18          Q.    Well, I certainly don't want an

19  inaccurate answer, but to the extent you can

20  answer, I would appreciate whatever you could

21  provide.

22             MR. BABBITT:  Objection.

23          A.    I presume it goes to the -- goes to

24  Alf and says, "Give me all your metadata

25  again."

```
 1              J. SORENSON - CONFIDENTIAL
 2                 C E R T I F I C A T E
 3   STATE OF WASHINGTON  )
 4                        )  SS.:
 5   COUNTY OF ISLAND     )
 6           I, GWEN S. BRASS, a Certified
 7   Shorthand Reporter within and for the state of
 8   Washington, do hereby certify:
 9           That JAMES CHRISTOPHER SORENSON III,
10   the witness whose deposition is hereinbefore
11   set forth, was duly sworn by me and that such
12   deposition is a true record of the testimony
13   given by such witness.
14           I further certify that I am not
15   related to any of the parties to this action
16   by blood or marriage; and that I am in no way
17   interested in the outcome of this matter.
18           IN WITNESS WHEREOF, I have hereunto
19   set my hand this 3rd day of February, 2020.
20
21
22                    _Gwen Brass_
23   _____
24            Gwen Brass, CCR 1908
25
```