# Exhibit K40

**Prior art combinations for which I applied the district court's current claim constructions, as shown on pages 42-44 of my July 3, 2023 Report (Appendix C)**
1. DNS and Karger '618/420 (Exs. 1a, 2a)
2. Cache Resolver (Exs. 1b, 2b)
3. Neimat, DNS, and Karger '618/420 (Exs. 1c, 2c)
4. Minami, DNS, and Karger '618/420 (Exs. 1d, 2d)
5. DNS, Neimat, and Venkatasubramanian (Ex. 3a)
6. Cache Resolver, Neimat, and Venkatasubramanian (Ex. 3b)
7. Neimat, DNS, and Venkatasubramanian (Ex. 3c)
8. Minami, DNS, Neimat, and Venkatasubramanian (Ex. 3d)

**Prior art combinations for which I applied the additional claim constructions that are warranted based on Kove's statements to the Patent Office during the reexaminations and that Amazon has asked the district court to grant, as shown on page 45 of my July 3, 2023 Report (Appendix D)**
1. OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff (Exs. 1a, 2a, 3a)
2. OracleNamesAdminGuide, OracleUnleashed, Steen, Yocum, and Wolff (Ex. 3c)
3. Skagerwall and Wolff (Exs. 1b, 2b, 3b)
4. Skagerwall, Steen, Yocum, and Boukobza (Ex. 3d)
5. Neimat, DNS, and Karger '618/420 (Exs. 1c, 2c)
6. Neimat, DNS, and Venkatasubramanian (Ex. 3e)
7. Minami, DNS, and Karger '618/420 (Exs. 1d, 2d)
8. Minami, DNS, and Venkatasubramanian '618/420 (Ex. 3f)

***I have also applied these additional, proposed claim constructions in Section X of my July 3, 2023 Report, which analyzes lack of written description and enablement.

### Priority Dates:

Transfer Claims ('978 claims 17, 23, 24, 30): June 2, 2000

All other Asserted Claims: October 28, 1999

### Correction to my July 3, 2023 Report:

My summary of opinions on page 1 should also state: "The Asserted Claims claim unpatentable subject matter and are invalid under 35 U.S.C. § 101." (see pages 115-124)