# Exhibit K41

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

------------------------------------ )
KOVE IO, INC.,                        )
              Plaintiff,       )Case No.
   vs.                                )1:18-cv-08175
AMAZON WEB SERVICES, INC.,            )
              Defendant.       )
------------------------------------ )

DEPOSITION OF JOSEPH BERNARD GREENE

WASHINGTON, D.C.

AUGUST 29, 2023

REPORTED BY:  Tina Alfaro, RPR, CRR, RMR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 8

 1              (Witness sworn.)
 2   WHEREUPON:
 3              JOSEPH BERNARD GREENE,
 4   called as a witness herein, having been first duly
 5   sworn, was examined and testified as follows:
 6                   EXAMINATION
 7   BY MS. HOANG:
 8       Q.  Good morning, Mr. Greene.
 9       A.  Good morning.
10       Q.  Could you please state your full name and
11   address of residence for the record, please.
12       A.  Sure.  Full name is Joseph Bernard Greene.
13   Greene is spelled with an E on the end.  My address
14   is ███████████████████████████████████████
    ██  ██████████████████
16       Q.  And Mr. Greene, are you currently
17   employed?
18       A.  Yes, I am.
19       Q.  Who is your employer, please?
20       A.  Federal Home Loan Bank of Pittsburgh.
21       Q.  And they're in Pittsburgh, I take it?
22       A.  Yes.

1      Q.  So other than that early '80s exposure to
2   a patent and prior to September of 2021, did you
3   have any other occasion to interact with patents in
4   any way?
5      A.  I have not.
6      Q.  Do you recall the launch of AWS the
7   company in the mid 2000s?
8      A.  I do not recall other than reading that it
9   had happened.
10     Q.  When was the first time you professionally
11  interacted with an AWS product of any kind?
12     A.  Approximate order of time would have been
13  approximately five years ago at PNC.
14     Q.  Let me ask you to take a look at -- can
15  you grab this sheet.  It doesn't have a title on
16  it, but it was a single-page, one-sided sheet that
17  your counsel handed to me before the deposition.
18  The first sentence is "Prior art combinations for
19  which I applied the District Court's current claim
20  construction," et cetera; do you see that?
21     A.  I have the page in my hand.
22     Q.  Did you prepare this sheet?

 1      A.  I did not.  It was prepared by the
 2  administrative staff.
 3      Q.  Whose administrative staff?
 4      A.  The Fisch Sigler administrative staff.
 5      Q.  Do you have staff working with you on this
 6  matter?
 7      A.  I do not.
 8      Q.  So it's just you and you alone, correct?
 9      A.  That is correct.
10      Q.  And did you review the contents of this
11  before today?
12      A.  I did.
13      Q.  You agree with the accuracy of everything
14  on here?
15      A.  I did not proof it line by line, but it is
16  a substantial shortcut to information contained in
17  a much larger document which is helpful to me.
18      Q.  Did you ask for this shortcut to be
19  created?
20      A.  I did not.
21      Q.  Do you have any understanding of whether
22  the information on this page is inconsistent in any

1  way with the substance of your report?
2      A.  I haven't done that analysis.  It appeared
3  to be visually shortcuts to what's in here, but I
4  did not proof it line by line.
5      Q.  So you didn't ask for it and you didn't
6  proof it line by line, right?
7      A.  That is correct.
8      Q.  And then under the second prior art
9  combination section numbered 1 through 8 there's a
10  triple asterisk; do you see that?
11      A.  At the bottom?
12      Q.  At the bottom, right.
13      A.  Yes, I see that.
14      Q.  And it says "I have also applied these
15  additional, proposed claim constructions in section
16  10 of my July 3, 2023 report, which analyzes lack
17  of written description and enablement"; do you see
18  that?
19      A.  I do.
20      Q.  Is that new information from what was in
21  your report?
22      A.  To me that's a clarifying comment on the

1　analysis in the report as a reference to how it
2　applies to the legal system.  So much of my -- if
3　you read my report, much of it says "it is my
4　understanding that."  That is not my specialty,
5　that is law, and I defer all legal matters to Fisch
6　Sigler.  So they have presented an understanding of
7　it for me.  So that's what that clarification
8　comment is about, not that I would pretend to do
9　anything related to law.
10　　　　Q.  But these are your opinions, right?
11　　　　A.  That's why I stated it "as has been
12　explained to me."  So the opinions are mine, the
13　analysis is mine, but I tried to -- I tried very
14　hard to clearly flag anything that relates to law
15　"as it has been explained to me" because I would
16　not presume to speak on that subject matter which I
17　am not trained in.
18　　　　Q.  When you say the analysis is yours, what
19　does that mean?  Did you -- what does that mean?
20　　　　A.  In the various patent cases as followed on
21　by this litigation support my purpose was to read
22　the patents, read quite a number of documents that

1　　　　　　C E R T I F I C A T E

2　　　　　I, TINA M. ALFARO, Registered Professional

3　　Reporter, Certified Realtime Reporter, and

4　　Registered Merit Reporter, the officer before whom

5　　the foregoing deposition was taken, do hereby

6　　certify that the foregoing transcript is a true and

7　　correct record of the testimony given; that said

8　　testimony was taken by me stenographically and

9　　thereafter reduced to typewriting under my

10　　direction; that reading and signing was requested;

11　　and that I am neither counsel for, related to, nor

12　　employed by any of the parties to this case and

13　　have no interest, financial or otherwise, in its

14　　outcome.

15　　　　　IN WITNESS WHEREOF, I have hereunto set my

16　　hand on this 29th day of August, 2023.

17

18

19

20

21　　_____

22　　Tina M. Alfaro, RPR, CRR, RMR