# Exhibit K50

Page 1

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DISTRICT DIVISION

_____

KOVE IO, INC.,                    )

      Plaintiff,              )

                     )    Civil Action No.

  -against-                      )    1:18-cv-08175

AMAZON WEB SERVICES, INC., )

      Defendant.              )

_____)

VOLUME I

*** HIGHLY CONFIDENTIAL ***

*** ATTORNEYS' EYES ONLY ***

*** CONTAINS SOURCE CODE ***

VIDEO-RECORDED DEPOSITION OF

MICHAEL GOODRICH PH.D.

Reichman Jorgensen LLP

400 Madison Avenue

New York, New York


09/09/2023

9:08 a.m. (EDT)



REPORTED BY:  AMANDA GORRONO, CLR

CLR NO. 052005-01

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 10

1       of Kove IO, Inc. and the witness.

2               THE VIDEOGRAPHER:  Would the person

3       on Zoom please announce yourself.

4               MR. ADLER:  This is Adam Adler.  I'm

5       also representing Kove and the witness.

6               THE VIDEOGRAPHER:  Thank you.

7               Would the court reporter please

8       swear in the witness.

9               And then counsel may proceed.

10      MICHAEL GOODRICH, Ph.D., called as a witness,

11      having been first duly sworn by a Notary Public

12      of the State of New York, was examined and

13      testified as follows:

14              THE WITNESS:  I do.

15              THE COURT REPORTER:  Please state

16      your full name and address for the record.

17              THE WITNESS:  Michael T. Goodrich.

18      11 Twain Street, Irvine, California.

19      EXAMINATION

20      BY MR. SIGLER:

21          Q.   Good morning, Dr. Goodrich.

22          A.   Good morning.

Page 68

1               Please proceed.

2   BY MR. SIGLER:

3         Q.   Dr. Goodrich, you said you've done

4   some work with Merkle trees, right?

5         A.   Yes.  That was a part of that, my

6   first patent as well as the product that I

7   developed as a part of Algomagic Technologies.

8         Q.   Okay.  So you're familiar with what

9   a Merkel tree is, right?

10        A.   Yes.

11        Q.   Are Merkle trees hierarchical?

12          MR. CARDENAS-NAVIA:  Objection to

13     form.  Vague.

14        A.   Depends on the context of what you

15   mean by that.

16   BY MR. SIGLER:

17        Q.   Can you explain your answer?

18        A.   Yes.  So the context of what is

19   hierarchical depends on sort of what are you

20   referring to, what are the entities, what are the

21   relationships involved.

22        Q.   Would a Merkle tree be able to use

Page 276

```
 1         Q.    And there is a reference to     ████

 2   ███████████,  right?

 3         A.    Yes, I see that.

 4         Q.    Okay.  So DynamoD  ████████████████

 5   ████████████████,  right?

 6         A.    It's an optional field.

 7         Q.    Okay.  And then down below that, do

 8   you see Line 85?

 9         A.    Yes.

10         Q.    And Line 85 refers to  ████

11   ██████████████████,  right?

12         A.    Yes.

13         Q.    So  ██████████████████████

14   ████████████,  right?

15         A.    Can have what they call  ████

16   ████████    That is right, which in my opinion,

17   ███████████████████████████

18   ███████████████████████

19   ███████████████████████

20         Q.    All right.  ███████████████

21   ███████████████████████████

22   ███████████████
```

Page 311

```
 1    BY MR. SIGLER:

 2          Q.   Do you know what ▮▮▮▮▮▮▮

 3    ▮▮▮▮   is?

 4          A.   I do.

 5          Q.   Okay.  Do you know if the

 6    ▮▮▮▮▮▮▮▮▮▮▮  would determine whic ▮▮▮▮

 7    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮?

 8               MR. CARDENAS-NAVIA:  Objection to

 9       form.  Vague.

10          A.   What do you mean by that question?

11    What are you asking precisely?

12    BY MR. SIGLER:

13          Q.   Let me ask this:  You didn't

14    consider what ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,

16    right?

17               MR. CARDENAS-NAVIA:  Objection to

18       form.  Vague.

19          A.    It wasn't -- it wasn't relevant.  It

20    wasn't needed for my analysis.

21               As we just discussed, ▮▮▮▮▮▮

▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

Page 312



5    BY MR. SIGLER:

6         Q.    Okay.  So you didn't consider what

7    ████████████████████████████████████████

8    ██████████████████████████████, right?

9              MR. CARDENAS-NAVIA:  Objection to

10       form.  Vague.

11        A.    Unless there is a place where you

12   think I addressed that in my report, I don't

13   believe that's relevant.  Like I said, what is

14   relevant is ████████████████████████████████

15   ████████████████████████

16   BY MR. SIGLER:

17        Q.    Did my question ask you whether that

18   was relevant?  I can have it read back.

19        A.    Is there a place in my report where

20   you believe I've addressed this question?

21        Q.    No, there's not.  So I'm asking

22   you --

Page 325

1    ███████████████

2        A.    So you're now asking about the

3    request that is -- I'm not sure what you're

4    referring to here.  Which request are you now

5    referring to?

6        Q.    ████████████████████████████████

7 █  ██████████

8        A.    ██████████████████████████

9    ████████████████████████████████████

10   █████████████████████████

11       Q.    Okay.  Okay.  ██████████████████

12   ████████████████████████████, right?

13       A.   █████████████  █████████████████

14   ███████████████████████████████

15   █████████████████████████  ████████

16   █████████████████████████

17       Q.    Okay.  ████████████████████████

18   ████████████████████████████ right?

19       A.    That's right.

20       Q.    And the ████████████████████

21   ███████████████  right?

22       A.    Yes, broadly speaking.  Yes.

Page 337

1    can have thi ███████████████████████████████

2    ████████████████████████████

3              And then in those instances, it's

4    ████████████████████████████████████████████

     ██ ████████████████████████████████████████

     ██ ████████████████████████████████████████████

     ██ ████████████████████████████ ███████████

     ██ ████████████████████████

9    BY MR. SIGLER:

10           Q.    Okay.   All right.   Let's go to --

11   I'm going to ask you some questions about the

12   patents themselves.

13               Can you please take out the '170

14   patent.

15           A.    I have it.   Exhibit 9.

16           Q.    All right.   And actually before I

17   ask you questions about that, ████████████████

18   ████████████████████████████████████████████

19   ████████████████████████████████████████████

20   ██████████████████████████████████

21           A.    That question doesn't make any sense

22   to a person of ordinary skill in the art.

Page 338

1       I know we're overloading that term

2       ▓▓▓▓▓▓▓ in this case.  Bu ▓▓▓▓▓▓ can

3    either be ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓▓▓

▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓    ▓▓▓▓▓▓▓▓▓▓▓▓

9       Q.    What did you mean when you say

10   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓    ▓▓▓▓▓▓▓▓▓?

12       A.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓    ▓▓▓▓▓▓▓▓▓▓▓▓

▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓

▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓    ▓▓▓▓▓



Page 362

1        A.    -- but not with respect to the data

2   repositories or the client, just the data

3   location server network itself.

4        Q.    Okay.  So if the data location

5   server network is in a hierarchical topology,

6   there wouldn't be infringement, right?

7           MR. CARDENAS-NAVIA:  Objection to

8     form.  Vague.

9        A.    We have to be careful there because

10  Dr. Grama, in my opinion, completely

11  misunderstands what "hierarchical" means.  So it

12  has to be if it were hierarchical the way that

13  the patent says, then I would not opine that it

14  is infringing.

15  BY MR. SIGLER:

16        Q.    Okay.  Let's move on to -- let's go

17  back to your report and specifically Paragraph

18  84, which is on Page 31.

19           MR. CARDENAS-NAVIA:  Which exhibit

20     or appendix?

21           MR. SIGLER:  The body.

22           MR. CARDENAS-NAVIA:  The body.

Page 405

1          CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2                    I, Amanda Gorrono, the officer

3          before whom the foregoing deposition was

4          taken, do hereby certify that the foregoing

5          transcript is a true and correct record of

6          the testimony given; that said testimony was

7          taken by me stenographically and thereafter

8          reduced to typewriting under my direction;

9          and that I am neither counsel for, related

10         to, nor employed by any of the parties to

11         this case and have no interest, financial or

12         otherwise, in its outcome.

13                    IN WITNESS WHEREOF, I have hereunto

14         set my hand this 9th day of September, 2023.

15

16

17

18         _____

           AMANDA GORRONO, CLR

19         CLR NO:  052005 - 01

           Notary Public in and for

20         The State of New York

           County of Suffolk

21         My Commission No.  01G06041701

22         Expires:  01/07/2027