# Exhibit K52

**HIGHLY CONFIDENTIAL**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1-18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | **JURY TRIAL DEMANDED** |
| Amazon Web Services, Inc., | |
| Defendant. | |

**CORRECTED OPENING EXPERT REPORT OF MICHAEL GOODRICH
REGARDING U.S. PATENT NOS. 7,103,640; 7,233,978; AND 7,814,170**

Executed on this 6th day of July, 2023

_____

Michael Goodrich

## TABLE OF CONTENTS

I.   INTRODUCTION ................................................................................................1

    A.   Scope and Summary of Analysis .............................................................1

    B.   Qualifications...........................................................................................2

II.  LEGAL PRINCIPLES ........................................................................................6

    A.   Claim Construction ..................................................................................6

    B.   Infringement ...........................................................................................10

        1.   Two Step Process ........................................................................10

        2.   Literal Infringement....................................................................10

        3.   Infringement Under the Doctrine of Equivalents.......................10

        4.   Direct Infringement ....................................................................11

    C.   Priority of Invention/Conception and Reduction to Practice ................12

III. BACKGROUND.................................................................................................14

    A.   Background of the Patented Technology ................................................14

IV.  INFRINGEMENT ..............................................................................................18

    A.   The Asserted Patents ..............................................................................18

    B.   Level of Ordinary Skill in the Art..........................................................20

    C.   The Accused Products ............................................................................21

    D.   Amazon S3 Infringes the Asserted Patents ...........................................22

    E.   DynamoDB Infringes the Asserted Patents............................................22

V.   BENEFITS OF THE PATENTED TECHNOLOGY TO THE ACCUSED PRODUCTS
.......................................................................................................................22

    A.   The Technical Significance of the "SADS" Benefits ............................22

    B.   S3 ...........................................................................................................28

        1.   ██████████████████████ ............................................28

            a.   ████████████████████████
.......................................................................................33

            b.   ██████████████████████████
████ .......................................................................35

            c.   Independent Analysis ......................................................37

            d.   Conclusions .....................................................................70

        2.   █████████████████████ ..............................................70

        3.   ████████████████████ .................................................81

4. ██████████████████████████ ............................82
5. ████████████████████████████ ........84
C. DynamoDB ........................................................85
1. ████████████████████ ..........................85
2. ██████████████████ ................................95
3. ██████████████████ .................................99
4. ████████████████████████ ...........101
D. ████████████████████████████ ....101

VI. NON-INFRINGING ALTERNATIVES ......................................109
A. AWS's Purported Non-Infringing Alternatives to the '170 Patent for S3 ..........109
B. AWS's Purported Non-Infringing Alternatives to the '978 Patent for S3 ..........111
C. AWS's Purported Non-Infringing Alternatives to the '640 Patent for DynamoDB ................................................................................114
D. AWS's Purported Non-Infringing Alternatives to the '170 Patent for DynamoDB ................................................................................118
E. AWS's Purported Non-Infringing Alternatives to the '978 Patent for DynamoDB ................................................................................122

VII. COMPARABILITY OF TECHNOLOGY IN LICENSING AGREEMENTS ..............128
A. ████████████████████ .................................129
B. ████████████████████ ..................................131
C. ███████████████████████ ..........................133
D. ██████████████ ..........................................135
E. ████████████████████████ ..........................138
F. ██████████████ ............................................139
G. ████████████████████████ ..........140
H. ████████████████████ ................................142
I. ████████████████████ ................................144
J. ████████████ ................................................147

VIII. DATE OF INVENTION & CONCEPTION AND REDUCTION TO PRACTICE ......149
A. U.S. Patent No. 7,103,640 ..........................................150
B. U.S. Patent No. 7,233,978 ..........................................151
C. U.S. Patent No. 7,814,170 ..........................................151

## I.    INTRODUCTION

1.      I have been retained by counsel for Plaintiff Kove IO, Inc. ("Kove") to serve as an expert in Kove IO, Inc. v. Amazon Web Services, Inc. (Case No. 1-18-cv-08175).  I expect to testify at a trial regarding the matters set forth in this expert report, if asked about those matters by the Court or the parties' attorneys.

### A.    Scope and Summary of Analysis

2.      The scope of this report is to determine whether certain Amazon Web Services, Inc. ("AWS") products, Amazon S3 and DynamoDB ("Accused Products"), each infringes certain claims of U.S. Patent Nos. 7,103,640 ("'640 patent"), 7,233,978 ("'978 patent"), and 7,814,170 ("'170 patent") (collectively, the "Asserted Patents").  Specifically, I have been asked to analyze the Accused Products with respect following claims of the Asserted Patents (the "Asserted Claims"):

| U.S. Patent No. | Asserted Claims |
|---|---|
| 7,103,640 ("'640 patent") | 17, 18, 24 |
| 7,233,978 ("'978 patent") | 3, 6, 10, 14, 17, 23, 24, 30 |
| 7,814,170 ("'170 patent") | 1, 2, 6, 8, 12, 15 |

**Table A**: Identification of Asserted Patents and Asserted Claims.

3.      Based on the analysis set forth in this report, it is my opinion that:

☒ AWS's Amazon S3 product directly infringes claims 17, 18, and 24 of the '640 patent;

☒ AWS's Amazon S3 product directly infringes claims 3, 6, 10, 14, 17, 23, 24, and 30 of the '978 patent;

☒ AWS's Amazon S3 product directly infringes claims 1, 2, 6, 8, 12, and 15 of the '170 patent;

☒ AWS's DynamoDB product directly infringes claims 17, 18, and 24 of the '640 patent;

☒ AWS's DynamoDB product directly infringes claims 3, 6, 10, 14, 17, 23, 24, and 30 of the '978 patent;

☒ AWS's DynamoDB product directly infringes claims 1, 2, 6, 8, 12, and 15 of the '170 patent;

**B.  Qualifications**

4.  My complete qualifications and professional experiences are described in my curriculum vitae, provided as Exhibit A, describing my education and work experience.  Exhibit A also includes a list of my publications.

5.  The following is a brief summary of my qualifications and professional experiences that are relevant to this matter.  My expertise qualifies me to do the type of analysis required in this case in the field of computer science, including algorithms, data structures, distributed computing, databases, and high-performance computing.

6.  I received my Doctor of Philosophy (Ph.D.) degree in Computer Science from Purdue University (West Lafayette, Indiana) in 1987.  I also earned a Master's Degree in Computer Science from Purdue University 1985, as well as a Bachelor's Degree in Mathematics and Computer Science in 1983 from Calvin University (Grand Rapids, Michigan).

7.  I am currently a Distinguished Professor in the Department of Computer Science at the University of California in Irvine ("UC Irvine"), where I have held several professorial positions since joining the faculty in 2001.  For example, I joined UC Irvine as a full Professor in 2001 and was awarded the title of Chancellor's Professor in 2007 and Distinguished professor in 2019.  The Distinguished Professor title is a campus-level distinction and is reserved for above

scale senate faculty who have achieved the highest levels of scholarship over the course of their careers. Distinguished Professors will typically have earned national and international level distinctions and honors of the highest level.[1] I was also the Associate Dean for Faculty Development of the Bren School of Information and Computer Science from 2006 to 2012, as well as the chair of the Department of Computer Science from 2012 to 2013.

8. Prior to joining the faculty of UC Irvine, I was a Professor of Computer Science at Johns Hopkins University from 1996 to 2002. In 2000 I held the position of Visiting Professor of Computer Science at Brown University. I was also an Associate Professor of Computer Science at Johns Hopkins from 1992 to 1996. In 1994 I held the position of Visiting Associate Professor of Computer Science at the University of Illinois, Urbana-Champaign. Prior to being an Associate Professor, I was an Assistant Professor of Computer Science at Johns Hopkins from 1987 to 1992.

9. I am the recipient of prizes, honors, and awards for my academic achievements and contributions, which are listed Exhibit A. For example, in 2019 I was named a Distinguished Professor by UC Irvine for achieving "the highest levels of scholarship" over the course of a career and having "earned national and international level distinctions and honors of the highest level." For example, I have been elected as a foreign member of the Royal Danish Academy of Sciences and Letters. In 2014, I received the ICS Dean's Award for Research "for contributions in the area of parallel and distributed algorithms." In 2009, I became a Fellow of both the Institute of Electrical and Electronics Engineers (IEEE) and of the Association for Computing Machinery (ACM) "for contributions to parallel and distributed algorithms for combinatorial and geometric problems" and "contributions to data structures and algorithms for combinatorial and geometric problems," respectively. In 2007 I was named as Chancellor's Professor by UC Irvine for having

---

[1] *See, e.g.*, https://ap.uci.edu/titles-of-distinction/distinguished-professor/.

"demonstrated unusual academic merit" and "continued promise for scholarly achievement [that] is unusually high."

10.     I am a co-inventor of four U.S. patents in the areas of information assurance, distributed computing, Internet searching, and geometric modeling (e.g., for animation and video production), including U.S. Patent 7,257,711, titled "Efficient Authenticated Dictionaries with Skip Lists and Commutative Hashing," U.S. Patent No. 7,299,219, titled "High Refresh-Rate Retrieval of Freshly Published Content using Distributed Crawling," U.S. Patent No. 8,681,145, titled "Attribute Transfer Between Computer Models Including Identifying Isomorphic Regions in Polygonal Meshes," and U.S. Patent No. 9,152,716, titled "Techniques for Verifying Search Results Over a Distributed Collection."

11.     I have authored or contributed to numerous works that have been published and widely cited.  For example, I am the co-author of 15 books and monographs on the subjects of data structures, algorithms, and their design.  I have also authored or co-authored 12 book chapters in areas ranging from distributed computing, to geometric and peer-to-peer data structures, to algorithms for searching, sorting, and selecting.  I have also authored or coauthored over 350 peer-reviewed publications, including journal papers and peer-reviewed conference papers, in the areas of computer science, including algorithms, data structures, distributed computing, databases, and high-performance computing.  Exhibit A includes a list of books, chapters, papers, and other publications to which I have published as an author or co-author.  For example, I have coauthored several books concerning algorithms, data structures, and computer security, including *Algorithm Design and Applications*, published by Wiley, and *Introduction to Computer Security*, published by Pearson.  Some of these books have been translated into Chinese, Greek, Portuguese, and Spanish.

12. According to Google Scholar, works that I have authored or co-authored have been cited over 17,000 times. I also have an "H-index" (top H publications with at least H citations) of 73 and an i10-index (number of publications with at least 10 citations) of over 200.

13. I have over 35 years of experience in computer science, including the topics of algorithm design, data structures, networking, mobile devices, computer security, caching and mass storage optimization, parallel and distributed computing, and high-performance computing. For example, I was a co-principal investigator ("co-PI") on a $1.6M grant awarded in 1997 from the National Science Foundation on a networked computing environment for the manipulation and visualization of geometric data, I was co-PI on a $500K grant awarded in 2008 from the Office of Naval Research on scalable methods for the analysis of network-based data, and I was PI on a $500K grant awarded in 2010 from the National Science Foundation on trustworthy interactions in cloud computing. In addition, publications dealing with networking and/or caching and mass storage optimization include (using the numbering in my CV) journal articles J-26, J-38, J-56, J-61, J-62, J-78, J-83, and peer-reviewed conference publications C-33, C-41, C-49, C-101, C-105, C-126, C-133, C-138, C-151, C-156, C-172, C-176, C-181, and C-187. For instance, in my journal article J-56, my coauthors and I study methods for partitioning data into push and pull regions so as to optimize communication costs between a server and several clients. In my capacity as a Distinguished Professor at University of California, Irvine, my responsibilities include teaching undergraduate and graduate students, performing research in computer science, mentoring PhD students and postdoctoral fellows, and serving on various university committees.

14. I have taught undergraduate and graduate courses concerning algorithms, data structures, software design, networking, and computer security, beginning with my work as a graduate student at Purdue in 1983 and continuing as a professor at Johns Hopkins and University

of California, Irvine. In addition, I have taught courses on algorithms and Internet technologies during sabbaticals at the University of Illinois and Brown University, respectively. I supervise a research team that has, over the years, comprised 25 PhD students and 9 postdoctoral fellows.

15. I am being compensated at a rate of $750 per hour for my work on this litigation. The opinions found within this report are mine, and the analysis on which they are based was performed by me or at my direction, supervision, and review.

16. I do not have any known financial interest in Kove or in the outcome of this litigation. My compensation in no way depends on or is affected by the results of my analysis, my conclusions or opinions, or the outcome of this litigation.

## II. LEGAL PRINCIPLES

17. While I am not an attorney, I have been informed of certain legal principles that relate to forming opinions regarding patent infringement. My understanding of such principles is set forth below.

### A. Claim Construction

18. I understand that claim construction is a matter of law for the court to decide. I understand that the court has construed certain terms of the Asserted Claims, as set forth in the Court's December 17, 2021 Memorandum and Opinion Order. Dkt. 484. The Court's constructions are summarized in the table below:

| Claim Term | Court's Construction |
|---|---|
| "location information" | '978: "one or more identifiers and their associated locations"<br><br>'170/'640: "information pertaining to one or more locations of data and/or the identities of one or more location servers" |
| "location server" | "a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to location request messages from clients" |

| "client" | "a network-attached component (which may be software or hardware) that initiates update or lookup of identifier/location mappings from a location server with location request messages" |
| --- | --- |
| "based on a hash function used to organize the data location information across the plurality of data location servers . . . based on the hash function applied to the identifier string" | "the portion of the data location information included in a corresponding one of the data location servers is based on a hash function that maps identifier strings to one or more of the data location servers, and each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function applied to the identifier string" |
| "data pertaining to the entity" | "data pertaining to a person or thing (real, digital, or abstract) distinct from that data" |

**Table B:** The Court's Claim Constructions

19.      I also understand that the parties have agreed to the construction of certain other claim terms, as set forth in Exhibit B to the parties' Joint Claim Construction Chart (Updated). Dkt 382.  The agreed constructions are summarized in the table below.

| Claim Term | Agreed Construction |
| --- | --- |
| "location" | an encoding that is a member of a set of associations with an identifier in a location server, and that specifies where data pertaining to the entity identified by the identifier is stored |
| "identifier"/"identifier string"/"identification string" | a unique encoding that identifies an individual entity, and with which zero or more location strings are associated in a location server |
| "hash table" | a data structure that stores values in a table, where values are stored and retrieved by applying a hash function to an input and using the function result as an index into the table |
| "data location sewer network" | data location server network |
| Preamble<br><br>'978 patent: claim 14 | Preamble after "comprising" limits the claim |
| Preamble<br><br>'978 patent: claim 17 | Preamble after "having" limits the claim |

**Table C:** The Parties' Agreed Constructions

20.     I understand that AWS has proposed some alternative constructions and some new terms for construction as well, but that the Court has not ruled on or adopted any of them. Dkt. 539; Dkt. 571. I also understand that Kove disagrees that any amendment or addition to the current claim constructions is appropriate or necessary. Dkt. 553; Dkt. 578. I further understand that the Court will determine at a later date whether any such amendment or addition to the claim constructions will happen.

21.     AWS's proposed (but not yet ruled on or adopted) constructions are summarized in the table below.

| Claim Term | AWS's Proposed Further Construction |
|---|---|
| "network" / "system" | [network/system] arranged in a non-hierarchical, cluster topology |
| "location server" | a network-attached component that maintains, for satisfying every request for the location of data on the network, a set of at least one of (1) identifier/location mappings or (2) information about the location of such mappings that are modified or returned in response to all location request messages from clients |
| "providing" / "determin[e/ing]" / "retrieving" location information or servers | providing, without performing any request iterations, … location information / determin[e/ing], without performing any request iterations, … location servers / retrieving in two or fewer request iterations location information |
| "return" / "sending" / "transmit[s/ting]" a redirect message | return / sending / transmit[s/ting] a redirect message without performing any request iterations |

**Table D:** AWS's Proposed Additional Construction

22.     While I understand that claim terms are generally given their ordinary and customary meaning to a person of ordinary skill in the art in light of the patent's specification, I also understand that under the doctrine of prosecution history disclaimer, when a patent applicant surrenders or "disavows" claim scope during prosecution before the PTO, the ordinary and

customary meaning of a claim term may not apply. I further understand that this doctrine does not apply where the alleged disavowal is "ambiguous" or is not both "clear and unmistakable" to a person of ordinary skill in the art.

23.    I have reviewed the Court's constructions (Dkt. 484) and the parties agreed-to claim constructions (Dkt. 382) and applied those constructions in my analysis. To the extent claim terms have not been construed or their meaning has not agreed to by the parties, unless expressly indicated otherwise, I have used their plain and ordinary meaning to a person of ordinary skill in the art at the time of the invention for the claim at issue. Where applicable, I have also addressed AWS's proposed constructions in Table D above.

24.    As explained below, I have determined that the inventions described in the Asserted Claims of the Asserted Patents are entitled to the dates of invention shown in the table below. Therefore, when I refer to a person of ordinary skill in the art in this report, I am referring to a person of ordinary skill in the art as of the dates identified below for the respective patent and claim at issue.

| U.S. Patent No. 7,103,640 | |
| --- | --- |
| **Asserted Claims** | **Date of Invention** |
| 17, 18, 24 | October 28, 1999 |
| U.S. Patent No. 7,233,978 | |
| **Asserted Claims** | **Date of Invention** |
| 3, 6, 10, 14 | October 28, 1999 |
| 17, 23, 24, 30 | June 2, 2000 |
| U.S. Patent No. 7,814,170 | |
| **Asserted Claims** | **Date of Invention** |
| 1, 2, 6, 8, 12, 15 | October 28, 1999 |

**Table E:** Summary of invention dates for the Asserted Claims.

25.    I understand that AWS disputes that the Asserted Claims are entitled to the above-identified invention dates. For example, I understand that AWS contends the Asserted claims are not entitled to priority dates earlier than their actual filing dates. *See* AWS's Second Supplemental

and Amended Response Interrogatory No. 19 (April 13, 2023).  Even if AWS were correct, which I do not agree with, my analysis and conclusions with respect to the understanding of a person of ordinary skill in the art would not change.

### B.     Infringement

#### 1.     Two Step Process

26.     I understand that an infringement assessment requires a two-step approach.  First, the asserted claims of a patent must be construed to determine their proper scope, which is ultimately decided by the Court.  Second, a factual determination must be made as to whether the properly construed claims "read on" or are embodied by an accused product.  I will sometimes refer to this as "practicing" the claims or their limitations.  I understand that infringement may be proven through circumstantial evidence.

#### 2.     Literal Infringement

27.     I understand that literal infringement of a claim occurs when every limitation recited in the claim appears in the accused product.  In other words, to infringe literally, the accused product must contain elements that fall literally within the scope of each limitation of the claims. I have been informed that an accused product may be found to literally infringe if it is reasonably capable of satisfying the claim limitations, even though it may also be capable of non-infringing modes of operation.

#### 3.     Infringement Under the Doctrine of Equivalents

28.     I understand that even if all limitations of a claim are not met literally, the accused product may still infringe under the Doctrine of Equivalents if each claim limitation is present in the accused product by an equivalent.  In assessing infringement under the Doctrine of Equivalents, the goal is to assess whether a person of ordinary skill in the art would consider the differences between the claimed limitation and the element in the accused product to be "insubstantial."

Substantiality is measured in several different ways. I understand that one way to assess substantiality is to determine whether the element in the accused product performs substantially the same function in substantially the same way to achieve substantially the same result (what I understand is referred to as the "function/way/result test"). I understand that when structures or steps are known to be interchangeable, that weighs in favor of finding two structures or steps equivalent.

29. I understand that to infringe under the doctrine of equivalents, the particular equivalent being asserted cannot have been surrendered during the patent application process (referred to as "patent prosecution"). I understand that subject matter can be surrendered during patent prosecution through claim amendments and/or arguments that are made in order to obtain the patent.

### 4. Direct Infringement

30. I understand that direct infringement consists of making, using, offering to sell, or selling a patented invention without consent of the patent owner.

31. I understand that direct infringement of a method claim occurs where all steps of the method are performed by or are "attributable" to a single entity. An entity may be attributed with another's performance of one or more steps of a claimed method where that entity "directs or controls" the other's performance.

32. To directly infringe a system claim by "using" the claimed system, I understand that a party must put the invention into service—that is, control the system as a whole and obtain benefit from it. This requires a person to control (even if indirectly) and benefit from each claimed component of the system. Accordingly, I understand that direct infringement by using a system requires a party to use every element of the claimed system.

33.     I understand that the location of an alleged infringing act is wherever the act committed, and that acts constituting direct infringement must occur in the United States. Accordingly, I understand that if any steps of a claimed method are performed outside the United States, there is no direct infringement.  For system claims, I understand the location of an infringing "use" is the place at which the system as a whole is put into service—that is, the place where control of the system is exercised and beneficial use of the system is obtained.  Thus, I understand that infringement may be found even though a component of a patented system may be located outside the United States. I further understand that the requisite "control" may be found where, but for the user's actions, the entire system would never have been put into service.

## C.     Priority of Invention/Conception and Reduction to Practice

34.     I am informed that the date of invention is presumed to be the date when a patent application adequately disclosing a claimed invention is filed.  I also understand that a patent owner can prove it is entitled to an earlier date of invention by proving an earlier date of conception and reasonable diligence in reducing the claimed invention to practice.

35.     I understand that the date of an invention is the date of "conception," and that conception is the formation, in the mind of the inventor, of a definite and permanent idea of the complete and operative invention.  I am informed that an idea is sufficiently definite and permanent for conception if it provides one skilled in the art with enough guidance to understand the invention—that is, when the inventor has a specific, settled idea, a particular solution to the problem at hand, not just a general goal or research plan it hopes to pursue.  I understand that conception is complete when the idea is so clearly defined in the inventor's mind that only ordinary skill would be necessary to reduce the invention to practice, without extensive research or experimentation.  I also understand that an inventor need not know that the invention will work

for conception to be complete. Instead, the inventor need only show possession of the idea, while the discovery that an invention actually works is part of its reduction to practice.

36.     I am informed that the filing of a patent application serves as evidence of both conception and constructive reduction to practice.

37.     In order to establish an actual reduction to practice, I understand the patentee must prove that: (1) the inventors constructed an embodiment or performed a process that met all the limitations of the claims; and (2) the inventors determined that the invention would work for its intended purpose.

38.     I understand that a process is reduced to practice when it is successfully performed; a machine is reduced to practice when it is assembled, adjusted, and used; and a manufacture is reduced to practice when it is completely manufactured.  I further understand that reduction to practice does not require actual use, but only a reasonable showing that the invention will work to overcome the problem it addresses.  I also understand that testing is not itself required for reduction to practice, although testing may be necessary for certain technologies to show that that an invention is suitable for its intended purpose.

39.     To establish diligence in reduction to practice, I understand the basic inquiry is whether there was reasonably continuing activity to reduce an invention to practice.  To show diligence, I understand that a patent owner need not prove the inventor continuously exercised reasonable diligence throughout the critical period between conception and reduction to practice; but instead it must show there was reasonably continuous diligence.  I understand this standard does not require an inventor to work on reducing its invention to practice every day during the critical period.  I also understand that periods of inactivity within the critical period do not automatically defeat a patent owner's claim of reasonable diligence. I have been informed that

reduction to practice may be reasonably continuous where the work involved was continuous in nature, and that reasonable diligence may be found even where there is no corroborating evidence of any activity for a series of months.

## III.   BACKGROUND

### A.   Background of the Patented Technology

40.     The '640 patent, '170 patent, and '978 patent (the Asserted Patents) describe a computer system for managing data in a distributed storage network. To provide contextual background for the importance of the technology described in the Asserted Patents, one must consider the state of digital data in the 1990's. During this time the Internet was still fairly new, but fast-growing.  Digital data at the time was relatively manageable and single servers or a small number of servers were generally sufficient to store data. These systems still required you to know where to look for your data and retrieve it from that location.  As the amount digital data increased the ability to scale storage systems started becoming a problem.

41.     By 1998, the inventors of the Asserted Patents recognized that data would grow so fast that storing and retrieving it reliably and efficiently would require a better way of doing things. The inventors solved this problem with a technique that separates the "where" (i.e., which data storage server(s) to query) from the "what" (i.e., the data itself).  The Asserted Patents introduced the concept of specialized servers, called "location servers." The location server acts as an intermediary for client requests seeking data, by first providing the location of the data. Therefore, the process would be the client seeking data first requests the location of the data from a location server and then with the location information, be able to request the data itself from the appropriate data storage server.

42.     A useful example to show how the technology of the Asserted Patents works is the storing and retrieving of medical records. A patient has many different types of health records from

many different locations, for example, blood bank, X-rays, cardiology, etc. The patient needs an efficient and reliable way to find his relevant medical data. From the perspective of the Asserted Patents, the patient is an "entity" and is uniquely identified by an "identifier," such as the patient's social security number. *See* '978 patent,2:21-37, 4:19-38, 7:54-8:25; '170 patent, 4:10-49. The identifier is associated with the locations of the patient's medical records. *Id*. The locations are then maintained on location servers. *Id*. The patient can now use his social security number (i.e. identifier) to query the network to find a location server that will return the location of the specific medical records (i.e. data) the patient is looking for.

43.       The figure below shows the basic concept of how this system works.



'170 patent., Fig. 11. The client (112) requests the location of data from location server (110) and obtains the data from the appropriate data storage server(s) (114). *Id*., 16:53-61, Fig. 11; *see also* '978 patent, Fig. 18; 18:37-57.

44.       The medical records example is a simplified case of data storage and retrieval. With the growing rate of the amount of data that needed to be stored, it soon became impractical to store the corresponding location information in one place as well. '978 patent, 1:59-2:15. There also was the problem that data and location information would be dynamically changing. '978 patent,

1:59-2:15.  Therefore there was a need for a system that could accommodate this activity and volume. The inventors anticipated these issues and recognized that a network of location servers was needed.  *Id.*, 15:45-63; 18:37-57, Fig. 18. The Asserted Patents describe the use of a hash function to distribute location information across location servers. *Id.*, 17:6-67.  By having each location server only storing a portion of the location information, the location servers become less strained and allows for scaling of the system to accommodate large amounts of data.  *Id.*, 19:26-37.

45.     More specifically, going back to the medical records example, the patent's identifier (i.e. social security number), can be run through a hash function, and the output of that hash function provides indices, and the indexes are indexed into a hash table. The hash table is associated with a particular value and that value provides the location server information for the patient's data.

46.     The '170 Patent describes how using a hash function allows location servers to store roughly an even amount of location information by portioning, organizing, and distributing location information across location servers.  '170 patent, 15:12-49.  By distributing the location information in this way, the location servers can have consistent operational performance because any given server won't be overburdened or overloaded.  *See e.g., id.*, 4:29-67; 14:46-15:15; 15:12-49; 18:9-22; 20:21-25.  Hash functions are also an extremely fast and scalable way to determine the appropriate location server to query.

47.     As the system grows to a larger network of location servers, the Asserted Patents also contemplate the problem of a client not knowing which location server to query when the original location server does not have the information requested. This is accomplished by a redirect message to the location server that can answer the query. *Id.*, 15:64-16:17.  For example, if a patient sends a first request to the location server network, and the request goes to a server that is

not associated with the patient's unique identifier, then the server will send a response, or redirect message, directing the patient to the correct location server. The patient uses the information from the redirect message to send a query to the right server, and then server will respond with the patient's data location information. This redirect feature reduces the number of transactions between the client and location server, and thereby reduces load on the location servers and eases network congestion. *Id.*, 15:34-63. The figure below describes this redirect process:



48.     '640 patent, Fig. 12. The client sends a request (122a) to a first location server (120a). *Id.*, 17:8-21, 17:45-60; *see also*, '978 patent, 15:64-16:17, 18:60-19:3, Fig. 19. When the first location server does not have the requested location information, it returns a redirection message to the client. *Id.* The client then sends its request (122b) to a second location server (120b) that returns the requested location information.

49.     Within the context of the Asserted Patents the terms "location," "identifier," "location server," and "client" all have specific meanings to describe the patented technology. The patentees specifically defined these terms to imbue them with the core architectural structure of the inventions. '978 Patent, 4:20-25. All of these definitions are interrelated and build on each other to describe the technology disclosed in the Asserted Patents.

50.     I reserve the right to provide a tutorial on the relevant background technology at trial.

## IV.    INFRINGEMENT

### A.    The Asserted Patents

51.     The three patents at issue are U.S. Patent No. 7,103,640 ('640 patent), U.S. Patent No. 7,233,978 ('978 patent), and U.S. Patent No. 7,814,170 ('170 patent).

52.     The ''170 patent is a continuation of the '640 patent and shares the same specification.  The '978 patent is a continuation-in-part of the '640 patent; while there is substantial overlap between their specifications, the '978 patent also contains additional disclosures.

53.     All three patents share the same inventors: John Overton and Stephen Bailey.

54.     All three patents are expired.

55.     Both the '640 patent and the '170 patent are entitled "Network Distributed Tracking Wire Transfer Protocol."  Their Abstracts read:

> A network distributed tracking wire transfer protocol for storing and retrieving data across a distributed data collection. The protocol includes a location string for specifying the network location of data associated with an entity in the distributed data collection, and an identification string for specifying the identity of an entity in the distributed data collection. According to the protocol, the length of the location string and the length of the identification string are variable, and an association between an identification string and a location string can be spontaneously and dynamically changed. The network distributed tracking wire transfer protocol is application independent, organizationally independent, and geographically independent. A method for using the protocol in a distributed data collection environment and a system for implementing the protocol are also provided.

56.     Figures 11-13 of the '640 patent and '170 patent are illustrative of the inventions at issue:



Fig. 11

NDTP Server Constellation Context



Fig. 12

NDTP Client-Centric Constellation

Fig. 13

NDTP Server-Centric Constellation

57.     The '978 patent is entitled "Method and Apparatus for Managing Location Information in a Network Separate From the Data to Which the Location Information Pertains."

Its Abstract reads:

A system and method for storing and retrieving location information across a network is disclosed. The system and method utilize a transfer protocol configured to transport an identifier/location relationship to allow one or more locations to be associated with an identifier in the location store of a location server, where the identifier represents a unique entity and the location represents a location of data pertaining to the identifier. The location server contains programming logic operative to provide responses to location queries and capable of scaling a plurality of location servers according to system performance and logistical requirements.

58.     Figures 11-13 of the '978 patent are illustrative of the inventions at issue:



FIG. 18



FIG. 19

FIG. 20

## B. Level of Ordinary Skill in the Art

59. I understand that the priority date for the '640, '978, and '170 Patents is as early as July 8, 1998. In my opinion, a POSA with respect to the '640, '978, and '170 Patents at the time of the inventions of the '640, '978, and '170 Patents would have a bachelor's degree in Computer Science (or equivalent), and one to two years of industry experience in software engineering, networking, or data storage and retrieval. An advanced degree in Computer Science, or equivalent, could be substituted for one to two years of industry experience in software engineering, networking, or data storage and retrieval. Further, four or more years of industry experience in software engineering, networking, or data storage and retrieval could be substituted for a bachelor's degree in Computer Science and one to two years of industry experience in software

engineering, networking, or data storage and retrieval.  For example, the '640, '978, and '170 Patents use similar language to describe their field of invention as involving computer storage and retrieval of information across a network.  For instance, the '978 Patent states that its "invention relates generally to the storage and retrieval of information, and in particular, to a system and method for managing global search and retrieval of information across a network." '978 Patent at 1:30-34.

### C.      The Accused Products

60.     **S3.**  Amazon S3 stands for Simple Storage Service.  S3 is an object storage service that stores data for millions of applications for companies all around the world.  The product offers industry-leading scalability, data availability, security, and performance.  This means customers of all sizes and industries—from startups to large public companies like Netflix[2]—can use it to store and protect any amount of data for a range of use cases.  These use cases include data lakes,[3] backup and restore, archive, and cloud native application storage.  S3 provides easy-to-use management features to organize data and configure a wide variety of finely-tuned access controls to meet various business, organizational, and compliance requirements.

61.     **DynamoDB.**  Amazon DynamoDB is a fully managed NoSQL database service that provides fast and predictable performance with seamless scalability.  DynamoDB lets customers offload the administrative burdens of operating and scaling a distributed database so that customers do not have to be concerned about hardware provisioning, setup and configuration, replication, software patching, or cluster scaling.  With DynamoDB customers can create database

---

[2] *See, e.g.*, https://aws.amazon.com/solutions/case-studies/netflix-storage-reinvent22/.
[3] A data lake is a centralized repository that allows a user to store all structured and unstructured data at any scale.  That is, data can be stored "as-is," without the need for first structuring the data. And different types of analytics—from dashboards and visualizations to big data processing, real-time analytics, and machine learning to guide better decisions—can be run on the data within a data lake.

tables that can store and retrieve any amount of data and serve any level of request traffic. Customers can scale up or scale down their tables' throughput capacity without downtime or performance degradation.

### D. Amazon S3 Infringes the Asserted Patents

62. My analysis and determinations of infringement with respect to Amazon S3 are in Exhibit D and the corresponding Source Code Appendix A.

### E. DynamoDB Infringes the Asserted Patents

63. My analysis and determinations of infringement with respect to DynamoDB are in Exhibit E and the corresponding Source Code Appendix B.

## V. BENEFITS OF THE PATENTED TECHNOLOGY TO THE ACCUSED PRODUCTS

64. The Asserted Claims provide significant technical benefits, both in general, and for the Accused Products.

### A. The Technical Significance of the "SADS" Benefits

65. As explained in more detail below, the technical benefits of the Asserted Claims include Speed, Availability, Durability, and Scalability. I will refer to these benefits, collectively, as the "SADS" benefits.

66. For ease of reference in this Section, I have grouped the asserted claims into three categories I call "Hash Function Claims," "Scaling Claims," and "Redirect Claims." The claims in each group implicate the same features and functions in the accused products, and so implicate the same set of technical benefits. But to be clear, my naming convention is for convenience only and is not meant to impart any further meaning or opinion, unless otherwise expressly stated.

67. The "Hash Function Claims" include claims 1-2 of the '170 patent and claim 6 of the '978 patent. The "Scaling Claims" include claims 17, 23, 24, and 30 of the '978 patent. The

"Redirect Claims" include claims 3, 10, and 14 of the '978 patent, claims 6, 8, and 15 of the '170 patent, and claims 17-18 of the '640 patent. Claim 12 of the '170 patent and claim 24 for the '640 patent fits in both the "hash function" and "redirect" groups; where there's need to call it out separately, I will do so, otherwise, my discussions of either group should be considered to include claim 12.

**Speed**

68.

69.



<hr>

[4] *See, e.g.*, AMZ_KOVE_000487443 at 31:12 ("
"); Barr Tr. at 239:20-240:14

")

[5] *See* Markle Tr. at 88:6-13                              "). Barr Tr. at
227:7-228:24 (                              ); Walsh Tr. (August 25, 2021) [Walsh
Tr. I] at 29:3-5                              "), 101:16-
102:14 (          135:24-136:24 (







"



---

”); Vogels Tr. at 176:6-177:11 (agreeing with Exhibit 15, because

”).

[10] AMZ_KOVE_000528071 ( ).

[11] AMZ_KOVE_000483279 at 2.

. AMZ_KOVE_000483279 at 27.

[12] *See* https://aws.amazon.com/s3/storage-classes/

[13] *See, e.g.*, https://docs.aws.amazon.com/AmazonS3/latest/userguide/DataDurability.html; Barr Tr. at 199:17-213:16 (discussing durability and defining

”);



B.   S3

1.   ███████████████████████████

76.  ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████████████████████

---



[17] AMZ_KOVE_000487443 at 35:05-35:25 (

"); AMZ_KOVE_000435516 ("

).

[18] AMZ_KOVE_000435960 ("

).

[19] *See* AMZ_KOVE_000528071 ("

"); *see* Henry Tr. at 86:10-87:12 ("

").

████████████████████████████████████████████████████████████████

████████████████████████████████.[20]

77.    It is my opinion that S3's ████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████. For example, claim 1 of the '170 Patent recites, in part, "a hash function used to organize the data location information across the plurality of data location servers," claim 2 of the '170 Patent further recites "wherein the location information comprises any portion of a hash table generated with the hash function," and claim 6 of the '978 Patent recites "wherein the location in the location server is maintained in an indexed location store indexed by a hash table."

78.    There are several benefits associated with ████████████████████████

████████████████████████████ in the Hash Function Claims.

79.    One benefit of the Hash Function Claims to AWS is that the ████████████

████████████████████████████████████████████████████████████████

████████████ █ ████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

---

[20] AMZ_KOVE_000528071 (████████████) (

████████████████████████████████████████████████████████").

[21] AMZ_KOVE_000226435 (AWS distinguished engineer explaining that,

████████████████████████████████████████████████████████████████

████████████████████████████████").

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████[22]

80. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████

81. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████[23]

82. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

---

[22] *See* AMZ_KOVE_000439434 (describing what ███████████████████████);
AMZ_KOVE_000436079 at 3 ("████████████████████████
████████████."); *see* AMZ_KOVE_000284502 (describing
███████████).

[23] *See* AMZ_KOVE_000434982 (███████████████████████
████████").

[24] *See id.*; AMZ_KOVE_000530224 at 33:55 (████████████████████
██████████"); AMZ_KOVE_000436079.

83.     In view of the above advantages, ███████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████[26]

84.     To better understand the technical benefits of the Hash Function Claims to S3, I have considered how ███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████

███████████████████████.

85.     I have considered the technical significance of the Hash Function Claims.  My conclusions—which are explained in detail below—are summarized as follows:

---

[25] 5/23/23 Vermeulen Tr. at 84:7-19 (███████████████████████████████████████████████████████████████████████████████████████████████████████████████");  AMZ_KOVE_000437351 (███████████████████████████████████████████████████████████████████████████████████████████████");  AMZ_KOVE_000487443 at 23:58 (describing ██████████████████").  AMZ_KOVE_000530224 at 27:25 (████████████████████"), 30:30 (describing ████████████████████████████████████████).

[26] See AMZ_KOVE_000434982 (███████████████████████████████████████████████████████████████████████████").

[27] See AMZ_KOVE_000487443 at 31:12 (██████████████████████████████████████████████████████████████████████████████████████████).

- ███████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████[29]

- ███████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████.

- ███████████████████████████████████████████

██████████████████████████████████████████████.

- ███████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████.

---

[28] I.e., ████████████████████████████████████████████
████████████████████████████████████████

[29] As described above, an █████████████████████████████████████████████
███████████████████████████████████.

[30] *See* Swami Tr. at 419:3-420:1 (explaining ██████████████████████████
█████████████████████████████████████.

- ████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████ .

86.    These conclusions are supported by three independent data points: ████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████ .

   a.   ████████████████████████████████████████████████████

87.    ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████ .

---

[31] AMZ_KOVE_000091123.

[32] AMZ_KOVE_000530224 at 18:54 ███████████████████████████████████ ”);
AMZ_KOVE_000439001 at 1 (AWS ████████████████████████████████ ”).

[33] “ ████████████████████████████████████████████████████████████████
 ” for example ██████████████████████████████████████ ” Vermeulen Tr. (May 23,
2023) at 103:11-104:15. ███████████████████████████████████████
 ” Id. ████████████████████████████████████████████████████████████
 ” Id.

[34] Vermeulen I Tr. at 196:24-199:14; AMZ_KOVE_000226323; AMZ_KOVE_000435516 (‘
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████







91.

92.

b.

---

[38] Henry Tr. at 132:22-133:18; 4-19-23 Markle Tr. at 120:14-20.

[39] Henry Tr. at 132:22-133:18.

[40] *See* AMZ_KOVE_000473013 at 2 (

"); AMZ_KOVE_000435086 (recognizing that

"); *See* AMZ_KOVE_00091123 (

); Markle II Tr. at 82:16-20, 91:2-6); AMZ_KOVE_000530224 at 53:45 (showing

).

[41] *See* Markle II Tr. at 180:6-14

).

[42] *See* AMZ_KOVE_000530225 at 50:58

").

93. ███████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████

94. ███████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████

███ ███ ██████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████

---



[43] AMZ_KOVE_000380260; Markle II Tr. at 175:12-176:10 (information contained in AMZ_KOVE_000380260 ███████████), 181:2-9.

[44] AMZ_KOVE_000380260; Singh Tr. at 230:5-13 (tests in AMZ_KOVE_000380260 were ███). in AMZ_KOVE_000380260

[45] Singh Tr. at 228:9-21; AMZ_KOVE_000380260 at 1 (███████████████).



96.

97.

98. As explained above,

99. As explained in AMZ_KOVE_000506367, AWS "[46]

   c. **Independent Analysis**

---

[46] AMZ_KOVE_000506367 ( ").



100.   I have conducted my own assessment of how S3 ███████████████████

██████████

101.   In preparing my analysis, I have reviewed AWS ███████████████

102.

███████████████████████████████████████████████[49]

103.   For purposes of my analysis, ███████████████████████████

[47] AMZ_KOVE_000532788 █████████████); AMZ_KOVE_000454430 (█
2012); AMZ_KOVE_000399798████████); AMZ_KOVE_000466209 (
2019); AMZ_KOVE_000457250 (███████████); AMZ_KOVE_000380260 (
█████).
[48] Szafir Tr. at 288:21-291:13, 333:17-21.
[49] *Id.* ████████████████ in AMZ_KOVE_000464992. *See* Szafir Tr. at 335:11-18
("███████████████████████████████████████████████████
████████████); AMZ_KOVE_000235985 at 2.
[50] ████████████████████████████████████████████████.



104. There are ██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████

██████████████████████████

105. ████████████████████████████████████████████

████████████████████████████████████████████

106. ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

---

[51] AMZ_KOVE_000401270; AMZ_KOVE_000532846.
[52] AMZ_KOVE_000091659.



107.

108.

109.

110.

---

[53] AMZ_KOVE_000401271 (▇▇▇▇▇▇▇▇); Singh Tr. at 2016:13-208:6; AMZ_KOVE_000532845 (▇▇▇▇▇▇▇▇).
[54] AMZ_KOVE_000401272.
[55] AMZ_KOVE_000401270.

███████████████████████████████████████████████

██████████████████████████

111.   ████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████

112.   ████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████ ████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████

113.   ████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

---

[56] For example, ██████████████████████████████████████████.

████████████████████████████████████████████████

██████████

114.    ██████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

115.    ██████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████

116.    ██████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████[57]

117.    ██████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

---

[57] *See* AMZ_KOVE_000532846.

██████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████

118. ████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████

119. ████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████

120. ████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

---

[58] *See* AMZ_KOVE_000401268 ████████████████████ ████); AMZ_KOVE_000532844 (████████████████████████████████████████████████); AMZ_KOVE_000527781 (████████████████████████████████████

121.

62

122.

): AMZ_KOVE_000527782 (

).

[59] *See* AMZ_KOVE_000482815 ("

").

[60] AMZ_KOVE_000457863 at 13; *see* AMZ_KOVE_000434413 (

"; *see also* AMZ_KOVE_000222254 at 12 (

).

[61] *See* AMZ_KOVE_000482815.

[62] *See* AMZ_KOVE_000482815 at 8.

123.

---

124. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████

125. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

126. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████

127. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████
██████████████████



128. ███████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████[66]

129. ███████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

130. ███████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

---

[64] *Id.*; AMZ_KOVE_000472964 at 5.

[65] AMZ_KOVE_000472964 at 4.

[66] *Id.*

[67] *See* n.34 (███████████████████████); AMZ_KOVE_000487443 (████████████
████████████ ; AMZ_KOVE_000226435 at 2 ("████████████████████████████
█████████████████████"); AMZ_KOVE_000434413.

[68] AMZ_KOVE_000472964 at 4.

[69] AMZ_KOVE_000506367 at 3; AMZ_KOVE_000530224 at 25:34.

███████████████████████████████████████████████████

██████████████████████████████████████████████████████ [70]

131.  ████████████████████████████████████████████

████████████████████████████████████



132.  ████████████████████████████████████████████████

███████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████████████████████

---

[70] AMZ_KOVE_000506367 at 3.
[71] Id.
[72] Id.

134. ███████████████████████████████████████

███████████████████████████████████████

██████████████ [73]

135. ██████████████████████████████████████

███████████████████████████████████████

███████████████████

136. ██████████████████████████████████████

███████████████████████████████████████

█████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████ [75]

---

[73] *See* Markle Tr. at 82:16-20, 91:2-6 (██████████████████████████ )

[74] AMZ_KOVE_000487443 at 31:58-32:04, 46:14-46:33 (describing ████████████████████████ ); Vermeulen II Tr. at 64:9-13 ( ██████████████████████████ ); AMZ_KOVE_000439925 ██████████████████████████ "); AMZ_KOVE_000434413 at 4 ( ██████████████ ); AMZ_KOVE_000449616 ██████████████████████████ ").

[75] AMZ_KOVE_000464494 ("████████████████████████████████ ");
AMZ_KOVE_000487442 at 28:42, 35:18 ████████████████████ ; AMZ_KOVE_000434343 (explaining that ████████████████████████████████ ████ ██ ██ █████ "); AMZ_KOVE_000482853 at 7:00;





140.

141.

[78] AMZ_KOVE_000532788.
[79] AMZ_KOVE_000454430.
[80] In S3,

[81] AMZ_KOVE_000472964; AMZ_KOVE_000454430; AMZ_KOVE_000439925 ("High
"); AMZ_KOVE_000436394 (

142. [redacted]

143. [redacted][83] [redacted]

144. [redacted]

---

[redacted] in AMZ KOVE 000431302); AMZ KOVE_000225238 ([redacted]); AMZ_KOVE_000225239 ([redacted]); AMZ KOVE 000530224 at 40:00-40:44.

[82] AMZ KOVE 000506467 ([redacted]; AMZ KOVE 000434413 at 1 ([redacted]; AMZ KOVE_000086709 at 2 ([redacted]); AMZ KOVE 000503767 at 1 [redacted].

[83] [redacted] *See* AMZ KOVE 000436084 at 12 [redacted]); *see also* AMZ KOVE 000487443 [redacted]); AMZ KOVE 000226435 at 2 ("[redacted]"). [redacted] 



145.

146.

---

[84] AMZ_KOVE_000436708 at 2 (⬛).
[85] AMZ_KOVE_000436079 (⬛); AMZ_KOVE_000094759 (⬛); AMZ_KOVE_000428595 at 6, 9 (⬛). In addition to the above citations, AMZ_KOVE_000472964 ⬛ In Exhibit C, Sheet 5, ⬛ AMZ_KOVE_000472964 ⬛ in AMZ_KOVE_000472964 ⬛ *See* AMZ_KOVE_000472964. ⬛

147.

148.

-

---

[86] AMZ_KOVE_000435516 ().
[87] AMZ_KOVE_000226435 at 2.
[88] AMZ_KOVE_000487443 at 32:30-33:32.
[89] AMZ_KOVE_000506454 at 4 (); AMZ_KOVE_000487443 at 36:53 (); AMZ_KOVE_000434413 ; AMZ_KOVE_000506454 (); AMZ_KOVE_000439925 at 2 ().
[90] AMZ_KOVE_000506454 ("."); *see generally* AMZ_KOVE_000487443 at 31:45-47:10 ().



- ███████████████████████████████████████████████

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████

149.  ████████████████████████████████████████████████████

████████████████████████████████████[100]

150.  ██████████████████████████████████████████████████

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
████████████████████████[102]

151.  ████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████

[99] AMZ_KOVE_000456866 at 6 ("█████████████████████████████████████");
AMZ_KOVE_000283706 at 2 ("█████████████████████████████████████");
AMZ_KOVE_000506311 at 5 ████████████████████████████████████
████████████████████████████████████████████████████████ );
AMZ_KOVE_000487443 at 32:30-34:37 (████████████████████████████
█████████████████████████ AMZ_KOVE_000436384 at 3-4 (████████
██████████████████; AMZ_KOVE_000439925 at 2 (██████████████████
████████████).
[100] See AMZ_KOVE_000070457 ("███████████████████████").
[101] Supra at note 93.
[102] AMZ_KOVE_000487442 at 31:20.



152. ██████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████████████

153. ██████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████[103]

154. ██████████████████████████████████████████████

████████████████████████████████████████████████████████

---

155.

156.

---

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████

157.    ████████████████████████████████████

█████████████████████████████████████[106]

        ██████████████████████████████



158.    ████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████

        ██████████████████████████████

---

[106] *See* Exhibit C, Sheet 6 at Cells H3-H9
[107] *See* Exhibit C, Sheet 6 at Cells L3-L9.



159. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████).

160. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████

161. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████. [108]

███████████████████████████████████████████████



██  ████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████

---

[108] ██████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████

[109] *See* Exhibit C, Sheet 7 at Columns O-Q; setting Cell C12 to 1.

163. 

164.

██████████████████████████████████████████████████

████████████████████████████████████████[114]

165. ████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████

█████████████████████████████████

166. ████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████

167. ████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████

168. ████████████████████████████████████████████

██████████████████████████████████████████████████

---

[113] *See id.* at AMZ_KOVE_000434665; AMZ_KOVE_000506454 at 2.
[114] I.e., ████████████████████████████████████████
AMZ_KOVE_000440576 at 5.

169.

[115]



170. ████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

171. ████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████

████████

172. ████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████████████████

███

---

173. ████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████

174. ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████

175. ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

---

[117] *Id.* (" ████████████████████████████████
████████████████████████████████ ").
[118] █████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████

176.    I have published extensively on these topics, including the publications listed in my CV as P-2, J-54, J-60, C-83, C-88, C-102, C-105, C-111, and C-118. I also discuss them in my books, B-1, B-3, B-4, B-6. B-7, B-8, B-9, B-11, B-12, B-13, B-14, and B-15.

177.    ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████[119]

178.    ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

---

[119] *See* ███████████████████

179. 

180.

[120] AMZ_KOVE_000452526 at " ███████ " Cells GM256, GM285, and GM302 (2011); AMZ_KOVE_000075807 at 9:30 (2014); AMZ_KOVE_000483319 (2018).
[121] *See* AMZ_KOVE_000455647; AMZ_KOVE_000528556.



181.

182.

183.

184. ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████ [123]

### d. Conclusions

185. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

### 2. ████████████████████████ [124]

186. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

[122] *See* ████████ at 2-4.

[123] *See, e.g.*, AMZ_KOVE_000487443 at 31:12 (" ████████ ████████ "); AMZ_KOVE_000461703 at 6 ( ████ ); Barr Tr. 239:20-240:14 (" ████ ████████████████████████ ").

[124] As explained above, S3 ████████████████████████████████████████████████████████



187.

188.

189.

[127]

---

[125] *See* AMZ_KOVE_000512621 ("  "); AMZ_KOVE_000497975 (same).

[126] *See* AMZ_KOVE_000436708 at 2-3  ); Hamilton Tr. at 92:17-93:5.

[127]

190.



128

191.

192.

---

[128] *See* Vermeulen II Tr. at 58:1-8 (

]”).

[129] *See* note 74.

[130] *E.g.*, AMZ_KOVE_000491407

”); AMZ_KOVE_000532766 at 5 (

”); Tr. at 40:10-15 (“Q:

).



[131] AWS Distinguished Engineer Allan Vermeulen

”[132]

193.

[134]

194.

---

[131] *See* note 7674; AMZ_KOVE_000487443 at 33:28-33:58 (“

”).

[132] Vermeulen II Tr. at 64:14-65:2.

[133] *See* note 8785.

[134] *See id.*; AMZ_KOVE_000483279 at 6 (AWS

”). While AMZ_KOVE_0000483279

.



137

195.

196.

197.

138

---

135 AMZ_KOVE_000399121 (
).
136 AMZ_KOVE_000284234 at 11.
137 AMZ_KOVE_000399112 at 1-2 (
); AMZ_KOVE_000434413.
138 See AMZ_KOVE_000399121 (
AMZ_KOVE_000378442
.



198.

139

199.



[141]

200. ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████ ''[142]

201. ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

202. ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████ in

AMZ_KOVE_000396783.

---

[141] Vermeulen II Tr. at 60:10-63:16; *see also* Hamilton Tr. at 169:5-169:20.
[142] AMZ_KOVE_000491407; note 141130.

203. ██████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

███████████████████████ [143]

204. ██████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

---

[143] *Id.* at 3 ("██████████████████

████████████████████████████████

███████████████████████████ ");
AMZ_KOVE_000468275 ("███████████

████████████████████████████████
████████ ").

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████ .

████████████

205.   ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████

206.   ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████

207.   ████████████████████████████████████████

████████████████████████████████████████████████████

████████████

208.   ████████████████████████████████████████

████████████[144]

---

[144] *See* AMZ_KOVE_000436708 at 2-3 ████████████████████████████
████████████████████████████████ ; AMZ_KOVE_000463426 ('



- [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

- [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED] [145]

- [REDACTED]

[REDACTED]

[REDACTED] [146]

---

[REDACTED]

[REDACTED] ”).

Markle Tr. at 141:21-143:6; AMZ_KOVE_000226633.

[145] *See* AMZ_KOVE_000436938 at 3-4 ([REDACTED] , 6 ([REDACTED] );
https://docs.aws.amazon.com/whitepapers/latest/availability-and-beyond-improving-resilience/availability-with-redundancy.html (availability value depends on number of available servers)

[146] AMZ_KOVE_000435960 at 2-3 ([REDACTED] .

- ██████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████

209. ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████.[149]

210. ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████.

211. ████████████████████████████████████████████████

████████████████████████████████████████████████████

---

[147] Markle Tr. at 221:9-11 ("████████████████████████████████████████████"),
119:22-24 ("████████████").
[148] AMZ_KOVE_000242060.
[149] *See* AMZ_KOVE_000528071 ("████████████████████████████████████████████
████████████"); *see* Henry Tr. at 86:10-87:12 ("████████████████████████████████████████████████████").

████████████████████████████████████████████████████

█████████████████████████████████████

212. ██████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████

**3.** ███████████████████████████████

213. ███████████████████████████████████████████

████████████████████████████████████████████████████

███████████

214. ███████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████

215. ███████████████████████████████████████████

████████████████████████████████████████████████████

████████████████

216. ███████████████████████████████████████████

████████████████████████████████████████████████████

---

[150] AMZ_KOVE_000400711 at 2.

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████

**4.** ████████████████████████████

217. ███████████████████████████████████

████████████████████████████████████████████

████████████████████████

218. ███████████████████████████████████

██████████████████████████████████

219. ████████████████████████████████████████o

███████████████████████████████████

220. ███████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████

221. ███████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

222.

223.

224.

225.

226.

- 
-

██████████████████████████████████████

████████████████████████████

- ████████████████████████

- ██████████████████████████████████████

████████████████████████████████████

227. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

228. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

    **5.** ██████████████████████████████

229. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████

230. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

231. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████

232. ███████████████████████████████████

███████████████████████████ described in ¶¶ 222-229.[151]

### C. DynamoDB

**1.** ████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████████████████[152]

233. ███████████████████████████████████

███████████████████████████████████

███████████████████████[154]

234. ███████████████████████████████████

███████████████████████████████████

███████████████████

235. ███████████████████████████████████

███████████████████████████████████

████████ ██ █████████████████████████



---

[151] ███████████████████████████████████

*See* ¶ 216.
[152] AMZ_KOVE_000007001 at 16; *see* AMZ_KOVE_000463841 (███████████████████████████████████

████████████").
[153] https://www.linkedin.com/in/charlie--bell/.
[154] AMZ_KOVE_000494957.



238. 

239.

158

240.

---

157 *See* AMZ_KOVE_000463841 (

”).

158 *Id.* AMZ_KOVE_000463841 at 3 (



”).



241.

242.

243.

[159] AMZ_KOVE_000532804-7 (                                                                    );
AMZ_KOVE_000463887 at 4 (                                                                    ); *see also* AMZ_KOVE_000394193 (                                        ).
[160] AMZ_KOVE_000463887 at 4 (                                        ).
[161] AMZ_KOVE_000177608 at 2 ("                                                                    ").
[162] AMZ_KOVE_000483279 at 28-29 (                                        ).
[163] AMZ_KOVE_000483279 at 6-7.
[164] Walsh II Tr. at 114:16-116:3; AMZ_KOVE_000463924 (
                                        ).  I understand that

[165]  AMZ_KOVE_000483279  at  28-29;  AMZ_KOVE_000504890  at  3  (
                                        ).



244. ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████[167]

245. ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████[169]

246. ███████████████████████████████████████

█████████████████████████████████

- ████████████████████████████████████████

███████████████████████████████████████████

█████████

---

[166] *See* AMZ_KOVE_000483279 at 6-8; Swami Tr. at 285:19-286:2.

[167] *Id.* at 16 ("██████████████████████████████
████████████████████████████████████████
███████████"); AMZ_KOVE_000390547 at 8:15.

[168] AMZ_KOVE_000483279.

[169] *Id.*; Swami Tr. at 250:10-251:9; AMZ_KOVE_000500526 at 1-2; AMZ_KOVE_000483279 at
15-16 ██████████████████████████████████████
████████████████████████████████████████
█████████").



247.

[170] *See* Swami Tr. at 148:18-20 (██████████████████████████████ ██████"), 153:19-154:7 (███████████████████████████████████████); AMZ_KOVE_000064843 at 9 ("██████████████████████████████████████████ ████████████████████████████████████████").
[171] AMZ_KOVE_000390575.



248.

249.

250.

251.



252.

253.

254.

"

---
[174] AMZ_KOVE_000467824.
[175] *See* Vermeulen II Tr. at 60:10-63:16.

255. ██████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████"[178]

256. ██████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████"[180]

257. ██████████████████████████████████████████████

████████████████████████████████████████████████

---

[176] AMZ_KOVE_000065117 at 2 ("████████████████████████████████████████████████████").

[177] AMZ_KOVE_000494957 at 2; Rath Tr. at 120:2-12 ███████████████████████████████████████.

[178] Vermeulen Tr. at 342:6-344:25.

[179] AMZ_KOVE_000525421 at 9.

[180] *Id.*; *see also* Swami Tr. at 158:4-21; AMZ_KOVE_000525421 at 2 (████████████████████████████████████████████████████████████).



258.

Q:

259.

---

[181] Swami Tr. at 194:21-195:15.
[182] *Id.* at 201:8-202:9.



**2.** ██████████████████████

260. ████████████████████████████████████████
██████

261. ████████████████████████████████████████

262. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████[183]

263. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████

264. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

---

[183] *See* Exhibit D (detailing my infringement analysis and opinions).

[184] *See* AMZ_KOVE_000532854; AMZ_KOVE_000532855; ████████████████████
████████████████████.

[185] Walsh III Tr. at 408:21-410:17.



265.

266.

267.

268.

- 

---

[186] AMZ_KOVE_000390574.
[187] *Id.* at 405:11-406:21.
[188] AMZ_KOVE_000463841 at 3.



271.

272.

273.

---

[189] AMZ_KOVE_000200928; AMZ_KOVE_000064710 at 35-40.
[190] Id; AMZ_KOVE_000434816.

[redacted]

[redacted] [191]

274. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

275. [redacted]

[redacted]

[redacted]

[redacted]

[redacted] [193]

**3.** [redacted]

276. [redacted]

[redacted] [194]

277. [redacted]

278. [redacted]

1.



---

[191] *Id.*

[192] *Id.*

[193] *Id.*

[194] *See* Exhibit D (detailing my infringement analysis and opinions).

2. █████████████████████████████████████

3. █████████████████████████████████████

4. █████████████████████████████████████

279. █████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████

280. █████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████

281. ██████████████████████████████  ███

████████████████████████████████████████

████████████████████████████████████████

---

[195] *See* AMZ_KOVE_000483119 at 14 (█████████████████████████████ ████████████████████████████████); Walsh III Tr. at 343:6-44 (██████ ████████████████).



[^198]

282.

**4.**

283.

**D.**

284.

285.

---

[^196]: AMZ_KOVE_000495524

[^197]: *See* ¶ 246 (⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛); Barr Tr. 239:20-240:14 ("⬛ ⬛ ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ ")

[^198]: *Compare* AMZ_KOVE_000495524 (⬛⬛⬛⬛) *with* AMZ_KOVE_000487931 (⬛⬛⬛) (⬛⬛⬛⬛⬛⬛⬛).

[^199]: *See* AMZ_KOVE_000487430.

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████ [204]

286. ████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████

287. ████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

---

[200] AMZ_KOVE_000487544; *see* Blackman Tr. at 35:21-14 ("████████████
████████").

[201] *See* AMZ_KOVE_000532768 ("████████████████████████████████████").

[202] *Id.*

[203] *See* Vogels Tr. at 74:12-76:19 (███████████████████████████████████
████████████████████████.

[204] Swami Tr. at 127:2-7; *see* AMZ_KOVE_000528740 at 2 ("████████████
████████").

[205] Hunt Tr. at 78:17-79:4.

[206] *See* AMZ_KOVE_000487430.

[207] AMZ_KOVE_000497975.

[208] Singh Tr. 262:6-10.



288.

289.

[209] Hunt Tr. at 155:7-20 (S3); AMZ_KOVE_000400143 (███████████████████████ ████████████").

[210] AMZ_KOVE_000532766 (███████████"); Blackman Tr. at 37:1-12 (████████████████████████).

[211] AMZ_KOVE_000012836; *see, e.g.*, AMZ_KOVE_000463841 ("███████████████████████████████████████████████").

[212] *See* AMZ_KOVE_000532767.

---

213 Swami Tr. at 245:19-246:13; *see also* Swami Tr. at 246:14-250:5.

███████████████████████████████████████████████████████

████████████████████████████████████ [214]

290.  ████████████████████████████████████████████████

███████████████████████████████████

- **Glacier**

291.  For example, Glacier is an AWS storage service that provides long-term storage.

When a customer uploads a file into Glacier, ██████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████. [218]

292.  Glacier also ██████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

---

[214] *See* Swami Tr. at 248:15-250:5 (

████████████████████████████████████████████████████████
██████████████████████████ ), 246:14-247:2
████████████████████████████████████████████████████ ”).

[215] Kirschner Tr. at 57:3-59:2.

[216] Kirschner Tr. at 59:3-18.

[217] *See* Kirschner Tr. at 47:19-55:8.

[218] Kirschner Tr. at 86:20-87:16.

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████ [219]

- ███████████████████████████

293. ████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████ :

███████████████████████████████████████████████████

 [220]

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

---

[219] *See* Kirschner Tr. at 47:19-55:8.
[220] AMZ_KOVE_000012794 (Swami Tr., Ex. 5) at 2-3 ("████████████████████").



294.

[221] Blackman Tr. at 198:16-201:22; AMZ_KOVE_000237880 (

”); *see generally* AMZ_KOVE_000012794 (Swami Tr., Ex. 5) at 2-3
(“                                        ”).
[222] Blackman Tr. at 207:3-16.
[223] Blackman Tr. at 200:7, 201:4-22.
[224] *See* AMZ_KOVE_000012794 (Swami Tr., Ex. 5) at 2-3 (“                                        ”)
(“

”).



295. ██████████████████████████████████████████████

---

225 Szafir Tr. at 156:15-164:11 (████████████████████████████████
████████████████████, 253:4-19 (███████████████████████████
██████████████████████████), 254:16-260:10 (███████████
██).
226 *See, e.g.*, AMZ_KOVE_000528617 (███████████████); AMZ_KOVE_000528620
████████████████████); AMZ_KOVE_000528621 (████████████████████);
AMZ_KOVE_000488258 (███████████████████████████); AMZ_KOVE_000487905
(█████████████████████████████).

████████████████████████████████████████████████████████

████████████████████████████████████

## VI.    NON-INFRINGING ALTERNATIVES

296.    I have reviewed AWS's Fourth Supplemental and Amended Response to Kove's Interrogatory Number 3 dated April 13, 2023 ("4/13/2023 Rog Response"), which I understand requested AWS's contentions of "acceptable, available, non-infringing alternatives or substitutes, to any of the inventions claimed in any of the asserted claims of the Patents-in-Suit." *Id.* at 18. Interrogatory Number 3 further requested that AWS explain how the alternatives would be acceptable and not infringe, as well as costs and manpower required to implement them, and their impact on the performance of the Accused Products. *Id.* ████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████

297.    ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████

### A.  AWS's Purported Non-Infringing Alternatives to the '170 Patent for S3

298.    In its Fourth Amended Response to Interrogatory No. 3, AWS asserts ████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████ [227] ███

---

[227] AWS's 3rd Suppl. Resp. to Rog. No. 3 at 18.

299. AWS further ███████████████████████████████████████████████████████████

300. AWS also asserts ███████████████████████████████████████████████

---

[228] Id.
[229] Id.

301.

302.

303.

**B. AWS**'s Purported Non-Infringing Alternatives to the '978 Patent for S3

304.    In its Amended Response to Interrogatory No. 3, AWS asserts

---

[230] Id. at 22.

305.    AWS asserts ███████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████

306.    From what I can gather from AWS's response, based on my experience and analysis

of S3, ██████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████

307.    AWS further asserts, ████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

---

[231] Id.

308.    Based on my analysis and knowledge, however implemented, AWS proposal ███

309.    AWS also asserts, with respect to claim 17 of the '978 patent, that ██████████

310.    I note that an earlier AWS's Third Amended Response to Kove's Interrogatory No. 3 (filed June 11, 2021) included the following response, ████████████

311.

**C. AWS**'s Purported Non-Infringing Alternatives to the '640 Patent for DynamoDB

312.    In its Fourth Amended Response to Interrogatory No. 3, AWS asserts that

313.    AWS asserts that

---

[232] AWS's 4th Suppl. Resp. to Rog. No. 3.
[233] *Id.*

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████

314.    Based on my analysis and knowledge, however implemented, AWS ████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████

315.    Even if AWS's proposal ████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

---

[234] AWS's 4th Suppl. Resp. to Rog. No. 3.
[235] AMZ_KOVE_000483279

████████████████████████████████████████████████████

██████████

316.    For claim 18 of the '640 patent, AWS asserts ███████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

317.    AWS's alternative ███████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

318.    Also for claim 18, AWS further contends ██████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

---

[236] AWS's 4th Suppl. Resp. to Rog. No. 3.

319.   AWS's proposals stem ████████████████████████████

320.   AWS also offers ████████████████████████████

---

[237] AWS's 4th Suppl. Resp. to Rog. No. 3.
[238] AWS's 4th Suppl. Resp. to Rog. No. 3.

117

**D. AWS**'s Purported Non-Infringing Alternatives to the '170 Patent for DynamoDB

321. In its Fourth Amended Response to Interrogatory No. 3, AWS asserts

322. AWS asserts with respect to claim 1 of the '170 patent that

323. AWS

---

[239] AWS's 4th Suppl. Resp. to Rog. No. 3.
[240] AWS's 4th Suppl. Resp. to Rog. No. 3.
[241] Id.

324. ███████████████████████████████████████

325. AWS further contends that ████████████████████████

---

[242] T. Rath Dep. Tr. at 261:19-262:25.
[243] T. Rath Dep. Tr. at 256:1-261:18; 261:19-262:25
[244] Id.

326. ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

327. With respect to claim 6 of the '170 patent, AWS asserts that ████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████

---

[245] *Id*; T. Rath Dep. Tr. at 238:8-240:20; 247:5-248:5; 248:6-251:5; 271:7-12
[246] Walsh III Tr. at 405:11-406:21; 408:21-410:17.
[247] AWS's 4th Suppl. Resp. to Rog. No. 3.

328.     And from what I could gather from AWS's responses, based upon my experience and analysis of DynamoDB, ████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████[248]

329.     With respect to claim 6 of the '170 patent, AWS asserts in its Amended Response to Interrogatory No. 4 that ████████████████████████████████████

████████████████████████████████████████████████████████

---

[248] AMZ_KOVE_000006576 (████████████████████████████████); AMZ_KOVE_000007001; (████████████████████████); AMZ_KOVE_000008188 (████████████████████); AMZ_KOVE_000008294 (████████████); AMZ_KOVE_000008774 (████████████████ ████████████████████████); AMZ_KOVE_000008803 ████████ ████); AMZ_KOVE_000009254 (████████████████████████ ████████████████████); AMZ_KOVE_000009924 (████████████ ████); AMZ_KOVE_000012854 (████████████); AMZ_KOVE_000012810 (████████); AMZ_KOVE_000012833 (████████████████████); AMZ_KOVE_000012836 (████); AMZ_KOVE_000012890 (████████████████); AMZ_KOVE_000012794 (████ ████████████████); AMZ_KOVE_000061849; AMZ_KOVE_000061877; AMZ_KOVE_000064710; Sorenson Tr. at 44:7--49:23("Q. ████████████████████ ████████████████████████████████████████████"); 187:24- 188:16 (describing ████████████████████████████████████████████ ████████████████████████████████████); 219:15- 220:5 (describing ████████████████████████████████████"); .62:3-64:15, 66:16-68:17 (████ ████████████████████████████████████); Sorenson Tr. at 137:17-144:14 (describing ████████████████████████████████████████); 225:3-230:6 (████████████████████████████████████).

330. I███████████████████████████████████

███████████████████████████████████████

███████████████████████████[250]

**E. AWS**'s Purported Non-Infringing Alternatives to the '978 Patent for DynamoDB

331. In its Amended Response to Interrogatory No. 3, AWS asserts that, '██████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████

332. AWS asserts with respect to claim 10 of the '978 patent that ████████████

███████████████████████████████████████

---

[249] AWS's 3rd Suppl. Resp. to Rog. No. 3.
[250] See T. Rath Dep. Tr. at 247:5-248:5; 248:6-251:5; 271:7-12.
[251] Id. at 22.

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████

333.   AWS's ████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████[253] [254] I therefore

incorporate my opinions with respect to AWS's alleged alternatives concerning Claims 17 and 18

of the '640 patent; Claims 6 and 15 of the '170 patent; and Claim 14 of the '978 patent into this

response as if fully stated herein.

334.   AWS asserts with respect to claim 14 of the ''978 patent ████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

---

[252] AWS's 4th Suppl. Resp. to Rog. No. 3.
[253] See T. Rath Dep. Tr. at 247:5-248:5; 248:6-251:5; 271:7-12.
[254] *See* T. Rath Dep. Tr. at 247:5-248:5; 248:6-251:5; 271:7-12.

335. AWS's alternatives with respect to claim 10 of the '978 patent ███████

██████████████████████████████████████████████████████[256] [257] I

therefore incorporate my opinions with respect to AWS's alleged alternatives concerning claims

17 and 18 of the '640 patent; claims 6 and 15 of the '170 patent; and claim 10 of the '978 patent

into this response as if fully stated herein.

336. AWS asserts with respect to Claim 17 of the ''978 patent ██████████

████████████████████████████████████████████████████[258]

---

[255] AWS's 4th Suppl. Resp. to Rog. No. 3.
[256] See T. Rath Dep. Tr. at 247:5-248:5; 248:6-251:5; 271:7-12.
[257] *See* T. Rath Dep. Tr. at 247:5-248:5; 248:6-251:5; 271:7-12.
[258] AWS's 4th Suppl. Resp. to Rog. No. 3.

337. Assuming for the sake of argument AWS's ████████████████

338. And from what I could gather from AWS's response and based upon my knowledge and experience with DynamoDB, ████████████████

---

339. AWS's three other "alternatives" are ██████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████"[260]

340. AWS instead argues. As before, ██████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

[260] AWS's 4th Suppl. Resp. to Rog. No. 3.

341.    And from what I could gather from AWS's response,

342.

343.    Moreover, I do not believe that AWS's proposal

---

261 *See* T. Rath Dep. Tr. at 247:5-248:5; 248:6-251:5; 271:7-12.
262 AMZ_KOVE_000483279.
263 AWS's 4th Suppl. Resp. to Rog. No. 3at 27, 28.

344.    The common theme across all of AWS's purported non-infringing alternatives for every asserted claim is

*Id.* at 29; *see also* Markle Depo. 4/19/23, 194:23-195:19.

345.

## VII.    COMPARABILITY OF TECHNOLOGY IN LICENSING AGREEMENTS

346.    I understand that AWS has identified ▮ patent license agreements that it contends are comparable for purposes of a damages analysis in this case. I was asked to consider the patents identified in the license agreements and provide my opinions as to the technical comparabilities (if any) of the licensed patents to the Asserted Patents. As part of my analysis, I reviewed documents produced by AWS in this litigation, the patents and patent applications listed in the patent license agreements identified by AWS, and the deposition testimony of Scott Hayden, who I understand is AWS's corporate representative on these license agreements.

347. As I have described in further detail elsewhere in my report, the Asserted Patents provide a novel method of accessing large amounts of stored data by separating where the data is stored from what is being stored, unlike conventional distributed data collection environments that maintained a static relationship of data and its location.

### A. ██████████████ Patent Purchase Agreement

348. I understand that AWS has identified the ████████████████



as an allegedly comparable patent license agreement.[264] ██████████████ a table of patents and/or patent applications to be assigned under the agreement. I understand that

.[265] I understand that ██

██████████████ that AWS believes ████████ is relevant because its related to load balancing, accessing content, and storage of content.[266]

349. As an initial matter, the fact that patents may generally relate to load balancing, accessing content, and storage of content does not necessarily make them technically comparable to the Asserted Patents. What is relevant is how the technology described in these patents achieve load balancing, accessing content, and storage of content.

350. The technology described in the ████████████████

██████████████

---

[264] AMZ_KOVE_000089617-41.
[265] Hayden Tr. at 190:16-23, 193:10-194:9, 196:6-197:5.
[266] Hayden Tr. at 196:6-197:5.

351. ████████████████████████████████████████

352. The technology described ██████████████ is distinguishable from and not comparable to the Asserted Patents at least in part because ██████████ is not directed to storing and retrieving location information in a distributed network where location information is managed separately from the data to which the location information pertains. Nor is ██████████ relevant to distributing, maintaining, scaling, and/or retrieving the location, including through the use of identifiers, location servers, or redirect messages.

353. The technology described in the ████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████

354.    Again, the technology described in the ████████ is distinguishable from and not comparable to the technology of the Asserted Patents for at least the following reasons. ████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████ These two systems are fundamentally different, ██████████████████████

█████████████████████████ whereas the Asserted Patents can accommodate any request to access stored data. This allows for scalability of large data storage systems in a way that the technology described ███████████████ cannot achieve.

355.    I have reviewed the remaining patents listed in ██████████████████████ and do not consider them to be technically comparable to the Asserted Patents because none relate to storing and retrieving data across a distributed network using the conventions claimed in the Asserted Patents.  I understand ████████████████████████████████████████████ ████████████████████████.

356.    I reserve the right to provide additional opinions if AWS alleges any additional patents from this license are technically comparable to the Asserted Patents.

    **B.**  ████████████████████████████████████

357. I understand AWS has identified the ██████████████████████████ ███████████████████████████████████████████████ as an allegedly comparable patent license agreement.[267] ███████████████████████████ provides the following █████████████ being licensed: ████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████."[268]

358. The technology described in the ██████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████

359. The technology described ████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████does not provide location information for stored data, which is what the Asserted Patents

---

[267] AMZ_KOVE_000089395-410.
[268] Hayden Tr. at 182:22-183:10.

disclose. The advantages of the Asserted Patents stem from the fundamental concept of separating the location information from the object to allow for storing and accessing data in large databases. ██████████████████████████████████████████████████████ ███████ as the technology described in the Asserted Patents. Accordingly, the technology described ██████████████ is not technically comparable to the Asserted Patents.

**C.** ██████████████████████████████████

360.    I understand AWS has identified the ████████████████████ ██████████████████████████████████████████████ as an allegedly comparable patent license agreement.[269] ██████████████████ ██████████████████████████████████████████. I understand that during Mr. Hayden's deposition, he testified that AWS's position is that the patents and patent applications listed in ████████████████████████████████████ ████████████████[270]

361.    All of the ██████████████████████████████ which is not comparable to the technology of the Asserted Patents. These patents do not relate to storing or retrieving data in a distributed network in accordance with the conventions claimed in the Asserted Patents. ████████████████████████████████████ ██████████████████████████████

362.    For example, ██████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████

---

[269] AMZ_KOVE_000487488-98.
[270] Hayden Tr. at 218:18-219:1.

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████

363.    These patents are distinguishable from the Asserted Patents because, the technology described ██████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████ In contrast, the Asserted Patents provide for storing the location of data separate from the data itself in location servers.  As such, the Asserted Patents allow for scaling location servers. This allows for distributing, maintaining, scaling, and/or retrieving the locations of data.

364.    ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

365.    ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████

366.     These patents are distinguishable from and not comparable to the Asserted Patents,

because the technology described ████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████ do not include a

distributed data collection environment.  As such, ████████████████████████

████████████████     do not involve storing or retrieving data in a distributed network in accordance

with the conventions claimed in the Asserted Patents.

367.     █████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████ Like the

others, ████████████████████████ do not involve storing or retrieving data in a distributed

network in accordance with the conventions claimed in the Asserted Patents.

368.     I reserve the right to provide additional opinions if AWS alleges any additional

patents from this license are technically comparable to the Asserted Patents.

**D.**     ████████████████████████████████████

369.     I understand AWS has identified the ████████████████████████████

████████████████████████████████████████████ as an allegedly comparable

patent license agreement.[271] ██████████████████████████████████

████████████████████████████████████████████████████████████ I

understand that during Mr. Hayden's deposition, he testified that it is AWS's position that the

patents ████████████████████████████████████████████████████

████████████████████ [272] I understand that Mr. Hayden also testified that the patents listed in

██████████████████████████████████████████████████████████████

████████████ [273] I agree with Mr. Hayden as to ████████

370. ████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████

371.    I understand that Mr. Hayden testified that ██████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████ "[274]

372. ████████████████████████████████████████████

██████████████████████████████████████████████████████████

---

[271] AMZ_KOVE_000528537-50.
[272] Hayden Tr. at 230:12-231:16, 232:24-233:8.
[273] Hayden Tr. at 232:11-22.
[274] Hayden Tr. at 230:12-24.

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████

373.     ███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████

374.     ████████████████████████ are distinguishable from the Asserted Patents

because ████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████ do not involve storing or retrieving data in a distributed

network in accordance with the conventions claimed in the Asserted Patents.

375.     I have reviewed the patents listed in █████████████████████ and do not

consider them to be technically comparable to the Asserted Patents because none relate to storing

and retrieving data across a distributed network using the conventions claimed in the Asserted

Patents. I understand AWS ███████████████████████████████████████

████████████████

376. I reserve the right to provide additional opinions if AWS alleges any additional patents from this license are technically comparable to the Asserted Patents.

**E.** ███████████████████████████████████

377. I understand AWS has identified the ████████████████████████████

███████████████████████████████████████████████████████████████

████████████ as an allegedly comparable patent license agreement.[275] ████████████

███████████████████████████████████████████████████████████████

████████ Instead, Exhibit A of the Microsoft Agreement provides a press release that states "Microsoft Corp. announced today that it has signed a patent cross-license agreement with Amazon.com. The agreement provides each company access to the other's patent portfolio and covers a broad range of products and technology, including coverage for Amazon's popular e-reading device, Kindle™, which employs both open source and Amazon's proprietary software components, and Amazon's use of Linux-based servers."[276]

378. ███████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████"[277]

379. ███████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

---

[275] AMZ_KOVE_00087922-38.
[276] AMZ_KOVE_00087922-38 at AMZ_KOVE_00087937.
[277] AMZ_KOVE_00087922-38 at AMZ_KOVE_00087925.

███████████████████████████████████████████████████████

███████████."[278]

380.     I understand that during Mr. Hayden's deposition, he stated that ███████████

███████████████████████████████████████████████████████

███████████████.[279] I also understand that Mr. Hayden

testified that ████████████████████████████████████████

████████████████████████████" and therefore allegedly comparable

to the Asserted Patents.[280]

381.     Based on Mr. Hayden's testimony, I am ████████████████████████

████████████████████████████████████████████████ is

distinguishable from and not comparable to the technology of the Asserted Patents because it is

not used for a distributed data collection system and does not involve storing and retrieving data

across a distributed network using the conventions claimed in the Asserted Patents.

382.     Based on the definitions of the types of patents covered by the agreement and Mr.

Hayden's testimony regarding the ███████, my opinion is that the patents encompassed by the

███████████ are not technically comparable to the Asserted Patents.

383.     I reserve the right to provide additional opinions if AWS alleges any additional

patents from this license as technically comparable to the Asserted Patents.

**F.** ████████████████████

384.     I understand AWS has identified the ████████████████████████

███████████████████████████████████████████████████████

---

[278] AMZ_KOVE_00087922-38 at AMZ_KOVE_00087925.
[279] Hayden Tr. 139:7-140:10.
[280] Hayden Tr. 142:9-143:5.

as an allegedly comparable patent license agreement.[281]  The ███████████ does not provide a list of the ████████ that were licensed to Amazon, rather ████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████,,[282]

385.    I understand that during Mr. Hayden's deposition, he was ██████████████ ████████████████████████████████████████████████████████ ████████████████.[283]  I reserve the right to provide additional opinions if AWS ████████ ██████████████████████████████████████.

**G.**    ██████████████████████████████████████████████████████

386.    I understand AWS has identified the ████████████████████████████ ████████████████████████████████████████████████████████

---

[281] AMZ_KOVE_000530389-423.
[282] AMZ_KOVE_000530389-423 at AMZ_KOVE_000530392-393; Hayden Tr. 252:2-12 ("Q.
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████).
[283] Hayden Tr. at 252:14-23, 253:8-16, 253:18-254:16.

████████████████████ as an allegedly comparable patent license agreement.[284] ████████████

████████████ provides a table of the licensed patents and patent applications under the

agreement. I understand that during Mr. Hayden's deposition, he testified that it is AWS's position

that ██████████████████████ are technically comparable to the Asserted Patents.[285]

I understand that Mr. Hayden testified that at a high level █████████████████████

███████████████████████████████████████.[286]

387.   ██████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████

388.   ████████████ is distinguishable from and not comparable to the Asserted Patents

because ████████████ does not involve storing and retrieving data across a distributed network

using the conventions claimed in the Asserted Patents.  The Asserted Patents teach a novel and

entirely different way to search data than described in ████████████.

389.   ██████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

[284] AMZ_KOVE_000530329-345.
[285] Hayden Tr. at 84:1-85:12.
[286] Hayden Tr. at 86:5-87:5.

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████

390.    ████████████is distinguishable from and not comparable to the Asserted Patents

because ██████████does not involve storing and retrieving data across a distributed network

using the conventions claimed in the Asserted Patents.

391.    I have reviewed the remaining patents listed in █████████████████

█████████ and do not consider them to be technically comparable to the Asserted Patents because

none relate to storing and retrieving data across a distributed network using the conventions

claimed in the Asserted Patents.    I understand AWS has ███████████████████

████████████████████████████.

392.    I reserve the right to provide additional opinions if AWS alleges any additional

patents from this license are technically comparable to the Asserted Patents.

**H.**    ████████████████████████████████

393.    I understand AWS has identified the █████████████████████

████████████████████████████████████████████████████████████

███████████████) as an allegedly comparable patent license agreement.[287]    ████████████████

████████████████ provides a table of licensed patents and patent applications under the

agreement.  I understand that during Mr. Hayden's deposition, he testified that it is AWS's position

that ████████████████████████████ as comparable technology to the Asserted Patents.[288]  I

understand that Mr. Hayden testified that the patents ███████████████ are supposedly comparable

to the Asserted Patents because they are about "█████████████████████████████████

---

[287] AMZ_KOVE_000530346-370.
[288] Hayden Tr. at 110:12-111:9.

██" and the patents in ██████████ are relevant to the Asserted Patents because they are about

"██████████████████████████████████████████████████████

██████████████"[289]

394.    ██████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████

395.    ██████████████████████████████████████████

rather than having the data decoupled from its location information as described in the Asserted

Patents. Without this decoupling, the technology described in ██████████ cannot achieve the same

benefits, such as scalability, as the Asserted Patents.  Therefore, ██████████ is distinguishable

from and not comparable to the Asserted Patents because ██████████ does not involve storing

or retrieving data in a distributed network in accordance with the conventions claimed in the

Asserted Patents.

396.    ██████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████

---

[289] Hayden Tr. at 111:10-112:16.

397.    The Asserted Patents teach a novel and entirely different way to address the ████ ████ problems, therefore, the ████████ is not comparable to the Asserted Patents because the ████████ does not involve storing or retrieving data in a distributed network in accordance with the conventions claimed in the Asserted Patents.

398.    I have reviewed the remaining patents listed in ████████████████ ████████ and do not consider them to be technically comparable to the Asserted Patents because none relate to storing and retrieving data across a distributed network using the conventions claimed in the Asserted Patents.  I understand that AWS has ████████ ████████████████████████.

399.    I reserve the right to provide additional opinions if AWS alleges any additional patents from this license are technically comparable to the Asserted Patents.

**I.**    ████████████████████████

400.    I understand AWS has identified the ████████████████ ████████████████████████████ as an allegedly comparable patent license agreement.[290] ████████ ████████ provides a table of licensed patents and patent applications under the agreement. I understand that during Mr. Hayden's deposition, he testified that it is AWS's position that ██ ████████████████ as comparable technology to the Asserted Patents.[291] I understand that Mr. Hayden testified that the patents ████████ are supposedly comparable to the Asserted Patents "████████████████████████ ████████████████████"[292] I

---

[290] AMZ_KOVE_000530371-388.
[291] Hayden Tr. at 128:25-130:21.
[292] Hayden Tr. at 129:6-14.

understand that he further testified that the patents ███████████ are supposedly comparable

to the Asserted Patents "███████████████████████████████████████████

███████████ "[293] I understand that Mr. Hayden testified that the patents ███████████ are

supposedly comparable to the Asserted Patents because ███████████████████████

███████████████████ "[294]

401.　████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████

402.　████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

---

[293] Hayden Tr. at 129:16-130:1.
[294] Hayden Tr. at 130:2-6.

██████████████████████████████████████████████████████

███████████████████████

403.    These patents are distinguishable from and not comparable to the Asserted Patents because the ████████████████████████████████████████████████████ ████████████████████████.  The technology in ███████████████████does not involve storing or retrieving data in a distributed network in accordance with the conventions claimed in the Asserted Patents.

404.    ████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

█████████████████

405.    These patents are distinguishable from and not comparable to the Asserted Patents because the ████████████does not involve storing or retrieving data in a distributed network in accordance with the conventions claimed in the Asserted Patent.

406.    ████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████

407.    These patents are distinguishable from and not comparable to the Asserted Patents because the ████████ does not involve storing or retrieving data in a distributed network in accordance with the conventions claimed in the Asserted Patents.

408.    I have reviewed the remaining patents listed in ████████████████ ████████ and do not consider them to be technically comparable to the Asserted Patents because none relate to storing and retrieving data across a distributed network using the conventions claimed in the Asserted Patents.   I understand AWS has ████████████████ ████████████████████.

409.    I reserve the right to provide additional opinions if AWS alleges any additional patents from this license are technically comparable to the Asserted Patents.

**J.**   ████████████████████

410.    I understand that AWS has identified the ████████████████ ████████████████████████████████████ as an allegedly comparable patent license agreement.[295] ████████████████████████ ████████████████████████████████. I understand that AWS provided a separate spreadsheet ████████████████████ ████████.[296] There are ████████████████. I understand that during Mr. Hayden's deposition, he was ████████████████████████████

---

[295] AMZ_KOVE_000532602-623.
[296] AMZ_KOVE_000532601.

comparable to the Asserted Patents.[297] I understand that Mr. Hayden testified that ███████ ██████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ "[298] ██████████████████████████████

411.    Based on Mr. Hayden's descriptions, I ████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████

412.    █████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████

413.    █████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████

---

[297] Hayden Tr. at 289:10-290:5; 293:21-294:7.
[298] Hayden Tr. at 289:10-290:5.

█████████████████████████████████████████████

████████████████████████████

414.    ██████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

███████

415.    ██████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

████████████████

416.    These patents are distinguishable from and not comparable to the Asserted Patents because they do not involve storing or retrieving data in a distributed network in accordance with the conventions claimed in the Asserted Patents.

417.    I have reviewed the list of patents in the spreadsheet corresponding to the ████ ████████ and do not consider them to be technically comparable to the Asserted Patents because none appear to relate to storing and retrieving data across a distributed network using the conventions claimed in the Asserted Patents.

418.    I reserve the right to provide additional opinions if AWS alleges any additional patents from this license are technically comparable to the Asserted Patents.

## VIII.   DATE OF INVENTION & CONCEPTION AND REDUCTION TO PRACTICE

419.    I was asked to review documents and information produced in this case and to provide my opinions as to the invention date of the Asserted Claims of the Asserted Patents. My analysis and determinations are set forth in Exhibit F to this report. As part of my analysis, I

reviewed documents produced by Kove in this litigation, Kove's source code, the file histories of the Asserted Patents and related patents and patent applications, and the deposition testimonies of the inventors, John Overton and Stephen Bailey.

420.     Based on my analysis, and as shown in Exhibit F, I have determined that the Asserted Claims of the Asserted Patents have dates of invention that predate their actual filing date (i.e., that precede the date on which the application for each patent was filed).  The table below summarizes the invention dates for the Asserted Claims as determined by my analysis in Exhibit F.

| U.S. Patent No. 7,103,640 | |
|---|---|
| **Asserted Claims** | **Date of Invention** |
| 17, 18, 24 | October 28, 1999 |
| **U.S. Patent No. 7,233,978** | |
| **Asserted Claims** | **Date of Invention** |
| 3, 6, 10, 14 | October 28, 1999 |
| 17, 23, 24, 30 | June 2, 2000 |
| **U.S. Patent No. 7,814,170** | |
| **Asserted Claims** | **Date of Invention** |
| 1, 2, 6, 8, 12, 15 | October 28, 1999 |

**Table K**: Summary of invention dates of the Asserted Claims

A.     **U.S. Patent No. 7,103,640**

421.     Claims 17, 18, and 24 of the '640 patent have an invention date of October 28, 1999.  As shown in Exhibit F, the inventors conceived of the inventions of claims 17, 18, and 24 by October 28, 1999 and acted with reasonably continuous diligence from that date to reduce their inventions to practice.  The inventors constructively reduced their inventions to practice by September 13, 2000 and actually reduced their inventions to practice by August 22, 2001.  As shown in Exhibit E, the inventors acted with reasonably continuous diligence in reducing their inventions to practice.

### B.  U.S. Patent No. 7,233,978

422.  Claims 3, 6, 10, and 14 of the '978 patent have an invention date of October 28, 1999.  As shown in Exhibit F, the inventors of the '978 patent conceived of the inventions of claims 3, 6, 10, and 14 by October 28, 1999 and acted with reasonably continuous diligence to reduce their inventions to practice.  The inventors constructively reduced their inventions to practice by June 2, 2000 or September 13, 2000, and actually reduced their inventions to practice by August 22, 2001.

423.  Claims 17, 23, 24, and 30 of the '978 patent have an invention date of June 2, 2000.  As shown in Exhibit F, the inventors of the '978 patent conceived of the inventions of claims 17, 23, 24, and 30 and constructively reduced them to practice by June 2, 2000.

### C.  U.S. Patent No. 7,814,170

424.  Claims 1, 2, 6, 8, 12, and 15 of the '170 patent have an invention date of October 28, 1999.  As shown in Exhibit F, the inventors of the '170 patent conceived of the inventions of claims 1, 2, 6, 8, 12, and 15 by October 28, 1999 and acted with reasonably continuous diligence from conception to reduce their inventions to practice.  The inventors constructively reduced their inventions to practice by September 13, 2000 and actually reduced their inventions to practice by August 22, 2001.