# Exhibit K53
# (Filed Under Seal)