# Exhibit K54
# (Filed Under Seal)