# Exhibit K55

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1-18-cv-08175 |
| Plaintiff, | |
| | Hon. Matthew F. Kennelly |
| v. | |
| | **JURY TRIAL DEMANDED** |
| Amazon Web Services, Inc., | |
| Defendant. | |

**EXHIBIT F TO THE OPENING EXPERT REPORT OF MICHAEL GOODRICH**
**REGARDING U.S. PATENT NOS. 7,103,640; 7,233,978; AND 7,814,170**

██████████████

# TABLE OF CONTENTS

I.   OVERVIEW AND BACKGROUND ............................................................... 1

A.   OverX Distributed Database Technology ............................................ 1

1.   Documentation and Testimony ..................................... 1

2.   Introduction to OverX ..................................... 4

3.   OverX Basics: NDTP Protocol, Entity Keys, and Data Location Specifiers ........................................................................................ 5

4.   Architecture ..................................... 6

5.   Request Paths ..................................... 12

B.   U.S. Provisional Application No. 60/209,070 ..................................... 17

1.   Introduction ..................................... 17

2.   OXDDT/NDTP Basics: Protocol, Entity Keys, and Data Location Specifiers ..................................... 17

3.   Architecture ..................................... 19

4.   Request Paths ..................................... 27

5.   Scaling Operations ..................................... 32

C.   U.S Application No. 09/661,222 ..................................... 34

1.   Introduction ..................................... 34

2.   Basics: NDTP Protocol, Entity Keys, and Data Location Specifiers ....... 35

3.   Architecture ..................................... 38

4.   Request Paths ..................................... 45

II.  DATE OF INVENTION & CONCEPTION AND REDUCTION TO PRACTICE ........ 50

A.   U.S. Patent No. 7,233,978 ..................................... 50

1.   Claim 3 ..................................... 50

2.   Claim 6 ..................................... 74

3.   Claim 10 ..................................... 75

4.   Claim 14 ..................................... 81

5.   Claim 17 ..................................... 87

6.   Claim 23 ..................................... 91

7.   Claim 24 ..................................... 92

8.   Claim 30 ..................................... 93

B.   U.S. Patent No. 7,814,170 ..................................... 93

1.   Claim 1 ..................................... 93

| | | | |
|---|---|---|---|
| | 2. | Claim 2 | 101 |
| | 3. | Claim 6 | 103 |
| | 4. | Claim 8 | 105 |
| | 5. | Claim 12 | 106 |
| | 6. | Claim 15 | 107 |
| C. | | U.S. Patent No. 7,103,640 | 110 |
| | 1. | Claim 17 | 110 |
| | 2. | Claim 18 | 112 |
| | 3. | Claim 24 | 115 |
| III. | | REASONABLY CONTINUOUS DILIGENCE | 116 |

███████████████

## I. OVERVIEW AND BACKGROUND

1.      I have been asked to analyze information and materials produced in this case and to provide my opinions as to the date of invention of the Asserted Claims of the Asserted Patents. My analysis and determinations are set forth below.

2.      Based on my analysis, I have determined that the Asserted Claims of the Asserted Patents have dates of invention as follows:

| U.S. Patent No. 7,233,978 | |
|---|---|
| **Asserted Claims** | **Date of Invention** |
| 3, 6, 10, 14 | October 28, 1999 |
| 17, 23, 24, 30 | June 2, 2000 |
| **U.S. Patent No. 7,814,170** | |
| **Asserted Claims** | **Date of Invention** |
| 1, 2, 6, 8, 12, 15 | October 28, 1999 |
| **U.S. Patent No. 7,103,640** | |
| **Asserted Claims** | **Date of Invention** |
| 17, 18, 24 | October 28, 1999 |

**Table 1**: Summary of invention dates of the Asserted Claims

### A.      OverX Distributed Database Technology

#### 1.      Documentation and Testimony

3.      Based on the evidence and information that I have reviewed in this case, it is my opinion that the inventors conceived of the inventions claimed in certain of the Asserted Claims in connection with their development of OverX distributed database technology.  The evidence and information that I reviewed includes documents produced in this case by Kove, source code produced in this case by Kove, and the deposition testimony of the inventors, Stephen Bailey and John Overton.

4. For example, one of the documents I considered in my analysis is titled ████ ████████████████████████ (which I may refer to as "the White Paper"), produced in this case as KOV_00002119[1]. ██████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████ █████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

---

[1] KOV_00002119 is the Bates number on the first page of this document. As a matter of convenience, I will refer to this document and others produced in this litigation by the Bates number of their respective first pages. In doing so, I mean to refer to the entirety of the document unless indicated otherwise.

[2] Dr. Bailey testified during his deposition that he authored the White Paper, the content of which is also included in KOV_00002146. Bailey Dep. Tr. at 126:1-133:11; *id*. at 127:20-23 (**Q.** Did it -- did you -- well, let me ask you this. Did you draft the white paper that is most of the body of this [KOV_00002146]? **A.** Yes.).

[3] CVS (or "Concurrent Versioning System) is a version control system for storing and tracking changes to software files. CVS allows multiple versions of the same document to be stored and changes between each version to be tracked. A POSITA would have been familiar with CVS and its version control functionality.

[4] ████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████

█████████████████████

████████████████████████████████████████████████████████████████████████████

███████████████████████████████.

     5.      Dr. Bailey's deposition testimony confirms my understanding of the White Paper's content and its date of creation. For example, Exhibit 17 to Dr. Bailey's deposition is document ████████████████████████████████████████, which Dr. Bailey identified as ███████████████ ████████████████████████████████████████ Dr. Bailey confirmed that he is the author of the White Paper and that he authored it around the time of ████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████████

     The White Paper demonstrates (and corroborates the inventors' testimony) that the inventors conceived of the claimed inventions and had already begun to reduce them to practice by October 28, 1999. For example, Dr. Bailey confirmed that the White Paper documents and describes the "implementation and structure" of the "location server" and "location service" that the inventors had conceived of and were in the process of developing. Bailey Dep. Tr. 127:24-129:24; *id*. at 124:18-125:24 (describing "location service" as "the entire federation and combination of one or more servers providing it" and "something where you ask for the location of a particular piece of data, and the service provides that to you," and "location server" as "one

server that composes, you know, the -- the implementation of a service" or "one within the federation").

###### 2. Introduction to OverX

6.    The OverX distributed database technology supports building a distributed database from a set of data repositories that are dynamic.[5] An OverX distributed database is one where data is stored and retrieved from among multiple machines referred to as "data repositories" that store a portion of the data and are connected by a network.[6] The data repositories are dynamic in that they may be added to or removed from the topology of the system dynamically or "on-the-fly."[7]

7.    A "central component" of the OverX distributed database technology is a server called the "oxServer," which is a "high performance network server" that is designed to efficiently answer the question of: "Where is data associated with a particular entity in a distributed database?"[8] The role of the oxServer, however, is not to answer the question that another distributed database mechanism is responsible for answering, which is: "What is the data associated with a particular entity in a distributed database."[9] That is, the oxServer addresses data location, which is an important question when a distributed database has highly dynamic data distribution properties, such as a large number of data repositories where data is distributed among them such that not every repository stores all of the data pertaining to every entity.[10] Using the

---

[5] KOV_00002119 at KOV_0002119.
[6] KOV_00002119 at KOV_0002119.
[7] KOV_00002119 at KOV_0002119.
[8] KOV_00002119 at KOV_0002119.
[9] KOV_00002119 at KOV_0002119.
[10] KOV_00002119 at KOV_0002119.

oxServer, OverX technology "permits queries to be directed only at data repositories with relevant information" for a given entity.[11]

### 3. OverX Basics: NDTP Protocol, Entity Keys, and Data Location Specifiers

8. OverX technology implements a "Network Distributed Tracking Protocol (NDTP)," which is used by and to communicate with oxServers.[12] NDTP is a "transactional" protocol, meaning that each NDTP operation "consists of a request message from an NDTP client to an NDTP server (the oxServer), followed by an appropriate response message from the NDTP server to the NDTP client."[13]

9. This protocol, which is designed to be used to "efficiently track the location of data associated with each individual entity in a distributed database," utilizes two related pieces of information: (1) an "entity key," which is "a unique string used to refer to an entity about which a distributed database query is performed," and (2) a "data location specifier," which is "a string used to specify a data repository in which data associated with a particular entity may be found."[14]

10. Entity keys are unique; the oxServer treats them as an encoded "unstructured stream of octets, which is assumed to be unique to a particular entity."[15] However, "[t]he precise structure of the NDTP entity key and the mechanism for ensuring its uniqueness are a function of the application in which the oxServer is used."[16] For example, "[i]n a customer oriented application, the NDTP entity key might be a unique customer identifier, for example, a United States Social

---

[11] KOV_00002119 at KOV_0002119.
[12] KOV_00002119 at KOV_0002119.
[13] KOV_00002119 at KOV_0002119.
[14] KOV_00002119 at KOV_0002119– KOV_0002120.
[15] KOV_00002119 at KOV_0002119.
[16] KOV_00002119 at KOV_0002119.

Security Number" and may be encoded "in either printable or binary integer form, as is appropriate to the application."[17]

11.     Data location specifiers (or "location specifiers" for short) are also treated by oxServers as encoded "unstructured streams of octets."[18]  As with entity keys, however, "[t]he structure of an NDTP data location specifier is a function of the application in which the oxServer is used."[19]  For example, "an NDTP data location specifier might be an Internet machine name, and a TCP/IP port number for a relational database server, or an HTTP Universal Resource Locator (URL), or some concatenation of multiple components."[20]  For example, an NDTP data location specifier might be an Internet machine name, and a TCP/IP port number for a relational database server, or an HTTP Universal Resource Locator (URL), or some concatenation of multiple components.[21]

12.     The NDTP protocol specifies other aspects of network communication, including numerical field encoding (e.g., binary integer on 32-bit boundaries), multi-octet integer encoding (e.g., big endian), header format (including "opcode," padding, "transaction identifier," and "total request size following the header"), and the structure of NDTP strings that are included in NDTP messages.[22]

### 4.     Architecture

#### a.     Data Repositories

13.     The OverX technology architecture includes a plurality of data repositories.  The OverX technology supports building a distributed database from a dynamic set (a plurality) of data

---

[17] KOV_00002119 at KOV_0002119.
[18] KOV_00002119 at KOV_0002120.
[19] KOV_00002119 at KOV_0002120.
[20] KOV_00002119 at KOV_0002120.
[21] KOV_00002119 at KOV_0002120.
[22] KOV_00002119 at KOV_0002120– KOV_0002121.

repositories, where data is stored and retrieved among multiple repositories connected to a network.[23] Each repository contains a portion of the data—not every repository contains all data for all entities.[24] Membership in the set of repositories can be "highly dynamic," meaning that repositories can be added to or removed from the topology of the set of repositories "on-the-fly."[25]

14.    An entity's data may be stored in one or more particular repositories, thus associations between each entity key and the location specifiers of the data repositories where data for the corresponding entity key is stored are maintained in oxServers.[26] Accordingly, "[w]hen a query is performed for an entity key, the oxServer supplies the set of data repositories in which data may be found for that entity key."[27] The data for many entity keys may be distributed among a smaller number (*i.e.*, smaller than the number of entity keys) of data repositories, such that each data repository may store many entity keys' respective corresponding data.[28] Use of the oxServer enables many data repositories in a system to be queried in parallel while maintaining high transaction rates.[29]

### b.    NDTP Servers (oxServers)

15.    "A central component of the OverX distributed database technology is the oxServer."[30] The oxServer is a "high performance network server" that is designed to "efficiently" answer the question of "*[w]here* is data associated with a particular entity in a distributed database," rather than "*[w]hat* is the data associated with a particular entity in a distributed

_____

[23] KOV_00002119 at KOV_0002119.
[24] KOV_00002119 at KOV_0002119.
[25] KOV_00002119 at KOV_0002119.
[26] KOV_00002119 at KOV_0002120.
[27] KOV_00002119 at KOV_0002120.
[28] KOV_00002119 at KOV_0002124.
[29] KOV_00002119 at KOV_0002132.
[30] KOV_00002119 at KOV_0002119.

database."[31]  That is, "the oxServer is only concerned with the location of that data, rather than the data itself."[32]  The oxServer uses the NDTP protocol "to efficiently track the location of data associated with each individual entity in a distributed database."[33]

16.     Each oxServer stores entity key/data location specifier mappings.  A goal of the oxServer is "to permit a large number of entity key/data location specifier mappings to be maintained per oxServer."[34]  Each oxServer "efficiently maintains and dispenses one to many relationships between entity keys and data location specifiers," such that "an entity key may be associated with any number of data location specifiers" in the oxServer.  Entity keys and data location specifiers are associated in oxServers, such that "[w]hen data for a particular entity is added to a data repository, the oxServer is updated to indicate an association between the entity key and the data repository's data location specifier."[35]

17.     The oxServers maintain entity key/data location specifier mappings in a string store data structure.[36]  The string store "is implemented in oxServer using a hash table," where the "entity keys and data location specifiers are stored in the same hash table."[37]  The oxServer string store hash table associates entity keys with data location specifiers.  "Entries in the oxServer string store hash table which are entity keys have a pointer to a list of pointers to associated hash table entries representing data location specifiers."[38]  This string store design is intended to increase efficiency and reduce wasted memory space.[39]  The oxServer stores and maintains its entire entity

---

[31] KOV_00002119 at KOV_0002119 (emphasis added).
[32] KOV_00002119 at KOV_0002123.
[33] KOV_00002119 at KOV_0002119.
[34] KOV_00002119 at KOV_0002123.
[35] KOV_00002119 at KOV_0002120.
[36] KOV_00002119 at KOV_0002123.
[37] KOV_00002119 at KOV_0002123– KOV_0002124.
[38] KOV_00002119 at KOV_0002124.
[39] KOV_00002119 at KOV_0002124.

key/data location identifier mapping database in system memory (random access memory, or RAM).[40] The oxServer also stores and maintains its entity key/data location identifier mappings in nonvolatile (disk) storage.[41] "An oxServer will read the state of its mapping sets from disk storage before it begins servicing requests, and once it starts servicing requests, the only action it will perform to disk storage is to record each NDTP update transaction as it is processed."[42]

18.     An oxServer is a network-attached component. An oxServer has a "network front end [that] is designed to maximize NDTP transaction throughput including concurrent NDTP requests from a single client as well [as] NDTP requests from multiple concurrent client[s]."[43] The NDTP protocol (which oxServers use to communicate with other components, such as NDTP clients) "can be carried over any of a variety of lower lever network transport protocols," such as TCP/IP (Transmission Control Protocol/Internet Protocol), UDP/IP (User Datagram Protocol/Internet Protocol), or Scheduled Transfer (ST).[44] An oxServer communicates with NDTP clients over such a network. For example, "[a]n NDTP client using TCP/IP connects with the oxServer at an established TCP port number, and then simply writes NDTP request messages through the TCP/IP connection to the server, which then writes NDTP response messages back to the client through the same TCP/IP connection in the reverse direction."[45]

19.     An oxServer includes a processor (CPU) that is configured to execute software instructions (programming logic) to perform its functions, such as handling NDTP queries (e.g.,

---

[40] KOV_00002119 at KOV_0002123, KOV_0002124, KOV_00002133.
[41] KOV_00002119 at KOV_0002124.
[42] KOV_00002119 at KOV_0002124.
[43] KOV_00002119 at KOV_0002127.
[44] KOV_00002119 at KOV_0002127.
[45] KOV_00002119 at KOV_0002127.

GET, PUT, DEL, RDR).[46] An oxServer's software runs on an operating system.[47] The oxServer is implemented in software, such as the source code in the OverX source code repository, including the source code in the "oxServer" folder.[48] Source code for the oxServer dated on or before October 28, 1999 demonstrates that the oxServer includes computer executable code to perform its functions. Dr. Bailey's deposition testimony confirms that the oxServer included "software," *i.e.*, computer executable code, that ran on hardware to perform the functions of a location server. Bailey Dep. Tr. at 105:1-8, 129:10-130:4[49]. A person of ordinary skill in the art would therefore understand oxServers to be application servers.

20.     The OverX system includes a plurality of oxServers. In order to achieve high transaction rate throughput while overcome processing and network performance limitations, OverX technology distributes entity key/data location specifier mappings across multiple oxServer instances running on different machines.[50] Distributing the mappings across more oxServers can improve the query rate performance of the system.[51] An OverX system also uses "multiple oxServers" to store more entity key/data location specifier mappings (i.e., to increase storage

---

[46] KOV_00002119 at KOV_00002132 (describing a prototype oxServer with an "Intel Pentium II running at 450 MHz, with 100 MHz SDRAM").

[47] KOV_00002119 at KOV_00002129 (referring to "modern operating systems"), KOV_00002133 (referring to "operating systems running on current Intel hardware platforms").

[48] ██████████████████████████████████████████ r

[49] (**Q.** And was -- was the working name for the server itself the oxServer? **A.** Yes. Let's get -- we can get a little bit more precise there. So that is the piece of software that runs on a hardware server, okay? If you have a -- if you have a computer that's running -- in this case, I believe Linux is what we were using – it has a number of service -- servers in it which are software entities, something like an email server or a file transfer server, those sorts of things. So in this context, I believe that the server we're talking about here is the -- is the piece of software that we would -- we would run on -- on a piece of server hardware. **Q.** Okay. And -- and you would be running that essential -- essentially to make that server a location server? **A.** Yes.)

[50] KOV_00002119 at KOV_0002132–KOV_0002133.

[51] KOV_00002119 at KOV_0002133.

capacity).[52]  Because "the transaction throughput of an oxServer is not a function of the total number of entity key/data location specifier mappings maintained by the oxServer"—which means that "a relatively 'full' oxServer performs as well as a relatively 'empty' one"—there is "practically no penalty for distributing across an arbitrary number of oxServers."[53]  "Therefore, any conceivable capacity scale can be handled effectively with multiple distributed oxServers."[54]

21.     OverX technology also includes a "redirection" mechanism to support a "distributed server implementation"—*i.e.*, an implementation with entity key/data location specifier associations distributed across a plurality of oxServers—where the NDTP client selects the appropriate server from the plurality of oxServers based upon a distribution function computed from the entity key.[55]  The redirection mechanism permits a set of entity key/data location specifier relationships to be "spread onto an arbitrary number of machines which require no interserver communication to function."[56]  A person of ordinary skill in the art would understand this to be a flat, non-hierarchical cluster topology.

### c.      NDTP Client

22.     An OverX system includes one or more NDTP clients that initiate NDTP operations.  In an OverX system, "each operation within NDTP consists of a request message from an NDTP client to an NDTP server (the oxServer), followed by an appropriate response message from the NDTP server to the NDTP client."[57]  Such "client supplied operation request[s]" include: a get request (NDTP_GET) that yields a get response (NDTP_GET_RSP); a put request (NDTP_PUT) that yields a put response (NDTP_PUT_RSP); a delete request (NDTP_DEL) that

---

[52] KOV_00002119 at KOV_0002133.
[53] KOV_00002119 at KOV_0002131, KOV_0002133.
[54] KOV_00002119 at KOV_0002133.
[55] KOV_00002119 at KOV_0002122.
[56] KOV_00002119 at KOV_0002133.
[57] KOV_00002119 at KOV_0002119.

yields a delete response (NDTP_DEL_RSP).[58] A client may also receive a "redirection" message from the oxServer "[i]f an NDTP request message is sent to the wrong oxServer, based upon the eneity key in the request."[59]

23. NDTP clients are network-attached components. NDTP requests may be sent from a single client or from multiple clients (e.g., concurrently) to the oxServer network front end.[60] NDTP clients communicate with oxServers using the same types of network connections described above with respect to oxServers. For example, "[a]n NDTP client using TCP/IP connects with the oxServer at an established TCP port number, and then simply writes NDTP request messages through the TCP/IP connection to the sever, which then writes NDTP response messages back to the client through the same TCP/IP connection in the reverse direction."[61]

24. NDTP clients are implemented in both hardware and software. NDTP clients include hardware features (*e.g.*, they require "resource management," the have ability to "store" information, the have the ability to connect to TCP ports, they have CPUs, etc.) and software features (*e.g.*, the ability to "select[]" information, "determine" information, "learn" information, "perform[]" requests, use TCP/IP to connect to servers, etc.)[62]. A person of ordinary skill in the art would also understand, in light of these features, that NDTP clients include software features implemented in computer-executable code that runs on hardware devices.

## 5. Request Paths

---

[58] KOV_00002119 at KOV_0002121.
[59] KOV_00002119 at KOV_0002121, KOV_00002123.
[60] KOV_00002119 at KOV_0002127.
[61] KOV_00002119 at KOV_0002127.
[62] KOV_00002119 at KOV_00002119, KOV_00002122, KOV_00002123, KOV_00002127, KOV_00002132.

███████████████

25.     An oxServer maintains and dispenses one to many relationships between entity keys and data location specifiers.[63]  That includes associating an entity key with any number of data location specifiers in an oxServer.[64]  In general, when data for an entity is added to a data repository, the oxServer is updated to indicate an association between the entity key and the data repository's data location specifier.[65]  Additionally, when a query is performed for an entity key (e.g., a location query or lookup), the oxServer supplies the set of data repositories in which data may be found for that entity key.[66]  Entity key/data location specifier relationships may also be deleted or updated (e.g., using a DEL or PUT operation).[67]  If an NDTP request message is sent to the "wrong oxServer, based upon the entity key in the request," *i.e.*, if the oxServer that received the request lacks data location specifiers for the entity key in the request, the oxServer will send an NDTP_RDR_RSP (redirect) message with information that the client can use to retry the request, this time directed at the "correct" oxServer (*i.e.*, one that has data location specifiers for the entity key in the request).[68]

### a.      GET Request

26.     The NDTP_GET message contains a single NDTP string, which is the entity key for which associated data locations are requested.[69]  The NDTP_GET_RSP message contains zero or more NDTP strings, which are the data location specifiers associated with the NDTP entity key (*i.e.*, the strings used to specify the data repositories in which data associated with the entity key may be found).[70]  Accordingly, the operation is performed with no request iterations.

---

[63] KOV_00002119 at KOV_0002120.
[64] KOV_00002119 at KOV_0002120.
[65] KOV_00002119 at KOV_0002120.
[66] KOV_00002119 at KOV_0002120.
[67] *See* KOV_00002119 at KOV_0002124–KOV_00002132.
[68] KOV_00002119 at KOV_00002123.
[69] KOV_00002119 at KOV_00002121.
[70] KOV_00002119 at KOV_00002120, KOV_00002121.

27.     To illustrate, an NDTP_GET transaction proceeds as follows: an NDTP client using TCP/IP connects with the oxServer at an established TCP port number, and then simply writes an NDTP_GET message (containing an entity key for which associated data locations are requested) through the TCP/IP connection to the server (to retrieve data location specifiers associated with the entity key in the request), which then, if it has the requested data locations corresponding to the entity key in the request, writes an NDTP_GET_RSP response message back to the client through the same TCP/IP connection in the reverse direction (to provide zero or more data location specifiers associated with the entity key in the request).[71]

### b.     PUT Request

28.     The NDTP_PUT message contains two NDTP strings, which are the NDTP entity key and the NDTP data location specifier that is to be associated with the NDTP entity key in an oxServer.[72]  The NDTP_PUT_RSP message has no NDTP strings, and simply indicates that the requested entity key/data location specifier association was added to the oxServer.[73]  The requested entity key/data location specifier association is added to the oxServer in addition to any other associations already maintained by the oxServer (and if the requested entity key/data location specifier association is already in the oxServer, the NDTP_PUT still succeeds and results in an NDTP_PUT_RSP).[74]  Accordingly, the operation is performed with no request iterations.

29.     To illustrate, an NDTP_PUT transaction proceeds as follows: an NDTP client using TCP/IP connects with the oxServer at an established TCP port number, and then simply writes an NDTP_PUT message (containing an entity key and a data location specifier that is to be associated with that entity key) through the TCP/IP connection to the server (to add or update an entity

---

[71] *See* KOV_00002119 at KOV_00002121, KOV_00002127.
[72] KOV_00002119 at KOV_00002122.
[73] KOV_00002119 at KOV_00002122.
[74] KOV_00002119 at KOV_00002122.

key/data location specifier association), which then writes an NDTP_PUT_RSP response message back to the client through the same TCP/IP connection in the reverse direction (to confirm the addition or update of the entity key/data location specifier association).[75]

### c. DELETE Request

30. The NDTP_DEL message contains two NDTP strings, which are the NDTP entity key and the NDTP data location specifier that is to be unassociated with the NDTP entity key.[76] The NDTP_DEL_RSP message has no NDTP strings, and simply indicates that the requested entity key/data location specifier association was deleted (and if the requested entity key/data location specifier association is not in the oxServer, the NDTP_DEL still succeeds and results in an NDTP_DEL_RSP).[77] Accordingly, the operation is performed with no request iterations.

31. To illustrate, an NDTP_DEL transaction proceeds as follows: an NDTP client using TCP/IP connects with the oxServer at an established TCP port number, and then simply writes an NDTP_DEL message (containing an entity key and a data location specifier that is to be unassociated with that entity key) through the TCP/IP connection to the server (to delete an entity key/data location specifier association), which then writes an NDTP_DEL_RSP response message back to the client through the same TCP/IP connection in the reverse direction (to confirm the deletion or update of the entity key/data location specifier association).[78]

### d. REDIRECT Message

32. OverX technology includes a "redirection" mechanism to support a "distributed server implementation"—*i.e.*, an implementation with entity key/data location specifier associations distributed across a plurality of oxServers—where the NDTP client selects the

---

[75] *See* KOV_00002119 at KOV_00002122, KOV_00002127.
[76] *See* KOV_00002119 at KOV_00002122.
[77] *See* KOV_00002119 at KOV_00002122.
[78] *See* KOV_00002119 at KOV_00002122, KOV_00002127.

appropriate server from the plurality of oxServers based upon a distribution function computed from the entity key.[79]  The distribution function is a hash function.[80]  In such an implementation, if an NDTP request message is sent to the "wrong oxServer, based upon the entity key in the request," *i.e.*, if the oxServer that received the request lacks data location specifiers for the entity key in the request, the oxServer will send an NDTP_RDR_RSP (redirect) message with information that the client can use to retry the request, this time directed at the "correct" oxServer (*i.e.*, one that has data location specifiers for the entity key in the request).[81]  The NDTP_RDR_RSP message includes the entire server table as NDTP strings, which the client can use to determine the size of the table (which may have changed), update its local copy of the table, and then attempt the NDTP transaction again, this time directed at the "correct" oxServer.[82]  Accordingly, the operation can be performed with fewer than two request iterations.  The client selects the appropriate server from the table by computing a hash function using the entity key as an input.[83]

33.  To illustrate, an NDTP_GET/PUT/DEL transaction resulting in an NDTP_RDR_RSP message proceeds as follows: an NDTP client using TCP/IP connects with the oxServer at an established TCP port number, and then simply writes an NDTP_GET/PUT/DEL message (containing an entity key or an entity key and a data location specifier) through the TCP/IP connection to the server, which, if the entity key does not reside on that server (*i.e.*, if the oxServer does not have a location specifier for that entity key), then writes an NDTP_RDR_RSP response message back to the client through the same TCP/IP connection in the reverse direction (which

---

[79] KOV_00002119 at KOV_0002122.
[80] KOV_00002119 at KOV_0002122–KOV_00002123.
[81] KOV_00002119 at KOV_00002123.
[82] KOV_00002119 at KOV_00002123.
[83] KOV_00002119 at KOV_0002122–KOV_00002123.

includes the entire server table, which the client can use to calculate the correct oxServer to query for the data location specifier for the entity key in the request).[84]

## B. U.S. Provisional Application No. 60/209,070

### 1. Introduction

34.     The '070 application describes the "OverX Distributed Database Technology (OXDDT),"[85] which "provides uniform, 'entity-centric' access to databases with data arbitrarily distributed across any network, including local networks, private intranets, and the Internet."[86] "As the name suggests, OXDDT is a distributed database technology."[87] "A distributed database is one where data is stored and retrieved among multiple machines connected by a network."[88] Applications of OXDDT are built from three components: (1) NDTP servers, (2) data repositories, and (3) clients.

35.

### 2. OXDDT/NDTP Basics: Protocol, Entity Keys, and Data Location Specifiers

36.     The '070 application uses certain terminology to refer to aspects of the OXDDT technology.  For instance, "entity" refers to "a domain-specific item for which data is tracked in OXDDT"; "identifier" refers to "a string that unambiguously corresponds to a single entity"; "location" refers to "a string that identifies a repository and its data access method"; and "repository" refers to "data storage, also called 'data repository.'"[89]  Identifiers are "unique" and

---

[84] *See* KOV_00002119 at KOV_00002122–KOV_00002123, KOV_00002127, KOV_00002133.
[85] I may refer to the OverX technology as OverX or OXDDT interchangeably.
[86] KOV_00000738 at KOV_00000741.
[87] KOV_00000738 at KOV_00000753.
[88] KOV_00000738 at KOV_00000758.
[89] KOV_00000738 at KOV_00000741.

correspond to an "entity."[90]  For example, an entity might be a customer whose customer identifier is the identifier.[91]

| Entity | Identifier |
|---|---|
| Customer | Customer identifier |
| Manufactured part | Serial number |
| Part type | Part number |
| Legal contract | Contract identifier |
| Software object | Universal Resource Identifier |

Table 1: Example Entity ↔ Identifier Correspondences

KOV_00000738 at KOV_00000748

37.     Additionally, an "entity key" refers to "a unique string used to refer to an entity about which a distributed database query is performed."[92]  The oxServer treats the entity key as an "unstructured stream of octets, which is assumed to be unique to a particular entity."[93]  The structure and encoding of the entity key may be a function of the application in which the oxServer is used.[94]  For instance, "[i]n a customer oriented application, the NDTP entity key might be a unique customer identifier, for example, a United States Social Security Number," that is encoded "in either printable or binary integer form, as is appropriate to the application."[95]

38.     NDTP also defines a "data location specifier," which is "a string used to specify a data repository in which data associated with a particular entity may be found."[96]  As with entity keys, however, "[t]he structure of an NDTP data location specifier is a function of the application in which the oxServer is used."[97]  For example, "an NDTP data location specifier might be an

---

[90] KOV_00000738 at KOV_00000748.
[91] KOV_00000738 at KOV_00000748.
[92] KOV_00000738 at KOV_00000758.
[93] KOV_00000738 at KOV_00000758.
[94] KOV_00000738 at KOV_00000758.
[95] KOV_00000738 at KOV_00000758.
[96] KOV_00000738 at KOV_00000758.
[97] KOV_00000738 at KOV_00000758.

Internet machine name, and a TCP/IP port number for a relational database server, or an HTTP Universal Resource Locator (URL), or some concatenation of multiple components."[98] For example, an NDTP data location specifier might be an Internet machine name, and a TCP/IP port number for a relational database server, or an HTTP Universal Resource Locator (URL), or some concatenation of multiple components.[99]

39.     The "Network Distributed Tracking Protocol (NDTP)" implemented by the oxServer[100] is designed efficiently to track the *location* of data associated with each individual ·entity in a distributed database.[101] ·NDTP is a "transactional protocol," which means that each operation within NDTP consists of a request message from an NDTP client to an NDTP server (the oxServer), followed by an appropriate response message from the NDTP server to the NDTP client.[102]

### 3.     Architecture

#### a.     Overview

40.     OXDDT employs three primary structural components: (1) Network Distributed Tracking Protocol (NDTP) server(s), (2) data repositories, and (3) OXDDT clients.[103]

---

[98] KOV_00000738 at KOV_00000758.
[99] KOV_00000738 at KOV_00000758.
[100] I will refer to oxServer and OXDDT server interchangeably throughout this section of the report—they are the same thing for purposes of my analysis.
[101] KOV_00000738 at KOV_00000758.
[102] KOV_00000738 at KOV_00000758.
[103] KOV_00000738 at KOV_00000741.

■



Figure 1: Taxonomy of OXDDT

KOV_00000738 at KOV_00000741

41.     OXDDT components, including repositories, servers, and clients, are network-attached components.

### b.     Data Repositories

42.     The '070 application discloses a plurality of data repositories.  "The OverX distributed database technology supports building a distributed database from a dynamic set of heterogeneous data repositories."[104]   In the OverX system "each machine in which some portion of the data in a distributed database may reside" is a "data repository machine" or "data repository."[105]  If there are a "large number of data repositories" and any particular entity does not have data in all of them, queries can be directed at only the repositories with relevant information.[106]

43.     "Data repositories in OXDDT can be any data storage mechanism which can be accessed by OXDDT application clients," such as a relational database system (RDBS).[107]  Data

---

[104] KOV_00000738 at KOV_00000758.
[105] KOV_00000738 at KOV_00000758.
[106] KOV_00000738 at KOV_00000758.
[107] KOV_00000738 at KOV_00000745.

repositories can be application servers with "Repository Software Components" and hardware that implement NDTP.[108]



Figure 6: Repository Software Components

KOV_00000738 at KOV_00000746

44.    The OverX technology architecture includes a plurality of data repositories.  The OverX technology supports building a distributed database from a dynamic set (a plurality) of data repositories, where data is stored and retrieved among multiple repositories connected to a network.[109]  Each repository contains a portion of the data—not every repository contains all data for all entities.[110]  Membership in the set of repositories can be "highly dynamic," meaning that repositories can be added to or removed from the topology of the set of repositories "on-the-fly."[111]

45.    An entity's data may be stored in one or more particular repositories, thus associations between each entity key and the location specifiers of the data repositories where data for the corresponding entity key is stored are maintained in oxServers.[112]  Accordingly, "[w]hen a query is performed for an entity key, the oxServer supplies the set of data repositories in which

---

[108] KOV_00000738 at KOV_00000746.
[109] KOV_00000738 at KOV_00000758.
[110] KOV_00000738 at KOV_00000758.
[111] KOV_00000738 at KOV_00000758.
[112] KOV_00000738 at KOV_00000758–KOV_00000759.

data may be found for that entity key."[113]  The data for many entity keys may be distributed among a smaller number (*i.e.*, smaller than the number of entity keys) of data repositories, such that each data repository may store many entity keys' respective corresponding data.[114]

### c.    OXDDT/NDTP Servers (oxServers)

46.     The NDTP server component of OXDDT (also referred to as "oxServer") "has the sole function of efficiently answering the question: Where is data associated with an entity?"[115] The question of "where" data is located is interesting, as "[a]n entity may have associated data scattered among any set of participating data repositories in an OXDOT database," and "[t]he NDTP server restricts retrieval exactly to the set of repositories which actually have data associated with an entity."[116]  Where data is located is also an important question when a distributed database has "highly dynamic distribution properties."[117]   NDTP servers maintain identifier/location mappings to locate data in the distributed network.[118]  Multiple NDTP servers may be combined in a network, and the NDTP server architecture supports combining NDTP servers through in a flat, cluster topology.[119]

47.     Identifiers and locations are associated in the oxServer.  OxServers maintain "one to many relationships between entity keys and data location specifiers" such that "an entity key may be associated with any number of data location specifiers."[120]   Entity key/data location specifier relationships are maintained in oxServers, for example, "[w]hen data for a particular

---

[113] KOV_00000738 at KOV_00000758–KOV_00000759.
[114] KOV_00000738 at KOV_00000758–KOV_00000759.
[115] KOV_00000738 at KOV_00000744; *see also id*. at KOV_00000758 ("A central component of the OverX distributed database technology is the oxServer.").
[116] KOV_00000738 at KOV_00000744.
[117] KOV_00000738 at KOV_00000758.
[118] KOV_00000738 at KOV_00000744.
[119] KOV_00000738 at KOV_00000745.
[120] KOV_00000738 at KOV_00000758–KOV_00000759.

entity is added to a data repository" and "the oxServer is updated to indicate an association between the entity key and the data repository's data location specifier."[121] The oxServer also returns mappings in response to queries for location information. As the '070 application explains, "[w]en a query is performed for an entity key, the oxServer supplies the set of data repositories in which data may be found for that entity key."[122]

48. The NDTP protocol specifies other aspects of network communication, including numerical field encoding (e.g., binary integer on 32-bit boundaries), multi-octet integer encoding (e.g., big endian), header format (including "opcode," padding, "transaction identifier," and "total request size following the header"), and the structure of NDTP strings that are included in NDTP messages.[123]

49. The oxServers maintain entity key/data location specifier mappings in a string store data structure.[124] The string store "is implemented in oxServer using a hash table," where the "entity keys and data location specifiers are stored in the same hash table."[125] The oxServer string store hash table associates entity keys with data location specifiers. "Entries in the oxServer string store hash table which are entity keys have a pointer to a list of pointers to associated hash table entries representing data location specifiers."[126] This string store design is intended to increase efficiency and reduce wasted memory space.[127] The oxServer stores and maintains its entire entity key/data location identifier mapping database in system memory (random access memory, or

[121] KOV_00000738 at KOV_00000759.
[122] KOV_00000738 at KOV_00000759.
[123] KOV_00000738 at KOV_00000759–KOV_00000760.
[124] KOV_00000738 at KOV_00000761.
[125] KOV_00000738 at KOV_00000761.
[126] KOV_00000738 at KOV_00000762.
[127] KOV_00000738 at KOV_00000762.

RAM).[128] The oxServer also stores and maintains its entity key/data location identifier mappings in nonvolatile (disk) storage.[129] "An oxServer will read the state of its mapping sets from disk storage before it begins servicing requests, and once it starts servicing requests, the only action it will perform to disk storage is to record each NDTP update transaction as it is processed."[130]

50.     An oxServer is a network-attached component. An oxServer has a "network front end [that] is designed to maximize NDTP transaction throughput including concurrent NDTP requests from a single client as well [as] NDTP requests from multiple concurrent client[s]."[131] The NDTP protocol (which oxServers use to communicate with other components, such as NDTP clients) "can be carried over any of a variety of lower lever network transport protocols," such as TCP/IP (Transmission Control Protocol/Internet Protocol), UDP/IP (User Datagram Protocol/Internet Protocol), or Scheduled Transfer (ST).[132] An oxServer communicates with NDTP clients over such a network. For example, "[a]n NDTP client using TCP/IP connects with the oxServer at an established TCP port number, and then simply writes NDTP request messages through the TCP/IP connection to the server, which then writes NDTP response messages back to the client through the same TCP/IP connection in the reverse direction."[133]

51.     An oxServer includes a processor (CPU) that is configured to execute software instructions (programming logic) to perform its functions, such as handling NDTP queries (e.g.,

[128] KOV_00000738 at KOV_00000761, KOV_00000762, KOV_00000770.
[129] KOV_00000738 at KOV_00000762.
[130] KOV_00000738 at KOV_00000762.
[131] KOV_00000738 at KOV_00000764.
[132] KOV_00000738 at KOV_00000764.
[133] KOV_00000738 at KOV_00000764

GET, PUT, DEL, RDR).[134] An oxServer's software runs on an operating system.[135] The person of ordinary skill in the art would therefore understand oxServers to be application servers.

52. The OverX system includes a plurality of oxServers. In order to achieve high transaction rate throughput while overcome processing and network performance limitations, OverX technology distributes entity key/data location specifier mappings across multiple oxServer instances running on different machines.[136] Distributing the mappings across more oxServers can improve the query rate performance of the system.[137] An OverX system also uses "multiple oxServers" to store more entity key/data location specifier mappings (i.e., to increase storage capacity).[138] Because "the transaction throughput of an oxServer is not a function of the total number of entity key/data location specifier mappings maintained by the oxServer"—which means that "a relatively 'full' oxServer performs as well as a relatively 'empty' one"—there is "practically no penalty for distributing across an arbitrary number of oxServers."[139] "Therefore, any conceivable capacity scale can be handled effectively with multiple distributed oxServers."[140]

53. OverX technology also includes a "redirection" mechanism to support a "distributed server implementation"—*i.e.*, an implementation with entity key/data location specifier associations distributed across a plurality of oxServers—where the NDTP client selects the appropriate server from the plurality of oxServers based upon a distribution function computed

---

[134] KOV_00000738 at KOV_00000769 (describing a prototype oxServer with an "Intel Pentium II running at 450 MHz, with 100 MHz SDRAM").
[135] KOV_00000738 at KOV_00000766 (referring to "modern operating systems"), KOV_00000770 (referring to "operating systems running on current Intel hardware platforms").
[136] KOV_00000738 at KOV_00000770.
[137] KOV_00000738 at KOV_00000770.
[138] KOV_00000738 at KOV_00000770.
[139] KOV_00000738 at KOV_00000769.
[140] KOV_00000738 at KOV_00000771.

from the entity key.[141]  The redirection mechanism permits a set of entity key/data location specifier relationships to be "spread onto an arbitrary number of machines which require no interserver communication to function."[142]  The person of ordinary skill in the art would understand this to be a flat, non-hierarchical cluster topology.

### d. Client

54.  An OXDDT client is "a software mechanism that accesses (e.g., lookup, add, modify, and delete) data organized by OXDDT" and "may itself also be a server."[143]  For example, an Internet webserver could be a "client" that performs operations at the request of an HTTP client (*e.g.*, a web browser, a data repository, a fat client application).[144]



Figure 7: Web Server Is an OXDDT Client

KOV_00000738 at KOV_00000746

55.  An OverX system includes one or more NDTP clients that initiate NDTP operations.  In an OverX system, "each operation within NDTP consists of a request message from an NDTP client to an NDTP server (the oxServer), followed by an appropriate response message from the NDTP server to the NDTP client."[145]  Such "client supplied operation request[s]" include:

---

[141] KOV_00000738 at KOV_00000761.
[142] KOV_00000738 at KOV_00000770.
[143] KOV_00000738 at KOV_00000746.
[144] KOV_00000738 at KOV_00000746.
[145] KOV_00000738 at KOV_00000758.

a get request (NDTP_GET) that yields a get response (NDTP_GET_RSP); a put request (NDTP_PUT) that yields a put response (NDTP_PUT_RSP); a delete request (NDTP_DEL) that yields a delete response (NDTP_DEL_RSP).[146] A client may also receive a "redirection" message from the oxServer "[i]f an NDTP request message is sent to the wrong oxServer, based upon the eneity key in the request."[147]

56.　　NDTP clients are network-attached components. NDTP requests may be sent from a single client or from multiple clients (e.g., concurrently) to the oxServer network front end.[148] NDTP clients communicate with oxServers using the same types of network connections described above with respect to oxServers. For example, "[a]n NDTP client using TCP/IP connects with the oxServer at an established TCP port number, and then simply writes NDTP request messages through the TCP/IP connection to the sever, which then writes NDTP response messages back to the client through the same TCP/IP connection in the reverse direction."[149]

57.　　NDTP clients are implemented in both hardware and software. NDTP clients include hardware features (*e.g.*, they require "resource management," the have ability to "store" information, the have the ability to connect to TCP ports, they have CPUs, etc.) and software features (*e.g.*, the ability to "select[]" information, "determine" information, "learn" information, "perform[]" requests, use TCP/IP to connect to servers, etc.)[150]. The person of ordinary skill in the art would also understand, in light of these features, that NDTP clients include software features implemented in computer-executable code that runs on hardware devices.

### 4.　　Request Paths

---

[146] KOV_00000738 at KOV_00000759.
[147] KOV_00000738 at KOV_00000761.
[148] KOV_00000738 at KOV_00000764.
[149] KOV_00000738 at KOV_00000764.
[150] KOV_00000738 at KOV_00000759, KOV_00000761, KOV_00000764, KOV_00000765, KOV_00000769.

58. An oxServer maintains and dispenses one to many relationships between entity keys and data location specifiers.[151] That includes associating an entity key with any number of data location specifiers in an oxServer.[152] In general, when data for an entity is added to a data repository, the oxServer is updated to indicate an association between the entity key and the data repository's data location specifier.[153] Additionally, when a query is performed for an entity key (e.g., a location query or lookup), the oxServer supplies the set of data repositories in which data may be found for that entity key.[154] Entity key/data location specifier relationships may also be deleted or updated (e.g., using a DEL or PUT operation).[155] If an NDTP request message is sent to the "wrong oxServer, based upon the entity key in the request," *i.e.*, if the oxServer that received the request lacks data location specifiers for the entity key in the request, the oxServer will send an NDTP_RDR_RSP (redirect) message with information that the client can use to retry the request, this time directed at the "correct" oxServer (*i.e.*, one that has data location specifiers for the entity key in the request).[156]

### a. GET Request

59. The NDTP_GET message contains a single NDTP string, which is the entity key for which associated data locations are requested.[157] The NDTP_GET_RSP message contains zero or more NDTP strings, which are the data location specifiers associated with the NDTP entity key (*i.e.*, the strings used to specify the data repositories in which data associated with the entity key may be found).[158] Accordingly, the operation is performed with no request iterations.

---

[151] KOV_00000738 at KOV_00000758.
[152] KOV_00000738 at KOV_00000759.
[153] KOV_00000738 at KOV_00000759.
[154] KOV_00000738 at KOV_00000759.
[155] *See* KOV_00000738 at KOV_00000762–KOV_00000768.
[156] KOV_00000738 at KOV_00000761.
[157] KOV_00000738 at KOV_00000760.
[158] KOV_00000738 at KOV_00000760.

██████████████████

60. To illustrate, an NDTP_GET transaction proceeds as follows: an NDTP client using TCP/IP connects with the oxServer at an established TCP port number, and then simply writes an NDTP_GET message (containing an entity key for which associated data locations are requested) through the TCP/IP connection to the server (to retrieve data location specifiers associated with the entity key in the request), which then writes an NDTP_GET_RSP response message back to the client through the same TCP/IP connection in the reverse direction (to provide zero or more data location specifiers associated with the entity key in the request).[159]

### b. PUT Request

61. The NDTP_PUT message contains two NDTP strings, which are the NDTP entity key and the NDTP data location specifier that is to be associated with the NDTP entity key in an oxServer.[160] The NDTP_PUT_RSP message has no NDTP strings, and simply indicates that the requested entity key/data location specifier association was added to the oxServer.[161] The requested entity key/data location specifier association is added to the oxServer in addition to any other associations already maintained by the oxServer (and if the requested entity key/data location specifier association is already in the oxServer, the NDTP_PUT still succeeds and results in an NDTP_PUT_RSP).[162] Accordingly, the operation is performed with no request iterations.

62. To illustrate, an NDTP_PUT transaction proceeds as follows: an NDTP client using TCP/IP connects with the oxServer at an established TCP port number, and then simply writes an NDTP_PUT message (containing an entity key and a data location specifier that is to be associated with that entity key) through the TCP/IP connection to the server (to add or update an entity key/data location specifier association), which then writes an NDTP_PUT_RSP response message

---

[159] *See* KOV_00000738 at KOV_00000760, KOV_00000764.
[160] KOV_00000738 at KOV_00000760.
[161] KOV_00000738 at KOV_00000760.
[162] KOV_00000738 at KOV_00000760.

back to the client through the same TCP/IP connection in the reverse direction (to confirm the addition or update of the entity key/data location specifier association).[163]

### c. DELETE Request

63. The NDTP_DEL message contains two NDTP strings, which are the NDTP entity key and the NDTP data location specifier that is to be unassociated with the NDTP entity key.[164] The NDTP_DEL_RSP message has no NDTP strings, and simply indicates that the requested entity key/data location specifier association was deleted (and if the requested entity key/data location specifier association is not in the oxServer, the NDTP_DEL still succeeds and results in an NDTP_DEL_RSP).[165] Accordingly, the operation is performed with no request iterations.

64. To illustrate, an NDTP_DEL transaction proceeds as follows: an NDTP client using TCP/IP connects with the oxServer at an established TCP port number, and then simply writes an NDTP_DEL message (containing an entity key and a data location specifier that is to be unassociated with that entity key) through the TCP/IP connection to the server (to delete an entity key/data location specifier association), which then writes an NDTP_DEL_RSP response message back to the client through the same TCP/IP connection in the reverse direction (to confirm the deletion or update of the entity key/data location specifier association).[166]

### d. REDIRECT Message

65. OverX technology includes a "redirection" mechanism to support a "distributed server implementation"—*i.e.*, an implementation with entity key/data location specifier associations distributed across a plurality of oxServers—where the NDTP client selects the appropriate server from the plurality of oxServers based upon a distribution function computed

---

[163] *See* KOV_00000738 at KOV_00000760, KOV_00000764.
[164] *See* KOV_00000738 at KOV_00000760–KOV_00000761.
[165] *See* KOV_00000738 at KOV_00000760–KOV_00000761.
[166] *See* KOV_00000738 at KOV_00000760–KOV_00000761, KOV_00000764.

██████████████████

from the entity key.[167]  The distribution function is a hash function.[168]  In such an implementation, if an NDTP request message is sent to the "wrong oxServer, based upon the entity key in the request," *i.e.*, if the oxServer that received the request lacks data location specifiers for the entity key in the request, the oxServer will send an NDTP_RDR_RSP (redirect) message with information that the client can use to retry the request, this time directed at the "correct" oxServer (*i.e.*, one that has data location specifiers for the entity key in the request).[169]  The NDTP_RDR_RSP message includes the entire server table as NDTP strings, which the client can use to determine the size of the table (which may have changed), update its local copy of the table, and then attempt the NDTP transaction again, this time directed at the "correct" oxServer.[170]  Accordingly, the operation can be performed with fewer than two request iterations.  The client selects the appropriate server from the table by computing a hash function using the entity key as an input.[171]

66.    To    illustrate,    an    NDTP_GET/PUT/DEL    transaction    resulting    in    an NDTP_RDR_RSP message proceeds as follows: an NDTP client using TCP/IP connects with the oxServer at an established TCP port number, and then simply writes an NDTP_GET/PUT/DEL message (containing an entity key or an entity key and a data location specifier) through the TCP/IP connection to the server, which, if the entity key does not reside on that server, then writes an NDTP_RDR_RSP response message back to the client through the same TCP/IP connection in the

---

[167] KOV_00000738 at KOV_00000761.
[168] KOV_00000738 at KOV_00000761.
[169] KOV_00000738 at KOV_00000761.
[170] KOV_00000738 at KOV_00000761.
[171] KOV_00000738 at KOV_00000761.

reverse direction (which includes the entire server table, which the client can use to calculate the correct oxServer to query for the data location specifier for the entity key in the request).[172]

### 5.    Scaling Operations

67.    The '070 application discusses "Scalability Considerations" for distributed databases, and particularly for an oxServer to ensure it "does not become the scale bottleneck."[173] Two "important" considerations are (1) "capacity," *i.e.*, "[t]he total size of the data set managed by the database system," and (2) "transaction rate," *i.e.*, "[t]he rate at which operations (lookups or modifications) can be performed on the data set managed by the database system."[174] "By distributing an oxServer data set across independent machines, both capacity and transaction rate scale can be increased."[175]

68.    The '070 application teaches that each additional oxServer added to a cluster "linearly increases" both capacity and transaction rate scale: "Capacity, by adding main and secondary storage; Transaction rate, by adding processing power and network bandwidth."[176] The POSA would understand that the inverse is also true: each oxServer removed linearly decreases capacity and transaction rate scale.

69.    The '070 application identifies certain "limitations" (*i.e.*, "limits") on these scale components, including three capacity limits (main memory (RAM), secondary storage (disk), and database system design) and three transaction rate limits (processing power, network bandwidth,

---

[172] *See* KOV_00002119 at KOV_00002122–KOV_00002123, KOV_00002127, KOV_00002133.
[173] KOV_00000738 at KOV_00000774–KOV_00000775.
[174] KOV_00000738 at KOV_00000774.
[175] KOV_00000738 at KOV_00000775.
[176] KOV_00000738 at KOV_00000776.

and database system design).[177]  These limits are among the types of performance limits described

in the '070 application.  The '070 application identifies the following "performance" influences:

- Hardware platform; CPU number and speed, RAM, disk, clustering capabilities, etc.

- Network connectivity; LAN, DSL, T1, OC-192, et.

- Data access software; traditional databases (E.g., Oracle, DB/2, SQL Server), directory services, web services, etc., plus middleware if any (queue managers, MQseries, MSMQ, etc.)

- Data access protocol.  This may or may not be prescribed by data access software.

70.     The '070 application teaches that "[a]s performance problems are discovered, an OXDDT database may then migrate portions of the data set to other data repository systems which resolve the problems" through a process where data sets are "split."[178]  The POSA would understand that "performance problems" in the '070 patent include reaching "limits" on scale or performance referred to in the '070 patent.

---

[177] KOV_00000738 at KOV_00000774.
[178] KOV_00000738 at KOV_00000751.

████████████████



Figure 9 **Splitting Data Set** and Figure 10 **Split-ting Data Set Completed** illustrate these steps.

Figure 9: Splitting Data Set

Figure 10: Splitting Data Set Completed

KOV_00000738 at KOV_00000751

71.     Data in one repository can be split and a portion of it (a "subset") transferred to another repository.[179]  Data can be split when data repositories become increasingly large as a way of managing such growth.[180]  The '070 patent teaches splitting data in an oxServer as well.  The '070 patent teaches splitting oxServer data distributed among a plurality of oxServers (e.g., in a cluster).[181]

### C.     U.S Application No. 09/661,222

### 1.     Introduction

---

[179] KOV_00000738 at KOV_00000751.
[180] KOV_00000738 at KOV_00000752.
[181] KOV_00000738 at KOV_00000775, KOV_00000778– KOV_00000779.

72.     The '222 application relates to "the storage and retrieval of information, and in particular, to a protocol for dynamic and spontaneous global search and retrieval of information across a distributed network."[182]  The '222 application teaches that a "distributed data collection" is a system where "data is stored and retrieved among multiple machines connected to a network," where each machine, called a "data repository," stores a portion of data in a distributed collection.[183]  The '222 application relates to a system for answering the question "where is data associated with a particular entity in a distributed data collection?"—a key question in a distributed data collection with highly dynamic properties or where there are a large number of data repositories and all repositories do not store all data for all entities.[184]

### 2.     Basics: NDTP Protocol, Entity Keys, and Data Location Specifiers

73.     The '222 application discloses a system using a "Network Distributed Tracking Protocol (NDTP)," which is used to track the location of data associated with an individual entity in a distributed data collection.[185]  NDTP is a "transactional" protocol, meaning that each NDTP operation "consists of a request message from an NDTP client to an NDTP server, followed by an appropriate response message from the NDTP server to the NDTP client."[186]

74.     This protocol, which is designed to be used to "track the location of data associated with an individual entity in a distributed data collection," utilizes two related pieces of information: (1) an "entity key (or 'identifier')" which is "a unique string used to refer to an entity about which a distributed query is performed," and (2) a "data location specifier," which is "a string used to specify a data repository in which data associated with a particular entity may be found."[187]  The

---

[182] KOV_00002868 at KOV_00003415.
[183] KOV_00002868 at KOV_00003416.
[184] KOV_00002868 at KOV_00003416.
[185] KOV_00002868 at KOV_00003420.
[186] KOV_00002868 at KOV_00003420.
[187] KOV_00002868 at KOV_00003420–KOV_00003421.

'222 application also states that an "identifier string" or "identifier" is "a unique string with which zero or more location strings are associated in an NDTP server."[188] A "data location" or "location" is "a string that is a member of a set of strings associated with an identifier string in an NDTP server."[189] An "NDTP client" or "client" is "a network-attached component that initiates update or lookup of identifier/location mappings from an NDTP server with NDTP request messages."[190] An "NDTP server" or "server" is "a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to NDTP request messages from NDTP clients."[191]

75.    Entity keys are unique; the NDTP server treats them as an encoded "unstructured stream of octets, which is assumed to be unique to a particular entity."[192] However, "[t]he precise structure of the NDTP entity key and the mechanism for ensuring its uniqueness are a function of the application in which the NDTP server is used."[193] For example, "[i]n a customer oriented application, the NDTP entity key might be a unique customer identifier, for example, a United States Social Security Number" and may be encoded "in either printable or binary integer form, as is appropriate to the application."[194]

76.    Data location specifiers (or "location specifiers" for short) are also treated by NDTP servers as encoded "unstructured streams of octets."[195] As with entity keys, however, "[t]he structure of an NDTP data location specifier is a function of the application in which the NDTP

---

[188] KOV_00002868 at KOV_00003420.
[189] KOV_00002868 at KOV_00003420.
[190] KOV_00002868 at KOV_00003420.
[191] KOV_00002868 at KOV_00003420.
[192] KOV_00002868 at KOV_00003420.
[193] KOV_00002868 at KOV_00003420.
[194] KOV_00002868 at KOV_00003420–KOV_00003421.
[195] KOV_00002868 at KOV_00003421.

server is used."[196]  For example, "an NDTP data location specifier might be an Internet machine name, and a TCP/IP port number for a relational database server, or an HTTP Universal Resource Locator (URL), or some concatenation of multiple components."[197]  For example, an NDTP data location specifier might be an Internet machine name, and a TCP/IP port number for a relational database server, or an HTTP Universal Resource Locator(URL), or some concatenation of multiple components.[198]

77.     The NDTP protocol specifies other aspects of network communication, including numerical field encoding (e.g., binary integer on 32-bit boundaries), multi-octet integer encoding (e.g., big endian), header format (including "opcode," padding, "transaction identifier," and "total request size following the header"), and the structure of NDTP strings that are included in NDTP messages.[199]

78.     The NDTP protocol is a networking protocol that "runs on top of any stream (e.g., TCP) or datagram (e.g., UDP) network transport layer."[200]  It's goal is "to support a network service that efficiently manages mappings from each individual key string, an identifier, to an arbitrary set of strings, locations."[201]  The NDTP protocol permits "clients to add and remove identifier/location associations, and request the current set of locations for an identifier from protocol servers."[202]  It is "designed for use in the larger context of a distributed data collection" such that "it supports an architecture, in which information about where data associated with

---

[196] KOV_00002868 at KOV_00003421.
[197] KOV_00002868 at KOV_00003421.
[198] KOV_00002868 at KOV_00003421.
[199] KOV_00002868 at KOV_00003421–KOV_00003424.
[200] KOV_00002868 at KOV_00003447.
[201] KOV_00002868 at KOV_00003447; *see also id*. at KOV_00003418.
[202] KOV_00002868 at KOV_00003447; *see also id*. at KOV_00003418.

particular application entities, can be and obtained independently of the data itself."[203] Accordingly, NDTP and its associated servers "maintain a mapping between entity identifiers and data locations."[204]

### 3. Architecture

#### a. Overview

79. The '222 application discloses an architecture in which multiple NDTP servers are combined in various ways to build server "constellations" that offer "arbitrary server performance scalability and administrative control of the location of portions of the identifier/data location relationship mappings."[205] A system may include an NDTP server constellation 110 (that includes a plurality of NDTP servers 120) that network-connected with a client 112, and a data repository 114 network-connected with the client 112 and the NDTP server constellation 110.[206]

---

[203] KOV_00002868 at KOV_00003447; *see also id.* at KOV_00003418.
[204] KOV_00002868 at KOV_00003447; *see also id.* at KOV_00003418.
[205] KOV_00002868 at KOV_00003441.
[206] KOV_00002868 at KOV_00003442.

■



KOV_00002868 at KOV_00003412

### b. Data Repositories

80.     The '222 application discloses an architecture includes a plurality of data repositories.  The disclosed technology supports building a distributed data collection from a dynamic set (a plurality) of data repositories, where data is stored and retrieved among multiple repositories connected to a network.[207]  Each repository contains a portion of the data—not every repository contains all data for all entities.[208]  Membership in the set of repositories can be "highly dynamic," meaning that repositories can be added to or removed from the topology of the set of repositories "on-the-fly."[209]

---

[207] KOV_00002868 at KOV_00003416.
[208] KOV_00002868 at KOV_00003416.
[209] KOV_00002868 at KOV_00003416.

███████████████

81.     An entity's data may be stored in one or more particular repositories, thus associations between each entity key and the location specifiers of the data repositories where data for the corresponding entity key is stored are maintained in NDTP servers.[210]   Accordingly, "[w]hen a query is performed for an entity key, the NDTP server supplies the set of data repositories in which data may be found for that entity key."[211]   The data for many entity keys may be distributed among a smaller number (*i.e.*, smaller than the number of entity keys) of data repositories, such that each data repository may store many entity keys' respective corresponding data.[212]

### c.     NDTP Servers

82.     An "NDTP server" or "server" is "a network attached component that maintains a set of identifier/location mappings that are modified or returned in response to NDTP request messages from NDTP clients.[213]   The simplest NDTP server constellation is a single NDTP server, but the NDTP protocol is designed to permit "massive scale" with even a single NDTP server.[214] NDTP server constellations may include more than one NDTP server.[215]

83.     Each oxServer stores entity key/data location specifier mappings.  Each oxServer "efficiently maintains and dispenses one to zero or one to many relationships between entity keys and data location specifiers," such that "an entity key may be associated with any number of data location specifiers" in the NDTP server.[216]   Entity keys and data location specifiers are associated in NDTP servers, such that "[w]hen data for a particular entity is added to a data repository, the

---

[210] KOV_00002868 at KOV_00003421.
[211] KOV_00002868 at KOV_00003421.
[212] KOV_00002868 at KOV_00003421.
[213] KOV_00002868 at KOV_00003420.
[214] KOV_00002868 at KOV_00003445.
[215] KOV_00002868 at KOV_00003445.
[216] KOV_00002868 at KOV_00003421.

NDTP server is updated to indicate an association between the entity key and the data repository's data location specifier."[217]   When a query is performed for an entity key, the NDTP server "supplies the set of data repositories in which data may be found for that entity."[218]

84.   The oxServers maintain entity key/data location specifier mappings in a string store data structure.[219]   An oxServer is also a network-attached component. [220]   An oxServer has a "network front end [that] is designed to maximize NDTP transaction throughput including concurrent NDTP requests from a single client as well [as] NDTP requests from multiple concurrent client[s]."[221]   The NDTP protocol (which NDTP servers use to communicate with other components, such as NDTP clients) "can be carried over any of a variety of lower lever network transport protocols," such as TCP/IP (Transmission Control Protocol/Internet Protocol), UDP/IP (User Datagram Protocol/Internet Protocol), or Scheduled Transfer (ST).[222]   An NDTP server communicates with NDTP clients over such a network.  For example, "[a]n NDTP client using TCP/IP preferably connects with the NDTP server at an established TCP port number, and then simply writes NDTP request messages through the TCP/IP connection to the server, which then writes NDTP response messages back to the client through the same TCP/IP connection in the reverse direction."[223]

85.   An NDTP server includes a processor (CPU) that is configured to execute software instructions (programming logic) to perform its functions, such as handling NDTP queries (e.g.,

---

[217] KOV_00002868 at KOV_00003421.
[218] KOV_00002868 at KOV_00003421.
[219] KOV_00002868 at KOV_00003430–KOV_00003431.
[220] KOV_00002868 at KOV_00003420 ("An 'NDTP server' or a 'server' is a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to NDTP request messages from NDTP clients.").
[221] KOV_00002868 at KOV_00003428.
[222] KOV_00002868 at KOV_00003429–KOV_00003430.
[223] KOV_00002868 at KOV_00003429.

GET, PUT, DEL, RDR).[224]  A person of ordinary skill in the art would understand NDTP server are application servers that provide a service implemented in software (*i.e.*, computer readable instructions executed on processing hardware).

86.     Different portions of identifier/data location mappings are distributed among and stored in the NDTP servers.  The '222 patent discloses that "[t]he NDTP server organization also allows NDTP servers to be combined in various ways to build server constellations that offer arbitrary server performance scalability and administrative control of the location of *portions* of the identifier/data location relationship mappings."[225]  The '222 application explains that "[t]he important point of this topology is pushing processing emphasis toward clients (not shown) rather than toward servers 120a,b," and that "[s]uch protocol design has scale implications as the number of participating machines/mechanisms increases, since it *distributes aggregate processing*."[226]

87.     NDTP supports the use of a "redirection" mechanisms that enable cluster topologies.[227]  One such mechanism involves the NDTP server returning an NDTP_RDR_RSP message in response to an NDTP request for which the NDTP server "has no ownership of the supplied identifier string."[228]  In one variant of this mechanism, the NDTP server and client will be programmed with a well-known function, and the NDTP_RDR_RSP message will include a table of location strings for other NDTP servers.[229]  The appropriate NDTP server is selected by the client from the table by applying the well-known function to the identifier strings and using the function result as an index to the table.[230]

---

[224] KOV_00002868 at KOV_00003430 (describing CPU overhead and consumption).
[225] KOV_00002868 at KOV_00003441 (emphasis added).
[226] KOV_00002868 at KOV_00003444 (emphasis added).
[227] KOV_00002868 at KOV_00003437.
[228] KOV_00002868 at KOV_00003438.
[229] KOV_00002868 at KOV_00003438.
[230] KOV_00002868 at KOV_00003438–KOV_00003439.

██████████████

88.    The NDTP server redirection mechanism permits for construction of NDTP server clusters.[231]  For example, a client can as an NDTP server for operations that the client desires to be executed, and if the client doesn't receive the data requested, it will receive a redirection response message (NDTP_RDR_RSP) from the NDTP server it contacted.[232]  The clint then uses the information it receives to ask another NDTP server for operations the client wants to initiate, and a successful response from the second NDTP server is sent to the client without request iterations (or fewer than two).[233]  A person of ordinary skill in the art would understand this to be a flat, non-hierarchical cluster topology.



KOV_00002868 at KOV_00003412

89.    Using the NDTP_RDR_RSP message, NDTP servers indicate that the NDTP server to which a request was directed "does not contain any of the location strings associated with the identifier string supplied in the NDTP request."[234]  Instead, the NDTP_RDR_RSP message contains "all the information required for the originator of the NDTP request," *i.e.*, the NDTP client, "to reissue the original NDTP request" to "a different NDTP server 120b that does have

---

[231] KOV_00002868 at KOV_00003440.
[232] KOV_00002868 at KOV_00003442.
[233] KOV_00002868 at KOV_00003442.
[234] KOV_00002868 at KOV_00003443.

locations strings associated with the identifier string supplied in the NDTP request."[235]  "This information may be an array of NDTP server hosts from which one is selected by applying a well-known function to the identifier string supplied in the NDTP request."[236]  Accordingly, the operation is performed without request iterations (or fewer than two). A person of ordinary skill in the art would understand this to disclose a flat, non-hierarchical cluster topology.

### d.    NDTP Client

90.    The '222 application discloses a system with one or more NDTP clients that initiate NDTP operations.  In the disclosed system, "each operation within NDTP consists of a request message from an NDTP client to an NDTP server, followed by an appropriate response message from the NDTP server to the NDTP client."[237]  Such "client supplied operation request[s]" include: a get request (NDTP_GET) that yields a get response (NDTP_GET_RSP); a put request (NDTP_PUT) that yields a put response (NDTP_PUT_RSP); a delete request (NDTP_DEL) that yields a delete response (NDTP_DEL_RSP).[238]  A client may also receive a "redirection" message from the NDTP server if "the NDTP server has no ownership of the supplied identifier string."[239]

91.    NDTP clients are network-attached components.  NDTP requests may be sent from a single client or from multiple clients (e.g., concurrently) to the oxServer network front end.[240] NDTP clients communicate with NDTP servers using the same types of network connections described above with respect to NDTP servers.  For example, "[a]n NDTP client using TCP/IP preferably connects with the NDTP server at an established TCP port number, and then simply writes NDTP request messages through the TCP/IP connection to the server, which then writes

---

[235] KOV_00002868 at KOV_00003443.
[236] KOV_00002868 at KOV_00003443.
[237] KOV_00002868 at KOV_00003420.
[238] KOV_00002868 at KOV_00003422–KOV_00003423.
[239] KOV_00002868 at KOV_00003423, KOV_0003438.
[240] KOV_00002868 at KOV_00003428.

NDTP response messages back to the client through the same TCP/IP connection in the reverse direction."[241]

92.     NDTP clients are implemented in both hardware and software. The POSA would also understand that clients described in the '222 application include software and hardware in light of the '222 application's description of clients as having hardware features (*e.g.*, "resource management," the ability to store information, the ability to connect to TCP ports, the ability to "transmit" data, etc.) and software features (*e.g.*, "manipulating data," "initiates update or lookup of identifier/location mappings," "learn" information, "perform[]" requests, use TCP/IP to connect to servers, etc.).[242]

### 4.     Request Paths

93.     The '222 application discloses that "[t]here are four operations preferably supported by the protocol," namely "Add a location association to an identifier," "Delete a location association from an identifier," "Get all locations associated with an identifier," and "Provide a redirect instruction to identify an alternative server."[243] A GET request message includes the identifier string for which to get associated location strings; the GET response message includes zero or more strings that are the locations currently associated with the requested identifier; the PUT request message includes the identifier for which to add a location association, as well as a string of the location to add; the PUT response message has no NDTP string; the DEL request message includes an identifier string from which to delete a location association, as well as a string for the location to delete; the DEL response includes no NDTP string; the RDR response includes

---

[241] KOV_00002868 at KOV_00003429.
[242] KOV_00002868 at KOV_00003423, KOV_00003442, KOV_00003429, KOV_00003417, KOV_00003420, KOV_00003429, KOV_00003444.
[243] KOV_00002868 at KOV_00003424.

one or more NDTP strings.[244]  "Each request message 10 sent by a client 12 has a corresponding response message 14 returned by the server 16."[245]  For example, "[a]s shown in FIG. 11, a client 112 consults the server constellation 110 . . . and which returns location strings in response to a client 112 request.  Once the client 112 has the location string for a particular unit of data, the client 112 contacts and retrieves information directly from the data repository 114."[246]

### a. GET Request

94.    The NDTP_GET message contains a single NDTP string, which is the entity key for which associated data locations are requested.[247]  The NDTP_GET_RSP message contains zero or more NDTP strings, which are the data location specifiers associated with the NDTP entity key (*i.e.*, the strings used to specify the data repositories in which data associated with the entity key may be found).[248]  Accordingly, the operation is performed with no request iterations.

95.    To illustrate, an NDTP_GET transaction proceeds as follows: an NDTP client using TCP/IP connects with the NDTP server at an established TCP port number, and then simply writes an NDTP_GET message (containing an entity key for which associated data locations are requested) through the TCP/IP connection to the server (to retrieve data location specifiers associated with the entity key in the request), which then writes an NDTP_GET_RSP response message back to the client through the same TCP/IP connection in the reverse direction (to provide zero or more data location specifiers associated with the entity key in the request).[249]

### b. PUT Request

---

[244] *See* KOV_00002868 at KOV_00003425–KOV_00003426.
[245] KOV_00002868 at KOV_00003424.
[246] KOV_00002868 at KOV_00003442.
[247] KOV_00002868 at KOV_00003427.
[248] KOV_00002868 at KOV_00003427, KOV_00003420–KOV_00003421.
[249] *See* KOV_00002868 at KOV_00003427, KOV_00003429.

96.     The NDTP_PUT message contains two NDTP strings, which are the NDTP entity key and the NDTP data location specifier that is to be associated with the NDTP entity key in an NDTP server.[250]  The NDTP_PUT_RSP message has no NDTP strings, and simply indicates that the requested entity key/data location specifier association was added to the NDTP server.[251]  The requested entity key/data location specifier association is added to the NDTP server in addition to any other associations already maintained by the NDTP server (and if the requested entity key/data location specifier association is already in the NDTP server, the NDTP_PUT still succeeds and results in an NDTP_PUT_RSP).[252]  Accordingly, the operation is performed with no request iterations.

97.     To illustrate, an NDTP_PUT transaction proceeds as follows: an NDTP client using TCP/IP connects with the NDTP server at an established TCP port number, and then simply writes an NDTP_PUT message (containing an entity key and a data location specifier that is to be associated with that entity key) through the TCP/IP connection to the server (to add or update an entity key/data location specifier association), which then writes an NDTP_PUT_RSP response message back to the client through the same TCP/IP connection in the reverse direction (to confirm the addition or update of the entity key/data location specifier association).[253]

### c.     DELETE Request

98.     The NDTP_DEL message contains two NDTP strings, which are the NDTP entity key and the NDTP data location specifier that is to be unassociated with the NDTP entity key.[254]  The NDTP_DEL_RSP message has no NDTP strings, and simply indicates that the requested

---

[250] KOV_00002868 at KOV_00003427.
[251] KOV_00002868 at KOV_00003427.
[252] KOV_00002868 at KOV_00003427–KOV_00003428.
[253] See KOV_00002868 at KOV_00003427, KOV_00003429.
[254] See KOV_00002868 at KOV_00003428.

entity key/data location specifier association was deleted (and if the requested entity key/data location specifier association is not in the NDTP server, the NDTP_DEL still succeeds and results in an NDTP_DEL_RSP).[255] Accordingly, the operation is performed with no request iterations.

99. To illustrate, an NDTP_DEL transaction proceeds as follows: an NDTP client using TCP/IP connects with the NDTP server at an established TCP port number, and then simply writes an NDTP_DEL message (containing an entity key and a data location specifier that is to be unassociated with that entity key) through the TCP/IP connection to the server (to delete an entity key/data location specifier association), which then writes an NDTP_DEL_RSP response message back to the client through the same TCP/IP connection in the reverse direction (to confirm the deletion or update of the entity key/data location specifier association).[256]

### d. REDIRECT Message

100. NDTP supports the use of a "redirection" mechanisms that enable cluster topologies.[257] One such mechanism involves the NDTP server returning an NDTP_RDR_RSP message in response to an NDTP request for which the NDTP server "has no ownership of the supplied identifier string."[258] In one variant of this mechanism, the NDTP server and client will be programmed with a well-known function, and the NDTP_RDR_RSP message will include a table of location strings for other NDTP servers.[259] The appropriate NDTP server is selected by the client from the table by applying the well-known function to the identifier strings and using the function result as an index to the table.[260]

---

[255] *See* KOV_00002868 at KOV_00003427.
[256] *See* KOV_00002868 at KOV_00003427, KOV_00003429.
[257] KOV_00002868 at KOV_00003437.
[258] KOV_00002868 at KOV_00003438.
[259] KOV_00002868 at KOV_00003438.
[260] KOV_00002868 at KOV_00003438–KOV_00003439.

■■■■■■■■■■■■■■

101. A client can ask an NDTP server for operations that the client desires to be executed, and if the client doesn't receive the data requested, it will receive a redirection response message (NDTP_RDR_RSP) from the NDTP server it contacted.[261] The clint then uses the information it receives to ask another NDTP server for operations the client wants to initiate, and a successful response from the second NDTP server is sent to the client without request iterations (or fewer than two).[262]

102. Using the NDTP_RDR_RSP message, NDTP servers indicate that the NDTP server to which a request was directed "does not contain any of the location strings associated with the identifier string supplied in the NDTP request."[263] Instead, the NDTP_RDR_RSP message contains "all the information required for the originator of the NDTP request," *i.e.*, the NDTP client, "to reissue the original NDTP request" to "a different NDTP server 120b that does have locations strings associated with the identifier string supplied in the NDTP request."[264] "This information may be an array of NDTP server hosts from which one is selected by applying a well-known function to the identifier string supplied in the NDTP request."[265] Accordingly, the operation is performed without request iterations (or fewer than two). A person of ordinary skill in the art would understand this to disclose a flat, non-hierarchical cluster topology.

103. To illustrate, an NDTP_GET/PUT/DEL transaction resulting in an NDTP_RDR_RSP message proceeds as follows: an NDTP client using TCP/IP connects with the NDTP server at an established TCP port number, and then simply writes an NDTP_GET/PUT/DEL message (containing an entity key or an entity key and a data location

---

[261] KOV_00002868 at KOV_00003442.
[262] KOV_00002868 at KOV_00003442.
[263] KOV_00002868 at KOV_00003443.
[264] KOV_00002868 at KOV_00003443.
[265] KOV_00002868 at KOV_00003443.

specifier) through the TCP/IP connection to the server, which, if the entity key does not reside on that server, then writes an NDTP_RDR_RSP response message back to the client through the same TCP/IP connection in the reverse direction (which includes the entire server table, which the client can use to calculate the correct NDTP server to query for the data location specifier for the entity key in the request).[266]

## II. DATE OF INVENTION & CONCEPTION AND REDUCTION TO PRACTICE

### A. U.S. Patent No. 7,233,978

#### 1. Claim 3

##### a. Claim 1pre: A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising:

104. I understand the preamble of claim 1 has not been construed to be limiting. Nevertheless, the inventors conceived of and then reduced to practice "[a] system having a plurality of location servers for managing location information and providing location information to location queries."

###### i. Conception by October 28, 1999

105. The inventors conceived of this claim element by October 28, 1999.

106. The inventors conceived of a system (called the "OverX distributed database"), which includes plurality of OxServers for managing entity key/data location specifier mappings and providing entity key/data location specifier mappings in response to requests for the location of data.[267]

---

[266] *See* KOV_00002868 at KOV_00003427, KOV_00003429, KOV_00003437, KOV_00003438, KOV_00003439, KOV_00003442, KOV_00003443.
[267] *See* Sections I.A.1–I.A.5, *supra.*

107.     The oxServer is a "location server," *i.e.*, "a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to location request messages from clients."[268]     The oxServer is a network-attached component[269] that maintains a set of entity key/data location specifier mappings[270] that are modified (*e.g.*, added or deleted through a PUT or DEL operation)[271] or returned (*e.g.*, through a GET operation)[272] in response to request messages from NDTP clients[273].

108.     The entity key satisfies the parties' agreed construction of "identifier," *i.e.*, "a unique encoding that identifies an individual entity, and with which zero or more location strings are associated in a location server."[274]     An entity key is "a unique string used to refer to an entity about which a distributed database query is performed."[275]     Entity keys are unique; the oxServer treats entity keys as an encoded "unstructured stream of octets, which is assumed to be unique to a particular entity."[276]     Entity keys are associated with zero or more data location specifiers ("location strings) in an oxServer ("location server").[277]

109.     The data location specifier satisfies the parties' agreed construction of "location," *i.e.*, "an encoding that is a member of a set of associations with an identifier in a location server, and that specifies where data pertaining to the entity identified by the identifier is stored."[278]     A data location specifier is "a string used to specify a data repository in which data associated with

---

[268] Dkt. 484.

[269] *See* Section I.A.4.b, *supra*.

[270] *See* Section I.A.4.b, *supra*.

[271] *See* Sections I.A.5.a and I.A.5.c, *supra*.

[272] *See* Section I.A.5.b, *supra*.

[273] *See* Section I.A.4.c, *supra*.

[274] Dkt. 382, Ex. B.

[275] *See* Section I.A.3, *supra*.

[276] KOV_00002119 at KOV_0002119; *see* Section I.A.3, *supra*.

[277] *See* Section I.A.4.b, *supra*.

[278] Dkt. 382, Ex. B.

a particular entity may be found."[279]  Data location specifiers (or "location specifiers" for short) are also treated by oxServers as encoded "unstructured streams of octets."[280]  A data location specifier is a member of a set of associations with an entity key ("identifier") in an oxServer ("location server").[281]  Data location specifiers specify where data pertaining to the entity identified by the identifier is stored, *i.e.*, they are "used to specify a data repository in which data associated with a particular entity may be found."[282]

110.    The data in the repository satisfies the Court's construction of "data pertaining to the entity," *i.e.*, "data pertaining to a person or thing (real, digital, or abstract) distinct from that data."[283]  The oxServer uses the NDTP protocol "to efficiently track the location of data *associated with* each individual entity in a distributed database."[284]  An entity's data may be stored in one or more particular repositories, thus associations between each entity key and the location specifiers of the data repositories where data for the corresponding entity key is stored are maintained in oxServers.[285]  Accordingly, "[w]hen a query is performed for an entity key, the oxServer supplies the set of data repositories in which data may be found for that entity key," which pertains to an entity distinct from the data.[286]

111.    The NDTP client satisfies the Court's construction of "client," *i.e.*, "a network-attached component (which may be software or hardware) that initiates update or lookup of identifier/location mappings from a location server with location request messages."[287]  The NDTP

---

[279] *See* Section I.A.3, *supra*.
[280] KOV_00002119 at KOV_0002120; *see* Section I.A.3, *supra*.
[281] *See* analysis *supra*; *see also* Section I.A.4.b, *supra*.
[282] *See* Section I.A.3, *supra*.
[283] Dkt. 484.
[284] KOV_00002119 at KOV_0002119 (emphasis added); *see* Section I.A.4.b, *supra*.
[285] KOV_00002119 at KOV_0002120; *see* Section I.A.4.a, *supra*.
[286] KOV_00002119 at KOV_0002120; *see* Section I.A.4.a, *supra*.
[287] Dkt. 484.

client is a network-attached component (which may be software or hardware).[288] NDTP clients initiate update (*e.g.*, PUT or DEL operations) or lookup (*e.g.*, GET operations) of identifier/location mappings from a location server (e.g., entity key/data location specifier mappings from an oxServer)[289] with location request messages (*e.g.*, GET, PUT, DEL)[290].

112.     The entity key and data location specifier satisfy the Court's construction of "location information," *i.e.*, "one or more identifiers and their associated locations." As explained above, the entity key is an "identifier," and the data location specifier is a "location." As also explained above, entity keys are associated with data location specifiers in the oxServer (NDTP server).

### ii.     Constructive reduction to practice by June 2, 2000 ('070 application)

113.     The inventors constructively reduced their invention to practice by June 2, 2000 based on the filing of Provisional Application Serial No. 60/209,070 ("the '070 application").

114.     The '070 application discloses a system (called "OverX Distributed Database Technology (OXDDT)"), which includes plurality of servers (called "NDTP servers" or "oxServers") for managing entity key/data location specifier mappings and providing entity key/data location specifier mappings in response to requests for the location of data. [291]

115.     The oxServer is a "location server," *i.e.*, "a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to location request messages from clients."[292] The oxServer is a network-attached component[293] that

---

[288] *See* Section I.A.4.c, *supra*.
[289] *See* Sections I.A.4.b and I.A.4.c, *supra*.
[290] *See* Sections I.A.4.c and I.A.5, *supra*.
[291] *See* Sections I.B.1–I.B.5, *supra*.
[292] Dkt. 484.
[293] *See* Section I.B.3.c, *supra*.

maintains a set of entity key/data location specifier mappings[294] that are modified (*e.g.*, added or deleted through a PUT or DEL operation)[295] or returned (*e.g.*, through a GET operation)[296] in response to request messages from NDTP (or OXDDT) clients[297].

116. The entity key satisfies the parties' agreed construction of "identifier," *i.e.*, "a unique encoding that identifies an individual entity, and with which zero or more location strings are associated in a location server."[298] An entity key is "a unique string used to refer to an entity about which a distributed database query is performed."[299] Entity keys are unique; the oxServer treats entity keys as an encoded "unstructured stream of octets, which is assumed to be unique to a particular entity."[300] Entity keys are associated with zero or more data location specifiers ("location strings") in an oxServer ("location server").[301]

117. The data location specifier satisfies the parties' agreed construction of "location," *i.e.*, "an encoding that is a member of a set of associations with an identifier in a location server, and that specifies where data pertaining to the entity identified by the identifier is stored."[302] A data location specifier is "a string used to specify a data repository in which data associated with a particular entity may be found."[303] Data location specifiers (or "location specifiers" for short) are also treated by oxServers as encoded "unstructured streams of octets."[304] A data location specifier is a member of a set of associations with an entity key ("identifier") in an oxServer

---

[294] *See* Section I.B.3.c, *supra*.

[295] *See* Sections I.B.4.b and I.B.4.c, *supra*.

[296] *See* Section I.B.4.a, *supra*.

[297] *See* Section I.B.3.d, *supra*.

[298] Dkt. 382, Ex. B.

[299] *See* Section I.B.2, *supra*.

[300] KOV_00000738 at KOV_00000758; *see* Section I.B.2, *supra*.

[301] *See* Section I.B.3.c, *supra*.

[302] Dkt. 382, Ex. B.

[303] *See* Section I.B.2, *supra*.

[304] KOV_00000738 at KOV_00000758; *see* Section I.B.2, *supra*.

("location server").[305]   Data location specifiers specify where data pertaining to the entity identified by the identifier is stored, *i.e.*, they are "used to specify a data repository in which data associated with a particular entity may be found."[306]

118.   The data in the repository satisfies the Court's construction of "data pertaining to the entity," *i.e.*, "data pertaining to a person or thing (real, digital, or abstract) distinct from that data."[307]  The oxServer uses the NDTP protocol to "track the location of data *associated with* each individual entity in a distributed database."[308]   An entity's data may be stored in one or more particular repositories, thus associations between each entity key and the location specifiers of the data repositories where data for the corresponding entity key is stored are maintained in oxServers.[309]  Accordingly, "[w]hen a query is performed for an entity key, the oxServer supplies the set of data repositories in which data may be found for that entity key," which pertains to an entity distinct from the data.[310]

119.   The NDTP client satisfies the Court's construction of "client," *i.e.*, "a network-attached component (which may be software or hardware) that initiates update or lookup of identifier/location mappings from a location server with location request messages."[311]  The NDTP client is a network-attached component (which may be software or hardware).[312]   NDTP clients initiate update (*e.g.*, PUT or DEL operations) or lookup (*e.g.*, GET operations) of

---

[305] *See* analysis *supra*; *see also* Section I.B.3.c, *supra*.
[306] *See* Section I.B.2, *supra*.
[307] Dkt. 484.
[308] KOV_00000738 at KOV_00000758 (emphasis added); *see* Section I.B.3.c, *supra*.
[309] KOV_00000738 at KOV_00000758–KOV_00000759; *see* Section I.B.3.b, *supra*.
[310] KOV_00000738 at KOV_00000758–KOV_00000759; *see* Section I.B.3.b, *supra*.
[311] Dkt. 484.
[312] *See* Section I.B.3.d, *supra*.

identifier/location mappings from a location server (*e.g.*, entity key/data location specifier mappings from an oxServer)[313] with location request messages (*e.g.*, GET, PUT, DEL)[314].

120.    The entity key and data location specifier satisfy the Court's construction of "location information," *i.e.*, "one or more identifiers and their associated locations." As explained above, the entity key is an "identifier," and the data location specifier is a "location." As also explained above, entity keys are associated with data location specifiers in the oxServer (NDTP server).

121.    The POSA would have been able to practice the invention based on the teachings of the '070 application without undue experimentation. For example, the '070 application details exemplary structures and ways to organize the NDTP protocol that can be used to practice the claimed invention.[315] The '070 application also explains how to use the NDTP to track the location of data associated with individual entities using entity keys and data location specifiers.[316] Additionally, the '070 application explains to a POSA the structure and function of identifier strings such that a POSA would have been able to practice the claimed invention.[317] The '070 application further explains the "General NDTP Mechanics," including how to design and structure implementations of the NDTP to achieve maximum transaction rates and to accommodate existing machine architectures.[318] This includes how to encode information and structure NDTP messages to optimize performance, conform to networking standards, overcome network latency, and reduce cost.[319] The '070 application also explains the NDTP protocol

---

[313] *See* Sections I.B.3.c and I.B.3.d, *supra*.
[314] *See* Sections I.B.3.d and I.B.4, *supra*.
[315] KOV_00000738 at KOV_00000759–0000761.
[316] KOV_00000738 at KOV_00000758–KOV_00000759.
[317] KOV_00000738 at KOV_00000758–KOV_00000759 (providing examples).
[318] KOV_00000738 at KOV_00000759–KOV_00000760.
[319] KOV_00000738 at KOV_00000759–KOV_00000764.

structure and how to format specific types of NDTP messages for adding, deleting, and requesting location information, including NDTP_GET, NDTP_GET_RSP, NDTP_PUT, NDTP_PUT_RSP, NDTP_DEL, NDTP_DEL_RSP, and NDTP_RDR_RSP messages.[320] The '070 application also explains how to implement redirect mechanisms, including by identifying exemplary distribution functions and redirection techniques.[321] The '070 application also explains how to implement NDTP over known types of lower-level network transport protocols, including TCP/IP and UDP/IP, and how to handle query processing, update processing, multiple connections, TCP mapping, UDP mapping, congestion avoidance, and server redirection.[322] The '070 application also describes how to achieve transaction rate and capacity scaling to achieve large scale implementations of the system.[323] It also provides details for testing and evaluating performance.[324]

### iii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

122.   The inventors constructively reduced their invention to practice by September 13, 2000, based on the filing of Application Serial No. 09/661,222 ("the '222 application").

123.   The '222 application discloses a system using a "Network Distributed Tracking Protocol (NDTP)," which includes plurality of servers (called "NDTP servers") for managing entity key/data location specifier mappings and providing entity key/data location specifier mappings in response to requests for the location of data.[325]

---

[320] KOV_00000738 at KOV_00000759–KOV_00000761.
[321] KOV_00000738 at KOV_00000759, KOV_00000761, KOV_00000770, KOV_00000771.
[322] KOV_00000738 at KOV_00000764–KOV_00000766.
[323] KOV_00000738 at KOV_00000766–KOV_00000771.
[324] KOV_00000738 at KOV_00000768–KOV_00000769.
[325] *See* Sections I.C.1–I.C.4, *supra*.

124. The NDTP server is a "location server," *i.e.*, "a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to location request messages from clients."[326] The NDTP server is a network-attached component[327] that maintains a set of entity key/data location specifier mappings[328] that are modified (*e.g.*, added or deleted through a PUT or DEL operation)[329] or returned (*e.g.*, through a GET operation)[330] in response to request messages from NDTP clients[331]. The '222 application also discloses that an "NDTP server" or "server" is "a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to NDTP request messages from NDTP clients."[332]

125. The entity key satisfies the parties' agreed construction of "identifier," *i.e.*, "a unique encoding that identifies an individual entity, and with which zero or more location strings are associated in a location server."[333] An entity key is "a unique string used to refer to an entity about which a distributed query is performed."[334] Entity keys are unique; the NDTP treats entity keys as an encoded "unstructured stream of octets, which is assumed to be unique to a particular entity."[335] Entity keys are associated with zero or more data location specifiers ("location strings") in an NDTP server ("location server").[336] The '222 application also states that an "identifier

---

[326] Dkt. 484.
[327] *See* Section I.C.3.c, *supra*.
[328] *See* Section I.C.3.c, *supra*.
[329] *See* Sections I.C.4.b and I.C.4.c, *supra*.
[330] *See* Section I.C.4.a, *supra*.
[331] *See* Section I.C.3.d, *supra*.
[332] KOV_00002868 at KOV_00003420; *see also* Section I.C.2, *supra*.
[333] Dkt. 382, Ex. B.
[334] *See* Section I.C.2, *supra*.
[335] KOV_00002868 at KOV_00003420; *see* Section I.C.2, *supra*.
[336] *See* Section I.C.3.c, *supra*.

string" or "identifier" is "a unique string with which zero or more location strings are associated in an NDTP server."[337] An entity key is such an identifier.

126.    The data location specifier satisfies the parties' agreed construction of "location," *i.e.*, "an encoding that is a member of a set of associations with an identifier in a location server, and that specifies where data pertaining to the entity identified by the identifier is stored."[338] A data location specifier is "a string used to specify a data repository in which data associated with a particular entity may be found."[339] Data location specifiers (or "location specifiers" for short) are also treated by NDTP servers as encoded "unstructured streams of octets."[340] A data location specifier is a member of a set of associations with an entity key ("identifier") in an NDTP server ("location server").[341] Data location specifiers specify where data pertaining to the entity identified by the identifier is stored, *i.e.*, they are "used to specify a data repository in which data associated with a particular entity may be found."[342] The '222 application also discloses that a "data location" or "location" is "a string that is a member of a set of strings associated with an identifier string in an NDTP server."[343] The data location specifier is such a location or data location.

127.    The data in the repository satisfies the Court's construction of "data pertaining to the entity," *i.e.*, "data pertaining to a person or thing (real, digital, or abstract) distinct from that data."[344] The NDTP server uses the NDTP protocol and "tracks the location of data *associated*

---

[337] KOV_00002868 at KOV_00003420.
[338] Dkt. 382, Ex. B.
[339] *See* Section I.C.2, *supra*.
[340] KOV_00002868 at KOV_00003421; *see* Section I.C.2, *supra*.
[341] *See* analysis *supra*; *see also* Section I.C.3.c, *supra*.
[342] *See* Section I.C.2, *supra*.
[343] KOV_00002868 at KOV_00003420; *see* Section I.C.2, *supra*.
[344] Dkt. 484.

███████████

*with* each individual entity in a distributed data collection."[345]  An entity's data may be stored in one or more particular repositories, thus associations between each entity key and the location specifiers of the data repositories where data for the corresponding entity key is stored are maintained in NDTP server.[346]  Accordingly, "[w]hen a query is performed for an entity key, the oxServer supplies the set of data repositories in which data may be found for that entity key," which pertains to an entity distinct from the data.[347]

128.    The NDTP client satisfies the Court's construction of "client," *i.e.*, "a network-attached component (which may be software or hardware) that initiates update or lookup of identifier/location mappings from a location server with location request messages."[348]  For starters, the '222 application discloses that an "NDTP client" or "client" is "a network-attached component that initiates update or lookup of identifier/location mappings from an NDTP server with NDTP request messages."[349]  The NDTP client is a network-attached component (which may be software or hardware).[350]  NDTP clients initiate update (*e.g.*, PUT or DEL operations) or lookup (*e.g.*, GET operations) of identifier/location mappings from a location server (*e.g.*, entity key/data location specifier mappings from an oxServer)[351] with location request messages (*e.g.*, GET, PUT, DEL)[352].

129.    The entity key and data location specifier satisfy the Court's construction of "location information," *i.e.*, "one or more identifiers and their associated locations."  As explained

---

[345] KOV_00002868 at KOV_00003420 (emphasis added); *see* Section I.C.2, *supra*.
[346] KOV_00002868 at KOV_00003421; *see* Section I.C.3.b, *supra*.
[347] KOV_00002868 at KOV_00003421; *see* Section I.C.3.b, *supra*.
[348] Dkt. 484.
[349] KOV_00002868 at KOV_00003420; *see* Section I.C.2, *supra*.
[350] *See* Section I.C.3.d, *supra*.
[351] *See* Sections I.C.3.c and I.C.3.d, *supra*.
[352] *See* Sections I.C.3.d and I.C.4, *supra*.

above, the entity key is an "identifier," and the data location specifier is a "location." As also explained above, entity keys are associated with data location specifiers in the NDTP server.

130. The POSA would have been able to practice the invention based on the teachings of the '222 application without undue experimentation. For example, the '222 application details exemplary structures and ways to organize the NDTP protocol that can be used to practice the claimed invention.[353] The '222 application also explains how to use the NDTP to track the location of data associated with individual entities using entity keys and data location specifiers.[354] Additionally, the '222 application explains to a POSA the structure and function of identifier strings such that a POSA would have been able to practice the claimed invention.[355] The '222 application further explains the "General NDTP Mechanics," including how to design and structure implementations of the NDTP to achieve maximum transaction rates and to accommodate existing machine architectures.[356] This includes how to encode information and structure NDTP messages to optimize performance, conform to networking standards, overcome network latency, and reduce cost.[357] The '222 application also explains the NDTP protocol structure and how to format specific types of NDTP messages for adding, deleting, and requesting location information, including NDTP_GET, NDTP_GET_RSP, NDTP_PUT, NDTP_PUT_RSP, NDTP_DEL, NDTP_DEL_RSP, and NDTP_RDR_RSP messages.[358] The '222 application also explains how to implement redirect mechanisms, including by identifying exemplary distribution functions and redirection techniques.[359] The '222 application also explains how to implement

---

[353] KOV_00002868 at KOV_00003407–3410 (Figs. 1–9b).
[354] KOV_00002868 at KOV_00003420–KOV_00003421.
[355] KOV_00002868 at KOV_00003420–KOV_00003421 (providing examples).
[356] KOV_00002868 at KOV_00003421–KOV_00003424.
[357] KOV_00002868 at KOV_00003421–KOV_00003424.
[358] KOV_00002868 at KOV_00003424–KOV_00003428.
[359] KOV_00002868 at KOV_00003437–KOV_00003446.

NDTP over known types of lower-level network transport protocols, including TCP/IP and UDP/IP, and how to handle query processing, update processing, multiple connections, TCP mapping, UDP mapping, congestion avoidance, and server redirection.[360] It also explains the benefits and impacts of using new hardware accelerated transport technology as a substitute for TCP.[361] The '222 application also describes multiple server network topologies and client- and server-centric approaches that support the NDTP functionality of the claimed inventions, for example, as shown in Figures 10-13.[362] It also provides details for implementing security features, including types of security conventions that provide relevant capabilities for supporting NDTP.[363]

> **b.** **Claim 1a: a first location server containing a first set of location information corresponding to at least one entity, the location information comprising an identifier and at least one location string associated with the identifier, wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity**

### i. Conception by October 28, 1999

131. The OverX technology includes a plurality of oxServers.[364] As explained above, oxServers are "location servers."[365] One of the plurality of oxServers is a "first location server." Each oxServer contains a set of entity key/data location identifier mappings ("a first set of location information corresponding to at least one entity").[366] The location information comprises an entity key ("identifier") and at least one data location string associated with the entity key ("at least one

---

[360] KOV_00002868 at KOV_00003428–KOV_00003441.

[361] KOV_00002868 at KOV_00003446–KOV_00003447.

[362] KOV_00002868 at KOV_00003411–KOV_00003413, KOV_00003441–KOV_00003446.

[363] KOV_00002868 at KOV_00003446.

[364] *See* Section I.A.4.b, *supra*.

[365] *See* claim 1pre of the '978 patent.

[366] *See* claim 1pre of the '978 patent; *see also* Sections I.A.3 and I.A.4.b, *supra*.

location string associated with the identifier").[367] The entity key ("identifier") identifies an entity and the data location string ("location string") specifies a location of data pertaining to the entity.[368]

### ii. Constructive reduction to practice by June 2, 2000 ('070 application)

132.     The disclosed system includes a plurality of oxServers.[369] As explained above, oxServers are "location servers."[370] One of the plurality of oxServers is a "first location server." Each oxServer contains a set of entity key/data location identifier mappings ("a first set of location information corresponding to at least one entity").[371] The location information comprises an entity key ("identifier") and at least one data location string associated with the entity key ("at least one location string associated with the identifier").[372] The entity key ("identifier") identifies an entity and the data location string ("location string") specifies a location of data pertaining to the entity.[373]

133.     The POSA would have been able to practice the invention based on the teachings of the '070 application without undue experimentation.[374]

### iii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

134.     The disclosed system includes a plurality of NDTP servers.[375] As explained above, NDTP servers are "location servers."[376] One of the plurality of NDTP servers is a "first location server." Each NDTP server contains a set of entity key/data location identifier mappings ("a first

---

[367] *See* claim 1pre of the '978 patent; *see also* Sections I.A.3 and I.A.4.b, *supra*.
[368] *See* claim 1pre of the '978 patent; *see also* Sections I.A.3 and I.A.4.b, *supra*.
[369] *See* Section I.B.3.c, *supra*.
[370] *See* claim 1pre of the '978 patent.
[371] *See* claim 1pre of the '978 patent; *see also* Sections I.B.2 and I.B.3.c, *supra*.
[372] *See* claim 1pre of the '978 patent; *see also* Sections I.B.2 and I.B.3.c, *supra*.
[373] *See* claim 1pre of the '978 patent; *see also* Sections I.B.2 and I.B.3.c, *supra*.
[374] *See* claim 1pre of the '978 patent, *supra*.
[375] *See* Section I.C.3.c, *supra*.
[376] *See* claim 1pre of the '978 patent.

set of location information corresponding to at least one entity").[377]  The location information comprises an entity key ("identifier") and at least one data location string associated with the entity key ("at least one location string associated with the identifier").[378]  The entity key ("identifier") identifies an entity and the data location string ("location string") specifies a location of data pertaining to the entity.[379]

135.    The POSA would have been able to practice the invention based on the teachings of the '222 application without undue experimentation.[380]

> **c.    Claim 1b:  a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first set of location information; and**
>
> **i.    Conception by October 28, 1999**

136.    As explained above, the OverX technology includes a plurality of oxServers ("location servers").[381]  A second oxServer in the plurality constitutes a "second location server." As also explained above, each oxServer comprises a set of location information.[382]  Thus the second oxServer comprises a second set of location information.

137.    In order to achieve high transaction rate throughput while overcome processing and network performance limitations, OverX technology distributes entity key/data location specifier mappings across multiple oxServer instances running on different machines.[383]  Distributing the mappings across more oxServers can improve the query rate performance of the system.[384]  In

---

[377] *See* claim 1pre of the '978 patent; *see also* Sections I.C.2 and I.C.3.c, *supra*.
[378] *See* claim 1pre of the '978 patent; *see also* Sections I.C.2 and I.C.3.c, *supra*.
[379] *See* claim 1pre of the '978 patent; *see also* Sections I.C.2 and I.C.3.c, *supra*.
[380] *See* claim 1pre of the '978 patent, *supra*.
[381] See claim 1a of the '978 patent, *supra*.
[382] See claim 1a of the '978 patent, *supra*.
[383] *See* Section I.A.4.b, *supra*.
[384] *See* Section I.A.4.b, *supra*.

other words, the oxServers share an aggregate set of entity key/data location specifier mappings distributed among them such that at least a portion of the second set of location information differs from the first set of location information.

138.    The "redirection" mechanism is further evidence that at least a portion of the entity key/data location specifier mappings on one oxServer is different than those on another.    The redirection mechanism is used when an oxServer does not have the entity key/data location specifier mapping sought by the client's request, in order to direct the client to the oxServer that does have it.[385]

### ii.    Constructive reduction to practice by June 2, 2000 ('070 application)

139.    As explained above, the disclosed system includes a plurality of oxServers ("location servers").[386]    A second oxServer in the plurality constitutes a "second location server." As also explained above, each oxServer comprises a set of location information.[387]    Thus the second oxServer comprises a second set of location information.

140.    In order to achieve high transaction rate throughput while overcome processing and network performance limitations, the disclosed system distributes entity key/data location specifier mappings across multiple oxServer instances running on different machines.[388]    Distributing the mappings across more oxServers can improve the query rate performance of the system.[389]    In other words, the oxServers share an aggregate set of entity key/data location specifier mappings distributed among them such that at least a portion of the second set of location information differs from the first set of location information.

---

[385] *See* Sections I.A.4.b and I.A.5.d, *supra*.
[386] See claim 1a of the '978 patent, *supra*.
[387] See claim 1a of the '978 patent, *supra*.
[388] *See* Section I.B.3.c, *supra*.
[389] *See* Section I.B.3.c, *supra*.

141.    The "redirection" mechanism is further evidence that at least a portion of the entity key/data location specifier mappings on one oxServer is different than those on another.  The redirection mechanism is used when an oxServer does not have the entity key/data location specifier mapping sought by the client's request, in order to direct the client to the oxServer that does have it.[390]

### iii.    Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

142.    As explained above, the disclosed system includes a plurality of NDTP servers ("location servers").[391]  A second NDTP server in the plurality constitutes a "second location server."  As also explained above, each oxServer comprises a set of location information.[392]  Thus the second NDTP server comprises a second set of location information.

143.    In order to provide arbitrary scalability, the disclosed system distributes "portions" of entity key/data location specifier mappings across multiple NDTP servers instances running on different machines.[393]    Distributing the mappings across more NDTP servers "has scale implications as the number of participating machines/mechanisms increases, since it *distributes aggregate processing*."[394]   In other words, the NDTP servers share an aggregate set of entity key/data location specifier mappings distributed among them such that at least a portion of the second set of location information differs from the first set of location information.

144.    The "redirection" mechanism is further evidence that at least a portion of the entity key/data location specifier mappings on one NDTP server is different than those on another.  The redirection mechanism is used when an NDTP server does not have the entity key/data location

---

[390] *See* Sections I.B.3.c and I.B.4.d, *supra*.
[391] See claim 1a of the '978 patent, *supra*.
[392] See claim 1a of the '978 patent, *supra*.
[393] *See* Section I.C.3.c, *supra*.
[394] *See* Section I.C.3.c, *supra*.

specifier mapping sought by the client's request, in order to direct the client to the NDTP server that does have it.[395]

> **d.** **Claim 1c: programming logic stored on each of the location servers responsive to a location query identifying a desired entity to return a location message, the location message comprising at least one location of data pertaining to the desired entity, if the location server receiving the location query contains location information for the desired entity.**

### i. Conception by October 28, 1999

145. The oxServer stores programming logic that runs on hardware to perform its functions, including receiving and responding to requests from NDTP clients.[396] An oxServer is programmed to receive requests from NDTP clients (*e.g.*, GET, PUT, DEL requests) that include an entity key that identifies a desired entity for which data location specifier is to be retrieved, stored, or deleted, etc. [397] Responsive to a GET request, the oxServer is programmed to return a message (a "location message") containing a data location specifier corresponding to the entity key in the request ("location of data pertaining to the desired entity"), if the oxServer contains the entity key/data location specifier mapping for that entity key.[398] If the oxServer that received the request does not have the entity key/data location specifier mapping, it is programmed to return a redirect message instead.[399]

### ii. Constructive reduction to practice by June 2, 2000 ('070 application)

146. The oxServer stores programming logic that runs on hardware to perform its functions, including receiving and responding to requests from NDTP clients.[400] An oxServer is

---

[395] *See* Sections I.C.3.c and I.C.4.d, *supra*.
[396] *See* Section I.A.4.b, *supra*.
[397] *See* Sections I.A.3 and I.A.5; *see* claim 1pre of the '978 patent, *supra*.
[398] *See* Sections I.A.3 and I.A.5; *see* claim 1pre of the '978 patent, *supra*.
[399] *See* Sections I.A.3 and I.A.5; *see* claim 1pre of the '978 patent, *supra*.
[400] *See* Section I.B.3.c, *supra*.

programmed to receive requests from NDTP clients (*e.g.*, GET, PUT, DEL requests) that include an entity key that identifies a desired entity for which data location specifier is to be retrieved, stored, or deleted, etc. [401] Responsive to a GET request, the oxServer is programmed to return a message (a "location message") containing a data location specifier corresponding to the entity key in the request ("location of data pertaining to the desired entity"), if the oxServer contains the entity key/data location specifier mapping for that entity key.[402] If the oxServer that received the request does not have the entity key/data location specifier mapping, it is programmed to return a redirect message instead.[403]

### iii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

147. The NDTP server stores programming logic that runs on hardware to perform its functions, including receiving and responding to requests from NDTP clients.[404] An NDTP server is programmed to receive requests from NDTP clients (*e.g.*, GET, PUT, DEL requests) that include an entity key that identifies a desired entity for which data location specifier is to be retrieved, stored, or deleted, etc. [405] Responsive to a GET request, the NDTP server is programmed to return a message (a "location message") containing a data location specifier corresponding to the entity key in the request ("location of data pertaining to the desired entity"), if the NDTP server contains the entity key/data location specifier mapping for that entity key.[406] If the NDTP server that received the request does not have the entity key/data location specifier mapping, it is programmed to return a redirect message instead.[407]

---

[401] *See* Sections I.B.2 and I.B.4; *see* claim 1pre of the '978 patent, *supra*.
[402] *See* Sections I.B.2 and I.B.4; *see* claim 1pre of the '978 patent, *supra*.
[403] *See* Sections I.B.2 and I.B.4; *see* claim 1pre of the '978 patent, *supra*.
[404] *See* Section I.C.3.c, *supra*.
[405] *See* Sections I.C.2 and I.C.4; *see* claim 1pre of the '978 patent, *supra*.
[406] *See* Sections I.C.2 and I.C.4; *see* claim 1pre of the '978 patent, *supra*.
[407] *See* Sections I.C.2 and I.C.4; *see* claim 1pre of the '978 patent, *supra*.

e.

e. **Claim 3: The system of claim 1, wherein the programming logic further comprises logic responsive to the location query to return one of a location message or a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a location server known to have location information relevant to the location query.**

### i. Conception by October 28, 1999

148. The oxServer is programmed to receive requests from NDTP clients (*e.g.*, GET, PUT, DEL requests) that include an entity key that identifies a desired entity for which data location specifier is to be retrieved, stored, or deleted, etc. [408] Responsive to a GET request, the oxServer is programmed to return either an NDTP_GET_RSP response message (a "location message") containing a data location specifier corresponding to the entity key in the request ("location of data pertaining to the desired entity"), if the oxServer contains the entity key/data location specifier mapping for that entity key,[409] or it will return an NDTP_RDR_RSP (redirect message) if the oxServer that received the request does not have the entity key/data location specifier mapping.[410] The redirect message includes a table of oxServers that the client can use to determine which other oxServer it should query for the desired data location specifier corresponding to the entity key in the original request.[411] The NDTP client can use the server table to find the correct oxServer (the one that has the desired data location specifier) based upon a distribution function computed from the entity key.[412]

---

[408] *See* Sections I.A.3 and I.A.5; *see* claim 1pre of the '978 patent, *supra*.
[409] *See* Sections I.A.3 and I.A.5; *see* claim 1pre of the '978 patent, *supra*.
[410] *See* Sections I.A.3, I.A.4.b, and I.A.5; *see* claim 1pre of the '978 patent, *supra*.
[411] *See* Sections I.A.3, I.A.4.b, and I.A.5; *see* claim 1pre of the '978 patent, *supra*.
[412] *See* Sections I.A.3, I.A.4.b, and I.A.5; *see* claim 1pre of the '978 patent, *supra*.

██████████████████

### ii. Constructive reduction to practice by June 2, 2000 ('070 application)

149.     The oxServer is programmed to receive requests from NDTP clients (*e.g.*, GET, PUT, DEL requests) that include an entity key that identifies a desired entity for which data location specifier is to be retrieved, stored, or deleted, etc. [413] Responsive to a GET request, the oxServer is programmed to return either an NDTP_GET_RSP response message (a "location message") containing a data location specifier corresponding to the entity key in the request ("location of data pertaining to the desired entity"), if the oxServer contains the entity key/data location specifier mapping for that entity key,[414] or it will return an NDTP_RDR_RSP (redirect message) if the oxServer that received the request does not have the entity key/data location specifier mapping.[415]   The redirect message includes a table of oxServers that the client can use to determine which other oxServer it should query for the desired data location specifier corresponding to the entity key in the original request.[416]   The NDTP client can use the server table to find the correct oxServer (the one that has the desired data location specifier) based upon a distribution function computed from the entity key.[417]

### iii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

150.     The NDTP server is programmed to receive requests from NDTP clients (*e.g.*, GET, PUT, DEL requests) that include an entity key that identifies a desired entity for which data location specifier is to be retrieved, stored, or deleted, etc. [418] Responsive to a GET request, the NDTP server is programmed to return either an NDTP_GET_RSP response message (a "location

---

[413] *See* Sections I.B.2 and I.B.4; *see* claim 1pre of the '978 patent, *supra*.
[414] *See* Sections I.B.2 and I.B.4; *see* claim 1pre of the '978 patent, *supra*.
[415] *See* Sections I.B.2, I.B.3.c, and I.B.4; *see* claim 1pre of the '978 patent, *supra*.
[416] *See* Sections I.B.2, I.B.3.c, and I.B.4; *see* claim 1pre of the '978 patent, *supra*.
[417] *See* Sections I.B.2, I.B.3.c, and I.B.4; *see* claim 1pre of the '978 patent, *supra*.
[418] *See* Sections I.C.2 and I.C.4; *see* claim 1pre of the '978 patent, *supra*.

message") containing a data location specifier corresponding to the entity key in the request ("location of data pertaining to the desired entity"), if the NDTP server contains the entity key/data location specifier mapping for that entity key,[419] or it will return an NDTP_RDR_RSP (redirect message) if the NDTP server that received the request does not have the entity key/data location specifier mapping.[420] The redirect message includes a table of NDTP server that the client can use to determine which other NDTP server it should query for the desired data location specifier corresponding to the entity key in the original request.[421] The NDTP client can use the server table to find the correct NDTP server (the one that has the desired data location specifier) based upon a distribution function computed from the entity key.[422]

### f.    AWS's Proposed Constructions

151.    AWS has also proposed that "location server" should be construed to mean "a network-attached component that maintains, for satisfying every request for the location of data on the network, a set of at least one of (1) identifier/location mappings or (2) information about the location of such mappings that are modified or returned in response to all location request messages from clients."  Dkt. 539, Appx. A.  While I disagree with AWS's proposed construction, if it is applied, claim 3 of the '978 patent is still satisfied.  As explained above, each oxServer (or NDTP server) is "a network-attached component that maintains . . . a set of . . . identifier/location mappings . . . that are modified or returned in response to . . . location request messages from clients."[423]

---

[419] *See* Sections I.C.2 and I.C.4; *see* claim 1pre of the '978 patent, *supra*.
[420] *See* Sections I.C.2, I.C.3.c, and I.C.4; *see* claim 1pre of the '978 patent, *supra*.
[421] *See* Sections I.C.2, I.C.3.c, and I.C.4; *see* claim 1pre of the '978 patent, *supra*.
[422] *See* Sections I.C.2, I.C.3.c, and I.C.4; *see* claim 1pre of the '978 patent, *supra*, *supra*.
[423] *See* analysis of claim element 1pre, supra, incorporated by reference.

██████████████

152. Further, "for satisfying every request for the location of data on the network," oxServers (NDTP servers) maintain "information about the location of such mappings." In connection with the redirection mechanism, oxServers (NDTP servers) maintain information about which oxServers (NDTP servers) are responsible for maintaining identifier/location mappings.[424] These mappings are modified or returned in response to location request messages from clients, such as GET and PUT requests.[425] The server table in particular maintains information about the location of identifier/location mappings for every request for the location of data.[426]

153. Thus, for every request for the location of data on the network, oxServers (NDTP servers) maintain identifier/location mappings and/or information about the location of such mappings, and these are modified or returned in response all location messages from clients (e.g., NDTP clients).

154. AWS has also proposed that "network" / "system" should be construed to mean "[network/system] arranged in a non-hierarchical, cluster topology." Dkt. 538, Appx. A. While I disagree with AWS's proposed construction, if it is applied, claim 3 of the '978 patent is still satisfied. The network or system of each set of two or more oxServers (NDTP servers) is arranged in a non-hierarchical, cluster topology. oxServers (NDTP servers) are arranged in flat, cluster topology in which requests from clients (e.g., requests from NDTP clients) are sent directly to the correct oxServer (or NDTP server) per the client's known oxServer (NDTP server) stored in its

---

[424] *See* sections I.A.4.b, I.A.5.d, I.B.3.c, I.B.4.d, I.C.3.c, and I.C.4.d; *see* analysis of claim 1pre, *supra*.
[425] *See* sections I.A.4.b, I.A.5.d, I.B.3.c, I.B.4.d, I.C.3.c, and I.C.4.d; *see* analysis of claim 1pre, *supra*.
[426] *See* sections I.A.4.b, I.A.5.d, I.B.3.c, I.B.4.d, I.C.3.c, and I.C.4.d; *see* analysis of claim 1pre, *supra*.

memory.[427]  Under this architecture, oxServers (NDTP servers) are not structured in layers with respect to each other, and requests to an oxServer (NDTP server) are not passed through other oxServers (NDTP servers) on different hierarchical levels.  That is, a first oxServer (NDTP server) does not "ask up" to a second oxServer (NDTP server) that may be able to respond to the request (or pass along the request to a different level of the hierarchy).  This is in contrast to a system like DNS or Oracle, where name servers are arranged hierarchically in a tree structure, and requests may be responded to by a hierarchical traversal of the levels of name servers.

155.    AWS has also proposed that "providing" / "determine[e/ing]" / "retrieving" location information or servers should be construed to mean "providing, without performing any request iterations, . . . location information / determine[e/ing], without performing any request iterations, . . . location servers / retrieving in two or fewer request iterations location information." Dkt. 539, Appx. A.   While I disagree with AWS's proposed construction, if it is applied, claim 3 of the '978 patent is still satisfied.  If they contain the data location specifier for the requested entity key, as set forth above for limitations 1pre and 1c,  oxServers (NDTP servers) provide location information (*e.g.*, an entity key/data location specifier mapping) without any request iterations.[428]  Even if an oxServer (NDTP server) does not contain the data location specifier for the requested entity key, the oxServer (NDTP server) does not perform a request iteration (for example, by traversing a hierarchy); rather, it returns a redirect message to the NDTP client so the client can retry the query to a different server and get the information it seeks.  The information sought by the client is therefore returned in "two or fewer request iterations."

---

[427] *See* sections I.A.4.b, I.A.5.d, I.B.3.c, I.B.4.d, I.C.3.c, and I.C.4.d; *see* analysis of claim 1pre, *supra*.
[428] *See* sections I.A.4.b, I.A.5, I.B.3.c, I.B.4, I.C.3.c, and I.C.4; *see* analysis of claim 1pre, *supra*.

156.    AWS has also proposed that "return" / "sending" / "transmit[s/ting]" a redirect message should be construed to mean return / sending / transmit[s/ting] a redirect message "without performing any request iterations."  Dkt. 539, Appx. A.  While I disagree with AWS's proposed construction, if it is applied, claim 3 of the '978 patent is still satisfied.  NDTP provides redirect messages (*e.g.*, messages containing information for use by the client to find a server that has desired location information) without any request iterations.  As explained above, oxServers (NDTP servers) store location information that clients may request, for example, through an NDTP_GET request.[429]   When an oxServer (NDTP server) receives a request for location information (*e.g.*, entity key/data location specifier mappings) from an NDTP client, but does not have the requested information, the oxServer (NDTP server) returns a redirect message without any request iterations.[430]  For example, an oxServer (NDTP server) does not "ask up" to another oxServer (NDTP server) before responding to the clent—the oxServer (NDTP server) responds with the information it has or sends a redirect message.[431]

   **g.**  **Diligence**

157.    *See Section III, infra.*

  **2.**  **Claim 6**

   **a.**  **Claim 6:  The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table.**

     **i.**  **Conception by October 28, 1999**

---

[429] *See* sections I.A.3. I.A.4, I.A.5, I.B.2, I.B.3, I.B.4, I.C.2, I.C.3, I.C.4; see claims 1 and 3 of the '978, *supra*.

[430] *See* sections I.A.3. I.A.4, I.A.5, I.B.2, I.B.3, I.B.4, I.C.2, I.C.3, I.C.4; see claims 1 and 3 of the '978, *supra*.

[431] *See* sections I.A.3. I.A.4, I.A.5, I.B.2, I.B.3, I.B.4, I.C.2, I.C.3, I.C.4; see claims 1 and 3 of the '978, *supra*.

158.    The oxServers maintain entity key/data location specifier mappings ("location information") in a string store data structure indexed by a hash table.[432]   The string store "is implemented in oxServer using a hash table," where the "entity keys and data location specifiers are stored in the same hash table."[433]   The oxServer string store hash table associates entity keys with data location specifiers.  "Entries in the oxServer string store hash table which are entity keys have a pointer to a list of pointers to associated hash table entries representing data location specifiers."[434]

### ii.    Constructive reduction to practice by June 2, 2000 ('070 application)

159.    The oxServers maintain entity key/data location specifier mappings (location information) in a string store data structure indexed by a hash table.[435]   The string store "is implemented in oxServer using a hash table," where the "entity keys and data location specifiers are stored in the same hash table."[436]   The oxServer string store hash table associates entity keys with data location specifiers.  "Entries in the oxServer string store hash table which are entity keys have a pointer to a list of pointers to associated hash table entries representing data location specifiers."[437] .

### b.    Diligence

160.    *See Section III, infra.*

### 3.    Claim 10

---

[432] KOV_00002119 at KOV_0002123; *see also* Section I.A.4.b, *supra.*
[433] KOV_00002119 at KOV_0002123– KOV_0002124.
[434] KOV_00002119 at KOV_0002124.
[435] KOV_00000738 at KOV_00000761; *see also* Section I.B.3.c, *supra.*
[436] KOV_00000738 at KOV_00000761.
[437] KOV_00000738 at KOV_00000762.

    a.    **3Claim 10pre:  A system having a plurality of location servers for managing location information and providing location information to location queries, the system comprising:**

161.    I incorporate by reference my analysis of claim 1 of the '978 patent as if fully stated here.

### i.    Conception by October 28, 1999

162.    The inventors conceived of this claim element for the same reasons explained above with respect to claim 1pre of the '978 patent. I incorporate by reference my analysis of claim 1 of the '978 patent as if fully stated here.

### ii.    Constructive reduction to practice by June 2, 2000 ('070 application)

163.    This claim element was constructively reduced to practice for the same reasons explained above with respect to claim 1pre of the '978 patent.  I incorporate by reference my analysis of claim 1 of the '978 patent as if fully stated here.

### iii.    Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

164.    This claim element was constructively reduced to practice for the same reasons explained above with respect to claim 1pre of the '978 patent.  I incorporate by reference my analysis of claim 1 of the '978 patent as if fully stated here.

    b.    **Claim 10a: a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a transfer protocol configured for manipulating location information, and comprising at least one application server address, wherein the plurality of location servers are arranged in a cluster topology such that each location server contains a unique set of location information of an aggregate set of the location information; and**

### i.    Conception by October 28, 1999

165. The inventors conceived of a system having a plurality of oxServers ("location servers").[438] As explained above, oxServers contain entity key/data location specifier mappings for a plurality of entities associated with data in a distributed data collection.[439] The entity keys and data location specifiers are formatted according to an NDTP transfer protocol that enables NDTP clients to initiate requests for location information to oxServers, which respond either with the requested information or with information for finding the requested information.[440] The protocol is configured for manipulating (e.g., reading and writing) entity keys and data location specifiers, for example, through the fulfillment of NDTP_GET, NDTP_PUT, and NDTP_DEL requests.[441] The data location specifier comprises an application server address, such as a TCP/IP port number, HTTP URL, or Internet machine name, for example.[442]

166. The oxServers are arranged in flat, cluster topology in which requests from clients (e.g., requests from NDTP clients) are sent directly to the correct oxServer, or a redirect message is sent to provide the client with the information to find the correct oxServer.[443] Under this architecture, oxServers are not structured in layers with respect to each other, and requests to an oxServer are not passed through other oxServers on different hierarchical levels. That is, a first oxServer does not "ask up" to a second oxServer that may be able to respond to the request (or pass along the request to a different level of the hierarchy). Under this topology, entity key/data location specifier mappings are distributed across multiple oxServer instances running on different machines.[444] In other words, the oxServers share an aggregate set of entity key/data location

---

[438] *See* Section I.A.4.b, *supra.*
[439] *See* claim 1 of the '978 patent, *supra*; *see* Sections I.A.3 and I.A.4, *supra.*
[440] *See* claim 1 of the '978 patent, *supra*; *see* Sections I.A.2, I.A.3, I.A.4, I.A.5, *supra.*
[441] *See* claim 1 of the '978 patent, *supra*; *see* Sections I.A.3 and I.A.5, *supra.*
[442] *See* Sections I.A.3, *supra.*
[443] *See* sections I.A.4.b, I.A.5.d; *see* analysis of claim 1pre, *supra.*
[444] *See* Section I.B.3.c, *supra.*

specifier mappings distributed among them such that each oxServer contains a unique set of entity key/data location specifiers of an aggregate set.

### ii. Constructive reduction to practice by June 2, 2000 ('070 application)

167. The inventors conceived of a system having a plurality of oxServers ("location servers").[445] As explained above, oxServers contain entity key/data location specifier mappings for a plurality of entities associated with data in a distributed data collection.[446] The entity keys and data location specifiers are formatted according to an NDTP transfer protocol that enables NDTP clients to initiate requests for location information to oxServers, which respond either with the requested information or with information for finding the requested information.[447] The protocol is configured for manipulating (e.g., reading and writing) entity keys and data location specifiers, for example, through the fulfillment of NDTP_GET, NDTP_PUT, and NDTP_DEL requests.[448] The data location specifier comprises an application server address, such as a TCP/IP port number, HTTP URL, or Internet machine name, for example.[449]

168. The oxServers are arranged in flat, cluster topology in which requests from clients (e.g., requests from NDTP clients) are sent directly to the correct oxServer, or a redirect message is sent to provide the client with the information to find the correct oxServer.[450] Under this architecture, oxServers are not structured in layers with respect to each other, and requests to an oxServer are not passed through other oxServers on different hierarchical levels. That is, a first oxServer does not "ask up" to a second oxServer that may be able to respond to the request (or

---

[445] *See* Section I.B.3.c, *supra.*
[446] *See* claim 1 of the '978 patent, *supra*; *see* Sections I.B.2 and I.B.3, *supra.*
[447] *See* claim 1 of the '978 patent, *supra*; *see* Sections I.B.1, I.B.2, I.B.3, I.B.4, *supra.*
[448] *See* claim 1 of the '978 patent, *supra*; *see* Sections I.B.2 and I.B.4, *supra.*
[449] *See* Sections I.B.2, *supra.*
[450] *See* sections I.B.3.c, I.B.4.d; *see* analysis of claim 1pre, *supra.*

pass along the request to a different level of the hierarchy). Under this topology, entity key/data location specifier mappings are distributed across multiple oxServer instances running on different machines.[451] In other words, the oxServers share an aggregate set of entity key/data location specifier mappings distributed among them such that each oxServer contains a unique set of entity key/data location specifiers of an aggregate set.

### iii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

169. The inventors conceived of a system having a plurality of NDTP server ("location servers").[452] As explained above, NDTP server contain entity key/data location specifier mappings for a plurality of entities associated with data in a distributed data collection.[453] The entity keys and data location specifiers are formatted according to an NDTP transfer protocol that enables NDTP clients to initiate requests for location information to oxServers, which respond either with the requested information or with information for finding the requested information.[454] The protocol is configured for manipulating (e.g., reading and writing) entity keys and data location specifiers, for example, through the fulfillment of NDTP_GET, NDTP_PUT, and NDTP_DEL requests.[455] The data location specifier comprises an application server address, such as a TCP/IP port number, HTTP URL, or Internet machine name, for example.[456]

170. The NDTP server are arranged in flat, cluster topology in which requests from clients (e.g., requests from NDTP clients) are sent directly to the correct NDTP server, or a redirect message is sent to provide the client with the information to find the correct NDTP server.[457]

---

[451] *See* Section I.C.3.c, *supra*.
[452] *See* Section I.C.3.c, *supra*.
[453] *See* claim 1 of the '978 patent, *supra*; *see* Sections I.C.2 and I.C.3, *supra*.
[454] *See* claim 1 of the '978 patent, *supra*; *see* Sections I.C.1, I.C.2, I.C.3, I.C.4, *supra*.
[455] *See* claim 1 of the '978 patent, *supra*; *see* Sections I.C.2 and I.C.4, *supra*.
[456] *See* Sections I.C.2, *supra*.
[457] *See* sections I.C.3.c, I.C.4.d; *see* analysis of claim 1pre, *supra*.

Under this architecture, NDTP server are not structured in layers with respect to each other, and requests to an NDTP server are not passed through other NDTP server on different hierarchical levels. That is, a first NDTP server does not "ask up" to a second NDTP server that may be able to respond to the request (or pass along the request to a different level of the hierarchy). Under this topology, entity key/data location specifier mappings are distributed across multiple NDTP server instances running on different machines.[458] In other words, the NDTP server share an aggregate set of entity key/data location specifier mappings distributed among them such that each NDTP server contains a unique set of entity key/data location specifiers of an aggregate set.

     **c.**     **Claim 10b: programming logic stored on each of the plurality of location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server does not contain location information relevant to the desired identifier, wherein the redirect message comprises information for finding a location server having location information related to the desired identifier.**

     **i.**     **Conception by October 28, 1999**

171. The inventors conceived of this claim element for the same reasons explained above with respect to claims 1 and 3 of the '978 patent. I incorporate my analysis of those claims by reference as if fully stated here.

     **ii.**     **Constructive reduction to practice by June 2, 2000 ('070 application)**

172. The inventors constructively reduced this claim element to practice for the same reasons explained above with respect to claims 1 and 3 of the '978 patent. I incorporate my analysis of those claims by reference as if fully stated here.

---

[458] *See* Section I.C.3.c, *supra*.

████████████

### iii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

173.    The inventors constructively reduced this claim element to practice for the same reasons explained above with respect to claims 1 and 3 of the '978 patent.  I incorporate my analysis of those claims by reference as if fully stated here.

### d.    AWS's Proposed Constructions

174.    *See Section II.A.1.f, supra.*

### e.    Diligence

175.    *See Section III, infra.*

### 4.    Claim 14

### a.    Claim 14pre:  A method of handling location queries in a network, the network comprising a plurality of location servers, each location server containing a unique set of location information of an aggregate set of location information correlating each of a plurality of identifiers with at least one location, the method comprising:

176.    I incorporate by reference my analysis of claim 1 of the '978 patent as if fully stated here.

177.    I understand the parties have agreed that the preamble of claim 14 of the '978 patent is limiting after the word "comprising."[459]

### i.    Conception by October 28, 1999

178.    The inventors invented a method of handing queries from NDTP clients by a network of oxServers ("location servers") for data location specifiers that indicate where to find data in a distributed network of repositories.[460]  For the same reasons discussed above with respect to claims 10 and 3 (including claim 1) of the '978 patent, the network comprises a plurality of

---

[459] Dkt. 382, Ex. B.
[460] *See* Section I.A.2–I.A.5, *supra*.

oxServers ("location servers"), each containing a unique set of entity key/data location specifier mappings of an aggregate set correlating (*e.g.*, in the oxServer) each of a plurality of entity keys with at least one data location specifier. I incorporate by reference my analyses of claims 10 and 3 (including 1) of the '978 patent as if fully stated here.

### ii. Constructive reduction to practice by June 2, 2000 ('070 application)

179. The inventors constructively reduced to practice a method of handing queries from NDTP clients by a network of oxServers ("location servers") for data location specifiers that indicate where to find data in a distributed network of repositories.[461] For the same reasons discussed above with respect to claims 10 and 3 (including claim 1) of the '978 patent, the network comprises a plurality of oxServers ("location servers"), each containing a unique set of entity key/data location specifier mappings of an aggregate set correlating (*e.g.*, in the oxServer) each of a plurality of entity keys with at least one data location specifier. I incorporate by reference my analyses of claims 10 and 3 (including 1) of the '978 patent as if fully stated here.

### iii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

180. The inventors constructively reduced to practice a method of handing queries from NDTP clients by a network of NDTP servers ("location servers") for data location specifiers that indicate where to find data in a distributed network of repositories.[462] For the same reasons discussed above with respect to claims 10 and 3 (including claim 1) of the '978 patent, the network comprises a plurality of NDTP servers ("location servers"), each containing a unique set of entity key/data location specifier mappings of an aggregate set correlating (*e.g.*, in the NDTP servers)

---

[461] *See* Section I.B.1–I.A.4, *supra*.
[462] *See* Section I.B.1–I.A.4, *supra*.

each of a plurality of entity keys with at least one data location specifier. I incorporate by reference my analyses of claims 10 and 3 (including 1) of the '978 patent as if fully stated here.

**b. Claim 14a: receiving a location query from a client at one of the plurality of location servers, the location query requesting an entity's location;**

**i. Conception by October 28, 1999**

181. oxServers, such as oxServers in the plurality, receive location queries from NDTP clients. The location query may be an NDTP_GET request, in which the NDTP client provides an entity key for purposes of requesting data location information of an entity identified by the entity key.[463]

**ii. Constructive reduction to practice by June 2, 2000 ('070 application)**

182. oxServers, such as oxServers in the plurality, receive location queries from NDTP clients. The location query may be an NDTP_GET request, in which the NDTP client provides an entity key for purposes of requesting data location information of an entity identified by the entity key.[464]

**iii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)**

183. NDTP servers, such as NDTP servers in the plurality, receive location queries from NDTP clients. The location query may be an NDTP_GET request, in which the NDTP client provides an entity key for purposes of requesting data location information of an entity identified by the entity key.[465]

**c. Claim 14b: sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location**

---

[463] *See* Sections I.A.3, I.A.5, *supra*.
[464] *See* Sections I.B.2, I.B.4, *supra*.
[465] *See* Sections I.C.2, I.C.4, *supra*.

**response message comprising location information identifying at least one application server containing information relevant to the entity identified in the query; and**

### i. Conception by October 28, 1999

184.    If the oxServer queried by the NDTP client contains a data location specifier corresponding to the entity identified by the entity key in the request from the client, the oxServer sends a response message (e.g., an NDTP_GET_RSP response) to the client that contains the data location information that it has for the entity key.[466] The data location information in the response message identifies at least one application server (e.g., a data repository in a distributed network) containing information (e.g., data) corresponding to the entity identified by the entity key in the request.[467]

### ii. Constructive reduction to practice by June 2, 2000 ('070 application)

185.    If the oxServer queried by the NDTP client contains a data location specifier corresponding to the entity identified by the entity key in the request from the client, the oxServer sends a response message (e.g., an NDTP_GET_RSP response) to the client that contains the data location information that it has for the entity key.[468] The data location information in the response message identifies at least one application server (e.g., a data repository in a distributed network) containing information (e.g., data) corresponding to the entity identified by the entity key in the request.[469]

### iii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

---

[466] *See* Sections I.A.3, I.A.5, *supra.*
[467] *See* Sections I.A.3–I.A.5, *supra.*
[468] *See* Sections I.B.2, I.B.4, *supra.*
[469] *See* Sections I.B.3–I.B.4, *supra.*

186. If the NDTP server queried by the NDTP client contains a data location specifier corresponding to the entity identified by the entity key in the request from the client, the NDTP server sends a response message (e.g., an NDTP_GET_RSP response) to the client that contains the data location information that it has for the entity key.[470] The data location information in the response message identifies at least one application server (e.g., a data repository in a distributed network) containing information (e.g., data) corresponding to the entity identified by the entity key in the request.[471]

        **d.**     **Claim 14c: sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the redirect message comprising information for finding a location server storing the entity identified in the query.**

        **i.**     **Conception by October 28, 1999**

187. If the oxServer queried by the NDTP client does not contain an entity key/data location specifier relationship (or mapping) for the entity identified by the entity key in the client's request, the oxServer sends a redirect message back to the NDTP client.[472] The redirect message comprises a table of oxServers, which the client may use to find an oxServer storing a data location specifier for the entity identified in the entity key I the original query from the NDTP client.[473] The NDTP client may use the table by applying a hash function to the entity key, the output of which determines which oxServer on the table stores the data location specifier for the entity identified by the key.[474]

        **ii.**     **Constructive reduction to practice by June 2, 2000 ('070 application)**

---

[470] *See* Sections I.C.2, I.C.4, *supra*.
[471] *See* Sections I.C.3–I.C.4, *supra*.
[472] *See* Sections I.A.3, I.A.5, *supra*.
[473] *See* Sections I.A.4, I.A.5, *supra*.
[474] *See* Sections I.A.4, I.A.5, *supra*.

██████████████

188.    If the oxServer queried by the NDTP client does not contain an entity key/data location specifier relationship (or mapping) for the entity identified by the entity key in the client's request, the oxServer sends a redirect message back to the NDTP client.[475]  The redirect message comprises a table of oxServers, which the client may use to find an oxServer storing a data location specifier for the entity identified in the entity key I the original query from the NDTP client.[476] The NDTP client may use the table by applying a hash function to the entity key, the output of which determines which oxServer on the table stores the data location specifier for the entity identified by the key.[477]

### iii.    Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

189.    If the NDTP server queried by the NDTP client does not contain an entity key/data location specifier relationship (or mapping) for the entity identified by the entity key in the client's request, the NDTP server sends a redirect message back to the NDTP client.[478]  The redirect message comprises a table of NDTP server, which the client may use to find an NDTP server storing a data location specifier for the entity identified in the entity key I the original query from the NDTP client.[479]  The NDTP client may use the table by applying a hash function to the entity key, the output of which determines which NDTP server on the table stores the data location specifier for the entity identified by the key.[480]

### e.    AWS's Proposed Constructions

190.    *See Section II.A.1.f, supra.*

---

[475] *See* Sections I.B.2, I.B.4, *supra.*
[476] *See* Sections I.B.3, I.B.4, *supra.*
[477] *See* Sections I.B.3, I.B.4, *supra.*
[478] *See* Sections I.B.2, I.B.4, *supra.*
[479] *See* Sections I.B.3, I.B.4, *supra.*
[480] *See* Sections I.B.3, I.B.4, *supra.*

██████████████

**f.** **Diligence**

191. *See Section III, infra.*

**5.** **Claim 17**

**a.** **Claim 17pre: A method of scaling at least one of capacity and transaction rate capability in a location server in a system having a plurality of location servers for storing and retrieving location information, wherein each of the plurality of location servers stores unique set of location information of an aggregate set of location information, the method comprising:**

192. I incorporate by reference my analysis of claim 1 of the '978 patent as if fully stated here.

193. I understand the parties have agreed that the preamble of claim 17 of the '978 patent is limiting after the word "having."[481]

**i.** **Conception and Constructive reduction to practice by June 2, 2000 ('070 application)**

194. The '070 application discloses a method of scaling at least one of capacity (e.g., storage) and transaction rate capability (e.g., operations over time) in an oxServer ("location server") in a distributed system of servers.[482] The scaling method may include adding or deleting servers from the network and/or splitting data stored in the servers and transferring a portion of it to another server in the network to increase capacity or transaction rate capability at the oxServer.[483] For the same reasons explained above with respect to claims 1, 10, and 14 of the '978 patent, the system includes a plurality of oxServers ("location servers") for storing and retrieving (e.g., in connection with the fulfillment of NDTP_GET, PUT, DEL, and RDR requests) entity key/data location specifier relationships ("location information"), wherein each of the oxServers

---

[481] Dkt. 382, Ex. B.
[482] *See* Section I.B.5, *supra*.
[483] *See* Section I.B.5, *supra*.

stores a unique set of entity key/data location specifier mappings of an aggregate set. I incorporate by reference my analysis of claims 1, 10, and 14 of the '978 patent as if fully stated here. [484]

**b.  Claim 17a:  providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information related to the identifier;**

**i.  Conception and Constructive reduction to practice by June 2, 2000 ('070 application)**

195.    For the same reasons explained above with respect to claims 1, 10, and 14 of the '978 patent, the '070 application discloses providing an NDTP transfer protocol configured to transport entity key/data location specifier mappings between an oxServer and an NDTP client, where the data location specifier specifies the location (e.g., the data repository) of data related to an entity identified by the entity key ("identifier"). I incorporate by reference my analysis of claims 1, 10, and 14 of the '978 patent as if fully stated here.[485]

**c.  Claim 17b:  storing location information formatted according to the transfer protocol at a first location server;**

**i.  Conception and Constructive reduction to practice by June 2, 2000 ('070 application)**

196.    For the same reasons explained above with respect to claims 1, 10, and 14 of the '978 patent, the '070 application discloses storing entity key/data location specifier mappings formatted according to the NDTP transfer protocol in an oxServer. I incorporate by reference my analysis of claims 1, 10, and 14 of the '978 patent as if fully stated here. [486]

**d.  Claim 17c:  receiving an identifier and a location relevant to the identifier at the first location server;**

**i.  Conception and Constructive reduction to practice by June 2, 2000 ('070 application)**

---

[484] *See* also Section I.B, *supra*.
[485] *See* also Section I.B, *supra*.
[486] *See* also Section I.B, *supra*.

197.     oxServers receive and store entity keys ("identifier") in association with data location specifiers ("location").[487]     oxServers can receive entity key/data location specifier associations through NDTP messages formatted according to the NDTP protocol.[488]  For example, oxServers receive entity key/data location specifier associations, store them in memory and a string store, and return them to NDTP clients in response to NDTP queries.[489]

198.

e.     **Claim 17d:  storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and**

i.     **Conception and Constructive reduction to practice by June 2, 2000 ('070 application)**

199.     oxServers store the data location specifiers they receive in a string store location store, which stores entity key/data location specifier mappings for a plurality of entity keys.[490]  The entity keys and data location specifiers are associated in the oxServer string store. [491]  The string store "is implemented in oxServer using a hash table," where the "entity keys and data location specifiers are stored in the same hash table."[492]  The oxServer string store hash table associates entity keys with data location specifiers.  "Entries in the oxServer string store hash table which are entity keys have a pointer to a list of pointers to associated hash table entries representing data location specifiers."[493]

f.     **Claim 17e:  transferring a portion of the identifiers and associated locations to a second data location server when a**

---

[487] *See* I.B.3, I.B.4, *supra*.
[488] *See* I.B.3, I.B.4, *supra*.
[489] *See* I.B.3, I.B.4, *supra*.
[490] *See* I.B.3, I.B.4, *supra*.
[491] *See* I.B.3, I.B.4, *supra*.
[492] KOV_00000738 at KOV_00000761.
[493] KOV_00000738 at KOV_00000762.

**performance criterion of the first location server reaches a
predetermined performance limit.**

     i.     **Conception and Constructive reduction to practice by
June 2, 2000 ('070 application)**

200.    The '070 application discloses transferring a portion of the entity keys and their

associated data location specifiers to a second oxServer when a performance criterion, such as an

amount of utilized storage or processing capability, of the first oxServer reaches a predetermined

performance limit.[494]  *See* Section I.B.5, incorporated here by reference.

201.    The '070 application discusses "Scalability Considerations" for distributed

databases, and particularly for an oxServer to ensure it "does not become the scale bottleneck."[495]

Two "important" considerations are (1) "capacity," *i.e.*, "[t]he total size of the data set managed

by the database system," and (2) "transaction rate," *i.e.*, "[t]he rate at which operations (lookups

or modifications) can be performed on the data set managed by the database system."[496] "By

distributing an oxServer data set across independent machines, both capacity and transaction rate

scale can be increased."[497]

202.    The '070 application teaches that each additional oxServer added to a cluster

"linearly increases" both capacity and transaction rate scale: "Capacity, by adding main and

secondary storage; Transaction rate, by adding processing power and network bandwidth."[498]

203.    The '070 application identifies certain "limitations" (*i.e.*, "limits") on these scale

components, including three capacity limits (main memory (RAM), secondary storage (disk), and

database system design) and three transaction rate limits (processing power, network bandwidth,

---

[494] *See* Section I.B.5, *supra*.
[495] KOV_00000738 at KOV_00000774–KOV_00000775.
[496] KOV_00000738 at KOV_00000774.
[497] KOV_00000738 at KOV_00000775.
[498] KOV_00000738 at KOV_00000776.

and database system design).[499] These limits are among the types of performance limits described in the '070 application. The '070 application identifies the following "performance" influences:

- Hardware platform; CPU number and speed, RAM, disk, clustering capabilities, etc.

- Network connectivity; LAN, DSL, T1, OC-192, et.

- Data access software; traditional databases (E.g., Oracle, DB/2, SQL Server), directory services, web services, etc., plus middleware if any (queue managers, MQseries, MSMQ, etc.)

- Data access protocol. This may or may not be prescribed by data access software.

204. The '070 application teaches that "[a]s performance problems are discovered, an OXDDT database may then migrate portions of the data set to other data repository systems which resolve the problems" through a process where data sets are "split."[500] The POSA would understand that "performance problems" in the '070 patent include reaching "limits" on scale or performance referred to in the '070 patent.

### g. AWS's Proposed Constructions

205. *See Section II.A.1.f, supra.*

### 6. Claim 23

a. **Claim 23: The method of claim 17, wherein the performance criterion comprises an amount of available persistent storage space in the first location server.**

---

[499] KOV_00000738 at KOV_00000774.
[500] KOV_00000738 at KOV_00000751.

████████████████

### i. Conception and Constructive reduction to practice by June 2, 2000 ('070 application)

206. The '070 application discusses "Scalability Considerations" for distributed databases, and particularly for an oxServer to ensure it "does not become the scale bottleneck."[501] An "important" considerations is (1) "capacity," *i.e.*, "[t]he total size of the data set managed by the database system."[502] The '070 application teaches that each additional oxServer added to a cluster "linearly increases" both capacity and transaction rate scale: "Capacity, by adding main and secondary storage; . . . ."[503] The '070 application identifies certain "limitations" (*i.e.*, "limits") on these scale components, including capacity limits like secondary storage (disk).[504]

### 7. Claim 24

#### a. Claim 24: The method of claim 17, wherein the performance criterion comprises a transaction rate limit.

##### i. Conception and Constructive reduction to practice by June 2, 2000 ('070 application)

207. The performance factors disclosed by the '070 application related to "Scalability" also include "transaction rate," *i.e.*, "[t]he rate at which operations (lookups or modifications) can be performed on the data set managed by the database system."[505] "By distributing an oxServer data set across independent machines, both capacity and transaction rate scale can be increased."[506] The '070 application teaches that each additional oxServer added to a cluster "linearly increases"

---

[501] KOV_00000738 at KOV_00000774–KOV_00000775.
[502] KOV_00000738 at KOV_00000774.
[503] KOV_00000738 at KOV_00000776.
[504] KOV_00000738 at KOV_00000774.
[505] KOV_00000738 at KOV_00000774.
[506] KOV_00000738 at KOV_00000775.

transaction rate scale, e.g., "by adding processing power."[507] "CPU number and speed" are among the performance influences that the '070 patent describes.[508]

### 8. Claim 30

**a. Claim 30: The method of claim 17, wherein transferring a portion of the identifiers and associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit.**

#### i. Conception and Constructive reduction to practice by June 2, 2000 ('070 application)

208. The '070 application teaches that "[a]s performance problems are discovered, an OXDDT database may then migrate portions of the data set to other data repository systems which resolve the problems" through a process where data sets are "split."[509] The POSA would understand that "performance problems" in the '070 patent include reaching "limits" on scale or performance referred to in the '070 patent. The application further discloses that "Such data migrations can be accomplished transparently to the OXDDT clients."[510] The POSA would understand the '070 application to disclose an automatic process performed by servers in the network.

### B. U.S. Patent No. 7,814,170

#### 1. Claim 1

209. I incorporate by reference my analysis of claim 1 of the '978 patent as if fully stated here, including the claim construction analysis. For the '170 patent (and the '640 patent), the Court

---

[507] KOV_00000738 at KOV_00000776.
[508] KOV_00000738 at KOV_00000774.
[509] KOV_00000738 at KOV_00000751.
[510] KOV_00000738 at KOV_00000751.

construed "location information" to mean "information pertaining to one or more locations of data and/or the identities of one or more location servers." I apply that construction in my analysis below.

### a. Claim 1pre: A system for managing data stored in a distributed network, the system comprising:

#### i. Conception by October 28, 1999

210. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent, the inventors conceived of a system for managing data stored in a network of distributed data repositories and oxServers ("location servers") that communicate using an NDTP protocol. I incorporate by reference my analyses of claims 1, 10, 14, and 17, of the '978 patent as if fully stated here.

#### ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

211. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent, the inventors constructively reduced to practice a system for managing data stored in a network of distributed data repositories and NDTP servers ("location servers") that communicate using an NDTP protocol. I incorporate by reference my analyses of claims 1, 10, 14, and 17, of the '978 patent as if fully stated here.

### b. Claim 1a: a data repository configured to store a data entity, wherein an identifier string identifies the data entity, and

#### i. Conception by October 28, 1999

212. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent, the system conceived by the inventors includes a data repository, which may be one of several in a distributed network, configured to store a data entity, where in an identifier

string called an entity key identifies the data entity. I incorporate by reference my analyses of claims 1, 10, 14, and 17, of the '978 patent as if fully stated here.[511]

### ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

213. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent, the system constructively reduced to practice includes a data repository, which may be one of several in a distributed network, configured to store a data entity, where in an identifier string called an entity key identifies the data entity. I incorporate by reference my analyses of claims 1, 10, 14, and 17, of the '978 patent as if fully stated here.[512]

### c. Claim 1b: a data location server network comprising a plurality of data location servers, wherein data location information for a plurality of data entities is stored in the data location server network,

### i. Conception by October 28, 1999

214. For the reasons explained above with respect to claims 1, 10, 14, and 17, of the '978 patent, the system that the inventors conceived includes a network of oxServers, which are data location servers, comprising a plurality of oxServers ("data location servers"), wherein entity key/data location specifier relationships ("data location information") for a plurality of data entities (entities identified by the entity keys) is stored in the network of oxServers, which may be distributed for greater performance.[513] I incorporate by reference my analyses of claims 1, 10, 14, and 17, of the '978 patent as if fully stated here.[514]

### ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

---

[511] *See* also Section I.A., *supra*.
[512] *See* also Section I.C., *supra*.
[513] *See* analyses of claims 1, 10, 14, and 17, of the '978 patent; *see* Section I.A, supra.
[514] *See* also Section I.A., *supra*.

215.     For the reasons explained above with respect to claims 1, 10, 14, and 17, of the '978 patent, the system that the inventors constructively reduced to practice includes a network of NDTP servers, which are data location servers, comprising a plurality of NDTP servers ("data location servers"), wherein entity key/data location specifier relationships ("data location information") for a plurality of data entities (entities identified by the entity keys) is stored in the network of NDTP servers, which may be distributed for greater performance.[515]  I incorporate by reference my analyses of claims 1, 10, 14, and 17, of the '978 patent as if fully stated here.[516]

### d.     Claim 1c: at least one of the plurality of data location servers includes location information associated with the identifier string,

#### i.     Conception by October 28, 1999

216.     At least one of the oxServers in the network of oxServers includes a data location specifier associated with the identifier string (i.e., the entity key).[517]   I incorporate by reference my analyses of claims 1, 10, 14, and 17, of the '978 patent as if fully stated here.[518]

#### ii.     Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

217.     At least one of the NDTP servers in the network of NDTP servers includes a data location specifier associated with the identifier string (i.e., the entity key).[519]  I incorporate by reference my analyses of claims 1, 10, 14, and 17, of the '978 patent as if fully stated here.[520]

### e.     Claim 1d: each one of the plurality of data location servers comprises a processor and a portion of the data location information,

#### i.     Conception by October 28, 1999

---

[515] *See* analyses of claims 1, 10, 14, and 17, of the '978 patent; *see* Section I.C, supra.
[516] *See* also Section I.C., *supra*.
[517] *See* analyses of claims 1, 10, 14, and 17, of the '978 patent; *see* Section I.A, supra.
[518] *See* also Section I.C., *supra*.
[519] *See* analyses of claims 1, 10, 14, and 17, of the '978 patent; *see* Section I.C, supra.
[520] *See* also Section I.C., *supra*.

218. Each one of the oxServers of the plurality has a processor (i.e., a CPU).[521] Each one of the oxServers also comprises a portion of the data location information, such as a portion of data distributed across the plurality of oxServers in the network to improve performance.[522] I incorporate by reference my analyses of claims 1, 10, 14, and 17, of the '978 patent as if fully stated here.[523]

> **ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)**

219. Each one of the NDTP servers of the plurality has a processor (i.e., a CPU).[524] Each one of the NDTP servers also comprises a portion of the data location information, such as a portion of data distributed across the plurality of NDTP servers in the network to improve performance.[525] I incorporate by reference my analyses of claims 1, 10, 14, and 17, of the '978 patent as if fully stated here.[526]

> **f. Claim 1e: the portion of the data location information included in a corresponding one of the data location servers is based on a hash function used to organize the data location information across the plurality of data location servers, and**

> **i. Conception by October 28, 1999**

220. The Whit Paper explains that [i]f an NDTP request is sent to the wrong oxServer, based upon the entity key in the request, the oxServer will send an NDTP_RDR_RSP message with the entire server table as NDTP strings."[527] Using the table, "the NDTP client selects the appropriate server from [the] table of servers based upon a distribution function computed from

---

[521] *See* Section I.A.4.b, *supra.*
[522] *See* analyses of claims 1, 10, 14, and 17, of the '978 patent; *see* Section I.A, supra.
[523] *See* also Section I.C., *supra.*
[524] *See* Section I.C.3.c, *supra.*
[525] *See* analyses of claims 1, 10, 14, and 17, of the '978 patent; *see* Section I.C, supra.
[526] *See* also Section I.C., *supra.*
[527] KOV_00002119 at KOV_00002123.

the entity key," where "[t]his distribution function is a standard hash function."[528]   The oxServer

table returned in a redirect message also satisfies the parties construction of "hash table," *i.e.*, "a

data structure that stores values in a table, where values are stored and retrieved by applying a hash

function to an input and using the function result as an index into the table."   The POSA would

understand that the portion of location information that each server in the table is responsible for

is based on the hash function used to identify which server should be queried, which also organizes

the data location information across the plurality of data location servers.   The hash function, which

uses the entity key as an input organizes the data across the servers so that when an entity key is

input, it will return the server that stores data location information for that key.[529]

### ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

221.    The '222 application discloses that "[t]he first variant of [an] NDTP_RDR_RSP

function mechanism specifies a well-known function that all NDTP server and client

implementations know when they are programmed, and the NDTP_RDR_RSP message carries a

table of NDTP server [strings]."[530]   KOV_00002868 at KOV_00003438 (lines 19-25).   It further

discloses that "The appropriate NDTP server is selected from the table in the NDTP_RDR_RSP

message by applying a well-known function to the identifier string and using the function result as

an index into the NDTP server table," where "[t]he well-known function preferably applied is the

hashpjwf unction."   *Id*. at KOV_00003438 (lines 26-31); *see also id*. at KOV_00003439 (lines 1-

20).   The POSA would understand that the portion of location information that each server in the

---

[528] *Id*. at KOV_00002122.
[529] See Section I.A.4–5.
[530] The bracketed portion reads "URLs" in the '222 application.  *See id*. at KOV_00003438
(lines 19-25).  However, URLs are just one example of the "NDTP data location strings" that the
'222 application discloses as being returned in redirection messages.  *See id*. at KOV_00003438
(lines 1-12).

table is responsible for is based on the hash function used to identify which server should be queried, which also organizes the data location information across the plurality of data location servers. The hash function, which uses the entity key as an input organizes the data across the servers so that when an entity key is input, it will return the server that stores data location information for that key.[531]

g.  **Claim 1f: each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function applied to the identifier string.**

i.  **Conception by October 28, 1999**

222.  The oxServer is programmed to receive requests from NDTP clients (*e.g.*, GET, PUT, DEL requests) that include an entity key that identifies a desired entity for which data location specifier is to be retrieved, stored, or deleted, etc.[532] Responsive to a GET request, the oxServer is programmed to return either an NDTP_GET_RSP response message (a "location message") containing a data location specifier corresponding to the entity key in the request ("location of data pertaining to the desired entity"), if the oxServer contains the entity key/data location specifier mapping for that entity key,[533] or it will return an NDTP_RDR_RSP (redirect message) if the oxServer that received the request does not have the entity key/data location specifier mapping.[534] The redirect message includes a table of oxServers that the client can use to determine which other oxServer it should query for the desired data location specifier corresponding to the entity key in the original request.[535] The NDTP client can use the server table to find the correct oxServer (the one that has the desired data location specifier) based upon a

---

[531] See Section I.C., supra.
[532] *See* Sections I.A.3 and I.A.5; *see* claim 1pre of the '978 patent, *supra*.
[533] *See* Sections I.A.3 and I.A.5; *see* claim 1pre of the '978 patent, *supra*.
[534] *See* Sections I.A.3, I.A.4.b, and I.A.5; *see* claim 1pre of the '978 patent, *supra*.
[535] *See* Sections I.A.3, I.A.4.b, and I.A.5; *see* claim 1pre of the '978 patent, *supra*.

distribution function computed from the entity key.[536] The POSA would understand that the portion of location information that each server in the table is responsible for is based on the hash function used to identify which server should be queried, which also organizes the data location information across the plurality of data location servers. The hash function, which uses the entity key as an input organizes the data across the servers so that when an entity key is input, it will return the server that stores data location information for that key.[537]

223. See claim 1e, supra.

### ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

224. The NDTP server is programmed to receive requests from NDTP clients (*e.g.*, GET, PUT, DEL requests) that include an entity key that identifies a desired entity for which data location specifier is to be retrieved, stored, or deleted, etc.[538] Responsive to a GET request, the NDTP server is programmed to return either an NDTP_GET_RSP response message (a "location message") containing a data location specifier corresponding to the entity key in the request ("location of data pertaining to the desired entity"), if the NDTP server contains the entity key/data location specifier mapping for that entity key,[539] or it will return an NDTP_RDR_RSP (redirect message) if the NDTP server that received the request does not have the entity key/data location specifier mapping.[540] The redirect message includes a table of NDTP server that the client can use to determine which other NDTP server it should query for the desired data location specifier corresponding to the entity key in the original request.[541] The NDTP client can use the server table

---

[536] *See* Sections I.A.3, I.A.4.b, and I.A.5; *see* claim 1pre of the '978 patent, *supra*.
[537] See Section I.A.4–5.
[538] *See* Sections I.C.2 and I.C.4; *see* claim 1pre of the '978 patent, *supra*.
[539] *See* Sections I.C.2 and I.C.4; *see* claim 1pre of the '978 patent, *supra*.
[540] *See* Sections I.C.2, I.C.3.c, and I.C.4; *see* claim 1pre of the '978 patent, *supra*.
[541] *See* Sections I.C.2, I.C.3.c, and I.C.4; *see* claim 1pre of the '978 patent, *supra*.

to find the correct NDTP server (the one that has the desired data location specifier) based upon a distribution function computed from the entity key.[542]   The POSA would understand that the portion of location information that each server in the table is responsible for is based on the hash function used to identify which server should be queried, which also organizes the data location information across the plurality of data location servers.  The hash function, which uses the entity key as an input organizes the data across the servers so that when an entity key is input, it will return the server that stores data location information for that key.[543]

225.    See claim 1e, supra.

### h.      AWS's Proposed Constructions

226.    *See Section II.A.1.f, supra.*

### i.      Diligence

227.    *See Section III, infra.*

## 2.      Claim 2

### a.      Claim 2.  The system of claim 1, wherein the location information comprises any portion of a hash table generated with the hash function.

#### i.      Conception by October 28, 1999

228.    The Whit Paper explains that [i]f an NDTP request is sent to the wrong oxServer, based upon the entity key in the request, the oxServer will send an NDTP_RDR_RSP message with the entire server table as NDTP strings."[544]   Using the table, "the NDTP client selects the appropriate server from [the] table of servers based upon a distribution function computed from the entity key," where "[t]his distribution function is a standard hash function."[545]   The oxServer

---

[542] *See* Sections I.C.2, I.C.3.c, and I.C.4; *see* claim 1pre of the '978 patent, *supra*, *supra*.
[543] See Section I.C., supra.
[544] KOV_00002119 at KOV_00002123.
[545] *Id*. at KOV_00002122.

table returned in a redirect message also satisfies the parties construction of "hash table," *i.e.*, "a data structure that stores values in a table, where values are stored and retrieved by applying a hash function to an input and using the function result as an index into the table." The POSA would understand that the portion of location information that each server in the table is responsible for is based on the hash function used to identify which server should be queried, which also organizes the data location information across the plurality of data location servers. The hash function, which uses the entity key as an input organizes the data across the servers so that when an entity key is input, it will return the server that stores data location information for that key.[546]

### ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

229. The '222 application discloses that "[t]he first variant of [an] NDTP_RDR_RSP function mechanism specifies a well-known function that all NDTP server and client implementations know when they are programmed, and the NDTP_RDR_RSP message carries a table of NDTP server [strings]."[547] KOV_00002868 at KOV_00003438 (lines 19-25). It further discloses that "The appropriate NDTP server is selected from the table in the NDTP_RDR_RSP message by applying a well-known function to the identifier string and using the function result as an index into the NDTP server table," where "[t]he well-known function preferably applied is the hashpjwf unction." *Id*. at KOV_00003438 (lines 26-31); *see also id*. at KOV_00003439 (lines 1-20). The POSA would understand that the portion of location information that each server in the table is responsible for is based on the hash function used to identify which server should be queried, which also organizes the data location information across the plurality of data location

---

[546] See Section I.A.4–5.
[547] The bracketed portion reads "URLs" in the '222 application. *See id*. at KOV_00003438 (lines 19-25). However, URLs are just one example of the "NDTP data location strings" that the '222 application discloses as being returned in redirection messages. *See id*. at KOV_00003438 (lines 1-12).

servers. The hash function, which uses the entity key as an input organizes the data across the servers so that when an entity key is input, it will return the server that stores data location information for that key.[548]

### b. Diligence

230. *See Section III, infra.*

### 3. Claim 6

#### a. Claim 6pre: A system for managing data location information and providing the data location information in response to location queries, the system comprising:

##### i. Conception by October 28, 1999

231. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. *See* Section I.A, supra.

##### ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

232. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. See Section I.C, *supra*.

233.

#### b. Claim 6a: a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifies an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity;

##### i. Conception by October 28, 1999

---

[548] See Section I.C., supra.

234. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. *See* Section I.A, supra.

### ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

235. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. See Section I.C, *supra*.

### c. Claim 6b: wherein the location server includes a processor; and

#### i. Conception by October 28, 1999

236. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. *See* Section I.A, supra.

#### ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

237. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. See Section I.C, *supra*.

### d. Claim 6c: programming logic stored on the location server, wherein the programming logic is configured to return, in response to a location query related to a desired entity, a location message, the location message in conformance with the transfer protocol and comprising at least one location associated with the desired entity, wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity,

#### i. Conception by October 28, 1999

238.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. *See* Section I.A, supra.

### ii.    Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

239.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. See Section I.C, *supra*.

### e.    Claim 6d: and wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect message comprising a list of at least one other location server known to have the location information for the desired entity.

### i.    Conception by October 28, 1999

240.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. *See* Section I.A, supra.

### ii.    Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

241.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. See Section I.C, *supra*.

### f.    AWS's Proposed Constructions

242.    *See Section II.A.1.f, supra.*

### g.    Diligence

243.    *See Section III, infra.*

### 4.    Claim 8

■

a.      **Claim 8.  The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information.**

i.      **Conception by October 28, 1999**

244.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  *See* Section I.A, supra.

ii.     **Constructive reduction to practice at least as early as September 13, 2000 ('222 application)**

245.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  See Section I.C, *supra*.

b.      **Diligence**

246.    *See Section III, infra.*

5.      **Claim 12**

a.      **Claim 9.  The system of claim 6, wherein the location information in the location server is maintained in an indexed location store.**

i.      **Conception by October 28, 1999**

247.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  *See* Section I.A, supra.

ii.     **Constructive reduction to practice at least as early as September 13, 2000 ('222 application)**

248.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  See Section I.C, *supra*.

**b.    Diligence**

249.    *See Section III, infra.*

**c.    Claim 12.  The system of claim 9, wherein the indexed location store comprises a string store indexed by a hash table distributed across a plurality of servers.**

**i.    Conception by October 28, 1999**

250.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  *See* Section I.A, supra.

**ii.    Constructive reduction to practice at least as early as September 13, 2000 ('222 application)**

251.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  See Section I.C, *supra*.

**d.    Diligence**

252.    *See Section III, infra.*

**6.    Claim 15**

**a.    Claim 15pre:  A method of handling location queries in a network, the network comprising a plurality of location servers including data location information, the method comprising:**

**i.    Conception by October 28, 1999**

253.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  *See* Section I.A, supra.

**ii.    Constructive reduction to practice at least as early as September 13, 2000 ('222 application)**

254.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  See Section I.C, *supra*.

**b.    Claim 15a:  correlating each one of a plurality of identifiers with at least one of a plurality of locations in the network, each one of the plurality of identifiers identifying a respective one of a plurality of data entities, wherein the data entities are stored in corresponding locations in the network;**

**i.    Conception by October 28, 1999**

255.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  *See* Section I.A, supra.

**ii.    Constructive reduction to practice at least as early as September 13, 2000 ('222 application)**

256.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  See Section I.C, *supra*.

**c.    Claim 15b:  receiving a location query from a client at one of the plurality of location servers, the location query requesting location information identifying a location of a data entity included in the data entities;**

**i.    Conception by October 28, 1999**

257.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  *See* Section I.A, supra.

**ii.    Constructive reduction to practice at least as early as September 13, 2000 ('222 application)**

258. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. See Section I.C, *supra*.

### d. Claim 15c: determining which of the plurality of location servers includes the location information;

#### i. Conception by October 28, 1999

259. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. *See* Section I.A, supra.

#### ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

260. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. See Section I.C, *supra*.

### e. Claim 15d: sending a location response message to the client in response to determining the one of the plurality of location servers includes the location information, the location response message comprising the location information;

#### i. Conception by October 28, 1999

261. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. *See* Section I.A, supra.

#### ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

262. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. See Section I.C, *supra*.

  **f.**  **Claim 15e: sending a redirect message to the client in response to determining the one of the plurality of location servers fails to include the location information, the redirect message identifying which of the plurality of location servers includes the location information.**

    **i.**  **Conception by October 28, 1999**

263. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. *See* Section I.A, supra.

    **ii.**  **Constructive reduction to practice at least as early as September 13, 2000 ('222 application)**

264. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. See Section I.C, *supra*.

  **g.**  **AWS's Proposed Constructions**

265. *See Section II.A.1.f, supra.*

  **h.**  **Diligence**

266. *See Section III, infra.*

**C.**  **U.S. Patent No. 7,103,640**

  **1.**  **Claim 17**

    **a.**  **Claim 17pre: A system for retrieving data location information for data stored in a distributed network, the system comprising:**

    **i.**  **Conception by October 28, 1999**

267. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. *See* Section I.A, supra.

  **ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)**

268. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. See Section I.C, *supra*.

  **b. Claim 17a: a plurality of data repositories configured to store data, wherein the data is associated with a respective identifier string in each data repository**

  **i. Conception by October 28, 1999**

269. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. *See* Section I.A, supra.

  **ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)**

270. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. See Section I.C, *supra*.

  **c. Claim 17b: a data location sewer network having a plurality of data location servers, each of the plurality of data location servers containing location strings associated with respective identifier strings and each of the plurality of data location servers having computer executable code configured to execute the following steps:**

  **i. Conception by October 28, 1999**

271. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. *See* Section I.A, supra.

  **ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)**

272. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. *See* Section I.C, *supra*.

        **d.**      **Claim 17c: in response to receiving a data location request from a client to retrieve a location string associated with an identification string provided in the data location request, transmitting a redirect message to the client if the identification string is not associated with a location string at the data location server, wherein the redirect message contains information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string.**

        **i.**      **Conception by October 28, 1999**

273. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. *See* Section I.A, supra.

        **ii.**      **Constructive reduction to practice at least as early as September 13, 2000 ('222 application)**

274. For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied. I incorporate by reference my analysis as to those claims. See Section I.C, *supra*.

        **e.**      **AWS's Proposed Constructions**

275. *See Section II.A.1.f, supra.*

        **f.**      **Diligence**

276. *See Section III, infra.*

      **2.**      **Claim 18**

        **a.**      **Claim 18pre: A system for retrieving data location information for data stored in a distributed network, the system comprising:**

### i. Conception by October 28, 1999

277.     For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  *See* Section I.A, supra.

### ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

278.     For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  See Section I.C, *supra*.

### b.     Claim 18a: a data repository configured to store data, wherein the data is associated with an identifier string;

### i. Conception by October 28, 1999

279.     For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claims 1 and 15 of the '170 patent

### ii. Constructive Reduction to Practice by September 13, 2000 ('222 application)

280.      For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claims 1 and 15 of the '170 patent

### c.     Claim 18b:  a client responsive to a data query to query a data location server for location information associated with the identifier string;

### i. Conception by October 28, 1999

281.     For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  *See* Section I.A, supra.

### ii. Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

██████████████████

282.     For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of

the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by

reference my analysis as to those claims.  See Section I.C, *supra*.

> **d.**      **Claim 18c:  a data location server network comprising a**
> **plurality of data location servers, at least one of the plurality of**
> **data location servers containing location information**
> **associated with the identifier string, wherein each of the**
> **plurality of data location servers comprises computer**
> **executable code configured to execute the following steps in**
> **response to receiving a data location request from the client:**
>
> > **i.      Conception by October 28, 1999**
> > **ii.     Conception by October 28, 1999**

283.     For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of

the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by

reference my analysis as to those claims.  *See* Section I.A, supra.

> > **iii.    Constructive reduction to practice at least as early as**
> > **September 13, 2000 ('222 application)**

284.     For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of

the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by

reference my analysis as to those claims.  See Section I.C, *supra*.

> **e.**      **Claim 18d:  if the data location server contains the location**
> **string associated with the identification string provided in the**
> **data location request, the data location server transmits**
> **location information for use by the client to calculate a location**
> **of the data associated with the identification string;**
>
> > **i.      Conception by October 28, 1999**

285.     For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of

the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by

reference my analysis as to those claims.  *See* Section I.A, supra.

ii.    **Constructive reduction to practice at least as early as September 13, 2000 ('222 application)**

286.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  See Section I.C, *supra*.

f.    **Claim 18e:  if the data location server does not contain the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string.**

i.    **Conception by October 28, 1999**

287.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  *See* Section I.A, supra.

ii.    **Constructive reduction to practice at least as early as September 13, 2000 ('222 application)**

288.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  See Section I.C, *supra*.

g.    **AWS's Proposed Constructions**

289.    *See Section II.A.1.f, supra.*

h.    **Diligence**

290.    *See Section III, infra.*

3.    **Claim 24**

a.    **Claim 24: The system of claim 18, wherein the location information comprises a portion of a hash table distributed over the plurality of data location servers.**

█████████████████

### i.     Conception by October 28, 1999

291.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  *See* Section I.A, supra.

### ii.    Constructive reduction to practice at least as early as September 13, 2000 ('222 application)

292.    For the same reasons discussed above with respect to claims 1, 10, 14, and 17, of the '978 patent and claim 1 of the '170 patent, this claim element is satisfied.  I incorporate by reference my analysis as to those claims.  See Section I.C, *supra*.

### b.    Diligence

293.    *See Section III, infra.*

## III.    REASONABLY CONTINUOUS DILIGENCE

294.    I understand that to be entitled to an earlier data of invention, the inventors must have acted with reasonably continuous diligence from the time they conceived of their inventions to the time those inventions were reduced to practice.  Based on the evidence I have analyzed, it is my opinion that the inventors acted with reasonably continuous diligence from the date of invention (October 28, 1999) until the date of constructive reduction to practice (June 2, 2000 or September 13, 2000).

295.    The evidence analyzed demonstrate that the inventors worked with reasonably continuous diligence to develop and test the software and hardware prototypes of the OverX technology (also known as OXDDT, oxServer, and oxCart).  I also considered other technical documents, such as the White Paper, ███████, and other documents demonstrating the inventors' work toward developing and testing their inventions.

296.     For example, I reviewed commit logs of the inventors' CVS[549] repository, which demonstrate that the inventors worked with reasonably continuous diligence to develop their source code related to the inventions.  A "commit" when a programmer checks a piece of source code back into the version control software.  Observing the commit history indicates when changes were made to the source code and who made them.  The commit information for the OverX source code was included on the source code computer made available in this case.

297.     I   inspected   files   within   the   file   path   ███████████████████ ████████████ Below I've listed several exemplary files that demonstrate the inventors worked with reasonably continuous diligence between the invention date of October 28, 1999 and the latter of the two constructive reduction to practice dates (September 13, 2000).  Information in these files indicate that the inventors worked on developing source code, tested their software and hardware configurations, determined that their invention would work for its intended purpose, and created demo software to test and demonstrate their work.

298.     The exemplary commit histories for source code (and other) files in the ██████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████ Commits for these files (and commits in other files in the "cvsroot" directory) demonstrate that the inventors worked with reasonably continuous diligence to reduce their inventions to practice.  For instance, the source code file ██████████

---

[549] CVS is a version control system used to store and track different versions of source code files.

includes code related to the redirect features recited in the asserted claims. Additionally, the files █████████████████████████████████████████ include code relate to the hash features recited in the asserted claims. *See id*. Other files that disclose elements of the asserted claims and for which commits are included in the ████████████████████████████████ ████████████     ████████████     ████████████     ██████████████ ██████████████████████ *Id*.

      299.    Folders whose commit histories are discussed below include files related to testing of the OverX source code and prototype systems, including the files ████████████ ████████████████████████████████████████████████████████ ████████████████████ Such testing and related activities (and the commit histories for those files) is evidence that the inventors acted with reasonably continuous diligence in reducing their inventions to practice. *See id*.

      300.    Commits for files used to create other software related to the OverX technology are also included in the folders whose commit histories are discussed below. For example, commits for files in the ████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████ directories show that the inventors were also working to prepare demonstrations of their inventions. As an example, files in the ████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████   ████████████████████████ ████████████████████████████████████████████████████████ ████████████████████   ████████████████████████████████ ████████████████████████████████████████████████████████

301.　Files within the ███████████[550] include evidence of reasonably continuous diligence in reduction to practice, including evidence of conception, reduction to practice, diligence, including evidence of development, testing, and demo software related to reducing to practice the claimed inventions and related technologies.

302.　The contents of the files in the ████████████—and their associated commit dates—collectively demonstrate that the inventors worked with reasonably continuous diligence from at least October 28, 1999 through August 22, 2001 to reduce their inventions to practice. These files and their associated commit dates are evidence that the inventors did not abandon or unreasonably delay their inventions.

---

[550] This refers to files from the inventors' ████████████████████████

303.     Other technical documentation demonstrates that the inventors worked with reasonably continuous diligence to reduce their inventions to practice.  For example, a document ██████████████████████████ also referred to as the "White Paper," evinces conception of certain inventions claimed in the '170, '978, and '640 patents.  ████████████████████

████████████████████████████████████████████████████████████████████████

██████████████     The White Paper indicates that at least by its date, the inventors were already working with reasonably continuous diligence to actually reduce the claimed inventions to practice.  For example, the White Paper indicates that a prototype oxServer had already been built and tested by the paper's date of October 28, 1999.  *See* KOV_00002119 at KOV_00002132 ("The prototype oxServer was tested with small, 12 octet entity key and data location specifier queries on a run-of-the-mill Intel Pentium II running at 450 MHz, with 100 MHz SDRAM, and a 100 Mbit/second simplex Ethernet connection."); *id*. ("An additional test was performed with the oxServer on the same configuration, where queries were directed to the server using a local procedure call, bypassing the host network implementation completely.").

304.     The White Paper also demonstrates that, by its date of October 28, 1999, the inventors were testing and had observed successful performance of their prototype oxServer.  The White Paper indicates that during testing, the oxServer "sustained ~40000 queries per second, corresponding to around 1.1 Moctets/second of network bandwidth in each direction, or 2.2 Moctets/second total of the 10 Moctets/second total available bandwidth on the network link.  This Performance number was reached using 100% of the client's CPU."  *Id*. at KOV_00002132.  The inventors also observed that "[t]hese results suggest that the oxServer prototype is quite efficient in its use of host CPU, since it can sustain the same level of network traffic as the network transfer benchmark, which does nothing with the data."  *Id*.

305.    As another example, in the file ████████ the inventors recorded ████████ ████ that further demonstrate that the inventors had built and tested a prototype oxServer that performed data requests (i.e., "gets"), data additions (i.e., "puts"), and date deletions ("i.e., "deletes"), using this technology prior to (and thus at least by the date of) October 28, 1999. *See* KOV_00002367 at KOV_00002367.    For instance, ████████████████████████ ████████████████████████████████████ ██████████████████████████

306.    The ████████████████ also demonstrate that prototype testing continued through January 2000 and used source code the inventors had been developing.    For instance, by January 14, 2000, ████████████████████████ ████████████    KOV_00002367 at KOV_00002367.    ████████████████ ████████████████████████████████████. *Id*. ████████ ████████████████████████████████

████    *Id*.    Further testing took place by January 24, 2000.    *See* KOV_00002367 at KOV_00002368.    During those tests, the programs ████████████████████ ████████████████████████ *Id*.    ████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████ ██ ████████████    ████████████████ ████████████████████████████████

307. As mentioned above, by October 28, 1999, the inventors had also already developed source code that comprised NDTP "client" and NDTP "server" code implementing GET, PUT, and DEL operations, which respectively retrieve and insert data across a distributed network of location servers and data repositories. *See, e.g.,* ███████████████████████████ ███████████████████████████████████████████████████████████ ██████████████████████████████. For instance, these files defined an enumeration of operations (e.g., NDTP_GET, NDTP_GET_RSP, NDTP_PUT, NDTP_PUT_RSP, NDTP_DEL, NDTP_DEL_RSP, and NDTP_RDR_RSP), implemented the GET, PUT, and DEL operations, defined functions for starting and completing those operations, defined states for open connections and pending update requests, and implemented tests of the system. For example, ███████████ contains implementations of NDTP GET and PUT client operations. The file █████ defines states for open connections and pending update requests. The file █████ defines functions for starting and completing get and put operations, using functions and definitions from ███████████████████ The file ███████ implements tests of the system.

308. The inventors also worked with reasonably continuous diligence to build prototypes of the OverX Location Server, also known as the Xpress server (collectively "OXLS"). A first iteration of OXLS was completed at least as early as February 11, 2000, and a second iteration of OXLS was completed at least as early as August 22, 2001. *See, e.g.,* ███████████████████ ████████████████████████████ ███ ████████████████████████ ██████████████████; Kove's Second Amended Response to AWS's Interrogatory No. 10.

122

Commits for the files in █████████████████████████████████████████████ ████
█████████████████████████████████████ are evidence of the inventors' reasonably
continuous diligence in reducing their inventions to practice. Additional evidence of prototyping
is included in the White Paper (KOV_00002119 and ████████████████) and the inventors
████ files (KOV_00002367 and ████████").

309. The inventors acted with reasonably continuous diligence from at least as early as
October 28, 1999, to implement and test the source code used in the OXLS embodiments, as
evidenced, for example, by the dates of source-code commits for OXLS source code logged in the
inventors' CVS source code repository in ████████████████████████████ As
discussed above, each of these dates shows evidence of reasonably continuous diligence to actually
reduce the invention to practice. For example, commit dates for OXLS source code files in the
█████████████████████████████ were consistently logged between October 28, 1999 and
August 22, 2001. *See* commit dates in files within ████████████████████████
████████████████████████████████████████████████████████████

310. The inventors' reasonably continuous development of OXLS built upon their prior
work, including their development of the oxServer and related source code. For example, as of
October 28, 1999, the oxServer source code included source code for an NDTP client in the file
█████ which was configured to perform various tests of an NDTP server based on commands
input to the client. *See*, *e.g.*, the directory ████████████████████████
████████████████████████████████████████). Source code
implementing OXLS included and expanded on this initial client source code, for example, in files
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████"

311.    OXLS also included and expanded on oxServer's initial server-side source code for implementing NDTP-formatted GET, PUT, and DELETE operations, which respectively retrieve, insert, and remove data location information across a distributed network of location servers and data repositories.    *See*, *e.g.,* ███████████████████████████████████

██████████████████████████████████████████████████████

██ ████████████████████████████████████████████████

312.    As part of their reasonably continuous diligence, the inventors tested their operational source code, developing additional source code to carry out those tests.  For example, source code for testing the initial oxServer source code, as well as OXLS, includes the file

███████████  ████  ███████  ██  ██  ███████  ████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████  ████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████

313.    Exemplary data from January 2000 showing test results for the initial source code is included in the file ████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██ ██ ██ ████████████ ██ ██ ████ ████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████ ██████████████████████
████████████████████████████████████████████████████████
███████████████████████████████████████

314.    The inventors' reasonably continuous diligence to reduce their inventions to practice included their efforts toward establishing alpha and beta testing programs for assessing their technology. ████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████ *See*, *e.g.*, KOV_00173784;   KOV_00173793;   KOV_00173789;   KOV_00173790;   KOV_00173791; KOV_00173786.