# Exhibit 58

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

---------------------------------X

KOVE IO, INC.,                             :

        Plaintiff,       :

                                : Civil Action No.:

  v.                                       :

                                : 1:18-cv-08175

AMAZON WEB SERVICES, INC.                  :

        Defendant.       :

---------------------------------X

\*\*\* HIGHLY CONFIDENTIAL \*\*\*

SOURCE CODE INFORMATION

Deposition of ANANTH GRAMA, PH.D.

Conducted Remotely

Tuesday, September 5, 2023

9:03 a.m.

Reported by: Matthew Goldstein, RMR, CRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 9

```
 1              P R O C E E D I N G S
 2    Whereupon,
 3              ANANTH GRAMA, PH.D.,
 4    being first duly sworn or affirmed to testify to the
 5    truth, the whole truth, and nothing but the truth, was
 6    examined and testified as follows:
 7        EXAMINATION BY COUNSEL FOR THE PLAINTIFF
 8    BY MR. CARDENAS-NAVIA:
 9        Q.   Could you please state your full name.
10        A.   My name is Ananth Grama.
11        Q.   What is your home address?
12        A.   3335 Crawford Street, West Lafayette,
13    Indiana 47906.
14        Q.   Have you had your deposition taken
15    before?
16        A.   Yes, I have.
17        Q.   How many times?
18        A.   To the best of my recollection, four
19    times.
20        Q.   Okay.  Then this will probably sound
21    familiar, but I'm going to go ahead and go over
22    some background rules for this deposition.
```

1　　　　　MR. SIGLER:  And, Counsel, Dr. Grama has
2　　a correction he would like to make.
3　　BY MR. CARDENAS-NAVIA:
4　　　　Q.　Go ahead, Dr. Grama.
5　　　　A.　I just wanted to be on record to
6　　indicate that all of the results from my testing
7　　is actually included in Appendix E of my reports.
8　　So, you know, you should feel free to look at all
9　　of the results, as well.
10　　　　Q.　Thank you for that clarification.
11　　　　　　Anything else?
12　　　　A.　No.
13　　　　Q.　And during the last session, the
14　　question came up about the date of the version of
15　　the Amazon S3 and DynamoDB source code that you
16　　reviewed.  Were you able to determine what the
17　　date of that code was?
18　　　　A.　I apologize, I was not.  But the code
19　　was exactly the same as was available to
20　　Dr. Goodrich, as well.
21　　　　Q.　Okay.  Thank you.
22　　　　　　I want to talk about DynamoDB.  In

 1　DynamoDB, what is a primary key?
 2　　　A.　So let me go back to my discussion where
 3　I talk about these things.  I want to make sure
 4　that I say it exactly right.  So --
 5　　　Q.　Sure.
 6　　　　　And could you let me know, once you're
 7　there, where in your report you're looking?
 8　　　A.　Absolutely.
 9　　　　　I do apologize, I can't find the
10　definition I was looking for.  Let me answer the
11　question -- let me answer the question anyway.  So
12　the primary key is a key that identifies a row in
13　the table in DynamoDB.  It may be a key that is
14　supplied, or it may be a composite key.  And a
15　composite key would be a partition ID and a sort
16　key.  And the idea here is that the primary key
17　goes through a hash function, and then it is
18　assigned to partitions.
19　　　　　In the case of a composite key, all rows
20　with the same partition key will be held together
21　in the same partition, and they will be sorted in
22　terms of the sort key.

```
 1        Q.    Thank you for that.  And let me make
 2   sure I understood.
 3              You said that the primary key goes
 4   through a hash function, and then it is assigned
 5   to a partition; is that correct?
 6        A.    So the partition boundaries are
 7   determined by hash version of the primary key,
 8   yes.
 9        Q.    And -- okay.  And earlier we were
10   talking through the -- well, strike that.
11              Does a primary key uniquely identify an
12   item?
13              MR. SIGLER:  Objection; lack of
14   foundation.
15              THE WITNESS:  Is "item," as you're
16   referring to, in the context of DDB or a plain
17   computer science term, or do you want me to
18   interpret "item" in any other way?
19   BY MR. CARDENAS-NAVIA:
20        Q.    "Item" in the context of DynamoDB.
21        A.    Yeah, I'm going to interpret "item" as a
22   key that -- or an item that is being queried to by
```

 1   a user.  If you would like me to interpret "item"
 2   another way, please let me know.  And, indeed, if
 3   you're accessing a row in a table, which is how a
 4   user query would come in, indeed a row in a table
 5   would be identified by a primary key corresponding
 6   to that particular row.
 7        Q.   And the row in the table would be
 8   uniquely identified by a primary key; correct?
 9             MR. SIGLER:  Objection; calls for a
10   legal conclusion, lack of foundation.
11             THE WITNESS:  And, once again, if you're
12   asking me as -- my opinion as a computer scientist
13   or in terms claim language, I'm happy to answer
14   either way.
15   BY MR. CARDENAS-NAVIA:
16        Q.   Well, let me try to ask it a little
17   differently.
18             The same primary key would not
19   correspond to two different rows in tables;
20   correct?
21        A.   Yes, that's --
22             MR. SIGLER:  Objection; lack of

 1    Q.   And is it fair to say that the location
 2  of that file is on your computer?
 3    A.   The file is located on my computer is
 4  how I would say, but I would say -- I would not
 5  say the location of my file is my computer.
 6    Q.   Why not?
 7    A.   Because a location is a specific
 8  location.  If I were to simply say the location of
 9  my file is my computer, that doesn't tell me where
10  the file is.  I would say the location of my file
11  is C:/Documents/AIG/Deposition/A.  That is the
12  location.
13    Q.   So in your view, a location has to have
14  a high degree of specificity?
15    A.   A location should be able to uniquely
16  locate an object.
17    Q.   Well, another way to describe a location
18  of a piece of data on your computer could be to
19  refer to its byte range; right?
20    A.   I'm sorry, what range?
21    Q.   Byte range.
22    A.   Oh, you mean the sectors on the disk?

```
 1        Q.    Yes.
 2        A.    Yes, that is correct.
 3        Q.    And you would agree that that would be a
 4   location; right?
 5        A.    Yes, the address in terms of sectors and
 6   offsets would be a location of the data.
 7        Q.    Okay.  And for your computer to actually
 8   retrieve the data file, if all it had was a file
 9   path, it would still need to actually go and find
10   the sector on your hard drive to locate the file;
11   right?
12        A.    That is correct.  And the reason for
13   that is because there's a unique mapping from the
14   file to the sectors and the offsets.
15        Q.    Okay. So let me ask -- you're located
16   in Washington, D.C., right now; correct?
17        A.    I would say I am in Washington, D.C.  I
18   wouldn't say I'm located in Washington, D.C.  I
19   would say I'm located at whatever the address is
20   for the place I'm sitting at.  In fact, I would
21   say I'm actually located in a conference room at
22   Fisch Sigler which happens to be at this address.
```

1  Because you also need to be able to physically go
2  there?
3      A.   In terms of information I meant, yes.
4      Q.   So the key in your view is the location
5  has to tell you uniquely where the data is?
6      A.   Once again, I repeat, a location is a
7  piece of information that lets you access data to
8  support the operations that you want to perform on
9  that data.
10     Q.   Okay.
11     A.   And once again, this entire conversation
12  was prefixed as a POSITA, not in the claim term
13  language of "location."
14     Q.   In your view, what is the difference
15  between a POSITA and at claim term language of
16  "location"?
17     A.   So the claim term is defined -- once
18  again, I don't want to render a legal judgment
19  here, but my understanding is a claim term
20  incorporates the limitations of the context in
21  which it is applied.  Whereas, the limitations of
22  a POSITA would be the intellectual context within

1　which it operates.

2　　　　　MR. CARDENAS-NAVIA: Let's -- we've been

3　going for a while. Let's go ahead and take a

4　break.

5　　　　　THE VIDEOGRAPHER: All right. The time

6　is 2:57 p.m. We're going off the record.

7　　　　　(Recess from the record.)

8　　　　　THE VIDEOGRAPHER: The time is

9　3:15 p.m., and we're back on the record.

10　BY MR. CARDENAS-NAVIA:

11　　　Q.　So, Dr. Grama, could you turn to

12　page 102 of your report.

13　　　A.　Yes, please.

14　　　Q.　And do you see the construction for the

15　term "location" on page 102?

16　　　A.　Yes, please.

17　　　Q.　Okay. So I'm asking you -- when I ask

18　you questions about "location," I'm asking as, you

19　know, your view on "location" as that term has

20　been construed by the court. Okay?

21　　　A.　Yes, please.

22　　　Q.　Okay. In -- let's say you've got a

1　　　　　So the fact that you can physically move
2　data without changing the iNode is by far the
3　clearest indication that iNode is not location
4　information.  In addition to that, there are cases
5　where iNode carries the payload of the data
6　itself, and that is yet another reason why an
7　iNode cannot be location information.
8　　　Q.   Okay.  You didn't really answer my
9　question, but I'll move on.
10　　　　　So let me ask you something.  Would you
11　say your physical location if we say -- if we
12　provide your address and you're at Fisch Sigler's
13　office and we provide the room number you're in,
14　would you agree that that's your location?
15　　　A.   Yes, to the extent that you are trying
16　to do something -- you're trying to reach me, that
17　would get you to me, yes.
18　　　Q.   Okay.  And let me ask you something.
19　Earlier you agreed that a file path to a file, you
20　believed that was a location; correct?
21　　　A.   Yes, that is a location.
22　　　Q.   Okay.  But in that instance, can't the

 1   actual physical memory that's storing that data
 2   file change even though the file path remains the
 3   same?
 4        A.   The physical memory of the file?
 5        Q.   Yes.
 6        A.   No, it's where it is on the disk.  Once
 7   you have a file name, the file name is associated
 8   with something called -- there's a data structure
 9   in the operating system which keeps track of every
10   one of the pages that I talked about that are
11   associated with that file.  The moment you move
12   that, that data structure is corrupted, and you
13   will never be able to access the file.  It no
14   longer is the information.
15        Q.   Well, where the file is physically
16   stored on a memory can change, right, and the file
17   path can remain the same, and what will get
18   updated is the pointer from the file path to the
19   memory; correct?
20        A.   No, the file path contains where the
21   blocks are where a file is stored.  The moment you
22   clear those blocks, delete those blocks, do

```
 1   anything to those blocks, if you move them, the
 2   descriptor is corrupted, and you wouldn't be able
 3   to access that file anymore.
 4        Q.   I'm sorry, did you say the file path
 5   contains the blocks?
 6        A.   The descriptor for the file path
 7   contains all of the blocks that are associated
 8   with that file.
 9        Q.   So give me an example of a file path.
10        A.   So if you look at the file path, say
11   C -- I think I had the example,
12   C:/AIG/Documents/A.whatever.  Okay.  So if you
13   look at how it is stored on your computer, the
14   descriptor for that file, it has got all the
15   blocks that are associated with that particular
16   file.  If you were to move one of those blocks
17   from where it is anywhere else, that descriptor is
18   then corrupted.  You would never be able to access
19   that file.
20        Q.   Are you familiar with the concept of
21   defragmenting a hard drive?
22        A.   Yes.
```

1    Q.   And when you defragment a hard drive,
2    some of what it does is move your files from one
3    physical location on the memory to another
4    physical location; correct?
5    A.   That is exactly right.
6    Q.   And so when you defragment your hard
7    drive, a number of files, their physical locations
8    on the hard drive will move; correct?
9    A.   Indeed, and all of the descriptors are
10   updated, as well.
11   Q.   The file paths won't -- for those files
12   won't change, though; correct?
13   A.   The descriptors will change, yes.
14   Q.   I'm asking about the file path, the
15   C-drive, you know, Dr. Grama/File5, that doesn't
16   change; correct?
17   A.   No, absolutely.  And the way you and I
18   are talking, the file path doesn't change.  But
19   the descriptor of that file path as it's stored in
20   the computer absolutely changes.  When you move
21   blocks of a file, every one of those block
22   addresses has to be updated on that descriptor.

1 Q. Okay. But you agree that a file path is
2 a location; correct?
3 A. The file path, as it's represented
4 inside the computer, is a location.
5 Q. Okay. So you don't believe the file
6 path, just the C-drive and some other character,
7 you don't believe that's a location?
8 A. Remember, I said a location is what lets
9 you access that file. And to access that file,
10 you have to have all of where the constituent
11 pieces of that file are. So the descriptor of
12 that file path in the computer is absolutely its
13 location.
14 Q. Okay. So you're saying the descriptor
15 of the file path is a location, but the file path
16 itself is not a location; right?
17 A. So, I mean, as you and I speak about it,
18 I would say that as C:/whatever. The way the
19 descriptor is stored in the computer is it has all
20 of the blocks that are associated with that file.
21 Q. Okay. So just the file path text itself
22 is not a location; correct?

1    A.    The representation of the file path on a
2    computer is its location, yes.
3    Q.    And you didn't -- I think you're saying
4    the same thing but you're talking about the
5    representation, but the file path text itself is
6    not a location in your view; correct?
7    A.    I don't know if the file path itself is
8    ever stored in any file system separately.  It is
9    always stored in the form of its descriptor.
10   Q.    That's not my question.
11         Can you please answer my question?
12   A.    Could you repeat the question?
13   Q.    Is the text of the file path itself a
14   location?
15   A.    Ah, if you're just saying is C:, as it's
16   written out or as I speak to you, is not a
17   location.
18   Q.    Okay.  A URL can be a file path;
19   correct?
20   A.    A URL is more than a file path, but yes,
21   a file path may be a part of a URL.
22   Q.    How is a URL more than a file path?

1    A.    Yes, please, I'm there.

2    Q.    And you say four lines in, "If decision

3  to remove the cache was made, other simple and

4  commonplace design choices would have been likely

5  made to reduce latency and improve performance;

6  for example, an expansion in the web server cache

7  or inclusion of a simple or separate cache.  As

8  discussed above, the technique of caching has no

9  connection to the claims, and there are ample ways

10  of implementing caching beyond those accused in

11  the ███.  Based on my analysis of these

12  alternatives, Amazon could have implemented the

13  alternatives for S3 in no more than 25 days of a

14  senior programmer's time.  And senior programmers

15  would charge between 250 and $500 per hour for

16  their time."

17        Do you see that?

18    A.    Yes, sir, I do.

19    Q.    And you're smiling.  Why are you

20  smiling?

21    A.    I figured you were -- maybe you were

22  going to ask me a question about whether

Page 347

1 STATE OF MARYLAND )

2                              ss:

3 COUNTY OF MONTGOMERY )

4

5            I, Matthew Goldstein, Notary Public within

6 and for the State of Maryland, do hereby certify:

7            That I reported the proceedings in the

8 within entitled matter, and that the within transcript

9 is a true record of said proceedings.

10           I further certify that I am not related to

11 any of the parties to the action by blood or marriage,

12 and that I am in no way interested in the outcome of

13 this matter.

14           IN WITNESS WHEREOF, I have hereunto set my

15 hand this 18th day of September, 2023.

16

17

18

19

20

21                      _____

22                      Matthew Goldstein, RMR, CRR