# Exhibit K60
# (Filed Under Seal)