# Exhibit K63
# (Filed Under Seal)