# Exhibit K64
# (Filed Under Seal)