# Exhibit K65
# (Filed Under Seal)