# Exhibit K67
# (Filed Under Seal)