# Exhibit K68

**From:** Tomsen Bukovec, Mai-Lan [/O=AMAZON/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MAILAN]
**Sent:** 5/5/2016 3:18:27 PM
**To:** Vermeulen, Allan [alv@amazon.com]
**Subject:** file system buckets

Hi, Al: There are two major business issues that I need to figure out how to solve: a/ how AWS collectively provides a query-oriented capability for Big Data customers so we don't have this [REDACTED]; and b/ how S3 can on-board lots of on-premise data [REDACTED]y. That last issue falls under the buzz-wordy term [REDACTED] but at the end of the day, it is captured in two main scenarios:
1/ Cloud workloads: continuous movement of files generated on premises to S3. This is both an initial migration of data as well as a way to generate enough data over time in S3 to gradually migrate apps over to use S3 storage.
2/ "Cached Cloud NAS": persistent backup of all on-premises files to S3, while providing a local cache for fast retrieval of frequently used data.

Right now, the conversation is focused on the [REDACTED] that Wayne's team is supposed to build. This service is headed up by a new GM in Boston reporting to Wayne. They are talking about having something in production by Reinvent (was August but now delayed). It's not clear it would be the full scope of what's in the document, though.

How would a [REDACTED] help with those two scenarios? It's basically taking the [REDACTED]. Conceptually, we would need to be super clear with customers. Maybe something like if you want to mount a bucket and totally transparently treat it like a file system, use EFS or File Gateway, and if you want to just have a file system hierarchy for your bucket, you would have the [REDACTED]t. Not quite clear how that works.

Thanks,
Mai-Lan


AMZ_KOVE_000236629