# Exhibit K69
# (Filed Under Seal)