# Exhibit K70
# (Filed Under Seal)