# Exhibit K71
# (Filed Under Seal)