# Exhibit K72
# (Filed Under Seal)