# Exhibit K73
# (Filed Under Seal)