# Exhibit K74
# (Filed Under Seal)