# Exhibit K75
# (Filed Under Seal)