# Exhibit K76
# (Filed Under Seal)