# Exhibit K77
# (Filed Under Seal)