# Exhibit K78
# (Filed Under Seal)