# Exhibit K79
# (Filed Under Seal)