# Exhibit K80
# (Filed Under Seal)