# Exhibit K81
# (Filed Under Seal)