# Exhibit K82
# (Filed Under Seal)