# Exhibit K83
# (Filed Under Seal)