# Exhibit K84
# (Filed Under Seal)