# Exhibit K85
# (Filed Under Seal)