# Exhibit K86
# (Filed Under Seal)