# Exhibit K87
# (Filed Under Seal)