# Exhibit K88
# (Filed Under Seal)