# Exhibit K89

**Oracle Names™ Administrator's Guide**

**Release 2.0**

AMZ_KOVE_000528884
AMZ_KOVE_000528884

AMZ_KOVE_000528885
AMZ_KOVE_000528884

# Oracle Names ™
# Administrator's Guide

**Release 2.0**
Part No. A42482–1



AMZ_KOVE_000528886
AMZ_KOVE_000528884

Oracle Names™ Administrator's Guide , Release 2.0

Part No. A42482–1

Copyright © 1994, 1995, 1996 Oracle Corporation

**All rights reserved. Printed in the U.S.A.**

Primary Author: Larry Neumann, Mary Owen
Contributing Authors: Sandy Venning, Laura Ferrer, Jocelyn Audette
Contributors: Jay Rosssiter, Sandy Lau, Martin Toeller, June Foster, Kamala Pal,
Ed Miner, P.V. Shivkumar, Dave Stowell, Jessica Kam, Mark Lambert, Debbie
Smith, Laurie Mann, Mark Jarvis, Steve Viavant, Michael Mesaros, Debra
Kajiyama, Dave Pierce

**This software was not developed for use in any nuclear, aviation, mass
transit, medical, or other inherently dangerous applications. It is the
customer's responsibility to take all appropriate measures to ensure the safe
use of such applications if the programs are used for such purposes.**

This software/ documentation contains proprietary information of Oracle
Corporation; it is provided under a license agreement containing restrictions on
use and disclosure and is also protected by copyright law. Reverse engineering
of the software is prohibited.

If this software/ documentation is delivered to a U.S. Government Agency of
the Department of Defense, then it is delivered with Restricted Rights and the
following legend is applicable:

**Restricted Rights Legend** Use, duplication, or disclosure by the Government is
subject to restrictions as set forth in subparagraph (c)(1)(ii) of DFARS
252.227–7013, Rights in Technical Data and Computer Software (October 1988).

Oracle Corporation, 500 Oracle Parkway, Redwood City, CA 94065.

If this software/ documentation is delivered to a U.S. Government Agency not
within the Department of Defense, then it is delivered with "Restricted Rights",
as defined in FAR 52.227–14, Rights in Data – General, including Alternate III
(June 1987).

The information in this document is subject to change without notice. If you
find any problems in the documentation, please report them to us in writing.
Oracle Corporation does not warrant that this document is error free.

Oracle, SQL*Net, SQL*DBA, SQL*Connect, SQL*Forms, and SQL*Plus are registered
trademarks of Oracle Corporation.

Oracle MultiProtocol Interchange, Oracle Names, Oracle Network Manager, Secure
Network Services, Oracle Server Manager, and Oracle7 are trademarks of Oracle
Corporation.

All other products or company names are used for identification purposes only,
and may be trademarks of their respective owners.

AMZ_KOVE_000528887
AMZ_KOVE_000528884

# Preface

**Purpose**

The *Oracle Names Administrator's Guide* provides the information you need to understand and use the Oracle Names product. Oracle Names makes network address and database link information in an enterprise-wide distributed database network available to all nodes throughout the network.

> **Note:** This manual contains examples and figures that refer to specific machine types, network protocols, and operating systems. These references are examples of possible configurations and are not representative of all configurations. Use this guide in conjunction with an Oracle operating system-specific manual that includes notes on installation and operating system-specific information such as configuration file locations and protocol support on that platform.


OS Doc

AMZ_KOVE_000528888
AMZ_KOVE_000528884

**Audience**

The information in this manual is intended primarily for network or database administrators (DBAs). This guide is also for anyone who wants to understand how Oracle Names works.

**Documentation Set**

Use this guide in conjunction with the other manuals in the Oracle network products documentation set. This set consists of manuals that help you to set up an integrated, heterogeneous network and to use the applications and services provided. The documentation consists of the following manuals:


Oracle Names

∞ *Oracle Names Administrator's Guide* (this manual)

Describes the Oracle Names product, including

– the purpose and function of Oracle Names

– types of network naming schemes

– configuration requirements for Oracle Names

– the Dynamic Discovery Option

Refer to this manual to learn how Oracle Names works, and how to use it after it is installed and configured.


OS Doc

∞ Oracle operating system–specific manuals include installation instructions for the networking products on your platform, and describe the Oracle Protocol Adapters, including:

– protocol terms and concepts

– protocol–specific parameters

Refer to this book for installation instructions and other information that is platform or operating system–specific.


NetMan

∞ *Oracle Network Manager Administrator's Guide*

Describes the tool that creates the configuration files for the Oracle networking products, including:

– SQL*Net release 2.3

– Oracle MultiProtocol Interchange

– Oracle Names

Use this book when you want to configure the SQL*Net network.


SQLNet

∞ *Understanding SQL*Net*

Describes SQL*Net release 2.3, including:

– SQL*Net functionality

– architecture of SQL*Net

AMZ_KOVE_000528889
AMZ_KOVE_000528884

– planning your SQL*Net V2.3 network

– using SQL*Net V2.3

Refer to this book to understand how SQL*Net works, and how to use it after it is installed and configured.


Intchg

∞ *Oracle MultiProtocol Interchange Administrator's Guide*

Describes the Oracle MultiProtocol Interchange, including:

– the purpose and function of the Interchange

– using the Interchange to navigate connections over a network

– client choices for accessing the Interchange

– using the Interchange in a network

Refer to this book for information about the functions of the Interchange and how to use it after it is installed and configured.


Diagnostics

∞ *Oracle Network Products Troubleshooting Guide*

Contains errors and diagnostic information, including:

– information about coping with errors and using diagnostic features of Oracle network products, most notably tracing

– the error messages and informational messages that may occur during network processing

Use this book for troubleshooting help.

**How this Manual Is Organized**

The *Oracle Names Administrator's Guide* consists of the following chapters and appendices.

**Chapter 1 – Introduction to Oracle Names**

This chapter describes the purpose of the Oracle Names product, including the Dynamic Discovery Option, and provides an overview of its administration and requirements. It also provides information to help you decide whether or not to use the Dynamic Discovery Option.

**Chapter 2 – Introduction to the Dynamic Discovery Option**

This chapter describes the operational architecture of Oracle Names using the new Dynamic Discovery Option provided with SQL*Net 2.3.

**Chapter 3 – Oracle Names Architecture**

This chapter describes the operational and functional architecture of Oracle Names without the Dynamic Discovery Option.

AMZ_KOVE_000528890
AMZ_KOVE_000528884

### Chapter 4 – Planning for Oracle Names

This chapter describes the issues to consider before setting up a network with Oracle Names.

### Chapter 5 – Setting Up and Running Oracle Names with the Dynamic Discovery Option

This chapter provides scenarios that show how to set up and upgrade your network to Oracle Names 2.0 using the new Dynamic Discovery functionality, a significant enhancement to Oracle Names 2.0.

### Chapter 6 – Configuring Oracle Names

This chapter describes how to configure Oracle Names for your system. Also included are Names Server parameters.

### Chapter 7 – Running and Managing Oracle Names

This chapter describes the operations required to maintain the Oracle Names system after it has been installed and configured.

### Appendix A – Oracle Names Control Utility Reference

This appendix describes the commands available in the Oracle Names Control Utility NAMESCTL.

### Appendix B – Complex Network Issues and DDO

This appendix describes complex network issues that arise when converting your network, or part of your network, to using the DDO. This Appendix is intended to be used only as a reference chapter.

### Appendix C – Advanced Topics

This appendix discusses advanced topics in setting up Oracle Names. Discussed are such topics as defining foreign regions, defining client profiles, and resolving names in domains.

**Related Publications**

In addition to this guide, the other manuals in the SQL*Net documentation set, and the Oracle operating system–specific documentation for your platform, you may want to refer to the following documents published by Oracle Corporation:

- ∞ *Oracle7 Server Concepts*
- ∞ *Oracle7 Server Administrator's Guide*
- ∞ *Oracle7 Server Application Developer's Guide*
- ∞ *SQL*Plus Reference Guide*
- ∞ *SQL Language Reference Manual*

AMZ_KOVE_000528891
AMZ_KOVE_000528884

**Notational Conventions**

The following syntax conventions are used in this manual:

| | |
|---|---|
| *text...italic* | Italic text is used for emphasis, to call attention to a technical term used for the first time, and to differentiate coding terms used like words within text. |
| `Monospace normal` | Monospace shows computer display or contains text you need to enter exactly as shown. |
| `Monospace italics` | Monospace in italics represents a variable. Substitute an appropriate value. |
| [ ] | Brackets enclose optional items. Do not enter the brackets. |
| \| | A vertical bar represents a choice of two or more options. You must enter one of the options. Do not enter the vertical bar. |
| Punctuation | Punctuation other than brackets and vertical bars must be entered as shown. |
| UPPERCASE | Uppercase characters within the text represent command names, filenames, and directory names. |

**Your Comments Are Welcome**

We value and appreciate your comments as an Oracle products user. As we write, revise, and evaluate our work, your opinions are the most important input we receive. At the back of this manual is a Reader's Comment Form; we encourage you to use this form to tell us what you like and dislike about this (or other) Oracle manuals. If the form is missing, or you would like to contact us, please use the following address:

Oracle Network Products Documentation Manager
Oracle Corporation
500 Oracle Parkway
BOX 659410
Redwood Shores, CA 94065

AMZ_KOVE_000528892
AMZ_KOVE_000528884

AMZ_KOVE_000528893
AMZ_KOVE_000528884

# Contents

Chapter 1      **Introduction to Oracle Names** ............................ **1 – 1**

What Is Oracle Names? .................................. 1 – 2

What Is the Dynamic Discovery Option (DDO)? ............. 1 – 2

     Choose Whether to Use the Dynamic Discovery Option .... 1 – 3

Compatibility Between Oracle Names versions 1.0 and 2.0 ..... 1 – 4

Why Use Oracle Names? ................................. 1 – 4

     Why Use Oracle Names with the
Dynamic Discovery Option ........................... 1 – 4

What Is Stored in Oracle Names? .......................... 1 – 5

     With the Dynamic Discovery Option .................... 1 – 6

Who Uses Oracle Names? ................................ 1 – 6

System Requirements for Oracle Names .................... 1 – 6

Where to Go From Here ................................. 1 – 7

Chapter 2      **Introduction to the Dynamic Discovery Option** ............. **2 – 1**

What is Oracle Names with the Dynamic Discovery Option? ... 2 – 2

     Well–Known Name Server Addresses ................... 2 – 2

     Dynamic Service Registration ........................ 2 – 2

     Replication of Service Definitions ..................... 2 – 3

How a Network Works Using the Dynamic Discovery Option . 2 – 3

Oracle Names Architecture
With the Dynamic Discovery Option ...................... 2 – 4

     Change in the Treatment of Domains ................... 2 – 4

     Default Domains .................................. 2 – 5

Key Components of Oracle Names
with the Dynamic Discovery Option ....................... 2 – 6

AMZ_KOVE_000528894
AMZ_KOVE_000528884

| Chapter 3 | **Oracle Names Architecture** .............................. **3 – 1** |
| | Overview of Oracle Names ................................. 3 – 1 |
| | Basic Oracle Names Architecture ...................... 3 – 2 |
| | Components of a Name Server ........................ 3 – 3 |
| | Network Models ......................................... 3 – 4 |
| | Naming Models .......................................... 3 – 6 |
| | Flat Naming Model .................................. 3 – 6 |
| | Hierarchical Naming Model .......................... 3 – 7 |
| | Administrative Regions ................................... 3 – 9 |
| | Central Administration .............................. 3 – 10 |
| | Delegated Administration ............................ 3 – 11 |
| | Using the Oracle Network Manager to Define the Network .... 3 – 17 |
| | How Names are Resolved for a Client/ Server |
| | Connection in a Central Region ......................... 3 – 17 |
| | Role of the Client .................................. 3 – 17 |
| | Role of the Names Server ............................ 3 – 18 |
| | How Names are Resolved for a |
| | Distributed Database Connection in a Central Region ......... 3 – 19 |

| Chapter 4 | **Planning for Oracle Names** .............................. **4 – 1** |
| | Before Installing Names Servers ........................... 4 – 2 |
| | Choosing a Naming Model ................................. 4 – 2 |
| | Consider Existing Standards .......................... 4 – 2 |
| | Anticipate Growth ................................... 4 – 3 |
| | Know If You Are First ............................... 4 – 3 |
| | Defining the Administrative Regions ....................... 4 – 4 |
| | Choosing the Administrative Model .................... 4 – 5 |
| | Establishing Administrative Policies .................... 4 – 5 |
| | Determining The Number of Names Servers ................. 4 – 6 |
| | Two Names Servers Per Region ....................... 4 – 6 |
| | Selecting Names Servers Nodes .......................... 4 – 7 |

| Chapter 5 | **Setting Up and Running Oracle Names** |
| | **with the Dynamic Discovery Option** ..................... **5 – 1** |
| | Configuration Scenarios ................................. 5 – 2 |
| | A Review of Network Components ......................... 5 – 2 |
| | Rules for Setting Up and Using the |
| | Dynamic Discovery Option .............................. 5 – 3 |
| | Before You Begin ....................................... 5 – 4 |
| | Scenario 1: Create a New Network Using the |
| | Dynamic Discovery Option .............................. 5 – 4 |
| | Scenario 2: Upgrading All Components |
| | in an Existing Network ................................. 5 – 7 |

AMZ_KOVE_000528895
AMZ_KOVE_000528884

Scenario 3: Gradually Upgrading an Existing Network . . . . . . . . 5 – 9
Scenario 4: Upgrading from a Native Naming Adapter . . . . . . . . 5 – 13
Non–default Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5 – 13
    Parameters in a SQLNET.ORA File . . . . . . . . . . . . . . . . . . . . 5 – 14

**Chapter 6**

**Configuring Oracle Names** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6 – 1**
Using Network Manager . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6 – 2
    Defining Network Objects With Network Manager . . . . . . . 6 – 2
Defining a Names Server . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6 – 2
    What Can be Defined In a Names Server . . . . . . . . . . . . . . . . 6 – 3
    How to Define a Names Server . . . . . . . . . . . . . . . . . . . . . . . . . 6 – 3
Oracle Names Server Configuration Parameters . . . . . . . . . . . . . 6 – 4
    Names Server Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6 – 4
    Sample Names Server Configuration File—NAMES.ORA . . 6 – 10
Defining Client Profiles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6 – 10
Configuration Parameters For Clients . . . . . . . . . . . . . . . . . . . . . . . 6 – 12
    Client Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6 – 13
    Sample Configuration File for a Client . . . . . . . . . . . . . . . . . 6 – 16
    Names Control Utility Parameters . . . . . . . . . . . . . . . . . . . . . . 6 – 17
Defining Global Database Links . . . . . . . . . . . . . . . . . . . . . . . . . . . 6 – 19
    Defining Database Links . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6 – 19

**Chapter 7**

**Running and Managing Oracle Names** . . . . . . . . . . . . . . . . . . . . **7 – 1**
Basic NAMESCTL Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 – 2
    Starting a Server . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 – 2
    Shutting Down a Server . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 – 2
    Handling Data Change Requests on a Names Server . . . . . . 7 – 2
    Reloading Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 – 3
    Testing Names Server Availability . . . . . . . . . . . . . . . . . . . . . 7 – 4
    Maintaining Names Servers . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 – 4
    Conditions Causing Oracle Names Failures . . . . . . . . . . . . . . 7 – 5
    Testing Network Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 – 5
    Removing Foreign Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 – 5
    Removing Data for Individual Network Objects . . . . . . . . . . 7 – 6
Testing from a Client . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 – 6
    Client Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 – 6
    How Clients Request Network Objects . . . . . . . . . . . . . . . . . . 7 – 6
Testing Distributed Database Links . . . . . . . . . . . . . . . . . . . . . . . . . 7 – 7
    Server Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 – 7
    Using Database Links with Oracle Names . . . . . . . . . . . . . . . 7 – 7
Diagnosing Names Server Failures . . . . . . . . . . . . . . . . . . . . . . . . . 7 – 8

AMZ_KOVE_000528896
AMZ_KOVE_000528884

Names Not Retrieved ................................ 7 – 8
Names Server Not Found ........................... 7 – 10
Parameter File Not Found ......................... 7 – 11

**Appendix A**  **Oracle Names Control Utility Reference** ................... **A – 1**
Using NAMESCTL ...................................... A – 2
   NAMESCTL Operating Modes ........................ A – 2
   Using Parameter Options ............................ A – 3
   Using the SET and SHOW Modifiers ................... A – 3
   NAMESCTL's Distributed Operation ................... A – 3
   NAMESCTL Security ................................ A – 4
   Confirmation Mode in NAMESCTL .................... A – 5
   Summary of NAMESCTL Commands ................... A – 5

**Appendix B**  **Complex Network Issues and DDO** ....................... **B – 1**
The Function of Network Components .................... B – 2
Constraint Issues ........................................ B – 2
Local Backward Compatibility Constraints .................. B – 4
Community Constraints .................................. B – 5
Multiple Region Constraints ............................. B – 6

**Appendix C**  **Advanced Topics** ...................................... **C – 1**
Defining a Client Profile ................................. C – 2
   Administrator's Role ................................ C – 2
   Synchronizing Clients ............................... C – 4
Delegating Authority from a Central Administrative Region ... C – 5
   Define the Local Region's Name ...................... C – 6
   Mark Domains in Local Region as Local ................ C – 7
   Delete Databases No Longer in the Local Region ........ C – 7
   Marking Domains Not in Local
   Region as Foreign Domains .......................... C – 8
Define Foreign Regions .................................. C – 8
Remote Domains and Names Server Hints ................. C – 10
Defining Local and Foreign Domains in Network Manager .... C – 10
How Names are Resolved in
Delegated Administrative Regions ........................ C – 13
   Resolving Names from Foreign Domains ............... C – 13
   Resolving Multi–Level Names Across
   Administrative Regions .............................. C – 14
   More Examples of How Names are Resolved
   Across Administrative Regions ........................ C – 16

AMZ_KOVE_000528897
AMZ_KOVE_000528884

Defining Objects in Foreign Domains . . . . . . . . . . . . . . . . . . . . . . . C – 20

**Glossary**

**Index**

AMZ_KOVE_000528898
AMZ_KOVE_000528884

AMZ_KOVE_000528899
AMZ_KOVE_000528884

# List of Figures

Figure 2 – 1 Components of a Network Using Oracle Names
with the Dynamic Discovery Option ........................ 2 – 6

Figure 2 – 2 Oracle Names Server Components
Using the Dynamic Discovery Option ...................... 2 – 7

Figure 3 – 1 Components of a Network
Using Oracle Names Without the Dynamic Discovery Option .. 3 – 2

Figure 3 – 2 Oracle Names Server Components .............. 3 – 4

Figure 3 – 3 Community–Based Network Model ............. 3 – 5

Figure 3 – 4 Domain–Based Network Model ................ 3 – 6

Figure 3 – 5 Flat Naming Model .......................... 3 – 7

Figure 3 – 6 Hierarchical Naming Model ................... 3 – 8

Figure 3 – 7 Default Domains ............................ 3 – 9

Figure 3 – 8 Two Centralized Administration Alternatives .... 3 – 11

Figure 3 – 9 Delegated Administrative Regions .............. 3 – 13

Figure 3 – 10 Invalid Administrative Regions ................ 3 – 14

Figure 3 – 11 Client–Server Connection .................... 3 – 18

Figure 3 – 12 Distributed Database Connection .............. 3 – 20

Figure 4 – 1 Merging Name Models ........................ 4 – 4

Figure 7 – 1 Oracle Names Request Form .................. 7 – 3

Figure C – 1 Sample Client Profiles ....................... C – 2

Figure C – 2 A Central Region Using a
Hierarchical Naming Model .............................. C – 5

Figure C – 3 Domestic and Foreign Domains ............... C – 11

Figure C – 4 Network Messages in a
Multi–Level Foreign Name Resolution ..................... C – 15

AMZ_KOVE_000528900
AMZ_KOVE_000528884

Figure C – 5  Name Resolution in a Complex
Administrative Hierarchy ................................. C – 17
Figure C – 6  Alias for a Database Defined
in a Foreign Domain ...................................... C – 20

AMZ_KOVE_000528901
AMZ_KOVE_000528884

# Introduction to Oracle Names

T his chapter describes Oracle Names 2.0, including a general overview of the product and some of the key components. This chapter also discusses the new Dynamic Discovery Option, or DDO, which allows an administrator to install and use Oracle Names 2.0 with minimal configuration. Oracle Names 2.0 is included with the release of SQL*Net 2.3.

The difference between Oracle Names version 1.0 and version 2.0 is the Dynamic Discovery Option. If you choose not to use the Dynamic Discovery Option, then both versions are basically the same. Both are compatible with SQL*Net version 2.0 and later.

 **Attention:** The Dynamic Discovery Option only works on nodes that use SQL*Net release 2.3. Services will not be automatically registered if SQL*Net release 2.3 is not used, and clients will not be able to find the well–known Names Server.

AMZ_KOVE_000528902
AMZ_KOVE_000528884

## What Is Oracle Names?

Oracle Names version 2.0 is a supporting product for Oracle7 release 7.3 and SQL*Net release 2.3. Oracle Names makes network address and database link information available to all nodes throughout the network. Each database server's network address is stored with a name that is used to identify it. Client applications can then request a database connection with a simple name rather than a lengthy address.

## What Is the Dynamic Discovery Option (DDO)?

Oracle Names 2.0 with the Dynamic Discovery Option enables configuration free networking while providing all the functionality of Oracle Names 1.0.

> **Note:** The Dynamic Discovery Option is most appropriately used in a single community network. Oracle Corporation does not recommend using this option in complicated networks. For recommendations on when to use the Dynamic Discovery Option, see the section, "Choose Whether to Use the Dynamic Discovery Option" later in this chapter.

The new features of the Dynamic Discovery Option include:

∞ Well–known Names Servers

A well–known Names Server is a server with an address that is hardcoded into the Oracle Names Server and its clients. The well–known Names Server is known, or available, at this address, so that clients do not need to be told, by way of configuration files, where to find the Names Server.

∞ Dynamic service registration

When a service starts up, it registers itself with the first well–known Names Server it locates. All listeners and databases are registered automatically with an Oracle Names Server at specific well–known name and address.

∞ Replication of service definitions

Well–known Names Servers continually reconcile the contents of their cache with those of other active well–known Names Servers on the network. Therefore, an object only has to register itself once with any Names Server for it to be registered across the network.

AMZ_KOVE_000528903
AMZ_KOVE_000528884

## Choose Whether to Use the Dynamic Discovery Option

The new Dynamic Discovery Option in Oracle Names 2.0 is not for every network. There are several factors that you need to consider before using DDO on your network.

- ∞ If you are setting up a new network, using the Dynamic Discovery Option is a good choice. DDO enables all SQL*Net 2.3 services on the network to self-register with a well-known Names Server. This eliminates the need for any preconfiguration or maintenance on the part of the network administrator.

- ∞ If you have a simple existing network that is growing, the Dynamic Discovery Option is a good choice. Administrative changes can be made in a central location, and distributed to all the clients on the network.

- ∞ If you have multiple naming domains in your network, or expect to grow to the point of needing multiple naming domains, using the DDO is not a good choice. The DDO relies on the existence of a flat naming space. While a flat name space is convenient for small, local installations, it is not suitable for large, enterprise-scale networks.

- ∞ If you have a network that stays the same for long periods of time, whether large or small, converting the network to use the Dynamic Discovery Option may not be worth the effort. Static networks, especially small ones, are easy for an administrator to update or maintain manually.

- ∞ If you have networks which include gateways or MultiProtocol Interchanges, Oracle does not recommend the DDO for this type of network.

- ∞ Administrators of networks currently using Native Naming Adapters might find upgrading to DDO more troublesome than its benefits warrant.

See Chapter 2, "Introduction to the Dynamic Discovery Option"and Chapter 5, "Setting Up and Running Oracle Names with the Dynamic Discovery Option", for more information.

> **Note:** Remember to plan for the migration before you begin. If you have a large or complex environment, you need to make sure that your migration plan will not isolate any existing users from accessing any data.

AMZ_KOVE_000528904
AMZ_KOVE_000528884

## Compatibility Between Oracle Names versions 1.0 and 2.0

The Dynamic Discovery Option in Oracle Names version 2.0 is the only difference from Oracle Names version 1.0. If you choose not to use DDO, then Names Servers for Oracle Names version 1.0 and Oracle Names version 2.0 are basically the same.

 **Attention:** DDO only works with nodes using SQL*Net 2.3. On all other versions of SQL*Net, service information must be entered into the network using Oracle Network Manager, and the clients need the appropriate configuration files. For more information on network configuration, see Chapter 5, "Setting Up and Running Oracle Names with the Dynamic Discovery Option", and Chapter 6, "Configuring Oracle Names".

## Why Use Oracle Names?

There are many benefits to using Oracle Names including:

∞ Oracle Names eases the burden of administering the details of the network. If the address of a network object changes, the change is made in one place, and all clients get the benefit of the change immediately. Any number of clients have access to a network object's address from a single source.

∞ The user and application developer are exposed only to the name of a network object. No knowledge of the connection path is required. This is a much more user-friendly way to use networks and network services. As with other user-oriented network software such as electronic mail, people only need to think in terms of names to get their work done. When making a connection, the client specifies the name of a destination and Oracle Names provides the address.

Such administrative advantages are critical to managing large distributed systems. In a production environment, it's important that users and applications be shielded from changes made to the network infrastructure. In the long run, this results in less work for the administrator and more reliability for the network.

## Why Use Oracle Names with the Dynamic Discovery Option

The Dynamic Discovery Option enables network listeners and Oracle7 Servers to automatically register themselves with a well–known Names Server at a specific well–known address. Therefore the need for configuration files is significantly reduced. The only required

AMZ_KOVE_000528905
AMZ_KOVE_000528884

configuration file is a LISTENER.ORA for each listener, which is created automatically during database installation.

> **Note:** Other configuration files are required only if you want to have non–default values for some of your configuration parameters. See the section "Non–default Parameters" in Chapter 5 of this manual.

The DDO enables clients and services to find the well–known Names Server, automatically update Names Server addresses and database links as changes occur, and propagates these changes to other well–known Names Servers. This eliminates the need for extensive configuration files, and maintenance of those files.

## What Is Stored in Oracle Names?

An Oracle Names Server stores names and addresses for network services such as databases or MultiProtocol Interchanges, database link definitions, and object aliases.

The Names Server stores the following types of objects, which are described below:

∞ database service names—The service name is the global database name that is mapped to the SQL*Net connect descriptor. The combination of a listener address and connect data make up a connect descriptor that locates a database service. Gateways to non–Oracle databases and Oracle RDB databases are also stored.

∞ database links—Global database links are automatically created to each defined database from all database servers in the network. These links are made available to all users.

∞ aliases—You can assign service name aliases as alternate names for any defined database service or database link. Service name aliases are resolved as if they were the original object.

∞ V1 connect strings—A V1 connect string can be mapped to a service name in the Oracle Names database. The service name you enter acts as an alias for the SQL*Net V1 connect string, making it easy to access a server in a network that still uses SQL*Net V1.

∞ MultiProtocol Interchange names and addresses

∞ Names Server names and addresses

After services have been defined in Oracle Names, users only need to refer to them by name to connect to a database or network service. The

AMZ_KOVE_000528906
AMZ_KOVE_000528884

necessary exchange of details occurs between the requester and the Oracle Names Server.

### With the Dynamic Discovery Option

There is no difference in what can be stored in Oracle Names version 1.0 and version 2.0 with the Dynamic Discovery Option. The only difference is that with the Dynamic Discovery Option, SQL*Net release 2.3 listeners register themselves and their databases automatically with an Oracle Names Server at a specific well-known address.

If you need to add services that are not automatically registered, such as Interchanges, aliases, and gateways, you will need to use Oracle Network Manager to configure what is stored in Oracle Names. See *Oracle Network Manager Administrator's Guide* for information on how to configure Oracle Names with Network Manager.

## Who Uses Oracle Names?

Oracle Names has many *users* and one or more *administrators*.

The true *user* of Oracle Names is always either a client application in a client–server connection, or an Oracle server in a distributed database. Oracle Names is not visible to the user or the application programmer.

Oracle Names is administered by one or more people using the Oracle Network Manager and the Oracle Names Control Utility, or NAMESCTL. Oracle Names usually has at least one assigned administrator, although the data it stores may come from many sources.

## System Requirements for Oracle Names

There are a small number of requirements for an Oracle Names Server. It must run on:

∞ A multi-tasking computer

∞ A computer that can participate in a TCP/IP network. The protocol the computer uses must be common to at least one of the protocols in the network.


OS Doc

For specific information on memory and CPU requirements, refer to your Oracle operating system-specific manuals. They include installation instructions and other platform and operating system-specific information.

AMZ_KOVE_000528907
AMZ_KOVE_000528884

The memory required depends on the specific platform and the amount of data to be stored. In general, Oracle Names does not require a lot of memory, but if there is a large volume of data, more memory may be required.

## Where to Go From Here

Deciding which migration strategy to use can be problematic. At the very least you should read the section "Choose Whether to Use the Dynamic Discovery Option" in this chapter. This section provides you with basic guidelines to help you decide whether using Oracle Names 2.0 with DDO is worthwhile for your network.

Once you have decided on a strategy, the following guidelines will help you determine which sections of this manual you need to read.

**If you are setting up a new network and plan to use the DDO, read:**

∞ Chapter 2 "Introduction to the Dynamic Discovery Option".

After reading the chapter, go to the procedure outlined in Scenario 1 in Chapter 5 "Setting Up and Running Oracle Names with the Dynamic Discovery Option".

If you want to learn more details about the Oracle Names product, you may also be interested in reading Chapters 3 and 4.

**If you have an existing network and plan to use the DDO, read:**

∞ Chapter 2 "Introduction to the Dynamic Discovery Option".

After reading the chapter, go to the procedure outlined in Scenario 2 or 3 in Chapter 5, "Setting Up and Running Oracle Names with the Dynamic Discovery Option".

∞ Chapter 3 "Oracle Names Architecture".

∞ Chapter 4 "Planning for Oracle Names".

∞ Chapter 5 "Setting Up and Running Oracle Names with the Dynamic Discovery Option".

If your network is more complicated than the scenarios presented in Chapter 5, "Setting Up and Running Oracle Names with the Dynamic Discovery Option", see Appendix B, "Complex Network Issues and DDO" which provides guidelines for more complicated networks.

AMZ_KOVE_000528908
AMZ_KOVE_000528884

**If you choose to run your network without using DDO, read:**

- ∞ Chapter 3 "Oracle Names Architecture".
- ∞ Chapter 4 "Planning for Oracle Names".

Follow the procedures in Chapter 6 "Configuring Oracle Names", and Chapter 7 "Running and Managing Oracle Names" to configure Oracle Names 2.0 without DDO on your network.

AMZ_KOVE_000528909
AMZ_KOVE_000528884

# Introduction to the Dynamic Discovery Option

This chapter describes the Dynamic Discovery Option, or DDO, in detail. It covers the following topics:

∞ What is Oracle Names with the Dynamic Discovery Option?

∞ How a network works with the Dynamic Discovery Option

∞ Oracle Names architecture with the Dynamic Discovery Option

∞ Key components in Oracle Names with the Dynamic Discovery Option

 **Attention:** The Dynamic Discovery Option only works on nodes that use SQL*Net release 2.3. Services will not be automatically registered if SQL*Net release 2.3 is not used, and clients will not be able to find the well–known Names Server.

AMZ_KOVE_000528910
AMZ_KOVE_000528884

## What is Oracle Names with the Dynamic Discovery Option?

Oracle Names 2.0 with the Dynamic Discovery Option enables you to have configuration free networking while providing all the functionality of Oracle Names. The new features include the following:

∞ well–known Names Server addresses

∞ dynamic service registration

∞ replication of service definitions

The following sections describe in detail each of the new Dynamic Discovery features.

## Well–Known Name Server Addresses

Oracle Names 2.0 with the Dynamic Discovery Option allows you to define a *well–known service address* for up to five Oracle Names Servers.

In Dynamic Discovery networks, well–known Names Server addresses are hardcoded into both the Oracle Names Servers and their clients. Oracle Names Servers are available at these well–known addresses, so that clients do not need to be told, by way of configuration files, where to find the Names Server. This effectively eliminates the need for the administrator to distribute the SQLNET.ORA configuration file so that clients can find the appropriate Names Server.

> **Note:** Your network can have no more than five well–known Names Servers, that is, Names Servers that use the Dynamic Discovery Option.

## Dynamic Service Registration

Oracle Names 1.0 required administrators to enter the names and addresses of all databases in the network into Oracle Network Manager. Network Manager then created a network definition which it stored in a database. Each Names Server loaded the network definition when it is started.

Oracle Names 2.0 architecture using the Dynamic Discovery Option now supports dynamic service registration of Names Servers, network listeners, and database servers.

When a network listener using SQL*Net 2.3 is started, it automatically registers itself and the database(s) it listens for with a well–known Names Server.

AMZ_KOVE_000528911
AMZ_KOVE_000528884

### Replication of Service Definitions

Since well–known Names Servers continually reconcile the contents of their cache with those of other active well–known Names Servers, registration with a single well–known Names Server is sufficient for an object to be known by all the well–known Names Servers on the network. This concept is known as *service replication*.

### How a Network Works Using the Dynamic Discovery Option

When you create a new network that includes SQL*Net 2.3 and Oracle Names 2.0 with the Dynamic Discovery Option, you do not need to create any configuration files, and therefore you do not need to use Network Manager. The only configuration file you need is a LISTENER.ORA for every node with a database listener. This file is created automatically during installation.

> **Note:** Other configuration files are required only if you want to have non–default values for some of your configuration parameters. For more information see "Non–default Parameters" in Chapter 5.

The administrator needs to provide YP or NIS aliases for each of the machines that will become well–known Names Servers. The required YP or NIS aliases are oranamesrvr0, oranamsrvr1, oranamesrvr2, oranamesrvr3, oranamesrvr4. The TCP/ IP port used by the well–known Names Server is 1575. This information is hard–coded into clients and services in the SQL*Net 2.3 network.

Once the Names Server comes up, it listens at a well–known address. Then listener is started and registers itself and the services for which it listens, with a Names Server. The client, listener or service then attempts to register with the Names Server on a node given one of the following aliases oranamesrvr0–4. By default it will try to register first with oranamesrvr0. If that Names Server is not available, it tries to register with oranamesrvr1, and so on. When a Names Server receives a registration from a service, it immediately replicates that registration to all other well–known (and registered non well–known) Names Servers on the network. See your platform–specific documentation for details on how to perform aliasing for your network.

Once you have started DDO, the Names Server remembers the addresses of all databases. If a Names Server stops and starts, critical network definitions can either be downloaded from another well–known Names Server that is running, or checkpoint files can be

AMZ_KOVE_000528912
AMZ_KOVE_000528884

retrieved and the integrity of the definition information saved. See the section "Checkpoint Files" later in this chapter for more information on checkpoint files.

## Oracle Names Architecture With the Dynamic Discovery Option

Oracle Names with the Dynamic Discovery Option eliminates the need for preconfigured database addresses. By doing away with administration procedures such as manually configuring domains and regions, Oracle Names with the DDO significantly reduces the network maintenance responsibility of the administrator.

If your network is currently using a domain based naming model, or large enterprise–scale networks which requires the use of domains in the future, your network is not suitable for using the DDO. See "Choose Whether to Use the Dynamic Discovery Option" in Chapter 1.

> **Note:** There are certain circumstances in which you may want to manually configure a Names Server. Please see "Non–default Parameters" in Chapter 5 for more information on how to manually configure your Names Server while using the Dynamic Discovery Option.

### Change in the Treatment of Domains

Dynamic Discovery networks are not subdivided into regions and domains. All services that register are replicated to all well–known Names Servers in the network. Therefore, there is no need for Names Servers to forward a client's query to another Names Server in another region or domain. If there are Names Servers from previous releases of SQL*Net on the network, the well–known Names Servers act as one region, and the rest of the Names Servers work as they did in previous SQL*Net releases.

A single region within a multiple region network can use the Dynamic Discovery Option. For more information on the procedures for this particular network setup, see Appendix C, "Advanced Topics".

Since the names and their definitions are replicated to all Names Servers on the network, and are not subdivided between domains, there is no longer any real meaning to the domain portion of a name. Names may include periods within them, but the domain portion will not get interpreted.

AMZ_KOVE_000528913
AMZ_KOVE_000528884

For example, when a name is registered with a well-known Names Server there is no restriction on the domain portion of the name. Since the Names Server is not managing any particular domain, it is not required that all names it stores have the same domain(s) in their name.

> **Note:** If, for any reason you decide to divide the network into domains Oracle strongly recommends that you continue to use a consistent naming convention in your network. That is, if you are using .WORLD, continue to use the naming convention .WORLD.

## Default Domains

Since DDO is designed to eliminate the need for configuration and configuration files, there is no need for a default_domain to be set in your network. If you are upgrading a network that has existing database domains, Oracle recommends that you continue to maintain the default_ domain parameter from existing SQLNET.ORA file.

If there is no default_domain parameter set, then the service names are stored by the Names Server exactly as they are registered. (The name which is registered originates from the database name provided in the LISTENER.ORA file generated at the time of installation. If the database name is EMP, clients use EMP to successfully connect to the database. If this name is EMP.ACME.COM the clients will use EMP.ACME.COM.

If there is a default_domain set using SQLNET.ORA, the default_domain will be appended to both unqualified names names being registered, and unqualified names being queried. If the default domain is WORLD, a database registered as EMP will be EMP.WORLD. A database registered as SALES.ACME.COM will not have the default_domain file appended because that name is fully qualified.

Clients using EMP as a connect string get the default_domain appended during the name lookup (EMP.WORLD) and this will allow the connection to succeed. A query for SALES will also be appended with the .WORLD, but this will not match the name registered for the SALES database. Clients must use the full name, SALES.ACME.COM to retrieve the address of the SALES database.

Simple names can be made fully qualified by appending a period ".". For example, the name "ACME." will not have the default domain appended to it during registration or queries.

AMZ_KOVE_000528914
AMZ_KOVE_000528884

## Key Components of Oracle Names with the Dynamic Discovery Option

The following section describes the key components of Oracle Names, when the Dynamic Discovery Option is enabled.

With the Dynamic Discovery Option, a network using the Oracle Names Service consists of:

∞ one or more Oracle Names Servers

We recommend that you set up at least two Names Servers for fault tolerance.

**Note:** There must be at least one, but no more than five well-known Names Servers when you use the Dynamic Discovery Option

∞ one or more databases

∞ one or more listeners

∞ one or more clients

Figure 2–1 shows the components described above with the Dynamic Discovery Option enabled.



**Figure 2 – 1 Components of a Network Using Oracle Names with the Dynamic Discovery Option**

Components of a Names Server

The Oracle Names Server is a network service comprised of multiple components. Each Oracle Names Server contains:

AMZ_KOVE_000528915
AMZ_KOVE_000528884

∞ **the cache**—the Names cache is an in-memory database of all data required to resolve names. The cache contains the following types of data:

- system information—includes the service addresses of all of the Names Servers.

- registration information—includes all registered TNS services which includes other Names Servers and information automatically generated by the Names Server when it was installed.

All cache data is always in memory to guarantee high performance.

∞ **request processor**—receives incoming address requests and looks through the cache for the answer.

∞ **forwarder**—takes queries for names and forwards the query on to the appropriate Names Server.

Figure 2–2 shows the components of the Names Server using the Dynamic Discovery Option and their relationships.



**Figure 2 – 2 Oracle Names Server Components Using the Dynamic Discovery Option**

Checkpoint Files

The checkpoint files are internal configuration files. They are described here for your information only. If at any time during operation, the Names Server cannot get the information it needs to function, it uses the checkpoint files. When first started, at regular intervals, and when

AMZ_KOVE_000528916
AMZ_KOVE_000528884

stopped, each Names Server writes to operating system files known as *checkpoint* files.

> **Note:** These text files are internal to Oracle Names and should not be altered. All changes to this file will be overwritten at the next update interval.

The following is a description of checkpoint files and their function:

- ∞ ckpcch.ora - dynamic registration data cache checkpoint, which contains all of the dynamic information before the Names Server was stopped. After a crash or restart of the Names Server, the previously cached data is loaded from the checkpoint.
- ∞ ckpcfg.ora - Checkpoint configuration, which includes the current settings of all configuration parameters. This is used to start the Names Server when normal startup information is not available.

Checkpoint files are read only when the Names Server is started, or restarted. If a Names Server is started and another Names Server cannot be reached, the latest cache checkpoint file is used. This provides the Names Server with the latest available data. The cache checkpoint is written at every update to capture the latest changes to dynamic information.

AMZ_KOVE_000528917
AMZ_KOVE_000528884

# Oracle Names
# Architecture

T his chapter describes the architecture of Oracle Names. Included in
this chapter are discussions on policies and working rules within which
the product is designed to operate.

## Overview of Oracle Names

Using Oracle Names requires that you adhere to a set of organizational
rules. The two most significant organizational entities when you are
using Oracle Names without the Dynamic Discovery Option are *domains*
and *administrative regions*.

The following section discusses how Oracle Names 2.0 architecture is
designed to function on most SQL*Net networks composed of clients
and databases.

> **Note:** The difference between Oracle Names version 1.0 and
> version 2.0 is the Dynamic Discovery Option. If you choose not
> to use the Dynamic Discovery Option, then the Names Servers
> are basically the same. Both versions are compatible with
> services on SQL*Net version 2.0 and above.

AMZ_KOVE_000528918
AMZ_KOVE_000528884

## Basic Oracle Names Architecture

Architecturally, Oracle Names is a network service that provides name resolution to Oracle clients and servers. The Oracle Names service consists of one or more *administrative regions*. An administrative region is a set of global object names and Oracle Names Servers that are administered together through a single installation of Oracle Network Manager.

Each administrative region has a single installation of the Oracle Network Manager through which Oracle Names and other Oracle network products can be configured. The tool enables the administrator to configure and administer all database listeners, global database links, clients, Interchanges, and Names Servers in that administrative region.

Each administrative region has:

- ∞ *Oracle Network Manager*—This tool writes all definitions for all of Oracle's network software, including SQL*Net, the MultiProtocol Interchange, and Oracle Names to the network definition on a database. It provides a structured way to configure the product initially, and to periodically update the network configuration.

- ∞ one or more Oracle Names Servers

- ∞ one or more databases, listeners and clients

Figure 3 – 1 shows the relationship of the components described above with a single administrative region.



**Figure 3 – 1  Components of a Network Using Oracle Names Without the Dynamic Discovery Option**

AMZ_KOVE_000528919
AMZ_KOVE_000528884

Oracle Network Manager creates a network definition based on input from the administrator, then generates configuration files that can be fine tuned for each client.

## Components of a Name Server

The Oracle Names Server is a network service comprised of multiple components. Each Oracle Names Server without using DDO contains:

∞ **the cache**—the Names cache is an in-memory database of all data required to resolve names. The cache contains the following types of data which is refreshed at different intervals:

  – system and topology data—includes the *network data* and addresses of Names Servers in other administrative regions. (*Network data* includes all communities and MultiProtocol Interchanges in the entire network, and Names Server addresses in the root administrative region.)

  – authoritative data – data defined within any domain in the local administrative region.

  – non–authoritative data – data defined outside the local administrative region, for example, foreign database and Names Server addresses. Non–authoritative data only exists in multi–region configurations.

  All cache data is always in memory to guarantee high performance.

∞ **request processor** – The request processor receives incoming connections and looks through the cache for the answer.

∞ **forwarder**—takes queries for names in foreign regions and forwards the query on to the appropriate Names Server.

AMZ_KOVE_000528920
AMZ_KOVE_000528884

Figure 3–2 shows the components of the Names Server without using the DDO and their relationships.



**Figure 3 – 2  Oracle Names Server Components**

The sequence of steps involved in the process of resolving a global name is outlined in the sections on resolving global names later in this chapter.

## Network Models

There are two simultaneous views of the layout of the network that should not be confused:

∞ The community–based model – The layout of the communities and the Interchanges that connect them. This is primarily a physical relationship among the nodes that applications run on, and the network protocols that those nodes use. This is only relevant to networks running one or more instances of the Multiple Protocol Interchange

Within the network, each application belongs to one or more communities based on the protocols supported by its node.

∞ The domain–based model - Applications are named within the structure of the naming model without regard to their place in the network.

AMZ_KOVE_000528921
AMZ_KOVE_000528884

Figure 3 – 3 shows the community–based network model with four database servers, each of which has a database service name as shown. This is the typical form of diagram in *Understanding SQL\*Net*.



Figure 3 – 3  Community–Based Network Model

Note that EANIE and MOE are in the same community but different domains. EANIE MEANIE, and MINIE are all in the same naming domain, but are in different MultiProtocol Interchange community combinations (TCP/ IP and DECnet, respectively).

In this example, the two communities, MultiProtocol Interchange, and the four database services comprise the network data entered into the Network Manager.

Figure 3 – 4 shows a domain–based model with four domains (including the root domain). Note that the database service names can be divided into either the EAST or WEST domains without regard to the communities they are in.

AMZ_KOVE_000528922
AMZ_KOVE_000528884



**Figure 3 – 4  Domain–Based Network Model**

Be sure you understand the difference between the community-based
network and the domain-based naming model before configuring the
network.

## Naming Models

There are two basic models for naming objects in the network:

∞ Flat naming model

∞ Hierarchical naming model

### Flat Naming Model

All names are unique within a single domain—the WORLD domain.
The WORLD domain is predefined in the Oracle Network Manager for
customers choosing a flat naming model.

> **Note:** A flat naming model should be used when the actual
> number of services is small (under 100), when the likelihood of
> future growth of network services is minimal, and the entire
> SQL*Net network is centrally administered.

AMZ_KOVE_000528923
AMZ_KOVE_000528884

Figure 3 – 5 shows a flat naming model. The actual database service names are appended with ".WORLD" as in CONFIG.WORLD, FLIGHTS.WORLD, etc.



**Figure 3 – 5 Flat Naming Model**

All names in the WORLD domain must be unique. The Network Manager has a validation feature that ensures that all names you enter are unique.

## Hierarchical Naming Model

You can divide names into a hierarchical structure to allow for future growth or greater naming autonomy. For example, if a requirement is that administrators in Europe must be able to assign names without consulting US administrators, they can do so from within different domains. This does not mean they must maintain different administrative regions, just different domains. A single administrative region can contain and thus control many domains.

### Domains

All network names include one or more *domains*. A *domain* is a group of machines and network services. Domains are usually hierarchically related for organizational and administrative purposes. However, all network names could instead reside in a single domain—the WORLD domain.

The top level domain is the predefined *root domain*. All other domains are hierarchically below the root.

> **Note:** The WORLD domain always appears in Network Manager. Because it is not used in hierarchical configurations, however, it is not shown in the following figures.

Figure 3 – 6 shows a hierarchical naming model with five domains: the (ROOT) domain, ACME domain, US.ACME, EUROPE.ACME, and ROW.ACME (Rest of World) domains.

AMZ_KOVE_000528924
AMZ_KOVE_000528884



**Figure 3 – 6 Hierarchical Naming Model**

Within each domain all names must be unique, but across domains they can be repeated. Notice that both WEATHER and HISTORY are repeated, but the full global names are unique (that is, HISTORY.ROW.ACME vs. HISTORY.EUROPE.ACME).

Network domains are similar to file directories used by many operating systems (such as UNIX) in that they are hierarchical; however, unlike file systems, network domains may or may not correspond to any physical arrangement of databases and other objects in a network; they are name spaces.

You can extend this hierarchy to any number of levels (for example, you could divide EUROPE further into UK, GREECE, and so forth.) but each additional level increases the knowledge users must retain to request names.

Dividing the set of names into three domains does not necessarily require three administrative regions. Administrative regions simply represent individual Network Manager installations. ACME may well determine that names can be assigned (or decided upon) by the administrator in EUROPE or ROW, but forwarded to the administrator at the ACME world headquarters in Boise, Idaho to be entered into the Network Manager.

### Default Domains

Each client has a default domain in the naming model. The default domain is the domain within which most of the client's name requests are conducted. This is usually the domain the client resides in, but it could be another domain from which the client often requests services. A client can request a network service within its default domain using the service's simple, unqualified name, that is, without specifying a domain name. If a user requests a name without a "." character in it, the

AMZ_KOVE_000528925
AMZ_KOVE_000528884

default domain name will be automatically appended to the database service or database link name requested.

Figure 3 – 7 shows a client with a default domain of EUROPE.ACME.



**Figure 3 – 7  Default Domains**

For more information on domains, refer to *Understanding SQL*Net* and *Oracle7 Server Concepts*.

### Multiple Domains

Multiple domains are related hierarchically from the *root domain*—the highest–level domain in the hierarchy—in a series of parent–child relationships. For example, under the root might be several domains, one of which is called COM. Under the COM domain might be several more domains, one of which is ACME. Under the ACME domain might be several domains, such as US, UK, and so forth. Each Oracle Names system is responsible for at least one domain, but will commonly have more.

> **Note:** Do not confuse domains with SQL*Net communities. A SQL*Net community is a group of machines that can communicate using the same transport protocol. Clients, servers, Interchanges, and Names Servers can be members of one or more communities; however, they can be members of only one domain.

## Administrative Regions

A network is made up of one or more administrative regions. Network objects are configured within administrative regions. Each administrative region contains:

AMZ_KOVE_000528926
AMZ_KOVE_000528884

- ∞ an installation of the Network Manager
- ∞ one or more Oracle Names Servers
- ∞ one or more domains
- ∞ one or more network services or database links
- ∞ one or more clients

Each administrative region contains one or more Oracle Names Servers. Names Servers are used to translate global service names into their network addresses. Although having just one Names Server per administrative region is technically allowed, at least two Names Servers per region are recommended to provide highly reliable access to the details of the network.

A network can be administered with one of the following types of regions:

- ∞ central administration (one administrative region)
- ∞ delegated administration (several administrative regions)

Every region must have a unique name. The region, although it contains domains, is defined to "reside" in one of the domains that it contains. The region name is formed by appending one of the domain names onto the end of the region name. For example, a region containing the US.ACME and UK.ACME domains could be called either *region_name*.US.ACME or *region_name*.UK.ACME. A name outside that region, such as *region_name*.CA.ACME, would be rejected. (The Network Manager's validation feature would disallow an invalid region name.)

## Central Administration

A central administrative region has a single installation of the Network Manager.

Central administration can use either the flat or hierarchical naming model. Figure 3 – 8 shows two alternative centralized administrative region configurations.

> **Note:** Most customers with small installations may prefer to use central administration with a flat naming model. Or, it might be more beneficial to your network to use Oracle Names with the Dynamic Discovery Option. See the section "Choose Whether to Use the Dynamic Discovery Option" in Chapter 1 for more information.

AMZ_KOVE_000528927
AMZ_KOVE_000528884





**Figure 3 – 8  Two Centralized Administration Alternatives**

Each Names Server in an administrative region resolves address requests for that region. In the most common case of a single, central administrative region, all Names Servers contain identical data, and give identical results.

As changes are made to network objects within a particular administrative region (such as adding or changing database or Names Server addresses) the network administrator refreshes the cache of the Oracle Names Servers using the Network Manager (or the Names Control Utility). Each of the Names Servers then gets a new copy of the relevant contents of the network definition database, making the data quickly available to all clients.

## Delegated Administration

If an organization is diverse enough that central administration is not possible, or if the volume of data being maintained warrants decentralization, configuration and administration can be delegated to any number of sites. To delegate administrative regions, you must have a hierarchical naming model because each administrative region must control one or more different domains.

Each administrative region includes an installation of the Network Manager. Each network definition created with the Network Manager

AMZ_KOVE_000528928
AMZ_KOVE_000528884

must include references to other administrative regions as discussed later in this section.

In the case of multiple administrative regions, the network administrator uses the Network Manager to record the details of the local region, and Names Server addresses and domains of the root region, and any child regions (of the local region).

## Delegating Administrative Regions

Administrative regions can be "delegated" from the top of the hierarchy in any granularity down to the number of domains in the naming model. For example, a naming model with ten domains can have between one and ten administrative regions. The domain at the top of the hierarchy is known as the *root domain*. Similarly, the administrative region that encompasses the root domain is known as the *root administrative region*. The root defines the reference point within which the naming model and the administrative model function.

All administrative regions other than the root are hierarchically delegated directly or indirectly from it. Figure 3 – 9 shows a network with five domains and three administrative regions: the ROOT, and two delegated regions (DR1, DR2).

> **Note:** The WORLD domain always appears in Network Manager. Because it is not used in hierarchical configurations, however, it is not shown in the following figures.

AMZ_KOVE_000528929
AMZ_KOVE_000528884



**Figure 3 – 9 Delegated Administrative Regions**

Rules for Delegating:

∞ The hierarchy of domains can be to any depth. The limit in delegating the naming model is a practical one, not a technical one.

∞ An administrative region must encompass domains that have the same lineage, that is, they must either be siblings or share a common ancestor domain, without skipping a generation. This is only a concern if the naming model is hierarchical to at least three levels.

AMZ_KOVE_000528930
AMZ_KOVE_000528884

Figure 3 – 10 shows an illegal administrative region definition.



**Figure 3 – 10 Invalid Administrative Regions**

In this example, the DR2 region's domains are not contiguous, that is, they do not share the same parent domain. (ASIA's parent is ACME, and FRANCE's parent is EUROPE.) Even though the EUROPE domain can be traced back to the common ancestor domain ACME, it is in a different administrative region than the FRANCE domain. If the DR1 and DR2 regions are combined into one region, it becomes valid because the EUROPE, ASIA, and FRANCE domains now all share a common ancestor domain—ACME.

The infrastructure required to support the root region and delegated regions is discussed in the next two sections.

AMZ_KOVE_000528931
AMZ_KOVE_000528884

## The Root Administrative Region

The root administrative region has a special role in the Oracle Names system. Hierarchically, it is the common thread among all delegated administrative regions. Additionally, it is where all backbone data is maintained.

The root administrative region requires:

- network data—The root administrative region is the "owner" of the network, or *backbone data*. The network data includes:

  - communities—The set of protocol-based communities defining how clients and servers communicate.

  - Interchanges—The set of MultiProtocol Interchanges and the communities they connect.

  - Names Servers in the root region—The complete details of the Names Servers in the root administrative region.

  The communities, and the Interchanges connecting them, and the Names Servers in the root region define the limits of the network.

  All changes to the network are made in the root administrative region through Network Manager. These changes must also be made in every delegated administrative region.

- Root administrative region infrastructure data—The same data that is required for every administrative region:

  - Domains—The domains administered in this region. This is always at least the root domain, and can include other domains.

- Delegated administrative region Names Servers – The domains and Names Server addresses in any direct child regions of the root.

- Data definitions for the root region – all of the database service names, database links, aliases, and client profiles associated with the root administrative region.

  Data does not exist within the root domain (ROOT) itself. If the root administrative region contains only the root domain, then this region will have no database service names, database link names, or aliases. However, if the root administrative region contains other domains, then data can exist in the other domains.

AMZ_KOVE_000528932
AMZ_KOVE_000528884

### Delegated Administrative Regions Below Root

All administrative regions below the root are considered delegated administrative regions. Each delegated region requires:

- ∞ A copy of the network data – Only the root administrative region can change the backbone data, but all administrative regions must have a copy. Network (also called "backbone") data includes:

  – all communities in the network

  – all MultiProtocol Interchanges in the network

  – addresses of Names Servers in the root administrative region

  Every delegated administrative region needs to have the addresses of the Names Servers in the root region. Having this data allows Names Servers in delegated regions to contact any other region (through the root region).

- ∞ The domains and Names Server addresses in its own (local) administrative region.

- ∞ Further delegated administrative regions—The domains and Names Server addresses in any of this administrative region's child regions. Delegating more than one layer of regions below the root region is rare.

- ∞ The data definitions—All of the database service names, database links, aliases, and client profiles for all of the domains in this local (delegated) administrative region.

## Communicating Changes to Administrators of Delegated Regions

In a delegated administrative installation, changes to the initial network (backbone) data (which includes all communities and MultiProtocol Interchanges in the entire network, and all Names Servers in the root administrative region) need to be sent to all the administrators of the delegated regions. This should be done by the root region administrator. Working out a policy to handle the changes might include how much time in advance each administrator should be informed, when each administrator is expected to make the changes, and the details of the changes themselves.

When the group of administrators is small, a simple format like an e-mail mailing list, or one or more telephone conference calls, or both informing all administrators of the changes should be sufficient.

AMZ_KOVE_000528933
AMZ_KOVE_000528884

## Using the Oracle Network Manager to Define the Network

The Oracle Network Manager is the "window" into the contents of the administrative region. Refer to the *Oracle Network Manager Administrator's Guide* for information on how to create a network definition. You use the Network Manager to configure:

∞ the network data - The definition of the communities and MultiProtocol Interchanges in the network, and all Names Servers in the root administrative region. (This is sometimes referred to as "backbone data.")

∞ the administrative regions and their domains - The division of configuration into one Network Manager installation per region. The simplest and most common case is one administrative region with one domain (a flat naming model), although one administrative region with many domains, or multiple administrative regions, is also possible.

∞ the Oracle Names Servers - Within each region, the specifics of each of the Oracle Names Servers are also defined. Names Server specifics include the network node and addresses it runs on, and various startup parameters affecting how it operates.

∞ network objects in the local administrative region - The definition of database services, database links, and any aliases is also done through the Network Manager.

For a given network, all of these objects are stored together in the Network Manager network definition database. In a network without Oracle Names, the network definition can be saved to either a database or an operating-system file; however, with Oracle Names, the network definition must be saved in a database.

## How Names are Resolved for a Client/Server Connection in a Central Region

The sequence of steps in name resolution is very straightforward in the single, central administrative region configuration.

### Role of the Client

The client is the software that requests the name to be resolved. The name itself typically comes from the user's application, or the actual user.

AMZ_KOVE_000528934
AMZ_KOVE_000528884

In a client–server connection, the client is obvious. In a distributed database, each database link is treated as a separate connection identical to a client–server connection. In general, the initiating server is considered the "client" for each outgoing database link.

When the name is successfully resolved, the client uses it to connect to the intended destination. All interaction with the Names Server and use of the results is transparent to the user. Only an unsuccessful attempt is seen by the client or user.

## Role of the Names Server

The Names Server has a single purpose: to resolve, or assist in resolving, a client-initiated name request. It interprets the request, then looks up the name in its cache, or it calls a Names Server in another region. The response or error conditions are passed back to the client.

Figure 3 – 11 shows a client requesting access to a Names Server named POULTRY and a Names Server providing the answer. A flat naming model is assumed.

> **Note:** The service name is the same as the global object name. For example, a global database name might be POULTRY.WORLD, which is also the service name.



**Figure 3 – 11  Client–Server Connection**

The sequence of events is as follows:

1.  The client application issues a connection request to SQL*Net of the form:

```
sqlplus scott/tiger@POULTRY
```

AMZ_KOVE_000528935
AMZ_KOVE_000528884

where POULTRY is a database service name defined in the Oracle Names Server.

SQL*Net determines from the client configuration in the SQLNET.ORA file that the client's default domain is WORLD and the preferred Names Server is the one shown. SQL*Net sends the Names Server a request to resolve the name POULTRY.WORLD.

2. The Names Server receives the request, looks it up in the cache, then sends the response back to the client.

3. The client receives the answer and substitutes the address in place of the initial name POULTRY.

4. The client contacts POULTRY and establishes a standard SQL*Net client–server connection.

Only step 1 and the acknowledgement of Step 4 are seen by the user, unless an error occurs.

For information about resolving a name across delegated administrative regions, see "How Names are Resolved in Delegated Administrative Regions", in Appendix C.

## How Names are Resolved for a Distributed Database Connection in a Central Region

Name resolution in a distributed database in the single administrative region configuration is similar to names resolution in a decentralized administrative region. The global database link name must be the same as the global database name. (Refer to the section "Distributed Database Management" in *Understanding SQL*Net* for more information on how database links are resolved.

AMZ_KOVE_000528936
AMZ_KOVE_000528884



```
SELECT OBJECT
FROM RUN@JERRY
WHERE OBJECT LIKE '%STICK%'
```

Oracle Names
Server

DB Link
JERRY.WORLD

TNS Network

Server
TOM.WORLD

Server
JERRY.WORLD

**Figure 3 – 12 Distributed Database Connection**

The sequence of events is as follows:

1. Server TOM receives the SQL statement shown and checks its data dictionary for a private or public database link called JERRY. When it does not find one, SQL*Net determines from the client configuration in the SQLNET.ORA file that the client's default domain is WORLD and the preferred Names Server is the one shown. SQL*Net then sends the Names Server a request to resolve the database link name JERRY.WORLD.

2. The Names Server receives the request, looks it up in the cache, then sends the response back to the server TOM.

3. Server TOM receives the answer and substitutes the response in place of the initial name.

4. Server TOM contacts server JERRY and establishes a standard SQL*Net distributed database connection.

AMZ_KOVE_000528937
AMZ_KOVE_000528884

# Planning for Oracle Names

This chapter describes the issues to consider before installing and configuring Oracle Names, including:

- ∞ choosing a naming model (not applicable with DDO)
- ∞ defining administrative regions (not applicable with DDO)
- ∞ determining the number of Names Servers required
- ∞ selecting Names Server nodes

Read this chapter before installing Oracle Names. Be sure to make all planning decisions before installing Oracle Names.



OS Doc

**Note:** There may be other considerations specific to your operating system and platform. See your platform-specific manuals for details.

AMZ_KOVE_000528938
AMZ_KOVE_000528884

## Before Installing Names Servers



SQLNet

The details of this chapter may require knowledge from elsewhere in this and other Oracle manuals.

Refer to *Understanding SQL\*Net* for more information on SQL\*Net. Refer to the *Oracle7 Server Administrator's Guide*, and *Oracle7 Server Concepts* for information on using global object names in distributed databases.

## Choosing a Naming Model

**Note:** DDO always uses a flat naming model.

The most fundamental decision to make before installing Oracle Names is what naming model to use.

There are two types of naming models to choose from:

∞ flat naming model

∞ hierarchical naming model

See Chapter 3, "Oracle Names Architecture", for detailed descriptions of the flat naming and hierarchical models.

### Consider Existing Standards

Many companies already have global naming standards for their PC LANs, large hosts, or mail systems. If such policies exist, you can use them as the basis for the Oracle Names naming model. Using the same structure leverages the investment in the education users already have with global names.

For example, many companies with TCP/IP networks use the Domain Name Service (DNS) model for communication on the worldwide Internet. In this model, all naming models are hierarchical from a set of base domains such as:

∞ COM - commercial organizations

∞ EDU - educational institutions

∞ MIL - military

∞ ORG – organizations

Individual companies are then assigned domains within which to build their naming model (for example, ACME.COM). To adapt any example

AMZ_KOVE_000528939
AMZ_KOVE_000528884

in this book to the DNS Internet model, add a single high-level domain, such as COM (or other stem).

For organizations which are on the Internet, and therefore already have one or more DNS domains, the sensible choice is to align their Oracle naming domains with their DNS domains.

## Anticipate Growth

Try to anticipate the growth of the names in the system. A flat naming model may work well until you have several hundreds or thousands of names. At these volumes, a single administrator will be very busy coordinating changes and will likely be dealing with many duplicate name requests. Subdivisions into additional domains, or decentralization of administration reduces the frequency with which this problem occurs.

## Know If You Are First

If you are a division of a large corporation, be sure not to assume that you are the only Oracle Names installation in the company. Figure 4–1 shows PET Corp, where the Pooch and Mutt divisions each independently installed Oracle Names. Subsequently, they both chose the domain names PET and DOG.PET for some of their names.

AMZ_KOVE_000528940
AMZ_KOVE_000528884



**Figure 4 – 1  Merging Name Models**

At the PET company picnic, the two Oracle Names administrators met
and decided to create one delegated region rather than two
independent, centralized regions. The MUTT administrator would own
the root data, and would rename his DOG.PET domain to PUP.PET.
Knowing about each other earlier, or anticipating the possibility of such
an event, could have reduced the work involved.

## Defining the Administrative Regions

**Note:** Due to the fact that DDO only works with a single
domain region this step is not applicable if you are going to use
the DDO.

The Oracle Names system can be divided into multiple cooperative
administrative regions. Each region can be independently operated and
maintained with a small amount of cross-referenced data. Specifically,
all administrative regions must have a copy of all backbone data, which
consists of the following:

AMZ_KOVE_000528941
AMZ_KOVE_000528884

∞ The communities and Interchanges in the entire network.

∞ addresses of all Names Servers in the root administrative region must be defined in each administrative region.

For more information see Chapter 3, "Oracle Names Architecture" for a detailed description of administrative regions.

## Choosing the Administrative Model

There are two basic choices when allocating administrative regions: a single, central administrative region or more than one administrative region.

A *region* or *administrative region* is an organizational entity for administering SQL*Net network components. Each region includes one Network Manager, one or more domains, one or more Oracle Names servers, network object definitions, and a network definition. Central administration and the flat naming model (that is, all names within one domain) is the default.

For delegated administration, you define each region and its child regions as region objects in the Network Manager. The highest level parent region is the root region from which all other regions are delegated. The root region always consists of the predefined root domain (the initial hierarchical reference point), and typically also includes, at least, the highest level organizational domain, for example, COM, EDU, MIL, or ORG (for commercial, educational, military, and organization domains).

## Establishing Administrative Policies

An important part of running an Oracle Names installation is the planning and methods that all administrators must carry out. All installations need policies on how the following tasks are handled:

∞ Name data requests - How data gets into the Names Server.

∞ Inclusion requirements - What data to allow, and not allow in the Server.

∞ Names Server maintenance - What to do when a Names Server fails.

Delegated administrative installations also require policies for handling the following:

∞ Shared data changes—How to coordinate passing of information to delegated administrators when backbone data changes.

AMZ_KOVE_000528942
AMZ_KOVE_000528884

(Network data includes communities and MultiProtocol Interchanges in the entire network, and all Names Server addresses in the root region.)

∞ Administrative region requirements—The minimum requirements for allowing portions of the naming model to become delegated administrative regions.

See Chapter 3 "Oracle Names Architecture" for a detailed description of administrative regions.

## Determining The Number of Names Servers

**Note:** There can be no more than five well-known Names Servers when you use the DDO.

Using a system like Oracle Names makes users dependent on access to the names it stores. If a system had a single Names Server, and that server were unavailable, no client–server applications in the network could communicate. It is therefore very important to ensure high availability of data in the network's Names Servers.

### Two Names Servers Per Region

Oracle recommends that each administrative region should have at least two Names Servers. If one Names Server is unavailable, clients will automatically forward requests to the other. The degree of availability this allows depends on the regularity of service each node provides. For example, imagine that the amount of time a Name Servers node is down for unscheduled reasons is 1%. (It is usually much less.) The likelihood that both would be down at the same time is then roughly .01%, or 1% of 1%.

There is also an issue of network loading, or load balancing. Although any given Names Server is only engaged for a short period of time when a client initiates a connection, the goal is to keep name resolutions lightning fast. With a very large volume of clients, or applications requiring many connections, load balancing across multiple Names Servers can increase system performance.

### One Names Server Per Community

It is strongly recommended that regions with multiple communities offer at least one Oracle Names Server per community. (Refer to the glossary for a definition of communities.)This can be either a single

AMZ_KOVE_000528943
AMZ_KOVE_000528884

Names Server between multiple communities, or separate Names Servers in each community. This is not a technical restriction—using a MultiProtocol Interchange, the client could connect to a Names Server in another community. However, this is presented as a strong recommendation to avoid name requests travelling through an Interchange to resolve a name. Connection time through an Interchange is commonly on the order of a few seconds rather than the milliseconds in which a name should be resolved.

In multi-community installations, it is recommended that Names Servers be installed on nodes with MultiProtocol Interchanges between the communities. The benefit is that all clients in all communities the Names Server node is on can access it. The Interchange node is an obvious candidate because it always runs multiple protocols.

## Names Server Proximity to Clients

In general, the closer data is to a client, the faster it is retrieved, and the less likely it will be made unavailable by network failures. Clients should be able to reliably get to at least one Names Server in less than a second. If they cannot, consider adding another Names Server to serve those clients.

For example, an installation with a single administrative region administered out of Hong Kong with three Names Servers, two in Hong Kong and one in Japan may provide fast, high availability to some Eastern countries but could leave offices elsewhere in the world subject to poor performance and network outages. Remember if the Names Server is unavailable, client connections are disabled. Installing additional Names Servers in the USA, Europe, and elsewhere would provide clients in those areas with more reliable name resolution. All Names Servers could still be maintained (with respect to names data and management) from the single administrative region in Hong Kong, but would be physically close to the clients.

## Selecting Names Servers Nodes

**Note:** If you have successfully installed the Oracle Names software you have already made this choice.

An Oracle Names Server is portable software that runs on a variety of computer platforms. You can obtain specific platform and operating system availability information from your Oracle representative. In general, Oracle Names runs on:

∞ A variety of UNIX and VAX/ VMS minicomputers and workstations.

AMZ_KOVE_000528944
AMZ_KOVE_000528884

∞ Intel-based computers (PCs) running operating systems such as OS/2, NetWare, Windows NT, and UNIX.

The computer does not have to be dedicated as an Oracle Names Server. In fact, Oracle Names typically requires relatively little CPU and memory to function.

Your choice of computer to use as a Names Server should be based on:

∞ Software availability—While Oracle Names runs on many operating systems, it does not run on all. As a shared resource, Oracle Names only needs to be on one type of operating system to serve all clients and servers. It does not have to be available on all of the operating systems you use.

∞ Node availability and maintenance—A server that is monitored and maintained by a group assigned the task of maintaining the system is best. A failure on a corporate data center computer is more likely to be recognized and fixed quickly than if the computer is on an someone's desk. Data center computers are also more commonly backed up and diagnosed regularly. These criteria tend to favor UNIX, VMS, or PC LAN file server nodes, all of which are commonly maintained in a data center.

∞ Community coverage—As stated above, in a multi-community SQL*Net network, choosing a MultiProtocol node as a Names Server minimizes the number of nodes that need to be installed for redundancy. There is no requirement that the Names Server run on a MultiProtocol node; it is a matter of minimizing administrative overhead for complete name service coverage.

**Note:** Currently, you are required to have a Names Server in every community. In general, Oracle recommends that Names Servers in a multi–community network be placed on Interchange nodes, thereby minimizing the number of Names Servers required.

∞ CPU availability—The node chosen must have adequate CPU, memory, and disk space available for an Oracle Names installation. Beyond the operating system and any other activity on the machine, Names must have the resources it needs to run. Installation on an old 386 PC, or a loaded-down UNIX server will not allow the system to perform optimally.

AMZ_KOVE_000528945
AMZ_KOVE_000528884

If the node you have chosen already has SQL*Net or an Interchange on it from a previous installation, the node should already be defined. You enter information such as the following on the Name Server property sheet in the Network Manager:

- ∞ protocol-specific address information
- ∞ Names Server password
- ∞ log and trace file names

You must enter the address information; however, all other values have defaults. If you have security concerns, it is always good practice to change the default password.

AMZ_KOVE_000528946
AMZ_KOVE_000528884

AMZ_KOVE_000528947
AMZ_KOVE_000528884

CHAPTER

# 5

# Setting Up and Running Oracle Names with the Dynamic Discovery Option

This chapter provides several scenarios that show how to set up and use Oracle Names version 2.0 with the Dynamic Discovery Option (DDO).

If you are not certain whether to use the Dynamic Discovery Option, see "Choose Whether to Use the Dynamic Discovery Option" in Chapter 1.

Upgrading to SQL*Net release 2.3 and Oracle Names 2.0 without the Dynamic Discovery Option is discussed in Chapter 6, "Configuring Oracle Names".

AMZ_KOVE_000528948
AMZ_KOVE_000528884

## Configuration Scenarios

This chapter describes how to do the following:

- ∞ **Create a new network using DDO**—create a completely new network using Oracle Names 2.0 and the Dynamic Discovery Option.

- ∞ **Upgrade all components in an existing network**—upgrade all the existing Oracle Names and SQL*Net components in your network to SQL*Net 2.3 and Oracle Names 2.0 using the Dynamic Discovery Option.

- ∞ **Gradually upgrade an existing network**—gradually upgrade an older SQL*Net network to use SQL*Net release 2.3 and the Dynamic Discovery Option.

- ∞ **Upgrade from a Native Naming Adapter**—gradually migrate a site which uses another naming service to use Oracle Names 2.0 with the Dynamic Discovery Option.

In addition, this chapter includes a section on non-default parameters. If your network configuration is not covered by of these scenarios, see Appendix B, "Complex Network Issues and DDO," for instructions on other networks.

> **Note:** If you have a network that stays the same for long periods of time, whether large or small, converting the network to dynamic discovery may not be worth the effort. Also, administrators of networks that have MultiProtocol Interchanges, gateways, or Native Naming Adapters might find the Dynamic Discovery Option more troublesome to use than its benefits warrant.

## A Review of Network Components

In order for Oracle Names 2.0 to function correctly as a naming service, certain information needs to be accessible to certain components. When you configure and run a network with Oracle Names 2.0 and the Dynamic Discovery Option, there are three main network components that must be able to communicate and find each other:

- ∞ Names Servers—The Names Servers on the network using DDO must know about each other. In a network using the DDO, each new Names Server finds other Names Servers at well-known Names Server addresses.

AMZ_KOVE_000528949
AMZ_KOVE_000528884

∞ Oracle7 Servers—Oracle7 Servers must know how to find a Names Server in order to register themselves automatically. If they are not registered automatically, they need to be defined in the network definition using Network Manager.

∞ Clients—Clients on the network must know how to find all Names Servers.

## Rules for Setting Up and Using the Dynamic Discovery Option

The following list of rules applies to all the given scenarios described in this chapter. Following these rules provides the smoothest transition to Oracle Names 2.0 with the DDO.

∞ New Oracle Names Servers must also be defined in the network definition as long as there are SQL*Net 2.2 (or earlier) clients on the network that have not been upgraded.

This is due to the fact that the network definition is the source of the NAMES.PREFERRED_SERVERS parameter in the SQLNET.ORA file which clients with earlier versions of SQL*Net use to locate the Names Servers.

∞ Since all Names Servers must read the network definition, and all Names Servers are defined in the network definition, Names Servers do not need well-known Names Servers to know about each other if a network definition exists

∞ All Names Servers should continue to use the network definition to get information for 7.2 (or earlier) databases whenever the connect data is modified.

In this case there is no need for Dynamic Discovery.

∞ New and upgraded Names Servers can use well–known addresses as long as the new well–known Names Servers are defined in the network definition using oranamesrvr0–4.

∞ Clients, databases, and listeners on an existing network already have a NAMES.PREFERRED_SERVERS defined in their SQLNET.ORA file enabling them to find all local Names Servers, regardless of whether they are using a well–known Names Server.

These are configured addresses that are provided to Oracle Names clients, and SQL*Net clients and listeners. These addresses are also provided to other Names Servers in the network definition.

AMZ_KOVE_000528950
AMZ_KOVE_000528884

∞ When all SQL*Net release 2.2 (or earlier) clients have been upgraded, the Names Server definitions can be dropped from the network definition.

∞ When all databases and listeners in the region are upgraded to Oracle 7.3, their definition in the network definition can be dropped because services are now automatically registered.

∞ When the previous two items are true, the network definition and the NAMES.PREFERRED_SERVERS parameter can be dropped entirely. All of the Names Servers and all of the clients are now upgraded and the network definition is unnecessary in the Dynamic Discovery network.

## Before You Begin

Before you begin using any of the following upgrade scenarios, the following must be true:

∞ a single region and a single community

∞ a protocol which supports well-known addresses

These scenarios describe the TCP/IP protocol. If you need information on other protocols, see your platform–specific documentation.

∞ single TCP (DNS) domain

∞ site administrator chooses to use the Dynamic Discovery Option.

## Scenario 1: Create a New Network Using the Dynamic Discovery Option

The following steps are brief guidelines for you to create and run your network using Oracle Names 2.0 with the Dynamic Discovery Option.

No other configuration files are needed if you accept all default parameters. The only configuration file needed in a default setup is a LISTENER.ORA for every database, which is created automatically during installation.

.    Install the Names Server.

See your platform specific documentation for information on how to install the well–known Names Server. The default installation setup for the Names Server uses the Dynamic Discovery Option.

.    Assign aliases to the nodes that will be well–known Names Servers.

AMZ_KOVE_000528951
AMZ_KOVE_000528884

You must provide an alias for each of the machines that will become a well–known Names Server. The required aliases are oranamesrvr0, oranamesrvr1, and so forth through oranamesrvr4. For TCP/ IP networks, the port number used by the well known Names Server is 1575. This port number is included in the SQL*Net 2.3 software so that all SQL*Net release 2.3 clients and services know it without any action by you.

■ **Using NIS**

If Network Information Services (NIS) is used on the network, list the addresses of the well–known Names Servers in the host.byname map file. If there are slave NIS servers, do an explicit yppush to all the slaves.

■ **Without NIS**

If NIS is not used, add an alias for each of the well–known Names Servers to the / etc/ hosts file on every host file in the network. The content of the / etc/ hosts file will look something like the following:

```
ipaddress    howe.acme.com       oranamesrvr0
ipaddress    orr.acme.com        oranamesrvr1
ipaddress    roenick.acme.com    oranamesrvr2
ipaddress    gretzky.acme.com    oranamesrvr3
ipaddress    syoung.acme.com     oranamesrvr4
```

The well–known address port number may vary depending on the protocol in use in your network; refer to your platform–specific documentation for the specific port number used.

. Start the 2.0 Names Servers on nodes for which you created the YP or NIS aliases.

The NAMESCTL START command loads the Names Server into memory and tells it to begin executing. At startup, the Names Server loads its configuration, loads its data, then becomes available to answer requests.

To start the Names Server, execute the following command:

```
NAMESCTL START
```

A message will indicate whether or not the Names Server was successfully started.

. Install and define databases and listeners.

Answer Yes when queried during the installation process whether to upgrade using the Dynamic Discovery Option.

AMZ_KOVE_000528952
AMZ_KOVE_000528884

See the Oracle operating system–specific documentation for your platform. You may also want to refer to the following documents published by Oracle Corporation:

∞ *Oracle7 Server Concepts*

∞ *Oracle7 Server Administrator's Guide*

At this point the LISTENER.ORA file is created. At system startup, each Names Server loads all the Dynamic Discovery data for each service in the LISTENER.ORA file. This is the only default file which gets created during installation for each database server.

 **Attention:** When installing SQL*Net you must execute the install_pnp script to be able to generate a LISTENER.ORA file. Execute the script in order to proceed. For more information on the install_pnp script see your platform–specific documentation.

. Check to see if the GLOBAL_DBNAME parameter is in your LISTENER.ORA file. It will look approximately like the following:

```
GLOBAL_DBNAME=DBNAME.domain
```

If you do not have the GLOBAL_DBNAME in your LISTENER.ORA file the listener will not be able to register with the Names Server.

. Start listeners using LSNRCTL.

To start a network listener, execute the following command:

```
LSNRCTL START
```

When the listener starts, it registers itself and the services it listens for with the well-known Names Server.

. Install clients.

See your platform–specific documentation for more information on how to install clients on your network.

. Test if the Names Servers have the databases defined.

From any node on your network that has SQL*Net and NAMESCTL installed, enter the following NAMESCTL command:

```
NAMESCTL> QUERY db_name
```

At this point your network should be fully operational with the Dynamic Discovery Option so that you can start the database and use your network connections.

AMZ_KOVE_000528953
AMZ_KOVE_000528884

 **Attention:** The Dynamic Discovery Option only works on nodes that use SQL*Net release 2.3. Services will not be automatically registered if SQL*Net release 2.3 is not used, and clients will not be able to find the well-known Names Server.

### Scenario 2: Upgrading All Components in an Existing Network

The following steps are a guide for upgrading all network components to SQL*Net 2.3 and Oracle Names 2.0 using the Dynamic Discovery Option.

This scenario is useful for networks that can upgrade all components from an existing SQL*Net version to SQL*Net 2.3 and Oracle Names 2.0 with the Dynamic Discovery Option at one time.

- Shut down all database listeners.

- On all client and server nodes, use a text editor to remove the NAMES.PREFERRED_SERVERS parameter in the SQLNET.ORA file.

- Remove the NAMES.ORA file on all existing Names Server nodes.

    Your explicit path to NAMES.ORA is operating system–specific. On most UNIX systems NAMES.ORA exists in the following location:

    `$ORACLE_HOME/network/admin/names.ora`

- Install Oracle Names 2.0 on the Names Server nodes.

    We recommend installing Oracle Names on at least two Names Servers to preserve a fault–tolerant network.

- Assign aliases to the nodes that will be well-known Names Servers.

    You must provide an alias for each of the machines that will become a well-known Names Server. The required aliases are oranamesrvr0, oranamesrvr1, and so forth through oranamesrvr4. For TCP/IP networks, the port number used by the well known Names Server is 1575. This port number is included in the SQL*Net 2.3 software so that all SQL*Net release 2.3 clients and services know it without any action by you.

■ **Using NIS**

If Network Information Services (NIS) is used on the network, list the addresses of the well-known Names Servers in the host.byname map file. If there are slave NIS servers, do an explicit yppush to all the slaves.

AMZ_KOVE_000528954
AMZ_KOVE_000528884

■ **Without NIS**

If NIS is not used, add an alias for each of the well–known Names Servers to the / etc/ hosts file on every host file in the network. The content of the / etc/ hosts file will look something like the following:

```
ipaddress    howe.acme.com       oranamesrvr0
ipaddress    orr.acme.com        oranamesrvr1
ipaddress    roenick.acme.com    oranamesrvr2
ipaddress    gretzky.acme.com    oranamesrvr3
ipaddress    syoung.acme.com     oranamesrvr4
```

> **Note:** The well–known address port number may vary depending on the protocol in use in your network; refer to your platform–specific documentation for the specific port number used.

. Start the 2.0 Names Servers on nodes for which you created YP or NIS aliases.

The NAMESCTL START command loads the Names Server into memory and tells it to begin executing. At startup time, the Names Server loads its configuration, loads its data, then becomes available to answer requests.

To start the Names Server, execute the following command:

```
NAMESCTL> START
```

A message will indicate whether or not the Names Server was successfully started.

. Upgrade all listeners to SQL*Net 2.3 and databases to Oracle7.3.

Answer Yes when queried during the installation process whether to upgrade using the Dynamic Discovery Option.

At this point the LISTENER.ORA file will be created. This file contains all the Dynamic Discovery data for each service.

 **Attention:** When installing SQL*Net you must execute the install_pnp script to be able to generate a LISTENER.ORA file. Execute this script in order to proceed. See your platform–specific documentation for more information on using or obtaining the install_pnp script.

. Check to see if the GLOBAL_DBNAME parameter is in your LISTENER.ORA file. It will look approximately like the following:

```
GLOBAL_DBNAME=DBNAME.domain
```

AMZ_KOVE_000528955
AMZ_KOVE_000528884

If you do not have the GLOBAL_DBNAME in your LISTENER.ORA file the listener will not be able to register with the Names Server.

. Start listeners using LSNRCTL.

To start a network listener, execute the following command:

```
LSNRCTL START
```

When the listener starts, it registers itself and the services it listens for with the well-known Names Server.

. Upgrade all clients on the network.

Each client application should now be upgraded to run SQL*Net 2.3

At this point all of the components in your network should be fully configured to run Oracle Names 2.0 with the Dynamic Discovery Option.

Test whether applications can successfully connect to an Oracle Names Server from a SQL*Net client. Execute a SQLPlus application, such as sqlplus username/ password@service_names, where service_name is the database name that has just been registered. If you cannot connect, most likely you will receive the error ORA-12154. This usually indicates that the client cannot find the Names Server. Refer to the trace files or error message log files to find details.

## Scenario 3: Gradually Upgrading an Existing Network

This scenario is most useful to a site that cannot upgrade everything at once, but want to upgrade various components to the Dynamic Discovery Option in an orderly fashion.

This scenario takes you through an upgrade where there are three existing Names Servers in a network. All of the servers are upgrading to SQL*Net 2.3 and Oracle Names 2.0, but at this time only two are becoming well-known Names Servers using the Dynamic Discovery Option. The third Names Server will not use the DDO.

In this case, the network will maintain some SQL*Net 2.2 clients and some SQL*Net 2.3 clients.

. Upgrade all Names Servers to Oracle Names 2.0.

It is important that all Names Servers be upgraded to Oracle Names 2.0 so that they can replicate their registration information.

. Assign aliases to the nodes that will be well-known Names Servers.

AMZ_KOVE_000528956
AMZ_KOVE_000528884

You must provide an alias for each of the machines that will become a well-known Names Server. The required aliases are oranamesrvr0, oranamesrvr1, and so forth through oranamesrvr4. For TCP/ IP networks, the port number used by the well known Names Server is 1575. This port number is included in the SQL*Net 2.3 software so that all SQL*Net release 2.3 clients and services know it without any action by you.

■ **Using NIS**

If Network Information Services (NIS) is used on the network, list the addresses of the well-known Names Servers in the host.byname map file. If there are slave NIS servers, do an explicit yppush to all the slaves.

■ **Without NIS**

If NIS is not used, add an alias for each of the well-known Names Servers to the / etc/ hosts file in every host file in the network. The content of the / etc/ hosts file will look something like the following:

```
ipaddress    howe.acme.com       oranamesrvr0
ipaddress    orr.acme.com        oranamesrvr1
ipaddress    roenick.acme.com    oranamesrvr2
ipaddress    gretzky.acme.com    oranamesrvr3
ipaddress    syoung.acme.com     oranamesrvr4
```

**Note:** The well-known address port number may vary depending on the protocol in use in your network; refer to your platform-specific documentation for the specific port number used.

The newly migrated well-known Names Servers need to be defined in the network definition. Using Network Manager, change the address of two of the newly upgraded Names Servers to be well-known addresses. To do this, create new nodes names oranamesrvr0 and oranamesrvr1. Edit the property sheets of the two of the Names Servers so that they are on these nodes, using port 1575.

For example, the previously existing network definition for the two servers might have looked like the following:

```
(address=(protocol=tcp) (host=gretzky) (Port=1529))
(address=(protocol=tcp) (host=howe) (Port=1529))
```

The new well-known address definition that you update using Network Manager must look like the following:

```
(address=(protocol=tcp) (host=oranamesrvr0) (port=1575))
(address=(protocol=tcp) (host=oranamesrvr1) (port=1575))
```

AMZ_KOVE_000528957
AMZ_KOVE_000528884

Start the well–known Names Servers on nodes for which you created YP or NIS aliases.

The NAMESCTL START command loads the Names Server into memory and tells it to begin executing. At startup time, the Names Server loads its configuration, loads its data, then becomes available to answer requests.

To start the Names Server, execute the following command:

```
NAMESCTL START
```

A message will indicate whether or not the Names Server was successfully started.

Upgrade all desired listeners to SQL*Net 2.3 and databases to Oracle7.3.

Use Network Manager to remove each database that you choose to upgrade from the old network definition. This is necessary because all Oracle7.3 databases will automatically register themselves with a well–known Names Server. The database name automatically goes into the LISTENER.ORA file that is being created when that database is upgraded. When the listener starts, it registers the database name with the well–known Names Server.

During the upgrade process, answer "Yes" when queried whether to upgrade using the Dynamic Discovery Option.

At this point the LISTENER.ORA file will be created. This file contains all the Dynamic Discovery data for each database.

 **Attention:** When installing SQL*Net you must execute the install_pnp script to be able to generate a LISTENER.ORA file. Execute this script in order to proceed. See your platform–specific documentation for more information on using or obtaining the install_pnp script.

Check to see if the GLOBAL_DBNAME parameter is in your LISTENER.ORA file. It will look approximately like the following:

```
GLOBAL_DBNAME=DBNAME.domain
```

If you do not have the GLOBAL_DBNAME in your LISTENER.ORA file the listener will not be able to register with the Names Server.

Start listeners using LSNRCTL.

To start a network listener, execute the following command:

```
LSNRCTL START
```

AMZ_KOVE_000528958
AMZ_KOVE_000528884

When the listener starts, it registers itself and the services it listens for with the well–known Names Server.

. Upgrade the desired clients to SQL*Net 2.3.

At this point you have the option of removing the NAMES.PREFERRED_SERVERS parameter in the SQLNET.ORA file for all SQL*Net 2.3 clients. We recommend that you keep this line in the SQLNET.ORA file. In case both well–known Names Servers are not available, those clients can still find the other Names Server even though it is not a well–known Names Server.

This is an issue of reliability versus maintenance and distribution, and should be decided by individual administrators for each individual network.

. Start all databases and listeners that have been upgraded.

> **Note:** SQL*Net 2.2 clients can be configured to use the well–known Names Servers. Simply define the new well–known Names Servers on the NAMES.PREFFERED_SERVERS parameter in the network definition using Network Manager.

Generate new configuration files. Distribute the SQLNET.ORA files that include the new Names Server addresses to all of the clients on the network.

> **Note:** All three Names Servers should be included in the list of NAMES.PREFFERED_SERVERS in the SQLNET.ORA file.

Although it has been upgraded to Oracle Names 2.0, the third Names Server does not need the NAMES.PREFFERED_SERVERS in the SQLNET.ORA file be edited.

At this point all of the components you have chosen to upgrade in your network should be fully configured to run Oracle Names 2.0 with the Dynamic Discovery Option.

Test whether applications can successfully connect to an Oracle Names Server from a SQL*Net client. Execute a SQLPlus application, such as sqlplus username/ password@service_names, where service_name is the database name that has just been registered. If you cannot connect, most likely you will receive the error ORA–12154. This usually indicates that the client cannot find the Names Server. Refer to the trace files or error message log files to find details.

AMZ_KOVE_000528959
AMZ_KOVE_000528884

## Scenario 4: Upgrading from a Native Naming Adapter

This scenario is based on gradually upgrading from a native naming adapter to Oracle Names 2.0 with the Dynamic Discovery Option.

. Set all clients NAMES.DIRECTORY_PATH parameter in the SQLNET.ORA file to include both Oracle Names 2.0 and other adapters such as NIS.

The default setting of the NAMES.DIRECTORY_PATH parameter in the SQLNET.ORA file will be in the following order:

∞ TNSNAMES.ORA

∞ Oracle Names (ONAMES)

∞ other naming adapter (NIS)

You can arrange the order of the names this parameter according to your preference. For non-default settings, for example, if you want to use DDO, you must change the file so that ONAMES will be first.

To do this, use the SQLNET.ORA Editor to set the parameter as follows:

```
NAMES.DIRECTORY_PATH=(ONAMES, NIS, TNSNAMES.ORA)
```

When the NAMES.DIRECTORY_PATH is set as shown above, the client will attempt to use a Names Server before using the NIS naming adapter.

. When a database listener is upgraded to Oracle 7.3, its definition can be dropped from the native naming adapter so that it can be automatically registered by the database and listener.

 **Attention:** Databases should not be defined in both Oracle Names 2.0 and the native naming adapter.

. When all databases and listeners are upgraded to Oracle 7.3 and started to automatically register, the entire definition of the other native naming adapter can be dropped and the NAMES.DIRECTORY_PATH parameter in SQLNET.ORA can just be Oracle Names.

## Non-default Parameters

In a Dynamic Discovery environment in which all default parameters are accepted, you do not need to have any configuration files except the LISTENER.ORA for each listener node created during installation.

AMZ_KOVE_000528960
AMZ_KOVE_000528884

However, there may be times when some additional configuration files are needed. There are two major reasons you may need other configuration files:

- ∞ to add optional parameters to a SQLNET.ORA file
- ∞ to add elements to your network that cannot register themselves with the well–known Names Servers


Decision

If you have a lot of non–default parameters to add, and especially if you want to define a number of objects that cannot self–register, you may want to reconsider whether the Dynamic Discovery Option is appropriate for your network.

## How to Create a SQLNET.ORA File

There are two ways to create a SQLNET.ORA file. Choose the method that best fits your situation.

- ∞ If you want to create a SQLNET.ORA file that is the same for many clients, you may want to use Oracle Network Manager to create a network definition that includes a description of one or more client profiles. Generate configuration files from that definition, and transfer the configuration files to the appropriate nodes. This method is most useful if you can use an identical SQLNET.ORA file for many clients, or if you need to use Network Manager to add other objects to the network definition. For instructions on how to use Network Manager, see the *Oracle Network Manager Administrator's Guide*.

- ∞ If you want to create SQLNET.ORA files for just a few clients, or if each client's SQLNET.ORA file contains unique values, use the SQLNET.ORA Editor, part of the Client Status Monitor, to create a SQLNET.ORA file with the specific parameters needed.

If you need more information, please see *Oracle Network Products Troubleshooting Guide*.

## Parameters in a SQLNET.ORA File

A SQLNET.ORA file may contain a number of optional parameters. Most of the parameters control the behavior of clients. There are also some parameters that control servers, the Names Control Utility, and the TNSPING Utility.

All the SQLNET.ORA parameters are described in *Understanding SQL*Net*. This section describes the parameters you are most likely to want to include when using DDO.

AMZ_KOVE_000528961
AMZ_KOVE_000528884

> **Note:** Unless otherwise noted, these parameters can be added to an existing SQLNET.ORA file using the SQLNET.ORA Editor or Network Manager.

**Dead Connection Detection**

Add this parameter to request SQL*Net to send a periodic probe to detect dead connections. A value of 10 (minutes) is recommended.

**Logging and Tracing Parameters**

You can set optional tracing and logging parameters for clients and servers in the SQLNET.ORA file. You can also set tracing parameters for the Names Control Utility and TNSPING. Use the SQLNET.ORA Editor for client and TNSPING parameters. Parameters for the server and the Names Control Utility must be added manually.

**Dedicated Server**

Set this optional parameter to ON if you want to request a dedicated Names Server process from a server configured as a multi-threaded Names Server.

**Secure Network Services Parameters**

If Secure Network Services is installed in your network, add parameters to request encryption, checksum, and authentication services. Use the SQLNET.ORA Editor to add them to the client side. Add them manually or with Network Manager for the Names Server.

**Disable Out of Band Breaks**

If you want to disable out of band breaks, add this parameter, set to ON. Out of band breaks are the default, unless there is an Interchange on the network.

**Default Domains**

If the naming convention in your network includes a domain, you can enable applications to request connections to servers without including the domain in the request by adding this parameter with the domain as the value.

> **Note:** If you use Network Manager to create a SQLNET.ORA file, this parameter is included automatically, with .WORLD as the domain by default. If there is no domain in your network, use a text editor to delete this parameter in the SQLNET.ORA file before distributing it to individual clients.

**Preferred Names Servers**

You may want to have some of your clients contact one particular Names Server rather than another. In a Dynamic Discovery network all clients contact the Names Server on the node with the alias oranameserver0 first by default. To avoid bottlenecks, or to have the client contact the Names Server that is geographically closest, you may want to add this parameter to the SQLNET.ORA file. This concept is called network *load balancing*. See the following section for more details.

AMZ_KOVE_000528962
AMZ_KOVE_000528884

**Network Load Balancing**

If your network covers a wide geographic area, or if you want to balance
the load among the Names Servers, you can add a parameter to the
SQLNET.ORA file on the clients so that they contact a specific Names
Server first. That parameter is:

```
NAMES.PREFERRED_SERVERS=(names_server_address)...
```

For example, suppose you have a network with a well known Names
Server given the alias oranamesrvr0 in New York and another with the
alias oranamesrvr1 in London. You might want your clients in Europe to
contact the Names Server in London first. For this to happen, every
European client would need a SQLNET.ORA file with the following line:

```
NAMES.PREFERRED_SERVERS=
    (ADDRESS_LIST=(ADDRESS=
                        (PROTOCOL=TCP)
                        (HOST=ORANAMESRVR1)
                        (PORT=1575))
                  (ADDRESS=
                        (PROTOCOL=TCP)
                        (HOST=ORANAMESRVR0)
                        (PORT=1575)))
```

AMZ_KOVE_000528963
AMZ_KOVE_000528884

# Configuring Oracle Names

This chapter describes how to configure a network that uses Oracle Names. If you are using Oracle Names and the Dynamic Discovery Option, you may not need to configure your system at all. See Chapters 1, 2 and 5 for more information.

Also included in this chapter is a section on configuration parameters you can use with the Oracle Names Server once your configuration is complete.

This chapter discusses configuration issues in the following order:

∞ How to use Network Manager

∞ Defining a Names Server

∞ Defining a client profile

∞ Defining global database links

AMZ_KOVE_000528964
AMZ_KOVE_000528884

## Using Network Manager

Oracle Network Manager is a tool that assists you in creating the configuration files needed for Oracle networking products.

Network Manager allows information that is used across your network in several files to be entered only once, and allows changes in configuration data for one component to "ripple through" and cause changes in other related component information. Network Manager also enables you to use control commands in Oracle Names Control Utility (NAMESCTL).

New to Network Manager is the ability to toggle the Dynamic Discovery Option on or off for individual listeners and Names Servers, and to include a global database name in the LISTENER.ORA file.

### Defining Network Objects With Network Manager

There are three major steps to configuring a network using Oracle Network Manager.

1. Create a network definition using Network Manager property sheets.

2. Generate network component configuration files using the GENERATE command in Network Manager.

3. Distribute the configuration files to the appropriate nodes on the network.

These procedures are all described in detail in the *Oracle Network Manager Administrator's Guide.*

## Defining a Names Server

This section briefly covers how to define a Names Server using Network Manager. If you want more information, see *Oracle Network Manager Administrator's Guide.*

AMZ_KOVE_000528965
AMZ_KOVE_000528884

## What Can be Defined In a Names Server

The following items can be defined in a Names Server using Network Manager:

∞ Name of actual Names Server—creates a service name for the Names Server.

If you have more than one Names Server in a domain, each must have a unique name.

∞ Node

Oracle recommends that if more than one community exists in the network, a Names Server should be placed on the same nodes as the MultiProtocol Interchange so that there is a Names Server available in every community.

∞ Password—creates a password if you want to require a password of anyone who wishes to manipulate the Name Server.

∞ Disable Dynamic Discovery—enables/ disables DDO.

If you do not want this Names Server to use the DDO, you must select OFF. The default is for DDO to be ON.

**Note:** Even if you do not select this check box, and thus leave DDO on, the Names Server must be specially configured to act as a well–known Names Server in a DDO network. This configuration must be done manually. See Chapter 5, "Setting Up and Running Oracle Names with the Dynamic Discovery Option".

∞ Tuning—sets timing parameters for the Names Server.

∞ Address—creates an address for the Names Server.

∞ Logging—changes any of the logging parameters.

∞ SNMP—enables the Names Server to be monitored using Oracle SNMP Support. You can enter parameters to control the Names Server subagent that is used if Oracle SNMP Support is desired.

## How to Define a Names Server

Your next step in configuring your network is defining your Names Server.

See the *Oracle Network Manager Administrator's Guide* for information on how to define a Names Server.

AMZ_KOVE_000528966
AMZ_KOVE_000528884

## Oracle Names Server Configuration Parameters

This section describes all the configurable parameters that control how Oracle Names Servers operate. These parameters are located in the configuration file NAMES.ORA.

You can control all the parameters for the administrative region the Names Server is in by using Oracle Network Manager. These configuration parameters are either read directly from the network definition database by the Names Server itself, or are read by the client or NAMESCTL, as appropriate.

You typically enter and maintain most of these parameters by using Oracle Network Manager, which places them in the configuration files that it generates.

The configuration files should not be manually edited. All other parameters, including the NAMESCTL parameters, must be added manually. Also, you can only edit configuration files that were generated by Network Manager.

### Names Server Parameters

The following, which appear in the NAMES.ORA file, are valid parameters for a Names Server.

| names.cache_checkpoint_file | Specifies the name of the operating system file to which the Names Server writes its checkpoint file. See the Oracle operating system-specific manual for your platform for filename restrictions. |
|---|---|

| Status: | optional |
|---|---|
| Type: | text string |
| Source: | Network Manager enterable field |
| Default value: | ckpcch.ora |
| Valid in File: | NAMES.ORA |

```
names.cache_checkpoint_file = filename
```

| names.cache_checkpoint_interval | Indicates the interval at which a Names Server writes a checkpoint of its stored data to the checkpoint file. |
|---|---|

Each Names Server can periodically write its cached data to a file to protect against startup failures. When the Names Server cannot contact

AMZ_KOVE_000528967
AMZ_KOVE_000528884

the Network Manager database, it starts from the checkpoint file. The default value is 0, or no checkpointing.

| | |
|---|---|
| Status: | optional |
| Type: | number (time in seconds) |
| Source: | Network Manager enterable field |
| Default value: | 0 |
| Valid in File: | NAMES.ORA |
| Minimum value: | 10 |
| Maximum value: | 259200 (3 days) |
| Special value: | 0 (disabled) |

```
names.cache_checkpoint_interval = seconds
```

names.log_directory    Indicates the name of the directory where the log file for Names Server operational events are written. For details on logging see the *Oracle Network Products Troubleshooting Guide*. For the default name of this file on your system see the Oracle operating system-specific manual for your platform.

| | |
|---|---|
| Status: | optional |
| Type: | text string |
| Source: | Network Manager enterable field |
| Default value: | platform specific |
| Valid in File: | NAMES.ORA |

```
names.log_directory = complete_directory_name
```

AMZ_KOVE_000528968
AMZ_KOVE_000528884

| names.log_file | Indicates the name of the output file to which Names Server operational events are written. For details on logging see the *Oracle Network Products Troubleshooting Guide*. |
|---|---|

The file name extension is always .log. Do not enter an extension in the Network Manager field for this parameter.

| Status: | optional |
|---|---|
| Type: | text string |
| Source: | Network Manager enterable field |
| Default value: | names |
| Valid in File: | NAMES.ORA |

```
names.log_file = filename
```

| names.log_stats_interval | Specifies the number of seconds between statistical entries in the log file. |
|---|---|

| Status: | mandatory |
|---|---|
| Type: | number (time in seconds) |
| Source: | Network Manager enterable field |
| Default value: | 0 (0 = OFF) |
| Valid in File: | NAMES.ORA |
| Minimum Value: | 10 (least possible ON value) |
| Maximum Value: | none |

```
names.log_stats_interval = seconds
```

AMZ_KOVE_000528969
AMZ_KOVE_000528884

names.max_open_
connections

Specifies the number of connections that the Names Server can have
open at any given time. The value is generated automatically by
Network Manager as the value 10 or the sum of one connection for
listening, five for clients, plus one for each foreign domain defined in the
local administrative region, whichever is greater.

The calculated value is acceptable for most installations.

| Status: | optional |
|---|---|
| Type: | number |
| Source: | Generated by Network Manager |
| Default value: | Calculated based on entered data |
| Valid in File: | NAMES.ORA |
| Minimum Value: | 2 |
| Maximum Value: | 64 |

```
names.max_open_connections = number
```

names.reset_stats_interval

Specifies the number of seconds during which the statistics collected by
the Names Servers should accumulate. At the frequency specified, they
are reset to zero. The default value of 0 means never reset statistics.

| Status: | mandatory |
|---|---|
| Type: | number (time in seconds) |
| Source: | Network Manager enterable field |
| Default value: | 0 |
| Valid in File: | NAMES.ORA |
| Minimum Value: | 10 |
| Maximum Value: | none |
| Special Value: | 0 (never reset) |

```
names.reset_stats_interval = seconds
```

AMZ_KOVE_000528970
AMZ_KOVE_000528884

names.server_name      Each Names Server is uniquely identified by a name. All configuration references to a particular Names Server use this name.

| | |
|---|---|
| Status: | mandatory |
| Type: | text string |
| Source: | Network Manager enterable field |
| Default value: | NameServer.*domain_name* |
| Valid in File: | NAMES.ORA |

```
names.server_name = valid_string
```

names.trace_directory      Indicates the name of the directory to which trace files from a Names Server trace session are written. For details on tracing, see the *Oracle Network Products Troubleshooting Guide*.

| | |
|---|---|
| Status: | optional |
| Type: | text string |
| Source: | Network Manager enterable field |
| Default value: | platform specific (for example, *names*) |
| Valid in File: | NAMES.ORA |

```
names.trace_directory = complete_directory_name
```

names.trace_file      Indicates the name of the output file from a Names Server trace session. For details on tracing see the *Oracle Network Products Troubleshooting Guide*.

The filename extension is always .trc. Do not enter an extension in the Network Manager field for this parameter.

| | |
|---|---|
| Status: | optional |
| Type: | text string |
| Source: | Network Manager list |
| Default value: | names |
| Valid in File: | NAMES.ORA |

```
names.trace_file = filename
```

AMZ_KOVE_000528971
AMZ_KOVE_000528884

names.trace_level

Indicates the level at which the Names Server is to be traced. See the *Oracle Network Products Troubleshooting Guide* for details on how to initiate tracing.

| | |
|---|---|
| Status: | optional |
| Type: | text string |
| Source: | Network Manager list |
| Default value: | OFF |
| Valid in File: | NAMES.ORA |

```
names.trace_level = [OFF|USER|ADMIN]
```

names.trace_unique

Indicates whether each trace file has a unique name, allowing multiple trace files to coexist. If the value is set to ON, a process identifier is appended to the name of each trace file generated. For details on tracing, see the *Oracle Network Products Troubleshooting Guide*.

| | |
|---|---|
| Status: | optional |
| Type: | text string |
| Source: | Network Manager list |
| Default value: | OFF |
| Valid in File: | NAMES.ORA |

```
names.trace_unique = ON
names.trace_file = names_05.trc
```

AMZ_KOVE_000528972
AMZ_KOVE_000528884

### Sample Names Server Configuration File—NAMES.ORA

Each Names Server in the network requires an individual configuration file called NAMES.ORA. This file contains control parameters for the Names Server and points the Names Server to the database where the network definition is stored.

The following is an example of a NAMES.ORA configuration file:

```
names.server_name = NameServer.us.oracle.com
names.admin_region = (REGION=
                (NAME= LOCAL_REGION.world)
                (TYPE= ROSDB)
                (USERID= NETADMIN)
                (PASSWORD= netadmin)
                DESCRIPTION=
                 (ADDRESS_LIST=
                  (ADDRESS=
                   (COMMUNITY=TCPCOM.us.oracle.com)
                   (PROTOCOL=TCP)
                   (Host=deer.us.oracle.com)
                   (Port=1521)
                  )
                 )
                 (CONNECT_DATA=(SID=ds)
                 )
                )
                (DOCNAME=deer)
                (VERSION= 34611200)
                (RETRY = 600))
names.config_checkpoint_file= cfg00406
names.trace_level= OFF
names.trace_unique= OFF
```

## Defining Client Profiles

Client profiles are created automatically by Network Manager. For every community created and for every node that is a member of more than one community, Network Manager creates a client profile.

Each client or set of similar clients needs to be assigned a client profile. The complete definition of a client profile includes an intersection of the position of the client in the TNS network, and its relation to the Names

AMZ_KOVE_000528973
AMZ_KOVE_000528884

Servers in its administrative region. The following two sets of information make up the client profile:

∞ community—Each client is defined in terms of what community it belongs to, and which Interchange(s) it prefers to try, in order, when connecting to other communities.

∞ Oracle Names—Each client is also defined by the default domain it uses, and the list of Names Servers, in order, that should be contacted to resolve global names.

In a flat naming model, when defined by Network Manager, the default domain for all clients is the WORLD domain; that is, all clients and services reside in the WORLD domain. (Without SQLNET.ORA, the default domain is [ROOT] or ".") For example, a global database service name in a flat model might be SALES.WORLD. A global database service name in a hierarchical model might be HR.US.ORACLE.COM.

All clients that belong to the same community, use the same Interchanges, and use the same Names Servers can share a single client profile. Any variation requires a separate client profile.

Client profiles are automatically created for you during the network definition process from information entered into other property sheets. You may want to edit the client profile if you want to designate a Names Server on a particular node as a preferred Names Server.

For more information on client profiles, see the *Oracle Network Manager Administrator's Guide*.

### Client Configuration File—SQLNET.ORA

The following configuration parameters are listed in the client SQLNET.ORA file. You provide these parameters using the Network Manager.

∞ NAMES.PREFFERED_SERVERS—A mandatory list of preferred Names Servers, that is, an ordered list of network addresses to contact when a name must be resolved. The client needs to be able to direct the global name request to a Names Server in the network. Multiple Names Servers should be listed wherever possible for greater reliability when the preferred Names Server is unavailable.

∞ DEFAULT_DOMAIN—The default domain simplifies access to any service in the client default domain. Each client has a default domain within which service names can be partially qualified. Whenever a name is requested without a "." (period) in it, the

AMZ_KOVE_000528974
AMZ_KOVE_000528884

default domain is appended to the name before it is forwarded to the Names Server.

> **Note:** The default domain is not necessarily the domain where the client resides—it could be a domain that the client most often requests network services.

∞ NAMES.DIRECTORY_PATH—This indicates the name resolution service, such as TNSNAMES.ORA or Oracle Names, that will be used for client name requests.

## Configuration Parameters For Clients

This section describes all the configurable parameters that control how Oracle Names Servers and their clients operate. Each section includes the filename in which the parameter is valid.

These configuration parameters are either read directly from the network definition database by the Names Server itself, or are read by the client or NAMESCTL, as appropriate.

You typically enter and maintain most of these parameters by using the Oracle Network Manager, which places them in the configuration files that it generates.

The configuration parameters described include those that apply to:

∞ Clients that access a Names Server. The second section lists the parameters available to a client accessing a Names Server.

∞ The Names Control Utility (NAMESCTL)

The configuration files should not be manually edited. The exception is the SQLNET.ORA file because Network Manager only provides a few of its possible parameters (including NAMES.PREFERRED_SERVERS, NAMES.DIRECTORY_PATH, and NAMES.DEFAULT_DOMAIN). All other parameters, including the NAMESCTL parameters, must be added manually using the text editor of your choice. Also, you can only edit configuration files that were generated by Network Manager.

Additionally, you can use the configuration parameters on the command line when running the NAMESCTL utility.

AMZ_KOVE_000528975
AMZ_KOVE_000528884

## Client Parameters

The following client parameters, which appear in the SQLNET.ORA file are valid parameters for a client of Oracle Names.

names.default_domain

Indicates the domain from which the client most often requests names. When this parameter is set to the default domain name (for example, US.ACME), the domain name will be automatically appended to the service name. For example, a client with a default_domain of US.ACME can request a database service named FINANCE.US.ACME as:

```
sqlplus scott/tiger@FINANCE
```

All names outside the default domain must be fully specified as global names; for example, FINANCE.US.ACME.

| | |
|---|---|
| Status: | generated by Network Manager |
| Type: | text string |
| Source: | Network Manager enterable field |
| Default value: | WORLD |
| Valid in file: | SQLNET.ORA |

```
names.default_domain = <valid domain name>
```

> **Note:** The Network Manager automatically adds the NAME.DEFAULT_ZONE parameter in addition to the NAMES.DEFAULT_DOMAIN for backward compatibility.

AMZ_KOVE_000528976
AMZ_KOVE_000528884

names.preferred_servers    Indicates the Names servers that will be used for a client's name requests. Lists one or more Names Servers in the order they will be used for name requests.

| | |
|---|---|
| Status: | mandatory |
| Type: | TNS address |
| Source: | Network Manager selection list |
| Valid in file: | SQLNET.ORA |

**Note:** The Network Manager adds the NAMES.PREFERRED_SERVERS parameter to the SQLNET.ORA file for backward compatibility with earlier versions of SQL*Net.

```
names.preferred_servers =
    (ADDRESS_LIST =
        (ADDRESS =
            (COMMUNITY = community)
            (PROTOCOL = protocol)
            (HOST = hostname)
            (PORT = portnumber)
        )
        (ADDRESS =
            (COMMUNITY = community)
            (PROTOCOL = protocol)
            (HOST = hostname)
            (PORT = portnumber)
            )
        )
```

The following example shows the NAMES.PREFERRED_SERVER parameter using a TCP/IP protocol:

```
name.preferred_servers =
    (ADDRESS_LIST =
        (ADDRESS =
            (COMMUNITY = TCP.HOCKEY)
            (PROTOCOL = TCP)
            (HOST = messier)
            (PORT = 1600)
            )
        )
```

AMZ_KOVE_000528977
AMZ_KOVE_000528884

names.directory_path   Indicates the Names service, such as TNSNames or Oracle Names, that
                       will be used for client name requests.

| | |
|---|---|
| Status: | mandatory |
| Type: | TNS address |
| Source: | Network Manager selection list |
| Valid in file: | SQLNET.ORA |

> **Note:** The Network Manager adds the
> NAMES.DIRECTORY_PATH parameter to the SQLNET.ORA
> file for backward compatibility with earlier versions of
> SQL*Net.

```
names.directory_path = (naming_service)
```

such as
```
names.directory_path = (TNSNAMES, ONAMES)
```

AMZ_KOVE_000528978
AMZ_KOVE_000528884

## Sample Configuration File for a Client

Parameters for Oracle Names clients are in the SQLNET.ORA file. A sample of a portion of a SQLNET.ORA file is shown below.

> **Note:** The Network Manager automatically adds the NAMES.PREFERRED_SERVERS and the NAME.DEFAULT_ZONE parameters to the SQLNET.ORA file for backward compatibility with earlier versions of SQL*Net.

```
TRACE_LEVEL_CLIENT = OFF
names.default_domain = us.oracle.com
names.directory_path = (TNSNAMES, ONAMES)
name.default_zone = us.oracle.com
names.preferred_servers =
     (ADDRESS_LIST =
       (ADDRESS =
          (COMMUNITY = TCPCOM.us.oracle.com)
          (PROTOCOL = TCP)
          (Host = doedoe.us.oracle.com)
          (Port = 1522)
       )
       (ADDRESS =
          (COMMUNITY = TCPCOM.us.oracle.com)
          (PROTOCOL = TCP)
          (Host = one-eye.us.oracle.com)
          (Port = 42005)
       )
     )
name.preferred_servers =
     (ADDRESS_LIST =
       (ADDRESS =
          (COMMUNITY = TCPCOM.us.oracle.com)
          (PROTOCOL = TCP)
          (Host = doedoe.us.oracle.com)
          (Port = 1522)
       )
       (ADDRESS =
          (COMMUNITY = TCPCOM.us.oracle.com)
          (PROTOCOL = TCP)
          (Host = one-eye.us.oracle.com)
          (Port = 42005)
       )
     )
```

AMZ_KOVE_000528979
AMZ_KOVE_000528884

## Names Control Utility Parameters

The valid parameters for the Oracle Names Control Utility, or NAMESCTL, are described below. To add any of these parameters to the SQLNET.ORA file, you must use a text editor. For more information on Names Control Utility Parameters, see Appendix A "Oracle Names Control Utility Reference".

---

namesctl.noconfirm

Indicates whether sensitive changes should be prompted with a confirmation when running the NAMESCTL utility.

| | |
|---|---|
| Status: | optional |
| Type: | Boolean |
| Source: | editable file entry |
| Default value: | OFF |
| Valid values: | OFF| ON |
| Valid in File: | SQLNET.ORA |

```
namesctl.noconfirm = [OFF|ON]
```

---

namesctl.trace_level

Indicates the level at which the NAMESCTL program should be traced. Should only be used if NAMESCTL is suspected of causing problems.

| | |
|---|---|
| Status: | optional |
| Type: | text string |
| Source: | editable file entry |
| Default value: | OFF |
| Valid values: | OFF| user| admin |
| Valid in File: | SQLNET.ORA |

```
namesctl.trace_level = [OFF|USER|ADMIN]
```

AMZ_KOVE_000528980
AMZ_KOVE_000528884

| namesctl.trace_file | Indicates the file in which the NAMESCTL trace output is placed. |
| | |

| | |
|---|---|
| Status: | optional |
| Type: | text string |
| Source: | editable file entry |
| Default value: | namesctl_PID.trc (os –specific) |
| Valid values: | valid file name (OS specific) |
| Valid in File: | SQLNET.ORA |

```
namesctl.trace_file = file_name
```

| namesctl.trace_directory | Indicates the directory where trace output from the NAMESCTL utility is placed. |
| | |

| | |
|---|---|
| Status: | optional |
| Type: | text string |
| Source: | editable file entry |
| Default value: | none |
| Valid values: | valid directory name (OS specific) |
| Valid in File: | SQLNET.ORA |

```
namesctl.trace_directory = /your_directory
```

| namesctl.trace_unique | Indicates whether a process identifier is appended to the name of each trace file generated, so that several can coexist. By default, the value is OFF, which means that when a new trace file is created for the Names Control Utility, it overwrites the existing file. |
| | |

| | |
|---|---|
| Status: | optional |
| Type: | text string |
| Source: | editable file entry |
| Default value: | OFF |
| Valid values: | OFF | ON |
| Valid in File: | SQLNET.ORA |

```
namesctl.trace_unique = [OFF|ON]
```

AMZ_KOVE_000528981
AMZ_KOVE_000528884

| | |
|---|---|
| namesctl.server_password | Indicates the value that matches configured password in the Names Server. This eliminates the need to type the password each time when using the NAMESCTL utility. Note that it should not be used in a shared SQLNET.ORA file because all users would have access to it. Be sure that operating system privileges restrict who can read SQLNET.ORA when using this parameter. |

| | |
|---|---|
| Status: | optional |
| Type: | text string |
| Source: | editable file entry |
| Default value: | PUBLIC |
| Valid values: | valid password |
| Valid in File: | SQLNET.ORA |

```
namesctl.server_password = your_password
```

## Defining Global Database Links

A global database link is a link that connects each database in a network to all other databases. This link is created automatically by the Network Manager for use with Oracle Names. Each global database link created by Network Manager connects you to every other database server in the network.

### Defining Database Links

When a database service is defined in the Network Manager, a global database link to each database server is automatically created from every other database server in the network. These global database links do not reside in the database's data dictionary, but in the network definition from which the Names Servers loads information. The default global database links created when you define a database service do not include a CONNECT TO clause. This means that users access the linked database using the same usernames and passwords as they used to reach the first database.

For information on configuring global database links in Network Manager, refer to the *Oracle Network Manager Administrator's Guide.* For more information on configuring and using public and private database links, see *Understanding SQL*Net.* Also refer to the *Oracle7 Server Administrator's Guide.*

AMZ_KOVE_000528982
AMZ_KOVE_000528884

## Specifying Global Links with Username and Password



NetMan

You can edit global database links to include CONNECT TO data using Network Manager. When you edit a database definition, you can specify a single default username and password for the database link. See the *Oracle Network Manager Administrator's Guide* for details on how to edit database links.

> **Note:** You can define multiple database links by using connection qualifiers in Network Manager; however, connection qualifiers for public and private database links must be defined locally for each database.

## Using Connection Qualifiers to Define Multiple Database Links

Connection qualifiers to a database link (delimited by the second @sign) provide a means to create multiple links to a database. Multiple database links to the same database provide different access routes with different accounts and privileges. Database link connection qualifiers are used with private, public, and global database links. However, in Network Manager, you can configure connection qualifiers with global database links only.

> **Note:** The connection qualifier username and password configured in Network Manager must match a valid username and password in the target database.

The following examples select data from the same database (HR.US.ORACLE.COM), but use three distinct database links. Each database link accesses different accounts on the same database with a different set of access privileges.

```
SELECT * FROM emp@hr.us.oracle.com;
SELECT * FROM schedule@hr.us.oracle.com@admin;
SELECT * FROM emp_salaries@hr.us.oracle.com@fin;
```

In the above example, @admin and @fin are connection qualifiers. Each of the above links could be resolved as a private, public, or Oracle Names (global) database link.

## USING Clause No Longer Necessary in Public and Private Links

Unless you want to include a username/password or override the CONNECT TO clause, you do not need to create public or private database links for each local database. In fact, because Oracle Names stores names and addresses, the database string (specified by the USING *'dbstring'* clause in the CREATE DATABASE LINK command) is no longer necessary, providing that *dbstring* is a database name defined in the Names Server.

AMZ_KOVE_000528983
AMZ_KOVE_000528884

### Restrictions on Global Database Names

When GLOBAL_NAMES = TRUE in a database initialization file, the global database name used in the database link must match the GLOBAL_NAME parameter name of the database it connects to. This helps to ensure that each database link connects to the correct database.

It is recommended that global database names be assigned either when databases are created or when Oracle Names is installed. Thereafter it is recommended that you not change global database names unless absolutely necessary.

SQL*Net requires that all global names be fewer than or equal to 64 characters in length.

### Using Aliases For Database Links

Aliases are typically used if a database service or database link must be referred to by more than one name. Aliases can save the administrator from maintaining multiple copies of data just to provide the same service under two names.

Additionally, a network administrator could create aliases so that users can connect to a database or use a database link by using a simple name instead of having to specify the global database name or global database link name (that is, the fully–qualified name). Refer to the *Oracle Network Manager Administrator's Guide* for information on how to configure service name aliases.

AMZ_KOVE_000528984
AMZ_KOVE_000528884

AMZ_KOVE_000528985
AMZ_KOVE_000528884

# 7

# Running and Managing Oracle Names

This chapter describes operations you need to perform to maintain individual Names Servers and the Oracle Names system.

These operations assume that you have successfully installed and configured the Names Servers as described in the previous chapters.

> **Note:** Information on configuring and distributing configuration files, and performing initial testing is documented in the *Oracle Network Manager Administrator's Guide*.

AMZ_KOVE_000528986
AMZ_KOVE_000528884

## Basic NAMESCTL Operations

This section describes a handful of common management tasks for the Names Servers, and the commands you can perform with the Names Control Utility program. By using this tool, you can execute such commands as STARTUP, SHUTDOWN, and so on. Additionally, you can view and change Names Server parameter settings, and perform other operations for Oracle Names.

See Appendix A, "Oracle Names Control Utility Reference," for more information on the Names Control Utility program.

### Starting a Server

The STARTUP command loads the Names Server into memory and tells it to begin executing. At startup, the Names Server loads its configuration, loads its data, then becomes available to answer requests.

```
NAMESCTL> STARTUP
```

### Shutting Down a Server

The SHUTDOWN command stops the execution of a Names Server. The program stops executing, and releases any machine resources being used.

```
NAMESCTL> SHUTDOWN
```

### Handling Data Change Requests on a Names Server

A method for requesting to add, change, or delete network objects and their associated names from the Names Server is required. When a DBA installs a new database server or configures a database link, a form similar to the "Oracle Names Request Form"should be filed, either through an e-mail message, a phone message, a paper form, or other convenient method. The administrator can then modify the data and refresh the Names Servers at regular intervals.

The simplest method of organizing service requests in your organization is an electronic mail account either explicitly used for Oracle Names, or shared for general system requests. The benefit of a dedicated Oracle Names e-mail account is that messages are immediately received by the Names administrator. With a general electronic mail account, they are usually fielded by a dispatcher and forwarded to the Names administrator.

AMZ_KOVE_000528987
AMZ_KOVE_000528884

The following illustration shows a sample for the contents of an Oracle Names request form or e-mail template.

---

**ACME Oracle Names Request Form**

Use this form to request additions or changes to databases or database links defined in the Oracle Names system. All fields must be filled in.

Which of the following is being requested?

___ Add a new name
___ Change an existing name
___ Delete an existing name

Object type requested:
___ database service (as in sqlplus scott/ tiger@object_name)
___ database link (as in select * from emp@object_name)
___ alias (alternative name for one of the above)

---

Name Requested: _____
Requested by:_____ Ext: _____
Object Owner: _____ Ext: _____

Required by: _____
Reason for Name: _____

---

If a database (Supply at least one address):
COMMUNITY_____ COMMUNITY_____

  ADDRESS_____  ADDRESS_____

  _____  _____

SID _____

---

If a database link:                      If an alias:
                                            Alias: _____

  DB Account: _____        _____
  Password: _____          _____
  Database: _____          _____

---

Figure 7 – 1 Oracle Names Request Form

## Reloading Data

When any data from an administrative region changes, you must reload the Names Servers in that region for the changes to be read. This

AMZ_KOVE_000528988
AMZ_KOVE_000528884

includes changes to the set of Names Servers in that region, or database names and database links that have been added, deleted, or changed by using the Network Manager. Reloading flushes all local data, then loads a new copy from the network definition.

You can also reload data by using Reload Names Servers from the Control menu in the Network Manager. All Names Servers in the region will be reloaded one at a time.

In distributed administration installations, any non–authoritative data stored in Names Servers is unaffected. To remove non–authoritative data from a Names Server's cache use the FLUSH command, or use the RESTART command instead of RELOAD. (RESTART preserves "live" cache; that is, foreign data whose TTL has not yet expired.)

> **Note:** For more information about authoritative data and non–authoritative data, see Appendix C, "Advanced Topics".

Each Names Server also regularly checks to see if any data has changed since the last reload. This ensures that all changes are seen, even if the administrator forgets to reload. By default, the interval between checks is 10 minutes.

## Testing Names Server Availability

To test that a Names Server is operating correctly, use the PING command. Following are ways to ping the Names Server LABRADOR in the US.ACME domain.

```
NAMESCTL> PING LABRADOR.US.ACME
```

You can also PING multiple Names Servers by using a single command, for example:

```
NAMESCTL>PING HUEY.UK.ACME DUEY.UK.ACME LOUIE.UK.ACME
```

The PING command responds with the time it takes to contact the server and return an acknowledgment.

If PING fails, make sure the server has been started. If it has been, double-check the configuration in the Network Manager, especially the defined address of the Names Server in question.

## Maintaining Names Servers

All installations have the problem of physically maintaining computers. Many, but not all, activities can be performed remotely by the administrator.

AMZ_KOVE_000528989
AMZ_KOVE_000528884

Names Servers may be installed outside of central data center locations for greater availability to outlying clients. Wherever Names Servers are installed, one or more individuals need to be responsible for assisting in keeping them up and running.

## Conditions Causing Oracle Names Failures

Failure is identified either by a timeout at the client when waiting for a response from the Names Server, or by the inability to contact the Names Server at all.

When an Oracle Names Server cannot be reached, the client will contact the next Names Server in its preferred Names Server list. The failure of a specific Names Server does not affect the operation of any other Names Server in that administrative region or any other region.

## Testing Network Objects

To test that a network object exists, use the QUERY command. The syntax for this command is as follows:

```
NAMESCTL> QUERY global_object_name type
```

Database service names have the type A.SMD, and database links have the type DL.RDBMS.OMD. The following example shows a query of the database service name BUGSY in the MACS.ACME domain:

```
NAMESCTL> QUERY BUGSY.MACS.ACME A.SMD
```

The QUERY command returns the amount of time the transaction took and information about the network object.

## Removing Foreign Data

In a distributed installation, you can remove all non-authoritative data from a server cache by using the FLUSH command:

```
NAMESCTL> FLUSH
```

As shown, this command flushes the current Names Server. If you want to flush another Names Server or multiple Names Servers, supply their names as arguments to the FLUSH command. Refer to Appendix A, "Oracle Names Control Utility Reference", for more information.

You would typically use this command only if the Names Server seems to be providing inaccurate responses. Removing non-authoritative data removes any data that may be incorrect. The cost is that all non-authoritative data must be looked up again.

AMZ_KOVE_000528990
AMZ_KOVE_000528884

## Removing Data for Individual Network Objects

Once you have determined that an individual foreign object is out of date or inaccurate, you can flush data for this object only by using the command:

```
NAMESCTL> FLUSH_NAME FINANCE.UK.ACME
```

You can flush only one name at a time, and only from the current Names Server.

## Testing from a Client

When the Names control commands such as PING and QUERY appear to be working, you should test a number of SQL*Net initiated connections that are resolved by the Names Server.

## Client Configuration

The client requires a SQLNET.ORA file with one or more Names Server addresses defined in the NAMES.PREFERRED_SERVERS parameter. These Names Servers are contacted in order until a response is returned. Additionally, each client default domain is set with the NAMES.DEFAULT_DOMAIN parameter to simplify how domains are specified during connection requests and when using NAMESCTL.

Both parameters, as well as the rest of the SQLNET.ORA file, are generated by the Network Manager as part of the client profiles.

## How Clients Request Network Objects

To request access to a network object, the client uses the familiar client/server connection syntax:

```
sqlplus scott/tiger@FINANCE
```

For details on connecting from a specific tool, see the manual for that tool. For general notes on initiating SQL*Net connections, see *Understanding SQL*Net*.

AMZ_KOVE_000528991
AMZ_KOVE_000528884

## Testing Distributed Database Links

If you will be using Oracle Names in distributed databases, you should also test that database links are being properly resolved.

## Server Configuration

The Names Server that will coordinate the transaction must also be able to function as a client, as described in the previous section. This means that the SQLNET.ORA file must contain a defined NAMES.PREFERRED_SERVERS parameter. You define this parameter in Network Manager, and Network Manager then generates this parameter as part of the SQLNET.ORA file for the client profiles.

## Using Database Links with Oracle Names

When a server initiates the use of a database link, the Names Server is called, and the request is executed, as with locally defined database links (links defined in the local database data dictionary). Consider, for example, the SQL statement shown:

```
SELECT A.ITEM, B.COST
FROM PARTS A, PRICE@FINANCE.US.ACME B
WHERE A.PARTNO = B.PARTNO;
```

FINANCE.US.ACME is looked up in the Names Server. Then the link is established between the current database and the FINANCE database. (FINANCE is the name of the database service, as well as the name of the global database link.)

For more information on how to define global database links, refer to the following documents:

∞ *Oracle Network Manager Administrator's Guide*

∞ *Understanding SQL*Net*

∞ *Oracle7 Server Administrator's Guide*

∞ *Oracle7 Server Concepts*

Database Link Security

Any database link stored in the Names Server with an explicit username and password should contain only data that is regarded as public. Storing such a name allows any user through any server to view the data in that account.

AMZ_KOVE_000528992
AMZ_KOVE_000528884

You can provide security by creating database links that omit the username and password. If you do not enter a username and password, whoever uses the database link will use their own username and password to make the connection. This requires that multiple user accounts in multiple systems have the same usernames and passwords. All users can request the use of the database link, but only users with valid accounts and access to the tables at the remote Names Server will be able to see the data.

### Database Link Search Path

When a database link is used to select information from a remote database table (for example, SELECT * FROM EMP@HR.US.ORACLE.COM), Oracle searches for a connect descriptor in the following locations in the following order:

1. the user's private database links

2. the database public database links

3. the Oracle Names Server global database links

Oracle ends the search when a USING clause is found in either a private or public database link. If a USING clause is *not* found in a private or public link, then the global database link is used. If a connect descriptor is not found, the following message is returned:

```
ORA-02019: "connection description for remote database not found"
```

If a CONNECT TO clause (username/ password) is found in any of the searched database links, the first one found is used. If none are found, then the current username and password will be used.

## Diagnosing Names Server Failures

There is a small number of common problems when starting and using a Names Server as summarized in this section.

## Names Not Retrieved

If a Names Server fails to return a name, try one or more of the following:

In all networks (central and distributed):

∞ Check the setting for the default domain using SHOW DEFAULT_DOMAIN. Remember that the default domain is

AMZ_KOVE_000528993
AMZ_KOVE_000528884

appended to all unqualified names (names without a "."). To be
sure that the default domain is not at fault, query the fully
qualified name by using the command:

```
NAMESCTL>QUERY full_name type
```

The most common object type is a network address which is usually
A.SMD.

∞ Execute the STATUS command on the configured Names Server
for the client. The client's default Names Server is the first one in
the NAMES.PREFERRED_SERVERS parameter in SQLNET.ORA.

**Note:** You can run these commands from any machine; you do
not have to run them from the client or Names Server machine.

You can point to the Names Server in question from any
NAMESCTL program by using the command:

```
NAMESCTL>SET SERVER names_server
```

You may also want to try:

```
NAMESCTL>PING names_server
```

In a distributed administration network:

∞ Check to see if the Names Server responded with an authoritative
or non–authoritative answer. To do so, use the following
command against the responding Names Server:

```
NAMESCTL>QUERY name type
```

If the response includes the line "Authoritative Answer :
No" the cached data may be out of date. Make a note of the
answer.

– If the answer is non–authoritative, load the authoritative
answer by using:

```
NAMESCTL>QUERY name type AUTHORITY
```

This forces the name to be looked up at its authoritative
source. Notice that the line "Authoritative Answer: Yes" is
included in the response.

– Compare the old value to the results of the second query. If
the details are different, then the data did change. Be aware
that other Names Servers may also have an old version of
this name.

AMZ_KOVE_000528994
AMZ_KOVE_000528884

∞ If a name you know should exist is not being retrieved, try other names in the same domain, or the same administrative region. Try to identify whether the failure is on the individual name, or whether all names in the region are not being retrieved.

– Use the TRACE modifier on a QUERY to have the Names Server search path returned:

```
NAMESCTL>QUERY name type TRACE
```

– See if a Names Server serving the desired administrative region is accessed.

## Names Server Not Found

Because the default Names Server is always in the client's community and administrative region, the failure is usually due to a configuration error, or because the network or the Names Server is unavailable.

∞ Check that the client has a valid SQLNET.ORA file in the correct location. Note that there is a user's SQLNET.ORA file and a system-level SQLNET.ORA file. Examples of these filenames and locations are ~/ SQLNET.ORA and $TNS_ADMIN/ SQLNET.ORA. Where both exist, the local file is used. These filenames and locations are operating-system specific. See the Oracle manuals for your operating system for the appropriate location.

∞ Check that the preferred Names Server is available using the STATUS command:

```
STATUS names_server
```

∞ Check that the address in the NAMES.PREFERRED_SERVERS parameter is the same as the one defined in Network Manager. The client file may be out of date.

If you receive the error:

```
NNL-00018: Warning: could not contact default name server
```

when loading NAMESCTL, it usually means that the configured Names Server is not available (that is, not started), or that it is incorrectly configured.

AMZ_KOVE_000528995
AMZ_KOVE_000528884

**Parameter File Not Found**

When starting either the Names Server or the NAMESCTL utility, each expects to find a parameter file with the startup details. If the file does not exist, a message will be returned indicating what file is expected.

For example, on UNIX if you attempt to start a Names Server when no NAMES.ORA file exists, you receive the following error message:

```
NL-00462 error loading parameter file
/oracle/network/admin/names.ora
SNL-00821 File does not exist.
```

AMZ_KOVE_000528996
AMZ_KOVE_000528884

AMZ_KOVE_000528997
AMZ_KOVE_000528884

# Oracle Names Control Utility Reference

This chapter is a complete reference for the Oracle Names Control Utility (also known as NAMESCTL). This appendix is intended to be used as a reference. Each command includes notes on how to use the command individually.

You can use the Oracle Names Control Utility to perform basic management functions on one or more Names Servers. By using this tool, you can execute such commands as STARTUP, SHUTDOWN, and STATUS. Additionally, you can view and change Names Server parameter settings such as RESET_STATS_INTERVAL and TRACE_LEVEL.

AMZ_KOVE_000528998
AMZ_KOVE_000528884

## Using NAMESCTL

NAMESCTL is a basic utility for controlling Oracle Names Servers. It contains several types of commands:

∞ Operational commands such as STARTUP, SHUTDOWN, RESTART, and so forth.

∞ Modifier commands, such as SET *property*.

∞ Informational commands, such as STATUS, SHOW *property*, and PING.

∞ Command utility operational commands such as EXIT, QUIT, and HELP.

## NAMESCTL Operating Modes

You can run NAMESCTL in three modes:

∞ Interpreter mode - NAMESCTL is loaded and all operations are executed within it. When loaded, the program displays the following prompt:

```
NAMESCTL>
```

∞ Command line mode - You can also execute most commands from the operating system command line by running the NAMESCTL program with a complete command as a parameter to the program. In this case, NAMESCTL will load and execute the command, then return the operating system prompt. Sample commands are:

```
NAMESCTL START
NAMESCTL STATUS CHEDDAR.ACME
```

∞ Batch command mode - You can combine commands in a standard text file, then run them as a sequence of commands. To execute in batch mode, use the format:

```
NAMESCTL @file_name
```

You can use either REM or # to identify comments in the batch script; all other lines are considered commands. Any commands that would typically require confirmation do not require confirmation during batch execution.

AMZ_KOVE_000528999
AMZ_KOVE_000528884

**Using Parameter Options**

When loading NAMESCTL, any valid parameter settings can be passed to the program to override the default or configured settings. For example:

```
NAMESCTL NAMESCTL.TRACE_LEVEL=ADMIN
```

would load NAMESCTL and turn on tracing to the ADMIN level, regardless of the currently configured value of NAMESCTL.TRACE_LEVEL.

**Using the SET and SHOW Modifiers**

You can use the modifier SET to change the properties of the Names Server or the Names Control Utility environment. When a property is set, it changes the value of a Names Server parameter, often causing immediate results, and also affecting all commands that follow. For example, the following sequence will set a server to control and change its trace level.

```
NAMESCTL>  SET SERVER DOLPHIN.WORLD
NAMESCTL>  SET TRACE_LEVEL ADMIN
```

The first modifier sets the server on which subsequent commands will perform. The second modifier sets the server DOLPHIN.WORLD's trace level. All operations that you perform after the second command will be traced at the ADMIN level.

**NAMESCTL's Distributed Operation**

The NAMESCTL program can operate on a Names Server on the same machine or any other Names Servers in the network. Some of the commands are limited to the local machine, but most can be executed across the network. This is very useful when a single administrator is managing all of the Names Servers in a region, or wants to check the availability of a specific Names Server.

Most commands will accept the name of a Names Server as the last argument indicating which Names Server to perform the command against. If omitted, the current Names Server is used. For example:

```
SHOW SYSTEM_QUERIES DOLPHIN.ACME
```

will display the system queries on the Names Server DOLPHIN.ACME and when they will next occur.

AMZ_KOVE_000529000
AMZ_KOVE_000528884

To perform a series of commands against an individual Names Server, type

```
NAMESCTL> SET SERVER server_name
```

then perform the commands.

You MUST perform the STARTUP command on the Names Server machine itself, not from a remote location in the network. After a Names Server has started, you can then perform all other operations, including RESTART, remotely, subject to the security restrictions below.

## NAMESCTL Security

You have the option of configuring a Names Server to require a password for any NAMESCTL command that alters how it operates.

If you do not enter anything in the Password field on the Names Server property sheet in the Oracle Network Manager, no password is required to control any Names Server function. This would be common for a test Names Server, or an evaluation of the Names product.

If you do supply a password on the Names Server property sheet in the Network Manager, you must also set the password property in the NAMESCTL program. If this is not done, the Names Server will not respond to some NAMESCTL commands.

Initially, the value for PASSWORD is set to the value specified for the NAMESCTL.SERVER_PASSWORD parameter in the SQLNET.ORA file on the node running NAMESCTL. This would commonly be the password of the first Names Server listed in the PREFERRED_SERVERS list. The current setting for PASSWORD must match the value entered through the Network Manager, or the value in the NAMES.PASSWORD parameter in the NAMES.ORA file on the current Names Server.

If you are concerned with the security implications of explicitly putting a Names Server password in the administrator's client SQLNET.ORA file, you can omit the parameter and always use the command:

```
SET PASSWORD
```

You will be prompted for the password. When passed over the network, the password is ALWAYS encrypted, regardless of how it is set in NAMESCTL.

AMZ_KOVE_000529001
AMZ_KOVE_000528884

## Confirmation Mode in NAMESCTL

Some of the NAMESCTL commands require your confirmation before they are executed. When you issue the command, you are prompted:

```
confirm:[yes or no]
```

Type "yes" to execute the command; type "no" to cancel the command.

You can turn confirmation mode off by using by setting the parameter

```
NAMESCTL.NOCONFIRM = TRUE
```

in the SQLNET.ORA file. Note that with this parameter set to OFF, all commands execute without asking for confirmation.

## Summary of NAMESCTL Commands

| | |
|---|---|
| EXIT | Exit the NAMESCTL utility. |
| FLUSH | Flush all foreign names from the cache. |
| FLUSH_NAME | Flush an individual name from the foreign data cache. |
| HELP | Get brief general or specific help on commands. |
| LOG_STATS | Log the current statistics to the log file. |
| PING | Test for the existence of a Names Server, and get the time it took for the Names Server to respond. |
| QUERY | Query for the existence or contents of a network object name. |
| QUIT | Quit the NAMESCTL utility. |
| REGISTER | Registers a network object to a Names Server |
| RELOAD | Reload the local region data into the cache. |
| REPEAT | Perform a query repeatedly for $n$ iterations. |
| RESET_STATS | Reset the current Names Server's statistics to the same state as STARTUP. |
| RESTART | Restart the Names Server. |
| SET DEFAULT_DOMAIN | Set or change the default domain for the NAMESCTL client. |

AMZ_KOVE_000529002
AMZ_KOVE_000528884

| | |
|---|---|
| SET FORWARDING_ AVAILABLE | Turn on or off name request forwarding for a Names Server. |
| SET LOG_STATS_INTERVAL | Changes the frequency with which statistics are logged to the log file. |
| SET NAMESCTL_TRACE _LEVEL | Sets level at which NAMESCTL can be traced. |
| SET PASSWORD | Registers password for privileged Names Server operations such as RELOAD and STOP. |
| SET REQUESTS_ENABLED | Determine whether the current Names Server will respond to requests. |
| SET RESET_STATS_ INTERVAL | Change time between statistics being reset to zero or initial values in current Names Server. |
| SET SERVER | Change the current Names Server. |
| SET TRACE_LEVEL | Changes the trace level for tracing the current Names Server. |
| SHOW CACHE_CHECKPOINT_ INTERVAL | Shows the frequency with which the Names Server cache is written to the checkpoint file. |
| SHOW FORWARDING_ AVAILABLE | Shows whether Names Server is forwarding requests or redirecting them. |
| SHOW DEFAULT_DOMAIN | Display default domain of current Names Server. |
| SHOW LOG_FILE_NAME | Shows the name of the file which the Names Server writes the logging information. |
| SHOW LOG_STATS_INTERVAL | Displays the frequency with which statistics are logged to the logfile. |
| SHOW NAMESCTL_TRACE _LEVEL | Display the current trace level of the NAMESCTL program. |
| SHOW REQUESTS_ENABLED | Shows whether or not the Names Server is responding to requests. |

AMZ_KOVE_000529003
AMZ_KOVE_000528884

| | |
|---|---|
| SHOW RESET_STATS_INTERVAL | Displays the frequency with which internal statistics are reset |
| SHOW SERVER | Displays name and version of current Names Server. |
| SHOW STATUS | Displays general status information about the Names Server. |
| SHOW SYSTEM_QUERIES | Displays information about system queries from the Names Server. |
| SHOW TRACE_FILE_NAME | Shows the name of the file where the Names Server writes the trace information. |
| SHOW TRACE_LEVEL | Display trace level of current Names Server. |
| SHOW VERSION | Displays the version banner for the Names Server |
| SHUTDOWN or STOP | Stop the Names Server. |
| START or STARTUP | Start the Names Server. |
| STATUS | Display the status of the current Names Server. |
| STOP | Stops one or more Names Servers. |
| TIMED_QUERY | Show all registered data in the Names Server cache. |
| UNREGISTER | Removes a network object from a Names Server |
| VERSION | Displays the version banner for the Names Server. |

AMZ_KOVE_000529004
AMZ_KOVE_000528884

## EXIT

| | |
|---|---|
| Purpose: | The EXIT command closes the NAMESCTL program. |
| Prerequisites: | The NAMESCTL program must be loaded. |
| Password Required: | No. |
| Syntax: | From NAMESCTL program: |
| | EXIT |
| Arguments: | None. |
| Usage Notes: | EXIT has no effect on any Names Servers. It affects only the NAMESCTL program. |
| | The EXIT command is the same as the QUIT command. |
| Example: | |

```
NAMESCTL> EXIT
NAMESCTL finished.
```

AMZ_KOVE_000529005
AMZ_KOVE_000528884

## FLUSH

| | |
|---|---|
| Purpose: | Drop all stored non–authoritative data from the Names Server cache. |
| Prerequisites: | Only relevant with distributed administration. (In central administration there is no non–authoritative data.) |
| Password Required: | Yes. |
| Syntax: | From the operating system prompt: |

```
NAMESCTL FLUSH [server] ...
```

From NAMESCTL program:

```
FLUSH [server] ...
```

| | |
|---|---|
| Arguments: | Zero or more Server names separated by a space. When no arguments are supplied, only the current Names Server's cache is flushed of foreign names. |
| Usage Notes: | FLUSH erases *all foreign data* that has been cached. Typically, you should flush the foreign data cache when: |

- ∞ A large volume of data changes in the network and the normal TTL aging mechanism will take too long.

- ∞ When unidentifiable errors in name resolution of cached foreign data are occurring. Flushing all foreign data from the cache forces it to be looked up again when it is requested the next time.

Example:

```
NAMESCTL>FLUSH
Confirm [yes or no]: yes
```

AMZ_KOVE_000529006
AMZ_KOVE_000528884

# FLUSH_NAME

| | |
|---|---|
| Purpose: | Drop one or more specific non–authoritative names from the current Names Server's cache. |
| Prerequisites: | Only meaningful with distributed administration. (In central administration, there is no non–authoritative data.) |
| Password Required: | Yes. |
| Syntax: | From the operating system prompt: |

```
NAMESCTL FLUSH_NAME name
```

From NAMESCTL program:

```
FLUSH_NAME name
```

| | |
|---|---|
| Arguments: | A single name. |
| Usage Notes: | FLUSH_NAME erases only data cached from outside the Names Server's region (that is, non–authoritative data). It is typically flushed when a name is behaving unusually, suggesting the source copy may have changed. |

FLUSH_NAME removes the name from the current foreign data cache as well as any other Servers between the current region and the authoritative region. (In other words, any non–authoritative names that have been cached along the original lookup route are flushed.)

Names are flushed from the current Names Server. The current Names Server is either the default preferred Names Server or the one set by using the SET SERVER command.

Example:

```
NAMESCTL>FLUSH_NAME MOUNTAIN.ACME.COM
```

AMZ_KOVE_000529007
AMZ_KOVE_000528884

## HELP

| | |
|---|---|
| Purpose: | Provides details of the NAMESCTL commands. |
| Prerequisites: | None. |
| Password Required: | No. |
| Syntax: | From the operating system prompt: |

```
NAMESCTL HELP [command]
```

From NAMESCTL program:

```
HELP [command]
```

| | |
|---|---|
| Arguments: | commands |
| Usage Notes: | Help provides brief reminders of the function of each command in NAMESCTL. |

When no arguments are supplied, help shows the list of valid commands.

When you supply an argument, a one line description of that command's function is displayed.

Example:

```
NAMESCTL> HELP
The following operations are available
An asterisk (*) denotes a modifier or extended
command:
exit       flush        flush_name  log_stats
ping       query        quit        reload
repeat*    reset_stats  restart     set*
show*      shutdown     start       startup
status     stop         version

NAMESCTL> HELP PING
Sends an echo request and displays the round trip
time.
```

AMZ_KOVE_000529008
AMZ_KOVE_000528884

## LOG_STATS

| | |
|---|---|
| Purpose: | Logs the current set of Names Server statistics to the configured log file for that Names Server. |
| Prerequisites: | None. |
| Password Required: | Yes. |
| Syntax: | From the operating system prompt: |

```
NAMESCTL LOG_STATS [server] ...
```

From NAMESCTL program:

```
LOG_STATS [server]
```

| | |
|---|---|
| Arguments: | Zero or more Names Server names separated by a space. When no arguments are supplied, only the statistics for the current Names Server are reset. |
| Usage Notes: | Statistics may be logged if the STATUS command or other behavior indicates some data that you would like to capture in the log. LOG_STATS does not affect the current LOG_STATS_INTERVAL. |
| Example: | |

```
NAMESCTL>LOG_STATS
Statistics counters logged.
```

AMZ_KOVE_000529009
AMZ_KOVE_000528884

## PING

<table>
<tr><td>Purpose:</td><td>Contact the current Names Server, or named server(s), and display the request/ response time.</td></tr>
<tr><td>Prerequisites:</td><td>None.</td></tr>
<tr><td>Password Required:</td><td>No.</td></tr>
<tr><td>Syntax:</td><td>From the operating system prompt:</td></tr>
</table>

```
NAMESCTL PING [server_name] ...
```

From NAMESCTL program:

```
PING [server_name] ...
```

Arguments: Zero or more Names Server names separated by a space. When no arguments are supplied, only the current Names Server is pinged.

Usage Notes: Ping serves two basic purposes:

∞ It ensures that a Names Server is functioning.

∞ It shows typical response times from the location of the NAMESCTL user to a Names Server.

Example:

```
NAMESCTL> ping NSERVER.world
Round trip time is 0.04 seconds
```

AMZ_KOVE_000529010
AMZ_KOVE_000528884

## QUERY

| | |
|---|---|
| Purpose: | Test or retrieve the contents of a network object stored in the Names Server. |
| Prerequisites: | None. |
| Password Required: | No. |
| Syntax: | From the operating system prompt: |

`NAMESCTL QUERY object_name [object_type] [modifiers]`

From NAMESCTL program:

`QUERY name [type] [modifiers]`

Valid types:

| | |
|---|---|
| A.SMD | Network addresses, as with database service definitions. |
| CNAME.SMD | Alias name (sometimes referred to as "canonical name"). |
| DL.RDBMS.OMD | Database link. |
| NS.SMD | Names Server addresses. System data used to communicate between Names Servers. |
| V1ADD.NPO.OMD | SQL*Net Version 1 connect string |

Valid Modifiers:

| | |
|---|---|
| AUTHORITY | Forces the query to be resolved at the source of the data (in the administrative region where the data is considered local) even if the data is in the local cache. This could be used if the administrator suspects that the data has changed at the source. |
| NOFORWARD | Query for the data, but don't forward the request. When the data is not local, and noforward is specified, the query will not be resolved. |
| TRACE | Allows a trace of the path to the answer. This is useful whenever you want to find out which Names Servers the request went to. |

AMZ_KOVE_000529011
AMZ_KOVE_000528884

Arguments: Mandatory network object name and network object type.

Usage Notes: QUERY can be used to test that a defined piece of data can be found, and that the contents are correct.

The QUERY command always operates on the current Names Server, either the default, or as specified using the SET SERVER command.

If the QUERY command is used with just a name as a parameter, the Names Server responds with the number of pieces of data with that name, and the time required to complete the operation.

If the QUERY command is used with the name and type supplied as arguments; the specific name is looked up and returned to the user.

The QUERY command can take multiple arguments if appropriate. For example:

```
QUERY NAME.WORLD A.SMD AUTHORITY TRACE
```

Example:

```
NAMESCTL> QUERY BONES.DEM.MEDICINE A.SMD
Total response time:    0.04 seconds
Response status:        normal, successful completion
Authoritative answer:   yes
Number of answers:      1
Canonical name:         bones.dem.medicine
TTL:                    1 day
Alias translations:
    from:               bones.dem.medicine
    to:                 bones.dem.medicine
Answers:
    data type is "a.smd"
        Syntax is ADDR:...(DESCRIPTION=(ADDRESS=
        (COMMUNITY=tcp)(PROTOCOL=TCP)(Host=cowboy)
        (Port=1522))(CONNECT_DATA=(SID=rodeo)))
```

AMZ_KOVE_000529012
AMZ_KOVE_000528884

## QUIT

| | |
|---|---|
| Purpose: | The QUIT command quits the NAMESCTL program. |
| Prerequisites: | The NAMESCTL program must be loaded. |
| Password Required: | No. |
| Syntax: | From NAMESCTL program: |
| | QUIT |
| Arguments: | None. |
| Usage Notes: | QUIT has no effect on any Names Servers. It affects only the NAMESCTL program. |
| | The QUIT command is functionally equivalent to the EXIT command. |
| Example: | |

```
NAMESCTL> QUIT
NL-00851: NAMESCTL Finished
```

AMZ_KOVE_000529013
AMZ_KOVE_000528884

## REGISTER (Dynamic Discovery Option Only)

|                    |                                                                                                                                                                                                                                                      |
|--------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Purpose:           | To register a network object to a Names Server                                                                                                                                                                                                       |
| Prerequisites:     | None.                                                                                                                                                                                                                                                |
| Password Required: |                                                                                                                                                                                                                                                      |
| Syntax:            | From the operating system prompt:                                                                                                                                                                                                                    |

```
namesctl register object_name [-t type_of_service]
[-d data] [-h hostname]
```

Or, from the NAMESCTL program:

```
register object_name [-t type_of_service] [-d data]
```

|                    |                                                                                                                                                                                                                                                      |
|--------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Arguments:         | Mandatory object name. The service and data are not necessary to make the registration process appear to work. However, they are necessary to make the registration useful. In other words, an object name registered without an address cannot be used. |
| Usage Notes:       | Provides a manual mechanism for registering a service, its type, and its address. Both the type of service and the data may be any valid string, but the typical registration has either "database" or "listener" as type of service, and the TNS address as the data. |
|                    | The object registration is propagated to all other well known Names Servers in the region by the current well known Names Server.                                                                                                                    |
| Example:           |                                                                                                                                                                                                                                                      |

```
NAMESCTL> register parts -t database -d (DESCRIPTION=
(ADDRESS= (PROTOCOL=TCP)(HOST=nineva)
(PORT=1387))(CONNECT_DATA=(SID=db3)))
```

AMZ_KOVE_000529014
AMZ_KOVE_000528884

## RELOAD

| | |
|---|---|
| Purpose: | Forces the server to check immediately for data changes in its administrative region, and if there are any, reloads all database service names, global database links, and aliases. |
| Prerequisites: | None. |
| Password Required: | Yes. |
| Syntax: | From the operating system prompt: |

```
NAMESCTL RELOAD [servers] ...
```

From NAMESCTL program:

```
RELOAD [servers] ...
```

| | |
|---|---|
| Arguments: | Zero or more Names Server names separated by a space. When no arguments are supplied, only the current Names Server is reloaded. |
| Usage Notes: | All Names Servers load their data directly from the Network Manager's network definition database. You do not need to distribute any configuration files. |
| | In distributed administration, RELOAD affects only the data for the current administrative region. All foreign data in the cache is unchanged. |
| Example: | |

```
NAMESCTL>RELOAD
Server reloaded.
```

AMZ_KOVE_000529015
AMZ_KOVE_000528884

## REPEAT

Purpose: Used to perform QUERY multiple times to compute average return rates.

Prerequisites: None.

Password Required: No.

Syntax: From the operating system prompt:

```
NAMESCTL REPEAT number QUERY <type>
```

From NAMESCTL program:

```
REPEAT number QUERY type
```

where *number* is an integer and *type* is as shown in the QUERY command.

Arguments: None.

Usage Notes: Repeat is useful for understanding the average response time over a number of requests.

Do not specify too large a number here; while the number of iterations are occurring, the NAMESCTL program cannot do anything else.

Example:

```
NAMESCTL> repeat 10 query manatee a.smd
Number of requests:    10
Average response time: 0.01 seconds
Minimum response time: 0.01 seconds
Maximum response time: 0.04 seconds
Total response time:   0.14 seconds
Response status:       normal, successful completion
Authoritative answer:  yes
Number of answers:     1
TTL:            1 day
Answers:
   data type is "a.smd"
       Syntax is ADDR:(DESCRIPTION=(ADDRESS=
       (COMMUNITY=tcp)(PROTOCOL=TCP)(Host=salmon)
       (Port=1522))(CONNECT_DATA=(SID=otter)))
```

AMZ_KOVE_000529016
AMZ_KOVE_000528884

## RESET_STATS

| | |
|---|---|
| Purpose: | Reset the Names Server statistics to the original values of the Names Server at startup. |
| Prerequisites: | None. |
| Password Required: | Yes. |
| Syntax: | From the operating system prompt: |

```
NAMESCTL RESET_STATS [server]
```

From NAMESCTL program:

```
RESET_STATS [server]
```

| | |
|---|---|
| Arguments: | Zero or more Names Server names separated by a space. When no arguments are supplied, only the current Names Server's statistics are reset. |
| Usage Notes: | RESET_STATS has the same effect as waiting for the RESET_STATS_INTERVAL to conclude, except that it happens immediately. |
| Example: | |

```
NAMESCTL> RESET_STATS
Confirm [yes or no]: yes
Server statistics reset.
```

AMZ_KOVE_000529017
AMZ_KOVE_000528884

## RESTART

| | |
|---|---|
| Purpose: | Initiate a reset of a Names Server to its original state at startup. |
| Prerequisites: | None. |
| Password Required: | Yes. |
| Syntax: | From the operating system prompt: |

```
NAMESCTL RESTART [server]
```

From NAMESCTL program:

```
RESTART [server]
```

| | |
|---|---|
| Arguments: | Zero or more Names Server names separated by a space. When no arguments are supplied, only the current Names Server is restarted. |
| Usage Notes: | RESTART is the same as STARTUP except that the Names Server is already running. |

Data is reloaded, statistics are reset, and all foreign data is flushed. Valid foreign cache data (that is, data with a TTL greater than 0) is retrieved from the checkpoint files. (The TTL value must be set to more than 0.)

Example:

```
NAMESCTL> RESTART
Confirm [yes or no]: yes
Server restarted.
```

AMZ_KOVE_000529018
AMZ_KOVE_000528884

## SET DEFAULT_DOMAIN

Purpose:                Set or change the default domain for the NAMESCTL client.

Prerequisites:          The NAMESCTL program must be loaded.

Password Required:      No.

Syntax:                 From NAMESCTL program:

                        SET DEFAULT_DOMAIN domain_name

Arguments:              one domain name

Usage Notes:            The existence of the DEFAULT_DOMAIN parameter allows names to be
                        partially entered for names in that domain. For example, with
                        DEFAULT_DOMAIN set to US.ACME the global name WIDE.US.ACME
                        could be queried using:

                        NAMESCTL> QUERY WIDE

                        The initial value of DEFAULT_DOMAIN is set when the NAMESCTL
                        program is started from the NAMES.DEFAULT_DOMAIN parameter in
                        the SQLNET.ORA file.

                        When no arguments are specified, the default is read and assigned from
                        the client's SQLNET.ORA file.

                        SET DEFAULT_DOMAIN could be used to simplify working on a set of
                        names within a single domain, then a set in another.

Example:

                        NAMESCTL> SET DEFAULT_DOMAIN US.ACME
                        Default domain is now "US.ACME"

AMZ_KOVE_000529019
AMZ_KOVE_000528884

## SET FORWARDING_AVAILABLE

Purpose: Turns on or off name request forwarding for a Names Server.

Prerequisites: Names Server must be running.

Password Required: Yes.

Syntax: From the operating system:

NAMESCTL SET FORWARDING_AVAILABLE OFF

From NAMESCTL program:

SET FORWARDING_AVAILABLE OFF

Arguments: Time is in one of the following formats:

[[ON | OFF] [YES|NO]]

Restrictions: Default value: 0 (ON)

Usage Notes: This setting is intended only for Names Servers that have no local clients and are exclusively handling requests from foreign Names Servers. This usually would only apply to Names Servers in the root region when the root is configured without clients or services. If such a server is a performance bottleneck in cross–region request processing then disabling forwarding in that Names Server will cut its workload in half. Rather than forward the request and return the answer the Names Server simply tells the requestor the address of the Names Server that can answer the request. Note that there is no overall reduction in work; the work is simply displaced from the non–forwarding Names Server to the requesting Names Server.

WARNING: If FORWARDING_AVAILABLE is set to off, any clients who rely directly on that Names Server will be unable to resolve foreign names. Clients are not capable of redirecting their requests as Names Servers would. Their requests will fail at that point, even if other Names Servers are listed in the NAMES.PREFERRED_SERVERS configuration parameter.

Example:

NAMESCTL> SET FORWARDING_AVAILABLE OFF
Request processing is now disabled.

AMZ_KOVE_000529020
AMZ_KOVE_000528884

## SET LOG_STATS_INTERVAL

| | |
|---|---|
| Purpose: | Changes the frequency with which the statistics are logged to the log file. |
| Prerequisites: | None. |
| Password Required: | Yes. |
| Syntax: | From the operating system: |

```
NAMESCTL SET LOG_STATS_INTERVAL time
```

From NAMESCTL program:

```
SET LOG_STATS_INTERVAL time
```

| | |
|---|---|
| Arguments: | Time is in one of the following formats: |

```
<seconds>
[<n> DAY[S]] [<hh>:<mi>:<ss>]
```

For example, to increase the LOG_STATS_INTERVAL to 36 hours, either of the following will work:

```
SET LOG_STATS_INTERVAL 129600
SET LOG_STATS_INTERVAL 1 DAY 12:00:00
```

You can specify any valid combination, such as the number of days combined with number of hours, minutes, and seconds; or just the number in hours (and not specify the number of days).

| | |
|---|---|
| Restrictions: | Minimum Value: 10 seconds |
| | Maximum Value: no maximum |
| | Special Value: 0 (which means never reset) |
| | Default value: 0 (no logging) |
| Usage Notes: | The LOG_STATS_INTERVAL value is initially set based on the value configured in the Oracle Network Manager, or the value in NAMES.LOG_STATS_INTERVAL in the SQLNET.ORA file when the Names Server is loaded. By default, the value is 0 (no logging). This command is intended to override that value during server operation. |
| Example: | |

```
NAMESCTL> SET LOG_STATS_INTERVAL 7200
Statistic counter logging interval is now 2 hours
```

AMZ_KOVE_000529021
AMZ_KOVE_000528884

## SET NAMESCTL_TRACE_LEVEL

Purpose: Sets the level at which the NAMESCTL program can be traced.

Prerequisites: None.

Password Required: Yes.

Syntax: From the operating system:

NAMESCTL SET NAMESCTL_TRACE_LEVEL [OFF|user|admin]

From NAMESCTL program:

SET NAMESCTL_TRACE_LEVEL [OFF|user|admin]

Arguments: OFF, USER, or ADMIN

Usage Notes: Tracing assists in diagnosing unexpected or unidentifiable failures in processing the NAMESCTL program. Tracing writes a series of events from normal NAMESCTL processing to an operating system file for review by the administrator.

Tracing output is at three levels OFF (none), USER (basic information), or ADMIN.

When no arguments are supplied, the setting is reset to the value in the client's SQLNET.ORA file. The default setting is OFF.

Example:

NAMESCTL> SET NAMESCTL_TRACE_LEVEL ADMIN
Controller's local trace level changed from 0 to 4

AMZ_KOVE_000529022
AMZ_KOVE_000528884

# SET PASSWORD

| | |
|---|---|
| Purpose: | Register the password for privileged Names Server operations such as RELOAD and STOP. |
| Prerequisites: | The NAMESCTL program must be loaded. |
| Password Required: | N/A |
| Syntax: | From NAMESCTL program: |
| | `SET PASSWORD [password]` |
| Arguments: | Text string matching the value stored in the current Names Server parameter NAMES.PASSWORD. |
| Usage Notes: | SET PASSWORD does not change the Names Server's password. It simply sets a NAMESCTL environment variable that is compared to the value configured for the Names Server. If they match, operations requiring passwords are allowed. |
| | Only "privileged" operations are affected, that is, operations that alter the functioning of the Names Server. Operations such as SHOW or STATUS are not considered privileged, and do not require a password. |
| | The password can either be passed as an argument of the SET PASSWORD command, or if no argument is given, it will be prompted for. Note that the input is not displayed on the screen as it is typed. |
| | When passed over the network the password is ALWAYS encrypted, regardless of how it is set. |
| Example: | |

```
NAMESCTL> SET PASSWORD OPEN_SESAME
NAMESCTL> SET PASSWORD
Enter name server password:
```

AMZ_KOVE_000529023
AMZ_KOVE_000528884

## SET REQUESTS_ENABLED

| | |
|---|---|
| Purpose: | Determine whether the current Names Server will respond to requests. |
| Prerequisites: | None. |
| Password Required: | Yes. |
| Syntax: | From the operating system: |

NAMESCTL REQUESTS_ENABLED [ON|OFF]

From NAMESCTL program:

SET REQUESTS_ENABLED [ON|OFF]

| | |
|---|---|
| Arguments: | ON or OFF |
| Usage Notes: | Setting this property to OFF will send refusals to all clients that approach with Names requests. This is primarily useful for diagnostics when a Names Server is functioning unexpectedly. |
| Example: | |

NAMESCTL> SET REQUESTS_ENABLED OFF
Confirm [yes or no]: yes
General request processing is now disabled

AMZ_KOVE_000529024
AMZ_KOVE_000528884

## SET RESET_STATS_INTERVAL

Purpose:        Changes the time between the statistics being reset to zero or initial
                values in the current server.

Prerequisites:  None.

Password Required:  Yes.

Syntax:         From the operating system:

                NAMESCTL SET RESET_STATS_INTERVAL *time*

                From NAMESCTL program:

                SET RESET_STATS_INTERVAL *time*

Arguments:      Time is in one of the following formats:

                *seconds*
                [*n* DAY[S]] [*hh:mi:ss*]

                For example, to increase the RESET_STATS_INTERVAL to 72 hours,
                either of the following will work:

                SET RESET_STATS_INTERVAL 259200
                SET RESET_STATS_INTERVAL 3 DAYS

Restrictions:   Minimum Value: 10 seconds

                Maximum Value: no maximum

                Default value: 0 (never reset)

Usage Notes:    The RESET_STATS_INTERVAL value is initially set based on the
                NAMES.RESET_STATS_INTERVAL parameter when the Names Server
                is loaded. This command is intended to override that value during
                Names Server operation.

                If the Stats Log Interval parameter in Network Manager is set to 0 (or if
                LOG_STATS_INTERVAL is set to 0), statistics are never written to the
                log file; they are kept in memory, and can be displayed by using the
                SHOW LOG_STATS_INTERVAL command.

Example:

                NAMESCTL> SET RESET_STATS_INTERVAL 1 DAY
                Statistic counter reset interval is now 24 hours

AMZ_KOVE_000529025
AMZ_KOVE_000528884

## SET SERVER

| | |
|---|---|
| Purpose: | Change the current Names Server. |
| Prerequisites: | The NAMESCTL program must be loaded. |
| Password Required: | No. |
| Syntax: | From NAMESCTL program: |
| | `SET SERVER [server_name or server_address]` |
| Arguments: | valid server name or valid server address |
| Usage Notes: | SET SERVER allows switching between multiple Names Servers while running the NAMESCTL utility. The qualifier can be a name where the name is defined in the memory of the current Names Server, or it can be the TNS address of any Names Server. |
| | The Names Server name specified is resolved through the current Names Server. Another Names Server can only be set if the current Names Server knows or can retrieve its address. If no current Names Server is set, you must type a TNS address to complete this command. IF there are no arguments, use NAMES.PREFERRED_SERVERS or try the well-known Names Server. |
| Example: | |
| | `NAMESCTL> SET SERVER SERVER1.US.ACME` |

AMZ_KOVE_000529026
AMZ_KOVE_000528884

## SET TRACE_LEVEL

| | |
|---|---|
| Purpose: | Changes the TRACE_LEVEL for tracing the current Names Server. |
| Prerequisites: | None. |
| Password Required: | Yes. |
| Syntax: | From the operating system: |

`NAMESCTL SET TRACE_LEVEL [OFF|user|admin]`

From NAMESCTL program:

`SET TRACE_LEVEL [OFF|user|admin]`

| | |
|---|---|
| Arguments: | One of OFF, USER, or ADMIN |
| Usage Notes: | Tracing assists in diagnosing unexpected or unidentifiable failures in processing the current Names Server. Tracing writes a series of events from normal Names Server processing to an operating system file for review by the administrator. |

Tracing output is at three levels OFF (none), USER (basic information), or ADMIN (maximum amount of information).

After the TRACE_LEVEL is set, tracing begins immediately. All operations are traced until it is reset to trace level OFF.

Trace files can grow very large. Remember to turn trace level off after diagnosing the problem.

Example:

```
NAMESCTL> SET TRACE_LEVEL ADMIN
Trace level is now 6.
```

AMZ_KOVE_000529027
AMZ_KOVE_000528884

## SHOW CACHE_CHECKPOINT INTERVAL

|              |                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
|-------------:|:--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Purpose:     | Shows the frequency with which the Names Server's cache is written to the checkpoint file.                                                                                                                                                                                                                                                                                                                                                               |
| Prerequisites: | None.                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
| Password Required: | No.                                                                                                                                                                                                                                                                                                                                                                                                                                               |
| Syntax:      | From the operating system:                                                                                                                                                                                                                                                                                                                                                                                                                              |

```
NAMESCTL SHOW CACHE_CHECKPOINT_INTERVAL
```

From NAMESCTL program:

```
SHOW CACHE_CHECKPOINT_INTERVAL
```

Arguments:   None.

Usage Notes:   The CACHE_CHECKPOINT_INTERVAL is initially set with the value in NAMES.CACHE_CHECKPOINT_INTERVAL in the NAMES.ORA file, which was entered using Network Manager. By default, the value is 0, whci disables cache_checkpoint. Data written to the cache checkpoint file includes service names and addresses, and Names Server addresses which werelearned by the Names Server as a result of forwarding a query to a foreign region on behalf of the client.

Example:

```
NAMESCTL> SHOW CACHE_CHECKPOINT_INTERVAL
Cache checkpoint interval is currently 8 minutes 20
seconds
```

AMZ_KOVE_000529028
AMZ_KOVE_000528884

## SHOW FORWARDING_AVAILABLE

Purpose: Shows whether the Names Server is forwarding requests for foreign names or redirecting them.

Prerequisites: None.

Password Required: No.

Syntax: From the operating system:

```
NAMESCTL SHOW FORWARDING_AVAILABLE
```

From NAMESCTL program:

```
SHOW FORWARDING_AVAILABLE
```

Arguments: Zero or more Names Servers separated by a space. If no names are given, then the setting is displayed for the current server.

Usage Notes: By default, all Names Servers forward requests for foreign names. If forwarding is disabled, then requests for foreign names will be redirected to a Names Server in the region which is authoritative to the requested name.

Disabling forwarding can reduce the load on a particular server, and will also make it impossible for direct clients of that server to resolve foreign names. Clients cannot be redirected, only ohter Names Servers. See also SET FORWARDING_AVAILABLE.

Example:

```
NAMESCTL> SHOW FORWARDING_AVAILABLE
Request forwarding is currently enabled
```

AMZ_KOVE_000529029
AMZ_KOVE_000528884

## SHOW DEFAULT_DOMAIN

Purpose: Display the default domain for the NAMESCTL client.

Prerequisites: None.

Password Required: No.

Syntax: From the operating system:

SHOW DEFAULT_DOMAIN

From NAMESCTL program:

SHOW DEFAULT_DOMAIN

Arguments: None.

Usage Notes: The existence of the DEFAULT_DOMAIN parameter allows names to be partially entered for names in that domain. For example, with DEFAULT_DOMAIN set to ACME.WORLD the global name WIDE.ACME.WORLD could be queried using:

NAMESCTL> QUERY WIDE

The initial value of DEFAULT_DOMAIN is set when the NAMESCTL program is started from the NAMES.DEFAULT_DOMAIN parameter in the SQLNET.ORA file.

SHOW DEFAULT_DOMAIN is used when the user is unsure of the current default domain, or wants to know the default for the current configuration.

Example:

NAMESCTL> SHOW DEFAULT_DOMAIN
Current default domain is "world"

AMZ_KOVE_000529030
AMZ_KOVE_000528884

## SHOW LOG_FILE_NAME

| | |
|---|---|
| Purpose: | Shows the name of the file where the Names Server writes the logging information. |
| Prerequisites: | None |
| Password Required: | No |
| Syntax: | From the operating system: |

```
NAMESCTL SHOW LOG_FILE_NAME
```

From NAMESCTL program:

```
SHOW LOG_FILE_NAME
```

| | |
|---|---|
| Arguments: | none |
| Usage Notes: | The LOG_FILE_NAME is initially set with the value in NAMES.LOG_FILE_NAME in the NAMES.ORA file, which is entered using the Network Manager. The default value is platform–specific, but is typically NAMES.LOG and is located in the network/ log subdirectory during Oracle installation. This file must be writable to the Names Server. |

Example:

```
NAMESCTL> SHOW LOG_FILE_NAME
Log file name is currently
/private/ora23/network/names.log
```

AMZ_KOVE_000529031
AMZ_KOVE_000528884

## SHOW LOG_STATS_INTERVAL

| | |
|---|---|
| Purpose: | Displays the frequency with which the statistics are logged to the logfile. |
| Prerequisites: | None. |
| Password Required: | No. |
| Syntax: | From the operating system: |
| | `NAMESCTL SHOW LOG_STATS_INTERVAL` |
| | From NAMESCTL program: |
| | `SHOW LOG_STATS_INTERVAL` |
| Arguments: | Zero or more Names Servers separated by a space. If no names are given, then the setting is displayed for the current server. |
| Usage Notes: | The `LOG_STATS_INTERVAL` is initially set with the value in NAMES.LOG_STATS_INTERVAL in the NAMES.ORA file, which is entered using the Network Manager. By default, the value is 0, or no logging. |
| | If the value is specified from the Network Manager, or from NAMESCTL SET LOG_STATS_INTERVAL, the Names Server will write a set of internal statistics to its log file with the specified frquency. |
| Example: | |
| | `NAMESCTL> SHOW LOG_STATS_INTERVAL` |
| | `Statistic counter logging is currently disabled` |

AMZ_KOVE_000529032
AMZ_KOVE_000528884

## SHOW NAMESCTL_TRACE_LEVEL

| | |
|---|---|
| Purpose: | Displays control of the level at which the NAMESCTL program is being traced. |
| Prerequisites: | None. |
| Password Required: | No. |
| Syntax: | From the operating system: |

```
NAMESCTL SHOW NAMESCTL_TRACE_LEVEL
```

From NAMESCTL program:

```
SHOW NAMESCTL_TRACE_LEVEL
```

| | |
|---|---|
| Arguments: | None. |
| Usage Notes: | Tracing assists in diagnosing unexpected or unidentifiable failures in processing the NAMESCTL program. Tracing writes a series of events from normal NAMESCTL processing to an operating system file for review by the administrator. |

Tracing output is at three levels OFF (none), USER (basic information), or ADMIN (maximum amount of information).

SHOW NAMESCTL_TRACE_LEVEL is the only guaranteed source of what the current tracing level is. Even if NAMES.NAMESCTL_TRACE_LEVEL is configured in the Network Manager or the SQLNET.ORA configuration file, a previous call from the NAMESCTL program may have overridden it.

Example:

```
NAMESCTL> SHOW NAMESCTL_TRACE_LEVEL
Controller's trace level is currently 0
```

AMZ_KOVE_000529033
AMZ_KOVE_000528884

## SHOW REQUESTS_ENABLED

| | |
|---|---|
| Purpose: | Shows whether or not the Names Server is responding to requests. |
| Prerequisites: | None. |
| Password Required: | No. |
| Syntax: | From the operating system: |

```
NAMESCTL SHOW REQUESTS_ENABLED
```

From NAMESCTL program:

```
SHOW REQUESTS_ENABLED
```

| | |
|---|---|
| Arguments: | Zero or more Names Servers separated by a space. If no names are given, then the setting is displayed for the current server. |
| Usage Notes: | If REQUESTS_ENABLED is off, all requests to the Names Server will be refused. This parameter is intended for diagnostic purposes only. |
| Example: | |

```
NAMESCTL> SHOW REQUESTS_ENABLED
General request processing is currently enabled.
```

AMZ_KOVE_000529034
AMZ_KOVE_000528884

## SHOW RESET_STATS_INTERVAL

| | |
|---|---|
| Purpose: | Shows whether or not the Names Server is responding to requests. |
| Prerequisites: | None. |
| Password Required: | No. |
| Syntax: | From the operating system: |

```
NAMESCTL SHOW RESET_STATS_INTERVAL
```

From NAMESCTL program:

```
SHOW RESET_STATS_INTERVAL
```

| | |
|---|---|
| Arguments: | Zero or more Names Servers separated by a space. If no names are given, then the setting is displayed for the current server. |
| Usage Notes: | If RESET_STATS_INTERVAL is initially set with the value in NAMES.RESET_STATS_INTERVAL in the NAMES.ORA file using the Network Manager. By default the value is set to 0, or no reset. This results in the Names Server accumulating statistics the entire time it runs. For example, if statistics are reset every day, then the statisites will represent totals for the day rather than the entire time the server has been running. |
| Example: | |

```
NAMESCTL> SHOW RESET_STATS_INTERVAL
Resetting of statistic counters is currently disabled
```

AMZ_KOVE_000529035
AMZ_KOVE_000528884

## SHOW SERVER

| | |
|---|---|
| Purpose: | Display the current Names Server. |
| Prerequisites: | None |
| Password Required: | No |
| Syntax: | From the operating system: |
| | `NAMESCTL SHOW SERVER` |
| | From NAMESCTL program: |
| | `SHOW SERVER` |
| Arguments: | None. |
| Usage Notes: | SHOW SERVER displays the current Names Server that commands will operate on. |
| Example: | |

```
NAMESCTL> SHOW SERVER
currently managing name server "NameServer.us.oracle.com
Version Banner is "Oracle Names for SunOS: Version 2.0.0.0"
```

AMZ_KOVE_000529036
AMZ_KOVE_000528884

# SHOW STATUS

| | |
|---|---|
| Purpose: | Display the general status information about the Names Server. |
| Prerequisites: | None |
| Password Required: | No |
| Syntax: | From the operating system: |
| | `NAMESCTL SHOW STATUS` |
| | From NAMESCTL program: |
| | `SHOW STATUS` |
| Arguments: | Zero or more Names Servers separated by a space. If no names are given, then the setting is displayed for the current server. |
| Usage Notes: | Shows the current state of a Names Server. Identical to the command STATUS. |
| Example: | |

```
NAMESCTL> SHOW STATUS
Version Banner is "Oracle Names for SunOS: Version 2.0.0.0"
Server has been running for:  1 day 2 hours 3 minutes 35.16
seconds
....
```

AMZ_KOVE_000529037
AMZ_KOVE_000528884

## SHOW SYSTEM_QUERIES

Purpose:    Display the next occurrence of all system queries.

Prerequisites:    This is only relevant for distributed configurations. There are no system queries with only one administrative region.

Password Required:    No.

Syntax:    From the operating system:

```
NAMESCTL SHOW SYSTEM_QUERIES
```

From NAMESCTL program:

```
SHOW SYSTEM_QUERIES
```

Arguments:    None.

Usage Notes:    System queries are performed at intervals to keep information among Names Servers current.

There is no specific action that can change the activities listed as system queries. Being able to show them gives the administrator an understanding of when a system change will occur, and may assist in a decision to RESTART, thus forcing system data to be reloaded sooner.

Example:

```
NAMESCTL> SHOW SYSTEM_QUERIES
System query index number:    1
    Query ID:                 49824
    Query next issued in:     2 hours 55 min 3.84 seconds
    Query state:              2
    Name:                     " "
    Desired data type:        ns.smd
```

AMZ_KOVE_000529038
AMZ_KOVE_000528884

## SHOW TRACE_FILE_NAME

Purpose: Displays the TRACE_LEVEL for tracing the current Names Server.

Prerequisites: None

Password Required: No

Syntax: From the operating system:

```
NAMESCTL SHOW TRACE_FILE_NAME
```

From NAMESCTL program:

```
SHOW TRACE_FILE_NAME
```

Arguments: None.

Usage Notes: The TRACE_FILE_NAME is initially set with the value in the NAMES.TRACE_FILE_NAME in the NAMES.ORA file, using Network Manager. The default value is platform–specific, but is typically NAMES.TRC and is located in the network/ trace subdirectory during the Oracle installation. This file must be a valid filename, and the file must be writable to the Names Server.

This file is only used if tracing is enabled using the NAMES.TRACE_LEVEL.

Example:

```
NAMESCTL> SHOW TRACE_FILE_NAME
Trace file name is currently
/private/ora23/network/names.trc
```

AMZ_KOVE_000529039
AMZ_KOVE_000528884

## SHOW TRACE_LEVEL

| | |
|---|---|
| Purpose: | Displays the TRACE_LEVEL for tracing the current Names Server. |
| Prerequisites: | None. |
| Password Required: | No. |
| Syntax: | From the operating system: |

```
NAMESCTL SHOW TRACE_LEVEL
```

From NAMESCTL program:

```
SHOW TRACE_LEVEL
```

| | |
|---|---|
| Arguments: | None. |
| Usage Notes: | Tracing assists in diagnosing unexpected or unidentifiable failures in processing the current Names Server. Tracing writes a series of events from normal Names Server processing to an operating system file for review by the administrator. |

Tracing output is at three levels OFF (none), USER (basic information), or ADMIN (maximum amount of information).

SHOW TRACE_LEVEL is the only guaranteed source of what the current tracing level is. Even if the TRACE_LEVEL is configured in the Oracle Network Manager or the SQLNET.ORA configuration file, a previous call from the NAMESCTL program may have overridden it.

Example:

```
NAMESCTL> SHOW TRACE_LEVEL
Trace level is currently 0
```

AMZ_KOVE_000529040
AMZ_KOVE_000528884

## SHOW VERSION

| | |
|---|---|
| Purpose: | Displays the TRACE_LEVEL for tracing the current Names Server. |
| Prerequisites: | None |
| Password Required: | No |
| Syntax: | From the operating system: |
| | `NAMESCTL SHOW VERSION` |
| | From NAMESCTL program: |
| | `SHOW VERSION` |
| Arguments: | Zero or more Names Servers separated by a space. If no names are given, then the setting is displayed for the current server. |
| Usage Notes: | This banner identifies the server by name and version. This can be useful when clearing up minor difficulties. This command is enabled every time you connect NAMESCTL to a server. |
| Example: | |

```
NAMESCTL> SHOW VERSION
Currently managing Names Server "NameServer.world"
Version banner is "Oracle Names for SunOS: Version
2.0.0.0.0"
```

AMZ_KOVE_000529041
AMZ_KOVE_000528884

## SHUTDOWN

| | |
|---|---|
| Purpose: | Stops one or more Names Servers. |
| Prerequisites: | Names Server must be started. |
| Password Required: | Yes |
| Syntax: | From the operating system:<br>NAMESCTL SHUTDOWN [*server*]<br>From NAMESCTL program:<br>SHUTDOWN [*server*] |
| Arguments: | Zero or more Names Server names separated by a space. When no arguments are supplied, only the current Names Server is shut down. |
| Usage Notes: | SHUTDOWN stops the current Names Server and unloads the program from memory. A Names Server should only be shut down for operational reasons like upgrades or machine maintenance. The preferred way to stop and start a Names Server is using the RESTART command because you can perform it from anywhere in the network. If SHUTDOWN and START are processed individually, they must occur on the Names Server machine.<br><br>SHUTDOWN is identical to STOP. |
| Example: | NAMESCTL> SHUTDOWN<br>Confirm [yes or no] yes<br>Server shut down. |

AMZ_KOVE_000529042
AMZ_KOVE_000528884

## START

| | |
|---|---|
| Purpose: | Loads the Names service program and starts loading system and local administrative region data. |
| Prerequisites: | Names Server must be stopped. |
| Password Required: | No |
| Syntax: | From the operating system: |

```
NAMESCTL START
```

From NAMESCTL program:

```
NAMESCTL> START names.parameter = value
```

| | |
|---|---|
| Arguments: | None. |
| Usage Notes: | START is the command used to initially load a Names Server into memory. At startup, the Names Server reads its configuration files to set up its operating parameters, then loads all data for the administrative region. |

Security on Names Server startup is supplied through the operating system Names is installed on. Because Names must be started from a local session, network security is not an issue. See the Oracle installation manual for your platform for more details.

START is identical to STARTUP.

Example:

```
Starting "/oracle/bin/names"...server successfully started
Currently managing name server "NSERVER.world"

Version banner is "Oracle Names for SunOS: Version
2.0.0.0.0"

Server name:                      NSERVER.world
Server has been running for:      0.86 seconds
Request processing enabled:       yes
Request forwarding enabled:       no
Requests received:                0
Requests forwarded:               0
Data items cached:                0
```

AMZ_KOVE_000529043
AMZ_KOVE_000528884

```
Region data next checked for reload:
          3 hours 59 minutes 59.77 seconds
Region data reload check failures:   0
Cache next checkpointed in:          not set
Cache checkpoint interval:           not set
Cache checkpoint file name:
/oracle/network/names/cch003f4.ora
Statistic counters next reset in:    not set
Statistic counter reset interval:    not set
Statistic counters next logged in:   not set
Statistic counter logging interval:  not set
Trace level:                         0
Trace file name:
          /oracle/network/trace/names.trc
Log file name:
          /oracle/network/log/names.log
System parameter file name:
          /oracle/network/admin/names.ora
Command-line parameter file name:    ""
Administrative region name:          LOCAL_REGION
Administrative region description:   /netadmin/inttest2.net
```

AMZ_KOVE_000529044
AMZ_KOVE_000528884

## STARTUP

|               |                                                                                                           |
|---------------|-----------------------------------------------------------------------------------------------------------|
| Purpose:      | Loads the Names service program and starts loading system and local administrative region data.           |
| Prerequisites: | Server must be stopped.                                                                                   |
| Password Required: | No                                                                                                    |

Syntax:    From the operating system:

```
NAMESCTL STARTUP names.parameter = value
```

From NAMESCTL program:

```
NAMESCTL> START names.parameter = value
```

Arguments:    None

Usage Notes:    STARTUP is the command used to initially load a Names Server into memory. At startup, the Names Server reads its configuration files to set up its operating parameters, then loads all data for the administrative region.

Security on Names Server startup is supplied through the operating system Names is installed on. Because Names must be started from a local session, network security is not an issue. See the Oracle installation manual for your platform for more details.

STARTUP is identical to START.

Example:

```
NAMESCTL> START
Starting "/oracle/bin/names"...server successfully started

Currently managing name server "NSERVER.world"
Version banner is "Oracle Names for SunOS: Version
2.0.0.0.0"

Server name:                      NSERVER.world
Server has been running for:      0.86 seconds
Request processing enabled:       yes
Request forwarding enabled:       no
Requests received:                0
Requests forwarded:               0
Data items cached:                0
```

AMZ_KOVE_000529045
AMZ_KOVE_000528884

```
Region data next checked for reload:
                3 hours 59 minutes 59.77 seconds
Region data reload check failures:   0
Cache next checkpointed in:          not set
Cache checkpoint interval:           not set
Cache checkpoint file name:
                /oracle/network/names/cch003f4.ora
Statistic counters next reset in:    not set
Statistic counter reset interval:    not set
Statistic counters next logged in:   not set
Statistic counter logging interval:  not set
Trace level:                         0
Trace file name:
                /oracle/network/trace/names.trc
Log file name:
                /oracle/network/log/names.log
System parameter file name:
                /oracle/network/admin/names.ora
Command-line parameter file name:""
Administrative region name:          LOCAL_REGION
Administrative region description:   /netadmin/inttest2.net
```

See STATUS for more information after you start the Names Server.

AMZ_KOVE_000529046
AMZ_KOVE_000528884

# STATUS

| | |
|---|---|
| Purpose: | Displays statistics for one or more Names Servers as well as many of its internal settings. |
| Prerequisites: | Names Server must be started. |
| Password Required: | No. |
| Syntax: | From the operating system: |
| | `NAMESCTL STATUS [server]` |
| | From NAMESCTL program: |
| | `STATUS [server]` |
| Arguments: | Zero or more Names Server names separated by a space. When no arguments are supplied, status is given only for the current Names Server. |
| Usage Notes: | STATUS shows the activity of the Names Server over time and its state at a point in time. |
| Example: | |

```
NAMESCTL> STATUS
Version banner is "Oracle Names for SunOS:
2.0.0.0.0"

Server name:                          NSERVER.world
Server has been running for:          1 day 20 hours
                              59 minutes
                              48.06 seconds
Request processing enabled:           yes
Request forwarding enabled:           no
Requests received:                    16
Requests forwarded:                   0
Data items cached:                    0
Region data next checked for reload:
                    3 hours 59 minutes 35.61 seconds
Region data reload check failures:    0
Cache next checkpointed in:           not set
Cache checkpoint interval:            not set
Cache checkpoint file name:
                    /oracle/network/names/cch003f4.ora
```

AMZ_KOVE_000529047
AMZ_KOVE_000528884

```
Statistic counters next reset in:    not set
Statistic counter reset interval:    not set
Statistic counters next logged in:   not set
Statistic counter logging interval:  not set
Trace level:                         12
Trace file name:
                /oracle/network/trace/names.trc
Log file name:
                /oracle/network/log/names.log
System parameter file name:
                /oracle/network/admin/names.ora
Command-line parameter file name:    ""
Administrative region name:          LOCAL_REGION
Administrative region description:   /netadmin/inttest2.net
Apple Table Index                    0
Contact                              0
Operational Status                   0
```

AMZ_KOVE_000529048
AMZ_KOVE_000528884

## STOP

| | |
|---|---|
| Purpose: | Stops one or more Names Servers. |
| Prerequisites: | Names Server must be started. |
| Password Required: | Yes |
| Syntax: | From the operating system: |

```
NAMESCTL STOP [server]
```

From NAMESCTL program:

```
STOP [server]
```

| | |
|---|---|
| Arguments: | Zero or more Names Server names separated by a space. When no arguments are supplied, only the current Names Server is stopped. |
| Usage Notes: | STOP stops the current Names Server and unloads the program from memory. A Names Server should only be shut down for operational reasons like upgrades or machine maintenance. The preferred way to stop and start a Names Server is using the RESTART command because you can issue it from anywhere in the network. If STOP and START are processed individually, they must occur on the Names Server machine. |

STOP is identical to SHUTDOWN.

Example:

```
NAMESCTL> STOP
Confirm [yes or no]: yes
Server shut down
```

AMZ_KOVE_000529049
AMZ_KOVE_000528884

## TIMED_QUERY (Dynamic Discovery Option Only)

Purpose:     Show all registered data in the Names Server cache.

Prerequisites:     None

Password Required:     No

Syntax:     From the operating system:

NAMESCTL TIMED_QUERY

From NAMESCTL program:

timed_query [time] (for release 2.3.2 and later)

Arguments:     None at this time.

Usage Notes:     With this release, the timed_query simply returns all objects that have been registered automatically by the listener or manually through NAMESCTL. Data which was loaded from a network definition (generated by Network Manager) is not included. The time argument is supported which will return all objects registered after a given time.

Example:

```
NAMESCTL> timed_query
Oracle Names Control for SVR4: Version 2.0.0.0.0 -
Beta on 31-AUG-95 16:35:15
Copyright (c) Oracle Corporation 1993.  All rights
reserved.
Currently managing name server "NS7D1AA9"
Version banner is "Oracle Names for SVR4: Version
2.0.0.0.0"
Total response time:   0.08 seconds
Response status:       normal, successful completion
Name:                  [root]
    data type is "ns.smd"
    Syntax is DOMAIN: NS7D1AA9
Name:                  NS7D1AA9
    data type is "a.smd"
    Syntax is ADDR:
    ...(ADDRESS=(PROTOCOL=tcp)(HOST=oranamesrvr1)(PORT
=1575))
Name:                  listener1
```

AMZ_KOVE_000529050
AMZ_KOVE_000528884

```
      data type is "a.smd"
    Syntax is ADDR:
    ...(DESCRIPTION=(ADDRESS_LIST=(ADDRESS=(PROTOCOL=i
pc)(DEV=7)(KEY=blackwidow1.world))(ADDRESS=(PROTOCOL=
tcp)(DEV=11)(HOST=139.185.22.22)(PORT=1520)))(CONNECT
_DATA=(SID=reltest)))
      data type is "tos.npd.omd"
    Syntax is CTEXT: "listener"
Name:                      r1.world
      data type is "a.smd"
    Syntax is ADDR:
    ...(DESCRIPTION=(ADDRESS_LIST=(ADDRESS=(PROTOCOL=i
pc)(DEV=7)(KEY=blackwidow1.world))(ADDRESS=(PROTOCOL=
tcp)(DEV=11)(HOST=139.185.22.22)(PORT=1520)))(CONNECT
_DATA=(SID=reltest)))
      data type is "tos.npd.omd"
    Syntax is CTEXT: "database"
    Last timestamp: 12201913
This shows newly registered data since 12201913
NAMESCTL> TIMED_QUERY 12201913
Name:                      listener2
      data type is "a.smd"
    Syntax is ADDR:
    ...(DESCRIPTION=(ADDRESS_LIST=(ADDRESS=(PROTOCOL=i
pc)(DEV=7)(KEY=blackwidow1.world))(ADDRESS=(PROTOCOL=
tcp)(DEV=11)(HOST=139.185.22.22)(PORT=1520)))(CONNECT
_DATA=(SID=reltest)))
      data type is "tos.npd.omd"
    Syntax is CTEXT: "listener"
Name:                      r1.world
      data type is "a.smd"
    Syntax is ADDR:
    ...(DESCRIPTION=(ADDRESS_LIST=(ADDRESS=(PROTOCOL=i
pc)(DEV=7)(KEY=blackwidow1.world))(ADDRESS=(PROTOCOL=
tcp)(DEV=11)(HOST=139.185.22.22)(PORT=1520)))(CONNECT
_DATA=(SID=reltest)))
      data type is "tos.npd.omd"
    Syntax is CTEXT: "database"
    Last timestamp: 12211915
```

AMZ_KOVE_000529051
AMZ_KOVE_000528884

## UNREGISTER (Dynamic Discovery Option Only)

|  |  |
|---|---|
| Purpose: | To remove a network object from a Names Server. |
| Prerequisites: | None |
| Password Required: | No |
| Syntax: | From the operating system: |

```
NAMESCTL UNREGISTER OBJECT_NAME
```

From NAMESCTL program:

```
UNREGISTER OBJECT_NAME
```

|  |  |
|---|---|
| Arguments: | Mandatory object name. |
| Usage Notes: | Provides a manual mechanism for unregistering a service. The definition for that object is removed from the well known Names Server and all other well known Names Servers in the region. |
| Example: | |

```
NAMESCTL> UNREGISTER PARTS
```

AMZ_KOVE_000529052
AMZ_KOVE_000528884

## VERSION

| | |
|---|---|
| Purpose: | Displays the TRACE_LEVEL for tracing the current Names Server. |
| Prerequisites: | None |
| Password Required: | No |
| Syntax: | From the operating system: |

```
NAMESCTL VERSION
```

From NAMESCTL program:

```
VERSION
```

| | |
|---|---|
| Arguments: | Zero or more Names Servers separated by a space. If no names are given, then the setting is displayed for the current server. |
| Usage Notes: | This banner identifies the server by name and version. This can be useful when clearing up minor difficulties. This command is enabled every time you connect NAMESCTL to a server. |

Example:

```
NAMESCTL> VERSION
Currently managing Names Server "NameServer.world"
Version banner is "Oracle Names for SunOS: Version
2.0.0.0.0"
```

AMZ_KOVE_000529053
AMZ_KOVE_000528884

# B

# Complex Network
# Issues and DDO

This appendix covers complex network issues that are relevant to
configuring and managing Oracle Names 2.0 with the Dynamic
Discovery Option.

Because Oracle does not recommend using the Dynamic Discovery
Option on complex networks, this appendix is a reference, or
informational chapter to be used by administrators who are exploring
the possibility of upgrading a complex network to Oracle Names 2.0
with the Dynamic Discovery Option.

> **Note:** If you are gradually upgrading your network to use
> DDO, when you finally upgrade to a complete network that
> uses DDO, it will be necessary to perform additional manual
> administration steps to ensure your network is a pure DDO
> network.

AMZ_KOVE_000529054
AMZ_KOVE_000528884

## The Function of Network Components

When you configure and run a network with Oracle Names 2.0 and the Dynamic Discovery Option, there are three main network components that must be able to communicate and find each other:

∞ Names Servers—The Names Servers on the network using DDO must know about each other. In a network using the DDO, each new Names Server finds other Names Servers at well-known Names Server addresses.

∞ Oracle7 Servers—Oracle7 Servers must know how to find a Names Server in order to register themselves automatically. If they are not registered automatically, they need to be defined in the network definition using Network Manager.

∞ Clients—Clients on the network must know how to find the Names Servers.

## Constraint Issues

This appendix discusses the following complex network issues:

∞ **Local backward compatibility constraints** – issues that arise within the local region, when you are mixing versions of Oracle Names and SQL*Net

∞ **Community constraints** –constraints that need to be considered when you configure a network with the DDO with more than one community

∞ **Multiple region constraints**–using Oracle Names 2.0 with the DDO in a complex network with multiple regions

**Note:** Remember, if you have a network that stays the same for long periods of time, whether large or small, converting the network to the DDO may not be worth the effort. Administrators of networks might find the Dynamic Discovery Option more troublesome to use than its benefits warrant.

AMZ_KOVE_000529055
AMZ_KOVE_000528884

The following table illustrates further compatibility issues when you are considering upgrading a complex network.

| In Order for:... | You Need to Do One of the Following... |
|---|---|
| the client to be able to find the Names Server | –Assign a well–known Names Server address<br><br>–Configure a Names Service address in the NAMES.PREFERRED_SERVER parameter in the SQLNET.ORA file. |
| the database name and address to be provided to the Names Server | –automatic registration using the listener<br><br>–enter the databases name and address into the network definition using Network Manager<br><br>–manual registration of the service using NAMESCTL |
| Names Server name and address to find the well–known Names Server | –Assign a well–known Names Server address<br><br>–enter the Names Server name and address using Network Manager<br><br>–manual registration of the service using NAMESCTL |
| the addresses of all Names Servers from certain foreign regions to to be known to local Names Servers, therefore ensuring Names Server topology | –enter the addresses into the network definition using Network Manager |

**Points to Remember**

∞ When a new Names Server enters a region, that new Names Server needs to find an existing well–known Names Server. When the new Names Server finds the existing well–known Names Server, it downloads the current cache information from the existing well–known Names Server and registers itself to all well–known Names Servers in that region, based on the cache information that it was given when it downloaded.

∞ Each region cache in a multi–region network must know about all of the Names Servers in all of its own subregions, along with the ROOT region.

∞ Manually configuring a multi–region network is not advised for DDO. If your network is that complex, you might find the DDO more troublesome to use than its benefits warrant.

AMZ_KOVE_000529056
AMZ_KOVE_000528884

## Local Backward Compatibility Constraints

You must determine whether your network has any *local backward compatibility constraints*. Read this section if your network includes clients and servers using earlier releases of SQL*Net and Oracle7. These rules tell you whether you can use a well–known Names Server.

The following must all be true, regardless of the underlying community structure:

∞ all local Names Servers are upgraded to 2.3

This means that Names Servers will work even if the region spans multiple communities. As long as the network definition is necessary for pre–2.3 support, there will be no community issues to resolve.

∞ New Oracle Names Servers must also be defined in the network definition as long as there are SQL*Net 2.2 (or earlier) clients on the network that have not been upgraded.

The network definition is the source of the NAMES.PREFERRED_SERVERS parameter in the SQLNET.ORA file, which the pre—2.3 clients use to find their Names Servers.

∞ Since all Names Servers must read the network definition, and all Names Servers are defined in the network definition, Names Servers do not need well–known Names Servers to know about each other.

∞ All Names Servers will continue to use the network definition because they must get information for 7.2 databases whenever the data is modified.

∞ New and upgraded Names Servers can use well–known addresses as long as the new well–known Names Servers are defined in the network definition using oranamesrvr0–4.

∞ Clients, databases, and listeners on an existing network already have a NAMES.PREFERRED_SERVERS defined in their SQLNET.ORA file enabling them to find all local Names Servers, regardless of whether they are using a well–known Names Server.

These are configured addresses that are provided to Oracle Names clients, and SQL clients and listeners. They are also provided to other Names Servers in the network definition.

∞ When all SQL*Net 2.2, (or earlier) clients have been upgraded, the Names Server definitions can be dropped from the network definition.

AMZ_KOVE_000529057
AMZ_KOVE_000528884

In this case there must be at least one well–known Names Server
and no community constraints. For more information on this
issue, see "Community Constraints" later in this appendix.

∞ When all databases and listeners in the region are upgraded to
Oracle 7.3, service information in the network definition can be
dropped because services are now automatically registered.

∞ When the previous two items are true, the network definition and
the NAMES.PREFERRED_SERVERS can be dropped entirely. All
of the Names Servers and all of the clients are now upgraded and
the network definition is unnecessary in the Dynamic Discovery
network.

## Community Constraints

This section discusses community constraint issues within an existing
hierarchy.

A *community* is defined as the set of all machines that may be directly
connected using a given transport protocol. Communities are generally
joined by MultiProtocol Interchanges.

In networks or regions which consist of multiple communities, the
well–known Names Server mechanism is not sufficient to enable clients
to find all local Names Servers. Therefore, it is necessary to maintain the
NAMES.PREFERRED_SERVERS parameter in the SQLNET.ORA file
even if there are no local backward compatibility constraints.

To enable Names Servers to find out about each other you must do one
of the following:

∞ maintain the network topology data in the network definition

or

∞ manually "prime" the Names Server by using the NAMESCTL
command to register another existing Names Server.

After this is done, restart the Names Server using the
NAMESCTL>STARTUP command.

AMZ_KOVE_000529058
AMZ_KOVE_000528884

## Multiple Region Constraints

There are several constraint issues for networks with multiple regions that exist within a regional hierarchy:

∞ New or additional Names Servers must be defined in any relevant multiple region network definition.

If there are other regions (most likely SQL*Net 2.1 or 2.2 regions), the Names Servers in those region will need the new well–known Names Server address to forward queries to any Names Servers in those region.

∞ There must be a local network definition that includes the network topology data describing the relevant multiple regions in that network.

∞ If multiple regions exist in the same community, and the same TCP domain, then well–known Names Servers should not be used anywhere.

AMZ_KOVE_000529059
AMZ_KOVE_000528884

# Advanced Topics

This chapter discusses the following advanced topics in detail:

∞ Defining a client profile

∞ Delegating authority from a central administrative region

∞ Defining foreign regions

∞ Remote domains and Names Server hints

∞ Defining local and foreign domains in Network Manager

∞ How names are resolved in delegated administrative regions

∞ Defining objects in foreign domains

AMZ_KOVE_000529060
AMZ_KOVE_000528884

## Defining a Client Profile

All clients that belong to the same community, use the same Interchanges, and the same Names Servers can share a single client profile. Any variation requires a separate client profile.

### Administrator's Role

The administrator should advise each client as to which client profile is best suited to it. This takes basic planning of the network model in anticipation of how it will be used. As the details of the client profile change, the client must receive a new copy of the configuration files.

Consider the example in the following figure. The naming model is a basic hierarchy of two domains (DD1 and DD2), administered as a single administrative region (RAR). The network has two communities (C1 and C2), two Interchanges (I1 and I2), and three Names Servers (N1, N2, and N3).





**Figure C – 1  Sample Client Profiles**

AMZ_KOVE_000529061
AMZ_KOVE_000528884

Fully extrapolated, this could lead to a very large number of client profiles. Table C–1 lists the possible client profiles for the three clients shown in the following figure.

**Table C – 1  Possible Client Profiles**

| Table C–1 | Client | Communities | Interchange | Default Domain | Names Servers |
|---|---|---|---|---|---|
| Possible Client | Client 1 | C1 | I1, I2 | DD1 | N1, N2 |
| Profiles for Figure | | C1 | I1, I2 | DD1 | N2, N1 |
| | | C1 | I1, I2 | DD2 | N1, N2 |
| | | C1 | I1, I2 | DD2 | N2, N1 |
| | | C1 | I2, I1 | DD1 | N1, N2 |
| | | C1 | I2, I1 | DD1 | N2, N1 |
| | | C1 | I2, I1 | DD2 | N2, N1 |
| | | C1 | I2, I1 | DD2 | N2, N1 |
| | Client 2 | C2 | I1, I2 | DD1 | N3, N2 |
| | | C2 | I1, I2 | DD1 | N2, N3 |
| | | C2 | I1, I2 | DD2 | N3, N2 |
| | | C2 | I1, I2 | DD2 | N2, N3 |
| | | C2 | I2, I1 | DD1 | N3, N2 |
| | | C2 | I2, I1 | DD1 | N2, N3 |
| | | C2 | I2, I1 | DD2 | N3, N2 |
| | | C2 | I2, I1 | DD2 | N2, N3 |
| | Client3 | C1, C2 | – | DD1 | N1, N2, N3 |
| | | C1, C2 | – | DD1 | N1, N3, N2 |
| | | C1, C2 | – | DD1 | N2, N1, N3 |
| | | C1, C2 | – | DD1 | N2, N3, N1 |
| | | C1, C2 | – | DD1 | N3, N1, N2 |
| | | C1, C2 | – | DD1 | N3, N2, N1 |
| | | C1, C2 | – | DD2 | N1, N2, N3 |
| | | C1, C2 | – | DD2 | N1, N3, N2 |
| | | C1, C2 | – | DD2 | N2, N1, N3 |

AMZ_KOVE_000529062
AMZ_KOVE_000528884

| Table C–1 | Client | Communities | Interchange | Default Domain | Names Servers |
|---|---|---|---|---|---|
| | | C1, C2 | – | DD2 | N2, N3, N1 |
| | | C1, C2 | – | DD2 | N3, N1, N2 |
| | | C1, C2 | – | DD2 | N3, N2, N1 |

This simple case can result in as many as 28 client profiles if you include all "not–null" permutations.

In practice, however, there are usually very few client profiles to describe all clients. The entire network shown may be serviced by having all clients be defined as:

**Table C – 2  Possible Client Definitions**

| Table C–2 | Client | Communities | Interchange | Default Domain | Names Servers |
|---|---|---|---|---|---|
| Actual Client Profiles | Client 1 | C1 | I1, I2 | DD1 | N1, N2 |
| Used in Installation | | C1 | I2, I1 | DD2 | N2, N1 |
| | Client 2 | C2 | I1, I2 | DD1 | N1, N2 |
| | | C2 | I2, I1 | DD2 | N2, N1 |
| | Client 3 | C1, C2 | – | DD1 | N1, N2, N3 |
| | | C1, C2 | – | DD2 | N2, N3, N1 |

Each client could then be identified based on which of these six client profiles best fits its needs. Basic load balancing is achieved on the Interchanges and Names Servers by making the different domain members use different preferred Interchanges and Names Servers first. Client 3 does not require Interchange definitions because it can connect to all nodes directly on C1 or C2, and thus would never use the Interchange.

During configuration, the SQL*Net administrator creates a default client profile for each of the communities and domains in the network. In many cases these are adequate for all clients sharing those properties.

## Synchronizing Clients

The client profile consists of two configuration files— TNSNAV.ORA which defines the Interchange preferences, and SQLNET.ORA which defines the Names Servers preferences.

AMZ_KOVE_000529063
AMZ_KOVE_000528884

Physically, clients may each have a copy of the files, or they may share a copy mounted on a distributed file system such as PC LAN or Network File System (NFS). In the latter case, the administrator can handle all initial distribution and updates without any exposure to the user. When the clients have individual copies, there are many ways to distribute the files. See *Oracle Network Manager Administrator's Guide* for information about distributing the configuration files.

## Delegating Authority from a Central Administrative Region

The example in Figure C–2 is an illustration of a central region delegating authority to two administrative regions—US and UK. This example is used throughout the following sections.



**Figure C – 2  A Central Region Using a Hierarchical Naming Model**

The tasks an administrator must perform to delegate authority to another region are:

AMZ_KOVE_000529064
AMZ_KOVE_000528884

∞ Save and give a copy of the current network definition to the administrator of the delegated region.

∞ Decide which domains are going to be delegated.

∞ Delete any database/ listener definitions which are "owned" by the delegated region.

∞ Mark the delegated domains as foreign in your network definition.

∞ Create a foreign region for each delegated region and allocate the delegated domains to those regions.

The tasks a delegated region's administrator must do in order to bring the definition in line with the "rest of the world" are:

∞ Mark domains in his or her administrative region as local.

∞ Delete databases and listeners that are not in the local region.

∞ Mark all other domains not in the local region as foreign.

∞ Create a foreign region for the ROOT region. Add all the ROOT region's domains into this region.

> **Note:** Each region's administrator must have a separate version of the Network Manager in which to create or update the network definition.

To delegate administrative authority from one single, central administrative region (using a hierarchical naming model) to two administrative regions, use the following procedures.

## Define the Local Region's Name

Create the region name by appending one of the domains that the region contains onto the end of the region name. It doesn't matter what domain name is appended to the region name, as long as it is one of the domains that reside in the region. By default, Network Manager puts the local region into the WORLD domain. For example, ROOT_REGION.ACME.COM would be an appropriate choice for this example. To define the name of the local region:

1. Select Region on the Network Manager: Object List window, and select LOCAL_REGION.WORLD, then select Edit. Change the name of the local region to ROOT_REGION.ACME.COM. To do this, change the name to ROOT_REGION and select Choose to display a list of domains in this region, then choose ACME.COM.

AMZ_KOVE_000529065
AMZ_KOVE_000528884

Because ACME.COM is one of the domains in the root region, it can be used to create the region name; in this case, ROOT_REGION.ACME.COM.

> **Note:** If you are using a hierarchical naming model, it is recommended that you select a domain name other than WORLD.

After receiving a copy of the root region network definition, each of the delegated region administrators must update their network definitions to reflect their new region names, for example, US_REGION and UK_REGION.

## Mark Domains in Local Region as Local

Each administrator must designate all domains in the local region as local. The root region must also do this after delegating authority to another region.

To mark domains in a local region as local:

1. Select the Region property sheet from the Network Manager: Object List window. Make sure all domains within the local region are listed in the Domains within Region list box. If necessary, go to the Domain property sheet for the domain, and make sure it is not marked as a foreign item.

## Delete Databases No Longer in the Local Region

After receiving a copy of the network definition from the root region administrator, both the UK and the US administrators must delete databases and listeners that are not in their respective regions. Similarly, the root region administrator must delete databases and listeners that are no longer in the root region.

To delete databases from the local region:

1. Open the network definition for the local region.

2. Select the Database property sheet from the Network Manager: Object List window. Delete all the listeners and databases no longer in the local region. For example, the root administrator must delete all databases in the US and UK region, the UK region must delete databases in the root and US regions, and so forth.

3. Upon deleting databases and listeners, messages display indicating that the database will be invalidated, and asking whether you want to proceed. Select Yes.

AMZ_KOVE_000529066
AMZ_KOVE_000528884

There should no databases or listeners in any foreign regions in the local region's network definition.

### Marking Domains Not in Local Region as Foreign Domains

The root administrator must mark all delegated domains as foreign in the root region's network definition. Similarly, the delegated administrators must mark all domains not in their local regions as foreign. For example, the UK administrator must mark all domains in the root region as foreign, and all domains in the US region as foreign.

To mark all foreign domains as foreign, individually select all foreign domains on the Network Manager: Object List window and mark them as foreign on their respective Domain property sheets.

1.  Open the network definition for the local region, if it is not already open.

2.  On the Network Manager: Object List window, select Domain, then select a foreign domain in the Names column. Mark all foreign domains as foreign by selecting Foreign Item.

    The Network Manager displays a screen indicating it will update several different network objects, and a message asking "Do you want to proceed?" Select Yes.

    On the Region property sheet, you should not see any foreign domains listed in the Domains within Region list box. Also, you should not see any Names Servers that are not in the local region.

    **Note:** WORLD must also be marked as a foreign domain from the point of view of the UK and US regions. The WORLD domain is local to the ROOT region, even though it is not used in hierarchical configurations.

### Define Foreign Regions

The root administrator and the delegated region administrators must define foreign regions and designate the domains as being in a specific foreign region.

To create a foreign region:

1.  Select Local Region on the Network Manager: Object List window to display the Local Region property sheet.

AMZ_KOVE_000529067
AMZ_KOVE_000528884

The only domains that should display in the Domains within Region list are domains that are local to this region. The only Names Server(s) that should appear are those local to this region.

2. To define a second region, select Foreign Region from the Create Menu in the Menu Bar.

   A default name appears which you can change if needed.

3. Select the Domains page and choose from the available list all of the domains that are part of this region.

4. Return to the General Page and define a name for this new region.

   Do this by selecting any of the domains that the region contains. The domain name you select will be appended onto the end of the region name; for example, US_REGION.UK.ACME.COM.

   For example, from the point of view of the UK administrator, a foreign region would be the root region or the US region.

   Periodically, while updating the network definition, a screen may display indicating that network objects will be deleted and updated. Changes made in the network definition are automatically propagated to other property sheets in the same network definition. For example, the foreign region property sheet called UK_REGION should display NameServer_2.UK.ACME.COM.

Every region (other than ROOT) must define the root region as a foreign region in its network definition. The domains contained in the root region (ROOT, COM, ACME.COM, and WORLD) must be allocated as foreign domains. Upon defining the root region as a foreign region, Names Servers associated with the foreign region will be displayed in the Names Servers list box.

An administrative region only needs to have a record of network objects in its own region, in any child regions directly below it, and the root region. Foreign regions that have a sibling relationship do not have to be defined as foreign regions. For example, the UK region does not have to define the US region as a foreign region because the US region's domains are not children of the domains in the UK. In fact, the UK region only needs to have in its network definition addresses for any Names Servers in its own region, and any Names Servers in the root region.

The root administrative region must have in its network definition the addresses of Names Servers in the root region, and Names Server addresses of any direct child regions only.

AMZ_KOVE_000529068
AMZ_KOVE_000528884

## Remote Domains and Names Server Hints

A domain that is not defined in the local region, the root region, or a direct child region may be listed in the Domains within Region list. Because the domain is not defined in the local region, root region, or any direct child regions, this domain is termed a *remote domain* or *Names Server hint* which tells the local region that this is a domain it will probably want to communicate with. If you define a remote domain, then the address of the Names Server handling that domain is "pre-cached". This saves the user from the performance overhead of the first request for a network object address within the remote domain.

When the Names Server starts up, it retrieves the Names Server addresses from that remote domain. For example, if the UK.ACME.COM domain is defined as a remote domain in the US region's network definition, when the US region asks for the address of HR.UK.ACME.COM, the US region's Names Servers will already have the address of the Names Servers in the UK region (which contains the UK.ACME.COM domain).

If this domain was not defined as a remote domain in the US region's network definition, when a client wants to connect to a network service in the UK.ACME.COM domain, the Names Server on their behalf will have to go first to the ROOT and ask the ROOT region's Names Server for the address of the UK region's Names Server.

## Defining Local and Foreign Domains in Network Manager

The network administrator must enter the information for domains and other related data within that administrative region by using Network Manager. Domains within each administrative region are known as local (or "domestic") domains from that region's point of view, while all other domains are foreign.

Names are often retrieved across regions, resulting in data from one administrative region entering the Names Servers of another region. Clients never communicate directly with Names Servers in another region; rather, they communicate with a local Names Server and it forwards the request to the desired location. This process is described in more detail in the sections on resolving names to foreign domains.

The following figure shows a client with a default domain of EUROPE.ACME.

AMZ_KOVE_000529069
AMZ_KOVE_000528884



**Figure C – 3 Domestic and Foreign Domains**

From the point of view of the client in the AR2 region, the
EUROPE.ACME and the ROW.ACME domains are domestic and the
ACME and US.ACME domains are foreign. For example, the names
ART.EUROPE.ACME or PASSPORTS.ROW.ACME are resolved directly
using the client's local Names Server. Requests for DEATH.US.ACME or
TAXES.US.ACME, however, can only be answered by a Names Server in
AR1, because they refer to the foreign domain US.ACME. The client
would contact a Names Server in the AR2 region, which in turn would
forward the request to a Names Server in AR1.

Caching Foreign Data

When data is retrieved from a foreign region, the local Names Server
returns the response to the client, and keeps the foreign data in its cache
for a period of time. Foreign data that is retrieved and cached includes
database addresses from foreign regions, and Names Server addresses
that are not part of the system data.

Because the data is stable (that is, it is not likely the data will be
redefined frequently relative to the Time to Live value), caching data
retrieved from another region is a low-cost, effective way to increase
performance in the system. If another user requests the same name, the
local Names Server can respond with the details from the cached data
without forwarding the request.

Data is not only cached in the Names Server supplying the client, it is
stored in all Names Servers the name comes in contact with. Whenever

AMZ_KOVE_000529070
AMZ_KOVE_000528884

data is encountered in any way, subsequent requests will be faster if more Names Servers know the answer.

## Cached Foreign Data's Time To Live (TTL)

If all foreign data were stored indefinitely in other Names Servers, when changes occurred in a particular administrative region, this would invalidate many cached names in many Names Servers in the network.

Because of this, foreign names are only stored in the cache for a predetermined length of time (default is one day) after which they are dropped. This is known as the cached data's Time To Live (TTL) which literally counts down until the time expires and the name is dropped.

The implications are that the foreign data in the cache is never older than the configured TTL. By default, each Names Server will query once per day for each foreign name in its cache, and it will query the Names Server in the region where the foreign name was defined. Once a Names Server gets a foreign name it is valid for the length of time in the configured TTL. After that, if a client requests the name, the Names Server will query the region where the data is considered local.

The actual TTL value for a server is configured by using the Network Manager when the region is defined. All data in the region has the same TTL. You should choose the value based on the likelihood that the data will change, and the anticipation that it will be requested from other regions. Whenever a response is passed between regions, a TTL is set and begins counting down.

Short TTLs propagate changes more quickly, but decrease overall performance because more queries must be resolved at the data source; that is, names must be resolved by retrieving them from the Names Server in the region where the data is considered local.

In the event that source data in a particular region is changed by a network administrator, and the cached data is out of date for the remainder of the TTL, that name can be dropped (before the TTL expires) using the NAMESCTL command FLUSH_NAME.

## Authoritative vs. Non-Authoritative Responses

Retrieved data is considered *authoritative* or *non-authoritative*.

∞ authoritative (local data)—The response to a query is retrieved from the region where the data is considered local.

∞ non-authoritative (foreign data)—The response is from the foreign data section of a Names Server cache. Whenever a Names

AMZ_KOVE_000529071
AMZ_KOVE_000528884

Server is supplying an answer that it cannot guarantee is correct, that answer is termed "non–authoritative".

Many administrators get nervous at phrases like "not guaranteed". Remember that non–authoritative data is simply a performance optimization to avoid having to retrieve data from its authoritative source every time. If the data in a particular Names Server is out of date (that is, the TTL has expired), the Names Server would look up the data in the region where the data is local.

## How Names are Resolved in Delegated Administrative Regions

The term "delegated" refers to a network with multiple administrative regions. Many sites have a single administrative region.

Name resolution among regions is a highly optimized process that minimizes communication between servers. In the absolute case, a region can find any other region by asking a Names Server in the root administrative region for the address of a Names Server in that region. Like foreign name caching, data such as local Names Server addresses and delegated Names Server addresses are also cached (with a TTL) to avoid having to request this data each time a query is made. Also, like foreign data, only the first query to a region requires looking up a Names Server address; all subsequent requests from the local Names Server use the cached system data.

The following sections step through a simple and a complex case of name resolution across regions. Initially, the example assumes that no cross-region traffic has previously occurred, then subsequent requests are described.

### Resolving Names from Foreign Domains

When a name is requested from outside the current administrative region, the following process occurs:

1. The Names Server looks in its foreign data cache for the address of the Names Server it believes is most likely to be authoritative for that name.

2. If the Names Server does not have the address of this Names Server, it queries the root administrative region for the addresses of Names Servers in that region. For the simple case, assume the root returns the address of the Names Server for that region (the authoritative Names Server).

AMZ_KOVE_000529072
AMZ_KOVE_000528884

3. The Names Server then forwards the request to the authoritative Names Server and the result is returned.

4. The Names Server stores that name and result in its foreign data cache, then returns the result to the client.

In most cases this is a simple transaction. Consider the following example:

1. The client in AR2 encounters the name DEATH.US.ACME and sends it to its preferred Names Server in the AR2 region.

2. The Names Server in AR2 determines that the domain is foreign and looks in its system data cache for the Names Server address of the foreign domain in AR1.

3. In this case, the foreign region is the root region (AR1), thus the request is forwarded to a Names Server in AR1 and the result is returned to the Names Server in AR2.

4. The local Names Server in AR2 stores the name in its foreign data cache and returns the name to the client.

   No foreign system data is cached since the root administrative region's Names Servers are already part of every delegated region's defined system data.

### Resolving Multi–Level Names Across Administrative Regions

Finding an authoritative server in a very large distributed administrative hierarchy can require iteration. If, for example, a Names Server asked for the address of a Names Server servicing a grandchild region of the root (two levels down), the root may only know the addresses of one of its direct children, which in turn can supply its children's addresses. In other words, the root forwards the request to its child region, which would forward the request to its child region for the answer.

Figure C – 4 shows this process and the sequence of events assuming that no data has been previously cached.

1. The client sends request to preferred Names Server in its local region (DR1).

2. The preferred Names Server in DR1 issues request for the Names Servers authoritative for the destination server (in region DR2.1).

AMZ_KOVE_000529073
AMZ_KOVE_000528884



Destination Server

**Figure C – 4  Network Messages in a Multi–Level Foreign Name Resolution**

3. The root Names Server does not have the answer (because root only knows about its direct child regions), but forwards the request to a Names Server in region DR2.

4. The receiving server in DR2 forwards the request to a Names Server in region DR2.1.

5. The name is retrieved from its authoritative Names Server in DR2.1.

6. The names Server in region DR2 caches the answer and returns it to the root.

7. The root caches the answer and returns it to the preferred Names Server in region DR1.

8. The preferred Names Server caches the answer and returns it to the client.

9. The client establishes a connection to the destination server.

For the duration of the TTL, subsequent requests for the same name to the same Names Server do not require step 9.

Also for the duration of the TTL, any subsequent requests in DR1 for names in the DR2.1 region are resolved by communicating directly with its servers.

AMZ_KOVE_000529074
AMZ_KOVE_000528884

**More Examples of How Names are Resolved Across Administrative Regions**

Additional examples will make this process clearer. Following are two examples: one which resolves a database service name across regions, and the second which resolves both a database link and a database service name across regions.

> **Note:** These examples extend the naming model enough to explain detailed cross–region name resolution. If you are not using more than one level of delegation, it is not important that you read the sections on multi–level delegation. In practice, five level domain naming models, and three level administrative region delegation are rare.

Figure C – 5 shows a client in the administrative region AR4.1 (default domain JP.ROW.ACME) connecting to the database server BLUE.GA.US.ACME, which performs a distributed query to the database server JAY.LONDON.UK.EUROPE.ACME.

AMZ_KOVE_000529075
AMZ_KOVE_000528884



**Figure C – 5  Name Resolution in a Complex Administrative Hierarchy**

1.  When the client issues the request, the Names Server in the AR4.1
    region looks at the domain name (GA.US.ACME), recognizes it as
    foreign (not local), and issues a request to a root Names Server for
    Names Server addresses in the region with GA.US.ACME.

2.  A root Names Server forwards the request to AR1.

3.  The name is resolved and returned to a Names Server in the root
    region.

4.  The Names Server in the root region returns the request to AR4.1.

5.  The Names Server in region AR4.1 returns the name to the client.

6.  The client establishes a SQL*Net connection to the database server
    BLUE.GA.US.ACME.

Note that the AR4 region is not involved. Resolution goes directly from
the requesting region to the root, then to AR1 directly. Subsequent
requests within AR4.1 for the same name will be resolved from the
Names Server cache in AR4.1 until the Names Server TTL expires.
(Refer to the "Cached Foreign Data Time to Live (TTL)" section earlier in
this appendix) Subsequent requests for other names in the AR1 region
by clients in AR4.1 will not contact the root.

AMZ_KOVE_000529076
AMZ_KOVE_000528884

The same process is followed when a user on the database
BLUE.GA.US.ACME in AR1 uses the global database link
JAY.LONDON.UK.EUROPE.ACME.

1.  The database BLUE.GA.US.ACME contacts its preferred Names
    Server (in region AR1) with a request to resolve
    JAY.LONDON.UK.EUROPE.ACME.

2.  The preferred Names Server in AR1 contacts the root region for the
    addresses of the servers in region AR3.1.

3.  Because the root doesn't have them, it forwards the request to the
    AR3 region of the Name Server.

4.  The Names Server in region AR3 contacts a Names Server in region
    AR3.1 with the name to be resolved.

5.  The Names Server in region AR3.1 resolves the name and returns it
    to the server in region AR3.

6.  The Names Server in region AR3 stores the name in its cache and
    returns the name to the root.

7.  The root region's Names Server caches the name and returns it to
    AR1.

8.  The Names Server in AR1 stores the name in its cache and returns it
    to the server BLUE.GA.US.ACME.

9.  The server BLUE.GA.US.ACME establishes a connection to the
    server JAY.LONDON.UK.EUROPE.ACME. The global database link
    is complete.

Subsequent requests for the JAY.LONDON.UK.EUROPE.ACME global
database link will be identical to the process in steps 1 and 8. As a local
name, it is already optimized. Subsequent requests for the name
JAY.LONDON.UK.EUROPE.ACME will be resolved in the foreign data
cache. Subsequent requests for other names in the AR3 or AR3.1 regions
will be made directly to those regions—the root region is not required.

## Optimizing for Repeated Queries

The Oracle Names system is specifically optimized to ensure that the
costs incurred in examples like the ones above are minimized. After a
small number of inter-region queries, a Names Server will usually know
all of the addresses of the Names Servers in the regions it will contact
that day. It is very infrequent that the number of messages shown in the
previous example is required.

Table C – 3 is a summary of the Names Servers involved in the
client/ server connection between the client in region AR4.1 and the

AMZ_KOVE_000529077
AMZ_KOVE_000528884

server BLUE.GA.US.ACME in region AR1. It includes the Names
Servers involved from each region, the information they learned
(cached), and what they already knew (from the network definition
database).

| Names Server in: | Learned | Already Knew |
|---|---|---|
| region AR4.1 | Service name data: BLUE.GA.US.ACME Addresses of Names Servers in region AR1 | Addresses of Names Servers in region ROOT |
| region AR1 | Nothing | Addresses of Names Servers in region ROOT Service name data: BLUE.GA.US.ACME |

**Table C – 3  Foreign Data Storage in Name Resolution between the Client and
BLUE.GA.US.ACME**

Similarly, resolution of the global database link name
JAY.LONDON.UK.EUROPE.ACME from the Names Server in the AR1
region is performed through the ROOT region, and down the hierarchy
with the following foreign data stored, as shown in Table C – 4.

| Names Server in: | Learned | Already Knew |
|---|---|---|
| region AR1 | Service name data: JAY.LONDON.UK. EUROPE.ACME Addresses of Names Servers in region AR3.1 Addresses of Names Servers in region AR3 | Addresses of Names Servers in region ROOT |
| region AR3.1 | Nothing | Addresses of Names Servers in region ROOT Service name data: JAY.LONDON.UK.EU- ROPE.ACME |
| region AR3 | Service name data: JAY.LONDON.UK.EU- ROPE.ACME | Addresses of Names Servers in region ROOT Addresses of Names Servers in region AR3.1 |

**Table C – 4  Foreign Data Storage in Name Resolution between
BLUE.GA.US.ACME and JAY.LONDON.UK.EUROPE.ACME**

AMZ_KOVE_000529078
AMZ_KOVE_000528884

## Defining Objects in Foreign Domains

In a network with distributed administration, the need to define aliases for network objects in foreign domains will occasionally arise. This need is most common with database links, as any user can create database links in any database where the user has an account and adequate database privileges. For this reason, the network administrator may need to define an alias for a global database in that foreign domain in Network Manager.

For instance, assume the following example is extended to include a second global database link in the Names Server in the AR1 region called HR, as shown in Figure C – 6.



**Figure C – 6  Alias for a Database Defined in a Foreign Domain**

If the database user happens to be in Japan, the name HR.GA.US.ACME can be added through the administrator in region AR4.1 by:

∞ defining the foreign domains US.ACME and GA.US.ACME

∞ creating the alias HR for the database BLUE within the foreign domain GA.US.ACME

Foreign domain definitions only require the name; all other system data is looked up by Oracle Names.

AMZ_KOVE_000529079
AMZ_KOVE_000528884

## Optimizing Performance with Foreign Domain Lookup

To optimize Names Server performance, the network administrator defines all foreign domains in Network Manager. When you start a Names Server, it collects all foreign domain references defined in Network Manager for its administrative region, and requests the addresses of the Names Servers for their regions using the process described earlier in this chapter. The results are stored in the cache in anticipation of names in the foreign domain being requested. Any requests by clients for data in that administrative region can then forward name requests to the regions containing the foreign domains *directly*, without using the root domain to find them.

This initial operation is a series of system queries to store the foreign server addresses in advance of a foreign domain name request. The result is a performance optimization when clients request names from that domain.

Using the example in following figure:

∞ All Names Servers in region AR4.1, at startup, request the addresses of the Names Servers in the AR1 region from the root region. (This is because the GA.US.ACME domain is defined as a foreign domain in the network definition in the AR4.1 region.)

∞ A root region server returns the Names Server addresses and they are stored in the system data cache in the AR4.1 region.

When the client requests the database BLUE.GA.US.ACME in the AR1 region, the request is forwarded from the Names Server in region AR4.1 directly to a Names Server in the AR1 region.

## Foreign Data and Names Servers

All Names Servers in an administrative region share the same local (or "domestic") data as well as the addresses of Names Servers in the root region. All Names Servers in a particular region start with the same pre–defined data, for example, local database names, root region's Name Server addresses, and Names Server addresses in foreign regions. Any other information learned through answering queries will stay in an individual Names Server cache, but other Names Servers in the same region may not have the exact same information at all times. After running for a while, each Name server cache in a region will be unique.

Within a region then, each Names Server may behave differently when resolving a foreign name, depending on its previous experiences and the state of its cache. In all but the rarest occasions, the query results will always be the same.

AMZ_KOVE_000529080
AMZ_KOVE_000528884

## Network Support

In a multi-community TNS network, choosing a multi-protocol node as a Names Server minimizes the number of nodes that need to be installed for redundancy. There is certainly no requirement that the Names Server run on a multiple protocol node; it is a matter of minimizing administrative overhead for complete TNS network naming service coverage.

AMZ_KOVE_000529081
AMZ_KOVE_000528884

# Glossary

**address**  A unique network location used to identify a network object such as a database service, client, Interchange, or Names Server. TNS addresses have a specific format. Addresses must be unique. *See* TNS address and well known address.

**administrative region**  An organizational region is an organizational entity for administering SQL*Net network components. Each administrative region includes:

∞ one or more domains

∞ one or more Oracle Names Servers

∞ TNS network definition

  – one or more communities

  – zero or more Interchanges

∞ network object definitions

**alias**  An alternate name for an existing network object. Once created, alias resolution is the same as resolving the initial object. For example, if an alias named PAYCHECK.WORLD is created for the database service PAYROLL.WORLD, the following commands are equivalent:

```
sqlplus scott/tiger@PAYCHECK.WORLD
sqlplus scott/tiger@PAYROLL.WORLD
```

**authoritative response**  A Names Server response from the source, or owner, of the data requested. The source is any Names Server in the same administrative region as the requested name.

**backbone data**  See *network data.*

**cache**  The in-memory database within a Names Server where all data is stored. The cache has three basic sections: the system cache, the authoritative data cache, and the non-authoritative data cache, which represent different types of data with different refresh frequencies.

**central administration**  A SQL*Net network in which all data is administered in one administrative region.

**client profile**  The properties of a client, often shared by many clients. Includes the protocols used, preferred Interchanges, preferred Names Servers. Also called "client type".

**community**  A group of network clients and servers using TNS-based software that can communicate using the same industry-standard protocol.

AMZ_KOVE_000529082
AMZ_KOVE_000528884

**configuration files** Files that are used to identify and characterize the components of a network. Configuration is largely a process of naming network components and identifying relationships among those components.

**connect descriptor** A specially formatted description of the destination for a network connection. Connect descriptors are constructed using a set of keywords and values. They are mapped to *service names* to provide more convenient reference.

**database service name** See *service name*.

**database link** A network object stored in the local database or in the network definition that identifies a remote database, a communication path to that database, and optionally, a username and password. Once defined, the database link is used to access the remote database. Also called DB link.

A public or private database link from one database to another is created on the local database by a DBA or user.

A global database link is created automatically from each database to every other database in a network with Oracle Names. Global database links are stored in the network definition.

**default domain** The domain within which most client requests take place. It could be the domain where the client resides, or it could be a domain from which the client requests network services often. A client configuration parameter determines what domain should be appended to unqualified network name requests. A name request is unqualified if it does not have a "." character within it.

**delegated administration** A SQL*Net network where network management is delegated to one or more administrative regions below the root administrative region. Each region is administered through an installation of the Network Manager. Also referred to as "distributed administration" and "decentralized administration".

**delegated administrative region** A region that is hierarchically below the root administrative region. Any region other than the root administrative region.

**decentralized administration** See *delegated administration*.

**distributed administration** See *delegated administration*.

**domain** A grouping of network objects, such as databases, that simplifies the naming of network services. Within a domain, all the names must be unique.

**domestic domains** The set of domains that are managed within a given administrative region. Domains are only domestic relative to a region; they are never domestic in any absolute sense. Also referred to as *local domains*.

**dynamic discovery** The process whereby well-known naming service addresses are hardcoded into both the Oracle Names Server and its clients. Oracle Names Servers are available at these well known addresses, so that clients do not need to be told, by way of configuration files, where to find the server. All listeners and databases register themselves automatically with an Oracle Names Server at a specific well-known name and address.

AMZ_KOVE_000529083
AMZ_KOVE_000528884

**flat naming model**  An Oracle Names
infrastructure in which there is only one
domain. All names must be unique within
that domain.

**foreign domains**  The set of domains not
managed within a given administrative
region. Domains are only foreign relative to
a region; they are not foreign in any absolute
sense. A network administrator typically
defines foreign domains relative to a
particular region in the Network Manager to
optimize Names Server caching
performance.

**global database link**  A database link created
automatically by the Network Manager for
use with Oracle Names that links each
database in a network to all other databases.
This enables any user of any database in the
network to specify a global object name in a
SQL statement or object definition. (The
global object name for the DBlink must be
the same as the database service name.)

**global database name**  A unique name that
identifies a database in a network. It
consists of a database name and its network
domain name. For example,
HR.US.ORACLE.COM is comprised of a
database name component HR and a
network domain component
US.ORACLE.COM.

**hierarchical naming model**  An Oracle Names
infrastructure in which names are divided
into multiple hierarchically-related
domains. You can use the hierarchical
naming model with either central or
delegated administration.

**logging**  A feature in which client or server
errors, service activity, and statistics are
written to a log file. *See also* tracing.

**MultiProtocol Interchange**  An Oracle
network product that allows applications in
TNS networks to communicate across
different protocols. For example, a TCP/IP
client could connect through an Interchange
to an Oracle7 server running only DECnet.

**naming model**  The set and structure of
domains within which names can be
allocated.

In a flat naming model, there is a single
domain.

In a hierarchical naming model, the highest
level is the root domain, and all other
domains are hierarchically related.

**network administrator**  The person who
performs network management tasks such
as installing, configuring, and testing
network components. The administrator
typically maintains the configuration files,
TNS connect descriptors and service names,
aliases, and public and global database
links.

**network data**  Also called *backbone data*.
Includes all communities and MultiProtocol
Interchanges in the entire network, and all
Names Servers in the root administrative
region. Because backbone data is common
to all administrative regions, all delegated
administrative regions must have an
identical copy of the backbone data.
Backbone data is entered identically into
each installation of the Network Manager.

AMZ_KOVE_000529084
AMZ_KOVE_000528884

**network definition** The network configuration created by the Network Manager fully describes one region. When you enter and save information in the Network Manager, it creates a network definition in an operating system file or a database. It generates configuration files from the network definition, and uses it as a data source for Oracle Names.

**Network Manager** The graphical tool for configuring and maintaining services in a SQL*Net network, including SQL*Net, MultiProtocol Interchange, and Oracle Names. Each *administrative region* runs a separate copy of the Oracle Network Manager.

**network objects** The types of network names stored in an Oracle Names Server. These includes database service names, global database links, and aliases.

**non-authoritative data** If a Names Server returns a name from its foreign cache without asking the authoritative Names Server, this name is termed "non-authoritative". The name is termed "authoritative" if the data source was asked.

**ORACLE_HOME** An alternate name for the top directory in the Oracle directory hierarchy on some directory-based operating systems.

**Oracle Names** A name resolution system for Oracle7 and SQL*Net networks. Oracle Names includes:

∞ one or more Oracle Names Servers

∞ one or more Oracle Network Manager tool installations

**Oracle Names infrastructure** A set of initial decisions and policies that govern how names are allocated, and how Oracle Names operates. The infrastructure defines how users and administrators interact with the Oracle Names system.

**Oracle System Identifier (SID)** A unique name for an Oracle database instance. To switch between Oracle databases, users must specify the desired SID. The SID is included in the CONNECT DATA parts of the connect descriptors in a TNSNAMES.ORA file, and in the definition of the network listener in the LISTENER.ORA file.

**Oracle Names Server (Names Server)** The name resolution software for efficiently answering name requests.

**password** A string (word or phrase) used for data security and known only to its owner. Passwords are entered in conjunction with an operating system login ID, Oracle username, or account name, in order to connect to an operating system or software application (such as the Oracle database). Whereas the username or ID is public, the secret password ensures that only the owner of the username can use that name, or access that data.

**preferred Names Server** The Names Server(s) preferred by a client for names resolution; usually the Names Server that is physically closest to the client, or available over the least expensive network link.

**private database link** A DBlink created by one user for his or her exclusive use. Also see *public database link, database link,* or *global database link.*

**public database link** A database link created by a DBA on a local database which is accessible to all users on that database. Also see *database link* and *global database link.*

**root domain** The highest level domain in a hierarchical naming model.

**root administrative region** The highest level administrative region in a distributed installation. The root administrative region contains the root domain.

AMZ_KOVE_000529085
AMZ_KOVE_000528884

**service name**   A name for a TNS service that is easy to use and remember. End users need only know the appropriate service name to make a TNS connection. Each connect descriptor is assigned a service name in the network definition. The service name for a database link must be the same as the global database name.

**service replication**   A process that fully replicates a directory system on the network. New services need to register with only one Names Server. The service replication process automatically distributes the new registration to to all other active Names Servers on the network.

**SQL*Net**   An Oracle product that works with the Oracle Server and enables two or more computers that run the Oracle RDBMS or Oracle tools such as SQL*Forms to exchange data through a network. SQL*Net supports distributed processing and distributed database capability. SQL*Net runs over and interconnects many communications protocols.

**system or topology data**   Data used by the Names Server to control regular functioning or communicate with other Names Servers. Includes communities, Interchanges, root region's Names Servers, and any delegated regions' Names Servers.

**TNS**   A foundation technology, built into SQL*Net V2.x, the MultiProtocol Interchange, and Oracle Names, that works with any standard network transport protocol. Also called Transparent Network Substrate.

**TNS address**   An address of a client or network service on a TNS community, which identifies the community to which it belongs, the protocol used by that community, and some protocol-specific values. One TNS client or network service may have multiple TNS addresses if it resides in multiple communities.

**TNS communities**   A group of Oracle applications running on computers that communicate using the same network protocol.

**TNS network**   One or multiple TNS communities connected by MultiProtocol Interchanges. All members of a TNS network can communicate regardless of the protocol they run.

**tracing**   A facility that writes detailed information about an operation to an output file. The trace facility produces a detailed sequence of statements that describe the events of an operation as they are executed. Administrators use the trace facility for diagnosing an abnormal condition; it is not normally turned on.

**username**   The name by which a user is known to the Oracle Server and to other users. Every username is associated with a password, and both must be entered to connect to an Oracle database.

**well-known address**   In Dynamic Discovery networks, these are addresses for one or more Names Servers which are hardcoded into both the Oracle Names Server and its clients. Oracle Names Servers then become available at these well known addresses, so that clients do not need to be told, by way of configuration files, where to find the server.

AMZ_KOVE_000529086
AMZ_KOVE_000528884

AMZ_KOVE_000529087
AMZ_KOVE_000528884

# Index

## A

adding database names, 7 – 4
adding services, in Oracle Names, 1 – 6
addresses, Names Server, without DDO, 3 – 17
administering Oracle Names, 1 – 6
administration
  choosing type of, 4 – 5
  decentralized, 4 – 5
  network, 1 – 4
administrative domain, 3 – 12
administrative policy recommendations, 4 – 5
administrative region
  common data, 4 – 4
  network objects configuration, 3 – 17
  root, 3 – 12
  Names Server in, without DDO, 3 – 11
  Names Server requirements, 4 – 6
administrative regions, 3 – 8
  changing, 7 – 3
  configuration, 3 – 17
  decentralizing, 3 – 11
  definition, 3 – 2
  delegated, 3 – 16
  delegating, 3 – 12
  example, 3 – 12
  examples of invalid, 3 – 14
  multiple, 3 – 12
  rules for delegating, 3 – 13
  and Names Servers, 3 – 10
  contents, 3 – 9, 3 – 17
  dividing into multiple, 4 – 4
administrator's role, client profile, C – 2

advantages, of Oracle Names, 1 – 4
aliases
  defining in Network Manager, 3 – 17, 6 – 21
  definition, 1 – 5
  for databases or links, 6 – 21
  including in Names, 6 – 21
  needed in Dynamic Discovery Option, 2 – 3
aliases, service name, configuring, 6 – 21
allocating administrative regions, types, 4 – 5
aniticipate growth, in network, 4 – 3
applications, naming, 3 – 4
authoritative, in Oracle Names Server, 3 – 3
authoritative answers, 7 – 9
authoritative response, definition, C – 12
authoritative server, finding, C – 14
AUTHORITY parameter, using with QUERY,
  7 – 9
average response time, A – 19

## B

base domains, 4 – 2
batch command mode, NAMESCTL, A – 2

## C

cache data, 2 – 7, 3 – 3
caching data, C – 11
caching foreign names, C – 21
CCHnnnnn.ORA file, 2 – 8

AMZ_KOVE_000529088
AMZ_KOVE_000528884

central administration, 3 – 10
  one Network Manager, 3 – 10
centralized administrative regions, examples,
  3 – 10
CFGnnnnn.ORA file, 2 – 8
changes
  client profile, C – 2
  in administrative regions, 3 – 11
  network data, 3 – 16
changing database names, 7 – 4
changing objects, 1 – 4
checkpoint configuration, 2 – 8
checkpoint file, update interval, 6 – 4
checkpoint files, 2 – 7
Choices for Dynamic Discovery, in a network,
  1 – 3
choosing a naming model, 4 – 2
client
  default domain, 7 – 6
  definition, 3 – 17
  network object request, 7 – 6
  parameters, 6 – 13
client communication, C – 10
client configuration, 7 – 6
client file, out–of–date, 7 – 10
client profile
  default, C – 4
  configuration files, C – 4
client profile, editing, changing preferred
    Names Server, 6 – 11
client profiles
  changes, C – 2
  defining, 6 – 10
  limiting the number, C – 4
  number required, C – 4
  sample, C – 2
  sharing, 6 – 11, C – 2, C – 4
command line mode, NAMESCTL, A – 2
command summary, NAMESCTL, A – 5
command types, NAMESCTL, A – 2
comments, in batch mode, A – 2
common data, in administrative regions, 4 – 4
common problems, with Names Servers, 7 – 8

communities
  definition of, 3 – 17
  in network, 3 – 4
  in root administrative region, 3 – 15
  Names Servers, 4 – 6
  protocols on node, 3 – 4
community based model, of network, 3 – 4
compatibility, between versions, 1 – 4
components, Names Server, 2 – 6, 3 – 3
computer platforms, Oracle Names, 4 – 7
configurable parameter settings, current set-
    tings, 2 – 8
configuration
  administrative regions and domains, 3 – 17
  Names Server, 3 – 17, 7 – 7
configuration error, 7 – 10
configuration files
  sharing, C – 4
  client profile, C – 4
  distributing, 7 – 1
  for non–default values, in the DDO, 2 – 3
configuration parameters
  client, 6 – 11
  client, 6 – 13
  Names Server, 6 – 4
  Oracle Names, 6 – 4
  Oracle Names control utility, 6 – 17
  scope, 6 – 12
configuration process, steps in, 6 – 2 to 6 – 4
configuration settings, overriding, A – 3
configured log file, statistics, A – 12
confirmation, setting requirement, 6 – 17
confirmation mode, changing, A – 5
connection qualifiers, using, multiple database
    links, 6 – 20
connection time, through an Interchange, 4 – 7
connections, maximum Names Server, 6 – 7
control utility, Oracle Names, A – 1
control utility environment, changing proper-
    ties, A – 3
CPU requirements, for Names Server, 4 – 8
crash, Names Server, 2 – 8

create new network, using Dynamic Discovery
   Option, 5 – 4 to 5 – 6
cross–region name resolution, C – 13
current Names Server, A – 39, A – 40
current tracing level, A – 36
   determing, A – 43

# D

data changes
   managing, 3 – 16
   requesting, 7 – 2
   TTL value, C – 12
   checking for, A – 18
   large volume, A – 9
   Names Server, 7 – 4
data definitions, for delegated regions, 3 – 16
data volume, 3 – 11
database link
   in distributed database, 3 – 18
   use by Names Server, 7 – 7
database link security, 7 – 7
database links, 7 – 5
   creating, C – 20
   resolving, 7 – 7
   defining in Network Manager, 6 – 19
   global, 1 – 5
database service name, definition, 1 – 5
database service names, 7 – 5
database services, defining in Network Manag-
   er, 3 – 17
databases, deleting, C – 7
dead connection detection, in SQLNET.ORA
   file, 5 – 15
decentralizing administration, 3 – 11
   to solve duplicate name requests, 4 – 3
decisions, when planning for Oracle Names, 4
   – 1
dedicated Names Server, in SQLNET.ORA file,
   5 – 15
default client profile, C – 4
default domain, 3 – 8
   displaying, 7 – 8
   defining for client, 6 – 11

determining, A – 33
Default domains, in Dynamic Discovery net-
   works, 2 – 5 to 2 – 7
default domains, illustrated, 3 – 9
default settings, overriding, A – 3
DEFAULT_DOMAIN, initial setting, A – 22
defining client profiles, 6 – 10
delegated administration, 4 – 5
delegated administrative installations, estab-
   lishing, 4 – 5
delegated administrative region, requirements
   for establishing, 4 – 6
delegated administrative regions
   creating foreign objects, C – 20
   illustrated, 3 – 12
   requirements, 3 – 16
   child regions, 3 – 16
delegating administration, 3 – 11
delegating administrative regions, rules, 3 – 13
delegating authority, from central region, C – 5
deleting database names, 7 – 4
difference between, communities and domains,
   3 – 9
directory
   log file, 6 – 5
   NAMESCTL trace file, 6 – 18
   trace files, 6 – 8
disable out of band breaks, in SQLNET.ORA
   file, 5 – 15
distributed administration, RELOAD, A – 18
distributed administrative installations, non–
   authoritative data, 7 – 4
distributed configurations, system queries, A
   – 41
distributed databases, database links, 7 – 7
distributed global name resolution, C – 13
distributed installation, data changes, 3 – 16
distributed operation, NAMESCTL program,
   A – 3
distributing configuration files, 7 – 1
DNS internet model, adapting names for, 4 – 3
domain, naming considerations, 3 – 8
domain based model, example, 3 – 5 to 3 – 7

AMZ_KOVE_000529090
AMZ_KOVE_000528884

domain hierarchy, 3 – 13

Domain Name Service, global naming conventions, 4 – 2

Domains, change in treatment, for Dynamic Discovery networks, 2 – 4

domains
  configuration, 3 – 17
  in administrative regions, 3 – 13
  naming levels, 3 – 13
  subdividing, 4 – 3
  definition, 3 – 7
  types, C – 10

domains and communities, differences, 3 – 9

duplicate name requests, avoiding, 4 – 3

Dynamic DIscovery, in a network, 2 – 3 to 2 – 5

Dynamic Discovery, 1 – 1
  choices, 1 – 3 to 1 – 5
  components of, 2 – 6 to 2 – 8
  create new network, 5 – 4 to 5 – 6
  in your network, 2 – 3 to 2 – 5
  non-default parameters, 5 – 13
  upgrading to, 5 – 1 to 5 – 17

Dynamic Discovery Option, 6 – 2
  limitations, 2 – 1
  rules for upgrades, 5 – 3 to 5 – 5

Dynamic Discovery registration, 2 – 2

Dynamic service registration, 2 – 2

# E

environments supported, Oracle Names, 4 – 7

errors, name resolution, A – 9

EXIT command, NAMESCTL program, A – 8

# F

failures
  Oracle Names, 7 – 5
  tracing, A – 25

files, checkpoint, 2 – 8

flat naming model, 3 – 6
  default domain, 6 – 11
  growth considerations, 4 – 3
  illustrated, 3 – 7

FLUSH command, 7 – 4
  using, 7 – 5
  using on individual objects, 7 – 6
  effect, 7 – 5
  NAMESCTL program, A – 9

FLUSH_NAME command, C – 12
  NAMESCTL program, A – 10

flushing multiple Names Servers, 7 – 5

foreign data
  removing, 7 – 5
  flushing, A – 9

foreign data cache, C – 11
  non-authoritative response, C – 12
  time limit, C – 12
  when out-of-date, C – 12

foreign data cache checkpoint, 2 – 8

foreign data caching, affects, C – 18

foreign database link, example, C – 20

foreign domains
  definition, C – 10
  marking, C – 8

foreign name resolution
  examples, C – 16
  simple case, C – 13

foreign names, locating directly, C – 21

foreign names data, invalid, C – 12

foreign names retrieval, C – 12

foreign objects, definition, C – 20

foreign regions, defining, C – 8

foreign server addresses, storing, C – 21

forwarder, definition of, 2 – 7, 3 – 3

# G

global database links
  defining in Network Manager, 6 – 19
  definition, 1 – 5

global database name, 1 – 5

global database names, restrictions, 6 – 21

global links, specifying username and password, 6 – 20

global name requests, 6 – 11

AMZ_KOVE_000529091
AMZ_KOVE_000528884

global name resolution
client/ server, 3 – 17
client/ server steps, 3 – 18
database link steps, 3 – 20
database links, 3 – 19
distributed, C – 13
global naming standards, 4 – 2

# H

handling data change requests, on a Names
Server, 7 – 2
HELP command, NAMESCTL program, A –
11
hierarchical naming model, 3 – 7
illustrated, 3 – 7
illustrated, 3 – 8
how networks work, with the DDO, 2 – 3

# I

inaccurate data, using the FLUSH command, 7
– 5
informational commands, NAMESCTL, A – 2
infrastructure, Oracle Names, 3 – 1
installation policies, recommended, 4 – 5
installations, multi–community, 4 – 7
Interchanges
part of network, 3 – 15
using preferred, C – 4
internet, global naming conventions, 4 – 2
introduction to Oracle Names, 2 – 1 to 2 – 8
invalid administrative regions, examples, 3 –
14
invalid data, in Names Server, 7 – 9

# K

key components, Oracle Names, 2 – 6, 3 – 2

# L

layout, network, 3 – 4
levels of tracing, A – 25
load balancing, C – 4
using multiple Names Servers, 4 – 6
local region, 3 – 12
LOG_STATS command, NAMESCTL program,
A – 12
logging and tracing parameters, in SQLNET.O-
RA file, 5 – 15
logging frequency, changing, A – 24
logging statistics, Names Server, A – 12

# M

mail account, using for Oracle Names, 7 – 2
maintaining Names Servers, 7 – 1, 7 – 4
maintenance considerations, Names Servers, 4
– 8
memory required, 1 – 7
merging naming models, example, 4 – 4
Migration rules, B – 4
modes of operation, NAMESCTL, A – 2
modifier commands, NAMESCTL, A – 2
multi–community installations, recommenda-
tions, 4 – 7
multi–protocol node, advantages, 4 – 8, C – 22
multiple administrative regions, 3 – 12, 4 – 4
name resolution, C – 13
multiple communities, Names Servers, 4 – 6
multiple database links, defining, 6 – 20
multiple domains, 3 – 8, 3 – 9
multiple Names Servers
flushing, 7 – 5
system performance, 4 – 6
multiple servers
accessing, 6 – 11
testing, 7 – 4

AMZ_KOVE_000529092
AMZ_KOVE_000528884

switching between, A – 29
multiple user accounts, security, 7 – 8
MultiProtocol Interchanges
    definition of, 3 – 17
    in root administrative regions, 3 – 15

# N

name data requests, installation policy, 4 – 5
name requirements, region, 3 – 10
name resolution
    complex case, C – 16
    cross–region, C – 13
    distributed environment, 3 – 19
    distributed global, C – 13
    multi–level foreign, C – 14
    process, 3 – 18
    results, C – 21
    sample foreign, C – 16
    single administrative region, 3 – 17
name resolution errors, A – 9
name resolution process, client/ server exam-
    ple, 3 – 18
name retrieval, foreign, C – 11
names cache, definition, 2 – 7, 3 – 3
Names Control Utility, affecting through
    Oracle Network Manager, 6 – 2
names requirements, using flat model, 3 – 7
names resolution, repeated queries, C – 18
Names Server
    availability, A – 27
    available data, C – 21
    changing parameter settings, A – 1
    changing properties, A – 3
    checking availability, 7 – 10
    checkpoint files, 2 – 8
    components, 2 – 6
        without the DDO, 3 – 3
    components in DDO, 5 – 2 to 5 – 4, B – 1 to B
        – 3
    configuration, 3 – 17
    CPU availability, 4 – 8
    current, A – 39, A – 40
    determining search path, 7 – 10
    ensuring reliability, 3 – 10
    entering address, 4 – 9

entering password, 4 – 9
hints, C – 9
in administrative regions, 3 – 11
log file, 4 – 9
log file name, 6 – 6
logging statistics, A – 12
maintenance, 7 – 4
management, A – 1
maximum connections, 6 – 7
name, 6 – 8
network support, 4 – 8
parameters, 6 – 4
preferences, C – 4
preferred, 6 – 11
proximity of data access, 4 – 7
repercussions of unavailability, 4 – 7
requirements for communities, 4 – 7
resetting statistics, A – 20
role of, 3 – 18
security, A – 46, A – 48
selection criteria, 4 – 8
shutting down, 7 – 2
starting, 5 – 5, 5 – 8, 5 – 11, 7 – 2
startup, 2 – 8, 5 – 6, A – 46, A – 48
startup example, A – 48
statistics, A – 50
stopping, A – 45, A – 52
trace file, 4 – 9, 6 – 8
unavailability, 4 – 6
using preferred, C – 4
well–known, 1 – 2
where installed, 4 – 7
Names Server components
    illustrated, 2 – 7
    without the DDO, illustrated, 3 – 4
Names Server configuration, 7 – 7
Names Server data
    installation policy, 4 – 5
    testing, A – 15
Names Server failure, diagnosing, 7 – 8
Names Server failures
    names not retrieved, 7 – 8
    Names Server not found, 7 – 10
    parameter file not found, 7 – 11
Names Server functions, without DDO, 3 – 2 to
    3 – 4
Names Server maintenance, 4 – 5

AMZ_KOVE_000529093
AMZ_KOVE_000528884

Names Server nodes, selecting, 4 – 8
Names Server requirements, 1 – 6
Names Servers
  changes in root, 3 – 16
  checking for data changes, 7 – 4
  handling changes, 7 – 4
  in delegated regions, 3 – 15
  in root adminstrative region, 3 – 15
  in root region, 3 – 16
  maintaining, 7 – 1
  number in administrative regions, 3 – 10
  pointing to, 7 – 9
  reloading all, 7 – 4
  setting preferred Names Servers, 5 – 15
  testing, 7 – 4
Names Servers, preferred, in SQLNET.ORA, 6
  – 11
names.cache_checkpoint_file, Names Server
  parameter, 6 – 4
names.cache_checkpoint_interval, Names
  Server parameter, 6 – 4
names.default_domain, client parameter, 6 – 13
NAMES.DEFAULT_DOMAIN parameter, 7 – 6
names.log_directory, names Server parameter,
  6 – 5
names.log_file, Names Server parameter, 6 – 6
names.log_stats_interval, Names Server pa-
  rameter, 6 – 6
names.max_open_connections, Names Server
  parameter, 6 – 7
NAMES.ORA file, A – 4
  missing, 7 – 11
names.preferred_servers, client parameter, 6 –
  14, 6 – 15
NAMES.PREFERRED_SERVERS parameter, 7
  – 9
  address, 7 – 10
  client, 7 – 6
  on Names Server, 7 – 7
names.reset_stats_interval, Names Server pa-
  rameter, 6 – 7
names.server_name, Names Server parameter,
  6 – 8
names.trace_directory, Names Server parame-
  ter, 6 – 8

names.trace_file, Names Server parameter, 6 –
  8
names.trace_level, Names Server parameter, 6
  – 9
names.trace_unique, Names Server parameter,
  6 – 9
NAMESCTL
  SHOW TRACE_LEVEL command, A – 43
  SHUTDOWN command, A – 45
  START command, A – 46
  STARTUP command, A – 48
  STATUS command, A – 50
  STOP command, A – 52, A – 53, A – 55
  basic operations, 7 – 2
  EXIT command, A – 8
  FLUSH command, A – 9
  FLUSH_NAME command, A – 10
  for administering Oracle Names, 1 – 6
  HELP command, A – 11
  LOG_STATS command, A – 12
  modes of operation, A – 2
  overview, A – 2
  parameter options, A – 3
  PING command, A – 13
  QUERY command, A – 14
  QUIT command, A – 16
  RELOAD command, A – 17, A – 18
  REPEAT command, A – 19
  RESET_STATS command, A – 20
  RESTART command, A – 21
  security, A – 4
  SET DEFAULT_DOMAIN command, A – 22
  SET LOG_STATS_INTERVAL command, A –
    23, A – 24
  SET NAMESCTL_TRACE_LEVEL com-
    mand, A – 25
  SET PASSWORD command, A – 26
  SET REQUESTS_ENABLED command, A –
    27
  SET RESET_STATS_INTERVAL command, A
    – 28
  SET SERVER command, A – 29
  SET TRACE_LEVEL command, A – 30
  SHOW CACHE_CHECKPOINT_INTERVAL
    command, A – 31
  SHOW DEFAULT_DOMAIN command, A –
    33

AMZ_KOVE_000529094
AMZ_KOVE_000528884

SHOW FORWARDING_AVAILABLE command, A – 32
SHOW LOG_FILE_NAME command, A – 34
SHOW LOG_STATS_INTERVAL command, A – 35
SHOW NAMESCTL_TRACE_LEVEL command, A – 36
SHOW REQUESTS_ENABLED command, A – 37
SHOW RESET_STATS_INTERVAL command, A – 38
SHOW SERVER command, A – 39
SHOW STATUS command, A – 40
SHOW SYSTEM_QUERIES command, A – 41
SHOW TRACE_FILE_NAME command, A – 42
SHOW VERSION command, A – 44, A – 56
NAMESCTL commands, confirmation mode, A – 5
NAMESCTL parameters, adding to SQLNET.ORA file, 6 – 4, 6 – 12
NAMESCTL program
  using the FLUSH command, 7 – 5
  using the PING command, 7 – 4
  using the QUERY command, 7 – 5
  using the SHUTDOWN command, 7 – 2
  using the STARTUP command, 5 – 5, 5 – 8, 5 – 11, 7 – 2
  command summary, A – 5
  scope, A – 3
  SET FORWARDING_AVAILABLE, A – 23
NAMESCTL reference, A – 1
NAMESCTL utility
  specifying configuration parameters, 6 – 12
  tracing, 6 – 17
NAMESCTL utility tasks, 7 – 2
namesctl.noconfirm, client parameter, 6 – 17
NAMESCTL.PASSWORD, in SQLNET.ORA, A – 4
namesctl.server_password, client parameter, 6 – 19
namesctl.trace_directory, client parameter, 6 – 18
namesctl.trace_file, client parameter, 6 – 18
namesctl.trace_level, client parameter, 6 – 17

namesctl.trace_unique, client parameter, 6 – 18
naming considerations, domains, 3 – 8
naming model
  adapting to DNS, 4 – 3
  choosing, 4 – 2
  flat, 3 – 6
  for multiple regions, 3 – 11
  hierarchical, 3 – 7
naming standards, using existing, 4 – 2
network
  changes, 3 – 15
  client definitions, 6 – 11
  communities, 3 – 5
  community based model, 3 – 4
  domain based model, 3 – 4
network administration, 1 – 4
network administrator, updating Names Servers, 3 – 11
network components, with the DDO, 5 – 2 to 5 – 4
network data
  changes, 3 – 16
  changing, 3 – 16
  configuration, 3 – 17
  definition, 3 – 15
  definition of, 3 – 15, 4 – 4
  maintaining, 3 – 15
  Names Servers in root, 3 – 15
network definition, 3 – 17
  role in configuration process, 6 – 2 to 6 – 4
network layout, views, 3 – 4
network load balancing, for Names Servers, 5 – 16
Network Manager installations, 3 – 8
network object, client request, 7 – 6
network objects, 1 – 5
  configuration, 3 – 17
  naming models, 3 – 6
  testing, 7 – 5
  sharing definitions, 1 – 4
  types, 1 – 5
network protocol, 1 – 6
network support considerations, Names Server, 4 – 8
NL–00462 error, 7 – 11

AMZ_KOVE_000529095
AMZ_KOVE_000528884

NNL–00018 error, 7 – 10
non–authoritative, in Oracle Names Server, 3 – 3
non–authoritative answers, 7 – 9
non–authoritative data
  in distributed installations, 7 – 4
  removing, 7 – 5
non–authoritative response, definition, C – 12
non–default parameters
  in SQLNET.ORA file, 5 – 14
    dead connection detection, 5 – 15
  with Dynamic Discovery, 5 – 13 to 5 – 15
number of client profiles, C – 4

# O

object names, using, 1 – 4
operating system, executing NAMESCTL commands, A – 2
operating systems, and Oracle Names, 4 – 8
operational commands, NAMESCTL, A – 2
Oracle Names
  availability, 4 – 8
  client definitions, 6 – 11
  failures, 7 – 5
  multiple installations, 4 – 3
  organizational rules, 3 – 1
  supported platforms, 4 – 7
  user access, 4 – 6
  administration, 1 – 6
  benefits, 1 – 4
  configuration parameters, 6 – 12
  control utility reference, A – 1
  CPU, memory requirements, 4 – 8
  description, 1 – 2
  key components, 2 – 6, 3 – 2
  parameters, 6 – 4
  user, 1 – 6
  users, 1 – 6
  with the DDO, 2 – 2
Oracle Names architecture
  with the Dynamic Discovery Option, 2 – 4 to 2 – 6
  without the Dynamic Discovery Option, 3 – 2 to 3 – 4

Oracle Names control utility, parameters, 6 – 17
Oracle Names request, 7 – 2
Oracle Names request form, sample, 7 – 3
Oracle Names Server
  configuration, 3 – 17
  system requirements, 1 – 6
  what is stored, 1 – 5
    with Dynamic Discovery Option, 1 – 6 to 1 – 8
Oracle Network Manager, 1 – 6
  administrative region, 3 – 2
  definition, 3 – 2
  one per region, 3 – 17
  uses, 3 – 17
overriding default settings, A – 3

# P

parameter file, missing, 7 – 11
parameter settings, changing, A – 1
parameters
  client, 6 – 13
  Names Server, 6 – 4
  Oracle Names, 6 – 4
  Oracle Names control utility, 6 – 17
parent region, highest level, 4 – 5
password
  omitting, 7 – 8
  encryption, A – 4
  NAMESCTL program, A – 4
  server, 6 – 19
passwords, operations requiring, A – 26
PCs supported, Oracle Names, 4 – 8
performance, C – 11
  and name sources, C – 13
PING, time to contact server, 7 – 4
PING command, 7 – 6
  using, 7 – 4, 7 – 9
  NAMESCTL program, A – 13
Planning for Oracle Names, 4 – 1
  choosing a naming model, 4 – 2
  choosing administrative regions, 4 – 4
  choosing multiple servers, 4 – 6

AMZ_KOVE_000529096
AMZ_KOVE_000528884

choosing nodes for Names Servers, 4 – 7
platforms supported, Oracle Names, 4 – 7
policies
    distributing data changes, 3 – 16
    naming, 4 – 2
    recommended administrative, 4 – 5
preferred Names Servers, 6 – 11
privileged operations, A – 26
program mode, NAMESCTL, A – 2
properties, changing, A – 3
protocol, requirements, 1 – 6
protocol requirements, 1 – 6
protocol–based communities, 3 – 15

## Q

QUERY command, 7 – 6
    using, 7 – 5, 7 – 9
    using AUTHORITY, 7 – 9
    using TRACE, 7 – 10
    NAMESCTL program, A – 14
QUIT command, NAMESCTL program, A – 16

## R

reference, Oracle Names control utility, A – 1
region name
    definition of, 3 – 10
    how to define, C – 6
    requirements, 3 – 10
region objects, 4 – 5
regions
    contacting, 3 – 16
    entering in Network Manager, 4 – 5
registration, dynamic, 1 – 2
related publications, iv
RELOAD command, NAMESCTL program, A
    – 17, A – 18
reloading all Names Servers, 7 – 4
reloading data, effect of, 7 – 4
reloading Names Servers, from Network Man-
    ager, 7 – 4
remote domains, definition, C – 9

removing individual data, 7 – 6
removing non–authoritative data, 7 – 4, 7 – 5
REPEAT command, NAMESCTL program, A –
    19
replication, of service definitions, 1 – 2, 2 – 2, 2
    – 3
request processor, activities, 2 – 7, 3 – 3
requests, allowing, A – 27
requirements
    client configuration, 7 – 6
    delegated administrative regions, 3 – 16
    root administrative region, 3 – 15
    for Oracle Names Server, 1 – 6
    for upgrading to DDO, 5 – 4
    Names Server configuration, 7 – 7
    region name, 3 – 10
RESET_STATS command, NAMESCTL pro-
    gram, A – 20
response authority, C – 12
response time
    measuring, 7 – 4
    average, A – 19
response times, displaying, A – 13
restart, Names Server, 2 – 8
RESTART command
    removing non–authoritative data, 7 – 4
    NAMESCTL program, A – 21
Roadmap for documentation, 1 – 7
    running without the Dynamic Discovery Op-
        tion, 1 – 8
    setting up a new network, 1 – 7
    setting up an existing network, 1 – 7
root administrative region, 3 – 12, 3 – 15
    infrastructure data, 3 – 15
    requirements, 3 – 15
root domain, 3 – 7, 3 – 12
    definition of, 3 – 9
root Names Servers, 3 – 16
root region, 4 – 5
    configuration, 3 – 12
    data definition requirements, 3 – 15
root region's domains, required by every re-
    gion, 3 – 15

rules, for delegating administrative regions, 3 – 13

# S

search path, determining, 7 – 10
Secure Network Services, in SQLNET.ORA file, 5 – 15
security
  database links, 7 – 8
  Names Server, A – 46, A – 48
  NAMESCTL program, A – 4
  password, 6 – 19, A – 4
service replication, 1 – 2
SET DEFAULT_DOMAIN command, NA-MESCTL program, A – 22
SET FORWARDING_AVAILABLE, NA-MESCTL program, A – 23
SET LOG_STATS_INTERVAL command, NA-MESCTL program, A – 24
SET NAMESCTL_TRACE_LEVEL command, NAMESCTL program, A – 25
SET PASSWORD command, NAMESCTL program, A – 26
SET REQUESTS_ENABLED command, NA-MESCTL program, A – 27
SET RESET_STATS_INTERVAL command, NAMESCTL program, A – 28
SET SERVER command
  using, 7 – 9
  NAMESCTL program, A – 29
SET TRACE_LEVEL command, NAMESCTL program, A – 30
set up Names Server aliases, 5 – 4, 5 – 7, 5 – 9
setting default domains, in SQLNET.ORA file, 5 – 15
setting preferred Names Servers, in SQLNET.ORA file, 5 – 15
setting up networks, with the DDO, 5 – 1 to 5 – 17
shared data changes, installation policies, 4 – 5
sharing definitions, 1 – 4
SHOW CACHE_CHECKPOINT_INTERVAL command, NAMESCTL program, A – 31

SHOW DEFAULT_DOMAIN command, 7 – 8
  NAMESCTL program, A – 33
SHOW FORWARDING_AVAILABLE com-mand, NAMESCTL program, A – 32
SHOW LOG_FILE_NAME command, NA-MESCTL program, A – 34
SHOW LOG_STATS_INTERVAL command, NAMESCTL program, A – 35
SHOW NAMESCTL_TRACE_LEVEL com-mand, NAMESCTL program, A – 36
SHOW REQUESTS_ENABLED command, NAMESCTL program, A – 37
SHOW RESET_STATS_INTERVAL command, NAMESCTL program, A – 38
SHOW SERVER command, NAMESCTL pro-gram, A – 39
SHOW STATUS command, NAMESCTL pro-gram, A – 40
SHOW SYSTEM_QUERIES command, NA-MESCTL program, A – 41
SHOW TRACE_FILE_NAME command, NA-MESCTL program, A – 42
SHOW TRACE_LEVEL command, NA-MESCTL program, A – 43
SHOW VERSION command, NAMESCTL pro-gram, A – 44, A – 56
SHUTDOWN command
  NAMESCTL program, A – 45
  using, 7 – 2
shutting down a Names Server, 7 – 2
SMD, type, 7 – 5
SNL–00821 error, 7 – 11
specifying server, NAMESCTL, A – 3
SQLNET.ORA file, 7 – 6, C – 4
  location, 7 – 10
  editing manually, 6 – 4, 6 – 12
  NAMESCTL.PASSWORD, A – 4
  security, 6 – 19
START command, NAMESCTL program, A – 46
starting a Names Server, 5 – 5, 5 – 8, 5 – 11, 7 – 2
startup
  example, A – 46, A – 48

Names Server, 5 – 6, A – 46, A – 48
STARTUP command
  NAMESCTL program, A – 48
  using, 5 – 5, 5 – 8, 5 – 11, 7 – 2
  restriction, A – 4
startup parameters, Names Server, 3 – 17
statistics
  example, A – 50
  logging interval, 6 – 6
  interval, A – 28
  Names Server, A – 50
  reset interval, 6 – 7
  resetting, A – 20
STATUS command
  NAMESCTL program, A – 50
  using, 7 – 9, 7 – 10
STOP command, NAMESCTL program, A –
  52, A – 53, A – 55
strategies
  for migration, B – 2
  for upgrading to DDO, 5 – 2
system queries, A – 41
system requirements, 1 – 6

## T

tasks, NAMESCTL program, 7 – 2
TCP/ IP internet, global naming conventions, 4
  – 2
testing, server connections, 7 – 6
testing database links, 7 – 7
testing multiple servers, 7 – 4
testing Names Servers, 7 – 4
testing network objects, 7 – 5
time, transaction, 7 – 5
time expectation, accessing a Names Server, 4
  – 7
Time To Live (TTL), C – 12
TNS network, definition of, 3 – 15
TNSNAV.ORA file, C – 4
topology data, in Oracle Names Server, 3 – 3
trace file
  Names Server, 6 – 8
  NAMESCTL program, 6 – 18

TRACE parameter, using with QUERY, 7 – 10
tracing, A – 30, A – 36, A – 43
  levels, A – 43
  analyzing failures, A – 25
  current level, A – 36
  levels, A – 25
  NAMESCTL utility, 6 – 17
  turning on, A – 3
tracing level, 6 – 9
transaction time, measuring, 7 – 5
troubleshooting, Names Server failures, 7 – 8
TTL, C – 12
  effects of short value, C – 12
  effects on performance, C – 12
type
  database links, 7 – 5
  database service names, 7 – 5

## U

updating regions, 7 – 3
Upgrade, gradual, 5 – 9 to 5 – 11
Upgrade, rules, for the Dynamic Discovery Op-
  tion, 5 – 3 to 5 – 5
Upgrading, from Native Naming adapters, 5 –
  13 to 5 – 15
upgrading, all existing components, 5 – 7 to 5 –
  9
upgrading to DDO
  before you begin, 5 – 4
  requirements, 5 – 4
  strategies for, 5 – 2 to 5 – 17
user, Oracle Names, 1 – 6
user access, database links, 7 – 8
USING clause, in links, 6 – 20
using NAMESCTL, 7 – 2
using Oracle Names, with Dynamic Discovery
  Option, 1 – 4 to 1 – 6
using the default domain, 6 – 12
utility commands, NAMESCTL, A – 2

AMZ_KOVE_000529099
AMZ_KOVE_000528884

## V

V1 connect strings, 1 – 5
version compatibility, 1 – 4 to 1 – 6

## W

well–known Names Server, 1 – 2, 2 – 2

well–known Names Servers, 2 – 2
WORLD domain, 6 – 11
    definition, 3 – 6

AMZ_KOVE_000529100
AMZ_KOVE_000528884

AMZ_KOVE_000529101
AMZ_KOVE_000528884

# Reader's Comment Form

**Name of Document: Oracle Names™ Administrator's Guide**
**Part No. A42482–1**

Oracle Corporation welcomes your comments and suggestions on the quality and usefulness of this publication. Your input is an important part of the information used for revision.

&infin; Did you find any errors?

&infin; Is the information clearly presented?

&infin; Do you need more information? If so, where?

&infin; Are the examples correct? Do you need more examples?

&infin; What features did you like most about this manual?

If you find any errors or have any other suggestions for improvement, please indicate the topic, chapter, and page number below:

_____

_____

_____

_____

_____

_____

_____

_____

Please send your comments to:

Network Products Documentation Manager
Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94065 U.S.A.
Fax: (415) 506–7200

If you would like a reply, please give your name, address, and telephone number below:

_____

_____

_____

Thank you for helping us improve our documentation.

AMZ_KOVE_000529102
AMZ_KOVE_000528884

AMZ_KOVE_000529103
AMZ_KOVE_000528884

AMZ_KOVE_000529104
AMZ_KOVE_000528884






A42482-1

ORACLE®

AMZ_KOVE_000529105
AMZ_KOVE_000528884

AMZ_KOVE_000529106
AMZ_KOVE_000528884