# Exhibit K90

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicants | : | Sivasubramanian et al. |
| App. No. | : | - |
| Filed | : | Concurrently herewith |
| For | : | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| Examiner | : | - |
| Art Unit | : | 2456 |
| Conf. No. | : | - |

## PRELIMINARY AMENDMENT

**Mail Stop Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Prior to examination, please amend the above-referenced application as indicated below.

**Amendments to the Specification** begin on page 2 of this paper.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 3 of this paper.

**Remarks** begin on page 9 of this paper.

-1-

ATI_KOVE_0000255
ATI_KOVE_0000255

## AMENDMENTS TO THE SPECIFICATION

Please add a new section and paragraph beneath the title of the application and prior to the Background section and paragraph [0001] as follows:

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a divisional of U.S. Patent Application No. 12/165,343, entitled "REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS" and filed on June 30, 2008, the disclosure of which is incorporated herein by reference.

ATI_KOVE_0000256
ATI_KOVE_0000255

## AMENDMENTS TO THE CLAIMS

1-33.   (Cancelled)

34.     (Currently amended) A method for request routing comprising:

obtaining a DNS query from a client computing device at a first DNS server, wherein the DNS query corresponds to a requested resource associated with a first resource identifier and wherein the first DNS server corresponds to a content delivery network service provider;

selecting a network computing component for processing the requested resource from a plurality of network computing components based on an application identifier included in the first resource identifier; and

transmitting information identifying the selected network computing component from the first DNS server to the client computing device.

35.     (Original) The method as recited in Claim 34, wherein the network computing component comprises an application for processing the requested resource.

36.     (Original) The method as recited in Claim 34, wherein the application is a data streaming application.

37.     (Original) The method as recited in Claim 34, wherein the network computing component is operable to dynamically cause the creation of an instance of a virtual machine for processing the requested resource.

38.     (Currently amended) The method as recited in Claim 34, wherein the first resource identifier includes a first portion for identifying information associated with a service plan provided by [[the]]an original content provider and wherein a network computing component is selected based on the first portion.

39.     (Original) The method as recited in Claim 34, wherein the first resource identifier includes a first portion for identifying information associated with the file type of the requested resource and wherein a network computing component is selected at the first DNS server based on the file type.

-3-

ATI_KOVE_0000257
ATI_KOVE_0000255

40. (Currently amended) ~~The method as recited in Claim 34,~~ A method for request routing comprising:

obtaining a DNS query from a client computing device at a first DNS server, wherein the DNS query corresponds to a requested resource associated with a first resource identifier and wherein the first DNS server corresponds to a content delivery network service provider;

selecting a network computing component for processing the requested resource from a plurality of network computing components, wherein the first resource identifier includes a DNS portion and a path portion, wherein [[each]]the DNS portion includes a file identifier and wherein [[a]] selecting the network computing component is ~~selected at the first DNS server~~ based on the file identifier included in the DNS portion of the first resource identifier; and

transmitting information identifying the selected network computing component from the first DNS server to the client computing device.

41. (Original) The method as recited in Claim 34, wherein the first resource identifier includes a first portion for identifying information associated with network computing component selection information, wherein the selection information includes quality of service information.

42. (Original) The method as recited in Claim 34, wherein selecting a network computing component is further based on information associated with the geographic location of the client computing device.

43. (Original) The method as recited in Claim 34, wherein selecting a network computing component is further based on performance metrics associated with one or more network computing components.

-4-

ATI_KOVE_0000258
ATI_KOVE_0000255

44. (Currently amended) A method for request routing comprising:

obtaining a DNS query from a client computing device at a first DNS server, wherein the DNS query corresponds to a requested resource associated with a first resource identifier, wherein the first resource identifier includes a first portion with DNS information and a second portion with path information, and wherein the DNS server corresponds to a content delivery network service provider;

selecting a network computing component for processing the requested resource based on <u>additional information included in</u> the first portion of the first resource identifier; and

transmitting information identifying the selected network computing component from the first DNS server to the client computing device.

45. (Original) The method as recited in Claim 44, wherein the network computing component comprises an application for processing the requested resource.

46. (Original) The method as recited in Claim 44, wherein the application is a data streaming application.

47. (Original) The method as recited in Claim 44, wherein the network computing component is operable to dynamically cause the creation of an instance of a virtual machine for processing the requested resource.

48. (Original) The method as recited in Claim 44, wherein the first and second portions of the first resource identifier each include a file identifier.

49. (Currently amended) The method as recited in Claim 44, wherein the <u>additional information in the</u> first portion of the first resource identifier includes a file identifier and wherein the network computing component is selected as a function of the file identifier.

50. (Currently amended) The method as recited in Claim 44, wherein the <u>additional information in the</u> first portion of the first resource identifier includes an application identifier and wherein the network computing component is selected as a function of the application identifier.

51. (Original) The method as recited in Claim 50, wherein the application identifier identifies a type of application for processing the requested resource.

-5-

ATI_KOVE_0000259
ATI_KOVE_0000255

52.     (Original) The method as recited in Claim 50, wherein the application identifier identifies an instance of an application for processing the requested resource.

53.     (Original) The method as recited in Claim 50, wherein the application identifier includes network computing component selection information associated with a type of an application or an instance of an application for processing the requested resource.

54.     (Original) The method as recited in Claim 53, wherein the selection information includes quality of service information.

55.     (Original) The method as recited in Claim 44, wherein selecting a network computing component is further based on information associated with the geographic location of the client computing device.

56.     (Original) The method as recited in Claim 44, wherein the information identifying the selected network computing component is the IP address of the selected network computing component.

57.     (New) A system for request routing comprising:

a first network point of presence associated with a content delivery network service provider, wherein the first network point of presence includes a DNS server that receives a DNS query from a client computing device, wherein the DNS query corresponds to a requested resource associated with a first resource identifier, and wherein the DNS server in the first network point of presence is operable to:

select a network computing component for processing the requested resource from a plurality of network computing components based on an application identifier included in the first resource identifier; and

transmit information identifying the selected network computing component from the first DNS server to the client computing device.

58.     (New) The system as recited in Claim 57, wherein the network computing component comprises an application for processing the requested resource.

59.     (New) The system as recited in Claim 57, wherein the application is a data streaming application.

60.     (New) The system as recited in Claim 57, wherein the first resource identifier includes a first portion for identifying information associated with a service plan provided by an

-6-

ATI_KOVE_0000260
ATI_KOVE_0000255

original content provider and wherein the selection of the network computing component by the DNS server is further based on the first portion of the first resource identifier.

61. (New) The system as recited in Claim 57, wherein the first resource identifier includes a first portion for identifying information associated with the file type of the requested resource and wherein the selection of the network computing component by the DNS server is further based on the file type.

62. (New) The system as recited in Claim 57, wherein the first resource identifier includes a DNS portion and a path portion, wherein the DNS portion includes a file identifier and wherein the selection of the network computing component by the DNS server is further based on the file identifier included in the DNS portion of the first resource identifier.

63. (New) A system for request routing comprising:

a first network point of presence associated with a content delivery network service provider, wherein the first network point of presence includes a DNS server that receives a DNS query from a client computing device, wherein the DNS query corresponds to a requested resource associated with a first resource identifier, wherein the first resource identifier includes a first portion with DNS information and a second portion with path information, and wherein the DNS server in the first network point of presence is operable to:

select a network computing component for processing the requested resource based on additional information included in the first portion of the first resource identifier; and

transmit information identifying the selected network computing component from the first DNS server to the client computing device.

64. (New) The method as recited in Claim 63, wherein the network computing component comprises an application for processing the requested resource.

65. (New) The method as recited in Claim 63, wherein the application is a data streaming application.

-7-

ATI_KOVE_0000261
ATI_KOVE_0000255

66. (New) The method as recited in Claim 63, wherein the additional information in the first portion of the first resource identifier includes a file identifier and wherein the network computing component is selected as a function of the file identifier.

67. (New) The method as recited in Claim 63, wherein the additional information in the first portion of the first resource identifier includes an application identifier and wherein the network computing component is selected as a function of the application identifier.

68. (New) The method as recited in Claim 67, wherein the application identifier identifies a type of application for processing the requested resource.

69. (New) The method as recited in Claim 67, wherein the application identifier identifies an instance of an application for processing the requested resource.

70. (New) The method as recited in Claim 67, wherein the application identifier includes network computing component selection information associated with a type of an application or an instance of an application for processing the requested resource.

ATI_KOVE_0000262
ATI_KOVE_0000255

## REMARKS

Prior to examination and calculation of claim fees, applicants respectfully request entry of the above amendments. If there are any questions or issues, applicants invite the Examiner to call the undersigned attorney at the number provided below.

*Co-Pending Applications of Assignee*

Applicants wish to draw the Examiner's attention to the following co-pending applications of the present application's assignee.

| Docket No. | Serial No. | Title | Filed |
|---|---|---|---|
| SEAZN.194A | 12/059,997 | REQUEST ROUTING | 3/31/2008 |
| SEAZN.195A | 12/060,013 | NETWORK RESOURCE IDENTIFICATION | 3/31/2008 |
| SEAZN.197A | 12/060,015 | CACHE OPTIMIZATION | 3/31/2008 |
| SEAZN.205A | 12/060,143 | INCENTIVE DRIVEN CONTENT DELIVERY | 3/31/2008 |
| SEAZN.206A | 12/060,124 | LOCALITY BASED CONTENT DISTRIBUTION | 3/31/2008 |
| SEAZN.207A | 12/060,173 | REQUEST ROUTING BASED ON CLASS | 3/31/2008 |
| SEAZN.208A | 12/060,202 | CLIENT SIDE CACHE MANAGEMENT | 3/31/2008 |
| SEAZN.209A | 12/060,213 | CONTENT MANAGEMENT | 3/31/2008 |
| SEAZN.209DV | 12/189,019 | CONTENT MANAGEMENT | 8/8/2008 |
| SEAZN.209DV1D1 | 12/956,823 | CONTENT MANAGEMENT | 11/30/2010 |
| SEAZN.209DV1D2 | 12/956,647 | CONTENT MANAGEMENT | 11/30/2010 |
| SEAZN.209DV1D3 | 12/956,748 | CONTENT MANAGEMENT | 11/30/2010 |
| SEAZN.209DV1D4 | 12/956,566 | CONTENT MANAGEMENT | 11/30/2010 |
| SEAZN.217A | 12/165,343 | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS | 6/30/2008 |
| SEAZN.263A | 12/412,456 | REQUEST ROUTING UTILIZING CONTENT CHARACTERISTICS | 3/27/2009 |
| SEAZN.263DV1 | 12/412,467 | DYNAMICALLY TRANSLATING RESOURCE IDENTIFIERS FOR REQUEST ROUTING UTILIZING CONTENT CHARACTERISTICS | 3/27/2009 |
| SEAZN.264A | 12/485,873 | MANAGING RESOURCES USING RESOURCE EXPIRATION DATA | 6/16/2009 |
| SEAZN.284A | 12/412,431 | NETWORK COMPUTING COMPONENT BROKER | 3/27/2009 |

ATI_KOVE_0000263
ATI_KOVE_0000255

| SEAZN.294A | 12/272,681 | MANAGING CONTENT DELIVERY NETWORK SERVICE RPOVIDERS | 11/17/2008 |
| SEAZN.295A | 12/272,666 | MANAGING CDN REGISTRATION BY A STORAGE PROVIDER | 11/17/2008 |
| SEAZN.296A | 12/412,443 | MANAGING RESOURCES IN RESOURCE CACHE COMPONENTS | 3/27/2009 |
| SEAZN.297A | 12/272,687 | REQUEST ROUTING UTILIZING CLIENT LOCATION INFORMATION | 11/17/2008 |
| SEAZN.298A | 12/272,655 | REQUEST ROUTING UTILIZING COST INFORMATION | 11/17/2008 |
| SEAZN.305A | 12/272,699 | MANAGING CONTENT DELIVERY NETWORK SERVICE PROVIDERS | 11/17/2008 |
| SEAZN.306A | 12/272,683 | UPDATING ROUTING INFORMATION BASED ON CLIENT LOCATION | 11/17/2008 |
| SEAZN.307A | 12/272,715 | MANAGING CONTNET DELIVERY NETWORK SERVICE PROVIDERS BY A CONTENT BROKER | 11/17/1008 |
| SEAZN.311A | 12/272,641 | SERVICE PROVIDER REGISTRATION BY A CONTENT BROKER | 11/17/2008 |
| SEAZN.364A | 12/722,454 | MANAGING SECURE CONTENT IN A CONTENT DELIVERY NETWORK | 3/11/2010 |
| SEAZN.398A | 12/892,777 | MANAGING REQUEST ROUTING INFORMATION USING CLIENT IDENTIFIERS | 9/28/2010 |
| SEAZN.399A | 12/892,794 | REQUEST ROUTING INFORMATION BASED ON CLIENT IP GROUPINGS | 9/28/2010 |
| SEAZN.400A | 12/892,822 | POINT OF PRESENCE MANAGEMENT IN REQUEST ROUTING | 9/28/2010 |
| SEAZN.401A | 12/892,818 | POINT OF PRESENCE MANAGEMENT IN REQUEST ROUTING | 9/28/2010 |
| SEAZN.402A | 12/892,819 | POINT OF PRESENCE MANAGEMENT IN REQUEST ROUTING | 9/28/2010 |
| SEAZN.403A | 12/892,852 | LATENCY MEASUREMENT IN RESOURCE REQUESTS | 9/28/2010 |
| SEAZN.404A | 12/892,873 | LATENCY MEASUREMENT IN RESOURCE REQUESTS | 9/28/2010 |
| SEAZN.405A | 12/892,861 | LATENCY MEASUREMENT IN RESOURCE REQUESTS | 9/28/2010 |
| SEAZN.406A | 12/892,889 | REQUEST ROUTING MANAGEMENT BASED ON NETWORK COMPONENTS | 9/28/2010 |
| SEAZN.407A | 12/892,880 | REQUEST ROUTING MANAGEMENT BASED ON NETWORK COMPONENTS | 9/28/2010 |
| SEAZN.408A | 12/892,877 | REQUEST ROUTING IN A NETWORKED ENVIRONMENT | 9/28/2010 |

-10-

ATI_KOVE_0000264
ATI_KOVE_0000255

Application No.:    -
Filing Date:       **Concurrent herewith**

| SEAZN.443A | 12/952,118 | REQUEST ROUTING PROCESSING | 11/22/2010 |
| SEAZN.458A | 12/960,421 | REQUEST ROUTING PROCESSING | 12/3/2010 |
| SEAZN.466A | 12/960,402 | REQUEST ROUTING PROCESSING | 12/3/2010 |

Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 7, 2011

By: _____
Melanie J. Seelig
Registration No. 44,328
Attorney of Record
Customer No. 79502
(206) 405-2000

10714946
021511

-11-

ATI_KOVE_0000265
ATI_KOVE_0000255

## INFORMATION DISCLOSURE STATEMENT

| | | |
|---|---|---|
| Applicants | : | Sivasubramanian et al. |
| App. No. | : | - |
| Filed | : | Concurrently herewith |
| For | : | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| Examiner | : | - |
| Art Unit | : | 2456 |
| Conf No. | : | - |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Enclosed for filing in the above-identified application is a PTO/SB/08 Equivalent listing 191 references.

This Information Disclosure Statement is being filed before the receipt of a first Office Action on the merits, and presumably no fee is required. If a first Office Action on the merits was mailed before the mailing date of this Statement, the Commissioner is authorized to charge the fee set forth in 37 C.F.R. § 1.17(p) to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: __3|7|2011__                    By: _____

Melanie J. Seelig
Registration No. 44,328
Attorney of Record
Customer No. 79502
(206) 405-2000

10716366
021511

ATI_KOVE_0000266
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | - |
|---|---|---|
| | Filing Date | Concurrent herewith |
| | First Named Inventor | Sivasubramanian |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | - |
| SHEET 1 OF 7 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 5,341,477 A | 08-23-1994 | Pitkin et al. | |
| | 2 | 5,611,049 A | 03-11-1997 | Pitts | |
| | 3 | 5,774,660 A | 06-30-1998 | Brendel et al. | |
| | 4 | 5,892,914 A | 04-06-1999 | Pitts | |
| | 5 | 6,016,512 A | 01-18-2000 | Huitema | |
| | 6 | 6,026,452 A | 02-15-2000 | Pitts | |
| | 7 | 6,052,718 A | 04-18-2000 | Gifford | |
| | 8 | 6,085,234 A | 07-04-2000 | Pitts et al. | |
| | 9 | 6,098,096 A | 08-01-2000 | Tsirigotis et al. | |
| | 10 | 6,108,703 A | 08-22-2000 | Leighton et al. | |
| | 11 | 6,182,111 B1 | 01-30-2001 | Inohara et al. | |
| | 12 | 6,205,475 B1 | 03-20-2001 | Pitts | |
| | 13 | 6,286,084 B1 | 09-04-2001 | Wexler et al. | |
| | 14 | 6,351,743 B1 | 02-26-2002 | DeArdo et al. | |
| | 15 | 6,351,775 B1 | 02-26-2002 | Yu | |
| | 16 | 6,363,411 B1 | 03-26-2002 | Dugan et al. | |
| | 17 | 6,366,952 B2 | 04-02-2002 | Pitts | |
| | 18 | 6,457,047 B1 | 09-24-2002 | Chandra et al. | |
| | 19 | 6,484,143 B1 | 11-19-2002 | Swildens et al. | |
| | 20 | 6,505,241 B2 | 01-07-2003 | Pitts | |
| | 21 | 6,553,413 B1 | 04-22-2003 | Leighton et al. | |
| | 22 | 6,654,807 B2 | 11-25-2003 | Farber et al. | |
| | 23 | 6,678,791 B1 | 01-13-2004 | Jacobs et al. | |
| | 24 | 6,694,358 B1 | 02-17-2004 | Swildens et al. | |
| | 25 | 6,732,237 B1 | 05-04-2004 | Jacobs et al. | |
| | 26 | 6,754,699 B2 | 06-22-2004 | Swildens et al. | |
| | 27 | 6,754,706 B1 | 06-22-2004 | Swildens et al. | |
| | 28 | 6,769,031 B1 | 07-27-2004 | Bero | |
| | 29 | 6,785,704 B1 | 08-31-2004 | McCanne | |

| Examiner Signature | Date Considered |
|---|---|
| | |

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000267
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | - |
|---|---|---|
| | Filing Date | Concurrent herewith |
| | First Named Inventor | Sivasubramanian |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | - |
| SHEET 2 OF 7 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 30 | 6,804,706 B2 | 10-12-2004 | Pitts | |
| | 31 | 6,829,654 B1 | 12-07-2004 | Jungck | |
| | 32 | 6,981,017 B1 | 12-27-2005 | Kasriel et al. | |
| | 33 | 6,996,616 B1 | 02-07-2006 | Leighton et al. | |
| | 34 | 7,003,555 B1 | 02-21-2006 | Jungck | |
| | 35 | 7,007,089 B2 | 02-28-2006 | Freedman | |
| | 36 | 7,010,578 B1 | 03-07-2006 | Lewin et al. | |
| | 37 | 7,010,598 B2 | 03-07-2006 | Sitaraman et al. | |
| | 38 | 7,058,706 B1 | 06-06-2006 | Iyer et al. | |
| | 39 | 7,065,587 B2 | 06-20-2006 | Huitema et al. | |
| | 40 | 7,072,982 B2 | 07-25-2006 | Teodosiu et al. | |
| | 41 | 7,082,476 B1 | 07-25-2006 | Cohen et al. | |
| | 42 | 7,086,061 B1 | 08-01-2006 | Joshi et al. | |
| | 43 | 7,092,997 B1 | 08-15-2006 | Kasriel et al. | |
| | 44 | 7,099,936 B2 | 08-29-2006 | Chase et al. | |
| | 45 | 7,103,645 B2 | 09-05-2006 | Leighton et al. | |
| | 46 | 7,133,905 B2 | 11-07-2006 | Dilley et al. | |
| | 47 | 7,146,560 B2 | 12-05-2006 | Dang et al. | |
| | 48 | 7,152,118 B2 | 12-19-2006 | Anderson, IV et al. | |
| | 49 | 7,185,063 B1 | 02-27-2007 | Kasriel et al. | |
| | 50 | 7,188,214 B1 | 03-06-2007 | Kasriel et al. | |
| | 51 | 7,194,522 B1 | 03-20-2007 | Swildens et al. | |
| | 52 | 7,200,667 B2 | 04-03-2007 | Teodosiu et al. | |
| | 53 | 7,225,254 B1 | 05-29-2007 | Swildens et al. | |
| | 54 | 7,240,100 B1 | 07-03-2007 | Wein et al. | |
| | 55 | 7,260,598 B1 | 08-21-2007 | Liskov et al. | |
| | 56 | 7,269,784 B1 | 09-11-2007 | Kasriel et al. | |
| | 57 | 7,310,686 B2 | 12-18-2007 | Uysal | |
| | 58 | 7,320,131 B1 | 01-15-2008 | O'Toole, Jr. | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000268
ATI_KOVE_0000255

| INFORMATION DISCLOSURE | Application No. | - |
|---|---|---|
| | Filing Date | Concurrent herewith |
| STATEMENT BY APPLICANT | First Named Inventor | Sivasubramanian |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | - |
| SHEET 3 OF 7 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 59 | 7,321,918 B2 | 01-22-2008 | Burd et al. | |
| | 60 | 7,363,291 B1 | 04-22-2008 | Page | |
| | 61 | 7,461,170 B1 | 12-02-2008 | Taylor et al. | |
| | 62 | 7,502,836 B1 | 03-10-2009 | Menditto et al. | |
| | 63 | 7,548,947 B2 | 06-16-2009 | Kasriel et al. | |
| | 64 | 7,552,235 B2 | 06-23-2009 | Chase et al. | |
| | 65 | 7,624,169 B2 | 11-24-2009 | Lisiecki et al. | |
| | 66 | 7,657,622 B1 | 02-02-2010 | Douglis et al. | |
| | 67 | 7,702,724 B1 | 04-20-2010 | Brydon et al. | |
| | 68 | 7,739,400 B2 | 06-15-2010 | Lindbo et al. | |
| | 69 | 7,756,913 B1 | 07-13-2010 | Day | |
| | 70 | 7,836,177 B2 | 11-16-2010 | Kasriel et al. | |
| | 71 | 2001/0034704 A1 | 10-25-2001 | Farhat et al. | |
| | 72 | 2001/0049741 A1 | 12-06-2001 | Skene et al. | |
| | 73 | 2001/0056416 A1 | 12-27-2001 | Garcia-Luna-Aceves | |
| | 74 | 2002/0007413 A1 | 01-17-2002 | Garcia-Luna-Aceves et al. | |
| | 75 | 2002/0048269 A1 | 04-25-2002 | Hong et al. | |
| | 76 | 2002/0052942 A1 | 05-02-2002 | Swildens et al. | |
| | 77 | 2002/0062372 A1 | 05-23-2002 | Hong et al. | |
| | 78 | 2002/0068554 A1 | 06-06-2002 | Dusse | |
| | 79 | 2002/0078233 A1 | 06-20-2002 | Biliris et al. | |
| | 80 | 2002/0087374 A1 | 07-04-2002 | Boubez et al. | |
| | 81 | 2002/0092026 A1 | 07-11-2002 | Janniello et al. | |
| | 82 | 2002/0099616 A1 | 07-25-2002 | Sweldens | |
| | 83 | 2002/0101836 A1 | 08-01-2002 | Dorenbosch | |
| | 84 | 2002/0138286 A1 | 09-26-2002 | Engstrom | |
| | 85 | 2002/0188722 A1 | 12-12-2002 | Banerjee et al. | |
| | 86 | 2003/0002484 A1 | 01-02-2003 | Freedman | |
| | 87 | 2003/0009591 A1 | 01-09-2003 | Hayball et al. | |

| Examiner Signature | | Date Considered |
|---|---|---|
| | | |

*\*Examiner:* Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000269

ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | - |
|---|---|---|
| | Filing Date | Concurrent herewith |
| | First Named Inventor | Sivasubramanian |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | - |
| SHEET 4 OF 7 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 88 | 2003/0037139 A1 | 02-20-2003 | Shteyn | |
| | 89 | 2003/0074401 A1 | 04-17-2003 | Connell et al. | |
| | 90 | 2003/0101278 A1 | 05-29-2003 | Garcia-Luna-Aceves et al. | |
| | 91 | 2003/0133554 A1 | 07-17-2003 | Nykanen et al. | |
| | 92 | 2003/0135509 A1 | 07-17-2003 | Davis et al. | |
| | 93 | 2003/0140087 A1 | 07-24-2003 | Lincoln et al. | |
| | 94 | 2003/0145066 A1 | 07-31-2003 | Okada et al. | |
| | 95 | 2003/0149581 A1 | 08-07-2003 | Chaudhri et al. | |
| | 96 | 2003/0163722 A1 | 08-28-2008 | Anderson, IV | |
| | 97 | 2003/0172183 A1 | 09-11-2003 | Anderson, IV et al. | |
| | 98 | 2003/0187935 A1 | 10-02-2003 | Agarwalla et al. | |
| | 99 | 2003/0187970 A1 | 10-02-2003 | Chase et al. | |
| | 100 | 2003/0191822 A1 | 10-09-2003 | Leighton et al. | |
| | 101 | 2003/0236700 A1 | 12-25-2003 | Arning et al. | |
| | 102 | 2004/0024841 A1 | 02-05-2004 | Becker et al. | |
| | 103 | 2004/0030620 A1 | 02-12-2004 | Benjamin et al. | |
| | 104 | 2004/0078487 A1 | 04-22-2004 | Cernohous et al. | |
| | 105 | 2004/0083307 A1 | 04-29-2004 | Uysal | |
| | 106 | 2004/0128344 A1 | 07-01-2004 | Trossen | |
| | 107 | 2004/0172466 A1 | 09-02-2004 | Douglas et al. | |
| | 108 | 2004/0215823 A1 | 10-28-2004 | Kleinfelter et al. | |
| | 109 | 2004/0249971 A1 | 12-09-2004 | Klinker | |
| | 110 | 2004/0267906 A1 | 12-30-2004 | Truty | |
| | 111 | 2004/0267907 A1 | 12-30-2004 | Gustafsson | |
| | 112 | 2005/0010653 A1 | 01-13-2005 | McCanne | |
| | 113 | 2005/0038967 A1 | 02-17-2005 | Umbehocker et al. | |
| | 114 | 2005/0108169 A1 | 05-19-2005 | Balasubramanian et al. | |
| | 115 | 2005/0132083 A1 | 06-16-2005 | Raciborski et al. | |
| | 116 | 2005/0192008 A1 | 09-01-2005 | Desai et al. | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T¹ - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000270
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | - |
|---|---|---|
| | Filing Date | Concurrent herewith |
| | First Named Inventor | Sivasubramanian |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | - |
| SHEET 5 OF 7 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 117 | 2005/0232165 A1 | 10-20-2005 | Brawn et al. | |
| | 118 | 2005/0262248 A1 | 11-24-2005 | Jennings, III et al. | |
| | 119 | 2005/0267991 A1 | 12-01-2005 | Huitema et al. | |
| | 120 | 2005/0267992 A1 | 12-01-2005 | Huitema et al. | |
| | 121 | 2005/0267993 A1 | 12-01-2005 | Huitema et al. | |
| | 122 | 2005/0278259 A1 | 12-15-2005 | Gunaseelan et al. | |
| | 123 | 2006/0013158 A1 | 01-19-2006 | Ahuja et al. | |
| | 124 | 2006/0020715 A1 | 01-26-2006 | Jungck | |
| | 125 | 2006/0026067 A1 | 02-02-2006 | Nicholas et al. | |
| | 126 | 2006/0026154 A1 | 02-02-2006 | Altinel et al. | |
| | 127 | 2006/0074750 A1 | 04-06-2006 | Clark et al. | |
| | 128 | 2006/0075139 A1 | 04-06-2006 | Jungck | |
| | 129 | 2006/0083165 A1 | 04-20-2006 | McLane et al. | |
| | 130 | 2006/0112176 A1 | 05-25-2996 | Liu et al. | |
| | 131 | 2006/0143293 A1 | 06-29-2006 | Freedman | |
| | 132 | 2006/0168088 A1 | 07-27-2006 | Leighton et al. | |
| | 133 | 2006/0190605 A1 | 08-24-2006 | Franz et al. | |
| | 134 | 2006/0193247 A1 | 08-31-2006 | Naseh et al. | |
| | 135 | 2006/0233155 A1 | 10-19-2006 | Srivastava | |
| | 136 | 2006/0253609 A1 | 11-09-2006 | Andreev et al. | |
| | 137 | 2006/0265516 A1 | 11-23-2006 | Schilling | |
| | 138 | 2006/0265720 A1 | 11-23-2006 | Cai et al. | |
| | 139 | 2006/0271641 A1 | 11-30-2006 | Stavrakos et al. | |
| | 140 | 2006/0282522 A1 | 12-14-2006 | Lewin et al. | |
| | 141 | 2007/0005689 A1 | 01-04-2007 | Leighton et al. | |
| | 142 | 2007/0005892 A1 | 01-04-2007 | Mullender et al. | |
| | 143 | 2007/0014241 A1 | 01-18-2007 | Banerjee et al. | |
| | 144 | 2007/0041393 A1 | 02-22-2007 | Westhead et al. | |
| | 145 | 2007/0050522 A1 | 03-01-2007 | Grove et al. | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000271
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | - |
|---|---|---|
| | Filing Date | Concurrent herewith |
| | First Named Inventor | Sivasubramanian |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | - |
| SHEET 6 OF 7 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 146 | 2007/0101377 A1 | 05-03-2007 | Six et al. | |
| | 147 | 2007/0118667 A1 | 05-24-2007 | McCarthy et al. | |
| | 148 | 2007/0118668 A1 | 05-24-2007 | McCarthy et al. | |
| | 149 | 2007/0174426 A1 | 07-26-2007 | Swildens et al. | |
| | 150 | 2007/0183342 A1 | 08-09-2007 | Wong et al. | |
| | 151 | 2007/0208737 A1 | 09-06-2007 | Li et al. | |
| | 152 | 2007/0244964 A1 | 10-18-2007 | Challenger et al. | |
| | 153 | 2008/0008089 A1 | 01-10-2008 | Bornstein et al. | |
| | 154 | 2008/0046596 A1 | 02-21-2008 | Afergan et al. | |
| | 155 | 2008/0071987 A1 | 03-20-2008 | Karn et al. | |
| | 156 | 2008/0072264 A1 | 03-20-2008 | Crayford | |
| | 157 | 2008/0086574 A1 | 04-10-2008 | Raciborski et al. | |
| | 158 | 2008/0147866 A1 | 06-19-2008 | Stolorz et al. | |
| | 159 | 2008/0155061 A1 | 06-26-2008 | Afergan et al. | |
| | 160 | 2008/0155614 A1 | 06-25-2008 | Cooper et al. | |
| | 161 | 2008/0162667 A1 | 07-03-2008 | Verma et al. | |
| | 162 | 2008/0235400 A1 | 09-25-2008 | Slocombe et al. | |
| | 163 | 2008/0275772 A1 | 11-06-2008 | Suryanarayana et al. | |
| | 164 | 2008/0288722 A1 | 11-20-2008 | Lecoq et al. | |
| | 165 | 2008/0301670 A1 | 12-04-2008 | Gouge et al. | |
| | 166 | 2008/0319862 A1 | 12-25-2008 | Golan et al. | |
| | 167 | 2009/0013063 A1 | 01-08-2009 | Soman | |
| | 168 | 2009/0016236 A1 | 01-15-2009 | Alcala et al. | |
| | 169 | 2009/0070533 A1 | 03-12-2009 | Elazary et al. | |
| | 170 | 2009/0086741 A1 | 04-02-2009 | Zhang | |
| | 171 | 2009/0106381 A1 | 04-23-2009 | Kasriel et al. | |
| | 172 | 2009/0125934 A1 | 05-14-2009 | Jones et al. | |
| | 173 | 2009/0157850 A1 | 06-18-2009 | Gagliardi et al. | |
| | 174 | 2009/0164331 A1 | 06-25-2009 | Bishop et al. | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000272
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | - |
|---|---|---|
| | Filing Date | Concurrent herewith |
| | First Named Inventor | Sivasubramanian |
| | Art Unit | 2456 |
| (Multiple sheets used when necessary) | Examiner | - |
| SHEET 7 OF 7 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 175 | 2009/0182945 A1 | 07-16-2009 | Aviles et al. | |
| | 176 | 2009/0204682 A1 | 08-13-2009 | Jeyaseelan et al. | |
| | 177 | 2009/0210549 A1 | 08-20-2009 | Hudson et al. | |
| | 178 | 2009/0248893 A1 | 10-01-2009 | Richardson et al. | |
| | 179 | 2009/0279444 A1 | 11-12-2009 | Ravindran et al. | |
| | 180 | 2009/0307307 A1 | 12-10-2009 | Igarashi | |
| | 181 | 2009/0327517 A1 | 12-31-2009 | Sivasubramanian, Swaminathan et al. | |
| | 182 | 2009-0248786 A1 | 10-01-2009 | Richardson, David et al. | |
| | 183 | 2009-0248787 A1 | 10-01-2009 | Sivasubramanian, Swaminathan et al. | |
| | 184 | 2009-0248858 A1 | 10-01-2009 | Sivasubramanian, Swaminathan et al. | |
| | 185 | 2010/0005175 A1 | 01-07-2010 | Swildens et al. | |
| | 186 | 2010/0011061 A1 | 01-14-2010 | Hudson et al. | |
| | 187 | 2010/0023601 A1 | 01-28-2010 | Lewin et al. | |
| | 188 | 2010/0036944 A1 | 02-11-2010 | Douglis et al. | |
| | 189 | 2010/0226372 A1 | 09-09-2010 | Watanabe | |
| | 190 | 2010-0125673 A1 | 05-20-2010 | Richardson, David et al. | |
| | 191 | 2010-0125675 A1 | 05-20-2010 | Richardson, David et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000273
ATI_KOVE_0000255

## REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS

### BACKGROUND

[0001]    Generally described, computing devices and communication networks can be utilized to exchange information. In a common application, a computing device can request content from another computing device via the communication network. For example, a user at a personal computing device can utilize a software browser application to request a Web page from a server computing device via the Internet. In such embodiments, the user computing device can be referred to as a client computing device and the server computing device can be referred to as a content provider.

[0002]    Content providers are generally motivated to provide requested content to client computing devices often with consideration of efficient transmission of the requested content to the client computing device and/or consideration of a cost associated with the transmission of the content. For larger scale implementations, a content provider may receive content requests from a high volume of client computing devices which can place a strain on the content provider's computing resources. Additionally, the content requested by the client computing devices may have a number of components, which can further place additional strain on the content provider's computing resources.

[0003]    With reference to an illustrative example, a requested Web page, or original content, may be associated with a number of additional resources, such as images or videos, that are to be displayed with the Web page. In one specific embodiment, the additional resources of the Web page are identified by a number of embedded resource identifiers, such as uniform resource locators ("URLs"). In turn, software on the client computing devices typically processes embedded resource identifiers to generate requests for the content. Often, the resource identifiers associated with the embedded resources reference a computing device associated with the content provider such that the client computing device would transmit the request for the additional resources to the referenced content provider computing device. Accordingly, in order to satisfy a content request, the content provider would provide client computing devices data associated with the Web page as well as the data associated with the embedded resources.

ATI_KOVE_0000274
ATI_KOVE_0000255

[0004]     Some content providers attempt to facilitate the delivery of requested content, such as Web pages and/or resources identified in Web pages, through the utilization of a content delivery network ("CDN") service provider. A CDN server provider typically maintains a number of computing devices in a communication network that can maintain content from various content providers. In turn, content providers can instruct, or otherwise suggest to, client computing devices to request some, or all, of the content provider's content from the CDN service provider's computing devices.

[0005]     With reference to previous illustrative example, the content provider can leverage a CDN service provider with the modification or substitution of resource identifiers associated with the embedded resources. Specifically, the resource identifiers can reference a computing device associated with the CDN service provider such that the client computing device would transmit the request for the additional resources to the referenced CDN service provider computing device. Typically, the content provider facilitates the utilization of a CDN provider by including CDN-provider specific resources identifiers in requested content (e.g., Web pages). This approach generally corresponds to an "offline" process implemented by the content provider in advance of receipt of a request for the original content from the client computing devices. Accordingly, modifications to resource identifiers, such as to provide alternative resources identifiers for the same CDN service provider, to provide additional information utilized by CDN service providers in processing the request for content and/or to identify alternative CDN service providers, can become inefficient as they typically require implementation of the offline process the content provider.

[0006]     As with content providers, CDN providers are also generally motivated to provide requested content to client computing devices often with consideration of efficient transmission of the requested content to the client computing device and/or consideration of a cost associated with the transmission of the content. Accordingly, CDN service providers often consider factors such as latency of delivery of requested content in order to meet service level agreements or to generally improve the quality of delivery service.

-2-

ATI_KOVE_0000275
ATI_KOVE_0000255

## BRIEF DESCRIPTION OF THE DRAWINGS

[0007] The foregoing aspects and many of the attendant advantages of this invention will become more readily appreciated as the same become better understood by reference to the following detailed description, when taken in conjunction with the accompanying drawings, wherein:

[0008] FIGURE 1 is a block diagram illustrative of content delivery environment including a number of client computing devices, content provider, a content delivery network service provider, and a network computing and storage provider;

[0009] FIGURE 2 is a block diagram of the content delivery environment of FIGURE 1 illustrating the registration of a content provider with a content delivery service provider;

[0010] FIGURE 3 is a block diagram of the content delivery environment of FIGURE 1 illustrating the generation and processing of a content request from a client computing device to a content provider;

[0011] FIGURE 4 is a block diagram of the content delivery environment of FIGURE 1 illustrating one embodiment of the generation and processing of a DNS query corresponding to an embedded resource from a client computing device to a content delivery network service provider;

[0012] FIGURES 5A-5C are block diagrams of the content delivery environment of FIGURE 1 illustrating another embodiment of the generation and processing of a DNS query corresponding to an embedded resource from a client computing device to a content delivery network service provider and the subsequent generation and processing of DNS queries corresponding to a first and a second alternative resource identifier from a client computing device to a content delivery network;

[0013] FIGURES 6A-6B are block diagrams of the content delivery environment of FIGURE 1 illustrating the generation and processing of embedded resource requests from a client computing device to a content delivery network service provider;

[0014] FIGURE 7 is a flow diagram illustrative of a request routing routine implemented by a content delivery network service provider for selecting a cache server or network computing component; and

-3-

ATI_KOVE_0000276
ATI_KOVE_0000255

[0015]    FIGURE 8 is a flow diagram illustrative of another embodiment of a request routing routine implemented by a content delivery network service provider for selecting a cache server or network computing component.

## DETAILED DESCRIPTION

[0016]    Generally described, the present disclosure is directed to routing of a DNS query from a client computing device to a network computing component via a content delivery network ("CDN) for processing requested content associated with the DNS query. Specifically, aspects of the disclosure will be described with regard to the routing of a client computing device DNS query within a CDN service provider domain utilizing one or more resource identifiers which include an application identifier in a DNS portion of the resource identifier. Although various aspects of the disclosure will be described with regard to illustrative examples and embodiments, one skilled in the art will appreciate that the disclosed embodiments and examples should not be construed as limiting.

[0017]    FIGURE 1 is a block diagram illustrative of content delivery environment 100 for the management and processing of content requests. As illustrated in FIGURE 1, the content delivery environment 100 includes a number of client computing devices 102 (generally referred to as clients) for requesting content from a content provider and/or a CDN service provider. In an illustrative embodiment, the client computing devices 102 can corresponds to a wide variety of computing devices including personal computing devices, laptop computing devices, hand-held computing devices, terminal computing devices, mobile devices, wireless devices, various electronic devices and appliances and the like. In an illustrative embodiment, the client computing devices 102 include necessary hardware and software components for establishing communications over a communication network 108, such as a wide area network or local area network. For example, the client computing devices 102 may be equipped with networking equipment and browser software applications that facilitate communications via the Internet or an intranet.

[0018]    Although not illustrated in FIGURE 1, each client computing device 102 utilizes some type of local DNS resolver component, such as a DNS Name server, that generates the DNS queries attributed to the client computing device. In one embodiment, the

-4-

ATI_KOVE_0000277
ATI_KOVE_0000255

local DNS resolver component may be provide by an enterprise network to which the client computing device 102 belongs. In another embodiment, the local DNS resolver component may be provided by an Internet Service Provider (ISP) that provides the communication network connection to the client computing device 102.

[0019]    The content delivery environment 100 can also include a content provider 104 in communication with the one or more client computing devices 102 via the communication network 108. The content provider 104 illustrated in FIGURE 1 corresponds to a logical association of one or more computing devices associated with a content provider. Specifically, the content provider 104 can include a web server component 110 corresponding to one or more server computing devices for obtaining and processing requests for content (such as Web pages) from the client computing devices 102. The content provider 104 can further include an origin server component 112 and associated storage component 114 corresponding to one or more computing devices for obtaining and processing requests for network resources from the CDN service provider. The content provider 104 can still further include an application server computing device 111, such as a data streaming server, for processing streaming content requests. One skilled in the relevant art will appreciate that the content provider 104 can be associated with various additional computing resources, such additional computing devices for administration of content and resources, DNS name servers, and the like. For example, although not illustrated in FIGURE 1, the content provider 104 can be associated with one or more DNS name server components that would be authoritative to resolve client computing device DNS queries corresponding to a domain of the content provider.

[0020]    With continued reference to FIGURE 1, the content delivery environment 100 can further include a CDN service provider 106 in communication with the one or more client computing devices 102 and the content provider 104 via the communication network 108. The CDN service provider 106 illustrated in FIGURE 1 corresponds to a logical association of one or more computing devices associated with a CDN service provider. Specifically, the CDN service provider 106 can include a number of Point of Presence ("POP") locations 116, 122, 128 that correspond to nodes on the communication network 108. Each CDN POP 116, 122, 128 includes a DNS

-5-

ATI_KOVE_0000278
ATI_KOVE_0000255

component 118, 124, 130 made up of a number of DNS server computing devices for resolving DNS queries from the client computers 102. Each CDN POP 116, 122, 128 also includes a resource cache component 120, 126, 132 made up of a number of cache server computing devices for storing resources from content providers and transmitting various requested resources to various client computers. The DNS components 118, 124 and 130 and the resource cache components 120, 126, 132 may further include additional software and/or hardware components that facilitate communications including, but not limited to, load balancing or load sharing software/hardware components.

[0021] In an illustrative embodiment, the DNS component 118, 124, 130 and resource cache component 120, 126, 132 are considered to be logically grouped, regardless of whether the components, or portions of the components, are physically separate. Additionally, although the CDN POPs 116, 122, 128 are illustrated in FIGURE 1 as logically associated with the CDN Provider 106, the CDN POPs will be geographically distributed throughout the communication network 108 in a manner to best serve various demographics of client computing devices 102. Additionally, one skilled in the relevant art will appreciate that the CDN service provider 106 can be associated with various additional computing resources, such additional computing devices for administration of content and resources, and the like.

[0022] With further continued reference to FIGURE 1, the content delivery environment 100 can also include a network computing and storage provider 107 in communication with the one or more client computing devices 102, the CDN service provider 106, and the content provider 104 via the communication network 108. The network computing and storage provider 107 illustrated in FIGURE 1 also corresponds to a logical association of one or more computing devices associated with a network computing and storage provider. Specifically, the network computing and storage provider 107 can include a number of Point of Presence ("POP") locations 134, 142, 148 that correspond to nodes on the communication network 108. Each POP 134, 142, 148 includes a network computing component (NCC) 136, 144, 150 for hosting applications, such as data streaming applications, via a number of instances of a virtual machine, generally referred to as an instance of an NCC. One skilled in the relevant art will appreciate that NCC 136, 144, 150

-6-

ATI_KOVE_0000279
ATI_KOVE_0000255

would include physical computing device resources and software to provide the multiple instances of a virtual machine or to dynamically cause the creation of instances of a virtual machine. Such creation can be based on a specific request, such as from a client computing device, or the NCC can initiate dynamic creation of an instance of a virtual machine on its own. Each NCC POP 134, 142, 148 also includes a storage component 140, 146, 152 made up of a number of storage devices for storing resources from content providers which will be processed by an instance of an NCC 136, 144, 150 and transmitted to various client computers. The NCCs 136, 144, 150 and the storage components 140, 146, 152 may further include additional software and/or hardware components that facilitate communications including, but not limited to, load balancing or load sharing software/hardware components for selecting instances of a virtual machine supporting a requested application and/or providing information to a DNS nameserver to facilitate request routing.

[0023]    In an illustrative embodiment, NCCs 136, 144, 150 and the storage components 140, 146, 152 are considered to be logically grouped, regardless of whether the components, or portions of the components, are physically separate. Additionally, although the NCC POPs 134, 142, 148 are illustrated in FIGURE 1 as logically associated with the network computing and storage provider 107, the NCC POPs will be geographically distributed throughout the communication network 108 in a manner to best serve various demographics of client computing devices 102. Additionally, one skilled in the relevant art will appreciate that the network computing and storage provider 107 can be associated with various additional computing resources, such additional computing devices for administration of content and resources, and the like. Even further, one skilled in the relevant art will appreciate that the components of the network computing and storage provider 107 and components of the CDN service provider 106 can be managed by the same or different entities.

[0024]    With reference now to FIGURES 2-6, the interaction between various components of the content delivery environment 100 of FIGURE 1 will be illustrated. For purposes of the example, however, the illustration has been simplified such that many of the components utilized to facilitate communications are not shown. One skilled in the relevant art will appreciate that such components can be utilized and that additional interactions

-7-

ATI_KOVE_0000280
ATI_KOVE_0000255

would accordingly occur without departing from the spirit and scope of the present disclosure.

[0025] With reference to FIGURE 2, an illustrative interaction for registration of a content provider 104 with the CDN service provider 106 will be described. As illustrated in FIGURE 2, the CDN content registration process begins with registration of the content provider 104 with the CDN service provider 106. In an illustrative embodiment, the content provider 104 utilizes a registration application program interface ("API") to register with the CDN service provider 106 such that the CDN service provider 106 can provide content on behalf of the content provider 104. The registration API includes the identification of the origin server 112 of the content provider 104 that will provide requested resources to the CDN service provider 106.

[0026] One skilled in the relevant art will appreciate that upon identification of appropriate origin servers 112, the content provider 104 can begin to direct requests for content from client computing devices 102 to the CDN service provider 106. Specifically, in accordance with DNS routing principles, a client computing device request corresponding to a resource identifier would eventually be directed toward a CDN POP 116, 122, 128 associated with the CDN service provider 106. In the event that the resource cache component 120, 126, 132 of a selected CDN POP, or the storage component 140, 146, 152 of a subsequently selected instance of an NCC 136, 144, 150 as will be described further below, does not have a copy of a resource requested by a client computing device 102, the resource cache component 120, 126, 132, or the storage component 140, 146, 152, will request the resource from the origin server 112 previously registered by the content provider 104.

[0027] With continued reference to FIGURE 2, upon receiving the registration API, the CDN service provider 106 obtains and processes the registration information. In an illustrative embodiment, the CDN service provider 106 can then generate additional information that will be used by the client computing devices 102 as part of the content requests. The additional information can include, without limitation, client identifiers, such as client identification codes, content provider identifiers, such as content provider identification codes, executable code for processing resource identifiers, such as script-based instructions, the like. In another embodiment, in addition or alternatively, the additional

-8-

ATI_KOVE_0000281
ATI_KOVE_0000255

information can include file type identifiers and/or application identifiers which can include file type information, as well as information pertaining to a type of application for processing the requested content or a specific instance of an application desired for processing the requested content. Application identifiers may also include or be associated with other additional information or requirements for selecting an instance of an application for processing the requested content, such as quality of service criteria which can include information as to compression rates, processing power, processing speed, and/or bandwidth of the NCC, and the like. One skilled in the relevant art will appreciate that various types of additional information may be generated by the CDN service provider 106 and that the additional information may be embodied in any one of a variety of formats.

[0028]    The CDN service provider 106 returns an identification of applicable domains for the CDN service provider (unless it has been previously provided) and any additional information to the content provider 104. In turn, the content provider 104 can then process the stored content with content provider specific information. In one example, as illustrated in FIGURE 2, the content provider 104 translates resource identifiers originally directed toward a domain of the origin server 112 to a domain corresponding to the CDN service provider. The translated URLs are embedded into requested content in a manner such that DNS queries for the translated URLs will resolve to a DNS server corresponding to the CDN service provider 106 and not a DNS server corresponding to the content provider 104. Although the translation process is illustrated in FIGURE 2, in some embodiments, the translation process may be omitted in a manner described in greater detail below.

[0029]    Generally, the identification of the resources originally directed to the content provider 104 will be in the form of a resource identifier that can be processed by the client computing device 102, such as through a browser software application. In an illustrative embodiment, the resource identifiers can be in the form of a uniform resource locator ("URL"). Because the resource identifiers are included in the requested content directed to the content provider, the resource identifiers can be referred to generally as the "content provider URL." For purposes of an illustrative example, the content provider URL can identify a domain of the content provider 104 (e.g., contentprovider.com), generally referred to as a DNS portion of the URL, a name of the resource to be requested (e.g.,

-9-

ATI_KOVE_0000282
ATI_KOVE_0000255

"resource.jpg") and a path where the resource will be found (e.g., "path"), the path and resource generally referred to as a path portion of the URL. In this illustrative example, the content provider URL has the form of:

http://www.contentprovider.com/path/resource.jpg

[0030]    During an illustrative translation process, the content provider URL is modified such that requests for the resources associated with the translated URLs resolve to a CDN POP associated with the CDN service provider 106. In one embodiment, the translated URL identifies the domain of the CDN service provider 106 (e.g., "cdnprovider.com"), the same name of the resource to be requested (e.g., "resource.jpg") and the same path where the resource will be found (e.g., "path"). Additionally, the translated URL can include additional processing information (e.g., "additional information") in the DNS portion of the URL. The translated URL would have the form of:

http://additional_information.cdnprovider.com/path/resource.jpg

[0031]    In another embodiment, the information associated with the CDN service provider 106 is included in a modified URL, such as through prepending or other techniques, such that the translated URL can maintain all of the information associated with the original URL. In this embodiment, the translated URL would have the form of:

http://additional_information.cdnprovider.com/www.contentprovider.com/path/resource.jpg

[0032]    With reference now to FIGURE 3, after completion of the registration and translation processes illustrated in FIGURE 2, a client computing device 102 subsequently generates a content request that is received and processed by the content provider 104, such as through the Web server 110. In accordance with an illustrative embodiment, the request for content can be in accordance with common network protocols, such as the hypertext

-10-

ATI_KOVE_0000283
ATI_KOVE_0000255

transfer protocol ("HTTP"). Upon receipt of the content request, the content provider 104 identifies the appropriate responsive content. In an illustrative embodiment, the requested content can correspond to a Web page that is displayed on the client computing device 102 via the processing of information, such as hypertext markup language ("HTML"), extensible markup language ("XML"), and the like. The requested content can also include a number of embedded resource identifiers, described above, that corresponds to resource objects that should be obtained by the client computing device 102 as part of the processing of the requested content. The embedded resource identifiers can be generally referred to as original resource identifiers or original URLs.

[0033]     Upon receipt of the requested content, the client computing device 102, such as through a browser software application, begins processing any of the markup code included in the content and attempts to acquire the resources identified by the embedded resource identifiers. Accordingly, the first step in acquiring the content corresponds to the issuance, by the client computing device 102 (through its local DNS resolver), of a DNS query for the original URL resource identifier that results in the identification of a DNS server authoritative to the "." and the "com" portions of the translated URL. After resolving the "." and "com" portions of the embedded URL, the client computing device 102 then issues a DNS query for the resource URL that results in the identification of a DNS server authoritative to the ".cdnprovider" portion of the embedded URL. The issuance of DNS queries corresponding to the "." and the "com" portions of a URL are well known and have not been illustrated.

[0034]     With reference now to FIGURE 4, in an illustrative embodiment, the successful resolution of the "cdnprovider" portion of the original URL identifies a network address, such as an IP address, of a DNS server associated with the CDN service provider 106. In one embodiment, the IP address can be a specific network address unique to a DNS server component of a POP. In another embodiment, the IP address can be shared by one or more CDN POPs. In this embodiment, a further DNS query to the shared IP address utilizes a one-to-many network routing schema, such as anycast, such that a specific POP will receive the request as a function of network topology. For example, in an anycast implementation, a DNS query issued by a client computing device 102 to a shared IP address

-11-

ATI_KOVE_0000284
ATI_KOVE_0000255

will arrive at a DNS server component logically having the shortest network topology distance, often referred to as network hops, from the client computing device. The network topology distance does not necessarily correspond to geographic distance. However, in some embodiments, the network topology distance can be inferred to be the shortest network distance between a client computing device 102 and a POP. It will be appreciated by one skilled in the relevant art that a number of ways exist to determine network topology distance.

[0035]     With continued reference to FIGURE 4, in either of the above identified embodiments (or any other embodiment), a specific DNS server in the DNS component 118 of a CDN POP 116 receives the DNS query corresponding to the original URL from the client computing device 102. Once one of the DNS servers in the DNS component 118 receives the request, the specific DNS server attempts to resolve the request. In one illustrative embodiment as shown in FIGURE 4, a specific DNS server resolves the DNS query by identifying an IP address of a cache server component or an instance of an NCC that will process the request for the requested resource. As described above and as will be described further below in reference to FIGURES 6A and 6B, a selected resource cache component or a storage component associated with an instance of an NCC can process the request by either providing the requested resource if it is available or attempting to obtain the requested resource from another source, such as a peer cache server computing device or the origin server 112 of the content provider 104.

[0036]     In further reference to FIGURE 4, the specific DNS server can utilize a variety of information in selecting a resource cache component or an instance of an NCC. In one illustrative embodiment, the DNS server can use the additional information in the DNS portion of the resource identifier (which is used to resolve the DNS query by the DNS server) to return an IP address of a resource cache component or an instance of an NCC. As generally described above, the additional information can include, without limitation, client identifiers, such as client identification codes, content provider identifiers, such as content provider identification codes, executable code for processing resource identifiers, such as script-based instructions, and the like. In addition or alternatively, the additional information can include file type identifiers and/or application identifiers which can include file type information, as well as information pertaining to a type of hosted application for processing

-12-

ATI_KOVE_0000285
ATI_KOVE_0000255

the requested content or a specific instance of a hosted application desired for processing the requested content.

[0037]    As will be further described below in reference to FIGURE 8, where the requested content corresponds to a streaming media file, for example, the DNS server can use an application identifier included in a DNS portion of the first resource identifier to select an instance of an NCC for processing the streaming media file. In one embodiment, the application identifier can specify file type information for the content to be processed, and the DNS server selects an instance of an NCC that has a data streaming application capable of processing a request for the identified file type, e.g., an MPEG or Flash media file. In another embodiment, the application identifier can specify a type of hosted application, e.g., an Adobe Flash server streaming application or a Real Network Helix server streaming application, to be used to process the requested content. Based on that information, the DNS server resolves the DNS query by identifying an instance of an NCC that corresponds to the identified type of application for processing the requested content or that can dynamically cause creation of such an instance. Still further, in another embodiment, the application identifier can specify a specific instance of an application, e.g., Company's Flash server, specified by a content provider for example. Based on that information, the DNS server then resolves the DNS query by identifying the IP address of a specific instance of an NCC that has the application required to process the requested content. Yet further, in another embodiment, the DNS portion of the first resource identifier can have a separate file type identifier which provides the file type information for use by the DNS server in selecting an appropriate instance of an NCC device for servicing the requested content.

[0038]    Even further, the DNS server can also use information obtained directly from a client computing device (such as information provided by the client computing device or ISP) or indirectly (such as inferred through a client computing device's IP address) to select a resource cache component or an instance of an NCC. Such client computing device information can, for example, be geographic information. Still further, the DNS server components can utilize network performance metrics or measurements to assign specific resource cache components or instances of an NCC. The IP address selected by a DNS server component may correspond to a specific caching server in the resource cache or a specific

-13-

ATI_KOVE_0000286
ATI_KOVE_0000255

instance of an NCC device. Alternatively, the IP address can correspond to a hardware/software selection component (such as a load balancer) at a specific CDN POP or NCC POP for selecting a specific cache component or instance of an NCC.

[0039] Yet still further, for selection of an instance of an NCC, the DNS server components can utilize additional selection information provided from network computing and storage provider 107 to CDN service provider 106. Such selection information can include information typically related to quality of service, such as computing capacity measurements of NCCs, compression rates, processing power, processing speed, bandwidth, and the like, which can be indirectly related to the cost associated with creating and/or using a particular instance of an NCC. This additional selection information can be provided over a communication channel between the network computing and storage provider 107 and CDN service provider 106, as generally illustrated in FIGURE 4, at a variety of times. Moreover, as will be appreciated by one skilled in the relevant art, the additional selection information may be transmitted in any of a number of ways, such as upon individual requests from the CDN service provider 106, batch processing initiated by the CDN service provider or network computing and storage provider, and the like.

[0040] In further reference to FIGURE 4, once an IP address is identified, the DNS server 118 provides the IP address of the resource cache component or the instance of an NCC to the client computing device 102 for further processing, as will be discussed further below in reference to FIGURES 6A and 6B.

[0041] In another illustrative embodiment, and as will be described further in reference to FIGURES 5A-5C, the additional information included in the DNS portion of the resource identifier can be used to identify a DNS server component which can then default to a selection of a resource cache component of the same CDN POP or an instance of an NCC of an associated NCC POP. The association can correspond to geographic or network proximity.

[0042] With reference to FIGURES 5A-5C, as an alternative to selecting a resource cache component or an instance of an NCC upon receipt of a DNS query as described in reference to FIGURE 4, the CDN service provider 106 can maintain sets of various alternative resource identifiers which correspond to DNS server components

-14-

ATI_KOVE_0000287
ATI_KOVE_0000255

associated with a cache component or an instance of an NCC that satisfy the criteria provided in the DNS portion of the resource identifier, e.g., in an application identifier, and that will be further selected based on additional request routing criteria. The alternative resource identifiers can be provided by the CDN service provider 106 to the client computing device 102 such that a subsequent DNS query on the alternative resource identifier will resolve to a different DNS server component within the CDN service provider's network. In an illustrative embodiment, the alternative resource identifiers are in the form of one or more canonical name ("CNAME") records. In one embodiment, each CNAME record identifies a domain of the CDN service provider 106 (e.g., "cdnprovider.com" or "cdnprovider-1.com"). As will be explained in greater detail below, the domain in the CNAME does not need to be the same domain found in original URL or in a previous CNAME record. Additionally, each CNAME record includes additional information, such as request routing information, (e.g., "request routing information"). An illustrative CNAME record can have the form of:

request_routing_information.cdnprovider.com

[0043]    In an illustrative embodiment, the CNAME records are generated and provided by the DNS servers to identify a more appropriate DNS server of the CDN service provider 106.

[0044]    In one embodiment, if the first DNS server determines that it is the appropriate DNS server (e.g., it can resolve the DNS query by providing an IP address of a cache component or instance of an NCC), the DNS server identifies a default, associated cache component or instance of an NCC POP to resolve the request. Alternatively, even though the DNS server can resolve the request, the DNS server can determine if another DNS server can also service the request based on additional request routing criteria, which will be described in detail below.

[0045]    In one example, the CDN service provider 106 can also attempt to direct a DNS query to DNS servers according to geographic criteria. The geographic criteria can correspond to geographic-based regional service plans contracted between the CDN service-provider 106 and the content provider 104 in which various CDN service provider 106 POPs

-15-

ATI_KOVE_0000288
ATI_KOVE_0000255

are grouped into geographic regions. Accordingly, a client computing device 102 DNS query received in a region not corresponding to the content provider's regional plan may be better processed by a DNS server in a region corresponding to the content provider's regional plan. In this example, the DNS server component 118 may also obtain geographic information from the client directly (such as information provided by the client computing device or ISP) or indirectly (such as inferred through a client computing device's IP address).

[0046] In another example, the CDN service provider 106 can also attempt to direct a DNS query to DNS servers according to service level criteria. The service level criteria can correspond to service or performance metrics contracted between the CDN service provider 106 and the content provider 104. Examples of performance metrics can include latencies of data transmission between the CDN service provider POPs and the client computing devices 102, total data provided on behalf of the content provider 104 by the CDN service provider POPs, error rates for data transmissions, and the like.

[0047] In still a further example, the CDN service provider 106 can attempt to direct a DNS query to DNS servers according to network performance criteria. The network performance criteria can correspond to measurements of network performance for transmitting data from the CDN service provider POPs to the client computing device 102. Examples of network performance metrics can include network data transfer latencies (measured by the client computing device or the CDN service provider 106, network data error rates, and the like.

[0048] In yet a further example, the receiving DNS server can attempt to direct a DNS query to another appropriate DNS query for load balancing or load sharing purposes. The receiving DNS may obtain an identification of other CDN POPs that define an order for such load balancing/load sharing. The list can be dynamic or periodically updated based on current network conditions.

[0049] In yet another example, the CDN service provider 106 can attempt to direct a DNS query associated with a resource request for processing by an instance of an NCC to DNS servers according to selection information criteria provided by the network computing and storage provider 107. As similarly set forth above, such selection information can include information typically related to quality of service, such as computing capacity

-16-

ATI_KOVE_0000289
ATI_KOVE_0000255

measurements of NCCs, compression rates, processing power, processing speed, bandwidth, and the like, which can be indirectly related to the cost associated with creating and/or using a particular instance of an NCC. This selection information can be provided over a communication channel between the network computing and storage provider 107 and CDN service provider 106 at a variety of times. Moreover, as will be appreciated by one skilled in the relevant art, the selection information may be transmitted in any of a number of ways, such as upon individual requests from the CDN service provider 106, batch processing initiated by the CDN service provider or network computing and storage provider, and the like.

[0050] In accordance with an illustrative embodiment, the DNS server maintains a data store that defines CNAME records for various incoming DNS queries. If a DNS query corresponding to a particular DNS query matches an entry in the data store, the DNS server returns a CNAME record as defined in the data store. In an illustrative embodiment, the data store can include multiple CNAME records corresponding to a particular DNS query. The multiple CNAME records would define a set of potential candidates that can be returned to the client computing device. In such an embodiment, the DNS server, either directly or via a network-based service, selects one of the CNAME records defined in the data store as more appropriate routing information based on logic that factors information contained in a DNS portion of the first resource identifier, as described above. It will be appreciated by one skilled in the art and others that the DNS server can implement further additional logic in selecting an appropriate CNAME from a set of possible of CNAMEs. In an illustrative embodiment, each DNS server component 118, 124, 130 maintains the same data stores that define CNAME records, which can be managed centrally by the CDN service provider 106. Alternatively, each DNS server component 118, 124, 130 can have POP specific data stores that define CNAME records, which can be managed centrally by the CDN service provider 106 or locally at the POP 116, 122, 128. Still further, each DNS server computing device within the DNS server components 118, 124, 130 can utilize shared data stores managed by a respective POP or a local data store specific to an individual DNS server computing device.

-17-

ATI_KOVE_0000290
ATI_KOVE_0000255

[0051]     The returned CNAME can also include request routing information that is different from or in addition to the information provided in the URL/CNAME of the current DNS query. For example, if the CNAME selection is further based on a service level plan, in addition to information associated with an application identifier included in the first resource identifier, a specific further identifier can be included in the "request_routing_information" portion of the CNAME record. An illustrative CNAME record in this specific example can have the form of:

serviceplan.appID.cdnprovider.com

[0052]     In another embodiment, request routing information can be found in the identification of a CDN service provider 106 domain different from the domain found in the current URL/CNAME. For example, if the CNAME is based on a regional plan, a specific regional plan domain (e.g., "cdnprovder-region1.com") could be used in the domain name portion of the specific CNAME record. One skilled in the relevant art will appreciate that additional or alternative techniques and/or combination of techniques may be used to include the additional request routing information in the CNAME record that is selected by the DNS server component 118.

[0053]     With continued reference to FIGURE 5A, in accordance with the embodiments set forth above, the DNS server may select (or otherwise obtain) a CNAME record that is intended to resolve to a more appropriate DNS server of the CDN service provider 106. It may be possible, however, that the same DNS server would also be authoritative for the subsequent DNS query for the CNAME to be provided to the client computing device. For example, a specific DNS server may be authoritative for both a specific regional plan and a service level plan. Thus, returning a CNAME would still result in the DNS query arriving at the same DNS query (which may also be due in part to the client computing device's geography). In such an embodiment, the DNS server, such as DNS server component 118, may choose to resolve the future DNS query in advance.

[0054]     With reference now to FIGURE 5B, upon receipt of the CNAME from the DNS server component 118, the client computing device 102 generates a subsequent DNS

-18-

ATI_KOVE_0000291
ATI_KOVE_0000255

query corresponding to the CNAME. As previously discussed with regard to FIGURE 4, the DNS query process could first start with DNS queries for the "." and "com" portions, followed by a query for the "cdnprovider" portion of the CNAME. To the extent, however, that the results of a previous DNS queries can be cached (and remain valid), the client computing device 102 can utilize the cached information and does not need to repeat the entire process. However, at some point, depending on whether the CNAME provided by DNS server component 118 (FIGURE 5A) and the previous URL/CNAME share common CDN service provider domains, the current CNAME DNS query resolves to a different POP provided by the CDN service provider 106. As illustrated in FIGURE 5B, the DNS server component 124 of CDN POP 122 receives the current CNAME based on the different information in the current CNAME previously provided by the DNS server component 118. As previously described, the DNS server component 124 can then determine whether to resolve the DNS query on the CNAME with an IP address of a cache component or an instance of an NCC that will process the content request or whether to provide another alternative resource identifier selected in the manners described above.

[0055] For purposes of illustration, assume that the DNS server component 124 determines that the DNS query corresponding to the current CNAME (provided by DNS server component 118) also corresponds to a CNAME record in its data store. In such an example, the DNS server component 124 would do any necessary processing to select a specific CNAME as described above and return the CNAME to the client computing device. With reference now to FIGURE 5C, the client computing device 102 would now transmit a second subsequent DNS query corresponding to the CNAME provided by DNS server component 124 (FIGURE 5B). In accordance with DNS query processes already described, the DNS query would illustratively be received by the DNS server component 130 of CDN POP 128. Again, the DNS server component 130 can then determine whether to resolve the DNS query on the CNAME with an IP address of a cache component or an instance of a NCC that will process the content request or whether to provide another alternative resource identifier selected in the manners described above. In this example, the DNS server component 130 returns an IP address.

-19-

ATI_KOVE_0000292
ATI_KOVE_0000255

[0056]    With continued reference to FIGURE 5C, in an illustrative embodiment, the DNS server components, such as DNS server component 130, can utilize a variety of information in selecting a resource cache component or an instance of an NCC, as similarly set forth above. In one example, the DNS server component can default to a selection of a resource cache component of the same CDN POP or an instance of an NCC associated with the same CDN POP.

[0057]    With reference now to FIGURES 6A, in an illustrative example, assume that the DNS server component 130 has selected the resource cache component 120 of POP 116. Upon receipt of the IP address for the resource cache component 120, the client computing device 102 transmits a request for the content to the resource cache component 120. The resource cache component 120 processes the request in a manner described above and the requested content is transmitted to the client computing device 102.

[0058]    With reference now to FIGURES 6B, in a further illustrative example, assume that the DNS server component 130 has selected an instance of NCC 136 of NCC POP 134. Upon receipt of the IP address for the instance of NCC 136, the client computing device 102 transmits a request for the requested content to the instance of NCC 136. The instance of NCC 136 processes the request and the requested content is transmitted to the client computing device 102. For example, for streaming media, the instance of the NCC will begin streaming the content.

[0059]    With reference now to FIGURE 7, a request routine 700 implemented by the CDN provider 106 will be described. One skilled in the relevant art will appreciate that actions/steps outlined for routine 700 may be implemented by one or many computing devices/components that are associated with the CDN service provider 106. Accordingly, routine 700 has been logically associated as being performed by the CDN service provider 106.

[0060]    At block 702, one of the DNS server components 118, 124, 130 receives a DNS query corresponding to a resource identifier. As previously discussed, the resource identifier can be a URL that has been embedded in content requested by the client computing device 102 and previously provided by the content provider 104. Alternatively, the resource identifier can also correspond to a CNAME provided by a content provider DNS server in

-20-

ATI_KOVE_0000293
ATI_KOVE_0000255

response to a DNS query previously received from the client computing device 102. At decision block 704, a test is conducted to determine whether the current DNS server is authoritative to resolve the DNS query. In an illustrative embodiment, the DNS server can determine whether it is authoritative to resolve the DNS query if there are no CNAME records corresponding to the received resource identifier. Additional methodologies may also be practiced to determine whether the DNS server is authoritative.

[0061]　If the current DNS server is authoritative (including a determination that the same DNS server will be authoritative for subsequent DNS queries), the current DNS server resolves the DNS query by returning the IP address of a default cache server component or a default instance of an NCC. In a non-limiting manner, a number of methodologies for selecting an appropriate resource cache component or instance of an NCC have been previously discussed. Additionally, as described above, the IP address can correspond to a hardware/software selection component (such as a load balancer) at a specific CDN POP or NCC POP for selecting a specific cache component or instance of an NCC.

[0062]　Alternatively, if at decision block 704 the DNS server is not authoritative, at block 808, the DNS server component selects and transmits an alternative resource identifier. As described above, the DNS server component can utilize a data store to identify an appropriate CNAME as a function of the current DNS query, including for example the application identifier in the DNS portion of the URL or CNAME. Additionally, the DNS server component can also implement additional logical processing to select from a set of potential CNAMES. At block 710, different DNS server components 118, 124, 130 receive a DNS query corresponding to the CNAME. The routine 700 then returns to decision block 704 and continues to repeat as appropriate.

[0063]　With reference now to FIGURE 8, a request routine 800 implemented by the CDN provider 106 will be described. One skilled in the relevant art will appreciate that actions/steps outlined for routine 800 may be implemented by one or many computing devices/components that are associated with the CDN service provider 106. Accordingly, routine 800 has been logically associated as being performed by the CDN service provider 106.

-21-

ATI_KOVE_0000294
ATI_KOVE_0000255

[0064]     At block 802, one of the DNS server components 118, 124, 130 receives a DNS query corresponding to a resource identifier. Again, as previously discussed, the resource identifier can be a URL that has been embedded in content requested by the client computing device 102 and previously provided by the content provider 104. Alternatively, the resource identifier can also correspond to a CNAME provided by a content provider DNS server in response to a DNS query previously received from the client computing device 102. At block 804, the current DNS server selects a resource cache component or an instance of an NCC to service the request associated with the DNS query. As described above, the DNS server makes this selection as a function of a DNS portion of the resource identifier associated with the DNS query. As an example, the DNS portion of the resource identifier can specify information associated with the file type of the requested resource or an application type or specific instance of an application for processing the requested resource. As further set forth above, a number of other factors may additionally be taken into consideration for selecting the appropriate cache component or instance of an NCC for servicing the resource request.

[0065]     Next, at block 806, the DNS server provides information to the client computing device identifying the selected resource cache component or instance of an NCC. In one embodiment, this information includes the IP address of the resource cache component or instance of an NCC. Thereafter, the client computing device can use that information to request and receive the requested resource. Routine 800 ends at block 806.

[0066]     While illustrative embodiments have been disclosed and discussed, one skilled in the relevant art will appreciate that additional or alternative embodiments may be implemented within the spirit and scope of the present invention. Additionally, although many embodiments have been indicated as illustrative, one skilled in the relevant art will appreciate that the illustrative embodiments do not need to be combined or implemented together. As such, some illustrative embodiments do not need to be utilized or implemented in accordance with scope of variations to the present disclosure.

[0067]     Conditional language, such as, among others, "can," "could," "might," or "may," unless specifically stated otherwise, or otherwise understood within the context as used, is generally intended to convey that certain embodiments include, while other

ATI_KOVE_0000295
ATI_KOVE_0000255

embodiments do not include, certain features, elements and/or steps. Thus, such conditional language is not generally intended to imply that features, elements and/or steps are in any way required for one or more embodiments or that one or more embodiments necessarily include logic for deciding, with or without user input or prompting, whether these features, elements and/or steps are included or are to be performed in any particular embodiment.

[0068] Any process descriptions, elements, or blocks in the flow diagrams described herein and/or depicted in the attached FIGURES should be understood as potentially representing modules, segments, or portions of code which include one or more executable instructions for implementing specific logical functions or steps in the process. Alternate implementations are included within the scope of the embodiments described herein in which elements or functions may be deleted, executed out of order from that shown or discussed, including substantially concurrently or in reverse order, depending on the functionality involved, as would be understood by those skilled in the art. It will further be appreciated that the data and/or components described above may be stored on a computer-readable medium and loaded into memory of the computing device using a drive mechanism associated with a computer readable storing the computer executable components such as a CD-ROM, DVD-ROM, or network interface further, the component and/or data can be included in a single device or distributed in any manner. Accordingly, general purpose computing devices may be configured to implement the processes, algorithms and methodology of the present disclosure with the processing and/or execution of the various data and/or components described above.

[0069] It should be emphasized that many variations and modifications may be made to the above-described embodiments, the elements of which are to be understood as being among other acceptable examples. All such modifications and variations are intended to be included herein within the scope of this disclosure and protected by the following claims.

ATI_KOVE_0000296
ATI_KOVE_0000255

WHAT IS CLAIMED IS:

1.    A method for request routing comprising:

obtaining a DNS query from a client computing device at a first DNS server, wherein the DNS query corresponds to a requested resource associated with an original resource identifier provided by a content provider and wherein the first DNS server corresponds to a content delivery network service provider that is different from the content provider;

determining whether the first DNS server is authoritative to the DNS query;

obtaining an alternative resource identifier based on an application identifier included in the original resource identifier if the DNS server is determined not to be authoritative, wherein the alternative resource identifier includes information for causing a DNS query to resolve to a domain corresponding to the content delivery service provider and request routing information not included in the original resource identifier;

transmitting the alternative resource identifier to the client computing device;

obtaining a subsequent DNS query from the client computing device at a second DNS server, wherein the subsequent DNS query corresponds to the alternative resource identifier provided by the content delivery network service provider and wherein the second DNS server corresponds to the content delivery network service provider that is different from the content provider;

determining whether the second DNS server is authoritative to the subsequent DNS query; and

selecting a network computing component for processing content associated with the original resource request if the second DNS server is authoritative to the second DNS query; and

transmitting information identifying the selected network computing component if the second DNS server is determined to be authoritative.

2.    The method as recited in Claim 1, wherein the original resource identifier corresponds to a uniform resource locator provided by the content provider such that the

-24-

ATI_KOVE_0000297
ATI_KOVE_0000255

DNS query resolves to a domain corresponding to the content delivery network service provider.

3. The method as recited in Claim 1, wherein the alternative resource identifier corresponds to a canonical name record identifier.

4. The method as recited in Claim 1, wherein the original resource identifier and the alternative resource identifier include information identifying a same domain corresponding to the content delivery service provider.

5. The method as recited in Claim 1, wherein the original resource identifier includes information identifying a first domain corresponding to the content delivery service provider and wherein the alternative resource identifier includes information identifying a second domain corresponding to the content delivery service provider.

6. The method as recited in Claim 1, wherein the network computing component comprises an application for processing the requested resource.

7. The method as recited in Claim 6, wherein the application is a data streaming application.

8. The method as recited in Claim 1, wherein the network computing component is operable to dynamically cause the creation of an instance of a virtual machine for processing the requested resource.

9. The method as recited in Claim 1, wherein the application identifier includes information associated with the file type of the requested resource.

10. The method as recited in Claim 1, wherein the application identifier includes information associated with a type of application for processing the requested resource.

11. The method as recited in Claim 1, wherein the application identifier includes information associated with an instance of an application for processing the requested resource.

12. The method as recited in Claim 1, wherein the application identifier includes network computing component selection information associated with a type of an application or an instance of an application for processing the requested resource.

13. The method as recited in Claim 12, wherein the selection information includes quality of service information.

-25-

ATI_KOVE_0000298
ATI_KOVE_0000255

14. The method as recited in Claim 1, wherein obtaining an alternative resource identifier is further based on information associated with a geographic location of the client computing device.

15. The method as recited in Claim 1, wherein obtaining an alternative resource identifier is further based on information associated with the content provider, wherein the information includes regional service information and wherein the alternative resource identifier includes information identifying a regional service plan provided by the content delivery network service provider.

16. The method as recited in Claim 1, wherein obtaining an alternative resource identifier is further based on information associated with the content provider, wherein the information includes service level information and wherein the alternative resource identifier includes information identifying a service level plan provided by the content delivery network service provider.

17. The method as recited in Claim 1, wherein obtaining an alternative resource identifier is further based on information associated with network computing resources, wherein the information includes network computing component selection information.

18. The method as recited in Claim 17, wherein the network computing component selection information includes performance metrics associated with one or more network computing components.

19. The method as recited in Claim 1 further comprising:

obtaining a request from the client computing device for the requested content; and

processing and transmitting the requested content from the selected network computing component in response to the request from the client computing device.

20. The method as recited in Claim 1, wherein the information identifying the selected network computing component includes a network address corresponding to the selected network computing component.

-26-

ATI_KOVE_0000299
ATI_KOVE_0000255

21.　A method for request routing comprising:

obtaining a DNS query from a client computing device at a first DNS server, wherein the DNS query corresponds to a requested resource associated with a first resource identifier and wherein the first DNS server corresponds to a content delivery network service provider;

determining that the first resource identifier is associated with an alternative resource identifier;

transmitting the alternative resource identifier to the client computing device, wherein the alternative resource identifier includes information for causing a DNS query to resolve to a domain corresponding to the content delivery service provider and supplemental request routing information not included in the first resource identifier;

obtaining a subsequent DNS query from the client computing device at a second DNS server, wherein the subsequent DNS query corresponds to the alternative resource identifier provided by the content delivery network service provider and wherein the second DNS server corresponds to the content delivery network service provider;

resolving the subsequent DNS query, at the second DNS server, to identify a network computing component for processing and providing content associated with the original resource request; and

transmitting information identifying the identified network computing component to the client computing device.

22.　The method as recited in Claim 21, wherein first resource identifier corresponds to a uniform resource locator such that the DNS query resolves to a domain corresponding to the content delivery network service provider.

23.　The method as recited in Claim 21, wherein the alternative resource identifier corresponds to a canonical name record identifier.

24.　The method as recited in Claim 21, wherein the network computing component comprises an application for processing the requested resource.

-27-

ATI_KOVE_0000300
ATI_KOVE_0000255

25.     The method as recited in Claim 24, wherein the application is a data streaming application.

26.     The method as recited in Claim 21, wherein the network computing component is operable to dynamically cause the creation of an instance of a virtual machine for processing the requested resource.

27.     The method as recited in Claim 21, wherein determining that the first resource identifier is associated with an alternative resource identifier comprises:

obtaining resource routing information corresponding to an application identifier included in the first resource identifier;

selecting an alternative resource identifier as a function of the resource routing information corresponding to the application identifier.

28.     The method as recited in Claim 27, wherein the application identifier includes information associated with the file type of the requested resource and wherein the alternative resource identifier is selected as a function of the file type of the requested resource.

29.     The method as recited in Claim 27, wherein the application identifier includes information associated with a type of application for processing the requested resource and wherein the alternative resource identifier is selected as a function of the application type.

30.     The method as recited in Claim 27, wherein the application identifier includes information identifying an instance of an application for processing the requested resource and wherein the alternative resource identifier is selected as a function of the application instance.

31.     The method as recited in Claim 27, wherein the application identifier includes network computing component selection information associated with a type of an application or an instance of an application for processing the requested resource.

32.     The method as recited in Claim 31, wherein the selection information includes quality of service information.

33.     The method as recited in Claim 27 further comprising obtaining resource routing information corresponding to the client computing device associated with the DNS query, wherein the information corresponding to the client computing device is associated with a geographic location of the client computing device and wherein selecting an

-28-

ATI_KOVE_0000301
ATI_KOVE_0000255

alternative resource identifier is further based on information associated with a geographic location of the client computing device.

34.     A method for request routing comprising:

obtaining a DNS query from a client computing device at a first DNS server, wherein the DNS query corresponds to a requested resource associated with a first resource identifier and wherein the first DNS server corresponds to a content delivery network service provider;

selecting a network computing component for processing the requested resource from a plurality of network computing components based on the first resource identifier; and

transmitting information identifying the selected network computing component from the first DNS server to the client computing device.

35.     The method as recited in Claim 34, wherein the network computing component comprises an application for processing the requested resource.

36.     The method as recited in Claim 34, wherein the application is a data streaming application.

37.     The method as recited in Claim 34, wherein the network computing component is operable to dynamically cause the creation of an instance of a virtual machine for processing the requested resource.

38.     The method as recited in Claim 34, wherein the first resource identifier includes a first portion for identifying information associated with a service plan provided by the content provider and wherein a network computing component is selected based on the first portion.

39.     The method as recited in Claim 34, wherein the first resource identifier includes a first portion for identifying information associated with the file type of the requested resource and wherein a network computing component is selected at the first DNS server based on the file type.

40.     The method as recited in Claim 34, wherein the first resource identifier includes a DNS portion and a path portion, wherein each portion includes a file identifier and

-29-

ATI_KOVE_0000302
ATI_KOVE_0000255

wherein a network computing component is selected at the first DNS server based on the file identifier included in the DNS portion of the first resource identifier.

41.   The method as recited in Claim 34, wherein the first resource identifier includes a first portion for identifying information associated with network computing component selection information, wherein the selection information includes quality of service information.

42.   The method as recited in Claim 34, wherein selecting a network computing component is further based on information associated with the geographic location of the client computing device.

43.   The method as recited in Claim 34, wherein selecting a network computing component is further based on performance metrics associated with one or more network computing components.

44.   A method for request routing comprising:

obtaining a DNS query from a client computing device at a first DNS server, wherein the DNS query corresponds to a requested resource associated with a first resource identifier, wherein the first resource identifier includes a first portion with DNS information and a second portion with path information, and wherein the DNS server corresponds to a content delivery network service provider;

selecting a network computing component for processing the requested resource based on the first portion of the first resource identifier; and

transmitting information identifying the selected network computing component from the first DNS server to the client computing device.

45.   The method as recited in Claim 44, wherein the network computing component comprises an application for processing the requested resource.

46.   The method as recited in Claim 44, wherein the application is a data streaming application.

47.   The method as recited in Claim 44, wherein the network computing component is operable to dynamically cause the creation of an instance of a virtual machine for processing the requested resource.

-30-

ATI_KOVE_0000303
ATI_KOVE_0000255

48.  The method as recited in Claim 44, wherein the first and second portions of the first resource identifier each include a file identifier.

49.  The method as recited in Claim 44, wherein the first portion of the first resource identifier includes a file identifier and wherein the network computing component is selected as a function of the file identifier.

50.  The method as recited in Claim 44, wherein the first portion of the first resource identifier includes an application identifier and wherein the network computing component is selected as a function of the application identifier.

51.  The method as recited in Claim 50, wherein the application identifier identifies a type of application for processing the requested resource.

52.  The method as recited in Claim 50, wherein the application identifier identifies an instance of an application for processing the requested resource.

53.  The method as recited in Claim 50, wherein the application identifier includes network computing component selection information associated with a type of an application or an instance of an application for processing the requested resource.

54.  The method as recited in Claim 53, wherein the selection information includes quality of service information.

55.  The method as recited in Claim 44, wherein selecting a network computing component is further based on information associated with the geographic location of the client computing device.

56.  The method as recited in Claim 44, wherein the information identifying the selected network computing component is the IP address of the selected network computing component.

-31-

ATI_KOVE_0000304
ATI_KOVE_0000255

# REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS

## ABSTRACT

A system, method and computer-readable medium for request routing. A DNS server at a content delivery network service provider obtains a DNS query corresponding to a resource requested from a client computing device and associated with a first resource identifier. The first resource identifier includes a first portion with DNS information and a second portion with path information. The DNS server selects a network computing component for processing the requested resource based on the DNS portion of the resource identifier and transmits information identifying the selected network computing component to the client computing device.

5591042
063008

-32-

ATI_KOVE_0000305
ATI_KOVE_0000255



*Fig.1.*

ATI_KOVE_0000306
ATI_KOVE_0000255

*Fig.2.*

ATI_KOVE_0000307
ATI_KOVE_0000255



*Fig.3.*

ATI_KOVE_0000308
ATI_KOVE_0000255



**Fig.4.**

ATI_KOVE_0000309
ATI_KOVE_0000255



*Fig. 5A.*

ATI_KOVE_0000310
ATI_KOVE_0000255



*Fig.5B.*

ATI_KOVE_0000311
ATI_KOVE_0000255



*Fig.5C.*

ATI_KOVE_0000312
ATI_KOVE_0000255



*Fig.6A.*

ATI_KOVE_0000313
ATI_KOVE_0000255



*Fig.6B.*

ATI_KOVE_0000314
ATI_KOVE_0000255





*Fig.8.*

START REQUEST ROUTING
PROCESSING ROUTINE

800

RECEIVE DNS QUERY

802

SELECT CACHE SERVER OR NETWORK
COMPUTING COMPONENT TO SERVICE
REQUEST ASSOCIATED WITH DNS QUERY

804

PROVIDE IP ADDRESS OF SELECTED
SERVER/COMPONENT TO CLIENT

806

END

808

As a below named inventor, I hereby declare that:

My residence/post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled: **"REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS,"** the specification of which is filed herewith unless the following box is checked:

☑ was filed on June 30, 2008, as U.S. Application Serial No. 12/165,343 or PCT International Application

Number _____ and was amended on _____ (if applicable).

I hereby state that I have reviewed and understood the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above. I acknowledge the duty to disclose all information which is material to patentability as defined in 37 C.F.R. § 1.56.

### CLAIM OF DOMESTIC PRIORITY

I hereby claim the benefit under 35 U.S.C. § 120 of any U.S. application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior U.S. application in the manner provided by the first paragraph of 35 U.S.C. § 112, I acknowledge the duty to disclose to the U.S. Patent and Trademark Office all information known to be material to patentability as defined in 37 C.F.R. § 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application:

| This application is a (continuation, divisional, or continuation-in-part) of | Application Serial No. | Filing Date | Status (patented, pending, or abandoned) |
| --- | --- | --- | --- |
| | | | |

I hereby claim the benefit under 35 U.S.C. § 119(e) of any U.S. provisional application(s) listed below:

| Application No. | Filing Date |
| --- | --- |
| | |

ATI_KOVE_0000317

ATI_KOVE_0000255

## FOREIGN APPLICATION(S) AND/OR CLAIM OF FOREIGN PRIORITY

I hereby claim foreign priority benefits under 35 U.S.C. § 119 (a)-(d) or (f) or 365(b) of any foreign application(s) for patent or inventor(s) rights certificate or 365 (a) of any PCT international application which designated at least one country other than the United States of America listed below, and have also identified below, by checking the box, any foreign application for patent or inventor(s) rights certificate or any PCT international application having a filing date before that of the application on which priority is claimed:

| Country | Application No. | Filing Date | Foreign Priority Claimed Under 35 U.S.C. § 119 |
|---------|-----------------|-------------|------------------------------------------------|
|         |                 |             | YES: _____ NO: _____                           |

## POWER OF ATTORNEY

As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) associated with:

> **Customer No.**
> **79,502**

Jointly, and each of them severally, as attorney(s) or agent(s), with full power of substitution, delegation and revocation to prosecute this application, to make alterations and amendments therein, to receive the patent, and to transact all business in the Patent and Trademark Office connected therewith.

## CORRESPONDENCE ADDRESS

I hereby direct all correspondence and telephone calls in connection with this application be addressed to the correspondence address and telephone number associated with the customer number listed above.

ATI_KOVE_0000318
ATI_KOVE_0000255

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full Name of Inventor: **Swaminathan Sivasubramanian**

Citizenship: **India**          Residence: **Seattle, Washington**

Post Office Address: **1200 12th Avenue South, Suite 1200, Seattle, WA 98144-2734**

_7/14/2008_
Date

_S. Swaminathan_
Inventor's Signature

Full Name of Inventor: **David R. Richardson**

Citizenship: **U.S**          Residence: **Seattle, Washington**

Post Office Address: **1200 12th Avenue South, Suite 1200, Seattle, WA 98144-2734**

_14 July 2008_
Date

Inventor's Signature

Full Name of Inventor: **Christopher L. Scofield**

Citizenship: **U.S.**          Residence: **Seattle, Washington**

Post Office Address: **1200 12th Avenue South, Suite 1200, Seattle, WA 98144-2734**

_7/14/08_
Date

Inventor's Signature

Page 3 of 3

ATI_KOVE_0000319
ATI_KOVE_0000255

Attorney Docket Number: SEAZN.217A

Full Name of Inventor: **Bradley E. Marshall**

Citizenship: **U.S.**                    Residence: **Bainbridge Island, Washington**

Post Office Address: **1200 12th Avenue South, Suite 1200, Seattle, WA 98144-2734**

07 - 14-08
_____                    _____
Date                               Inventor's Signature

5576392
062608

ATI_KOVE_0000320
ATI_KOVE_0000255

# Electronic Patent Application Fee Transmittal

| Application Number: | |
|---|---|
| Filing Date: | |
| Title of Invention: | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| First Named Inventor/Applicant Name: | Swaminathan Sivasubramanian |
| Filer: | Melanie J. Seelig/Jennifer Babcock |
| Attorney Docket Number: | SEAZN.217D1 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility application filing | 1011 | 1 | 330 | 330 |
| Utility Search Fee | 1111 | 1 | 540 | 540 |
| Utility Examination Fee | 1311 | 1 | 220 | 220 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| Claims in excess of 20 | 1202 | 17 | 52 | 884 |
| Independent claims in excess of 3 | 1201 | 2 | 220 | 440 |
| **Miscellaneous-Filing:** | | | | |

ATI_KOVE_0000321

ATI_KOVE_0000255

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Petition: | | | | |
| Patent-Appeals-and-Interference: | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| Extension-of-Time: | | | | |
| Miscellaneous: | | | | |
| | **Total in USD ($)** | | | 2414 |

ATI_KOVE_0000322
ATI_KOVE_0000255

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 9604686 |
| **Application Number:** | 13042301 |
| **International Application Number:** | |
| **Confirmation Number:** | 6648 |
| **Title of Invention:** | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| **First Named Inventor/Applicant Name:** | Swaminathan Sivasubramanian |
| **Customer Number:** | 79502 |
| **Filer:** | Melanie J. Seelig/Sabrina Jacob |
| **Filer Authorized By:** | Melanie J. Seelig |
| **Attorney Docket Number:** | SEAZN.217D1 |
| **Receipt Date:** | 07-MAR-2011 |
| **Filing Date:** | |
| **Time Stamp:** | 19:19:57 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $2414 |
| RAM confirmation Number | 6975 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

ATI_KOVE_0000323
ATI_KOVE_0000255

| 1 | | 217d1.pdf | 7217703<br>326737ddab62453e7c7e54a6a275816539<br>db415 | yes | 71 |
|---|---|---|---|---|---|

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Application Data Sheet | 1 | 4 |
| Miscellaneous Incoming Letter | 5 | 5 |
| Preliminary Amendment | 6 | 16 |
| Transmittal Letter | 17 | 17 |
| Information Disclosure Statement (IDS) Filed (SB/08) | 18 | 24 |
| Specification | 25 | 47 |
| Claims | 48 | 55 |
| Abstract | 56 | 56 |
| Drawings-only black and white line drawings | 57 | 67 |
| Oath or Declaration filed | 68 | 71 |

**Warnings:**

**Information:**

| 2 | Fee Worksheet (PTO-875) | fee-info.pdf | 38319<br>460eaa38a83244c5c4b19951e038e3c2b7b<br>04c25 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 7256022 |
|---|---|

ATI_KOVE_0000324
ATI_KOVE_0000255

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATI_KOVE_0000325
ATI_KOVE_0000255

PTO/SB/14 (11-08)
Approved for use through 09/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SEAZN.217D1 |
|---|---|---|
| | Application Number | |

| Title of Invention | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Applicant Information:

**Applicant 1**

| Applicant Authority ⦿Inventor | ◯Legal Representative under 35 U.S.C. 117 | ◯Party of Interest under 35 U.S.C. 118 |
|---|---|---|

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Swaminathan | | Sivasubramanian | |

| Residence Information (Select One) | ⦿ US Residency | ◯ Non US Residency | ◯ Active US Military Service |
|---|---|---|---|

| City | Seattle | State/Province | WA | Country of Residence | US |
|---|---|---|---|---|---|

| Citizenship under 37 CFR 1.41(b) | IN |
|---|---|

**Mailing Address of Applicant:**

| Address 1 | 410 Terry Avenue North |
|---|---|
| Address 2 | |

| City | Seattle | State/Province | WA |
|---|---|---|---|

| Postal Code | 98109-5120 | Country | US |
|---|---|---|---|

**Applicant 2**

| Applicant Authority ⦿Inventor | ◯Legal Representative under 35 U.S.C. 117 | ◯Party of Interest under 35 U.S.C. 118 |
|---|---|---|

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | David | R. | Richardson | |

| Residence Information (Select One) | ⦿ US Residency | ◯ Non US Residency | ◯ Active US Military Service |
|---|---|---|---|

| City | Seattle | State/Province | WA | Country of Residence | US |
|---|---|---|---|---|---|

| Citizenship under 37 CFR 1.41(b) | US |
|---|---|

**Mailing Address of Applicant:**

| Address 1 | 410 Terry Avenue North |
|---|---|
| Address 2 | |

| City | Seattle | State/Province | WA |
|---|---|---|---|

| Postal Code | 98109-5120 | Country | US |
|---|---|---|---|

**Applicant 3**

| Applicant Authority ⦿Inventor | ◯Legal Representative under 35 U.S.C. 117 | ◯Party of Interest under 35 U.S.C. 118 |
|---|---|---|

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Christopher | L. | Scofield | |

| Residence Information (Select One) | ⦿ US Residency | ◯ Non US Residency | ◯ Active US Military Service |
|---|---|---|---|

| City | Seattle | State/Province | WA | Country of Residence | US |
|---|---|---|---|---|---|

ATI_KOVE_0000326
ATI_KOVE_0000255

PTO/SB/14 (11-08)
Approved for use through 09/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SEAZN.217D1 |
|---|---|---|
| | Application Number | |

| Title of Invention | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
|---|---|

| **Citizenship under 37 CFR 1.41(b)** | | US | | | | | |
|---|---|---|---|---|---|---|---|
| **Mailing Address of Applicant:** | | | | | | | |
| **Address 1** | | 410 Terry Avenue North | | | | | |
| **Address 2** | | | | | | | |
| **City** | Seattle | | | | **State/Province** | WA | |
| **Postal Code** | | 98109-5120 | | **Country** | US | | |

| **Applicant 4** | | | | | | |
|---|---|---|---|---|---|---|
| **Applicant Authority** ⦿Inventor | | ◯Legal Representative under 35 U.S.C. 117 | | | ◯Party of Interest under 35 U.S.C. 118 | |
| Prefix | **Given Name** | **Middle Name** | | **Family Name** | | Suffix |
| | Bradley | E. | | Marshall | | |
| **Residence Information (Select One)** | ⦿ US Residency | ◯ Non US Residency | | ◯ Active US Military Service | | |
| **City** | Bainbridge Island | **State/Province** | WA | **Country of Residence** | US | |
| **Citizenship under 37 CFR 1.41(b)** | US | | | | | |
| **Mailing Address of Applicant:** | | | | | | |
| **Address 1** | 410 Terry Avenue North | | | | | |
| **Address 2** | | | | | | |
| **City** | Seattle | | | **State/Province** | WA | |
| **Postal Code** | 98109-5120 | | **Country** | US | | |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.     [ Add ]

## Correspondence Information:

| Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a). | | |
|---|---|---|
| ☐ **An Address is being provided for the correspondence Information of this application.** | | |
| **Customer Number** | 79502 | |
| **Email Address** | efiling@kmob.com | [ Add Email ]  [ Remove Email ] |

## Application Information:

| **Title of the Invention** | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS | | |
|---|---|---|---|
| **Attorney Docket Number** | SEAZN.217D1 | **Small Entity Status Claimed** ☐ | |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Utility | | |
| **Suggested Class (if any)** | 709 | **Sub Class (if any)** | 245 |
| **Suggested Technology Center (if any)** | 2456 | | |
| **Total Number of Drawing Sheets (if any)** | 11 | **Suggested Figure for Publication (if any)** | 1 |

ATI_KOVE_0000327
ATI_KOVE_0000255

PTO/SB/14 (11-08)
Approved for use through 09/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SEAZN.217D1 |
|---|---|---|
| | Application Number | |

| Title of Invention | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
|---|---|

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S. C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Enter either Customer Number or complete the Representative Name section below. If both sections are completed the Customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 79502 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78(a)(2) or CFR 1.78(a)(4), and need not otherwise be made part of the specification.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Division of | 12165343 | 2008-06-30 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim benefit of foreign priority and to identify any prior foreign application for which priority is not claimed. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(a).

| | | | Remove |
|---|---|---|---|
| Application Number | Country[i] | Parent Filing Date (YYYY-MM-DD) | Priority Claimed |
| | | | ○ Yes  ◉ No |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

## Assignee Information:

Providing this information in the application data sheet does not substitute for compliance with any requirement of part 3 of Title 37 of the CFR to have an assignment recorded in the Office.

**Assignee 1**

ATI_KOVE_0000328
ATI_KOVE_0000255

PTO/SB/14 (11-08)
Approved for use through 09/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SEAZN.217D1 |
|---|---|---|
| | Application Number | |

| Title of Invention | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
|---|---|

| If the Assignee is an Organization check here. | ☒ | | |
|---|---|---|---|
| Organization Name | Amazon Technologies, Inc. | | |
| **Mailing Address Information:** | | | |
| **Address 1** | P.O. Box 8102 | | |
| Address 2 | | | |
| **City** | Reno | **State/Province** | NV |
| **Country** | US | Postal Code | 89507 |
| Phone Number | | Fax Number | |
| Email Address | | | |
| Additional Assignee Data may be generated within this form by selecting the **Add** button. | | | |

## Signature:

| A signature of the applicant or representative is required in accordance with 37 CFR 1.33 and 10.18. Please see 37 CFR 1.4(d) for the form of the signature. | | | |
|---|---|---|---|
| **Signature** | *Melanie Seelig* | Date (YYYY-MM-DD) | 3/7/2011 |
| First Name | Melanie | Last Name | Seelig | Registration Number | 44328 |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ATI_KOVE_0000329
ATI_KOVE_0000255

## RESCISSION OF ANY PRIOR DISCLAIMERS AND REQUEST TO REVISIT ART

| | | |
|---|---|---|
| Applicants | : | Sivasubramanian et al. |
| App. No. | : | - |
| Filed | : | Concurrently herewith |
| For | : | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| Examiner | : | - |
| Art Unit | : | 2456 |
| Conf # | : | - |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

The claims of the present application are different and possibly broader in scope than the claims pursued in the parent application(s). To the extent any prior amendments or characterizations of the scope of any claim or referenced art could be construed as a disclaimer of any subject matter supported by the present disclosure, applicants hereby rescind and retract such disclaimer. Accordingly, the references previously considered in the parent application(s) may need to be re-visited.

Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11-1410.

Respectfully submitted,

Dated: March 7, 2011

Melanie J. Seelig
Registration No. 44,328
Attorney of Record
Customer No. 79502
(206) 405-2000

10716543

ATI_KOVE_0000330
ATI_KOVE_0000255

# PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875

| Application or Docket Number |
|---|
| 13/042,301 |

## APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 330 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 540 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 220 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 37 minus 20 = | 17 | | | OR | x 52 = | 884 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 5 minus 3 = | 2 | | | | x 220 = | 440 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $270 ($135 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | 0.00 |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | 0.00 |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 2414 |

## APPLICATION AS AMENDED - PART II

### AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

### AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

ATI_KOVE_0000331
ATI_KOVE_0000255



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 13/042,301 | 03/07/2011 | 2447 | 2414 | SEAZN.217D1 | 37 | 5 |

**CONFIRMATION NO. 6648**

79502
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614

**FILING RECEIPT**

*OC000000046631183*

Date Mailed: 03/18/2011

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**
　　　　　Swaminathan Sivasubramanian, Seattle, WA;
　　　　　David R. Richardson, Seattle, WA;
　　　　　Christopher L. Scofield, Seattle, WA;
　　　　　Bradley E. Marshall, Bainbridge Island, WA;
**Assignment For Published Patent Application**
　　　　　Amazon Technologies, Inc., Reno, NV
**Power of Attorney:** The patent practitioners associated with Customer Number 79502

**Domestic Priority data as claimed by applicant**
　　　　　This application is a DIV of 12/165,343 06/30/2008

**Foreign Applications** (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)

**If Required, Foreign Filing License Granted:** 03/17/2011

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 13/042,301**

**Projected Publication Date:** 06/23/2011

**Non-Publication Request:** No

**Early Publication Request:** No

page 1 of 3

ATI_KOVE_0000332
ATI_KOVE_0000255

**Title**

REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS

**Preliminary Class**

709

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as

ATI_KOVE_0000333
ATI_KOVE_0000255

set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

## NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

ATI_KOVE_0000334
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/042301 |
|---|---|---|
| | Filing Date | 03-07-2011 |
| | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | Art Unit | 2447 |
| *(Multiple sheets used when necessary)* | Examiner | |
| SHEET 1 OF 1 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 2001/0056500 A1 | 12-27-2001 | Farber et al. | |
| | 2 | 2002/0049608 A1 | 04-25-2002 | Hartsell et al. | |
| | 3 | 2002/0129123 A1 | 09-12-2002 | Johnson et al. | |
| | 4 | 2005/0044270 A1 | 02-24-2005 | Grove et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000335
ATI_KOVE_0000255

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 9816675 |
| **Application Number:** | 13042301 |
| **International Application Number:** | |
| **Confirmation Number:** | 6648 |
| **Title of Invention:** | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| **First Named Inventor/Applicant Name:** | Swaminathan Sivasubramanian |
| **Customer Number:** | 79502 |
| **Filer:** | Melanie J. Seelig/Shirley Martinez |
| **Filer Authorized By:** | Melanie J. Seelig |
| **Attorney Docket Number:** | SEAZN.217D1 |
| **Receipt Date:** | 05-APR-2011 |
| **Filing Date:** | 07-MAR-2011 |
| **Time Stamp:** | 20:08:45 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 217d1.pdf | 157923 <br> d3db81ca3fefad8a1451e5364e1ad3fba05622/2 | yes | 2 |

ATI_KOVE_0000336

ATI_KOVE_0000255

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Transmittal Letter | 1 | 1 |
| Information Disclosure Statement (IDS) Filed (SB/08) | 2 | 2 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 157923 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATI_KOVE_0000337
ATI_KOVE_0000255

## INFORMATION DISCLOSURE STATEMENT

| Applicants | : | Sivasubramanian et al. |
| App. No. | : | 13/042,301 |
| Filed | : | March 7, 2011 |
| For | : | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| Examiner | : | - |
| Art Unit | : | 2456 |
| Conf No. | : | 6648 |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Enclosed for filing in the above-identified application is a PTO/SB/08 Equivalent listing 4 references.

This Information Disclosure Statement is being filed before the receipt of a first Office Action on the merits, and presumably no fee is required. If a first Office Action on the merits was mailed before the mailing date of this Statement, the Commissioner is authorized to charge the fee set forth in 37 C.F.R. § 1.17(p) to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 5, 2011          By: _Melanie J. Seelig_

Melanie J. Seelig
Registration No. 44,328
Attorney of Record
Customer No. 79502
(206) 405-2000

10716366
021511

ATI_KOVE_0000338
ATI_KOVE_0000255



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 13/042,301 | 03/07/2011 | Swaminathan Sivasubramanian | SEAZN.217D1 |

**CONFIRMATION NO. 6648**

79502
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614

**PUBLICATION NOTICE**

*OC000000048385646*

**Title:** REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS

**Publication No.** US-2011-0153736-A1
**Publication Date:** 06/23/2011

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

ATI_KOVE_0000339
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/042301 |
|---|---|---|
| | Filing Date | 03-07-2011 |
| | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | |
| SHEET 1 OF 3 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 6,304,913 B1 | 10-16-2001 | Rune | |
| | 2 | 6,990,526 B1 | 01-24-2006 | Zhu, Micheal | |
| | 3 | 7,006,099 B2 | 02-28-2006 | Gut et al. | |
| | 4 | 7,117,262 B2 | 10-03-2006 | Bai et a. | |
| | 5 | 7,174,382 B2 | 02-06-2007 | Ramanathan et al. | |
| | 6 | 7,464,142 B2 | 12-09-2008 | Flurry et al. | |
| | 7 | 7,492,720 B2 | 02-17-2009 | Pruthi et al. | |
| | 8 | 7,499,998 B2 | 03-03-2009 | Toebes et al. | |
| | 9 | 7,653,700 B1 | 01-26-2010 | Bahl et al. | |
| | 10 | 7,680,897 B1 | 03-16-2010 | Carter et al. | |
| | 11 | 7,747,720 B2 | 06-29-2010 | Toebes et al. | |
| | 12 | 7,761,572 B1 | 07-20-2010 | Auerbach, Karl G. | |
| | 13 | 7,774,342 B1 | 08-10-2010 | Virdy | |
| | 14 | 7,792,989 B2 | 09-07-2010 | Toebes et al. | |
| | 15 | 7,813,308 B2 | 10-12-2010 | Reddy et al. | |
| | 16 | 7,818,454 B2 | 10-19-2010 | Kim et al. | |
| | 17 | 7,912,921 B2 | 03-22-2011 | O'Rourke et al. | |
| | 18 | 7,925,782 | 04-12-2011 | Sivasubramanian, Swaminathan et al. | |
| | 19 | 7,962,597 | 06-14-2011 | Richardson, David et al. | |
| | 20 | 7,991,910 | 08-02-2011 | Richardson, David et al. | |
| | 21 | 2002/0147770 A1 | 10-10-2002 | Tang, Timothy | |
| | 22 | 2003/0065739 A1 | 04-03-2003 | Shnier | |
| | 23 | 2004/0019518 A1 | 01-29-2004 | Abraham et al. | |
| | 24 | 2004/0034744 A1 | 02-19-2004 | Karlsson et al. | |
| | 25 | 2004/0044791 A1 | 03-04-2004 | Pouzzner | |
| | 26 | 2004/0073867 A1 | 04-15-2004 | Kausik et al. | |
| | 27 | 2004/0117455 A1 | 06-17-2004 | Kaminksy et al. | |
| | 28 | 2004/0203630 A1 | 10-14-2004 | Wang, Charles Chuanming | |

| Examiner Signature | Date Considered |
|---|---|
| | |

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application No. | 13/042301 | |
| | Filing Date | 03-07-2011 | |
| | First Named Inventor | Sivasubramanian, Swaminathan et al | |
| | Art Unit | 2456 | |
| *(Multiple sheets used when necessary)* | Examiner | | |
| SHEET 2 OF 3 | Attorney Docket No. | SEAZN.217D1 | |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 29 | 2004/0205149 A1 | 10-14-2004 | Dillon et al. | |
| | 30 | 2004/0249975 A1 | 12-09-2004 | Tuck et al. | |
| | 31 | 2005/0188073 A1 | 08-25-2005 | Nakamichi et al. | |
| | 32 | 2006/0064500 A1 | 03-23-2006 | Roth et al. | |
| | 33 | 2006/0155823 A1 | 07-13-2006 | Tran et al. | |
| | 34 | 2006/0161541 A1 | 07-20-2006 | Cencini, Andrew B. | |
| | 35 | 2006/0253546 A1 | 11-09-2006 | Chang et al. | |
| | 36 | 2006/0265508 A1 | 11-23-2006 | Angel et al. | |
| | 37 | 2007/0266113 A1 | 11-15-2007 | Koopmans et al. | |
| | 38 | 2008/0005057 A1 | 01-03-2008 | Ozzie et al. | |
| | 39 | 2008/0228920 A1 | 09-18-2008 | Souders et al. | |
| | 40 | 2008/0281950 A1 | 11-13-2008 | Wald et al. | |
| | 41 | 2009/0049098 A1 | 02-12-2009 | Pickelsimer et al. | |
| | 42 | 2009/0103707 A1 | 04-23-2009 | McGary et al. | |
| | 43 | 2009/0112703 A1 | 04-30-2009 | Brown, Michael | |
| | 44 | 2009/0144412 A1 | 06-04-2009 | FERGUSON et al. | |
| | 45 | 2009/0177667 A1 | 07-09-2009 | Ramos et al. | |
| | 46 | 2009/0182815 A1 | 07-16-2009 | Czechowski et al. | |
| | 47 | 2009/0248852 A1 | 10-01-2009 | Fuhrmann et al. | |
| | 48 | 2009/0259971 A1 | 10-15-2009 | Rankine et al. | |
| | 49 | 2009/0271577 A1 | 10-29-2009 | Campana et al. | |
| | 50 | 2009/0271730 A1 | 10-29-2009 | Rose et al. | |
| | 51 | 2009/0287750 A1 | 11-19-2009 | Banavar et al. | |
| | 52 | 2010/0030662 A1 | 02-04-2010 | Klein | |
| | 53 | 2010/0100629 A1 | 04-22-2010 | Raciborski et al. | |
| | 54 | 2010/0111059 A1 | 05-06-2010 | Bappu et al. | |
| | 55 | 2010/0122069 A1 | 05-13-2010 | Gonion Jeffry E. | |
| | 56 | 2010/0217801 A1 | 08-26-2010 | Leighton et al. | |
| | 57 | 2010/0257566 A1 | 10-07-2010 | Matila, Tuomas Mikael | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/042301 |
| | Filing Date | 03-07-2011 |
| | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | |
| SHEET 3 OF 3 | Attorney Docket No. | SEAZN.217D1 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 58 | 2010/0332595 A1 | 12-30-2010 | Fullagar et al. | |
| | 59 | 7,441,045 B2 | 10-21-2008 | Skene et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|

| Examiner Signature | Date Considered |
|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 10751658 |
| **Application Number:** | 13042301 |
| **International Application Number:** | |
| **Confirmation Number:** | 6648 |
| **Title of Invention:** | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| **First Named Inventor/Applicant Name:** | Swaminathan Sivasubramanian |
| **Customer Number:** | 79502 |
| **Filer:** | Melanie J. Seelig/Sabrina Jacob |
| **Filer Authorized By:** | Melanie J. Seelig |
| **Attorney Docket Number:** | SEAZN.217D1 |
| **Receipt Date:** | 16-AUG-2011 |
| **Filing Date:** | 07-MAR-2011 |
| **Time Stamp:** | 20:46:19 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 217d1.pdf | 547787 <br> c5983a516731f4f3000482a1a7433cc60786 ea4f | yes | 4 |

ATI_KOVE_0000343
ATI_KOVE_0000255

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Transmittal Letter | 1 | 1 |
| Information Disclosure Statement (IDS) Form (SB08) | 2 | 4 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 547787 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATI_KOVE_0000344
ATI_KOVE_0000255

## INFORMATION DISCLOSURE STATEMENT

| Applicants | : | Sivasubramanian et al. |
|---|---|---|
| App. No | : | 13/042301 |
| Filed | : | March 7, 2011 |
| For | : | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| Examiner | : | - |
| Art Unit | : | 2456 |
| Conf No. | : | 6648 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Enclosed for filing in the above-identified application is a PTO/SB/08 Equivalent listing 59 references.

This Information Disclosure Statement is being filed before the receipt of a first Office Action on the merits, and presumably no fee is required. If a first Office Action on the merits was mailed before the mailing date of this Statement, the Commissioner is authorized to charge the fee set forth in 37 C.F.R. § 1.17(p) to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: ___8|16|11___          By: ___Melanie Seelig___

Melanie J. Seelig
Registration No. 44,328
Attorney of Record
Customer No. 79502
(206) 405-2000

11767211

ATI_KOVE_0000345
ATI_KOVE_0000255



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/042,301 | 03/07/2011 | Swaminathan Sivasubramanian | SEAZN.217D1 | 6648 |

79502        7590        08/24/2011
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614

| EXAMINER |
|---|
| WON, MICHAEL YOUNG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2456 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 08/24/2011 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

jcartec@kmob.com
efiling@kmob.com

PTOL-90A (Rev. 04/07)

ATI_KOVE_0000346
ATI_KOVE_0000255

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _3_ MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☒ Responsive to communication(s) filed on _07 March 2011_.

2a) ☐ This action is **FINAL**.  2b) ☒ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

5) ☒ Claim(s) _34-70_ is/are pending in the application.

    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☒ Claim(s) _34-70_ is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

## Application Papers

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

12) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

## Priority under 35 U.S.C. § 119

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All  b) ☐ Some * c) ☐ None of:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____.

      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

## Attachment(s)

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☒ Information Disclosure Statement(s) (PTO/SB/08) Paper No(s)/Mail Date _3/7/11, 4/5/11, 8/16/11_.
4) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.
5) ☐ Notice of Informal Patent Application
6) ☐ Other: _____.

ATI_KOVE_0000347
ATI_KOVE_0000255

## DETAILED ACTION

1.    This action is in response to the Preliminary Amendment filed March 7, 2011.

2.    Claims 34, 38, 40, 44, 49, and 50 have been amended and claims 1-33 have

been cancelled.

3.    New claims 57-70 have been added.

4.    Claims 34-70 have been examined and are pending with this action.

### Claim Rejections - 35 USC § 102

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(b) the invention was patented or described in a printed publication in this or a foreign country or in
public use or on sale in this country, more than one year prior to the date of application for patent in
the United States.

5.    Claims 34-70 are rejected under 35 U.S.C. 102(b) as being anticipated by

Overton et al. (US 7,233,978).

_INDEPENDENT_:

As per **claim 34**, Overton teaches a method for request routing comprising:

obtaining a DNS query from a client computing device at a first DNS server (see

col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping

between identifiers and locations... NDTP may be viewed in this respect as fully generalized name service suitable for any kind of service and not restricted to a specialized service), wherein the DNS query corresponds to a requested resource associated with a first resource identifier and wherein the first DNS server corresponds to a content delivery network service provider (see Fig.9-Fig.17; col.2, lines 42-44: "receiving a location query from a client requesting the location of data relevant to an entity identified in the query"; and col.7, lines 55-61: "each operation within NDTP consists of a request message from an NDTP client to an NDTP server");

selecting a network computing component for processing the requested resource from a plurality of network computing components based on an application identifier included in the first resource identifier (see col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping between identifiers and locations"; and col.24, line 63-col.25, line 7: "identifier (definable using any format, size, encoding, etc.), to one or more locations"); and

transmitting information identifying the selected network computing component from the first DNS server to the client computing device (see col.2, lines 47-52: "Sends a redirect message... comprising a list of location servers containing information relevant to the entity identified in the query").

As per **claim 40**, Overton teaches a method for request routing comprising:

obtaining a DNS query from a client computing device at a first DNS server (see col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping

ATI_KOVE_0000349
ATI_KOVE_0000255

between identifiers and locations... NDTP may be viewed in this respect as fully generalized name service suitable for any kind of service and not restricted to a specialized service), wherein the DNS query corresponds to a requested resource associated with a first resource identifier and wherein the first DNS server corresponds to a content delivery network service provider (see Fig.9-Fig.17; col.2, lines 42-44: "receiving a location query from a client requesting the location of data relevant to an entity identified in the query"; and col.7, lines 55-61: "each operation within NDTP consists of a request message from an NDTP client to an NDTP server");

selecting a network computing component for processing the requested resource from a plurality of network computing components, wherein the first resource identifier includes a DNS portion and a path portion, wherein the DNS portion includes a file identifier and wherein selecting the network computing component is based on the file identifier included in the DNS portion of the first resource identifier (see col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping between identifiers and locations"; and col.24, line 63-col.25, line 7: "identifier (definable using any format, size, encoding, etc.), to one or more locations"); and

transmitting information identifying the selected network computing component from the first DNS server to the client computing device (see col.2, lines 47-52: "Sends a redirect message... comprising a list of location servers containing information relevant to the entity identified in the query").


As per **claim 44**, Overton teaches a method for request routing comprising:

ATI_KOVE_0000350
ATI_KOVE_0000255

obtaining a DNS query from a client computing device at a first DNS server (see
col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping
between identifiers and locations... NDTP may be viewed in this respect as fully
generalized name service suitable for any kind of service and not restricted to a
specialized service), wherein the DNS query corresponds to a requested resource
associated with a first resource identifier, wherein the first resource identifier includes a
first portion with DNS information and a second portion with path information, and
wherein the DNS server corresponds to a content delivery network service provider (see
Fig.9-Fig.17; col.2, lines 42-44: "receiving a location query from a client requesting the
location of data relevant to an entity identified in the query"; and col.7, lines 55-61:
"each operation within NDTP consists of a request message from an NDTP client to an
NDTP server");

selecting a network computing component for processing the requested resource
based on additional information included in the first portion of the first resource
identifier; and

transmitting information identifying the selected network computing component
from the first DNS server to the client computing device (see col.2, lines 47-52: "Sends
a redirect message... comprising a list of location servers containing information
relevant to the entity identified in the query").


As per **claim 57**, Overton teaches a system for request routing comprising:

a first network point of presence associated with a content delivery network service provider, wherein the first network point of presence includes a DNS server that receives a DNS query from a client computing device (see col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping between identifiers and locations... NDTP may be viewed in this respect as fully generalized name service suitable for any kind of service and not restricted to a specialized service), wherein the DNS query corresponds to a requested resource associated with a first resource identifier, and wherein the DNS server in the first network point of presence (see Fig.9-Fig.17; col.2, lines 42-44: "receiving a location query from a client requesting the location of data relevant to an entity identified in the query"; and col.7, lines 55-61: "each operation within NDTP consists of a request message from an NDTP client to an NDTP server") is operable to:

select a network computing component for processing the requested resource from a plurality of network computing components based on an application identifier included in the first resource identifier (see col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping between identifiers and locations"; and col.24, line 63-col.25, line 7: "identifier (definable using any format, size, encoding, etc.), to one or more locations"); and

transmit information identifying the selected network computing component from the first DNS server to the client computing device (see col.2, lines 47-52: "Sends a redirect message... comprising a list of location servers containing information relevant to the entity identified in the query").

As per **claim 63**, Overton teaches a system for request routing comprising:

a first network point of presence associated with a content delivery network service provider, wherein the first network point of presence includes a DNS server that receives a DNS query from a client computing device (see col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping between identifiers and locations... NDTP may be viewed in this respect as fully generalized name service suitable for any kind of service and not restricted to a specialized service), wherein the DNS query corresponds to a requested resource associated with a first resource identifier, wherein the first resource identifier includes a first portion with DNS information and a second portion with path information, and wherein the DNS server in the first network point of presence (see Fig.9-Fig.17; col.2, lines 42-44: "receiving a location query from a client requesting the location of data relevant to an entity identified in the query"; and col.7, lines 55-61: "each operation within NDTP consists of a request message from an NDTP client to an NDTP server") is operable to:

select a network computing component for processing the requested resource based on additional information included in the first portion of the first resource identifier (see col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping between identifiers and locations"; and col.24, line 63-col.25, line 7: "identifier (definable using any format, size, encoding, etc.), to one or more locations"); and

transmit information identifying the selected network computing component from the first DNS server to the client computing device (see col.2, lines 47-52: "Sends a

ATI_KOVE_0000353
ATI_KOVE_0000255

redirect message... comprising a list of location servers containing information relevant
to the entity identified in the query").

_DEPENDENT:_

As per **claim 35, 45, 58, and 64** which respectively depend on claims 34, 44, 57,
and 63, Overton further teaches wherein the network computing component comprises
an application for processing the requested resource (see col.1, lines 61-63).

As per **claims 36, 46, 59, and 65** which respectively depend on claims 34, 44,
57, and 63, Overton further teaches wherein the application is a data streaming
application (see col.18, lines 7-9).

As per **claims 37 and 47** which respectively depend on claims 34 and 44,
Overton further teaches wherein the network computing component is operable to
dynamically cause the creation of an instance of a virtual machine for processing the
requested resource (see col.7, lines 30-35 and col.18, lines 1-24.

As per **claims 38 and 60** which respectively depend on claims 34 and 57,
Overton further teaches wherein the first resource identifier includes a first portion for
identifying information associated with a service plan provided by an original content
provider and wherein a network computing component is selected based on the first
portion (see col.23, line 60-col.24, line 10 and col.24, line 63-col.25, line 7).

As per **claims 39 and 61** which respectively depend on claims 34 and 57,
Overton further teaches wherein the first resource identifier includes a first portion for
identifying information associated with the file type of the requested resource and

ATI_KOVE_0000354
ATI_KOVE_0000255

wherein a network computing component is selected at the first DNS server based on the file type (see col.23, line 60-col.24, line 10 and col.24, line 63-col.25, line 7).

As per **claims 41 and 54** which respectively depend on claims 34 and 53, Overton further teaches wherein the first resource identifier includes a first portion for identifying information associated with network computing component selection information, wherein the selection information includes quality of service information (see col.2, line 67-col.3, line 4).

As per **claims 42 and 55** which respectively depend on claims 34 and 57, Overton further teaches wherein selecting a network computing component is further based on information associated with the geographic location of the client computing device (see col.22, line 53-col.23, line 6).

As per **claim 43** which depends on claims 34, Overton further teaches wherein selecting a network computing component is further based on performance metrics associated with one or more network computing components (see col.2, line 67-col.3, line 4).

As per **claim 48** which depends on claim 44, Overton further teaches wherein the first and second portions of the first resource identifier each include a file identifier (see col.21, lines 57-60; col.23, line 60-col.24, line 10; and col.24, line 63-col.25, line 7).

As per **claims 49 and 66** which respectively depend on claims 44 and 63, Overton further teaches wherein the additional information in the first portion of the first resource identifier includes a file identifier and wherein the network computing

ATI_KOVE_0000355
ATI_KOVE_0000255

component is selected as a function of the file identifier (see col.21, lines 57-60; col.23, line 60-col.24, line 10; and col.24, line 63-col.25, line 7).

As per **claims 50 and 67** which respectively depend on claims 44 and 63, Overton further teaches wherein the additional information in the first portion of the first resource identifier includes an application identifier and wherein the network computing component is selected as a function of the application identifier (see col.23, line 60-col.24, line 10 and col.24, line 63-col.25, line 7).

As per **claims 51 and 68** which respectively depend on claims 50 and 67, Overton further teaches wherein the application identifier identifies a type of application for processing the requested resource (see col.23, line 60-col.24, line 10 and col.24, line 63-col.25, line 7).

As per **claims 52 and 69** which respectively depend on claims 50 and 67, Overton further teaches wherein the application identifier identifies an instance of an application for processing the requested resource (see col.21, lines 57-60).

As per **claims 53 and 70** which respectively depend on claims 50 and 67, Overton further teaches wherein the application identifier includes network computing component selection information associated with a type of an application or an instance of an application for processing the requested resource (see col.21, lines 57-60).

As per **claim 56** which depends on claim 44, Overton further teaches wherein the information identifying the selected network computing component is the IP address of the selected network computing component (see col.21, lines 60-64).

ATI_KOVE_0000356
ATI_KOVE_0000255

As per **claim 62** which depends on claim 57, Overton further teaches wherein the

first resource identifier includes a DNS portion and a path portion, wherein the DNS

portion includes a file identifier and wherein the selection of the network computing

component by the DNS server is further based on the file identifier included in the DNS

portion of the first resource identifier (see col.21, lines 57-60; col.23, line 60-col.24, line

10; and col.24, line 63-col.25, line 7).


### Conclusion

6.      For the reasons above, claims 34-70 have been rejected and remain pending.


7.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to MICHAEL Y. WON whose telephone number is

(571)272-3993. The examiner can normally be reached on M-Th: 8AM-6PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Rupal Dharia can be reached on 571-272-3880. The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system. Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/Michael Won/

Primary Examiner

AU 2456

August 18, 2011

ATI_KOVE_0000358
ATI_KOVE_0000255

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
| --- | --- | --- | --- | --- | --- |
| * | A | US-7,092,505 | 08-2006 | Allison et al. | 379/229 |
| * | B | US-7,233,978 | 06-2007 | Overton et al. | 709/217 |
| * | C | US-2010/0088367 | 04-2010 | Brown et al. | 709/203 |
| * | D | US-2010/0192225 | 07-2010 | Ma et al. | 726/23 |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
| --- | --- | --- | --- | --- | --- | --- |
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
| --- | --- | --- |
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20110817

ATI_KOVE_0000359
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/042301 |
| --- | --- | --- |
| | Filing Date | 03-07-2011 |
| | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | |
| SHEET 1 OF 3 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code (if known)<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
| --- | --- | --- | --- | --- | --- |
| | 1 | 6,304,913 B1 | 10-16-2001 | Rune | |
| | 2 | 6,990,526 B1 | 01-24-2006 | Zhu, Micheal | |
| | 3 | 7,006,099 B2 | 02-28-2006 | Gut et al. | |
| | 4 | 7,117,262 B2 | 10-03-2006 | Bai et a. | |
| | 5 | 7,174,382 B2 | 02-06-2007 | Ramanathan et al. | |
| | 6 | 7,464,142 B2 | 12-09-2008 | Flurry et al. | |
| | 7 | 7,492,720 B2 | 02-17-2009 | Pruthi et al. | |
| | 8 | 7,499,998 B2 | 03-03-2009 | Toebes et al. | |
| | 9 | 7,653,700 B1 | 01-26-2010 | Bahl et al. | |
| | 10 | 7,680,897 B1 | 03-16-2010 | Carter et al. | |
| | 11 | 7,747,720 B2 | 06-29-2010 | Toebes et al. | |
| | 12 | 7,761,572 B1 | 07-20-2010 | Auerbach, Karl G. | |
| | 13 | 7,774,342 B1 | 08-10-2010 | Virdy | |
| | 14 | 7,792,989 B2 | 09-07-2010 | Toebes et al. | |
| | 15 | 7,813,308 B2 | 10-12-2010 | Reddy et al. | |
| | 16 | 7,818,454 B2 | 10-19-2010 | Kim et al. | |
| | 17 | 7,912,921 B2 | 03-22-2011 | O'Rourke et al. | |
| | 18 | 7,925,782 | 04-12-2011 | Sivasubramanian, Swaminathan et al. | |
| | 19 | 7,962,597 | 06-14-2011 | Richardson, David et al. | |
| | 20 | 7,991,910 | 08-02-2011 | Richardson, David et al. | |
| | 21 | 2002/0147770 A1 | 10-10-2002 | Tang, Timothy | |
| | 22 | 2003/0065739 A1 | 04-03-2003 | Shnier | |
| | 23 | 2004/0019518 A1 | 01-29-2004 | Abraham et al. | |
| | 24 | 2004/0034744 A1 | 02-19-2004 | Karlsson et al. | |
| | 25 | 2004/0044791 A1 | 03-04-2004 | Pouzzner | |
| | 26 | 2004/0073867 A1 | 04-15-2004 | Kausik et al. | |
| | 27 | 2004/0117455 A1 | 06-17-2004 | Kaminksy et al. | |
| | 28 | 2004/0203630 A1 | 10-14-2004 | Wang, Charles Chuanming | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.W./ (08/18/2011)

| Examiner Signature | /Michael Won/ (08/18/2011) | Date Considered | 08/18/2011 |
| --- | --- | --- | --- |

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000360
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application No. | 13/042301 |
|---|---|---|---|
| | | Filing Date | 03-07-2011 |
| | | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | | Examiner | |
| SHEET 2 OF 3 | | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 29 | 2004/0205149 A1 | 10-14-2004 | Dillon et al. | |
| | 30 | 2004/0249975 A1 | 12-09-2004 | Tuck et al. | |
| | 31 | 2005/0188073 A1 | 08-25-2005 | Nakamichi et al. | |
| | 32 | 2006/0064500 A1 | 03-23-2006 | Roth et al. | |
| | 33 | 2006/0155823 A1 | 07-13-2006 | Tran et al. | |
| | 34 | 2006/0161541 A1 | 07-20-2006 | Cencini, Andrew B. | |
| | 35 | 2006/0253546 A1 | 11-09-2006 | Chang et al. | |
| | 36 | 2006/0265508 A1 | 11-23-2006 | Angel et al. | |
| | 37 | 2007/0266113 A1 | 11-15-2007 | Koopmans et al. | |
| | 38 | 2008/0005057 A1 | 01-03-2008 | Ozzie et al. | |
| | 39 | 2008/0228920 A1 | 09-18-2008 | Souders et al. | |
| | 40 | 2008/0281950 A1 | 11-13-2008 | Wald et al. | |
| | 41 | 2009/0049098 A1 | 02-12-2009 | Pickelsimer et al. | |
| | 42 | 2009/0103707 A1 | 04-23-2009 | McGary et al. | |
| | 43 | 2009/0112703 A1 | 04-30-2009 | Brown, Michael | |
| | 44 | 2009/0144412 A1 | 06-04-2009 | FERGUSON et al. | |
| | 45 | 2009/0177667 A1 | 07-09-2009 | Ramos et al. | |
| | 46 | 2009/0182815 A1 | 07-16-2009 | Czechowski et al. | |
| | 47 | 2009/0248852 A1 | 10-01-2009 | Fuhrmann et al. | |
| | 48 | 2009/0259971 A1 | 10-15-2009 | Rankine et al. | |
| | 49 | 2009/0271577 A1 | 10-29-2009 | Campana et al. | |
| | 50 | 2009/0271730 A1 | 10-29-2009 | Rose et al. | |
| | 51 | 2009/0287750 A1 | 11-19-2009 | Banavar et al. | |
| | 52 | 2010/0030662 A1 | 02-04-2010 | Klein | |
| | 53 | 2010/0100629 A1 | 04-22-2010 | Raciborski et al. | |
| | 54 | 2010/0111059 A1 | 05-06-2010 | Bappu et al. | |
| | 55 | 2010/0122069 A1 | 05-13-2010 | Gonion Jeffry E. | |
| | 56 | 2010/0217801 A1 | 08-26-2010 | Leighton et al. | |
| | 57 | 2010/0257566 A1 | 10-07-2010 | Matila, Tuomas Mikael | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.W./ (08/18/2011)

| Examiner Signature | /Michael Won/ (08/18/2011) | Date Considered | 08/18/2011 |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000361
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/042301 |
|---|---|---|
| | Filing Date | 03-07-2011 |
| | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | |
| SHEET 3 OF 3 | Attorney Docket No. | SEAZN.217D1 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 58 | 2010/0332595 A1 | 12-30-2010 | Fullagar et al. | |
| | 59 | 7,441,045 B2 | 10-21-2008 | Skene et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | | | | | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | | | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.W./ (08/18/2011)

| Examiner Signature | /Michael Won/ (08/18/2011) | Date Considered | 08/18/2011 |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000362
ATI_KOVE_0000255



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 6648**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 13/042,301 | 03/07/2011 | 709 | 2456 | SEAZN.217D1 |
| | RULE | | | |

**APPLICANTS**
Swaminathan Sivasubramanian, Seattle, WA;
David R. Richardson, Seatle, WA;
Christopher L. Scofield, Seatle, WA;
Bradley E. Marshall, Bainbridge Island, WA;

** **CONTINUING DATA** *************************
This application is a DIV of 12/165,343 06/30/2008 PAT 7,925,782

** **FOREIGN APPLICATIONS** ***************************

** **IF REQUIRED, FOREIGN FILING LICENSE GRANTED** **
03/17/2011

| | | | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|---|
| Foreign Priority claimed ☐ Yes ☑ No | | | | | | |
| 35 USC 119(a-d) conditions met ☐ Yes ☑ No | ☐ Met after Allowance | | WA | 11 | 37 | 5 |
| Verified and Acknowledged /MICHAEL WON/ <br> Examiner's Signature | Initials | | | | | |

**ADDRESS**
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
UNITED STATES

**TITLE**
REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS

| FILING FEE RECEIVED 2414 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07)

ATI_KOVE_0000363
ATI_KOVE_0000255

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 709 | 203, 217, 227, 230, 238 | 8/17/2011 | MW |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | DATE | EXMR |
| EAST: USPAT; USPG-PUB; DERWENT; EPO; JPO | 8/17/2011 | MW |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |
| | | | |
| | | | |
| | | | |

ATI_KOVE_0000364

ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/042301 |
|---|---|---|
| | Filing Date | 03-07-2011 |
| | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | Art Unit | 2447 |
| (Multiple sheets used when necessary) | Examiner | |
| SHEET 1 OF 1 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 2001/0056500 A1 | 12-27-2001 | Farber et al. | |
| | 2 | 2002/0049608 A1 | 04-25-2002 | Hartsell et al. | |
| | 3 | 2002/0129123 A1 | 09-12-2002 | Johnson et al. | |
| | 4 | 2005/0044270 A1 | 02-24-2005 | Grove et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.W./ (08/18/2011)

| Examiner Signature | /Michael Won/ (08/18/2011) | Date Considered | 08/18/2011 |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | - |
|---|---|---|
| | Filing Date | Concurrent herewith |
| | First Named Inventor | Sivasubramanian |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | - |
| SHEET 1 OF 7 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 5,341,477 A | 08-23-1994 | Pitkin et al. | |
| | 2 | 5,611,049 A | 03-11-1997 | Pitts | |
| | 3 | 5,774,660 A | 06-30-1998 | Brendel et al. | |
| | 4 | 5,892,914 A | 04-06-1999 | Pitts | |
| | 5 | 6,016,512 A | 01-18-2000 | Huitema | |
| | 6 | 6,026,452 A | 02-15-2000 | Pitts | |
| | 7 | 6,052,718 A | 04-18-2000 | Gifford | |
| | 8 | 6,085,234 A | 07-04-2000 | Pitts et al. | |
| | 9 | 6,098,096 A | 08-01-2000 | Tsirigotis et al. | |
| | 10 | 6,108,703 A | 08-22-2000 | Leighton et al. | |
| | 11 | 6,182,111 B1 | 01-30-2001 | Inohara et al. | |
| | 12 | 6,205,475 B1 | 03-20-2001 | Pitts | |
| | 13 | 6,286,084 B1 | 09-04-2001 | Wexler et al. | |
| | 14 | 6,351,743 B1 | 02-26-2002 | DeArdo et al. | |
| | 15 | 6,351,775 B1 | 02-26-2002 | Yu | |
| | 16 | 6,363,411 B1 | 03-26-2002 | Dugan et al. | |
| | 17 | 6,366,952 B2 | 04-02-2002 | Pitts | |
| | 18 | 6,457,047 B1 | 09-24-2002 | Chandra et al. | |
| | 19 | 6,484,143 B1 | 11-19-2002 | Swildens et al. | |
| | 20 | 6,505,241 B2 | 01-07-2003 | Pitts | |
| | 21 | 6,553,413 B1 | 04-22-2003 | Leighton et al. | |
| | 22 | 6,654,807 B2 | 11-25-2003 | Farber et al. | |
| | 23 | 6,678,791 B1 | 01-13-2004 | Jacobs et al. | |
| | 24 | 6,694,358 B1 | 02-17-2004 | Swildens et al. | |
| | 25 | 6,732,237 B1 | 05-04-2004 | Jacobs et al. | |
| | 26 | 6,754,699 B2 | 06-22-2004 | Swildens et al. | |
| | 27 | 6,754,706 B1 | 06-22-2004 | Swildens et al. | |
| | 28 | 6,769,031 B1 | 07-27-2004 | Bero | |
| | 29 | 6,785,704 B1 | 08-31-2004 | McCanne | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.W./ (08/18/2011)

| Examiner Signature | /Michael Won/ (08/18/2011) | Date Considered | 08/18/2011 |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000366
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | - |
|---|---|---|
| | Filing Date | Concurrent herewith |
| | First Named Inventor | Sivasubramanian |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | - |
| SHEET 2 OF 7 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 30 | 6,804,706 B2 | 10-12-2004 | Pitts | |
| | 31 | 6,829,654 B1 | 12-07-2004 | Jungck | |
| | 32 | 6,981,017 B1 | 12-27-2005 | Kasriel et al. | |
| | 33 | 6,996,616 B1 | 02-07-2006 | Leighton et al. | |
| | 34 | 7,003,555 B1 | 02-21-2006 | Jungck | |
| | 35 | 7,007,089 B2 | 02-28-2006 | Freedman | |
| | 36 | 7,010,578 B1 | 03-07-2006 | Lewin et al. | |
| | 37 | 7,010,598 B2 | 03-07-2006 | Sitaraman et al. | |
| | 38 | 7,058,706 B1 | 06-06-2006 | Iyer et al. | |
| | 39 | 7,065,587 B2 | 06-20-2006 | Huitema et al. | |
| | 40 | 7,072,982 B2 | 07-25-2006 | Teodosiu et al. | |
| | 41 | 7,082,476 B1 | 07-25-2006 | Cohen et al. | |
| | 42 | 7,086,061 B1 | 08-01-2006 | Joshi et al. | |
| | 43 | 7,092,997 B1 | 08-15-2006 | Kasriel et al. | |
| | 44 | 7,099,936 B2 | 08-29-2006 | Chase et al. | |
| | 45 | 7,103,645 B2 | 09-05-2006 | Leighton et al. | |
| | 46 | 7,133,905 B2 | 11-07-2006 | Dilley et al. | |
| | 47 | 7,146,560 B2 | 12-05-2006 | Dang et al. | |
| | 48 | 7,152,118 B2 | 12-19-2006 | Anderson, IV et al. | |
| | 49 | 7,185,063 B1 | 02-27-2007 | Kasriel et al. | |
| | 50 | 7,188,214 B1 | 03-06-2007 | Kasriel et al. | |
| | 51 | 7,194,522 B1 | 03-20-2007 | Swildens et al. | |
| | 52 | 7,200,667 B2 | 04-03-2007 | Teodosiu et al. | |
| | 53 | 7,225,254 B1 | 05-29-2007 | Swildens et al. | |
| | 54 | 7,240,100 B1 | 07-03-2007 | Wein et al. | |
| | 55 | 7,260,598 B1 | 08-21-2007 | Liskov et al. | |
| | 56 | 7,269,784 B1 | 09-11-2007 | Kasriel et al. | |
| | 57 | 7,310,686 B2 | 12-18-2007 | Uysal | |
| | 58 | 7,320,131 B1 | 01-15-2008 | O'Toole, Jr. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.W./ (08/18/2011)

| Examiner Signature | /Michael Won/ (08/18/2011) | Date Considered | 08/18/2011 |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000367
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application No. | - |
|---|---|---|---|
| | | Filing Date | Concurrent herewith |
| | | First Named Inventor | Sivasubramanian |
| | | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | | Examiner | - |
| SHEET 3 OF 7 | | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 59 | 7,321,918 B2 | 01-22-2008 | Burd et al. | |
| | 60 | 7,363,291 B1 | 04-22-2008 | Page | |
| | 61 | 7,461,170 B1 | 12-02-2008 | Taylor et al. | |
| | 62 | 7,502,836 B1 | 03-10-2009 | Menditto et al. | |
| | 63 | 7,548,947 B2 | 06-16-2009 | Kasriel et al. | |
| | 64 | 7,552,235 B2 | 06-23-2009 | Chase et al. | |
| | 65 | 7,624,169 B2 | 11-24-2009 | Lisiecki et al. | |
| | 66 | 7,657,622 B1 | 02-02-2010 | Douglis et al. | |
| | 67 | 7,702,724 B1 | 04-20-2010 | Brydon et al. | |
| | 68 | 7,739,400 B2 | 06-15-2010 | Lindbo et al. | |
| | 69 | 7,756,913 B1 | 07-13-2010 | Day | |
| | 70 | 7,836,177 B2 | 11-16-2010 | Kasriel et al. | |
| | 71 | 2001/0034704 A1 | 10-25-2001 | Farhat et al. | |
| | 72 | 2001/0049741 A1 | 12-06-2001 | Skene et al. | |
| | 73 | 2001/0056416 A1 | 12-27-2001 | Garcia-Luna-Aceves | |
| | 74 | 2002/0007413 A1 | 01-17-2002 | Garcia-Luna-Aceves et al. | |
| | 75 | 2002/0048269 A1 | 04-25-2002 | Hong et al. | |
| | 76 | 2002/0052942 A1 | 05-02-2002 | Swildens et al. | |
| | 77 | 2002/0062372 A1 | 05-23-2002 | Hong et al. | |
| | 78 | 2002/0068554 A1 | 06-06-2002 | Dusse | |
| | 79 | 2002/0078233 A1 | 06-20-2002 | Biliris et al. | |
| | 80 | 2002/0087374 A1 | 07-04-2002 | Boubez et al. | |
| | 81 | 2002/0092026 A1 | 07-11-2002 | Janniello et al. | |
| | 82 | 2002/0099616 A1 | 07-25-2002 | Sweldens | |
| | 83 | 2002/0101836 A1 | 08-01-2002 | Dorenbosch | |
| | 84 | 2002/0138286 A1 | 09-26-2002 | Engstrom | |
| | 85 | 2002/0188722 A1 | 12-12-2002 | Banerjee et al. | |
| | 86 | 2003/0002484 A1 | 01-02-2003 | Freedman | |
| | 87 | 2003/0009591 A1 | 01-09-2003 | Hayball et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.W./ (08/18/2011)

| Examiner Signature | /Michael Won/ (08/18/2011) | Date Considered | 08/18/2011 |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

| | | INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | - |
|---|---|---|---|---|
| | | | Filing Date | Concurrent herewith |
| | | | First Named Inventor | Sivasubramanian |
| | | | Art Unit | 2456 |
| | | *(Multiple sheets used when necessary)* | Examiner | - |
| | | SHEET 4 OF 7 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 88 | 2003/0037139 A1 | 02-20-2003 | Shteyn | |
| | 89 | 2003/0074401 A1 | 04-17-2003 | Connell et al. | |
| | 90 | 2003/0101278 A1 | 05-29-2003 | Garcia-Luna-Aceves et al. | |
| | 91 | 2003/0133554 A1 | 07-17-2003 | Nykanen et al. | |
| | 92 | 2003/0135509 A1 | 07-17-2003 | Davis et al. | |
| | 93 | 2003/0140087 A1 | 07-24-2003 | Lincoln et al. | |
| | 94 | 2003/0145066 A1 | 07-31-2003 | Okada et al. | |
| | 95 | 2003/0149581 A1 | 08-07-2003 | Chaudhri et al. | |
| | 96 | 2003/0163722 A1 | 08-28-2008 | Anderson, IV | |
| | 97 | 2003/0172183 A1 | 09-11-2003 | Anderson, IV et al. | |
| | 98 | 2003/0187935 A1 | 10-02-2003 | Agarwalla et al. | |
| | 99 | 2003/0187970 A1 | 10-02-2003 | Chase et al. | |
| | 100 | 2003/0191822 A1 | 10-09-2003 | Leighton et al. | |
| | 101 | 2003/0236700 A1 | 12-25-2003 | Arning et al. | |
| | 102 | 2004/0024841 A1 | 02-05-2004 | Becker et al. | |
| | 103 | 2004/0030620 A1 | 02-12-2004 | Benjamin et al. | |
| | 104 | 2004/0078487 A1 | 04-22-2004 | Cernohous et al. | |
| | 105 | 2004/0083307 A1 | 04-29-2004 | Uysal | |
| | 106 | 2004/0128344 A1 | 07-01-2004 | Trossen | |
| | 107 | 2004/0172466 A1 | 09-02-2004 | Douglas et al. | |
| | 108 | 2004/0215823 A1 | 10-28-2004 | Kleinfelter et al. | |
| | 109 | 2004/0249971 A1 | 12-09-2004 | Klinker | |
| | 110 | 2004/0267906 A1 | 12-30-2004 | Truty | |
| | 111 | 2004/0267907 A1 | 12-30-2004 | Gustafsson | |
| | 112 | 2005/0010653 A1 | 01-13-2005 | McCanne | |
| | 113 | 2005/0038967 A1 | 02-17-2005 | Umbehocker et al. | |
| | 114 | 2005/0108169 A1 | 05-19-2005 | Balasubramanian et al. | |
| | 115 | 2005/0132083 A1 | 06-16-2005 | Raciborski et al. | |
| | 116 | 2005/0192008 A1 | 09-01-2005 | Desai et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.W./ (08/18/2011)

| Examiner Signature | /Michael Won/ (08/18/2011) | Date Considered | 08/18/2011 |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000369
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application No. | - |
|---|---|---|---|
| | | Filing Date | Concurrent herewith |
| | | First Named Inventor | Sivasubramanian |
| | | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | | Examiner | - |
| SHEET 5 OF 7 | | Attorney Docket No. | SEAZN.217D1 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 117 | 2005/0232165 A1 | 10-20-2005 | Brawn et al. | |
| | 118 | 2005/0262248 A1 | 11-24-2005 | Jennings, III et al. | |
| | 119 | 2005/0267991 A1 | 12-01-2005 | Huitema et al. | |
| | 120 | 2005/0267992 A1 | 12-01-2005 | Huitema et al. | |
| | 121 | 2005/0267993 A1 | 12-01-2005 | Huitema et al. | |
| | 122 | 2005/0278259 A1 | 12-15-2005 | Gunaseelan et al. | |
| | 123 | 2006/0013158 A1 | 01-19-2006 | Ahuja et al. | |
| | 124 | 2006/0020715 A1 | 01-26-2006 | Jungck | |
| | 125 | 2006/0026067 A1 | 02-02-2006 | Nicholas et al. | |
| | 126 | 2006/0026154 A1 | 02-02-2006 | Altinel et al. | |
| | 127 | 2006/0074750 A1 | 04-06-2006 | Clark et al. | |
| | 128 | 2006/0075139 A1 | 04-06-2006 | Jungck | |
| | 129 | 2006/0083165 A1 | 04-20-2006 | McLane et al. | |
| | 130 | 2006/0112176 A1 | 05-25-2996 | Liu et al. | |
| | 131 | 2006/0143293 A1 | 06-29-2006 | Freedman | |
| | 132 | 2006/0168088 A1 | 07-27-2006 | Leighton et al. | |
| | 133 | 2006/0190605 A1 | 08-24-2006 | Franz et al. | |
| | 134 | 2006/0193247 A1 | 08-31-2006 | Naseh et al. | |
| | 135 | 2006/0233155 A1 | 10-19-2006 | Srivastava | |
| | 136 | 2006/0253609 A1 | 11-09-2006 | Andreev et al. | |
| | 137 | 2006/0265516 A1 | 11-23-2006 | Schilling | |
| | 138 | 2006/0265720 A1 | 11-23-2006 | Cai et al. | |
| | 139 | 2006/0271641 A1 | 11-30-2006 | Stavrakos et al. | |
| | 140 | 2006/0282522 A1 | 12-14-2006 | Lewin et al. | |
| | 141 | 2007/0005689 A1 | 01-04-2007 | Leighton et al. | |
| | 142 | 2007/0005892 A1 | 01-04-2007 | Mullender et al. | |
| | 143 | 2007/0014241 A1 | 01-18-2007 | Banerjee et al. | |
| | 144 | 2007/0041393 A1 | 02-22-2007 | Westhead et al. | |
| | 145 | 2007/0050522 A1 | 03-01-2007 | Grove et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.W./ (08/18/2011)

| Examiner Signature | /Michael Won/ (08/18/2011) | Date Considered | 08/18/2011 |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | - |
|---|---|---|
| | Filing Date | Concurrent herewith |
| | First Named Inventor | Sivasubramanian |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | - |
| SHEET 6 OF 7 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 146 | 2007/0101377 A1 | 05-03-2007 | Six et al. | |
| | 147 | 2007/0118667 A1 | 05-24-2007 | McCarthy et al. | |
| | 148 | 2007/0118668 A1 | 05-24-2007 | McCarthy et al. | |
| | 149 | 2007/0174426 A1 | 07-26-2007 | Swildens et al. | |
| | 150 | 2007/0183342 A1 | 08-09-2007 | Wong et al. | |
| | 151 | 2007/0208737 A1 | 09-06-2007 | Li et al. | |
| | 152 | 2007/0244964 A1 | 10-18-2007 | Challenger et al. | |
| | 153 | 2008/0008089 A1 | 01-10-2008 | Bornstein et al. | |
| | 154 | 2008/0046596 A1 | 02-21-2008 | Afergan et al. | |
| | 155 | 2008/0071987 A1 | 03-20-2008 | Karn et al. | |
| | 156 | 2008/0072264 A1 | 03-20-2008 | Crayford | |
| | 157 | 2008/0086574 A1 | 04-10-2008 | Raciborski et al. | |
| | 158 | 2008/0147866 A1 | 06-19-2008 | Stolorz et al. | |
| | 159 | 2008/0155061 A1 | 06-26-2008 | Afergan et al. | |
| | 160 | 2008/0155614 A1 | 06-25-2008 | Cooper et al. | |
| | 161 | 2008/0162667 A1 | 07-03-2008 | Verma et al. | |
| | 162 | 2008/0235400 A1 | 09-25-2008 | Slocombe et al. | |
| | 163 | 2008/0275772 A1 | 11-06-2008 | Suryanarayana et al. | |
| | 164 | 2008/0288722 A1 | 11-20-2008 | Lecoq et al. | |
| | 165 | 2008/0301670 A1 | 12-04-2008 | Gouge et al. | |
| | 166 | 2008/0319862 A1 | 12-25-2008 | Golan et al. | |
| | 167 | 2009/0013063 A1 | 01-08-2009 | Soman | |
| | 168 | 2009/0016236 A1 | 01-15-2009 | Alcala et al. | |
| | 169 | 2009/0070533 A1 | 03-12-2009 | Elazary et al. | |
| | 170 | 2009/0086741 A1 | 04-02-2009 | Zhang | |
| | 171 | 2009/0106381 A1 | 04-23-2009 | Kasriel et al. | |
| | 172 | 2009/0125934 A1 | 05-14-2009 | Jones et al. | |
| | 173 | 2009/0157850 A1 | 06-18-2009 | Gagliardi et al. | |
| | 174 | 2009/0164331 A1 | 06-25-2009 | Bishop et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.W./ (08/18/2011)

| Examiner Signature | /Michael Won/ (08/18/2011) | Date Considered | 08/18/2011 |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | - |
|---|---|---|
| | Filing Date | Concurrent herewith |
| | First Named Inventor | Sivasubramanian |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | - |
| SHEET 7 OF 7 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 175 | 2009/0182945 A1 | 07-16-2009 | Aviles et al. | |
| | 176 | 2009/0204682 A1 | 08-13-2009 | Jeyaseelan et al. | |
| | 177 | 2009/0210549 A1 | 08-20-2009 | Hudson et al. | |
| | 178 | 2009/0248893 A1 | 10-01-2009 | Richardson et al. | |
| | 179 | 2009/0279444 A1 | 11-12-2009 | Ravindran et al. | |
| | 180 | 2009/0307307 A1 | 12-10-2009 | Igarashi | |
| | 181 | 2009/0327517 A1 | 12-31-2009 | Sivasubramanian, Swaminathan et al. | |
| | 182 | 2009-0248786 A1 | 10-01-2009 | Richardson, David et al. | |
| | 183 | 2009-0248787 A1 | 10-01-2009 | Sivasubramanian, Swaminathan et al. | |
| | 184 | 2009-0248858 A1 | 10-01-2009 | Sivasubramanian, Swaminathan et al. | |
| | 185 | 2010/0005175 A1 | 01-07-2010 | Swildens et al. | |
| | 186 | 2010/0011061 A1 | 01-14-2010 | Hudson et al. | |
| | 187 | 2010/0023601 A1 | 01-28-2010 | Lewin et al. | |
| | 188 | 2010/0036944 A1 | 02-11-2010 | Douglis et al. | |
| | 189 | 2010/0226372 A1 | 09-09-2010 | Watanabe | |
| | 190 | 2010-0125673 A1 | 05-20-2010 | Richardson, David et al. | |
| | 191 | 2010-0125675 A1 | 05-20-2010 | Richardson, David et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.W./ (08/18/2011)

| Examiner Signature | /Michael Won/ (08/18/2011) | Date Considered | 08/18/2011 |
|---|---|---|---|

**\*Examiner**: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000372
ATI_KOVE_0000255

## EAST Search History

### EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 66 | "20040249971" or "20060075139" or "20080008089" or "20080086574" or20020007413 or "20020052942" or "20020099616" or "20020101836" or "20030163722" or "20030172183" or "20030191822" or "20040078487" or "20040215823" or "20040267907" or "20050262248" or "20050267991" or "20050267992" or "20050267993" or "20060013158" or "20060112176" or "20060168088" or "20060193247" or "20060253609" or "20060265516" or "20070005689" or "20070014241" or "20070041393" or "20070118667" or "20070118668" or "20070174426" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/09 16:20 |
| S2 | 68 | "20040249971" or "20060075139" or "20080008089" or "20080086574"or "20020007413" or "20020052942" or "20020099616" or "20020101836" or "20030163722" or "20030172183" or "20030191822" or "20040078487" or "20040215823" or "20040267907" or "20050262248" or "20050267991" or "20050267992" or "20050267993" or "20060013158" or "20060112176" or "20060168088" or "20060193247" or "20060253609" or "20060265516" or "20070005689" or "20070014241" or "20070041393" or "20070118667" or "20070118668" or "20070174426" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/09 16:21 |
| S3 | 70 | "20040249971" or "20060075139" or "20080008089" or "20080086574" or "20020007413" or "20020052942" or "20020099616" or "20020101836" or "20030163722" or "20030172183" or "20030191822" or "20040078487" or "20040215823" or "20040267907" or "20050262248" or "20050267991" or "20050267992" or "20050267993" or "20060013158" or "20060112176" or "20060168088" or "20060193247" or "20060253609" or "20060265516" or "20070005689" or "20070014241" or "20070041393" or "20070118667" or "20070118668" or "20070174426" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/09 16:21 |

ATI_KOVE_0000373
ATI_KOVE_0000255

| S4 | 65 | (("6016512") or ("6052718") or ("6098096") or ("6108703") or ("6351743") or ("6351775") or ("6457047") or ("6553413") or ("6678791") or ("6634358") or ("6754699") or ("6754706") or ("6769031") or ("6829654") or ("6981017") or ("6996616") or ("7003555") or ("7058706") or ("7065587") or ("7072982") or ("7082476") or ("7086061") or ("7092997") or ("7103645") or ("7152118") or ("7185063") or ("7188214") or ("7194522") or ("7200667") or ("7225254") or ("7240100") or ("7269784")).PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2010/03/09 16:25 |
|----|----|----|----|----|----|----|
| S5 | 2 | ("6694358").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2010/03/09 16:28 |
| S6 | 35650 | 709/203,217,218,219,226,231,232,238,239.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/10 15:18 |
| S7 | 6 | S6 and (cdn or content adj delivery adj network) and provider and (dns or domain adj name adj server) and (modif$8 or substit$8) near4 identifier | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/10 15:21 |
| S8 | 35686 | 709/203,217,218,219,226,231,232,238,239.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/11 19:18 |
| S9 | 0 | S8 and (cdn or content adj delivery adj network) and provider and (dns or domain adj name adj server) and (modif$8 or substit$8) near4 identifier and authriz$8 | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/11 19:18 |
| S10 | 4 | S8 and (cdn or content adj delivery adj network) and provider and (dns or domain adj name adj server) and (modif$8 or substit$8) near4 identifier and authoriz$8 | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/11 19:18 |

ATI_KOVE_0000374
ATI_KOVE_0000255

| S11 | 35686 | 709/203,217,218,219,226,231,232,238,239.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/15 11:46 |
|-----|-------|----------------------------------------------|------|----|----|------|
| S12 | 0 | S11 and (cdn or content adj delivery adj network) and provider and (dns or domain adj name adj server) and (modif \$8 or substit\$8) near4 identifier and authoriz\$8 and (dns or domain adj name adj server) near5 authori\$8 | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/15 11:46 |
| S13 | 0 | S11 and (cdn or content adj delivery adj network) and provider and (dns or domain adj name adj server) and (modif \$8 or substit\$8) near4 identifier and authoriz\$8 and (qos or quality near2 service) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/15 12:43 |
| S14 | 67281 | authoritative near S11 (dns or domain near2 server) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/15 12:56 |
| S15 | 461 | authoritative near3 (dns or domain near2 server) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/15 12:57 |
| S16 | 403 | authoritative near3 (dns or domain adj name adj server) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/15 12:57 |
| S17 | 86 | authoritative near3 (dns or domain adj name adj server) and (qos or quality near2 service) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/15 12:57 |
| S18 | 21 | authoritative near3 (dns or domain adj name adj server) and redirect\$5 near5 (dns or domain adj name adj server) and (qos or quality near2 service) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/15 12:59 |
| S19 | 30 | determin\$5 near5 authoritative near3 (dns or domain adj name adj server) and (qos or quality near2 service) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/15 13:00 |

ATI_KOVE_0000375
ATI_KOVE_0000255

| S20 | 30 | determin$5 near5 authoritative near3 (dns or domain adj name adj server) and authoritative and (qos or quality near2 service) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/15 13:04 |
| S21 | 27 | determin$5 near5 authoritative near3 (dns or domain adj name adj server) and authoritative and (qos or quality near2 service) and redirect$6 | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/03/15 13:06 |
| S22 | 1 | (12/059994).APP. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2010/06/03 10:22 |
| S23 | 1 | (12/059997).APP. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2010/06/03 10:24 |
| S24 | 1 | "12059997" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/09/17 11:05 |
| S25 | 9 | (uri or universal adj resource adj identifier) adj comprises | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/09/17 11:12 |
| S26 | 0 | (uri or universal adj resource adj identifier) adj comprises near5 application | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/09/17 11:13 |
| S27 | 1 | (url or universal adj resource adj locator) adj comprises near5 application | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/09/17 11:13 |

ATI_KOVE_0000376
ATI_KOVE_0000255

| S28 | 46 | 709/238.ccls. and author$8 near4 (dns or domain adj name adj server) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/09/17 11:20 |
| S29 | 0 | 709/238.ccls. and author$8 near4 (dns or domain adj name adj server) and alternative near5 (url or uri or universal adj resource adj identifier or universal adj resource adj locator) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/09/17 11:21 |
| S30 | 1 | 709/238.ccls. and request adj routing and (dns or domain adj name adj server) and alternative near5 (url or uri or universal adj resource adj identifier or universal adj resource adj locator) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/09/17 11:31 |
| S31 | 0 | 709/238.ccls. and request adj routing and (dns or domain adj name adj server) and alternative near5 (url or uri or universal adj resource adj identifier or universal adj resource adj locator) and (application or browser) near4 identifier | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/09/17 11:32 |
| S37 | 2 | ("6286084").PN. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | OFF | 2010/12/10 14:12 |
| S38 | 16 | "20060145066" or "20080155614" or "20090307307" or "20070005892" or "20080071987" or "20090070533" or "20090204682" | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2010/12/10 14:13 |
| S39 | 43844 | 709/203,217,218,219,227,230,238.ccls. | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2011/08/18 15:01 |
| S40 | 228 | 709/203,217,218,219,227,230,238.ccls. and (dns or domain adj name) and stream and application near2 (identifier or identification or id) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2011/08/18 15:03 |

ATI_KOVE_0000377
ATI_KOVE_0000255

| S41 | 181 | 709/203,217,218,219,227,230,238.ccls. and (dns or domain adj name) and stream and application near2 (identifier or identification or id) and (uri or url or universal adj resource adj identifier or universal adj resource adj locator) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2011/08/18 15:04 |
| S42 | 1 | 709/203,217,218,219,227,230,238.ccls. and (dns or domain adj name) and stream and application near2 (identifier or identification or id) and (uri or url or universal adj resource adj identifier or universal adj resource adj locator) and (select $5 or choos$5) near4 (component or device) with based near5 (identifier or identification or id) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2011/08/18 15:05 |
| S43 | 2 | (dns or domain adj name) and stream and application near2 (identifier or identification or id) and (uri or url or universal adj resource adj identifier or universal adj resource adj locator) and (select$5 or choos$5) near4 (component or device) with based near5 application near2 (identifier or identification or id) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2011/08/18 15:08 |
| S44 | 7 | (dns or domain adj name) and (select$5 or choos$5) near4 (component or device) with based near5 application near2 (identifier or identification or id) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2011/08/18 15:09 |
| S45 | 7 | (dns or domain adj name) and (select$5 or choos$5) near4 (component or device or server) with based near5 application near2 (identifier or identification or id) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2011/08/18 15:13 |
| S46 | 36 | (select$5 or choos$5) near4 (component or device or server) with based near5 application near2 (identifier or identification or id) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2011/08/18 15:13 |
| S47 | 8 | (select$5 or choos$5) near4 (module) with based near5 application adj2 (identifier or identification or id) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2011/08/18 15:17 |
| S48 | 133 | 709/203,217,218,219,227,230,238.ccls. and (dns or domain adj name) and stream and application adj2 (identifier or identification or id) and (uri or url or universal adj resource adj identifier or universal adj resource adj locator) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2011/08/18 15:24 |

ATI_KOVE_0000378
ATI_KOVE_0000255

| S49 | 4 | 709/203,217,218,219,227,230,238.ccls. and (dns or domain adj name) and stream and application adj2 (identifier or identification or id) and (uri or url or universal adj resource adj identifier or universal adj resource adj locator) and (select $5 or choos$5) near4 (component or device or server or module) with based near5 (identifier or identification or id) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2011/08/18 15:26 |
|---|---|---|---|---|---|---|
| S50 | 1 | (dns or domain adj name) and stream and application adj2 (identifier or identification or id) and (uri or url or universal adj resource adj identifier or universal adj resource adj locator) and (select$5 or choos$5) near4 (component or device or server or module) with based near5 (identifier or identification or id) not S49 | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2011/08/18 15:33 |
| S51 | 0 | 709/203,217,218,219,227,230,238.ccls. and (dns or domain adj name) and stream and application adj2 (identifier or identification or id) and (uri or url or universal adj resource adj identifier or universal adj resource adj locator) and (select $5 or choos$5) near4 (component or device or server or module) with based near5 (identifier or identification or id) and file adj (identifier or identification or id) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2011/08/18 16:25 |
| S52 | 1 | 709/203,217,218,219,227,230,238.ccls. and (dns or domain adj name) and stream and application adj2 (identifier or identification or id) and (uri or url or universal adj resource adj identifier or universal adj resource adj locator) and (select $5 or choos$5) near4 (component or device or server or module) with based near5 (identifier or identification or id) and file near3 (identifier or identification or id) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2011/08/18 16:25 |
| S53 | 1 | 709/203,217,218,219,227,230,238.ccls. and (dns or domain adj name) and stream and application adj2 (identifier or identification or id) and (uri or url or universal adj resource adj identifier or universal adj resource adj locator) and (select $5 or choos$5) near4 (component or device or server or module) with based near5 (identifier or identification or id) and file near5 (identifier or identification or id) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2011/08/18 16:26 |

ATI_KOVE_0000379
ATI_KOVE_0000255

| S54 | 3 | 709/203,217,218,219,227,230,238.ccls. and (dns or domain adj name) and stream and application adj2 (identifier or identification or id) and (uri or url or universal adj resource adj identifier or universal adj resource adj locator) and (select $5 or choos$5) near4 (component or device or server or module) with based near5 (identifier or identification or id) and any near5 (identifier or identification or id) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2011/08/18 16:26 |

## EAST Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S32 | 2 | 709/238.ccls. and author$8 near4 (dns or domain adj name adj server) and alternative near5 (url or uri or universal adj resource adj identifier or universal adj resource adj locator) | USPAT; UPAD | OR | ON | 2010/09/17 11:21 |
| S33 | 12 | request adj routing.ti. | USPAT; UPAD | OR | ON | 2010/09/17 11:27 |
| S34 | 2 | 709/238.ccls. and request adj routing and (dns or domain adj name adj server) and alternative near5 (url or uri or universal adj resource adj identifier or universal adj resource adj locator) | USPAT; UPAD | OR | ON | 2010/09/17 11:32 |
| S35 | 1 | 709/238.ccls. and request adj routing and (dns or domain adj name adj server) and alternative near5 (url or uri or universal adj resource adj identifier or universal adj resource adj locator) and (application or browser) near4 identifier | USPAT; UPAD | OR | ON | 2010/09/17 11:32 |
| S36 | 0 | obtain$5 near3 resource adj identifier near5 based near4 (application or browser) adj2 identifier | USPAT; UPAD | OR | ON | 2010/09/17 11:34 |
| S55 | 1 | 709/203,217,218,219,227,230,238.ccls. and (dns or domain adj name) and stream and application adj2 (identifier or identification or id) and (uri or url or universal adj resource adj identifier or universal adj resource adj locator) and (select$5 or choos$5) near4 (component or device or server or module) with based near5 (identifier or identification or id) | USPAT; UPAD | OR | ON | 2011/08/18 15:33 |

ATI_KOVE_0000380
ATI_KOVE_0000255

**8/ 18/ 2011 8:34:56 PM**
**C:\ Documents and Settings\ ywon\ My Documents\ EAST\ workspaces\ 13042301 - Request Routing Using Network Computing Components.wsp**

ATI_KOVE_0000381
ATI_KOVE_0000255

| Index of Claims | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 13/042,301 | SIVASUBRAMANIAN ET AL. |
| | Examiner | Art Unit |
| | MICHAEL Y. WON | 2456 |

| √ | Rejected | – | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| Final | Original | 8/17/11 | | | | | | | | | | Final | Original | 8/17/11 | | | | | | | | | | Final | Original | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | – | | | | | | | | | | | 51 | √ | | | | | | | | | | | 101 | | | | | | | | | |
| | 2 | – | | | | | | | | | | | 52 | √ | | | | | | | | | | | 102 | | | | | | | | | |
| | 3 | – | | | | | | | | | | | 53 | √ | | | | | | | | | | | 103 | | | | | | | | | |
| | 4 | – | | | | | | | | | | | 54 | √ | | | | | | | | | | | 104 | | | | | | | | | |
| | 5 | – | | | | | | | | | | | 55 | √ | | | | | | | | | | | 105 | | | | | | | | | |
| | 6 | – | | | | | | | | | | | 56 | √ | | | | | | | | | | | 106 | | | | | | | | | |
| | 7 | – | | | | | | | | | | | 57 | √ | | | | | | | | | | | 107 | | | | | | | | | |
| | 8 | – | | | | | | | | | | | 58 | √ | | | | | | | | | | | 108 | | | | | | | | | |
| | 9 | – | | | | | | | | | | | 59 | √ | | | | | | | | | | | 109 | | | | | | | | | |
| | 10 | – | | | | | | | | | | | 60 | √ | | | | | | | | | | | 110 | | | | | | | | | |
| | 11 | – | | | | | | | | | | | 61 | √ | | | | | | | | | | | 111 | | | | | | | | | |
| | 12 | – | | | | | | | | | | | 62 | √ | | | | | | | | | | | 112 | | | | | | | | | |
| | 13 | – | | | | | | | | | | | 63 | √ | | | | | | | | | | | 113 | | | | | | | | | |
| | 14 | – | | | | | | | | | | | 64 | √ | | | | | | | | | | | 114 | | | | | | | | | |
| | 15 | – | | | | | | | | | | | 65 | √ | | | | | | | | | | | 115 | | | | | | | | | |
| | 16 | – | | | | | | | | | | | 66 | √ | | | | | | | | | | | 116 | | | | | | | | | |
| | 17 | – | | | | | | | | | | | 67 | √ | | | | | | | | | | | 117 | | | | | | | | | |
| | 18 | – | | | | | | | | | | | 68 | √ | | | | | | | | | | | 118 | | | | | | | | | |
| | 19 | – | | | | | | | | | | | 69 | √ | | | | | | | | | | | 119 | | | | | | | | | |
| | 20 | – | | | | | | | | | | | 70 | √ | | | | | | | | | | | 120 | | | | | | | | | |
| | 21 | – | | | | | | | | | | | 71 | | | | | | | | | | | | 121 | | | | | | | | | |
| | 22 | – | | | | | | | | | | | 72 | | | | | | | | | | | | 122 | | | | | | | | | |
| | 23 | – | | | | | | | | | | | 73 | | | | | | | | | | | | 123 | | | | | | | | | |
| | 24 | – | | | | | | | | | | | 74 | | | | | | | | | | | | 124 | | | | | | | | | |
| | 25 | – | | | | | | | | | | | 75 | | | | | | | | | | | | 125 | | | | | | | | | |
| | 26 | – | | | | | | | | | | | 76 | | | | | | | | | | | | 126 | | | | | | | | | |
| | 27 | – | | | | | | | | | | | 77 | | | | | | | | | | | | 127 | | | | | | | | | |
| | 28 | – | | | | | | | | | | | 78 | | | | | | | | | | | | 128 | | | | | | | | | |
| | 29 | – | | | | | | | | | | | 79 | | | | | | | | | | | | 129 | | | | | | | | | |
| | 30 | – | | | | | | | | | | | 80 | | | | | | | | | | | | 130 | | | | | | | | | |
| | 31 | – | | | | | | | | | | | 81 | | | | | | | | | | | | 131 | | | | | | | | | |
| | 32 | – | | | | | | | | | | | 82 | | | | | | | | | | | | 132 | | | | | | | | | |
| | 33 | – | | | | | | | | | | | 83 | | | | | | | | | | | | 133 | | | | | | | | | |
| | 34 | √ | | | | | | | | | | | 84 | | | | | | | | | | | | 134 | | | | | | | | | |
| | 35 | √ | | | | | | | | | | | 85 | | | | | | | | | | | | 135 | | | | | | | | | |
| | 36 | √ | | | | | | | | | | | 86 | | | | | | | | | | | | 136 | | | | | | | | | |
| | 37 | √ | | | | | | | | | | | 87 | | | | | | | | | | | | 137 | | | | | | | | | |
| | 38 | √ | | | | | | | | | | | 88 | | | | | | | | | | | | 138 | | | | | | | | | |
| | 39 | √ | | | | | | | | | | | 89 | | | | | | | | | | | | 139 | | | | | | | | | |
| | 40 | √ | | | | | | | | | | | 90 | | | | | | | | | | | | 140 | | | | | | | | | |
| | 41 | √ | | | | | | | | | | | 91 | | | | | | | | | | | | 141 | | | | | | | | | |
| | 42 | √ | | | | | | | | | | | 92 | | | | | | | | | | | | 142 | | | | | | | | | |
| | 43 | √ | | | | | | | | | | | 93 | | | | | | | | | | | | 143 | | | | | | | | | |
| | 44 | √ | | | | | | | | | | | 94 | | | | | | | | | | | | 144 | | | | | | | | | |
| | 45 | √ | | | | | | | | | | | 95 | | | | | | | | | | | | 145 | | | | | | | | | |
| | 46 | √ | | | | | | | | | | | 96 | | | | | | | | | | | | 146 | | | | | | | | | |
| | 47 | √ | | | | | | | | | | | 97 | | | | | | | | | | | | 147 | | | | | | | | | |
| | 48 | √ | | | | | | | | | | | 98 | | | | | | | | | | | | 148 | | | | | | | | | |
| | 49 | √ | | | | | | | | | | | 99 | | | | | | | | | | | | 149 | | | | | | | | | |
| | 50 | √ | | | | | | | | | | | 100 | | | | | | | | | | | | 150 | | | | | | | | | |

ATI_KOVE_0000382
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | |
|---|---|
| Application No. | 13/042301 |
| Filing Date | 03-07-2011 |
| First Named Inventor | Sivasubramanian, Swaminathan et al |
| Art Unit | 2456 |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | |
|---|---|
| (Multiple sheets used when necessary) | Examiner | Won, Michael Young |
| SHEET 1 OF 1 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code (if known)<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 6,275,496 B1 | 08-14-2001 | Burns et al. | |
| | 2 | 6,286,043 B1 | 09-04-2001 | Cuomo et al. | |
| | 3 | 6,963,850 B1 | 11-08-2005 | Bezos et al. | |
| | 4 | 7,058,953 B2 | 06-06-2006 | Willard et al. | |
| | 5 | 7,573,916 B1 | 08-11-2009 | Bechtolsheim et al. | |
| | 6 | 7,769,823 B2 | 08-03-2010 | Jenny et al. | |
| | 7 | 8,028,090 | 09-27-2011 | Richardson, David et al. | |
| | 8 | 2006/0195866 A1 | 08-31-2006 | Thukral | |
| | 9 | 2006/0230137 A1 | 10-12-2006 | Gare et al. | |
| | 10 | 2007/0043859 A1 | 02-22-2007 | Ruul | |
| | 11 | 2007/0094361 A1 | 04-26-2007 | Hoynowski et al. | |
| | 12 | 2007/0134641 A1 | 06-14-2007 | Lieu | |
| | 13 | 2007/0266311 A1 | 11-15-2007 | Westphal | |
| | 14 | 2008/0189437 A1 | 08-07-2008 | Halley | |
| | 15 | 2008/0222295 A1 | 09-11-2008 | Robinson et al | |
| | 16 | 2011/0252142 (SEAZN.306C1) | 10-13-2011 | Richardson, et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code-Number-Kind Code<br>Example: JP 1234567 A1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T¹ |
|---|---|---|---|---|---|---|
| | | | | | | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T¹ |
|---|---|---|---|
| | 17 | Baglioni et al., "Preprocessing and Mining Web Log Data for Web Personalization", LNAI 2829, 2003, pp. 237-249 | |
| | 18 | Liu et al., "Combined mining of Web server logs and web contents for classifying user navigation patterns and predicting users' future requests," Data & Knowledge Engineering 61 (2007) pp 304-330 | |
| | 19 | Tan et al., "Classification: Basic Concepts, Decision Tree, and Model Evaluation", Introduction in Data Mining; http://www-users.cs.umn.edu/~kumar/dmbook/ch4.pdf, 2005, Pages 245-205 | |
| | 20 | Xu et al., "Decision tree regression for soft classification of remote sensing data", Remote Sensing of Environment 97 (2005) pp 322-336 | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T¹ - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000383
ATI_KOVE_0000255

# Electronic Patent Application Fee Transmittal

| Application Number: | 13042301 |
|---|---|
| Filing Date: | 07-Mar-2011 |
| Title of Invention: | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| First Named Inventor/Applicant Name: | Swaminathan Sivasubramanian |
| Filer: | Melanie J. Seelig/Nicole Romero |
| Attorney Docket Number: | SEAZN.217D1 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

ATI_KOVE_0000384
ATI_KOVE_0000255

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | 180 |

ATI_KOVE_0000385
ATI_KOVE_0000255

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 11515528 |
| **Application Number:** | 13042301 |
| **International Application Number:** | |
| **Confirmation Number:** | 6648 |
| **Title of Invention:** | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| **First Named Inventor/Applicant Name:** | Swaminathan Sivasubramanian |
| **Customer Number:** | 79502 |
| **Filer:** | Melanie J. Seelig/ThuyQuyen Nguyen |
| **Filer Authorized By:** | Melanie J. Seelig |
| **Attorney Docket Number:** | SEAZN.217D1 |
| **Receipt Date:** | 30-NOV-2011 |
| **Filing Date:** | 07-MAR-2011 |
| **Time Stamp:** | 18:32:42 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $180 |
| RAM confirmation Number | 7413 |
| Deposit Account | 111410 |
| Authorized User | KNOBBE MARTENS OLSON AND BEAR |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

    Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

    Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

ATI_KOVE_0000386
ATI_KOVE_0000255

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 217D1.pdf | 290947<br>0467a819d9ecdcc54a1e1afae1613d29a5c0e890 | yes | 2 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Transmittal Letter | 1 | 1 |
| Information Disclosure Statement (IDS) Form (SB08) | 2 | 2 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Non Patent Literature | Baglioni.PDF | 625052<br>6293688fc558a040d8f1ec3dacf0238fc4d00204b | no | 12 |

**Warnings:**

**Information:**

| 3 | Non Patent Literature | Liu.PDF | 2164385<br>a21cabc9b7de634ac84c43cd358949a7b0593a6e | no | 27 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 4 | Non Patent Literature | Tan.PDF | 5794636<br>ab5ca3097198985 3ff1273 6cb435cc05b991094 | no | 62 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 5 | Non Patent Literature | XU.PDF | 2102419<br>87a0d3ff80bd01b53e6f5f9e2754d6f61d79e476 | no | 15 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 6 | Fee Worksheet (SB06) | fee-info.pdf | 30542<br>0f4acbc9cdfab5c8eb28eae2bece681ff4b5f85e | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 11007981 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATI_KOVE_0000388
ATI_KOVE_0000255

## INFORMATION DISCLOSURE STATEMENT

| | | |
|---|---|---|
| Applicants | : | Sivasubramanian et al. |
| App. No | : | 13/042,301 |
| Filed | : | March 7, 2011 |
| For | : | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| Examiner | : | Won, Michael Young |
| Art Unit | : | 2456 |
| Conf No. | : | 6648 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Enclosed for filing in the above-identified application is a PTO/SB/08 Equivalent listing 20 references, of which 4 are enclosed/submitted.

This Information Disclosure Statement is being filed before the mailing date of a final action and before the mailing of a Notice of Allowance. This Statement is accompanied by the fees set forth in 37 C.F.R. § 1.17(p). The Commissioner is hereby authorized to charge any additional fees which may be required or to credit any overpayment to Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 11/30/11                    By: _____
                                   Melanie J. Seelig
                                   Registration No. 44,328
                                   Attorney of Record
                                   Customer No. 79,502
                                   (206) 405-2000

ATI_KOVE_0000389
ATI_KOVE_0000255

## REVOCATION
## AND
## GENERAL POWER OF ATTORNEY

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

The undersigned is an empowered representative of the Assignee and hereby appoints the registrants of Knobbe, Martens, Olson & Bear, LLP, **Customer No. 79,502**, as attorneys and agents to represent the Assignee before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned to the Assignee according to the USPTO assignment records or assignment documents supplied with an accompanying Statement Under 37 CFR § 3.73(b). This appointment is to be to the exclusion of the inventor(s) and his attorney(s) in accordance with the provisions of 37 CFR § 3.71.

All previous powers of attorney for the below named Assignee are hereby revoked.

A Statement Under 37 CFR § 3.73(b), signed by a registrant of Knobbe, Martens, Olson & Bear, LLP, is attached setting forth a full chain of title for the subject application owned by the Assignee named below.

Please recognize or change the correspondence address for the above-identified application to **Customer No. 79,502.**

By: _____     Date: June 12, 2008

Name:     Scott R. Hayden          Title: Vice President

Assignee:  Amazon Technologies, Inc.
           PO Box 8102
Address:   Reno, Nevada 89507

H:\DOCS\ROS\ROS-6832.DOC\dns
010305

-1-

## STATEMENT UNDER 37 CFR § 3.73(b)
## ESTABLISHMENT OF ASSIGNEE

| | | |
|---|---|---|
| Applicants | : | Sivasubramanian et al. |
| App. No. | : | 13/042,301 |
| Filed | : | March 7, 2011 |
| For | : | REQUEST ROUTING USING NETWORK COMPUTING  COMPONENTS |
| Examiner | : | Won, Michael Young |
| Group Art Unit | : | 2456 |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

This document is being filed with a copy of a Power of Attorney signed by the Assignee. This Statement sets forth the chain of title of the above-identified application.

Amazon Technologies, Inc., a Nevada Corporation, is the Assignee of the entire right, title, and interest of the above-referenced application by virtue of:

The Assignment from the inventors to the Assignee recorded in the United States

Patent and Trademark Office on March 7, 2011, at Reel 025914, and Frame 0374.

The undersigned is an agent of Customer Number 79,502 and is authorized to act on behalf of the Assignee.  Please recognize or change the correspondence address for the above-identified application to **Customer No. 79,502.**

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: _12/6/11_

By: _____
Melanie J. Seelig
Registration No. 44,328
Attorney of Record
Customer No. 79,502
(206) 405-2000

ATI_KOVE_0000391
ATI_KOVE_0000255

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 11556316 |
| **Application Number:** | 13042301 |
| **International Application Number:** | |
| **Confirmation Number:** | 6648 |
| **Title of Invention:** | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| **First Named Inventor/Applicant Name:** | Swaminathan Sivasubramanian |
| **Customer Number:** | 79502 |
| **Filer:** | Melanie J. Seelig/Heide Young |
| **Filer Authorized By:** | Melanie J. Seelig |
| **Attorney Docket Number:** | SEAZN.217D1 |
| **Receipt Date:** | 06-DEC-2011 |
| **Filing Date:** | 07-MAR-2011 |
| **Time Stamp:** | 19:15:28 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 217d1.pdf | 72920<br>4400c40ee89e2d39f739819a05847afc3b2e5940 | yes | 2 |

ATI_KOVE_0000392
ATI_KOVE_0000255

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Power of Attorney | 1 | 1 |
| Assignee showing of ownership per 37 CFR 3.73(b). | 2 | 2 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 72920 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATI_KOVE_0000393
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/042301 |
| | Filing Date | 03-07-2011 |
| | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | Won, Michael Young |
| SHEET 1 OF 2 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 6,374,290 B1 | 04-16-2002 | Scharber et al. | |
| | 2 | 6,874,017 B1 | 03-29-2005 | Inoue et al. | |
| | 3 | 6,986,018 B2 | 01-10-2006 | O'Rourke et al. | |
| | 4 | 7,143,169 B1 | 11-28-2006 | Champagne et al. | |
| | 5 | 7,519,720 B2 | 04-14-2009 | Fishman et al. | |
| | 6 | 7,706,740 B2 | 04-27-2010 | Collins et al. | |
| | 7 | 7,809,597 B2 | 10-05-2010 | Das et al. | |
| | 8 | 7,996,404 B2 | 06-21-2011 | Hedin et al. | |
| | 9 | 7,996,535 B2 | 08-09-2011 | Auerbach | |
| | 10 | 8,000,724 B1 | 08-16-2011 | Rayburn et al. | |
| | 11 | 8,065,275 B2 | 11-22-2011 | Eriksen et al. | |
| | 12 | 8,082,348 B1 | 12-20-2011 | Averbuj et al. | |
| | 13 | 2001/0032133 A1 | 10-18-2001 | Moran | |
| | 14 | 2002/0083148 A1 | 06-27-2002 | Shaw et al. | |
| | 15 | 2002/0156911 A1 | 10-24-2002 | Croman et al. | |
| | 16 | 2002/0187935 A1 | 02-10-2003 | Agarwalla et al. | |
| | 17 | 2004/0078468 A1 | 04-22-2004 | Hedin et al. | · |
| | 18 | 2006/0020596 A1 | 01-26-2006 | Liu et al. | |
| | 19 | 2007/0250467 A1 | 10-25-2007 | Mesnik et al. | |
| | 20 | 2007/0266333 A1 | 11-15-2007 | Cossey et al. | |
| | 21 | 2008/0103805 A1 | 05-01-2008 | Shear et al. | |
| | 22 | 2008/0114829 A1 | 05-15-2008 | Button et al. | |
| | 23 | 2008/0134043 A1 | 06-05-2008 | Georgis et al. | |
| | 24 | 2008/0147873 A1 | 01-19-2008 | Matsumoto | |
| | 25 | 2008/0201332 A1 | 08-21-2008 | Souders et al. | |
| | 26 | 2009/0132368 A1 | 05-21-2009 | Cotter et al. | |
| | 27 | 2009/0150926 A1 | 06-11-2009 | Schlack | |
| | 28 | 2009/0158163 A1 | 06-18-2009 | Stephens et al. | |
| | 29 | 2010/0293479 A1 | 11-18-2010 | Rousso et al. | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000394
ATI_KOVE_0000255

| | |
|---|---|
| | Application No. | 13/042301 |
| INFORMATION DISCLOSURE | Filing Date | 03-07-2011 |
| STATEMENT BY APPLICANT | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | Won, Michael Young |
| SHEET 2 OF 2 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code (if known)<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 30 | 2011/0078000 A1 | 03-31-2011 | Ma et al. | |
| | 31 | 2011/0238501 A1 | 09-29-2011 | Almeida | |
| | 32 | 2011/0258049 A1 | 10-20-2011 | Ramer et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code-Number-Kind Code<br>Example: JP 1234567 A1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | | | | | | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 33 | International Search Report and Written Opinion in PCT/US2011/053302 mailed November 28, 2011 in 11 pages (SEAZN.408WO). | |
| | 34 | Singapore Written Opinion in Application No. 201006836-9, mailed October 12, 2011 (SEAZN.194VSG) in 12 pages. | |
| | 35 | Singapore Written Opinion in Application No. 201006837-7, mailed October 12, 2011 (SEAZN.197VSG) in 11 pages. | |
| | 36 | Singapore Written Opinion in Application No. 201006874-0, mailed October 12, 2011 (SEAZN.207VSG) in 10 pages. | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000395
ATI_KOVE_0000255

# PATENT COOPERATION TREATY

From the INTERNATIONAL SEARCHING AUTHORITY

To:
Uribe, Mauricio A.
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
ETATS-UNIS D'AMERIQUE

# PCT

NOTIFICATION OF TRANSMITTAL OF
THE INTERNATIONAL SEARCH REPORT AND
THE WRITTEN OPINION OF THE INTERNATIONAL
SEARCHING AUTHORITY, OR THE DECLARATION

(PCT Rule 44.1)

| | |
|---|---|
| Date of mailing *(day/month/year)* | 28 November 2011 (28-11-2011) |

| Applicant's or agent's file reference | | |
|---|---|---|
| SEAZN-408WO | **FOR FURTHER ACTION** | See paragraphs 1 and 4 below |
| International application No. | International filing date *(day/month/year)* | |
| PCT/US2011/053302 | | 26 September 2011 (26-09-2011) |

Applicant

AMAZON TECHNOLOGIES, INC.

1. [X] The applicant is hereby notified that the international search report and the written opinion of the International Searching Authority have been established and are transmitted herewith.

   **Filing of amendments and statement under Article 19:**
   The applicant is entitled, if he so wishes, to amend the claims of the International Application (see Rule 46):

   **When?** The time limit for filing such amendments is normally two months from the date of transmittal of the International Search Report.

   **Where?** Directly to the International Bureau of WIPO, 34 chemin des Colombettes
   1211 Geneva 20, Switzerland, Facsimile No.: (41-22) 338.82.70

   For more detailed instructions, see *PCT Applicant's Guide,* International Phase, paragraphs 9.004 - 9.011.

2. [ ] The applicant is hereby notified that no international search report will be established and that the declaration under Article 17(2)(a) to that effect and the written opinion of the International Searching Authority are transmitted herewith.

3. [ ] With regard to any protest against payment of (an) additional fee(s) under Rule 40.2, the applicant is notified that:

   [ ] the protest together with the decision thereon has been transmitted to the International Bureau together with the applicant's request to forward the texts of both the protest and the decision thereon to the designated Offices.

   [ ] no decision has been made yet on the protest; the applicant will be notified as soon as a decision is made.

4. **Reminders**

   The applicant may submit comments on an informal basis on the written opinion of the International Searching Authority to the International Bureau. The International Bureau will send a copy of such comments to all designated Offices unless an international preliminary examination report has been or is to be established. Following the expiration of 30 months from the priority date, these comments will also be made available to the public.

   Shortly after the expiration of **18 months** from the priority date, the international application will be published by the International Bureau. If the applicant wishes to avoid or postpone publication, a notice of withdrawal of the international application, or of the priority claim, must reach the International Bureau before completion of the technical preparations for international publication (Rules 90*bis*.1 and 90*bis*.3).

   Within **19 months** from the priority date, but only in respect of some designated Offices, a demand for international preliminary examination must be filed if the applicant wishes to postpone the entry into the national phase **until 30 months** from the priority date (in some Offices even later); otherwise, the applicant must, **within 20 months** from the priority date, perform the prescribed acts for entry into the national phase before those designated Offices.

   In respect of other designated Offices, the time limit of **30 months** (or later) will apply even if no demand is filed within 19 months.

   For details about the applicable time limits, Office by Office, see www.wipo.int/pct/en/texts/time_limits.html and the *PCT Applicant's Guide,* National Chapters.

| Name and mailing address of the International Searching Authority | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2 NL-2280 HV Rijswijk Tel. (+31-70) 340-2040 Fax: (+31-70) 340-3016 | ROTHENBäCHER, Anita Tel: +31 (0)70 340-9872 |

Form PCT/ISA/220 (July 2010)

ATI_KOVE_0000396
ATI_KOVE_0000255

ATI_KOVE_0000397
ATI_KOVE_0000255

## INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference | **FOR FURTHER ACTION** | see Form PCT/ISA/220 as well as, where applicable, item 5 below. | |
|---|---|---|---|
| SEAZN-408WO | | | |
| International application No. | International filing date (day/month/year) | (Earliest) Priority Date (day/month/year) | |
| PCT/US2011/053302 | 26/09/2011 | 28/09/2010 | |

Applicant

AMAZON TECHNOLOGIES, INC.

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of _____3_____ sheets.

  [X] It is also accompanied by a copy of each prior art document cited in this report.

1. **Basis of the report**

  a. With regard to the **language**, the international search was carried out on the basis of:

    [X] the international application in the language in which it was filed

    [ ] a translation of the international application into _____ , which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b))

  b. [ ] This international search report has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43.6bis(a)).

  c. [ ] With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, see Box No. I.

2. [ ] **Certain claims were found unsearchable** (See Box No. II)

3. [ ] **Unity of invention is lacking** (see Box No III)

4. With regard to the **title**,

  [X] the text is approved as submitted by the applicant

  [ ] the text has been established by this Authority to read as follows:

5. With regard to the **abstract**,

  [X] the text is approved as submitted by the applicant

  [ ] the text has been established, according to Rule 38.2(b), by this Authority as it appears in Box No. IV. The applicant may, within one month from the date of mailing of this international search report, submit comments to this Authority

6. With regard to the **drawings**,

  a. the figure of the **drawings** to be published with the abstract is Figure No. __1__

    [X] as suggested by the applicant

    [ ] as selected by this Authority, because the applicant failed to suggest a figure

    [ ] as selected by this Authority, because this figure better characterizes the invention

  b. [ ] none of the figures is to be published with the abstract

Form PCT/ISA/210 (first sheet) (July 2009)

ATI_KOVE_0000398

ATI_KOVE_0000255

| A. CLASSIFICATION OF SUBJECT MATTER |
|---|
| INV. H04L29/12    H04L29/06    H04L29/08 |
| ADD. |

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)

H04L

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

EPO-Internal, INSPEC, WPI Data

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US 2009/327517 A1 (SIVASUBRAMANIAN SWAMINATHAN [US] ET AL) 31 December 2009 (2009-12-31) the whole document | 1-16 |
| A | US 2003/149581 A1 (CHAUDHRI IMRAN [US] ET AL) 7 August 2003 (2003-08-07) figures 7,16-21 paragraphs [0092] – [0095], [0167] – [0182], [0215] | 1,7,8 |

☐ Further documents are listed in the continuation of Box C.    ☒ See patent family annex.

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 21 November 2011 | 28/11/2011 |

| Name and mailing address of the ISA/ | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2 NL – 2280 HV Rijswijk Tel. (+31–70) 340–2040, Fax: (+31–70) 340–3016 | Tyszka, Krzysztof |

Form PCT/ISA/210 (second sheet) (April 2005)

ATI_KOVE_0000399
ATI_KOVE_0000255

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| US 2009327517 | A1 | 31-12-2009 | CA | 2726915 A1 | 07-01-2010 |
| | | | CN | 102077189 A | 25-05-2011 |
| | | | EP | 2294515 A1 | 16-03-2011 |
| | | | KR | 20110040875 A | 20-04-2011 |
| | | | US | 2009327517 A1 | 31-12-2009 |
| | | | US | 2011153736 A1 | 23-06-2011 |
| | | | WO | 2010002603 A1 | 07-01-2010 |
| US 2003149581 | A1 | 07-08-2003 | NONE | | |

ATI_KOVE_0000400
ATI_KOVE_0000255

# PATENT COOPERATION TREATY

From the
INTERNATIONAL SEARCHING AUTHORITY

| To: | **PCT** |
|---|---|
| see form PCT/ISA/220 | WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY <br> (PCT Rule 43*bis*.1) |

| | Date of mailing <br> *(day/month/year)* see form PCT/ISA/210 (second sheet) |
|---|---|

| Applicant's or agent's file reference <br> see form PCT/ISA/220 | **FOR FURTHER ACTION** <br> See paragraph 2 below |
|---|---|

| International application No <br> PCT/US2011/053302 | International filing date *(day/month/year)* <br> 26.09.2011 | Priority date *(day/month/year)* <br> 28.09.2010 |
|---|---|---|

International Patent Classification (IPC) or both national classification and IPC
INV. H04L29/12 H04L29/06 H04L29/08

Applicant
AMAZON TECHNOLOGIES, INC.

1. This opinion contains indications relating to the following items:

   ☒ Box No. I      Basis of the opinion

   ☐ Box No. II     Priority

   ☐ Box No. III    Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

   ☐ Box No. IV     Lack of unity of invention

   ☒ Box No. V      Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step and industrial applicability; citations and explanations supporting such statement

   ☐ Box No. VI     Certain documents cited

   ☐ Box No. VII    Certain defects in the international application

   ☐ Box No. VIII   Certain observations on the international application

2. **FURTHER ACTION**

   If a demand for international preliminary examination is made, this opinion will usually be considered to be a written opinion of the International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority other than this one to be the IPEA and the chosen IPEA has notifed the International Bureau under Rule 66.1*bis*(b) that written opinions of this International Searching Authority will not be so considered.

   If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

   For further options, see Form PCT/ISA/220.

3. For further details, see notes to Form PCT/ISA/220.

| Name and mailing address of the ISA: <br><br> European Patent Office <br> P.B. 5818 Patentlaan 2 <br> NL-2280 HV Rijswijk - Pays Bas <br> Tel. +31 70 340 - 2040 <br> Fax: +31 70 340 - 3016 | Date of completion of this opinion <br><br> see form PCT/ISA210 | Authorized Officer <br><br> Tyszka, Krzysztof <br><br> Telephone No. +31 70 340-2438 |
|---|---|---|

Form PCT/ISA/237 (Cover Sheet) (July 2009)

ATI_KOVE_0000401
ATI_KOVE_0000255

---

### Box No. I    Basis of the opinion

1. With regard to the **language**, this opinion has been established on the basis of:

   ☒ the international application in the language in which it was filed

   ☐ a translation of the international application into   , which is the language of a translation furnished for the
      purposes of international search (Rules 12.3(a) and 23.1 (b)).

2. ☐ This opinion has been established taking into account the **rectification of an obvious mistake** authorized
   by or notified to this Authority under Rule 91 (Rule 43bis.1(a))

3. With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, this
   opinion has been established on the basis of a sequence listing filed or furnished:

   a. (means)

      ☐ on paper

      ☐ in electronic form

   b. (time)

      ☐ in the international application as filed

      ☐ together with the international application in electronic form

      ☐ subsequently to this Authority for the purposes of search

4. ☐ In addition, in the case that more than one version or copy of a sequence listing has been filed or furnished,
   the required statements that the information in the subsequent or additional copies is identical to that in the
   application as filed or does not go beyond the application as filed, as appropriate, were furnished.

5. Additional comments:

---

### Box No. V    Reasoned statement under Rule 43bis.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement

1. Statement

   | | | | |
   |---|---|---|---|
   | Novelty (N) | Yes: | Claims | 6, 7, 10, 14-16 |
   | | No: | Claims | 1-5, 8, 9, 11-13 |
   | Inventive step (IS) | Yes: | Claims | |
   | | No: | Claims | 1-16 |
   | Industrial applicability (IA) | Yes: | Claims | 1-16 |
   | | No: | Claims | |

2. Citations and explanations

   **see separate sheet**

ATI_KOVE_0000402
ATI_KOVE_0000255

## Re Item V

**Reasoned statement with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement**

Reference is made to the following document:

D1     US 2009/327517 A1 (SIVASUBRAMANIAN SWAMINATHAN [US] ET AL)
       31 December 2009 (2009-12-31)

1      The present application does not meet the criteria of Article 33(2) PCT,
       because the subject-matter of independent claims 1 and 8 is not new.

1.1    The document D1 discloses (the references in parentheses applying to this
       document):

       a computer-implemented method for managing request routing functionality
       comprising:

       obtaining registration information at a service provider for registering one or
       more content providers with the service provider, the registration
       corresponding to hosting at least of portion of request routing functionality
       associated with one or more resources provided by the content provider (Fig.
       2; paragraphs 23, 25, 27); and

       obtaining a DNS query from a client computing device at a first DNS server,
       wherein the DNS query corresponds to a requested resource associated with
       a resource identifier and wherein the first DNS server corresponds to the
       service provider; and

       providing the client computing device with at least one of an identifier
       corresponding to a storage component for the requested resource based on
       supplemental request routing information not included in the resource request
       and an alternative resource identifier query to resolve to a domain
       corresponding to the service provider and the supplemental request routing
       information not included in the first resource identifier (Fig. 4; paragraphs
       37-39, 41, 42, 45, 49-52).

ATI_KOVE_0000403
ATI_KOVE_0000255

Therefore, the subject-matter of independent claim 1 is not new.

1.2    The document D1 discloses (the references in parentheses applying to this document):

a system for request routing comprising:

an interface component for obtaining registration information at a service provider for registering one or more content providers with the service provider, the registration corresponding to hosting at least of portion of request routing functionality associated with one or more resources provided by the content provider (Fig. 2; paragraphs 23, 25, 27)

a first network point of presence associated with a service provider, wherein the first network point of presence includes a DNS server component that receives a DNS query from a client computing device, wherein the DNS query corresponds to a requested resource associated with a first resource identifier, and wherein the DNS server in the first network point of presence is operable to:

determine that the first resource identifier is associated with an alternative resource identifier as a function of request routing criteria associated with a content provider; and

transmit an alternative resource identifier to the client computing device, wherein the alternative resource identifier includes information for causing a DNS query to resolve to a domain corresponding to the service provider (Fig. 5A, 5B; paragraphs 45, 49-52, 55, 56, 59);

a second network point of presence associated with a service provider, wherein the second network point of presence includes a DNS server component that receives a subsequent DNS query from a client computing device, wherein the subsequent DNS query corresponds to a requested resource associated with the alternative resource identifier, and wherein the DNS server in the second network point of presence is operable to:

resolve the subsequent DNS query to identify a cache component for providing content associated with the original resource request; and

transmit information identifying the identified cache component to the client computing device (Fig. 5B; paragraph 59).

Therefore, the subject-matter of independent claim 8 is not new.

ATI_KOVE_0000404
ATI_KOVE_0000255

2    Dependent claims 2-7 and 9-16 do not contain any features which, in
combination with the features of any claim to which they refer, meet the
requirements of the PCT in respect of novelty and/or inventive step.

ATI_KOVE_0000405
ATI_KOVE_0000255

# Possible steps after receipt of the international search report (ISR) and written opinion of the International Searching Authority (WO-ISA)

| | |
|---|---|
| **General information** | For all international applications filed on or after 01/01/2004 the competent ISA will establish an ISR. It is accompanied by the WO-ISA. Unlike the former written opinion of the IPEA (Rule 66.2 PCT), the WO-ISA is not meant to be responded to, but to be taken into consideration for further procedural steps. This document explains about the possibilities. |
| **Amending claims under Art. 19 PCT** | Within 2 months after the date of mailing of the ISR and the WO-ISA the applicant may file amended claims under Art. 19 PCT directly with the International Bureau of WIPO. The PCT reform of 2004 did not change this procedure. For further information please see Rule 46 PCT as well as form PCT/ISA/220 and the corresponding Notes to form PCT/ISA/220. |
| **Filing a demand for international preliminary examination** | In principle, the WO-ISA will be considered as the written opinion of the IPEA. This should, in many cases, make it unnecessary to file a demand for international preliminary examination. If the applicant nevertheless wishes to file a demand this must be done before expiry of 3 months after the date of mailing of the ISR/WO-ISA or 22 months after priority date, whichever expires later (Rule 54bis PCT). Amendments under Art. 34 PCT can be filed with the IPEA as before, normally at the same time as filing the demand (Rule 66.1 (b) PCT). <br><br> If a demand for international preliminary examination is filed and no comments/amendments have been received the WO-ISA will be transformed by the IPEA into an IPRP (International Preliminary Report on Patentability) which would merely reflect the content of the WO-ISA. The demand can still be withdrawn (Art. 37 PCT). |
| **Filing informal comments** | After receipt of the ISR/WO-ISA the applicant may file informal comments on the WO-ISA directly with the International Bureau of WIPO. These will be communicated to the designated Offices together with the IPRP (International Preliminary Report on Patentability) at 30 months from the priority date. Please also refer to the next box. |
| **End of the international phase** | At the end of the international phase the International Bureau of WIPO will transform the WO-ISA or, if a demand was filed, the written opinion of the IPEA into the IPRP, which will then be transmitted together with possible informal comments to the designated Offices. The IPRP replaces the former IPER (international preliminary examination report). |
| **Relevant PCT Rules and more information** | Rule 43 PCT, Rule 43bis PCT, Rule 44 PCT, Rule 44bis PCT, PCT Newsletter 12/2003, OJ 11/2003, OJ 12/2003 |

BNSDOCID: <XS____200704010CK_I_>

ATI_KOVE_0000406
ATI_KOVE_0000255

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13042301 |
| **Filing Date:** | 07-Mar-2011 |
| **Title of Invention:** | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| **First Named Inventor/Applicant Name:** | Swaminathan Sivasubramanian |
| **Filer:** | Melanie J. Seelig/Nicole Romero |
| **Attorney Docket Number:** | SEAZN.217D1 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 3 months with $0 paid | 1253 | 1 | 1270 | 1270 |

ATI_KOVE_0000407
ATI_KOVE_0000255

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **1450** |

ATI_KOVE_0000408
ATI_KOVE_0000255

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 12156768 |
| **Application Number:** | 13042301 |
| **International Application Number:** | |
| **Confirmation Number:** | 6648 |
| **Title of Invention:** | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| **First Named Inventor/Applicant Name:** | Swaminathan Sivasubramanian |
| **Customer Number:** | 79502 |
| **Filer:** | Melanie J. Seelig/Adriana Perez |
| **Filer Authorized By:** | Melanie J. Seelig |
| **Attorney Docket Number:** | SEAZN.217D1 |
| **Receipt Date:** | 24-FEB-2012 |
| **Filing Date:** | 07-MAR-2011 |
| **Time Stamp:** | 16:54:19 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $1450 |
| RAM confirmation Number | 3960 |
| Deposit Account | 111410 |
| Authorized User | KNOBBE MARTENS OLSON AND BEAR |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

ATI_KOVE_0000409
ATI_KOVE_0000255

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 217c1oar.pdf | 1287097<br>bba77943a9152a0e4584c6cb1e85c989b8bfda21 | yes | 13 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 5 |
| Applicant Arguments/Remarks Made in an Amendment | 6 | 13 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | | 217d1ids.pdf | 364075<br>b79e0daae787c23afc5a88fd0ed129913dae77f | yes | 3 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Transmittal Letter | 1 | 1 |
| Information Disclosure Statement (IDS) Form (SB08) | 2 | 3 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Non Patent Literature | ISR.PDF | 427288<br>1f915dcc08592360ca87876dab71419832b1a6f3 | no | 11 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 4 | Non Patent Literature | SEAZN194VSG.PDF | 585591<br>c1c33906210995e673825e11f5a4e3ecbad9d35d | no | 12 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 5 | Non Patent Literature | SEAZN197VSG.PDF | 408442<br>d2fc2a0cb0f6c006ca0zedeb41a6fbd9bf21d84 | no | 11 |

**Warnings:**

**Information:**

ATI_KOVE_0000410

ATI_KOVE_0000255

| 6 | Non Patent Literature | SEAZN207VSG.PDF | 1109705<br>a76ba4292daaab379617cd80fdb53a5944ec7ceac | no | 10 |

**Warnings:**

**Information:**

| 7 | Fee Worksheet (SB06) | fee-info.pdf | 32463<br>e79d201d0661decfd7192039c3d054080ac38cc | no | 2 |

**Warnings:**

**Information:**

| | | Total Files Size (in bytes): | 4214661 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATI_KOVE_0000411

ATI_KOVE_0000255

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicants | : | Sivasubramanian et al. |
| App. No. | : | 13/042,301 |
| Filed | : | March 7, 2011 |
| For | : | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| Examiner | : | Michael Young Won |
| Art Unit | : | 2456 |
| Conf. No. | : | 6648 |

## AMENDMENT AND RESPONSE TO OFFICE ACTION

**Mail Stop Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

This paper is filed in response to the Office Action mailed August 24, 2011, in connection with the above-referenced patent application.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 6 of this paper.

-1-

ATI_KOVE_0000412
ATI_KOVE_0000255

## AMENDMENTS TO THE CLAIMS

1-33. (Cancelled)

34. (Previously presented) A method for request routing comprising:

obtaining a DNS query from a client computing device at a first DNS server, wherein the DNS query corresponds to a requested resource associated with a first resource identifier and wherein the first DNS server corresponds to a content delivery network service provider;

selecting a network computing component for processing the requested resource from a plurality of network computing components based on an application identifier included in the first resource identifier; and

transmitting information identifying the selected network computing component from the first DNS server to the client computing device.

35. (Original) The method as recited in Claim 34, wherein the network computing component comprises an application for processing the requested resource.

36. (Original) The method as recited in Claim 34, wherein the application is a data streaming application.

37. (Original) The method as recited in Claim 34, wherein the network computing component is operable to dynamically cause the creation of an instance of a virtual machine for processing the requested resource.

38. (Previously presented) The method as recited in Claim 34, wherein the first resource identifier includes a first portion for identifying information associated with a service plan provided by an original content provider and wherein a network computing component is selected based on the first portion.

39. (Original) The method as recited in Claim 34, wherein the first resource identifier includes a first portion for identifying information associated with the file type of the requested resource and wherein a network computing component is selected at the first DNS server based on the file type.

-2-

ATI_KOVE_0000413
ATI_KOVE_0000255

40. (Previously presented) A method for request routing comprising:

obtaining a DNS query from a client computing device at a first DNS server, wherein the DNS query corresponds to a requested resource associated with a first resource identifier and wherein the first DNS server corresponds to a content delivery network service provider;

selecting a network computing component for processing the requested resource from a plurality of network computing components, wherein the first resource identifier includes a DNS portion and a path portion, wherein the DNS portion includes a file identifier and wherein selecting the network computing component is based on the file identifier included in the DNS portion of the first resource identifier; and

transmitting information identifying the selected network computing component from the first DNS server to the client computing device.

41. (Original) The method as recited in Claim 34, wherein the first resource identifier includes a first portion for identifying information associated with network computing component selection information, wherein the selection information includes quality of service information.

42. (Original) The method as recited in Claim 34, wherein selecting a network computing component is further based on information associated with the geographic location of the client computing device.

43. (Original) The method as recited in Claim 34, wherein selecting a network computing component is further based on performance metrics associated with one or more network computing components.

44. (Cancelled)

45. (Cancelled)

46. (Cancelled)

47. (Cancelled)

48. (Cancelled)

49. (Cancelled)

50. (Cancelled)

51. (Cancelled)

ATI_KOVE_0000414
ATI_KOVE_0000255

52.    (Cancelled)

53.    (Cancelled)

54.    (Cancelled)

55.    (Cancelled)

56.    (Cancelled)

57.    (Previously presented) A system for request routing comprising:

a first network point of presence associated with a content delivery network service provider, wherein the first network point of presence includes a DNS server that receives a DNS query from a client computing device, wherein the DNS query corresponds to a requested resource associated with a first resource identifier, and wherein the DNS server in the first network point of presence is operable to:

select a network computing component for processing the requested resource from a plurality of network computing components based on an application identifier included in the first resource identifier; and

transmit information identifying the selected network computing component from the first DNS server to the client computing device.

58.    (Previously presented) The system as recited in Claim 57, wherein the network computing component comprises an application for processing the requested resource.

59.    (Previously presented) The system as recited in Claim 57, wherein the application is a data streaming application.

60.    (Previously presented) The system as recited in Claim 57, wherein the first resource identifier includes a first portion for identifying information associated with a service plan provided by an original content provider and wherein the selection of the network computing component by the DNS server is further based on the first portion of the first resource identifier.

61.    (Previously presented) The system as recited in Claim 57, wherein the first resource identifier includes a first portion for identifying information associated with the file type of the requested resource and wherein the selection of the network computing component by the DNS server is further based on the file type.

-4-

ATI_KOVE_0000415
ATI_KOVE_0000255

62. (Previously presented) The system as recited in Claim 57, wherein the first resource identifier includes a DNS portion and a path portion, wherein the DNS portion includes a file identifier and wherein the selection of the network computing component by the DNS server is further based on the file identifier included in the DNS portion of the first resource identifier.

63. (Cancelled)

64. (Cancelled)

65. (Cancelled)

66. (Cancelled)

67. (Cancelled)

68. (Cancelled)

69. (Cancelled)

70. (Cancelled)

ATI_KOVE_0000416
ATI_KOVE_0000255

## REMARKS

This paper is filed in response to the Office Action mailed August 24, 2011 (hereinafter "Office Action"), in connection with the above-referenced patent application. Referring now to the Office Action, Claims 34-70 were rejected under 35 U.S.C. § 102(b) as allegedly being anticipated by US Patent 7,233,978 to Overton et al. (hereinafter "Overton"). Applicants respectfully disagree.

By virtue of the present amendment, applicants have cancelled Claim 44-56 and 63-70. Claims 34-43 and 57-62 are now pending.

Applicants have carefully considered the issues raised by the Examiner in the Office Action and request reconsideration and allowance of pending Claims 34-43 and 57-62 in view of the remarks set forth below.

### A.  Claims 34-43 and 57-62 Are Not Anticipated by Overton Under 35 U.S.C. § 102(b).

As indicated above, Claims 34-70 were rejected under 35 U.S.C. § 102(b) as allegedly being anticipated by Overton. Claims 34-43 and 57-62 are the only claims now pending in the present application. Applicants respectfully submit that these claims are not anticipated by Overton.

#### 1.   Independent Claim 34

Overton fails to teach or suggest multiple features of Claim 34. For example, Overton neither teaches nor suggests "selecting a network computing component for processing the requested resource from a plurality of network computing components *based on an application identifier included in the first resource identifier*," as recited in Claim 34. (Emphasis added.) Applicants have evaluated the portions of Overton cited in the Office Action, and indeed the entirety of Overton, and submit that this recitation is missing in its entirety from Overton.

"A claim is anticipated only if each and every element as set forth in the claim is found, either expressly or inherently described, in a single prior art reference." *Verdegaal Bros. v. Union Oil Co. of California*, 814 F.2d 628, 631; 2 U.S.P.Q.2d 1051, 1053 (Fed. Cir. 1987).

Overton is directed to a system and method for storing and retrieving location information across a network. Overton, Abstract. The system and method of Overton utilizes a network distributed tracking protocol (NDTP), which is a transfer protocol, that has "the capability to

ATI_KOVE_0000417
ATI_KOVE_0000255

manipulate location information used to efficiently track the location of information associated with an individual entity in the distributed database system." *Id.* at Col. 4, lines 20-25. A NDTP server is a server configured to determine where data associated with a particular entity is located, and thus "maintains a set of identifier/location mappings that are modified or returned in response to NDTP request messages from clients." *Id.* at Col. 4, lines 34-38 and Col. 5, lines 37-40. The locations "may be address information for the application server(s) containing information relevant to the identifier or address information for the application server(s) through which data relevant to the identifier may be accessed." *Id.* at Col. 4, lines 55-61. Overton discloses that each individual identifier and location may generally be "definable using any format, size, encoding, etc. *Id.* at Col. 24, line 65 – Col. 25, line 3. However, nothing in Overton teaches or suggests that a first resource identifier specifically includes an application identifier, let alone "selecting a network computing component for processing the requested resource from a plurality of network computing components *based on an application identifier included in the first resource identifier*," as recited in Claim 34. (Emphasis added.)

Moreover, Claim 34 is directed to a method for request routing within an existing DNS protocol environment. In this regard, Claim 34 specifically recites "obtaining a DNS query from a client computing device at a first DNS server." As such, Claim 34 must be considered in light of known structure and rules for processing a DNS query. Overton, on the other hand, is directed to a new transfer protocol. Accordingly, such a new transfer protocol is not limited to the structure and rules associated with DNS processing. Furthermore, Overton does not teach or suggest how such a new protocol could be applied in the context of the structure and rules corresponding to DNS processing specifically. Accordingly, applicants submit that the teachings of Overton are not readably substitutable with DNS query processing. For this additional reason, alone or combined with other arguments, applicants submit that Claim 34 is not anticipated by Overton.

In addition to the lack of teaching or suggestion of the above-recited feature of Claim 34, Overton also fails to teach or suggest the combination of features recited in Claim 34. "[U]nless a reference discloses within the four corners of the document not only all of the limitations claimed but also all of the limitations arranged or combined in the same way as recited in the claim, it cannot be said to prove prior invention of the thing claimed and, thus, cannot anticipate

-7-

ATI_KOVE_0000418
ATI_KOVE_0000255

under 35 U.S.C. § 102." *Net MoneyIN, Inc. v. VeriSign et al.*, 545 F.3d 1359, 88 U.S.P.Q.2d 1751 (Fed. Cir., Oct. 20, 2008).

Applicants also note that U.S. Patent Publication 2008/0189437 to Halley (hereinafter Halley), which was cited in a related application, also does not teach or suggest "selecting a network computing component for processing the requested resource from a plurality of network computing components *based on an application identifier included in the first resource identifier*," as recited in Claim 34. (Emphasis added.)

For at least the foregoing reasons, applicants respectfully submit that Claim 34 is patentable and respectfully request withdrawal of the rejection.

### 2. Dependent Claims 35-39 and 41-43

Claims 35-39 and 41-43 depend either directly or indirectly from independent Claim 34 and are believed to be patentable over Overton for the reasons set forth above and for the additional features recited therein. For any one or more of the foregoing reasons, applicants respectfully request that the rejections of Claims 35-39 and 41-43 be withdrawn and that these claims be allowed.

### 3. Independent Claim 40

Overton fails to teach or suggest multiple features of Claim 40. For example, Overton neither teaches nor suggests "selecting a network computing component for processing the requested resource from a plurality of network computing components, wherein the first resource identifier includes a DNS portion and a path portion, *wherein the DNS portion includes a file identifier and wherein selecting the network computing component is based on the file identifier included in the DNS portion of the first resource identifier*," as recited in Claim 40. (Emphasis added.) Applicants have evaluated the portions of Overton cited in the Office Action, and indeed the entirety of Overton, and submit that this recitation is missing in its entirety from Overton.

"A claim is anticipated only if each and every element as set forth in the claim is found, either expressly or inherently described, in a single prior art reference." *Verdegaal Bros. v. Union Oil Co. of California*, 814 F.2d 628, 631; 2 U.S.P.Q.2d 1051, 1053 (Fed. Cir. 1987).

As similarly set forth above, Overton is directed to a system and method for storing and retrieving location information across a network. Overton, Abstract. The system and method of

-8-

Overton utilizes a network distributed tracking protocol (NDTP), which is a transfer protocol, that has "the capability to manipulate location information used to efficiently track the location of information associated with an individual entity in the distributed database system." *Id.* at Col. 4, lines 20-25. A NDTP server is a server configured to determine where data associated with a particular entity is located, and thus "maintains a set of identifier/location mappings that are modified or returned in response to NDTP request messages from clients." *Id.* at Col. 4, lines 34-38 and Col. 5, lines 37-40. The locations "may be address information for the application server(s) containing information relevant to the identifier or address information for the application server(s) through which data relevant to the identifier may be accessed." *Id.* at Col. 4, lines 55-61. Overton discloses that each individual identifier and location may generally be "definable using any format, size, encoding, etc. *Id.* at Col. 24, line 65 – Col. 25, line 3. However, nothing in Overton teaches or suggests that "the first resource identifier includes a DNS portion and a path portion" and "the DNS portion includes a file identifier," let alone "selecting a network computing component for processing the requested resource from a plurality of network computing components, wherein the first resource identifier includes a DNS portion and a path portion, *wherein the DNS portion includes a file identifier and wherein selecting the network computing component is based on the file identifier included in the DNS portion of the first resource identifier*," as recited in Claim 40. (Emphasis added.)

Moreover, Claim 40 is directed to a method for request routing within an existing DNS protocol environment. In this regard, Claim 40 specifically recites "obtaining a DNS query from a client computing device at a first DNS server." As such, Claim 40 must be considered in light of known structure and rules for processing a DNS query. Overton, on the other hand, is directed to a new transfer protocol. Accordingly, such a new transfer protocol is not limited to the structure and rules associated with DNS processing. Furthermore, Overton does not teach or suggest how such a new protocol could be applied in the context of the structure and rules corresponding to DNS processing specifically. Accordingly, applicants submit that the teachings of Overton are not readably substitutable with DNS query processing. For this additional reason, alone or combined with other arguments, applicants submit that Claim 40 is not anticipated by Overton.

ATI_KOVE_0000420
ATI_KOVE_0000255

In addition to the lack of teaching or suggestion of the above-recited feature of Claim 40, Overton also fails to teach or suggest the combination of features recited in Claim 40. "[U]nless a reference discloses within the four corners of the document not only all of the limitations claimed but also all of the limitations arranged or combined in the same way as recited in the claim, it cannot be said to prove prior invention of the thing claimed and, thus, cannot anticipate under 35 U.S.C. § 102." *Net MoneyIN, Inc. v. VeriSign et al.*, 545 F.3d 1359, 88 U.S.P.Q.2d 1751 (Fed. Cir., Oct. 20, 2008).

Halley, which was cited in a related application, also does not teach or suggest "selecting a network computing component for processing the requested resource from a plurality of network computing components, wherein the first resource identifier includes a DNS portion and a path portion, *wherein the DNS portion includes a file identifier and wherein selecting the network computing component is based on the file identifier included in the DNS portion of the first resource identifier,*" as recited in Claim 40. (Emphasis added.)

For at least the foregoing reasons, applicants respectfully submit that Claim 40 is patentable and respectfully request withdrawal of the rejection.

### 6. Independent Claim 57

Overton fails to teach or suggest multiple features of Claim 57. For example, Overton neither teaches nor suggests "the DNS server in the first network point of presence is operable to: select a network computing component for processing the requested resource from a plurality of network computing components *based on an application identifier included in the first resource identifier,*" as recited in Claim 57. (Emphasis added.) Applicants have evaluated the portions of Overton cited in the Office Action, and indeed the entirety of Overton, and submit that this recitation is missing in its entirety from Overton.

"A claim is anticipated only if each and every element as set forth in the claim is found, either expressly or inherently described, in a single prior art reference." *Verdegaal Bros. v. Union Oil Co. of California*, 814 F.2d 628, 631; 2 U.S.P.Q.2d 1051, 1053 (Fed. Cir. 1987).

As similarly set forth above, Overton is directed to a system and method for storing and retrieving location information across a network. Overton, Abstract. The system and method of Overton utilizes a network distributed tracking protocol (NDTP), which is a transfer protocol, that has "the capability to manipulate location information used to efficiently track the location of

-10-

information associated with an individual entity in the distributed database system." *Id.* at Col. 4, lines 20-25. A NDTP server is a server configured to determine where data associated with a particular entity is located, and thus "maintains a set of identifier/location mappings that are modified or returned in response to NDTP request messages from clients." *Id.* at Col. 4, lines 34-38 and Col. 5, lines 37-40. The locations "may be address information for the application server(s) containing information relevant to the identifier or address information for the application server(s) through which data relevant to the identifier may be accessed." *Id.* at Col. 4, lines 55-61. Overton discloses that each individual identifier and location may generally be "definable using any format, size, encoding, etc. *Id.* at Col. 24, line 65 – Col. 25, line 3. However, nothing in Overton teaches or suggests that a first resource identifier specifically includes an application identifier, let alone "select[ing] a network computing component for processing the requested resource from a plurality of network computing components *based on an application identifier included in the first resource identifier*," as recited in Claim 57. (Emphasis added.)

Moreover, Claim 57 is directed to a method for request routing within an existing DNS protocol environment. In this regard, Claim 57 specifically recites "wherein the first network point of presence includes a DNS server that receives a DNS query from a client computing device." As such, Claim 57 must be considered in light of known structure and rules for processing a DNS query. Overton, on the other hand, is directed to a new transfer protocol. Accordingly, such a new transfer protocol is not limited to the structure and rules associated with DNS processing. Furthermore, Overton does not teach or suggest how such a new protocol could be applied in the context of the structure and rules corresponding to DNS processing specifically. Accordingly, applicants submit that the teachings of Overton are not readably substitutable with DNS query processing. For this additional reason, alone or combined with other arguments, applicants submit that Claim 57 is not anticipated by Overton.

In addition to the lack of teaching or suggestion of the above-recited feature of Claim 57, Overton also fails to teach or suggest the combination of features recited in Claim 57. "[U]nless a reference discloses within the four corners of the document not only all of the limitations claimed but also all of the limitations arranged or combined in the same way as recited in the claim, it cannot be said to prove prior invention of the thing claimed and, thus, cannot anticipate

-11-

ATI_KOVE_0000422
ATI_KOVE_0000255

under 35 U.S.C. § 102." *Net MoneyIN, Inc. v. VeriSign et al.*, 545 F.3d 1359, 88 U.S.P.Q.2d 1751 (Fed. Cir., Oct. 20, 2008).

Halley, which was cited in a related application, also does not teach or suggest "select[ing] a network computing component for processing the requested resource from a plurality of network computing components *based on an application identifier included in the first resource identifier*," as recited in Claim 57. (Emphasis added.)

For at least the foregoing reasons, applicants respectfully submit that Claim 57 is patentable and respectfully request withdrawal of the rejection.

### 7.    Dependent Claims and 58-60

Claims 58-60 depend either directly or indirectly from independent Claim 57 and are believed to be patentable over Overton for the reasons set forth above and for the additional features recited therein. For any one or more of the foregoing reasons, applicants respectfully request that the rejections of Claims 58-60 be withdrawn and that these claims be allowed.

-12-

ATI_KOVE_0000423
ATI_KOVE_0000255

## CONCLUSION

In view of the foregoing amendments and remarks, applicants submit that the claims are now in condition for allowance.

By focusing on specific claims and claim limitations in the discussion above, applicants do not imply that other claim limitations in presently pending claims or in previously pending claims are disclosed or suggested by the references. Rather, any alterations or characterizations of claims and/or cited art are being made to facilitate expeditious prosecution of this application. Applicants reserve the right to pursue at a later date any other broader or narrower claims that capture any subject matter supported by the present disclosure, including subject matter found to be specifically disclaimed herein or by another prosecution. Accordingly, reviewers of this or any parent, child, or related prosecution history shall not reasonably infer that applicants have made any disclaimers or disavowals of any subject matter supported by the present disclosure.

If any issues remain which can potentially be resolved by telephone, the Examiner is invited to call the undersigned attorney of record at her direct dial number listed below.

Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 24, 2012          By: _Melanie J. Seelig_

Melanie J. Seelig
Registration No. 44,328
Attorney of Record
Customer No. 79502
(206) 405-2000

-13-

ATI_KOVE_0000424
ATI_KOVE_0000255

## INFORMATION DISCLOSURE STATEMENT

| | | |
|---|---|---|
| Applicants | : | Swaminathan Sivasubramanian, et al. |
| App. No. | : | 13/042,301 |
| Filed | : | March 7, 2011 |
| For | : | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| Examiner | : | Won, Michael Young |
| Art Unit | : | 2456 |
| Conf. No. | : | 6648 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**References and Listing**

Submitted herewith in the above-identified application is an Information Disclosure Statement listing references for consideration. Copies of any listed foreign and non-patent literature references are being submitted.

**Timing of Disclosure**

This Information Disclosure Statement is being filed after receipt of a first office action, but before the mailing date of a final action and before the mailing date of a Notice of Allowance. This Statement is accompanied by the fees set forth in 37 C.F.R. § 1.17(p). The Commissioner is hereby authorized to charge any additional fees which may be required or to credit any overpayment to Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 2|24|12                        By: _____
                                       Melanie J. Seelig
                                       Registration No. 44,328
                                       Attorney of Record
                                       Customer No. 79,502
                                       (206) 405-2000

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>13/042,301 | Filing Date<br>03/07/2011 | ☐ To be Mailed |
|---|---|---|---|

### APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | SMALL ENTITY ☐ | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = * | | X $ = | | OR | X $ = |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = * | | X $ = | | | X $ = |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | (Column 1) | | (Column 2) | (Column 3) | SMALL ENTITY | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT** 02/24/2012 | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| Total (37 CFR 1.16(i)) | * 14 | Minus | ** 37 | = 0 | X $ = | | OR X $60= | 0 |
| Independent (37 CFR 1.16(h)) | * 2 | Minus | *** 5 | = 0 | X $ = | | OR X $250= | 0 |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | OR | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | |
| | | | | | TOTAL ADD'L FEE | | OR TOTAL ADD'L FEE | **0** |

| | (Column 1) | | (Column 2) | (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT** | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | | |
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | | OR X $ = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | | OR X $ = | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | OR | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | |
| | | | | | TOTAL ADD'L FEE | | OR TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/TARA WASHINGTON/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce. P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

ATI_KOVE_0000426
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/042301 |
|---|---|---|
| | Filing Date | 03-07-2011 |
| | First Named Inventor | Sivasubramanian, Swaminathan |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | Won, Michael Young |
| SHEET 1 OF 1 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 6,185,598 B1 | 02-06-2001 | Farber et al. | |
| | 2 | 6,415,280 B1 | 07-02-2002 | Farber et al. | |
| | 3 | 6,658,462 B1 | 12-02-2003 | Dutta | |
| | 4 | 7,032,010 B1 | 04-18-2006 | Swildens et al. | |
| | 5 | 7,149,809 B2 | 12-12-2006 | Barde et al. | |
| | 6 | 7,228,350 B2 | 06-05-2007 | Hong et al. | |
| | 7 | 7,254,636 B1 | 08-07-2007 | O'Toole, Jr. et al. | |
| | 8 | 7,289,519 B1 | 10-30-2007 | Liskov | |
| | 9 | 7,707,314 B2 | 04-27-2010 | McCarthy et al. | |
| | 10 | 7,930,427 B2 | 04-19-2011 | Josefsberg et al. | |
| | 11 | 8,073,940 B1 | 12-06-2011 | Richardson et al. | |
| | 12 | 8,122,098 B1 | 02-21-2012 | Richardson et al. | |
| | 13 | 2004/0039798 A1 | 02-26-2004 | Hotz et al. | |
| | 14 | 2004/0064501 A1 | 04-01-2004 | Jan et al. | |
| | 15 | 2005/0216674 A1 | 09-29-2005 | Robbin et al. | |
| | 16 | 2006/0037037 A1 | 02-16-2006 | Miranz | |
| | 17 | 2010/0299439 A1 | 11-25-2010 | McCarthy et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 18 | Supplementary European Search Report in Application No. 09727694.3 mailed January 30, 2012 (SEAZN.197VEP) in 6 pages. | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000427
ATI_KOVE_0000255

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13042301 |
| **Filing Date:** | 07-Mar-2011 |
| **Title of Invention:** | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| **First Named Inventor/Applicant Name:** | Swaminathan Sivasubramanian |
| **Filer:** | Melanie J. Seelig/Nicole Romero |
| **Attorney Docket Number:** | SEAZN.217D1 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

ATI_KOVE_0000428
ATI_KOVE_0000255

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | 180 |

ATI_KOVE_0000429
ATI_KOVE_0000255

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 12438124 |
| **Application Number:** | 13042301 |
| **International Application Number:** | |
| **Confirmation Number:** | 6648 |
| **Title of Invention:** | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| **First Named Inventor/Applicant Name:** | Swaminathan Sivasubramanian |
| **Customer Number:** | 79502 |
| **Filer:** | Melanie J. Seelig/Sandra Autry |
| **Filer Authorized By:** | Melanie J. Seelig |
| **Attorney Docket Number:** | SEAZN.217D1 |
| **Receipt Date:** | 30-MAR-2012 |
| **Filing Date:** | 07-MAR-2011 |
| **Time Stamp:** | 17:52:44 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $180 |
| RAM confirmation Number | 5714 |
| Deposit Account | 111410 |
| Authorized User | KNOBBE MARTENS OLSON AND BEAR |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

    Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

    Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

ATI_KOVE_0000430
ATI_KOVE_0000255

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 217D1IDS.pdf | 228782 <br> ca3aaaa0018fb9a382f58df73ffdba741599 deed | yes | 2 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Transmittal Letter | 1 | 1 |
| Information Disclosure Statement (IDS) Form (SB08) | 2 | 2 |

**Warnings:**

**Information:**

| 2 | Non Patent Literature | SEAZN197VEP.PDF | 219072 <br> c092629a5095077c37e0af98dc0318282c18 a7be | no | 6 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 30543 <br> e4d3ab470e5b0540cadf3a69142a1b0b813 131ea | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 478397 |
|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATI_KOVE_0000431
ATI_KOVE_0000255

## INFORMATION DISCLOSURE STATEMENT

| | | |
|---|---|---|
| Applicants | : | Swaminathan Sivasubramanian, et al. |
| App. No. | : | 13/042,301 |
| Filed | : | March 7, 2011 |
| For | : | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| Examiner | : | Won, Michael Young |
| Art Unit | : | 2456 |
| Conf. No. | : | 6648 |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**References and Listing**

Submitted herewith in the above-identified application is an Information Disclosure Statement listing references for consideration. Copies of any listed foreign and non-patent literature references are being submitted.

**Timing of Disclosure**

This Information Disclosure Statement is being filed after receipt of a first office action, but before the mailing date of a final action and before the mailing date of a Notice of Allowance. This Statement is accompanied by the fees set forth in 37 C.F.R. § 1.17(p). The Commissioner is hereby authorized to charge any additional fees which may be required or to credit any overpayment to Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 3/30/12          By: _____
                              Melanie J. Seelig
                              Registration No. 44,328
                              Attorney of Record
                              Customer No. 79,502
                              (206) 405-2000

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

79502          7590          04/02/2012
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614

| EXAMINER |
| --- |
| WON, MICHAEL YOUNG |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 2456 | |

DATE MAILED: 04/02/2012

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 13/042,301 | 03/07/2011 | Swaminathan Sivasubramanian | SEAZN.217D1 | 6648 |

TITLE OF INVENTION: REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | NO | $1740 | $300 | $0 | $2040 | 07/02/2012 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.  THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS.
THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON
PETITION BY THE APPLICANT.  SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE
MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED.  THIS
STATUTORY PERIOD CANNOT BE EXTENDED.  SEE 35 U.S.C. 151.  THE ISSUE FEE DUE INDICATED ABOVE DOES
NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION.  IF AN ISSUE FEE HAS
PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM
WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW
DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current
SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown
above.

B. If the status above is to be removed, check box 5b on Part B -
Fee(s) Transmittal and pay the PUBLICATION FEE (if required)
and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now
claiming SMALL ENTITY status, check box 5a on Part B - Fee(s)
Transmittal and pay the PUBLICATION FEE (if required) and 1/2
the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office
(USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b"
of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a
request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing
the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to
Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 02/11)

ATI_KOVE_0000433
ATI_KOVE_0000255

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: __Mail__    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or __Fax__    (571) 273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

79502        7590        04/02/2012
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| | |
|---|---|
| | (Depositor's name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/042,301 | 03/07/2011 | Swaminathan Sivasubramanian | SEAZN.217D1 | 6648 |

TITLE OF INVENTION: REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1740 | $300 | $0 | $2040 | 07/02/2012 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| WON, MICHAEL YOUNG | 2456 | 709-203000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :    ☐ Individual  ☐ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are submitted:

☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.        OMB 0651-0033        U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

ATI_KOVE_0000434
ATI_KOVE_0000255



UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/042,301 | 03/07/2011 | Swaminathan Sivasubramanian | SEAZN.217D1 | 6648 |

79502        7590        04/02/2012
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614

| EXAMINER | |
|---|---|
| WON, MICHAEL YOUNG | |
| ART UNIT | PAPER NUMBER |
| 2456 | |

DATE MAILED: 04/02/2012

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

ATI_KOVE_0000435
ATI_KOVE_0000255

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ATI_KOVE_0000436
ATI_KOVE_0000255

| | Application No. | Applicant(s) |
|---|---|---|
| **Notice of Allowability** | 13/042,301 | SIVASUBRAMANIAN ET AL. |
| | Examiner | Art Unit |
| | MICHAEL Y. WON | 2456 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment filed February 24, 2012 and the Interview conducted on March 12, 2012*.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *34-36, 38-43, and 57-62 (renumbered 1-15)*.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

     a) ☐ All    b) ☐ Some*    c) ☐ None   of the:

         1. ☐ Certified copies of the priority documents have been received.

         2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

         3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

     * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

     (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

         1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.

     (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 11/30/11 and 2/24/12

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☒ Interview Summary (PTO-413), Paper No./Mail Date *3/12/12* .

7. ☒ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____.

| | /Michael Won/<br>Primary Examiner<br>March 12, 2012 |
|---|---|

U.S. Patent and Trademark Office
PTOL-37 (Rev. 03-11)          **Notice of Allowability**          Part of Paper No./Mail Date 20120312

ATI_KOVE_0000437
ATI_KOVE_0000255

<table>
<tr><td rowspan="3"><strong>Examiner-Initiated Interview Summary</strong></td><td colspan="2"><strong>Application No.</strong></td><td colspan="2"><strong>Applicant(s)</strong></td></tr>
<tr><td colspan="2">13/042,301</td><td colspan="2">SIVASUBRAMANIAN ET AL.</td></tr>
<tr><td colspan="2"><strong>Examiner</strong></td><td><strong>Art Unit</strong></td><td></td></tr>
<tr><td></td><td colspan="2">MICHAEL Y. WON</td><td>2456</td><td></td></tr>
</table>

All participants (applicant, applicant's representative, PTO personnel):

(1) *MICHAEL Y. WON*.                    (3)_____.

(2) *Melanie J. Seelig (Reg. No. 44,328)*.          (4)_____.

Date of Interview: *12 March 2012*.

Type:  ☒ Telephonic  ☐ Video Conference
       ☐ Personal [copy given to: ☐ applicant  ☐ applicant's representative]

Exhibit shown or demonstration conducted:  ☐ Yes  ☒ No.
If Yes, brief description: _____.

Issues Discussed  ☐101 ☐112 ☐102 ☐103 ☒Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: *1-43 and 57-62*.

Identification of prior art discussed: _____.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

*Amend claims 34, 40, and 57, and cancel claims 37 (See Examiner's Amendment)*.

**Applicant recordation instructions**: It is not necessary for applicant to provide a separate record of the substance of interview.

**Examiner recordation instructions**: Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

<table>
<tr><td></td><td>/Michael Won/<br>Primary Examiner</td></tr>
</table>

ATI_KOVE_0000438
ATI_KOVE_0000255

## EXAMINER'S AMENDMENT

1.      An examiner's amendment to the record appears below. Should the changes

and/or additions be unacceptable to applicant, an amendment may be filed as provided

by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be

submitted no later than the payment of the issue fee.

2.      Authorization for this examiner's amendment was given in a telephone interview

with Melanie J. Seelig (Reg. No. 44,328) on March 11, 2012.

3.      The application has been amended as follows:

        34.     **(Currently Amended)** A method for request routing comprising:

        obtaining a DNS query from a client computing device at a first DNS server,

wherein the DNS query corresponds to a requested resource associated with a first

resource identifier and wherein the first DNS server corresponds to a content delivery

network service provider;

        selecting a network computing component for processing the requested resource

from a plurality of network computing components based on an application identifier

included in the first resource identifier; and

transmitting information identifying the selected network computing component

from the first DNS server to the client computing device[[.]];

wherein the network computing component is operable to dynamically cause the

creation of an instance of a virtual machine for processing the requested resource.


    37.    **(Currently Cancelled)**


    40.    **(Currently Amended)** A method for request routing comprising:

obtaining a DNS query from a client computing device at a first DNS server,

wherein the DNS query corresponds to a requested resource associated with a first

resource identifier and wherein the first DNS server corresponds to a content delivery

network service provider;

    selecting a network computing component for processing the requested resource

from a plurality of network computing components, wherein the first resource identifier

includes a DNS portion and a path portion, wherein the DNS portion includes a file

identifier and wherein selecting the network computing component is based on the file

identifier included in the DNS portion of the first resource identifier; and

    transmitting information identifying the selected network computing component

from the first DNS server to the client computing device[[.]];

wherein the network computing component is operable to dynamically cause the

creation of an instance of a virtual machine for processing the requested resource.

57.    **(Currently Amended)** A system for request routing comprising:

a first network point of presence associated with a content delivery network

service provider, wherein the first network point of presence includes a DNS server that

receives a DNS query from a client computing device, wherein the DNS query

corresponds to a requested resource associated with a first resource identifier, and

wherein the DNS server in the first network point of presence is operable to:

select a network computing component for processing the requested resource

from a plurality of network computing components based on an application identifier

included in the first resource identifier; and

transmit information identifying the selected network computing component from

the first DNS server to the client computing device[[.]];

wherein the network computing component is operable to dynamically cause the

creation of an instance of a virtual machine for processing the requested resource.

### *Allowable Subject Matter*

4.     Claims 34-36, 38-43, and 57-62 are allowable over prior art of record in light of

the Examiner's Amendment above.

5.     The following is an examiner's statement of reasons for allowance:

The prior art of record does not disclose, teach, or suggest neither singly nor in combination the claimed limitation of "wherein the network computing component is operable to dynamically cause the creation of an instance of a virtual machine for processing the requested resource" as recited in independent claims 34, 40, and 57.

6.      Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

7.      Any inquiry concerning this communication or earlier communications from the examiner should be directed to Michael Y. Won whose telephone number is 571-272-3993. The examiner can normally be reached on M-Th: 7AM-5PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Rupal Dharia can be reached on 571-272-3880. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system. Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/Michael Won/

Primary Examiner

AU 2456

March 12, 2012


# ISSUE CLASSIFICATION

| ORIGINAL | | | INTERNATIONAL CLASSIFICATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLASS | | SUBCLASS | | CLAIMED | | | | | NON-CLAIMED | | |
| 709 | | 238 | G | 06 | F | 15 | /173 | | | | / |

| CROSS REFERENCES | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | | | | | / |
| 709 | 203 | 219 | 226 | | | | | / | | | / |
| | | | | | | | | / | | | / |
| | | | | | | | | / | | | / |
| | | | | | | | | / | | | / |
| | | | | | | | | / | | | / |

| (Assistant Examiner) (Date) | /Michael Won/ Primary Examiner March 12, 2012 | Total Claims Allowed: 15 | |
|---|---|---|---|
| (Legal Instruments Examiner) (Date) | (Primary Examiner) (Date) | O.G. Print Claim(s) 1 | O.G. Print Fig. 1 |

| ☐ Claims renumbered in the same order as presented by applicant | | | | | | | ☐ CPA | | ☐ T.D. | | ☐ R.1.47 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 31 | 14 | 61 | | 91 | | 121 | | 151 | | 181 |
| | 2 | | 32 | 15 | 62 | | 92 | | 122 | | 152 | | 182 |
| | 3 | | 33 | | 63 | | 93 | | 123 | | 153 | | 183 |
| | 4 | 1 | 34 | | 64 | | 94 | | 124 | | 154 | | 184 |
| | 5 | 2 | 35 | | 65 | | 95 | | 125 | | 155 | | 185 |
| | 6 | 3 | 36 | | 66 | | 96 | | 126 | | 156 | | 186 |
| | 7 | | 37 | | 67 | | 97 | | 127 | | 157 | | 187 |
| | 8 | 4 | 38 | | 68 | | 98 | | 128 | | 158 | | 188 |
| | 9 | 5 | 39 | | 69 | | 99 | | 129 | | 159 | | 189 |
| | 10 | 9 | 40 | | 70 | | 100 | | 130 | | 160 | | 190 |
| | 11 | 6 | 41 | | 71 | | 101 | | 131 | | 161 | | 191 |
| | 12 | 7 | 42 | | 72 | | 102 | | 132 | | 162 | | 192 |
| | 13 | 8 | 43 | | 73 | | 103 | | 133 | | 163 | | 193 |
| | 14 | | 44 | | 74 | | 104 | | 134 | | 164 | | 194 |
| | 15 | | 45 | | 75 | | 105 | | 135 | | 165 | | 195 |
| | 16 | | 46 | | 76 | | 106 | | 136 | | 166 | | 196 |
| | 17 | | 47 | | 77 | | 107 | | 137 | | 167 | | 197 |
| | 18 | | 48 | | 78 | | 108 | | 138 | | 168 | | 198 |
| | 19 | | 49 | | 79 | | 109 | | 139 | | 169 | | 199 |
| | 20 | | 50 | | 80 | | 110 | | 140 | | 170 | | 200 |
| | 21 | | 51 | | 81 | | 111 | | 141 | | 171 | | 201 |
| | 22 | | 52 | | 82 | | 112 | | 142 | | 172 | | 202 |
| | 23 | | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| | 24 | | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| | 25 | | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| | 26 | | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| | 27 | 10 | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| | 28 | 11 | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| | 29 | 12 | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| | 30 | 13 | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |

ATI_KOVE_0000444

ATI_KOVE_0000255

### Search Notes



| Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|
| 13/042,301 | SIVASUBRAMANIAN ET AL. |
| Examiner | Art Unit | |
| MICHAEL Y. WON | 2456 | |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| ALL | ALL | 3/5/2012 | MW |
| 709 | 203, 219 | 3/9/2012 | MW |
| 709 | 226, 238 | 3/9/2012 | MW |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | DATE | EXMR |
| EAST: USPAT; USPG-PUB; DERWENT; EPO; JPO | 3/5/2012 | MW |
| EAST: USPAT; USPG-PUB; DERWENT; EPO; JPO | 3/9/2012 | MW |
| NPL SEARCH: IEEE | 3/5/2012 | MW |
| | | |
| | | |
| | | |
| | | |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| ALL | ALL | 3/5/2012 | MW |
| 709 | 238 | 3/9/2012 | MW |
| | | | |
| | | | |

ATI_KOVE_0000445
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/042301 |
|---|---|---|
| | Filing Date | 03-07-2011 |
| | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | Art Unit | 2456 |
| (Multiple sheets used when necessary) | Examiner | Won, Michael Young |
| SHEET 1 OF 2 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 6,374,290 B1 | 04-16-2002 | Scharber et al. | |
| | 2 | 6,874,017 B1 | 03-29-2005 | Inoue et al. | |
| | 3 | 6,986,018 B2 | 01-10-2006 | O'Rourke et al. | |
| | 4 | 7,143,169 B1 | 11-28-2006 | Champagne et al. | |
| | 5 | 7,519,720 B2 | 04-14-2009 | Fishman et al. | |
| | 6 | 7,706,740 B2 | 04-27-2010 | Collins et al. | |
| | 7 | 7,809,597 B2 | 10-05-2010 | Das et al. | |
| | 8 | 7,996,404 B2 | 06-21-2011 | Hedin et al. | |
| | 9 | 7,996,535 B2 | 08-09-2011 | Auerbach | |
| | 10 | 8,000,724 B1 | 08-16-2011 | Rayburn et al. | |
| | 11 | 8,065,275 B2 | 11-22-2011 | Eriksen et al. | |
| | 12 | 8,082,348 B1 | 12-20-2011 | Averbuj et al. | |
| | 13 | 2001/0032133 A1 | 10-18-2001 | Moran | |
| | 14 | 2002/0083148 A1 | 06-27-2002 | Shaw et al. | |
| | 15 | 2002/0156911 A1 | 10-24-2002 | Croman et al. | |
| | 16 | 2002/0187935 A1 | 02-10-2003 | Agarwalla et al. | |
| | 17 | 2004/0078468 A1 | 04-22-2004 | Hedin et al. | · |
| | 18 | 2006/0020596 A1 | 01-26-2006 | Liu et al. | |
| | 19 | 2007/0250467 A1 | 10-25-2007 | Mesnik et al. | |
| | 20 | 2007/0266333 A1 | 11-15-2007 | Cossey et al. | |
| | 21 | 2008/0103805 A1 | 05-01-2008 | Shear et al. | |
| | 22 | 2008/0114829 A1 | 05-15-2008 | Button et al. | |
| | 23 | 2008/0134043 A1 | 06-05-2008 | Georgis et al. | |
| | 24 | 2008/0147873 A1 | 01-19-2008 | Matsumoto | |
| | 25 | 2008/0201332 A1 | 08-21-2008 | Souders et al. | |
| | 26 | 2009/0132368 A1 | 05-21-2009 | Cotter et al. | |
| | 27 | 2009/0150926 A1 | 06-11-2009 | Schlack | |
| | 28 | 2009/0158163 A1 | 06-18-2009 | Stephens et al. | |
| | 29 | 2010/0293479 A1 | 11-18-2010 | Rousso et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.W./ (03/13/2012)

| Examiner Signature | /Michael Won/ (03/13/2012) | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000446
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT *(Multiple sheets used when necessary)* | Application No. | 13/042301 |
|---|---|---|
| | Filing Date | 03-07-2011 |
| | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | Art Unit | 2456 |
| | Examiner | Won, Michael Young |
| SHEET 2 OF 2 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 30 | 2011/0078000 A1 | 03-31-2011 | Ma et al. | |
| | 31 | 2011/0238501 A1 | 09-29-2011 | Almeida | |
| | 32 | 2011/0258049 A1 | 10-20-2011 | Ramer et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 33 | International Search Report and Written Opinion in PCT/US2011/053302 mailed November 28, 2011 in 11 pages (SEAZN.408WO). | |
| | 34 | Singapore Written Opinion in Application No. 201006836-9, mailed October 12, 2011 (SEAZN.194VSG) in 12 pages. | |
| | 35 | Singapore Written Opinion in Application No. 201006837-7, mailed October 12, 2011 (SEAZN.197VSG) in 11 pages. | |
| | 36 | Singapore Written Opinion in Application No. 201006874-0, mailed October 12, 2011 (SEAZN.207VSG) in 10 pages. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.W./ (03/13/2012)

| Examiner Signature | /Michael Won/ (03/13/2012) | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000447
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/042301 |
|---|---|---|
| | Filing Date | 03-07-2011 |
| | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | Won, Michael Young |
| SHEET 1 OF 1 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code (if known)<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 6,275,496 B1 | 08-14-2001 | Burns et al. | |
| | 2 | 6,286,043 B1 | 09-04-2001 | Cuomo et al. | |
| | 3 | 6,963,850 B1 | 11-08-2005 | Bezos et al. | |
| | 4 | 7,058,953 B2 | 06-06-2006 | Willard et al. | |
| | 5 | 7,573,916 B1 | 08-11-2009 | Bechtolsheim et al. | |
| | 6 | 7,769,823 B2 | 08-03-2010 | Jenny et al. | |
| | 7 | 8,028,090 | 09-27-2011 | Richardson, David et al. | |
| | 8 | 2006/0195866 A1 | 08-31-2006 | Thukral | |
| | 9 | 2006/0230137 A1 | 10-12-2006 | Gare et al. | |
| | 10 | 2007/0043859 A1 | 02-22-2007 | Ruul | |
| | 11 | 2007/0094361 A1 | 04-26-2007 | Hoynowski et al. | |
| | 12 | 2007/0134641 A1 | 06-14-2007 | Lieu | |
| | 13 | 2007/0266311 A1 | 11-15-2007 | Westphal | |
| | 14 | 2008/0189437 A1 | 08-07-2008 | Halley | |
| | 15 | 2008/0222295 A1 | 09-11-2008 | Robinson et al | |
| | 16 | 2011/0252142 (SEAZN.306C1) | 10-13-2011 | Richardson, et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code-Number-Kind Code<br>Example: JP 1234567 A1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 17 | Baglioni et al., "Preprocessing and Mining Web Log Data for Web Personalization", LNAI 2829, 2003, pp. 237-249 | |
| | 18 | Liu et al., "Combined mining of Web server logs and web contents for classifying user navigation patterns and predicting users' future requests," Data & Knowledge Engineering 61 (2007) pp 304-330 | |
| | 19 | Tan et al., "Classification: Basic Concepts, Decision Tree, and Model Evaluation", Introduction in Data Mining; http://www-users.cs.umn.edu/~kumar/dmbook/ch4.pdf, 2005, Pages 245-205 | |
| | 20 | Xu et al., "Decision tree regression for soft classification of remote sensing data", Remote Sensing of Environment 97 (2005) pp 322-336 | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.W./ (03/13/2012)

| Examiner Signature | /Michael Won/ (03/13/2012) | Date Considered | |
|---|---|---|---|

**Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000448
ATI_KOVE_0000255

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 0 | 709/203,219,226,238.ccls. and router with dynamic$5 near5 creat$5 near5 virtual adj macine | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2012/03/12 10:12 |
| L2 | 0 | 709/203,219,226,238.ccls. and router with dynamic$5 near5 creat$5 near5 virtual adj machine | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2012/03/12 10:12 |
| L4 | 0 | 709/203,219,226,238.ccls. and router and (dns or domain adj name adj server) and dynamic$5 near5 creat$5 near5 virtual adj2 machine | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | ON | 2012/03/12 10:13 |
| S56 | 0 | (select$5 or choos$5 oe elect$5) near4 (server or device or component) near3 based near2 apllication adj2 identifier | USPAT | OR | OFF | 2012/03/05 10:08 |
| S57 | 1 | (select$5 or choos$5 or elect$5) near4 (server or device or component) near3 based near2 application adj2 identifier | USPAT | OR | OFF | 2012/03/05 10:08 |
| S58 | 2 | (select$5 or choos$5 or elect$5) near5 (server or device or component) near4 based near3 application adj2 identifier | USPAT | OR | OFF | 2012/03/05 10:10 |
| S59 | 2 | (select$5 or choos$5 or elect$5) near5 (server or device or component) near4 (based or according adj to) near3 application adj2 identifier | USPAT | OR | OFF | 2012/03/05 10:10 |
| S60 | 18 | (server or device or component or path) near4 (based or according adj to) near2 (application or file) adj identifier | USPAT | OR | OFF | 2012/03/05 10:19 |
| S61 | 57 | (server or device or component or path) near4 (based or according adj to) near2 (application or file) adj identifier | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | OFF | 2012/03/05 10:19 |
| S62 | 5 | (server or device or component or path) near4 (based or according adj to) near2 (application or file) adj identifier and (dns or domain adj name adj server) | US-PGPUB; USPAT; EPO; JPO; DERWENT | OR | OFF | 2012/03/05 10:21 |
| S63 | 173 | (select$5 or choos$5 or elect$5) near5 (server or device or component or path) near4 (based or according adj to) near3 identifier | USPAT | OR | OFF | 2012/03/05 10:25 |
| S64 | 15 | (select$5 or choos$5 or elect$5) near5 (server or device or component or path) near4 (based or according adj to) near3 identifier and ((dns or domain adj name adj server).bsum. or (dns or domain adj name adj server).ab.) | USPAT | OR | OFF | 2012/03/05 10:26 |
| S65 | 34 | (select$5 or choos$5 or elect$5) near5 (server or device or component or path) | US-PGPUB; USPAT; | OR | OFF | 2012/03/05 10:26 |

ATI_KOVE_0000449
ATI_KOVE_0000255

| | | near4 (based or according adj to) near3 identifier and ((dns or domain adj name adj server).bsum. or (dns or domain adj name adj server).ab.) | EPO; JPO; DERWENT | | | |
|---|---|---|---|---|---|---|

## EAST Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L3 | 0 | 709/203,219,226,238.ccls. and router with dynamic$5 near5 creat$5 near5 virtual adj machine | USPAT; UPAD | OR | ON | 2012/03/12 10:12 |
| L5 | 0 | 709/203,219,226,238.ccls. and router and (dns or domain adj name adj server) and dynamic$5 near5 creat$5 near5 virtual adj2 machine | USPAT; UPAD | OR | ON | 2012/03/12 10:13 |
| S66 | 1 | (select$5 or choos$5 or elect$5) near4 (server or device or component) near3 based near2 application adj2 identifier | USPAT; UPAD | OR | OFF | 2012/03/05 10:09 |
| S67 | 2 | (select$5 or choos$5 or elect$5) near5 (server or device or component) near4 (based or according adj to) near3 application adj2 identifier | USPAT; UPAD | OR | OFF | 2012/03/05 10:11 |
| S68 | 22 | (server or device or component) near4 (based or according adj to) near2 application adj2 identifier | USPAT; UPAD | OR | OFF | 2012/03/05 10:11 |
| S69 | 13 | (server or device or component) near4 (based or according adj to) near2 application adj identifier | USPAT; UPAD | OR | OFF | 2012/03/05 10:12 |
| S70 | 20 | (server or device or component or path) near4 (based or according adj to) near2 (application or file) adj identifier | USPAT; UPAD | OR | OFF | 2012/03/05 10:19 |

**3/12/2012 10:14:26 AM**
**C:\Users\mwon\Documents\EAST\Workspaces\13042301 - Request Routing Using Network Computing Components.wsp**

ATI_KOVE_0000450
ATI_KOVE_0000255

| Index of Claims | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 13/042,301 | SIVASUBRAMANIAN ET AL. |
| | Examiner | Art Unit |
| | MICHAEL Y. WON | 2456 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| √ | Rejected | − | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| Claim | | Date | Claim | | Date | Claim | | Date |
|---|---|---|---|---|---|---|---|---|
| Final | Original | 3/12/12 | Final | Original | 3/12/12 | Final | Original | |
| — | 1 | — | — | 51 | — | | 101 | |
| — | 2 | — | — | 52 | — | | 102 | |
| — | 3 | — | — | 53 | — | | 103 | |
| — | 4 | — | — | 54 | — | | 104 | |
| — | 5 | — | — | 55 | — | | 105 | |
| — | 6 | — | — | 56 | — | | 106 | |
| — | 7 | — | 10 | 57 | = | | 107 | |
| — | 8 | — | 11 | 58 | = | | 108 | |
| — | 9 | — | 12 | 59 | = | | 109 | |
| — | 10 | — | 13 | 60 | = | | 110 | |
| — | 11 | — | 14 | 61 | = | | 111 | |
| — | 12 | — | 15 | 62 | = | | 112 | |
| — | 13 | — | — | 63 | — | | 113 | |
| — | 14 | — | — | 64 | — | | 114 | |
| — | 15 | — | — | 65 | — | | 115 | |
| — | 16 | — | — | 66 | — | | 116 | |
| — | 17 | — | — | 67 | — | | 117 | |
| — | 18 | — | — | 68 | — | | 118 | |
| — | 19 | — | — | 69 | — | | 119 | |
| — | 20 | — | — | 70 | — | | 120 | |
| — | 21 | — | | 71 | | | 121 | |
| — | 22 | — | | 72 | | | 122 | |
| — | 23 | — | | 73 | | | 123 | |
| — | 24 | — | | 74 | | | 124 | |
| — | 25 | — | | 75 | | | 125 | |
| — | 26 | — | | 76 | | | 126 | |
| — | 27 | — | | 77 | | | 127 | |
| — | 28 | — | | 78 | | | 128 | |
| — | 29 | — | | 79 | | | 129 | |
| — | 30 | — | | 80 | | | 130 | |
| — | 31 | — | | 81 | | | 131 | |
| — | 32 | — | | 82 | | | 132 | |
| — | 33 | — | | 83 | | | 133 | |
| 1 | 34 | = | | 84 | | | 134 | |
| 2 | 35 | = | | 85 | | | 135 | |
| 3 | 36 | = | | 86 | | | 136 | |
| — | 37 | — | | 87 | | | 137 | |
| 4 | 38 | = | | 88 | | | 138 | |
| 5 | 39 | = | | 89 | | | 139 | |
| 9 | 40 | = | | 90 | | | 140 | |
| 6 | 41 | = | | 91 | | | 141 | |
| 7 | 42 | = | | 92 | | | 142 | |
| 8 | 43 | = | | 93 | | | 143 | |
| — | 44 | — | | 94 | | | 144 | |
| — | 45 | — | | 95 | | | 145 | |
| — | 46 | — | | 96 | | | 146 | |
| — | 47 | — | | 97 | | | 147 | |
| — | 48 | — | | 98 | | | 148 | |
| — | 49 | — | | 99 | | | 149 | |
| — | 50 | — | | 100 | | | 150 | |

U.S. Patent and Trademark Office

Part of Paper No. 20120312

ATI_KOVE_0000451
ATI_KOVE_0000255



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/042,301 | 03/07/2011 | Swaminathan Sivasubramanian | SEAZN.217D1 | 6648 |

79502          7590          05/17/2012
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614

| EXAMINER |
|---|
| WON, MICHAEL YOUNG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2456 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 05/17/2012 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

jayna.cartee@knobbe.com
efiling@knobbe.com

PTOL-90A (Rev. 04/07)

ATI_KOVE_0000452
ATI_KOVE_0000255



**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Patent and Trademark Office**
Address : COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR / PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 13/042,301 | 07 March, 2011 | SIVASUBRAMANIAN ET AL. | SEAZN.217D1 |

| | EXAMINER |
|---|---|
| Knobbe, Martens, Olson & Bear, LLP 2040 Main Street Fourteenth Floor Irvine, CA 92614 | MICHAEL Y. WON |

| ART UNIT | PAPER |
|---|---|
| 2456 | 20120514 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner for Patents

The IDS filed March 30, 2012 has been considered.

/Michael Won/
Primary Examiner
May 14, 2012

PTO-90C (Rev.04-03)

ATI_KOVE_0000453
ATI_KOVE_0000255

PTO/SB/08 Equivalent

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application No. | 13/042301 |
| | Filing Date | 03-07-2011 |
| | First Named Inventor | Sivasubramanian, Swaminathan |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | Won, Michael Young |
| SHEET 1 OF 1 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 6,185,598 B1 | 02-06-2001 | Farber et al. | |
| | 2 | 6,415,280 B1 | 07-02-2002 | Farber et al. | |
| | 3 | 6,658,462 B1 | 12-02-2003 | Dutta | |
| | 4 | 7,032,010 B1 | 04-18-2006 | Swildens et al. | |
| | 5 | 7,149,809 B2 | 12-12-2006 | Barde et al. | |
| | 6 | 7,228,350 B2 | 06-05-2007 | Hong et al. | |
| | 7 | 7,254,636 B1 | 08-07-2007 | O'Toole, Jr. et al. | |
| | 8 | 7,289,519 B1 | 10-30-2007 | Liskov | |
| | 9 | 7,707,314 B2 | 04-27-2010 | McCarthy et al. | |
| | 10 | 7,930,427 B2 | 04-19-2011 | Josefsberg et al. | |
| | 11 | 8,073,940 B1 | 12-06-2011 | Richardson et al. | |
| | 12 | 8,122,098 B1 | 02-21-2012 | Richardson et al. | |
| | 13 | 2004/0039798 A1 | 02-26-2004 | Hotz et al. | |
| | 14 | 2004/0064501 A1 | 04-01-2004 | Jan et al. | |
| | 15 | 2005/0216674 A1 | 09-29-2005 | Robbin et al. | |
| | 16 | 2006/0037037 A1 | 02-16-2006 | Miranz | |
| | 17 | 2010/0299439 A1 | 11-25-2010 | McCarthy et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 18 | Supplementary European Search Report in Application No. 09727694.3 mailed January 30, 2012 (SEAZN.197VEP) in 6 pages. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.W./ (05/14/2012)

| Examiner Signature | /Michael Won/ (05/14/2012) | Date Considered |
|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000454
ATI_KOVE_0000255

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>  Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or <u>Fax</u>  (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

| CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address) | Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission. |
|---|---|
| 79502    7590    04/02/2012<br>Knobbe, Martens, Olson & Bear, LLP<br>2040 Main Street<br>Fourteenth Floor<br>Irvine, CA 92614 | **Certificate of Mailing or Transmission**<br>I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.<br><br>_____ (Depositor's name)<br>_____ (Signature)<br>_____ (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/042,301 | 03/07/2011 | Swaminathan Sivasubramanian | SEAZN.217D1 | 6648 |

TITLE OF INVENTION: REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1740 | $300 | $0 | $2040 | 07/02/2012 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| WON, MICHAEL YOUNG | 2456 | 709-203000 |

| 1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).<br><br>☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.<br><br>☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.** | 2. For printing on the patent front page, list<br><br>(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,<br><br>(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed. | 1 Knobbe, Martens, Olson<br>2 & Bear, LLP<br>3 _____ |
|---|---|---|

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

| (A) NAME OF ASSIGNEE | (B) RESIDENCE: (CITY and STATE OR COUNTRY) |
|---|---|
| Amazon Technologies, Inc. | Reno, NV |

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☒ Corporation or other private group entity   ☐ Government

| 4a. The following fee(s) are submitted:<br>☒ Issue Fee<br>☒ Publication Fee (No small entity discount permitted)<br>☐ Advance Order - # of Copies _____ | 4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)<br>☐ A check is enclosed.<br>☒ Payment by credit card. ~~Form PTO-2038 is attached.~~<br>☒ The Director is hereby authorized to charge ~~the required fee(s)~~, any deficiency, or credit any overpayment, to Deposit Account Number 11-1410 (enclose an extra copy of this form). |
|---|---|

5. **Change in Entity Status** (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.     ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____         Date July 2, 2012

Typed or printed name Mauricio A. Uribe         Registration No. 46,206

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.       OMB 0651-0033       U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

ATI_KOVE_0000455
ATI_KOVE_0000255

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13042301 |
| **Filing Date:** | 07-Mar-2011 |
| **Title of Invention:** | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| **First Named Inventor/Applicant Name:** | Swaminathan Sivasubramanian |
| **Filer:** | Mauricio Uribe/Erica Van Sciver |
| **Attorney Docket Number:** | SEAZN.217D1 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| Utility Appl issue fee | 1501 | 1 | 1740 | 1740 |
| Publ. Fee- early, voluntary, or normal | 1504 | 1 | 300 | 300 |

ATI_KOVE_0000456

ATI_KOVE_0000255

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | 2040 |

ATI_KOVE_0000457
ATI_KOVE_0000255

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 13163523 |
| **Application Number:** | 13042301 |
| **International Application Number:** | |
| **Confirmation Number:** | 6648 |
| **Title of Invention:** | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| **First Named Inventor/Applicant Name:** | Swaminathan Sivasubramanian |
| **Customer Number:** | 79502 |
| **Filer:** | Mauricio Uribe/Erica Van Sciver |
| **Filer Authorized By:** | Mauricio Uribe |
| **Attorney Docket Number:** | SEAZN.217D1 |
| **Receipt Date:** | 02-JUL-2012 |
| **Filing Date:** | 07-MAR-2011 |
| **Time Stamp:** | 19:11:16 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 2040 |
| RAM confirmation Number | 6685 |
| Deposit Account | 111410 |
| Authorized User | KNOBBE MARTENS OLSON AND BEAR |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees) | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

ATI_KOVE_0000458
ATI_KOVE_0000255

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | 217d1comments.pdf | 137133 <br><br> 7e246cf2578d166afa4129a7b6a671a93ccabd59 | no | 2 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | | 217d1ids.pdf | 612778 <br><br> cda1b967ef0e687cfe8f39b8cd916cd427c2f550 | yes | 6 |

| Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|
| **Document Description** | | **Start** | **End** |
| Transmittal Letter | | 1 | 1 |
| Information Disclosure Statement (IDS) Form (SB08) | | 2 | 6 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Foreign Reference | WO2007007960A1.PDF | 863822 <br><br> 604bb5cd1874736238 1e18314fc250e2f2cfc3ba | no | 19 |

**Warnings:**

**Information:**

| 4 | Foreign Reference | WO2012044587A1.pdf | 1916428 <br><br> ef9489e93a27beb04fbe6d47516dab517c94ed38 | no | 42 |

**Warnings:**

**Information:**

| 5 | Non Patent Literature | 443WOSRWO.PDF | 506099 <br><br> 92442c342eae40978848b3e1aa0456479e0ef23e | no | 10 |

**Warnings:**

**Information:**

| 6 | Issue Fee Payment (PTO-85B) | 217d1issfee.pdf | 107800 <br><br> 8bd4eb37fcdd473fe67e7ee9253bf31fc9dc90db | no | 1 |

**Warnings:**

**Information:**

| 7 | Fee Worksheet (SB06) | fee-info.pdf | 31979 <br><br> 6ba3e3c674dd503b00c4e6f549e0538259fe91ae | no | 2 |

**Warnings:**

**Information:**

ATI_KOVE_0000459

ATI_KOVE_0000255

| Total Files Size (in bytes): | 4176039 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATI_KOVE_0000460
ATI_KOVE_0000255

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| Applicants | : | Sivasubramanian et al. |
| App. No | : | 13/042,301 |
| Filed | : | March 7, 2011 |
| For | : | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| Examiner | : | Michael Young Won |
| Art Unit | : | 2456 |
| Conf No. | : | 6648 |

**COMMENTS ON EXAMINER'S STATEMENT OF REASONS FOR ALLOWANCE**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

In response to the Statement of Reasons for Allowance in the Notice of Allowance mailed on April 2, 2012, applicants respectfully submit the following comments.

Applicants agree that the claimed subject matter is patentable. Applicants respectfully assert that there may be additional reasons for patentability of the claimed subject matter not explicitly stated in this record, and applicants do not waive their rights to such arguments by not further addressing such reasons herein. Moreover, to the extent that there is any implication in the Statement that the patentability of the claims rests on the recitation of a single feature or the combination of particular features, applicants respectfully disagree, since patentability rests on each claim taken as a whole.

Applicants also respectfully reserve the right to traverse the characterizations of what any particular reference shows or teaches, of what any combination of references shows or teaches, or the appropriateness of combining references. Further, applicants are not conceding that previously pending claims are not patentable. Applicants reserve the right to pursue at a later date any previously pending or other broader or narrower claims that capture any subject matter

-1-

ATI_KOVE_0000461
ATI_KOVE_0000255

supported by the application's disclosure. Accordingly, reviewers of this or any child or related prosecution history shall not reasonably infer that applicants have made any disclaimers or disavowals of any subject matter.

If you have any questions, please do not hesitate to contact me.

Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 7/2/12

By: _____
Mauricio A. Uribe
Registration No. 46,206
Attorney of Record
Customer No. 79502
(206) 405-2000

-2-

ATI_KOVE_0000462
ATI_KOVE_0000255

## INFORMATION DISCLOSURE STATEMENT

| | | |
|---|---|---|
| Applicants | : | Swaminathan Sivasubramanian, et al. |
| App. No. | : | 13/042,301 |
| Filed | : | March 7, 2011 |
| For | : | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| Examiner | : | Won, Michael Young |
| Art Unit | : | 2456 |
| Conf. No. | : | 6648 |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**References and Listing**

Submitted herewith in the above-identified application is an Information Disclosure Statement listing references for consideration. Copies of any listed foreign and non-patent literature references are being submitted.

**Timing of Disclosure**

This Information Disclosure Statement is being filed after the mailing date of a final action or after the mailing date of a Notice of Allowance. Please place these references in the file in accordance with 37 CFR 1.97(i).

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 2, 2012          By: _____

Mauricio A. Uribe
Registration No. 46,206
Attorney of Record
Customer No. 79,502
(206) 405-2000

ATI_KOVE_0000463
ATI_KOVE_0000255

| INFORMATION DISCLOSURE | Application No. | 13/042301 |
|---|---|---|
| | Filing Date | 03-07-2011 |
| STATEMENT BY APPLICANT | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | Won, Michael Young |
| SHEET 1 OF 5 | Attorney Docket No. | SEAZN.217D1 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 6,192,051 B1 | 02-20-2001 | Lipman et al. | |
| | 2 | 6,560,610 B1 | 05-06-2003 | Eatherton et al. | |
| | 3 | 7,316,648 B2 | 01-08-2008 | Kelly et al. | |
| | 4 | 7,773,596 B1 | 08-10-2010 | Marques | |
| | 5 | 8,028,090 B2 | 09-27-2011 | Richardson, David et al. | |
| | 6 | 2002/0069420 A1 | 06-06-2002 | Russell et al. | |
| | 7 | 2002/0083118 A1 | 06-27-2002 | Sim | |
| | 8 | 2002/0099850 A1 | 07-25-2002 | Farber et al. | |
| | 9 | 2002/0116481 A1 | 08-22-2002 | Lee | |
| | 10 | 2002/0124098 A1 | 09-05-2002 | Shaw | |
| | 11 | 2002/0138437 A1 | 09-26-2002 | Lewin et al. | |
| | 12 | 2002/0163882 A1 | 11-07-2002 | Bornstein et al. | |
| | 13 | 2003/0174648 A1 | 09-18-2003 | Wang et al. | |
| | 14 | 2003/0182413 A1 | 09-25-2003 | Allen et al. | |
| | 15 | 2003/0204602 A1 | 10-30-2003 | Hudson et al. | |

| Examiner Signature | Date Considered |
|---|---|
| | |

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/042301 |
|---|---|---|
| | Filing Date | 03-07-2011 |
| | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | Won, Michael Young |
| SHEET 2 OF 5 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number — Number - Kind Code (if known) — Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 16 | 2003/0229682 A1 | 12-11-2003 | Day | |
| | 17 | 2003/0233423 A1 | 12-18-2003 | Dilley et al. | |
| | 18 | 2004/0010621 A1 | 01-15-2004 | Afergan et al. | |
| | 19 | 2004/0073596 A1 | 04-15-2004 | Kloninger et al. | |
| | 20 | 2004/0167981 A1 | 08-26-2004 | Douglas et al. | |
| | 21 | 2004/0205162 A1 | 10-14-2004 | Parikh | |
| | 22 | 2005/0021706 A1 | 01-27-2005 | Maggi et al. | |
| | 23 | 2005/0108529 A1 | 05-19-2005 | Juneau | |
| | 24 | 2005/0114296 A1 | 05-26-2005 | Farber et al. | |
| | 25 | 2005/0157712 A1 | 07-21-2005 | Rangarajan et al. | |
| | 26 | 2005/0171959 A1 | 08-04-2005 | Deforche et al. | |
| | 27 | 2005/0216569 A1 | 09-29-2005 | Coppola et al. | |
| | 28 | 2006/0020684 A1 | 01-26-2006 | Mukherjee et al. | |
| | 29 | 2006/0036720 A1 | 02-16-2006 | Faulk, Jr. | |
| | 30 | 2006/0047787 A1 | 03-02-2006 | Agarwal et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000465
ATI_KOVE_0000255

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/042301 |
|---|---|---|
| | Filing Date | 03-07-2011 |
| | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | Won, Michael Young |
| SHEET 3 OF 5 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code (if known)<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 31 | 2006/0063534 A1 | 03-23-2006 | Kokkonen et al. | |
| | 32 | 2006/0075084 A1 | 04-06-2006 | Lyon | |
| | 33 | 2006/0112176 A1 | 05-25-2006 | Liu et al. | |
| | 34 | 2006/0120385 A1 | 06-08-2006 | Atchison et al. | |
| | 35 | 2006/0195866 A1 | 08-31-2006 | Thukral | |
| | 36 | 2006/0259984 A1 | 11-16-2006 | Juneau | |
| | 37 | 2006/036720 A1 | 02-16-2006 | Faulk, Jr. | |
| | 38 | 2006/075084 A1 | 04-06-2006 | Lyon | |
| | 39 | 2006/112176 A1 | 05-25-2006 | Liu et al. | |
| | 40 | 2007/0011267 A1 | 01-11-2007 | Overton et al. | |
| | 41 | 2007/0038994 A1 | 02-15-2007 | Davis et al. | |
| | 42 | 2007/0055764 A1 | 03-08-2007 | Dilley et al. | |
| | 43 | 2007/0076872 A1 | 04-05-2007 | Juneau | |
| | 44 | 2007/0168517 A1 | 07-19-2007 | Weller | |
| | 45 | 2007/0174442 A1 | 07-26-2007 | Sherman et al. | |

| Examiner Signature | | Date Considered |
|---|---|---|
| | | |

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000466
ATI_KOVE_0000255

| INFORMATION DISCLOSURE | Application No. | 13/042301 |
|---|---|---|
| | Filing Date | 03-07-2011 |
| STATEMENT BY APPLICANT | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | Won, Michael Young |
| SHEET 4 OF 5 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br><br>Number - Kind Code (if known)<br><br>Example: 1,234,567 B1 | Publication Date<br><br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 46 | 2007/0220010 A1 | 09-20-2007 | Ertugrul | |
| | 47 | 2007/0250560 A1 | 10-25-2007 | Wein et al. | |
| | 48 | 2007/0271385 A1 | 11-22-2007 | Davis et al. | |
| | 49 | 2007/0280229 A1 | 12-06-2007 | Kenney | |
| | 50 | 2007/0288588 A1 | 12-13-2007 | Wein et al. | |
| | 51 | 2008/0025304 A1 | 01-31-2008 | Venkataswami et al. | |
| | 52 | 2008/0065724 A1 | 03-13-2008 | Seed et al. | |
| | 53 | 2008/0065745 A1 | 03-13-2008 | Leighton et al. | |
| | 54 | 2008/0071859 A1 | 03-20-2008 | Seed et al. | |
| | 55 | 2008/0082551 A1 | 04-03-2008 | Farber et al. | |
| | 56 | 2008/0104268 A1 | 05-01-2008 | Farber et al. | |
| | 57 | 2008/0104268 A1 | 05-01-2008 | Farber et al. | |
| | 58 | 2008/0215750 A1 | 09-04-2008 | Farber et al. | |
| | 59 | 2008/0222281 A1 | 09-11-2008 | Dilley et al. | |
| | 60 | 2009/0031376 A1 | 01-29-2009 | Riley et al. | |

| Examiner Signature | Date Considered |
|---|---|
| | |

*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

ATI_KOVE_0000467
ATI_KOVE_0000255

| INFORMATION DISCLOSURE | Application No. | 13/042301 |
| | Filing Date | 03-07-2011 |
| STATEMENT BY APPLICANT | First Named Inventor | Sivasubramanian, Swaminathan et al |
| | Art Unit | 2456 |
| *(Multiple sheets used when necessary)* | Examiner | Won, Michael Young |
| SHEET 5 OF 5 | Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 61 | 2011/0252142 A1 | 10-13-2011 | Richardson, et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document<br>*Country Code-Number-Kind Code*<br>Example: JP 1234567 A1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | 62 | WO 2007/007960 A1 | 01-18-2007 | Kwon et al. | | |
| | 63 | WO 2012/044587 A1 | 04-05-2012 | Richardson, David et al. | | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 64 | International Search Report and Written Opinion in PCT/US2011/061486 mailed March 30, 2012 in 11 pages (SEAZN.443WO). | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau





(43) International Publication Date
18 January 2007 (18.01.2007)

**PCT**

(10) International Publication Number
**WO 2007/007960 A1**

(51) International Patent Classification:
*G06F 15/00* (2006.01)

(21) International Application Number:
PCT/KR2006/002512

(22) International Filing Date:  28 June 2006 (28.06.2006)

(25) Filing Language:  English

(26) Publication Language:  English

(30) Priority Data:
10-2005-0061559  8 July 2005 (08.07.2005)  KR

(71) Applicant *(for all designated States except US)*: **KT CORPORATION** [KR/KR]; 206, Jeongja-dong, Bundang-gu, Sungnam-si, Gyeonggi-do 463-010 (KR).

(72) Inventors; and

(75) Inventors/Applicants *(for US only)*: **KWON, Young Kwan** [KR/KR]; Korea Telecommunication Research & Development Center, Unyeon-dong, Seocho-gu, Seoul 137-792 (KR). **OH, Se Man** [KR/KR]; KT Hehwa Branch Office, Yeongun-dong, Jongro-gu, Seoul 110-763 (KR). **LEE, Sang Youb** [KR/KR]; KT Hehwa Branch

Office, Yeongun-dong, Jongro-gu, Seoul 110-763 (KR). **HAN, Gyu Kweon** [KR/KR]; KT Hehwa Branch Office, Yeongun-dong, Jongro-gu, Seoul 110-763 (KR). **JEONG, Ju Hwan** [KR/KR]; KT Hehwa Branch Office, Yeongun-dong, Jongro-gu, Seoul 110-763 (KR). **OH, Seung Tak** [KR/KR]; KT Hehwa Branch Office, Yeongun-dong, Jongro-gu, Seoul 110-763 (KR).

(74) Agent: **BAE, KIM & LEE IP GROUP**; Hankook Tire Bldg., 647-15 Yoksam-dong, Gangnam-gu, Seoul 135-723 (KR).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KZ, LA, LC, LK, LR, LS, LT, LU, LV, LY, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NG, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RS, RU, SC, SD, SE, SG, SK, SL, SM, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

*[Continued on next page]*

(54) Title: A MALIGNANT BOT CONFRONTATION METHOD AND ITS SYSTEM



(57) Abstract: A method for dealing with attacks of malicious BOTs in a network security system includes detecting and analyzing a domain name receiving excessive DNS queries to judge the infection of a malicious BOT, registering the corresponding domain name as normal or abnormal management target, and redirecting an abnormal DNS query for the abnormal management target to a redirection processing & response system. Thereby, the automatic detection of malicious BOT attacks and the mechanism which performs the measures and the analysis simultaneously can protect the DNS servers and prevent the security accidents by malicious BOT attacks previously.

WO 2007/007960 A1

ATI_KOVE_0000469
ATI_KOVE_0000255


(84) **Designated States** *(unless otherwise indicated, for every kind of regional protection available):* ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LT, LU, LV, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**

— *with international search report*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

ATI_KOVE_0000470
ATI_KOVE_0000255

## A MALIGNANT BOT CONFRONTATION METHOD AND ITS SYSTEM

### Technical Field

The present invention generally relates to a malicious BOT measures method and
5   its system, and more preferably, to a method for detecting, analyzing a domain name for
excessive DNS queries in a network security system, registering the corresponding
domain name as a management target and redirecting an abnormal DNS query to protect
DNS server and prevent security accidents caused by malicious BOTs.

### Background of the Invention

10   A BOT refers to one of software for performing or controlling a predetermined
operation by a specific event or a specific command as a script code having various
functions including a remote function for specific objects.   Moreover, a malicious BOT
refers to a BOT for performing a malicious operation by a malicious user to intrude other
15   computers or systems, thereby causing damages.   The malicious BOT intrudes
computers or systems which are in poor security to execute commands onto these systems,
attacks other computers or systems, or discloses information from the compromised
systems.

When the malicious BOT attacks a specific network or system, it generates more
20   data than the capacity of the target network or system so as to disable the normal service.

The malicious BOT performs a DNS query for an IP address of a target system
to a DNS server so as to obtain the IP address of the target system.   An excessive traffic
generated from the computer infected by the malicious BOT may cause damages to the
network as well as the target system.   In order to prevent these damages, a contents
25   filtering system has been recently used.

When the computer or system infected by malicious BOT performs a DNS query
so as to obtain an IP address, the contents filtering system checks out the contents of the

1

ATI_KOVE_0000471
ATI_KOVE_0000255

query. The contents filtering system checks out the contents to generate a DNS query blocking rule set, and deals with malicious BOTs by dropping the DNS query from the malicious BOTs.

But there is a problem that the source station generating an abnormal DNS query
5   can repeatedly generate the same query, because the contents filtering system drops the abnormal DNS queries. The re-generation of queries causes heavy traffic so that the service is disabled by overload of network equipments.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS
10                              ### Technical Subject

Various embodiments of the present invention are directed at detecting the excessive DNS queries generated by compromised computers or systems through malicious BOT, analyzing these queries, registering the abnormal domain name as a management target, and redirecting the abnormal DNS query registered as a management
15   target to protect the DNS servers and prevent the security accidents by malicious BOT attacks previously.

### Technical Solution

According to an embodiment of the present invention, a malicious BOT
20   measures method comprises the steps of detecting the excessive DNS queries generated by compromised personal computers through   malicious BOT, analyzing these queries to classify into normal or abnormal management target, registering the abnormal domain name as a management target, forwarding the normal DNS queries to DNS servers and redirecting the abnormal DNS query registered as a management target to a redirection
25   processing & response system.

According to an embodiment of the present invention, a malicious BOT

2

ATI_KOVE_0000472
ATI_KOVE_0000255

measures system comprises a redirection processing system for analyzing these queries to classify into normal or abnormal management target, registering the domain name as normal or abnormal management target and redirecting the abnormal DNS query registered as a management target to a redirection processing & response system, and a

5   redirection processing & response system for generating a response to the abnormal DNS query.


## BRIEF DESCRIPTION OF THE DRAWINGS

Fig. 1 is a diagram illustrating a malicious BOT measures system according to an

10   embodiment of the present invention.

Fig. 2 is a flow chart illustrating a malicious BOT measures method according to an embodiment of the present invention.

Fig. 3 is a flow chart illustrating a normal DNS query request/response according to an embodiment of the present invention.

15   Fig. 4 is a flow chart illustrating an abnormal DNS query request/response according to an embodiment of the present invention.


## Preferred Embodiments

The present invention will be explained with reference to the attached drawings.

20   Fig. 1 is a diagram illustrating a malicious BOT measures system according to an embodiment of the present invention.

In this embodiment, a malicious BOT measures system includes a router 101, a redirection processing system 200, a DNS 300, a redirection processing & response system 400 and a honey pot system (not shown).

25   The router 101 transmits the traffic of a network 100 toward the DNS 300 to the redirection processing system 200.

The redirection processing system 200 includes a Domain Analysis &

3

ATI_KOVE_0000473
ATI_KOVE_0000255

Redirection (hereinafter, referred to as "DAD") 201 and a spare switch 202.

The DAD 201 of the redirection processing system 200 analyzes the traffic approaching DNS 300 to redirect an abnormal DNS query.

5      The DAD 201 as a switch based on layer 4 and/or layer 7 detects excessive DNS query traffic, and checks out which domain name generates the excessive DNS queries. Then, the DAD 201 registers the domain name which generates the excessive DNS queries as normal or abnormal management target list to redirect the DNS query for the domain name registered in the abnormal management target list. Thereafter, the DAD 201 changes the destination address of a DNS query which is determined to be redirected

10    with the address of the redirection processing & response system 400. Then the abnormal DNS query whose destination address has been changed is routed from the DAD 201 to the redirection processing & response system 400 because its destination address is not the DNS 300 but the redirection processing & response system 400. If the DNS query is a domain name registered in the normal management target, the DAD 201

15    routes the DNS query to the DNS 300.

The spare switch 202 performs the same function as the DAD 201, and it is a redundant device of the DAD 201 for emergency such as troubles of the DAD 201.

When an IP address of a domain name is queried, the DNS 300 for storing an IP address of a domain name transmits an IP address corresponding to the queried domain

20    name as a response. Embodiments of the DNS 300 can be various.

In this embodiment, an example of the DNS 300 consists of a L4 switch 301 and DNS servers 302.

The DNS server 302 is required to have IP addresses of all domain names. However, it is difficult to store IP addresses of all domain names in one server. That is,

25    the DNS 300 consists of several DNS servers 302 because of service speed and storage limit. As each system of DNS servers 302 has a different address, there will be somewhat confusion on accessing the DNS 300.

4

The L4 switch 301 has a Virtual Internet Protocol (hereinafter, referred to as "VIP") address of the DNS 300, receives a DNS query from the redirection processing system 200, and transmits the DNS query to the DNS server 302. The L4 switch 301 has a VIP address of the DNS 300 so that a user in the network 100 uses the VIP address

5    when DNS query. The query using the VIP address is routed to the L4 switch 301, and then transmitted from the L4 switch 301 to the corresponding DNS server 302.

The redirection processing & response system 400 deals with the abnormal DNS query by response strategy which is set by a network administrator.

The redirection processing & response system 400 includes a firewall 401, a

10   sinkhole L4 switch 402 and sinkhole DNS servers 403.

The firewall 401 converts the destination address of a abnormal DNS query routed from the redirection processing system 200 into that of the sinkhole L4 switch 402 using NAT (Network Address Translation) function.

The sinkhole DNS server 403 of the redirection processing & response system

15   400 is a kind of DNS server. Thus, the sinkhole L4 switch 402 is required in the sinkhole DNS server 403. The sinkhole L4 switch 402 of the redirection processing & response system 400 has the same VIP address as that of the DNS(300). When a source station which generated an abnormal DNS query receives a response, it checks out a source IP address of the response to identify whether the response is corresponding to the

20   query generated by the source station itself. If the source address is different, the response does not relationship to the request of the source station so that the source station drops this response. As a result, in order to the sinkhole L4 switch 402 has the same address as that of the DNS 300, the firewall 402 converts the destination address of the query into the VIP address of the sinkhole L4 switch 402.

25   The sinkhole L4 switch 402 transmits the response generated from the sinkhole DNS servers 403 to the router 101. This path, as a one-way static path to the router 101, prevents the DNS query from being transferred to the redirection processing & response

5

ATI_KOVE_0000475
ATI_KOVE_0000255

system 400 without analysis of the redirection processing system 200 in the router 101.

The sinkhole DNS servers 403 generates a response to the abnormal DNS query. The response of the sinkhole DNS server 403 is different from the normal response generated from the DNS 300. The response generated from the sinkhole DNS servers 403 is to deal with malicious BOTs.

The honey pot system (not shown) is for the intrusion temptation of malicious BOTs and the analysis of the characteristics of BOTs. The redirection processing & response system 400 and the honey pot system (not shown) can be located at the same place or different places through the internet network.

Fig. 2 is a flow chart illustrating a malicious BOT measures method according to an embodiment of the present invention.

The redirection processing system 200 detects exceed queries over the threshold-value among DNS queries received through the router 101 (S2). The redirection processing system 200, which is located between the network 100 and the DNS 300, calculates the number of DNS queries for a specific domain name so as to decide whether it is over a predetermined number set by a network administrator or an administering system, and then detects a domain name exceeding a threshold value.

The redirection processing system 200 analyzes and identifies the domain name exceeding the threshold value to classify into normal or abnormal management target (S4). The switch based on layer 4 and/or layer 7 can perform other functions except deciding the optimum path. This kind of switch is able to distinguish the DNS service types of queries using the port information of TCP/UDP (Transmission Control Protocol/User Datagram Protocol) of the switch. Especially, the function based on the layer 7 can provide more information such as contents pattern of traffic. A network administrator judges with this information whether the domain name is normal or not.

As for the analysis result of the step S4, in case of the domain name classified as normal, the redirection processing system 200 registers the domain name in a normal

6

ATI_KOVE_0000476
ATI_KOVE_0000255

management target list of the redirection processing system 200 (S6).

On the other hand, in case of the domain name classified as abnormal, the redirection processing system 200 registers the domain name in an abnormal management target list of the redirection processing system 200 (S8).

As the redirection processing system 200 registers each domain name in the normal or abnormal management target list (S6 or S8), the redirection processing system 200 can distinguish between the normality and the abnormality of the following DNS queries (S10).

In the step S10, when the redirection processing system 200 judges a DNS query as abnormal, the redirection processing system 200 redirects the DNS query to the redirection processing & response system 400 (S12). The redirection processing system 200 changes a destination address of the DNS query into an address of the firewall 401 of the redirection processing & response system 400 with Network Address Translation (hereinafter, referred to as "NAT"). The DNS query whose destination address has been changed can be redirected not into the DNS 300 but into the redirection processing & response system 400, because the destination address of the DNS query is not for the DNS 300 but for the firewall 401 of the redirection processing & response system 400.

The query whose destination address has been changed into the destination address of the redirection processing system 200 is transmitted to the firewall 401 of the redirection processing & response system 400 (S14). The DNS 300 has the same VIP address as that of the redirection processing & response system 400. The destination address of the redirected DNS query is changed into the sinkhole DNS server 403 by the NAT in the firewall 401 of the redirection processing & response system 400. The query whose destination address has been changed by the NAT is transmitted to the sinkhole DNS server 403, which generates a response to the query (S16). However, the sinkhole DNS server 403 generates a different response from that of DNS server 302. The DNS query transmitted to the sinkhole DNS server 403 as an abnormal query may

ATI_KOVE_0000477
ATI_KOVE_0000255

cause damage to a specific network or system.    In order to prevent this damage, the sinkhole DNS server 403 responses to the DNS query with a loop-back address (127.0.0.1) or an IP address of the honey pot system (not shown).    The loop-back address can contain the traffic generated by malicious BOT within its compromised

5    system or computer.    The honey pot system (not shown) for the intrusion temptation and the analysis of the characteristics of malicious BOTs reduces damages of other systems or networks by inducing the intrusions of malicious BOTs into this system and seeks countermeasures of malicious BOTs through characteristic analysis.

The response generated from the sinkhole DNS server 403 is transmitted through

10    the sinkhole L4 switch 402 and the router 101 (S16) to the source station which is compromised PC by malicious BOT.    Since the sinkhole DNS server 403 has the same VIP address as that of the DNS server 302, the response generated from the sinkhole DNS server 403 has the same source IP address as that of the response generated from the DNS servers 302.    If the source IP addresses are different, the source station which is

15    compromised PC by malicious BOT judges that the response is not corresponding to its request, and then drops the response.    Therefore, the source IP addresses should be the same as that of DNS servers.

In the step S10, when the redirection processing system 200 judges that the DNS query is normal, the redirection processing system 200 transmits the DNS query to the

20    DNS 300 (S18).

The DNS server 302 looks up an IP address which is related to the domain name requested in the DNS query to generate a response to the DNS query.    The generated response is transmitted to the router 101 through the L4 switch 301 and the redirection processing system 200, and then transmitted from the router 101 to the source station

25    (S20).

Fig. 3 is a flow chart illustrating a normal DNS query request/response according to an embodiment of the present invention.

8

ATI_KOVE_0000478
ATI_KOVE_0000255

In order for the source station which is not compromised PC by malicious BOT , having an IP address (1.1.1.1), to obtain an IP address of a domain name (abc.com), it transmits the DNS query to the DNS 300 having an IP address (100.100.3.1). When the query is normal, the redirection processing system 200 passes that query to the DNS 300.

5　The DNS 300 that received the DNS query looks up an IP address (10.10.1.1) of the domain name (abc.com) requested in the received DNS query, and then responds with the destination IP address (1.1.1.1).

Fig. 4 is a flow chart illustrating an abnormal DNS query request/response according to an embodiment of the present invention.

10　When a compromised computer or system by malicious BOT, having an IP address (2.2.2.2), requests an abnormal DNS query, the redirection processing system 200 changes a destination address of the abnormal DNS query into a firewall address (100.100.10.1) of the redirection processing & response system 400 to transmit the abnormal query to the firewall 401. The firewall 401 changes the destination address

15　into the IP address of a sinkhole DNS server 403 to transmit the abnormal DNS query to the sinkhole DNS servers 403. The sinkhole DNS server replies with a loop-back address (127.0.0.1) or an address of honey pot system depending on the configuration set by an administrator.

Although the preferred embodiments of the present invention have been

20　disclosed for illustrative purposes, those skilled in the art will appreciate that various modifications, additions and substitutions are possible, without departing from the scope and spirit of the invention as disclosed in the accompanying claims.

## Industrial Applicability

25　The embodiment of the present invention can be applied to a network security system.

ATI_KOVE_0000479
ATI_KOVE_0000255

**What is Claimed is:**

1.      A malicious BOT measures method comprising the steps of:

detecting the excessive DNS queries generated by compromised PC through malicious BOT;

5          analyzing these queries to classify into normal or abnormal management target; and

redirecting the abnormal DNS query registered as a management target to a redirection processing & response system.

10          2.      The malicious BOT measures method according to claim 1, wherein the detecting step includes collecting DNS query packets to detect whether the amount of the queries about specific domain name exceeds a preset threshold value.

3.      The malicious BOT measures method according to claim 1, wherein the
15     redirecting step includes the steps of:

changing a destination address of the abnormal DNS query into the redirection processing & response system;

generating a response to the abnormal DNS query in the redirection processing & response system; and

20          transmitting the response to the compromised PC by malicious BOT.

4.      The malicious BOT measures method according to claim 3, wherein the response generated from the generating step has the same source IP address as that of a response to the normal DNS query.

25

5.      The malicious BOT measures method according to claim 3, wherein the response generated from the generating step has one of a loop-back address preset by a

10

ATI_KOVE_0000480
ATI_KOVE_0000255

network administrator and an address of honey pot system for the intrusion temptation and the analysis of malicious BOT characteristics.

6.      A malicious BOT measures system comprising:

a redirection processing system for analyzing a domain name to receive
5   excessive DNS queries, registering the domain name as normal or abnormal management target and redirecting the abnormal DNS query for a domain name registered as the abnormal management target to a redirection processing & response system; and

the redirection processing & response system for generating a response to the abnormal DNS query.

10

7.      The malicious BOT measures system according to claim 6, wherein the redirection processing system changes the destination address of an abnormal DNS query into the address of the redirection processing & response system to redirect the abnormal DNS query.

15

8.      The malicious BOT measures system according to claim 6, wherein the redirection processing & response system generates the response to the abnormal DNS query which has the same IP address as that of a response to a normal DNS query.

20      9.      The malicious BOT measures system according to claim 6, wherein the redirection processing & response system generates the response to the abnormal DNS query which has a loop-back address or an address of honey pot system for the intrusion temptation and the analysis of malicious BOT characteristics depending on the configuration set by an administrator.

11

ATI_KOVE_0000481
ATI_KOVE_0000255

FIG. 1



ATI_KOVE_0000482
ATI_KOVE_0000255

FIG. 2



ATI_KOVE_0000483
ATI_KOVE_0000255

FIG. 3



ATI_KOVE_0000484
ATI_KOVE_0000255

FIG. 4



ATI_KOVE_0000485
ATI_KOVE_0000255

**A. CLASSIFICATION OF SUBJECT MATTER**

*G06F 15/00(2006.01)i*

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC8 G06F, H04L

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched
Korean Patents and applications for inventions since 1975
Korean Utility models and applications for Utility models since 1975
Japanese Utility models and application for Utility models since 1975

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
e-KIPASS, IEEE Xplore: "network", "query", "DNS", "security"

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | US 5,898,830A (NETWORK ENGINEERING SOFTWARE) 27 APRIL 1999<br>See abstract | 1-9 |
| A | US 6,300,863B1 (ABSOLUTE SOFTWARE CORP.) 9 OCTOBER 2001<br>See abstract | 1-9 |
| A | US 6,269,392 B1 (Christian Cotichini et. al.) 31 JULY 2001<br>See the whole document | 1-9 |
| A | JP 16-72453A (CABLE & WIRELESS IDC INC.) 4 MARCH 2004<br>See abstract & Figure 1 | 1-9 |

☐ Further documents are listed in the continuation of Box C.       ☒ See patent family annex.

\* Special categories of cited documents:
"A" document defining the general state of the art which is not considered to be of particular relevance
"E" earlier application or patent but published on or after the international filing date
"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of citation or other special reason (as specified)
"O" document referring to an oral disclosure, use, exhibition or other means
"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention
"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone
"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents,such combination being obvious to a person skilled in the art
"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 19 OCTOBER 2006 (19.10.2006) | **19 OCTOBER 2006 (19.10.2006)** |

| Name and mailing address of the ISA/KR | Authorized officer |
|---|---|
| Korean Intellectual Property Office<br>920 Dunsan-dong, Seo-gu, Daejeon 302-701, Republic of Korea | YEO, Won Hyeon |
| Facsimile No. 82-42-472-7140 | Telephone No. 82-42-481-5696 |

Form PCT/ISA/210 (second sheet) (April 2005)

ATI_KOVE_0000486
ATI_KOVE_0000255

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| US 5,898,830A | 27.04.1999 | US2003005334A1 | 02.01.2003 |
| | | US2003196122A1 | 16.10.2003 |
| | | US2004073812A1 | 15.04.2004 |
| | | US2004068586A1 | 06.05.2004 |
| | | US2004098624A1 | 20.05.2004 |
| | | US2004103321A1 | 27.05.2004 |
| | | US2004133637A1 | 08.07.2004 |
| | | US2005021595A1 | 27.01.2005 |
| | | US2005149747A1 | 07.07.2005 |
| | | US2006005236AA | 05.01.2006 |
| | | US2006053486AA | 09.03.2006 |
| | | US6052788A | 18.04.2000 |
| | | US6751738BB | 15.06.2004 |
| | | US6804783B1 | 12.10.2004 |
| | | US7028336BB | 11.04.2006 |
| US 6,300,863B1 | 09.10.2001 | None | None |
| US 6,269,392B1 | 31.07.2001 | AU6817298A1 | 20.10.1998 |
| | | CA2284806A1 | 01.10.1998 |
| | | GB2338101A1 | 08.12.1999 |
| | | GB2338101B2 | 22.08.2001 |
| | | GB9922719A0 | 24.11.1999 |
| | | US6300863B1 | 09.10.2001 |
| | | WO9843151A1 | 01.10.1998 |
| JP 16-72453A | 04.03.2004 | None | None |

ATI_KOVE_0000487
ATI_KOVE_0000255

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
5 April 2012 (05.04.2012)

PCT



(10) International Publication Number
**WO 2012/044587 A1**

(51) International Patent Classification:
*H04L 29/12* (2006.01)    *H04L 29/08* (2006.01)
*H04L 29/06* (2006.01)

(21) International Application Number:
PCT/US2011/053302

(22) International Filing Date:
26 September 2011 (26.09.2011)

(25) Filing Language:                          English

(26) Publication Language:                     English

(30) Priority Data:
12/892,877    28 September 2010 (28.09.2010)    US

(71) Applicant *(for all designated States except US)*: AMA-
ZON TECHNOLOGIES, INC. [US/US]; P.O. Box
8102, Reno, NV 89507 (US).

(72) Inventors: RICHARDSON, David, R.; 410 Terry Av-
enue North, Seattle, WA 98109-5210 (US). CORMIE,
John; 410 Terry Avenue North, Seattle, WA 98109-5210
(US). MACCARTHAIGH, Colm; 410 Terry Avenue
North, Seattle, WA 98109-5210 (US). REDMAN, Ben-
jamin, W. S.; 410 Terry Avenue North, Seattle, WA
98109-5210 (US).

(74) Agent: URIBE, Mauricio, A.; Knobbe Martens Olson &
Bear, LLP, 2040 Main Street, 14th Floor, Irvine, CA
92614 (US).

(81) Designated States *(unless otherwise indicated, for every
kind of national protection available)*: AE, AG, AL, AM,
AO, AT, AU, AZ, BA, BB, BG, BH, BR, BW, BY, BZ,
CA, CH, CL, CN, CO, CR, CU, CZ, DE, DK, DM, DO,
DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT,
HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP,
KR, KZ, LA, LC, LK, LR, LS, LT, LU, LY, MA, MD,
ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI,
NO, NZ, OM, PE, PG, PH, PL, PT, QA, RO, RS, RU,
RW, SC, SD, SE, SG, SK, SL, SM, ST, SV, SY, TH, TJ,
TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA,
ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every
kind of regional protection available)*: ARIPO (BW, GH,
GM, KE, LR, LS, MW, MZ, NA, RW, SD, SL, SZ, TZ,
UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD,
RU, TJ, TM), European (AL, AT, BE, BG, CH, CY, CZ,
DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT,
LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS,
SE, SI, SK, SM, TR), OAPI (BF, BJ, CF, CG, CI, CM,
GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

Published:
— with international search report (Art. 21(3))

(54) Title: REQUEST ROUTING IN A NETWORKED ENVIRONMENT



Fig. 1.

(57) Abstract: A system, methods, and interfaces for managing request routing functionality associated with resource requests for
one or more resources associated with a content provider. The request routing functionality can correspond to the processing of
domain name service ("DNS") requests for resources by computing devices and the resolution of the DNS requests by the identifi-
cation of a network address of a computing device that will provide the requested resources. Unlike traditional CDN service
provider implementation, the processing of resource requests by the service provider is separate from the delivery of the content
by the content provider (or on behalf of the content provider).

WO 2012/044587 A1

ATI_KOVE_0000488
ATI_KOVE_0000255

## REQUEST ROUTING IN A NETWORKED ENVIRONMENT

### BACKGROUND

[0001]    Generally described, computing devices and communication networks can be utilized to exchange information. In a common application, a computing device can request content from another computing device via the communication network. For example, a user at a personal computing device can utilize a software browser application to request a Web page from a server computing device via the Internet. In such embodiments, the user computing device can be referred to as a client computing device and the server computing device can be referred to as a content provider.

[0002]    Content providers are generally motivated to provide requested content to client computing devices often with consideration of efficient transmission of the requested content to the client computing device and/or consideration of a cost associated with the transmission of the content. For larger scale implementations, a content provider may receive content requests from a high volume of client computing devices which can place a strain on the content provider's computing resources. Additionally, the content requested by the client computing devices may have a number of components, which can further place additional strain on the content provider's computing resources.

[0003]    With reference to an illustrative example, a requested Web page, or original content, may be associated with a number of additional resources, such as images or videos, which are to be displayed with the Web page. In one specific embodiment, the additional resources of the Web page are identified by a number of embedded resource identifiers, such as uniform resource locators ("URLs"). In turn, software on the client computing devices typically processes embedded resource identifiers to generate requests for the content. Often, the resource identifiers associated with the embedded resources reference a computing device associated with the content provider such that the client computing device would transmit the request for the additional resources to the referenced content provider computing device. Accordingly, in order to satisfy a content request, the content provider(s) (or any service provider on behalf of the content provider(s)) would provide client computing devices data associated with the Web page and/or the data associated with the embedded resources.

-1-

ATI_KOVE_0000489
ATI_KOVE_0000255

[0004]     Content providers are generally motivated to provide requested content to client computing devices often with consideration of efficient transmission of the requested content to the client computing device and/or consideration of a cost associated with the transmission of the content. Accordingly, content providers often consider factors such as latency of delivery of requested content in processing client computing device requests in order to meet service level agreements or to generally improve the quality of delivery service.

## DESCRIPTION OF THE DRAWINGS

[0005]     The foregoing aspects and many of the attendant advantages of this invention will become more readily appreciated as the same become better understood by reference to the following detailed description, when taken in conjunction with the accompanying drawings, wherein:

[0006]     FIGURE 1 is a block diagram illustrative of content delivery environment including a number of client computing devices, a content provider, a network storage provider, and a content delivery network service provider;

[0007]     FIGURE 2 is a block diagram of the content delivery environment of FIGURE 1 illustrating the registration of a content provider with a network storage provider;

[0008]     FIGURE 3 is a block diagram of the content delivery environment of FIGURE 1 illustrating the registration of a content provider with a network storage provider;

[0009]     FIGURE 4A-4C are block diagrams of the content delivery environment of FIGURE 1 illustrating one embodiment of the processing of resource requests generated by client computing devices;

[0010]     FIGURE 5 is a flow diagram illustrative of a content provider registration processing routine implemented by a service provider;

[0011]     FIGURE 6 is a flow diagram illustrative of a request routing processing routine implemented by a service provider; and

[0012]     FIGURE 7 is an illustrative user interface displaying information for use in registering request routing services with a service provider.

## DETAILED DESCRIPTION

[0013]     Generally described, the present disclosure is directed to managing requesting routing functionality associated with resource requests for one or more resources associated with

-2-

ATI_KOVE_0000490
ATI_KOVE_0000255

a content provider. Specifically, aspects of the disclosure will be described with regard to the management and processing request routing functionality by a service provider, such as a content delivery network ("CDN") service provider, on behalf of a content provider. Illustratively, the request routing functionality can correspond to the processing of domain name service ("DNS") requests for resources by computing devices and the resolution of the DNS requests by the identification of a network address of a computing device that will provide the requested resources. Unlike traditional CDN service provider implementation, the processing of DNS requests by the service provider can be separated from the storage of content by content provider or on behalf of the content provider. Additionally, the processing of the DNS requests by the service provider can also be separated from the delivery of the content by the content provider or on behalf of the content provider.

[0014]    Although various aspects of the disclosure will be described with regard to illustrative examples and embodiments, one skilled in the art will appreciate that the disclosed embodiments and examples should not be construed as limiting. For example, the present disclosure may be described with regard to request routing services provided by a service provider, such as a CDN service provider, that may provide additional services and functionality including network-based storage services, caching services, and content delivery services. However, one skilled in the relevant art will appreciate that a service provider need not provide all, or any, of the additional services or functionality that may be associated with some service providers, such as a CDN service provider.

[0015]    FIGURE 1 is a block diagram illustrative of content delivery environment 100 for the managing registration of content provider with a service provider, such as a CDN service provider, and subsequent processing of at least a portion of content requests on behalf of the content provider. As illustrated in FIGURE 1, the content delivery environment 100 includes a number of client computing devices 102 (generally referred to as clients) for requesting content from a content provider, a network storage provider 110, and/or a CDN service provider 106. In an illustrative embodiment, the client computing devices 102 can correspond to a wide variety of computing devices including personal computing devices, laptop computing devices, hand-held computing devices, terminal computing devices, mobile devices, wireless devices, various electronic devices and appliances and the like. In an illustrative embodiment, the client

-3-

computing devices 102 include necessary hardware and software components for establishing communications over a communication network 108, such as a wide area network or local area network. For example, the client computing devices 102 may be equipped with networking equipment and browser software applications that facilitate communications via the Internet or an intranet.

[0016]     Although not illustrated in FIGURE 1, each client computing device 102 utilizes some type of local DNS resolver component, such as a DNS Name server, that generates the DNS queries attributed to the client computing device. In one embodiment, the local DNS resolver component may be provide by an enterprise network to which the client computing device 102 belongs. In another embodiment, the local DNS resolver component may be provided by an Internet Service Provider (ISP) that provides the communication network connection to the client computing device 102.

[0017]     The content delivery environment 100 can also include a content provider 104 in communication with the one or more client computing devices 102 via the communication network 108. The content provider 104 illustrated in FIGURE 1 corresponds to a logical association of one or more computing devices associated with a content provider. Specifically, the content provider 104 can include a web server component 112 corresponding to one or more server computing devices for obtaining and processing requests for content (such as Web pages) from the client computing devices 102. The content provider 104 can further include an origin server component 114 and associated storage component 116 corresponding to one or more computing devices for obtaining and processing requests for network resources. One skilled in the relevant art will appreciate that the content provider 104 can be associated with various additional computing resources, such additional computing devices for administration of content and resources and the like. Additionally, although the origin server component 114 and associated storage component 116 are logically associated with the content provider 104, the origin server component 114 and associated storage components 116 may be geographically distributed throughout the communication network 108 in a manner to best serve various demographics of client computing devices 102.

[0018]     As further illustrated in FIGURE 1, the content provider 104 can be associated with one or more DNS name server components 118 that are operative to receive DNS queries

-4-

ATI_KOVE_0000492
ATI_KOVE_0000255

related to registered domain names associated with the content provider. The one or more DNS name servers can be authoritative to resolve client computing device DNS queries corresponding to the registered domain names of the content provider 104. A DNS name server component is considered to be authoritative to a DNS query if the DNS name server can resolve the query by providing a responsive IP address. As will be explained in greater detail below, in accordance with illustrative embodiments, at least a portion of the request routing functionality provider the DNS name server components 118 will be provided by a service provider.

[0019] With continued reference to FIGURE 1, the content delivery environment 100 can further include a service provider 106 in communication with the one or more client computing devices 102, the content provider 104, and the network storage provider 110 via the communication network 108. The service provider 106 illustrated in FIGURE 1 corresponds to a logical association of one or more computing devices associated with a service provider. Specifically, the service provider 106 can include a number of Point of Presence ("POP") locations 120, 126, 132 that correspond to nodes on the communication network 108. Each POP 120, 126, 132 includes a DNS component 122, 128, 134 made up of a number of DNS server computing devices for resolving DNS queries from the client computers 102. Each POP 120, 126, 132 also optionally includes a resource cache component 124, 130, 136 made up of a number of cache server computing devices for storing resources from content providers or network storage providers and transmitting various requested resources to various client computers. The DNS components 122, 128, 134 and the resource cache components 124, 130, 136 may further include additional software and/or hardware components that facilitate communications including, but not limited, load balancing or load sharing software/hardware components.

[0020] In an illustrative embodiment, the DNS component 122, 128, 134 and resource cache component 124, 130, 136 are considered to be logically grouped, regardless of whether the components, or portions of the components, are physically separate. Additionally, although the POPs 120, 126, 132 are illustrated in FIGURE 1 as logically associated with the CDN service provider 106, the POPs will be geographically distributed throughout the communication network 108 in a manner to best serve various demographics of client computing devices 102. Additionally, one skilled in the relevant art will appreciate that the service provider 106 can be

ATI_KOVE_0000493
ATI_KOVE_0000255

associated with various additional computing resources, such additional computing devices for administration of content and resources, and the like.

[0021] With further continued reference to FIGURE 1, the content delivery environment 100 can also include a network storage provider 110 in communication with the one or more client computing devices 102, the service provider 106, and the content provider 104 via the communication network 108. The network storage provider 110 illustrated in FIGURE 1 also corresponds to a logical association of one or more computing devices associated with a network storage provider. Specifically, the network storage provider 110 can include a number of network storage provider Point of Presence ("NSP POP") locations 138, 142 that correspond to nodes on the communication network 108. Each NSP POP 138, 142 includes a storage component 140, 144 made up of a number of storage devices for storing resources from content providers which will be processed by the network storage provider 110 and transmitted to various client computers. The storage components 140, 144 may further include additional software and/or hardware components that facilitate communications including, but not limited to, load balancing or load sharing software/hardware components.

[0022] In an illustrative embodiment, the storage components 140, 144 are considered to be logically grouped, regardless of whether the components, or portions of the components, are physically separate. Additionally, although the NSP POPs 138, 142 are illustrated in FIGURE 1 as logically associated with the network storage provider 110, the NSP POPs will be geographically distributed throughout the communication network 108 in a manner to best serve various demographics of client computing devices 102. Additionally, one skilled in the relevant art will appreciate that the network storage provider 110 can be associated with various additional computing resources, such additional computing devices for administration of content and resources, DNS name servers, and the like. For example, the network storage provider 110 can be associated with one or more DNS name server components that are operative to receive DNS queries related to registered domain names associated with the network storage provider 110. The one or more DNS name servers can be authoritative to resolve client computing device DNS queries corresponding to the registered domain names of the network storage provider 110. As similarly set forth above, a DNS name server component is considered

-6-

ATI_KOVE_0000494
ATI_KOVE_0000255

to be authoritative to a DNS query if the DNS name server can resolve the query by providing a responsive IP address.

[0023]      Even further, one skilled in the relevant art will appreciate that the components of the network storage provider 110 and components of the service provider 106 can be managed by the same or different entities. One skilled in the relevant art will also appreciate that the components and configurations provided in FIGURE 1 are illustrative in nature. Accordingly, additional or alternative components and/or configurations, especially regarding the additional components, systems, and subsystems for facilitating communications may be utilized. Specifically, one skilled in the relevant art will appreciate the network storage provider 110 may be omitted from the content delivery environment 100.

[0024]      With reference now to FIGURES 2-4C, the interaction between various components of the content delivery environment 100 of FIGURE 1 will be illustrated. For purposes of the example, however, the illustration has been simplified such that many of the components utilized to facilitate communications are not shown. One skilled in the relevant art will appreciate that such components can be utilized and that additional interactions would accordingly occur without departing from the spirit and scope of the present disclosure.

[0025]      With reference to FIGURE 2, an illustrative interaction for the optional registration of a content provider 104 with the network storage provider 110 for hosting content on behalf of the content provider 104 will be described. As illustrated in FIGURE 2, the storage provider content registration process begins with registration of the content provider 104 with the network storage provider 110. In an illustrative embodiment, the content provider 104 utilizes a registration application program interface ("API") to register with the network storage provider 110 such that the network storage provider 110 can provide content on behalf of the content provider 104. The registration API can include the identification of the origin server 114 of the content provider 104 that may provide requested resources to the network storage provider 110. In addition or alternatively, the registration API can include the content to be stored by the network storage provider 110 on behalf of the content provider 104. In one embodiment, the network storage provider 110 may act as an origin server for the content provider 104.

-7-

ATI_KOVE_0000495
ATI_KOVE_0000255

[0026]    One skilled in the relevant art will appreciate that upon storage of the content by the network storage provider 110, the content provider 104 can begin to direct requests for content from client computing devices 102 to the network storage provider 110. Specifically, in accordance with DNS routing principles, a client computing device request corresponding to a resource identifier would eventually be directed toward a storage component 140, 140, 144 of a NSP POP 138, 142 associated with the network storage provider 110. The request routing of a client computing device request will be described in greater detail below.

[0027]    With continued reference to FIGURE 2, upon receiving the registration API, the network storage provider 110 obtains and processes the content provider registration information. In an illustrative embodiment, the network storage provider 110 can then generate additional information that will be used by the client computing devices 102 as part of the content requests. The additional information can include, without limitation, content provider identifiers, such as content provider identification codes, storage provider identifiers, such as storage provider identification codes, executable code for processing resource identifiers, such as script-based instructions, and the like. One skilled in the relevant art will appreciate that various types of additional information may be generated by the network storage provider 110 and that the additional information may be embodied in any one of a variety of formats.

[0028]    In one embodiment, the network storage provider 110 returns an identification of applicable domains for the network storage provider (unless it has been previously provided) and any additional information to the content provider 104. In turn, the content provider 104 can then process the stored content with content provider specific information. In one example, as illustrated in FIGURE 2, the content provider 104 translates resource identifiers originally directed toward a domain of the origin server 114 to a domain corresponding to the network storage provider 110. The translated URLs are embedded into requested content in a manner such that DNS queries for the translated URLs will resolve to a DNS server corresponding to the network storage provider 110 and not a DNS server corresponding to the content provider 104.

[0029]    Generally, the identification of the resources originally directed to the content provider 104 will be in the form of a resource identifier that can be processed by the client computing device 102, such as through a browser software application. In an illustrative embodiment, the resource identifiers can be in the form of a uniform resource locator ("URL").

ATI_KOVE_0000496
ATI_KOVE_0000255

Because the resource identifiers are included in the requested content directed to the content provider, the resource identifiers can be referred to generally as the "content provider URL." For purposes of an illustrative example, the content provider URL can identify a domain of the content provider 104 (e.g., contentprovider.com), a name of the resource to be requested (e.g., "resource.xxx") and a path where the resource will be found (e.g., "path"). In this illustrative example, the content provider URL has the form of:

http://www.contentprovider.com/path/resource.xxx

[0030]    In an alternative embodiment, the resource identifiers provided by the content provider 104 can correspond to the network storage provider 110, or network storage providers, that are hosting content on behalf of the content provider. These resource identifiers can be generally referred to as network storage provider URLS. The network storage provider URLs identify a domain of the network storage provider 110 (e.g., "storageprovider.com"), the same name of the resource to be requested (e.g., "resource.xxx") and the same path where the resource will be found (e.g., "path"). Additionally, the network storage provider URL can include additional processing information (e.g., "additional information") such as request routing information or identification information, such as a content provider identifier. Illustratively, the network storage provider URL would have the form of:

http://additional information.storageprovider.com/path/resource.xxx

[0031]    In another embodiment, the information associated with the network storage provider 110 is included in the network storage provider URL, such as through prepending or other techniques, such that the network storage provider URL can maintain all of the information associated with the original URL. In this embodiment, the network storage provider URL would have the form of:

http://additional        information.storageprovider.com/www.contentprovider.com
/path/resource.xxx

-9-

[0032]     With reference now to FIGURE 3, an illustrative interaction for registration, by the content provider 104, to utilize the request routing services provided by the service provider 106 will be described.   As illustrated in FIGURE 3, the request routing service registration process provided by the service provider 106 begins with registration of the content provider 104 with the service provider 106.   In an illustrative embodiment, the content provider 104 utilizes a registration application program interface ("API") to register with the service provider 106 such that the service provider 106 can provide request routing services on behalf of the content provider 104.   The registration API includes the identification of the domains for which the service provider 106 will be authoritative (e.g., "contentprovider.com"), the identification of the storage component 140, 144 of the network storage provider 110 or origin servers 114 that will provide requested resources to the client computing devices 102. The registration API can also include additional information including request routing information, identification information, or other information that will be used to resolve client computing device DNS requests on behalf of the content provider 104, as will be explained below.  An illustrative screen display for use in a manual configuration of the DNS request routing services will be described with regard to FIGURE 7.

[0033]     The service provider 106 obtains the registration API and processes the information.   In one aspect, the service provider 106 can generate the necessary request processing rules or alternative identifiers that may be utilized in the resolution of client computing device DNS queries.   In another aspect, the service provider 106 can cause the registration of its DNS nameserver components for the relevant domains specified by the content provider 104.   The service provider 104 can then send a response to the content provider 104, such as a confirmation.

[0034]     Illustratively, upon the optional identification of appropriate storage component 140, 144, 148 of the network storage provider 110 and the registration for request routing functionality with the service provider 106, the content provider 104 can, in one embodiment as will be further described below in reference to FIGURES 4A-4C and 4B, begin to process DNS requests for content generated on behalf of the client computing devices 102. Specifically, in accordance with DNS routing principles, a client computing device DNS query corresponding to a resource identifier would eventually be resolved by identifying a network

ATI_KOVE_0000498
ATI_KOVE_0000255

address corresponding to either the origin server component 114 and associated storage component 116 or storage component 140, 144, 148 of the network storage provider 110 by a DNS nameserver associated with the service provider 106.

[0035]    With reference first to FIGURE 4A, the interaction begins with the generation of a request for content from the client computing device 102, such as through a browser software application. The first request for content is often referred to as the original resource request, which often can correspond to a request for a Web page (or other network resource). As illustrated in FIGURE 4A, the original resource request is received and processed by the content provider 104. In accordance with an illustrative embodiment, the request for content can be in accordance with common network protocols, such as the hypertext transfer protocol ("HTTP"). Upon receipt of the content request, the content provider 104 identifies the appropriate responsive content. In an illustrative embodiment, the requested content can correspond to a Web page that is displayed on the client computing device 102 via the processing of information, such as hypertext markup language ("HTML"), extensible markup language ("XML"), and the like. The content provider 104, such as via a Web server component 112, can return the requested resource and include a number of embedded resources in the original request resources. For example, a Web page may include references to a number of embedded image and data files to be rendered by the client computing device 102.

[0036]    With reference now to FIGURE 4B, upon receipt of the requested content, the client computing device 102, such as through a browser software application, begins processing any of the markup code included in the content and attempts to acquire the resources identified by the embedded resource identifiers (e.g., the embedded, modified URLs). Accordingly, the first step in acquiring the content correspond to the issuance, by the client computing device 102 (through its local DNS resolver), a DNS query for the resource identifier (e.g., the Original URL or network storage provider URL) that results in the identification of a DNS server authoritative to the "." and the "com" portions of the URL. After partially resolving the modified URL according to the "." and "com" portions of the URL, the client computing device 102 then issues another DNS query for the URL that results in ".contentprovider" or "storageprovider" portion of the URL. The issuance of DNS queries corresponding to the "." and the "com" portions of a

-11-

ATI_KOVE_0000499
ATI_KOVE_0000255

URL, such as the Original URL or network storage provider URL, are well known and have not been illustrated.

[0037]    In an illustrative embodiment, the identification of the identification of a DNS server authoritative to the "contentprovider" corresponds to an IP address of a DNS server associated with the service provider 106.   In one embodiment, the IP address is a specific network address unique to DNS server component(s) of a specific POP associated with the service provider 106.   In another embodiment, the IP address can be shared by one or more POPs associated with the service provider 106, which may be geographically or logically distributed. In this embodiment, a DNS query to the shared IP address utilizes a one-to-many network routing schema, such as anycast, such a specific POP will receive the request as a function of network topology.  For example, in an anycast implementation, a DNS query issued by a client computing device 102 to a shared IP address will arrive at a DNS server component of the service provider 106 logically having the shortest network topology distance, often referred to as network hops, from the client computing device.  The network topology distance does not necessarily correspond to geographic distance.  However, in some embodiments, the network topology distance can be inferred to be the shortest network distance between a client computing device 102 and a service provider POP.

[0038]    With continued reference to FIGURE 4B, once one of the DNS servers in the service provider 106 receives the request, the specific DNS server attempts to resolve the request. In an illustrative embodiment, a specific DNS server can resolve the DNS query by identifying an IP address of a network storage provider storage component 142, 148, 154 (FIGURE 1) or the origin server component 114 and associated storage component 116 (FIGURE 1) that will process the request for the requested resource.  The identified IP address of a network storage provider storage component 142, 148, 154 (FIGURE 1) or the origin server component 114 and associated storage component 116 (FIGURE 1) will be generically referred to as the "storage component" or the "selected storage component."  Illustratively, the service provider 106 can utilize information provided by the content provider 104, information maintained by the service provider 106 and information provided by third parties to resolve client computing device DNS queries.

-12-

ATI_KOVE_0000500
ATI_KOVE_0000255

[0039] In an illustrative embodiment, the service provider 106 will utilize cost information, at least in part, to resolve a DNS request and identify an IP address of one or more storage components that will process (or can process) the request for the requested resource (e.g., resolve the client computing device DNS query). The resolution of a DNS query as a function of cost information may depend on the cost information maintained by the server provider 106 or cost information transmitted as part of the DNS query (e.g., cost information included in the URL). In one example, the cost information may designate that the content provider 104 has requested that the service provider 106 select the storage component that will process the request for the requested resource associated with the lowest current cost to the content provider 104 to provide the requested resource. Accordingly, the service provider 106 could obtain cost information from the content provider 104 and utilize the cost information in resolving the DNS query. In another example, the service provider 106 can utilized cost information associated with an attributed cost to the service provider to deliver the requested resource if an associated component of the service provider is also providing the requested resource on behalf of the content provider 104.

[0040] In another embodiment, the service provider 106 can attempt to resolve the DNS query according to geographic criteria. The geographic criteria can correspond to geographic-based regional service plans contracted between the service-provider 106 and the content provider 104 or a storage component and the content provider 104. Accordingly, a client computing device 102 DNS query received in a region not corresponding to the content provider's regional plan may be better processed by a storage component in region corresponding to the content provider's regional plan. In this example, the DNS server component 118 may also obtain geographic information from the client computing device 102 directly (such as information provided by the client computing device or ISP) or indirectly (such as inferred through a client computing device's IP address).

[0041] In a further embodiment, the service provider 106 can attempt resolve the DNS query according to service level criteria. The service level criteria can correspond to service or performance metrics contracted between the service provider 106 and the content provider 104 or between a storage component and the content provider 104. Examples of performance metrics can include thresholds for latencies of data transmission associated with

-13-

ATI_KOVE_0000501
ATI_KOVE_0000255

transmissions to the client computing devices 102, total data provided on behalf of the content provider 104, error rates for data transmissions, and the like.

[0042] In still a further embodiment, the service provider 106 can attempt to resolve the DNS query according to network performance criteria. The network performance criteria can correspond to measurements of network performance for transmitting data from the service provider 106 to the client computing device 102 or storage components to the client computing devices. Examples of network performance metrics can include network data transfer latencies (measured by the client computing device 102 or the service provider 106, network data error rates, and the like.

[0043] As an alternative to selecting a storage component (e.g., resolving the DNS query), the CDN service provider 106 can maintain sets of various alternative resource identifiers. The alternative resource identifiers can be provided by the CDN service provider 106 to the client computing device 102 such that a subsequent DNS query on the alternative resource identifier will resolve to a different DNS server component within the CDN service provider's network. In such an embodiment, the receiving DNS nameserver may utilize alternative resource identifiers in the form of one or more canonical name ("CNAME") records to provide additional request routing information. In one embodiment, each CNAME record identifies a domain of the service provider (e.g., "serviceprovider.com" or "serviceprovider-1.com"). As will be explained in greater detail below, the domain in the CNAME does not need to be the same domain found in original URL or network storage provider URL. Still further, the domain in the CNAME may be unique to the content provider or a common domain utilized by the service provider on behalf of a number of content providers. Additionally, each CNAME record includes additional information, such as request routing information, (e.g., "request routing information"). An illustrative CNAME record can have the form of:

CNAME    request_routing_information.serviceprovider.com

[0045] In a manner similar to the information described above, in an illustrative embodiment, each CNAME record includes additional information utilized by a receiving DNS name server for processing the DNS query. In an illustrative embodiment, the additional

-14-

ATI_KOVE_0000502
ATI_KOVE_0000255

information can include information or criteria utilized by the service provider 106 during the request routing process. The additional information included in the CNAME can be the same cost information provided in the original URL or network storage provider URL or additional/alternative costs information obtained by the service provider 106 and previously provided by the content provider 104. Illustratively, the additional information can include cost information, service level information, network performance information, client identifiers, content provider identifiers, or other identifiers used to look up request additional request routing information. An illustrative CNAME record can have the form of:

CNAME request_routing_information.cost_information.cdnprovider.com

[0046]    In an illustrative embodiment, the CNAME records are generated and provided by the DNS servers to direct a more appropriate DNS server of the service provider 106. As used in accordance with the present disclosure, appropriateness can be defined in any manner by the service provider 106 for a variety of purposes. In an illustrative embodiment, the service provider 106 will utilize the additional information, at least in part, to identify the more appropriate DNS server of the service provider 106.

[0047]    In one illustrative example, the additional information may designate the content provider 104 has requested that the cost associated with the providing the requested resource be maintained below one or more cost thresholds or cost tiers. Accordingly, the service provider 106 could obtain cost information for at least a portion of the POPs and select one or more DNS servers associated with a cost at or below the cost thresholds. The service provider 106 could then utilize other request routing criteria to select from the selected DNS server (if more than one DNS server is identified) or selected in accordance with other selections methodologies (e.g., random, round robin, etc.).

[0048]    In another illustrative example, the service provider 106 can attempt to direct a DNS query to DNS severs according to geographic criteria. The geographic criteria can correspond to geographic-based regional service plans contracted between the service-provider 106 and the content provider 104 in which various service provider 106 POPs are grouped into geographic regions. Accordingly, a client computing device 102 DNS query

-15-

ATI_KOVE_0000503
ATI_KOVE_0000255

received in a region not corresponding to the content provider's regional plan may be better processed by a DNS server in region corresponding to the content provider's regional plan. In this example, the DNS server component 118 may also obtain geographic information from the client directly (such as information provided by the client computing device or ISP) or indirectly (such as inferred through a client computing device's IP address).

[0049]    In a further illustrative example, the service provider 106 can attempt to direct a DNS query to DNS severs according to service level criteria. The service level criteria can correspond to service or performance metrics contracted between the service provider 106 and the content provider 104. Examples of performance metrics can include latencies of data transmission between the service provider POPs and the client computing devices 102, total data provided on behalf of the content provider 104 by the service provider POPs, error rates for data transmissions, and the like.

[0050]    In still a further example, the service provider 106 can attempt to direct a DNS query to DNS severs according to network performance criteria. The network performance criteria can correspond to measurements of network performance for transmitting data from the CDN service provider POPs to the client computing device 102. Examples of network performance metrics can include network data transfer latencies (measured by the client computing device or the service provider 106, network data error rates, and the like.

[0051]    In accordance with an illustrative embodiment, the DNS server maintains a data store that defines CNAME records for various URLs. If a DNS query corresponding to a particular URL matches an entry in the data store, the DNS server component 118 returns a CNAME record as defined in the data store. In an illustrative embodiment, the data store can include multiple CNAME records corresponding to a particular original URL. The multiple CNAME records would define a set of potential candidates that can be returned to the client computing device. In such an embodiment, the DNS server component 118, either directly or via a network-based service, can implement additional logic in selecting an appropriate CNAME from a set of possible of CNAMEs. In an illustrative embodiment, each DNS server component 118, 124, 130 maintains the same data stores that define CNAME records, which can be managed centrally by the service provider 106. Alternatively, each DNS server

-16-

component 118, 124, 130 can have a POP specific data stores that define CNAME records, which can be managed centrally by the service provider 106 or locally at the POP 116, 122, 128.

[0052]     With reference now to FIGURE 4C, upon receipt of the successful resolution of the DNS query (e.g., resulting in the returning of an IP address to the client computing device 102), the client computing device 102 transmits embedded resource requests to the IP address. In turn, the receiving storage component (either the network storage provider 110 or origin server component 114 and associated storage component 116) can process the request by providing the requested content. The requested content can be transmitted to the requesting client computing device 102 via the communication network 108.

[0053]     With reference now to FIGURE 5, one embodiment of a routine 500 implemented by the service provider 106 for managing registration of content provider 104 will be described. One skilled in the relevant art will appreciate that actions/steps outlined for routine 500 may be implemented by one or many computing devices/components that are associated with the service provider 106. Accordingly, routine 500 has been logically associated as being generally performed by the service provider 106, and thus the following illustrative embodiments should not be construed as limiting.

[0054]     At block 502, the service provider 106 obtains a request for providing DNS request routing services on behalf of a content provider 104. Illustratively, the request for providing DNS request routing services may be facilitated through a registration API in which the content provider specifies information necessary for the service provider 106 to begin hosting DNS nameserver functionality on behalf of the content provider. The transmission of the registration API (and associated information) may be an automatic process corresponding to an exchange of information between computing devices without need for administrator, or other human interaction. Alternatively, the transmission of the registration API (and associated information) may be an automatic process may be a manual, or semi-manual, process in which an administrator specifies at least a portion of the information necessary for the service provider 106 to begin hosting DNS nameserver functionality on behalf of the content provider. An illustrative screen display for the manual specification of at least a portion of the information necessary for the service provider 106 to begin hosting DNS nameserver functionality on behalf of the content provider will be described with regard to FIGURE 7.

-17-

[0055]    At block 504, the service provider 106 obtains the identification of the content provider domains and the storage components, cost information, request routing information or other information that will be utilized by the service provider in processing and resolving the DNS queries.    Illustratively, the service provider 106 can obtain at least a portion of the information from the registration API.    Additionally, the service provider 106 can request additional information from the content provider 104 or other third parties, such as network storage provider 110.    At block 506, the service provider 106 generates request routing rules and information utilized in resolving DNS queries or providing CNAMES.    For example, the service provider 106 may generate, update, or modify a table of CNAMES in accordance with the registration information.    At block 508, the service provider 106 registers its DNS nameservers with the appropriate entities such that the service provider 106 can begin receiving DNS queries directed toward the specified content provider domains.    The registration of IP addresses for DNS nameserver components is well known and will not be described in greater detail.    At block 510, the routine 500 terminates.

[0056]    With reference now to FIGURE 6, a request routing processing routine 600 implemented by the service provider 106 will be described.    One skilled in the relevant art will appreciate that actions/steps outlined for routine 600 may be implemented by one or many computing devices/components that are associated with the service provider 106.    Accordingly, routine 600 has been logically associated as being performed by the service provider 106.

[0057]    At block 602, the service provider 106 obtains a DNS query corresponding to resource identifier, such as at a "receiving DNS server."    In an embodiment, the one of th4e DNS servers associated with the service provider 106 may directly receive the DNS query transmitted by a client computing device 102 or on behalf of a client computing device 102.    Alternatively, the service provider may receive information associated with a DNS query via an API transmitted by a computing device receiving the DNS query transmitted by a client computing device 102 or on behalf of a client computing device 102.

[0058]    As previously discussed, the resource identifier can be a URL that has been embedded in content requested by the client computing device 102 and previously provided by the content provider 104.    Alternatively, the resource identifier can also correspond to a CNAME provided by a content provider DNS server in response to a DNS query previously received from

-18-

the client computing device 102. At block 604, the receiving DNS server obtains content provider additional request routing information. As described above, in an illustrative embodiment, the additional request routing information may be maintained by the service provider 106 or included, at least in part, in the URL or CNAME. Such additional request routing information may specify that the service provider 106 should utilize additional request routing information in attempting to resolve the DNS query. As previously discussed, the additional request routing information can include cost information, service level information, geographic information, network performance information, and the like. The additional request routing information may be in the form of one or more thresholds (maximum, intermediate or minimum), ranges, averages, logic statements, declarative criteria, and the like.

[0059]     At decision block 606, a test is conducted to determine whether the current DNS server is authoritative to resolve the DNS query. In one illustrative embodiment, the DNS server can determine whether it is authoritative to resolve the DNS query if there are no CNAME records corresponding to the received resource identifier. For example, based on the receiving DNS server may maintain one or more CNAMEs that define various cost alternatives for request routing processing. In this embodiment, the receiving DNS can utilize the additional request routing information obtained in block 604 to select the appropriate CNAME. Alternatively, the receiving DNS may select a CNAME without requiring additional information from the URL or CNAME. In one example, the additional request routing information may designate that the content provider 104 has requested that the service provider 106 select the DNS server of the service provider 106 associated with the lowest current cost to provide the requested resource. Accordingly, the service provider 106 could obtain additional request routing information for at least a portion of the POPs and select a CNAME corresponding to a DNS server associated with the lowest cost.

[0060]     In another example, the additional request routing information may designate the content provider 104 has requested that the cost associated with the providing the requested resource be maintained below one or more cost thresholds or cost tiers so long as a maximum average latency threshold is maintained. Accordingly, the service provider 106 could obtain cost information and latency information associated for at least a portion of the POPs and select a CNAME corresponding to a DNS server associated with a cost satisfying the specified cost

-19-

ATI_KOVE_0000507
ATI_KOVE_0000255

threshold. Alternative or additional methodologies may also be practiced to determine whether the DNS server is authoritative.

[0061]    If the current DNS server is authoritative (including a determination that the same DNS server will be authoritative for subsequent DNS queries), the current DNS server resolves the DNS query by returning the IP address of cache server component at block 608. In a non-limiting manner, a number of methodologies for selecting an appropriate resource cache component have been previously discussed. Additionally, the service provider 106 can obtain real time or semi-real time information regarding that status of the various available storage components, such as a current load, availability, resource utilization, health information, and the like. Still further, as described above, the IP address may correspond to a specific cache server of a resource cache component or generally to group of cache servers. The identification of the IP address may be provided to the client computing device 102 responsive to the received DNS query. Alternatively, if the DNS query was received as an API, the identification of the IP address may be provided via an API.

[0062]    Alternatively, if at decision block 606, the DNS server is not authoritative, at block 610, the DNS server component selects and transmits an alternative resource identifier. As described above, the DNS server component can utilize a data store to identify an appropriate CNAME as a function of the current DNS query. Additionally, the DNS server component can also implement additional logical processing to select from a set of potential CNAMES. Illustratively, the identification of the selected CNAMES may be provided to the client computing device 102 responsive to the received DNS query. Alternatively, if the DNS query was received as an API, the identification of the CNAME may be provided via an API. At block 612, different DNS server components 118, 124, 130 receive a DNS query corresponding to the CNAME. The routine 600 then returns to decision block 606 and continues to repeat as appropriate.

[0063]    With reference now to FIGURE 7, one illustrative embodiment of a user interface or screen display 700 in which information for registering a content provider 104 for request routing functionality with a service provider 106 will now be described. In this illustrative embodiment, the screen display 700 corresponds to a Web page or software

-20-

application display illustrating specification of request routing parameters to processing DNS queries for content provider resources.

[0064]     The screen display 700 includes a first portion identifying the embedded resources, such as an embedded resource the storage components will provide, such as name 702, an embedded resource type 704, and a size of the embedded resource 706. The identifying information may be manually entered, or automatically filled in the service provider 106 or network storage provider 110. The screen display 700 includes as second portion for identifying the location of the storage components that will provided the resources, such as components 708 and 710. The second portion can also include various cost information, such as cost codes, or other request routing information that specifies criteria utilized by the service provider 106 to select among storage components.

[0065]     With continued reference to FIGURE 7, the screen display 700 includes two additional sections 712, 714 for specifying additional information utilized in request routing, such as regional or geographic information and service level information. The screen display 700 also includes controls 716 for causing the submission of the registration information. One skilled in the relevant art will appreciate that the screen display 700 is illustrative in nature and that additional or alternative interface display components may be utilized. Additionally, additional or alternative screen displays may be implemented based on the association/relationship of the content provider 104 with other service providers, such as a network storage provider 110 or a CDN service provider.

[0066]     It will be appreciated by those skilled in the art and others that all of the functions described in this disclosure may be embodied in software executed by one or more processors of the disclosed components and mobile communication devices. The software may be persistently stored in any type of non-volatile storage.

[0067]     Conditional language, such as, among others, "can," "could," "might," or "may," unless specifically stated otherwise, or otherwise understood within the context as used, is generally intended to convey that certain embodiments include, while other embodiments do not include, certain features, elements and/or steps. Thus, such conditional language is not generally intended to imply that features, elements and/or steps are in any way required for one or more embodiments or that one or more embodiments necessarily include logic for deciding, with or

-21-

ATI_KOVE_0000509
ATI_KOVE_0000255

without user input or prompting, whether these features, elements and/or steps are included or are to be performed in any particular embodiment.

[0068]    Any process descriptions, elements, or blocks in the flow diagrams described herein and/or depicted in the attached figures should be understood as potentially representing modules, segments, or portions of code which include one or more executable instructions for implementing specific logical functions or steps in the process. Alternate implementations are included within the scope of the embodiments described herein in which elements or functions may be deleted, executed out of order from that shown or discussed, including substantially concurrently or in reverse order, depending on the functionality involved, as would be understood by those skilled in the art. It will further be appreciated that the data and/or components described above may be stored on a computer-readable medium and loaded into memory of the computing device using a drive mechanism associated with a computer readable storing the computer executable components such as a CD-ROM, DVD-ROM, or network interface further, the component and/or data can be included in a single device or distributed in any manner. Accordingly, general purpose computing devices may be configured to implement the processes, algorithms, and methodology of the present disclosure with the processing and/or execution of the various data and/or components described above.

[0069]    It should be emphasized that many variations and modifications may be made to the above-described embodiments, the elements of which are to be understood as being among other acceptable examples. All such modifications and variations are intended to be included herein within the scope of this disclosure and protected by the following claims.

Clause 1. A computer-implemented method for managing resource requests comprising:

obtaining a request routing inquiry from a content provider at a service provider, the request routing inquiry corresponds to a request for request routing functionality by the service provider on behalf of the content provider;

causing generation, by the service provider, of a user interface for request routing functionality by the service provider on behalf of the content provider;

obtaining registration information at the service provider for registering the one or more domains associated with the content provider with the service provider, the registration

ATI_KOVE_0000510
ATI_KOVE_0000255

information including a request by the content provider to request DNS query processing functionality by the service provider;

obtaining a DNS query from a client computing device at a first DNS server, wherein the DNS query corresponds to a requested resource associated with an original resource identifier provided by a content provider, wherein the original resource identifier corresponds to the one or more domains associated with the content provider and wherein the first DNS server corresponds to the service provider that is different from the content provider;

determining whether the first DNS server is authoritative to the DNS query as a function of additional information associated with the content provider, wherein at least a portion of the additional information is included in the DNS query;

obtaining an alternative resource identifier based on information associated with the client computing device and the content provider if the DNS server is determined not to be authoritative, wherein the alternative resource identifier includes request routing information not included in the original resource identifier and wherein the alternative resource identifier is selected at least in part on the additional information associated with the content provider;

transmitting the alternative resource identifier to the client computing device;

obtaining a subsequent DNS query from the client computing device at a second DNS server, wherein the subsequent DNS query corresponds to the alternative resource identifier provided by the service provider and wherein the second DNS server corresponds to the service provider that is different from the content provider;

determining whether the second DNS server is authoritative to the subsequent DNS query; and

selecting a cache component for providing content associated with the original resource request if the second DNS server is authoritative to the second DNS query; and

transmitting information identifying the selected cache component if the second DNS server is determined to be authoritative.

Clause 2. The method as recited in Clause 1, wherein the original resource identifier corresponds to a uniform resource locator provided by the content provider.

Clause 3. The method as recited in Clause 1, wherein the alternative resource identifier corresponds to a canonical name record identifier.

-23-

ATI_KOVE_0000511
ATI_KOVE_0000255

Clause 4.  The method as recited in Clause 1 further comprising parsing the original resource identifier to obtain the cost information.

Clause 5.  The method as recited in Clause 1, wherein the one or more resources correspond to one or more embedded resources.

Clause 6.  The method as recited in Clause 1, wherein processing data corresponding to the registration of the one or more resources with the service provider comprises notifying the content provider of the registration of the one or more resources with the service provider.

Clause 7.  The method as recited in Clause 1 further comprising:

obtaining a second alternative resource identifier based on information associated with the client computing device and the content provider if the second DNS server is determined not to be authoritative to the subsequent DNS query, wherein the second alternative resource identifier includes request routing information not included in the original resource identifier or the alternative resource identifier;

transmitting the alternative resource identifier to the client computing device;

obtaining a second subsequent DNS query from the client computing device at a third DNS server, wherein the second subsequent DNS query corresponds to the second alternative resource identifier provided by the service provider and wherein the third DNS server corresponds to the service provider that is different from the content provider;

determining whether the third DNS server is authoritative to the second subsequent DNS query; and

selecting a cache component for providing content associated with the original resource request if the third DNS server is authoritative to the second subsequent DNS query; and

transmitting information identifying the selected cache component if the third DNS server is determined to be authoritative to the second subsequent DNS query.

Clause 8.  A computer implemented method for managing request routing functionality comprising:

obtaining registration information at a service provider for registering one or more content providers with the service provider, the registration corresponding to hosting at least of portion of request routing functionality associated with one or more resources provided by the content provider; and

-24-

ATI_KOVE_0000512
ATI_KOVE_0000255

obtaining a DNS query from a client computing device at a first DNS server, wherein the DNS query corresponds to a requested resource associated with a resource identifier and wherein the first DNS server corresponds to the service provider; and

providing the client computing device with at least one of an identifier corresponding to a storage component for the requested resource based on supplemental request routing information not included in the resource request and an alternative resource identifier query to resolve to a domain corresponding to the service provider and the supplemental request routing information not included in the first resource identifier.

Clause 9. The method as recited in Clause 8, wherein the one or more resources correspond to one or more embedded resources.

Clause 10. The method as recited in Clause 8, wherein the one or more resources correspond to a domain associated with the content provider

Clause 11. The method as recited in Clause 8, wherein the storage component corresponds to at least one of the content provider, the service provider and a network storage provider.

Clause 12. The method as recited in Clause 8, wherein the request routing information comprises service level plan information.

Clause 13. The method as recited in Clause 8, wherein the request routing information comprises geographic selection information.

Clause 14. The method as recited in Clause 8, wherein the request routing information comprises cost information associated with one or more storage components.

Clause 15. The method as recited in Clause 8 further comprising causing generation, by the service provider, of a user interface for registering the one or more domains associated with the content provider with the service provider.

Clause 16. A system for request routing comprising:

an interface component for obtaining registration information at a service provider for registering one or more content providers with the service provider, the registration corresponding to hosting at least of portion of request routing functionality associated with one or more resources provided by the content provider

-25-

ATI_KOVE_0000513
ATI_KOVE_0000255

a first network point of presence associated with a service provider, wherein the first network point of presence includes a DNS server component that receives a DNS query from a client computing device, wherein the DNS query corresponds to a requested resource associated with a first resource identifier, and wherein the DNS server in the first network point of presence is operable to:

determine that the first resource identifier is associated with an alternative resource identifier as a function of request routing criteria associated with a content provider; and

transmit an alternative resource identifier to the client computing device, wherein the alternative resource identifier includes information for causing a DNS query to resolve to a domain corresponding to the service provider;

a second network point of presence associated with a service provider, wherein the second network point of presence includes a DNS server component that receives a subsequent DNS query from a client computing device, wherein the subsequent DNS query corresponds to a requested resource associated with the alternative resource identifier, and wherein the DNS server in the second network point of presence is operable to:

resolve the subsequent DNS query to identify a cache component for providing content associated with the original resource request; and

transmit information identifying the identified cache component to the client computing device.

Clause 17. The system as recited in Clause 16, wherein the original resource identifier includes at least a portion of the request routing criteria.

Clause 18. The system as recited in Clause 16, wherein the DNS server in the first network point of presence is further operable to obtain at least a portion of the cost information.

Clause 19. The system as recited in Clause 16, wherein the alternative resource identifier corresponds to a canonical name record identifier.

Clause 20. The system as recited in Clause 16, wherein the request routing criteria includes regional service information and wherein the alternative resource identifier includes information identifying a regional service plan provided by the service provider.

-26-

ATI_KOVE_0000514
ATI_KOVE_0000255

Clause 21. The system as recited in Clause 20, wherein the DNS server in the first network point of presence is operable to obtain the information corresponding to a geographic location of the client computing device.

Clause 22. The system as recited in Clause 16, wherein information identifying the identified cache component to the client computing device includes a network address of a cache component associated with the content provider.

Clause 23. The system as recited in Clause 16, wherein information identifying the identified cache component to the client computing device includes a network address of a cache component associated with a third party service provider.

Clause 24. The system as recited in Clause 16, wherein the request routing criteria includes cost information and wherein the alternative resource identifier includes information identifying a cost plan provided by the service provider.

Clause 25. The system as recited in Clause 16, wherein the request routing criteria includes network performance information and wherein the alternative resource identifier includes information identifying a network performance plan provided by the service provider.

ATI_KOVE_0000515
ATI_KOVE_0000255

WHAT IS CLAIMED IS:

1.      A computer-implemented method for managing request routing functionality comprising:

obtaining registration information at a service provider for registering one or more content providers with the service provider, the registration corresponding to hosting at least of portion of request routing functionality associated with one or more resources provided by the content provider; and

obtaining a DNS query from a client computing device at a first DNS server, wherein the DNS query corresponds to a requested resource associated with a resource identifier and wherein the first DNS server corresponds to the service provider; and

providing the client computing device with at least one of an identifier corresponding to a storage component for the requested resource based on supplemental request routing information not included in the resource request and an alternative resource identifier query to resolve to a domain corresponding to the service provider and the supplemental request routing information not included in the first resource identifier.

2.      The method as recited in Claim 1, wherein the one or more resources correspond to one or more embedded resources.

3.      The method as recited in Claim 1, wherein the one or more resources correspond to a domain associated with the content provider

4.      The method as recited in Claim 1, wherein the storage component corresponds to at least one of the content provider, the service provider and a network storage provider.

5.      The method as recited in Claim 1, wherein the request routing information comprises at least one of service level plan information and geographic selection information.

6.      The method as recited in Claim 1, wherein the request routing information comprises cost information associated with one or more storage components.

7.      The method as recited in Claim 1 further comprising causing generation, by the service provider, of a user interface for registering the one or more domains associated with the content provider with the service provider.

8.      A system for request routing comprising:

an interface component for obtaining registration information at a service provider

-28-

ATI_KOVE_0000516
ATI_KOVE_0000255

for registering one or more content providers with the service provider, the registration corresponding to hosting at least of portion of request routing functionality associated with one or more resources provided by the content provider

a first network point of presence associated with a service provider, wherein the first network point of presence includes a DNS server component that receives a DNS query from a client computing device, wherein the DNS query corresponds to a requested resource associated with a first resource identifier, and wherein the DNS server in the first network point of presence is operable to:

determine that the first resource identifier is associated with an alternative resource identifier as a function of request routing criteria associated with a content provider; and

transmit an alternative resource identifier to the client computing device, wherein the alternative resource identifier includes information for causing a DNS query to resolve to a domain corresponding to the service provider;

a second network point of presence associated with a service provider, wherein the second network point of presence includes a DNS server component that receives a subsequent DNS query from a client computing device, wherein the subsequent DNS query corresponds to a requested resource associated with the alternative resource identifier, and wherein the DNS server in the second network point of presence is operable to:

resolve the subsequent DNS query to identify a cache component for providing content associated with the original resource request; and

transmit information identifying the identified cache component to the client computing device.

9.      The system as recited in Claim 8, wherein the original resource identifier includes at least a portion of the request routing criteria.

10.     The system as recited in Claim 8, wherein the DNS server in the first network point of presence is further operable to obtain at least a portion of the cost information.

11.     The system as recited in Claim 8, wherein the alternative resource identifier corresponds to a canonical name record identifier.

-29-

12.     The system as recited in Claim 8, wherein the request routing criteria includes regional service information and wherein the alternative resource identifier includes information identifying a regional service plan provided by the service provider.

13.     The system as recited in Claim 8, wherein information identifying the identified cache component to the client computing device includes a network address of a cache component associated with the content provider.

14.     The system as recited in Claim 8, wherein information identifying the identified cache component to the client computing device includes a network address of a cache component associated with a third party service provider.

15.     The system as recited in Claim 8, wherein the request routing criteria includes cost information and wherein the alternative resource identifier includes information identifying a cost plan provided by the service provider.

16.     The system as recited in Claim 8, wherein the request routing criteria includes network performance information and wherein the alternative resource identifier includes information identifying a network performance plan provided by the service provider.

ATI_KOVE_0000518
ATI_KOVE_0000255



*Fig.1.*

ATI_KOVE_0000519
ATI_KOVE_0000255



*Fig.2.*

ATI_KOVE_0000520
ATI_KOVE_0000255



*Fig.3.*

ATI_KOVE_0000521
ATI_KOVE_0000255



*Fig.4A.*

ATI_KOVE_0000522
ATI_KOVE_0000255



*Fig. 4B.*



*Fig.4C.*

ATI_KOVE_0000524
ATI_KOVE_0000255



START CONTENT PROVIDER REGISTRATION ROUTINE

500

OBTAIN REQUEST FOR PROVIDING DNS REQUEST ROUTING SERVICES

502

OBTAIN IDENTIFICATION OF STORAGE COMPONENTS AND ADDITIONAL REQUEST ROUTING INFORMATION ASSOCIATED WITH CONTENT PROVIDER

504

GENERATE REQUEST ROUTING PROCESSING RULES

506

REGISTER SERVICE PROVIDER DNS COMPONENTS

508

END

510

*Fig.5.*

ATI_KOVE_0000525
ATI_KOVE_0000255



*Fig. 6.*

ATI_KOVE_0000526
ATI_KOVE_0000255



*Fig. 7.*

## INTERNATIONAL SEARCH REPORT

**A. CLASSIFICATION OF SUBJECT MATTER**

INV. H04L29/12    H04L29/06    H04L29/08
ADD.

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)

H04L

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

EPO-Internal, INSPEC, WPI Data

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US 2009/327517 A1 (SIVASUBRAMANIAN SWAMINATHAN [US] ET AL) 31 December 2009 (2009-12-31) the whole document ----- | 1-16 |
| A | US 2003/149581 A1 (CHAUDHRI IMRAN [US] ET AL) 7 August 2003 (2003-08-07) figures 7,16-21 paragraphs [0092] - [0095], [0167] - [0182], [0215] ----- | 1,7,8 |

☐ Further documents are listed in the continuation of Box C.    ☒ See patent family annex.

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 21 November 2011 | 28/11/2011 |

| Name and mailing address of the ISA/ | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2 NL - 2280 HV Rijswijk Tel. (+31-70) 340-2040, Fax: (+31-70) 340-3016 | Tyszka, Krzysztof |

Form PCT/ISA/210 (second sheet) (April 2005)

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| US 2009327517 | A1 | 31-12-2009 | CA | 2726915 A1 | 07-01-2010 |
| | | | CN | 102077189 A | 25-05-2011 |
| | | | EP | 2294515 A1 | 16-03-2011 |
| | | | KR | 20110040875 A | 20-04-2011 |
| | | | US | 2009327517 A1 | 31-12-2009 |
| | | | US | 2011153736 A1 | 23-06-2011 |
| | | | WO | 2010002603 A1 | 07-01-2010 |
| US 2003149581 | A1 | 07-08-2003 | NONE | | |

Form PCT/ISA/210 (patent family annex) (April 2005)

ATI_KOVE_0000529
ATI_KOVE_0000255

# PATENT COOPERATION TREATY

| From the INTERNATIONAL SEARCHING AUTHORITY | **PCT** |
|---|---|
| To:<br>Uribe, Mauricio A.<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>ETATS-UNIS D'AMERIQUE | NOTIFICATION OF TRANSMITTAL OF<br>THE INTERNATIONAL SEARCH REPORT AND<br>THE WRITTEN OPINION OF THE INTERNATIONAL<br>SEARCHING AUTHORITY, OR THE DECLARATION |

|  | (PCT Rule 44.1) |
|---|---|
|  | Date of mailing<br>*(day/month/year)*<br>30 March 2012 (30-03-2012) |

| Applicant's or agent's file reference<br>SEAZN-443WO | **FOR FURTHER ACTION**   See paragraphs 1 and 4 below |
|---|---|
| International application No.<br>PCT/US2011/061486 | International filing date<br>*(day/month/year)*<br>18 November 2011 (18-11-2011) |

Applicant

AMAZON TECHNOLOGIES, INC.

---

1. [X] The applicant is hereby notified that the international search report and the written opinion of the International Searching Authority have been established and are transmitted herewith.

   **Filing of amendments and statement under Article 19:**
   The applicant is entitled, if he so wishes, to amend the claims of the International Application (see Rule 46):

   **When?** The time limit for filing such amendments is normally two months from the date of transmittal of the International Search Report.

   **Where?** Directly to the International Bureau of WIPO, 34 chemin des Colombettes
   1211 Geneva 20, Switzerland, Facsimile No.: (41-22) 338.82.70

   For more detailed instructions, see *PCT Applicant's Guide*, International Phase, paragraphs 9.004 - 9.011.

2. [ ] The applicant is hereby notified that no international search report will be established and that the declaration under Article 17(2)(a) to that effect and the written opinion of the International Searching Authority are transmitted herewith.

3. [ ] With regard to any protest against payment of (an) additional fee(s) under Rule 40.2, the applicant is notified that:

   [ ] the protest together with the decision thereon has been transmitted to the International Bureau together with the applicant's request to forward the texts of both the protest and the decision thereon to the designated Offices.

   [ ] no decision has been made yet on the protest; the applicant will be notified as soon as a decision is made.

4. **Reminders**

   The applicant may submit comments on an informal basis on the written opinion of the International Searching Authority to the International Bureau. The International Bureau will send a copy of such comments to all designated Offices unless an international preliminary examination report has been or is to be established. Following the expiration of 30 months from the priority date, these comments will also be made available to the public.

   Shortly after the expiration of **18 months** from the priority date, the international application will be published by the International Bureau. If the applicant wishes to avoid or postpone publication, a notice of withdrawal of the international application, or of the priority claim, must reach the International Bureau before completion of the technical preparations for international publication (Rules 90*bis*.1 and 90*bis*.3).

   Within **19 months** from the priority date, but only in respect of some designated Offices, a demand for international preliminary examination must be filed if the applicant wishes to postpone the entry into the national phase **until 30 months** from the priority date (in some Offices even later); otherwise, the applicant must, **within 20 months** from the priority date, perform the prescribed acts for entry into the national phase before those designated Offices.

   In respect of other designated Offices, the time limit of **30 months** (or later) will apply even if no demand is filed within 19 months.

   For details about the applicable time limits, Office by Office, see www.wipo.int/pct/en/texts/time_limits.html and the *PCT Applicant's Guide*, National Chapters.

| Name and mailing address of the International Searching Authority | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL-2280 HV Rijswijk<br>Tel. (+31-70) 340-2040<br>Fax: (+31-70) 340-3016 | RUMMERY, Audrey<br>Tel: +49 (0)30 25901-707 |

Form PCT/ISA/220 (July 2010)

ATI_KOVE_0000530
ATI_KOVE_0000255

# PCT

## INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference | **FOR FURTHER ACTION** | see Form PCT/ISA/220 as well as, where applicable, item 5 below. |
|---|---|---|
| SEAZN-443WO | | |
| International application No. | International filing date *(day/month/year)* | (Earliest) Priority Date *(day/month/year)* |
| PCT/US2011/061486 | 18/11/2011 | 22/11/2010 |
| Applicant | | |
| AMAZON TECHNOLOGIES, INC. | | |

---

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of _____4_____ sheets.

[X] It is also accompanied by a copy of each prior art document cited in this report.

1. **Basis of the report**

   a. With regard to the **language**, the international search was carried out on the basis of:

      [X] the international application in the language in which it was filed

      [ ] a translation of the international application into _____, which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b))

   b. [ ] This international search report has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43.6*bis*(a)).

   c. [ ] With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, see Box No. I.

2. [ ] **Certain claims were found unsearchable** (See Box No. II)

3. [ ] **Unity of invention is lacking** (see Box No III)

4. With regard to the **title**,

   [X] the text is approved as submitted by the applicant

   [ ] the text has been established by this Authority to read as follows:

5. With regard to the **abstract**,

   [X] the text is approved as submitted by the applicant

   [ ] the text has been established, according to Rule 38.2(b), by this Authority as it appears in Box No. IV. The applicant may, within one month from the date of mailing of this international search report, submit comments to this Authority

6. With regard to the **drawings**,

   a. the figure of the **drawings** to be published with the abstract is Figure No. _1_

      [X] as suggested by the applicant

      [ ] as selected by this Authority, because the applicant failed to suggest a figure

      [ ] as selected by this Authority, because this figure better characterizes the invention

   b. [ ] none of the figures is to be published with the abstract

Form PCT/ISA/210 (first sheet) (July 2009)

ATI_KOVE_0000531
ATI_KOVE_0000255

# INTERNATIONAL SEARCH REPORT

**A. CLASSIFICATION OF SUBJECT MATTER**
INV. H04L29/06    H04L29/12    H04L29/08
ADD.

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
H04L

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

EPO-Internal, WPI Data

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US 2006/036720 A1 (FAULK ROBERT L JR [US]) 16 February 2006 (2006-02-16) paragraph [0033] - paragraph [0038] paragraph [0044] paragraph [0050] ----- | 1-15 |
| X | US 2006/112176 A1 (LIU ZAIDE E [US] ET AL LIU ZAIDE LDQUO EDWARD RDQUO [US] ET AL) 25 May 2006 (2006-05-25) paragraph [0023] paragraph [0462] - paragraph [0465] claims 16-19 ----- | 1-15 |
| X | US 2006/075084 A1 (LYON BARRETT [US]) 6 April 2006 (2006-04-06) paragraph [0011] paragraph [0024] - paragraph [0025] paragraph [0135] - paragraph [0147] ----- | 1-15 |

-/--

[X] Further documents are listed in the continuation of Box C.    [X] See patent family annex.

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance
"E" earlier document but published on or after the international filing date
"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)
"O" document referring to an oral disclosure, use, exhibition or other means
"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention
"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone
"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art
"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 26 March 2012 | 30/03/2012 |

| Name and mailing address of the ISA/ European Patent Office, P.B. 5818 Patentlaan 2 NL - 2280 HV Rijswijk Tel. (+31-70) 340-2040, Fax: (+31-70) 340-3016 | Authorized officer Tous Fajardo, Juan |

Form PCT/ISA/210 (second sheet) (April 2005)

page 1 of 2

ATI_KOVE_0000532
ATI_KOVE_0000255

| C(Continuation). DOCUMENTS CONSIDERED TO BE RELEVANT | | |
|---|---|---|
| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| X | WO 2007/007960 A1 (KT CORP [KR]; KWON YOUNG KWAN [KR]; OH SE MAN [KR]; LEE SANG YOUB [KR]) 18 January 2007 (2007-01-18) page 1, line 26 - page 2, line 16 page 4, line 4 - line 26 page 6, line 10 - page 8, line 8 ----- | 1-15 |

1

Form PCT/ISA/210 (continuation of second sheet) (April 2005)

ATI_KOVE_0000533
ATI_KOVE_0000255

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| US 2006036720 | A1 | 16-02-2006 | NONE | | |
| US 2006112176 | A1 | 25-05-2006 | US | 2006112176 A1 | 25-05-2006 |
| | | | US | 2010257258 A1 | 07-10-2010 |
| US 2006075084 | A1 | 06-04-2006 | EP | 1812867 A2 | 01-08-2007 |
| | | | US | 2006075084 A1 | 06-04-2006 |
| | | | US | 2006075491 A1 | 06-04-2006 |
| | | | US | 2009037592 A1 | 05-02-2009 |
| | | | WO | 2006039529 A2 | 13-04-2006 |
| | | | WO | 2006039629 A2 | 13-04-2006 |
| WO 2007007960 | A1 | 18-01-2007 | EP | 1902375 A1 | 26-03-2008 |
| | | | US | 2008155694 A1 | 26-06-2008 |
| | | | WO | 2007007960 A1 | 18-01-2007 |

Form PCT/ISA/210 (patent family annex) (April 2005)

ATI_KOVE_0000534
ATI_KOVE_0000255

# PATENT COOPERATION TREATY

From the
INTERNATIONAL SEARCHING AUTHORITY

| To:<br><br>see form PCT/ISA/220 | # PCT<br><br>WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY<br><br>(PCT Rule 43*bis*.1) |
|---|---|

| | Date of mailing<br>*(day/month/year)* see form PCT/ISA/210 (second sheet) |
|---|---|

| Applicant's or agent's file reference<br>see form PCT/ISA/220 | **FOR FURTHER ACTION**<br>See paragraph 2 below | |
|---|---|---|

| International application No.<br>PCT/US2011/061486 | International filing date *(day/month/year)*<br>18.11.2011 | Priority date *(day/month/year)*<br>22.11.2010 |
|---|---|---|

International Patent Classification (IPC) or both national classification and IPC
INV. H04L29/06 H04L29/12 H04L29/08

Applicant
AMAZON TECHNOLOGIES, INC.

1. This opinion contains indications relating to the following items:

    ☒ Box No. I     Basis of the opinion

    ☐ Box No. II     Priority

    ☐ Box No. III     Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

    ☐ Box No. IV     Lack of unity of invention

    ☒ Box No. V     Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step and industrial applicability; citations and explanations supporting such statement

    ☐ Box No. VI     Certain documents cited

    ☐ Box No. VII     Certain defects in the international application

    ☐ Box No. VIII     Certain observations on the international application

2. **FURTHER ACTION**

    If a demand for international preliminary examination is made, this opinion will usually be considered to be a written opinion of the International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 66.1*bis*(b) that written opinions of this International Searching Authority will not be so considered.

    If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

    For further options, see Form PCT/ISA/220.

3. For further details, see notes to Form PCT/ISA/220.

| Name and mailing address of the ISA:<br><br>European Patent Office<br>Gitschiner Str. 103<br>D-10958 Berlin<br>Tel. +49 30 25901 - 0<br>Fax: +49 30 25901 - 840 | Date of completion of<br>this opinion<br>see form<br>PCT/ISA/210 | Authorized Officer<br><br>Tous Fajardo, Juan<br><br>Telephone No. +49 30 25901-489 |
|---|---|---|

Form PCT/ISA/237 (Cover Sheet) (July 2009)

ATI_KOVE_0000535
ATI_KOVE_0000255

---

**Box No. I    Basis of the opinion**

1. With regard to the **language**, this opinion has been established on the basis of:

   ☒ the international application in the language in which it was filed

   ☐ a translation of the international application into  , which is the language of a translation furnished for the
   purposes of international search (Rules 12.3(a) and 23.1 (b)).

2. ☐ This opinion has been established taking into account the **rectification of an obvious mistake** authorized
   by or notified to this Authority under Rule 91 (Rule 43bis.1(a))

3. With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, this
   opinion has been established on the basis of a sequence listing filed or furnished:

   a. (means)

   ☐ on paper

   ☐ in electronic form

   b. (time)

   ☐ in the international application as filed

   ☐ together with the international application in electronic form

   ☐ subsequently to this Authority for the purposes of search

4. ☐ In addition, in the case that more than one version or copy of a sequence listing has been filed or furnished,
   the required statements that the information in the subsequent or additional copies is identical to that in the
   application as filed or does not go beyond the application as filed, as appropriate, were furnished.

5. Additional comments:

---

**Box No. V    Reasoned statement under Rule 43bis.1(a)(i) with regard to novelty, inventive step or
industrial applicability; citations and explanations supporting such statement**

1. Statement

   | | | | |
   |---|---|---|---|
   | Novelty (N) | Yes: | Claims | 3-5, 7, 12-14 |
   | | No: | Claims | 1, 2, 6, 8-11, 15 |
   | Inventive step (IS) | Yes: | Claims | |
   | | No: | Claims | 1-15 |
   | Industrial applicability (IA) | Yes: | Claims | 1-15 |
   | | No: | Claims | |

2. Citations and explanations

   **see separate sheet**

ATI_KOVE_0000536
ATI_KOVE_0000255

## Re Item V

1    Reference is made to the following documents:

    D1    US 2006/036720 A1 (FAULK ROBERT L JR [US]) 16 February 2006 (2006-02-16)

    D2    US 2006/112176 A1 (LIU ZAIDE E [US] ET AL LIU ZAIDE LDQUO EDWARD RDQUO [US] ET AL) 25 May 2006 (2006-05-25)

    D3    US 2006/075084 A1 (LYON BARRETT [US]) 6 April 2006 (2006-04-06)

    D4    WO 2007/007960 A1 (KT CORP [KR]; KWON YOUNG KWAN [KR]; OH SE MAN [KR]; LEE SANG YOUB [KR]) 18 January 2007 (2007-01-18)

2    The present application does not meet the criteria of Article 33(2) PCT, because the subject-matter of claim 1 is not new.

D1 discloses

A method for managing DNS queries comprising:
determining, at a service provider, whether DNS queries associated with an identifiable domain exceed a threshold number of DNS queries that can be processed by a service provider (see paragraphs [0034] and [0038]);
determining, at the service provider, whether to filter the one or more DNS queries based on the threshold number of DNS queries (see paragraphs [0034] and [0038]); and
causing, at the service provider, the selective filtering of at least one of the one or more DNS queries based on the determination, wherein the selective filtering of the at least one or more DNS queries corresponds to the selective filtering of DNS queries based on assigned network addresses for the DNS server authoritative for the identified domain (see paragraphs [0034] and [0038]).

3    The present application does not meet the criteria of Article 33(2) PCT, because the subject-matter of claim 9 is not new.

System claim 9 corresponds to method claim 1. D1 discloses also the system for carrying out the method as defined by claim 1.

ATI_KOVE_0000537
ATI_KOVE_0000255

4       It is further noted that documents D2-D4 disclose also the subject-matter of
        claims 1 and 9 (see the citations in the search report).

5       Dependent claims 2-8, 10-15 do not contain any features which, in
        combination with the features of any claim to which they refer, meet the
        requirements of the PCT in respect of novelty and/or inventive step, because
        they are either disclosed by D1-D4 (see the citations in the search report) or
        are obvious to the skilled-person.

ATI_KOVE_0000538
ATI_KOVE_0000255

Possible steps after receipt of the international search report (ISR) and written opinion of the International Searching Authority (WO-ISA)

| | |
|---|---|
| General information | For all international applications filed on or after 01/01/2004 the competent ISA will establish an ISR. It is accompanied by the WO-ISA. Unlike the former written opinion of the IPEA (Rule 66.2 PCT), the WO-ISA is not meant to be responded to, but to be taken into consideration for further procedural steps. This document explains about the possibilities. |
| Amending claims under Art. 19 PCT | Within 2 months after the date of mailing of the ISR and the WO-ISA the applicant may file amended claims under Art. 19 PCT directly with the International Bureau of WIPO. The PCT reform of 2004 did not change this procedure. For further information please see Rule 46 PCT as well as form PCT/ISA/220 and the corresponding Notes to form PCT/ISA/220. |
| Filing a demand for international preliminary examination | In principle, the WO-ISA will be considered as the written opinion of the IPEA. This should, in many cases, make it unnecessary to file a demand for international preliminary examination. If the applicant nevertheless wishes to file a demand this must be done before expiry of 3 months after the date of mailing of the ISR/WO-ISA or 22 months after priority date, whichever expires later (Rule 54bis PCT). Amendments under Art. 34 PCT can be filed with the IPEA as before, normally at the same time as filing the demand (Rule 66.1 (b) PCT).

If a demand for international preliminary examination is filed and no comments/amendments have been received the WO-ISA will be transformed by the IPEA into an IPRP (International Preliminary Report on Patentability) which would merely reflect the content of the WO-ISA. The demand can still be withdrawn (Art. 37 PCT). |
| Filing informal comments | After receipt of the ISR/WO-ISA the applicant may file informal comments on the WO-ISA directly with the International Bureau of WIPO. These will be communicated to the designated Offices together with the IPRP (International Preliminary Report on Patentability) at 30 months from the priority date. Please also refer to the next box. |
| End of the international phase | At the end of the international phase the International Bureau of WIPO will transform the WO-ISA or, if a demand was filed, the written opinion of the IPEA into the IPRP, which will then be transmitted together with possible informal comments to the designated Offices. The IPRP replaces the former IPER (international preliminary examination report). |
| Relevant PCT Rules and more information | Rule 43 PCT, Rule 43bis PCT, Rule 44 PCT, Rule 44bis PCT, PCT Newsletter 12/2003, OJ 11/2003, OJ 12/2003 |

ATI_KOVE_0000539
ATI_KOVE_0000255



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/042,301 | 03/07/2011 | Swaminathan Sivasubramanian | SEAZN.217D1 | 6648 |

7590  07/11/2012
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614

| EXAMINER |
|---|
| WON, MICHAEL YOUNG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2456 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 07/11/2012 | ELECTRONIC |

## NOTICE OF NON-COMPLIANT INFORMATION DISCLOSURE STATEMENT

An Information Disclosure Statement (IDS) filed _____7/2/12_____ in the above-identified application fails to meet the requirements of 37 CFR 1.97(d) for the reason(s) specified below. Accordingly, the IDS will be placed in the file, but the information referred to therein has not been considered.

The IDS is not compliant with 37 CFR 1.97(d) because:

☒ The IDS lacks a statement as specified in 37 CFR 1.97(e).

☐ The IDS lacks the fee set forth in 37 CFR 1.17(p).

☐ The IDS was filed after the issue fee was paid. Applicant may wish to consider filing a petition to withdraw the application from issue under 37 CFR 1.313(c) to have the IDS considered. See MPEP 1308.

571-272-4200 or 1-888-786-0101
Application Assistance Unit
Office of Data Management

FORM PTOM327-B (Rev. 02/08)

ATI_KOVE_0000540
ATI_KOVE_0000255

Change(s) applied
to document,
**INFORMATION DISCLOSURE**
/R.K. **STATEMENT BY APPLICANT**
3/21/2012 *(Multiple sheets used when necessary)*

SHEET 1 OF 2

| | |
|---|---|
| Application No. | 13/042301 |
| Filing Date | 03-07-2011 |
| First Named Inventor | Sivasubramanian, Swaminathan et al |
| Art Unit | 2456 |
| Examiner | Won, Michael Young |
| Attorney Docket No. | SEAZN.217D1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code (if known)<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 6,374,290 B1 | 04-16-2002 | Scharber et al. | |
| | 2 | 6,874,017 B1 | 03-29-2005 | Inoue et al. | |
| | 3 | 6,986,018 B2 | 01-10-2006 | O'Rourke et al. | |
| | 4 | 7,143,169 B1 | 11-28-2006 | Champagne et al. | |
| | 5 | 7,519,720 B2 | 04-14-2009 | Fishman et al. | |
| | 6 | 7,706,740 B2 | 04-27-2010 | Collins et al. | |
| | 7 | 7,809,597 B2 | 10-05-2010 | Das et al. | |
| | 8 | ~~7,996,404~~ B2  7966404 | 06-21-2011 | Hedin et al. | |
| | 9 | 7,996,535 B2 | 08-09-2011 | Auerbach | |
| | 10 | 8,000,724 B1 | 08-16-2011 | Rayburn et al. | |
| | 11 | 8,065,275 B2 | 11-22-2011 | Eriksen et al. | |
| | 12 | 8,082,348 B1 | 12-20-2011 | Averbuj et al. | |
| | 13 | 2001/0032133 A1 | 10-18-2001 | Moran | |
| | 14 | 2002/0083148 A1 | 06-27-2002 | Shaw et al. | |
| | 15 | 2002/0156911 A1 | 10-24-2002 | Croman et al. | |
| | 16 | ~~2002/0187935 A1~~ 10/2003 | ~~02-10-2003~~ | Agarwalla et al. | 20030187935 |
| | 17 | 2004/0078468 A1 | 04-22-2004 | Hedin et al. | ' |
| | 18 | 2006/0020596 A1 | 01-26-2006 | Liu et al. | |
| | 19 | 2007/0250467 A1 | 10-25-2007 | Mesnik et al. | |
| | 20 | 2007/0266333 A1 | 11-15-2007 | Cossey et al. | |
| | 21 | 2008/0103805 A1 | 05-01-2008 | Shear et al. | |
| | 22 | 2008/0114829 A1 | 05-15-2008 | Button et al. | |
| | 23 | 2008/0134043 A1 | 06-05-2008 | Georgis et al. | |
| | 24 | 2008/0147873 A1 | ~~01-19-2008~~ 6/2008 | Matsumoto | |
| | 25 | 2008/0201332 A1 | 08-21-2008 | Souders et al. | |
| | 26 | 2009/0132368 A1 | 05-21-2009 | Cotter et al. | |
| | 27 | 2009/0150926 A1 | 06-11-2009 | Schlack | |
| | 28 | 2009/0158163 A1 | 06-18-2009 | Stephens et al. | |
| | 29 | 2010/0293479 A1 | 11-18-2010 | Rousso et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.W./ (03/13/2012)

| Examiner Signature | /Michael Won/ (03/13/2012) | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/042,301 | 08/07/2012 | 8239571 | SEAZN.217D1 | 6648 |

79502        7590        07/18/2012
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Swaminathan Sivasubramanian, Seattle, WA;
David R. Richardson, Seattle, WA;
Christopher L. Scofield, Seattle, WA;
Bradley E. Marshall, Bainbridge Island, WA;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

ATI_KOVE_0000542
ATI_KOVE_0000255

Please Direct All Correspondence to Customer Number 79,502

## REQUEST FOR CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| Inventors | : | Swaminathan Sivasubramanian, et al. |
| App. No. | : | 13/042,301 |
| Filed | : | March 7, 2011 |
| Patent No. | : | 8,239,571 |
| Issue Date | : | August 7, 2012 |
| Title | : | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| Conf. No. | : | 6648 |

Commissioner for Patents
Office of Data Management Attention: Certificates of Correction Branch
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Enclosed for filing is a Certificate of Correction in connection with the above-identified patent.

As the errors cited in the Certificate of Correction were incurred through the fault of the Patent Office, no fee is believed to be required. However, please charge our Deposit Account No. 11-1410 for any fees that may be incurred with this request.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: __12|19|12__          By: _____
                                 Melanie J. Seelig
                                 Registration No. 44,328
                                 Attorney of Record
                                 Customer No. 79,502
                                 (206) 405-2000

ATI_KOVE_0000543
ATI_KOVE_0000255

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

**PATENT NO.**       : 8,239,571                                    Page 1 of 1

**APPLICATION NO.**  : 13/042,301

**ISSUE DATE**       : August 7, 2012

**INVENTOR(S)**      : Swaminathan Sivasubramanian et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

At Page 2, under U.S. Patent Documents, at Col. 2, Line 17, please delete "7996404 B2 08/2011 Wong et al." and insert --7966404 B2 06/2011 Hedin et al.--.

At Col. 7, Line 25, please delete "/resource.ipg" to --/resource.jpg--.

At Col. 7, Line 56, please delete ""corn"" and insert --"com"--.

At Col. 7, Line 57, please delete ""corn"" and insert --"com"--.

At Col. 7, Line 62, please delete ""corn"" and insert --"com"--.

MAILING ADDRESS OF SENDER:

Melanie J. Seelig
KNOBBE, MARTENS, OLSON & BEAR, LLP                        DOCKET NO. SEAZN.217D1
2040 Main Street, 14th Floor
Irvine, California 92614

PTO/SB/44 Equivalent

ATI_KOVE_0000544
ATI_KOVE_0000255

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Patent Number | : | 8,239,571 |
| Name of Patentee | : | Swaminathan Sivasubramanian et al. |
| Title | : | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| Issued | : | August 7, 2012 |

### REQUEST TO
### "MAKE OF RECORD" NOTED ERRORS

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

Errors by the Patent and Trademark Office have been noted in the recently issued above-identified Letters Patent as follows:

At Col. 3, Line 11, please delete "("CDN)" and insert --("CDN")--.

At Col. 5, Line 15, please delete "namserver" and insert --name server--.

At Col. 12, Lines 16-17, please delete "(e.g., "cdnprovder-region1.com")" and insert --(e.g., "cdnprovider-region1.com")--.

ATI_KOVE_0000545
ATI_KOVE_0000255

Since these are inconsequential errors, a Certificate of Correction is not needed, but it is requested that this Letter be made of record by being included in the patent file.

Please charge any fees to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 12|19|12

By: _Melanie Seelig_
Melanie J. Seelig
Registration No. 44,328
Attorney of Record
Customer No. 20,995
(206) 405-2000

-2-

ATI_KOVE_0000546
ATI_KOVE_0000255

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 14518401 |
| **Application Number:** | 13042301 |
| **International Application Number:** | |
| **Confirmation Number:** | 6648 |
| **Title of Invention:** | REQUEST ROUTING USING NETWORK COMPUTING COMPONENTS |
| **First Named Inventor/Applicant Name:** | Swaminathan Sivasubramanian |
| **Customer Number:** | 79502 |
| **Filer:** | Melanie J. Seelig/ThuyQuyen Nguyen |
| **Filer Authorized By:** | Melanie J. Seelig |
| **Attorney Docket Number:** | SEAZN.217D1 |
| **Receipt Date:** | 19-DEC-2012 |
| **Filing Date:** | 07-MAR-2011 |
| **Time Stamp:** | 18:42:51 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request for Certificate of Correction | 217D1COC.pdf | 125583 <br> 8914d4305ef0b8a7a3d7a8089cdcb4d4882b0f93 | no | 2 |

| | |
|---|---|
| **Warnings:** | |
| **Information:** | |

ATI_KOVE_0000547
ATI_KOVE_0000255

| 2 | Miscellaneous Incoming Letter | 217D1Request.pdf | 79743 | no | 2 |
| | | | 0b857545f4f609fd3b16431b9cb2d1625b0cebe004 | | |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 205326 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATI_KOVE_0000548
ATI_KOVE_0000255

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 8,239,571 B2
APPLICATION NO.   : 13/042301
DATED             : August 7, 2012
INVENTOR(S)       : Swaminathan Sivasubramanian et al.

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

At Page 2, under U.S. Patent Documents, at Col. 2, Line 17, please delete "7996404 B2 08/2011 Wong et al." and insert --7966404 B2 06/2011 Hedin et al.--.

At Col. 7, Line 25, please change "/resource.ipg" to --/resource.jpg--.

At Col. 7, Line 56, please delete ""corn"" and insert --"com"--.

At Col. 7, Line 57, please delete ""corn"" and insert --"com"--.

At Col. 7, Line 62, please delete ""corn"" and insert --"com"--.

Signed and Sealed this
Twelfth Day of February, 2013

Teresa Stanek Rea
*Acting Director of the United States Patent and Trademark Office*