# Exhibit K91

## DETAILED ACTION

1. This action is in response to the Preliminary Amendment filed March 7, 2011.

2. Claims 34, 38, 40, 44, 49, and 50 have been amended and claims 1-33 have been cancelled.

3. New claims 57-70 have been added.

4. Claims 34-70 have been examined and are pending with this action.

### *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

5. Claims 34-70 are rejected under 35 U.S.C. 102(b) as being anticipated by Overton et al. (US 7,233,978).

<u>INDEPENDENT:</u>

As per **claim 34**, Overton teaches a method for request routing comprising:

obtaining a DNS query from a client computing device at a first DNS server (see col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping

between identifiers and locations... NDTP may be viewed in this respect as fully generalized name service suitable for any kind of service and not restricted to a specialized service), wherein the DNS query corresponds to a requested resource associated with a first resource identifier and wherein the first DNS server corresponds to a content delivery network service provider (see Fig.9-Fig.17; col.2, lines 42-44: "receiving a location query from a client requesting the location of data relevant to an entity identified in the query"; and col.7, lines 55-61: "each operation within NDTP consists of a request message from an NDTP client to an NDTP server");

selecting a network computing component for processing the requested resource from a plurality of network computing components based on an application identifier included in the first resource identifier (see col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping between identifiers and locations"; and col.24, line 63-col.25, line 7: "identifier (definable using any format, size, encoding, etc.), to one or more locations"); and

transmitting information identifying the selected network computing component from the first DNS server to the client computing device (see col.2, lines 47-52: "Sends a redirect message... comprising a list of location servers containing information relevant to the entity identified in the query").

As per **claim 40**, Overton teaches a method for request routing comprising:

obtaining a DNS query from a client computing device at a first DNS server (see col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping

between identifiers and locations... NDTP may be viewed in this respect as fully generalized name service suitable for any kind of service and not restricted to a specialized service), wherein the DNS query corresponds to a requested resource associated with a first resource identifier and wherein the first DNS server corresponds to a content delivery network service provider (see Fig.9-Fig.17; col.2, lines 42-44: "receiving a location query from a client requesting the location of data relevant to an entity identified in the query"; and col.7, lines 55-61: "each operation within NDTP consists of a request message from an NDTP client to an NDTP server");

selecting a network computing component for processing the requested resource from a plurality of network computing components, wherein the first resource identifier includes a DNS portion and a path portion, wherein the DNS portion includes a file identifier and wherein selecting the network computing component is based on the file identifier included in the DNS portion of the first resource identifier (see col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping between identifiers and locations"; and col.24, line 63-col.25, line 7: "identifier (definable using any format, size, encoding, etc.), to one or more locations"); and

transmitting information identifying the selected network computing component from the first DNS server to the client computing device (see col.2, lines 47-52: "Sends a redirect message... comprising a list of location servers containing information relevant to the entity identified in the query").

As per **claim 44**, Overton teaches a method for request routing comprising:

obtaining a DNS query from a client computing device at a first DNS server (see col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping between identifiers and locations... NDTP may be viewed in this respect as fully generalized name service suitable for any kind of service and not restricted to a specialized service), wherein the DNS query corresponds to a requested resource associated with a first resource identifier, wherein the first resource identifier includes a first portion with DNS information and a second portion with path information, and wherein the DNS server corresponds to a content delivery network service provider (see Fig.9-Fig.17; col.2, lines 42-44: "receiving a location query from a client requesting the location of data relevant to an entity identified in the query"; and col.7, lines 55-61: "each operation within NDTP consists of a request message from an NDTP client to an NDTP server");

selecting a network computing component for processing the requested resource based on additional information included in the first portion of the first resource identifier; and

transmitting information identifying the selected network computing component from the first DNS server to the client computing device (see col.2, lines 47-52: "Sends a redirect message... comprising a list of location servers containing information relevant to the entity identified in the query").

As per **claim 57**, Overton teaches a system for request routing comprising:

a first network point of presence associated with a content delivery network service provider, wherein the first network point of presence includes a DNS server that receives a DNS query from a client computing device (see col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping between identifiers and locations… NDTP may be viewed in this respect as fully generalized name service suitable for any kind of service and not restricted to a specialized service), wherein the DNS query corresponds to a requested resource associated with a first resource identifier, and wherein the DNS server in the first network point of presence (see Fig.9-Fig.17; col.2, lines 42-44: "receiving a location query from a client requesting the location of data relevant to an entity identified in the query"; and col.7, lines 55-61: "each operation within NDTP consists of a request message from an NDTP client to an NDTP server") is operable to:

select a network computing component for processing the requested resource from a plurality of network computing components based on an application identifier included in the first resource identifier (see col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping between identifiers and locations"; and col.24, line 63-col.25, line 7: "identifier (definable using any format, size, encoding, etc.), to one or more locations"); and

transmit information identifying the selected network computing component from the first DNS server to the client computing device (see col.2, lines 47-52: "Sends a redirect message… comprising a list of location servers containing information relevant to the entity identified in the query").

As per **claim 63**, Overton teaches a system for request routing comprising:

a first network point of presence associated with a content delivery network service provider, wherein the first network point of presence includes a DNS server that receives a DNS query from a client computing device (see col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping between identifiers and locations… NDTP may be viewed in this respect as fully generalized name service suitable for any kind of service and not restricted to a specialized service), wherein the DNS query corresponds to a requested resource associated with a first resource identifier, wherein the first resource identifier includes a first portion with DNS information and a second portion with path information, and wherein the DNS server in the first network point of presence (see Fig.9-Fig.17; col.2, lines 42-44: "receiving a location query from a client requesting the location of data relevant to an entity identified in the query"; and col.7, lines 55-61: "each operation within NDTP consists of a request message from an NDTP client to an NDTP server") is operable to:

select a network computing component for processing the requested resource based on additional information included in the first portion of the first resource identifier (see col.23, line 60-col.24, line 10: "NDTP and its associated servers maintain a mapping between identifiers and locations"; and col.24, line 63-col.25, line 7: "identifier (definable using any format, size, encoding, etc.), to one or more locations"); and

transmit information identifying the selected network computing component from the first DNS server to the client computing device (see col.2, lines 47-52: "Sends a

redirect message... comprising a list of location servers containing information relevant to the entity identified in the query").

### DEPENDENT:

As per **claim 35, 45, 58, and 64** which respectively depend on claims 34, 44, 57, and 63, Overton further teaches wherein the network computing component comprises an application for processing the requested resource (see col.1, lines 61-63).

As per **claims 36, 46, 59, and 65** which respectively depend on claims 34, 44, 57, and 63, Overton further teaches wherein the application is a data streaming application (see col.18, lines 7-9).

As per **claims 37 and 47** which respectively depend on claims 34 and 44, Overton further teaches wherein the network computing component is operable to dynamically cause the creation of an instance of a virtual machine for processing the requested resource (see col.7, lines 30-35 and col.18, lines 1-24.

As per **claims 38 and 60** which respectively depend on claims 34 and 57, Overton further teaches wherein the first resource identifier includes a first portion for identifying information associated with a service plan provided by an original content provider and wherein a network computing component is selected based on the first portion (see col.23, line 60-col.24, line 10 and col.24, line 63-col.25, line 7).

As per **claims 39 and 61** which respectively depend on claims 34 and 57, Overton further teaches wherein the first resource identifier includes a first portion for identifying information associated with the file type of the requested resource and

wherein a network computing component is selected at the first DNS server based on the file type (see col.23, line 60-col.24, line 10 and col.24, line 63-col.25, line 7).

As per **claims 41 and 54** which respectively depend on claims 34 and 53, Overton further teaches wherein the first resource identifier includes a first portion for identifying information associated with network computing component selection information, wherein the selection information includes quality of service information (see col.2, line 67-col.3, line 4).

As per **claims 42 and 55** which respectively depend on claims 34 and 57, Overton further teaches wherein selecting a network computing component is further based on information associated with the geographic location of the client computing device (see col.22, line 53-col.23, line 6).

As per **claim 43** which depends on claims 34, Overton further teaches wherein selecting a network computing component is further based on performance metrics associated with one or more network computing components (see col.2, line 67-col.3, line 4).

As per **claim 48** which depends on claim 44, Overton further teaches wherein the first and second portions of the first resource identifier each include a file identifier (see col.21, lines 57-60; col.23, line 60-col.24, line 10; and col.24, line 63-col.25, line 7).

As per **claims 49 and 66** which respectively depend on claims 44 and 63, Overton further teaches wherein the additional information in the first portion of the first resource identifier includes a file identifier and wherein the network computing

component is selected as a function of the file identifier (see col.21, lines 57-60; col.23, line 60-col.24, line 10; and col.24, line 63-col.25, line 7).

As per **claims 50 and 67** which respectively depend on claims 44 and 63, Overton further teaches wherein the additional information in the first portion of the first resource identifier includes an application identifier and wherein the network computing component is selected as a function of the application identifier (see col.23, line 60-col.24, line 10 and col.24, line 63-col.25, line 7).

As per **claims 51 and 68** which respectively depend on claims 50 and 67, Overton further teaches wherein the application identifier identifies a type of application for processing the requested resource (see col.23, line 60-col.24, line 10 and col.24, line 63-col.25, line 7).

As per **claims 52 and 69** which respectively depend on claims 50 and 67, Overton further teaches wherein the application identifier identifies an instance of an application for processing the requested resource (see col.21, lines 57-60).

As per **claims 53 and 70** which respectively depend on claims 50 and 67, Overton further teaches wherein the application identifier includes network computing component selection information associated with a type of an application or an instance of an application for processing the requested resource (see col.21, lines 57-60).

As per **claim 56** which depends on claim 44, Overton further teaches wherein the information identifying the selected network computing component is the IP address of the selected network computing component (see col.21, lines 60-64).

As per **claim 62** which depends on claim 57, Overton further teaches wherein the first resource identifier includes a DNS portion and a path portion, wherein the DNS portion includes a file identifier and wherein the selection of the network computing component by the DNS server is further based on the file identifier included in the DNS portion of the first resource identifier (see col.21, lines 57-60; col.23, line 60-col.24, line 10; and col.24, line 63-col.25, line 7).

### *Conclusion*

6.  For the reasons above, claims 34-70 have been rejected and remain pending.

7.  Any inquiry concerning this communication or earlier communications from the examiner should be directed to MICHAEL Y. WON whose telephone number is (571)272-3993. The examiner can normally be reached on M-Th: 8AM-6PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Rupal Dharia can be reached on 571-272-3880. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.