# Exhibit K93



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/019,034 | 11/19/2021 | 7233978 | | 3927 |

| 184647 | 7590 | 09/19/2022 |
|---|---|---|

Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway
Suite 300
Redwood City, CA 94065

| EXAMINER |
|---|
| CAMPBELL, JOSHUA D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 09/19/2022 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

KOV_00226137



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

FISCH SIGLER LLP
5301 WISCONSIN AVENUE, NW
FOURTH FLOOR
WASHINGTON, DC 20015

# EX PARTE REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/019,034* .

PATENT UNDER REEXAMINATION *7233978* .

ART UNIT *3992* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

KOV_00226138

| | Control No. | Patent Under Reexamination |
|---|---|---|
| **Ex Parte Reexamination Interview Summary** | 90/019,034 | 7233978 |
| | Examiner | Art Unit | AIA (FITF) Status |
| | JOSHUA D CAMPBELL | 3992 | No |

All participants (USPTO personnel, patent owner, patent owner's representative):

| (1) JOSHUA CAMPBELL | (3) NAVEED HASSAN (Reg. No 72,688) |
|---|---|
| (2) ADAM BASEHOAR, ALEX KOSOWSKI | (4) See attached |

Date of Interview: 12 September 2022

Type: a) ☐ Telephonic   b) ☑ Video Conference
c) ☐ Personal (copy given to: 1) ☐ patent owner   2) ☐ patent owners representative)

Exhibit shown or demonstration conducted:   d) ☑ Yes   e) ☐ No.
If Yes, brief description: See Continuation Sheet

Agreement with respect to the claims  f) ☐ was reached.  g) ☑ was not reached.  h) ☐ N/A.
Any other agreement(s) are set forth below under "Description of the general nature of what was agreed to..."

Claim(s) discussed: 1,3,10,14 and 31.

Identification of prior art discussed: Oracle references and McGarvey.

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: See Continuation Sheet.

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims patentable, if available, must be attached. Also, where no copy of the amendments that would render the claims patentable is available, a summary thereof must be attached.)

A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION MUST INCLUDE PATENT OWNER'S STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. (See MPEP § 2281). IF A RESPONSE TO THE LAST OFFICE ACTION HAS ALREADY BEEN FILED, THEN PATENT OWNER IS GIVEN **ONE MONTH** FROM THIS INTERVIEW DATE TO PROVIDE THE MANDATORY STATEMENT OF THE SUBSTANCE OF THE INTERVIEW
(37 CFR 1.560(b)). THE REQUIREMENT FOR PATENT OWNERS STATEMENT CAN NOT BE WAIVED.
**EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

| /JOSHUA D CAMPBELL/ | /A.J.K/ | |
|---|---|---|
| Primary Examiner, Art Unit 3992 | Supervisory Patent Examiner, Art Unit 3992 | |

cc: Requester (if third party requester)

Continuation of Description of Exhibit Shown or Demonstration Conducted: A six page slide show was presented to explain Patent Owner's position, examiner instructed PO to include said slide show with the mandatory statement of the substance of the interview so that it can be added to the record as required.

Continuation of Description of the general nature of what was agreed to if an agreement was reached, or any other comments: Discussed how the terms "identifier" and "redirect message" should be interpreted in view of the Philips construction standard. Discussed the alleged differences between the prior art and the proposed construction.