# Exhibit K94



Journals   Magazines   Proceedings   Books   SIGs   Conferences   People

Periodical Home   Latest Issue   Archive   Authors   Affiliations   Award Winners

# IEEE Communications Magazine

Search within COMAG

Home > Browse by Title > Periodicals > IEEE Communications Magazine > Archive > *Vol. 36, No. 1*

## Volume 36, Issue 1 • January 1998



**Publisher:** IEEE Press

**ISSN:** 0163-6804

**Tags:** Link-layer protocols

Mobile networks

- Get Alerts for this Periodical
- Save to Binder
- Export Citation

Bibliometrics

Citation count
72

Downloads (6 weeks)
0

**Ex. 32 Page 1**

KOV_00254231
CTRL0002017552

**Sections**

**Volume 36, Issue 1**
January 1998

← Previous Issue
Next Issue →

Comments

ACM Digital Library

RESEARCH-ARTICLE

ISS '97 – Global Network Evolution: Convergence Or Collision?

L. Ebert, W. R. Robinson

pp 30–31 • https://doi.org/10.1109/MCOM.1998.649324

First Page of the Article

0

RESEARCH-ARTICLE

Village people? The net generation

S. P. Benson

pp 32–35 • https://doi.org/10.1109/35.649325

The principal object of this article is to highlight the changes to lifestyle, culture, society, and architecture emerging or likely to emerge as a direct result of developments in communications technology. Its secondary objective is to provoke ...

0

RESEARCH-ARTICLE

A network strategy for survival

A. Rockstrom, B. Zdebel

KOV_00254232
CTRL0002017552

pp 36–40 • https://doi.org/10.1109/35.649326

The telecom business is due for fundamental changes, concerning both technology and enterprise–but also concerning attitudes. This article discusses the merger between telecom and datacom, the business and technological trends–in order to outline future ...

99 1 

---

RESEARCH-ARTICLE    The Internet and the local telephone network: conflicts and opportunities

 S. Morgan

pp 42–48

This article proposes network solutions to the congestion on the PSTN caused by residential Internet and online subscribers in North America. The conflicts caused by Internet traffic on the PSTN are network problems and the impacts of this traffic–from ...

99 0

---

RESEARCH-ARTICLE    Convergence between public switching and the Internet

 U. Schoen, J. Hamann, A. Ugel, H. Kurzawa, C. Schmidt

pp 50–65 • https://doi.org/10.1109/35.649328

The Internet has developed into a global data

Ex. 32 Page 3

KOV_00254233
CTRL0002017552

network that is highly accepted as a multimedia information platform which has the potential to develop into an alternative carrier network in the future. Telecom operators increasingly act as Internet ...

💬 2    

**RESEARCH-ARTICLE** Applying ATM to mobile infrastructure networks

H. Nakamura, H. Tsuboya, M. Nakano, A. Nakajima

pp 66–73

In response to the explosive increase in the number of mobile subscribers and the ever stronger demand for mobile multimedia services, the authors propose introducing the ATM technique for next-generation mobile network infrastructures in order to ...

💬 0    

**RESEARCH-ARTICLE** IP and ATM integration perspectives

E. Guarene, P. Fasano, V. Vercellone

pp 74–80 • https://doi.org/10.1109/35.649330

ATM is a widespread technology adopted by many operators to support advanced data communication, in particular efficient Internet services provision. The expected challenges of multimedia communication together with the increasing massive utilization of ...



| RESEARCH-ARTICLE | Toward a new IP over ATM routing paradigm |

P. Dumortier

pp 82–86

The explosive growth of the Internet has given IP routing new challenges. Innovative solutions have been proposed to solve the current router bottleneck by evolving to a tighter integration of IP and ATM, an approach called shortcut routing. This ...

| RESEARCH-ARTICLE | Traffic management for an ATM switch with per-VC queuing: concept and implementation |

U. Briem, E. Wallmeier, C. Beck, E. Matthiesen

pp 88–93 • https://doi.org/10.1109/35.649332

The services to be supported by an asynchronous transfer mode (ATM)-based multiservice network differ significantly in terms of their traffic characteristics and required quality of service. During the last few years it has been broadly accepted that ...

☐ **RESEARCH-ARTICLE** Multicast transport protocols: a survey and taxonomy

K. Obraczka

pp 94–102 • https://doi.org/10.1109/35.649333

Network support for multicast has triggered the development of group communication applications such as multipoint data dissemination and multiparty conferencing tools. To support these applications, several multicast transport protocols have been ...

🗨 35

☐ **RESEARCH-ARTICLE** Locating objects in wide-area systems

M. van Steen, F. J. Hauck, P. Homburg, A. S. Tanenbaum

pp 104–109 • https://doi.org/10.1109/35.649334

Locating mobile objects in a worldwide system requires a scalable location service. An object can be a telephone or a notebook computer, but also a software or data object, such as a file or an electronic document. Our service strictly separates an ...

🗨 31

☐ **RESEARCH-ARTICLE** Convergence: A New Perspective For Standards

M. H. Sherif

pp 110–

KOV_00254236  
CTRL0002017552

111 • https://doi.org/10.1109/MCOM.1998.649335

First Page of the Article

0

## Comments

### DL Comment Policy

Comments should be relevant to the contents of this article, (sign in required).

Got it

**0 Comments**

Share     Best   Newest   Oldest

Nothing in this discussion yet.

Privacy     Do Not Sell My Data

| Categories | About | Join | Connect |
|---|---|---|---|
| Journals | About ACM Digital Library | Join ACM | Contact |
| Magazines | ACM Digital Library Board | Join SIGs | Facebook |
| Books | Subscription Information | Subscribe to Publications | Twitter |
| Proceedings | Author Guidelines | Institutions and Libraries | LinkedIn |
| SIGs | Using ACM Digital Library | | Feedback |
| Conferences | All Holdings within the ACM Digital Library | | Bug Report |
| Collections | ACM Computing Classification System | | |
| People | Digital Library Accessibility | | |

The ACM Digital Library is published by the Association for Computing Machinery. Copyright © 2023 ACM, Inc.
Terms of Usage | Privacy Policy | Code of Ethics



Association for Computing Machinery