# Exhibit K97

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:18-cv-08175 |
| | ) |
| AMAZON WEB SERVICES, INC., | ) Hon. Rebecca R. Pallmeyer |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF ROBERT CAROLINA

I Robert Carolina state and declare as follows:

1. I am General Counsel for Internet Systems Consortium, Inc., and its wholly owned subsidiary, Internet Systems Corporation, which both maintain their primary places of business at 53 Main Street, Newmarket, New Hampshire, 03857.

2. I am over 18 years of age and am competent to make this Declaration. I am a United States Citizen, an inactive member of the Illinois bar, an active Solicitor of the Senior Courts of England and Wales, and resident in London, England. I make this Declaration based on my own personal knowledge, my review of business records, and conversations with engineering and technical support staff. If asked, I could competently testify regarding the subject matter herein.

3. Internet Systems Consortium, Inc. is a 501(c)(3) company that was incorporated in Delaware on January 28, 2003. The company's wholly owned subsidiary, Internet Systems Corporation, was incorporated in Delaware on November 7, 2005. I refer to these two currently operating entities collectively as "Current ISC."

4. Public records disclose that Internet Software Consortium, Inc. ("ISC Two"), was incorporated in California on Dec 17, 1997 and dissolved in 2005. ISC Two was the

predecessor-in-interest to Current ISC with respect to development and maintenance of the BIND software product.

5. Upon information and belief, another enterprise trading under the names "Internet Software Consortium" / "ISC" ("ISC One") was the predecessor in interest to ISC Two and Current ISC with respect to the development and maintenance of the BIND software product and was responsible for producing BIND release 8.1. ISC One may have been organized as an operating unit of, or otherwise associated with, an enterprise named "Vixie Enterprises."

6. ISC One was operated under the executive direction of Mr. Paul Vixie.

7. As the successor in interest to ISC One and ISC Two with respect to the development and maintenance of BIND, Current ISC has inherited and maintained electronic versions of some of the engineering documents and things from these two predecessors in interest.

8. As a regular conducted activity, Current ISC maintains an open FTP server that contains the source code files of finalized versions of the "BIND 8" product family released to the public. The FTP server is publicly accessible, and the BIND 8 folder can be found here: https://ftp.isc.org/isc/bind8/src/DEPRECATED/. The FTP server includes an index that designates the location of each version of BIND 8.

9. "BIND 8.1" was the first finalized, public release in the BIND 8 product family. There is no single finalized, public release titled "BIND 8" or "BIND 8.0."

10. The "Last modified" dates in the BIND 8 parent folder are not the public release dates of the different versions in the BIND 8 product family. For each particular version of BIND 8, the subfolder "Last Modified" dates and times demonstrate when that particular version was finalized for public release.

CONFIDENTIAL

11. The source code files of finalized stable version of "BIND 8.1" can be downloaded from the subfolder located here: https://ftp.isc.org/isc/bind8/src/DEPRECATED/8.1/. The system time/date stamps displayed in the "Last modified" column indicates the date that BIND 8.1 was finalized for public release. The time/date stamp shows that the finalized and stable source code of BIND 8.1 was created on May 6, 1997 at "23:06" and "23:07". I believe these time stamps report in Universal Coordinated Time (UTC).

12. The FTP server's index designates the location of BIND 8.1 files.

13. ISC One and ISC Two both promptly notified the public, including those persons interested in the pertinent subject matter, of the release of each version of the BIND 8 product family by announcing the version's availability via electronic bulletin board style communication and email list-serves.

14. Based on ISC One's notifications and announcements, the public, including those persons interested in the pertinent subject matter, would have been aware of the BIND 8.1 software release contemporaneously with the time it was uploaded to the open FTP server.

15. Current ISC has custody of an email archive that consists of emails in an older UNIX file format. This email archive incorporates records inherited from ISC One and ISC Two.

16. Attached as Exhibit A to this declaration is a true and correct copy from this email archive of an email with the subject "BIND 8.1 REL announcement" sent on May 6, 1997 at "16:35:08 -0700" from Mr. Paul Vixie to "bind-workers." Upon information and belief, the "bind-workers" email address was linked to an email list including a large number of members of the public interested in the BIND 8 development project and this email constituted a public announcement of BIND 8.1 made by Mr. Vixie. This email included ftp addresses from which BIND 8.1 could be downloaded by the public.

3

CONFIDENTIAL

ISC_00000003

ISC_00000001

17. Also attached as Exhibits B and C are true and correct copies from this same email archive dated May 12, 1997 and May 16, 1997, respectively, sent from persons outside of ISC One that raise bug reports on BIND 8.1. The emails indicate that the senders had obtained copies of BIND 8.1.

18. Based upon the information supplied above together with corroborating information received in discussion with Current ISC technology staff, I believe that Mr. Paul Vixie of ISC One made BIND 8.1 publicly available on May 6, 1997 not later than 16:35 Pacific Daylight Time (23:35 UTC), being approximately 28 minutes after the code was finalized.

19. The folder structure for the contents extracted from the three zip files (bind-contrib.tar.gz, bind-doc.tar.gz, bind-src.tar.gz) containing all of BIND 8.1 are attached as Exhibits D, E, and F, respectively. My understanding is that Amazon Web Services, Inc. produced BIND 8.1 software in the relevant district court matter as AMZ_KOVE_000080051 - AMZ_KOVE_000081064.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 26, 2021.

*Robert A. Carolina* (signature)

Robert Carolina
General Counsel
Internet Systems Consortium, Inc., and
Internet Systems Corporation

CONFIDENTIAL

ISC_00000004

ISC_00000001