# Exhibit K98

Help for System Administrators

**3rd Edition**
Covers BIND 8



# DNS and BIND

O'REILLY®

*Paul Albitz & Cricket Liu*

AMZ_KOVE_000081149
AMZ_KOVE_000081149

# DNS and BIND

AMZ_KOVE_000081150
AMZ_KOVE_000081149

# DNS and BIND

*Third Edition*

Paul Albitz and Cricket Liu



*Beijing · Cambridge · Farnham · Köln · Paris · Sebastopol · Taipei · Tokyo*

AMZ_KOVE_000081151
AMZ_KOVE_000081149

**DNS and BIND, Third Edition**
by Paul Albitz and Cricket Liu

Copyright © 1998, 1997, 1992 O'Reilly & Associates, Inc. All rights reserved.
Printed in the United States of America.

Published by O'Reilly & Associates, Inc., 101 Morris Street, Sebastopol, CA 95472.

**Editor:** Mike Loukides

**Production Editor:** Ellie Fountain Maden

**Cover Designer:** Edie Freedman

**Printing History:**

| | | |
|---|---|---|
| | October 1992: | First Edition. |
| | January 1997: | Second Edition. |
| | September 1998: | Third Edition. |

Nutshell Handbook, the Nutshell Handbook logo, and the O'Reilly logo are registered trademarks of O'Reilly & Associates, Inc. The association between the image of grasshoppers and the topic of DNS and BIND is a trademark of O'Reilly & Associates, Inc.

Many of the designations used by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and O'Reilly & Associates, Inc. was aware of a trademark claim, the designations have been printed in caps or initial caps.

While every precaution has been taken in the preparation of this book, the publisher assumes no responsibility for errors or omissions, or for damages resulting from the use of the information contained herein.

ISBN: 1-56592-512-2 [10/00]
[M]

AMZ_KOVE_000081152
AMZ_KOVE_000081149

# Table of Contents

Preface .................................................................................................... ix

1. Background ....................................................................................... 1
   A (Very) Brief History of the Internet ............................................. 1
   On the Internet and internets ........................................................... 2
   The Domain Name System, in a Nutshell ...................................... 4
   The History of BIND ....................................................................... 9
   Must I Use DNS? .............................................................................. 9

2. How Does DNS Work? ..................................................................... 11
   The Domain Name Space ............................................................... 11
   The Internet Domain Name Space ................................................. 17
   Delegation ....................................................................................... 20
   Name Servers and Zones ................................................................ 21
   Resolvers ......................................................................................... 26
   Resolution ....................................................................................... 26
   Caching ........................................................................................... 34

3. Where Do I Start? ............................................................................. 37
   Getting BIND ................................................................................. 37
   Choosing a Domain Name ............................................................. 41

4. Setting Up BIND .............................................................................. 58
   Our Domain .................................................................................... 59
   Setting Up DNS Data ..................................................................... 59
   Setting Up a BIND Configuration File .......................................... 70

AMZ_KOVE_000081153
AMZ_KOVE_000081149

Abbreviations .................................................................................... 73  
Host Name Checking (BIND 4.9.4 and Later Versions) ................ 76  
Tools ................................................................................................. 79  
Running a Primary Master Name Server .................................... 80  
Running a Slave Name Server ..................................................... 85  
Adding More Domains ................................................................. 91  
What Next? ..................................................................................... 91  

5. **DNS and Electronic Mail** ............................................................ 92  
MX Records .................................................................................... 92  
What's a Mail Exchanger, Again? ................................................ 95  
The MX Algorithm ........................................................................ 96  

6. **Configuring Hosts** ..................................................................... 100  
The Resolver ................................................................................ 100  
Sample Resolver Configurations ............................................... 110  
Minimizing Pain and Suffering .................................................. 112  
Vendor-Specific Options ............................................................. 117  

7. **Maintaining BIND** .................................................................... 131  
BIND Name Server Signals ........................................................ 131  
Updating db Files ........................................................................ 134  
Organizing Your Files ................................................................. 142  
Changing BIND 8 System File Locations ................................. 146  
BIND 8 Logging .......................................................................... 147  
Keeping Everything Running Smoothly ................................... 156  

8. **Growing Your Domain** ............................................................. 173  
How Many Name Servers? ........................................................ 173  
Adding More Name Servers ...................................................... 181  
Registering Name Servers .......................................................... 186  
Changing TTLs ............................................................................ 189  
Planning for Disasters ................................................................. 192  
Coping with Disaster .................................................................. 195  

9. **Parenting** ................................................................................... 200  
When to Become a Parent ......................................................... 201  
How Many Children? ................................................................. 201  
What to Name Your Children ................................................... 202  
How to Become a Parent: Creating Subdomains .................... 204  

AMZ_KOVE_000081154  
AMZ_KOVE_000081149

Subdomains of in-addr.arpa Domains ......................................... 214
Good Parenting ....................................................................... 218
Managing the Transition to Subdomains .................................. 223
The Life of a Parent ............................................................... 225

10. Advanced Features and Security ........................................... 226
Address Match Lists and ACLs ................................................ 227
DNS NOTIFY (Zone Change Notification) ............................... 228
DNS Dynamic Update ............................................................. 231
System Tuning ....................................................................... 233
Name Server Address Sorting .................................................. 240
Preferring Name Servers on Certain Networks ......................... 244
Building Up a Large Site-wide Cache with Forwarders ............. 245
A More Restricted Name Server .............................................. 246
A Nonrecursive Name Server .................................................. 247
Avoiding a Bogus Name Server ............................................... 249
Securing Your Name Server .................................................... 249
Load Sharing Between Mirrored Servers .................................. 259

11. nslookup .................................................................................. 261
Is nslookup a Good Tool? ....................................................... 261
Interactive Versus Noninteractive ............................................ 263
Option Settings ...................................................................... 264
Avoiding the Search List ......................................................... 267
Common Tasks ....................................................................... 267
Less Common Tasks ............................................................... 270
Troubleshooting nslookup Problems ....................................... 277
Best of the Net ....................................................................... 283

12. Reading BIND Debugging Output ......................................... 284
Debugging Levels .................................................................... 284
Turning On Debugging ........................................................... 286
Reading Debugging Output .................................................... 287
The Resolver Search Algorithm and Negative Caching ............ 296
Tools ...................................................................................... 297

13. Troubleshooting DNS and BIND ............................................ 299
Is NIS Really Your Problem? ................................................... 299
Troubleshooting Tools and Techniques ................................... 301
Potential Problem List ............................................................. 307

AMZ_KOVE_000081155
AMZ_KOVE_000081149

Transition Problems ......................................................... 323
Interoperability and Version Problems ............................ 324
Problem Symptoms .......................................................... 327

14. *Programming with the Resolver and Name Server Library Routines* ............................................................ 338
   Shell Script Programming with nslookup ....................... 338
   C Programming with the Resolver Library Routines ..... 344
   Perl Programming with Net::DNS ................................... 368

15. *Miscellaneous* ................................................................ 373
   Using CNAME Records .................................................... 373
   Wildcards .......................................................................... 377
   A Limitation of MX Records ............................................ 379
   DNS and Internet Firewalls .............................................. 379
   Dialup Connections .......................................................... 399
   Network Names and Numbers ........................................ 401
   Additional Resource Records .......................................... 402
   DNS Versus X.500 ............................................................ 410
   DNS and WINS .................................................................. 410

A. *DNS Message Format and Resource Records* ............. 413

B. *Compiling and Installing BIND on a Sun* .................... 433

C. *Top-Level Domains* ........................................................ 436

D. *Domain Registration Form* ........................................... 444

E. *in-addr.arpa Registration Form* ................................... 449

F. *BIND Name Server and Resolver Statements* ............. 455

*Index* .................................................................................... 467

AMZ_KOVE_000081156
AMZ_KOVE_000081149

# Preface

You may not know much about the Domain Name System—yet—but whenever you use the Internet, you use DNS. Every time you send electronic mail or surf the World Wide Web, you rely on the Domain Name System.

You see, while you, as a human being, prefer to remember the *names* of computers, computers like to address each other by number. On an internet, that number is 32 bits long, or between zero and four billion or so.* That's easy for a computer to remember, because computers have lots of memory ideal for storing numbers, but it isn't nearly as easy for us humans. Pick ten phone numbers out of the phone book at random, and then try to remember them. Not easy? Now flip to the front of the book and attach random area codes to the phone numbers. That's about how difficult it would be to remember ten arbitrary internet addresses.

This is part of the reason we need the Domain Name System. DNS handles mapping between host names, which we humans find convenient, and internet addresses, which computers deal with. In fact, DNS is the standard mechanism on the Internet for advertising and accessing all kinds of information about hosts, not just addresses. And DNS is used by virtually all internetworking software, including electronic mail, remote terminal programs such as *telnet*, file transfer programs such as *ftp*, and web browsers such as Netscape Navigator and Microsoft Internet Explorer.

Another important feature of DNS is that it makes host information available *all over* the Internet. Keeping information about hosts in a formatted file on a single computer only helps users on that computer. DNS provides a means of retrieving information remotely, from anywhere on the network.

---

* And, with IP version 6, it's soon to be a whopping 128 bits long, or between zero and a decimal number with 39 digits.

AMZ_KOVE_000081157
AMZ_KOVE_000081149

More than that, DNS lets you distribute the management of host information among many sites and organizations. You don't need to submit your data to some central site or periodically retrieve copies of the "master" database. You simply make sure your section, called a *zone*, is up to date on your *name servers*. Your name servers make your zone's data available to all the other name servers on the network.

Because the database is distributed, the system also needs the ability to locate the data you're looking for by searching a number of possible locations. The Domain Name System gives name servers the intelligence to navigate through the database and find data in any zone.

Of course, DNS does have a few problems. For example, the system allows more than one name server to store data about a zone, for redundancy's sake. But inconsistencies can crop up between copies of the zone data.

But the *worst* problem with DNS is that despite its widespread use on the Internet, there's really very little documentation about managing and maintaining it. Most administrators on the Internet make do with the documentation their vendors see fit to provide, and with whatever they can glean from following the Internet mailing lists and Usenet newsgroups on the subject.

This lack of documentation means that the understanding of an enormously important internet service—one of the linchpins of today's Internet—is either handed down from administrator to administrator like a closely-guarded family recipe, or relearned repeatedly by isolated programmers and engineers. New administrators of domains suffer through the same mistakes made by countless others.

Our aim with this book is to help remedy this situation. We realize that not all of you have the time or the desire to become DNS experts. Most of you, after all, have plenty to do besides managing a domain or a name server: system administration, network engineering, or software development. It takes an awfully big institution to devote a whole person to DNS. We'll try to give you enough information to allow you to do what you need to do, whether that's running a small domain or managing a multinational monstrosity, tending a single name server or shepherding a hundred of them. Read as much as you need to know now, and come back later if you need to know more.

DNS is a big topic—big enough to require two authors, anyway—but we've tried to present it as sensibly and understandably as possible. The first two chapters give you a good theoretical overview and enough practical information to get by, and later chapters fill in the nitty-gritty details. We provide a roadmap up front, to suggest a path through the book appropriate for your job or interest.

AMZ_KOVE_000081158
AMZ_KOVE_000081149

When we talk about actual DNS software, we'll concentrate almost exclusively on BIND, the Berkeley Internet Name Domain software, which is the most popular implementation of the DNS specs (and the one we know best). We've tried to distill our experience in managing and maintaining a domain with BIND into this book— a domain, incidentally, that is one of the largest on the Internet. (We don't mean to brag, but we can use the credibility.) Where possible, we've included the real programs that we use in administration, many of them rewritten into Perl for speed and efficiency.

We hope that this book will help you get acquainted with DNS and BIND if you're just starting out, let you refine your understanding if you're already familiar with them, and provide valuable insight and experience even if you know 'em like the back of your hand.

## *Versions*

This book deals with the new 8.1.2 version of BIND as well as the older 4.9 versions. While 8.1.2 is the most recent version as of this writing, it hasn't made its way into many vendors' versions of UNIX yet, partly because 8.1.2 has only recently been released, and many vendors are wary of using such new software. We will also occasionally mention other versions of BIND, especially 4.8.3, because many vendors continue to ship code based on this older software as part of their UNIX products. Whenever a feature is available only in the 4.8.3, 4.9, or 8.1.2 version, or there is a difference in the behavior of the versions, we try to point out which version does what.

We use *nslookup*, a name server utility program, a great deal in our examples. The version of *nslookup* we use is the one shipped with the 8.1.2 BIND code. Older versions of *nslookup* provide much, but not quite all, of the functionality in the 8.1.2 *nslookup*. We have tried to use commands common to most *nslookup*s in our examples; when this was not possible, we tried to note it.

## *Organization*

This book is organized, more or less, to follow the evolution of a domain and a domain administrator. Chapters 1 and 2 discuss Domain Name System theory. Chapters 3 through 6 help you to decide whether to set up your own domain, then describe how to go about it, should you choose to. The middle chapters, 7, 8, 9, and 10, describe how to maintain your domain, how to configure hosts to use your name server, how to plan for the growth of your domain, and how to create subdomains. The last chapters, 11 through 15, deal with troubleshooting tools and problems, and the lost art of programming with the resolver library routines.

AMZ_KOVE_000081159
AMZ_KOVE_000081149

Here's a more detailed, chapter-by-chapter breakdown:

- Chapter 1, *Background*, provides a little historical perspective and discusses the problems that motivated the development of DNS, then presents an overview of DNS theory.

- Chapter 2, *How Does DNS Work?*, goes over DNS theory in more detail, including how the DNS name space is organized, domains, and name servers. We also introduce important concepts like name resolution and caching.

- Chapter 3, *Where Do I Start?*, covers how to get the BIND software, if you don't already have it, and what to do with it once you've got it: how to figure out what your domain name should be, and how to contact the organization that can delegate your domain to you.

- Chapter 4, *Setting Up BIND*, details how to set up your first two BIND name servers, including creating your name server database, starting up your name servers, and checking their operation.

- Chapter 5, *DNS and Electronic Mail*, deals with DNS's MX record, which allows administrators to specify alternate hosts to handle a given destination's mail. The chapter covers mail routing strategies for a wide variety of networks and hosts, including networks with security firewalls and hosts without direct Internet connectivity.

- Chapter 6, *Configuring Hosts*, explains how to configure a BIND resolver. We also include notes on the idiosyncrasies of many major UNIX vendors' resolver implementations, as well as the Windows 95 and NT resolvers.

- Chapter 7, *Maintaining BIND*, describes the periodic maintenance administrators need to perform to keep their domains running smoothly, like checking name server health and authority.

- Chapter 8, *Growing Your Domain*, covers how to plan for the growth and evolution of your domain, including how to get big, and how to plan for moves and outages.

- Chapter 9, *Parenting*, explores the joys of becoming a parent domain. We explain when to become a parent (create subdomains), what to call your children, how to create them (!), and how to watch over them.

- Chapter 10, *Advanced Features and Security*, goes over less-often-used name server configuration options that can help you tune your name server's operation, secure your name server, and ease administration.

- Chapter 11, *nslookup*, shows the ins and outs of the most popular tool for doing DNS debugging, including techniques for digging obscure information out of remote name servers.

AMZ_KOVE_000081160
AMZ_KOVE_000081149

- Chapter 12, *Reading BIND Debugging Output*, is the Rosetta Stone of BIND's debugging information. This chapter should help you make sense of the cryptic debugging information that BIND emits, which in turn will help you understand your name server better.

- Chapter 13, *Troubleshooting DNS and BIND*, covers many common DNS and BIND problems and their solutions, then describes a number of less common, harder-to-diagnose scenarios.

- Chapter 14, *Programming with the Resolver and Name Server Library Routines*, demonstrates how to use BIND's resolver routines to query name servers and retrieve data from within a C program. We include a useful (we hope!) program to check the health and authority of your name servers.

- Chapter 15, *Miscellaneous*, ties up all the loose ends. We cover DNS wildcarding, special configurations for networks that have Internet connectivity through firewalls, hosts and networks with intermittent Internet connectivity via dialup, network name encoding, and new, experimental record types.

- Appendix A, *DNS Message Format and Resource Records*, contains a byte-by-byte breakdown of the formats used in DNS queries and responses, as well as a comprehensive list of the currently-defined resource record types.

- Appendix B, *Compiling and Installing* BIND *on a Sun*, contains step-by-step instructions on how to compile the 8.1.2 version of BIND on Solaris 2.X.

- Appendix C, *Top-Level Domains*, lists the current top-level domains in the Internet's domain name space.

- Appendix D, *Domain Registration Form*, is the current form for requesting the establishment of a subdomain of an InterNIC-run domain.

- Appendix E, *in-addr.arpa Registration Form*, is the American Registry for Internet Numbers' current form for requesting the establishment of a subdomain of the *in-addr.arpa* domain.

- Appendix F, BIND *Name Server and Resolver Statements*, summarizes the syntax and semantics of each of the parameters available for configuring name servers and resolvers.

## *Audience*

This book is intended primarily for system administrators who manage a domain and one or more name servers, but it also includes material for network engineers, postmasters, and others. Not all of the book's chapters will be equally interesting to a diverse audience, though, and you don't want to wade through fifteen chapters to find the information pertinent to your job. We hope this roadmap will help you plot your way through the book.

AMZ_KOVE_000081161
AMZ_KOVE_000081149

*System administrators setting up their first domain* should read Chapters 1 and 2 for DNS theory, Chapter 3 for information on getting started and selecting a good domain name, then Chapters 4 and 5 to learn how to set up a domain for the first time. Chapter 6 explains how to configure hosts to use the new name servers. Soon after, they should read Chapter 7, which explains how to "flesh out" their domain implementation by setting up additional name servers and adding additional data. Then, Chapters 11, 12, and 13 describe troubleshooting tools and techniques.

*Experienced administrators* could benefit from reading Chapter 6 to learn how to configure DNS resolvers on different hosts, and Chapter 7 for information on maintaining their domains. Chapter 8 contains instructions on how to plan for a domain's growth and evolution, which should be especially valuable to administrators of large domains. Chapter 9 explains parenting—creating subdomains—which is *de rigueur* reading for those considering the big move. Chapter 10 covers security features of the new BIND 8.1.2 name server, many of which may be very useful for experienced administrators. Chapters 11 through 13 describe tools and techniques for troubleshooting, which even advanced administrators may find worth reading.

*System administrators on networks without full Internet connectivity* should read Chapter 5 to learn how to configure mail on such networks, and Chapter 15 to learn how to set up an independent DNS infrastructure.

*Programmers* can read Chapters 1 and 2 for DNS theory, then Chapter 14 for detailed coverage of how to program with the BIND resolver library routines.

*Network administrators not directly responsible for a domain* should still read Chapters 1 and 2 for DNS theory, then Chapter 11 to learn how to use *nslookup*, plus Chapter 13 for troubleshooting tactics.

*Postmasters* should read Chapters 1 and 2 for DNS theory, then Chapter 5 to find out how DNS and electronic mail coexist. Chapter 11, which describes *nslookup*, will also help postmasters dig mail routing information out of the domain name space.

*Interested users* can read Chapters 1 and 2 for DNS theory, and then whatever else they like!

Note that we assume you're familiar with basic UNIX system administration, TCP/IP networking, and programming using simple shell scripts and Perl. We don't assume you have any other specialized knowledge, though. When we introduce a new term or concept, we'll do our best to define or explain it. Whenever possible, we'll use analogies from UNIX (and from the real world) to help you understand.

AMZ_KOVE_000081162
AMZ_KOVE_000081149

# Obtaining the Example Programs

The example programs in this book are available electronically via *ftp* from these URLs:

>   *ftp://ftp.uu.net/published/oreilly/nutshell/dnsbind/dns.tar.Z*
>   *ftp://ftp.ora.com/published/oreilly/nutshell/dnsbind/dns.tar.Z*

In either case, extract the files from the archive by typing:

    % zcat dns.tar.Z | tar xf -

System V systems require the following *tar* command instead:

    % zcat dns.tar.Z | tar xof -

If *zcat* is not available on your system, use separate *uncompress* and *tar* commands.

If you cannot get the examples directly over the Internet, but can send and receive email, you can use *ftpmail* to get them. For help using *ftpmail*, send email to *ftpmail@online.oreilly.com* with no subject and the single word "help" in the body.

# Conventions Used in This Book

We use the following font and format conventions for UNIX commands, utilities, and system calls:

- Excerpts from scripts or configuration files are shown in a constant width font:

      if test -x /etc/named -a -f /etc/named.conf
      then
          /etc/named
      fi

- Sample interactive sessions, showing command-line input and corresponding output, will be shown in a constant width font, with user-supplied input in bold:

      % **cat /etc/named.pid**
      78

- If the command must be typed by the superuser (root), we use the sharp or pound sign (#):

      # **/etc/named**

- Command lines, when they appear exactly as a user would type them, are printed in italic when they appear in the body of a paragraph. For example: run *ls* to list the files in a directory.

- Domain names are also printed in italic when they appear within a paragraph.

- UNIX commands (when mentioned in passing, and not as part of a command line) and UNIX manual pages mentioned in the body of a paragraph appear

AMZ_KOVE_000081163
AMZ_KOVE_000081149

italicized. For example: to find more information on *named*, a user could consult the *named* (1m) manpage.

- Filenames are printed in italic; for example: the BIND name server's conf file is usually */etc/named.conf*.

## Quotations

The Lewis Carroll quotations that begin each chapter are from the Millennium Fulcrum Edition 2.9 of the Project Gutenberg electronic text of *Alice's Adventures in Wonderland* and *Through the Looking-Glass*. Quotations in Chapters 1, 2, 5, 6, 8, and 13 come from *Alice's Adventures in Wonderland*, and those in Chapters 3, 4, 7, 9, 11, 12, and 15 come from *Through the Looking-Glass*.

## How to Contact Us

We have tested and verified the information in this book to the best of our ability, but you may find that features have changed (or even that we have made mistakes!). Please let us know about any errors you find, as well as your suggestions for future editions, by writing to:

O'Reilly & Associates, Inc.
101 Morris Street
Sebastopol, CA 95472
1-800-998-9938 (in the U.S. or Canada)
1-707-829-0515 (international/local)
1-707-829-0104 (fax)

You can also send us messages electronically. To be put on the mailing list or request a catalog, send email to:

*info@oreilly.com*

To ask technical questions or comment on the book, send email to:

*bookquestions@oreilly.com*

We have a web site for the book, where we'll list examples, errata, and plans for future editions. You can access this page at:

*http://www.oreilly.com/catalog/dns3/*

For more information about this book and others, see the O'Reilly web site:

*http://www.oreilly.com*

AMZ_KOVE_000081164
AMZ_KOVE_000081149

# Acknowledgments

The authors would like to thank Ken Stone, Jerry McCollom, Peter Jeffe, Christopher Durham, Hal Stern, Bill Wisner, Dave Curry, Jeff Okamoto, Brad Knowles, K. Robert Elz, and Paul Vixie for their invaluable contributions to this book. We'd also like to thank our reviewers, Eric Pearce, Jack Repenning, Andrew Cherenson, Dan Trinkle, Bill LeFebvre, and John Sechrest for their criticism and suggestions. Without their help, this book would not be what it is (it'd be much shorter!).

For the second edition, the authors would like to add their thanks to their sterling review team, Dave Barr, Nigel Campbell, Bill LeFebvre, Mike Milligan, and Dan Trinkle.

For the third edition, the authors salute their technical review Dream Team: Bob Halley, Barry Margolin and Paul Vixie.

Cricket would particularly like to thank his former manager, Rick Nordensten, who is the very model of a modern HP manager, on whose watch the first version of this book was written; his neighbors, who bore his occasional crabbiness for many months; and of course his wife, Paige, for her unflagging support and for putting up with his tap-tap-tapping during her nap-nap-napping. For the second edition, Cricket would like to add a thank you to his former managers, Regina Kershner and Paul Klouda, for their support of Cricket's work with the Internet. For the third edition, Cricket acknowledges a debt of gratitude to his partner, Matt Larson, for his co-development of the Acme Razor.

Paul would like to thank his wife Katherine for her patience, for many review sessions, and for proving that she could make a quilt in her spare time more quickly than her spouse could write his half of a book.

We would also like to thank the folks at O'Reilly & Associates for their hard work and patience. Credit is especially due our editor, Mike Loukides; our production editor for the second edition, Nancy Kotary; Ellie Fountain Maden (third edition), Robert Romano (third edition), Steven Abrams (third edition); our production copy editor, Kismet McDonough-Chan; our indexers, Seth Maislin (second and third editions) and Ellie Cutler (first edition); our production tools specialists, Mike Sierra and Lenny Muellner; and our illustrator, Chris Reilley (second edition). Thanks besides to Jerry Peek, for all sorts of miscellaneous help, and to Tim O'Reilly, for inspiring us to put it all in print.

And thanks, Edie, for the cricket on the cover!

AMZ_KOVE_000081165
AMZ_KOVE_000081149

Networking/Internet

# O'REILLY®

# DNS and BIND



*DNS and BIND* discusses one of the Internet's fundamental building blocks: the distributed host information database that's responsible for translating names into addresses, routing mail to its proper destination, and many other services. As the authors write in the preface, if you're using the Internet, you're already using DNS—even if you don't know it.

The third edition covers BIND 4.9, on which most commercial products are currently based, and BIND 8, which implements many important new features and will be the basis for the next generation of commercial name servers. It also covers topics like DNS security (greatly improved with BIND 8), asynchronous notification of changes to a zone, dynamic updates, and programming with Perl's Net::DNS module.

Whether you're an administrator involved with DNS on a daily basis, or a user who wants to be more informed about the Internet and how it works, you'll find that this book is essential reading.

Topics include:

- What DNS does, how it works, and when you need to use it
- How to find your own place in the Internet's name space
- Setting up name servers
- Using MX records to route mail
- Configuring hosts to use DNS name servers
- Subdividing domains (parenting)
- Securing your name server: restricting who can query your server, preventing unauthorized zone transfers, avoiding bogus name servers, etc.
- Mapping one name to several servers for load sharing
- Troubleshooting: using *nslookup*, reading debugging output, common problems
- DNS programming using the resolver library and Perl's Net::DNS module

**Paul Albitz** is a software engineer for Hewlett-Packard, and has ported BIND to HP-UX.

**Cricket Liu** is a former hostmaster of *hp.com*, one of the largest domains on the Internet. He is now a consultant.

US $37.95
CAN $55.95
ISBN 1-56592-512-2


DNS and BIND
New

Visit O'Reilly on the Web at *www.oreilly.com*


RepKover

AMZ_KOVE_000081655
AMZ_KOVE_000081149