# Exhibit K99



# Index of /isc/bind8/src/DEPRECATED/8.1

| Name | Last modified | Size | Description |
|---|---|---|---|
| Parent Directory | | - | |
| bind-contrib.tar.gz | 1997-05-06 23:06 | 575K | Source Code |
| bind-doc.tar.gz | 1997-05-06 23:07 | 1.0M | Source Code |
| bind-src.tar.gz | 1997-05-06 23:07 | 580K | Source Code |