# Exhibit K100



# Index of /isc

| | Name | Last modified | Size | Description |
|---|---|---|---|---|
| 📁 | [Parent Directory](#) | | - | |
| 📁 | IRRToolSet/ | 2012-08-09 07:18 | - | |
| 📄 | MIRRORS | 2011-02-16 11:21 | 3.9K | |
| ❓ | TIME | 2011-05-11 04:48 | 11 | |
| 📁 | aftr/ | 2011-06-29 18:23 | - | |
| 📁 | aggregate/ | 2003-10-07 17:07 | - | |
| 📁 | bind/ | 2023-09-20 10:43 | - | |
| 📁 | bind4/ | 2007-08-10 10:32 | - | |
| 📁 | bind8/ | 2007-11-08 08:37 | - | |
| 📁 | bind9/ | 2023-09-20 10:43 | - | |
| 📁 | bind10/ | 2014-04-17 16:38 | - | |
| 📁 | ciscoconf/ | 2003-10-07 17:07 | - | |
| 📁 | cron/ | 2004-01-23 19:21 | - | |
| 📁 | dhcp/ | 2022-10-05 07:05 | - | |
| 📁 | dns_perf/ | 2009-08-10 15:04 | - | |
| 📁 | dnssec-guide/ | 2017-02-20 10:39 | - | |
| 📁 | inn/ | 2023-04-29 03:25 | - | |
| 📁 | irrtoolset/ | 2012-08-09 07:06 | - | |
| 📁 | kb-files/ | 2018-12-12 02:16 | - | |
| 📁 | kea/ | 2023-10-25 16:39 | - | |
| 📁 | keama/ | 2023-09-20 19:03 | - | |
| 📁 | libbind/ | 2009-04-13 06:27 | - | |
| 📁 | lwds-lite/ | 2013-01-10 18:08 | - | |
| 📁 | ohgf/ | 2013-12-19 08:27 | - | |
| 📁 | openreg/ | 2003-04-08 21:34 | - | |
| 📁 | pgpkeys/ | 2021-01-21 09:15 | - | |
| 📁 | pubs/ | 2015-10-21 20:16 | - | |
| 📁 | rtty/ | 2003-04-04 00:43 | - | |
| 📁 | stork/ | 2023-10-12 07:45 | - | |

| 📁 | [toolmakers/](toolmakers/) | 2014-01-24 11:22 | - |