# Exhibit K105

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| KOVE IO, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-08175 |
| | ) | |
| AMAZON WEB SERVICES, INC., | ) | Hon. Rebecca R. Pallmeyer |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF PAUL VIXIE

I Paul Vixie state and declare as follows:

1. I am currently the Chairman, CEO, and cofounder of Farsight Security, Inc.

2. I am over 18 years of age and am competent to make this Declaration. I make this Declaration based on my own personal knowledge.

3. I am the author of several Internet standards related to the Internet Domain Name System (DNS) and was for eleven years the maintainer of BIND, a DNS software system.

4. In 1996, I co-founded the Internet Software Consortium (ISC), which we started to support BIND and other software for the Internet.

5. As a regular conducted activity, ISC maintained an open FTP server that contains the source code files of finalized versions of the "BIND 8" product family released to the public. The FTP server is publicly accessible and the BIND 8 folder can be found here: https://ftp.isc.org/isc/bind8/src/DEPRECATED/.

6. "BIND 8.1" was the first finalized public release in the BIND 8 product family. There is no "BIND 8" or "BIND 8.0."



VIXIE_00000001
VIXIE_00000001

7. The "Last modified" dates in the BIND 8 folder are not the public release dates of the different versions in the BIND 8 product family. To find the public release dates for a particular version of BIND 8, you have to open the subfolder for that version.

8. The source code files of finalized stable version of "BIND 8.1" can be downloaded from the subfolder located here: https://ftp.isc.org/isc/bind8/src/DEPRECATED/8.1/. The system time/date stamps displayed in the "Last modified" column indicates the release date of BIND 8.1. The time/date stamp shows that the finalized and stable source code of BIND 8.1 was created on May 6, 1997 at approximately 23:00.

9. A download of BIND 8.1 from this folder is a true and correct copy of BIND 8.1 as it was publicly available on May 6, 1997.

10. ISC promptly notified the public of a release of a version of the BIND 8 product family by announcing the version's availability via electronic bulletin board style communication and email list-serves.

11. Attached to this declaration is a true and correct copy of the public announcement showing that BIND 8.1 was released on May 6, 1997.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 30, 2020, at La Honda, CA, USA

_____
Paul Vixie

2

VIXIE_00000002
VIXIE_00000001

**Subject:** BIND 8.1-REL announcement
**From:** Paul A Vixie <vixie@wisdom.home.vix.com>
**Date:** 1997-05-06 16:35
**To:** "bind-workers@wisdom.home.vix.com" <bind-workers@wisdom.home.vix.com>

```
-----BEGIN PGP SIGNED MESSAGE-----
```

This is the long-awaited successor to BIND Version 4 (i.e., 4.9.5 et al).
Many private releases have been run by the BIND developer community, and
several public releases have been tested by the Internet community at large.

We run BIND 8.1 on the root name server we operate (F.ROOT-SERVERS.NET),
and on all of our internal name servers (GW.HOME.VIX.COM, et al).  BIND 8.1
is known to be running successfully at UUNET PIPEX (24,000 zones) and a
number of other large sites around the 'net.

The changes from BIND 8.1-T5B to 8.1-REL are small, but no patch will be
released since we would really like the "final cut" to be the only thing
on any FTP caches.

BIND 8 features are too numerous to mention here, but they include:

```
-> DNS Dynamic Updates (RFC 2136).
-> DNS Change Notification (RFC 1996).
-> Completely new configuration syntax (and HTML docs for same).
-> Flexible, categorized logging system (blackhole lame delegations!).
-> IP-address-based access control for queries, zone transfers, and
   updates that may be specified on a zone-by-zone basis.
-> More efficient zone transfers (no fork() on outbound!).
-> Improved performance for servers with thousands of zones.
-> get*by*() functions can now use Sun NIS if desired/available.
-> Many bug fixes, including patches for all known security holes.
```

See the CHANGES file in the source kit for a detailed listing of all changes.

Bob and I would like to thank Viraj Bais of Intel for his reference
implementation of Dynamic DNS, which 8.1's dynamic DNS is built upon.  We'd
also like to thank everyone who has sent us bug reports, patches, or
operating system ports.

The release files are:

ftp://ftp.isc.org/isc/bind/src/8.1/bind-contrib.tar.gz as 4.9.5
ftp://ftp.isc.org/isc/bind/src/8.1/bind-contrib.tar.gz.asc sig
ftp://ftp.isc.org/isc/bind/src/8.1/bind-doc.tar.gz HTML,MAN
ftp://ftp.isc.org/isc/bind/src/8.1/bind-doc.tar.gz.asc sig



2021-01-13 15:5

VIXIE_00000003
**VIXIE_00000001**

ftp://ftp.isc.org/isc/bind/src/8.1/bind-src.tar.gz source
ftp://ftp.isc.org/isc/bind/src/8.1/bind-src.tar.gz.asc sig

Those PGP signatures are signed with the new <pgpkey@isc.org> key, which has
been submitted to the MIT key ring a lot of well known signatures on it.
It can also be found at <URL:http://www.isc.org/isc> along with a lot of
other ISC related material that we hope you'll glance through.  (If you see
it as a crass request for funding, well, we didn't mean it to be "crass".)

There is a newish mailing list: <bind-bugs@isc.org>.  Submit bug reports to
it so that both Bob Halley and Paul Vixie will see them, and they will be
archived.  This is not a mailing list in the traditional sense -- there are
no external subscribers.

Corresponding security fixes for BIND 4.9.5 will be released shortly, even
though the release of BIND 8.1 officially puts BIND 4.9.5 in "end of life."

-----BEGIN PGP SIGNATURE-----
Version: 2.6.2
Comment: Processed by Mailcrypt 3.4, an Emacs/PGP interface

iQCVAwUBM2/ACHcdkq6JcsfBAQEWFwP/WA1drVaypxOtjvkGgTyd4Kw6wbLovdBK
kSIGgpEx9hrpBKpVSaY+PcBEAIQqrjVRGSDxmgSm/9UhDb0qd9Os8tZmM0CwZY6H
IPWxyXoBFd01ly9ut+IPae0vkPTzmp8jwN5LoKb9YHvKHStoMq8dGkqHSo4DRT8U
gyXFE1UBJrw=
=t/qo
-----END PGP SIGNATURE-----



VIXIE_00000004
VIXIE_00000001