# Exhibit K106

# Amazon DynamoDB

## Developer Guide

## API Version 2012-08-10



AMZ_KOVE_000007001

# Amazon DynamoDB: Developer Guide

Copyright © 2019 Amazon Web Services, Inc. and/or its affiliates. All rights reserved.

Amazon's trademarks and trade dress may not be used in connection with any product or service that is not Amazon's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits Amazon. All other trademarks not owned by Amazon are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

# Table of Contents

What Is Amazon DynamoDB? ............................................................................................................................ 1
    High Availability and Durability .............................................................................................................. 1
    Getting started with DynamoDB ............................................................................................................ 1
    How It Works ........................................................................................................................................ 2
        Core Components ............................................................................................................................ 2
        The DynamoDB API ......................................................................................................................... 9
        Naming Rules and Data Types ...................................................................................................... 11
        Read Consistency .......................................................................................................................... 15
        Read/write Capacity Mode ............................................................................................................ 16
        Partitions and Data Distribution ................................................................................................... 20
    From SQL to NoSQL ............................................................................................................................ 22
        SQL or NoSQL? ............................................................................................................................ 23
        Accessing the Database ................................................................................................................. 24
        Creating a Table ........................................................................................................................... 26
        Getting Information About a Table ................................................................................................ 28
        Writing Data To a Table ............................................................................................................... 29
        Reading Data From a Table .......................................................................................................... 31
        Managing Indexes ........................................................................................................................ 36
        Modifying Data in a Table ............................................................................................................ 39
        Deleting Data from a Table .......................................................................................................... 40
        Removing a Table ......................................................................................................................... 41
Setting Up DynamoDB ................................................................................................................................ 43
    Setting Up DynamoDB Local (Downloadable Version) ............................................................................ 43
        DynamoDB (Downloadable Version) on Your Computer ................................................................... 43
        DynamoDB (Downloadable Version) and Apache Maven ................................................................. 45
        DynamoDB (Downloadable Version) and Docker ............................................................................ 45
        Usage Notes ................................................................................................................................. 46
    Setting Up DynamoDB (Web Service) .................................................................................................. 48
        Signing Up for AWS ..................................................................................................................... 48
        Getting an AWS Access Key .......................................................................................................... 49
        Configuring Your Credentials ......................................................................................................... 49
Accessing DynamoDB .................................................................................................................................. 51
    Using the Console ............................................................................................................................... 51
        Working with User Preferences ...................................................................................................... 52
    Using the CLI ..................................................................................................................................... 53
        Downloading and Configuring the AWS CLI ................................................................................... 53
        Using the AWS CLI with DynamoDB .............................................................................................. 53
        Using the AWS CLI with Downloadable DynamoDB ........................................................................ 54
    Using the API ..................................................................................................................................... 55
Getting Started with DynamoDB ................................................................................................................. 56
    Java and DynamoDB .......................................................................................................................... 56
        Tutorial Prerequisites .................................................................................................................... 56
        Step 1: Create a Table .................................................................................................................. 57
        Step 2: Load Sample Data ............................................................................................................ 58
        Step 3: Create, Read, Update, and Delete an Item ......................................................................... 60
        Step 4: Query and Scan the Data .................................................................................................. 68
        Step 5: (Optional) Delete the Table ............................................................................................... 72
        Summary ...................................................................................................................................... 72
    JavaScript and DynamoDB ................................................................................................................. 73
        Tutorial Prerequisites .................................................................................................................... 73
        Step 1: Create a Table .................................................................................................................. 74
        Step 2: Load Sample Data ............................................................................................................ 76
        Step 3: Create, Read, Update, and Delete an Item ......................................................................... 78
        Step 4: Query and Scan the Data .................................................................................................. 87

AMZ_KOVE_000007003

Step 5: (Optional): Delete the Table ............................................................................ 91
Summary ................................................................................................................... 92
Node.js and DynamoDB ........................................................................................................ 93
Tutorial Prerequisites ................................................................................................ 93
Step 1: Create a Table ............................................................................................... 93
Step 2: Load Sample Data ......................................................................................... 94
Step 3: Create, Read, Update, and Delete an Item ..................................................... 96
Step 4: Query and Scan the Data ............................................................................. 103
Step 5: (Optional): Delete the Table ......................................................................... 106
Summary ................................................................................................................. 107
.NET ................................................................................................................................... 107
Tutorial Prerequisites .............................................................................................. 108
1. Create a Client ..................................................................................................... 109
2. Create a Table ...................................................................................................... 111
3. Load Data ............................................................................................................ 113
4. Add a New Movie .................................................................................................. 116
5. Read a Movie ........................................................................................................ 117
6. Update the Movie .................................................................................................. 118
7. Delete an Item Conditionally ................................................................................ 121
8. Queries ................................................................................................................ 122
9. Scan a Table ......................................................................................................... 125
10. Delete the Table .................................................................................................. 126
PHP and DynamoDB ........................................................................................................... 127
Tutorial Prerequisites .............................................................................................. 128
Step 1: Create a Table ............................................................................................. 128
Step 2: Load Sample Data ....................................................................................... 129
Step 3: Create, Read, Update, and Delete an Item ................................................... 131
Step 4: Query and Scan the Data ............................................................................. 139
Step 5: (Optional) Delete the Table .......................................................................... 144
Summary ................................................................................................................. 144
Python and DynamoDB ....................................................................................................... 145
Tutorial Prerequisites .............................................................................................. 145
Step 1: Create a Table ............................................................................................. 145
Step 2: Load Sample Data ....................................................................................... 147
Step 3: Create, Read, Update, and Delete an Item ................................................... 148
Step 4: Query and Scan the Data ............................................................................. 155
Step 5: (Optional) Delete the Table .......................................................................... 159
Summary ................................................................................................................. 159
Ruby and DynamoDB .......................................................................................................... 160
Tutorial Prerequisites .............................................................................................. 160
Step 1: Create a Table ............................................................................................. 160
Step 2: Load Sample Data ....................................................................................... 161
Step 3: Create, Read, Update, and Delete an Item ................................................... 163
Step 4: Query and Scan the Data ............................................................................. 170
Step 5: (Optional) Delete the Table .......................................................................... 174
Summary ................................................................................................................. 174
Programming with DynamoDB ....................................................................................................... 176
Overview of AWS SDK Support for DynamoDB ..................................................................... 176
Programmatic Interfaces ..................................................................................................... 178
Low-Level Interfaces ................................................................................................ 178
Document Interfaces ................................................................................................ 179
Object Persistence Interface .................................................................................... 180
DynamoDB Low-Level API ................................................................................................... 181
Request Format ....................................................................................................... 183
Response Format ..................................................................................................... 183
Data Type Descriptors ............................................................................................. 184
Numeric Data .......................................................................................................... 185

AMZ_KOVE_000007004

Binary Data ................................................................................................................. 185
Error Handling .................................................................................................................. 185
Error Components .......................................................................................................... 185
Error Messages and Codes ............................................................................................ 186
Error Handling in Your Application ................................................................................ 189
Error Retries and Exponential Backoff .......................................................................... 189
Batch Operations and Error Handling ............................................................................ 190
Higher-Level Programming Interfaces for DynamoDB .............................................................. 190
Java: DynamoDBMapper ................................................................................................ 191
.NET: Document Model .................................................................................................. 228
.NET: Object Persistence Model .................................................................................... 250
Running the Code Samples ................................................................................................ 277
Load Sample Data ......................................................................................................... 277
Java Code Samples ........................................................................................................ 282
.NET Code Samples ....................................................................................................... 284
Working with DynamoDB ........................................................................................................ 287
Working with Tables ......................................................................................................... 287
Basic Operations for Tables .......................................................................................... 287
Considerations When Changing Read/Write Capacity Mode ............................................ 292
Managing Throughput Settings on Provisioned Tables ................................................... 293
DynamoDB Item Sizes ................................................................................................... 297
Managing Throughput Capacity with Auto Scaling ........................................................ 297
Tagging for DynamoDB .................................................................................................. 311
Working with Tables: Java ............................................................................................. 313
Working with Tables: .NET ............................................................................................. 318
Working with Items ........................................................................................................... 324
Reading an Item ............................................................................................................ 325
Writing an Item ............................................................................................................. 326
Return Values ................................................................................................................ 328
Batch Operations .......................................................................................................... 329
Atomic Counters ........................................................................................................... 330
Conditional Writes ........................................................................................................ 331
Using Expressions in DynamoDB ................................................................................... 336
Time To Live ................................................................................................................. 359
Working with Items: Java .............................................................................................. 365
Working with Items: .NET ............................................................................................. 384
Working with Queries ....................................................................................................... 407
Key Condition Expression .............................................................................................. 407
Filter Expressions for *Query* ....................................................................................... 409
Limiting the Number of Items in the Result Set ............................................................ 410
Paginating the Results .................................................................................................. 410
Counting the Items in the Results ................................................................................. 411
Capacity Units Consumed by *Query* ............................................................................. 411
Read Consistency for *Query* ......................................................................................... 412
Querying: Java .............................................................................................................. 412
Querying: .NET ............................................................................................................. 417
Working with Scans .......................................................................................................... 424
Filter Expressions for *Scan* ......................................................................................... 424
Limiting the Number of Items in the Result Set ............................................................ 425
Paginating the Results .................................................................................................. 425
Counting the Items in the Results ................................................................................. 426
Capacity Units Consumed by *Scan* ............................................................................... 426
Read Consistency for *Scan* ........................................................................................... 427
Parallel Scan ................................................................................................................. 427
Scanning: Java .............................................................................................................. 428
Scanning: .NET ............................................................................................................. 435
Working with Indexes ........................................................................................................ 443

AMZ_KOVE_000007005

Global Secondary Indexes ................................................................................. 445
Local Secondary Indexes ................................................................................. 481
Working with Streams ........................................................................................... 515
Endpoints for DynamoDB Streams ...................................................................... 516
Enabling a Stream ........................................................................................... 517
Reading and Processing a Stream ...................................................................... 518
DynamoDB Streams and Time To Live ............................................................... 519
Using the DynamoDB Streams Kinesis Adapter to Process Stream Records ............. 520
DynamoDB Streams Low-Level API: Java Example ............................................... 531
Cross-Region Replication .................................................................................. 535
DynamoDB Streams and AWS Lambda Triggers ................................................... 535
On-Demand Backup and Restore ............................................................................. 544
How It Works .................................................................................................. 544
Backups ....................................................................................................... 544
Restores ....................................................................................................... 545
Backing Up a Table .......................................................................................... 546
Creating a Table Backup (Console) ..................................................................... 546
Creating a Table Backup (AWS CLI) .................................................................... 547
Restoring a Table from a Backup ......................................................................... 548
Restoring a Table from a Backup (Console) .......................................................... 548
Restoring a Table from a Backup (AWS CLI) ......................................................... 550
Deleting a Table Backup .................................................................................... 551
Deleting a Table Backup (Console) ..................................................................... 551
Deleting a Table Backup (AWS CLI) .................................................................... 552
Using IAM ...................................................................................................... 552
Example 1: Allow the CreateBackup and RestoreTableFromBackup Actions ............ 552
Example 2: Allow CreateBackup and Deny RestoreTableFromBackup ..................... 553
Example 3: Allow ListBackups and Deny CreateBackup and RestoreTableFromBackup ............. 553
Example 4: Allow ListBackups and Deny DeleteBackup ....................................... 554
Example 5: Allow RestoreTableFromBackup and DescribeBackup for All Resources and Deny
DeleteBackup for a Specific Backup ................................................................... 554
Example 6: Allow CreateBackup for a Specific Table ........................................... 555
Example 7: Allow ListBackups ......................................................................... 555
Point-in-Time Recovery ......................................................................................... 556
How It Works .................................................................................................. 556
Before You Begin ............................................................................................ 557
Restoring a Table To a Point in Time ................................................................... 557
Restoring a Table to a Point in Time (Console) ..................................................... 558
Restoring a Table to a Point in Time (AWS CLI) ................................................... 558
Global Tables ..................................................................................................... 560
How It Works .................................................................................................. 560
Global Table Concepts ..................................................................................... 560
Consistency and Conflict Resolution .................................................................. 561
Availability and Durability ............................................................................... 562
Requirements and Best Practices ....................................................................... 562
Requirements for Adding a New Replica Table ..................................................... 562
Best Practices and Requirements for Managing Capacity ...................................... 563
Creating a Global Table .................................................................................... 564
Creating a Global Table (Console) ..................................................................... 564
Creating a Global Table (AWS CLI) .................................................................... 565
Monitoring Global Tables ................................................................................. 566
Using IAM with Global Tables ........................................................................... 567
        ................................................................................................... 567
Example: Allow the `CreateGlobalTable` Action ............................................. 568
Example: Allow the `UpdateGlobalTable`, `DescribeLimits`, `application-autoscaling:DeleteScalingPolicy` and `application-autoscaling:DeregisterScalableTarget` Actions ................................... 568

AMZ_KOVE_000007006

Example: Allow the `CreateGlobalTable` Action for a specific global table name with replicas allowed in certain regions only ........................................................................................ 569
Encryption at Rest .......................................................................................................................... 570
    How It Works ......................................................................................................................... 571
        AWS Managed CMK ........................................................................................................ 571
    Usage Notes .......................................................................................................................... 571
    Enabling Encryption at Rest .................................................................................................. 572
        Creating an Encrypted Table (Console) ............................................................................ 572
        Creating an Encrypted Table (AWS CLI) ........................................................................... 573
DynamoDB Transactions ................................................................................................................. 575
    How it Works ......................................................................................................................... 575
        TransactWriteItems ........................................................................................................ 576
        TransactGetItems ........................................................................................................... 577
        Isolation Levels .............................................................................................................. 577
        Transactions in DAX ....................................................................................................... 579
        Capacity Management ..................................................................................................... 579
        Best Practices ................................................................................................................. 579
        Integration with Other Features ..................................................................................... 580
        Transactions vs. the Client Library .................................................................................. 580
    Using IAM with Transactions ................................................................................................. 580
        Example 1: Allow Transactional Operations ..................................................................... 580
        Example 2: Allow Only Transactional Operations ............................................................. 581
        Example 3: Allow Non-Transactional Reads and Writes, and Block Transactional Reads and Writes .............................................................................................................................. 581
        Example 4: Prevent Information from Being Returned on a ConditionCheck Failure ................. 582
    Example Code ........................................................................................................................ 582
        Making an Order ............................................................................................................. 583
        Reading the Order Details ............................................................................................... 584
In-Memory Acceleration with DAX .................................................................................................. 586
    Use Cases for DAX ................................................................................................................. 586
    Usage Notes .......................................................................................................................... 587
    Concepts ................................................................................................................................ 588
        How DAX Processes Requests ......................................................................................... 589
        Item Cache ..................................................................................................................... 590
        Query Cache ................................................................................................................... 590
    DAX Cluster Components ....................................................................................................... 590
        Nodes ............................................................................................................................. 591
        Clusters .......................................................................................................................... 591
        Regions and Availability Zones ....................................................................................... 592
        Parameter Groups ........................................................................................................... 592
        Security Groups ............................................................................................................... 592
        Cluster ARN .................................................................................................................... 592
        Cluster Endpoint ............................................................................................................. 593
        Node Endpoints .............................................................................................................. 593
        Subnet Groups ................................................................................................................ 593
        Events ............................................................................................................................. 593
        Maintenance Window ...................................................................................................... 593
    Creating a DAX Cluster .......................................................................................................... 594
        Creating a DAX Service Role ........................................................................................... 594
        AWS CLI .......................................................................................................................... 596
        AWS Management Console ............................................................................................... 599
    DAX and DynamoDB Consistency Models ............................................................................... 601
        Consistency Among DAX Cluster Nodes ........................................................................... 602
        DAX Item Cache Behavior ............................................................................................... 602
        DAX Query Cache Behavior ............................................................................................. 604
        Strongly Consistent and Transactional Reads ................................................................... 605
        Negative Caching ............................................................................................................ 605

AMZ_KOVE_000007007

Strategies for Writes ......................................................................................... 606
Using the DAX Client in an Application ........................................................................ 608
    Tutorial: Running a Sample Application ................................................................... 608
    Modifying an Existing Application to Use DAX ........................................................... 641
Managing DAX Clusters ............................................................................................. 644
    IAM Permissions for Managing a DAX Cluster ........................................................... 645
    Customizing DAX Cluster Settings ......................................................................... 646
    Configuring TTL Settings .................................................................................... 648
    Tagging Support for DAX ..................................................................................... 649
    AWS CloudTrail Integration .................................................................................. 650
    Deleting a DAX Cluster ....................................................................................... 650
DAX Access Control ................................................................................................. 650
    IAM Service Role for DAX ..................................................................................... 651
    IAM Policy to Allow DAX Cluster Access ................................................................... 651
    Case Study: Accessing DynamoDB and DAX ............................................................... 652
    Access to DynamoDB, But No Access With DAX .......................................................... 654
    Access to DynamoDB and to DAX ........................................................................... 656
    Access to DynamoDB Via DAX, But No Direct Access to DynamoDB .................................. 660
DAX Encryption at Rest ............................................................................................ 662
    Enabling Encryption at Rest (Console) .................................................................... 663
Using Service-Linked Roles for DAX ............................................................................. 663
    Service-Linked Role Permissions for DAX ................................................................. 664
    Creating a Service-Linked Role for DAX ................................................................... 665
    Editing a Service-Linked Role for DAX ..................................................................... 665
    Deleting a Service-Linked Role for DAX ................................................................... 665
DAX API Reference ................................................................................................. 666
Authentication and Access Control ................................................................................. 667
    Authentication .................................................................................................. 667
    Access Control .................................................................................................. 668
    Overview of Managing Access ................................................................................ 668
        Amazon DynamoDB Resources and Operations ....................................................... 669
        Understanding Resource Ownership .................................................................... 669
        Managing Access to Resources ......................................................................... 669
        Specifying Policy Elements: Actions, Effects, and Principals ...................................... 671
        Specifying Conditions in a Policy ....................................................................... 671
    Using Identity-Based Policies (IAM Policies) .............................................................. 671
        Console Permissions ...................................................................................... 672
        AWS Managed (Predefined) Policies for Amazon DynamoDB ........................................ 673
        Customer Managed Policy Examples .................................................................... 673
    DynamoDB API Permissions Reference ..................................................................... 679
        Related Topics ............................................................................................. 683
    Using Conditions ............................................................................................... 683
        Overview .................................................................................................... 683
        Specifying Conditions: Using Condition Keys .......................................................... 686
        Related Topics ............................................................................................. 693
    Using Web Identity Federation .............................................................................. 693
        Additional Resources for Web Identity Federation .................................................... 693
        Example Policy for Web Identity Federation ........................................................... 694
        Preparing to Use Web Identity Federation ............................................................. 696
        Writing Your App to Use Web Identity Federation .................................................... 697
Monitoring DynamoDB ............................................................................................. 700
    Monitoring Tools ............................................................................................... 700
        Automated Tools ........................................................................................... 700
        Manual Tools ............................................................................................... 701
    Monitoring with Amazon CloudWatch ...................................................................... 701
        Metrics and Dimensions .................................................................................. 702
        Using Metrics .............................................................................................. 715

AMZ_KOVE_000007008

Creating Alarms ................................................................................................................... 716
Logging DynamoDB Operations by Using AWS CloudTrail ............................................................ 718
DynamoDB Information in CloudTrail ...................................................................................... 718
Understanding DynamoDB Log File Entries ............................................................................. 720
Best Practices ............................................................................................................................... 725
NoSQL Design ...................................................................................................................... 726
NoSQL vs. RDBMS .......................................................................................................... 726
Two Key Concepts .......................................................................................................... 726
General Approach ........................................................................................................... 727
Partition Key Design ............................................................................................................. 728
Burst Capacity ............................................................................................................... 728
Adaptive Capacity .......................................................................................................... 728
Distributing Workloads ................................................................................................... 729
Write Sharding ............................................................................................................... 730
Uploading Data Efficiently .............................................................................................. 731
Sort-Key Design ................................................................................................................... 732
Version Control .............................................................................................................. 732
Secondary Indexes ............................................................................................................... 733
General Guidelines .......................................................................................................... 734
Sparse Indexes ............................................................................................................... 735
Aggregation .................................................................................................................... 737
GSI Overloading ............................................................................................................. 738
GSI Sharding .................................................................................................................. 740
Creating a Replica .......................................................................................................... 741
Large Items ......................................................................................................................... 741
Compression .................................................................................................................. 741
Using Amazon S3 ........................................................................................................... 742
Time-Series Data .................................................................................................................. 742
Design Pattern for Time-Series Data ................................................................................. 742
Time-Series Table Examples ............................................................................................. 743
Many-to-Many Relationships .................................................................................................. 744
Adjacency Lists ............................................................................................................... 745
Materialized Graphs ........................................................................................................ 746
Hybrid DynamoDB–RDBMS ................................................................................................... 752
Not Migrating ................................................................................................................ 752
Hybrid System Implementation ........................................................................................ 752
Relational Modeling .............................................................................................................. 753
First Steps ..................................................................................................................... 756
Example ........................................................................................................................ 757
Querying and Scanning ......................................................................................................... 759
Scan Performance ........................................................................................................... 759
Avoid Spikes .................................................................................................................. 759
Parallel Scans ................................................................................................................ 761
Global Tables ....................................................................................................................... 761
Integrating with Other AWS Services ............................................................................................. 762
Amazon VPC Endpoints for DynamoDB .................................................................................... 762
Tutorial: Using a VPC Endpoint for DynamoDB ................................................................... 764
Integrating with Amazon Cognito ........................................................................................... 769
Integrating with Amazon Redshift ........................................................................................... 770
Integrating with Amazon EMR ................................................................................................ 771
Overview ....................................................................................................................... 772
Tutorial: Working with Amazon DynamoDB and Apache Hive ................................................ 772
Creating an External Table in Hive .................................................................................... 779
Processing HiveQL Statements ......................................................................................... 781
Querying Data in DynamoDB ........................................................................................... 782
Copying Data to and from Amazon DynamoDB .................................................................. 783
Performance Tuning ........................................................................................................ 794

AMZ_KOVE_000007009

Limits in DynamoDB ................................................................................................................ 798
    Read/Write Capacity Mode and Throughput ........................................................................ 798
        Capacity Unit Sizes (for Provisioned tables) ........................................................... 798
        Request Unit Sizes (for On-Demand tables) ........................................................... 798
        Throughput Default Limits ..................................................................................... 799
        Increasing or Decreasing Throughput (for Provisioned tables) ............................. 800
    Tables ............................................................................................................................. 800
        Table Size ............................................................................................................ 800
        Tables Per Account .............................................................................................. 800
    Secondary Indexes .......................................................................................................... 801
        Secondary Indexes Per Table ............................................................................... 801
        Projected Secondary Index Attributes Per Table ................................................... 801
    Partition Keys and Sort Keys .......................................................................................... 801
        Partition Key Length ............................................................................................. 801
        Partition Key Values ............................................................................................. 801
        Sort Key Length .................................................................................................... 801
        Sort Key Values .................................................................................................... 801
    Naming Rules .................................................................................................................. 801
        Table Names and Secondary Index Names ........................................................... 801
        Attribute Names .................................................................................................... 802
    Data Types ..................................................................................................................... 802
        String ................................................................................................................... 802
        Number ................................................................................................................. 802
        Binary ................................................................................................................... 802
    Items .............................................................................................................................. 803
        Item Size .............................................................................................................. 803
        Item Size for Tables With Local Secondary Indexes .............................................. 803
    Attributes ....................................................................................................................... 803
        Attribute Name-Value Pairs Per Item .................................................................... 803
        Number of Values in List, Map, or Set .................................................................. 803
        Attribute Values .................................................................................................... 803
        Nested Attribute Depth ......................................................................................... 803
    Expression Parameters .................................................................................................... 803
        Lengths ................................................................................................................. 804
        Operators and Operands ....................................................................................... 804
        Reserved Words .................................................................................................... 804
    DynamoDB Transactions .................................................................................................. 804
    DynamoDB Streams ......................................................................................................... 804
        Simultaneous Readers of a Shard in DynamoDB Streams ...................................... 804
        Maximum Write Capacity for a Table With a Stream Enabled ................................ 804
    DynamoDB Accelerator (DAX) ......................................................................................... 805
        AWS Region Availability ........................................................................................ 805
        Nodes ................................................................................................................... 805
        Parameter Groups ................................................................................................. 805
        Subnet Groups ...................................................................................................... 805
    API-Specific Limits .......................................................................................................... 805
API Reference ......................................................................................................................... 807
Appendix ................................................................................................................................ 809
    Troubleshooting SSL/TLS connection establishment issues ............................................... 809
        Testing your application or service ........................................................................ 809
        Testing your client browser .................................................................................. 810
        Updating your software application client .............................................................. 810
        Updating your client browser ................................................................................ 810
        Manually updating your certificate bundle ............................................................ 810
    Example Tables and Data ................................................................................................ 811
        Sample Data Files ................................................................................................. 811
    Creating Example Tables and Uploading Data .................................................................. 820

AMZ_KOVE_000007010

Creating Example Tables and Uploading Data - Java ......................................................... 820
Creating Example Tables and Uploading Data - .NET ......................................................... 827
Example Application Using AWS SDK for Python (Boto) ............................................................ 835
    Step 1: Deploy and Test Locally ............................................................................ 836
    Step 2: Examine the Data Model and Implementation Details ............................................... 839
    Step 3: Deploy in Production ............................................................................... 846
    Step 4: Clean Up Resources ................................................................................. 852
Integrating with Amazon Data Pipeline ............................................................................ 852
    Prerequisites to Export and Import Data .................................................................... 854
    Exporting Data From DynamoDB to Amazon S3 ................................................................ 857
    Importing Data From Amazon S3 to DynamoDB ............................................................... 858
    Troubleshooting ............................................................................................ 859
    Predefined Templates for AWS Data Pipeline and DynamoDB ............................................... 860
Amazon DynamoDB Storage Backend for Titan ....................................................................... 860
Reserved Words in DynamoDB ...................................................................................... 861
Legacy Conditional Parameters .................................................................................... 869
    AttributesToGet ............................................................................................ 870
    AttributeUpdates ........................................................................................... 871
    ConditionalOperator ........................................................................................ 873
    Expected ................................................................................................... 873
    KeyConditions .............................................................................................. 876
    QueryFilter ................................................................................................ 878
    ScanFilter ................................................................................................. 879
    Writing Conditions With Legacy Parameters ................................................................. 880
Previous Low-Level API Version (2011-12-05) ...................................................................... 886
    BatchGetItem ............................................................................................... 887
    BatchWriteItem ............................................................................................. 891
    CreateTable ................................................................................................ 896
    DeleteItem ................................................................................................. 901
    DeleteTable ................................................................................................ 905
    DescribeTables ............................................................................................. 908
    GetItem .................................................................................................... 911
    ListTables ................................................................................................. 913
    PutItem .................................................................................................... 915
    Query ...................................................................................................... 920
    Scan ....................................................................................................... 929
    UpdateItem ................................................................................................. 939
    UpdateTable ................................................................................................ 945
Document History .................................................................................................... 949
    Earlier Updates ............................................................................................ 950

AMZ_KOVE_000007011

# What Is Amazon DynamoDB?

Welcome to the Amazon DynamoDB Developer Guide.

Amazon DynamoDB is a fully managed NoSQL database service that provides fast and predictable performance with seamless scalability. DynamoDB lets you offload the administrative burdens of operating and scaling a distributed database, so that you don't have to worry about hardware provisioning, setup and configuration, replication, software patching, or cluster scaling. Also, DynamoDB offers encryption at rest, which eliminates the operational burden and complexity involved in protecting sensitive data. For more information, see Amazon DynamoDB Encryption at Rest (p. 570).

With DynamoDB, you can create database tables that can store and retrieve any amount of data, and serve any level of request traffic. You can scale up or scale down your tables' throughput capacity without downtime or performance degradation, and use the AWS Management Console to monitor resource utilization and performance metrics.

Amazon DynamoDB provides on-demand backup capability. It allows you to create full backups of your tables for long-term retention and archival for regulatory compliance needs. For more information, see On-Demand Backup and Restore for DynamoDB (p. 544).

You can create on-demand backups as well as enable point-in-time recovery for your Amazon DynamoDB tables. Point-in-time recovery helps protect your Amazon DynamoDB tables from accidental write or delete operations. With point-in-time recovery, you can restore that table to any point in time during the last 35 days. For more information, see Point-in-Time Recovery: How It Works (p. 556).

DynamoDB allows you to delete expired items from tables automatically to help you reduce storage usage and the cost of storing data that is no longer relevant. For more information, see Time To Live (p. 359).

## High Availability and Durability

DynamoDB automatically spreads the data and traffic for your tables over a sufficient number of servers to handle your throughput and storage requirements, while maintaining consistent and fast performance. All of your data is stored on solid state disks (SSDs) and automatically replicated across multiple Availability Zones in an AWS region, providing built-in high availability and data durability. You can use global tables to keep DynamoDB tables in sync across AWS Regions. For more information, see Global Tables (p. 560).

## Getting started with DynamoDB

We recommend that you begin by reading the following sections:

- Amazon DynamoDB: How It Works (p. 2)—To learn essential DynamoDB concepts.
- Setting Up DynamoDB (p. 43)—To learn how to set up DynamoDB (Downloadable Version or Web Service).
- Accessing DynamoDB (p. 51)—To learn how to access DynamoDB using the console, CLI, or API.

To get started quickly with DynamoDB, see Getting Started with DynamoDB (p. 56).

To learn more about application development see the following:

- Programming with DynamoDB and the AWS SDKs (p. 176)
- Working with DynamoDB (p. 287)

AMZ_KOVE_000007012

To quickly find recommendations for maximizing performance and minimizing throughput costs see Best Practices for DynamoDB (p. 725). To learn how to tag DynamoDB resources see Tagging for DynamoDB (p. 311).

For best practices, how-to guides and tools, be sure to check the DynamoDB Developer Resources page: http://aws.amazon.com/dynamodb/developer-resources/.

You can use AWS Database Migration Service to migrate data from a Relational Database or MongoDB to an Amazon DynamoDB table. For more information, see AWS Database Migration Service User Guide. To learn how to use MongoDB as a migration source, see Using MongoDB as a Source for AWS Database Migration Service. To learn how to use DynamoDB as a migration target, see Using an Amazon DynamoDB Database as a Target for AWS Database Migration Service.

# Amazon DynamoDB: How It Works

The following sections provide an overview of Amazon DynamoDB service components and how they interact.

After you read this introduction, try working through the Creating Tables and Loading Sample Data (p. 277) section, which walks you through the process of creating sample tables, uploading data, and performing some basic database operations.

For language-specific tutorials with sample code, see Getting Started with DynamoDB (p. 56).

**Topics**
- DynamoDB Core Components (p. 2)
- The DynamoDB API (p. 9)
- Naming Rules and Data Types (p. 11)
- Read Consistency (p. 15)
- Read/Write Capacity Mode (p. 16)
- Partitions and Data Distribution (p. 20)

## DynamoDB Core Components

In DynamoDB, tables, items, and attributes are the core components that you work with. A *table* is a collection of *items*, and each item is a collection of *attributes*. DynamoDB uses primary keys to uniquely identify each item in a table and secondary indexes to provide more querying flexibility. You can use DynamoDB Streams to capture data modification events in DynamoDB tables.

There are limits in DynamoDB. For more information, see Limits in DynamoDB (p. 798).

**Topics**
- Tables, Items, and Attributes (p. 2)
- Primary Key (p. 5)
- Secondary Indexes (p. 5)
- DynamoDB Streams (p. 8)

## Tables, Items, and Attributes

The following are the basic DynamoDB components:

- **Tables** – Similar to other database systems, DynamoDB stores data in tables. A *table* is a collection of data. For example, see the example table called *People* that you could use to store personal contact

AMZ_KOVE_000007013

information about friends, family, or anyone else of interest. You could also have a *Cars* table to store information about vehicles that people drive.

- **Items** – Each table contains zero or more items. An *item* is a group of attributes that is uniquely identifiable among all of the other items. In a *People* table, each item represents a person. For a *Cars* table, each item represents one vehicle. Items in DynamoDB are similar in many ways to rows, records, or tuples in other database systems. In DynamoDB, there is no limit to the number of items you can store in a table.

- **Attributes** – Each item is composed of one or more attributes. An *attribute* is a fundamental data element, something that does not need to be broken down any further. For example, an item in a *People* table contains attributes called *PersonID*, *LastName*, *FirstName*, and so on. For a *Department* table, an item might have attributes such as *DepartmentID*, *Name*, *Manager*, and so on. Attributes in DynamoDB are similar in many ways to fields or columns in other database systems.

The following diagram shows a table named *People* with some example items and attributes.

People



Note the following about the *People* table:

- Each item in the table has a unique identifier, or primary key, that distinguishes the item from all of the others in the table. In the *People* table, the primary key consists of one attribute (*PersonID*).

- Other than the primary key, the *People* table is schemaless, which means that neither the attributes nor their data types need to be defined beforehand. Each item can have its own distinct attributes.

- Most of the attributes are *scalar*, which means that they can have only one value. Strings and numbers are common examples of scalars.

- Some of the items have a nested attribute (*Address*). DynamoDB supports nested attributes up to 32 levels deep.

AMZ_KOVE_000007014

The following is another example table named *Music* that you could use to keep track of your music collection.

Music

```
{
    "Artist": "No One You Know",
    "SongTitle": "My Dog Spot",
    "AlbumTitle": "Hey Now",
    "Price": 1.98,
    "Genre": "Country",
    "CriticRating": 8.4
}
```

```
{
    "Artist": "No One You Know",
    "SongTitle": "Somewhere Down The Road",
    "AlbumTitle": "Somewhat Famous",
    "Genre": "Country",
    "CriticRating": 8.4,
    "Year": 1984
}
```

```
{
    "Artist": "The Acme Band",
    "SongTitle": "Still in Love",
    "AlbumTitle": "The Buck Starts Here",
    "Price": 2.47,
    "Genre": "Rock",
    "PromotionInfo": {
        "RadioStationsPlaying": {
            "KHCR",
            "KQBX",
            "WTNR",
            "WJJH"
        },
        "TourDates": {
            "Seattle": "20150625",
            "Cleveland": "20150630"
        },
        "Rotation": "Heavy"
    }
}
```

```
{
    "Artist": "The Acme Band",
    "SongTitle": "Look Out, World",
    "AlbumTitle": "The Buck Starts Here",
    "Price": 0.99,
    "Genre": "Rock"
}
```

Note the following about the *Music* table:

- The primary key for *Music* consists of two attributes (*Artist* and *SongTitle*). Each item in the table must have these two attributes. The combination of *Artist* and *SongTitle* distinguishes each item in the table from all of the others.

- Other than the primary key, the *Music* table is schemaless, which means that neither the attributes nor their data types need to be defined beforehand. Each item can have its own distinct attributes.

- One of the items has a nested attribute (*PromotionInfo*), which contains other nested attributes. DynamoDB supports nested attributes up to 32 levels deep.

AMZ_KOVE_000007015

For more information, see Working with Tables in DynamoDB (p. 287).

## Primary Key

When you create a table, in addition to the table name, you must specify the primary key of the table. The primary key uniquely identifies each item in the table, so that no two items can have the same key.

DynamoDB supports two different kinds of primary keys:

- **Partition key** – A simple primary key, composed of one attribute known as the *partition key*.

  DynamoDB uses the partition key's value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored.

  In a table that has only a partition key, no two items can have the same partition key value.

  The *People* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a simple primary key (*PersonID*). You can access any item in the *People* table directly by providing the *PersonId* value for that item.

- **Partition key and sort key** – Referred to as a *composite primary key*, this type of key is composed of two attributes. The first attribute is the *partition key*, and the second attribute is the *sort key*.

  DynamoDB uses the partition key value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored. All items with the same partition key value are stored together, in sorted order by sort key value.

  In a table that has a partition key and a sort key, it's possible for two items to have the same partition key value. However, those two items must have different sort key values.

  The *Music* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a composite primary key (*Artist* and *SongTitle*). You can access any item in the *Music* table directly, if you provide the *Artist* and *SongTitle* values for that item.

  A composite primary key gives you additional flexibility when querying data. For example, if you provide only the value for *Artist*, DynamoDB retrieves all of the songs by that artist. To retrieve only a subset of songs by a particular artist, you can provide a value for *Artist* along with a range of values for *SongTitle*.

  > **Note**
  > The partition key of an item is also known as its *hash attribute*. The term *hash attribute* derives from the use of an internal hash function in DynamoDB that evenly distributes data items across partitions, based on their partition key values.
  > The sort key of an item is also known as its *range attribute*. The term *range attribute* derives from the way DynamoDB stores items with the same partition key physically close together, in sorted order by the sort key value.

Each primary key attribute must be a scalar (meaning that it can hold only a single value). The only data types allowed for primary key attributes are string, number, or binary. There are no such restrictions for other, non-key attributes.

## Secondary Indexes

You can create one or more secondary indexes on a table. A *secondary index* lets you query the data in the table using an alternate key, in addition to queries against the primary key. DynamoDB doesn't require that you use indexes, but they give your applications more flexibility when querying your data.

AMZ_KOVE_000007016

After you create a secondary index on a table, you can read data from the index in much the same way as you do from the table.

DynamoDB supports two kinds of indexes:

- Global secondary index – An index with a partition key and sort key that can be different from those on the table.
- Local secondary index – An index that has the same partition key as the table, but a different sort key.

Each table in DynamoDB has a limit of 20 global secondary indexes (default limit) and 5 local secondary indexes per table.

In the example *Music* table shown previously, you can query data items by *Artist* (partition key) or by *Artist* and *SongTitle* (partition key and sort key). What if you also wanted to query the data by *Genre* and *AlbumTitle*? To do this, you could create an index on *Genre* and *AlbumTitle*, and then query the index in much the same way as you'd query the *Music* table.

The following diagram shows the example *Music* table, with a new index called *GenreAlbumTitle*. In the index, *Genre* is the partition key and *AlbumTitle* is the sort key.

AMZ_KOVE_000007017

Music

*GenreAlbumTitle*



Note the following about the *GenreAlbumTitle* index:

- Every index belongs to a table, which is called the *base table* for the index. In the preceding example, *Music* is the base table for the *GenreAlbumTitle* index.

AMZ_KOVE_000007018

- DynamoDB maintains indexes automatically. When you add, update, or delete an item in the base table, DynamoDB adds, updates, or deletes the corresponding item in any indexes that belong to that table.
- When you create an index, you specify which attributes will be copied, or *projected*, from the base table to the index. At a minimum, DynamoDB projects the key attributes from the base table into the index. This is the case with `GenreAlbumTitle`, where only the key attributes from the `Music` table are projected into the index.

You can query the *GenreAlbumTitle* index to find all albums of a particular genre (for example, all *Rock* albums). You can also query the index to find all albums within a particular genre that have certain album titles (for example, all *Country* albums with titles that start with the letter H).

For more information, see Improving Data Access with Secondary Indexes (p. 443).

## DynamoDB Streams

DynamoDB Streams is an optional feature that captures data modification events in DynamoDB tables. The data about these events appear in the stream in near real time, and in the order that the events occurred.

Each event is represented by a *stream record*. If you enable a stream on a table, DynamoDB Streams writes a stream record whenever one of the following events occurs:

- A new item is added to the table: The stream captures an image of the entire item, including all of its attributes.
- An item is updated: The stream captures the "before" and "after" image of any attributes that were modified in the item.
- An item is deleted from the table: The stream captures an image of the entire item before it was deleted.

Each stream record also contains the name of the table, the event timestamp, and other metadata. Stream records have a lifetime of 24 hours; after that, they are automatically removed from the stream.

You can use DynamoDB Streams together with AWS Lambda to create a *trigger*—code that executes automatically whenever an event of interest appears in a stream. For example, consider a *Customers* table that contains customer information for a company. Suppose that you want to send a "welcome" email to each new customer. You could enable a stream on that table, and then associate the stream with a Lambda function. The Lambda function would execute whenever a new stream record appears, but only process new items added to the *Customers* table. For any item that has an *EmailAddress* attribute, the Lambda function would invoke Amazon Simple Email Service (Amazon SES) to send an email to that address.

AMZ_KOVE_000007019



Customers

**Note**
In this example, the last customer, Craig Roe, will not receive an email because he doesn't have an *EmailAddress*.

In addition to triggers, DynamoDB Streams enables powerful solutions such as data replication within and across AWS Regions, materialized views of data in DynamoDB tables, data analysis using Kinesis materialized views, and much more.

For more information, see Capturing Table Activity with DynamoDB Streams (p. 515).

# The DynamoDB API

To work with Amazon DynamoDB, your application must use a few simple API operations. The following is a summary of these operations, organized by category.

**Topics**
- Control Plane (p. 9)
- Data Plane (p. 10)
- DynamoDB Streams (p. 11)

## Control Plane

*Control plane* operations let you create and manage DynamoDB tables. They also let you work with indexes, streams, and other objects that are dependent on tables.

AMZ_KOVE_000007020

- `CreateTable` – Creates a new table. Optionally, you can create one or more secondary indexes, and enable DynamoDB Streams for the table.
- `DescribeTable`– Returns information about a table, such as its primary key schema, throughput settings, index information, and so on.
- `ListTables` – Returns the names of all of your tables in a list.
- `UpdateTable` – Modifies the settings of a table or its indexes, creates or remove new indexes on a table, or modifies DynamoDB Streams settings for a table.
- `DeleteTable` – Removes a table and all of its dependent objects from DynamoDB.

## Data Plane

*Data plane* operations let you perform create, read, update, and delete (also called *CRUD*) actions on data in a table. Some of the data plane operations also let you read data from a secondary index.

### Creating Data

- `PutItem` – Writes a single item to a table. You must specify the primary key attributes, but you don't have to specify other attributes.
- `BatchWriteItem` – Writes up to 25 items to a table. This is more efficient than calling `PutItem` multiple times because your application only needs a single network round trip to write the items. You can also use `BatchWriteItem` for deleting multiple items from one or more tables.

### Reading Data

- `GetItem` – Retrieves a single item from a table. You must specify the primary key for the item that you want. You can retrieve the entire item, or just a subset of its attributes.
- `BatchGetItem` – Retrieves up to 100 items from one or more tables. This is more efficient than calling `GetItem` multiple times because your application only needs a single network round trip to read the items.
- `Query` – Retrieves all items that have a specific partition key. You must specify the partition key value. You can retrieve entire items, or just a subset of their attributes. Optionally, you can apply a condition to the sort key values, so that you only retrieve a subset of the data that has the same partition key. You can use this operation on a table, provided that the table has both a partition key and a sort key. You can also use this operation on an index, provided that the index has both a partition key and a sort key.
- `Scan` – Retrieves all items in the specified table or index. You can retrieve entire items, or just a subset of their attributes. Optionally, you can apply a filtering condition to return only the values that you are interested in and discard the rest.

### Updating Data

- `UpdateItem` – Modifies one or more attributes in an item. You must specify the primary key for the item that you want to modify. You can add new attributes and modify or remove existing attributes. You can also perform conditional updates, so that the update is only successful when a user-defined condition is met. Optionally, you can implement an atomic counter, which increments or decrements a numeric attribute without interfering with other write requests.

### Deleting Data

- `DeleteItem` – Deletes a single item from a table. You must specify the primary key for the item that you want to delete.

AMZ_KOVE_000007021

- `BatchWriteItem` – Deletes up to 25 items from one or more tables. This is more efficient than calling `DeleteItem` multiple times because your application only needs a single network round trip to delete the items. You can also use `BatchWriteItem` for adding multiple items to one or more tables.

## DynamoDB Streams

*DynamoDB Streams* operations let you enable or disable a stream on a table, and allow access to the data modification records contained in a stream.

- `ListStreams` – Returns a list of all your streams, or just the stream for a specific table.
- `DescribeStream` – Returns information about a stream, such as its Amazon Resource Name (ARN) and where your application can begin reading the first few stream records.
- `GetShardIterator` – Returns a *shard iterator*, which is a data structure that your application uses to retrieve the records from the stream.
- `GetRecords` – Retrieves one or more stream records, using a given shard iterator.

# Naming Rules and Data Types

This section describes the DynamoDB naming rules and the various data types that DynamoDB supports. There are limits that apply to data types. For more information, see Data Types (p. 802).

**Topics**
- Naming Rules (p. 11)
- Data Types (p. 12)

## Naming Rules

Tables, attributes, and other objects in DynamoDB must have names. Names should be meaningful and concise—for example, names such as *Products*, *Books*, and *Authors* are self-explanatory.

The following are the naming rules for DynamoDB:

- All names must be encoded using UTF-8, and are case-sensitive.
- Table names and index names must be between 3 and 255 characters long, and can contain only the following characters:
  - `a-z`
  - `A-Z`
  - `0-9`
  - `_` (underscore)
  - `-` (dash)
  - `.` (dot)
- Attribute names must be between 1 and 255 characters long.

### Reserved Words and Special Characters

DynamoDB has a list of reserved words and special characters. For a complete list of reserved words in DynamoDB, see Reserved Words in DynamoDB (p. 861). Also, the following characters have special meaning in DynamoDB: **#** (hash) and **:** (colon).

AMZ_KOVE_000007022

Although DynamoDB allows you to use these reserved words and special characters for names, we recommend that you avoid it because you have to define placeholder variables whenever you use these names in an expression. For more information, see Expression Attribute Names (p. 340).

# Data Types

DynamoDB supports many different data types for attributes within a table. They can be categorized as follows:

- **Scalar Types** – A scalar type can represent exactly one value. The scalar types are number, string, binary, Boolean, and null.
- **Document Types** – A document type can represent a complex structure with nested attributes—such as you would find in a JSON document. The document types are list and map.
- **Set Types** – A set type can represent multiple scalar values. The set types are string set, number set, and binary set.

When you create a table or a secondary index, you must specify the names and data types of each primary key attribute (partition key and sort key). Furthermore, each primary key attribute must be defined as type string, number, or binary.

DynamoDB is a NoSQL database and is *schemaless*. This means that, other than the primary key attributes, you don't have to define any attributes or data types when you create tables. By comparison, relational databases require you to define the names and data types of each column when you create a table.

The following are descriptions of each data type, along with examples in JSON format.

## Scalar Types

The scalar types are number, string, binary, Boolean, and null.

### Number

Numbers can be positive, negative, or zero. Numbers can have up to 38 digits precision. Exceeding this results in an exception.

- Positive range: 1E-130 to 9.9999999999999999999999999999999999999E+125
- Negative range: -9.9999999999999999999999999999999999999E+125 to -1E-130

In DynamoDB, numbers are represented as variable length. Leading and trailing zeroes are trimmed.

All numbers are sent across the network to DynamoDB as strings, to maximize compatibility across languages and libraries. However, DynamoDB treats them as number type attributes for mathematical operations.

> **Note**
> If number precision is important, you should pass numbers to DynamoDB using strings that you convert from the number type.

You can use the number data type to represent a date or a timestamp. One way to do this is by using epoch time—the number of seconds since 00:00:00 UTC on 1 January 1970. For example, the epoch time `1437136300` represents 12:31:40 PM UTC on 17 July 2015.

For more information, see http://en.wikipedia.org/wiki/Unix_time.

### String

Strings are Unicode with UTF-8 binary encoding. The length of a string must be greater than zero and is constrained by the maximum DynamoDB item size limit of 400 KB.

AMZ_KOVE_000007023

The following additional constraints apply to primary key attributes that are defined as type string:

- For a simple primary key, the maximum length of the first attribute value (the partition key) is 2048 bytes.
- For a composite primary key, the maximum length of the second attribute value (the sort key) is 1024 bytes.

DynamoDB collates and compares strings using the bytes of the underlying UTF-8 string encoding. For example, "a" (0x61) is greater than "A" (0x41), and "¿" (0xC2BF) is greater than "z" (0x7A).

You can use the string data type to represent a date or a timestamp. One way to do this is by using ISO 8601 strings, as shown in these examples:

- `2016-02-15`
- `2015-12-21T17:42:34Z`
- `20150311T122706Z`

For more information, see http://en.wikipedia.org/wiki/ISO_8601.

## Binary

Binary type attributes can store any binary data, such as compressed text, encrypted data, or images. Whenever DynamoDB compares binary values, it treats each byte of the binary data as unsigned.

DynamoDB provides the following mechanisms for managing throughput:

- DynamoDB auto scaling
- Provisioned throughput
- Reserved capacity

The length of a binary attribute must be greater than zero, and is constrained by the maximum DynamoDB item size limit of 400 KB.

If you define a primary key attribute as a binary type attribute, the following additional constraints apply:

- For a simple primary key, the maximum length of the first attribute value (the partition key) is 2048 bytes.
- For a composite primary key, the maximum length of the second attribute value (the sort key) is 1024 bytes.

Your applications must encode binary values in base64-encoded format before sending them to DynamoDB. Upon receipt of these values, DynamoDB decodes the data into an unsigned byte array and uses that as the length of the binary attribute.

The following example is a binary attribute, using base64-encoded text:

```
dGhpcyB0ZXh0IGlzIGJhc2U2NC1lbmNvZGVk
```

## Boolean

A Boolean type attribute can store either `true` or `false`.

AMZ_KOVE_000007024

Null

Null represents an attribute with an unknown or undefined state.

## Document Types

The document types are list and map. These data types can be nested within each other, to represent complex data structures up to 32 levels deep.

There is no limit on the number of values in a list or a map, as long as the item containing the values fits within the DynamoDB item size limit (400 KB).

An attribute value cannot be an empty String or empty Set (String Set, Number Set, or Binary Set). However, empty Lists and Maps are allowed. For more information, see Attributes (p. 803).

List

A list type attribute can store an ordered collection of values. Lists are enclosed in square brackets: [ ... ]

A list is similar to a JSON array. There are no restrictions on the data types that can be stored in a list element, and the elements in a list element do not have to be of the same type.

The following example shows a list that contains two strings and a number:

```
FavoriteThings: ["Cookies", "Coffee", 3.14159]
```

**Note**
DynamoDB lets you work with individual elements within lists, even if those elements are deeply nested. For more information, see Using Expressions in DynamoDB (p. 336).

Map

A map type attribute can store an unordered collection of name-value pairs. Maps are enclosed in curly braces: { ... }

A map is similar to a JSON object. There are no restrictions on the data types that can be stored in a map element, and the elements in a map do not have to be of the same type.

Maps are ideal for storing JSON documents in DynamoDB. The following example shows a map that contains a string, a number, and a nested list that contains another map.

```
{
    Day: "Monday",
    UnreadEmails: 42,
    ItemsOnMyDesk: [
        "Coffee Cup",
        "Telephone",
        {
            Pens: { Quantity : 3},
            Pencils: { Quantity : 2},
            Erasers: { Quantity : 1}
        }
    ]
}
```

AMZ_KOVE_000007025

**Note**
DynamoDB lets you work with individual elements within maps, even if those elements are
deeply nested. For more information, see Using Expressions in DynamoDB (p. 336).

## Sets

DynamoDB supports types that represent sets of Number, String, or Binary values. All of the elements
within a set must be of the same type. For example, an attribute of type Number Set can only contain
numbers; String Set can only contain strings; and so on.

There is no limit on the number of values in a set, as long as the item containing the values fits within
the DynamoDB item size limit (400 KB).

Each value within a set must be unique. The order of the values within a set is not preserved; therefore,
your applications must not rely on any particular order of elements within a set. Finally, DynamoDB
does not support empty sets.

The following example shows a string set, a number set, and a binary set:

```
["Black", "Green", "Red"]

[42.2, -19, 7.5, 3.14]

["U3Vubnk=", "UmFpbnk=", "U25vd3k="]
```

# Read Consistency

Amazon DynamoDB is available in multiple AWS regions around the world. Each region is independent
and isolated from other AWS regions. For example, if you have a table called *People* in the *us-east-2*
region and another table named *People* in the *us-west-2* region, these are considered two entirely
separate tables. For a list of all the AWS regions in which DynamoDB is available, see AWS Regions and
Endpoints in the *Amazon Web Services General Reference*.

Every AWS region consists of multiple distinct locations called Availability Zones. Each Availability Zone
is isolated from failures in other Availability Zones, and provides inexpensive, low-latency network
connectivity to other Availability Zones in the same region. This allows rapid replication of your data
among multiple Availability Zones in a region.

When your application writes data to a DynamoDB table and receives an HTTP 200 response (OK), the
write has occurred and is durable. The data is eventually consistent across all storage locations, usually
within one second or less.

DynamoDB supports *eventually consistent* and *strongly consistent* reads.

**Eventually Consistent Reads**

When you read data from a DynamoDB table, the response might not reflect the results of a recently
completed write operation. The response might include some stale data. If you repeat your read request
after a short time, the response should return the latest data.

**Strongly Consistent Reads**

When you request a strongly consistent read, DynamoDB returns a response with the most up-to-date
data, reflecting the updates from all prior write operations that were successful. A strongly consistent
read might not be available if there is a network delay or outage. Consistent reads are not supported on
global secondary indexes (GSI).

**Note**
DynamoDB uses eventually consistent reads, unless you specify otherwise. Read operations
(such as GetItem, Query, and Scan) provide a ConsistentRead parameter. If you set this
parameter to true, DynamoDB uses strongly consistent reads during the operation.

AMZ_KOVE_000007026

# Read/Write Capacity Mode

Amazon DynamoDB has two read/write capacity modes for processing reads and writes on your tables:

- On-demand
- Provisioned (default, free-tier eligible)

The read/write capacity mode controls how you are charged for read and write throughput and how you manage capacity. You can set the read/write capacity mode when creating a table or you can change it later.

Global secondary indexes inherit the read/write capacity mode from the base table. For more information, see Considerations When Changing Read/Write Capacity Mode (p. 292).

**Topics**
- On-Demand Mode (p. 16)
- Provisioned Mode (p. 18)

## On-Demand Mode

Amazon DynamoDB on-demand is a flexible billing option capable of serving thousands of requests per second without capacity planning. DynamoDB on-demand offers pay-per-request pricing for read and write requests so that you pay only for what you use.

When you choose on-demand mode, DynamoDB instantly accommodates your workloads as they ramp up or down to any previously reached traffic level. If a workload's traffic level hits a new peak, DynamoDB adapts rapidly to accommodate the workload. Tables that use on-demand mode deliver the same single-digit millisecond latency, service-level agreement (SLA) commitment, and security that DynamoDB already offers. You can choose on-demand for both new and existing tables and you can continue using the existing DynamoDB APIs without changing code.

On-demand mode is a good option if any of the following are true:

- You create new tables with unknown workloads.
- You have unpredictable application traffic.
- You prefer the ease of paying for only what you use.

The request rate is only limited by the DynamoDB throughput default table limits, but it can be raised upon request. For more information, see Throughput Default Limits (p. 799).

To get started with on-demand, you can create or update a table to use on-demand mode. For more information, see Basic Operations for Tables (p. 287).

You can switch between read/write capacity modes once every 24 hours. For issues you should consider when switching read/write capacity modes, see Considerations When Changing Read/Write Capacity Mode (p. 292).

> **Note**
> On-demand is currently not supported by AWS Data Pipeline, the DynamoDB import/export tool, and AWS Glue.

**Topics**
- Read Request Units and Write Request Units (p. 17)

AMZ_KOVE_000007027

- Peak Traffic and Scaling Properties (p. 17)
- Initial Throughput for On-Demand Capacity Mode  (p. 17)
- Table Behavior while Switching Read/Write Capacity Mode (p. 18)

## Read Request Units and Write Request Units

For on-demand mode tables, you don't need to specify how much read and write throughput you expect your application to perform. DynamoDB charges you for the reads and writes that your application performs on your tables in terms of read request units and write request units.

- One *read request unit* represents one strongly consistent read request, or two eventually consistent read requests, for an item up to 4 KB in size. Transactional read requests require 2 read request units to perform one read for items up to 4 KB. If you need to read an item that is larger than 4 KB, DynamoDB needs additional read request units. The total number of read request units required depends on the item size, and whether you want an eventually consistent or strongly consistent read. For example, if your item size is 8 KB, you require 2 read request units to sustain one strongly consistent read, 1 read request unit if you choose eventually consistent reads, or 4 read request units for a transactional read request.

  **Note**
  To learn more about DynamoDB read consistency models, see Read Consistency (p. 15).

- One *write request unit* represents one write for an item up to 1 KB in size. If you need to write an item that is larger than 1 KB, DynamoDB needs to consume additional write request units. Transactional write requests require 2 write request units to perform one write for items up to 1 KB. The total number of write request units required depends on the item size. For example, if your item size is 2 KB, you require 2 write request units to sustain one write request or 4 read request units for a transactional write request.

For a list of AWS Regions where DynamoDB on-demand is available, see Amazon DynamoDB Pricing.

## Peak Traffic and Scaling Properties

DynamoDB tables using on-demand capacity mode automatically adapt to your application's traffic volume. On-demand capacity mode instantly accommodates up to double the previous peak traffic on a table. For example, if your application's traffic pattern varies between 25,000 and 50,000 strongly consistent reads per second where 50,000 reads per second is the previous traffic peak, on-demand capacity mode instantly accommodates sustained traffic of up to 100,000 reads per second. If your application sustains traffic of 100,000 reads per second, that peak becomes your new previous peak, enabling subsequent traffic to reach up to 200,000 reads per second.

If you need more than double your previous peak on table, DynamoDB automatically allocates more capacity as your traffic volume increases to help ensure that your workload does not experience throttling. However, throttling can occur if you exceed double your previous peak within 30 minutes. For example, if your application's traffic pattern varies between 25,000 and 50,000 strongly consistent reads per second where 50,000 reads per second is the previously reached traffic peak, DynamoDB recommends spacing your traffic growth over at least 30 minutes before driving more than 100,000 reads per second.

## Initial Throughput for On-Demand Capacity Mode

If you recently switched an existing table to on-demand capacity mode for the first time, or if you created a new table with on-demand capacity mode enabled, the table has the following previous peak settings, even though the table has not served traffic previously using on-demand capacity mode:

- **Existing table switched to on-demand capacity mode:** The previous peak is the maximum previous WCUs and RCUs provisioned for the table.

AMZ_KOVE_000007028

- **Newly created table with on-demand capacity mode:** The previous peak is 2,000 write request units or 6,000 read request units. You can drive up to double the previous peak immediately, which enables newly created on-demand tables to serve up to 4,000 write request units or 12,000 read request units, or any linear combination of the two.

## Table Behavior while Switching Read/Write Capacity Mode

When you switch a table from provisioned capacity mode to on-demand capacity mode, DynamoDB makes several changes to the structure of your table and partitions. This process can take several minutes. During the switching period, your table delivers throughput that is consistent with the previously provisioned write capacity unit and read capacity unit amounts. When switching from on-demand capacity mode back to provisioned capacity mode, your table delivers throughput consistent with the previous peak reached when the table was set to on-demand capacity mode.

## Provisioned Mode

If you choose provisioned mode, you specify the number of reads and writes per second that you require for your application. You can use auto scaling to adjust your table's provisioned capacity automatically in response to traffic changes. This helps you govern your DynamoDB use to stay at or below a defined request rate in order to obtain cost predictability.

Provisioned mode is a good option if any of the following are true:

- You have predictable application traffic.
- You run applications whose traffic is consistent or ramps gradually.
- You can forecast capacity requirements to control costs.

## Read Capacity Units and Write Capacity Units

For provisioned mode tables, you specify throughput capacity in terms of read capacity units (RCUs) and write capacity units (WCUs):

- One *read capacity unit* represents one strongly consistent read per second, or two eventually consistent reads per second, for an item up to 4 KB in size. Transactional read requests require two read capacity units to perform one read per second for items up to 4 KB. If you need to read an item that is larger than 4 KB, DynamoDB must consume additional read capacity units. The total number of read capacity units required depends on the item size, and whether you want an eventually consistent or strongly consistent read. For example, if your item size is 8 KB, you require 2 read capacity units to sustain one strongly consistent read per second, 1 read capacity unit if you choose eventually consistent reads, or 4 read capacity units for a transactional read request. For more information, see Capacity Unit Consumption for Reads (p. 294).

  **Note**
  To learn more about DynamoDB read consistency models, see Read Consistency (p. 15).
- One *write capacity unit* represents one write per second for an item up to 1 KB in size. If you need to write an item that is larger than 1 KB, DynamoDB must consume additional write capacity units. Transactional write requests require 2 write capacity units to perform one write per second for items up to 1 KB. The total number of write capacity units required depends on the item size. For example, if your item size is 2 KB, you require 2 write capacity units to sustain one write request per second or 4 write capacity units for a transactional write request. For more information, see Capacity Unit Consumption for Writes (p. 294).

  **Important**
  When calling `DescribeTable` on an on-demand table, read capacity units and write capacity units are set to 0.

AMZ_KOVE_000007029

If your application reads or writes larger items (up to the DynamoDB maximum item size of 400 KB), it will consume more capacity units.

For example, suppose that you create a provisioned table with 6 read capacity units and 6 write capacity units. With these settings, your application could do the following:

- Perform strongly consistent reads of up to 24 KB per second (4 KB × 6 read capacity units).
- Perform eventually consistent reads of up to 48 KB per second (twice as much read throughput).
- Perform transactional read requests of up to 3 KB per second.
- Write up to 6 KB per second (1 KB × 6 write capacity units).
- Perform transactional write requests of up to 3 KB per second.

For more information, see Managing Throughput Settings on Provisioned Tables (p. 293).

*Provisioned throughput* is the maximum amount of capacity that an application can consume from a table or index. If your application exceeds your provisioned throughput capacity on a table or index, it is subject to request throttling.

Throttling prevents your application from consuming too many capacity units. When a request is throttled, it fails with an HTTP 400 code (`Bad Request`) and a `ProvisionedThroughputExceededException`. The AWS SDKs have built-in support for retrying throttled requests (see Error Retries and Exponential Backoff (p. 189)), so you do not need to write this logic yourself.

You can use the AWS Management Console to monitor your provisioned and actual throughput, and to modify your throughput settings if necessary.

## DynamoDB Auto Scaling

DynamoDB auto scaling actively manages throughput capacity for tables and global secondary indexes. With auto scaling, you define a range (upper and lower limits) for read and write capacity units. You also define a target utilization percentage within that range. DynamoDB auto scaling seeks to maintain your target utilization, even as your application workload increases or decreases.

With DynamoDB auto scaling, a table or a global secondary index can increase its provisioned read and write capacity to handle sudden increases in traffic, without request throttling. When the workload decreases, DynamoDB auto scaling can decrease the throughput so that you don't pay for unused provisioned capacity.

> **Note**
> If you use the AWS Management Console to create a table or a global secondary index, DynamoDB auto scaling is enabled by default.
> You can manage auto scaling settings at any time by using the console, the AWS CLI, or one of the AWS SDKs.

For more information, see Managing Throughput Capacity Automatically with DynamoDB Auto Scaling (p. 297).

## Reserved Capacity

As a DynamoDB customer, you can purchase *reserved capacity* in advance, as described at Amazon DynamoDB Pricing. With reserved capacity, you pay a one-time upfront fee and commit to a minimum usage level over a period of time. By reserving your read and write capacity units ahead of time, you realize significant cost savings compared to on-demand provisioned throughput settings.

> **Note**
> Reserved capacity is not available in on-demand mode.

AMZ_KOVE_000007030

To manage reserved capacity, go to the DynamoDB console and choose **Reserved Capacity**.

> **Note**
> You can prevent users from viewing or purchasing reserved capacity, while still allowing them to access the rest of the console. For more information, see "Grant Permissions to Prevent Purchasing of Reserved Capacity Offerings" in Authentication and Access Control for Amazon DynamoDB (p. 667).

# Partitions and Data Distribution

DynamoDB stores data in partitions. A *partition* is an allocation of storage for a table, backed by solid-state drives (SSDs) and automatically replicated across multiple Availability Zones within an AWS Region. Partition management is handled entirely by DynamoDB—you never have to manage partitions yourself.

When you create a table, the initial status of the table is CREATING. During this phase, DynamoDB allocates sufficient partitions to the table so that it can handle your provisioned throughput requirements. You can begin writing and reading table data after the table status changes to ACTIVE.

DynamoDB allocates additional partitions to a table in the following situations:

- If you increase the table's provisioned throughput settings beyond what the existing partitions can support.
- If an existing partition fills to capacity and more storage space is required.

Partition management occurs automatically in the background and is transparent to your applications. Your table remains available throughout and fully supports your provisioned throughput requirements.

For more details, see Partition Key Design (p. 728).

Global secondary indexes in DynamoDB are also composed of partitions. The data in a GSI is stored separately from the data in its base table, but index partitions behave in much the same way as table partitions.

## Data Distribution: Partition Key

If your table has a simple primary key (partition key only), DynamoDB stores and retrieves each item based on its partition key value.

To write an item to the table, DynamoDB uses the value of the partition key as input to an internal hash function. The output value from the hash function determines the partition in which the item will be stored.

To read an item from the table, you must specify the partition key value for the item. DynamoDB uses this value as input to its hash function, yielding the partition in which the item can be found.

The following diagram shows a table named *Pets*, which spans multiple partitions. The table's primary key is *AnimalType* (only this key attribute is shown). DynamoDB uses its hash function to determine where to store a new item, in this case based on the hash value of the string *Dog*. Note that the items are not stored in sorted order. Each item's location is determined by the hash value of its partition key.

AMZ_KOVE_000007031



**Note**
DynamoDB is optimized for uniform distribution of items across a table's partitions, no matter how many partitions there may be. We recommend that you choose a partition key that can have a large number of distinct values relative to the number of items in the table.

## Data Distribution: Partition Key and Sort Key

If the table has a composite primary key (partition key and sort key), DynamoDB calculates the hash value of the partition key in the same way as described in Data Distribution: Partition Key (p. 20)—but it stores all of the items with the same partition key value physically close together, ordered by sort key value.

To write an item to the table, DynamoDB calculates the hash value of the partition key to determine which partition should contain the item. In that partition, there could be several items with the same partition key value, so DynamoDB stores the item among the others with the same partition key, in ascending order by sort key.

To read an item from the table, you must specify its partition key value and sort key value. DynamoDB calculates the partition key's hash value, yielding the partition in which the item can be found.

You can read multiple items from the table in a single operation (Query), provided that the items you want have the same partition key value. DynamoDB returns all of the items with that partition key value. Optionally, you can apply a condition to the sort key so that it returns only the items within a certain range of values.

AMZ_KOVE_000007032

Suppose that the *Pets* table has a composite primary key consisting of *AnimalType* (partition key) and *Name* (sort key). The following diagram shows DynamoDB writing an item with a partition key value of *Dog* and a sort key value of *Fido*.



To read that same item from the *Pets* table, DynamoDB calculates the hash value of *Dog*, yielding the partition in which these items are stored. DynamoDB then scans the sort key attribute values until it finds *Fido*.

To read all of the items with an *AnimalType* of *Dog*, you can issue a `Query` operation without specifying a sort key condition. By default, the items are returned in the order that they are stored (that is, in ascending order by sort key). Optionally, you can request descending order instead.

To query only some of the *Dog* items, you can apply a condition to the sort key (for example, only the *Dog* items where *Name* begins with a letter that is within the range A through K).

**Note**
In a DynamoDB table, there is no upper limit on the number of distinct sort key values per partition key value. If you needed to store many billions of *Dog* items in the *Pets* table, DynamoDB automatically allocates enough storage to handle this requirement.

# From SQL to NoSQL

If you are an application developer, you might have some experience using relational database management systems (RDBMS) and Structured Query Language (SQL). As you begin working with

AMZ_KOVE_000007033

Amazon DynamoDB, you will encounter many similarities, but also many things that are different. This section describes common database tasks, comparing and contrasting SQL statements with their equivalent DynamoDB operations.

*NoSQL* is a term used to describe non-relational database systems that are highly available, scalable, and optimized for high performance. Instead of the relational model, NoSQL databases (like DynamoDB) use alternate models for data management, such as key-value pairs or document storage. For more information, see http://aws.amazon.com/nosql.

> **Note**
> The SQL examples in this section are compatible with the MySQL relational database management system.
> The DynamoDB examples in this section show the name of the DynamoDB operation, along with the parameters for that operation in JSON format. For code samples that use these operations, see Getting Started with DynamoDB (p. 56).

**Topics**

- SQL or NoSQL? (p. 23)
- Accessing the Database (p. 24)
- Creating a Table (p. 26)
- Getting Information About a Table (p. 28)
- Writing Data To a Table (p. 29)
- Reading Data From a Table (p. 31)
- Managing Indexes (p. 36)
- Modifying Data in a Table (p. 39)
- Deleting Data from a Table (p. 40)
- Removing a Table (p. 41)

# SQL or NoSQL?

Today's applications have more demanding requirements than ever before. For example, an online game might start out with just a few users and a very small amount of data. However, if the game becomes successful, it can easily outstrip the resources of the underlying database management system. It is not uncommon for web-based applications to have hundreds, thousands, or millions of concurrent users, with terabytes or more of new data generated per day. Databases for such applications must handle tens (or hundreds) of thousands of reads and writes per second.

Amazon DynamoDB is well-suited for these kinds of workloads. As a developer, you can start with a small amount of provisioned throughput and gradually increase it as your application becomes more popular. DynamoDB scales seamlessly to handle very large amounts of data and very large numbers of users.

The following table shows some high-level differences between a relational database management system (RDBMS) and DynamoDB:

| Characteristic | Relational Database Management System (RDBMS) | Amazon DynamoDB |
| --- | --- | --- |
| **Optimal Workloads** | Ad hoc queries; data warehousing; OLAP (online analytical processing). | Web-scale applications, including social networks, gaming, media sharing, and IoT (Internet of Things). |

AMZ_KOVE_000007034

| Characteristic | Relational Database Management System (RDBMS) | Amazon DynamoDB |
| --- | --- | --- |
| Data Model | The relational model requires a well-defined schema, where data is normalized into tables, rows and columns. In addition, all of the relationships are defined among tables, columns, indexes, and other database elements. | DynamoDB is schemaless. Every table must have a primary key to uniquely identify each data item, but there are no similar constraints on other non-key attributes. DynamoDB can manage structured or semi-structured data, including JSON documents. |
| Data Access | SQL (Structured Query Language) is the standard for storing and retrieving data. Relational databases offer a rich set of tools for simplifying the development of database-driven applications, but all of these tools use SQL. | You can use the AWS Management Console or the AWS CLI to work with DynamoDB and perform ad hoc tasks. Applications can leverage the AWS software development kits (SDKs) to work with DynamoDB using object-based, document-centric, or low-level interfaces. |
| Performance | Relational databases are optimized for storage, so performance generally depends on the disk subsystem. Developers and database administrators must optimize queries, indexes, and table structures in order to achieve peak performance. | DynamoDB is optimized for compute, so performance is mainly a function of the underlying hardware and network latency. As a managed service, DynamoDB insulates you and your applications from these implementation details, so that you can focus on designing and building robust, high-performance applications. |
| Scaling | It is easiest to scale up with faster hardware. It is also possible for database tables to span across multiple hosts in a distributed system, but this requires additional investment. Relational databases have maximum sizes for the number and size of files, which imposes upper limits on scalability. | DynamoDB is designed to scale out using distributed clusters of hardware. This design allows increased throughput without increased latency. Customers specify their throughput requirements, and DynamoDB allocates sufficient resources to meet those requirements. There are no upper limits on the number of items per table, nor the total size of that table. |

# Accessing the Database

Before your application can access a database, it must be *authenticated* to ensure that the application is allowed to use the database, and *authorized* so that the application can only perform actions for which it has permissions.

The following diagram shows client interaction with a relational database, and with DynamoDB.

AMZ_KOVE_000007035





The following table has more details about client interaction tasks:

| Characteristic | Relational Database Management System (RDBMS) | Amazon DynamoDB |
|---|---|---|
| Tools for Accessing the Database | Most relational databases provide a command line interface (CLI), so that you can enter ad hoc SQL statements and see the results immediately. | In most cases, you write application code. You can also use the AWS Management Console or the AWS Command Line Interface (AWS CLI) to send ad hoc requests to DynamoDB and view the results. |
| Connecting to the Database | An application program establishes and maintains a network connection with the database. When the application is finished, it terminates the connection. | DynamoDB is a web service, and interactions with it are stateless. Applications do not need to maintain persistent network connections. Instead, interaction with DynamoDB occurs using HTTP(S) requests and responses. |
| Authentication | An application cannot connect to the database until it is authenticated. The RDBMS can perform the authentication itself, or it can offload this task to the host operating system or a directory service. | Every request to DynamoDB must be accompanied by a cryptographic signature, which authenticates that particular request. The AWS SDKs provide all of the logic necessary for creating signatures and signing requests. For more information, see Signing AWS API Requests in the *AWS General Reference*. |

AMZ_KOVE_000007036