# Exhibit K107

The exhibit is a video .mp4 file.

Native will be provided under separate cover.