# Exhibit K108
# (Filed Under Seal)