# Exhibit K109
# (Filed Under Seal)