# Exhibit K110
# (Filed Under Seal)