# Exhibit K111
# (Filed Under Seal)