# Exhibit K112
# (Filed Under Seal)