# Exhibit K113
# (Filed Under Seal)