# Exhibit K114
# (Filed Under Seal)