# Exhibit K115
# (Filed Under Seal)