# Exhibit K116
# (Filed Under Seal)