# Exhibit K117
# (Filed Under Seal)