# Exhibit K118
# (Filed Under Seal)