# Exhibit K119
# (Filed Under Seal)