# Exhibit K120
# (Filed Under Seal)