# Exhibit K121
# (Filed Under Seal)