# Exhibit K122
# (Filed Under Seal)