# Exhibit K123
# (Filed Under Seal)