# Exhibit K124
# (Filed Under Seal)