# Exhibit K125
# (Filed Under Seal)