# Exhibit K133



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/019,036 | 11/19/2021 | 7103640 | 10406/43 | 7777 |

184647          7590          05/04/2022

Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway
Suite 300
Redwood City, CA 94065

| EXAMINER |
|---|
| KE, PENG |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 05/04/2022 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Fisch Sigler LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/019,036* .

PATENT UNDER REEXAMINATION *7103640* .

ART UNIT *3992* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| | Control No. | Patent Under Reexamination |
|---|---|---|
| *Office Action in Ex Parte Reexamination* | 90/019,036 | 7103640 |
| | **Examiner** PENG KE | **Art Unit** 3992 | **AIA (FITF) Status** No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a. ☑ Responsive to the communication(s) filed on <u>19 November 2021</u>.

    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on \_\_\_\_\_.

b. ☐ This action is made FINAL.

c. ☑ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire <u>2</u> month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

    1. ☐ Notice of References Cited by Examiner, PTO-892.     3. ☐ Interview Summary, PTO-474.

    2. ☑ Information Disclosure Statement, PTO/SB/08.     4. ☐ \_\_\_\_\_.

Part II    SUMMARY OF ACTION

   1a. ☑ Claims <u>17-18 and 24</u> are subject to reexamination.

   1b. ☑ Claims <u>1-16,19-23 and 25</u> are not subject to reexamination.

   2. ☐ Claims \_\_\_\_\_ have been canceled in the present reexamination proceeding.

   3. ☐ Claims \_\_\_\_\_ are patentable and/or confirmed.

   4. ☑ Claims <u>17-18 and 24</u> are rejected.

   5. ☐ Claims \_\_\_\_\_ are objected to.

   6. ☐ The drawings, filed on \_\_\_\_\_ are acceptable.

   7. ☐ The proposed drawing correction, filed on \_\_\_\_\_ has been (7a) ☐ approved (7b) ☐ disapproved.

   8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. 119(a)-(d) or (f).

     a) ☐ All   b) ☐ Some*   c) ☐None    of the certified copies have

     1 ☐ been received.

     2 ☐ not been received.

     3 ☐ been filed in Application No. \_\_\_\_\_.

     4 ☐ been filed in reexamination Control No. \_\_\_\_\_.

     5 ☐ been received by the International Bureau in PCT application No. \_\_\_\_\_.

     * See the attached detailed Office action for a list of the certified copies not received.

   9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

   10. ☐ Other: \_\_\_\_\_

cc: Requester (if third party requester)

# DETAILED ACTION

## *Reexamination*

1.      An Ex Parte Reexamination has been granted for claims 17, 18, and 24 of US

Patent 7,103,640 to Overton et al. (hereafter "the '640 patent"). See Order, mailed 12/23/2021.

Claims 17, 18, and 24 are pending.

This action is responsive to communications filed on 11/19/2021.


## *References Submitted by Requester*

2.      The following references have been cited as establishing a substantial new

question of patentability. See Order, mailed 12/23/2021.

i. Orale Names Administrator's Guide, Relase 2.0 (Oracle Corp., Redwood City, CA), published

1996 ("**OracleNamesAdminGuide**") is new art that provides new, non-cumulative technological

teaching that were not previously considered and discussed on the record during the prosecution

of '640 Patent.

ii. Joseph B. Greene, Oracle DBA Survival Guide, 1 st ed. (Sams Publishing, Indianapolis, Ind.),

ISBN: 0672306816, published October 1, 1995 ("OracleSG") is new art that provides new, non-

cumulative technological teaching that were not previously considered and discussed on the

record during the prosecution of '640 Patent.

iii. U.S. Patent No. 5,777,989 to JohnCGarvey. Filed December 19, 1995, issued July 7, 1998

("McGarvey") is new art that provides new, non-cumulative technological teaching that were not

previously considered and discussed on the record during the prosecution of '640 Patent.

v.  U.S. Patent No. 5,301,286 to Purshotam Rajani, filed January 2, 1991, issued April 5, 1994

("Rajani") is new art that provides new, non-cumulative technological teaching that were not

previously considered and discussed on the record during the prosecution of '640 Patent.


### *Claim Rejections - 35 USC § 103*

In the event the determination of the status of the application as subject to AIA 35 U.S.C.

102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the

statutory basis for the rejection will not be considered a new ground of rejection if the prior art

relied upon, and the rationale supporting the rejection, would be the same under either status.

The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102, if the differences between the subject matter sought to be patented and the prior art
> are such that the subject matter as a whole would have been obvious at the time the invention was made
> to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not
> be negatived by the manner in which the invention was made.

3.        Claims 17 and 18 is/are rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over OracleNamesAdminGuide in view OracleSG and McGarvey

**Reason to Modify OracleNamesAdminGuide in view of OracleSG and McGarvey:**

a)OracelSG's teaching render obvious associating an identifier string with location

information.

As the above overviews show, OracleNamesAdminGuide and OracleSG are in the same

field of art and discuss distributed database systems using Oracle7 technology, and its associated

tools and utilities.  They contain overlapping disclosures focused on the similar purposes of

improving query efficiency and resolution of user access.

Before the '640 Patent, it was well known and ubiquitous for computer network systems

to associate location information with identifiers. With respect to Oracle7 systems like those in

OracleNamesAdminGuide, OracleSG teaches that SQL*Net associates the data's network

address to an "easy name" synonym:

> A synonym is merely a way of assigning an alias with which users can reference a
>
> table or view. ...Synonyms simplify this access because you can create a simple
>
> synonym that contains the details of a complex reference string.!*!
>
> Oracle Network Manager ... allows you to generate the network configuration
> files
>
> for SQL*Net version 2. This version makes it much easier for users to specify a
>
> database to connect to; however, the burden of providing the translation between
>
> the easy names and the exact server and instance addresses falls on the DBA
>
> [database administrator].

As the below claim charts detail regarding claim elements 17.b, 17.d-17.¢, 18.b, 18.c, and

18.e-18.g, a POSITA would have found it obvious for OracleNamesAdminGuide to associate

location information (1.e., connection descriptor) with an identifier string (i.e., network-

servicename-alias). As OracleSG explains, OracleNamesAdminGuide's SQL*Net uses

executable code

to make it easier for users to connect to various databases and find their data; however,

"the burden of providing the translation between the easy names and the exact server and

instance address falls on the DBA. Making use of identifier strings to improve the users'

experience and to ease their ability to find their desired data is a primary objective of an Oracle

database administrator. string are directly perceived by the end user, and a DBA would have

been motivated to simplify the users' experience in this manner by providing an association between unique customer identifiers and the location information of the desired data.

Indeed, before the 640 Patent, POSITAs were combining these teachings in Oracle7 systems in the 1990s, and OracleSG includes techniques explaining to DBAs how to improve their systems.'*° And OracleSG directs DBAs to combine OracleSG's teachings with various reference manuals and resources to take advantage of all of Oracle7's capabilities. For example, to use SQL*Net effectively, OracleSG provides that a DBA should record error messages and consult "specific product manuals (for example, SQL*Net)" for solutions. Maintaining a working knowledge of the state of the art would be imperative for managing a distributed system, especially an Oracle7 system, because a POSITA would have been expected to combine the system with related technologies to improve efficiency and optimization.

For those reasons, a POSITA would have been motivated to associate an identifier string with OracleNamesAdminGuide's data and location information for use in optimizing query efficiency, based on OracleSG's teachings. As OracleSG explains, a POSITA was often asked to help improve query efficiency during the relevant timeframe.

Based on the commonplace need for efficiency in running queries, a POSITA would have been motivated to associate the identifier string with data and location information because this allows OracleNamesAdminGuide's Names Server to use executable code to quickly return the location information associated with the identifier string to the requesting client with minimized cost.

B) McGarvey's Teaching render obvious redirect messaging

As the above prior art overviews show, McGarvey is in the same field as Oracle-

NamesAdminGuide and OracleSG.  Oracle-NamesAdminGuide describes a distributed

database system, focusing on Names Servers that respond to a client's data requests using unique

customer identifiers associated with the data's network address.  Similarly, McGarvey describes

a distributed network configuration that uses

well-known name resolution techniques.

As the below claim charts detail regarding claim elements 17.g and 18.h toward redirect

messages, a POSITA would have found it obvious for OracleNamesAdminGuide's first Names

Server—if it lacks the requested location information—to send a redirect message to the client

containing redirect information for the client to calculate the location of a different Names Server

having the location information. A POSITA would have been motivated to do so because this

would further the use of OracleNamesAdminGuide's SQL*Net and Names Servers to respond to

certain data requests and lessen the workload of the root Names Server because it no longer

needs to perform forwarding functions to other servers containing the requested information.

Further, if a Names Server can't resolve a client's information query, a POSITA would have

been motivated to have the server transmit a redirect message so the client can calculate the

location of another Names Server housing the location information.   This is because using such

redirect messages was an established method in hierarchical naming services to address

unresolved location requests.

Moreover, a POSITA would have been motivated to do so because providing a redirect

message to calculate the location of a different Names Server would improve the ability of

OracleNamesAdminGuide's system to locate the client's requested information. By taking each

of these steps, a POSITA would have designed OracleNamesAdminGuide's system to detect and

resolve problems without placing the burden on the user. This is the DBA's inherent role, and the

clear benefits for the user would have motivated a POSITA to combine OracleNamesAdmin-

Guide and McGarvey in this way.

Further, it was known in the art that a hierarchical structure in a larger database system

would reduce processing demands on each Names Server by dividing the directory into separate

portions. This would have resulted in the Names Server redirecting a request to the respective

Names Server containing the pertinent location information. Both McGarvey and Oracle-

NamesAdminGuide discuss name resolution approaches in networks that may rely on TCP/IP

and domain name models.  A key role in database management is to "to detect problems before

they impact users.  Far from a new development in the art, redirect messages were commonly

used for resolution by those skilled in the art, and OracleSG even referred to redirects as a useful

tool for Oracle systems.

4.  Claim 18 Rejection Chart:

| Claim 18 | OracleNamesAdminGuide in view OracleSG and McGarvey |
|---|---|
| [18. Preamble] A system for retrieving data location information for data stored in a distributed network, the | To the extent the preamble is limiting, OracleNamesAdminGuide discloses an Oracle data base system for retrieving location information for Data stored in a distributed network.  For instance, OracleNamesAdmin-Guide describes an Oracle7 system that provides user access to a distributed data base.  OracleNamesAdminGuide teaches the system components Include SQL*Net functionalities that allow users to request data that is Located in the system using OracleNamesservers. E.g., OracleNamesAdminGuide at 5, 32. Further, the below analysis regarding claim elements 18.b-18.e shows |

| system comprising: | How OracleNamesAdminGuide retrieves data location information `for Data stored in a distributed network, and is incorporated herein. |
| --- | --- |
| | SeeOracleNamesAdminGuideat5:"OracleNamesproduct...makes Network address an database link information in an enterprise-wide distributed database network available to all nodes throughout the network." |
| | SeeOracleNamesAdminGuide at 82:"Network Manager allows information that issued across your network in several files to be entered only once, and allows changes in configuration data for one component to *ripple through" and cause changes in other related component nformation. Network Manager also enables you to use control commands in OracleNamesControlUtility(NAMESCTL)." |
| | See OracleNamesAdminGuide at 32:"With the Dynamic Discovery Option, a network using the Oracle Names Service consists of: *one or more Oracle Names Servers... *one or more databases... *one or more clients[.]" See OracleNamesAdminGuide at 32: '2 See OracleNamesAdminGuide at 33, 61, 137. |



Figure 2 – 1  Components of a Network Using Oracle Names
with the Dynamic Discovery Option

Based on the above teachings, OracleNamesAdminGuide discloses a system

for retrieving data location information for data stored in a distributed network.

| [18.a]a data repository configured to store data, | Oracle Names Admin Guide discloses this claim element. For instance as Shown below in Figure2-1, Oracle Names Admin Guide teaches its system Has multiple databases for storing data. Because by its very nature a database is a repository for storing data, a POSITA would have understood That each of OracleNamesAdminGuide's databases is a data repository Configured store data. See OracleNamesAdminGuide at 32:"...[A]network using the Oracle Names Service consists of: *one or more Oracle Names Servers We recommend that you setup at least two Names Servers for fault tolerance... *one or more databases *one or more listeners |

*one or more clients

Figure2-1 shows the components described above with the Dynamic

Discovery Option enabled.



Figure 2–1  Components of a Network Using Oracle Names
with the Dynamic Discovery Option

See OracleNamesAdminGuide at 28:" Oracle Names 1.0 required

administrators to enter the names and addresses of all databases in the network

into Oracle Network Manager.  Network Manager then created a network

definition which it stored in a database."

See OracleNamesAdminGuide at 51:"Foragivennetwork, all of these

Objects are stored together in the Network Manager network definition

database."

See OracleNamesAdminGuide at 30 :"Once you have started DDO[1.e.,

Dynamic discovery option], the Names Server remembers the addresses

of all databases."

See OracleNamesAdminGuide at 36:"Each administrative region has:

*Oracle Network Manager—This tool writes all definitions for all of

Oracle's network software, includingSQL*Net, the MultiProtocol

Interchange, and Oracle Names to the network definition on a database. It

provides a structured way to configure the product initially, and to periodically

update the network configuration.

*one or more Oracle Names Servers

*one or more databases, listeners and clients

Figure3—1 shows the relationship of the componentsdescribedabove

withasingleadministrativeregion."

SeeOracleNamesAdminGuideat36:



Figure 3 – 1 Components of a Network Using Oracle Names
Without the Dynamic Discovery Option

See OracleNamesAdminGuide at 99:"A global database link is a link

That connect search database in a network to all other databases. This

|  | Link is created automatically by the Network Manager for use with Oracle Names. Each global database link created by Network Manager connects you to every other database server in the network." <br><br> See OracleNamesAdminGuide at 90 :"...NAMES.ORA...file contains Control parameters for the Names Server and points the Names Serverto The database where the network definition is stored." <br> Based on the above teachings, Oracle Names Admin Guided is closes a data Repository configured to store data. |
|---|---|
| [18.b]where in the Data is associated With an identifier string; | Oracle Names Admin Guide discloses this claim element or renders it obvious alone or in view of OracleSG.  For instance, OracleNamesAdminGuide teaches that a database (e.g.,the data) is associated with a net-work-service-name-alias(i.e., identifier string). As explained above in Section III.D. 1.d, a POSITA would have understood that such an alias is the claimed "identifier string" because it is a unique encoding that identifies an entity (e.g., database) and that is associates with a connection descriptor (i.e., location information) in a NamesServer. <br> OracleNamesAdminGuide explains that using such aliases allow customers to request data from the database using a simple name rather than a Lengthy network location address :"Oracle Names makes network address And database link information available to all nodes throughout the network. Each database server's network address is stored with a name |

That is used to identify it. Client application scan then request a database

connection with a simple name rather than a lengthy address."

SeeOracleNamesAdminGuideat20.

SeeOracleNamesAdminGuideat23:"An Oracle Names Server stores

Names and addresses for network services such as databases or MultiProtocol

Inter changes, database link definitions, and object aliases.

The Names Server stores the following types of objects, which are described

below:

*database service names—The service name is the global database

Name that is mapped to the SQL*Net connect descriptor.  The combination of

a listener address and connect data make up a connect descriptor

That locates a database service. Gateways to non—Oracle databases and

Oracle RDB databases are also stored.

*database links—Global database links are automatically created to each

Defined database from all database servers in the network.  These links are

Made available to all users.

*aliases—You can assign service name aliases as alternate names for

Any defined database service or database link.  Service name aliases are

Resolved as if they were the original object.

*V1 connect strings—A V1 connect string can be mapped to a service

Name in the Oracle Names database.  The service name you enter acts

As an alias for the SQL*Net V1 connect string, making it easy to access

A server in a network that still uses SQL*NetV1."

SeeOracleNamesAdminGuideat101:"[A]network administrator could

Create aliases so that user scan connect to a database or use a database

Link by using a simple name instead of having to specify the global data-

Base name or global database link name(that is, the fully—qualified

name)."

SeeOracleNamesAdminGuideat128-129:"Aliasname (sometimes referred to as

"canonical name'")....Canonical name: bones.dem.medicine

....Aliastranslation[]...bones.dem.medicine[.]"

See OracleNamesAdminGuideat52-53:"The client application issues a

Connection request to SQL*Net of the form:

Sqlplus scott/tiger@POULTRY

Where POULTRY is a database service name defined in the Oracle

Names Server.

SQL*Net determines from the client configuration in the SQLNET.ORA

File that the client's default domain is WORLD and the preferred Names

Server is the one shown. SQL*Net sends the Names Server a request to

Resolve the name POULTRY.WORLD."

SeeOracleNamesAdminGuideat41-42:"All network names include one

Or more domains. A domain is a group of machines and network services.

Domains are usually hierarchically related for organizational and

administrative purposes.  However, all network names could instead reside in a

single domain—the WORLD domain.

The top level domain is the predefined root domain.  All other domains

Are hierarchically below the root....

Figure 3-6 shows a hierarchical naming model with five domains: the

(ROOT)domain, ACMEdomain, US.ACME, EUROPE. ACME, and

ROW.ACME(Rest of World) domains.



Figure 3 – 6  Hierarchical Naming Model

Within each domain all names must be unique, but across domains they

Can be repeated.  Notice that both WEATHER and HISTORY are repeated,

but the full global names are unique (that is, HISTORY.ROW .ACME vs.

HISTORY.EUROPE.ACME).

Network domains are similar to file directories used by many operating

Systems (such as UNIX) in that they are hierarchical; however, unlike file

systems, network domains may or may not correspond to any physical

arrangement of databases and other objects in a network; they are name

Spaces."

Based on the above teachings, OracleNamesAdminGuide discloses or

Renders obvious data associated with an identifier string.

 Moreover, OracleSG Renders Obvious Claim Element18.b.

OracleSG explains howOracleNamesAdminGuide'sSQL*Net functionalities

are used to resolve requests for services to the irrespective locations.  For

instance, OracleSGteachest2hatSQL*Net's Oracle Network

Manager allows for associating the data's network address to an "easy

name" synonym:"Oracle Network Manager...allows you to generate

the network configuration files for SQL*Netversion2. This version

makes it much easier for users to specify a database to connect to; however, the

burden of providing the translation between the easy names and

the exact server and instance addresses falls on the DBA. I would not

recommend configuring SQL*Netversion2withoutthisutility."SeeOra-

cleSGat87.

Further, OracleSG teaches that such synonyms were well-known useful

Features in Oracle7 systems like OracleNamesAdminGuide's because

Those synonyms are unique identifiers of data that are associated with the

data's address reference string:"  A synonym is merely away of assigning

an alias with which users can reference a table or view....  Synonyms

simplify this access because you can create a simple synonym that contains the

details of a complex reference string." SeeOracleSGat189-90.

SeealsoOracleSGat181:"Data storage objects contain no data of their

own.  Instead, they reference data that is contained in one or more tables.

The following [is a] data storage object[]:Synonyms, which are merely

Alternative names for tables."

| | SeeOracleSG at 352:"If you are supporting development, database object creation, ownership, and naming standards become important. When You have controlled applications, the ways users can add data are controlled and they use the computer only to perform necessary business functions....[Y]ou need to consider object names. This is especially true of permanent table and synonym names that developers may hard-code into their applications and with which you may become stuck. I generally like to establish a table naming hierarchy and have developers create public synonyms for all the data resources that may be moved into pro-duction. Try to get all applications coded to look for the public synonym name versus a true schema. Table combination. Then there is leeway to reorganize and rename the basic table data without interrupting the applications (just ensure you set your new public synonyms correctly)." For the reasons set forth above on motivation to combine, POSITA would have been motivated to have OracleNamesAdmin Guide's system associate data with an identifier string that relates to the string; data's location address, based on OracleSG's teachings. For instance, this Would have resulted in the effective use of SQL*Net functionality, and improve query efficiency and optimization of Oracle7 systems to ease users' ability to find their desired data. See OracleSG at 44, 52, 87, 605.1 |
|---|---|
| [18. C] a Client responsive to | OracleNamesAdminGuide discloses this claim element or renders it obvious alone or in view of OracleSG. OracleNamesAdminGuide describes that an Oracle Names Server (i.e., location server) responds to client queries |

| a data query | requesting a data set's connection descriptor (i.e., location information). And |
|---|---|
| to query a | OracleNamesAdminGuide discloses that this connection descriptor is |
| data location | associated with the network-service-name-alias (1.e., identifier string) of the |
| server for | requested data set. As explained above in Section III.D.1.c, a POSITA would |
| location | have understood that OracleNamesAdminGuide's connection descriptor is the |
| information | claimed "location information" because each connection descriptor is |
| associated | information pertaining to one or more locations of data.!"° Claimed "client": |
| with the | As discussed above in Section II.C, Patent Owner has proposed "client" means |
| identifier | "a network-attached component that initiates update or lookup of |
| string. | identifier/location mappings from a location server with location request |
| | messages." See the discussion regarding claim element 18.b showing that |
| | OracleNamesAdminGuide discloses the requested data set is associated with a |
| | network-service-name-alias (1.e., identifier string). And as the below teachings |
| | illustrate, OracleNamesAdminGuide teaches network-attached clients initiating |
| | update/location mappings from Names Servers (i.e., location servers) using |
| | location requests. See OracleNamesAdminGuide at 51-52: "Role of the |
| | Client[:] The client is the software that requests the name to be resolved. The |
| | name itself typically comes from the user's application, or the actual user.... |
| | When the name is successfully resolved, the client uses it to connect to the |
| | intended destination. All interaction with the Names Server and use of the |
| | results is transparent to the user. Only an unsuccessful attempt is seen by the |
| | client or user." |
| | *See* OracleNamesAdminGuide at 24: "Oracle Names has many *users* and |

one or more *administrators.*

The true user of Oracle Names is always either *a client application in a client-server connection,* or an Oracle server in a distributed database. Oracle Names is not visible to the user or the application programmer."

*See* OracleNamesAdminGuide at 33:



Figure 2 - 2  Oracle Names Server Components
Using the Dynamic Discovery Option

*See* OracleNamesAdminGuide at 33: "Architecturally, Oracle Names is a network service that *provides name resolution to Oracle clients* and servers."

*See* OracleNamesAdminGuide at 43-44: *"A client can request a network service within its default domain using the service's simple, unqualified name,* that is, without specifying a domain name. If a user requests a name without a '.' character in it, the default domain name will be automatically appended to the database service or database link name requested."

*See* OracleNamesAdminGuide at 91: "The client needs to be able to direct the global name request to a Names Server in the network. Multiple Names Servers should be listed wherever possible for greater reliability

when the preferred Names Server is unavailable."

*See* OracleNamesAdminGuide at 91-92: "Each client or set of similar clients

needs to be assigned a client profile. The complete definition of a

client profile includes an intersection of the position of the client in the

TNS network, and its relation to the Names Servers in its administrative

region. The following two sets of information make up the client profile:

* community—Each client is defined in terms of what community it

belongs to, and which Interchange(s) it prefers to try, in order, when

connecting to other communities.

* Oracle Names—Each client is also defined by the default domain it

uses, and the list of Names Servers, in order, that should be contacted to

resolve global names."

Claimed "location server": As explained above in Section II.D.1.a, a

POSITA would have understood that OracleNamesAdminGuide's Names

Server is a "location server" because it is a network-attached server that

maintains data location mappings to service client requests: "Oracle

Names makes network address and database link information available to

all nodes throughout the network. Each database server's network address

is stored with a name that is used to identify it. Client applications

can then request a database connection with a simple name rather than

a lengthy address." See OracleNamesAdminGuide at 20.

See also OracleNamesAdminGuide at 22: "Oracle Names eases the burden

of administering the details of the network. If the address of a network

object changes, the change is made in one place, and all clients get

the benefit of the change immediately. Any number of clients have access

to a network object's address from a single source.

The user and application developer are exposed only to the name of a

network object. No knowledge of the connection path is required. This

is amuch more user-friendly way to use networks and network services.

As with other user-oriented network software such as electronic mail,

people only need to think in terms of names to get their work done.

When making a connection, the client specifies the name of a destination

and Oracle Names provides the address."

Further, OracleNamesAdminGuide teaches that its Names Server receives

a client's query for location information associated with a network-

service-name-alias (1.e., identifier string). As explained above in

Section III.D.1.c, a POSITA would have understood that Oracle-

NamesAdminGuide's connection descriptor is "location information" because

each descriptor pertains to a location of data and identifies that location

using the host name, port, and database instance."

See OracleNamesAdminGuide at 52-53: "The Names Server has a single

purpose: to resolve, or assist in resolving, a client-initiated name request. It

interprets the request, then looks up the name in its cache, or it calls a Names

Server in another region. The response or error conditions are passed back to

the client. Figure 3 — 11 shows a client requesting access to a Names Server

named POULTRY and a Names Server providing the answer.... The service

name is the same as the global object name. For example, a global data base

name might be POULTRY.WORLD, which is also the service name.



Figure 3 – 11  Client–Server Connection

The sequence of events is as follows:

1. The client application issues a connection request to SQL*Net of the

form: sqlplus scott/tiger@POULTRY

where POULTRY is a database service name defined in the Oracle

Names Server.

SQL*Net determines from the client configuration in the SQLNET.ORA

file that the client's default domain is WORLD and the preferred Names

Server is the one shown. SQL*Net sends the Names Server a request to

resolve the name POULTRY.WORLD.

2. The Names Server receives the request, looks it up in the cache, then

sends the response back to the client.

3. The client receives the answer and substitutes the address in place of

the initial name POULTRY.

4. The client contacts POULTRY and establishes a standard SQL*Net

client-server connection."


See OracleNamesAdminGuide at 23-24: "The Names Server stores the

following types of objects, which are described below:

* database service names—The service name is the global database

name that is mapped to the SQL*Net connect descriptor. The combination of a

listener address and connect data make up a connect descriptor

that locates a database service. Gateways to non—Oracle databases and

Oracle RDB databases are also stored.

* database links—Global database links are automatically created to each

defined database from all database servers in the network. These links are

made available to all users.

* aliases—You can assign service name aliases as alternate names for

any defined database service or database link. Service name aliases are

resolved as if they were the original object.

* V1 connect strings—A V1 connect string can be mapped to a service

name in the Oracle Names database. The service name you enter acts as

an alias for the SQL*Net V1 connect string, making it easy to access a

server in a network that still uses SQL*Net V1....

After services have been defined in Oracle Names, users only need to refer

to them by name to connect to a database or network service. The

necessary exchange of details occurs between the requester and the Oracle

Names Server."

See OracleNamesAdminGuide at 119: "Summary of NAMESCTL Commands

... QUERY [will q]uery for the existence or contents of a network

object name."

See OracleNamesAdminGuide at 128-129: "QUERY

Purpose: Test or retrieve the contents of a network object stored

in the Names Server....

Syntax: From the operating system:

NAMESCTL QUERY object _name [object_

type] [modifiers]

From NAMESCTL program:

QUERY name [type] [modifiers]

Valid types: ASSMD Network addresses, as with database

service definitions.

CNAME.SMD Alias name (sometimes referred to as

'canonical name').

DL.RDBMS.OMD Database link.

NS.SMD Names Server addresses. System data used

to communicate between Names Servers.

VIADD.NPO.OMD SQL*Net Version 1 connect string...

Arguments: Mandatory network object name and network object

type.

Usage QUERY can be used to test that a defined piece of data

Notes: can be found, and that the contents are correct. ... If the QUERY

command is used with just a name as a parameter, the Names Server responds

with the number of pieces of data with that name, and the time required

to complete the operation.

If the QUERY command is used with the name and

type supplied as arguments; the specific name is looked

up and returned to the user....

Example: NAMESCTL> QUERY BONES .DEM.MEDICINE

A.SMD

Total response time: 0.04 seconds

Response status: normal, successful completion

Authoritative answer: yes

Number of answers: 1

Canonical name: bones.dem.medicine

TTL: 1 day

Alias translations:

from: bones.dem.medicine

to: bones.dem.medicine

Answers:

data type is 'a.smd'

Syntax is ADDR:...(DESCRIPTION=(ADDRESS=

(COMMUNITY=tcp)(PROTOCOL=

TCP) (Host=cowboy) (Port=1522))(CONNECT_

DATA=(SID=rodeo)))[.]"

See OracleNamesAdminGuide at 109: "When a server initiates the use of

a database link, the Names Server is called, and the request is executed,

as with locally defined database links (links defined in the local database

data dictionary). Consider, for example, the SQL statement shown:

SELECT A.ITEM, B.COST

FROM PARTS A, PRICE@FINANCE.US.ACME B WHERE

A.PARTNO = B.PARTNO;

FINANCE.US.ACME is looked up in the Names Server. Then the link is

established between the current database and the FINANCE database.

(FINANCE is the name of the database service, as well as the name of the

global database link.)[.]"

See OracleNamesAdminGuide at 110: "When a database link is used to

select information from a remote database table (for example, SELECT *

FROM EMP@HR.US.ORACLE.COM), Oracle searches for a connect

descriptor in the following locations in the following order: identifier string;

1. the user's private database links

2. the database public database links

3. the Oracle Names Server global database links

Oracle ends the search when a USING clause is found in either a private

or public database link. If a USING clause is not found in a private or

public link, then the global database link is used. If a connect descriptor

is not found, the following message is returned:

ORA-02019: "connection description for remote database

not found"

If a CONNECT TO clause (username/password) is found in any of the

searched database links, the first one found is used. If none are found,

then the current username and password will be used."

See OracleNamesAdminGuide at 93: "When th[e names.default_domain]

parameter is set to the default domain name (for example, US.ACME),

the domain name will be automatically appended to the service name.

For example, a client with a default_domain of US.ACME can request a

database service named FINANCE.US.ACME as:

sqlplus scott/tiger@FINANCE

All names outside the default domain must be fully specified as global

names; for example, FINANCE.US.ACME.... The Network Manager

automatically

adds the NAME.DEFAULT_ZONE parameter in addition to

the NAMES.DEFAULT_ DOMAIN for backward compatibility."

OracleNamesAdminGuide at 108: "The client requires a SQLNET.ORA

file with one or more Names Server addresses defined in the

NAMES.PREFERRED SERVERS parameter. These Names Servers are

contacted in order until a response is returned. Additionally, each client

default domain is set with the NAMES.DEFAULT_ DOMAIN parameter

to simplify how domains are specified during connection requests and

when using NAMESCTL....

To request access to a network object, the client uses the familiar client/

server connection syntax:

sqlplus scott/tiger@FINANCE[.]"

See OracleNamesAdminGuide at 44: "Every region must have a unique

name. The region, although it contains domains, is defined to 'reside" in

one of the domains that it contains. The region name is formed by appending

one of the domain names onto the end of the region name. For

example, a region containing the US.ACME and UK.ACME domains

could be called either region name.US.ACME or region _name.UK.ACME."

See OracleNamesAdminGuide at 56-57: "Many companies already have

global naming standards for their PC LANs, large hosts, or mail systems.

If such policies exist, you can use them as the basis for the Oracle Names

naming model. Using the same structure leverages the investment in the

education users already have with global names.

For example, many companies with TCP/IP networks use the Domain

Name Service (DNS) model for communication on the worldwide Internet.

In this model, all naming models are hierarchical from a set of base

domains such as:

° COM - commercial organizations

e EDU - educational institutions

e MIL - military

° ORG - organizations

Individual companies are then assigned domains within which to build

their naming model (for example, ACME.COM)....

For organizations which are on the Internet, and therefore already have

one or more DNS domains, the sensible choice is to align their Oracle

naming domains with their DNS domains."

See also OracleNamesAdminGuide at 29 (explaining Names Servers' default

TCP/IP port is 1575), 29 (describing a new service's registration in

system results in automatic replication of a service's location in Names

Servers), 30 ("the Names Server remembers the addresses of all databases"),

31 (teaching that Names Server stores network-service-name-aliases

as they are registered), 33 (explaining Names Server's cache "is an

in-memory database of all data required to resolve names'), 83 (describing

each Names Server has a unique service name), 99 (describing

Names Servers loads network definitions of global database links), 107

(describing example query using network-service-name-alias and type to

return information about the network object).

Based on the above teachings, OracleNamesAdminGuide discloses or

renders obvious a client responsive to a data query to query a data location

server for location information associated with the identifier

string.

Moreover, OracleSG Renders Obvious Claim Element 18.c. OracleSG explains

how OracleNamesA dminGuide S SQL Net functionalities are used to query a

location server for location information associated with a network-service-

name-alias (i.e., identifier string). As a foundation, OracleSG explains that it

was understood Oracle systems provide "relational database management

system (RDBMS) ... designed to provide the facilities to store and retrieve

information in a variety of formats." See OracleSG at 114.

Further, OracleSG teaches SQL*Net ensures translation of entity addresses

to easy-to-remember identifiers: "Oracle Network Manager ... allows

you to generate the network configuration files for SQL*Net version

2. This version makes it much easier for users to specify a database

to connect to; however, the burden of providing the translation between

the easy names and the exact server and instance addresses falls on the

DBA. I would not recommend configuring SQL*Net version 2 without

this utility." See OracleSG at 87.

See also OracleSG at 189: "When you reference tables located in a different

database using SQL *Net, the format can be rather complicated. Synonyms

simplify this access because you can create a simple synonym that

contains the details of a complex reference string."

See also OracleSG at 152: "The following is the SQL query that enables

you to determine the location of your data files:

```
SQL> select * from sys.dba_data_files;

FILE_NAME
...........................................................
   FILE_ID TABLESPACE_NAME          BYTES    BLOCKS STATUS
.......... ....................... ......... ......... .........
C:\ORAWIN\DBS\wdrrbs.ora
         3 ROLLBACK_DATA            3145728     1536 AVAILABLE

D:\ORAWIN\DBS\wdbtemp.ora
         4 TEMPORARY_DATA           2097152     1024 AVAILABLE

C:\ORAWIN\DBS\wdbuser.ora
         2 USER_DATA                3145728     1536 AVAILABLE

D:\ORAWIN\DBS\wdbsys.ora
         1 SYSTEM                  16465768     8128 AVAILABLE

SQL>
```

[.]"

For the reasons set forth in Section III.E.1 on motivation to combine, a POSITA would have been motivated to have OracleNamesAdmin-Guide's system query a Names Server for location information associated with an identifier string, based on OracleSG's teachings. For instance, this would have resulted in the effective use of SQL*Net functionality, and improve query efficiency and optimization of Oracle7 systems to ease users' ability to find their desired data. See OracleSG at 44, 52, 87, 605

| | |
|---|---|
| [18.d] a data location server | OracleNamesAdminGuide discloses this claim element. As shown above regarding claim element 18.c, OracleNamesAdminGuide describes a system having a Names Server (i.e., location server). Those teachings are incorporated |

| network comprising a plurality of data location servers. | herein. Further, as shown below in Figures 2-1 and 3-1, OracleNamesAdminGuide teaches that its system includes a network of multiple Names Servers. See OracleNamesAdminGuide at 32 ("We recommend that you set up at least two Names Servers for fault tolerance."): |



Figure 2 – 1  Components of a Network Using Oracle Names with the Dynamic Discovery Option



Figure 3 – 1  Components of a Network Using Oracle Names Without the Dynamic Discovery Option

See also OracleNamesAdminGuide at 60: "Oracle recommends that each administrative region should have at least two Names Servers. If one Names Server is unavailable, clients will automatically forward requests to the other. The degree of availability this allows depends on the regularity

of service each node provides. For example, imagine that the

amount of time a Name Servers node is down for unscheduled reasons 1s

1%. (It is usually much less.) The likelihood that both would be down at

the same time is then roughly .01%, or 1% of 1%.

There is also an issue of network loading, or load balancing. Although

any given Names Server is only engaged for a short period of time when

a client initiates a connection, the goal is to keep name resolutions lightning

fast. With a very large volume of clients, or applications requiring many

connections, load balancing across multiple Names Servers can increase

system performance."

See OracleNamesAdminGuide at 67: "The Names Servers on the network

using DDO must know about each other."

See OracleNamesAdminGuide at 29: "Since well-known Names Servers

continually reconcile the contents of their cache with those of other active

well-known Names Servers, registration with a single well-known

Names Server is sufficient for an object to be known by all the well—

known Names Servers on the network. This concept is known as service

replication."

See OracleNamesAdminGuide at 44: "Each administrative region contains

one or more Oracle Names Servers. Names Servers are used to

translate global service names into their network addresses. Although

having just one Names Server per administrative region is technically allowed,

at least two Names Servers per region are recommended to provide

highly reliable access to the details of the network."

OracleNamesAdminGuide at 51: "You use the Network Manager to configure:

* the network data - The definition of the communities and MultiProtocol

Interchanges in the network, and all Names Servers in the root

administrative region. (This is sometimes referred to as *backbone

data.")

the administrative regions and their domains - The division of configuration

into one Network Manager installation per region. The simplest

and most common case is one administrative region with one domain

(a flat naming model), although one administrative region with

many domains, or multiple administrative regions, is also possible.

* the Oracle Names Servers - Within each region, the specifics of

each of the Oracle Names Servers are also defined. Names Server

specifics include the network node and addresses it runs on, and vatious

startup parameters affecting how it operates.

* network objects in the local administrative region - The definition of

database services, database links, and any aliases is also done through

the Network Manager."

OracleNamesAdminGuide at 179-180:



**TNS Network**

Figure C – 1  Sample Client Profiles

"Names Servers [are] N1,N2, N3[.]"

Based on the above teachings, OracleNamesAdminGuide discloses a data location server network comprising a plurality of data location servers.

| | |
|---|---|
| [18.e] at least one of the plurality of data location servers containing location information associated with the identifier string. | OracleNamesAdminGuide discloses this claim element or renders it obvious alone or in view of OracleSG. As shown above regarding claim element 18.c, OracleNamesAdminGuide teaches its Names Server (i.e., location server) acts upon a connection descriptor (i.e., location information) associated with a network-service-name-alias (i.e., identifier string). Those teachings are incorporated herein. Further, Oracleidentifier string, NamesAdminGuide explains that its Names Server stores connection descriptor associated with an entity (e.g., a database) and that the connection descriptor is associated with a network-service-name-alias:<br><br>"An Oracle Names Server stores names and addresses for network services such as databases or MultiProtocol Interchanges, database link definitions, and object aliases.<br>The Names Server stores the following types of objects, which are described below: |

* database service names—The service name is the global database

name that is mapped to the SQL*Net connect descriptor. The combination

of a listener address and connect data make up a connect descriptor

that locates a database service. Gateways to non—Oracle databases

and Oracle RDB databases are also stored.

* database links—Global database links are automatically created to each

defined database from all database servers in the network. These links are

made available to all users.

* aliases—oYu can assign service name aliases as alternate names for

any defined database service or database link. Service name aliases are

resolved as if they were the original object.

V1 connect strings—A V1 connect string can be mapped to a service

name in the Oracle Names database. The service name you enter acts as an

alias for the SQL*Net V1 connect string, making it easy to access a server in a

network that still uses SQL*Net V1....  After services have been defined in

Oracle Names, users only need to refer to them by name to connect to a

database or network service. The necessary exchange of details occurs between

the requester and the Oracle Names Server." See OracleNamesAdminGuide at

23.

Further, as the below example shows, OracleNamesAdminGuide teaches

that its Names Server uses the POULTRY.WORLD alias to identify the

location information associated with the alias and sends this location

information

to the client:

"The Names Server has a single purpose: to resolve, or assist in resolving,

a client-initiated name request. It interprets the request, then looks up

the name in its cache, or it calls a Names Server in another region. The

response or error conditions are passed back to the client.

Figure 3 — 11 shows a client requesting access to a Names Server named

POULTRY and a Names Server providing the answer.... The service

name is the same as the global object name. For example, a global database

name might be POULTRY.WORLD, which is also the service

name.



Figure 3 – 11  Client–Server Connection

The sequence of events is as follows:

1. The client application issues a connection request to SQL*Net of the

form:

sqlplus scott/tiger@POULTRY

where POULTRY is a database service name defined in the Oracle

Names Server.

SQL*Net determines from the client configuration in the SQLNET.ORA

file that the client's default domain is WORLD and the preferred Names Server

is the one shown. SQL*Net sends the Names Server a request to resolve the

name POULTRY.WORLD.

2. The Names Server receives the request, looks it up in the cache, then sends

the response back to the client.

3. The client receives the answer and substitutes the address in place of the

initial name POULTRY.

4. The client contacts POULTRY and establishes a standard SQL*Net

client-server connection." See OracleNamesAdminGuide at 52-53.

See OracleNamesAdminGuide at 128-129: "QUERY

Purpose: Test or retrieve the contents of a network object stored

in the Names Server....

Syntax: From the operating system:

NAMESCTL QUERY object _name [object_

type] [modifiers]

From NAMESCTL program:

QUERY name [type] [modifiers]

Valid types: ASSMD Network addresses, as with database

service definitions.

CNAME.SMD Alias name (sometimes referred to as

*canonical name").

DL.RDBMS.OMD Database link.

NS.SMD Names Server addresses. System data used

to communicate between Names Servers.

VIADD.NPO.OMD SQL*Net Version 1 connect

string...

Arguments: Mandatory network object name and network object

type.

Usage QUERY can be used to test that a defined piece of data

Notes: can be found, and that the contents are correct. ...

If the QUERY command is used with just a name as a

parameter, the Names Server responds with the number

of pieces of data with that name, and the time required

to complete the operation.

If the QUERY command is used with the name and

type supplied as arguments; the specific name is looked

up and returned to the user....

Example:  NAMESCTL> QUERY BONES.DEM.MEDICINE
          A.SMD

Total response time:    0.04 seconds
Response status:        normal, successful completion
Authoritative answer:   yes
Number of answers:      1
Canonical name:         bones.dem.medicine
TTL:                    1 day
Alias translations:
    from:               bones.dem.medicine
    to:                 bones.dem.medicine
Answers:
    data type is `a.smd`
        Syntax is ADDR:...(DESCRIPTION=(AD-
DRESS=(COMMUNITY=tcp)(PROTO-
COL=TCP)(Host=cowboy) (Port=1522))(CON-
NECT_DATA=(SID=rodeo)))[.]"

See OracleNamesAdminGuide at 109: "When a server initiates the use of

a database link, the Names Server is called, and the request is executed,

as with locally defined database links (links defined in the local database

data dictionary). Consider, for example, the SQL statement shown:

SELECT A.ITEM, B.COST

FROM PARTS A, PRICE@FINANCE.US.ACME B WHERE

A.PARTNO = B.PARTNO;

FINANCE.US.ACME is looked up in the Names Server. Then the link is

established between the current database and the FINANCE database.

(FINANCE is the name of the database service, as well as the name of

the global database link.)[.]"

See OracleNamesAdminGuide at 110: "When a database link is used to

select information from a remote database table (for example, SELECT *

FROM EMP@HR.US.ORACLE.COM), Oracle searches for a connect

descriptor in the following locations in the following order:

1. the user's private database links

2. the database public database links

3. the Oracle Names Server global database links

Oracle ends the search when a USING clause is found in either a private

or public database link. If a USING clause is not found in a private or

public link, then the global database link is used. If a connect descriptor

is not found, the following message is returned:

ORA—-02019: "connection description for remote database not found"

If a CONNECT TO clause (username/password) is found in any of the

searched database links, the first one found is used. If none are found, then the

current username and password will be used."

See also OracleNamesAdminGuide at 93 (describing associating location

information with FINANCE.US.ACME alias), 108 (describing associating

location information with FINANCE alias), 44 (describing unique

network-service-name-alias for each domain), 56-57 (using DNS model

to create unique network-service-name-alias associated with location

information).

Based on the above teachings, OracleNamesAdminGuide discloses or

renders obvious one Names Server contains location information, including

host name, port, and database instance, associated with the identifier

string (i.e., network-service-name-alias).!®°

Moreover, OracleSG Renders Obvious Claim Element 18.e.

OracleSG explains how OracleNamesAdminGuide's SQL*Net configuration
allows for associating entity addresses to easy-to-remember identifiers:
"Oracle Network Manager ... allows you to generate the network
configuration files for SQL*Net version 2. This version makes it much
easier for users to specify a database to connect to; however, the burden
of providing the translation between the easy names and the exact server
and instance addresses falls on the DBA. I would not recommend configuring
SQL*Net version 2 without this utility." See OracleSG at 86-87.


See also OracleSG at 189: "When you reference tables located in a different
database using SQL *Net, the format can be rather complicated. Synonyms
simplify this access because you can create a simple synonym that
contains the details of a complex reference string."

See also OracleSG at 152: "The following is the SQL query that enables
you to determine the location of your data files:

```
SQL> select * from sys.dba_data_files;

FILE_NAME
FILE_ID TABLESPACE_NAME                BYTES    BLOCKS STATUS
-------------------------------------- -------  ------ ---------
d:\ORA8I\DATABASE\SYSTEM1.ORA
    1 SYSTEM_DATA               314572800   38400 AVAILABLE
d:\ORA8I\DATABASE\USERDATA1.ORA
    2 USERDATA_DATA              52428800    6400 AVAILABLE
d:\ORA8I\DATABASE\RBSDATA1.ORA
    3 RBS_DATA                  314572800   38400 AVAILABLE
d:\ORA8I\DATABASE\TEMP1.ORA
    4 TEMP_DATA                 524288000   64000 AVAILABLE

SQL>
```
                                                          13"

For the reasons set forth in Section III.E.1 on motivation to combine, a
POSITA would have been motivated to have OracleNamesAdmin-

| | Guide's Names Server contain location information associated with the identifier string, based on OracleSG's teachings. For instance, this would have resulted in the effective use of SQL*Net functionality, and improve query efficiency and optimization of Oracle7 systems to ease users' ability to find their desired data. See OracleSG at 44, 52, 87, 605.18 |
|---|---|
| [18.f] wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a | OracleNamesAdminGuide discloses this claim element or renders it obvious alone or in view of OracleSG. As shown below in Figure 2-2, OracleNamesAdminGuide explains that its Names Server includes a processor and memory. As Mr. Greene explains, a POSITA would have understood that, in order for this processor to function, the memory contains computer executable code to execute steps. Further, OracleNamesAduredminGuide teaches that its Names Server (i.e., location server) loads and executes software to preform steps in response to a data location request: "At startup, the Names Server reads its configuration files to set up its operating parameters, then loads all data for the administrative region." See OracleNamesAdminGuide at 160. OracleNamesAdminGuide at 33 (explaining processor "receives incoming address requests and Jooks through the cache for the answer'). |

| data location | *See* OracleNamesAdminGuide at 33: |
|---|---|
| request from |  |
| the client: | Figure 2-2 Oracle Names Server Components Using the Dynamic Discovery Option |

see also OracleNamesAdminGuide at 62-63: "An Oracle Names Server

is portable software that runs on a variety of computer platforms .... Tn

general, Oracle Names runs on:

*A variety of UNIX and VAX/VMS minicomputers and workstations.

* Intel-based computers (PCs) running operating systems such as OS/2,

NetWare, Windows NT, and UNIX.

The computer does not have to be dedicated as an Oracle Names Server.

In fact, Oracle Names typically requires relatively little CPU and

memory to function.

Your choice of computer to use as a Names Server should be based on:

• Software availability—While Oracle Names runs on many

operating systems, it does not run on all. As a shared resource,

Oracle Names only needs to be on one type of operating system

to serve all clients and servers. It does not have to be available on

all of the operating systems you use...."

See OracleNamesAdminGuide at 104: "The STARTUP command loads

the Names Server into memory and tells it to begin executing. At

startup, the Names Server loads its configuration, loads its data, then becomes

available to answer requests....

The SHUTDOWN command stops the execution of a Names Server. The

program stops executing, and releases any machine resources being

used."

See OracleNamesAdminGuide at 116: "You can run NAMESCTL in

three modes:

* Interpreter mode - NAMESCTL 1s loaded and all operations are executed

within it. When loaded, the program displays the following

prompt:

NAMESCTL>

* Command line mode - You can also execute most commands from the

operating system command line by running the NAMESCTL program

with a complete command as a parameter to the program. In this case,

NAMESCTL will load and execute the command, then return the operating

system prompt. Sample commands are:

NAMESCTL START

NAMESCTL, STATUS CHEDDAR. ACME[.]"

Based on the above teachings, OracleNamesAdminGuide discloses or renders

obvious each Names Server comprises computer executable code configured to

execute the steps in response to receiving a data location

request from the client.

Moreover, OracleSG Renders Obvious Claim Element 18/f.

OracleSG explains how OracleNamesAdminGuide's SQL*Net configuration

executes code on clients and servers' memory and that the servers

execute steps in response to data location requests.

See OracleSG at 313: "SQL*Net listeners. If you are planning a clientserver

installation, you need to start up SQL*Net listeners for each of the

versions and protocols of SQL*Net that you are using."

See OracleSG at 168: "Another advantage of stored procedures is that

Oracle stores both the source code and a parsed version of the software.

This saves Oracle the time of having to parse the statements each time as

it would for SQL queries received from external software applications."

See OracleSG at 125: "The first memory area of interest is the one that

stores software code. All that functionality from the Oracle database software

needs a home. This is the location for it. On some operating systems,

this software area can be shared between instances. Note that this is

the software that runs the database itself, not the applications that you

have written and are running."

See OracleSG at 133: "Computers execute instructions stored in memory.

If you want your general ledger application to work, you need to have

memory space available for it. This same concept applies to storing code

for the various Oracle background processes."

See OracleSG at 142: "The memory space used to store the Oracle application

cation software code is owned by the Oracle user and should be protected by

the operating system from modification by others."

see OracleSG at 682: "... Oracle stores the procedures (not triggers) in both

source code and parsed (ready-to-execute) forms, you do not have to spend

time parsing queries and transactions that are stored in the database ready.

See OracleSG at 87: "Oracle Network Manager ... allows you to generate

the network configuration files for SQL*Net version 2. This version makes it

much easier for users to specify a database to connect to; however,

the burden of providing the translation between the easy names and

the exact server and instance addresses falls on the DBA. I would not

recommend configuring SQL*Net version 2 without this utility."

See OracleSG at 152: "The following is the SQL query that enables you

to determine the location of your data files:

```
SQL> select * from sys.dba_data_files;

FILE_NAME
---------------------------------------------------------------
   FILE_ID TABLESPACE_NAME          BYTES   BLOCKS STATUS
---------- --------------------- --------- -------- ---------
C:\ORAWIN\DBS\wdbrbs.ora
         3 ROLLBACK_DATA          3145728     1536 AVAILABLE

D:\ORAWIN\DBS\wdbtemp.ora
         4 TEMPORARY_DATA         2097152     1024 AVAILABLE

C:\ORAWIN\DBS\wdbuser.ora
         2 USER_DATA              3145728     1536 AVAILABLE

D:\ORAWIN\DBS\wdbsys.ora
         1 SYSTEM                13485768     6128 AVAILABLE

SQL>
```
                                                             [.]"

For the reasons set forth in Section III.E.1 on motivation to combine, a

| | |
|---|---|
| | POSITA would have been motivated to have OracleNamesAdmin-Guide's Names Server include computer executable code configured to execute steps in response to receiving a data location request from the client, based on OracleSG's teachings. For instance, this would have resulted in the effective use of SQL*Net functionality, and improve query efficiency and optimization of Oracle7 systems to ease users' ability to find their desired data. See OracleSG at 44, 52, 87, 605. |
| [18 g] if the data location server contains the location string associated with the identification string provided in the data location request, the data location server | OracleNamesAdminGuide discloses this claim element or renders it obvious alone or in view of OracleSG. As shown regarding claim element 18.c, OracleNamesAdminGuide teaches its Names Server (i.e., location server) receives a query for a connection descriptor (i.e., location information) associated with a network-service-name-alias (i.e., identifier string). As shown below in the example for Figure 3-1 and the QUERY command, OracleNamesAdminGuide explains that, in response to the POULTRY query, the Names Server transmits location information, including host name, port, and database instance, to the client if the server contains location information associated with the POULTRY.WORLD alias. As shown below in Figure 3-1, as step 4, the client uses that information to calculate a location of the data associated with the POULTRY.WORLD alias. OracleNamesAdminGuide at 52-53: "Figure 3 — 11 shows a client requesting access to a Names Server named POULTRY and a Names Server providing the answer.... The service name is the same as the global object name. For |

transmits

location

information

for use by

the client

calculate a

location of

the data

associated

with

identificatio

n string;

example, a global database name might be POULTRY.WORLD, which is also the service name.



Figure 3 – 11  Client–Server Connection

1. The client application issues a connection request to SQL*Net of the form:

```
sqlplus scott/tiger@POULTRY
```

where POULTRY is a database service name defined in the Oracle Names Server.

SQL*Net determines from the client configuration in the SQLNET.ORA file that the client's default domain is WORLD and the preferred Names Server is the one shown. SQL*Net sends the Names Server a request to resolve the name POULTRY.WORLD.

2. The Names Server receives the request, looks it up in the cache, then sends the response back to the client.

3. The client receives the answer and substitutes the address in place of the initial name POULTRY.

4. The client contacts POULTRY and establishes a standard SQL*Net client–server connection."

*See* OracleNamesAdminGuide at 128-129: "QUERY

| | |
|---|---|
| Purpose: | Test or retrieve the contents of a network object stored in the Names Server…. |
| Usage Notes: | QUERY can be used to test that a defined piece of data can be found, and that the contents are correct…. |
| | If the QUERY command is used with just a name as a parameter, the Names Server responds with the number of pieces of data with that name, and the time required to complete the operation. |
| | *If the QUERY command is used with the name and type supplied as arguments; the specific name is looked up and returned to the user….* |
| Example: | `NAMESCTL> QUERY BONES.DEM.MEDICINE A.SMD` |

| | |
|---|---|
| Total response time: | 0.04 seconds |
| Response status: | normal, successful completion |
| Authoritative answer: | yes |
| Number of answers: | 1 |
| Canonical name: | bones.dem.medicine |
| TTL: | 1 day |
| Alias translations: | |
| from: | bones.dem.medicine |
| to: | bones.dem.medicine |
| Answers: | |

data type is 'a.smd'

     Syntax is ADDR:...(DESCRIPTION=(AD-
DRESS= (COMMUNITY=tcp)(PROTO-
COL=TCP)(Host=cowboy) (Port=1522))(CON-
NECT_DATA=(SID=rodeo)))[.]"

Similar to the Figure 3-11 example, OracleNamesAdminGuide teaches a
Figure 3-12 example in which the client sends a request to the Names
Servers. In response to the request, the Names Server transmits location
information to the client if the server contains location information asso-
ciated with the JERRY.WORLD alias, and the client uses that infor-
mation to calculate a location of the data associated with the serve name
at step 4:

"Name resolution in a distributed database in the single administrative re-
gion configuration is similar to names resolution in a decentralized ad-
ministrative region. The global database link name must be the same as
the global database name...."



Figure 3 – 12  Distributed Database Connection

The sequence of events is as follows:

1. Server TOM receives the SQL statement shown and checks its data
dictionary for a private or public database link called JERRY. When it
does not find one, SQL*Net determines from the client configuration in
the SQLNET.ORA file that the client's default domain is WORLD and
the preferred Names Server is the one shown. SQL*Net then sends the
Names Server a request to resolve the database link name
JERRY.WORLD.

2. The Names Server receives the request, looks it up in the cache, then
sends the response back to the server TOM.

3. Server TOM receives the answer and substitutes the response in place
of the initial name.

4. Server TOM contacts server JERRY and establishes a standard

SQL*Net distributed database connection." See OracleNamesAdmin Guide 51-

52.

See also OracleNamesAdminGuide at 22: "The user and application developer

are exposed only to the name of a network object. No knowledge of the

connection path is required. This is a much more user-friendly way to use

networks and network services. As with other user-oriented network software

such as electronic mail, people only need to think in terms of names to get their

work done. When making a connection, the client specifies the name of a

destination and Oracle Names provides the address.

Such administrative advantages are critical to managing large distributed

systems. In a production environment, it's important that users and applications

be shielded from changes made to the network infrastructure. In

the long run, this results in less work for the administrator and more reliability

for the network."See OracleNamesAdminGuide at 51-52: "Role of the

Client[:]The client

is the software that requests the name to be resolved. The name itself typically

comes from the user's application, or the actual user.... When the

name is successfully resolved, the client uses it to connect to the intended

destination. All interaction with the Names Server and use of the

results is transparent to the user. Only an unsuccessful attempt is seen by

the client or user."

See OracleNamesAdminGuide at 23: "An Oracle Names Server stores

names and addresses for network services such as databases or MultiProtocol

Interchanges, database link definitions, and object aliases.

The Names Server stores the following types of objects, which are described

below:

* database service names—The service name is the global database

name that is mapped to the SQL*Net connect descriptor. The combination

of a listener address and connect data make up a connect descriptor

that locates a database service. Gateways to non—Oracle databases and

Oracle RDB databases are also stored....

* V1 connect strings—A V1 connect string can be mapped to a service

name in the Oracle Names database. The service name you enter acts

as an alias for the SQL*Net V1 connect string, making it easy to access

a server in a network that still uses SQL*Net V1....

After services have been defined in Oracle Names, users only need to refer

to them by name to connect to a database or network service. The necessary

exchange of details occurs between the requester and the Oracle Names

See OracleNamesAdminGuide at 191-192 (describing DR1 Names Server

storing location information from another region in memory to service requests

from client):

"Figure C — 4 shows this process and the sequence of events assuming that no

data has been previously cached.

1. The client sends request to preferred Names Server in its local region (DR1).

2. The preferred Names Server in DR1 issues request for the Names Servers

authoritative for the destination server (in region DR2.1).



Figure C – 4  Network Messages in a Multi-Level Foreign Name Resolution

3. The root Names Server does not have the answer (because root only

knows about its direct child regions), but forwards the request to a Names

Server in region DR2.

4. The receiving server in DR2 forwards the request to a Names Server in

region DR2.1.

5. The name is retrieved from its authoritative Names Server in DR2.1.

6. The names Server in region DR2 caches the answer and returns it to

the root.

7. The root caches the answer and returns it to the preferred Names

Server in region DRI.

8. The preferred Names Server caches the answer and returns it to the client.

9. The client establishes a connection to the destination server.

For the duration of the TTL, subsequent requests for the same name to

the same Names Server do not require step 9.

Also for the duration of the TTL, any subsequent requests in DR1 for

names in the DR2.1 region are resolved by communicating directly with its

servers."

Based on the above teachings, OracleNamesAdminGuide discloses or

string renders obvious that, if the Names Server contains the location

information associated with the network-service-name-alias (i.e., identifier

string) provided in the data location request, the Names Server transmits

location information for use by the client to calculate a location of the data

associated with the network-service-name-alias.

Moreover, OracleSG Renders Obvious Claim Element 18.g. OracleSG

explains how OracleNamesAdminGuide's SQL*Net configuration permits a

server to service data location requests using easy-to-remember identifiers.

See OracleSG at 313: "SQL*Net listeners. If you are planning a client server

installation, you need to start up SQL*Net listeners for each of the

versions and protocols of SQL*Net that you are using."

See OracleSG at 87: "Oracle Network Manager ... allows you to generate

the network configuration files for SQL*Net version 2. This version

makes it much easier for users to specify a database to connect to; however,

the burden of providing the translation between the easy names and

the exact server and instance addresses falls on the DBA. I would not

recommend

configuring SQL*Net version 2 without this utility."

See OracleSG at 189: "When you reference tables located in a different

database using SQL *Net, the format can be rather complicated. Synonyms

simplify this access because you can create a simple synonym that

contains the details of a complex reference string."

See OracleSG at 152: "The following is the SQL query that enables you

to determine the location of your data files:

```
SQL> select * from sys.dba_data_files;

FILE_NAME
------------------------------------------------------------
   FILE_ID TABLESPACE_NAME        BYTES    BLOCKS STATUS
   ------- -------------------- -------- --------- ---------
C:\ORAWIN\DBS\wdrrbs.ora
         3 ROLLBACK_DATA        3145728      1536 AVAILABLE

D:\ORAWIN\DBS\wdtemp.ora
         4 TEMPORARY_DATA       2097152      1024 AVAILABLE

C:\ORAWIN\DBS\wduser.ora
         2 USER_DATA            3145728      1536 AVAILABLE

D:\ORAWIN\DBS\wdsys.ora
         1 SYSTEM              10485760      5120 AVAILABLE

SQL>
```
                                                          [.]"


For the reasons set forth in Section III.E.1 on motivation to combine, a

POSITA would have been motivated to have OracleNamesAdminGuide's

Names Server, if it contains the location information associated

With the network-service-name-alias (i.e., : identifier ' string) provided in the

data location request, the Names Server transmits location information

for use by the client to calculate a location of the data associated

with the alias, based on OracleSG's teachings. For instance, this would

have resulted in the effective use of SQL*Net functionality, and improve

query efficiency and optimization of Oracle7 systems to ease users' ability

to find their desired data. See OracleSG at 44, 52, 87, 605.

| [18.h\ if the data location server does not contain the location string associated with the identification string, the location server transmits redirect message to client, wherein the redirect message contains redirect information for use by | OracleNamesAdminGuide discloses this claim element or renders it obvious alone or in view of OracleSG and/or McGarvey. As shown regarding claim element 18.c (and incorporated herein), OracleNamesAdmintheGuide teaches its Names Server (i.e., location server) receives a query for a connection descriptor (i.e., location information) associated with a network-service-name-alias (i.e., identifier string).<br><br>Further, in the hierarchical configuration shown below in Figure C-4,when responding to the query, OracleNamesAdminGuide explains that, if the queried Names Server lacks the requested information, the server sends a message to the requesting client containing the address of the Names Server that can service the request. OracleNamesAdminGuide teaches that this occurs when the server's name-request forwarding function is disabled, which is advantageous to lessen the workload of the server of the root region because it no longer needs to perform forwarding functions to other servers containing the requested information. Eg., OracleNamesAdminGuide 137. As Mr. Greene explains, a POSITA would have understood that this message to the client is a redirect message used by the client to calculate the location of a location server different than the server at issue in claim element 18. |
|---|---|

the client to

calculate a

location of a

different

data location

server in the

plurality of

data location

servers,

wherein the

different

data location

server

contain the

string.



Figure C – 4 Network Messages in a Multi-Level Foreign Name Resolution

See OracleNamesAdminGuide at 119-120: "Summary of NAMESCTL

Commands ... SET FORWARDING_ AVAILABLE [will tJurn on or off

name request forwarding for a Names Server."

OracleNamesAdminGuide at 137: "SET FORWARDING AVAILABLE

Purpose: Turns on or off name request forwarding for a Names

Server...

Syntax: From the operating system:

NAMESCTL SET FORWARDING AVAILABLE OFF

From NAMESCTL program:

SET FORWARDING AVAILABLE OFF...

Usage This setting is intended only for Names Servers that have

Notes: no local clients and are exclusively handling requests

from foreign Names Servers. This usually would only

apply to Names Servers in the root region when the root is configured without clients or services. *If such a server is a performance bottleneck in cross–region request processing then disabling forwarding in that Names Server will cut its workload in half. Rather than forward the request and return the answer the Names Server simply tells the requestor the address of the Names Server that can answer the request.* Note that there is no overall reduction in work; the work is simply displaced from the non–forwarding Names Server to the requesting Names Server.

WARNING: If FORWARDING_AVAILABLE is set to off, any clients who rely directly on that Names Server will be unable to resolve foreign names. Clients are not capable of redirecting their requests as Names Servers would. Their requests will fail at that point, even if other Names Servers are listed in the NAMES.PRE-FERRED_SERVERS configuration parameter.

Example:
```
NAMESCTL> SET FORWARDING_AVAILABLE OFF
Request processing is now disabled."
```

*See* OracleNamesAdminGuide at 33: "The Oracle Names Server is a network service comprised of multiple components. Each Oracle Names Server without using DDO contains:

• the cache—the Names cache is an in-memory database of all data required to resolve names. The cache contains the following types of data which is refreshed at different intervals:

    -- system and topology data—includes the network data and *addresses of Names Servers in other administrative regions*. (Network data includes all communities and MultiProtocol Interchanges in the entire network, and Names Server addresses in the root administrative region.)…

    – non–authoritative data – data defined outside the local administrative region, for example, *foreign database and Names Server addresses*. Non–authoritative data only exists in multi–region configurations…."

*See* OracleNamesAdminGuide at 67: "The Names Servers on the network using DDO must know about each other."

Based on the above teachings, OracleNamesAdminGuide discloses or renders obvious that, if the Names Server doesn't contain the location information associated with the network-service-name-alias (i.e., identifier string) provided in the data location request, the Names Server transmits a redirect message to the client containing redirect information for use by the client to calculate a location of the Names Server having the location information.

Moreover, McGarvey Renders Obvious Claim Element 18.h. McGarvey illustrates that it was well known in network configuration technologies that a names server receiving a location query, and if the server can't resolve that query, the server will send a redirect message pointing to another names server that can resolve the query. For instance, McGarvey teaches a system using TCP/IP address resolution to access data on its network. See McGarvey at 2:61-67, Fig. 1. McGarvey explains that it was known a "particular name server may contain information on only a subset of the domain namespace, but the name server typically belongs to a hierarchy of name servers, and if it does, either it communicates with other members of the hierarchy to attempt to resolve host names, or it returns information referring the client to another server in the hierarchy, so that the client can redirect the query." McGarvey at 1:43-48.

See also McGarvey at 5:3-32: "...{AJn application program on host 101 attempts to establish communication with host 102, and first issues a name server query .... The process then waits for a response to be received

from any of the name servers queried or for their timeout intervals

to elapse .... Suppose ... that a response is received before the timeout

interval elapses.... If the server replies that the host is unknown, then the

process waits for replies from name servers on other domains, where the

host may reside in step 340. If the query fails for the name servers on

all of the domains, because each name server reports that the host is

unknown or times out, a check is made for a local host names file in

step 345. If the file is present, it is searched for the address of the remote

host in step 350."

Similarly, OracleNamesAdminGuide contemplates using a DNS model

to organize its data throughout its distribute database based on TCP/IPtype

location information: "...[M]any companies with TCP/IP networks

use the Domain Name Service (DNS) model for communication on the

worldwide Internet. In this model, all naming models are hierarchical from a

set of base domains .... To adapt any example in this book to the DNS Internet

model, add a single high-level domain .... For organizations which are on the

Internet, and therefore already have one or more DNS domains, the sensible

choice is to align their Oracle naming domains with their DNS domains."

OracleNamesAdminGuide at 56-57.

For the reasons set forth in Section IIL.E.1 on motivation to combine, a

POSITA would have been motivated to have OracleNamesAdminoteGuide's

Names Server, if it doesn't contain the location, the server transmits a redirect

message containing redirect information to the client to calculate a location of

a different Names Server that has the location information, based on

McGarvey's teachings. For instance, in a larger system, it would have eased

administration and balanced loads to configure a hierarchy of domains. This

would have improved the ability to locate the client's requested information by

providing a redirect message to the client for calculating the location of a

different Names Server. And this would have furthered the use of SQL*Net

and Names Servers to respond to certain data requests, and lessened the

workload of the root server by no longer needing to perform forwarding

function to other servers containing the requested information. See

OracleNamesAdminGuide at 33, 61, 137.

5. Claim 17 Rejection Chart

|  | OracleNamesAdminGuide in view McGarvey |
|---|---|
| [17. Preamble] A system for retrieving data location information for data stored in a distributed network, the system comprising: | See discussion of claim 18's preamble. To the extent it is limiting, OracleNamesAdminGuide discloses this preamble, which is the same as claim 18's preamble]<br><br>As shown regarding claim 18's preamble, OracleNamesAdminGuide discloses a system for retrieving data location information for data stored in a distributed network.<br><br>See discussion for claim element 18.a. As shown above for claim element 18.a, OracleNamesAdminGuide discloses a data repository configured to store data. Further, OracleNamesAdminGuide teaches that its data repository is one of a plurality of repositories configured to store data.<br><br>See OracleNamesAdminGuide at 32: |

Figure 2 – 1 Components of a Network Using Oracle Names
with the Dynamic Discovery Option

See OracleNamesAdminGuide at 28: "Oracle Names 1.0 required administrators to enter the names and addresses of all databases in the network into Oracle Network Manager."

| [17.a] a plurality of data repositories configured to store data, | See OracleNamesAdminGuide at 35: "The following section discusses how Oracle Names 2.0 architecture is designed to function on most SQL *Net networks composed of clients and databases."<br><br>See OracleNamesAdminGuide at 99: "A global database link is a link that connects each database in a network to all other databases. This link is created automatically by the Network Manager for use with Oracle Names. Each global database link created by Network Manager connects you to every other database server in the network."<br><br>Based on those same teachings, OracleNamesAdminGuide discloses claim element 17.a. |
| --- | --- |
| [17.b] wherein the data is associated with a respective identifier string in each data repository, | See discussion for claim elements 18.b-18.c. As shown above for claim elements 18.b-18.c, OracleNamesAdminGuide discloses, or renders obvious alone or in view of OracleSG, the data is associated with an identifier string.'<br><br>Based on those same teachings, OracleNamesAdminGuide discloses claim element 17.b or renders it obvious alone or in view of OracleSG. |
| [17.c] a data location server network having a plurality of data location servers. | See discussion for claim element 18.d. As shown regarding claim element 18.d, OracleNamesAdminGuide discloses a data location server network comprising a plurality of Names Servers (i.e., data location servers).<br><br>Based on those same teachings, OracleNamesAdminGuide discloses claim element 17.c. |
| [17.d]each of the plurality of data location servers containing location string associated with respective identifier strings and | See discussion for claim element 18.e. As shown regarding claim element 18.e, OracleNamesAdminGuide discloses each Names Server (i.e., location server) contains connection descriptors (i.e., location strings) associative with respective network-service name aliases (i.e., |

| | identifier strings), or renders this obvious alone or in view of Oracle SG.<br>Based on those same teachings, OracleNamesAdminGuide discloses claim element 17.d or renders it obvious alone or in view of OracleSG. |
|---|---|
| [17e] each of the plurality of data location servers having computer executable code configured to execute the following steps: | See discussion for claim elements 18.g, which is similar to claim element 17.e. As shown regarding claim element 18.g, OracleNamesAdminGuide discloses each location servers has computer executable code configured to execute steps in response to data location requests, or renders this obvious alone or in view of OracleSG.<br>Based on those same teachings, OracleNamesAdminGuide discloses claim element 17.e. or renders it obvious alone or in view of OracleSG. |
| 17 [f] in response to receiving a data location request form a client to retrieve a location string associated with an identification string provided in the data location request, transmitting a redirect message to the client if the identification string is not associated with a location string at the data location server, wherein the redirect message contains information for use by the client to calculate a location of a different data location sever in the plurality of data location servers, wherein the different data location server contains the location string. | See discussion for claim elements 18.h, which is substantially similar to claim element 17.f. As shown regarding claim element 18.h, OracleNamesAdminGuide discloses responding to a data location request by, if the data location server lacks the location string associated with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string.<br><br>Further, as shown regarding claim element 18.h,OracleNamesAdstring minGuide renders obvious claim element 18.h in view of McGarvey's teachings.<br><br>Based on those same teachings, OracleNamesAdminGuide discloses claim element 17.f or renders it obvious alone or in view of McGarvey. |

6.      Claim 24 is/are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over OracleNamesAdminGuide in view of ~~OracleSG~~, McGarvey, and Rajani.

Reasons to Modify OracleNamesAdminGuide in view of OracleSG, Mcgarvey and Rajani.

As the above prior art overviews show, Rajani is in the same field of art as Oracle-

NamesAdminGuide.  As further described above in Sections III.D.1 and III.D.4, Oracle-

NamesAdminGuide and Rajani share the common goal of parsing data sets quickly.  Rajani

teaches how to "quickly ascertain" the location of a file in a table of file names (i.e., a names

server) in a hierarchically configured storage system."°' Specifically, Rajani describes using a

hash function to convert each file's hierarchical pathname into a unique identifier, which is used

to identify the file's location in the network.  And Rajani emphasizes that indexing location

entries distributed over a hierarchical network would be especially useful as systems grow larger

and more complicated, which results in location queries becoming more labor intensive on the

system.

Because OracleNamesAdminGuide and Rajani share the common goal of parsing data

sets quickly, a POSITA would have been motivated to use Rajani's hashing table techniques in

OracleNamesAdminGuide's Names Servers to quickly and efficiently determine the location of

the requested data.  It was understood in the art that DBAs would actively search for resources to

solve problems that may arise in the specific database environment that they are working in.  As

OracleSG states: "[T]ry to obtain as much knowledge as possible about the DBMS and query

optimization through training courses and books. It may mean more work for you, but it could

save many hours of project team labor if you can quickly provide your compatriots with the

answers that they need."?!! OracleNamesAdminGuide describes one specific database

environment hierarchical configurations—that provides certain RDBMS-related advantages. But

such hierarchical configurations can complicate the naming practices and location information

needed to identify data. For example, in non-hierarchical configurations, Oracle7's "flat-naming"

convention allows the omission of domains.  Conversely, OracleNamesAdminGuide's

hierarchical configurations include multiple domains requiring that the data's location

information identify the specific domain of the data.

As a system's configuration becomes more complex requiring more information to

uniquely identify the data's location, the storage and processing requirements for the

OracleNamesAdminGuide's Names Servers increase along with it.'* A DBA would have been

motivated to minimize these burdens and operate the Names Servers at optimal efficiency. This

would have furthered OracleNamesAdminGuide's goal of having its Names Servers identify the

requested data's location "lightning fast."

Based on the desire to maximize efficiency in running queries, a POSITA would have

been motivated to combine OracleNamesAdminGuide's and OracleSG's techniques of locating

data with Rajani's use of hashing location tables to quickly return location information

associated with the requested data.

Thus, to the extent that the combination of OracleNamesAdminGuide and OracleSG

doesn't render obvious any aspect of claim 24, a POSITA would have been motivated and found

it obvious to have OracleNamesAdminGuide's location information include a portion of a hash

table distributed over multiple Names Servers based on Rajani's teachings. This would have

furthered OracleNamesAdminGuide's goal of having its Names Servers identify the requested

data's location "lightning fast."   The benefits of this modification to the Names Servers would

become more pronounced as the complexity of the system grows, especially in hierarchical

configurations that result in the data's location information including the data's specific domain.

7.   Claim 24 Rejection Chart

| | OracleNamesAdminGuide in view OraclesSG, McGarvey & Rajani |
|---|---|
| [24] The system of claim 18, wherein the location | As discussed above, OracleNamesAdminGuide in view of OracleSG and McGarvey renders obvious claim 18 Rajani's teaching further |

| | |
|---|---|
| information comprises a portion of a hash table distributed over the plurality of data location servers. | render obvious claim 24, which depends from claim 18. POSITA would have understood that OracleNamesAdminGuide's system likely used hashing table distributed over Names Servers. Because such a table would have been internal to OracleNamesAdminGuide's functionalities and not configurable by users, OracleNamesAdminGuide had no need to expressly explain such hashing tables. OracleSG teaches that hashing functions are one of the ways to improve the efficiency of a query. See OracleSG at 152. By Oracle7's release hashing in search queries was a known technique or Oracle systems or any other database. OracleSG describes functionalities deemed most efficient in its Rule-Based Optimizer, which includes hashing functions: "The concept behind the rule-based optimizer is simple. It looks at the SQL statement to determine all the possible ways that it can execute the query. Then it selects the one on its list of queries that it thinks will be most effective. The key here is that it has a simple list of possible ways to approach the problem that is fixed for all types and sizes of tables. The following is the basic order in which the execution plans are selected by the rule-based optimizer: <br><br> 1. Access a single row by using its internal row ID.... <br> 3. Access a single row by combining a hash cluster key with a unique or <br> primary key from a table not in the cluster.... <br> 6. Access by hash cluster keys...." <br><br> Further, as the 640 Patent acknowledges, it was generally known in the art that hashing algorithms existed, e.g., hashpjw, to locate information in a table: "The well-known function preferably applied is the hash pjw function presented by Aho, Sethi and Ullman in their text Compilers, Principles, Techniques and Tools: <br><br> uint32_t <br><br>   hash (uint8_t *s, uint32_t slen, uint32_t size) <br> { <br> uint32 tg; <br> uint32_ ti; <br> unit32_ th =0; <br> uint8 tc; <br> for (1 = 0; 1 < slen; i++) { <br> c= s[i]; <br> h=(h<<4)+¢; <br> g = (h & Oxf0000000); <br> if (g) { <br> h»=g>> 24; <br> h=g; |

3
3
return h % size;
}

640 Patent at 15:1-20. During the original examination, the Examiner
took Official notice that "use of a [] hashing operation in a computer
networking environment was well known in the art at the time the
invention was made." '640 History at 447-448 (02/24/2004). And the
applicants stated during examination that "[t]he disclosure illustrates
this using the standard hashpjw function from a reference computer
science text book.... [T]he system distributes hash-function
computation, or creates a 'distributed hash table'." '640 History at 522
(08/24/2004 Remarks).
Similarly, OracleNamesAdminGuide contemplates using a DNS
model to organize its data throughout its distributed database based on
TCP/IP-type

location information: "...[M]any companies with TCP/IP networks use
Domain Name Service (DNS) model for communication on the world
wide Internet. In this model, all naming models are hierarchical from a
set of base domains .... To adapt any example in this book to the DNS
Internet model, add a single high-level domain .... For organizations
which are on the Internet, and therefore already have one or more
DNS domains, the sensible choice is to align their Oracle naming
domains with their DNS domains." OracleNamesAdminGuide at 56-
57.

Based on Oracle SG's teachings and the general knowledge available
in the art, a POSITA would have found it obvious for
OracleNamesAdminGuide's location information include a portion of
a hash table distributed over the Names Servers." Having this
configuration would further OracleNamesAdminGuide goal to
optimize search performance in its location request queries. See
OracleNamesAdminGuide at 60 ("Although any given Names Server
is only engaged for a short period of time when a client initiates a
connection, the goal is to keep name resolutions lightning
fast.").

Moreover, Rajani Renders Obvious Claim 24. To the extent the
OracleNamesAdminGuide-OracleSG-McGarvey combination doesn't
render obvious claim 24, a POSITA would have found it obvious
based on Rajani's teachings. For instance, as described above,
OracleNamesAdminGuide discloses the use of a second Names Server
to improve performance results. Similarly, Rajani teaches a network
having a hierarchically configured storage system distributed across

multiple computers and how to "quickly ascertain" the data's location in a table of file names.?*° And Rajani describes hashing the locations of data (e.g., files) to make the location entries on the table of file names more easily accessible: "A method of locating a file ... comprising the steps of ... determining the location at which said file is stored ..., storing each of said components in an available location of a first table of locations such that the address of said available location defines the unique identity value of the component stored thereat, and deriving for each of said components an associated hashing number and storing in a second table of locations at a location identified by said hashing number the address of the available location." See Rajani at 8:37-60.

See a/so Rajani at 4:1-15, Figs. 2-3: "Specifically, and referring now to FIG. 2 and 3, computer 110 employs in the process of locating or creating a record respectively associated with a file that is either being stored or unloaded from one memories 30-1 through 30-P a so-called hash Table (FIG. 2) and string space Table (FIG. 3). In the following discussion it will be assumed that a file is being stored in one of the memories 30-1 med through 30-P, for example, memory 30-1, and that the path name of the File is /etc/services. It is also assumed that the originator of the file is computer 10-1. (It is to be understood of course that the ensuing discussion equally pertains to each of the computers 10 and equally pertains to a file having a different path name, e.g., /usr/datal, or a longer pathname, 1.e.,/usr/etc Mbin/services.)."

See Rajani at 4:28-31: "Computer 10 generates each S index by first passing each component of the pathname through a conventional hashing algorithm to obtain a memory offset (i.e., h=hash ("string component'=1)."

See Rajani at 4:40-44: "Computer 110 then retrieves from hash Table 1 the contents of the location defined by the offset of 32, which contents in the present illustrative example should be the S index for the component "etc", 1.e., the value of 310 as shown in FIG. 2."

See Rajani at 4:51-56: "Computer 110 then similarly verifies that the value of 205 is the S index for the component "services", as shown at location 10 of hash Table 1. Thus, the Sindex for a component in a path name is the memory location in string space Table 2 containing that component."

See Rajani 5:40-48: "As mentioned above, the hash number and S index are used as offsets to access information stored in Tables 1 and 2, respectively, as shown in FIGS. 2 and 3. What this means is that an

S index is stored in Table 1 using a group of memory bytes-illustratively four bytes. The particular group of bytes that are used for the storage of the S index in Table 1 is determined by the value of the associated hash number, 1.e., the hash number is used as an offset to locate the associated S index in Table 1."

See Rajani 6:26-36: "The foregoing is merely illustrative of the principles of the invention. Those skilled in the art will be able to devise numerous arrangements, which, although not explicitly shown or described herein, nevertheless embody those principles that are within the spirit and scope of the invention. For example, special mapping techniques would allow the D-node and H-node Tables to be combined into one Table for each of the computers 10. In addition, the collision among hashing numbers could be dealt with using a so-called secondary hashing technique that is known in the art."

For the reasons set forth in Sections III.F.1-III.F.2 on motivation to combine, a POSITA would have found it obvious for OracleNamesAdmin- Guide to include a portion of location information in one Names Server based on a hash function used to organize the information across multiple Names Servers wherein each Names Server can determine the relevant Names Server based on the hash function applied to the network-servicename- alias (1.e., identifier string). A POSITA would have been motivated to do so because having this configuration would further OracleNamesAdminGuide's goal to optimize search performance in its location request queries and to have its Names Servers identify the requested data's location "lightning fast." See OracleNamesAdminGuide at 60. The benefits of this modification to the Names Servers would become more pronounced as the complexity of the system grows, especially in hierarchical configurations that result in the data's location information including the data's specific domain. See OracleNamesAdminGuide at 41-42.

Thus, based on Rajani's teachings, a POSITA would have been motivated to have OracleNamesAdminGuide's information include a portion of a hash table distributed over the plurality of Names Servers. As explained above on motivation to combine, using a hash table in OracleNamesAdminGuide would have reduced access time of the location information relative to other data structures and reduce memory allocation. See Rajani at 1:34-56, 8:15-19.7

*Conclusion*

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a reexamination proceeding. Additionally, 35 U.S.C. 305 requires that reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)). Extension of time in ex parte reexamination proceedings are provided for in 37 CFR 1.550(c).

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving Patent No. 7,103,640 throughout the course of this reexamination proceeding.  See MPEP §§ 2207, 2282 and 2286.

All correspondence relating to this ex parte reexamination proceeding should be directed as follows:

By U.S. Postal Service Mail to:

Mail Stop Ex Parte Reexam
ATTN: Central Reexamination Unit Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450


By FAX to:
(571) 273-9900
Central Reexamination Unit



By hand to:
Customer Service Window
Randolph Building
401 Dulany St.
Alexandria, VA 22314

By EFS-Web:

Registered users of EFS-Web may alternatively submit such correspondence via the electronic filing system EFS-Web, at

https://efs.uspto.gov/efile/myportal/efs-registered

EFS-Web offers the benefit of quick submission to the particular area of the Office that needs to act on the correspondence. Also, EFS-Web submissions are "soft scanned" (i.e., electronically uploaded) directly into the official file for the reexamination proceeding, which offers parties the opportunity to review the content of their submissions after the "soft scanning" process is complete.

Any inquiry concerning this communication or earlier communications from the Reexamination

Legal Advisor or Examiner, or as to the status of this proceeding, should be directed to the

Central Reexamination Unit at telephone number (571) 272-7705.


/PENG KE/
Primary Examiner, Art Unit 3992

Conferees:

/RSD/

/ALEXANDER J KOSOWSKI/
Supervisory Patent Examiner, Art Unit 3992