# Exhibit K137

| | |
|---|---|
| *In re*: Reexam of U.S. Patent No. 7,814,170 | Confirmation No.: 7078 |
| Control No. 90/019,035 | Art Unit: 3992 |
| Filed: November 19, 2021 | Examiner: WASSUM, Luke S. |
| For: **Network Distributed Tracking Wire Transfer Protocol** | Atty. Docket: KOVE-170EPR035 |

# DECLARATION OF MICHAEL T. GOODRICH, PH.D.

I, Michael T. Goodrich, hereby declare as follows:

1. I have been asked by Patent Owner Kove IO, Inc. ("Kove") to offer my expert opinions in the above-captioned matter. I submit this declaration in support of Kove's Reply to the Non-Final Office Action dated May 4, 2022 ("Office Action").

## I. BACKGROUND AND QUALIFICATIONS

2. Attached hereto as Exhibit A is a true and correct copy of my Curriculum Vitae ("CV"). I received a Bachelor of Arts degree in Mathematics and Computer Science from Calvin University in 1983, a Master of Science in Computer Science from Purdue University in 1985, and a Ph.D. in Computer Science from Purdue University in 1987.

3. I am a Distinguished Professor in the Department of Computer Science at the University of California, Irvine, where I have been a faculty member since 2001. The Distinguished Professor title at University of California, Irvine is a campus-level distinction reserved for above-scale faculty who have achieved the highest levels of scholarship over the course of their careers and have earned national and international distinctions and honors of the highest level. I was a professor in the Department of Computer Science at Johns Hopkins University from 1987-2001.

4. I have authored and coauthored over 300 publications, including several widely adopted books, such as *Introduction to Computer Security* and *Algorithm Design and Applications*. My research includes contributions to data structures and algorithms, information security and privacy, networking, graph algorithms, computational geometry, distributed and parallel algorithms, and cloud security. For example, I have published research articles on topics in cloud computing and storage, hashing, data structures, and network and distributed computing. Using the indexing scheme of my CV, examples of such publications include P-

1

3, P-5, B-1, B-3 through B-14, Ch-4, Ch-7, Ch-8, Ch-10, Ch-12, J-7, J-26, J-36, J-38, J-41, J-45, J-56, J-60, J-69, J-72, J-78, J-83, J-84, C-41, C-43, C-51, C-53, C-62, C-63, C-64, C-72, C-77, C-78, C-85, C-104, C-105, C-107, C-111, C-122, C-125, C-133, C-147, C-151, C-152, C-153, C-155, C-156, C-159, C-161, C-162, C-163, C-165, C-167, C-168, C-171, C-172, C-174, C-180, C-182, C-193, C-199, C-200, C-202, C-207, C-209, and C-210.

5. In addition, I have consulting experience in matters involving algorithms, cryptography, machine learning, digital rights management, computer security, networking, software, and storage technologies.

6. I am a Fellow of the American Association for the Advancement of Science (AAAS), a Fulbright Scholar, a Fellow of the Institute of Electrical and Electronics Engineers (IEEE), and a Fellow of the Association for Computing Machinery (ACM). I am a foreign member of the Royal Danish Academy of Science and Letters. I am also a recipient of the IEEE Computer Society Technical Achievement Award and the Pond Award for Excellence in Undergraduate Teaching.

7. My research has been supported by the Defense Advanced Research Projects Agency (DARPA), the National Science Foundation (NSF), the Office of Naval Research (ONR), the Army Research Office (ARO), and the National Security Agency (NSA). For example, I was co-principle investigator on an approximately $700K NSF grant funding (grants 6 and 19 in my CV) to build distributed data repositories and network query infrastructures for astrophysical data; a $350K NSF grant to build out network connectivity and applications at Johns Hopkins University (CV, grant 11); a $900K grant from NSF to study high-bandwidth distributed computing (CV, grant 24); an approximately $500K grant from the ONR to study scalable methods for the analysis of network-based data (CV, grant 31); a $500K grant from

NSF to study trustworthy cloud computing (CV, grant 33); an approximately $400K NSF grant to study privacy-preserving cloud computing (CV, grant 34); and an approximately $150K grant from NSF to study security protocols for advanced data structures (CV, grant 37).

8. I am a co-inventor on several U.S. patents, including U.S. Patent No. 7,257,711, "Efficient Authenticated Dictionaries with Skip Lists and Commutative Hashing," which discloses secure distributed data authentication schemes based on cryptographic hash functions and digital signatures; U.S. Patent No. 7,299,219, "High Refresh-Rate Retrieval of Freshly Published Content using Distributed Crawling," which discloses a technology for quickly retrieving website data that can change frequently, so as to be stored in a search engine; U.S. No. Patent 8,681,145, "Attribute Transfer Between Computer Models Including Identifying Isomorphic Regions in Polygonal Meshes," which teaches how to map one mesh-based computer model to another; and U.S. Patent No. 9,152,716, "Techniques for Verifying Search Results Over a Distributed Collection," which discloses a system for searching the Internet so as to produce cryptographically verifiable search results that can be produced by a search engine.

9. I have taught courses at Johns Hopkins University, Brown University, and University of California, Irvine, at both the undergraduate and graduate levels. Topics of my courses have included computer security, algorithms, data structures, networking, algorithm engineering, computational geometry, and parallel processing. In addition, I have mentored 22 Ph.D. students over the years, who have written their Ph.D. theses on topics in algorithms, data structures, networking, parallel processing, and computer security and privacy.

10. I have served as an editor on several technical journals, including Computational Geometry:

Theory and Applications, Journal of Computer & System Sciences, Journal of Graph Algorithms and Applications, Int. Journal of Computational Geometry & Applications, and Information Processing Letters. I have also served on many program committees (PCs) for top conferences and workshops in Computer Science, including serving as PC chair in several instances, including ACM Symposium on Computational Geometry (SoCG), ACM Symposium on Theory of Computing (STOC), Workshop/Symposium on Algorithms and Data Structures (WADS), Algorithm Engineering and Experimentation (ALENEX, which I co founded with Dr. Catherine McGeoch in 1999), IEEE Symposium on Foundations of Computer Science (FOCS), ACM-SIAM Symposium on Discrete Algorithms (SODA), International Symposium on Graph Drawing (GD), International Colloquium on Automata, Languages, and Programming (ICALP), ACM Conference on Computer and Communications Security (CCS), European Symposium on Algorithms (ESA), IEEE International Parallel and Distributed Processing, Symposium (IPDPS), ACM Symposium on Parallel Algorithms and Architectures (SPAA), ACM Symposium on Advances in Geographic Information Systems (GIS), IEEE Symposium on Security and Privacy (S&P), IEEE International Conference on Big Data, IEEE International Conference on Data Engineering (ICDE), and International Symposium on Algorithms and Computation (ISAAC).

## II.   LEVEL OF ORDINARY SKILL IN THE ART

11. I understand that the analysis of whether a patent is anticipated or obvious is performed from the perspective of a person of ordinary skill in the art at the time of the patented inventions (or a "POSITA"). I further understand, that the "person of ordinary skill in the art" is a hypothetical person who is presumed to be familiar with the relevant scientific field and its

literature at the time of the invention. This hypothetical person is also a person of ordinary creativity capable of understanding the scientific principles applicable to the pertinent field.

12. I understand that the level of ordinary skill in the art may be determined by reference to certain factors, including (1) the type of problems encountered in the art, (2) prior art solutions to those problems, (3) the rapidity with which innovations are made, (4) the sophistication of the technology, and (5) the educational level of active workers in the field. I further understand that in a given case, every factor may not be present, and one or more factors may predominate.

13. In my opinion, the appropriate level for one of ordinary skill in the art (POSITA) as of the date of the invention of U.S. Patent No. 7,814,170 ("the '170 patent) is an individual with at least a bachelor's degree in Computer Engineering, Computer Science or comparable degree and two years of experience developing software tools and/or computer systems for use in the area of network data and data structures in networked environments. This description is approximate, and more work experience could compensate for less education or more education could compensate for less work experience.

14. Based on my training and experience, I believe that I am a person of greater-than-ordinary skill in the relevant art, and I have been since before the priority date for the '170 Patent. Further, in my capacity as a university professor, I have taught persons of ordinary skill in the art. Thus, I believe I can provide opinions about the qualifications of one of ordinary skill at the time of the invention.

## III. THE OFFICE ACTION IN THE REEXAM OF THE '170 PATENT

15. I understand that claims 1-2, 6, 8-9, 12, and 15 of the '170 patent are under *ex parte* reexamination and stand rejected for reasons set forth in a May 4, 2022 Office Action

("Office Action"). Claims 1, 6, and 15 are independent claims. Claim 2 depends from claim 1 and claims 8, 9 and 12 depend from claim 6.

16. I understand that claims 1-2 are rejected under pre-AIA 35 U.S.C. § 103(a) as allegedly being obvious over OracleNamesAdminGuide ("Oracle Admin") in view of OracleSG and in further view of Rajani. (Office Action, p. 8). I also understand claims 6, 8, and 15 are rejected under pre-AIA 35 U.S.C. § 103(a) as allegedly being obvious over Oracle Admin in view of OracleSG and in further view of McGarvey. (Office Action, p. 8). I also understand claims 9 and 12 are rejected under pre-AIA 35 U.S.C. § 103(a) as allegedly being obvious over Oracle Admin in view of OracleSG and in further view of McGarvey and in further view of Rajani. (Office Action, p. 8).

17. I have reviewed the '170 patent, the Office Action, and each of the asserted references (Oracle Admin, OracleSG, McGarvey, and Rajani). I have also reviewed the claim constructions that were ordered in the co-pending litigation, including the claim constructions that were agreed to by the parties in that litigation. (*See* Claim Construction section below).

## IV.   OVERVIEW OF THE TECHNOLOGY

18. The '170 patent is directed to a network distributed tracking wire transfer protocol for storing and retrieving data across a distributed data collection. ('170 patent, Abstract). The '170 patent describes storing data separately from its location information. Specifically, the '170 patent states "NDTP is designed for use in the larger context of a distributed data collection. As such, it supports an architecture, in which information about where data associated with particular application entities, can be managed and obtained independently of the data itself." ('170 patent, 20:17-21).

19. The '170 patent describes a "NDTP Server Constellation," which includes data location

servers that store the location of specific units of data stored in data repositories. ('170 patent, 17: 3-7; 17:26-37). The '170 patent teaches that if the data is moved from a data repository, the location of the data is updated in the data location servers in the NDTP Server Constellation. ('170 patent, 4:58-67). The '170 patent states, "As shown in FIG.11, a client 112 consults the server constellation 110, which may be construed in either of two forms (see FIGS. 12 and 13), and which returns location strings in response to a client 112 request. Once the client 112 has the location string for a particular unit of data, the client 112 contacts and retrieves information directly from the data repository 114. In one embodiment, if the client 112 contains a data repository 114, internal application logic would facilitate this interaction." ('170 patent, 17:3-11).

20. The '170 patent further teaches organizing data location information in location servers such that every location server is configured to either identify another location server that has the requested information. For example, in Figure 12 of the '170 patent, the NDTP Server Constellation 110 includes data location servers 120a and 120b. ('170 patent, 17:26-18:30). Data location servers 120a and 120b store location information for data stored in data repositories. (*See, e.g.,* '170 patent, 17:3-11; 18:9-22). Each unit of data is associated with an identifier that uniquely identifies an entity. (*See, e.g.,* '170 patent, 4:29-67; 20:21-25). The location information for the data is organized across data location servers 120a and 120b using an algorithm or function. (*See, e.g.,* '170 patent, 4:29-67). The location information for the data is thereby divided up and each of data location servers 120a and 120b stores a portion of the location information for the data based on applying the algorithm or function on the identifier. (*See e.g.,* '170 patent, 3:14-25; 16:59-17:7; 17:26-37; 18:9-22).

21. As an example, the '170 patent uses a hash function to divide and distribute the location

7

information across the data location servers. (*See e.g.,* '170 patent, 15:12-49). The '170 presents a unique approach to using the hash function. Specifically, while hash functions have been well-known in the art, portioning, organizing, and distributing location information using a hash function across multiple servers had not been contemplated.

22. Using a hash function proves to be beneficial in the '170 patent because a hash function allows the location information to be portioned, organized, and distributed across the location servers in the server network. (*See e.g.,* '170 patent, 15:12-49). This way, each location server stores a roughly even amount of location information. (*See e.g., id*).

23. The data location servers in the NDTP Server Constellation store the algorithm or function use to divide up the data. ('170 patent, 15:6-11; 18:3-8). As such, the each of the data location servers in the NDTP Server Constellation are configured to (1) determine, using the function, which other data location server stores the location information for a particular unit of data ('170 patent, 14:46-15:15); (2) transmit a list of location servers which contains the location server known to have the location information ('170 patent, 17:65-18:8); and (3) transmit the algorithm or function to the client to enable the client to determine which one of the data location servers stores the location information for the particular unit of data ('170 patent, 14:46-15:15; 18:3-8).

## V.   CLAIM CONSTRUCTION

24. It is my understanding that the '170 patent is expired. It is my understanding that, in this event, a claim term must be given the meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention, in view of the specification and prosecution history. It is my further understanding that the Broadest Reasonable Interpretation (BRI) standard <u>may not</u> be applied to the claims in the instant reexamination

proceeding because the claims are expired.

25. Furthermore, it is my understanding that the parties in the co-pending litigation, who are the Patent Owner and the requestor that requested reexamination, have agreed on the constructions of certain claim terms (*see* NPL 42 in an Information Disclosure Statement (IDS) filed July 12, 2022), and the Court in the Northern District of Illinois overseeing the litigation has issued a claim construction Order regarding other terms (*Id.*, NPL 43).

26. I have reviewed these claim constructions and have been asked to adopt them in rendering my opinions in this Declaration.

27. As recited by the plain language of claims 1, 6, and 15 and their dependent claims, and in light of the various relationships set forth in their respective claim constructions, the terms "data," "entity," "location," "location information," and "identifier string" are distinct from one another. (*See e.g.,* NPL42; NPL43; '170 patent, 2:17-21; 17:6-11; and 20:17-21).

## VI.  CLAIMS 1, 6, and 15

28. It is my opinion that a POSITA at the time of this invention would understand claims 1, 6, and 15, through various limitations in each of the claims, to require a non-hierarchical cluster configuration as taught by the '170 patent.

29. Specifically, claim 1 recites "**each one of the plurality of data location servers** comprises […] a portion of the data location information [for a plurality of entities]." Claim 1 also recites "**each one of the data location servers is configured to determine** the at least one of the plurality of data location servers [that contains the location information associated with the identifier string] based on the hash function applied to the identifier string."

30. A POSITA at the time of this invention would understand the aforementioned limitations of claim 1 connotes a non-hierarchical cluster configuration as taught by the '170 patent. (*See*

*e.g.*, '170 patent, 16:21-31; 18:9-21). One reason for this understanding is that a hash function necessarily organizes data in a non-hierarchical manner. For example, a POSITA would understand that determining a server based on a hash function, as shown, e.g., in the '170 Patent at 15:12-36, is a non-hierarchical, clustering approach, since the determination is based on the value of a pseudo-random function, not a tree hierarchy. Indeed, the '170 Patent discloses a hash-function embodiment at 15:4-16:30 and then distinguishes this from a hierarchical server topology, stating, "While the NDTP server topology supported by the server redirection mechanism described above and shown in FIGS. 9(a) and 9(b) is an extremely powerful and general scaling technique, suitable for diverse topology deployments, some applications might still benefit from a specifically hierarchical server topology." *Id.* at 16:33-38. Another reason is that requiring every location server in the server network be configured to determine which server contains the sought after location information connotes a flat, non-hierarchical structure, where every server is similarly capable of identifying the server with the requested information, thus obviating the need for any hierarchy. *See, e.g., id.* at 16:21-27 (which expressly discloses an embodiment of "The NDTP server redirection mechanism" based on "server clusters" to "the identifier string hash function").

31. Claim 6 recites a "redirect message compris[es] a list of at least one other location server *known* to have the location information for the desired entity." Claim 15 includes a similar requirement that "the redirect message identifying which of the plurality of location servers includes the location information." Therefore, the redirect message, as recited by claims 6 and 15, must contain information identifying with specificity and certainty which data location server in the network contains the location information for the desired entity. A

hierarchical structure does not enable its nodes to have any such knowledge. For example, see the '170 Patent at 16:21-27 (which expressly discloses an embodiment of "The NDTP server redirection mechanism" based on "server clusters" to "the identifier string hash function"). Further, a POSITA would be aware that hierarchical server configurations do not, in general, allow a server to perform an immediate redirection to another server known to contain specific information (such as the location information for a given identifier). For instance, as shown in the hierarchical organization shown in Fig. C-4 of the Oracle Admin reference, the DR1 node is three hops away from the DR2.1 node; hence, it has no immediate knowledge of what is stored at the DR2.1 node.



Oracle Admin., Fig. C-4

32. Oracle Admin teaches that nodes in the Names Server hierarchical structure only have knowledge of their direct children. (Oracle Admin, p. 151, 191). This limited knowledge does not allow any server in the Names Server network to have information that identifies with specificity which other server contains the desired location information. *See, e.g.*, my summary of Oracle Names below.

33. Therefore, a POSITA at the time of this invention would understand that the "redirect

message" limitations of claims 6 and 15, in view of the specification's disclosures, claim a non-hierarchical cluster network configuration as taught by the '170 patent. (*See e.g.,* '170 patent, 16:21-31; 18:9-21).

## VII.  ORACLE NAMES

34. Oracle Admin discloses a fundamentally different configuration than the '170 patent.

35. Specifically, Oracle Admin describes the Oracle Names system. Oracle Names allows for assigning aliases to network services in a network. (Oracle Admin, 30-32; 52-54). A client device may query a Names Server for the network address of a network service using the network service's alias. (*Id.*)

36. Oracle Admin relies on a hierarchical structure where any given node only knows about its direct children, such that requests and responses can only be made between nodes immediately "above" or "below." (Oracle Admin, 190-192). Figure C-4 depicts an example of an Oracle Names network:



37. Oracle Admin provides the following description of how a request is sent and information is returned in a Names system: "1. The client sends request to preferred Names Server in its local region (DR1). 2. The preferred Names Server in DR1 issues request for the Names

Servers authoritative for the destination server (in region DR2.1). 3. The root Names Server does not have the answer (**because root only knows about its direct child regions**), but forwards the request to a Names Server in region DR2. 4. The receiving server in DR2 forwards the request to a Names Server in region DR2.1. 5. The name is retrieved from its authoritative Names Server in DR2.1. 6. The names Server in region DR2 caches the answer and returns it to the root. 7. The root caches the answer and returns it to the preferred Names Server in region DR1. 8. The preferred Names Server caches the answer and returns it to the client. 9. The client establishes a connection to the destination server." (Oracle Admin, 191, emphasis added).

38. Oracle Admin describes a configuration that is akin to conventional Domain Names Service (DNS) or Names Service systems. In fact, Oracle Admin touts its compatibility with DNS by disclosing:

> Many companies already have global naming standards for their PC LANs, large hosts, or mail systems. If such policies exist, you can use them as the basis for the Oracle Names naming model. Using the same structure leverages the investment in the education users already have with global names.
>
> For example, many companies with TCP/IP networks use the Domain Name Service (DNS) model for communication on the worldwide Internet. In this model, all naming models are hierarchical from a set of base domains such as:
>
> • COM – commercial organizations
>
> • EDU – educational institutions
>
> • MIL – military
>
> • ORG – organizations
>
> Individual companies are then assigned domains within which to build their naming model (for example, ACME.COM). To adapt any example in this book to the DNS Internet model, add a single high-level domain, such as COM (or other stem). For organizations which are on the Internet, and therefore already have one or more DNS domains, the sensible choice is to align their Oracle naming domains with their DNS domains.

39. In this regard, Oracle Admin describes a system that is built on top of DNS or Names Service. Like DNS or Names Service, Oracle Admin relies on traversing network paths and relationships organized in a hierarchical tree structure.

40. Oracle Admin's hierarchical configuration is foundationally different from the non-hierarchical cluster configuration required by claims 1, 6, and 15. An important distinction is that, unlike the non-hierarchical cluster configuration required by claim 1 its dependent claims, the Names Servers in Oracle Admin's hierarchical structure does not allow for data location information to be portioned and organized across the Names Servers based on a hash function. Furthermore, Oracle Admin's hierarchical structure does not enable each and every Names Server to be configured to determine the location of the requested location information (e.g., the specific data location server storing the location information).

41. Another important distinction is, unlike the non-hierarchical cluster configuration required by claims 6 and 15 and their dependent claims, Oracle Admin Names Servers do not have information about what is stored by other Names Server in the hierarchy outside of their direct children. Therefore, Oracle Admin Names Servers cannot determine with certainty which Names Server stores the requested location information. For instance, as excerpted above, the "**root only knows about its direct child regions**." Oracle Names Servers are also not configured to transmit such information directly back to the client.

## VIII. A PERSON OF ORDINARY SKILL IN THE ART (POSITA) WOULD NOT BE MOTIVATED TO MODIFY ORACLE ADMIN WITH ORACLESG, MCGARVEY, AND/OR RAJANI

### A. Claim 1

42. It is my opinion a POSITA would not turn to Oracle Admin, OracleSG, and Rajani to achieve

the requirements of claim 1. Claim 1 require a non-hierarchical cluster configuration and includes the limitations, "**each one of the plurality of data location servers** comprises [...] a portion of the data location information [for a plurality of entities]" and "**each one of the data location servers is configured to determine** the at least one of the plurality of data location servers [that contains the location information associated with the identifier string] based on the hash function applied to the identifier string."

43. At the time of the invention of the '170 patent, conventional distributed data collection systems implemented DNS or Names Service systems, which rely on hierarchical structures. Oracle Admin is similar to DNS, and as described in Oracle Admin, borrows the DNS system to allow clients to search for network addresses of network services. (*See e.g.*, Oracle Admin, 56-57 and 190-192).

44. Oracle Admin's disclosures reflect the prevailing view at the time of the invention that hierarchical, tree-like data structures were necessary to manage the storage and retrieval of large quantities of data. *See, e.g.*, Oracle Names Admin Guide at p. 56 (highlighting added):

> For example, many companies with TCP/IP networks use the Domain Name Service (DNS) model for communication on the worldwide Internet. In this model, all naming models are hierarchical from a set of base domains such as:
>
> - COM - commercial organizations
> - EDU - educational institutions
> - MIL - military
> - ORG – organizations

45. In one instance, Oracle Admin expressly discouraged the use of "flat" structures in situations where the number of services is not small (e.g., greater than 100) and the "likelihood of future growth of network services" is not minimal. (Oracle Admin., p. 40).

15

46. Oracle Admin does not contemplate a non-hierarchical cluster configurations that allow for the aforementioned features of claim 1. OracleSG and Rajani do not either.

47. OracleSG is not useful in motivating a POSITA to arrive at the claims of the '170 patent. OracleSG "focuses on the job of a database administrator" ("DBA") and describes the functions of Oracle Products "as background material to understand how to deal with problems and why things work the way they do." OracleSG at p. 19. OracleSG recommends using "Oracle Network Manager" to generate the network configuration files for SQL*Net version 2, but rather than disclosing a tool to perform a "translation between the easy names and the exact server", OracleSG teaches that this burden "falls on the DBA". (OracleSG, 86-87). A POSITA would understand that this is a high-level characterization of part of the job description of a DBA, not a motivation to combine Oracle tools.

48. OracleSG only briefly describes using hashing when executing queries. (OralceSG, 633). This brief discussion would not motivate a POSITA at the time of the invention to use hashing to organize data in the manner claimed in claims 1, 2, and 12 of the '170 patent, for at least the reasons noted below.

49. OracleSG further discloses "synonyms," but these "are merely alternative names for tables." OracleSG at p. 181). OracleSG teaches that "synonyms" can be public or private; hence, synonyms are not disclosed in OracleSG as being unique identifiers. Indeed, by disclosing the synonyms may be "private or public", and given an example using non-unique synonyms, a POSITA would understand that synonyms will, in general, not be unique identifiers, since individual user's private synonyms with the same name can refer to different tables. (Id., 189). That is, the same synonym may be associated with the multiple databases, tables, or views. (Id). Therefore, the synonym is not unique to the database, table, or view. (Id).

Thus, absent using the '170 Patent as a guide in hindsight, the teachings in OracleSG would not motivate a POSITA identify an entity using a unique identifier. Moreover, like Oracle Admin and Rajani, OracleSG is silent with respect to a non-hierarchical cluster configurations.

50. Rajani describes using a single hash table to retrieve a file from backup memory (Table 1). (*See* Rajani, Fig. 2, 4:1-6). However, Rajani is silent with respect to a non-hierarchical cluster configurations that allow for the aforementioned features of claim 1.

51. OracleSG's use of hashing when executing queries or Rajani's hash table to retrieve a file from backup memory is distinct from the use of the hash function in the '170 patent. In particular, OracleSG's use of hashing when executing queries or Rajani's hash table to retrieve a file from backup memory is not used to solve problems such as, distributing data location information across servers, allowing for the addition of location servers, easily updating the location information in servers based on new or moved data, or enabling each server in a network to be configured to determine the location information stored in other servers. As such, a POSITA would not be able to appreciate the use of the hash function, as claimed in claim 1, from OracleSG or Rajani. Therefore, a POSITA would not be motivated to use the OracleSG or Rajani's teachings for portioning and organizing data location information across the Oracle Admin's Names Servers and enabling each and every Names Server to determine the location of the requested location information.

52. A POSITA at the time of the invention would not be motivated to modify Oracle Names into a cluster topology that provides for portioning and organizing data location information across the Names Servers based on a hash function and enabling each and every Names Server to determine the location of the requested location information based on applying the

hash function on an identifier string associated with the requested location information in the manner required by claim 1; or to do so by combining it with OracleSG and/or Rajani.

53. A POSITA would not be motivated to modify Oracle Admin with OracleSG and Rajani to achieve the requirements of claim 1 because doing so would require extensive reengineering and redesigning of Oracle Admin. Oracle Admin (e.g., at 190-192) describes a hierarchical tree structure and claim 1 requires a non-hierarchical cluster configuration. Thus attempts to modify it with OracleSG and McGarvey to achieve the requirements of claim 1 would require abandoning Oracle Admin's hierarchical structure, reconfiguring Oracle Admin such that the data location information is portioned and organized across the Name Servers based on a hash function, and configuring each Names Servers to be able to determine the location of the requested location information by applying the hash function on an identifier string associated with the requested location information.

54. These modifications to Oracle Admin would be non-trivial to a POSITA at the time of the invention. Such modifications are not taught or suggested in OracleSG or Rajani nor were they readily known in the art at the time. As such, the reengineering and redesign of Oracle Admin would be so extensive that a POSITA would not have a reasonable expectation of success of achieving the requirements of claim 1 by modifying Oracle Admin with OracleSG and Rajani.

55. A POSITA would not be motivated to modify Oracle Admin with OracleSG and Rajani to achieve the requirements of claim 1 because doing so would change the principle operation underpinning Oracle Admin.

56. Oracle Admin involves a client transmitting a name resolution request to a Names Server. (*See e.g.*, Oracle Admin, 30-32; 52-54; 190-192). The request is traversed up and down ta

hierarchical tree configuration of Names Severs to retrieve a network address. (*See e.g.*, Oracle Admin, 190-192). The client receives the network address in response to the name resolution request for the network service and connects with the network service using the network address. (*See e.g.*, Oracle Admin, 190-192).

57. Oracle Admin's principle operation involves traversing a hierarchical tree configuration of Names Severs to retrieve a network address. (*Id*). Attempting to modifying Oracle Admin to satisfy claim 1's requirements would involve abandoning Oracle Admin's hierarchical structure and require substantial reconstruction and redesign of Oracle Admin's elements (e.g., Names Servers).

**B.    Claim 2**

58. Claim 2 depends from claim 1 and requires that the "at least one of the plurality of data location servers" must include "location information" comprising "a portion of a hash table."

59. Oracle Admin, OracleSG, and Rajani do not teach or suggest generating a hash table and then including *only a portion* of that table as part of the location information in the "at least one of the plurality of data location servers" in the network.

60. For reasons described above, OracleSG's use of hashing when executing queries or Rajani's hash table to retrieve a file from backup memory is distinct from the use of the distributed hash table in the '170 patent. A POSITA would not be motivated to use OracleSG or Rajani for including only a portion of the hash table as part of the location information in the "at least one of the plurality of data location servers" in the network.

61. A POSITA would also not be motivated to modify Oracle Admin with OracleSG and Rajani to achieve the requirements of claim 2 because doing so would require extensive reengineering and redesigning of Oracle Admin. Oracle Admin describes a hierarchical tree

structure and claim 2 requires a non-hierarchical cluster configuration. Attempting to modify Oracle Admin with OracleSG and Rajani would require abandoning Oracle Admin's hierarchical structure. And attempting to modify Oracle Admin with OracleSG and Rajani would also require configuring Oracle Admin such that the Names Servers store only a portion of the hash table.

62. These modifications to Oracle Admin would be non-trivial to a POSITA at the time of the invention. The required modifications to Oracle Admin are not taught or suggested in OracleSG or Rajani nor were they readily known in the art at the time. As such, the effort required to reengineer and redesign Oracle Admin would be so extensive that a POSITA would not have a reasonable expectation of success in achieving the requirements of claim 2.

## C.    Claims 6 and 15

63. A POSITA would not be motivated to modify Oracle Admin or combine with OracleSG and/or McGarvey to achieve the requirements of claims 6 and 15 for at least the following reasons.

64. Claims 6 and 15 require that a redirect message indicates with specificity and certainty the location server that contains the requested location information. Claim 15 further requires that the redirect message be transmitted to the client. Therefore, the "redirect message" limitations of claims 6 and 15 require a non-hierarchical cluster configuration as taught by the '170 patent.

65. Oracle Admin does not teach or suggest a redirect message that indicates with specificity or certainty the Names Server that contains the requested location information.

66. Oracle Admin's "turning forwarding off" feature does not allow a Names Server to determine the location server that contains the requested location information. Rather,

Oracle Admin indicates that forwarding can be turned off for a Names Server. (Oracle Admin, 190-192). If that Names Server is queried, the queried Names Server returns information about the next Names Server that *can* handle the query. (Oracle Admin, 190-192). The queried Names Server does not know with any certainty which Names Server contains the requested location information. (Oracle Admin, 190-192).

67. Oracle Admin's hierarchical structure discourages such an implementation. In a hierarchical structure like Oracle Admin, each node contains address information about its parent and child nodes. The nodes do not know what information is *stored* in the other nodes in the network outside of its direct children. The hierarchical structure requires traversing up and down the hierarchical-tree to retrieve the requested location information. *See, e.g.,* Oracle Admin., 190-192 (the "**root only knows about its direct child regions**" and queries have to traverse a path in the tree hierarchy).

68. Oracle Admin does not enable clients to redirect queries and does not teach or suggest transmitting a redirect message to a client. For example, Oracle Admin states, "If FORWARDING_AVAILABLE is set to off, any clients who rely directly on that Names Server will be unable to resolve foreign names. *Clients are not capable of redirecting their requests as Names Servers would.* Their requests will fail at that point, even if other Names Servers are listed in the NAMES.PREFERRED_SERVERS configuration parameter." (*Id.,* 137) (emphasis added). Therefore, Oracle Admin limits the client's capabilities to transmitting a names resolution request, receiving a network address for a network service from a Names Server, and connecting to the network service using the network address. (*See e.g.,* Oracle Admin, 30-32, 52-54, 190-192). As such, a POSITA would not understand Oracle Admin to teach allowing clients to receive redirect messages, as required by claim 15.

69. McGarvey also describes a hierarchical configuration. McGarvey relies on the standard DNS protocol and specifically references RFC 1034, which defines DNS. For the reasons above, DNS, like Oracle Names, is hierarchical and not comparable to the cluster composition required in claims 6 and 15.

70. McGarvey does not teach a redirect message. McGarvey only teaches that a host can have multiple DNS servers and when one fails the host can try the next one. (McGarvey, 5:1-43). The failure message a host gets from a first DNS server is not the "redirect message" required by the claims because it does not contain indicate which server contains the requested location information. It is merely an indication of a domain name not being found. (McGarvey, 5:38-43). Indeed, the first DNS server has no knowledge of the second DNS server because they are on different networks, as disclosed in McGarvey. (McGarvey, 5:5-43). Instead, the host issuing the queries already knows the address of the second DNS server and can send its request there. Indeed, the specification of McGarvey teaches sending the queries to multiple DNS servers (on different networks) in parallel. (McGarvey, 5:5-43).

71. A POSITA at the time of the invention would not be motivated to modify Oracle Names to allow transmitting a redirect message indicating the Names Server that contains the requested location information based on OracleSG and/or McGarvey's teachings.

72. A POSITA would not be motivated to modify Oracle Names into a cluster composition that provides for determining which Names Server contains the requested location information, as required by claims 6 and 15; or to do so by combining it with OracleSG and/or McGarvey.

73. A POSITA would not be motivated to modify Oracle Admin with OracleSG and McGarvey to achieve the requirements of claims 6 and 15 because doing so would require extensive reengineering and redesigning of Oracle Admin. As an initial matter, Oracle Admin teaches

away from using Dynamic Discovery for complicated networks. (Oracle Admin, 21). Oracle
Admin explicitly states, "If you have a *simple* existing network that is growing, the Dynamic
Discovery Option is a good choice." (Oracle Admin, 21) (emphasis added). Oracle Admin
teaches that Dynamic Discovery (or "DDO") is "not a good choice" and is "not suitable" for
"large, enterprise-scale networks." (Oracle Admin, 21). A POSITA would understand Oracle
Admin's teaches to discourage the use of DDO in combination with large-scale networks.
Furthermore, Oracle Admin teaches that its Dynamic Discovery Option only works with
SQL*Net 2.3. (Oracle Admin, 21). In view of this, a POSITA would not have a reasonable
expectation of success in modifying or combining Oracle Admin with one or more of the
complex networks described in OracleSG and/or McGarvey to achieve the requirements of
claims 6 and 15.

74. Furthermore, Oracle Admin describes a hierarchical tree structure and claims 6 and 15
requires a non-hierarchical cluster configuration. Therefore, attempting to modify Oracle
Admin with OracleSG and McGarvey to achieve the requirements of claims 6 and 15 would
require abandoning Oracle Admin's hierarchical structure and reconfiguring Oracle Admin
such that Names Servers are configured to transmit a redirect message indicating the Names
Server that includes the requested location information.

75. These modifications to Oracle Admin would be non-trivial to a POSITA at the time of the
invention. Furthermore, the required modifications to Oracle Admin are not taught or
suggested in OracleSG or McGarvey nor were they readily known in the art at the time. As
such, the reengineering and redesign of Oracle Admin would be so extensive that a POSITA
would not have a reasonable expectation of success of achieving the requirements of claim 1.

76. A POSITA would not be motivated to modify Oracle Admin with OracleSG and Rajani to

achieve the requirements of claims 6 and 15 because doing so would change the principle operation underpinning Oracle Admin.

77. Oracle Admin's principle operation involves traversing a hierarchical tree configuration of Names Severs to retrieve a network address. Attempting to modifying Oracle Admin to satisfy claim 6 and 15's requirements would involve abandoning Oracle Admin's hierarchical structure, requiring substantial reconstruction and redesign of Oracle Admin's elements (e.g., Names Servers).

78. Oracle Admin discourages and/or prevents clients from receiving redirect messages, as required in claim 15. Therefore, attempting to modify Oracle Admin to satisfy claim 15's requirements would require modifying Oracle Admin's system such that the client can receive redirect message. This would require substantial redesign and reconfiguration of the Oracle Admin's elements.

**D.    Claim 8**

79. Claim 8 requires the data location information to be portioned and distributed across the location servers in the network.

80. Oracle Admin's Name Server's cache only stores the addresses of the network services that are registered with the respective Name Server. Oracle Admin, OracleSG, McGarvey do not contemplate portioning and distributing data location information across the location servers in the network. A POSITA would not be motivated to portion and distribute the data location information across the location servers in the network, as required by claim 8, based on the teachings of Oracle Admin, OracleSG, and McGarvey.

81. A POSITA would not be motivated to modify Oracle Admin to achieve the requirements of claim 8 because doing so would require extensive reengineering and redesigning of Oracle

Admin. Oracle Admin describes a hierarchical tree structure and claim 8 requires a non-hierarchical cluster configuration. Therefore, attempting to modify Oracle Admin to achieve the requirements of claim 8 would require abandoning Oracle Admin's hierarchical structure and reconfiguring Oracle Admin such that the data location information is portioned and distributed across the Names Servers.

82. These modifications to Oracle Admin would be non-trivial to a POSITA at the time of the invention. Furthermore, the required modifications to Oracle Admin are not taught or suggested in OracleSG, or McGarvey nor were they readily known in the art at the time. As such, the reengineering and redesign of Oracle Admin would be so extensive that a POSITA would not have a reasonable expectation of success of achieving the requirements of claims 8 by modifying Oracle Admin.

**E.    Claims 9 and 12**

83. Claim 9 requires that the location server in the location server is maintained in an indexed location store. Claim 12, which depends from claim 9, further specifies that the index location store comprises a string store indexed by a hash table distributed across a plurality of servers. Therefore, claim 12 requires that the location information is organized based on the distributed hash table.

84. Oracle Admin, OracleSG, McGarvey, and Rajani do not teach or suggest using a distributed hash table to organize location information across location servers.

85. For reasons described above, OracleSG's use of hashing when executing queries or Rajani's hash table to retrieve a file from backup memory is distinct from the use of the distributed hash table in the '170 patent. A POSITA would not be motivated to use the OracleSG or Rajani's teachings for using a distributed hash table to organize location information across

location servers.

86. A POSITA would not be motivated to modify Oracle Admin with OracleSG, McGarvey, and Rajani to achieve the requirements of claims 9 and 12 because doing so would require extensive reengineering and redesigning of Oracle Admin. Oracle Admin describes a hierarchical tree structure and claims 9 and 12 requires a non-hierarchical cluster configuration. Therefore, attempting to modify Oracle Admin with OracleSG, McGarvey, and Rajani to achieve the requirements of claims 9 and 12 would require abandoning Oracle Admin's hierarchical structure and reconfiguring Oracle Admin such that the Names Servers are store location information in an indexed location store and the indexed location store comprises a string store indexed by a hash table distributed across a plurality of servers.

87. These modifications to Oracle Admin would be non-trivial to a POSITA at the time of the invention. Furthermore, the required modifications to Oracle Admin are not taught or suggested in OracleSG, McGarvey, or Rajani nor were they readily known in the art at the time. As such, the reengineering and redesign of Oracle Admin would be so extensive that a POSITA would not have a reasonable expectation of success of achieving the requirements of claims 9 and 12 by modifying Oracle Admin with OracleSG, McGarvey, and Rajani.

I declare under penalty of perjury under the laws of California and the United States of America that the above facts are true and correct.

Executed on August 11, 2022.

Dr. Michael T. Goodrich

# EXHIBIT A

# CURRICULUM VITAE
## Michael T. Goodrich

Dept. of Computer Science
Bren School of Info. & Computer Sciences
University of California, Irvine
Irvine, CA 92697-3435

E-mail: goodrich (at) acm.org
http://www.ics.uci.edu/~goodrich/
Office Phone: (949)824-9366

**CITIZENSHIP:** U.S.A.

## EDUCATION

| | | |
|---|---|---|
| Ph.D. | 1987 | *Efficient Parallel Techniques for Computational Geometry* Computer Science, Purdue Univ. (M.J. Atallah, advisor) |
| M.S. | 1985 | Computer Science, Purdue Univ. |
| B.A. | 1983 | Mathematics and Computer Science, Calvin Univ. |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| July '19 to present | Distinguished Professor, Dept. of Computer Science Univ. of California, Irvine |
| April '07 to June '19 | Chancellor's Professor, Dept. of Computer Science Univ. of California, Irvine |
| July '12 to June '13 | Chair, Dept. of Computer Science Univ. of California, Irvine |
| October '06 to June '12 | Assoc. Dean for Faculty Dev., Bren School of Info. and Comp. Sci. Univ. of California, Irvine |
| July '01 to March '07 | Professor, Dept. of Computer Science Univ. of California, Irvine |
| Fall '00 | Visiting Professor of Computer Science Brown Univ. |
| July '96 to June '02 | Professor of Computer Science (on leave, from July '01) Johns Hopkins Univ. |
| July '92 to June '96 | Associate Professor of Computer Science Johns Hopkins Univ. |
| Spring '94 | Visiting Associate Professor of Computer Science Univ. of Illinois, Urbana-Champaign |
| July '87 to June '92 | Assistant Professor of Computer Science Johns Hopkins Univ. |

## RESEARCH INTERESTS

Algorithm and data structure design
Information assurance, privacy, and security
Principles of database, machine learning, and typesetting systems
Parallel and distributed computing
Information visualization, computer graphics, and computational geometry

## PRIZES, HONORS, AND AWARDS

- *Compere Loveless Fellowship in Computer Sciences*, Purdue Univ., 1985
- *Research Initiation Award*, National Science Foundation, 1988
- *Oraculum Award for Excellence in Teaching*, Johns Hopkins, 1993, 1994, 1995
- *ACM Recognition of Service Award*, 1996
- *Robert B. Pond, Sr. Award for Excellence in Undergraduate Teaching*, Johns Hopkins, 1998
- *Elected Senior Member*, the Institute of Electrical and Electronics Engineers (IEEE), 1999

- *Spirit of Technology Transition Award*, DARPA Dynamic Coalitions Program, 2002
- *Brown Univ. Award for Technological Innovation* (with R. Tamassia, N. Triandopoulos, D. Yao, and D. Ellis), 2006
- *ACM Distinguished Scientist*, 2006
- *2006 IEEE Computer Society Technical Achievement Award*, "for outstanding contributions to the design of parallel and distributed algorithms for fundamental combinatorial and geometric problems"
- *Fulbright Scholar*, 2007, for senior specialist service to University of Aarhus, Denmark
- *Fellow of the San Diego Supercomputer Center*, 2007
- *Fellow of the American Association for the Advancement of Science (AAAS)*, "for distinguished contributions to parallel and distributed algorithms for combinatorial and geometric problems, and excellence in teaching, academic and professional service, and textbook writing," 2007
- *Named as Chancellor's Professor*, for "demonstrated unusual academic merit and whose continued promise for scholarly achievement is unusually high," Univ. of California, Irvine, 2007
- *Fellow of the Institute of Electrical and Electronics Engineers (IEEE)*, "for contributions to parallel and distributed algorithms for combinatorial and geometric problems," 2009
- *Fellow of the ACM*, "for contributions to data structures and algorithms for combinatorial and geometric problems," 2009
- *ICS Dean's Award for Research*, "for contributions in the area of parallel and distributed algorithms," 2014
- *Chancellor's Award for Excellence in Fostering Undergraduate Research*, Univ. of California, Irvine, 2016
- *Faculty Mentor of the Month*, Undergraduate Research Opportunities Program (UROP), Univ. of California, Irvine, April 2016
- *Elected as a foreign member*, Royal Danish Academy of Sciences and Letters, April 2018
- *Named as Distinguished Professor*, for achieving "the highest levels of scholarship" over the course of a career and having "earned national and international level distinctions and honors of the highest level," Univ. of California, Irvine, 2019

## PUBLICATIONS

### Google Scholar Citation Statistics:

- Total citations: over 16,450
- H-index (top H publications with at least H citations): 71

### Patents and Patent Applications:

P-1. G. Ateniese, B. de Medeiros, and M.T. Goodrich, "Intermediated Delivery Scheme for Asymmetric Fair Exchange of Electronic Items," U.S. Patent Application US 2004/0073790 A1, April 15, 2004.

P-2. M.T. Goodrich and R. Tamassia, "Efficient Authenticated Dictionaries with Skip Lists and Commutative Hashing," U.S. Patent 7,257,711, August 14, 2007.

P-3. J.W. Green, J.L. Schultz, Y. Amir, and M.T. Goodrich, "High Refresh-Rate Retrieval of Freshly Published Content using Distributed Crawling," U.S. Patent 7,299,219, November 20, 2007.

P-4. R. Tamassia, M.T. Goodrich, N. Triandopoulos, and C. Papamanthou, "Authentication for Operations over an Outsourced File System Stored by an Untrusted Unit," International Patent Application PCT/US2007/024642, WO 2008/147400, filed November 20, 2007, published December 4, 2008.

P-5. R. Tamstorf, M.T. Goodrich, D. Eppstein, "Attribute Transfer Between Computer Models Including Identifying Isomorphic Regions in Polygonal Meshes," U.S. Patent 8,681,145, March 25, 2014. (also Application US 2010/0238166 A1, September 23, 2010).

P-6. N. Triandopoulos, M.T. Goodrich, D. Nguyen, O. Ohrimenko, C. Papamanthou, R. Tamassia, C.V. Lopes, "Techniques for Verifying Search Results Over a Distributed Collection," U.S. Patent, 9,152,716, October 6, 2015.

**Books and Monographs:**

B-1. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java*, John Wiley and Sons, Inc., 1998.

B-2. M.T. Goodrich and C.C. McGeoch, eds., *Algorithm Engineering and Experimentation*, Lecture Notes in Computer Science (LNCS), Vol. 1619, Springer-Verlag, 1999.

B-3. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java, Second Edition*, John Wiley and Sons, Inc., 2001.

B-4. M.T. Goodrich and R. Tamassia, *Algorithm Design: Foundations, Analysis, and Internet Examples*, John Wiley and Sons, Inc., 2002.

B-5. M.T. Goodrich and S.G. Kobourov, eds., *10th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science, Vol. 2528, Springer-Verlag, 2002.

B-6. M.T. Goodrich, R. Tamassia, and D. Mount, *Data Structures and Algorithms in C++*, John Wiley and Sons, Inc., 2004.

B-7. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java, Third Edition*, John Wiley and Sons, Inc., 2004.

B-8. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java, Fourth Edition*, John Wiley and Sons, Inc., 2006.

B-9. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java, Fifth Edition*, John Wiley and Sons, Inc., 2011.

B-10. M.T. Goodrich and R. Tamassia, *Introduction to Computer Security*, Addison-Wesley, Inc., 2011.

B-11. M.T. Goodrich, R. Tamassia, and D. Mount, *Data Structures and Algorithms in C++, Second Edition*, John Wiley and Sons, Inc., 2011.

B-12. M.T. Goodrich, R. Tamassia, and M. Goldwasser, *Data Structures and Algorithms in Python*, John Wiley and Sons, Inc., 2013.

B-13. M.T. Goodrich, R. Tamassia, and M. Goldwasser, *Data Structures and Algorithms in Java, Sixth Edition*, John Wiley and Sons, Inc., 2014.

B-14. M.T. Goodrich and R. Tamassia, *Algorithm Design and Applications*, Wiley, 2015.

B-15. M.T. Goodrich and R. Tamassia, *Algorithm Design and Applications*, interactive e-book, www.zybooks.com/catalog/goodrich-algorithm-design-and-applications/, zyBooks (a division of Wiley), 2022.

**Book Chapters:**

Ch-1. M.J. Atallah and M.T. Goodrich, "Deterministic Parallel Computational Geometry," in *Synthesis of Parallel Algorithms*, J.H. Reif, ed., Morgan Kaufmann, 497–536, 1993.

Ch-2. M.T. Goodrich, "The Grand Challenges of Geometric Computing," in *Developing a Computer Science Agenda for High-Performance Computing*, U. Vishkin, ed., ACM Press, 64–68, 1994.

Ch-3. M.T. Goodrich, "Parallel Algorithms in Geometry," *CRC Handbook of Discrete and Computational Geometry*, J.E. Goodman and J. O'Rourke, eds., CRC Press, Inc., 669–682, 1997.

Ch-4. M.T. Goodrich and K. Ramaiyer, "Geometric Data Structures," *Handbook of Computational Geometry*, J.-R. Sack and J. Urrutia, eds., Elsevier Science Publishing, 463–489, 2000.

Ch-5. M.T. Goodrich and R. Tamassia, "Simplified Analyses of Randomized Algorithms for Searching, Sorting, and Selection," *Handbook of Randomized Computing*, S. Rajasekaran, P.M. Pardalos, J.H. Reif, and J.D.P. Rolim, eds., Kluwer Academic Publishers, Vol. 1, 23–34, 2001.

Ch-6. M.T. Goodrich, "Parallel Algorithms in Geometry," *Handbook of Discrete and Computational Geometry, Second Edition*, J.E. Goodman and J. O'Rourke, eds., Chapman & Hall/CRC Press, Inc., 953–967, 2004. (Revised version of Ch-3.)

Ch-7. C. Duncan and M.T. Goodrich, "Approximate Geometric Query Structures," *Handbook of Data Structures and Applications*, Chapman & Hall/CRC Press, Inc., 26-1–26-17, 2005.

Ch-8. M.T. Goodrich, R. Tamassia, and L. Vismara, "Data Structures in JDSL," *Handbook of Data Structures and Applications*, Chapman & Hall/CRC Press, Inc., 43-1–43-22, 2005.

Ch-9. Y. Cho, L. Bao and M.T. Goodrich, "Secure Location-Based Access Control in WLAN Systems," *From Problem Toward Solution: Wireless and Sensor Networks Security*, Zhen Jiang and Yi Pan, eds., Nova Science Publishers, Inc., Chapter 17, 2007.

Ch-10. M.T. Goodrich and M.J. Nelson, "Distributed Peer-to-Peer Data Structures," *Handbook of Parallel Computing: Models, Algorithms and Applications*, R. Rajasekaran and J. Reif, eds., CRC Press, 17-1–17-17, 2008.

Ch-11. C.A. Duncan and M.T. Goodrich, "Planar Orthogonal and Polyline Drawing Algorithms," *Handbook of Graph Drawing and Visualization*, CRC Press, Inc., 223–246, 2013.

Ch-12. M.T. Goodrich, R. Tamassia, and L. Vismara, "Data Structures in JDSL," *Handbook of Data Structures and Applications*, 2nd edition, Chapman and Hall/CRC, Taylor & Francis, Inc., 43-1–43-22, 2018.

**Journal Papers:**

J-1. M.J. Atallah and M.T. Goodrich, "Efficient Parallel Solutions to Some Geometric Problems," *Journal of Parallel and Distributed Computing*, **3**(4), 1986, 492–507.

J-2. M.T. Goodrich, "Finding the Convex Hull of a Sorted Point Set in Parallel," *Information Processing Letters*, **26**, 1987, 173–179.

J-3. H. ElGindy and M.T. Goodrich, "Parallel Algorithms for Shortest Path Problems in Polygons," *The Visual Computer*, **3**(6), 1988, 371–378.

J-4. M.J. Atallah and M.T. Goodrich, "Parallel Algorithms For Some Functions of Two Convex Polygons," *Algorithmica*, **3**, 1988, 535–548.

J-5. M.J. Atallah, R. Cole, and M.T. Goodrich, "Cascading Divide-and-Conquer: A Technique for Designing Parallel Algorithms," *SIAM Journal on Computing*, **18**(3), 1989, 499–532.

J-6. M.T. Goodrich, "Triangulating a Polygon in Parallel," *Journal of Algorithms*, **10**, 1989, 327–351.

J-7. M.T. Goodrich and M.J. Atallah, "On Performing Robust Order Statistics in Tree-Structured Dictionary Machines," *Journal of Parallel and Distributed Computing*, **9**(1), 1990, 69–76.

J-8. M.T. Goodrich and J.S. Snoeyink, "Stabbing Parallel Segments with a Convex Polygon," *Computer Vision, Graphics and Image Processing*, **49**, 1990, 152–170.

J-9. J. Johnstone and M.T. Goodrich, "A Localized Method for Intersecting Plane Algebraic Curve Segments," *The Visual Computer*, **7**(2–3), 1991, 60–71.

J-10. M.T. Goodrich, "Intersecting Line Segments in Parallel with an Output-Sensitive Number of Processors," *SIAM Journal on Computing*, **20**(4), 1991, 737–755.

J-11. R. Cole and M.T. Goodrich, "Optimal Parallel Algorithms for Point-Set and Polygon Problems," *Algorithmica*, **7**, 1992, 3–23.

J-12. M.T. Goodrich, "A Polygonal Approach to Hidden-Line and Hidden-Surface Elimination," *Computer Vision, Graphics, and Image Processing: Graphical Models and Image Processing*, **54**(1), 1992, 1–12.

J-13. M.T. Goodrich, S. Shauck, and S. Guha, "Parallel Methods for Visibility and Shortest Path Problems in Simple Polygons," *Algorithmica*, **8**, 1992, 461–486, with addendum in *Algorithmica*, **9**, 1993, 515–516.

J-14. M.T. Goodrich, C. Ó'Dúnlaing, and C. Yap "Constructing the Voronoi Diagram of a Set of Line Segments in Parallel," *Algorithmica*, **9**, 1993, 128–141.

J-15. M.T. Goodrich, "Constructing the Convex Hull of a Partially Sorted Set of Points," *Computational Geometry: Theory and Applications*, **2**, 1993, 267–278.

J-16. M.T. Goodrich, "Constructing Arrangements Optimally in Parallel," *Discrete and Computational Geometry*, **9**, 1993, 371–385.

J-17. M.T. Goodrich, M.J. Atallah, and M. Overmars, "Output-Sensitive Methods for Rectilinear Hidden Surface Removal," *Information and Computation*, **107**(1), 1993, 1–24.

J-18. M.J. Atallah, P. Callahan, and M.T. Goodrich, "P-Complete Geometric Problems," *Int. Journal of Computational Geometry & Applications*, **3**(4), 1993, 443–462.

J-19. M.J. Atallah, M.T. Goodrich, and S.R. Kosaraju, "Parallel Algorithms for Evaluating Sequences of Set-Manipulation Operations," *Journal of the ACM*, **41**(6), 1994, 1049–1088.

J-20. M.T. Goodrich, "Efficient Piecewise-Linear Function Approximation Using the Uniform Metric," *Discrete and Computational Geometry*, **14**, 1995, 445–462.

J-21. H. Brönnimann and M.T. Goodrich, "Almost Optimal Set Covers in Finite VC-Dimension," *Discrete and Computational Geometry*, **14**, 1995, 463–479.

J-22. M.T. Goodrich, "Planar Separators and Parallel Polygon Triangulation," *J. Computer and System Sciences*, **51**(3), 1995, 374–389.

J-23. M.T. Goodrich, M. Ghouse, and J. Bright, "Sweep Methods for Parallel Computational Geometry," *Algorithmica*, **15**(2), 1996, 126–153.

J-24. M.T. Goodrich and S.R. Kosaraju, "Sorting on a Parallel Pointer Machine with Applications to Set Expression Evaluation," *Journal of the ACM*, **43**(2), 1996, 331–361.

J-25. A. Garg, M.T. Goodrich, and R. Tamassia, "Planar Upward Tree Drawings with Optimal Area," *International Journal of Computational Geometry & Applications*, **6**(3), 1996, 333–356.

J-26. M.H. Nodine, M.T. Goodrich, and J.S. Vitter, "Blocking for External Graph Searching," *Algorithmica*, **16**(2), 1996, 181–214.

J-27. R. Cole, M.T. Goodrich, C. Ó Dúnlaing, "A Nearly Optimal Deterministic Parallel Voronoi Diagram Algorithm," *Algorithmica*, **16**, 1996, 569–617.

J-28. G. Das and M.T. Goodrich, "On the Complexity of Optimization Problems for 3-Dimensional Convex Polyhedra and Decision Trees," *Computational Geometry: Theory and Applications*, **8**, 1997, 123–137.

J-29. M.T. Goodrich and R. Tamassia, "Dynamic Ray Shooting and Shortest Paths in Planar Subdivisions via Balanced Geodesic Triangulations," *J. Algorithms*, **23**, 1997, 51–73.

J-30. M. Ghouse and M.T. Goodrich, "Fast Randomized Parallel Methods for Planar Convex Hull Construction," *Computational Geometry: Theory and Applications*, **7**, 1997, 219–235.

J-31. L.P. Chew, M.T. Goodrich, D.P. Huttenlocher, K. Kedem, J.M. Kleinberg, and D. Kravets, "Geometric Pattern Matching under Euclidean Motion," *Computational Geometry: Theory and Applications*, **7**, 1997, 113-124.

J-32. M.T. Goodrich and E.A. Ramos, "Bounded-Independence Derandomization of Geometric Partitioning with Applications to Parallel Fixed-Dimensional Linear Programming," *Discrete & Computational Geometry*, **18**(4), 1997, 397–420.

J-33. M.T. Goodrich, "An Improved Ray Shooting Method for Constructive Solid Geometry Models via Tree Contraction," *International Journal of Computational Geometry & Applications*, **8**(1), 1998, 1–23.

J-34. G. Barequet, A.J. Briggs, M.T. Dickerson, and M.T. Goodrich, "Offset-Polygon Annulus Placement Problems," *Computational Geometry: Theory and Applications*, **11**(3–4), 1998–99, 125–141.

J-35. M.T. Goodrich and R. Tamassia, "Dynamic Trees and Dynamic Point Location," *SIAM J. Comput.*, **28**(2), 1999, 612–636.

J-36. G. Barequet, S.S. Bridgeman, C.A. Duncan, M.T. Goodrich, and R. Tamassia, "GeomNet: Geometric Computing Over the Internet," *IEEE Internet Computing*, **3**(2), 1999, 21–29.

J-37. M.T. Goodrich, J.S.B. Mitchell, and M.W. Orletsky, "Approximate Geometric Pattern Matching Under Rigid Motion," *IEEE Trans. on Pattern Analysis and Machine Intelligence*, **21**(4), 1999, 371–379.

J-38. M.T. Goodrich, "Communication-Efficient Parallel Sorting," *SIAM Journal on Computing*, **29**(2), 1999, 416–432.

J-39. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Balanced Aspect Ratio Trees and Their Use for Drawing Very Large Graphs," *Journal of Graph Algorithms and Applications*, 4(3), 2000, 19–46. Also available at www.cs.brown.edu/publications/jgaa/.

J-40. M.T. Goodrich and C.G. Wagner, "A Framework for Drawing Planar Graphs with Curves and Polylines," *Journal of Algorithms*, **37**, 2000, 399–421.

J-41. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Balanced Aspect Ratio Trees: Combining the Benefits of $k$-D Trees and Octrees," *J. Algorithms*, **38**, 2001, 303–333.

J-42. G. Barequet, M. Dickerson, and M.T. Goodrich, "Voronoi Diagrams for Polygon-Offset Distance Functions," *Discrete and Computational Geometry*, **25**(2), 2001, 271–291.

J-43. C.C. Cheng, C.A. Duncan, M.T. Goodrich, and S.G. Kobourov, "Drawing Planar Graphs with Circular Arcs," *Discrete and Computational Geometry*, **25**(3), 2001, 405–418.

J-44. N.M. Amato, M.T. Goodrich, and E.A. Ramos, "A Randomized Algorithm for Triangulating a Simple Polygon in Linear Time," *Discrete and Computational Geometry*, **26**(2), 2001, 245–265.

J-45. R. Tamassia, M.T. Goodrich, L. Vismara, M. Handy, G. Shubina, R. Cohen, B. Hudson, R.S. Baker, N. Gelfand, and U. Brandes, "JDSL: The Data Structures Library in Java," *Dr. Dobbs Journal*, **323**, 2001, 21–31.

J-46. G. Barequet, D.Z. Chen, O. Daescu, M.T. Goodrich, and J.S. Snoeyink, "Efficiently Approximating Polygonal Paths in Three and Higher Dimensions," *Algorithmica*, **33**(2), 2002, 150–167.

J-47. T. Chan, M.T. Goodrich, S.R. Kosaraju, and R. Tamassia, "Optimizing Area and Aspect

Ratio in Straight-Line Orthogonal Tree Drawings," *Computational Geometry: Theory and Applications*, **23**(2), 2002, 153–162.

J-48. C.A. Duncan, M.T. Goodrich, and S.G. Kobourov, "Planarity-Preserving Clustering and Embedding for Large Planar Graphs," *Computational Geometry: Theory and Applications*, **24**(2), 2003, 95–114.

J-49. A.L. Buchsbaum and M.T. Goodrich, "Three-Dimensional Layers of Maxima," *Algorithmica*, **39**, 2004, 275–286.

J-50. G. Barequet, M.T. Goodrich, and C. Riley, "Drawing Graphs with Large Vertices and Thick Edges," *J. of Graph Algorithms and Applications* (JGAA), **8**(1), 2004, 3–20.

J-51. G. Barequet, M.T. Goodrich, A. Levi-Steiner, and D. Steiner, "Contour Interpolation by Straight Skeletons," *Graphical Models* (GM), **66**(4), 2004, 245–260.

J-52. P. Gajer, M.T. Goodrich, and S.G. Kobourov, "A Multi-Dimensional Approach to Force-Directed Layouts of Large Graphs," *Computational Geometry: Theory and Applications*, **29**(1), 3–18, 2004.

J-53. G. Barequet, P. Bose, M.T. Dickerson, and M.T. Goodrich, "Optimizing a Constrained Convex Polygonal Annulus," *J. of Discrete Algorithms* (JDA), **3**(1), 1–26, 2005.

J-54. A. Bagchi, A.L. Buchsbaum, and M.T. Goodrich, "Biased Skip Lists," *Algorithmica*, **42**(1), 31–48, 2005.

J-55. M. Dickerson, D. Eppstein, M.T. Goodrich, J.Y. Meng, "Confluent Drawings: Visualizing Non-planar Diagrams in a Planar Way," *J. of Graph Algorithms and Applications* (JGAA), **9**(1), 31–52, 2005.

J-56. A. Bagchi, A. Chaudhary, M.T. Goodrich, C. Li, and M. Shmueli-Scheuer, "Achieving Communication Efficiency through Push-Pull Partitioning of Semantic Spaces to Disseminate Dynamic Information," *IEEE Trans. on Knowledge and Data Engineering* (TKDE), **18**(10), 1352–1367, 2006.

J-57. D. Eppstein, M.T. Goodrich, and J.Y. Meng, "Confluent Layered Drawings," *Algorithmica*, **47**(4), 439–452, 2007.

J-58. A. Bagchi, A. Chaudhary, D. Eppstein, and M.T. Goodrich, "Deterministic Sampling and Range Counting in Geometric Data Streams," *ACM Transactions on Algorithms*, **3**(2), Article 16, 2007, 18 pages.

J-59. D. Eppstein, M.T. Goodrich, and D. Hirschberg, "Improved Combinatorial Group Testing Algorithms for Real-World Problem Sizes," *SIAM Journal on Computing*, **36**(5), 1360–1375, 2007.

J-60. D. Eppstein, M.T. Goodrich, and J.Z. Sun, "Skip Quadtrees: Dynamic Data Structures for Multidimensional Point Sets," *Int. Journal on Computational Geometry and Applications*, **18**(1/2), 131–160, 2008.

J-61. M.T. Goodrich, "Probabilistic Packet Marking for Large-Scale IP Traceback," *IEEE/ACM Transactions on Networking*, **16**(1), 15–24, 2008.

J-62. M.T. Goodrich and D.S. Hirschberg, "Improved Adaptive Group Testing Algorithms with Applications to Multiple Access Channels and Dead Sensor Diagnosis," *Journal of Combinatorial Optimization*, **15**(1), 95–121, 2008.

J-63. M.T. Goodrich, R. Tamassia, and D. Yao, "Notarized Federated ID Management and Authentication," *Journal of Computer Security*, **16**(4), 399–418, 2008.

J-64. M.T. Goodrich, "Pipelined Algorithms to Detect Cheating in Long-Term Grid Computations," *Theoretical Computer Science*, **408**, 199–207, 2008.

J-65. D. Eppstein, M.T. Goodrich, E. Kim, and R. Tamstorf, "Motorcycle Graphs: Canonical

Quad Mesh Partitioning," *Computer Graphics Forum*, special issue on papers from 6th European Symp. on Geometry Processing (SGP), **27**(6), 1477–1486, 2008.

J-66. M.T. Goodrich, M. Sirivianos, J. Solis, C. Soriente, G. Tsudik, E. Uzun, "Using Audio in Secure Device Pairing," *Int. J. Security and Networks*, 4(1/2), 57–68, 2009.

J-67. M.T. Goodrich, "On the Algorithmic Complexity of the Mastermind Game with Black-Peg Results," *Information Processing Letters*, **109**, 675–678, 2009.

J-68. D. Eppstein, M.T. Goodrich, E. Kim, and R. Tamstorf, "Approximate Topological Matching of Quad Meshes," *The Visual Computer*, **25**(8), 771–783, 2009.

J-69. D. Eppstein and M.T. Goodrich, "Succinct Greedy Geometric Routing Using Hyperbolic Geometry," *IEEE Transactions on Computers*, **60**(11), 1571–1580, 2011. Posted online Dec. 2010, IEEE Computer Society Digital Library.

J-70. D. Eppstein, M.T. Goodrich, and D. Strash, "Linear-Time Algorithms for Geometric Graphs with Sublinearly Many Edge Crossings," *SIAM Journal on Computing*, **39**(8), 3814–3829, 2010.

J-71. M.T. Goodrich, R. Tamassia, and N. Triandopoulos, "Efficient Authenticated Data Structures for Graph Connectivity and Geometric Search Problems," *Algorithmica*, **60**(3), 505–552, 2011.

J-72. D. Eppstein and M.T. Goodrich, "Straggler Identification in Round-Trip Data Streams via Newton's Identities and Invertible Bloom Filters," *IEEE Transactions on Knowledge and Data Engineering* (TKDE), **23**(2), 297–306, 2011.

J-73. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Planar Drawings of Higher-Genus Graphs," *Journal of Graph Algorithms and Applications*, **15**(1), 7–32, 2011.

J-74. M.T. Dickerson, M.T. Goodrich, T.D. Dickerson, and Y.D. Zhuo "Round-Trip Voronoi Diagrams and Doubling Density in Geographic Networks," *Transactions on Computational Science*, M.L. Gavrilova et al. (Eds.), Vol. 14, LNCS 6970, 211–238, 2011.

J-75. M.T. Goodrich, "Randomized Shellsort: A Simple Data-Oblivious Sorting Algorithm," *Journal of the ACM*, **58**(6), Article No. 27, 2011.

J-76. C.A. Duncan, D. Eppstein, M.T. Goodrich, S. Kobourov, and M. Nöllenburg, "Lombardi Drawings of Graphs," *Journal of Graph Algorithms and Applications (JGAA)*, **16**(1), 85–108, 2012.

J-77. E. Wolf-Chambers, D. Eppstein, M.T. Goodrich, and M. Löffler, "Drawing Graphs in the Plane with a Prescribed Outer Face and Polynomial Area," *Journal of Graph Algorithms and Applications (JGAA)*, **16**(2), 243–259, 2012.

J-78. M.T. Goodrich, D. Nguyen, O. Ohrimenko, C. Papamanthou, R. Tamassia, N. Triandopoulos, and C.V. Lopes, "Efficient Verification of Web-Content Searching Through Authenticated Web Crawlers," *Proc. VLDB*, 5(10):920-931, 2012.

J-79. D. Eppstein, M.T. Goodrich, D. Strash, and L. Trott, "Extended Dynamic Subgraph Statistics Using h-Index Parameterized Data Structures," *Theoretical Computer Science*, **447**, 44–52, 2012.

J-80. M.T. Goodrich, "Learning Character Strings via Mastermind Queries, With a Case Study Involving mtDNA," *IEEE Transactions on Information Theory*, **58**(11), 6726–6736, 2012.

J-81. A.U. Asuncion and M.T. Goodrich, "Nonadaptive Mastermind Algorithms for String and Vector Databases, with Case Studies," *IEEE Transactions on Knowledge and Data Engineering* (TKDE), **25**(1), 131–144, 2013.

J-82. C.A. Duncan, D. Eppstein, M.T. Goodrich, S. Kobourov, and M. Nöllenburg, "Drawing Trees with Perfect Angular Resolution and Polynomial Area," *Discrete & Computational*

*Geometry,* **49**(2), 157–182, 2013.

J-83. E. Angelino, M.T. Goodrich, M. Mitzenmacher and J. Thaler, "External Memory Multimaps," *Algorithmica,* **67**(1), 23–48, 2013.

J-84. D. Eppstein, M.T. Goodrich, M. Löffler, D. Strash and L. Trott, "Category-Based Routing in Social Networks: Membership Dimension and the Small-World Phenomenon," *Theoretical Computer Science,* **514**, 96–104, 2013.

J-85. M.T. Goodrich, "Spin-the-bottle Sort and Annealing Sort: Oblivious Sorting via Round-robin Random Comparisons," *Algorithmica,* **68**(4), 835–858, 2014.

J-86. Michael J. Bannister, William E. Devanny, David Eppstein, and M.T. Goodrich, "The Galois Complexity of Graph Drawing: Why Numerical Solutions are Ubiquitous for Force-Directed, Spectral, and Circle Packing Drawings," *Journal of Graph Algorithms and Applications,* **19**(2), 619–656, 2015.

J-87. C. Duncan, D. Eppstein, M.T. Goodrich, S.G. Kobourov and M. Löffler, "Planar and Poly-Arc Lombardi Drawings," *Journal of Computational Geometry* (JoCG), **9**(1), 328–355, 2018.

J-88. G. Barequet, D. Eppstein, M.T. Goodrich, and N. Mamano, "Stable-Matching Voronoi Diagrams: Combinatorial Complexity and Algorithms," *Journal of Computational Geometry* (JoCG), **11**(1), 26–59, 2020.

J-89. W.E. Devanny, M.T. Goodrich, S. Irani, "A Competitive Analysis for the Start-Gap Algorithm for Online Memory Wear Leveling," *Information Processing Letters,* **116**, 106042, 2021.

J-90. G. Barequet, M. De, and M.T. Goodrich, "Convex-Straight-Skeleton Voronoi Diagrams for Segments and Convex Polygons," *Algorithmica,* **83**(7), 2245–2272, 2021.

J-91. G. Da Lozzo, D. Eppstein, M.T. Goodrich, and S. Gupta, "C-Planarity Testing of Embedded Clustered Graphs with Bounded Dual Carving-Width," *Algorithmica,* **83**(8), 2471–2502, 2021.

J-92. M.T. Goodrich, M. Shinder, O. Gila, M. Dillencourt, "Beyond Big O: Teaching Experimental Algorithmics," *Journal of Computing Sciences in Colleges,* **37**(10), 23–36, 2022.

## Papers in Peer-Reviewed Proceedings:

C-1. M.J. Atallah and M.T. Goodrich, "Efficient Parallel Solutions to Geometric Problems," *1985 IEEE Int. Conf. on Parallel Processing (ICPP)*, 411–417. (Preliminary version of J-1.)

C-2. F. Berman, M.T. Goodrich, C. Koelbel, W. Robison, and K. Showell, "Prep-P: A Mapping Preprocessor for CHiP Computers," *1985 IEEE Int. Conf. on Parallel Processing*, 731–733.

C-3. M.J. Atallah and M.T. Goodrich, "Parallel Algorithms For Some Functions of Two Convex Polygons," *24th Allerton Conf. on Communication, Control and Computing*, 1986, 758–767. (Preliminary version of J-4.)

C-4. M.J. Atallah and M.T. Goodrich, "Efficient Plane Sweeping in Parallel," *2nd ACM Symp. on Computational Geometry* (SoCG), 1986, 216–225.

C-5. M.T. Goodrich, "A Polygonal Approach to Hidden-Line Elimination," *25th Allerton Conf. on Communication, Control, and Computing*, 1987, 849–858. (Preliminary version of J-12.)

C-6. M.J. Atallah, R. Cole, and M.T. Goodrich, "Cascading Divide-and-Conquer: A Technique for Designing Parallel Algorithms," *28th IEEE Symp. on Foundations of Computer Science* (FOCS), 1987, 151–160. (Preliminary version of J-5.)

C-7. M.J. Atallah, M.T. Goodrich, and S.R. Kosaraju, "Parallel Algorithms for Evaluating Sequences of Set-Manipulation Operations," *3rd Aegean Workshop on Computing* (AWOC), *Lecture Notes in Computer Science* (LNCS): 319, Springer-Verlag, 1988, 1–10. (Preliminary version of J-19.)

C-8. R. Cole and M.T. Goodrich, "Optimal Parallel Algorithms for Polygon and Point-Set Problems," *4th ACM Symp. on Computational Geometry* (SoCG), 1988, 201–210. (Preliminary version of J-11.)

C-9. M.T. Goodrich, "Intersecting Line Segments in Parallel with an Output-Sensitive Number of Processors," *1989 ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 127–137. (Preliminary version of J-10.)

C-10. M.T. Goodrich and S.R. Kosaraju, "Sorting on a Parallel Pointer Machine with Applications to Set Expression Evaluation," *30th IEEE Symp. on Foundations of Computer Science* (FOCS), 1989, 190–195. (Preliminary version of J-24.)

C-11. M.T. Goodrich, C. Ó'Dúnlaing, and C. Yap "Constructing the Voronoi Diagram of a Set of Line Segments in Parallel," *Lecture Notes in Computer Science 382, Algorithms and Data Structures* (WADS), Springer-Verlag, 1989, 12–23. (Preliminary version of J-14.)

C-12. M.T. Goodrich and J.S. Snoeyink, "Stabbing Parallel Segments with a Convex Polygon," *Lecture Notes in Computer Science 382, Algorithms and Data Structures* (WADS), Springer-Verlag, 1989, 231–242. (Preliminary version of J-8.)

C-13. J. Johnstone and M.T. Goodrich, "A Localized Method for Intersecting Plane Algebraic Curve Segments," *New Advances in Computer Graphics: Proc. of Computer Graphics International '89*, R.A. Earnshaw, B. Wyvel, eds., Springer-Verlag, 1989, 165–181. (Preliminary version of J-9.)

C-14. M.J. Atallah, P. Callahan, and M.T. Goodrich, "P-Complete Geometric Problems," *2nd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1990, 317–326. (Preliminary version of J-18.)

C-15. R. Cole, M.T. Goodrich, C. Ó Dúnlaing, "Merging Free Trees in Parallel for Efficient Voronoi Diagram Construction", *17th Int. Conf. on Automata, Languages, and Programming* (ICALP), 1990, 432–445. (Preliminary version of J-27.)

C-16. M.T. Goodrich, M.J. Atallah, and M. Overmars, "An Input-Size/Output-Size Trade-Off in the Time-Complexity of Rectilinear Hidden-Surface Removal", *17th Int. Conf. on Automata, Languages, and Programming* (ICALP), 1990, 689–702. (Preliminary version of J-17.)

C-17. M.T. Goodrich, M. Ghouse, and J. Bright, "Generalized Sweep Methods for Parallel Computational Geometry," *2nd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1990, 280–289. (Preliminary version of J-23.)

C-18. M.T. Goodrich, "Applying Parallel Processing Techniques to Classification Problems in Constructive Solid Geometry," *1st ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1990, 118–128. (Preliminary version of J-33.)

C-19. M.T. Goodrich, S. Shauck, and S. Guha, "Parallel Methods for Visibility and Shortest Path Problems in Simple Polygons," *6th ACM Symp. on Computational Geometry* (SoCG), 1990, 73–82. (Preliminary version of J-13.)

C-20. M. Ghouse and M.T. Goodrich, "In-Place Techniques for Parallel Convex Hull Algorithms," *3rd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1991, 192–203. (Preliminary version of J-30.)

C-21. M.T. Goodrich, "Constructing Arrangements Optimally in Parallel," *3rd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1991, 169–179. (Preliminary version of J-16.)

C-22. M.T. Goodrich and R. Tamassia, "Dynamic Trees and Dynamic Point Location," *23rd ACM Symp. on Theory of Computing* (STOC), 1991, 523–533. (Preliminary version of J-35.)

C-23. M.T. Goodrich, "Using Approximation Algorithms to Design Parallel Algorithms that May Ignore Processor Allocation," *32nd IEEE Symp. on Foundations of Computer Science*

(FOCS), 1991, 711–722.

C-24. M.T. Goodrich, "Planar Separators and Parallel Polygon Triangulation," *24th ACM Symp. on Theory of Computing* (STOC), 1992, 507–516. {Preliminary version of J-22.}

C-25. M.T. Goodrich, Y. Matias, U. Vishkin, "Approximate Parallel Prefix Computation and Its Applications," *7th IEEE Int. Parallel Processing Symp* (IPPS), 1993, 318–325.

C-26. M. Ghouse and M.T. Goodrich, "Experimental Evidence for the Power of Random Sampling in Practical Parallel Algorithms," *7th IEEE Int. Parallel Processing Symp* (IPPS), 1993, 549–556.

C-27. L.P. Chew, M.T. Goodrich, D.P. Huttenlocher, K. Kedem, J.M. Kleinberg, and D. Kravets, "Geometric Pattern Matching under Euclidean Motion," *5th Canadian Conf. on Computational Geometry* (CCCG), 1993, 151–156. {Preliminary version of J-31.}

C-28. M.T. Goodrich, "Geometric Partitioning Made Easier, Even in Parallel," *9th ACM Symp. on Computational Geometry* (SoCG), 1993, 73–82.

C-29. M.T. Goodrich and R. Tamassia, "Dynamic Ray Shooting and Shortest Paths via Balanced Geodesic Triangulations," *9th ACM Symp. on Computational Geometry* (SoCG), 1993, 318–327. {Preliminary version of J-29.}

C-30. A. Garg, M.T. Goodrich, and R. Tamassia, "Area-Efficient Upward Tree Drawings," *9th ACM Symp. on Computational Geometry* (SoCG), 1993, 359–368. {Preliminary version of J-25.}

C-31. M.H. Nodine, M.T. Goodrich, and J.S. Vitter, "Blocking for External Graph Searching," *12th ACM Symp. on Principles of Database Systems* (PODS), 1993, 222–232. {Preliminary version of J-26.}

C-32. E.M. Arkin, M.T. Goodrich, J.S.B. Mitchell, D. Mount, and S.S. Skiena, "Point Probe Decision Trees for Geometric Concept Classes," *Lecture Notes in Computer Science 709: Algorithms and Data Structures* (WADS), Springer-Verlag, 1993, 95–106.

C-33. M.T. Goodrich, J.J. Tsay, D.E. Vengroff, and J.S. Vitter, "External-Memory Computational Geometry," *34th IEEE Symp. on Foundations of Computer Science* (FOCS), 1993, 714–723.

C-34. M.T. Goodrich, Y. Matias, and U. Vishkin, "Optimal Parallel Approximation Algorithms for Prefix Sums and Integer Sorting," *5th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1994, 241–250.

C-35. H. Brönnimann and M.T. Goodrich, "Almost Optimal Set Covers in Finite VC-Dimension," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 293–302. {Preliminary version of J-21.}

C-36. M.T. Goodrich, "Efficient Piecewise-Linear Function Approximation Using the Uniform Metric," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 322–331. {Preliminary version of J-20.}

C-37. M.J. Atallah, M.T. Goodrich, and K. Ramaiyer, "Biased Finger Trees and Three-Dimensional Layers of Maxima," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 150–159.

C-38. M.T. Goodrich, J.S.B. Mitchell, and M.W. Orletsky, "Practical Methods for Approximate Geometric Pattern Matching under Rigid Motions," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 103–112. {Preliminary version of J-37.}

C-39. N.M. Amato, M.T. Goodrich, E.A. Ramos, "Parallel Algorithms for Higher-Dimensional Convex Hulls," *35th IEEE Symp. on Foundations of Computer Science* (FOCS), 1994, 683–694.

C-40. P.J. Tanenbaum, M.T. Goodrich, and E.R. Scheinerman, "Characterization and Recognition of Point-Halfspace and Related Orders," *2nd Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 894, Springer-Verlag, 1994, 234–245.

11

C-41. Y.J. Chiang, M.T. Goodrich, E.F. Grove, R. Tamassia, D.E. Vengroff, and J.S. Vitter, "External-Memory Graph Algorithms," *6th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1995, 139–149.

C-42. N.M. Amato, M.T. Goodrich, and E.A. Ramos, "Computing Faces in Segment and Simplex Arrangements," *27th ACM Symp. on Theory of Computing* (STOC), 1995, 672–682.

C-43. P. Callahan, M.T. Goodrich, and K. Ramaiyer, "Topology B-Trees and Their Applications," *1995 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 955, Springer-Verlag, 381–392.

C-44. G. Das and M.T. Goodrich, "On the Complexity of Approximating and Illuminating Three-Dimensional Convex Polyhedra," *1995 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 955, Springer-Verlag, 74–85. {Preliminary version of J-28.}

C-45. M.T. Goodrich, "Fixed-Dimensional Parallel Linear Programming via Relative $\epsilon$-Approximations," *7th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1996, 132–141. {Preliminary version of J-32.}

C-46. M. Chrobak, M.T. Goodrich, and R. Tamassia, "Convex Drawings of Graphs in Two and Three Dimensions," *12th ACM Symp. on Computational Geometry* (SoCG), 1996, 319–328.

C-47. M.T. Goodrich, "Communication-Efficient Parallel Sorting," *28th ACM Symp. on Theory of Computing* (STOC), 1996, 247–256. {Preliminary version of J-38.}

C-48. T. Chan, M.T. Goodrich, S.R. Kosaraju, and R. Tamassia, "Optimizing Area and Aspect Ratio in Straight-Line Orthogonal Tree Drawings," *4th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1190, Springer-Verlag, 1996, 63–75. {Preliminary version of J-47.}

C-49. M.T. Goodrich, "Randomized Fully-Scalable BSP Techniques for Multi-Searching and Convex Hull Construction," *8th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1997, 767–776.

C-50. C.A. Duncan, M.T. Goodrich, and E.A. Ramos, "Efficient Approximation and Optimization Algorithms for Computational Metrology," *8th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1997, 121–130.

C-51. M.T. Goodrich, M. Orletsky, and K. Ramaiyer, "Methods for Achieving Fast Query Times in Point Location Data Structures," *8th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1997, 757–766.

C-52. M.T. Goodrich, L.J. Guibas, J. Hershberger, P.J. Tanenbaum, "Snap Rounding Line Segments Efficiently in Two and Three Dimensions," *13th ACM Symp. on Computational Geometry* (SoCG), 1997, 284–293.

C-53. G. Barequet, S.S. Bridgeman, C.A. Duncan, M.T. Goodrich, and R. Tamassia, "Classical Computational Geometry in GeomNet," *13th ACM Symp. on Computational Geometry* (SoCG), 1997, 412–414.

C-54. G. Barequet, A. Briggs, M. Dickerson, C. Dima, and M.T. Goodrich, "Animating the Polygon-Offset Distance Function," *13th ACM Symp. on Computational Geometry* (SoCG), 1997, 479–480, and the *Video Review for the 13th ACM Symp. on Computational Geometry* (SoCG).

C-55. G. Barequet, A. Briggs, M. Dickerson, and M.T. Goodrich, "Offset-Polygon Annulus Placement Problems," *1997 Workshop on Algorithms and Data Structures* (WADS), 1997, 378–391. {Preliminary version of J-34.}

C-56. G. Barequet, M. Dickerson, and M.T. Goodrich, "Voronoi Diagrams for Polygon-Offset

Distance Functions," *1997 Workshop on Algorithms and Data Structures* (WADS), 1997, 200–209. (Preliminary version of J-42.)

C-57. N. Gelfand, M.T. Goodrich, and R. Tamassia, "Teaching Data Structure Design Patterns," *29th ACM SIGCSE Technical Symp. on Computer Science Education*, 1998, 331–335.

C-58. M.T. Goodrich and R. Tamassia, "Teaching the Analysis of Algorithms with Visual Proofs," *29th ACM SIGCSE Technical Symp. on Computer Science Education*, 1998, 207–211.

C-59. G. Barequet, D.Z. Chen, O. Daescu, M.T. Goodrich, and J.S. Snoeyink, "Efficiently Approximating Polygonal Paths in Three and Higher Dimensions," *1998 ACM Symp. on Computational Geometry* (SoCG), 1998, 317–326. (Preliminary version of J-46.)

C-60. M.T. Goodrich and C.G. Wagner, "A Framework for Drawing Planar Graphs with Curves and Polylines," *6th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1547, Springer-Verlag, 1998, 153–166. (Preliminary version of J-40.)

C-61. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Balanced Aspect Ratio Trees and Their Use for Drawing Very Large Graphs," *6th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1547, Springer-Verlag, 1998, 111–124. (Preliminary version of J-39.)

C-62. M.T. Goodrich, M. Handy, B. Hudson, and R. Tamassia, "Abstracting Positional Information in Data Structures: Locators and Positions in JDSL," *Object-Oriented Programming, Systems, Languages & Applications (OOPSLA) '98 Technical Notes*, 1998.

C-63. M.T. Goodrich and J.G. Kloss II, "Tiered Vector: An Efficient Dynamic Array for JDSL," *Object-Oriented Programming, Systems, Languages & Applications (OOPSLA) '98 Technical Notes*, 1998.

C-64. M.T. Goodrich, M. Handy, B. Hudson, and R. Tamassia, "Accessing the Internal Organization of Data Structures in the JDSL Library," *Int. Workshop on Algorithm Engineering and Experimentation* (ALENEX), Springer-Verlag, Lecture Notes in Computer Science, Vol. 1619, 1999, 124–139.

C-65. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Balanced Aspect Ratio Trees: Combining the Benefits of $k$-D Trees and Octrees," *10th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1999, 300–309. (Preliminary version of J-41.)

C-66. R.S. Baker, M. Boilen, M.T. Goodrich, R. Tamassia, and B.A. Stibel, "Testers and Visualizers for Teaching Data Structures," *30th ACM SIGCSE Technical Symp. on Computer Science Education*, 1999, 261–265.

C-67. M.T. Goodrich and R. Tamassia, "Using Randomization in the Teaching of Data Structures and Algorithms," *30th ACM SIGCSE Technical Symp. on Computer Science Education*, 1999, 53–57. (Preliminary version of Ch-5.)

C-68. G. Barequet, C. Duncan, M.T. Goodrich, S. Kumar, M. Pop, "Efficient Perspective-Accurate Silhouette Computation," *15th ACM Symp. on Computational Geometry* (SoCG), 1999, 417–418, and the *Video Review for the 15th ACM Symp. on Computational Geometry* (SoCG).

C-69. C.C. Cheng, C.A. Duncan, M.T. Goodrich, and S.G. Kobourov, "Drawing Planar Graphs with Circular Arcs," *7th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1731, Springer-Verlag, 1999, 117–126. (Preliminary version of J-43.)

C-70. C.A. Duncan, M.T. Goodrich, and S.G. Kobourov, "Planarity-Preserving Clustering and Embedding for Large Planar Graphs," *7th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1731, Springer-Verlag, 1999, 186–196. (Preliminary version of J-48.)

C-71. M.T. Goodrich and J.G. Kloss II, "Tiered Vectors: Efficient Dynamic Arrays for Rank-Based Sequences," *1999 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 1663, Springer-Verlag, 1999, 205–216.

C-72. M.T. Goodrich, "Competitive Tree-Structured Dictionaries," *11th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2000, 494–495.

C-73. N.M. Amato, M.T. Goodrich, and E.A. Ramos, "Computing the Arrangement of Curve Segments: Divide-and-Conquer Algorithms via Sampling," *11th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2000, 705–706.

C-74. S. Bridgeman, M.T. Goodrich, S.G. Kobourov, and R. Tamassia, "PILOT: An Interactive Tool for Learning and Grading," *31st ACM SIGCSE Technical Symp. on Computer Science Education*, 2000, 139–143.

C-75. S. Bridgeman, M.T. Goodrich, S.G. Kobourov, and R. Tamassia, "SAIL: A System for Generating, Archiving, and Retrieving Specialized Assignments in LaTeX," *31st ACM SIGCSE Technical Symp. on Computer Science Education*, 2000, 300–304.

C-76. N.M. Amato, M.T. Goodrich, and E.A. Ramos, "Linear-Time Triangulation of a Simple Polygon Made Easier Via Randomization," *16th ACM Symp. on Computational Geometry* (SoCG), 2000, 201–212. {Preliminary version of J-44.}

C-77. A.L. Buchsbaum, M.T. Goodrich, and J.R. Westbrook, "Range Searching Over Tree Cross Products," *8th European Symp. on Algorithms* (ESA), Lecture Notes in Computer Science 1879, Springer-Verlag, 2000, 120–131.

C-78. C.A. Duncan, M.T. Dickerson, and M.T. Goodrich, "*k*-D Trees are Better When Cut on the Longest Side," *8th European Symp. on Algorithms* (ESA), Lecture Notes in Computer Science 1879, Springer-Verlag, 2000, 179–190.

C-79. P. Gajer, M.T. Goodrich, and S.G. Kobourov, "A Fast Multi-Dimensional Algorithm for Drawing Large Graphs," *8th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1984, Springer-Verlag, 2001, 211–221. {Preliminary version of J-52.}

C-80. G. Ateniese, B. de Medeiros, and M.T. Goodrich, "TRICERT: A Distributed Certified E-mail Scheme," *Network and Distributed Systems Security Symp.* (NDSS), 2001, 47–56.

C-81. M.T. Goodrich and R. Tamassia, "Teaching Internet Algorithmics," *32nd ACM SIGCSE Technical Symp. on Computer Science Education*, 2001, 129–133.

C-82. M. Pop, G. Barequet, C.A. Duncan, M.T. Goodrich, W. Hwang, and S. Kumar, "Efficient Perspective-Accurate Silhouette Computation and Applications," *17th ACM Symp. on Computational Geometry* (SoCG), 2001, 60–68.

C-83. M.T. Goodrich and R. Tamassia, "Implementation of an Authenticated Dictionary with Skip Lists and Commutative Hashing," *DARPA Information Survivability Conf. & Exposition II* (DISCEX), IEEE Press, 2001, 68–82.

C-84. A. Bagchi, A. Chaudhary, R. Garg, M.T. Goodrich, and V. Kumar, "Seller-Focused Algorithms for Online Auctioning," *2001 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 2125, Springer-Verlag, 2001, 135–147.

C-85. A. Anagnostopoulos, M.T. Goodrich, R. Tamassia, "Persistent Authenticated Dictionaries and Their Applications," *Information Security Conf.* (ISC), Lecture Notes in Computer Science 2200, Springer-Verlag, 2001, 379–393.

C-86. M.T. Goodrich, R. Tamassia, and J. Hasic, "An Efficient Dynamic and Distributed Cryptographic Accumulator," *5th Information Security Conf.* (ISC), Lecture Notes in Computer Science 2433, Springer-Verlag, 2002, 372–388.

C-87. A.L. Buchsbaum and M.T. Goodrich, "Three-Dimensional Layers of Maxima," *10th European Symp. on Algorithms* (ESA), Lecture Notes in Computer Science 2461, Springer-Verlag, 2002, 257–267. {Preliminary version of J-49.}

C-88. A. Bagchi, A.L. Buchsbaum, and M.T. Goodrich, "Biased Skip Lists," *13th Int. Symp. on*

14

*Algorithms and Computation* (ISAAC), Lecture Notes in Computer Science 2518, Springer-Verlag, 2002, 1–13. (Preliminary version of J-54.)

C-89. M.T. Goodrich, "Efficient Packet Marking for Large-Scale IP Traceback," *9th ACM Conf. on Computer and Communications Security* (CCS), 2002, 117–126. (Preliminary version of J-61.)

C-90. M.T. Goodrich, R. Tamassia, N. Triandopoulos, and R. Cohen, "Authenticated Data Structures for Graph and Geometric Searching," *RSA Conf.—Cryptographers' Track* (CT-RSA), Lecture Notes in Computer Science 2612, Springer-Verlag, 2003, 295–313. (Preliminary version of J-71.)

C-91. M.T. Goodrich, M. Shin, R. Tamassia, and W.H. Winsborough, "Authenticated Dictionaries for Fresh Attribute Credentials," *1st Int. Conf. on Trust Management* (iTrust), Lecture Notes in Computer Science 2692, Springer-Verlag, 2003, 332–347.

C-92. G. Barequet, M.T. Goodrich, A. Levi-Steiner, and D. Steiner, "Straight-Skeleton Based Contour Interpolation," *14th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2003, 119–127. (Preliminary version of J-51.)

C-93. G. Barequet, M.T. Goodrich, and C. Riley, "Drawing Graphs with Large Vertices and Thick Edges," *2003 Workshop and Data Structures and Algorithms* (WADS), Lecture Notes in Computer Science 2748, Springer-Verlag, 2003, 281–293. (Preliminary version of J-50.)

C-94. A. Bagchi, A. Chaudhary, M.T. Goodrich, and S. Xu, "Constructing Disjoint Paths for Secure Communication," *17th Int. Symp. on Distributed Computing* (DISC), Lecture Notes in Computer Science 2848, Springer-Verlag, 2003, 181–195.

C-95. M. Dickerson, D. Eppstein, M.T. Goodrich, J.Y. Meng, "Confluent Drawings: Visualizing Non-planar Diagrams in a Planar Way," *11th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 2912, Springer-Verlag, 2003, 1–12. (Preliminary version of J-55.)

C-96. F. Brandenberg, D. Eppstein, M.T. Goodrich, S. Kobourov, G. Liotta, P. Mutzel, "Selected Open Problems in Graph Drawing," *11th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 2912, Springer-Verlag, 2003, 515–539.

C-97. A. Bagchi, A. Chaudhary, D. Eppstein, and M.T. Goodrich, "Deterministic Sampling and Range Counting in Geometric Data Streams," *20th ACM Symp. on Computational Geometry* (SoCG), 144–151, 2004. (Preliminary version of J-58.)

C-98. M.T. Goodrich, J.Z. Sun, and R. Tamassia, "Efficient Tree-Based Revocation in Groups of Low-State Devices," *Advances in Cryptology* (CRYPTO), Springer, Lecture Notes in Computer Science 3152, 511–527, 2004.

C-99. D. Eppstein, M.T. Goodrich, and J.Y. Meng, "Confluent Layered Drawings," *12th Int. Symp. on Graph Drawing* (GD), Springer, Lecture Notes in Computer Science 3383, 184–194, 2004. (Preliminary version of J-57.)

C-100. M.J. Atallah, K.B. Frikken, M.T. Goodrich, and R. Tamassia, "Secure Biometric Authentication for Weak Computational Devices," *9th Int. Conf. on Financial Cryptography and Data Security*, Springer, Lecture Notes in Computer Science 3570, 357–371, 2005.

C-101. M.T. Goodrich, "Leap-Frog Packet Linking and Diverse Key Distributions for Improved Integrity in Network Broadcasts," *IEEE Symp. on Security and Privacy* (S&P), 196–207, 2005.

C-102. D. Eppstein, M.T. Goodrich, and J.Z. Sun, "The Skip Quadtree: A Simple Dynamic Data Structure for Multidimensional Data," *21st ACM Symp. on Computational Geometry* (SoCG), 296–305, 2005. (Preliminary version of J-60.)

C-103. M.J. Atallah, M.T. Goodrich, and R. Tamassia, "Indexing Information for Data Forensics," *3rd Applied Cryptography and Network Security Conf.* (ACNS), Lecture Notes in Computer

Science 3531, Springer, 206–221, 2005.

C-104. W. Du and M.T. Goodrich, "Searching for High-Value Rare Events with Uncheatable Grid Computing," *3rd Applied Cryptography and Network Security Conf.* (ACNS), Lecture Notes in Computer Science 3531, Springer, 122–137, 2005.

C-105. L. Arge, D. Eppstein, and M.T. Goodrich, "Skip-Webs: Efficient Distributed Data Structures for Multi-Dimensional Data Sets," *24th ACM Symp. on Principles of Distributed Computing* (PODC), 2005.

C-106. D. Eppstein, M.T. Goodrich, and D. Hirschberg, "Improved Combinatorial Group Testing for Real-World Problem Sizes," *Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 3608, Springer, 86–98, 2005. (Preliminary version of J-59.)

C-107. A. Chaudhary and M.T. Goodrich, "Balanced Aspect Ratio Trees Revisited," *Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 3608, Springer, 73–85, 2005.

C-108. M.T. Goodrich, R. Tamassia, and D. Yao, "Accredited DomainKeys: A Service Architecture for Improved Email Validation," *2nd Conf. on Email and Anti-Spam* (CEAS), 1–8, 2005.

C-109. M.T. Goodrich, G.S. Lueker, and J.Z. Sun, "C-Planarity of Extrovert Clustered Graphs," *13th Int. Symp. Graph Drawing* (GD), 211–222, 2005.

C-110. D. Eppstein, M.T. Goodrich, J.Y. Meng, "Delta-Confluent Drawings," *13th Int. Symp. Graph Drawing* (GD), 165–176, 2005.

C-111. M.T. Goodrich, M.J. Nelson, and J.Z. Sun, "The Rainbow Skip Graph: A Fault-Tolerant Constant-Degree Distributed Data Structure," *17th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 384–393, 2006.

C-112. M.T. Goodrich, M. Sirivianos, J. Solis, G. Tsudik, E. Uzun, "Loud And Clear: Human-Verifiable Authentication Based on Audio," *26th IEEE Int. Conf. on Distributed Computing Systems* (ICDCS), 1–8, 2006. (Preliminary version of J-66.)

C-113. M.T. Goodrich, R. Tamassia, and D. Yao, "Notarized Federated Identity Management for Web Services," *20th IFIP WG Working Conf. on Data and Application Security* (DBSec), Springer, Lecture Notes in Computer Science, Vol. 4127, 133–147, 2006. (Preliminary version of J-63.)

C-114. M.T. Goodrich and D.S. Hirschberg, "Efficient Parallel Algorithms for Dead Sensor Diagnosis and Multiple Access Channels," *18th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 118–127, 2006. (Preliminary version of J-62.)

C-115. Y. Cho, L. Bao, and M.T. Goodrich, "LAAC: A Location-Aware Access Control Protocol," *2006 3rd Annual Int. Conf. on Mobile and Ubiquitous Systems - Workshop on Ubiquitous Access Control* (IWUAC), 1–7, 2006.

C-116. M.B. Dillencourt, D. Eppstein, and M.T. Goodrich, "Choosing Colors for Geometric Graphs via Color Space Embeddings," *14th Int. Symp. Graph Drawing* (GD), Lecture Notes in Computer Science, Vol. 4372, Springer, 294–305, 2006.

C-117. D. Eppstein, M.T. Goodrich, and N. Sitchinava, "Guard Placement for Wireless Localization," *23rd ACM Symp. on Computational Geometry* (SoCG), 27–36, 2007.

C-118. M.T. Goodrich, C. Papamanthou, and R. Tamassia, "On the Cost of Persistence and Authentication in Skip Lists," *6th Workshop on Experimental Algorithms* (WEA), LNCS 4525, 94–107, 2007.

C-119. M.J. Atallah, M. Blanton, M.T. Goodrich, and S. Polu, "Discrepancy-Sensitive Dynamic Fractional Cascading, Dominated Maxima Searching, and 2-d Nearest Neighbors in Any Minkowski Metric," *Workshop on Algorithms and Data Structures* (WADS), LNCS,

Vol. 4619, Springer, 114–126, 2007.

C-120. D. Eppstein and M.T. Goodrich, "Space-Efficient Straggler Identification in Round-Trip Data Streams via Newton's Identities and Invertible Bloom Filters," *Workshop on Algorithms and Data Structures* (WADS), LNCS, Vol. 4619, Springer, 2007, 638–649. (Preliminary version of J-72.)

C-121. M.T. Goodrich and J.Z. Sun, "Checking Value-Sensitive Data Structures in Sublinear Space," *18th Int. Symp. on Algorithms and Computation* (ISAAC), LNCS, vol. 4835, Springer, 2007, 353–364.

C-122. M.T. Goodrich, R. Tamassia, and N. Triandopoulos, "Super-Efficient Verification of Dynamic Outsourced Databases," *RSA Conf.—Cryptographers' Track* (CT-RSA), LNCS, vol. 4964, Springer, 2008, 407–424.

C-123. D. Eppstein, M.T. Goodrich, E. Kim, and R. Tamstorf, "Approximate Topological Matching of Quadrilateral Meshes," *IEEE Int. Conf. on Shape Modeling and Applications* (SMI), 2008, 83–92. (Preliminary version of J-68.)

C-124. G. Barequet, D. Eppstein, M.T. Goodrich, and A. Waxman, "Straight Skeletons of Three-Dimensional Polyhedra," *16th European Symp. on Algorithms* (ESA), LNCS, vol. 5193, 2008, 148–160.

C-125. M.T. Goodrich, C. Papamanthou, R. Tamassia, and N. Triandopoulos, "Athos: Efficient Authentication of Outsourced File Systems," *11th Information Security Conf.* (ISC), LNCS, vol. 5222, 2008, 80–96.

C-126. L. Arge, M.T. Goodrich, M. Nelson, and N. Sitchinava, "Fundamental Parallel Algorithms for Private-Cache Chip Multiprocessors," *20th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2008, 197–206.

C-127. D. Eppstein and M.T. Goodrich, "Succinct Greedy Graph Drawing in the Hyperbolic Plane," *16th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 5417, Springer, 2008, 14–25. (Preliminary version of J-69.)

C-128. D. Eppstein and M.T. Goodrich, "Studying (Non-Planar) Road Networks Through an Algorithmic Lens," *16th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2008, 125–134. **Best Paper Award**.

C-129. M. Dickerson and M.T. Goodrich, "Two-Site Voronoi Diagrams in Geographic Networks," *16th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2008, 439–442.

C-130. D. Eppstein, M.T. Goodrich, and D. Strash, "Linear-Time Algorithms for Geometric Graphs with Sublinearly Many Crossings," *20th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2009, 150–159. (Preliminary version of J-70.)

C-131. M.T. Goodrich, "The Mastermind Attack on Genomic Data," *30th IEEE Symp. on Security and Privacy* (S&P), 2009, 204–218. (Preliminary version of J-80.)

C-132. W. Du, D. Eppstein, M.T. Goodrich, and G.S. Lueker, "On the Approximability of Geometric and Geographic Generalization and the Min-Max Bin Covering Problem," *Algorithms and Data Structures Symp.* (WADS), LNCS, vol. 5664, Springer, 2009, 242–253.

C-133. M.T. Goodrich, R. Tamassia, and N. Triandopoulos, J.Z. Sun, "Reliable Resource Searching in P2P Networks," *5th Int. ICST Conf. on Security and Privacy in Communication Networks* (SecureComm), Lecture Notes of ICST, vol. 19, Springer, 2009, 437–447.

C-134. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Planar Drawings of Higher-Genus Graphs," *17th Int. Symp. on Graph Drawing* (GD), LNCS, Springer, vol. 5849, 2009, 45–56. (Preliminary version of J-73.)

C-135. D. Eppstein, M.T. Goodrich, L. Trott, "Going Off-road: Transversal Complexity in Road Networks," *17th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2009, 23–32.

C-136. M.T. Goodrich and Darren Strash, "Succinct Greedy Geometric Routing in the Euclidean Plane," *20th Int. Symp. on Algorithms and Computation* (ISAAC), LNCS, vol. 5878, Springer, 2009, 781–791.

C-137. M.T. Goodrich, "Randomized Shellsort: A Simple Oblivious Sorting Algorithm," *21st ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2010, 1262–1277. (Preliminary version of J-75.)

C-138. L. Arge, M.T. Goodrich, and N. Sitchinava, "Parallel External Memory Graph Algorithms," *24th IEEE Int. Parallel & Distributed Processing Symp.* (IPDPS), 2010, 1–11.

C-139. G. Wang, T. Luo, M.T. Goodrich, W. Du, and Z. Zhu, "Bureaucratic Protocols for Secure Two-Party Sorting, Selection, and Permuting," *5th ACM Symp. on Information, Computer and Communications Security*, 2010, 226–237.

C-140. M.T. Dickerson, M.T. Goodrich, and T.D. Dickerson, "Round-Trip Voronoi Diagrams and Doubling Density in Geographic Networks," *7th Int. Symp. on Voronoi Diagrams in Science and Engineering* (ISVD), IEEE Press, 132–141, 2010. (Preliminary version of J-74.)

C-141. M.T. Dickerson, D. Eppstein, and M.T. Goodrich, "Cloning Voronoi Diagrams via Retroactive Data Structures," *18th European Symp. on Algorithms* (ESA), LNCS, vol. 6346, 2010, 362–373.

C-142. C.A. Duncan, D. Eppstein, M.T. Goodrich, S. Kobourov, and M. Nöllenburg, "Lombardi Drawings of Graphs," *18th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 6502, 2010, 195–207. (Preliminary version of J-76.)

C-143. E. Wolf-Chambers, D. Eppstein, M.T. Goodrich, and M. Löffler, "Drawing Graphs in the Plane with a Prescribed Outer Face and Polynomial Area," *18th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 6502, 2010, 129–140. (Preliminary version of J-77.)

C-144. C.A. Duncan, D. Eppstein, M.T. Goodrich, S. Kobourov, and M. Nöllenburg, "Drawing Trees with Perfect Angular Resolution and Polynomial Area," *18th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 6502, 2010, 183–194. (Preliminary version of J-82.)

C-145. A.U. Asuncion and M.T. Goodrich, "Turning Privacy Leaks into Floods: Surreptitious Discovery of Social Network Friendships and Other Sensitive Binary Attribute Vectors," *Workshop on Privacy in the Electronic Society* (WPES), held in conjunction with the 17th ACM Conf. on Computer and Communications Security (CCS), 2010, 21–30. (Preliminary version of J-81.)

C-146. D. Eppstein, M.T. Goodrich, D. Strash, and L. Trott, "Extended Dynamic Subgraph Statistics Using h-Index Parameterized Data Structures," *4th Annual Int. Conf. on Combinatorial Optimization and Applications* (COCOA), LNCS, vol. 6508, 2010, 128–141. (Preliminary version of J-79.)

C-147. M.T. Goodrich and D. Strash, "Priority Range Trees," *21st Int. Symp. on Algorithms and Computation* (ISAAC), LNCS, vol. 6506, 2010, 97–108.

C-148. D. Eppstein, M.T. Goodrich, R. Tamassia, "Privacy-Preserving Data-Oblivious Geometric Algorithms for Geographic Data," *18th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2010, 13–22.

C-149. M.T. Goodrich, "Spin-the-bottle Sort and Annealing Sort: Oblivious Sorting via Round-robin Random Comparisons," *8th Workshop on Analytic Algorithmics and Combinatorics* (ANALCO), in conjunction with the ACM-SIAM Symp. on Discrete Algorithms (SODA),

2011. (Preliminary version of J-85.)

C-150. M.T. Goodrich and F. Kerschbaum, "Privacy-Enhanced Reputation-Feedback Methods to Reduce Feedback Extortion in Online Auctions," *ACM Conf. on Data and Application Security and Privacy (CODASPY)*, 2011, 273–282.

C-151. M.T. Goodrich, "Data-Oblivious External-Memory Algorithms for the Compaction, Selection, and Sorting of Outsourced Data," *23rd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2011, 379–388.

C-152. M.T. Goodrich and M. Mitzenmacher, "Large-Scale Multimaps," *23rd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2011, 259–260.

C-153. D. Eppstein, M.T. Goodrich, F. Uyeda, and G. Varghese, "What's the Difference? Efficient Set Synchronization without Prior Context," *SIGCOMM* 218–229, 2011.

C-154. D. Eppstein, M.T. Goodrich, and M. Löffler, "Tracking Moving Objects with Few Handovers," *Algorithms and Data Structures Symp.* (WADS), 362–373, LNCS, vol. 6844, 2011.

C-155. M.T. Goodrich and M. Mitzenmacher, "Privacy-Preserving Access of Outsourced Data via Oblivious RAM Simulation," *38th Int. Colloquium on Automata, Languages and Programming (ICALP)*, LNCS, vol. 6756, 2011, 576–587.

C-156. M.T. Goodrich and P. Pszona, "External-Memory Network Analysis Algorithms for Naturally Sparse Graphs," *European Symp. on Algorithms (ESA)*, LNCS, vol. 6942, 664–676, 2011.

C-157. C. Duncan, D. Eppstein, M.T. Goodrich, S.G. Kobourov and M. Löffler, "Planar and Poly-Arc Lombardi Drawings," *Int. Symp. Graph Drawing (GD)*, LNCS, vol. 7034, 308–319, 2011. (Preliminary version of J-87.)

C-158. R. Chernobelskiy, K. Cunningham, M.T. Goodrich, S.G. Kobourov and L. Trott, "Force-Directed Lombardi-Style Graph Drawing," *Int. Symp. Graph Drawing (GD)*, LNCS, vol. 7034, 320–331, 2011.

C-159. M.T. Goodrich and M. Mitzenmacher, "Invertible Bloom Lookup Tables," *49th Allerton Conf. on Communication, Control, and Computing*, IEEE Press, **invited paper**, 2011.

C-160. M.T. Goodrich, M. Mitzenmacher, O. Ohrimenko, and R. Tamassia, "Oblivious RAM Simulation with Efficient Worst-Case Access Overhead," *ACM Cloud Computing Security Workshop (CCSW)*, in conjunction with the 17th ACM Conf. on Computer and Communications Security (CCS), 95–100, 2011.

C-161. M.T. Goodrich and J.A. Simons, "Fully Retroactive Approximate Range and Nearest Neighbor Searching," *22nd Int. Symp. on Algorithms and Computation (ISAAC)*, Springer, LNCS, vol. 7074, 292–301, 2011.

C-162. E. Angelino, M.T. Goodrich, M. Mitzenmacher and J. Thaler, "External Memory Multimaps," *22nd Int. Symp. on Algorithms and Computation (ISAAC)*, Springer, LNCS, vol. 7074, 384–394, 2011. (Preliminary version of J-83.)

C-163. M.T. Goodrich, N. Sitchinava, and Q. Zhang, "Sorting, Searching, and Simulation in the MapReduce Framework," *22nd Int. Symp. on Algorithms and Computation (ISAAC)*, Springer, LNCS, vol. 7074, 374–383, 2011.

C-164. D. Eppstein, M.T. Goodrich, M. Löffler, D. Strash and L. Trott, "Category-Based Routing in Social Networks: Membership Dimension and the Small-World Phenomenon," *IEEE Int. Conf. on Computational Aspects of Social Networks* (CASoN), 102–107, 2011. (Preliminary version of J-84.)

C-165. M.T. Goodrich, O. Ohrimenko, M. Mitzenmacher, and R. Tamassia, "Privacy-Preserving

Group Data Access via Stateless Oblivious RAM Simulation," *23rd ACM-SIAM Symp. on Discrete Algorithms* (SODA), 157–167, 2012.

C-166. M.T. Goodrich, O. Ohrimenko, M. Mitzenmacher, and R. Tamassia, "Practical Oblivious Storage," *2nd ACM Conf. on Data and Application Security and Privacy* (CODASPY), 13–24, 2012.

C-167. M.T. Goodrich and M. Mitzenmacher, "Anonymous Card Shuffling and its Applications to Parallel Mixnets," *39th Int. Colloquium on Automata, Languages and Programming* (ICALP), Springer, LNCS, vol. 6756, 576–587, 2012.

C-168. M.T. Goodrich, O. Ohrimenko, and R. Tamassia, "Graph Drawing in the Cloud: Privately Visualizing Relational Data using Small Working Storage," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 43–54, 2012.

C-169. F.J. Brandenburg, D. Eppstein, A. Gleissner, M.T. Goodrich, K. Hanauer, and J. Reislhuber, "On the Density of Maximal 1-Planar Graphs," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 327–338, 2012.

C-170. M.J. Bannister, D. Eppstein, M.T. Goodrich, and L. Trott, "Force-Directed Graph Drawing Using Social Gravity and Scaling," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 414–425, 2012.

C-171. M.T. Goodrich and J.A. Simons, "More Graph Drawing in the Cloud: Data-Oblivious st-Numbering, Visibility Representations, and Orthogonal Drawing of Biconnected Planar Graphs," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 569–570, 2012.

C-172. M.T. Goodrich, D.S. Hirschberg, M. Mitzenmacher, and J. Thaler, "Cache-Oblivious Dictionaries and Multimaps with Negligible Failure Probability," *Mediterranean Conf. on Algorithms* (MedAlg), Springer, LNCS, vol. 7659, 203–218, 2012.

C-173. D. Eppstein, M.T. Goodrich, and D.S. Hirschberg, "Combinatorial Pair Testing: Distinguishing Workers from Slackers," *Algorithms and Data Structures Symp.* (WADS), Springer, LNCS, vol. 8037, 316–327, 2013.

C-174. D. Eppstein, M.T. Goodrich, and J.A. Simons, "Set-Difference Range Queries," *25th Canadian Conf. on Computational Geometry* (CCCG), 2013, http://www.cccg.ca/proceedings/2013/.

C-175. M.T. Goodrich and P. Pszona, "Cole's Parametric Search Technique Made Practical," *25th Canadian Conf. on Computational Geometry* (CCCG), 2013, http://www.cccg.ca/proceedings/2013/.

C-176. L. Arge, M.T. Goodrich, F. van Walderveen, "Computing Betweenness Centrality in External Memory," *IEEE Int. Conf. on Big Data* (BigData), 368–375, 2013.

C-177. M.T. Goodrich and P. Pszona, "Achieving Good Angular Resolution in 3D Arc Diagrams," *21st Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8242, 161–172, 2013.

C-178. M.T. Goodrich and P. Pszona, "Streamed Graph Drawing and the File Maintenance Problem," *21st Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8242, 256–267, 2013.

C-179. M.T. Goodrich, "Zig-zag Sort: A Simple Deterministic Data-Oblivious Sorting Algorithm Running in $O(n \log n)$ Time," *46th ACM Symp. on Theory of Computing* (STOC), 684–693, 2014.

C-180. D. Eppstein, M.T. Goodrich, M. Mitzenmacher, and P. Pszona, "Wear Minimization for Cuckoo Hashing: How Not to Throw a Lot of Eggs into One Basket," *Symp. on Experimental Algorithms* (SEA), Springer, LNCS, vol. 8504, 162–173, 2014.

C-181. O. Ohrimenko, M.T. Goodrich, and R. Tamassia, an E. Upfal, "The Melbourne Shuffle:

Improving Oblivious Storage in the Cloud," *41st Int. Colloq. on Automata, Languages, and Programming* (ICALP), Springer, LNCS, vol. 8573, 556–567, 2014.

C-182. M.J. Bannister, W.E. Devanny, M.T. Goodrich, J.A. Simons, and Lowell Trott, "Windows into Geometric Events: Data Structures for Time-Windowed Querying of Temporal Point Sets," *26th Canadian Conf. on Computational Geometry* (CCCG), 2014.

C-183. M.J. Bannister, W.E. Devanny, D. Eppstein and M.T. Goodrich, "The Galois Complexity of Graph Drawing: Why Numerical Solutions are Ubiquitous for Force-Directed, Spectral, and Circle Packing Drawings," *22nd Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8871, 149–161, 2014. (Preliminary version of J-86.)

C-184. M.J. Alam, D. Eppstein, M.T. Goodrich, S. Kobourov and S. Pupyrev, "Balanced Circle Packings for Planar Graphs," *22nd Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8871, 125–136, 2014.

C-185. M. Bannister, M.T. Goodrich, and P. Sampson, "Force-Directed 3D Arc Diagrams," *22nd Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8871, 521–522, 2014.

C-186. M.T. Goodrich and P. Pszona, "Two-Phase Bicriterion Search for Finding Fast and Efficient Electric Vehicle Routes," *22nd ACM SIGSPATIAL Int. Conf. on Adv. Geographic Information Systems* (GIS), 193–202, 2014.

C-187. M.T. Goodrich and J. Simons, "Data-Oblivious Graph Algorithms in Outsourced External Memory," *8th Int. Conf. on Combinatorial Optimization and Applications* (COCOA), LNCS, Vol. 8881, 241–257, 2014.

C-188. M.T. Goodrich, T. Johnson, M. Torres, "Knuthian Drawings of Series-Parallel Flowcharts," *23rd Int. Symp. on Graph Drawing and Network Visualization* (GD), Springer, LNCS, vol. 9411, 556–557, 2015. (See also http://arxiv.org/abs/1508.03931.)

C-189. M.T. Goodrich and A. Eldawy, "Parallel Algorithms for Summing Floating-Point Numbers," *28th ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 13–22, 2016.

C-190. W.E. Devanny, M.T. Goodrich, and K. Jetviroj, "Parallel Equivalence Class Sorting: Algorithms, Lower Bounds, and Distribution-Based Analysis," *28th ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 265–274, 2016.

C-191. D. Eppstein, M.T. Goodrich, J. Lam, N. Mamano, M. Mitzenmacher, and M. Torres, "Models and Algorithms for Graph Watermarking," *19th Information Security Conf.* (ISC), 283–301, 2016. **Best Student Paper Award**.

C-192. E. Ghosh, M.T. Goodrich, O. Ohrimenko, R. Tamassia, "Verifiable Zero-Knowledge Order Queries and Updates for Fully Dynamic Lists and Trees," *10th Conf. on Security and Cryptography for Networks* (SCN), 216–236, 2016.

C-193. M.T. Goodrich, E. Kornaropoulos, M. Mitzenmacher, R. Tamassia, "More Practical and Secure History-Independent Hash Tables," *21st European Symp. on Research in Computer Security* (ESORICS), 20-38, 2016.

C-194. J.J. Besa Vial, W.E. Devanny, D. Eppstein, and M.T. Goodrich, "Scheduling Autonomous Vehicle Platoons Through an Unregulated Intersection," *2016 Workshop on Algorithmic Approaches for Transportation Modeling, Optimization, and Systems* (ATMOS), 5:1–5:14.

C-195. M.J. Alam, M.B. Dillencourt, and M.T. Goodrich, "Capturing Lombardi Flow in Orthogonal Drawings by Minimizing the Number of Segments," *24th Int. Symp. on Graph Drawing and Network Visualization* (GD), LNCS, Vol. 9801, 608–610, 2016.

C-196. M.J. Alam, M.T. Goodrich, and T. Johnson, "Sibling-First Recursive Graph Drawing for Java Bytecode," *24th Int. Symp. on Graph Drawing and Network Visualization* (GD), LNCS, Vol. 9801, 611–612, 2016.

C-197. M.T. Goodrich, S. Gupta, and M. Torres, "A Topological Algorithm for Determining How Road Networks Evolve Over Time," *24th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 31:1–31:10, 2016.

C-198. M.J. Alam, M.T. Goodrich, and T. Johnson, "J-Viz: Finding Algorithmic Complexity Attacks via Graph Visualization of Java Bytecode," *13th IEEE Symp. on Visualization for Cyber Security* (VizSec), 1–8, 2016.

C-199. M.T. Goodrich, E. Kornaropoulos, M. Mitzenmacher, and R. Tamassia, "Auditable Data Structures," *2nd IEEE European Symp. on Security and Privacy* (EuroS&P), 285–300, 2017.

C-200. D. Eppstein, M.T. Goodrich, M. Mitzenmacher, and M. Torres, "2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," *36th ACM SIGMOD-SIGACT-SIGART Symposium on Principles of Database Systems* (PODS), 247–260, 2017.

C-201. D. Eppstein, M.T. Goodrich, and N. Mamano, "Algorithms for Stable Matching and Clustering in a Grid," *18th International Workshop on Combinatorial Image Analysis* (IWCIA), 117–131, 2017.

C-202. G. Ateniese, M.T. Goodrich, V. Lekakis, C. Papamanthou, E. Paraskevas, and R. Tamassia, "Accountable Storage," *15th International Conference on Applied Cryptography and Network Security* (ACNS), 623–644, 2017.

C-203. D. Eppstein and M.T. Goodrich, "Using Multi-Level Parallelism and 2-3 Cuckoo Filters for Faster Set Intersection Queries and Sparse Boolean Matrix Multiplication," *29th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 137–139, 2017.

C-204. W.E. Devanny, J. Fineman, M.T. Goodrich, and T. Kopelowitz, "The Online House Numbering Problem: Min-Max Online List Labeling," *25th European Symposium on Algorithms* (ESA), 33:1–33:15, 2017.

C-205. M.T. Goodrich, "Answering Spatial Multiple-Set Intersection Queries Using 2-3 Cuckoo Hash-Filters," *25th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 65:1–65:4, 2017.

C-206. D. Eppstein, M.T. Goodrich, D. Korkmaz, and N. Mamano, "Defining Equitable Geographic Districts in Road Networks via Stable Matching," *25th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 52:1–52:4, 2017.

C-207. M.T. Goodrich, "BIOS ORAM: Improved Privacy-Preserving Data Access for Parameterized Outsourced Storage," *ACM Workshop on Privacy in the Electronic Society* (WPES), 41–50, 2017.

C-208. J.J. Besa Vial, W.E. Devanny, D. Eppstein, M.T. Goodrich, and T. Johnson, "Quadratic Time Algorithms Appear to be Optimal for Sorting Evolving Data," *Algorithm Engineering & Experiments* (ALENEX), 87–96, 2018.

C-209. D. Eppstein, M.T. Goodrich, N. Mamano, "Reactive Proximity Data Structures for Graphs," *13th Latin American Theoretical Informatics Symposium* (LATIN), LNCS, Vol. 10807, Springer, 777–789, 2018.

C-210. M.T. Goodrich, "Isogrammic-Fusion ORAM: Improved Statistically Secure Privacy-Preserving Cloud Data Access for Thin Clients," *13th ACM ASIA Conf. on Information, Computer and Communications Security* (ASIACCS), 699–706, 2018.

C-211. J.J. Besa Vial, W.E. Devanny, D. Eppstein, M.T. Goodrich, and T. Johnson, "Optimally Sorting Evolving Data," *45th Int. Colloq. on Automata, Languages, and Programming* (ICALP), 81:1–81:13, 2018.

C-212. G. Barequet, D. Eppstein, M.T. Goodrich, and N. Mamano, "Stable-Matching Voronoi Diagrams: Combinatorial Complexity and Algorithms," *45th Int. Colloq. on Automata,*

*Languages, and Programming* (ICALP), 89:1–89:14, 2018.

C-213. G. Da Lozzo, D. Eppstein, M.T. Goodrich, and S. Gupta, "Subexponential-Time and FPT Algorithms for Embedded Flat Clustered Planarity," *44th Int. Workshop on Graph-Theoretic Concepts in Computer Science* (WG), 111–124, 2018.

C-214. G. Barequet, M. De, and M.T. Goodrich, "Computing Convex-Straight-Skeleton Voronoi Diagrams for Segments and Convex Polygons," *24th International Computing and Combinatorics Conference* (COCOON), 130–142, 2018. (Preliminary version of J-90.)

C-215. M.T. Goodrich and T. Johnson, "Low Ply Drawings of Trees and 2-Trees," *30th Canadian Conference on Computational Geometry* (CCCG), 1–9, 2018.

C-216. D. Eppstein, M.T. Goodrich, J. Jorgensen, and M.R. Torres, "Geometric Fingerprint Recognition via Oriented Point-Set Pattern Matching," *30th Canadian Conference on Computational Geometry* (CCCG), 1–16, 2018.

C-217. G. Da Lozzo, D. Eppstein, M.T. Goodrich, and S. Gupta, "C-Planarity Testing of Embedded Clustered Graphs with Bounded Dual Carving-Width," *14th Int. Symp. on Parameterized and Exact Computation* (IPEC), LIPIcs, vol. 148, 9:1–9:17, 2019. **Best Paper Award**.

C-218. J.J. Besa, G. Da Lozzo, and M.T. Goodrich, "Computing k-Modal Embeddings of Planar Digraphs," *European Symposium on Algorithms* (ESA), 19:1–19:16, 2019.

C-219. N. Mamano, A. Efrat, D. Eppstein, D. Frishberg, M.T. Goodrich, S. Kobourov, P. Matias, and V. Polishchuk, "New Applications of Nearest-Neighbor Chains: Euclidean TSP and Motorcycle Graphs," *30th Int. Symp. on Algorithms and Computation* (ISAAC), 51:1–51:21, 2019.

C-220. D. Eppstein, M.T. Goodrich, J.A. Liu, and P.A. Matias, "Tracking Paths in Planar Graphs," *30th Int. Symp. on Algorithms and Computation* (ISAAC), 54:1–54:17, 2019.

C-221. J.J. Besa, M.T. Goodrich, T. Johnson, and M.C. Osegueda, "Minimum-Width Drawings of Phylogenetic Trees," *13th Int. Conf. on Combinatorial Optimization and Applications* (COCOA), LNCS, vol. 11949, 39–55, 2019.

C-222. M.T. Goodrich, Z.M. Liang, and S. Zhao, "Inverse-Rendering Based Analysis of the Fine Illumination Effects in the Salvator Mundi," *ACM SIGGRAPH Art Papers Program, 47th International Conference and Exhibition on Computer Graphics and Interactive Techniques*, 2020.

C-223. R. Afshar, M.T. Goodrich, P. Matias, and M.C. Osegueda, "Reconstructing Binary Trees in Parallel," *32nd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 491–492, 2020.

C-224. R. Afshar, M.T. Goodrich, P. Matias, and M.C. Osegueda, "Reconstructing Biological and Digital Phylogenetic Trees in Parallel," *European Symposium on Algorithms* (ESA), 3:1–3:24, 2020.

C-225. R. Afshar, A. Amir, M.T. Goodrich, and P. Matias, "Adaptive Exact Learning in a Mixed-Up World: Dealing with Periodicity, Errors, and Jumbled-Index Queries in String Reconstruction," *27th International Symposium on String Processing and Information Retrieval* (SPIRE), 155–174, 2020.

C-226. M.T. Goodrich, R. Jacob, N. Sitchinava, "Atomic Power in Forks: A Super-Logarithmic Lower Bound for Implementing Butterfly Networks in the Nonatomic Binary Fork-Join Model," *ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2141–2153, 2021.

C-227. R. Afshar, M.T. Goodrich, P. Matias, and M.C. Osegueda, "Parallel Network Mapping Algorithms," *33rd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 410–413, 2021.

C-228. M.T. Goodrich, S. Gupta, H. Khodabandeh, and P. Matias, "How to Catch Marathon Cheaters: New Approximation Algorithms for Tracking Paths," *17th Algorithms and Data Structures Symposium* (WADS), 442–456, 2021.

C-229. R. Afshar, M.T. Goodrich, P. Matias, and M.C. Osegueda, "Mapping Networks via Parallel kth-Hop Traceroute Queries," *39th Int. Symp. on Theoretical Aspects of Computer Science* (STACS), LIPIcs, Vol. 219, 4:1–4:21, 2022.

C-230. R. Afshar, M.T. Goodrich, and E. Ozel, "Efficient Exact Learning Algorithms for Road Networks and Other Graphs with Bounded Clustering Degrees," *20th Int. Symp. on Experimental Algorithms* (SEA), 9:1–9:18, 2022.

C-231. G. Barequet, S. Fukuzawa, M.T. Goodrich, D. Mount, M. Osegueda, and E. Ozel, "Diamonds are Forever in the Blockchain: Geometric Polyhedral Point-Set Pattern Matching," *34th Canadian Conf. on Computational Geometry* (CCCG), 2022.

C-232. R. Afshar and M.T. Goodrich, "Exact Learning of Multitrees and Almost-Trees Using Path Queries," *15th Latin American Theoretical Informatics Symposium* (LATIN), 2022.

**Other Publications:**

O-1. M.T. Goodrich, "Guest Editor's Introduction," *International Journal of Computational Geometry & Applications*, **2**(2), 1992, 113–116.

O-2. M.T. Goodrich, "Parallel Algorithms Column 1: Models of Computation," *SIGACT News*, **24**(4), 1993, 16–21.

O-3. M.T. Goodrich, V. Mirelli, M. Orletsky, and J. Salowe, "Decision tree construction in fixed dimensions: Being global is hard but local greed is good," Technical Report TR-95-1, Johns Hopkins University, Department of Computer Science, Baltimore, MD 21218, May 1995.

O-4. R. Tamassia, P.K. Agarwal, N. Amato, D.Z. Chen, D. Dobkin, R.L.S. Drysdale, S. Fortune, M.T. Goodrich, J. Hershberger, J. O'Rourke, F.P. Preparata, J.-R. Sack, S. Suri, I.G. Tollis, J.S. Vitter, and S. Whitesides, "Strategic Directions in Computational Geometry Working Group Report," *ACM Computing Surveys*, **28A**(4), December 1996.

O-5. G.A. Gibson, J.S. Vitter, and J. Wilkes, A. Choudhary, P. Corbett, T.H. Cormen, C.S. Ellis, M.T. Goodrich, P. Highnam, D. Kotz, K. Li, R. Muntz, J. Pasquale, M. Satyanarayanan, D.E. Vengroff, "Report of the Working Group on Storage I/O Issues in Large-Scale Computing," *ACM Computing Surveys*, **28A**(4), December 1996.

O-6. T.H. Cormen and M.T. Goodrich, "A Bridging Model for Parallel Computation, Communication, and I/O," *ACM Computing Surveys*, **28A**(4), December 1996.

O-7. M.T. Goodrich, "Computer Science Issues in the National Virtual Observatory," in *Virtual Observatories of the Future*, ASP Conf. Series, vol. 225, R.J. Brunner, S.G. Djorgovski, and A.S. Szalay, eds., 329–332, 2001.

O-8. M.T. Dickerson and M.T. Goodrich, "Matching Points to a Convex Polygonal Boundary," Proceedings of the 13th Canadian Conf. on Computational Geometry (CCCG'01), 89–92, 2001.

O-9. M.T. Goodrich, "Guest Editor's Foreword," *Algorithmica*, **33**(3), 271, 2002.

O-10. M.T. Goodrich, M. Shin, C.D. Straub, and R. Tamassia, "Distributed Data Authentication (System Demonstration)," *DARPA Information Survivability Conf. and Exposition*, IEEE Press, Volume 2, 58–59, 2003.

O-11. M.T. Goodrich and R. Tamassia, "Efficient and Scalable Infrastructure Support for Dynamic Coalitions," *DARPA Information Survivability Conf. and Exposition*, IEEE Press, Volume 2, 246–251, 2003.

O-12. E. Ghosh, M.T. Goodrich, O. Ohrimenko, and R. Tamassia, "Poster: Zero-Knowledge Authenticated Order Queries and Applications," *IEEE Symp. on Security and Privacy*, 2015. (See also https://eprint.iacr.org/2015/283.)

O-13. F. Bayatbabolghani, M. Blanton, M. Aliasgari, and M.T. Goodrich, "Poster: Secure Computations of Trigonometric and Inverse Trigonometric Functions," *IEEE Symposium on Security and Privacy*, 2017.

## PROFESSIONAL SERVICE

*Guest Editor:*

> *Int. Journal of Computational Geometry & Applications*, **2**(2), 1992
> *Journal of Computer & System Sciences*, **52**(1), 1996
> *Computational Geometry: Theory and Applications*, **12(1–2)**, 1999.
> *Algorithmica*, **33**(3), 2002.

*Editorial Board Membership:*

> *Computational Geometry: Theory and Applications*, 2006–2015
> *Journal of Computer & System Sciences*, 1994–2011
> *Journal of Graph Algorithms and Applications*, 1996–2011
> *Int. Journal of Computational Geometry & Applications*, 1993–2010
> *Information Processing Letters*, 1995–1997

*Journal Advisory Board Membership:*

> *Int. Journal of Computational Geometry & Applications*, 2010–
> *Journal of Graph Algorithms and Applications*, 2011–

*Program Committee Service:*

> 7th ACM Symp. on Computational Geometry (SoCG), 1991
> 1991 Workshop on Algorithms and Data Structures (WADS)
> 8th ACM Symp. on Computational Geometry (SoCG), 1992
> 25th ACM Symp. on Theory of Computing (STOC), 1993
> *Chair*, 26th ACM Symp. on Theory of Computing (STOC), 1994
> 11th ACM Symp. on Computational Geometry (SoCG), 1995
> DAGS '95 Conf. on Electronic Publishing and the Information Superhighway
> 1996 SIAM Discrete Mathematics Conference
> 1997 Workshop on Algorithms and Data Structures (WADS)
> International Symp. on Graph Drawing (GD), 1997
> 1999 Workshop on Algorithms and Data Structures (WADS)
> *Co-chair*, Workshop on Algorithm Engineering and Experimentation (ALENEX), 1999
> International Symp. on Graph Drawing (GD), 2000
> 2000 Workshop on Algorithm Engineering (WAE)
> 41st IEEE Symp. on Foundations of Computer Science (FOCS), 2000
> 2001 Workshop on Algorithms and Data Structures (WADS)
> International Symp. on Graph Drawing (GD), 2001
> Workshop on Algorithm Engineering and Experimentation (ALENEX), 2002
> 18th ACM Symp. on Computational Geometry (SoCG), 2002
> 13th ACM-SIAM Symp. on Discrete Algorithms (SODA), 2002
> *Co-Chair*, Graph Drawing 2002
> International Symp. on Graph Drawing (GD), 2003
> 16th ACM-SIAM Symp. on Discrete Algorithms (SODA), 2005
> 32nd Int. Colloq. on Automata, Languages and Programming (ICALP), 2005

12th Int. Computing and Combinatories Conference (COCOON), 2006
13th ACM Conf. on Computer and Communication Security (CCS), 2006
15th European Symp. on Algorithms (ESA), 2007
5th International Conference on Applied Cryptography and Network Security (ACNS), 2007
21st IEEE International Parallel & Distributed Processing Symp. (IPDPS), 2007
19th ACM Symp. on Parallelism in Algorithms and Architectures (SPAA), 2007
5th Workshop on Algorithms and Models for the Web-Graph (WAW), 2007
7th International Workshop on Experimental Algorithms (WEA), 2008
Second International Frontiers of Algorithmics Workshop (FAW), 2008
16th ACM SIGSPATIAL Int. Symp. on Adv. in Geographic Information Systems (GIS), 2008
17th ACM SIGSPATIAL Int. Symp. on Adv. in Geographic Information Systems (GIS), 2009
31st IEEE Symp. on Security and Privacy (S&P), 2010
18th Int. Symp. on Graph Drawing (GD), 2010
2011 Workshop on Analytic Algorithmics and Combinatorics (ANALCO)
8th Workshop on Algorithms and Models for the Web Graph (WAW), 2011
19th International Symp. on Graph Drawing (GD), 2011
24th ACM Symp. on Parallelism in Algorithms and Architectures (SPAA), 2012
20th European Symp. on Algorithms (ESA), 2012
2013 IEEE Int. Conf. on Big Data (BigData), 2013
30th IEEE Int. Conf. on Data Engineering (ICDE), 2014
21st ACM Conf. on Computer and Communication Security (CCS), 2014
Symp. on Algorithms and Data Structures (WADS), 2015
ACM Cloud Computing Security Workshop (CCSW), 2015
International Symp. on Graph Drawing (GD), 2015
*co-chair*, 2016 Workshop on Algorithm Engineering and Experiments (ALENEX)
2016 Workshop on Massive Data Algorithmics (MASSIVE)
2016 Int. Symp. on Algorithms and Computation (ISAAC)
29th ACM Symp. on Parallelism in Algorithms and Architectures (SPAA), 2017
25th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems (GIS), 2017
26th European Symp. on Algorithms (ESA), 2018
26th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems (GIS), 2018
2nd Symp. on Simplicity in Algorithms (SOSA), 2019
1st ACM SIGSPATIAL Int. Workshop on Spatial Gems, 2019
2021 SIAM Symp. on Applied Computational & Discrete Algorithms (ACDA)
2023 SIAM Symp. on Algorithm Engineering and Experimentation (ALENEX)

*Conference/Workshop Committee Service:*

Conference chair, 12th ACM Symposium on Computational Geometry, 1996
Organizer, 1st CGC Workshop on Computational Geometry, 1996
Co-chair, 1999 Dagstuhl Workshop on Computational Geometry, 1999
Conference chair, Graph Drawing, 2002
Co-organizer, Hawaiian Workshop on Parallel Algorithms, 2017, 2019

*Steering Committee and Executive Committee Service:*

Member at large, ACM SIG on Algorithms & Comp. Theory (SIGACT) Exec. Comm., 1993–97
Member, Exec. comm. for 1996 Federated Computing Research Conference (FCRC)
co-Founder and member, Steering Comm. for Workshop on Algorithm Engineering
    and Experimentation (ALENEX), 1999–2017 (chair, 2014–16)
co-Chair, Steering Comm. for ACM Symposium on Computational Geometry, 1999–2001
Member, Steering Comm. for Graph Drawing Conference, 2000–03, 2014–16
Conference Chair, ACM SIG on Algorithms & Comp. Theory (SIGACT), 2005–09

*Center and Institute Affiliations:*

Algorithms, Combinatorics and Optimization Center, UCI
Center for Algorithms and Theory of Computation, UCI
Center for Embedded and Cyber-physical Systems, UCI
Center for Machine Learning and Intelligent Systems, UCI
The Institute for Virtual Environments and Computer Games (IVECG), UCI
Secure Computing & Networking Center, UCI

*Postdoctoral Fellows:*

1. Timothy Chan, Johns Hopkins, 1996. (Now at Univ. of Illinois)
2. Gill Barequet, Johns Hopkins, 1996-98. (Now at Technion)
3. Pawel Gajer, Johns Hopkins, 2000. (Now at Univ. of Maryland)
4. Amitabh Chaudhary, UC-Irvine, 2002-2004. (Now at U. Chicago)
5. Amitabha Bagchi, UC-Irvine, 2002-2004. (Now at IIT-Dehli)
6. Martin Nollenburg, UC-Irvine, 2010, mentored jointly with David Eppstein. (Now at TU Wien)
7. Maarten Loffler, UC-Irvine, 2010-2011, mentored jointly with David Eppstein. (Now at Utrecht University)
8. Md. Jawaherul Alam, UC-Irvine, 2015-16. (Now at Amazon)
9. Giordano Da Lozzo, UC-Irvine, 2016-2017, mentored jointly with David Eppstein. (Now at "Roma Tre" University)

*Ph.D. Students:*

1. Mujtaba Ghouse, "Randomized Parallel Computational Geometry in Theory and Practice," Johns Hopkins Univ., May 1993.
2. Paul Tanenbaum, "On Geometric Representations of Partially Ordered Sets," Johns Hopkins Univ., May 1995 (co-advised with Edward Scheinerman).
3. Mark Orletsky, "Practical Methods for Geometric Searching Problems with Experimental Validation," Johns Hopkins Univ., May 1996.
4. Kumar Ramaiyer, "Geometric Data Structures and Applications," Johns Hopkins Univ., Aug. 1996.
5. Christian Duncan, "Balanced Aspect Ratio Trees," Johns Hopkins Univ., Aug. 1999.
6. Christopher Wagner, "Graph Visualization and Network Routing," Johns Hopkins Univ., Oct. 1999 (co-advised with Prof. Lenore Cowen).
7. Stephen Kobourov, "Algorithms for Drawing Large Graphs," Johns Hopkins Univ., May 2000.
8. Amitabha Bagchi, "Efficient Strategies for Topics in Internet Algorithmics," Johns Hopkins Univ., Oct. 2002.
9. Amitabh Chaudhary, "Applied Spatial Data Structures for Large Data Sets," Johns Hopkins Univ., Oct. 2002.
10. Breno De Medeiros, "New Cryptographic Primitives with Applications to Information Privacy and Corporate Confidentiality," Johns Hopkins Univ., May 2004 (co-advised with Giuseppe Ateniese).
11. "Jeremy" Yu Meng, "Confluent Graph Drawing," UC-Irvine, June 2006.
12. Jonathan Zheng Sun, "Algorithms for Hierarchical Structures, with Applications to Security and Geometry," UC-Irvine, Aug. 2006.
13. Nodari Sitchinava, "Parallel External Memory Model—A Parallel Model for Multi-core Architectures," UC-Irvine, Sep. 2009.
14. Darren Strash, "Algorithms for Sparse Geometric Graphs and Social Networks," UC-Irvine,

May 2011 (co-advised with with David Eppstein).

15. Lowell Trott, "Geometric Algorithms for Social Network Analysis," UC-Irvine, May 2013.
16. Joseph Simons, "New Dynamics in Geometric Data Structures," UC-Irvine, May 2014.
17. Pawel Pszona, "Practical Algorithms for Sparse Graphs," UC-Irvine, May 2014.
18. William E. Devanny, "An Assortment of Sorts: Three Modern Variations on the Classic Sorting Problem," UC-Irvine, July 2017 (co-advised with David Eppstein).
19. Siddharth Gupta, "Topological Algorithms for Geographic and Geometric Graphs," UC-Irvine, Aug. 2018 (co-advised with with David Eppstein).
20. Timothy Johnson, "Graph Drawing Representations and Metrics with Applications," UC-Irvine, Aug. 2018.
21. Juan Besa, "Optimization Problems in Directed Graph Visualization," UC-Irvine, Aug. 2019.
22. Nil Mamano Grande, "New Applications of the Nearest-Neighbor Chain Algorithm," UC-Irvine, Sep. 2019 (co-advised with David Eppstein).
23. Pedro Matias, "Exact Learning of Sequences from Queries and Trackers," UC-Irvine, May 2021
24. Martha Osegueda, "Constructing, Counting and Matching Combinatorial and Geometric Shapes," UC-Irvine, May 2022

*Ph.D. Committee Service:*

| | | |
|---|---|---|
| John Augustine | UC-Irvine | Advancement to candidacy, September 2003 |
| Nikos Triandopoulos | Brown U. | Thesis prelim., February 2004 |
| Einar Mykletun | UC-Irvine | Advancement to candidacy, March 2004 |
| Kartic Subr | UC-Irvine | Advancement to candidacy, September 2004 |
| S. Joshua Swamidass | UC-Irvine | Advancement to candidacy, April 2005 |
| Jeong Hyun Yi | UC-Irvine | Thesis defense, August, 2005 |
| Nodari Sitchinava | UC-Irvine | Advancement to candidacy, chair, December 2005 |
| John Augustine | UC-Irvine | Thesis defense, July 2006 |
| Maithili Narasimha | UC-Irvine | Thesis defense, August, 2006 |
| Josiah Carlson | UC-Irvine | Advancement to candidacy, August 2006 |
| Xiaomin Liu | UC-Irvine | Advancement to candidacy, September 2006 |
| Gabor Madl | UC-Irvine | Advancement to candidacy, September 2006 |
| Nikos Triandopoulos | Brown U. | Thesis defense, September 2006 |
| Rabia Nuray-Turan | UC-Irvine | Advancement to candidacy, May 2007 |
| S. Joshua Swamidass | UC-Irvine | Thesis defense, June 2007 |
| Michael Sirivianos | UC-Irvine | Advancement to candidacy, June 2007 |
| Kevin Wortman | UC-Irvine | Advancement to candidacy, August 2007 |
| Di Ma | UC-Irvine | Advancement to candidacy, December 2007 |
| Josiah Carlson | UC-Irvine | Thesis defense, December 2007 |
| Michael Nelson | UC-Irvine | Advancement to candidacy, chair, March 2008 |
| Minas Gjoka | UC-Irvine | Advancement to candidacy, June 2008 |
| Sara Javanmardi | UC-Irvine | Advancement to candidacy, June 2008 |
| Ali Zandi | UC-Irvine | Advancement to candidacy, September 2008 |
| Jihye Kim | UC-Irvine | Thesis defense, September 2008 |
| Darren Strash | UC-Irvine | Advancement to candidacy, December 2008 |
| Kevin Wortman | UC-Irvine | Topic defense, January 2009 |
| Nodari Sitchinava | UC-Irvine | Topic defense, chair, June 2009 |
| Fabio Soldo | UC-Irvine | Advancement to candidacy, July 2009 |
| Emil De Cristofaro | UC-Irvine | Advancement to candidacy, July 2009 |

| | | |
|---|---|---|
| Di Ma | UC-Irvine | Thesis defense, August 2009 |
| Yanbin Lu | UC-Irvine | Advancement to candidacy, December 2009 |
| Anh Le | UC-Irvine | Advancement to candidacy, April 2010 |
| Lowell Trott | UC-Irvine | Advancement to candidacy, June 2010 |
| Xiaomin Liu | UC-Irvine | Thesis defense, August 2010 |
| Josh Olsen | UC-Irvine | Advancement to candidacy, September 2010 |
| Yasser Altowim | UC-Irvine | Advancement to candidacy, December 2010 |
| Angela Wong | UC-Irvine | Advancement to candidacy, May 2011 |
| Joshua Hill | UC-Irvine | Advancement to candidacy, September 2011 |
| Alex Abatzoglou | UC-Irvine | Advancement to candidacy, September 2011 |
| Michael Wolfe | UC-Irvine | Masters Thesis defense, October 2011 |
| Olya Ohrimenko | Brown Univ. | PhD Thesis proposal, October 2011 |
| Yanbin Lu | UC-Irvine | PhD Thesis defense, November 2011 |
| Chun Meng | UC-Irvine | Advancement to candidacy, December 2011 |
| Abinesh Ramakrishnan | UC-Irvine | Advancement to candidacy, March 2012 |
| Pegah Sattari | UC-Irvine | PhD Thesis defense, April 2012 |
| Michael Bannister | UC-Irvine | PhD Thesis defense, May 2015 |
| Yingyi Bu | UC-Irvine | PhD Thesis defense, August 2015 |
| Jenny Lam | UC-Irvine | PhD Thesis defense, November 2015 |
| Timothy Johnson | UC-Irvine | Advancement to candidacy, chair, June 2016 |
| Jiayu Xu | UC-Irvine | Advancement to candidacy, November 2016 |
| Sky Faber | UC-Irvine | PhD Thesis defense, November 2016 |
| Juan Jose Besa Vial | UC-Irvine | Advancement to candidacy, chair, March 2017 |
| William Devanny | UC-Irvine | PhD Thesis defense, co-chair, July 2017 |
| Ingo van Duijn | Aarhus Univ. | PhD Thesis defense, September 2017 |
| Siddharth Gupta | UC-Irvine | Advancement to candidacy, January 2018 |
| Boyang Wei | UC-Irvine | PhD Thesis defense, August 2018 |
| Timothy Johnson | UC-Irvine | PhD Thesis defense, chair, August 2018 |
| Siddharth Gupta | UC-Irvine | PhD Thesis defense, August 2018 |
| Pedro Matias | UC-Irvine | Advancement to candidacy, chair, May 2019 |
| Juan Jose Besa Vial | UC-Irvine | PhD Thesis defense, chair, August 2019 |
| Sameera Chayyur | UC-Irvine | Advancement to candidacy, September 2019 |
| Nil Mamano Grande | UC-Irvine | PhD Thesis defense, co-chair, September 2019 |
| Yihan Sun | CMU | PhD Thesis defense, October 2019 |
| Martha Osegueda | UC-Irvine | Advancement to candidacy, chair, June 2020 |
| Tatiana Bradley | UC-Irvine | PhD Thesis defense, December 2020 |
| Julius Ceasar Aguma | UC-Irvine | Advancement to candidacy, December 2020 |
| Ramtin Afshar | UC-Irvine | Advancement to candidacy, chair, March 2021 |
| Pedro Matias | UC-Irvine | PhD Thesis defense, chair, May 2021 |
| Elham Havvaei | UC-Irvine | PhD Thesis defense, May 2021 |
| Daniel Frishberg | UC-Irvine | Advancement to candidacy, May 2021 |
| Hadi Khodabandeh | UC-Irvine | Advancement to candidacy, July 2021 |
| Sameera Ghayyur | UC-Irvine | PhD topic defense, February 2022 |
| Rohith Gangam | UC-Irvine | Advancement to candidacy, May 2022 |
| Martha Osegueda | UC-Irvine | PhD Thesis defense, chair, May 2022 |
| Yanqi Gu | UC-Irvine | Advancement to candidacy, June 2022 |
| Rasmus Killmann Petersen | Aarhus Univ. | PhD Thesis defense, Sept. 2022 |

*University Service:*

Ph.D. Requirements Committee, Dept. of Computer Science, chair: 1987–89
Graduate Admissions Committee, Dept. of Computer Science, 1991–1993 (chair: 1992)
Faculty Recruiting Committee, Dept. of Computer Science, 1993,95,96 (chair: 1996)
Steering Committee, Whiting School of Engineering, 1990–93 (chair, 1993)
Johns Hopkins Homewood Academic Computing Oversight Committee, 1990–93
Curriculum Committee, Whiting School of Engineering, 1994–96
Strategic Planning Committee, Whiting School of Engineering, 1999–00
Graduate Policy Committee, UCI Dept. of Information & Computer Science (ICS), 2001–02
Faculty Search Committee in Cryptography, UCI Dept. of ICS, 2001–03
School of Info. and Computer Science Executive Committee, 2002–04
UCI Committee on Educational Policy (CEP), 2002–03, 2004–06
UCI Change of Major Criteria Committee, 2002–03
UCI CEP Policy Subcommittee, 2002–2003
Distinguished Faculty Search Committee, Bren School of ICS, 2004–11 (chair, 2007–08)
Equity Advisor, Bren School of ICS, 2005–09
Dean's Advisory Council, Bren School of ICS, 2007–13
Associate Dean for Faculty Development, Bren School of ICS, 2006–12
Chair, Department of Computer Science, Bren School of ICS, 2012–13
Master of Computer Science Development Committee, Bren School of ICS, 2013–2016
Stragic Planning Committee, Dept. of Computer Science, Bren School of ICS, 2015–16
Master of Computer Science Steering/Admissions Comm., Bren School of ICS, 2016–
Executive Committee, Bren School of ICS, 2017–18
UC-Irvine Senate Committee on Scholarly Honors & Awards, 2017–20
UC-Irvine Special Research Program Review Committee for CalIT2, 2018–19

*Courses Taught and Developed:*

Advanced Parallel Computing (developed and taught at Johns Hopkins)
Cyber-Puzzlers (designed and taught at UCI)
Computer Literacy (taught at Purdue, developed at Johns Hopkins)
Computer Programming for Scientists and Engineers (taught at Purdue)
Computer Security Algorithms (developed and taught at UCI)
Computational Models (revised and taught at Johns Hopkins)
Computational Geometry (revised and taught at Johns Hopkins and UCI)
Compiler Theory and Design (revised and taught at Johns Hopkins)
Computer Graphics (taught at Johns Hopkins)
Cyber-Fraud Detection and Prevention (designed and taught at UCI)
Data Structures (revised and taught at Johns Hopkins and UCI)
Graph Algorithms (revised and taught at UCI)
Formal Languages and Automata Theory (revised and taught at UCI)
Fundamentals of Algorithms with Applications (revised and taught at UCI)
Introduction to Algorithms (developed and taught at Johns Hopkins and UCI)
Internet Algorithmics (developed and taught at Johns Hopkins, Brown, and UCI)
Design and Analysis of Algorithms (revised and taught at Johns Hopkins and UCI)
Parallel Algorithms (developed and taught at Johns Hopkins and Univ. of Illinois)
Project in Algorithms and Data Structures (revised and taught at UCI)
Text Processing and Pattern Matching (developed and taught at UCI)

*Consulting:*

APAC Security, Inc., 2005
Algomagic Technologies, Inc., 2000–2005
Army Research Laboratory, Fort Belvior, 1995
AT&T, 1998
Battelle Research Triangle, Columbus Division, 1996
Brown University, 2000–2007
3M, 2015
Purdue University, 2002
The National Science Foundation, 1990–2016
Univ. of Miami, 1999
Walt Disney Animation Studios, 2009
Technical expert and expert witness, retained for IP litigations, 2012–

## GRANTS AND CONTRACTS

1. PI, "Research Initiation Award: Parallel and Sequential Computational Geometry," National Science Foundation (NSF Grant CCR-8810568), $32,914, 1988–90.

2. co-PI, "Paradigms for Parallel Algorithm Design," NSF and DARPA (as NSF Grant CCR-8908092), $523,837, 1989–93 (with S.R. Kosaraju (PI), S. Kasif, and G. Sullivan).

3. PI, "Parallel Computation and Computational Geometry," NSF (Grant CCR-9003299), $67,436, 1990–93.

4. co-PI, "A Facility for Experimental Validation," NSF (Grant CDA-9015667), $1,476,147, 1991–96 (with G. Masson (PI), J. Johnstone, S. Kasif, S.R. Kosaraju, S. Salzberg, S. Smith, G. Sullivan, L. Wolff, and A. Zwarico).

5. PI, "Parallel Network Algorithms for Cell Suppression," The Bureau of the Census (JSA 91-23), $14,998 1991–92.

6. PI, "A Geometric Framework for the Exploration & Analysis of Astrophysical Data," NSF (Grant IRI-9116843), $535,553, 1991–96 (with S. Salzberg and H. Ford (from Physics and Astronomy Dept.)).

7. PI, "Research Experiences for Undergraduates supplement to IRI-9116843," NSF, $4,000, 1993–94 (with S. Salzberg and H. Ford).

8. PI, "Constructing, Maintaining, and Searching Geometric Structures," NSF (Grant CCR-9300079), $134,976, 1993–96.

9. co-PI, "Robust and Applicable Geometric Computing," Army Research Office (ARO MURI Grant DAAH04-96-1-0013), $4,500,000, 1996–2000 (with F. Preparata (PI, Brown U.), R. Tamassia (Brown U.), S. Rao Kosaraju, J. Vitter (Duke U.), and P. Agarwal (Duke U.)). Subaward size: $1,466,640.

10. PI, "Application-Motivated Geometric Algorithm Design," NSF (Grant CCR-9625289), $107,389, 1996-98.

11. co-PI, "vBNS Connectivity for the Johns Hopkins University," NSF, $350,000, 1997–99 (with T.O. Poehler (PI), D.J. Binko, J.G. Neal, and A.S. Szalay).

12. co-PI, "Product Donation, Technology for Education Program," Intel Corporation, $480,071, 1997–2001 (with T.O. Poehler (PI), J.H. Anderson, A.S. Szalay, and M. Robbins).

13. co-PI, "A Networked Computing Environment for the Manipulation & Visualization of Geometric Data" (Research Infrastructure), NSF, $1,638,785, 1997–2003 (with L.B. Wolff (PI), Y. Amir, S.R. Kosaraju, S. Kumar, R. Tamassia (Brown U.), R.H. Taylor, and D. Yarowsky).

14. PI, "Geometric Algorithm Design and Implementation," NSF, Grant CCR-9732300, $224,982, 1998–2002.

15. PI, "Certification Management Infrastructure – Certificate Revocation," $52,023, 1998, NSA LUCITE grant.
16. PI, "Software Engineering Data Loading, Analysis, and Reporting," $41,614, 1998, NSA LUCITE grant.
17. PI, "Establishing a LUCITE Collaboration Environment," $10,018, 1998, NSA LUCITE grant.
18. PI, "In Support of a Secure Multilingual Collabortive Computing Environment," $51,471, 1999-2000, NSA LUCITE grant.
19. PI, "Accessing Large Distributed Archives in Astronomy and Particle Physics," $199,981, subcontract to UCI from Johns Hopkins Univ. on NSF Grant PHY-9980044 (total budget, $2,500,000), 1999–2004.
20. PI, "Efficient and Scalable Infrastructure Support for Dynamic Coalitions," $1,495,000, DARPA Grant F30602-00-2-0509, 2000-2003 (with Robert Cohen and Roberto Tamassia), including $227,893 subaward to UCI (with Gene Tsudik).
21. PI, "Graph Visualization and Geometric Algorithm Design," $400,000, NSF Grant CCR-0098068, 2001-2004 (with Roberto Tamssia).
22. PI, "Collaborative Research: Teaching Data Structures to the Millennium Generation," $125,00, NSF Grant DUE-0231467, 2003–2005.
23. PI, "Collaborative Research: An Algorithmic Approach to Cyber-Security," $100,000, NSF Grant CCR-0311720, 2003–2006.
24. PI, "The OptIPuter," $900,000, subcontract from UCSD on NSF ITR grant CCR-0225642 (total budget, $13.5 million), 2002–2007 (with Padhraic Smyth and Kane Kim).
25. PI, "ITR: Algorithms for the Technology of Trust," $300,000, NSF Grant CCR-0312760, 2003–2009.
26. co-PI, "SDCI Data New: Trust Management for Open Collaborative Information Repositories: The CalSWIM Cyberinfrastructure," NSF grant OCI-0724806, $1,103,590, 2007–2012.
27. co-PI, "Support for Machine Learning Techniques for Cyber-Fraud Detection," Experian Corporation, $200,000 gift, 2008.
28. PI, "IPS: Collaborative Research: Privacy Management, Measurement, and Visualization in Distributed Environments," NSF Grant IIS-0713046, $224,851, 2007–2009.
29. PI, "Collaborative Research: Algorithms for Graphs on Surfaces," $400,000, NSF Grant CCR-0830403, 2008–2011.
30. PI, "ROA Supplement: IPS: Collaborative Research: Privacy Management, Measurement, and Visualization in Distributed Environments," NSF Grant IIS-0847968, $25,000, 2008–2009.
31. co-Investigator, "Scalable Methods for the Analysis of Network-Based Data," Office of Naval Research: Multidisciplinary University Research Initiative (MURI) Award, number N00014-08-1-1015, $529,152, 2008–2014.
32. PI, "EAGER: Usable Location Privacy for Mobile Devices," NSF Grant 0953071, $300,000, 2009–2011.
33. PI, "TC:Large:Collaborative Research: Towards Trustworthy Interactions in the Cloud," NSF Grant 1011840, $500,000, 2010-2015.
34. PI, "TWC: Medium: Collaborative: Privacy-Preserving Distributed Storage and Computation," NSF Grant 1228639, $390,738, 2012-2018.
35. PI, "Support for Research on Geometric Motion Planning," 3M Corporation, $40,000 gift, 2014.
36. PI, "A4V: Automated Analysis of Algorithm Attack Vulnerabilities," subcontract 10036982-UCI from University of Utah for DARPA agreement no. AFRL FA8750-15-2-0092, $980,000,

2015–2019.

37. PI, "TWC: Small: Collaborative: Practical Security Protocols via Advanced Data Structures," NSF Grant 1526631, $166,638, 2015–2018.

38. PI, "NSF-BSF: AF: Small: Geometric Realizations and Evolving Data," NSF Grant 1815073, $474,392, 2018–2022.

39. PI, "Collaborative Research: AF: Medium: Algorithms for Geometric Graphs," NSF Grant 2212129, $799,800, 2022–2026.

## SELECTED INVITED TALKS (RECENT YEARS ONLY)

- "Probabilistic Packet Marking for Large-Scale IP Traceback," Purdue Univ., 2003
- "Algorithms for Data Authentication," Harvey Mudd College, 2003
- "Efficient Tree-Based Revocation in Groups of Low-State Devices," Univ. of Arizona, 2004
- "Leap-Frog Packet Linking and Diverse Key Distributions for Improved Integrity in Network Broadcasts," Southern California Security and Cryptography Workshop, 2005
- "Is Your Business Privacy Protected?," NEXT Connections, 2005
- "Distributed Peer-to-peer Data Structures," Harvard Univ., 2006
- "Balancing Life with an Academic Research Career," Grace Hopper Conference, 2006
- "Computer Security in the Large," Univ. Texas, San Antonio, 2006
- "Inspirations in Parallelism and Computational Geometry," Brown Univ., 2006
- "Efficiency and Security Issues for Distributed Data Structures," Computer Science Distinguished Lecture Series, Johns Hopkins Univ., 2006
- "Efficiency and Security Issues for Distributed Data Structures," UCLA, 2006
- "Efficiency and Security Issues for Distributed Data Structures," Edison Distinguished Lecturer Series, Univ. of Notre Dame, 2006
- "Efficiency and Security Issues for Distributed Data Structures," Computer Science Distinguished Lecturer Series, Texas A & M Univ., 2006
- "Algorithms for Secure Computing and Searching with Applications to Medical Informatics," Purdue Univ., 2006
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be Used for DNA Sequencing, Wireless Broadcasting, and Network Security," Univ. of Southern California, 2007
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be Used for DNA Sequencing, Wireless Broadcasting, and Network Security," Univ. California, San Diego, 2007
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be Used for DNA Sequencing, Wireless Broadcasting, and Network Security," Univ. Minnesota, 2007
- "Blood on the Database: How Algorithms for Testing Blood Samples can be Used for Database Integrity," Invited Keynote, 21st Annual IFIP WG 11.3 Working Conference on Data and Applications Security (DBSec), 2007
- "Space-Efficient Straggler Identification," ALCOM Seminar, Univ. of Aarhus, 2007
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be used in Modern Applications," ALCOM Seminar, Univ. of Aarhus, 2007
- "Studying Road Networks Through an Algorithmic Lens," ALCOM Seminar, Univ. of Aarhus, 2008
- "Studying Geometric Graph Properties of Road Networks Through an Algorithmic Lens," International Workshop on Computing: from Theory to Practice, 2009

- "Randomized Shellsort: A Simple Oblivious Sorting Algorithm," Distinguished Lecture Series, Department of Computer Science, Brown University, 2009
- "Simulating Parallel Algorithms in the MapReduce Framework with Applications to Parallel Computational Geometry," MASSIVE 2010
- "Data Cloning Attacks for Nearest-Neighbor Searching based on Retroactive Data Structures," Department of Computer Science, UCSB, 2011
- "Turning Privacy Leaks into Floods: Surreptitious Discovery of Social Network Friendships and Other Sensitve Binary Attribute Vectors," Department of Computer Science Distinguished Lecturer Series, Univ. of Illinois, Chicago, 2011
- "Turning Privacy Leaks into Floods: Surreptitious Discovery of Social Network Friendships and Other Sensitve Binary Attribute Vectors," Department of Computer Science, Purdue Univ., 2011
- "Spin-the-bottle Sort and Annealing Sort: Oblivious Sorting via Round-robin Random Comparisons," Department of Computer Science, Brown Univ., 2012
- "Using Data-Oblivious Algorithms for Private Cloud Storage Access," Qatar University, 2013
- "Using Data-Oblivious Algorithms for Private Cloud Storage Access," Department of Computer Science and Engineering Distinguished Speaker Series, University of Buffalo, 2013
- "Force-Directed Graph Drawing Using Social Gravity and Scaling," invited talk, ICERM Workshop on Stochastic Graph Models, Providence, RI, 2014
- "Invertible Bloom Lookup Tables and Their Applications in Large-Scale Data Analysis," invited key-note speaker, Algorithms for Big Data, Frankfurt, Germany, 2014
- "Invertible Bloom Lookup Tables and Their Applications in Large-Scale Data Analysis," Brown University, Providence, RI, 2014
- "Studying Road Networks Through an Algorithmic Lens," Bold Aspirations Visitor and Lecture, University of Kansas, 2015
- "Learning Character Strings via Mastermind Queries, with Case Studies," Invited Lecture, Workshop on Pattern Matching, Data Structures and Compression, Bar-Ilan University, Tel Aviv, Israel, 2016
- "Invertible Bloom Lookup Tables and Their Applications in Data Analysis," University of Hawaii, 2016
- "Invertible Bloom Lookup Tables," Purdue University, 2016
- "Combinatorial Pair Testing: Distinguishing Workers from Slackers," Calvin Univ., 2016
- "Invertible Bloom Lookup Tables," University of California, Riverside, 2016
- "2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," Technion, Israel Institute of Technology, Haifa, Israel, 2017
- "2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," University of Arizona, 2017
- "Parallel Computational Geometry," First Hawaii Workshop on Parallel Algorithms and Data Structures, University of Hawaii, 2017
- "Fighting Gerrymandering with Algorithmic Fairness," Calvin University, 2019
- "Fighting Gerrymandering with Algorithmic Fairness," Carnegie Mellon University, 2019
- "Sorting Evolving Data in Parallel," Second Hawaii Workshop on Parallel Algorithms and Data Structures, University of Hawaii, 2019
- "Dealing with Big Data via External Memory Algorithms and Data Structures," Aarhus University, Denmark, 2021
- "Dealing with Big Data via External Memory Algorithms and Data Structures," Royal Danish

Academy of Sciences and Letters, 2021