# Exhibit K139

**In the Matter Of:**

KOVE vs AMAZON WEB SERVICES, INC.

1:18-cv-08175

**JAMES HAMILTON**

*April 27, 2023*



1  Mr. Hamilton.
2          THE WITNESS:  Good morning.  I'm
3  James Hamilton.
4          THE VIDEOGRAPHER:  Thank you very much.
5  Counsel, please.                                    07:23
6          MR. FOWLER:  Mateo Fowler for plaintiffs.
7          MR. FUNG:  Ken Fung from Fisch Sigler,
8  LLC, on behalf of defendant Amazon Web Services
9  and the witness.
10         THE VIDEOGRAPHER:  Thank you very much.    07:24
11         Madam Reporter, would you please swear in
12 our witness.
13                 JAMES HAMILTON
14 Having been first duly sworn, was examined and
15 testified as follows:                               07:24
16                  EXAMINATION
17 BY MR. FOWLER:
18      Q.    Good morning, Mr. Hamilton.
19      A.    Good morning.
20      Q.    Can you state your full name for the    07:24
21 record just one more time?
22      A.    Certainly.  It's James Robert Hamilton.
23      Q.    Okay.  And sometimes do you go by
24 James R. Hamilton?
25      A.    Correct.                                07:24



```
1    substantiation?
2        A.    Correct.
3        Q.    And as I understand it, the PUTs, if I
4    want to put data on S3, it works like that in
5    reverse, to the GET?                                    10:43
6        A.    Yeah.  Only difference is that you
7    actually have to do space allocation.  You have to
8    find empty blocks to write into.
9        Q.    Okay.
10       A.    And you have to chop off the user object. 10:43
11   And then, if it's being encoded, then it has to be
12   encoded before storage.
13       Q.    And does the S3 use a Perkle tree to
14   identify which ████████████████████████████████
15   ███████?                                                10:43
16       A.    I haven't been around that part of the
17   system for probably ten years.  And so I'm not sure.
18   ████████████████████████████████████████████████████
19   ███████████████.
20       Q.    Okay.                                         10:44
21       A.    Where it was used in the system, I just
22   don't recall.
23       Q.    Would you agree that ████ provide
24   location service?
25             MR. FUNG:  Objection.  Form.  Vague.          10:44
```



C E R T I F I C A T E

I, MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR, the undersigned Certified Court Reporter, authorized to administer oaths and affirmations in and for the states of Washington (3322), Oregon (16-0441), Idaho (1045), and California (14430), do hereby certify:

That the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that the witness was duly sworn or affirmed to testify to the truth; that the testimony and/or proceedings were stenographically recorded by me and transcribed under my supervision. That the foregoing transcript contains a full, true, and accurate record of all the testimony and/or proceedings occurring at the time and place stated in the transcript.

That I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.
IN WITNESS WHEREOF I have set my hand on 2nd day of May, 2023.



MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR