# Exhibit K152
# (Filed Under Seal)