# Exhibit K153
# (Filed Under Seal)