# Exhibit K154
# (Filed Under Seal)