# Exhibit K155
# (Filed Under Seal)