# Exhibit K158
# (Filed Under Seal)