# Exhibit K160

1     IN THE UNITED STATES DISTRICT COURT

2     FOR THE NORTHERN DISTRICT OF ILLINOIS

3                 EASTERN DIVISION

4

5  KOVE IO, INC.,

6           Plaintiff,

7  vs.                          Case No. 1:18-cv-08175

8  AMAZON WEB SERVICES, INC.,

9           Defendant.

10 _____/

11

12

13             ** HIGHLY CONFIDENTIAL **

14   VIDEOTAPED 30 (b)(1) DEPOSITION OF JAMES SORENSON

15           Seattle, WA (Witness's location)

16              Tuesday, July 20, 2021

17

18

19

20

21 Stenographically reported by:
   LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
22 California CSR No. 10523
   Washington CSR No. 3318
23 Oregon CSR No. 19-0458
   Texas CSR No. 11318
24

25 Job No. 196955

1  the video-recorded deposition of Mr. James Sorenson,

2  in the matter of Kove IO, Inc., versus Amazon Web

3  Services, Inc., in the United States District Court,

4  for the Northern District of Illinois, Eastern

5  Division.  Case No. 1:18-cv-08175.

6           This deposition is being held on July 20,

7  2021, at approximately 9:22 a.m.  My name is

8  Phil Rizzuti.  I'm the legal video specialist from

9  TSG Reporting, Inc.

10          The court reporter is Lorrie Marchant, in

11  association with TSG Reporting.

12          Counsel, please introduce yourselves.

13          MR. CARDENAS-NAVIA:  Jaime Cardenas-Navia

14  of Reichman Jorgensen Lehman & Feldberg on behalf of

15  the plaintiff, Kove IO.  And with me is

16  Taylor Mauze, also of Reichman Jorgensen, also on of

17  behalf of Kove.

18          MR. SALTMAN:  Jeff Saltman from

19  Fisch Sigler, LLP, on behalf of the defendant,

20  Amazon Web Services, Inc., and the witness.

21          THE VIDEOGRAPHER:  Will the court reporter

22  please swear in the witness.

23          (Discussion off the record.)

24            JAMES CHRISTOPHER SORENSON, III,

25    FIRST DULY SWORN/AFFIRMED, TESTIFIED AS FOLLOWS:

1    A.   So to give an accurate answer, I think we
2  have to go back to the source code, and I don't
3  know -- we're not looking at code today.  So how do
4  you want to -- to go forward with this?
5    Q.   Could you give an accurate answer as of
6  2011?
7    A.   I'm sure there would be things that I would
8  miss or forget that are part of the ▮.  So I
9  think -- short answer is, no.  Can I give you an
10 accurate answer of what's in an ▮?  I think the
11 answer is, no.
12   Q.   Well, let me see if we can -- instead of
13 asking exhaustively what might be in an ▮, let
14 me ask it a little different.
15        As of 2011, was there a ▮ inside of
16 an ▮?
17   A.   Yes.
18   Q.   And what is a ▮ comprised of?
19   A.   The ▮  It
20 has a ▮
21 ▮.
22   Q.   Did you say ▮?
23   A.   Yes.
24   Q.   What is a ▮?
25   A.   In S3, there's a system of machines that

```
 1              MR. SALTMAN:  No.  I think they were just
 2   talking over each other.
 3              THE STENOGRAPHER:  Okay.
 4              BY MR. CARDENAS-NAVIA:
 5       Q.   You said by how many hosts are in that
 6   particular ▆▆▆▆▆▆▆.  Are you referring to
 7   ▆▆▆▆?
 8       A.   ▆▆▆ are part of the ▆▆▆▆▆▆▆ yes.
 9       Q.   What else is part of the ▆▆▆▆▆▆?
10       A.   ▆▆▆▆▆▆▆▆▆▆, probably a couple of
11   others as well.  ▆▆▆▆▆▆▆▆
12       Q.   Anything else?
13       A.   Not that I can think of immediately.
14              (Simultaneous speakers - unclear.)
15              THE WITNESS:  ▆▆▆▆▆▆ was another
16   implement that I can think of now.
17              BY MR. CARDENAS-NAVIA:
18       Q.   Okay.  You also mentioned ▆▆.  What is a
19   ▆▆?
20       A.   ▆▆▆▆▆, I think, is what it stands for.
21       Q.   And what is a ▆▆▆▆?
22       A.   The identifier for a ▆▆ inside a
23   particular volume.
24              MR. CARDENAS-NAVIA:  Let's go ahead and go
25   off the record.
```

```
 1                  STENOGRAPHER'S CERTIFICATE

 2              I, LORRIE L. MARCHANT, Certified Shorthand

 3      Reporter, Certificate No. 10523, for the State of

 4      California, hereby certify that JAMES SORENSON was

 5      by me duly sworn/affirmed to testify to the truth,

 6      the whole truth and nothing but the truth in the

 7      within-entitled cause; that said deposition was

 8      taken at the time and place herein named; that the

 9      deposition is a true record of the witness's

10      testimony as reported to the best of my ability by

11      me, a duly certified shorthand reporter and a

12      disinterested person, and was thereafter transcribed

13      under my direction into typewriting by computer;

14      that request [ X ] was [  ] was not made to read and

15      correct said deposition.

16              I further certify that I am not interested

17      in the outcome of said action, nor connected with,

18      nor related to any of the parties in said action,

19      nor to their respective counsel.

20              IN WITNESS WHEREOF, I have hereunto set my

21      hand this 31st day of July, 2021.

22                          [signature: Lorrie Marchant]

23                      _____
                        LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
24                         Certified Shorthand Reporter #10523

25
                                                            2
```