# Exhibit K161
# (Filed Under Seal)