# Exhibit K162

![Reichman Jorgensen Lehman & Feldberg LLP logo]

Gina H. Cremona
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Direct Dial: (650) 623-5077
gcremona@reichmanjorgensen.com

September 13, 2023

**By E-Mail**

Bill Sigler
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 20015
bill.sigler@fischllp.com

RE: *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Counsel,

To streamline issues in the case and in light of the upcoming summary judgment motions, please identify which affirmative defenses AWS will carry forward in the case. AWS previously pled the following affirmative defenses:

- Non-infringement

- Invalidity (under §§ 101, 102, 103, 112)

- Failure to State a Claim

- Unenforceability (Inequitable conduct)

- Failure to Mark

- Statute of Limitations

- Equitable Defenses (unclean hands)

- Double Patenting

- Lack of Standing

*See* AWS's 4/13/2023 Supplemental and Amended Responses to Plaintiff's First Set of Interrogatories (Nos. 1-6) at 4-17 (Response to ROG 2). Specifically, with respect to patent eligibility under § 101, we believe this issue has already been resolved by the Court and that AWS cannot show how any events that occurred after the Court's determination (*e.g.*, statements in reexamination, testimony by inventors, and claim construction) affects the Court's analysis and conclusion on patent eligibility under § 101. Please provide us with a response by Monday, September 18, 2023.

Sincerely,

Gina H. Cremona