# Exhibit K163

| From: | Bradford, Ray [/O=AMAZON/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RAYBRADF] |
|---|---|
| Sent: | 1/25/2011 6:12:30 PM |
| To: | Blackman, Rande [blackman@amazon.com]; Velji, Raj [rajvelji@amazon.com] |
| CC: | Schow, Kenneth [schow@amazon.com]; Yin, Jing [jingyin@amazon.com]; Sullivan, Mark [marksull@amazon.com]; Bryan, Dave [debryan@amazon.com]; Addy, Gary [gdaddy@amazon.com]; Walsh-Allen, Krystal [krystal@amazon.com]; Sivasubramanian, Swami [swami@amazon.com] |
| Subject: | RE: ▮▮▮▮ Checkpoint (placeholder) |

Hi all,

We've finished our calculations on ▮▮▮▮ rack requirements for both private beta and EoY 2011 exit. These numbers should be taken with a heavy grain of salt since demand is uncertain and the capacity we can squeeze out of each rack is uncertain. That said, we anticipate the following needs with our best effort estimates:

| Hardware Type | Location | Total Quantity, May | Total Quantity, EoY Exit 2011 |
|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | 6 racks* | 9 racks |
| ▮▮▮▮ | ▮▮▮▮ | 3 racks* | 6 racks |
| ▮▮▮▮ | ▮▮▮▮ | 9 racks* | 12 racks |

*Please note that these totals are inclusive of the "tech preview" orders for march that Rande lists below.

Let us know if you need additional detail. We were also curious to know the over/under cost of estimation for private beta. If we think we need 1 additional set of 3 racks in IAD based on initial private beta traction, is that something we can rush in a 6 week timeline?

Thanks,
Ray

**From:** Blackman, Rande
**Sent:** Friday, January 21, 2011 10:46 AM
**To:** Velji, Raj
**Cc:** Schow, Kenneth; Yin, Jing; Sullivan, Mark; Bryan, Dave; Addy, Gary; Bradford, Ray; Walsh-Allen, Krystal; Sivasubramanian, Swami
**Subject:** RE: ▮▮▮▮ Checkpoint (placeholder)

We are still crunching the numbers. The is a meeting scheduled for 3 pm Mon that will give us the final answers so will have the numbers for you by 1/25. Apologies for the delay.

How are we doing on the initial hardware order?

| Hardware Type | Total Quantity | Location |
|---|---|---|

Highly Confidential

AMZ_KOVE_000449719
AMZ_KOVE_000449719

| | 3 racks | |
|---|---|---|
| | 3 racks | |
| | 3 racks | |

**From:** Velji, Raj
**Sent:** Friday, January 21, 2011 9:09 AM
**To:** Blackman, Rande
**Cc:** Schow, Kenneth; Yin, Jing; Sullivan, Mark; Bryan, Dave; Addy, Gary; Bradford, Ray; Walsh-Allen, Krystal; Sivasubramanian, Swami
**Subject:** RE: ▇ Checkpoint (placeholder)

Rande-

Is there an update on #2?

-Raj

**From:** Blackman, Rande
**Sent:** Friday, January 14, 2011 11:05 AM
**To:** Walsh-Allen, Krystal; Sivasubramanian, Swami; Blackman, Rande
**Cc:** Schow, Kenneth; Velji, Raj; Yin, Jing; Sullivan, Mark; Bryan, Dave; Addy, Gary; Bradford, Ray
**Subject:** RE: ▇ Checkpoint (placeholder)

We will have data for #2 below on Thu 1/20

**From:** Blackman, Rande
**Sent:** Wednesday, January 12, 2011 12:38 PM
**To:** Walsh-Allen, Krystal; Sivasubramanian, Swami; blackman@amazon.com
**Cc:** Schow, Kenneth; Velji, Raj; Yin, Jing; Sullivan, Mark; Bryan, Dave; Addy, Gary; Ray Bradford (raybradf@amazon.com)
**Subject:** RE: ▇ Checkpoint (placeholder)

See inline...

**From:** Walsh-Allen, Krystal
**Sent:** Wednesday, January 12, 2011 9:20 AM
**To:** Blackman, Rande; Sivasubramanian, Swami
**Cc:** Schow, Kenneth; Velji, Raj; Yin, Jing; Sullivan, Mark; Bryan, Dave; Addy, Gary
**Subject:** RE: ▇ Checkpoint (placeholder)

It's ok...here are the questions that came up that we need your help (and Swami's) to answer –if you guys can tackle these today via email-that would help move things along! Thanks!

1.     Gary sent you a spec last week – HW Eng needs to know if you approve this ASAP
We just sent Gary final configs
2.     SCM needs to understand your expected volumes/ramp/timing for 2011 for both ▇.
May need a few days to work up these numbers
3.     Timeline items: 1) Vendor sending samples (after you approve the spec) = 2 weeks 2) qualification = 1 week.  Question:  What is the customer testing timing required?

Highly Confidential

AMZ_KOVE_000449720
AMZ_KOVE_000449719

We have a tech preview planned for 3/15 that would require this hardware. Would need 1 week lead time to get the software up and running.

4. What is the drop dead date for these racks to land in the Data Center?

3/9

5. What quantity of ▮▮▮ do you need to land in #4?

| Hardware Type | Total Quantity | Location |
|---|---|---|
| ▮▮▮ | 3 racks | ▮▮▮ |
| ▮▮▮ | 3 racks | ▮▮▮ |
| ▮▮▮ | 3 racks | ▮▮▮ |

We will need 6

**From:** Blackman, Rande
**Sent:** Wednesday, January 12, 2011 9:09 AM
**To:** Walsh-Allen, Krystal; Sivasubramanian, Swami; Schow, Kenneth; Velji, Raj; Yin, Jing
**Subject:** RE: ▮▮▮ Checkpoint (placeholder)

My apologies for not attending – I complete missed this on my calendar

**From:** Walsh-Allen, Krystal
**Sent:** Wednesday, January 12, 2011 8:32 AM
**To:** Sivasubramanian, Swami; Schow, Kenneth; Blackman, Rande; Velji, Raj; Yin, Jing
**Subject:** Re: ▮▮▮ Checkpoint (placeholder)

Yes, mark sent a bridge.

**From:** Sivasubramanian, Swami
**To:** Walsh-Allen, Krystal; Schow, Kenneth; Blackman, Rande; Velji, Raj; Yin, Jing
**Sent:** Tue Jan 11 15:04:42 2011
**Subject:** RE: ▮▮▮ Checkpoint (placeholder)

Is this meeting still on? If so, can we add a concall (if the weather gets bad)?

-Swami

-----Original Appointment-----
**From:** Walsh-Allen, Krystal
**Sent:** Thursday, January 06, 2011 10:51 AM
**To:** Sivasubramanian, Swami; Schow, Kenneth; Blackman, Rande; Velji, Raj; Yin, Jing
**Subject:** ▮▮▮ Checkpoint (placeholder)
**When:** Wednesday, January 12, 2011 8:30 AM-9:00 AM (GMT-08:00) Pacific Time (US & Canada).
**Where:** CONF US SEA22 05.975 (8)

**When:** Wednesday, January 12, 2011 8:30 AM-9:00 AM (UTC-08:00) Pacific Time (US & Canada).

**Where:** CONF US SEA22 05.975 (8)

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*

Highly Confidential

AMZ_KOVE_000449721
AMZ_KOVE_000449719