# Exhibit K164
# (Filed Under Seal)