# Exhibit K165

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ILLINOIS
EASTERN DIVISION

KOVE, INC.,                        )
                                   )
        Plaintiff,                 )
                                   )
        vs.                        )   CASE NO.
                                   )   1:18-cv-08175
AMAZON WEB SERVICES, INC.,         )
                                   )
        Defendant.                 )

REMOTE VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF TIM RATH

MAY 5, 2023
8:02 A.M.

(All participants appeared remotely)

TAKEN AT THE INSTANCE OF THE PLAINTIFF

REPORTED BY:
MONNA J. NICKESON, RPR, CRR, CCR, CSR CA 14430
JOB:  J9643041



| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  We are now on the video | 08:01 |
| 2 | record.  Today's date is May the 5th, 2023. | 08:01 |
| 3 | The time is -- I'm sorry, 7:57 a.m. Pacific | 08:02 |
| 4 | Standard Time. | |
| 5 | 　　This begins the videoconference | 08:02 |
| 6 | deposition of Tim Rath in the matter of | 08:02 |
| 7 | Kove IO, Inc. versus Amazon Web Services, | 08:02 |
| 8 | Inc. | |
| 9 | 　　My name is Robert Pacheco.  I'm your | 08:02 |
| 10 | remote videographer.  The court reporter | 08:02 |
| 11 | today is going to be Ms. Monna Nickeson, | 08:02 |
| 12 | both representing Esquire Deposition | 08:02 |
| 13 | Solutions. | |
| 14 | 　　Would counsel please introduce | 08:02 |
| 15 | yourselves and your affiliation, and the | 08:02 |
| 16 | witness will be sworn in. | 08:02 |
| 17 | MR. FOWLER:  Mateo Fowler on behalf of the | 08:02 |
| 18 | plaintiff. | 08:02 |
| 19 | MR. SALTMAN:  Jeff Saltman from Fisch Sigler | 08:02 |
| 20 | LLP on behalf of the defendant Amazon and | 08:02 |
| 21 | the witness.  And with me is Andrew Ramos, | 08:02 |
| 22 | also from Fisch Sigler. | |
| 23 | MR. FOWLER:  Mr. Rath, I believe you're on | |
| 24 | mute. | |
| 25 | THE WITNESS:  Sorry.  I said, yes, I do. | |



| | | |
|---|---|---|
| 1 | TIM RATH | |
| 2 | Having been first duly sworn, was examined and | |
| 3 | testified as follows: | 08:03 |
| 4 | EXAMINATION | 08:03 |
| 5 | BY MR. FOWLER: | 08:03 |
| 6 |     Q.   So without any further formalities, | 08:03 |
| 7 | Mr. Rath, good morning.  And thank you for showing up | 08:03 |
| 8 | today. | 08:03 |
| 9 |     A.   Uh-huh. | 08:03 |
| 10 |     Q.   Can you state your full name for the | 08:03 |
| 11 | record, please? | 08:03 |
| 12 |     A.   My full name is Timothy Andrew Rath. | 08:03 |
| 13 |     Q.   And can you provide your address for the | 08:03 |
| 14 | record, please? | 08:03 |
| 15 |     A.   My address is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 08:03 |
| 16 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 08:04 |
| 17 |     Q.   What is your telephone number? | 08:04 |
| 18 |     A.   ▓▓▓▓▓▓▓▓▓▓▓. | 08:04 |
| 19 |     Q.   Thank you. | 08:04 |
| 20 |          Have you ever given a deposition before? | 08:04 |
| 21 |     A.   I have not. | 08:04 |
| 22 |     Q.   Now, I presume perhaps you spoke with your | 08:04 |
| 23 | counsel about the formalities of a deposition.  But | 08:04 |
| 24 | just to cover a couple of ground rules with you, you | 08:04 |
| 25 | just took your oath, so you recognize that you are | 08:04 |



```
 1              But is there any concrete, like, data that         03:46
 2    you can point to which would show the length of              03:46
 3    implementation as well as the cost?                          03:46
 4              MR. SALTMAN:  Objection.  Asked and                03:46
 5         answered.  Vague.                                       03:46
 6              THE WITNESS:  I mean, not that I'm aware of        03:46
 7         at this moment.                                         03:46
 8    BY MR. FOWLER:                                               03:46
 9         Q.   Do you have any data or documentation or           03:46
10    analysis that you can point to which shows that this         03:47
11    non-infringing alternative would actually work?              03:47
12         A.   I have my experience where I've built              03:47
13    things exactly like what this is suggesting in the           03:47
14    past, which gives me every confidence that I could do        03:47
15    it for this.                                                 03:47
16         Q.   You just haven't done it with --                   03:47
17         A.   I just haven't done it, yeah.  With respect        03:47
18    to DynamoDB, that's correct.                                 03:47
19         Q.   It's somewhat speculative testimony; is            03:47
20    that correct?                                                03:47
21              MR. SALTMAN:  Objection.  Mischaracterizes         03:47
22         the testimony.                                          03:47
23              THE WITNESS:  Well, so, speculative in the         03:47
24         sense that I haven't done the specific thing            03:47
25         for DynamoDB, but I have done very, very                03:47
```



1  Q.  Okay.  Now, the response here by Amazon is   03:53
2  that DynamoDB could have been modified in a number of   03:53
3  ways, including:   03:53
4       The system could view performance metrics   03:53
5  aggregated either for all ██████████ on the   03:53
6  system or for a smaller group of ██████████ and   03:53
7  not based on the performance of a single ██████   03:53
8  ██, and then transferred the alleged identifiers   03:53
9  and associated locations based on the group   03:53
10 performance?   03:53
11      Did I read that correctly?   03:53
12 A.  I believe so.   03:53
13 Q.  Has DynamoDB ever considered implementing   03:53
14 that change?   03:54
15      MR. SALTMAN:  Objection.  Vague.   03:54
16      MR. FOWLER:  I'll rephrase that.   03:54
17 BY MR. FOWLER:   03:54
18 Q.  Has Amazon ever considered implementing   03:54
19 that change into DynamoDB?   03:54
20 A.  So, I'm not aware of any intended effort to   03:54
21 implement this.  This is also based on a false   03:54
22 premise, so it's based on a problem that doesn't   03:54
23 exist in Dynamo.  So, I'm not sure why we would ever   03:54
24 consider changing something to fix a fictitious   03:54
25 problem.   03:54



```
 1              And so, these are the ones that I've kind of      04:09
 2              collected over time, and there were 83 of         04:09
 3              them.                                             04:09
 4   BY MR. FOWLER:                                               04:09
 5       Q.    Oh, wow.                                           04:09
 6              What do you mean by patent awards, what are       04:09
 7   those?                                                       04:09
 8       A.    So this --                                         04:09
 9              MR. SALTMAN:  Scope.                              04:09
10              THE WITNESS:  Sorry.  So this is just a, if       04:09
11              your patent gets issued, Amazon sends you         04:09
12              just a little award.  It's a puzzle piece.        04:09
13              It's just a plastic puzzle piece.  It's got       04:09
14              the patent number on it and your name on it,      04:09
15              just to recognize that you achieved that          04:09
16              patent.                                           04:09
17   BY MR. FOWLER:                                               04:09
18       Q.    Okay.  Is there any financial award for            04:09
19   obtaining patents at Amazon?                                 04:09
20       A.    So, Amazon has not financially -- hasn't           04:09
21   given me any financial compensation for delivering           04:09
22   patents, no.                                                 04:09
23       Q.    Does Amazon provide you any information as         04:09
24   to whether to perform patent searches when developing        04:10
25   products?                                                    04:10
```



```
1        MR. SALTMAN:  I'm going to caution the           04:10
2        witness, to the extent any instructions come    04:10
3        from counsel, either in-house or external       04:10
4        counsel at Amazon, not to reveal the            04:10
5        substance of those communications.              04:10
6        Otherwise, you can answer the question.         04:10
7        THE WITNESS:  Okay.  When we are developing     04:10
8        software, we are not -- I've never had          04:10
9        anyone ask me to search for patents to          04:10
10       ensure that we're not building something        04:10
11       that is patented.  That would be an             04:10
12       interesting exercise, but I'm not aware of      04:10
13       that happening anywhere in the industry, to     04:10
14       be honest.                                      04:10
15  BY MR. FOWLER:                                       04:10
16       Q.   Okay.  And there's no instruction to not   04:10
17  look for patents that relate to subject matter of the 04:10
18  products that are being developed?                   04:11
19       MR. SALTMAN:  I'm going to just instruct to    04:11
20       the extent you've gotten instructions from      04:11
21       counsel, not to reveal the substance of         04:11
22       those instructions.  Otherwise, you can         04:11
23       answer the question.                            04:11
24       THE WITNESS:  So, in the development of our    04:11
25       services, I've never had anybody tell me not   04:11
```



```
 1              to.                                            04:11
 2   BY MR. FOWLER:                                            04:11
 3        Q.   Okay.  When you're going through the patent     04:11
 4   application process on one of the 83 patents that you     04:11
 5   hold in -- or that you're a listed inventor on, do        04:11
 6   you communicate with the in-house attorneys regarding     04:11
 7   the patent application?                                   04:11
 8             MR. SALTMAN:  You can answer that yes or no.    04:11
 9             THE WITNESS:  Yes.                              04:11
10   BY MR. FOWLER:                                            04:11
11        Q.   And do you, on occasion, communicate with       04:11
12   outside attorneys that are prosecuting these patents?     04:11
13             MR. SALTMAN:  Same instruction, yes or no.      04:11
14             THE WITNESS:  No.                               04:11
15   BY MR. FOWLER:                                            04:12
16        Q.   Okay.  So, the scope of your communications     04:12
17   concerning the patent application process is with         04:12
18   in-house Amazon attorneys?                                04:12
19             MR. SALTMAN:  I just caution the witness not    04:12
20                  to reveal the substance of attorney-client 04:12
21                  communications in giving your answer.      04:12
22             THE WITNESS:  I work with patent attorneys.     04:12
23                  If I submit patents and they decide they   04:12
24                  want to pursue them, then I am contacted by 04:12
25                  an attorney who works with me to get it    04:12
```



```
 1   submitted.                                                    04:12
 2       That patent attorney writes up the                        04:12
 3   patent based on documentation that I provide                  04:12
 4   them, and then we go over that full write-up                  04:12
 5   together to ensure it's accurate as to what                   04:12
 6   the invention is.                                             04:12
 7       That attorney that I work with, patent                    04:12
 8   attorney that I work with, is -- you know,                    04:13
 9   contacts me.  I'm not --                                      04:13
10   MR. SALTMAN:  I just want to caution you not                  04:13
11   to reveal the substance of any                                04:13
12   communications with counsel in giving your                    04:13
13   answer.                                                       04:13
14   THE WITNESS:  Okay.  I'm not 100 percent                      04:13
15   sure whether they were Amazon employees                       04:13
16   proper or whether they were attorneys hired                   04:13
17   outside of Amazon.  I'm not sure which.                       04:13
18       If they are attorneys outside of                          04:13
19   attorneys, they are attorneys that work with                  04:13
20   us frequently.  And so, they have, you know,                  04:13
21   a strong relationship.                                        04:13
22       But as I say, I guess I just never                        04:13
23   questioned whether they were employed by                      04:13
24   Amazon proper or if they were hired by                        04:13
25   Amazon and just working with Amazon.  I know                  04:13
```



1                     C E R T I F I C A T E

2

3            I, MONNA J. NICKESON, CCR, CSR, CLR, RPR,

4   CRR, the undersigned Certified Court Reporter,

5   authorized to administer oaths and affirmations in

6   and for the states of Washington (3322), Oregon

7   (16-0441), Idaho (1045), and California (14430), do

8   hereby certify:

9            That the sworn testimony and/or

10  proceedings, a transcript of which is attached, was

11  given before me at the time and place stated therein;

12  that the witness was duly sworn or affirmed to

13  testify to the truth; that the testimony and/or

14  proceedings were stenographically recorded by me and

15  transcribed under my supervision.  That the foregoing

16  transcript contains a full, true, and accurate record

17  of all the testimony and/or proceedings occurring at

18  the time and place stated in the transcript.

19           That I am in no way related to any party to

20  the matter, nor to any counsel, nor do I have any

21  financial interest in the event of the cause.

22  IN WITNESS WHEREOF I have set my hand on the 15th day

23  of May, 2023.

24  

25  MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR