# Exhibit K166

1        UNITED STATES DISTRICT COURT

2     FOR THE NORTHERN DISTRICT OF ILLINOIS

3                  ---oOo---

4

5  KOVE IO, INC.,            )
                             )
6           Plaintiff,       )
                             )
7  vs.                       )  No. 1:18-cv-08175
                             )
8  AMAZON WEB SERVICES, INC.,)
                             )
9           Defendant.       )
   _____)

10

11

12     H I G H L Y   C O N F I D E N T I A L

13

14     VIDEOTAPED DEPOSITION OF ALYSSA HENRY

15         REDWOOD SHORES, CALIFORNIA

16         TUESDAY, FEBRUARY 21, 2023

17

18

19

20

21  STENOGRAPHICALLY REPORTED BY:

22  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

23  CSR LICENSE NO. 9830

24  JOB NO. 222653

25

1  228 East 45th Street, Suite 810, New York, New York

2  10017.

3       The court reporter today is Andrea Ignacio,

4  in association with TSG Reporting.

5       Counsel, would you please introduce

6  yourselves, starting with the questioning attorney.

7       MR. ADLER:  This is Adam Adler from Reichman

8  Jorgensen Lehman & Feldberg.  I'll be deposing the

9  witness today and representing Kove.

10       MS. CARNES:  And my name is Savannah Carnes,

11  representing Kove.

12       MR. SALTMAN:  Jeff Saltman from Fisch Sigler

13  LLP, on behalf of the witness, Ms. Henry, and the

14  defendant.

15       THE VIDEOGRAPHER:  Will the court reporter

16  please swear in the witness.

17

18                    ALYSSA HENRY,

19           having been first duly sworn

20            by the Certified Court Reporter,

21                testified as follows:

22

23                    EXAMINATION

24  BY MR. ADLER:

25       Q   Good morning, Ms. Henry.

```
 1      A    This is software that helps do that.
 2      Q    Got it.
 3           And when you were in this role, did you use
 4   any AWS software or services?
 5      A    No.
 6      Q    And it says at the bottom of the description
 7   for this:
 8           "I eliminated my own position.  It wasn't
 9   easy, but it was the right thing to do for the
10   business."
11           Do you see that?
12      A    Yes.
13      Q    Is that why you stopped being the director of
14   software development in February of 2007?
15      A    Well, I was still director of software
16   development, but that's when I stopped working on the
17   retail website.
18      Q    Got it.
19           The next entry is:
20           "General Manager, Amazon S3."
21           Do you see that a little bit higher on
22   page 2?
23      A    Yes.
24      Q    How did you become to be -- how did you come
25   to be the general manager of S3?
```

```
1            MR. SALTMAN:  Objection; vague.
2            MR. ADLER:  Q.  You can answer.
3       A    An internal transfer.
4       Q    Did you request that transfer?
5       A    I'm not quite sure what -- I -- I don't
6   understand.
7       Q    So at some point, you stopped being director
8   of software development at Amazon.com; right?
9       A    Correct.
10      Q    Why -- why -- what was the reason why you
11  stopped being director of software development?
12      A    Again, I didn't stop being director of
13  software development.  I stopped working on the retail
14  website when I transferred internally to AWS.
15      Q    Okay.  So when -- when you were general
16  manager of Amazon S3, were you also director of
17  software development?
18      A    Yes.
19      Q    Okay.  And did you choose to become the
20  general manager of Amazon S3, or was it an assignment?
21      A    I chose.
22      Q    Did you have to apply for it?
23      A    Yes.
24      Q    What was the application process like?
25           MR. SALTMAN:  Objection; vague.
```

```
 1   in which you obtained that patent?
 2        A    Microsoft.
 3        Q    Do you own any of those patents?
 4        A    I'm not sure what that means.
 5        Q    It means, are you listed as an inventor on
 6   the patent, or -- or is the patent assigned to you?
 7        A    I don't know.
 8        Q    Are you the owner of the patent?
 9        A    I don't know.
10        Q    What would you do if someone was infringing
11   one of your patents?
12        A    I don't know.
13        Q    Would you be okay with that infringement?
14             MR. SALTMAN:  Objection; calls for
15   speculation.
16             THE WITNESS:  I don't know.
17             MR. ADLER:  Q.  Is that funny?
18        A    Yeah.
19        Q    Why -- why is it funny?
20        A    Just is.
21        Q    Okay.  Would you agree that it would not be
22   okay for a big company to use a small company's
23   patents without permission?
24             MR. SALTMAN:  Objection; calls for
25   speculation.
```

1	THE WITNESS: I don't know.
2	MR. ADLER: Q. You don't know if it would be
3 okay for a company to infringe on a patent?
4	A	I'm not a lawyer.
5	Q	Do you think you need to be a lawyer to know
6 whether infringement is okay?
7	MR. SALTMAN: Objection; asked and answered.
8	THE WITNESS: I don't know.
9	MR. ADLER: Q. Why not?
10	A	I'm not a lawyer.
11	Q	So when you were at AWS, did you take steps
12 to avoid infringing others' patents?
13	MR. SALTMAN: I just want to caution the
14 witness to the extent that that involves any
15 discussion with counsel internal to AWS or external
16 counsel, to not reveal the substance of those
17 discussions.
18	Otherwise, you can answer the question.
19	██████████     ██████████████
20	████████████████████████████████████████████
21	██████████████████
22	████████████  █  ██████████████
23	████████████████████████████
24	█ ██████████████████████████████████████
25	██████████

1  ▮ ███████████████████
2  ████████████████████████
3  ██████████████████████
4  ▮ ████████
5  ▮ ████
6  ▮ ███████
7  ▮ ██████████████████
8  ███████████████
9  ▮ █████████████████
10 █████████████
11     Q    That wasn't my question.
12      ██████████████████████
13    █████████████████
14    ███████
15  ▮ ████████████████
16  █████████████  ████████████
17  ██████████
18  ▮ ██████████████████████
19  █████████████████
20  ▮ ██
21         MR. SALTMAN:  Again, caution the witness --
22         THE WITNESS:  Not that I recall.
23         MR. ADLER:  Q.  Did you or the S3 team, to
24  your knowledge, ever design around a patent?
25  ▮ ██████████████

```
1    █
2    ████████████████████████████
3    ████████████████
4    █
```

5    Q    Do you think it's wrong to steal?

6    MR. SALTMAN: Objection; calls for

7    speculation.

8    THE WITNESS: Yes.

9    MR. ADLER: Q. Do you think it's wrong to

10    steal intellectual property?

11    A    I don't know.

12    Q    Why not?

13    A    Because I don't know what qualifies as

14    intellectual property and what -- and what it means to

15    steal intellectual property.

16    Q    Do you know what intellectual property is?

17    A    I couldn't define it for you.

18    Q    Do you know what it means to have an

19    invention?

20    A    In what?

21    MR. SALTMAN: Object --

22    THE WITNESS: Like --

23    MR. ADLER: Q. Do you know what it means to

24    invent something?

25    MR. SALTMAN: Objection; calls for a legal

```
 1              THE WITNESS:  I don't know.
 2              MR. ADLER:  Q.  Why not?
 3       A   I don't work for AWS.
 4       Q   Would it have troubled you to learn that AWS
 5   infringed a patent when you were working for AWS?
 6       A   I don't know.  It's not something I
 7   contemplated at the time.
 8       Q   Did you ever discuss intellectual property
 9   with any of your colleagues?
10       A   I don't recall.
11       Q   Are you aware of any instances in which your
12   colleagues discussed intellectual property with each
13   other?
14       A   I don't know.
15       Q   Do you believe that intellectual property is
16   worthy of protection?
17              MR. SALTMAN:  Objection; vague.
18              THE WITNESS:  Yeah, I don't know.
19              MR. ADLER:  Q.  Why did you apply for a
20   patent?
21       A   I don't know.
22       Q   You -- you don't know why you applied for a
23   patent?
24       A   (Witness shakes head.)
25       Q   Do you remember applying for a patent?
```

```
 1    A    I do not.
 2    Q    Did a patent just fall in your lap?
 3    A    I believe so.
 4    Q    Do you believe that certain kinds of
 5  intellectual property can entail significant work?
 6    A    Can you be more specific.
 7    Q    Yeah.  Do you think that inventors, for the
 8  right kind of invention, that it takes a lot of work
 9  for inventors to come up with innovation and -- and
10  inventions?
11         MR. SALTMAN:  Objection; calls for
12  speculation.
13         THE WITNESS:  I -- I don't know.
14         MR. ADLER:  Q.  You don't know whether
15  innovation can be hard?
16    A    Again, anything is possible.
17    Q    If somebody works hard to make something,
18  shouldn't they be able to get the full benefit from
19  their work that they do?
20         MR. SALTMAN:  Objection; calls for
21  speculation.
22         THE WITNESS:  I don't know.
23  ███████ █ ████████████████████████████████
24  ██████████████████████████████████████████
25   █ ████████████
```

# CERTIFICATE OF STENOGRAPHIC REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: February 28, 2023

_____
ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830