# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

## DECLARATION OF SAVANNAH CARNES IN SUPPORT OF PLAINTIFF KOVE IO, INC.'S OPPOSITION TO AWS'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTIONS FOR SUMMARY JUDGMENT AND TO EXCLUDE

I, Savannah Carnes, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the State of California, and I have been admitted to appear in this case pro hac vice. Unless otherwise stated, I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's Opposition to AWS's Motion for Summary Judgment and Cross Motions for Summary Judgment and to Exclude.

3. Exhibit K1 is a true and correct copy of U.S. Patent No. 6,122,664 to Boukobza et al. ("Boukobza").

4. Exhibit K2 is a true and correct copy of U.S. Patent No. 6,430,618 to Karger et al.("Karger '618").

5. Exhibit K3 is a true and correct copy of U.S. Patent No. 6,553,420 to Karger et al. ("Karger '420").

6. Exhibit K4 is a true and correct copy of U.S. Patent No. 7,103,640 to Overton et al. ("'640 patent"), and produced by Kove as KOV_00133445.

7. Exhibit K5 is a true and correct copy of U.S. Patent No. 7,233,978 to Overton et al. ("'978 patent").

8. Exhibit K6 is a true and correct copy of U.S. Patent No. 7,814,170 to Overton et al. ("'170 patent"), and produced by Kove as KOV_00059947.

9. Exhibit K7 is a true and correct copy of U.S. Patent No. 8,234,403 to Richardson et al. ("Richardson").

10. Exhibit K8 is a true and correct copy of U.S. Patent No. 8,239,571 to Sivasubramanian et al. ("Sivasubramanian"), assigned on its face to Amazon Technologies, Inc.

11. Exhibit K9 is a true and correct copy of Appendix E-1 to the July 3, 2023 expert report of Joseph Greene, titled "Double Patenting Analysis of the '978 Patent Claims and the '640 Patent."

12. Exhibit K10 is a true and correct copy of Appendix E to the July 3, 2023 expert report of Joseph Greene, titled "Double Patenting Analysis of the '978 Patent Claims and the '170 Patent."

13. Exhibit K11 is a true and correct copy of the cover document to Amazon Web Services, Inc.'s Fourth Amended Final Unenforceability and Invalidity Contentions, served on March 7, 2022.

14. Exhibit K12 is a true and correct copy of Exhibit 1a to Amazon Web Services, Inc.'s Fourth Amended Final Unenforceability and Invalidity Contentions, served on March 7, 2022.

15. Exhibit K13 is a true and correct copy of Exhibit 1b to Amazon Web Services, Inc.'s Fourth Amended Final Unenforceability and Invalidity Contentions, served on March 7, 2022.

16. Exhibit K14 is a true and correct copy of Exhibit 2a to Amazon Web Services, Inc.'s Fourth Amended Final Unenforceability and Invalidity Contentions, served on March 7, 2022.

17. Exhibit K15 is a true and correct copy of Exhibit 2b to Amazon Web Services, Inc.'s Fourth Amended Final Unenforceability and Invalidity Contentions, served on March 7, 2022.

18. Exhibit K16 is a true and correct copy of Exhibit 3a to Amazon Web Services, Inc.'s Fourth Amended Final Unenforceability and Invalidity Contentions, served on March 7, 2022.

19. Exhibit K17 is a true and correct copy of Exhibit 3b to Amazon Web Services, Inc.'s Fourth Amended Final Unenforceability and Invalidity Contentions, served on March 7, 2022.

20. Exhibit K18 is a true and correct copy of the cover document to Amazon Web Services, Inc.'s Fifth Amended Final Unenforceability and Invalidity Contentions, served on March 2, 2023.

21. Exhibit K19 is a true and correct copy of Exhibit 3D to Amazon Web Services, Inc.'s Fifth Amended Final Unenforceability and Invalidity Contentions, served on March 2, 2023.

22. Exhibit K20 is a true and correct copy of Third Amended Initial Disclosures by Defendant Amazon Web Services, Inc., served on April 2, 2021.

23. Exhibit K21 is a true and correct copy of AWS's Supplemental and Amended Responses to Plaintiff's First Set of Interrogatories (Nos. 1-6), served on April 13, 2023.

24. Exhibit K22 is a true and correct copy of Supplemental Response to Plaintiff's Seventh Set of Interrogatories by Amazon (Nos. 19-22), served on April 13, 2023.

25. Exhibit K23 is a true and correct copy of Kove's Seventh Amended Objections and Responses to AWS's First Set of Interrogatories (Nos. 1, 2, 5, 6, 9), served on May 7, 2023.

26. Exhibit K24 is a true and correct copy of a letter from Lisa Phillips to Michael Marvin, dated November 9, 2021.

27. Exhibit K25 is a true and correct copy of an e-mail from Ken Fung to Jaime Cardenas-Navia, dated March 13, 2023.

28. Exhibit K26 is a true and correct copy of a letter from Jamie F. Cardenas-Navia to Bill Sigler, dated August 3, 2023.

29. Exhibit K27 is a true and correct copy of a letter from Bill Sigler to Jamie F. Cardenas-Navia, dated August 8, 2023.

30. Exhibit K28 is a true and correct copy of a letter from Gina Cremona to Bill Sigler, dated September 13, 2023.

31. Exhibit K29 is a true and correct copy of a letter from Bill Sigler to Gina Cremona, dated September 22, 2023.

32. Exhibit K30 is a true and correct copy of excerpts of the deposition transcript of Seth Markle, taken on January 30, 2020.

33. Exhibit K31 is a true and correct copy of excerpts of the deposition transcript of Stephen Bailey, Ph.D., taken on October 9, 2020.

34. Exhibit K32 is a true and correct copy of excerpts of the deposition transcript of Allan H. Vermeulen, taken on June 4, 2021.

35. Exhibit K33 is a true and correct copy of excerpts of the deposition transcript of Scott Hayden, taken on April 24, 2023.

36. Exhibit K34 is a true and correct copy of excerpts of the deposition transcript of Swami Sivasubramanian, Ph.D., taken on May 10, 2023.

37. Exhibit K35 is a true and correct copy of excerpts of the deposition transcript of Swami Sivasubramanian, Ph.D., taken on May 11, 2023.

38. Exhibit K36 is a true and correct copy of excerpts of the deposition transcript of John Overton, taken on May 16, 2023.

39. Exhibit K37 is a true and correct copy of excerpts of the deposition transcript of John Overton, taken on May 17, 2023.

40. Exhibit K38 is a true and correct copy of excerpts of the deposition transcript of Allan H. Vermeulen, taken on May 23, 2023.

41. Exhibit K39 is a true and correct copy of excerpts of the deposition transcript of James Christopher Sorenson III, taken on January 29, 2020.

42. Exhibit K40 is a true and correct copy of a document presented to Kove's counsel by Joseph B. Greene during Mr. Greene's deposition taken on August 29, 2023.

43. Exhibit K41 is a true and correct copy of excerpts of the deposition transcript of Joseph B. Greene, taken on August 29, 2023.

44. Exhibit K42 is a true and correct copy of the Expert Report of Joseph B. Greene, dated July 3, 2023.

45. Exhibit K43 is a true and correct copy of Exhibit 1a to Appx. C to the Expert Report of Joseph B. Greene, dated July 3, 2023.

46. Exhibit K44 is a true and correct copy of Exhibit 1b to Appx. C to the Expert Report of Joseph B. Greene, dated July 3, 2023.

47. Exhibit K45 is a true and correct copy of Exhibit 2a to Appx. C to the Expert Report of Joseph B. Greene, dated July 3, 2023.

48. Exhibit K46 is a true and correct copy of Exhibit 2b to Appx. C to the Expert Report of Joseph B. Greene, dated July 3, 2023.

49. Exhibit K47 is a true and correct copy of Exhibit 3a to Appx. C to the Expert Report of Joseph B. Greene, dated July 3, 2023.

50. Exhibit K48 is a true and correct copy of Exhibit 3b to Appx. C to the Expert Report of Joseph B. Greene, dated July 3, 2023.

51. Exhibit K49 is a true and correct copy of Exhibit 3d to Appx. D to the Expert Report of Joseph B. Greene, dated July 3, 2023.

52. Exhibit K50 is a true and correct copy of excerpts of the deposition transcript of Michael Goodrich, Ph.D., taken on September 9, 2023.

53. Exhibit K51 is a true and correct copy of excerpts of the deposition transcript of Michael Goodrich, Ph.D., taken on September 11, 2023.

54. Exhibit K52 is a true and correct copy of the Corrected Opening Expert Report of Michael Goodrich, dated July 6, 2023.

55. Exhibit K53 is a true and correct copy of Exhibit D to the Corrected Opening Expert Report of Michael Goodrich, dated July 6, 2023.

56. Exhibit K54 is a true and correct copy of Exhibit E to the Corrected Opening Expert Report of Michael Goodrich, dated July 6, 2023.

57. Exhibit K55 is a true and correct copy of Exhibit F to the Corrected Opening Expert Report of Michael Goodrich, dated July 6, 2023.

58. Exhibit K56 is a true and correct copy of the Rebuttal Expert Report of Michael Goodrich, dated August 18, 2023.

59. Exhibit K57 is a true and correct copy of the First Supplemental Rebuttal Expert Report of Michael Goodrich, dated September 7, 2023.

60. Exhibit K58 is a true and correct copy of excerpts of the deposition transcript of Ananth Grama, Ph.D., taken on September 5, 2023.

61. Exhibit K59 is a true and correct copy of the Rebuttal Expert Report of Ananth Grama, dated August 18, 2023.

62. Exhibit K60 is a true and correct copy of an S3 Arch Diagram – Amazon Wiki, and produced by Amazon at AMZ_KOVE_000012900.

63. Exhibit K61 is a true and correct copy of a Press release Amazon Web Services Launches, dated March 14, 2006, and produced by Amazon at AMZ_KOVE_000061904.

64. Exhibit K62 is a true and correct copy of Consistent Hashing and Random Trees: Distributed Caching Protocols for Relieving Hot Spots on the World Wide Web…, and produced by Amazon at Bates number AMZ_KOVE_000062042.

65. Exhibit K63 is a true and correct copy of a diagram of key range assignment using consistent hash ring, and produced by Amazon at AMZ_KOVE_000062763.

66. Exhibit K64 is a true and correct copy of a Wiki Page for DynamoDB/Simple DB, and produced by Amazon at AMZ_KOVE_000065117.

67. Exhibit K65 is a true and correct copy of a Wiki Page for MembraneDesign, and produced by Amazon at AMZ_KOVE_000069828.

68. Exhibit K66 is a true and correct copy of Performance Efficiency Pillar – AWS Well-Architected Framework, dated April 2020, and produced by Amazon at AMZ_KOVE_000221961.

69. Exhibit K67 is a true and correct copy of Amazon EFS Performance Recommendations, dated August 27, 2015, and produced by Amazon at AMZ_KOVE_000235427.

70. Exhibit K68 is a true and correct copy of an E-mail from Mai-Lan Tomsen Bukovec to Allan Vermeulen, Subject: file system buckets, dated May 5, 2016, and produced by Amazon at AMZ_KOVE_000236629.

71. Exhibit K69 is a true and correct copy of 2020 OP1 Narrative on Performance, produced by Amazon at AMZ_KOVE_000288733.

72. Exhibit K70 is a true and correct copy of GET Cost Model for Strong Read-After-Write Consistency, produced by Amazon at AMZ_KOVE_000380291.

73. Exhibit K71 is a true and correct copy of S3 Index Scaling Review, produced by Amazon at AMZ_KOVE_000400711.

74. Exhibit K72 is a true and correct copy of an excel spreadsheet showing an S3 metric, and produced by Amazon at AMZ_KOVE_000401272.

75. Exhibit K73 is a true and correct copy of a Wiki Page for S3 Storage Management, and produced by Amazon at AMZ_KOVE_000434258.

76. Exhibit K74 is a true and correct copy of a document describing the S3 Key Map New Design, and produced by Amazon at AMZ_KOVE_000435516.

77. Exhibit K75 is a true and correct copy of a document describing the S3 Key Map New Design, and produced by Amazon at AMZ_KOVE_000437135.

78. Exhibit K76 is a true and correct copy of a document describing caching hot keys, and produced by Amazon at AMZ_KOVE_000439434.

79. Exhibit K77 is a true and correct copy of a document describing the S3 Key Map New Design, and produced by Amazon at AMZ_KOVE_000439511.

80. Exhibit K78 is a true and correct copy of Amazon S3 and You PowerPoint, dated July 14, 2010, and produced by Amazon at AMZ_KOVE_000443745.

81. Exhibit K79 is a true and correct copy of Meeting Notes, dated December 7, 2004, and produced by Amazon at AMZ_KOVE_000444305.

82. Exhibit K80 is a true and correct copy of Amazon Database Services – Serving the NoSQL Market – FAQ, dated June 11, 2010, and produced by Amazon at AMZ_KOVE_000445727.

83. Exhibit K81 is a true and correct copy of a Wiki Page for Reduce Quorum Project, and produced by Amazon at AMZ_KOVE_000463426.

84. Exhibit K82 is a true and correct copy of an excel spreadsheet showing a stable cache hit rate between 99% and 99.2%, and produced by Amazon at AMZ_KOVE_000463923.

85. Exhibit K83 is a true and correct copy of an excel spreadsheet showing a stable cache hit rate uniformly rounding to 100%, and produced by Amazon at AMZ_KOVE_000463924.

86. Exhibit K84 is a true and correct copy of an e-mail from Raju Gulabani to aws-team, Subject: SimpleDB Organization Change, dated May 6, 2010, and produced by Amazon at AMZ_KOVE_000498624.

87. Exhibit K85 is a true and correct copy of Data Center Centric Quorum, and produced by Amazon at AMZ_KOVE_000502207.

88. Exhibit K86 is a true and correct copy of KFC Consistent HashRing – AZ Weigh out, and produced by Amazon at AMZ_KOVE_000506367.

89. Exhibit K87 is a true and correct copy of Deep Diving S3: Building Knowledge of S3 to Troubleshoot Effectively and Efficiently, and produced by Amazon at AMZ_KOVE_000507062.

90. Exhibit K88 is a true and correct copy of Moving Database Customers to the AWS Cloud, dated July 10, 2010, and produced by Amazon at AMZ_KOVE_000525421.

91. Exhibit K89 is a true and correct copy of Oracle Names Administrator's Guide, and produced by Amazon at AMZ_KOVE_000528884.

92. Exhibit K90 is a true and correct copy of the USPTO file history (prosecution history, or file wrapper) for U.S. Application No. 13/042,301 (which issued as U.S. Patent No. 8,239,571), and produced by Amazon Technologies Inc. at ATI_KOVE_0000255.

93. Exhibit K91 is a true and correct copy of the Patent Office's Non-Final Office Action for Application No. 13/042,301, dated August 24, 2011, and produced by Amazon Technologies, Inc. at ATI_KOVE_0000348.

94. Exhibit K92 is a true and correct copy of AWS News Blog: Celebrate 15 Years of Amazon S3 with 'Pi Week' Livestream Events, dated March 14, 2021, and produced by Kove at KOV_00179452.

95. Exhibit K93 is a true and correct copy of Ex Parte Reexamination Interview Summary, interview dated September 12, 2022, and produced by Kove at KOV_00226137.

96. Exhibit K94 is a true and correct copy of ACM CoMag Website as retrieved on January 10, 2023, and produced by Kove at KOV_00254231.

97. Exhibit K95 is a true and correct copy of a final Office Action issued by the USPTO in Ex Parte Reexamination 90/019,034, and produced by Kove at KOV_00226354.

98. Exhibit K96 is a true and correct copy of a non-final Office Action issued by the USPTO in Ex Parte Reexamination 90/019,109, and produced by Kove at KOV_00238617.

99. Exhibit K97 is a true and correct copy of the Declaration of Robert Carolina, executed on March 26, 2021, and produced by Internet Systems Consortium, Inc. at ISC_00000001.

100. Exhibit K98 is a true and correct copy of excerpts of DNS and BIND by Paul Albitz & Cricket Liu, third edition printed September 1998, and produced by Amazon at AMZ_KOVE_000081149.

101. Exhibit K99 is a true and correct copy of ISC: FTP Index (BIND 8.1), publicly available online at: https://ftp.isc.org/isc/bind8/src/DEPRECATED/8.1/.

102. Exhibit K100 is a true and correct copy of ISC: FTP Index (Main), publicly available online at: http://ftp.isc.org/isc/.

103. Exhibit K101 is a true and correct copy of MIT: Web Caching with Consistent Hashing by Karger, Sherman et al., dated March 4, 1999 ("Karger/Sherman"), and produced by Amazon at AMZ_KOVE_000070470.

104. Exhibit K102 is a true and correct copy of Domain Names – Concepts and Facilities, dated November 1987 ("RFC 1034"), and produced by Amazon at AMZ_KOVE_000062528.

105. Exhibit K103 is a true and correct copy of Distributed Web Coaching System with Consistent Hashing by Alexander Sherman, dated February 1999 ("Sherman"), and produced by Amazon at AMZ_KOVE_000062052.

106. Exhibit K104 is a true and correct copy of IEEE Communications Magazine: Locating Objects in Wide-Area Systems, by Maarten van Steen, et al., dated January 1998 ("Steen"), and produced by Amazon at AMZ_KOVE_000530071.

107. Exhibit K105 is a true and correct copy of the Declaration of Paul Vixie, executed on November 30, 2020, and produced by Paul Vixie at VIXIE_00000001.

108. Exhibit K106 is a true and correct copy of the Amazon Dynamo DB Developer Guide API Version 2012-08-10, and produced by Amazon at AMZ_KOVE_000007001.

109. Exhibit K107 is a true and correct copy of a video titled Amazon DynamoDB Under the Hood: How We Built a Hyper-Scale Database by Jaso Sorenson, and produced by Amazon at AMZ_KOVE_000012726 (to be provided in native format).

110. Exhibit K108 is a true and correct copy of a video explaining how S3 processes a request, and produced by Amazon at AMZ_KOVE_000012917 (to be provided in native format).

111. Exhibit K109 is a true and correct copy of a video titled Amazon S3: Trillions of Objects Hundreds of Thousands of RPS 11 9s, and produced by Amazon at AMZ_KOVE_000013051 (to be provided in native format).

112. Exhibit K110 is a true and correct copy of a video explaining how S3 works, and produced by Amazon at AMZ_KOVE_000075807.

113. Exhibit K111 is a true and correct copy of the Wiki Page for PartitionMap, and produced by Amazon at AMZ_KOVE_000064843.

114. Exhibit K112 is a true and correct copy of the Wiki Page for Learning, and produced by Amazon at AMZ_KOVE_000066223.

115. Exhibit K113 is a true and correct copy of the Wiki Page for AutomatedCachePush, and produced by Amazon at AMZ_KOVE_000074059.

116. Exhibit K114 is a true and correct copy of the Wiki Page for RequestRouter, and produced by Amazon at AMZ_KOVE_000074219.

117. Exhibit K115 is a true and correct copy of the Wiki Page for S3 Words, and produced by Amazon at AMZ_KOVE_000086390.

118. Exhibit K116 is a true and correct copy of a video titled DynamoDB: Under the Hood, dated February 28, 2019, and produced by Amazon at AMZ_KOVE_000390547 (to be provided in native format).

119. Exhibit K117 is a true and correct copy of a document titled Choosing the Right DynamoDB Partition Key, and produced by Amazon at AMZ_KOVE_000397627.

120. Exhibit K118 is a true and correct copy of Amazon.com: S3 Volumes Principal Review, dated June 25, 2009, and produced by Amazon at AMZ_KOVE_000443110.

121. Exhibit K119 is a true and correct copy of a document titled MetaData Roadmap, and produced by Amazon at AMZ_KOVE_000483279.

122. Exhibit K120 is a true and correct copy of a video explaining Metadata Alf architecture, and produced by Amazon at AMZ_KOVE_000487445 (to be provided in native format).

123. Exhibit K121 is a true and correct copy of a video titled DynamoDB Scaling and Metrics: Beyond Throttling, and produced by Amazon at AMZ_KOVE_000487470 (to be provided in native format).

124. Exhibit K122 is a true and correct copy of a video giving a basic overview of DynamoDB from a customer perspective and an architecture perspective, and produced by Amazon at AMZ_KOVE_000507797 (to be provided in native format).

125. Exhibit K123 is a true and correct copy of the Wiki Page for S3, and produced by Amazon at AMZ_KOVE_000532506.

126. Exhibit K124 is a true and correct copy of a document describing the S3 Key Map New Design, and produced by Amazon at AMZ_KOVE_000437244.

127. Exhibit K125 is a true and correct copy of the Wiki Page for StaleCache, and produced by Amazon at AMZ_KOVE_000086165.

128. Exhibit K126 is a true and correct copy of a non-final Office Action issued by the USPTO in Ex Parte Reexamination 90/109,034, mailed on June 28, 2022.

129. Exhibit K127 is a true and correct copy of Patent Owner's Reply to Office Action in *Ex Parte* Reexamination re: 90/019,034, dated September 28, 2022.

130. Exhibit K128 is a true and correct copy of a final Office Action issued by the USPTO in Ex Parte Reexamination 90/109,034, dated October 27, 2022.

131. Exhibit K129 is a true and correct copy of the Notice of Intent to Issue Ex Parte Reexamination Certificate in Ex Parte Reexamination 90/019,034, dated June 28, 2023.

132. Exhibit K130 is a true and correct copy of an Office Action in Ex Parte Reexamination re: 90/019,035, dated May 11, 2022.

133. Exhibit K131 is a true and correct copy of Patent Owner's Response re: 90/109,035, dated August 11, 2022.

134. Exhibit K132 is a true and correct copy of the Notice of Intent to Issue Ex Parte Reexamination Certificate in Ex Parte Reexamination 90/109,035, dated September 27, 2022.

135. Exhibit K133 is a true and correct copy of the Office Action in Ex Parte Reexamination 90/109,036, dated May 4, 2022.

136. Exhibit K134 is a true and correct copy of Patent Owner's Response in Ex Parte Reexamination 90/109,036, dated August 4, 2022.

137. Exhibit K135 is a true and correct copy of the Notice of Intent to Issue Ex Parte Reexamination Certificate in Ex Parte Reexamination 90/109,036, dated October 6, 2022.

138. Exhibit K136 is a true and correct copy of the Declaration of Michael T. Goodrich, Ph.D. ISO Kove's Reply to the Non-Final Office Action in Ex Parte Reexamination 90/019,034, dated June 28, 2022, executed on September 28, 2022.

139. Exhibit K137 is a true and correct copy of the Declaration of Michael T. Goodrich, Ph.D. ISO Kove's Reply to the Non-Final Office Action in Ex Parte Reexamination 90/019,035, dated May 4, 2022, executed on August 11, 2022.

140. Exhibit K138 is a true and correct copy of the Declaration of Michael T. Goodrich, Ph.D. ISO Kove's Reply to the Non-Final Office Action in Ex Parte Reexamination 90/019,036, dated May 4, 2022, executed on August 4, 2022.

141. Exhibit K139 is a true and correct copy of excerpts of the deposition transcript of James Hamilton, taken on April 27, 2023.

142. Exhibit K140 is a true and correct copy of the Patent Owner's Response to Non-Final Office Action in Ex Parte Reexamination 90/019,109, dated July 3, 2023.

143. Exhibit K141 is a true and correct copy of the Order Granting Request for Ex Parte Reexamination in Ex Parte Reexamination 90/019,109, dated November 3, 2023.

144. Exhibit K142 is a true and correct copy of the Order Granting Request for Ex Parte Reexamination in Ex Parte Reexamination 90/019,162, dated May 16, 2023.

145. Exhibit K143 is a true and correct copy of a Final Office Action issued by the USPTO in Ex Parte Reexamination 90/019,109, dated August 21, 2023.

146. Exhibit K144 is a true and correct copy of Requester's Petition to the Director in Ex Parte Reexamination 90/19,162, dated June 5, 2023.

147. Exhibit K145 is a true and correct copy of excerpts of the Manual of Patent Examining Procedure, Rev. 07.2022, § 2281.

148. Exhibit K146 is a true and correct copy of a Notice of Intent to Issue Ex Parte Reexamination Certificate in Ex Parte Reexamination 90/109,036, dated October 6, 2022.

149. Exhibit K147 is a true and correct copy of a Notice of Intent to Issue Ex Parte Reexamination Certificate in Ex Parte Reexamination 90/109,035, dated September 27, 2022.

150. Exhibit K148 is a true and correct copy of a Non-Final Office Action in Ex Parte Reexamination 90/109,034, dated June 28, 2022.

151. Exhibit K149 is a true and correct copy of the Order Granting Request for Ex Parte Reexamination in Ex Parte Reexamination 90/019,034, dated January 12, 2022.

152. Exhibit K150 is a true and correct copy of the Order Granting Request for Ex Parte Reexamination in Ex Parte Reexamination 90/019,035, dated January 10, 2022.

153. Exhibit K151 is a true and correct copy of the Order Granting Request for Ex Parte Reexamination in Ex Parte Reexamination 90/019,036, dated December 23, 2021.

154. Exhibit K152 is a true and correct copy of an Overview of TARDIS, and produced by Amazon at AMZ_KOVE_000532731.

155. Exhibit K153 is a true and correct copy of the Wiki Page for Access Metadata, and produced by Amazon at AMZ_KOVE_0000464065.

156. Exhibit K154 is a true and correct copy of the Wiki Page for HowItWorks, and produced by Amazon at AMZ_KOVE_000065279.

157. Exhibit K155 is a true and correct copy of the Wiki Page for AutomatedCachePush, and produced by Amazon at AMZ_KOVE_000074059.

158. Exhibit K156 is a true and correct copy of an e-mail from John Overton to majmunda@amazon.com Re: 2017-08-21—Proposal.docx, and produced by Kove at KOV_00164168.

159. Exhibit K157 is a true and correct copy of the Patent Owner's Reply to Office Action in Ex Parte Reexamination 90/019,034, Patent No. 7,233,978.

160. Exhibit K158 is a true and correct copy of AWS's 2nd Amended Final Non-Infringement Contentions, dated March 21, 2023.

161. Exhibit K159 is a true and correct copy of a Notice of Allowance and Fee(s) due re: Application No. 13/165,484, dated March 22, 2012.

162. Exhibit K160 is a true and correct copy of excerpts of the deposition transcript of James Sorenson, taken on July 20, 2021.

163. Exhibit K161 is a true and correct copy of a video titled AWS engineering lecture given by James Sorenson regarding Amazon S3, and produced by Amazon at AMZ_KOVE_000064821 (more complete version available at Ex. K110 (AMZ_KOVE_000075807)).

164. Exhibit K162 is a true and correct copy of a letter from Gina H. Cremona to Bill Sigler regarding affirmative defenses, dated September 13, 2023.

165. Exhibit K163 is a true and correct copy of an e-mail from Ray Bradford to Rande Blackman and Raj Velji RE: Big Bird Checkpoint (placeholder), and produced by Amazon at AMZ_KOVE_000449719.

166. Exhibit K164 is a true and correct copy of an e-mail from Raju Gulabani to Swami Sivasubramanian Re: few things I am going to need from u for a doc I am writing. (confidential, don't forward), and produced by Amazon at AMZ_KOVE_000522158.

167. Exhibit K165 is a true and correct copy of excerpts of the deposition transcript of Tim Rath, taken on May 5, 2023.

168. Exhibit K166 is a true and correct copy of excerpts of the deposition transcript of Alyssa Henry, taken on February 21, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 6, 2023         /s/ *Savannah Carnes*
                                      Savannah Carnes