IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

**AMAZON'S MOTION FOR LEAVE TO FILE ITS REPLY IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO KOVE'S MOTION FOR SUMMARY JUDGMENT AND MATERIALS IN SUPPORT UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Defendant Amazon Web Services, Inc. ("Amazon") respectfully requests the Court provisionally grant its motion for leave to file Amazon's Reply in Further Support of Motion for Summary Judgment and Response to Kove's Motion for Summary Judgment ("Amazon's Reply and Response"), the corresponding Additional Statement of Material Facts, Response to Kove's Statement of Material Facts, Response to Kove's Additional Statement of Material Facts, and Exhibits thereto, (collectively, "Supporting Materials"), under seal in their entirety. Amazon's Reply and Response and the Supporting Materials contain information that the parties have each designated as Highly Confidential under the Protective Order. Because Amazon's Reply and Response and the Supporting Materials contain confidential information from

both parties, Amazon will work with Kove to file a public version of those documents with narrowly tailored redactions and supporting declarations from each party within four business days. *See* Dkt. 675.

For the foregoing reasons, Amazon respectfully requests that the Court enter an order provisionally granting its motion for leave to file Amazon's Reply and Response and the Supporting Materials under seal.

Dated: December 4, 2023

Respectfully submitted,

/s/ R. William Sigler
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW, Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, *via* the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

/s/ *R. William Sigler*
R. William Sigler