## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.

                        Plaintiff,

v.                                       Case No.: 1:18–cv–08175
                                       Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 5, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion for leave to file under seal [713] is granted. A complete copy of defendant's submission, including all exhibits, is to be filed under seal, and a redacted version is to be filed in the public record. The required submission of a USB drive with the submission to Judge Kennelly's chambers should include only the complete, unredacted version. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.