IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF
DEADLINE FOR FILING PUBLIC VERSIONS**

Defendant Amazon Web Services, Inc. ("Amazon"), moves this Court for an extension of time from December 8, 2023, to December 12, 2023, for filing public versions of Amazon's summary judgment reply and cross motion response briefs, statement of additional material facts, responses to Kove's statement of fact and additional material facts, and all accompanying exhibits. Kove doesn't oppose Amazon's requested extension.

In support thereof, Amazon states the following:

1. On September 2, 2023, the Court entered a minute order approving the parties' proposed procedures for sealing confidential material and giving the non-filing party four business days from the filing of a document to provide a redacted version and accompanying declaration(s) to the filing party. (Dkt. 675, 676).

2. Amazon filed its summary judgment reply cross motion response, and exhibits on December 4, 2023, meaning that, under the parties agreed procedure, redacted versions must be filed by Friday, December 8, 2023.

3. Amazon's responsive briefs and fact statements total 164 pages. The exhibits total nearly

1

500 pages. The briefs, fact statements, and exhibits contain sensitive information about Amazon's S3 and DynamoDB products, and Amazon's internal policies.

4. Amazon has unavoidable conflicts that will prevent it from conducting a full and complete review of the materials and securing the necessary approvals until early next week. As such, Amazon requests a short extension so that it can appropriately review, redact, and publicly file these documents.

5. Given the volume of materials, and Amazon's conflict, good cause exists for Amazon's extension request.

6. No party will be prejudiced by this extension, and it isn't being sought for purpose of delay.

WHEREFORE, for the foregoing reasons, Amazon respectfully requests that this Court grant its motion and extend the deadline to Tuesday, December 12, 2023, for filing public versions of Amazon's responsive summary judgment papers and exhibits.

Dated: December 7, 2023

Respectfully submitted,

*/s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW, Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

 I hereby certify that on December 7, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system.

             */s/ R. William Sigler*
             R. William Sigler