**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| AMAZON WEB SERVICES, INC., | |
| Defendant. | |

**[PROPOSED] ORDER ON UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR FILING OF PUBLIC VERSIONS**

Having reviewed Defendant Amazon Web Services Inc.'s Unopposed Motion for Extension of Deadlines for Filing of Public Versions, and with good cause appearing, **IT IS HEREBY ORDERED** that the Motion be, and the same hereby is, **GRANTED**. Amazon shall have until Tuesday, December 12, 2023, to file public versions of its summary judgment reply and cross motion response briefs, statement of additional material facts, responses to Kove's statement of fact and additional material facts, and exhibits.

Date: _____ _____
Judge Matthew F. Kennelly