IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

**AMAZON'S MOTION FOR LEAVE TO FILE ITS REPLY IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT, RESPONSE TO KOVE'S MOTION FOR SUMMARY JUDGMENT, AND CERTAIN MATERIALS IN SUPPORT UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Defendant Amazon Web Services, Inc. ("Amazon") respectfully requests that the Court grant its motion for leave to file its Reply in Further Support of Motion for Summary Judgment and Response to Kove's Motion for Summary Judgment, ("Amazon's MSJ Reply"), Response to Kove's Statement of Additional Material Facts ("SAMF Response"), and Exhibits 82, 83, 89, 92, 96, 97, 99, 100, 101, and 102 (collectively, "Supporting Materials"),[1] under seal. Amazon seeks leave to file Amazon's MSJ Reply, SAMF Response, and Supporting

---

[1] The remaining exhibits to Amazon's MSJ Reply, Amazon's Response to Kove's Statement of Material Facts in support of its Cross Motion and Amazon's Additional Statement of Material Facts accompanying its Response to Kove's Cross Motion don't contain confidential information and have been filed publicly.

1

Materials under seal due to the confidential nature of the information discussed therein. In support of this Motion, Amazon states as follows:

1. On July 10, 2019, the Court entered the parties' agreed Protective Order. (Dkt. 55) Pursuant to the terms of the Protective Order, Amazon has designated the content of the identification of the specific subcomponents of the S3 and DynamoDB systems, information explaining how the S3 and DynamoDB systems work and are designed, including discussion of source code, Amazon's patent prosecution practices and policies, Amazon's patent licenses, and Amazon witness testimony and confidential internal explanatory documentation relating to each of these categories, as Highly Confidential.

2. Amazon has provided narrowly tailored redactions that specifically target information that is either designated as Confidential or Highly Confidential pursuant to this Court's Protective Order, or otherwise discusses or relates to information designated as Confidential or Highly Confidential pursuant to this Court's Protective Order. Amazon's limited redactions protect its confidential information while still providing the public with information relating to the proceeding. Public disclosure of the information within any of the categories listed above would cause Amazon competitive harm.

For the foregoing reasons, Amazon respectfully requests that the Court enter an order granting its motion for leave to file Amazon's MSJ Reply, SAMF Response, and Supporting Materials under seal.

Dated: December 12, 2023 Respectfully submitted,

*/s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW, Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, *via* the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

*/s/ R. William Sigler*
R. William Sigler