IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly |

_____

**DECLARATION OF LISA PHILLIPS IN SUPPORT OF AMAZON'S REDACTIONS TO ITS REPLY IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT, RESPONSE TO KOVE'S MOTION FOR SUMMARY JUDGMENT, AND CERTAIN MATERIALS IN SUPPORT**

_____

I, Lisa Phillips, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("Amazon") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Pennsylvania and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of the redactions of Amazon's confidential information in its Reply in Further Support of Motion for Summary Judgment and Response to Kove's Motion for Summary Judgment, ("Amazon's MSJ Reply," Dkt. 714), Response to Kove's Statement of Additional Material Facts (Dkt. 715) ("SAMF Response"), and certain of the corresponding exhibits.

2. Amazon's MSJ Reply, Amazon's SAMF Response, and certain of the materials filed in support contain Amazon confidential information. Amazon has prepared redacted versions of these materials. Kove has confirmed that none of Amazon's filings contain Kove confidential information.

3. Amazon's Response to Kove's Statement of Material Facts in support of its Cross Motion (Dkt. 716) and Amazon's Additional Statement of Material Facts accompanying its Response to Kove's Cross Motion (Dkt. 717) don't contain Amazon confidential information. Amazon will file them on the public docket.

4. Exhibits 84, 85, 86, 87, 88, 90, 91, 93, 94, 95, and 98 don't contain Amazon confidential information. Amazon will file them on the public docket.

5. Amazon has either partially or entirely redacted the remaining materials. The redactions are narrowly tailored to protect Amazon's confidential information while providing the public with information relating to the proceeding. The redacted information generally includes: the identification of the specific subcomponents of the S3 and DynamoDB systems, information explaining how the S3 and DynamoDB systems work and are designed, including discussion of source code, and Amazon witness testimony and confidential internal explanatory documentation relating to each of these categories. Public disclosure of the information within any of the categories listed above would cause Amazon competitive harm. I explain the confidential nature of each of these categories of information below.

6. Exhibit 97 should be sealed in its entirety. This exhibit consists of citations to the source code for Amazon's DynamoDB product line. This information could be used by competitors to learn about Amazon's proprietary technology and could cause competitive harm.

7. The identification of the specific subcomponents of the S3 and DynamoDB systems has been redacted from the public versions. Amazon doesn't publicly disclose specific information identifying the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access Amazon's systems or by competitors to learn about Amazon's proprietary technology. Thus, its disclosure could create significant security issues and could cause Amazon competitive harm. Information within this category of information has been redacted from at least Amazon's MSJ Reply, Amazon's SAMF Response, and Exhibits 92, 99, and 100.

8. Information explaining how the S3 and DynamoDB systems work, and the development of those systems is also confidential to Amazon. This information could be used by competitors to learn about Amazon's proprietary technology and could cause competitive harm. Information within this category of information has been redacted from at least Amazon's MSJ Reply, Amazon's SAMF Response, and Exhibits 83, 96, 89, 101, and 102. Certain of these exhibits also include source code for S3 and DynamoDB.

9. Information concerning Amazon's patent prosecution practices and policies is confidential to Amazon and has been redacted. This information could be used by competitors to learn about Amazon's proprietary policies and patenting strategies. Information within this category of information has been redacted from at least Amazon's MSJ Reply, Amazon's SAMF Response, and Exhibits 82 and 102.

10. Information concerning Amazon's patent licenses is confidential to Amazon and has been redacted. This includes third party confidential information that Amazon is not permitted to disclose publicly and could be used by competitors to learn about Amazon's patent licenses and strategy. Information within this category of information has been redacted from at least Exhibits 82 and 89.

I declare under penalty of perjury that the foregoing is true and correct.

      Executed on December 12, 2023.

                                                                    */s/ Lisa Phillips*
                                                                    Lisa Phillips