# Exhibit 82

**In the Matter Of:**

KOVE vs AMAZON WEB SERVICES

1:18-cv-08175

**SCOTT HAYDEN**

*April 24, 2023*

*Highly Confidential*



KOVE vs AMAZON WEB SERVICES
April 24, 2023
1

```
 1        CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

 2               UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ILLINOIS
 3                     EASTERN DIVISION

 4   KOVE, INC.,                    )
                                    )
 5        Plaintiff,                )
                                    )
 6        vs.                       )  CASE NO.
                                    )  1:18-cv-08175
 7   AMAZON WEB SERVICES, INC.,     )
                                    )
 8        Defendant.                )

 9

10

11     REMOTE VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

12                     OF SCOTT HAYDEN

13

14                    APRIL 24, 2023
                        8:03 A.M.
15

16          (All participants appeared remotely)

17

18

19
           TAKEN AT THE INSTANCE OF THE PLAINTIFF
20

21

22

23

24   REPORTED BY:
     MONNA J. NICKESON, RPR, CRR, CCR, CSR CA 14430
25   JOB:   J9559085
```



EsquireSolutions.com

           APPEARANCES:


   FOR THE PLAINTIFF:

           Navid Bayar, Esq.
           Reichman Jorgensen Lehman & Feldberg
           7500 Rialto Boulevard, Suite 250
           Austin, TX  78735

           Adam Adler, Esq.
           Reichman Jorgensen Lehman & Feldberg
           1909 K Street, NW, Suite 800
           Washington, D.C.  20006

           Mateo Z. Fowler, Esq.
           MZF Law Firm
           1105 Nueces Street, Suite A
           Austin, TX 78701


   FOR THE DEFENDANT:

           Lisa Phillips, Esq.
           Fisch Sigler
           5301 Wisconsin Avenue NW, 4th Floor
           Washington, D.C.  20015


   ALSO PRESENT:

           Dana Bachmann, Videographer



I N D E X

KOVE V. AMAZON
NO. 1:18-cv-08175
APRIL 24, 2023

| WITNESS: SCOTT HAYDEN | PAGE |
|---|---|
| EXAMINATION BY MR. BAYAR: | 8 |
| EXAMINATION BY MS. PHILLIPS: | 430 |
| EXAMINATION BY MR. BAYAR: | 441 |

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | LinkedIn Profile for Scott Hayden | 16 |
| Exhibit 2 | Kove's First Notice of Deposition of Amazon | 35 |
| Exhibit 3 | Kove's Second Supplemental Notice of Deposition of Amazon | 54 |
| Exhibit 4 | Kove's Supplemental Notice of Deposition of Amazon | 55 |
| Exhibit 5 | Exhibit 4 to Kove's Complaint, U.S. Patent Number 7,103,640 | 57 |
| Exhibit 6 | Exhibit 5 to Kove's Complaint, U.S. Patent 7,233,978 | 59 |
| Exhibit 7 | Exhibit 6 to Kove's Complaint, U.S. Patent Number 7,814,170 | 61 |
| Exhibit 8 | Email from Lisa Phillips Dated 4/14/2023 | 66 |
| Exhibit 9 | Patent License Agreement Dated ███████, ates number AMZ_KOVE_000530329 to 530345 | 70 |
| Exhibit 10 | Invoice Dated 9/27/2018, Bates number AMZ_KOVE_000530226 | 93 |



```
                    I N D E X (continued)

           KOVE V. AMAZON
           NO. 1:18-cv-08175
           APRIL 24, 2023

 WITNESS:  SCOTT HAYDEN

                        EXHIBITS

 NUMBER              DESCRIPTION                      PAGE
```

Exhibit 11    Patent License Agre_____ted            107
              2
              _____
              _____ies,
              Inc., Bates number
              AMZ_KOVE_000530346 to 530370

Exhibit 12    Patent License Ag_____ated           127
              1/6/2022 Between _____
              _____
              _____ and Amazon Technologies,
              _____ates number
              AMZ_KOVE_000530371 to 530388

Exhibit 13    _____      137
              Dated 12/29/2009, Bates number
              AMZ_KOVE_000528537 to 528550

Exhibit 14    Patents in Suit Set_lement              177
              Agreement between _____
              _____, and
              Amazon.com, Inc., Dated
              7/13/2009, Bates number
              AMZ_KOVE_000089395 to 89410

Exhibit 15    Patent Purchase Agreement               190
              4_____
              _____, and Amazon
              T_____, Bates number
              AMZ_KOVE_000089617 to 89641

Exhibit 16    Confidential Patent License             214
              _____/2021 Between
              _____ and Amazon.com,
              ____ber
              AMZ_KOVE_000487488 to 487498

Exhibit 17    _____               228



```
 1              I N D E X (continued)

 2        KOVE V. AMAZON
          NO. 1:18-cv-08175
 3        APRIL 24, 2023

 4   WITNESS:  SCOTT HAYDEN

 5                    EXHIBITS

 6   NUMBER          DESCRIPTION              PAGE

 7   Exhibit 18                                247

 8                   Bates number AMZ_KOVE_000530389
                     to 530423
 9   Exhibit 19      Binding Commitment Letter Dated    274
                     2/8/2023, Bates number
10                   AMZ_KOVE_000532598 to 5326000
     Exhibit 20      Patent License Agreement Dated     279
11                   3/10/2013 Between

12
                     00532602 to 532623
13   Exhibit 21      List of patents and patent         288
                     applications licensed under
14                   Exhibit 20
     Exhibit 22      Defendant and Counterclaimant      303
15                   Amazon Web Services, Inc.'s
                     Answer, Additional Defenses, and
16                   Counterclaims
     Exhibit 23      AWS Supplemental Responses to      316
17                   Plaintiff's First Set of
                     Interrogatories, Numbers 1
18                   through 6
     Exhibit 24      AWS Amended Responses and          322
19                   Objections to Kove's Notices of
                     Deposition of AWS
20   Exhibit 25      Patent application file history    334
                     for the 8,239,751 patent, Bates
21                   number ATI_KOVE_0000255 to 549
     Exhibit 26      Declaration of Ravi R. Ranganath   387
22                   in Support of Answering Brief of
                     Amazon in Opposition to IPA
23                   Technologies, Inc's Motion for
                     Summary Judgement of Marking

24

25
```



1                     I N D E X (continued)

2            KOVE V. AMAZON
             NO. 1:18-cv-08175
3            APRIL 24, 2023

4    WITNESS:  SCOTT HAYDEN

5                          EXHIBITS

6    NUMBER            DESCRIPTION                       PAGE

7    Exhibit 27    Transcript of Jury Trial Morning      396
                   Session Vocalife, LLC, versus
8                  Amazon.com., Inc. 10/2/2020
     Exhibit 28    Corporate Development Strategy,       426
9                  Bates number AMZ_KOVE_000385970
                   to 385977
10
              REQUESTED MARKS IN THE TRANSCRIPT
11
                                                         PAGE
12
     1.   THE WITNESS:  I'm not going to answer           47
13   the question.  If some -- if there's a
     specific reason that that's relevant,
14   then -- and it's ordered by court to do so,
     I will do so.
15   MS. PHILLIPS:  Okay.  I think --
     MR. BAYAR:  Okay.  I'd like to mark the
16   witness'response.  And I'd also would like
     to certify that question.
17
     2.   THE WITNESS:  As I mentioned, any one          102
18   of these patents could have turned into a
     litigation cost greater than the cost of
19   this.  And so once we get past the first
     one being worth at least this much in
20   litigation avoidance, the rest are easy
     determinations to make.  Because there's --
21   there's enough benefit already without
     providing deeper -- or conducting deeper
22   analysis, especially with more patents.
     MR. BAYAR:  I'm going to mark that as
23   nonresponsive.
                                                           .
24   3.   Has that policy been produced                  359

25



| | | |
|---|---|---|
| 1 | BE IT REMEMBERED that on April 24, 2023, at | |
| 2 | 8:03 A.M., the remote videotaped deposition | |
| 3 | of SCOTT HAYDEN was taken before Monna J. | |
| 4 | Nickeson, Certified Realtime Reporter, | |
| 5 | Registered Professional Reporter, Certified | |
| 6 | LiveNote Reporter, Certified Court Reporter | |
| 7 | (WA 3322), Certified Shorthand Reporter (ID | |
| 8 | 1045), (OR 16-0441), (CA 14430), the | |
| 9 | following proceedings took place: | |
| 10 | * * * * * | |
| 11 | (Before the deposition proceeding, the | |
| 12 | following colloquy took place between the | |
| 13 | Court Reporter and Counsel:) | 07:49 |
| 14 | MS. PHILLIPS:  We do need a rough. | 07:49 |
| 15 | MR. BAYAR:  We'd like a rough, too. | 07:50 |
| 16 | * * * * * | 08:03 |
| 17 | THE VIDEOGRAPHER:  Good morning.  We're now | 08:03 |
| 18 | on the record at 8:03 a.m. Pacific time on | 08:03 |
| 19 | April 24th, 2023.  This begins the | 08:03 |
| 20 | videoconference deposition of Scott Hayden | 08:03 |
| 21 | taken in the matter of Kove IO, Incorporated | 08:04 |
| 22 | versus Amazon Web Services, Incorporated. | 08:04 |
| 23 | My name is Dana Bachmann.  I'm your | 08:04 |
| 24 | videographer today.  Our court reporter is | 08:04 |
| 25 | Monna Nickeson.  We're both representing | 08:04 |



| | | |
|---|---|---|
| 1 | Esquire Deposition Solutions. | 08:04 |
| 2 | Will everyone present please identify | 08:04 |
| 3 | themselves, beginning with our witness, | 08:04 |
| 4 | Mr. Hayden. | 08:04 |
| 5 | THE WITNESS:  Scott Hayden, Amazon.com, Inc. | 08:04 |
| 6 | THE VIDEOGRAPHER:  Thank you. | 08:04 |
| 7 | Counsel, please. | 08:04 |
| 8 | MR. BAYAR:  This is Navid Bayar.  I'm with | 08:04 |
| 9 | the firm of Reichman Jorgensen on behalf of | 08:04 |
| 10 | plaintiff, Kove.  And I have with me on the | 08:04 |
| 11 | line Mateo Fowler who is also co-counsel for | 08:04 |
| 12 | Kove.  And also Adam Adler with the firm of | 08:04 |
| 13 | Reichman Jorgensen. | 08:04 |
| 14 | MS. PHILLIPS:  And my name is Lisa Phillips. | 08:04 |
| 15 | I'm representing defendant Amazon Web | 08:04 |
| 16 | Services, as well as third-party Amazon | 08:04 |
| 17 | Technologies, Inc., and the witness today. | 08:04 |
| 18 | THE VIDEOGRAPHER:  Thank you very much. | 08:05 |
| 19 | Madam Reporter, would we kindly swear in | 08:05 |
| 20 | the witness. | 08:05 |
| 21 | SCOTT HAYDEN | |
| 22 | Having been first duly sworn, was examined and | |
| 23 | testified as follows: | 08:05 |
| 24 | EXAMINATION | 08:05 |
| 25 | BY MR. BAYAR: | 08:05 |



| | | |
|---|---|---|
| 1 | Q. All right. Well, good morning, Mr. Hayden. | 08:05 |
| 2 | How are you? | 08:05 |
| 3 | A. I can't see whoever's asking the question. | 08:05 |
| 4 | Q. You can't see me? | 08:05 |
| 5 | A. No. I can if you lean that way, but when | 08:05 |
| 6 | you -- | 08:05 |
| 7 | Q. There we go. | 08:05 |
| 8 | Is that better? | 08:05 |
| 9 | A. You're still over to the far left of the | 08:05 |
| 10 | screen, I guess. There, that's probably better. | 08:05 |
| 11 | When you lean in, you disappear. | 08:05 |
| 12 | Q. Interesting. I can see myself. But let me | 08:05 |
| 13 | know. | |
| 14 | MR. BAYAR: Mateo, can you see me? | 08:05 |
| 15 | MR. FOWLER: Yes, I can see you. And if, I | 08:05 |
| 16 | guess, you need to see the person asking the | 08:05 |
| 17 | question, I think that that's just fine. | 08:05 |
| 18 | Otherwise, we can proceed. | 08:05 |
| 19 | BY MR. BAYAR: | |
| 20 | Q. Great. And, Mr. Hayden -- | 08:06 |
| 21 | A. Like right there -- sorry. Right there | 08:06 |
| 22 | when you lean forward like that, half of your face | 08:06 |
| 23 | disappears. So I can't -- | 08:06 |
| 24 | Q. Oh, when I lean forward? Got you. | 08:06 |
| 25 | A. Yeah. So if you could turn your computer a | 08:06 |



|    |                                                                                     |       |
|----|-------------------------------------------------------------------------------------|-------|
| 1  |          THE WITNESS:  I do.                                                        | 05:53 |
| 2  | BY MR. BAYAR:                                                                       | 05:53 |
| 3  |     Q.   And how many times?                                                        | 05:53 |
| 4  |          MS. PHILLIPS:  Same objections.                                            | 05:53 |
| 5  |          THE WITNESS:  I believe that would be                                      | 05:54 |
| 6  |     privileged.                                                                     | 05:54 |
| 7  | BY MR. BAYAR:                                                                       | 05:54 |
| 8  |     Q.   You can't even tell me the number of times                                 | 05:54 |
| 9  | ████████████████████████████████████████████████████?                               | 05:54 |
| 10 |          MS. PHILLIPS:  Objection to form.  And                                     | 05:54 |
| 11 |     outside the scope.                                                              | 05:54 |
| 12 |          THE WITNESS:  ███████████████████████████                                  | 05:54 |
| 13 | ████████████████████████████████                                                    | 05:54 |
| 14 | BY MR. BAYAR:                                                                       | 05:54 |
| 15 |     Q.   ████████████████████████████████████                                       | 05:54 |
| 16 | ████████████████████████████████████████████████████                                | 05:54 |
| 17 | █████████████████████████████████████████████████████                               | 05:54 |
| 18 | ████████████████████████                                                            | 05:54 |
| 19 |          MS. PHILLIPS:  Objection to form.  And                                     | 05:54 |
| 20 |     outside the scope.  And I want to caution                                       | 05:54 |
| 21 |     the witness not to reveal any privileged                                        | 05:54 |
| 22 |     communications.  You can answer that                                            | 05:54 |
| 23 |     question yes or no.                                                             | 05:54 |
| 24 |          THE WITNESS:  It's privileged, so I don't                                  | 05:54 |
| 25 |     have any additional detail.                                                     | 05:54 |



```
 1   BY MR. BAYAR:                                           05:54
 2       Q.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮         05:54
 3   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮               05:55
 4   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮              05:55
 5   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                      05:55
 6   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                   05:55
 7            MS. PHILLIPS:  Objection to form.  Outside    05:55
 8       the scope.  And I want to caution the              05:55
 9       witness not to reveal any privileged               05:55
10       communication.  You can answer that question       05:55
11       yes or no.                                         05:55
12            THE WITNESS:  I believe I testified ▮▮▮       05:55
13   ▮▮▮▮▮▮▮▮▮.                                             05:55
14   BY MR. BAYAR:                                          05:55
15       Q.   Testified what?  Oh, sorry.  ▮▮▮▮             05:55
16   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮               05:55
17       A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.                              05:55
18       Q.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮         05:55
19   ▮▮▮▮▮▮▮▮▮▮?                                            05:55
20            MS. PHILLIPS:  Objection to form.  Outside    05:55
21       the scope.  And I want to caution the              05:55
22       witness not to reveal any privileged               05:55
23       communications.  If you can answer the             05:55
24       question without doing so, you may.                05:56
25            THE WITNESS:  In that context, ▮▮▮▮▮          05:56
```



```
 1  ████████████████████████████████████████                     05:56
 2  █████████████████████████████████████████████                05:56
 3  ██████████████████████████████████████                       05:56
 4       █████████████████████████████████████████               05:56
 5  ██████████████████████████████████████                       05:56
 6  ████████████████████████                                     05:56
```

 7  BY MR. BAYAR:                                                05:56
 8       Q.    Did that situation involve Amazon S3?             05:56
 9       A.    Excuse me?                                        05:56
10             MS. PHILLIPS:  I'm sorry.  I didn't hear          05:56
11       your question.                                          05:56
12  BY MR. BAYAR:                                                05:56
13       Q.    Apologies.                                        05:56
14             Did that situation involve Amazon S3?             05:56
15             MS. PHILLIPS:  Objection to form.  And I          05:56
16       want to caution the witness not to reveal               05:56
17       any privileged communications.  You can                 05:56
18       answer the question yes or no.  And also,               05:56
19       outside the scope.                                      05:56
20             THE WITNESS:  I believe any detail that I         05:57
21       would get into would be privileged, and so I            05:57
22       won't provide any additional context or                 05:57
23       response.                                               05:57
24  BY MR. BAYAR:                                                05:57
25       Q.    Did that situation involve DynamoDB?              05:57



| | | |
|---|---|---|
| 1 | MS. PHILLIPS:  Same objections.  And same | 05:57 |
| 2 | caution. | 05:57 |
| 3 | THE WITNESS:  I believe that is also | 05:57 |
| 4 | privileged.  And so I will not provide any | 05:57 |
| 5 | additional detail. | 05:57 |
| 6 | BY MR. BAYAR: | 05:57 |
| 7 | Q.  And, sir, there have been times where a | 05:57 |
| 8 | patent holder demanded substantial sums of money for | 05:57 |
| 9 | Amazon to use a patented feature, correct? | 05:57 |
| 10 | MS. PHILLIPS:  Objection to form.  And | 05:57 |
| 11 | outside the scope. | 05:57 |
| 12 | THE WITNESS:  Depends on your definition of | 05:57 |
| 13 | substantial.  There have been numerous | 05:57 |
| 14 | people that have asked for various amounts | 05:57 |
| 15 | of money, some quite large. | 05:57 |
| 16 | BY MR. BAYAR: | 05:57 |
| 17 | Q.  And in some of those situations, ███ | 05:57 |
| 18 | ████████████████████████████████████████████ | 05:57 |
| 19 | ███ | 05:57 |
| 20 | MS. PHILLIPS:  Objection to form.  And | 05:58 |
| 21 | outside the scope. | 05:58 |
| 22 | THE WITNESS:  ███████████████████████ | 05:58 |
| 23 | ████████████████████████████████ | 05:58 |
| 24 | ████████████████████████████████ | 05:58 |
| 25 | BY MR. BAYAR: | 05:58 |



800.211.DEPO (3376)
EsquireSolutions.com

| | | |
|---|---|---|
| 1 | that question would be privileged? | 06:09 |
| 2 | MS. PHILLIPS: And same objections. And I | 06:09 |
| 3 | want to caution the witness not to reveal | 06:09 |
| 4 | any privileged communications. But if you | 06:09 |
| 5 | can answer that question yes or no. | 06:09 |
| 6 | THE WITNESS: Yes. | 06:09 |
| 7 | BY MR. BAYAR: | 06:09 |
| 8 | Q. And does AWS believe that Kove's patents | 06:09 |
| 9 | cover only a small piece of DynamoDB? | 06:09 |
| 10 | MS. PHILLIPS: Objection to form. Outside | 06:09 |
| 11 | the scope. Calls for a legal conclusion and | 06:09 |
| 12 | expert testimony. And I want to caution the | 06:09 |
| 13 | witness not to reveal any privileged | 06:09 |
| 14 | communication. You may answer that question | 06:09 |
| 15 | yes or no. | 06:09 |
| 16 | THE WITNESS: Any information I have would | 06:09 |
| 17 | be privileged. | 06:09 |
| 18 | BY MR. BAYAR: | 06:09 |
| 19 | Q. If AWS couldn't design around Kove's | 06:09 |
| 20 | patents, that would be an indication that the patents | 06:10 |
| 21 | are pretty valuable, right? | 06:10 |
| 22 | MS. PHILLIPS: Objection to form. Outside | 06:10 |
| 23 | the scope. Calls for expert testimony. | 06:10 |
| 24 | THE WITNESS: Could you repeat or restate | 06:10 |
| 25 | the question? | 06:10 |



```
1    BY MR. BAYAR:                                              06:10
2         Q.   If AWS couldn't design around Kove's             06:10
3    patents, that would be an indication that the patents     06:10
4    are pretty valuable, right?                               06:10
5              MS. PHILLIPS:  Same objections.                  06:10
6              THE WITNESS:  No.                                06:10
7    BY MR. BAYAR:                                              06:10
8         Q.   Why is that?                                     06:10
9              MS. PHILLIPS:  Objection to form.  Outside       06:10
10             the scope.  Calls for expert testimony.  And     06:10
11             I want to caution the witness not to reveal      06:10
12             any privileged communications.  If you can       06:10
13             answer the question without doing so, you        06:10
14             may.                                             06:10
15             THE WITNESS:  In general, alternatives could     06:10
16             be implemented.  It could be a feature that      06:10
17             has limited value.  A number of other            06:11
18             various factors would determine valuation.       06:11
19   BY MR. BAYAR:                                              06:11
20        Q.   Does Amazon -- apologies, withdrawn.             06:11
21             Does AWS instruct its employees ███████          06:11
22   ████████████████████████████████████████████████████       06:11
23   ██████████████████████████████                             06:11
24             MS. PHILLIPS:  Objection to form.                06:11
25             THE WITNESS:  We instruct them ████████          06:11
```



| | | |
|---|---|---|
| 1 | ████████████████████████████████████ | 06:11 |
| 2 | ████████████████████████████████████ | 06:11 |
| 3 | ████████████████████████████████████ | 06:11 |
| 4 | ████████████████████████████████████ | 06:11 |
| 5 | ████████████████████ | 06:11 |
| 6 | BY MR. BAYAR: | 06:11 |
| 7 |     Q.   Does AWS instruct its employees ████ | 06:11 |
| 8 | ████████████████████████████████████ | 06:11 |
| 9 | ████████████████████ | 06:11 |
| 10 |         MS. PHILLIPS:  Objection to form.  And I | 06:12 |
| 11 | think that the way that you're asking the | 06:12 |
| 12 | question calls for privileged information. | 06:12 |
| 13 | So I'm going to instruct him not to answer | 06:12 |
| 14 | that question. | 06:12 |
| 15 |         THE WITNESS:  I'm going to follow that | 06:12 |
| 16 | advice. | 06:12 |
| 17 | BY MR. BAYAR: | 06:12 |
| 18 |     Q.   Sir, I'd like to point your attention to | 06:12 |
| 19 | page 360 of the Vocalife transcript.  I'm going to | 06:12 |
| 20 | press the button to directly get you to that page. | 06:12 |
| 21 | Let me know when you see page 360 on your screen. | 06:12 |
| 22 |     A.   I see it. | 06:12 |
| 23 |     Q.   And I'm going to read your testimony, | 06:12 |
| 24 | starting on line 17.  And it says, quote: | 06:12 |
| 25 |         And we also educate them -- educate our | 06:12 |



1  developers/designers employees not to look for     06:12
2  patents of others.                                  06:12
3          Do you see that?                            06:12
4     A.   I do.                                       06:12
5     Q.   And so, sir, [redacted]                     06:12
6  [redacted]                                          06:13
7  [redacted]                                          06:13
8          MS. PHILLIPS:  Objection to form.  And      06:13
9     outside the scope.                               06:13
10         THE WITNESS:  We do, as I described in my   06:13
11    last response.  This was a short-hand            06:13
12    answer.  [redacted]                              06:13
13 [redacted]                                          06:13
14 BY MR. BAYAR:                                       06:13
15    Q.   Sir, do you -- does AWS instruct its        06:13
16 employees to [redacted]                             06:13
17 [redacted]                                          06:13
18         MS. PHILLIPS:  Objection to form.  Outside  06:13
19    the scope.  And I want to instruct the --       06:13
20    I'm sorry -- caution the witness not to          06:13
21    reveal any privileged communications.  If       06:13
22    you can answer that question without doing       06:13
23    so, you may.                                     06:13
24         THE WITNESS:  Our instructions to the       06:14
25    employees would be privileged.                   06:14



C E R T I F I C A T E

I, MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR, the undersigned Certified Court Reporter, authorized to administer oaths and affirmations in and for the states of Washington (3322), Oregon (16-0441), Idaho (1045), and California (14430), do hereby certify:

That the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that the witness was duly sworn or affirmed to testify to the truth; that the testimony and/or proceedings were stenographically recorded by me and transcribed under my supervision.  That the foregoing transcript contains a full, true, and accurate record of all the testimony and/or proceedings occurring at the time and place stated in the transcript.

That I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.
IN WITNESS WHEREOF I have set my hand on 2nd day of May, 2023.



MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR