# Exhibit 85

Page 417

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

_____

KOVE IO, INC.,                    )
                                  )
          Plaintiff,              )
                                  )
v.                                )   No. 1:18-cv-08175
                                  )
AMAZON WEB SERVICES, INC.,)
                                  )
          Defendant.              )
_____)          VOLUME II


HIGHLY CONFIDENTIAL


Video-recorded deposition of JOHN OVERTON,

PH.D., taken at 161 North Clark Street,

Chicago, Illinois, before Donna M. Kazaitis,

IL-CSR, RPR, CRR, commencing at the hour of

8:06 a.m. on Wednesday, May 17, 2023.


_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

```
                                                      Page 418
 1   APPEARANCES:

 2

 3   ON BEHALF OF THE PLAINTIFF:

 4

 5        REICHMAN JORGENSEN LEHMAN & FELDBERG LLP

 6        BY:  JAIME F. CARDENAS-NAVIA, ESQ.
                400 Madison Avenue
 7              Suite 14D
                New York, New York 10017
 8              212.381.1965
                jcardenas-navia@reichmanjorgensen.com

 9

10

11   ON BEHALF OF THE DEFENDANT:

12

          FISCH SIGLER LLP
13        BY:  R. WILLIAM SIGLER, ESQ.
                ALAN M. FISCH, ESQ.
14              ANDREW RAMOS, ESQ.
                5301 Wisconsin Avenue NW
15              Fourth Floor
                Washington, DC 20015
16              202.363.3500
                bill.sigler@fischllp.com
17              alan.fisch@fischllp.com
                andrew.ramos@fischllp.com

18

19

20   ALSO PRESENT:

21        Joseph Salinas  (Legal Videographer)

22
```

Page 419

1                         INDEX

2                                                PAGE

3   JOHN OVERTON, PH.D.

4        Examination by Mr. Sigler            427

5        Examination by Mr. Cardenas-Navia    807

6

7                        EXHIBITS

8   OVERTON                                   PAGE

9   Exhibit 59   Bid from John Overton and    432

10               Michael Roizen, KOV_0063514

11  Exhibit 60   Bid from John Overton and    436

12               Michael Roizen, KOV_00063512

13  Exhibit 61   Bid from John Overton,       438

14               FOUNDERS 00000213

15  Exhibit 62   Bid from John Overton,       442

16               FOUNDERS 00000758

17  Exhibit 63   OverX, Inc. Bid Form,        446

18               ROIZEN 000297

19  Exhibit 64   Transmittal Letter,          450

20               KOV 00000002 - 008

21  Exhibit 65   Asset Purchase and License   471

22               Agreement, KOV 00009963 - 977

Page 420

```
 1                    EXHIBITS, CON'T

 2  OVERTON                                      PAGE

 3  Exhibit 66   Asset Purchase and License      487

 4               Agreement, KOV 00009978 - 989

 5  Exhibit 67   7/1/03 email string,            499

 6               KOV 00216746 - 750

 7  Exhibit 68   7/2/03 email string,            503

 8               KOV 00216743

 9  Exhibit 69   3/5/03 email string,            511

10               KOV 00048305 - 310

11  Exhibit 70   2006 Econnectix tax return,     522

12               KOV 00051743 - 751

13  Exhibit 71   2006 Federal Summary            529

14               Depreciation Schedule,

15               KOV 00051721 - 738

16  Exhibit 72   Econnectix Corporation 2006     540

17               Profit & Loss Previous Year

18               Comparison, KOV 00051654

19  Exhibit 73   Econnectix Corporation 2006     542

20               Balance Sheet Previous Year

21               Comparison, KOV 00051681

22
```

                                                          Page 421

1                      EXHIBITS, CON'T

2    OVERTON                                           PAGE

3    Exhibit 74   2007 Econnectix Corporate         546

4                 Return, KOV 00051944 - 962

5    Exhibit 75   2007 Federal Summary              550

6                 Depreciation Schedule,

7                 KOV 00051925 - 942

8    Exhibit 76   Econnectix Corporation Balance  553

9                 Sheet Previous Year Comparison,

10                2007, KOV 00051887 - 888

11   Exhibit 77   Econnectix Corporation 2008      559

12                Profit & Loss Previous Year

13                Comparison

14   Exhibit 78   Econnectix Corporation           568

15                2008 Corporate Return,

16                KOV 00052059 - 079

17   Exhibit 79   2008 Federal Worksheets,         572

18                KOV 00052028 - 057

19   Exhibit 80   Econnectix Corporation           573

20                2008 Balance Sheet,

21                KOV 00051991

22

Page 422

1                    EXHIBITS, CON'T

2   OVERTON                                      PAGE

3   Exhibit 81   Econnectix Corporation          578

4                2009 Profit & Loss,

5                KOV 00049762

6   Exhibit 82   Econnectix Corporation          580

7                2009 Balance Sheet,

8                KOV 00049761

9   Exhibit 83   Kove IO, Inc. Confidential      597

10               Investment Memorandum,

11               KOV 00184413, 19 pgs.

12  Exhibit 84   Kove IO, Inc. Confidential      625

13               Investment Memorandum,

14               KOV 00186081, 82 pgs.

15  Exhibit 85   Kove's Sixth Amended            646

16               Responses to Amazon's First

17               Set of Interrogatories

18               (Nos. 2, 4, 8, 9)

19  Exhibit 86   Location Service in Global      657

20               Context set of slides,

21               KOV 0034264 - 292

22

Page 423

1                    EXHIBITS, CON'T

2    OVERTON                                        PAGE

3    Exhibit 87   Consistent Hashing and Random    709

4                 Trees:  Distributed Caching

5                 Protocols for Relieving

6                 Hotspots on the Worldwide Web

7                 paper, KOV 00039222 - 231

8    Exhibit 88   Response to Notice to File       720

9                 Missing Parts of

10                Nonprovisional Application

11                Filing Date Granted,

12                KOV 00003024 - 029

13   Exhibit 89   John Overton and Michael         741

14                Roizen patent application,

15                KOV 00263760 - 816

16   Exhibit 90   Ex Parte Reexamination of        763

17                '170 and '640 Patents,

18                KOV 00232297 - 298

19   Exhibit 91   Ex Parte Reexamination           773

20                Interview Summary,

21                '170 Patent,

22                KOV 00232293 - 296

Page 424

1                       EXHIBITS, CON'T

2     OVERTON                                          PAGE

3     Exhibit 92    Ex Parte Reexamination             781

4                   Interview Summary,

5                   '640 Patent,

6                   KOV 00237229 - 232

7     Exhibit 93    Ex Parte Reexamination             785

8                   Interview Summary,

9                   '978 Patent,

10                  KOV 00226137 - 140

11    Exhibit 94    Exhibit L powerpoint used          787

12                  in reexamination of

13                  '978 Patent,

14                  KOV 00226302 - 308

15    Exhibit 95    Ex Parte Reexamination of          798

16                  '978 Patent,

17                  KOV 00226141 - 142

18    Exhibit 96    Ex Parte Reexamination of          801

19                  '978 Patent,

20                  KOV 00226314 - 347

21

22

Page 425

```
 1                    EXHIBITS, CON'T

 2   OVERTON                                      PAGE

 3   Exhibit 97   Press Release, Amazon Web        811

 4                Services Launches,

 5                AMZ KOVE 000061904 - 910

 6   Exhibit 98   Amazon Web Services Launches     813

 7                Amazon DynamoDB, A New NoSQL

 8                Database Service Designed for

 9                the Scale of the Internet,

10                announcement, 1/18/12

11   Exhibit 99   Asset Purchase and Assignment    816

12                Agreement, Econnectix LLC and

13                Founders Capital Corporation,

14                KOV 00009956 - 962

15

16

17

18

19

20

21

22
```

Page 426

1          THE VIDEOGRAPHER:  This is Tape Number

2   2 of the videotaped deposition of John Overton

3   taken by the defendant in the matter of Kove

4   v. AWS in the United States District Court for the

5   Northern District of Illinois, Eastern Division,

6   Case Number 1:18-cv-08175.

7          This deposition is being held at

8   161 North Clark, Chicago, Illinois, 60601, on

9   May 17, 2023.  The time is now 8:06 a.m.

10         My name is Joseph Salinas.  I'm the

11   legal videographer from Digital Evidence Group.

12   The court reporter is Donna Kazaitis in

13   association with Digital Evidence Group.

14         Will counsel please introduce

15   themselves for the record.

16         MR. CARDENAS-NAVIA:  Jaime

17   Cardenas-Navia of Reichman Jorgensen Lehman &

18   Feldberg on behalf of the plaintiff Kove and the

19   witness, Dr. Overton.

20         MR. SIGLER:  Bill Sigler of Fisch

21   Sigler LLP.  I'm joined today by my colleagues

22   Alan Fisch and Andrew Ramos, and we're here

Page 427

1    representing the defendant, Amazon.

2             THE VIDEOGRAPHER:  Will the court

3    reporter please swear in the witness.

4                  JOHN OVERTON, PH.D.,

5    having been previously duly sworn, was examined

6    and testified further as follows:

7                     EXAMINATION

8                      (Resumed)

9    BY MR. SIGLER:

10        Q.   Welcome back, Mr. Overton.

11        A.   Good morning.

12        Q.   Did you do anything last evening to

13    prepare for your deposition time today?

14        A.   I did not.

15        Q.   Did you speak with your attorney last

16    night in preparing for the deposition today?

17        A.   I did not.

18        Q.   Let's go back to Exhibit 52 that we

19    were discussing towards the end of the day

20    yesterday.

21        A.   I have it.

22        Q.   If you could go to Page 9, please.

Page 669

1    architecture?

2              MR. CARDENAS-NAVIA:  Same objection,

3    vague.

4              THE WITNESS:  And same answer.  It

5    could be or not, depending on lots of specifics.

6    BY MR. SIGLER:

7         Q.   Is a tree architecture a generic

8    architecture?

9         A.   Same answer.

10        Q.   Is a mixed architecture a generic

11   architecture?

12        A.   Same answer.

13        Q.   All right.  Let's go to Slide 8.

14        A.   Okay.

15        Q.   And on Slide 8 you identify possible

16   approaches; right?

17        A.   Yes.

18        Q.   One of those approaches is relational

19   database systems; right?

20        A.   Yes.

21        Q.   Relational database systems existed

22   before your patents; right?

Page 670

1          A.   Yes.

2          Q.   You didn't invent relational database

3    systems; right?

4          A.   Yes, that is correct.

5          Q.   One of the bullets is "Directory

6    Services."  Do you see that?

7          A.   Yes.

8          Q.   Directory services existed before your

9    patents; right?

10         A.   Yes.

11         Q.   You didn't invent directory services;

12   right?

13         A.   That is correct.

14         Q.   And relational databases existed

15   before your patents; right?

16         A.   Yes.

17         Q.   You didn't invent the general concept

18   of a relational database; right?

19         A.   That is correct.

20         Q.   And distributed databases existed

21   before your patents; right?

22         A.   I think so.  There's a question of

Page 671

1   constraints and limits on what that means that

2   would be, that might have bearing on my answer.

3          Q.   Do you believe you invented the

4   distributed database?

5          A.   I do not.

6          Q.   And name servers existed before your

7   patents; right?

8          A.   Yes.

9          Q.   And we already talked about DNS

10  existed before your patents; right?

11         A.   Yes.

12         Q.   So you didn't invent name servers;

13  correct?

14         A.   That's correct.

15         Q.   You didn't invent DNS; right?

16         A.   Yes, that is correct.

17         Q.   Okay.  You didn't invent the idea of

18  separating data from its location; did you?

19              MR. CARDENAS-NAVIA:  Objection to

20  form, vague.

21              THE WITNESS:  I don't think so.

22

Page 672

1    BY MR. SIGLER:

2          Q.    Let's go to the next slide, please,

3    Slide 9.  There's some information here on

4    relational database systems; right?

5          A.    Yes.

6          Q.    You state here in Slide 9 that those

7    were well understood and widely available; right?

8          A.    Yes.

9          Q.    Would you agree that relational

10   databases were well understood before 1998?

11         A.    Yes.

12         Q.    Would you agree that retrieving data

13   from relational databases was well understood

14   before 1998?

15         A.    Probably.  I think there was research

16   on that.

17         Q.    Would you agree that retrieving data

18   based on its location was well understood before

19   1998?

20               MR. CARDENAS-NAVIA:  Objection to

21   form, vague.

22               THE WITNESS:  If you could specify

Page 683

1          Q.    Well, your Slides 11 to 12 refer to

2     global scalability; right?

3          A.    Yes.

4          Q.    And DNS and phone switching were two

5     examples of globally scalable systems; right?

6               MR. CARDENAS-NAVIA:  Objection, form,

7     vague.

8               THE WITNESS:  I'm not following your

9     definitions.

10    BY MR. SIGLER:

11         Q.    What do you mean by "global

12    scalability" in your slides?

13         A.    A system of features with clearly

14    defined requirements and objectives that meet

15    certain conditions, which I specify in the talk

16    what those conditions are.

17         Q.    Okay.  Did phone switching and DNS

18    meet those conditions?

19         A.    They meet limited conditions but not

20    the conditions of the talk.

21         Q.    All right.  Let's go to Slide 14,

22    please.  On Slide 14 you discuss network

Page 684

1    distributed transfer protocol, NDTP; right?

2         A.   Yes.

3         Q.   And NDTP is the invention you

4    described in the '978, '170, and '640 Patents;

5    right?

6         A.   I believe so, yes.

7         Q.   Part of NDTP is transfer protocol;

8    right?

9         A.   Yes, I'm not sure how you mean

10   "transfer protocol" in this case.

11        Q.   Well, you didn't invent the idea of a

12   transfer protocol; right?

13        A.   No.

14        Q.   Transport protocols have been around

15   since the '80s at least; right?

16        A.   Well, again, that's a specific term.

17   There's lots of different versions of what a

18   transport protocol is, and I'm not understanding

19   what you're intending.

20        Q.   Well, transport protocols are basic

21   networking tools; right?

22        A.   Not necessarily.  In some cases, yes.

Page 685

1          Q.   So they can be used as a basic

2     networking tool; right?

3          A.   They can be, yes.

4          Q.   There were at least some transport

5     protocols around in the 1980s; right?

6          A.   Again, depending on how we define it,

7     yes, that's the case.  For example, we've been

8     discussing phone switching and DNS which are

9     completely different with utterly different, to my

10    knowledge, utterly different mechanics which would

11    change.  One might not be considered a transport

12    protocol using the definition of the other.  So

13    it's ambiguous with the way you're discussing it

14    for me.

15         Q.   All right.  Well, let's look at the

16    first bullet on Slide 14.  It says:  "Two

17    interaction classes."  Do you see that?

18         A.   I do.

19         Q.   And you provide two such classes:  1)

20    client-server interactions, and 2) server-server

21    interactions; right?

22         A.   Yes.

Page 686

1          Q.   You didn't invent the concept of a

2    client-server interaction; did you?

3          A.   I did not.

4          Q.   And you didn't invent the concept of a

5    server-server interaction; did you?

6          A.   You are correct, I did not.

7          Q.   Those concepts existed before your

8    patents; right?

9          A.   Yes.

10         Q.   And processors existed before your

11   patents; right?

12         A.   Yes.

13         Q.   And they could be configured as a

14   client; right?

15         A.   That wouldn't be typically how that

16   was used.

17         Q.   Could a processor be configured as a

18   client?

19         A.   It could be, but in general that's not

20   the way that term is used.  That's usually a

21   system or aggregation of services or something

22   like that rather than a processor.

Page 687

1          Q.   Could a processor be configured to be

2    a server?

3          A.   It could be used inside of a server,

4    yes.

5          Q.   Here you talk about below that a

6    request-response interaction model; right?

7          A.   Yes.

8          Q.   You didn't invent the concept of

9    configuring servers to respond to requests; did

10   you?

11         A.   That's correct.

12         Q.   And you didn't invent configuring

13   servers to respond to requests with redirect

14   messages; did you?

15              MR. CARDENAS-NAVIA:  Objection, form,

16   vague.

17              THE WITNESS:  Redirect is a specific

18   concept, and that's very not knowable to what you

19   mean right there on that.  So I'm not sure how to

20   respond to that.

21   BY MR. SIGLER:

22         Q.   All right.  Well, let's go to the next

Page 688

1   slide, Slide 15.  Here you're talking about NDTP

2   interactions; right?

3          A.   Yes.

4          Q.   And in the top of the slide you're

5   talking about client-server interaction; right?

6          A.   Yes.

7          Q.   And as part of that, your slide states

8   "1 hop redirect is maximal cost."  Do you see

9   that?

10         A.   Yes.

11         Q.   What is a hop?

12         A.   In the case of a client-server

13   interaction, it would be a client querying a

14   server receiving information back from that

15   server, and then connecting to the correct

16   alternative server in that case.

17         Q.   Is a hop an iteration?

18              MR. CARDENAS-NAVIA:  Objection to

19   form, vague.

20              THE WITNESS:  I don't know what

21   "iteration" means.

22

Page 695

1          A.    I do.

2          Q.    What is clustering?

3          A.    It's a potential configuration of

4     NDTP.

5          Q.    For example, for an overworked node

6     would using clustering lighten the work on that

7     node?

8          A.    Could you say that again?  I'm not

9     understanding.

10          Q.    Yeah, sure.  Do you know what an

11     overworked node is?

12          A.    It depends on the definition.  There's

13     lots of definitions for overworked, technically

14     speaking.  I'm not trying to be difficult.  It's

15     just there are.

16          Q.    Well, in general can using clustering

17     lighten the work on a node?

18          A.    It could, yes, it could be deployed

19     that way.

20          Q.    Instead of having one node serve a

21     particular role of clustering, it would allow

22     multiple sub-nodes to handle the work; right?

Page 696

1          A.   It depends.  That's an assumption

2     about -- hidden in there is an assumption about

3     what that topology would look like.  There are

4     different topologies in clustering that you can

5     deploy that have different properties.

6          Q.   You didn't invent the concept of

7     clustering; right?

8          A.   I did not.

9          Q.   Clustering existed before the '978,

10    '170, and '640 Patents; right?

11         A.   Yes.

12         Q.   Let's go to Slide 17, please.

13         A.   Yes, I see it.

14         Q.   You see that there are some notes

15    below Slide 17?

16         A.   Yes.

17         Q.   Do you know what those are?

18         A.   Yes.

19         Q.   What are they?

20         A.   These are talking notes should people

21    want to understand variant ways to apply the data

22    model.

Page 697

1          Q.    So were these notes to yourself for

2    use during the presentation?

3          A.    Yes.

4          Q.    And there's a note there that says:

5    "Storage solution might use B-tree to be efficient

6    on disk."  Do you see that?

7          A.    Yes.

8          Q.    What is a B-tree?

9          A.    A binary tree.

10         Q.    Were you considering using a B-tree

11   storage solution?

12         A.    Yes.  Well, in fact, you could deploy

13   this model using B-trees in some cases.  It was

14   designed that way.

15         Q.    So you could deploy your NDTP idea

16   using B-tree use cases; is that right?

17         A.    In some cases, yes.

18         Q.    So the claimed inventions in the '978,

19   '640, and '170 Patents would work with the

20   B-tree stor --

21         A.    It depends -- I'm so sorry about that.

22         Q.    So your claimed inventions in the

Page 708

1   DNS.

2        Q.   Have you ever given any other

3   presentations at Yale?

4        A.   I don't think so.

5        Q.   You can't remember one way or the

6   other?

7        A.   I might have given something for

8   religion to the theology department in some other

9   context but it's vague.  I mean I don't recall the

10  time or anything.  It would have been years before

11  this.

12       Q.   Since this presentation in October

13  2002, have you given any other presentations at

14  Yale?

15       A.   No.

16       Q.   Have you been invited to give any

17  other presentations at Yale since 2002?

18       A.   No.

19            MR. SIGLER:  All right.  Why don't we

20  take a break.

21            THE VIDEOGRAPHER:  Going off the

22  record at 3:21 p.m.

Page 709

1                    (A recess was taken.)

2                    THE VIDEOGRAPHER:  Going on the record

3     at 3:41 p.m.

4                    (Deposition Exhibit 87 was marked

5                      for identification.)

6     BY MR. SIGLER:

7          Q.   Mr. Overton, I'm passing you Exhibit

8     87.  (Document tendered to the witness.)

9                    Do you have Exhibit 87 in front of

10    you, sir?

11         A.   I do.

12         Q.   There's a page of metadata attached to

13    the front of Exhibit 87.  Do you see that, sir?

14         A.   I do.

15         Q.   And then if you turn to the next page,

16    do you see that this is a paper called "Consistent

17    Hashing and Random Trees:  Distributed Caching

18    Protocols for Relieving Hotspots on the Worldwide

19    Web"?

20         A.   Yes.

21         Q.   Are you familiar with this paper?

22         A.   Vaguely.

Page 710

1          Q.    Turning back to the front page of this

2    document.  Do you see there that there's a

3    custodian ID about four lines down?

4          A.    Yes.

5          Q.    And this indicates that you were the

6    custodian of this document.  Do you understand

7    that?

8          A.    Okay, sure.

9          Q.    There's a created date time about

10   three quarters of the way down the page.  Do you

11   see that?

12         A.    I do.

13         Q.    And the created date time is

14   January 3, 1999, at 2:52 p.m.; right?

15         A.    I see that.

16         Q.    Turn to the paper again, please.

17         A.    Sure.

18         Q.    There are six authors of the paper

19   identified near the top.  Do you see that?

20         A.    I do.

21         Q.    The first author identified is David

22   Karger.  Do you see that?

1          A.   Yes.

2          Q.   Have you ever communicated with

3     Mr. Karger?

4          A.   I don't believe so.

5          Q.   Do you know who Mr. Karger is?

6          A.   Not off the top of my head.

7          Q.   Eric Lehman is listed as an author of

8     this paper as well; right?

9          A.   Yes.

10          Q.   Have you ever communicated with

11     Mr. Lehman?

12          A.   I don't believe so.

13          Q.   Do you know who Mr. Lehman is?

14          A.   I don't think so.

15          Q.   And a Tom Leighton is listed as an

16     author.  Do you see that?

17          A.   Yes.

18          Q.   Have you ever communicated with Tom

19     Leighton?

20          A.   I don't know.  The name's familiar.  I

21     don't recall.  I don't think I've communicated

22     with Tom Leighton.  The name is somehow more

Page 723

1    that duty you had to provide the Patent Office

2    with all relevant prior art that you were aware of

3    at the time?

4              MR. CARDENAS-NAVIA:  Objection,

5    mischaracterizes the document.

6              THE WITNESS:  Could you be more

7    specific?

8              MR. SIGLER:  Sure.

9    BY MR. SIGLER:

10       Q.   Let me ask you this:  We already

11   confirmed that you didn't submit the Karger paper

12   to the Patent Office when you applied for the

13   '640, '978, or '170 Patents; right?

14       A.   That's correct.

15       Q.   And in that application process, you

16   had a duty to disclose information which was

17   material to patentability; right?

18       A.   That's my understanding, yes.

19       Q.   And you signed this declaration

20   acknowledging that; right?

21       A.   I believe that that's what this does.

22       Q.   Okay.  All right.  You can put that

Page 724

1   aside.

2                    Are you familiar with the term

3   "cloud computing"?

4         A.    Generally, yes.

5         Q.    You didn't invent cloud computing; did

6   you?

7         A.    I did not.

8         Q.    You didn't invent storing data in a

9   database; did you?

10        A.    That's correct.

11        Q.    And you didn't invent database

12  partitions; did you?

13                MR. CARDENAS-NAVIA:  Objection to

14  form, vague.

15                THE WITNESS:  I did not.

16  BY MR. SIGLER:

17        Q.    And you didn't invent the concept of

18  requesting data from a database; right?

19        A.    I did not.

20        Q.    And you didn't invent the concept of

21  returning requested data either; right?

22        A.    That is correct, I did not.

Page 725

1      Q.   And you didn't invent the concept of

2   redirecting request; did you?

3           MR. CARDENAS-NAVIA:  Objection to

4   form, vague.

5           THE WITNESS:  I think it depends on

6   how that's construed.  I think our patents have

7   something very distinctive in our use of redirect.

8   BY MR. SIGLER:

9      Q.   Well, was the general concept of a

10   redirect message around before your inventions?

11           MR. CARDENAS-NAVIA:  Objection to

12   form, vague.

13           THE WITNESS:  That's a very -- it

14   depends on lots of specifics on the use of

15   redirect.

16   BY MR. SIGLER:

17      Q.   You didn't invent using an identifier

18   for data in a database; right?

19      A.   I did not.

20      Q.   And you didn't invent organizing data

21   according to a hash function; did you?

22      A.   I did not.

Page 726

1          Q.   And you didn't invent using keys to

2     retrieve data; did you?

3          A.   That's correct.

4          Q.   Are you familiar with something called

5     a "hash key"?

6          A.   Yes.

7          Q.   Those were around before your

8     invention; right?

9               MR. CARDENAS-NAVIA:  Objection to

10    form, vague.

11              THE WITNESS:  Could you restate that?

12    BY MR. SIGLER:

13         Q.   You didn't invent hash keys; right?

14         A.   That's correct.

15         Q.   And you didn't invent storing

16    information about where data is located; did you?

17         A.   That's correct.

18         Q.   And you didn't invent the concept of

19    location information; did you?

20              MR. CARDENAS-NAVIA:  Objection to

21    form, vague.

22              THE WITNESS:  "Location information"

Page 727

1   is a very broad term and it would depend on its

2   context.

3   BY MR. SIGLER:

4         Q.   Are you the first person in the United

5   States to utilize the concept of location

6   information?

7         A.   It depends in which context.  I think

8   what our patents are distinctive and the invention

9   and my technology in particular is distinctive in

10  its use of location information.

11        Q.   Okay.  But the concept of location

12  information in general existed before your

13  inventions; right?

14        A.   It depends on lots of specifics.  In

15  the most abstract case of that, you know, you

16  could look in a dictionary and it would say

17  "location" and it would just define a term.  And

18  that definitely existed before we created location

19  service.

20        Q.   Had any system before yours used any

21  type of redirect message?

22             MR. CARDENAS-NAVIA:  Objection to

Page 728

1    form, vague.

2              THE WITNESS:  I don't know.  That's a

3    very general term and I would want to define that

4    in specific ways to understand what makes that

5    distinctive or not distinctive or uniform or not

6    uniform.

7    BY MR. SIGLER:

8         Q.   Well, how would you define a redirect

9    message?

10        A.   We define it in our disclosures very

11   specifically.

12        Q.   You didn't invent directory servers;

13   right?

14        A.   That's correct.

15        Q.   Is it fair to say you invented a

16   specific way of organizing location information

17   and identifiers on a location server network?

18        A.   I think that the technology is

19   distinctive in many of its properties in managing

20   location information.

21        Q.   Are you familiar with the concept of

22   data dictionaries?

Page 729

1          A.   Yes.

2          Q.   You didn't invent data dictionaries;

3     did you?

4          A.   That is correct.

5          Q.   And you didn't invent location

6     servers; did you?

7          A.   I don't know --

8               MR. CARDENAS-NAVIA:  Objection to

9     form, vague.

10              THE WITNESS:  Would you specify that

11    in the context of this?

12    BY MR. SIGLER:

13         Q.   Well, let me ask you about something

14    else.  Are you familiar with the concept of a

15    string in networking?

16         A.   In networking?

17         Q.   Yeah.

18         A.   That's not a commonly used expression

19    in networking.  It's usually used in data

20    structures, but I think you could apply it.

21         Q.   Okay.  Are you familiar with the

22    concept of performance metrics?

Page 731

1    BY MR. SIGLER:

2          Q.   I can't remember if it was yesterday

3    or today, but I believe you described your

4    invention as distributed hash tables on

5    localities?

6          A.   For location information.

7          Q.   So would distributed hash tables used

8    on other parts of a network infringe the claims of

9    your patents?

10              MR. CARDENAS-NAVIA:  Objection to

11   form, vague, to the extent it calls for a legal

12   conclusion and expert testimony.

13              THE WITNESS:  I couldn't make a legal

14   conclusion.

15   BY MR. SIGLER:

16         Q.   Do you know what double patenting is?

17         A.   Yes, or I know the concept, heard of

18   the concept.  I don't know if I know it

19   specifically in the legal terms when I'm in a room

20   with legal people.

21         Q.   Well, are you aware that you can't

22   claim the same invention multiple times?

Page 732

1              MR. CARDENAS-NAVIA:  Objection to

2      form, vague, calls for speculation, lack of

3      foundation.

4              THE WITNESS:  Could you restate that?

5      BY MR. SIGLER:

6          Q.   Let me ask you this:  Are there any

7      differences in the claims between your three

8      patents?

9              MR. CARDENAS-NAVIA:  Objection to

10     form, vague.

11             THE WITNESS:  That's also a legal

12     conclusion I think.

13     BY MR. SIGLER:

14         Q.   Okay.  I thought you testified a few

15     moments ago that the Karger paper wasn't material

16     to the inventions claimed in your patents.  Is

17     that what you said?

18         A.   When I looked at the abstract or some

19     portion of it as I was reading it, it was talking

20     about caching.  And what we were doing was not

21     about caching.

22         Q.   You were able to determine on your own

Page 733

1    that that paper wouldn't be material to the

2    examiner's examination of your applications;

3    right?

4          A.   I don't know that I'm expert in any of

5    this.  But when I looked at that, it would never

6    occur to me that that would be germane because

7    that's about caching and one of the critical

8    components, not the only one, but one very

9    foundational component of our patents and of the

10   technology is to eliminate caching.  You can

11   deploy it that way but that's not the part that's

12   the most distinctive.

13         Q.   And that's your view; right?

14         A.   I think it's -- yes, yes, that's my

15   view.

16         Q.   Can you take out the '978 Patent,

17   please.

18         A.   Sure.

19         Q.   And what exhibit number is that?

20         A.   12.

21         Q.   Can you turn to the claims, please?

22         A.   Sure.

Page 734

1          Q.   Specifically -- sorry, I had the wrong

2     patent.  That was the problem.

3                    Can you take out the '640 Patent.

4     What exhibit number is that, sir, for the record?

5          A.   11.

6          Q.   Let's go to Claim 24 of that patent,

7     please.  Claim 24 says:  "The system of Claim 18

8     wherein the location information comprises a

9     portion of a hash table distributed over the

10    plurality of data location servers."  Do you see

11    that there, sir?

12         A.   I do.

13         Q.   And that Claim 24 in the '640 Patent

14    describes hashing location information; right?

15                    MR. CARDENAS-NAVIA:  Objection to

16    form, mischaracterizes the document.

17                    THE WITNESS:  I'm not a lawyer and

18    these are claims.  I don't think I'm qualified to

19    discuss claims.

20    BY MR. SIGLER:

21         Q.   You're not qualified to discuss the

22    claims of your own patents?

Page 826

1    STATE OF ILLINOIS )

2    COUNTY OF C O O K )

3        I, Donna M. Kazaitis, CRR, RPR, IL-CSR

4    No. 084-003145, do hereby certify:

5        That the foregoing deposition of JOHN

6    OVERTON, PH.D. was taken before me at the time and

7    place therein set forth, at which time the witness

8    was put under oath by me;

9        That the testimony of the witness and all

10   objections made at the time of the examination

11   were recorded stenographically by me, were

12   thereafter transcribed under my direction and

13   supervision and that the foregoing is a true

14   record of same.

15       I further certify that I am neither counsel

16   for nor related to any party to said action, nor

17   in any way interested in the outcome thereof.

18       IN WITNESS WHEREOF, I have subscribed my name

19   this 30th day of May, 2023.

20                    _Donna M Kazaitis_____

21                    DONNA M. KAZAITIS, IL-CSR, RPR, CRR

22                    IL-CSR License No. 084-003145