# Exhibit 86

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

_____

KOVE IO, INC.,                    )
                                  )
          Plaintiff,              )
                                  )
v.                                )   No. 1:18-cv-08175
                                  )
AMAZON WEB SERVICES, INC.,)
                                  )
          Defendant.              )
_____)      VOLUME I


HIGHLY CONFIDENTIAL


Video-recorded deposition of JOHN OVERTON,

PH.D., taken at 161 North Clark Street,

Chicago, Illinois, before Donna M. Kazaitis,

IL-CSR, RPR, CRR, commencing at the hour of

8:11 a.m. on Tuesday, May 16, 2023.


_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

```
                                                      Page 2
 1   APPEARANCES:
 2
 3   ON BEHALF OF THE PLAINTIFF:
 4
 5        REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
 6        BY:  JAIME F. CARDENAS-NAVIA, ESQ.
 7             400 Madison Avenue
 8             Suite 14D
              New York, New York 10017
 9             212.381.1965
              jcardenas-navia@reichmanjorgensen.com
10
11
12   ON BEHALF OF THE DEFENDANT:
13
        FISCH SIGLER LLP
14        BY:  R. WILLIAM SIGLER, ESQ.
             ALAN M. FISCH, ESQ.
15             ANDREW RAMOS, ESQ.
             5301 Wisconsin Avenue NW
16             Fourth Floor
              Washington, DC 20015
17             202.363.3500
              bill.sigler@fischllp.com
18             alan.fisch@fischllp.com
              andrew.ramos@fischllp.com
19
20
21   ALSO PRESENT:
22        Joseph Salinas  (Legal Videographer)
```

Page 3

```
 1                      INDEX

 2   JOHN OVERTON, PH.D.                         PAGE

 3        Examination by Mr. Sigler              11

 4

 5                     EXHIBITS

 6   OVERTON                                     PAGE

 7   Exhibit 1    First Notice of 30(b)(6)        38

 8                Deposition to Kove IO, Inc.

 9                by Amazon Web Services, Inc

10   Exhibit 2    Defendant's Rule 30(b)(6)       40

11                Notice of Deposition to

12                Plaintiff Kove IO, Inc.

13   Exhibit 3    Defendant's Rule 30(b)(6)       40

14                Notice of Deposition to

15                Plaintiff Kove IO, Inc.

16   Exhibit 4    Defendant's Rule 30(b)(6)       40

17                Notice of Deposition to

18                Plaintiff Kove IO, Inc.

19   Exhibit 5    Defendant's Rule 30(b)(6)       40

20                Notice of Deposition to

21                Plaintiff Kove IO, Inc.

22
```

Page 4

1               EXHIBITS, CON'T

2   OVERTON                             PAGE

3   Exhibit 6    Subpoena to Testify at a      42

4                Deposition in a Civil Action

5   Exhibit 7    Defendant's Notice of        44

6                Deposition of John Overton

7   Exhibit 8    Witness' deposition notes     47

8   Exhibit 9    LinkedIn bio                48

9   Exhibit 10   9/30/20 email string,        63

10               KOV_00127230 - 231

11   Exhibit 11   U.S. Patent 7,103,640       90

12   Exhibit 12   U.S. Patent 7,233,978      104

13   Exhibit 13   U.S. Patent 7,814,170      110

14   Exhibit 14   Complaint                114

15   Exhibit 15   "10 Emerging Technologies That   122

16               Will Change Your World" article

17   Exhibit 16   Kove's First Amended Response    129

18               to AWS's Third Set of

19               Interrogatories (No. 18)

20   Exhibit 17   Kove's Third Amended Response    142

21               to AWS's First Set of

22               Interrogatories (No. 3)

Page 5

1                    EXHIBITS, CON'T

2    OVERTON                                    PAGE

3    Exhibit 18   Page from Econnectix website,   157

4                 KOV 00174165

5    Exhibit 19   Kove's Sixth Amended           161

6                 Objections and Responses to

7                 AWS's Second Set of

8                 Interrogatories (Nos. 10 and 12)

9    Exhibit 20   Kove's Responses and           170

10                Objections to Amazon's

11                Second Set of Interrogatories

12                (Nos. 10-14)

13   Exhibit 21   Kove's First Amended Response   175

14                to Amazon's Fifth Set of

15                Interrogatories (No. 20)

16   Exhibit 22   Excel spreadsheet, list of      178

17                sales, KOV 00063503

18   Exhibit 23   12/26/09 email, KOV 00036481    191

19   Exhibit 24   Kove's Seventh Amended          202

20                Objections and Responses to

21                Amazon's First Set of

22                Interrogatories No. 1, 2, 5, 6, 9

 1                    EXHIBITS, CON'T

 2    OVERTON                                      PAGE

 3    Exhibit 25   12/30/18 email string,          211

 4                 KOV 00126084 - 088

 5    Exhibit 26   8/16/17 email, KOV 00163061     220

 6    Exhibit 27   3/1/15 email, KOV 00132385      228

 7    Exhibit 28   8/19/21 privilege log           235

 8    Exhibit 29   10/15/18 email string,          260

 9                 KOV_00016621 - 623

10    Exhibit 30   Kove's Responses and            267

11                 Objections to Amazon's Fourth

12                 Set of Interrogatories (No. 19)

13    Exhibit 31   Econnectix Corporation          270

14                 Advisors Agreement,

15                 KOV 00016619 - 620

16    Exhibit 32   Econnectix Corporation          277

17                 Advisors Agreement, signed,

18                 undated, KOV 00061286 - 288

19    Exhibit 33   KOV 00126094                    284

20    Exhibit 34   6/7/17 email string,            288

21                 KOV_00162949 - 951

22

```
 1                  EXHIBITS, CON'T

 2   OVERTON                                    PAGE

 3   Exhibit 35   Mutual Nondisclosure Agreement, 292

 4                KOV 00217927 - 928

 5   Exhibit 36   8/20/17 email string,          294

 6                KOV 00164168 - 171

 7   Exhibit 37   9/1/17 email, plus attachment,  300

 8                KOV 00164175 - 138

 9   Exhibit 38   9/10/17 email, plus attachment, 304

10                KOV 00163075 - 121

11   Exhibit 39   9/12/17 email string,          306

12                KOV_00163139 - 146

13   Exhibit 40   1/3/18 email string,           312

14                KOV 00163365 - 367

15   Exhibit 41   1/11/18 email string,          318

16                KOV_00163382 - 383

17   Exhibit 42   5/30/18 email,                 330

18                KOV 00125808 - 809

19   Exhibit 43   9/10/18 email string,          335

20                KOV 00124987 - 988

21   Exhibit 44   12/15/19 email, KOV 00123167   342

22
```

Page 8

1                    EXHIBITS, CON'T

2     OVERTON                                    PAGE

3     Exhibit 45    Aim for the Climate, Grand    345

4                   Challenge Winner

5     Exhibit 46    Grand Challenge Judge         347

6                   Biographies,

7     Exhibit 47    Image spec, KOV 0221061       352

8     Exhibit 48    Image spec, KOV 0221062       353

9     Exhibit 49    Global Indices, patent        354

10                  document draft,

11                  KOV 00221163 - 213

12    Exhibit 50    Marketing campaign draft,     357

13                  KOV 00221063 - 162

14    Exhibit 51    U.S. Patent 6,185,601,        359

15                  AMZ KOVE 000530100 - 182

16    Exhibit 52    Kove's Responses and          370

17                  Objections to Amazon's Sixth

18                  Set of Interrogatories No. 22-25

19    Exhibit 53    OverX Four Month Plan,        377

20                  KOV 00055714 - 718

21    Exhibit 54    Schedule 1,                   384

22                  KOV 00053962 - 965

1                    EXHIBITS, CON'T

2    OVERTON                                    PAGE

3    Exhibit 55   8/15/01 letter,              386

4                 FOUNDERS 00000180 - 181

5    Exhibit 56   9/21/01 letter,              393

6                 FOUNDERS 00000192

7    Exhibit 57   5/6/02 letter,               395

8                 ROIZEN 000292

9    Exhibit 58   Affidavit of Claim,          409

10               ROIZEN 000295

11

12

13

14

15

16

17

18

19

20

21

22

1          THE VIDEOGRAPHER:  This is File Number

2    1 of the videotaped deposition of John Overton

3    taken by the defendant in the matter of Kove v.

4    AWS in the United States District Court for the

5    Northern District of Illinois, Eastern Division,

6    Case Number 1:18-cv-08175.

7              This deposition is being held at

8    161 North Clark, Chicago, Illinois, 60601, on

9    May 16, 2023.  The time on the video screen is now

10   8:11 a.m.

11             My name is Joseph Salinas.  I am

12   the legal videographer from Digital Evidence

13   Group.  The court reporter is Donna Kazaitis also

14   in association with Digital Evidence Group.

15             Will counsel please introduce

16   themselves for the record.

17             MR. CARDENAS-NAVIA:  Jaime

18   Cardenas-Navia on behalf of the plaintiff, Kove,

19   and the witness, Dr. Overton.

20             MR. SIGLER:  Good morning.  I'm Bill

21   Sigler of Fisch Sigler LLP on behalf of the

22   defendant Amazon.  Joining me today are my

Page 11

1 colleagues, Alan Fisch and Andrew Ramos.

2       THE VIDEOGRAPHER:  Will the court

3 reporter please swear in the witness.

4 (Witness sworn.)

5       JOHN OVERTON, PH.D.,

6 having been first duly sworn, was examined and

7 testified as follows:

8       EXAMINATION

9 BY MR. SIGLER:

10    Q.   Good morning, sir.

11    A.   Good morning.

12    Q.   Could you please state your full name

13 for the record.

14    A.   John Kent Overton.

15    Q.   We're here today in Chicago taking

16 your deposition; right, sir?

17    A.   Yes.

18    Q.   You live here in Chicago; is that

19 correct?

20    A.   I do.

21    Q.   And Kove's attorney,

22 Mr. Cardenas-Navia, is here representing you at

Page 206

1          A.   Because there are a lot, lot, lot of

2    documents that I've seen.  And my strong suspicion

3    is that I reviewed this very carefully at one

4    point because I tend to do that on documents I

5    sign.  And there was some indication to verify

6    that, but I don't recall that sitting here this

7    second what it is.

8          Q.   And you verified this response nine

9    days ago; right?

10         A.   I don't know if it was nine days ago.

11   There was a lot of stuff going on.

12         Q.   Take a look at the verification page

13   again if you'd like.

14         A.   What page is the verification page?

15   Here it is.  Yeah, yeah, okay.

16         Q.   After Page 6.

17         A.   So let me think about this a little

18   bit more.

19              I think there were some emails

20   floating around somewhere, if I'm recalling

21   correctly, that go back to around that date.  I

22   don't remember the specific emails at this point

1   but I think there were some emails floating around

2   sent to me or I sent to somebody.  I don't recall

3   the specifics of it at this point.  So that would

4   be where my recollection comes from.

5          Q.   Okay.  So you can't tell me if you

6   were aware of Amazon S3 on or around March 14,

7   2006?

8          A.   I think there are some emails floating

9   around somewhere that I have seen that would give

10   that date.  It seems very reasonable to me, yes,

11   it seems very reasonable to me.  But not having

12   the specific documents that would give that

13   specific date, you know, I see a lot of documents

14   right now.  So I think that sounds reasonable to

15   me.

16          Q.   March 14, 2006, is over a dozen years

17   before you filed this lawsuit; right?

18          A.   Uh-huh, yes.

19          Q.   So you waited a dozen years after you

20   may have become aware of S3 to file this lawsuit;

21   right?

22          A.   Yes.

1          Q.    Why didn't you sue Amazon when S3 was

2    introduced in 2006?

3          A.    You've seen our finances.  We were

4    working our tail off just to be able to make ends

5    meet and to evolve the company.  I was super busy

6    and I couldn't get to it.

7          Q.    Why did you wait 12 years to accuse

8    Amazon of infringing -- excuse me.  Strike that.

9                Why did you wait 12 years after S3

10   was launched to accuse Amazon of infringing your

11   patents?

12         A.    As I said, we're a startup and it was

13   much harder earlier on than it is now, much

14   harder.  I had to prioritize everything I did

15   every single day and just didn't have the time to

16   get to it.

17         Q.    It was lower down on the list of

18   priorities; is that fair?

19         A.    Yes.

20         Q.    If you hadn't waited 12 years after

21   Amazon introduced S3 to accuse Amazon of

22   infringing, Amazon could have made changes to its

1   products to not infringe during that time; right?

2          MR. CARDENAS-NAVIA:  Objection to

3   form, calls for speculation.

4   BY MR. SIGLER:

5          Q.   Can you answer my question?

6          A.   I have no idea what Amazon could or

7   could not have done.

8          Q.   Well, if you accused Amazon of

9   infringing your patents in 2006, they could have

10  stopped offering S3; right?

11         MR. CARDENAS-NAVIA:  Objection to

12  form, calls for speculation.

13         THE WITNESS:  I have no idea to

14  speculate what Amazon might or might not have

15  done.

16  BY MR. SIGLER:

17         Q.   All right.  So if someone from Amazon

18  told the jury at trial that if they had received

19  notice of your contention that Amazon S3 infringes

20  in 2006 that they would have made changes to that

21  product, you'd have no basis to dispute that;

22  right?

Page 210

1         A.   I have no opinion on any of this.  I

2    have no knowledge of anybody at Amazon.  I have no

3    idea who the people are, what they think, or what

4    they might think.

5         Q.   Has anyone ever notified Kove that

6    they believe Kove is infringing on their patents?

7         A.   I don't think so.

8         Q.   According to this Interrogatory

9    response, you may have become generally aware of

10   Amazon DynamoDB at least on or around January 18,

11   2012; right?

12        A.   Yes, that's what it says.

13        Q.   Did you become aware of DynamoDB on or

14   around January 18, 2012?

15        A.   Probably.  Again, I don't like to ever

16   say things where there's a specific date where I

17   don't see the specific referred document to it,

18   but that wouldn't be there were that not likely

19   and probably to be correct.  I believe that is the

20   case.

21        Q.   January 18, 2012, is more than six

22   years before you filed this lawsuit against

Page 211

1   Amazon; right?

2          A.   Yes.

3          Q.   So you waited over six years after

4   Amazon launched DynamoDB to sue Amazon; right?

5          A.   Yes.

6          Q.   Why didn't you sue Amazon when

7   DynamoDB was introduced in 2012?

8          A.   The same reason.  We're a startup and

9   we were doing our best just to keep payroll and

10  prioritize things that would evolve the business.

11         Q.   So it wasn't a priority at the time in

12  2012?

13         A.   It was of lesser priority, yes.

14         Q.   And this response cites two documents

15  at the end.  Do you see that?

16         A.   Yes.  You mean 126084 and the one

17  following that?

18         Q.   Yes.

19         A.   Okay.

20         Q.   Let's take a look at those documents.

21              (Deposition Exhibit 25 was marked

22               for identification.)

Page 212

1   BY MR. SIGLER:

2          Q.   I'll pass you Exhibit 25.  (Document

3   tendered to the witness.)

4          A.   Thank you.

5          Q.   Do you have Exhibit 25 in front of

6   you, sir?

7          A.   I do.

8          Q.   On the first page it says the Bates

9   number KOV 00126084.

10              This is one of the documents cited

11  in the Interrogatory response that's Exhibit 24;

12  right?

13         A.   Yes.

14         Q.   And Exhibit 25 is -- well, the first

15  page of Exhibit 25 is an email from Darren Bock;

16  right?

17         A.   Yes.

18         Q.   And it was sent on December 30, 2018;

19  right?

20         A.   Yes.

21         Q.   And it was sent to you; correct?

22         A.   Yes.

Page 227

1          Q.    I'm not asking you about that

2     Interrogatory response.  I'm just asking you about

3     the response to No. 6 and trying to understand

4     where this March 14, 2006 and January 18, 2012

5     date came from.

6                    It's your belief that there are

7     documents reflecting the fact that you became

8     generally aware of Amazon S3 on or around

9     March 14, 2006?

10          A.    No.  It's my belief that those are

11     specific dates and there wouldn't be specific

12     dates unless there was some way to make those

13     specific dates.  I don't know if that's the

14     introduction to S3 and the introduction of

15     DynamoDB and that's that date, or if there's an

16     email or if there's something else, I don't know,

17     but those are specific dates.

18                    I always prefer to be as exact as I

19     can.  So if there's a specific date, I presume

20     there's some specific reason for that specific

21     date.

22          Q.    All right.  We'll come back to that.

Page 228

1          A.    May I close that one?

2          Q.    Sure.  When did Kove first consider

3     filing a patent infringement lawsuit against

4     Amazon?

5          A.    I don't know the specific date, but I

6     think we considered some of that as early as maybe

7     2015, maybe.  Again, I'm going by recollection.

8     That can be fraught with error, but I think that's

9     about the timeframe.

10                    (Deposition Exhibit 27 was marked

11                     for identification.)

12    BY MR. SIGLER:

13         Q.    All right.  I'm passing you Exhibit

14    27.  (Document tendered to the witness.)

15                    Do you have Exhibit 27 in front of

16    you, sir?

17         A.    I do.

18         Q.    Exhibit 27 bears the Bates stamp

19    KOV_00132385.

20                    Do you see, sir, that Exhibit 27 is

21    an email at the top from Mr. Connolly to you?

22         A.    Yes.

Page 229

```
 1          Q.   And it's dated March 1, 2015; correct?

 2          A.   I do.

 3          Q.   I want to start with the bottom email

 4   in this chain.  At the bottom of the chain there's

 5   an email from you to Mr. Connolly; right?

 6          A.   Yes.

 7          Q.   And it was sent Sunday, March 1, 2015;

 8   right?

 9          A.   Yes.

10          Q.   And the subject is Amazon; correct?

11          A.   Yes.

12          Q.   In the email you state "Keith, Please

13   ask me about Amazon AWS on Monday in office.

14   Thanks, John."  Do you see that?

15          A.   I do.

16          Q.   And then later that same day

17   Mr. Connolly responded to you; correct?

18          A.   Yes.

19          Q.   And Mr. Connolly said "Any context

20   that I could think about in the meantime?";

21   correct?

22          A.   Yes.
```

Page 239

1              THE WITNESS:  Can I?  I think that's

2   privileged; right?

3              MR. CARDENAS-NAVIA:  What's in this

4   privilege log is not privileged.  Anything beyond

5   that in terms of communications or discussions,

6   that is privileged.  So to the extent you need to

7   rely on anything beyond this document, yes, that's

8   privileged and I instruct you not to answer.

9              THE WITNESS:  Okay.  Then I think

10  that's privileged.

11  BY MR. SIGLER:

12       Q.   Well, it says here that this document

13  was prepared in anticipation of litigation; right?

14       A.   Yes.

15       Q.   What litigation was it prepared in

16  anticipation of?

17              MR. CARDENAS-NAVIA:  And I'm going to

18  instruct the witness not to answer.

19  BY MR. SIGLER:

20       Q.   Are you going to follow your counsel's

21  instruction?

22       A.   I am.

Page 240

1          Q.   As of July 12, 2014, were you

2     contemplating a lawsuit against Amazon for patent

3     infringement?

4          A.   I don't recall.

5               MR. CARDENAS-NAVIA:  I instruct the

6     witness not to answer.  Please pause before

7     answering any questions.

8               THE WITNESS:  Yes.

9     BY MR. SIGLER:

10          Q.   All right.  Let's go to the next

11     entry, No. 46, on the next page.  That entry is

12     dated November 18, 2014; right?

13          A.   I see that.

14          Q.   The document is described as "Notes

15     from meeting held between John Overton and Stephen

16     Bailey and attorneys Rob Dellenbach and Edward

17     King regarding infringement litigation, including

18     counsel's legal advice regarding litigation."  Do

19     you see that, sir?

20          A.   I do.

21          Q.   So at this time in November 2014 you

22     and Mr. Bailey had a meeting with attorneys Rob

Page 241

1  Dellenbach and Edward King about infringement

2  litigation; correct?

3          MR. CARDENAS-NAVIA:  You may answer

4  that question "Yes" or "No."

5          THE WITNESS:  Yes.

6  BY MR. SIGLER:

7      Q.  What was the infringement litigation

8  that was the subject of this November 18, 2014

9  document?

10          MR. CARDENAS-NAVIA:  I'm going to

11  instruct the witness not to answer on the basis of

12  privilege.

13          THE WITNESS:  And I follow counsel's

14  advice.

15  BY MR. SIGLER:

16      Q.  Mr. Dellenbach is -- strike that.

17          What firm is Mr. Dellenbach at?

18      A.  Dellenbach Venture Counsel.

19      Q.  Did you and Mr. Bailey provide any

20  written -- well, strike that.

21          Did you or Mr. Bailey draft any

22  documents that you provided to Mr. King and

Page 242

1    Mr. Dellenbach at this time?

2         A.   I don't recall.

3         Q.   Did Mr. King ever represent Kove in

4    any litigation?

5         A.   No.

6         Q.   Did he decline to represent Kove in

7    infringement litigation?

8              MR. CARDENAS-NAVIA:  You can answer

9    that question "Yes" or "No."

10             THE WITNESS:  No.

11   BY MR. SIGLER:

12        Q.   Let's go to entry 47.  The document

13   there is identified as dated March 7, 2017; right?

14        A.   Yes.

15        Q.   And it's described as a memorandum

16   prepared by Lee Auspitz regarding potential

17   infringement damages prepared in anticipation of

18   potential infringement litigation; right?

19        A.   Yes.

20        Q.   Who's Lee Auspitz?

21        A.   He's a board member.

22        Q.   Is he an attorney?

Page 413

1    STATE OF ILLINOIS )

2    COUNTY OF C O O K )

3         I, Donna M. Kazaitis, CRR, RPR, IL-CSR

4    No. 084-003145, do hereby certify:

5         That the foregoing deposition of JOHN

6    OVERTON, PH.D. was taken before me at the time and

7    place therein set forth, at which time the witness

8    was put under oath by me;

9         That the testimony of the witness and all

10   objections made at the time of the examination

11   were recorded stenographically by me, were

12   thereafter transcribed under my direction and

13   supervision and that the foregoing is a true

14   record of same.

15        I further certify that I am neither counsel

16   for nor related to any party to said action, nor

17   in any way interested in the outcome thereof.

18        IN WITNESS WHEREOF, I have subscribed my name

19   this 26th day of May, 2023.

20        _____

21        DONNA M. KAZAITIS, IL-CSR, RPR, CRR
          Registered Professional Reporter
22        Certified Realtime Reporter
          IL-CSR License No. 084-003145