# Exhibit 87

\*\*\* HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER \*\*\*

1                IN THE UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF ILLINOIS

3                        EASTERN DIVISION

4

5    KOVE IO, INC.,                        )

6            Plaintiff,                    )

7        vs.                              ) No. 18 CV 8175

8    AMAZON WEB SERVICES, INC.,            )

9            Defendant.                    )

10

11           The ** HIGHLY CONFIDENTIAL ** remote video

12   teleconference deposition of STEPHEN BAILEY, PH.D.,

13   called for examination, taken pursuant to the Federal

14   Rules of Civil Procedure of the United States

15   District Courts pertaining to the taking of

16   depositions, taken before DINA G. MANCILLAS, a

17   Certified Shorthand Reporter within and for the State

18   of Illinois, CSR No. 84-3400 of said state, on

19   October 9, 2020, at 14:03 a.m. UTC.

20

21

22

23

24

```
 1    REMOTE APPEARANCES:

 2

 3         REICHMAN JORGENSEN, LLP,

 4         (750 Third Avenue, Suite 2400,

 5         New York, New York  10017,

 6         212-381-1965), by:

 7         MR. JAIME F. CARDENAS-NAVIA,

 8         jcardenas-navia@reichmanjoregensen.com,

 9             appeared via video teleconference on behalf

10             of the Plaintiff;

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1   REMOTE APPEARANCES:  (Continued)

 2

 3        JENNER & BLOCK, LLP,

 4        (353 North Clark Street, Suite 4500,

 5        Chicago, Illinois  60654-3456,

 6        312-222-9350), by:

 7        MS. TERRI L. MASCHERIN,

 8        tmascherin@jenner.com,

 9        MS. LISA MARIE SCHOEDEL,

10        lschoedel@jenner.com,

11             -and-

12        JENNER & BLOCK, LLP,

13        (919 Third Avenue,

14        New York, New York  10022-3908,

15        212-891-1600), by:

16        MR. CAYMAN C. MITCHELL,

17        cmitchell@jenner.com,

18             appeared via video teleconference on behalf

19             of the Defendant.

20

21

22

23

24
```

```
 1   ALSO PRESENT REMOTELY:

 2

 3        Mr. Daniel Garcia, Jenner & Block, LLP.

 4        Mr. Travis Jewell, Legal Videographer,

 5             US Legal Support, Inc.

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21   REPORTED BY:

22             DINA G. MANCILLAS, CSR, RPR, CRR, CLR

23             CSR No. 84-3400

24   APPEARING REMOTELY FROM DUPAGE COUNTY, ILLINOIS
```

1                    I N D E X

2   WITNESS                          EXAMINATION

3   STEPHEN BAILEY, PH.D.

4        By Ms. Mascherin                    12

5

6                    E X H I B I T S

7        NUMBER                              PAGE

8   AWS Exhibit 1, Bates Nos. OVERTON00000001     23

9        through OVERTON0000007.

10  AWS Exhibit 2, Bates Nos. KOV_00016619        36

11       through KOV_00016620.

12  AWS Exhibit 3, Bates Nos. KOV_00016621        37

13       through KOV_00016623.

14  AWS Exhibit 4, Printout from the website      51

15       of Syntiant.

16  AWS Exhibit 5, Printout from Alexa            54

17       Portfolio Fund Companies.

18  AWS Exhibit 6, Privilege log.                 57

19  AWS Exhibit 7, Bates Nos. BAILEY_00000001     72

20       through BAILEY_00000026.

21  AWS Exhibit 8, United States Patent           74

22       No. 7,103,640 B1.

23

24

1            I N D E X  (Continued)

2

3             E X H I B I T S

4   NUMBER                             PAGE

5  AWS Exhibit 9, BAILEY_00000027        76

6     through BAILEY_00000059.

7  AWS Exhibit 10, BAILEY_00000078      77

8     through BAILEY_00000102.

9  AWS Exhibit 11, Bates            86

10    Nos. AMZ_KOVE_000038545 through

11    AMZ_KOVE_000038601.

12  AWS Exhibit 12, BAILEY_00000060      91

13     through BAILEY_00000077.

14  AWS Exhibit 13, Bates Nos. KOV_00002135   102

15     through KOV_00002138.

16  AWS Exhibit 14, Bates Nos. KOV_00002411   105

17     through KOV_00002413.

18  AWS Exhibit 15, Bates           108

19    Nos. AMZ_KOVE_000014452 through

20    AMZ_KOV_000014488.

21  AWS Exhibit 16, Bates           112

22    Nos. AMZ_KOVE_000013191 through

23    AMZ_KOV_000013236.

24

```
 1                I N D E X  (Continued)

 2

 3                    E X H I B I T S

 4     NUMBER                                      PAGE

 5   AWS Exhibit 17, Bates Nos. KOV_00002146      126

 6      through KOV_00002161.

 7   AWS Exhibit 18, Bates Nos. KOV_00000738      133

 8      through KOV_00000784.

 9   AWS Exhibit 19, Bates Nos. KOV_00005841      140

10      through KOV_00005851.

11   AWS Exhibit 20, Bates                        143

12      Nos. AMZ_KOVE_000018250 through

13      AMZ_KOVE_000018264.

14   AWS Exhibit 21, Bates Nos. KOV_00034179.     150

15   AWS Exhibit 22, Bates Nos. KOV_00002003      155

16      through KOV_00002004.

17   AWS Exhibit 23, Bates                        161

18      Nos. AMZ_KOVE_000027411 through

19      AMZ_KOVE_000027413.

20   AWS Exhibit 24, Assignment Abstract for      167

21      of Title for Application 11354224.

22   AWS Exhibit 25, Assignment Abstract for      174

23      of Title for Application 09661222.

24
```

Page 8

1                  I N D E X  (Continued)

2

3                        E X H I B I T S

4       NUMBER                                      PAGE

5    AWS Exhibit 26, Assignment Abstract for       175

6       of Title for Application 09872736.

7    AWS Exhibit 27, Bates Nos. KOV_00034203       183

8       through KOV_00034216.

9    AWS Exhibit 28, Bates Nos. KOV_00004127       193

10      through KOV_00004214.

11   AWS Exhibit 29, Bates Nos. KOV_00004063       195

12      through KOV_00004082.

13   AWS Exhibit 30, Bates Nos. KOV_00004293       198

14      through KOV_00004309.

15   AWS Exhibit 31, Bates Nos. KOV_00002178       202

16      through KOV_00002366.

17   AWS Exhibit 32, Bates Nos. KOV_0039222        217

18      through KOV_0039231.

19   AWS Exhibit 33, Bates                         222

20      Nos. AMZ_KOVE_000070511 through

21      AMZ_KOVE_000070518.

22   AWS Exhibit 34, Bates No. KOV_00030570.       223

23

24

```
 1                I N D E X   (Continued)

 2

 3                   E X H I B I T S

 4     NUMBER                                    PAGE

 5  AWS Exhibit 35, Bates                         228

 6     Nos. UCHICAGO_000000395 through

 7     UCHICAGO_000000426.

 8  AWS Exhibit 36, Bates                         230

 9     Nos. UCHICAGO_000000427 through

10     UCHICAGO_000000431.

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1          THE VIDEOGRAPHER:   We are now on the

2    record.

3                    Participants should be aware that

4    this proceeding is being recorded, and as

5    such, all conversations held will be recorded

6    unless there's a request and agreement to go

7    off the record.

8                    Private conversations and/or

9    attorney-client interactions should be held

10   outside the presence of the remote interface.

11   For the purpose of creating a witness-only

12   video recording, the witness is being

13   spotlighted on all of the video screens.

14                   We ask that the witness not

15   remove the spotlight setting during the

16   deposition, as it may cause other

17   participants to appear on the final video

18   rather than just the witness.

19                   For anyone who doesn't want the

20   witness's video to take up a large part of

21   your screen, you may click the gallery view

22   button in the upper right corner of the

23   remote depo interface.

24                   This is the remote video-recorded

1   deposition of Stephen Bailey being taken on

2   Friday, October 9th, 2020.  The time is now

3   14:03 UTC.

4              We are here in the matter of

5   Kove IO versus Amazon Web Services.  My name

6   is Travis Jewell, remote video technician on

7   behalf of US Legal Support, located at

8   200 West Jackson, Chicago, Illinois.

9              I am not related to any party in

10  this action, nor am I financially interested

11  in the outcome.

12             At this time, will the reporter

13  on behalf of US Legal Support please enter

14  the statement for remote proceedings into the

15  record.

16      THE COURT REPORTER:  The attorneys

17  participating in this deposition acknowledge

18  that I am not physically present in the

19  deposition room and that I will be reporting

20  this deposition remotely pursuant to Federal

21  Rule of Civil Procedure 29.

22             They further acknowledge that in

23  lieu of an oath administered in person, the

24  witness will verbally declare his testimony

 1          in this matter is under penalty of perjury.

 2                    The parties and their counsel

 3      consent to this arrangement and waive any

 4      objections to this manner of reporting.

 5                    Please indicate your agreement by

 6      stating your name and your agreement on the

 7      record.

 8          MS. MASCHERIN:  This is Terri

 9      Mascherin, Jenner & Block, representing

10      Amazon Web Services.  We agree.

11          MR. CARDENAS-NAVIA:  This is Jaime

12      Cardenas-Navia of Reichman Jorgensen

13      representing Kove IO, Inc.  We agree.

14                    (The witness was duly sworn.)

15               STEPHEN BAILEY, PH.D.,

16      called as a witness herein, having been first duly

17      sworn, was examined and testified as follows:

18                         EXAMINATION

19      BY MS. MASCHERIN:

20          Q.    Good morning, sir.  My name is Terri

21      Mascherin.  I'm at the law firm of Jenner & Block

22      in Chicago.  We represent Amazon Web Services in

23      this case.

24                    To start out, do you prefer to be

1    lawyer somehow for the companies.

2         Q.    Did -- did anyone explain to you what

3    kind of legal work Mr. Dellenbach was doing for

4    Mr. Overton or his companies?

5         A.    No.

6         Q.    Did you have any further contact with

7    Mr. Dellenbach after this email exchange?

8         A.    I don't remember specifically, but,

9    yes, I expect so.

10         Q.    Approximately how many times did you

11   communicate with Mr. Dellenbach?

12         A.    I don't recall.

13         Q.    Do you have any understanding of when

14   it was, Dr. Bailey, that Kove filed this lawsuit

15   against Amazon Web Services?

16         A.    No.

17         Q.    I'll represent to you that it -- that

18   the law- -- that the complaint was filed in

19   December of 2018.

20              MS. MASCHERIN:  Do you agree with that,

21         Mr. Cardenas-Navia?

22              MR. CARDENAS-NAVIA:  That's correct.

23   BY MS. MASCHERIN:

24         Q.    Did you have any involvement in

```
 1    preparing the complaint in this case?
 2              MR. CARDENAS-NAVIA:  And I'm just going
 3         to caution Dr. Bailey not to reveal the
 4         substance of any attorney-client privileged
 5         communications.
 6                   If you can answer the question
 7         without doing so, then please go ahead.
 8    BY THE WITNESS:
 9         A.    Not that I'm aware of.
10    BY MS. MASCHERIN:
11         Q.    Have you ever seen the complaint?
12         A.    No, not that I recall.
13         Q.    You testified earlier, Dr. Bailey, that
14    the work that you have done for John Overton or
15    his companies since late 20- -- 2014 has included
16    looking at technologies that potentially relate to
17    the -- to certain patents, is that right?
18         A.    Yes.
19         Q.    Did you look at any technologies that
20    are products or services of Amazon Web Services?
21              MR. CARDENAS-NAVIA:  Again, I'm going
22         to caution the witness not to refer -- reveal
23         attorney-client privileged communications,
24         but please answer that question to the extent
```

1        you can do that.

2    BY THE WITNESS:

3        A.     Okay.  Yes.

4    BY MS. MASCHERIN:

5        Q.     What services or products did you look

6    at?

7              MR. CARDENAS-NAVIA:  Same caution.

8    BY THE WITNESS:

9        A.     Well, I don't remember exactly.

10   BY MS. MASCHERIN:

11       Q.     Did they include -- are -- are you

12   familiar with a product known as Amazon S3?

13       A.     Yes.

14       Q.     Was that one of the products or

15   services that you looked at?

16       A.     Yes.

17       Q.     And are you familiar with an Amazon

18   product or service known as DynamoDB?

19       A.     Yes.

20       Q.     Is that one of the products or services

21   that you looked at?

22       A.     Yes.

23       Q.     Are there any other Amazon products or

24   services that you looked at in connection with

1    this work that we're discussing?

2         A.     I don't recall.

3         Q.     When did you do that work?

4         A.     I don't recall exactly, but I think it

5    was in the 2014 -- late 2014 time frame.

6         Q.     At that point in time, were you in

7    communication with any counsel relating to this --

8    the work that you've described?  Just yes or no.

9         A.     Yes.

10        Q.     Who was that counsel?

11        A.     Well, there was Robert and -- there was

12   this guy Edward.  I don't remember his last name.

13        Q.     Do you recall any others?

14        A.     No.

15        Q.     Were you in com- -- were you in

16   communication with Mr. Dellenbach going back to

17   2014?  The email chains we looked at earlier were

18   2018.  So I'm a little unclear.

19        A.     Yes.

20        Q.     So you were in -- you were in

21   communication with him going back to 2014?

22        A.     Yes.

23        Q.     Did you prepare any work product at

24   this time in -- in -- that you've identified as

```
 1   approximately late 2014 with respect to the look

 2   that you took at Amazon's S3, DynamoDB, and if

 3   there were any other Amazon products?

 4            MR. CARDENAS-NAVIA:  And I'm just going

 5        to caution the witness not to reveal any

 6        attorney-client privilege or work product

 7        materials, but you may answer that question

 8        yes or no.

 9   BY THE WITNESS:

10        A.    What's -- what is work product?

11   BY MS. MASCHERIN:

12        Q.    Did you -- did you write something up?

13        A.    Yes.

14        Q.    Who did you provide that to?

15        A.    So, writing -- writing something up,

16   that's work product?

17        Q.    That's what I mean by "work product,"

18   anything -- any notes, any summary or other

19   memorialization, you know, other than orally, of

20   the work that you did.

21        A.    I see.  I see.  Okay.  So the question

22   is, did I provide that to anyone?

23        Q.    The question is, did you create

24   anything like that, first of all?
```

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF ILLINOIS

 3                        EASTERN DIVISION

 4

 5   KOVE IO, INC.,                      )

 6            Plaintiff,                 )

 7        vs.                            ) No. 18 CV 8175

 8   AMAZON WEB SERVICES, INC.,          )

 9            Defendant.                 )

10              I hereby certify that I have read the

11   foregoing transcript of my remote videotaped

12   deposition given at the time and place aforesaid, and

13   I do again subscribe and make oath that the same is a

14   true, correct and complete transcript of my

15   deposition so given as aforesaid, and includes

16   changes, if any, so made by me.

17

18

19

20                              STEPHEN BAILEY, PH.D.

21   SUBSCRIBED AND SWORN TO before me

22   this    day of                  , A.D. 2020.

23

24   NOTARY PUBLIC
```

1                    CERTIFICATE

2                         OF

3                SHORTHAND REPORTER

4

5          I, DINA G. MANCILLAS, a Certified

6     Shorthand Reporter of the State of Illinois,

7     CSR License No. 084-003400, do hereby certify:

8              That previous to the commencement of the

9     examination of the aforesaid witness, the witness was

10    duly sworn and/or duly affirmed by me to testify the

11    whole truth concerning matters herein;

12             That the foregoing deposition transcript

13    was stenographically reported remotely by me and was

14    thereafter reduced to typewriting under my personal

15    direction and constitutes a true and accurate record

16    of the testimony given and the proceedings had at the

17    aforesaid deposition;

18             That the said deposition was taken before

19    me at the time and place specified;

20             That I am not a relative or employee or

21    attorney or counsel for any of the parties herein,

22    nor a relative or employee of such attorney or

23    counsel for any of the parties hereto, nor am I

24    interested directly or indirectly in the outcome of

1   this action.

2            IN WITNESS WHEREOF, I do hereunto set my

3   hand at Chicago, Illinois, this 16th of October,

4   2020.

5

6

7

8

9   _____

10           DINA G. MANCILLAS, CSR, RPR, CRR, CLR

11           CSR LICENSE NO. 084-003400

12

13

14

15

16

17

18

19

20

21

22

23

24