# Exhibit 88

# In the Matter Of:

# KOVE V. AMAZON WEB SERVICES

1:18-cv-08175

# TIM RATH

*May 05, 2023*

*Highly Confidential*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                 HIGHLY CONFIDENTIAL
                SUBJECT TO PROTECTIVE ORDER
 2
              UNITED STATES DISTRICT COURT
 3            FOR THE DISTRICT OF ILLINOIS
                    EASTERN DIVISION
 4
    KOVE, INC.,                        )
 5                                     )
             Plaintiff,                )
 6                                     )
             vs.                       )  CASE NO.
 7                                     )  1:18-cv-08175
    AMAZON WEB SERVICES, INC.,         )
 8                                     )
             Defendant.                )
 9

10

11

12     REMOTE VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

13                       OF TIM RATH

14

15                      MAY 5, 2023
                         8:02 A.M.
16

17        (All participants appeared remotely)

18

19

20       TAKEN AT THE INSTANCE OF THE PLAINTIFF

21

22

23

24  REPORTED BY:
    MONNA J. NICKESON, RPR, CRR, CCR, CSR CA 14430
25  JOB:  J9643041
```



```
 1           APPEARANCES:

 2

     FOR THE PLAINTIFF:
 3
             Mateo Z. Fowler, Esq.
 4           MZF Law Firm
             1105 Nueces Street, Suite A
 5           Austin, TX 78701

 6           Adam Adler, Esq.
             Reichman Jorgensen Lehman & Feldberg
 7           400 Madison Avenue, Suite 14D
             New York, New York 10017

 8

 9   FOR THE DEFENDANT:

10           Jeffrey Saltman, Esq.
             Andrew Ramos, Esq.
11           Reichman Jorgensen Lehman & Feldberg
             1909 K Street, NW, Suite 800
12           Washington, D.C.  20006


13

     ALSO PRESENT:
14
             Robert Pacheco, Videographer
15

16

17

18

19

20

21

22

23

24

25
```



```
 1                       I N D E X

 2            KOVE VS. AMAZON
              CASE NO. 1:18-cv-08175
 3            MAY 5, 2023

 4   WITNESS:  TIM RATH                                PAGE

 5   EXAMINATION BY MR. FOWLER:                        6
     EXAMINATION BY MR. SALTMAN:                       280
 6
                          EXHIBITS
 7
     NUMBER              DESCRIPTION                   PAGE
 8
     Exhibit 1     Kove 's First Notice of             15
 9                 Deposition of Amazon
     Exhibit 2     Kove's Second Supplemental          17
10                 Notice of Deposition of Amazon
     Exhibit 3     Kove's Supplemental Notice of       18
11                 Deposition of Amazon
     Exhibit 4     Kove's Seventh Supplemental         19
12                 Notice of Deposition of AWS
     Exhibit 5     Supplemental Responses to           35
13                 Plaintiff's First Set of
                   Interrogatories Numbers 1
14                 through 6
     Exhibit 6     Second Supplemental Response and    64
15                 Objections of Amazon Web
                   Services, Inc., to Plaintiff's
16                 Interrogatory Number 4
     Exhibit 7     Description                         79
17   Exhibit 8     Supplemental Responses to           90
                   Plaintiff's Third Set of
18                 Interrogatories by AWS, Numbers
                   9-11
19   Exhibit 9     Email chain dated 3/24/2015,        110
                   Bates number AMZ_KOVE_000494957
20                 to 494959
     Exhibit 10    Architecture Simple DB, Bates       121
21                 number AMZ_KOVE_000528224 to
                   528226
22

23

24

25
```



```
                          I N D E X

            KOVE VS. AMAZON
            CASE NO. 1:18-cv-08175
            MAY 5, 2023

   WITNESS:  TIM RATH


                          EXHIBITS

   NUMBER              DESCRIPTION                     PAGE

   Exhibit 11    Moving Database Customers to the      156
                 AWS Cloud, Dated 7/10/2010,
                 Bates number AMZ_KOVE_000525421
                 to 525433
   Exhibit 12    Screenshot of a video, Bates          173
                 number AMZ_KOVE_000012726.MP4
   Exhibit 13    Screenshot of a video, Bates          177
                 number AMZ_KOVE_000012726.MP4
   Exhibit 14    Screenshot of a video, Bates          182
                 number Amazon_KOVE_000012726.MP4
   Exhibit 14-B  Second screenshot of a video,         185
                 Bates number
                 AMZ_KOVE_000012726.MP4
   Exhibit 15    Third screenshot from a video,        188
                 Bates number
                 AMZ_KOVE_000012726.MP4
   Exhibit 16    AWS's Response to Plaintiff's         231
                 Fourth Set of Interrogatories,
                 Numbers 12 through 16
   Exhibit 17    Amazon's Amended Supplemental         235
                 Objections and Responses to
                 Plaintiff's Fourth Set of
                 Interrogatories, Numbers 12
                 through 16
   Exhibit 18    SUPPLEMENTAL RESPONSES TO             246
                 PLAINTIFF'S
                 FIRST SET OF INTERROGATORIES
                 (NOS. 1-6)
   Exhibit 19    AWS Customer Agreement, Bates         273
                 number AMZ_KOVE_000003110
```



| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  We are now on the video | 08:01 |
| 2 | record.  Today's date is May the 5th, 2023. | 08:01 |
| 3 | The time is -- I'm sorry, 7:57 a.m. Pacific | 08:02 |
| 4 | Standard Time. | |
| 5 |     This begins the videoconference | 08:02 |
| 6 | deposition of Tim Rath in the matter of | 08:02 |
| 7 | Kove IO, Inc. versus Amazon Web Services, | 08:02 |
| 8 | Inc. | |
| 9 |     My name is Robert Pacheco.  I'm your | 08:02 |
| 10 | remote videographer.  The court reporter | 08:02 |
| 11 | today is going to be Ms. Monna Nickeson, | 08:02 |
| 12 | both representing Esquire Deposition | 08:02 |
| 13 | Solutions. | |
| 14 |     Would counsel please introduce | 08:02 |
| 15 | yourselves and your affiliation, and the | 08:02 |
| 16 | witness will be sworn in. | 08:02 |
| 17 | MR. FOWLER:  Mateo Fowler on behalf of the | 08:02 |
| 18 | plaintiff. | 08:02 |
| 19 | MR. SALTMAN:  Jeff Saltman from Fisch Sigler | 08:02 |
| 20 | LLP on behalf of the defendant Amazon and | 08:02 |
| 21 | the witness.  And with me is Andrew Ramos, | 08:02 |
| 22 | also from Fisch Sigler. | |
| 23 | MR. FOWLER:  Mr. Rath, I believe you're on | |
| 24 | mute. | |
| 25 | THE WITNESS:  Sorry.  I said, yes, I do. | |



| | | |
|---|---|---|
| 1 | TIM RATH | |
| 2 | Having been first duly sworn, was examined and | |
| 3 | testified as follows: | 08:03 |
| 4 | EXAMINATION | 08:03 |
| 5 | BY MR. FOWLER: | 08:03 |
| 6 | Q.   So without any further formalities, | 08:03 |
| 7 | Mr. Rath, good morning.  And thank you for showing up | 08:03 |
| 8 | today. | 08:03 |
| 9 | A.   Uh-huh. | 08:03 |
| 10 | Q.   Can you state your full name for the | 08:03 |
| 11 | record, please? | 08:03 |
| 12 | A.   My full name is Timothy Andrew Rath. | 08:03 |
| 13 | Q.   And can you provide your address for the | 08:03 |
| 14 | record, please? | 08:03 |
| 15 | A.   My address is 5080 Circula De Hacienda in | 08:03 |
| 16 | Lake Havasu City, Arizona. | 08:04 |
| 17 | Q.   What is your telephone number? | 08:04 |
| 18 | A.   (206)397-9840. | 08:04 |
| 19 | Q.   Thank you. | 08:04 |
| 20 | Have you ever given a deposition before? | 08:04 |
| 21 | A.   I have not. | 08:04 |
| 22 | Q.   Now, I presume perhaps you spoke with your | 08:04 |
| 23 | counsel about the formalities of a deposition.  But | 08:04 |
| 24 | just to cover a couple of ground rules with you, you | 08:04 |
| 25 | just took your oath, so you recognize that you are | 08:04 |



1   under oath, correct?                                        08:04
2        A.   Correct.                                          08:04
3        Q.   Okay.  And even though this is a very             08:04
4   informal setting, even less formal than in a law            08:04
5   office, you know, your testimony has the same               08:04
6   salinity and as it would if you were in court and a         08:04
7   judge was present.                                          08:04
8             Do you understand that?                           08:04
9        A.   Yes, I do.                                        08:04
10       Q.   Okay.  And the general format is, I'm going       08:04
11  to ask you some questions, sometimes good, sometimes        08:04
12  bad.  And to the best of your ability, you're to            08:04
13  answer those questions.                                     08:05
14            Do you understand that?                           08:05
15       A.   Yes.                                              08:05
16       Q.   And if, for whatever reason, I ask one of         08:05
17  those bad questions and you just don't understand it,       08:05
18  you know, let me know and we can try to work towards        08:05
19  a, you know, a resolution there.                            08:05
20       A.   Okay.                                             08:05
21       Q.   There may be a time that your attorney            08:05
22  feels that my question is objectionable for some            08:05
23  reason, and he is going to state that objection for         08:05
24  the record.  There is no judge present, however, to         08:05
25  rule on the validity of that objection.  So I'm going       08:05



| | | |
|---|---|---|
| 1 | sought for in Interrogatory Number 16? | 03:04 |
| 2 | MR. SALTMAN:  Objection to scope. | 03:04 |
| 3 | THE WITNESS:  Not in detail, no. | 03:04 |
| 4 | BY MR. FOWLER: | 03:04 |
| 5 | Q.   Okay.  Mr. Rath, do you have an | 03:04 |
| 6 | understanding as to Kove's infringement allegations | 03:04 |
| 7 | in this lawsuit? | 03:04 |
| 8 | MR. SALTMAN:  And I just want to caution the | 03:05 |
| 9 | witness in responding to this question not | 03:05 |
| 10 | to reveal the substance of any | 03:05 |
| 11 | attorney-client communications. | 03:05 |
| 12 | THE WITNESS:  So, as I mentioned earlier, I | 03:05 |
| 13 | did not read the patents.  However, I did | 03:05 |
| 14 | get a sense for some of the assertions. | 03:05 |
| 15 | BY MR. FOWLER: | 03:05 |
| 16 | Q.   Right.  Right.  And that was just a yes or | 03:05 |
| 17 | a no question. | 03:05 |
| 18 | Do you understand what the infringement | 03:05 |
| 19 | arguments are made by Kove against AWS and DynamoDB | 03:05 |
| 20 | specifically? | 03:05 |
| 21 | MR. SALTMAN:  Caution the witness not to | 03:05 |
| 22 | reveal the substance of any attorney-client | 03:06 |
| 23 | communications. | 03:05 |
| 24 | THE WITNESS:  So, I did not actually make it | 03:05 |
| 25 | a specific intent to fully understand them. | 03:05 |



```
 1                So, I cannot say that I understand them in          03:06
 2           their entirety with confidence.  And I                   03:06
 3           probably don't.                                          03:06
 4  BY MR. FOWLER:                                                    03:06
 5      Q.   Well, do you have an understanding of any                03:06
 6  potentially non-infringing alternatives to the                    03:06
 7  patents-in-suit?                                                  03:06
 8      A.   So some of the things that I read had to do              03:06
 9  with non-infringing alternatives.  That was part of               03:06
10  the preparation that I did.                                       03:06
11           In those, they were all -- they were all,                03:06
12  you know, given the premise of infringement, could we             03:07
13  have done something different.  However, the premise              03:07
14  of infringement that I became aware of --                         03:07
15           MR. SALTMAN:  And I just want to caution,                03:07
16           again, not to reveal the substance of                    03:07
17           attorney-client communications in giving                 03:07
18           your answer.                                             03:07
19           THE WITNESS:  Okay.  So, I definitely know               03:07
20           about some of the assertions being made.                 03:07
21           And when it comes to non-infringing                      03:07
22           alternatives, I was made aware of them.                  03:07
23  BY MR. FOWLER:                                                    03:08
24      Q.   Okay.  Did you perform any independent                   03:08
25  analysis to determine whether any of the                          03:08
```



1   non-infringing alternatives that were provided to you    03:08
2   were -- could be implemented in the real world?          03:08
3        A.   I did consider the feasibility and the          03:08
4   reasonableness of them, yes.                              03:08
5        Q.   Okay.  Which non-infringing alternatives       03:08
6   did you consider?                                         03:08
7        A.   I looked through several.                       03:08
8        Q.   Can you identify one non-infringing             03:08
9   alternative to me?                                        03:08
10            MR. SALTMAN:  Counsel, we provided a list of    03:08
11            those that you could walk the witness           03:08
12            through.                                        03:08
13            MR. FOWLER:  And I'm happy to do that.  I       03:08
14            just kind of want to generally understand       03:08
15            what his knowledge is as to the -- just one     03:09
16            non-infringing alternative that wasn't          03:09
17            provided to him by counsel.                     03:09
18            THE WITNESS:  I mean, I went through several    03:09
19            of these.  And, yes, if we go through them      03:09
20            one by one, I can tell you whether I            03:09
21            considered the one that you are pointing at.    03:09
22            So, I guess, I prefer to do that.               03:09
23   BY MR. FOWLER:                                           03:09
24        Q.   And that's fair.                               03:09
25             I mean, I was just hoping you had one that     03:09



C E R T I F I C A T E

I, MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR, the undersigned Certified Court Reporter, authorized to administer oaths and affirmations in and for the states of Washington (3322), Oregon (16-0441), Idaho (1045), and California (14430), do hereby certify:

That the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that the witness was duly sworn or affirmed to testify to the truth; that the testimony and/or proceedings were stenographically recorded by me and transcribed under my supervision. That the foregoing transcript contains a full, true, and accurate record of all the testimony and/or proceedings occurring at the time and place stated in the transcript.

That I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

IN WITNESS WHEREOF I have set my hand on the 15th day of May, 2023.



MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR