# Exhibit 91

KOV_00057828

## Document Metadata

| Field | Value |
|---|---|
| CustID: | 12 |
| DocumentID: | H47145-0057-0000001 |
| Parent DocumentID | |
| Attach DocumentIDs | |
| CustID::displayName: | Overton, John |
| Document Author | |
| From | |
| To | |
| CC | |
| BCC | |
| Email Subject | |
| Family Date | |
| Family Time | |
| Family Datetime | |
| File Date | |
| File Time | |
| Email Sent Date | |
| Email Sent Time | |
| File Datetime | |
| Email Sent Datetime | |
| Created Datetime: | 10/31/2005 5:12 PM |
| Last Modified Datetime | |
| MD5 Hash | |
| Filename | |
| IP-Status.doc | |
| File Path | |
| IP-Status.doc | |
| File Extension Corrected | |
| File Extension Original | |
| Processing Exception Status | |
| Processing Exception Category | |
| Embedded Document Keywords | |
| OCR Results | |
| eFile: | 47PD001 |
| Evidence Label: | \KOV011.7z |
| Forensic Source: | UNKNOWN |
| Media Received Date: | 5/28/2020 5:11 PM |
| Media Type: | UNKNOWN |



EXHIBIT
Overton
110

Dear Paul,

I've hesitated to contact you several times. With the positioning, deceit, and hype at the end of OverX, I didn't want my name associated with OverX, and was embarrassed to have introduced you and a couple of others into its fray. I may never express rightly how much your integrity, support, and friendship meant to me, and I didn't want to contact you until I had something of actual progress.

After the last years of pushing ahead, with nose-down and on the grind-stone, the NDTP patent claims were allowed last week. This includes method claims and specific system claims regarding distributed hash tables, a core piece of the physical technology underpinning the work we did then. Combined, the NDTP (2000) case predates all the MIT and Stanford research (do a google search on 'Distributed Hash Table', and you see hundreds of thousands of hits with earliest dates in 2001). Although still pending, the Global Indices case (1998) further predates this whole space. ████████████████████████████████████████ As you undoubtedly know, this could not have been possible without you, your support, and frankly your friendship at a crucial time. I realize this is only a first step of many, but I wanted to write you. After several examiners (and lots of cash) rejected claims, I flew the Brinks lawyer to D.C. to meet the patent examiner. The examiner rapidly understood the uniqueness of the invention once we were in a room together.

On company grounds, after several near misses with large OEM deals, one with EMC, I concluded it was too costly and risky to spend the 9 months on OEM deals, then end up at a place where the customer had too much motivation to knock us out of their product. In specific, at one point, Econnectix spent some 9 months evaluating hardware and source code, engaged in term-sheet negotiation, had an agreement in principle, and then they backed-out right before signing. Boy was that ever frustrating. Another OEM agreed to do a deal, but wanted a 15% equity position in the company. And so forth. It became much (much) clearer that we had to be closer to the consumer, and that we needed a market too small for a major player to be interested in it, that we could grow based on competitive value. I've focused on the Solid State Disk market for enterprises, which is growing at ~50% per year, and will be ~$170M in 2005. We believe we can match the world record performance and come in at approximately ½ the price, swapping custom hardware for commodity hardware.

Fenwick & West has been our Bay Area counsel, and has been a terrific partner. The attorney I've been working with sees what I'm doing and has been steadfastly supportive for 2 years now. I've grown an excellent technical team (my chief architect has a Gordon Bell aware and 2 R&D 100's), an emerging sales team (2 senior sales folks from Brocade Communications). We have a stable office & IT infrastructure, and somehow I've only accepted $25K investment to bridge patent expenses. I cannot say it's been easy, but I own my own company, have a terrific team

- Questions:
████████████████████

HIGHLY CONFIDENTIAL

KOV_00057828