# Exhibit 92

Page 1

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT DIVISION

_____
KOVE IO, INC.,　　　　　　　　　)
　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　)　　Civil Action No.
　-against-　　　　　　　　　　)　　1:18-cv-08175
AMAZON WEB SERVICES, INC.,　　)
　　　　Defendant.　　　　　　　)
_____)

VOLUME I
*** HIGHLY CONFIDENTIAL ***
*** ATTORNEYS' EYES ONLY ***
*** CONTAINS SOURCE CODE ***
VIDEO-RECORDED DEPOSITION OF
MICHAEL GOODRICH PH.D.
Reichman Jorgensen LLP
400 Madison Avenue
New York, New York

09/09/2023
9:08 a.m. (EDT)


REPORTED BY:  AMANDA GORRONO, CLR
CLR NO. 052005-01
_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

9/9/2023  Kove IO, Inc. v. Amazon Web Services, Inc.  Michael Goodrich Ph.D., Vol I
Highly Confidential - Attorneys' Eyes Only - Contains Source Code

Page 2

1  09/09/2023

2  9:08 a.m. (EDT)

3

4

5  VIDEO-RECORDED DEPOSITION OF MICHAEL GOODRICH

6  Ph.D., held at Reichman Jorgensen LLP, 400

7  Madison Avenue, New York, New York, before Amanda

8  Gorrono, Certified Live Note Reporter, and Notary

9  Public of the State of New York.

10

11

12

13

14

15

16

17

18

19

20

21

22

9/9/2023 Kove IO, Inc. v. Amazon Web Services, Inc. Michael Goodrich Ph.D., Vol I
Highly Confidential - Attorneys' Eyes Only - Contains Source Code

Page 3

```
 1   A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFF KOVE IO, INC.:
 3      Jaime F. Cardenas-Navia, Esquire
 4      Reichman Jorgensen Lehman & Feldberg LLP
 5      400 Madison Avenue
 6      Suite 14D
 7      New York, NY 10017
 8      PHONE:  (646) 921-1474
 9      E-MAIL: Jcardenas-navia@reichmanjorgensen.com
10              - AND -
11      Philip Eklem, Esquire
12      Reichman Jorgensen Lehman & Feldberg
13      1909 K Street, NW
14      Suite 800
15      Washington, D.C., 20006
16      PHONE:  (202) 894-7451
17      E-MAIL: Peklem@reichmanjorgensen.com
18              - AND -
19      Adam Adler, Esquire (Via Zoom)
        Reichman Jorgensen Lehman & Feldberg LLP
20      1909 K Street, NW
        Suite 800
21      Washington, D.C. 20006
        PHONE:  (650) 623-1480
22      E-MAIL: Aadler@reichmanjorgensen.com
```

9/9/2023       Kove IO, Inc. v. Amazon Web Services, Inc.   Michael Goodrich Ph.D., Vol I
Highly Confidential - Attorneys' Eyes Only - Contains Source Code

Page 4

```
 1   A P P E A R A N C E S (CONT'D)
     ON BEHALF OF DEFENDANT AMAZON WEB SERVICES, INC.
 2   AND THE WITNESS:
 3     Bill Sigler, Esquire
       Fisch Sigler LLP
 4     5301 Wisconsin Avenue NW
       Fourth Floor
 5     Washington, D.C. 20015
       PHONE:  (202) 362-3620
 6     E-MAIL: Bill.Sigler@FischLLP.com
 7             - AND -
 8     Andrew Ramos, Esquire
       Fisch Sigler LLP
 9     5301 Wisconsin Avenue NW
       Washington, DC 20015
10     PHONE:  +1.202.362.3522
       E-MAIL: Andrew.Ramos@FischLLP.com
11             - AND -
       Jeffrey Saltman, Esquire (Via Zoom)
12     Fisch Sigler LLP
       5301 Wisconsin Avenue NW
13     Suite 400
       Washington, DC 20015
14     PHONE: +1.202.362.3640
15     E-MAIL: Jeffrey.Saltman@FischLLP.com
16
17   ALSO PRESENT:
18
19   Robert Rudis, Videographer - Digital Evidence
20   Group
21   Lance Rieck, Videographer Intern - Digital
22   Evidence Group
```

Page 5

1                    I N D E X

2   WITNESS              EXAMINATION BY              PAGE

3   MICHAEL GOODRICH     MR. SIGLER                  10, 403

4   Ph.D.                MR. CARDENAS-NAVIA          398

5

6                    E X H I B I T S

7   EXHIBIT        DESCRIPTION                         PAGE

8   Exhibit 1      Corrected Opening Expert Report of
9                  Michael Goodrich Regarding U.S.
10                 Patent Nos. 7,103,640; 7,233,978;
11                 and 7,814,170........................    12
12  Exhibit 2      Article titled "Litigation Boutique
13                 Spins Off From McKool Smith
14                 Promising Innovative Model...........    16
15  Exhibit 3      US Patent 7,257,711..................    82
16  Exhibit 4      Declaration of Dr. Michael Goodrich...   102
17  Exhibit 5      Technical Expert Consulting Summary...   117
18  Exhibit 6      "Cache-Oblivious Dictionaries and
19                 Multimaps with Negligible Failure
20                 Probability".........................   129
21  Exhibit 7      US Patent 7,103,640..................   174
22  Exhibit 8      US Patent 7,233,978..................   174

9/9/2023   Kove IO, Inc. v. Amazon Web Services, Inc.   Michael Goodrich Ph.D., Vol I
Highly Confidential - Attorneys' Eyes Only - Contains Source Code

Page 6

 1                E X H I B I T S, CON'T

 2   EXHIBIT         DESCRIPTION                            PAGE

 3   Exhibit 9       US Patent 7,814,170...................  174

 4   Exhibit 10      Complaint.............................  225

 5   Exhibit 11      Source Code (Retained by Counsel).....  248

 6   Exhibit 12      Source Code Bates No.

 7                   AWS_SRC_CODE_535 (Retained by

 8                   Counsel)..............................  255

 9   Exhibit 13      Consistent Hashing and Random Trees:

10                   Distributed Caching Protocols for

11                   Relieving Hot Spots on the World

12                   Wide Web..............................  261

13   Exhibit 14      Source Code (Retained by Counsel).....  274

14   Exhibit 15      Document Bates No.                      368

15                   AMZ_KOVE_000091659....................

16   Exhibit 16      US Patent 6,098,096...................  392

17   Exhibit 17      US Patent 5,938,732...................  395

18

19

20

21

22

9/9/2023     Kove IO, Inc. v. Amazon Web Services, Inc.   Michael Goodrich Ph.D., Vol I
Highly Confidential - Attorneys' Eyes Only - Contains Source Code

Page 7

1              R E Q U E S T S

2   DESCRIPTION                                           PAGE

3   Instruction not to answer............................  23

4   Review billing records.............................. 101

5   Mark the transcript as attorneys' eyes only source

6   code................................................ 247

7   Ending attorneys' eyes source code portion of

8   transcript.......................................... 281

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 8

1              THE VIDEOGRAPHER:  Good morning.  We
2       are going on the record at 9:08 a.m. on
3       September 9, 2023.
4              Please note that the microphones are
5       sensitive and may pick up whispering and
6       private conversations.
7              Please mute your mobile phones at
8       this time.
9              Audio and video recording will
10      continue to take place unless all parties
11      agree to go off the record.
12             This is Media Unit 1 of the
13      video-recorded deposition of Michael Goodrich
14      taken by counsel for the defendant in the
15      matter of Kove IO, Inc. versus Amazon Web
16      Services, Inc. filed in the United States
17      District Court, Northern District of
18      Illinois, Eastern District Division.  Civil
19      action No. 1:18-cv-08175.
20             The location of this deposition is
21      Reichman Jorgensen LLP, 400 Madison Avenue
22      New York, New York.

9/9/2023     Kove IO, Inc. v. Amazon Web Services, Inc.    Michael Goodrich Ph.D., Vol I
Highly Confidential - Attorneys' Eyes Only - Contains Source Code

Page 9

1        My name is Robert Rudis.  I am the
2  videographer.  The court reporter is Amanda
3  Gorrono.  And we represent the firm Digital
4  Evidence Group.
5        I'm not related to any party in this
6  action, nor am I financially responsible for
7  the outcome.
8        If there are any objections to
9  proceeding, please state them at the time of
10  your appearance.
11       Counsel, all present, including
12  remotely via Zoom, will now please state your
13  appearances and affiliations, beginning with
14  the noticing attorney.
15       MR. SIGLER:  Good morning.  I'm Bill
16  Sigler of Fisch Sigler LLP.  And I'm joined
17  today by my colleague Andrew Ramos, and we
18  are here representing the defendant Amazon.
19       MR. CARDENAS-NAVIA:  Good morning.
20  I'm Jaime Cardenas-Navia of Reichman
21  Jorgensen Lehman Feldberg.  With me is my
22  colleague Phil Eklem on behalf of plaintiff

9/9/2023  Kove IO, Inc. v. Amazon Web Services, Inc.   Michael Goodrich Ph.D., Vol I
Highly Confidential - Attorneys' Eyes Only - Contains Source Code

Page 10

1     of Kove IO, Inc. and the witness.

2              THE VIDEOGRAPHER:  Would the person

3     on Zoom please announce yourself.

4              MR. ADLER:  This is Adam Adler.  I'm

5     also representing Kove and the witness.

6              THE VIDEOGRAPHER:  Thank you.

7              Would the court reporter please

8     swear in the witness.

9              And then counsel may proceed.

10    MICHAEL GOODRICH, Ph.D., called as a witness,

11    having been first duly sworn by a Notary Public

12    of the State of New York, was examined and

13    testified as follows:

14             THE WITNESS:  I do.

15             THE COURT REPORTER:  Please state

16     your full name and address for the record.

17             THE WITNESS:  Michael T. Goodrich.

18      11 Twain Street, Irvine, California.

19    EXAMINATION

20    BY MR. SIGLER:

21       Q.    Good morning, Dr. Goodrich.

22       A.    Good morning.

Page 264

1　　　A.　I believe I did.  I think that when
2　applied to location servers ▮▮▮▮▮▮▮▮
3　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
5　　　Q.　Okay.  So th ▮▮▮▮▮▮▮▮▮▮
6　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8　▮▮▮▮▮▮▮▮▮▮ right?
9　　　A.　Yes, when applied now to location
10　servers, which require some new ideas, new
11　engineering, that I believe is claimed in the
12　patents-in-suit.
13　　　Q.　Okay.  Do you know any of the other
14　authors of this Karger paper?
15　　　A.　The other ones, I don't know
16　personally.
17　　　Q.　Have you ever heard of any of the
18　other ones?
19　　　A.　They are not ringing any bells, as I
20　sit here today.
21　　　Q.　Is this a well-known paper in the
22　industry?

9/9/2023　　　Kove IO, Inc. v. Amazon Web Services, Inc.　Michael Goodrich Ph.D., Vol I
Highly Confidential - Attorneys' Eyes Only - Contains Source Code

Page 265

1　　　　A.　Depending on what you mean by
2　"industry," I believe this is a well-known paper.
3　　　　Q.　Is it a well-known paper in the
4　distributed networks world?
5　　　　　　MR. CARDENAS-NAVIA:  Objection to
6　　form.  Vague.
7　　　　A.　I think, generally speaking, this is
8　a well-known paper.  I don't feel comfortable
9　trying to narrow all the disciplines in which it
10　would be well-known.  But in the disciplines that
11　I'm familiar with of distributed algorithms, this
12　is well-known, in my opinion.
13　　　　　　For example, I'm not disputing that
14　it was well-known when it comes to Monday's
15　discussion involving this as alleged prior art.
16　BY MR. SIGLER:
17　　　　Q.　All right.  So you would at least
18　agree that this Karger paper was well-known in
19　the world of distributed algorithms, right?
20　　　　　　MR. CARDENAS-NAVIA:  Objection to
21　　form.  Vague.
22　　　　A.　Yeah, I don't know if it would be

9/9/2023  Kove IO, Inc. v. Amazon Web Services, Inc.  Michael Goodrich Ph.D., Vol I
Highly Confidential - Attorneys' Eyes Only - Contains Source Code

Page 266

 1   rising to the level of something that just would
 2   be known to a person of ordinary skill in the art
 3   generally.  But I'm not disputing this as prior
 4   art, if that's your question.
 5   BY MR. SIGLER:
 6       Q.   Okay.  And the only difference that
 7   you've identified between th ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 8   ▓▓▓▓▓▓▓   and th ▓▓▓▓▓▓▓▓▓▓▓▓   in the
 9   Karger paper is that th ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   right?
11              MR. CARDENAS-NAVIA:  Objection to
12       form.
13              MR. SIGLER:  Let me strike that.
14       I'll redo it.
15   BY MR. SIGLER:
16       Q.   So the only difference you've
17   identified between the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18   ▓▓▓▓▓   do and the consistent hashing in the
19   Karger paper, is that the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   right?
21              MR. CARDENAS-NAVIA:  Objection to
22       form.  Vague.

9/9/2023  Kove IO, Inc. v. Amazon Web Services, Inc.  Michael Goodrich Ph.D., Vol I
Highly Confidential - Attorneys' Eyes Only - Contains Source Code

Page 267

1          A.    So at a high level, that's certainly

2    accurate.  But then if you get down into the

3    details, there's a lot more going on there, which

4    it's kind of mixing my two reports, one on

5    infringement and the other on invalidity.  But

6    there's a lot of things that are not taught in

7    this paper that the patents-in-suit disclose.

8               And with respect to then S3, in my

9    opinion, S3 is implementin ███████████

10   █████████████████████████████  in a way that

11   infringes the patent -- the asserted claims.

12   BY MR. SIGLER:

13         Q.    Okay.  Let's go to Paragraph 68 in

14   Appendix A, which is on Page 17.

15         A.    I'm there.

16         Q.    All right.  And in Paragraph 68, it

17   states, "Amazon S3 source code indicated that the

18   ████████████████████████████████████████████████

19   ████████████████████████████████████████████████

20   ████████████████████████████████████████████."

21               Do you see that, sir?

22         A.    Yes.

Page 405

1　CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2　　　　　　I, Amanda Gorrono, the officer
3　　before whom the foregoing deposition was
4　　taken, do hereby certify that the foregoing
5　　transcript is a true and correct record of
6　　the testimony given; that said testimony was
7　　taken by me stenographically and thereafter
8　　reduced to typewriting under my direction;
9　　and that I am neither counsel for, related
10　　to, nor employed by any of the parties to
11　　this case and have no interest, financial or
12　　otherwise, in its outcome.
13　　　　　　IN WITNESS WHEREOF, I have hereunto
14　　set my hand this 9th day of September, 2023.
15
16
17
18　_____
　　AMANDA GORRONO, CLR
19　CLR NO: 052005 - 01
　　Notary Public in and for
20　The State of New York
　　County of Suffolk
21　My Commission No. 01G06041701
22　Expires: 01/07/2027