# Exhibit 94

**Subject:** FW: Kove v. Amazon: AWS Licenses
**Date:** Friday, December 1, 2023 at 1:01:23 PM Eastern Standard Time
**From:** Alexa Reed
**To:** Ellen Schlick

**Alexa Reed** | **Fisch Sigler LLP** | **Attorney**
+1.202.362.3538 (o)
+1.703.462.4801 (m)

**From:** Lisa Phillips <Lisa.Phillips@fischllp.com>
**Date:** Friday, April 14, 2023 at 3:51 PM
**To:** Gina Cremona <gcremona@reichmanjorgensen.com>, Jeff Saltman <Jeffrey.Saltman@fischllp.com>, Kove Team <FS-Kove@fischllp.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Re: Kove v. Amazon: AWS Licenses

Hi Gina,

In advance of Scott Hayden's April 24 deposition, Amazon identifies the licenses found at the following Bates numbers as those that may be relevant to the damages issues in the case:
AMZ_KOVE_000089617-41, AMZ_KOVE_000089395-410, AMZ_KOVE_000487488-98, AMZ_KOVE_000528537, AMZ_KOVE_00087922-38, AMZ_KOVE_000530226-228, AMZ_KOVE_000530329, AMZ_KOVE_000530346, AMZ_KOVE_000530371, and AMZ_KOVE_000530389.

There is also a recently executed license that Amazon just received third-party approval to produce. Amazon will be producing that license early next week. I will follow up with that Bates number.

And Mr. Hayden will offer testimony relating to the facts supporting Amazon's defenses of equitable estoppel and acquiescence in response to Kove's Topic No. 31. Amazon's position is that its other defenses (aside from non-infringement and invalidity) are either purely legal or their supporting facts are within Kove's possession, custody, or control. Amazon reserves the right to use facts Kove discloses in support of its defenses. Thank you.

Best,
Lisa

**Lisa Phillips** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3521 (o)
+1.240.988.3448 (m)

**From:** Gina Cremona <gcremona@reichmanjorgensen.com>
**Date:** Friday, April 14, 2023 at 3:29 PM
**To:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>, Kove Team <FS-Kove@fischllp.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>

**Subject:** RE: Kove v. Amazon: AWS Licenses

Hi Jeff,

Scott Hayden has been designated to provide testimony on the comparable licenses issue and he is scheduled to be deposed on April 24.   Can we anticipate a narrowed list of potentially comparable licenses today? If not, please let us know when you will be providing that list by COB today.

Thanks,
Gina

---

**From:** Jeff Saltman <Jeffrey.Saltman@fischllp.com>
**Sent:** Friday, February 17, 2023 1:18 PM
**To:** Gina Cremona <gcremona@reichmanjorgensen.com>; Kove Team <FS-Kove@fischllp.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Re: Kove v. Amazon: AWS Licenses

**[EXTERNAL]**
Hi Gina,

Thank you for your email. In advance of the relevant deposition(s), Amazon will provide a list of licenses that eliminates the licenses that are not comparable. The ultimate decision on comparability is one for the experts, but Amazon will provide a narrowed list of potentially comparable licenses. Thank you.

Regards,
Jeff

**Jeffrey Saltman** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3640 (o)
+1.202.258.5781 (m)

---

**From:** Gina Cremona <gcremona@reichmanjorgensen.com>
**Date:** Wednesday, February 15, 2023 at 1:27 PM
**To:** Kove Team <FS-Kove@fischllp.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** RE: Kove v. Amazon: AWS Licenses

Counsel,

I am follow-up on my email below. Please provide confirmation by the end of the week.

Thank you,
Gina

---

**From:** Gina Cremona <gcremona@reichmanjorgensen.com>
**Sent:** Tuesday, February 7, 2023 9:20 AM
**To:** Kove Team <FS-Kove@fischllp.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Kove v. Amazon: AWS Licenses

Dear Counsel –

We're in receipt of your recent production which contains AWS license [AMZ_KOVE_000528537-AMZ_KOVE_000528550]. Per discussions that I understand Khue had with Bill, please confirm that AWS will identify all licenses from any of its productions that it contends are comparable, and that such identification will be sufficiently in advance of any depositions (including 30(b)(6) depositions) on licensing and damages so that Kove has time to review and prepare.

Thank you,
Gina

Gina H. Cremona | 650.623.5077 | **Reichman Jorgensen Lehman & Feldberg LLP**

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*
*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*