# Exhibit 95

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-08175 |
| ) | |
| AMAZON WEB SERVICES, INC., ) | Hon. Matthew Kennelly |
| ) | |
| Defendant. ) | **HIGHLY CONFIDENTIAL** |

**SECOND AMENDED FINAL NONINFRINGEMENT CONTENTIONS OF
DEFENDANT AMAZON WEB SERVICES, INC.**

Pursuant to the Local Patent Rules, the Court's February 25, 2022 Minute Entry (Dkt. No. 512) granting Motions to Amend Final Infringement and Invalidity Contentions (Dkt. Nos. 508, 510, and 511)), and the Parties' agreement on amending contentions, and in light of the Court's December 17, 2021 Claim Construction Memorandum Opinion and Order (Dkt. No. 484) and Amazon's proposed additional constructions based on Kove's statements during reexamination of the Patents-in-Suit (*see* Dkt. 539), Defendant Amazon Web Services, Inc. ("Amazon") provides the following Second Amended Final Noninfringement Contentions to Plaintiff Kove IO, Inc. ("Kove") for the Asserted Claims of the Patents-in-Suit, as defined herein. This disclosure contains the information required by LPR 3.2 and 2.3(a).

## I. RESERVATIONS OF RIGHTS

These noninfringement contentions are limited to the Asserted Claims, which Amazon defines as the claims identified in Kove's Third Amended Final Infringement Contentions for U.S. Patent Nos. 7,814,170 ("the '170 patent"), 7,103,640 ("the '640 patent"), and 7,233,978 ("the '978 patent") (collectively the "Patents-in-Suit"). In its infringement contentions, Kove identifies the following Asserted Claims:

'170 Patent: claims 1, 2, 6, 8, 12, 15

'640 Patent: claims 17, 18, 24

'978 Patent: claims 1, 3, 6, 10, 14, 17, 23, 24, 30, 31[1]

However, because Kove listed claim 12 as an asserted claim, which depends from claim 9 and is identified in Kove's Exhibit B, Amazon provides noninfringement contentions for claim 9 and claim 12. And Amazon provides noninfringement contentions for the remainder of the

---

[1] Claims 1 and 31 have been finally rejected by the USPTO in Reexamination Control No. 90/019.034. When this determination becomes final the noninfringement contentions for these claims will remain applicable for the surviving claims, including claim 1's dependent claims.

Asserted Claims that Kove identified.

These contentions are necessarily limited because Kove has not provided its affirmative infringement contentions applying Amazon's proposed additional constructions based on Kove's statements during the reexaminations of the Patents-in-Suit. Further, Kove has not properly identified any Amazon product or service as infringing any Asserted Claim of any of the Patents-in-Suit with the specificity required by the Local Patent Rules. The deficiencies in Kove's Final Infringement Contentions, First Amended Final Infringement Contentions, Second Amended Final Infringement Contentions, and Third Amended Final Infringement Contentions have impeded Amazon's ability to understand how Kove contends Amazon's S3 and DynamoDB infringe the asserted claims. Amazon, therefore, reserves the right to supplement and/or amend these contentions in the event Kove provides additional information.

These contentions are based on Amazon's current knowledge, understanding, and belief based on the facts and information available at this time and are subject to supplementation and/or amendment as provided in the Local Rules, the Federal Rules of Civil Procedure, and/or any order of this Court. Amazon has not yet completed its investigation, collection of information, or analysis, and reserves the right to supplement and/or amend these contentions.

These contentions are based on Amazon's present understanding of Kove's interpretation of the Asserted Claims as advanced by Kove in its Third Amended Final Infringement Contentions, Amazon's proposed additional constructions, and Kove's statements made during *ex parte* reexamination of the Patents-In-Suit. Specifically, in Reexamination Control Numbers 90/019,034, 90/019,035, 90/019,036, and 90/019,109, Kove has made certain statements that materially alter the scope of the Asserted Claims. The Court has allowed presentation of Amazon's additional claim construction positions during motions for summary judgment (Dkt.

3

No. 580). Nothing in these contentions should be deemed to be an admission or contention with respect to the proper construction or scope of any terms in the Asserted Claims. And Amazon further reserves the right to supplement and/or amend these contentions based on any claim construction rulings, arguments made in support thereof, or any additional arguments made in this case or any related proceedings that further change the scope of the claims.

Amazon's noninfringement contentions contain pinpoint citations to source code demonstrating that Kove's infringement contentions are incorrect. Amazon reserves the right to rely on the source code files in Amazon's appendix to explain the operation of Amazon's software. In addition, Amazon reserves the right to cite any source code files cited by Kove, or source code files that are dependencies or inputs into to those files.

## II. AMAZON'S S3 AND DYNAMODB DO NOT INFRINGE ANY CLAIM OF THE PATENTS-IN-SUIT

Neither of the accused Amazon systems, S3 or DynamoDB, infringes any claim of any of the three Patents-in-Suit. As explained in the accompanying claim charts, Exhibits A through E, Kove has not met its burden of proving either product satisfies each limitation of any of the Asserted Claims. In the accompanying claim charts, Exhibits A-E, Amazon provides a detailed response to Kove's contentions, as follows:

Exhibit A: Amazon S3 Does Not Infringe Claims 1 and 2 of the '170 Patent;

Exhibit B: Amazon DynamoDB Does Not Infringe Claims 1, 2, 6, 8, 9, 12, and 15 of the '170 Patent;

Exhibit C: Amazon DynamoDB Does Not Infringe Claims 17, 18, and 24 of the '640 Patent;

Exhibit D: Amazon S3 Does Not Infringe Claims 1, 6, 17, 23, 24, 30, and 31 of the '978 Patent; and

Exhibit E: Amazon DynamoDB Does Not Infringe Claims 1, 3, 6, 10, 14, 17, 23, 24, 30, and 31 of the '978 Patent.

Dated: March 2, 2023	Respectfully Submitted,

Amazon WEB SERVICES, INC.

By:  /s/ Jeffrey M. Saltman

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
202.362.3500

*Attorneys for Defendant Amazon Web Services, Inc.*

# CERTIFICATE OF SERVICE

I certify that on March 2, 2023, the foregoing First Amended Final Noninfringement Contentions of Defendant Amazon Web Services, Inc., was electronically served on counsel of record via email.

/s/ *Jeffrey M. Saltman*
Jeffrey M. Saltman