# Exhibit 96

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| Claim 1pre | |
| A system for managing data stored in a distributed network, the system comprising: | For independent claim 1 and its dependent claim 2, Kove IO, Inc. ("Kove") accuses Amazon Web Services' ("Amazon") DynamoDB of infringement ("Accused Product"), as well as all hardware and software combinations that perform any DynamoDB actions that involve the use of a ███████████████ within any combination of Availability Zones and/or Regions, and for all implementations and configurations (including eventually consistent and strongly consistent reads) (collectively, "Accused Instrumentalities"). As explained herein, each Accused Instrumentality infringes U.S. Patent No. 7,814,170 ("the '170 patent"). <br><br> To the extent the preamble is determined to be limiting, all Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is a system for managing data stored in a distributed network (the hardware and software that comprise each Accused Instrumentality — ███████████████████████████████████ |

---

[1] Consistent with LPR 3.1, these Contentions disclose Kove's theories of infringement with sufficient specificity to provide Amazon with notice of its infringement, using the information reasonably available to Kove. Fact discovery is still ongoing, and Amazon has not yet made available a significant amount of the discovery that it is required to produce, including Amazon's core technical documents, source code, responses to written discovery requests, and deposition testimony. Moreover, claim construction has not yet begun, and Kove is not aware of Amazon's claim construction positions. Kove reserves the right to modify, amend, retract, and/or supplement these Contentions (including any further articulation of theories of infringement, including under the doctrine of equivalents, and adding, removing, or otherwise modifying the asserted claims and/or accused instrumentalities) as additional evidence and information becomes available to Kove, as Kove's understanding of this information changes, in light of any claim construction order from the Court, or as otherwise appropriate, in accordance with the Federal Rules of Civil Procedure and the applicable Local Rules. Further, these Contentions should not be interpreted as indirectly providing Kove's definitive view on the proper construction of the asserted claims. Finally, as per LPR 3.1, these Contentions are not required to disclose all evidence that Kove may rely on in support of its theories, and Kove reserves all rights to rely on additional evidence as the case progresses.

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
|  | <br>Amazon webpage, available at https://aws.amazon.com/dynamodb/. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | <br>**What Is Amazon DynamoDB?**<br><br>Welcome to the Amazon DynamoDB Developer Guide.<br><br>Amazon DynamoDB is a fully managed NoSQL database service that provides fast and predictable performance with seamless scalability. DynamoDB lets you offload the administrative burdens of operating and scaling a distributed database, so that you don't have to worry about hardware provisioning, setup and configuration, replication, software patching, or cluster scaling. Also, DynamoDB offers encryption at rest, which eliminates the operational burden and complexity involved in protecting sensitive data. For more information, see DynamoDB Encryption at Rest (p. 707).<br><br>With DynamoDB, you can create database tables that can store and retrieve any amount of data, and serve any level of request traffic. You can scale up or scale down your tables' throughput capacity without downtime or performance degradation, and use the AWS Management Console to monitor resource utilization and performance metrics.<br><br>Amazon DynamoDB provides on-demand backup capability. It allows you to create full backups of your tables for long-term retention and archival for regulatory compliance needs. For more information, see On-Demand Backup and Restore for DynamoDB (p. 596).<br><br>You can create on-demand backups as well as enable point-in-time recovery for your Amazon DynamoDB tables. Point-in-time recovery helps protect your Amazon DynamoDB tables from accidental write or delete operations. With point-in-time recovery, you can restore that table to any point in time during the last 35 days. For more information, see Point-in-Time Recovery: How It Works (p. 608).<br><br>DynamoDB allows you to delete expired items from tables automatically to help you reduce storage usage and the cost of storing data that is no longer relevant. For more information, see Time To Live (p. 406).<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | ## DynamoDB Core Components<br><br>In DynamoDB, tables, items, and attributes are the core components that you work with. A *table* is a collection of *items*, and each item is a collection of *attributes*. DynamoDB uses primary keys to uniquely identify each item in a table and secondary indexes to provide more querying flexibility. You can use DynamoDB Streams to capture data modification events in DynamoDB tables.<br><br>There are limits in DynamoDB. For more information, see Limits in DynamoDB (p. 874).<br><br>**Topics**<br>• Tables, Items, and Attributes (p. 2)<br>• Primary Key (p. 5)<br>• Secondary Indexes (p. 5)<br>• DynamoDB Streams (p. 8)<br><br>## Tables, Items, and Attributes<br><br>The following are the basic DynamoDB components:<br><br>• **Tables** – Similar to other database systems, DynamoDB stores data in tables. A *table* is a collection of data. For example, see the example table called *People* that you could use to store personal contact<br><br>API Version 2012-08-10<br>2<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | information about friends, family, or anyone else of interest. You could also have a *Cars* table to store information about vehicles that people drive.<br><br>• **Items** – Each table contains zero or more items. An *item* is a group of attributes that is uniquely identifiable among all of the other items. In a *People* table, each item represents a person. For a *Cars* table, each item represents one vehicle. Items in DynamoDB are similar in many ways to rows, records, or tuples in other database systems. In DynamoDB, there is no limit to the number of items you can store in a table.<br><br>• **Attributes** – Each item is composed of one or more attributes. An *attribute* is a fundamental data element, something that does not need to be broken down any further. For example, an item in a *People* table contains attributes called *PersonID, LastName, FirstName,* and so on. For a *Department* table, an item might have attributes such as *DepartmentID, Name, Manager,* and so on. Attributes in DynamoDB are similar in many ways to fields or columns in other database systems.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] | |
|---|---|---|
| | ## General Guidelines for Secondary Indexes in DynamoDB<br><br>Amazon DynamoDB supports two types of secondary indexes:<br><br>• **Global secondary index**—An index with a partition key and a sort key that can be different from those on the base table. A global secondary index is considered "global" because queries on the index can span all of the data in the base table, across all partitions. A global secondary index has no size limitations and has its own provisioned throughput settings for read and write activity that are separate from those of the table.<br><br>• **Local secondary index**—An index that has the same partition key as the base table, but a different sort key. A local secondary index is "local" in the sense that every partition of a local secondary index is scoped to a base table partition that has the same partition key value. As a result, the total size of indexed items for any one partition key value can't exceed 10 GB. Also, a local secondary index shares provisioned throughput settings for read and write activity with the table it is indexing.<br><br>Each table in DynamoDB is limited to 20 global secondary indexes (default limit) and 5 local secondary indexes.<br><br>For more information about the differences between global secondary indexes and local secondary indexes, see Improving Data Access with Secondary Indexes (p. 493).<br><br>In general, you should use global secondary indexes rather than local secondary indexes. The exception is when you need strong consistency in your query results, which a local secondary index can provide but a global secondary index cannot (global secondary index queries only support eventual consistency).<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. | |

| U.S. 7,814,170 | Accused Instrumentalities[1] | |
|---|---|---|
| | ## Primary Key | |
| | When you create a table, in addition to the table name, you must specify the primary key of the table. The primary key uniquely identifies each item in the table, so that no two items can have the same key. | |
| | DynamoDB supports two different kinds of primary keys: | |
| | - **Partition key** – A simple primary key, composed of one attribute known as the *partition key*. | |
| | DynamoDB uses the partition key's value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored. | |
| | In a table that has only a partition key, no two items can have the same partition key value. | |
| | The *People* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a simple primary key (*PersonID*). You can access any item in the *People* table directly by providing the *PersonId* value for that item. | |
| | - **Partition key and sort key** – Referred to as a *composite primary key*, this type of key is composed of two attributes. The first attribute is the *partition key*, and the second attribute is the *sort key*. | |
| | DynamoDB uses the partition key value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored. All items with the same partition key value are stored together, in sorted order by sort key value. | |
| | In a table that has a partition key and a sort key, it's possible for two items to have the same partition key value. However, those two items must have different sort key values. | |
| | The *Music* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a composite primary key (*Artist* and *SongTitle*). You can access any item in the *Music* table directly, if you provide the *Artist* and *SongTitle* values for that item. | |
| | A composite primary key gives you additional flexibility when querying data. For example, if you provide only the value for *Artist*, DynamoDB retrieves all of the songs by that artist. To retrieve only a subset of songs by a particular artist, you can provide a value for *Artist* along with a range of values for *SongTitle*. | |
| | Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | ## Partitions and Data Distribution<br><br>DynamoDB stores data in partitions. A *partition* is an allocation of storage for a table, backed by solid-state drives (SSDs) and automatically replicated across multiple Availability Zones within an AWS Region. Partition management is handled entirely by DynamoDB—you never have to manage partitions yourself.<br><br>When you create a table, the initial status of the table is CREATING. During this phase, DynamoDB allocates sufficient partitions to the table so that it can handle your provisioned throughput requirements. You can begin writing and reading table data after the table status changes to ACTIVE.<br><br>DynamoDB allocates additional partitions to a table in the following situations:<br><br>• If you increase the table's provisioned throughput settings beyond what the existing partitions can support.<br>• If an existing partition fills to capacity and more storage space is required.<br><br>Partition management occurs automatically in the background and is transparent to your applications. Your table remains available throughout and fully supports your provisioned throughput requirements.<br><br>For more details, see Partition Key Design (p. 810).<br><br>Global secondary indexes in DynamoDB are also composed of partitions. The data in a GSI is stored separately from the data in its base table, but index partitions behave in much the same way as table partitions.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | ## Storing Large Attribute Values in Amazon S3<br><br>As mentioned above, you can also take advantage of Amazon Simple Storage Service (Amazon S3) to store large attribute values that cannot fit in a DynamoDB item. You can store them as an object in Amazon S3 and then store the object identifier in your DynamoDB item.<br><br>You can also use the object metadata support in Amazon S3 to provide a link back to the parent item in DynamoDB. Store the primary key value of the item as Amazon S3 metadata of the object in Amazon S3. Doing this often helps with maintenance of the Amazon S3 objects.<br><br>For example, consider the `ProductCatalog` table in the Creating Tables and Loading Sample Data (p. 323) section. Items in this table store information about item price, description, book authors, and dimensions for other products. If you wanted to store an image of each product that was too large to fit in an item, you could store the images in Amazon S3 instead of in DynamoDB.<br><br>When implementing this strategy, keep the following in mind:<br><br>• DynamoDB doesn't support transactions that cross Amazon S3 and DynamoDB. Therefore, your application must deal with any failures, which could include cleaning up orphaned Amazon S3 objects.<br>• Amazon S3 limits the length of object identifiers. So you must organize your data in a way that doesn't generate excessively long object identifiers or violate other Amazon S3 constraints.<br><br>For more information about how to use Amazon S3, see the *Amazon Simple Storage Service Developer Guide*.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | **DynamoDB table design**<br><br>The heart of the S3 object index is a DynamoDB table with one item per object, which associates various attributes with the object's S3 key. Each item contains the S3 key, the size of the object, and any additional attributes to use for lookups.<br><br>Because DynamoDB tables are schema-less, the only things you need to define explicitly are the primary key and any additional indexes to support your queries. When selecting a primary key and indexes, you need to consider how the table will be queried. The following sections look at each of the four queries from the example and show an index optimized for each one.<br><br>In this example, you define all of your indexes up front. In a more iterative development context, you could define only the primary key to begin with and then add secondary indexes as your requirements demand.<br><br>https://aws.amazon.com/blogs/big-data/building-and-maintaining-an-amazon-s3-metadata-index-without-servers/. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|



Amazon Web Services, Inc., *AWS Reference Architectures*, available at
https://media.amazonwebservices.com/architecturecenter/AWS_ac_ra_filesync_08.pdf.

| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |



| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████<br><br>*See* claim 1a-1g. |
| Claim 1a | |
| a data repository configured to store a data entity, wherein an identifier string identifies the data entity; and | All Accused Instrumentalities meet this claim limitation. Each Accused Instrumentality is a system for managing data stored in a distributed network (the hardware and software that comprise each Accused Instrumentality — ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████). Each Accused Instrumentality comprises a data repository (████ such as groups within one or more Availability Zones and/or regions) configured to store a data entity (items and/or attributes), wherein an identifier string identifies the data entity (items and/or attributes are identified by a primary key (███████████████████████████████████████████████████████). |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | ## Why do I need a partition key? <br><br> DynamoDB stores data as groups of attributes, known as *items*. Items are similar to rows or records in other database systems. DynamoDB stores and retrieves each item based on the primary key value, which must be unique. Items are distributed across 10-GB storage units, called partitions (physical storage internal to DynamoDB). Each table has one or more partitions, as shown in the following illustration. For more information, see Partitions and Data Distribution in the *DynamoDB Developer Guide*. <br><br> DynamoDB uses the partition key's value as an input to an internal hash function. The output from the hash function determines the partition in which the item is stored. Each item's location is determined by the hash value of its partition key. <br><br> All items with the same partition key are stored together, and for composite partition keys, are ordered by the sort key value. DynamoDB splits partitions by sort key if the collection size grows bigger than 10 GB. <br><br> https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | 

https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/.

With DynamoDB, you can create database tables that can store and retrieve any amount of data, and serve any level of request traffic. You can scale up or scale down your tables' throughput capacity without downtime or performance degradation, and use the AWS Management Console to monitor resource utilization and performance metrics.

Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*,
http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | ## Partitions and Data Distribution<br><br>DynamoDB stores data in partitions. A *partition* is an allocation of storage for a table, backed by solid-state drives (SSDs) and automatically replicated across multiple Availability Zones within an AWS Region. Partition management is handled entirely by DynamoDB—you never have to manage partitions yourself.<br><br>When you create a table, the initial status of the table is CREATING. During this phase, DynamoDB allocates sufficient partitions to the table so that it can handle your provisioned throughput requirements. You can begin writing and reading table data after the table status changes to ACTIVE.<br><br>DynamoDB allocates additional partitions to a table in the following situations:<br><br>• If you increase the table's provisioned throughput settings beyond what the existing partitions can support.<br>• If an existing partition fills to capacity and more storage space is required.<br><br>Partition management occurs automatically in the background and is transparent to your applications. Your table remains available throughout and fully supports your provisioned throughput requirements.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

*See* claim 1pre, 1b-1g.

| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |
| Claim 1b | |
| a data location server network comprising a plurality of data location servers, |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  *See* claim 1pre-1a, 1c-1g. |
| **Claim 1c** | |
| wherein data location information for a plurality of data entities is stored in the data location server network, | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |



| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |
| **Claim 1d** | |
| at least one of the plurality of data location servers includes location information associated with the identifier string, | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |
| **Claim 1e** | |
| each one of the plurality of data location servers | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| comprises a processor and a portion of the data location information, |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |



| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|



| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |



| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

  
| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |
| **Claim 1f** | |
| the portion of the data location information included in a corresponding one of the data location | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| servers is based on a hash function used to organize the data location information across the plurality of data location servers, |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|



| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |
| Claim 1g | |
| and each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function applied to the identifier string. | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |
| **Claim 2** | |
| The system of claim 1, wherein the location information comprises any portion of a hash table generated with the hash function. | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
|  | |
| | *See* claim 1. |
| Claim 6pre | |
| A system for managing data location information and providing the data location information in response to location queries, the system comprising: | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  Amazon webpage, available at https://aws.amazon.com/dynamodb/. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | # What Is Amazon DynamoDB? <br><br> Welcome to the Amazon DynamoDB Developer Guide. <br><br> Amazon DynamoDB is a fully managed NoSQL database service that provides fast and predictable performance with seamless scalability. DynamoDB lets you offload the administrative burdens of operating and scaling a distributed database, so that you don't have to worry about hardware provisioning, setup and configuration, replication, software patching, or cluster scaling. Also, DynamoDB offers encryption at rest, which eliminates the operational burden and complexity involved in protecting sensitive data. For more information, see DynamoDB Encryption at Rest (p. 707). <br><br> With DynamoDB, you can create database tables that can store and retrieve any amount of data, and serve any level of request traffic. You can scale up or scale down your tables' throughput capacity without downtime or performance degradation, and use the AWS Management Console to monitor resource utilization and performance metrics. <br><br> Amazon DynamoDB provides on-demand backup capability. It allows you to create full backups of your tables for long-term retention and archival for regulatory compliance needs. For more information, see On-Demand Backup and Restore for DynamoDB (p. 596). <br><br> You can create on-demand backups as well as enable point-in-time recovery for your Amazon DynamoDB tables. Point-in-time recovery helps protect your Amazon DynamoDB tables from accidental write or delete operations. With point-in-time recovery, you can restore that table to any point in time during the last 35 days. For more information, see Point-in-Time Recovery: How It Works (p. 608). <br><br> DynamoDB allows you to delete expired items from tables automatically to help you reduce storage usage and the cost of storing data that is no longer relevant. For more information, see Time To Live (p. 406). <br><br> Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
|  | # DynamoDB Core Components<br><br>In DynamoDB, tables, items, and attributes are the core components that you work with. A *table* is a collection of *items*, and each item is a collection of *attributes*. DynamoDB uses primary keys to uniquely identify each item in a table and secondary indexes to provide more querying flexibility. You can use DynamoDB Streams to capture data modification events in DynamoDB tables.<br><br>There are limits in DynamoDB. For more information, see Limits in DynamoDB (p. 874).<br><br>**Topics**<br>• Tables, Items, and Attributes (p. 2)<br>• Primary Key (p. 5)<br>• Secondary Indexes (p. 5)<br>• DynamoDB Streams (p. 8)<br><br># Tables, Items, and Attributes<br><br>The following are the basic DynamoDB components:<br><br>• **Tables** – Similar to other database systems, DynamoDB stores data in tables. A *table* is a collection of data. For example, see the example table called *People* that you could use to store personal contact<br><br>API Version 2012-08-10<br>2<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | information about friends, family, or anyone else of interest. You could also have a *Cars* table to store information about vehicles that people drive. <br><br> • **Items –** Each table contains zero or more items. An *item* is a group of attributes that is uniquely identifiable among all of the other items. In a *People* table, each item represents a person. For a *Cars* table, each item represents one vehicle. Items in DynamoDB are similar in many ways to rows, records, or tuples in other database systems. In DynamoDB, there is no limit to the number of items you can store in a table. <br><br> • **Attributes –** Each item is composed of one or more attributes. An *attribute* is a fundamental data element, something that does not need to be broken down any further. For example, an item in a *People* table contains attributes called *PersonID, LastName, FirstName,* and so on. For a *Department* table, an item might have attributes such as *DepartmentID, Name, Manager,* and so on. Attributes in DynamoDB are similar in many ways to fields or columns in other database systems. <br><br> Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide,* http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] | |
|---|---|---|
| | ## General Guidelines for Secondary Indexes in DynamoDB<br><br>Amazon DynamoDB supports two types of secondary indexes:<br><br>• **Global secondary index**—An index with a partition key and a sort key that can be different from those on the base table. A global secondary index is considered "global" because queries on the index can span all of the data in the base table, across all partitions. A global secondary index has no size limitations and has its own provisioned throughput settings for read and write activity that are separate from those of the table.<br>• **Local secondary index**—An index that has the same partition key as the base table, but a different sort key. A local secondary index is "local" in the sense that every partition of a local secondary index is scoped to a base table partition that has the same partition key value. As a result, the total size of indexed items for any one partition key value can't exceed 10 GB. Also, a local secondary index shares provisioned throughput settings for read and write activity with the table it is indexing.<br><br>Each table in DynamoDB is limited to 20 global secondary indexes (default limit) and 5 local secondary indexes.<br><br>For more information about the differences between global secondary indexes and local secondary indexes, see Improving Data Access with Secondary Indexes (p. 493).<br><br>In general, you should use global secondary indexes rather than local secondary indexes. The exception is when you need strong consistency in your query results, which a local secondary index can provide but a global secondary index cannot (global secondary index queries only support eventual consistency).<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*,<br>http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | ## Primary Key When you create a table, in addition to the table name, you must specify the primary key of the table. The primary key uniquely identifies each item in the table, so that no two items can have the same key. DynamoDB supports two different kinds of primary keys: • **Partition key** – A simple primary key, composed of one attribute known as the *partition key*. DynamoDB uses the partition key's value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored. In a table that has only a partition key, no two items can have the same partition key value. The *People* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a simple primary key (*PersonID*). You can access any item in the *People* table directly by providing the *PersonId* value for that item. • **Partition key and sort key** – Referred to as a *composite primary key*, this type of key is composed of two attributes. The first attribute is the *partition key*, and the second attribute is the *sort key*. DynamoDB uses the partition key value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored. All items with the same partition key value are stored together, in sorted order by sort key value. In a table that has a partition key and a sort key, it's possible for two items to have the same partition key value. However, those two items must have different sort key values. The *Music* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a composite primary key (*Artist* and *SongTitle*). You can access any item in the *Music* table directly, if you provide the *Artist* and *SongTitle* values for that item. A composite primary key gives you additional flexibility when querying data. For example, if you provide only the value for *Artist*, DynamoDB retrieves all of the songs by that artist. To retrieve only a subset of songs by a particular artist, you can provide a value for *Artist* along with a range of values for *SongTitle*. Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
|  | ## Partitions and Data Distribution

DynamoDB stores data in partitions. A *partition* is an allocation of storage for a table, backed by solid-state drives (SSDs) and automatically replicated across multiple Availability Zones within an AWS Region. Partition management is handled entirely by DynamoDB—you never have to manage partitions yourself.

When you create a table, the initial status of the table is CREATING. During this phase, DynamoDB allocates sufficient partitions to the table so that it can handle your provisioned throughput requirements. You can begin writing and reading table data after the table status changes to ACTIVE.

DynamoDB allocates additional partitions to a table in the following situations:

- If you increase the table's provisioned throughput settings beyond what the existing partitions can support.
- If an existing partition fills to capacity and more storage space is required.

Partition management occurs automatically in the background and is transparent to your applications. Your table remains available throughout and fully supports your provisioned throughput requirements.

For more details, see Partition Key Design (p. 810).

Global secondary indexes in DynamoDB are also composed of partitions. The data in a GSI is stored separately from the data in its base table, but index partitions behave in much the same way as table partitions.

Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
|  | **Storing Large Attribute Values in Amazon S3**<br><br>As mentioned above, you can also take advantage of Amazon Simple Storage Service (Amazon S3) to store large attribute values that cannot fit in a DynamoDB item. You can store them as an object in Amazon S3 and then store the object identifier in your DynamoDB item.<br><br>You can also use the object metadata support in Amazon S3 to provide a link back to the parent item in DynamoDB. Store the primary key value of the item as Amazon S3 metadata of the object in Amazon S3. Doing this often helps with maintenance of the Amazon S3 objects.<br><br>For example, consider the `ProductCatalog` table in the Creating Tables and Loading Sample Data (p. 323) section. Items in this table store information about item price, description, book authors, and dimensions for other products. If you wanted to store an image of each product that was too large to fit in an item, you could store the images in Amazon S3 instead of in DynamoDB.<br><br>When implementing this strategy, keep the following in mind:<br><br>• DynamoDB doesn't support transactions that cross Amazon S3 and DynamoDB. Therefore, your application must deal with any failures, which could include cleaning up orphaned Amazon S3 objects.<br>• Amazon S3 limits the length of object identifiers. So you must organize your data in a way that doesn't generate excessively long object identifiers or violate other Amazon S3 constraints.<br><br>For more information about how to use Amazon S3, see the *Amazon Simple Storage Service Developer Guide*.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | **DynamoDB table design** <br><br> The heart of the S3 object index is a DynamoDB table with one item per object, which associates various attributes with the object's S3 key. Each item contains the S3 key, the size of the object, and any additional attributes to use for lookups. <br><br> Because DynamoDB tables are schema-less, the only things you need to define explicitly are the primary key and any additional indexes to support your queries. When selecting a primary key and indexes, you need to consider how the table will be queried. The following sections look at each of the four queries from the example and show an index optimized for each one. <br><br> In this example, you define all of your indexes up front. In a more iterative development context, you could define only the primary key to begin with and then add secondary indexes as your requirements demand. <br><br> https://aws.amazon.com/blogs/big-data/building-and-maintaining-an-amazon-s3-metadata-index-without-servers/. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|



Amazon Web Services, Inc., *AWS Reference Architectures*, available at
https://media.amazonwebservices.com/architecturecenter/AWS_ac_ra_filesync_08.pdf.

| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|



| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |
| Claim 6a | |
| a location server configured to receive a location addition request, the location addition request formatted in conformance with a transfer protocol, the location addition request comprising an identifier and at least one location to associate with the identifier, wherein the identifier identifying an entity and wherein each of the at least one location specifies a location of data in a network pertaining to the entity; | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | ## Why do I need a partition key?  DynamoDB stores data as groups of attributes, known as *items*. Items are similar to rows or records in other database systems. DynamoDB stores and retrieves each item based on the primary key value, which must be unique. Items are distributed across 10-GB storage units, called partitions (physical storage internal to DynamoDB). Each table has one or more partitions, as shown in the following illustration. For more information, see Partitions and Data Distribution in the *DynamoDB Developer Guide*.  DynamoDB uses the partition key's value as an input to an internal hash function. The output from the hash function determines the partition in which the item is stored. Each item's location is determined by the hash value of its partition key.  All items with the same partition key are stored together, and for composite partition keys, are ordered by the sort key value. DynamoDB splits partitions by sort key if the collection size grows bigger than 10 GB.  https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | <br>https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |   https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/.  With DynamoDB, you can create database tables that can store and retrieve any amount of data, and serve any level of request traffic. You can scale up or scale down your tables' throughput capacity without downtime or performance degradation, and use the AWS Management Console to monitor resource utilization and performance metrics.  Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | ## Partitions and Data Distribution<br><br>DynamoDB stores data in partitions. A *partition* is an allocation of storage for a table, backed by solid-state drives (SSDs) and automatically replicated across multiple Availability Zones within an AWS Region. Partition management is handled entirely by DynamoDB—you never have to manage partitions yourself.<br><br>When you create a table, the initial status of the table is CREATING. During this phase, DynamoDB allocates sufficient partitions to the table so that it can handle your provisioned throughput requirements. You can begin writing and reading table data after the table status changes to ACTIVE.<br><br>DynamoDB allocates additional partitions to a table in the following situations:<br><br>• If you increase the table's provisioned throughput settings beyond what the existing partitions can support.<br>• If an existing partition fills to capacity and more storage space is required.<br><br>Partition management occurs automatically in the background and is transparent to your applications. Your table remains available throughout and fully supports your provisioned throughput requirements.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| Claim 6b | |
| wherein the location server includes a processor; and |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  *See* claim 6pre-6a, 6c. |
| **Claim 6c** | |
| programming logic stored on the location server, wherein the programming logic | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| is configured to return, in response to a location query related to a desired entity, a location message, the location message in conformance with the transfer protocol and comprising at least one location associated with the desired entity, wherein the programming logic is further configured to return the location message if the location server contains location information for the desired entity, and wherein the programming logic is further configured to return a redirect message if the location server lacks the location information for the desired entity, the redirect message comprising a list of at least one other location server |  |



| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|



| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | ██████████ |
| Claim 8 | |
| The system of claim 6, wherein each of a plurality of location servers in the network stores only a portion of the data location information. | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

N/A

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |
| | *See* claim 6. |
| Claim 9 | |
| The system of claim 6, wherein the location information in the location server is maintained in an indexed location store. | |

**EXHIBIT B TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES**
**U.S. PATENT NO. 7,814,170 – AMAZON DYNAMODB**

| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |



| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | ███████████████████████████████████████████████████████ ████████████████████████ |
| **Claim 12** | |
| The system of claim 9, wherein the indexed location store comprises a string store indexed by a hash table distributed across a plurality of servers. | █████████████████████████████████████████████████████████ ████████████████████ |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |
| Claim 15pre | |
| A method of handling location queries in a network, the network comprising a plurality of location servers including | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| data location information, the method comprising: | <br>Amazon webpage, available at https://aws.amazon.com/dynamodb/. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | **What Is Amazon DynamoDB?**<br><br>Welcome to the Amazon DynamoDB Developer Guide.<br><br>Amazon DynamoDB is a fully managed NoSQL database service that provides fast and predictable performance with seamless scalability. DynamoDB lets you offload the administrative burdens of operating and scaling a distributed database, so that you don't have to worry about hardware provisioning, setup and configuration, replication, software patching, or cluster scaling. Also, DynamoDB offers encryption at rest, which eliminates the operational burden and complexity involved in protecting sensitive data. For more information, see DynamoDB Encryption at Rest (p. 707).<br><br>With DynamoDB, you can create database tables that can store and retrieve any amount of data, and serve any level of request traffic. You can scale up or scale down your tables' throughput capacity without downtime or performance degradation, and use the AWS Management Console to monitor resource utilization and performance metrics.<br><br>Amazon DynamoDB provides on-demand backup capability. It allows you to create full backups of your tables for long-term retention and archival for regulatory compliance needs. For more information, see On-Demand Backup and Restore for DynamoDB (p. 596).<br><br>You can create on-demand backups as well as enable point-in-time recovery for your Amazon DynamoDB tables. Point-in-time recovery helps protect your Amazon DynamoDB tables from accidental write or delete operations. With point-in-time recovery, you can restore that table to any point in time during the last 35 days. For more information, see Point-in-Time Recovery: How It Works (p. 608).<br><br>DynamoDB allows you to delete expired items from tables automatically to help you reduce storage usage and the cost of storing data that is no longer relevant. For more information, see Time To Live (p. 406).<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | ## DynamoDB Core Components<br><br>In DynamoDB, tables, items, and attributes are the core components that you work with. A *table* is a collection of *items*, and each item is a collection of *attributes*. DynamoDB uses primary keys to uniquely identify each item in a table and secondary indexes to provide more querying flexibility. You can use DynamoDB Streams to capture data modification events in DynamoDB tables.<br><br>There are limits in DynamoDB. For more information, see Limits in DynamoDB (p. 874).<br><br>**Topics**<br>• Tables, Items, and Attributes (p. 2)<br>• Primary Key (p. 5)<br>• Secondary Indexes (p. 5)<br>• DynamoDB Streams (p. 8)<br><br>## Tables, Items, and Attributes<br><br>The following are the basic DynamoDB components:<br><br>• **Tables** – Similar to other database systems, DynamoDB stores data in tables. A *table* is a collection of data. For example, see the example table called *People* that you could use to store personal contact<br><br>API Version 2012-08-10<br>2<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | information about friends, family, or anyone else of interest. You could also have a *Cars* table to store information about vehicles that people drive.<br><br>• **Items** – Each table contains zero or more items. An *item* is a group of attributes that is uniquely identifiable among all of the other items. In a *People* table, each item represents a person. For a *Cars* table, each item represents one vehicle. Items in DynamoDB are similar in many ways to rows, records, or tuples in other database systems. In DynamoDB, there is no limit to the number of items you can store in a table.<br><br>• **Attributes** – Each item is composed of one or more attributes. An *attribute* is a fundamental data element, something that does not need to be broken down any further. For example, an item in a *People* table contains attributes called *PersonID, LastName, FirstName,* and so on. For a *Department* table, an item might have attributes such as *DepartmentID, Name, Manager,* and so on. Attributes in DynamoDB are similar in many ways to fields or columns in other database systems.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] | |
|---|---|---|
| | ## General Guidelines for Secondary Indexes in DynamoDB<br><br>Amazon DynamoDB supports two types of secondary indexes:<br><br>- **Global secondary index**—An index with a partition key and a sort key that can be different from those on the base table. A global secondary index is considered "global" because queries on the index can span all of the data in the base table, across all partitions. A global secondary index has no size limitations and has its own provisioned throughput settings for read and write activity that are separate from those of the table.<br>- **Local secondary index**—An index that has the same partition key as the base table, but a different sort key. A local secondary index is "local" in the sense that every partition of a local secondary index is scoped to a base table partition that has the same partition key value. As a result, the total size of indexed items for any one partition key value can't exceed 10 GB. Also, a local secondary index shares provisioned throughput settings for read and write activity with the table it is indexing.<br><br>Each table in DynamoDB is limited to 20 global secondary indexes (default limit) and 5 local secondary indexes.<br><br>For more information about the differences between global secondary indexes and local secondary indexes, see Improving Data Access with Secondary Indexes (p. 493).<br><br>In general, you should use global secondary indexes rather than local secondary indexes. The exception is when you need strong consistency in your query results, which a local secondary index can provide but a global secondary index cannot (global secondary index queries only support eventual consistency).<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | **Primary Key**<br><br>When you create a table, in addition to the table name, you must specify the primary key of the table. The primary key uniquely identifies each item in the table, so that no two items can have the same key.<br><br>DynamoDB supports two different kinds of primary keys:<br><br>• **Partition key** – A simple primary key, composed of one attribute known as the *partition key*.<br><br>  DynamoDB uses the partition key's value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored.<br><br>  In a table that has only a partition key, no two items can have the same partition key value.<br><br>  The *People* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a simple primary key (*PersonID*). You can access any item in the *People* table directly by providing the *PersonId* value for that item.<br><br>• **Partition key and sort key** – Referred to as a *composite primary key*, this type of key is composed of two attributes. The first attribute is the *partition key*, and the second attribute is the *sort key*.<br><br>  DynamoDB uses the partition key value as input to an internal hash function. The output from the hash function determines the partition (physical storage internal to DynamoDB) in which the item will be stored. All items with the same partition key value are stored together, in sorted order by sort key value.<br><br>  In a table that has a partition key and a sort key, it's possible for two items to have the same partition key value. However, those two items must have different sort key values.<br><br>  The *Music* table described in Tables, Items, and Attributes (p. 2) is an example of a table with a composite primary key (*Artist* and *SongTitle*). You can access any item in the *Music* table directly, if you provide the *Artist* and *SongTitle* values for that item.<br><br>  A composite primary key gives you additional flexibility when querying data. For example, if you provide only the value for *Artist*, DynamoDB retrieves all of the songs by that artist. To retrieve only a subset of songs by a particular artist, you can provide a value for *Artist* along with a range of values for *SongTitle*.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | ## Partitions and Data Distribution<br><br>DynamoDB stores data in partitions. A *partition* is an allocation of storage for a table, backed by solid-state drives (SSDs) and automatically replicated across multiple Availability Zones within an AWS Region. Partition management is handled entirely by DynamoDB—you never have to manage partitions yourself.<br><br>When you create a table, the initial status of the table is CREATING. During this phase, DynamoDB allocates sufficient partitions to the table so that it can handle your provisioned throughput requirements. You can begin writing and reading table data after the table status changes to ACTIVE.<br><br>DynamoDB allocates additional partitions to a table in the following situations:<br><br>• If you increase the table's provisioned throughput settings beyond what the existing partitions can support.<br>• If an existing partition fills to capacity and more storage space is required.<br><br>Partition management occurs automatically in the background and is transparent to your applications. Your table remains available throughout and fully supports your provisioned throughput requirements.<br><br>For more details, see Partition Key Design (p. 810).<br><br>Global secondary indexes in DynamoDB are also composed of partitions. The data in a GSI is stored separately from the data in its base table, but index partitions behave in much the same way as table partitions.<br><br>Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | ## Storing Large Attribute Values in Amazon S3

As mentioned above, you can also take advantage of Amazon Simple Storage Service (Amazon S3) to store large attribute values that cannot fit in a DynamoDB item. You can store them as an object in Amazon S3 and then store the object identifier in your DynamoDB item.

You can also use the object metadata support in Amazon S3 to provide a link back to the parent item in DynamoDB. Store the primary key value of the item as Amazon S3 metadata of the object in Amazon S3. Doing this often helps with maintenance of the Amazon S3 objects.

For example, consider the `ProductCatalog` table in the Creating Tables and Loading Sample Data (p. 323) section. Items in this table store information about item price, description, book authors, and dimensions for other products. If you wanted to store an image of each product that was too large to fit in an item, you could store the images in Amazon S3 instead of in DynamoDB.

When implementing this strategy, keep the following in mind:

- DynamoDB doesn't support transactions that cross Amazon S3 and DynamoDB. Therefore, your application must deal with any failures, which could include cleaning up orphaned Amazon S3 objects.
- Amazon S3 limits the length of object identifiers. So you must organize your data in a way that doesn't generate excessively long object identifiers or violate other Amazon S3 constraints.

For more information about how to use Amazon S3, see the *Amazon Simple Storage Service Developer Guide*.

Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | **DynamoDB table design** <br><br> The heart of the S3 object index is a DynamoDB table with one item per object, which associates various attributes with the object's S3 key. Each item contains the S3 key, the size of the object, and any additional attributes to use for lookups. <br><br> Because DynamoDB tables are schema-less, the only things you need to define explicitly are the primary key and any additional indexes to support your queries. When selecting a primary key and indexes, you need to consider how the table will be queried. The following sections look at each of the four queries from the example and show an index optimized for each one. <br><br> In this example, you define all of your indexes up front. In a more iterative development context, you could define only the primary key to begin with and then add secondary indexes as your requirements demand. <br><br> https://aws.amazon.com/blogs/big-data/building-and-maintaining-an-amazon-s3-metadata-index-without-servers/. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|



Amazon Web Services, Inc., *AWS Reference Architectures*, available at
https://media.amazonwebservices.com/architecturecenter/AWS_ac_ra_filesync_08.pdf.

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |
| Claim 15a | |
| correlating each one of a plurality of identifiers with at least one of a plurality of locations in the network, each one of the plurality of identifiers identifying a respective one of a plurality of data entities, wherein the data entities are stored in corresponding locations in the network; | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| | ## Why do I need a partition key? <br><br> DynamoDB stores data as groups of attributes, known as *items*. Items are similar to rows or records in other database systems. DynamoDB stores and retrieves each item based on the primary key value, which must be unique. Items are distributed across 10-GB storage units, called partitions (physical storage internal to DynamoDB). Each table has one or more partitions, as shown in the following illustration. For more information, see Partitions and Data Distribution in the *DynamoDB Developer Guide*. <br><br> DynamoDB uses the partition key's value as an input to an internal hash function. The output from the hash function determines the partition in which the item is stored. Each item's location is determined by the hash value of its partition key. <br><br> All items with the same partition key are stored together, and for composite partition keys, are ordered by the sort key value. DynamoDB splits partitions by sort key if the collection size grows bigger than 10 GB. <br><br> https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  https://aws.amazon.com/blogs/database/choosing-the-right-dynamodb-partition-key/. <br><br> With DynamoDB, you can create database tables that can store and retrieve any amount of data, and serve any level of request traffic. You can scale up or scale down your tables' throughput capacity without downtime or performance degradation, and use the AWS Management Console to monitor resource utilization and performance metrics. <br><br> Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
|  | ## Partitions and Data Distribution DynamoDB stores data in partitions. A *partition* is an allocation of storage for a table, backed by solid-state drives (SSDs) and automatically replicated across multiple Availability Zones within an AWS Region. Partition management is handled entirely by DynamoDB—you never have to manage partitions yourself. When you create a table, the initial status of the table is CREATING. During this phase, DynamoDB allocates sufficient partitions to the table so that it can handle your provisioned throughput requirements. You can begin writing and reading table data after the table status changes to ACTIVE. DynamoDB allocates additional partitions to a table in the following situations: <br> • If you increase the table's provisioned throughput settings beyond what the existing partitions can support. <br> • If an existing partition fills to capacity and more storage space is required. <br> Partition management occurs automatically in the background and is transparent to your applications. Your table remains available throughout and fully supports your provisioned throughput requirements. <br> Amazon Web Services, Inc., *Amazon DynamoDB Developer Guide*, http://awsdocs.s3.amazonaws.com/dynamodb/latest/dynamodb-dg.pdf. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  *See* claim 15pre, 15b-15e. |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| Claim 15b | |
| receiving a location query from a client at one of the plurality of location servers, the location query requesting location information identifying a location of a data entity included in the data entities; |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

# EXHIBIT B TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES
# U.S. PATENT NO. 7,814,170 – AMAZON DYNAMODB

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |
| |  |



| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |
| Claim 15c | |
| determining which of the plurality of location servers includes the location information; | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |



| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |
| | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |



| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |
| Claim 15d | |
| sending a location response message to the client in response to determining the one of the plurality of location servers includes the location information, the location response message comprising the location information; | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |
| Claim 15e | |
| sending a redirect message to the client in response to determining the one of the plurality of location servers fails to include the location information, the redirect message identifying which of the plurality of location servers includes the location information. | |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|



**EXHIBIT B TO KOVE IO, INC.'S LPR 3.1 DISCLOSURES**
**U.S. PATENT NO. 7,814,170 – AMAZON DYNAMODB**

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

144 – HIGHLY CONFIDENTIAL

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
| --- | --- |
| |  |

| U.S. 7,814,170 | Accused Instrumentalities[1] |
|---|---|
|  |  |