# Exhibit 97
# (Redacted)