# Exhibit 98

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1-18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | **JURY TRIAL DEMANDED** |
| Amazon Web Services, Inc., | |
| Defendant. | |

**CORRECTED OPENING EXPERT REPORT OF MICHAEL GOODRICH**
**REGARDING U.S. PATENT NOS. 7,103,640; 7,233,978; AND 7,814,170**

Executed on this 6th day of July, 2023

Michael Goodrich

# EXHIBIT B

**Documents**

U.S. Patent No. 7,103,640
U.S. Patent No. 7,233,978
U.S. Patent No. 7,814,170
File History of U.S. Patent No. 7,103,640
File History of U.S. Patent No. 7,233,978
File History of U.S. Patent No. 7,814,170

Claim Construction Order, *Kove IO, Inc. v. Amazon Web Services, Inc.*, No.18-Cv-08175 (Dkt. 484), December 17, 2021.

Joint Motion Regarding Deadlines Following the Court's Claim Construction Order (Dkt. 484), *Kove IO, Inc. v. Amazon Web Services, Inc.,* No.18-Cv-08175, December 30, 2021.

AWS's Motion for Additional Claim Construction Briefing (Dkt. 539), *Kove IO, Inc. v. Amazon Web Services, Inc.*No.18-Cv-08175, November 28, 2022.

Notification of Docket Entry (Dkt. 580), *Kove IO, Inc. v. Amazon Web Services, Inc.,* No.18-Cv-08175, January 14, 2023

**Deposition Transcripts**

Deposition transcript of James Sorenson and exhibits thereto, January 29, 2020
Deposition transcript of Seth Markle and exhibits thereto, January 30, 2020
Deposition transcript of Stephen Bailey and exhibits thereto, October 09, 2020
Deposition transcript of Michael Goodrich and exhibits thereto, December 18, 2020
Deposition transcript of Allan Vermeulen and exhibits thereto, June 04, 2021
Deposition transcript of James Sorenson and exhibits thereto, July 20, 2021
Deposition transcript of Jeff Barr and exhibits thereto, August 5, 2021
Deposition transcript of Keith Connolly and exhibits thereto, August 12, 2021
Deposition transcript of Donal Walsh and exhibits thereto, August 25, 2021
Deposition transcript of Seth Markle and exhibits thereto, April 19, 2023
Deposition transcript of Shiv Pal Singh and exhibits thereto, Apr. 19, 2023
Deposition transcript of Donal Walsh and exhibits thereto, April 21, 2023
Deposition transcript of Andy Poling and exhibits thereto, April 21, 2023
Deposition transcript of James Hamilton and exhibits thereto, April 27, 2023
Deposition transcript of Werner Vogels and exhibits thereto, May 02, 2023
Deposition transcript of Tim Rath and exhibits thereto, May 05, 2023
Deposition transcript of Swami Sivasubramanian and exhibits thereto, May 10, 2023
Deposition transcript of Swami Sivasubramanian and exhibits thereto, May 11, 2023
Deposition transcript of John Overton and exhibits thereto, May 16, 2023
Deposition transcript of John Overton and exhibits thereto, May 17, 2023
Deposition transcript of Allan Vermeulen and exhibits thereto, May 23, 2023
Deposition transcript of Christopher Bartenstein and exhibits thereto, May 3, 2023
Deposition transcript of Rande Blackman and exhibits thereto, May 24, 2023

Deposition transcript of Kevin Gasper and exhibits thereto, February 17, 2022
Deposition transcript of Alyssa Henry and exhibits thereto, February 21, 2023
Deposition transcript of James Hamilton and exhibits thereto, April 27, 2023
Deposition transcript of Scott Hayden and exhibits thereto, April 23, 2023
Deposition transcript of Scott Hayden and exhibits thereto, May 26, 2023
Deposition transcript of Michael Pechette and exhibits thereto, May 04, 2023
Deposition transcript of Doanl Walsh and exhibits thereto, April 21, 2023
Deposition transcript of Robbie Wright and exhibits thereto, May 5, 2023

**Production Documents**

AMZ_KOVE_000002743
AMZ_KOVE_000005179
AMZ_KOVE_000012794
AMZ_KOVE_000012916
AMZ_KOVE_000017500
AMZ_KOVE_000017527
AMZ_KOVE_000017676
AMZ_KOVE_000061704
AMZ_KOVE_000061904
AMZ_KOVE_000062774
AMZ_KOVE_000065716
AMZ_KOVE_000081692
AMZ_KOVE_000081695
AMZ_KOVE_000087359
AMZ_KOVE_000087409
AMZ_KOVE_000087409
AMZ_KOVE_000089395
AMZ_KOVE_000089617
AMZ_KOVE_000091070
AMZ_KOVE_000091119
AMZ_KOVE_000091490
AMZ_KOVE_000091828
AMZ_KOVE_000094830
AMZ_KOVE_000098817
AMZ_KOVE_000100108
AMZ_KOVE_000106253
AMZ_KOVE_000106253
AMZ_KOVE_000106321
AMZ_KOVE_000106321
AMZ_KOVE_000109696
AMZ_KOVE_000177517
AMZ_KOVE_000177581
AMZ_KOVE_000177586
AMZ_KOVE_000177608
AMZ_KOVE_000177608
AMZ_KOVE_000177623

AMZ_KOVE_000225191
AMZ_KOVE_000226290
AMZ_KOVE_000226323
AMZ_KOVE_000226416
AMZ_KOVE_000226532
AMZ_KOVE_000226633
AMZ_KOVE_000235364
AMZ_KOVE_000236500
AMZ_KOVE_000236588
AMZ_KOVE_000236665
AMZ_KOVE_000237880
AMZ_KOVE_000239961
AMZ_KOVE_000241335
AMZ_KOVE_000270933
AMZ_KOVE_000272192
AMZ_KOVE_000273226
AMZ_KOVE_000276922
AMZ_KOVE_000344577
AMZ_KOVE_000380260
AMZ_KOVE_000385878
AMZ_KOVE_000385970
AMZ_KOVE_000390558
AMZ_KOVE_000390567
AMZ_KOVE_000390570
AMZ_KOVE_000390572
AMZ_KOVE_000390575
AMZ_KOVE_000390577
AMZ_KOVE_000390617
AMZ_KOVE_000391674
AMZ_KOVE_000391674
AMZ_KOVE_000393792
AMZ_KOVE_000396783
AMZ_KOVE_000397370
AMZ_KOVE_000399033
AMZ_KOVE_000399074
AMZ_KOVE_000399318
AMZ_KOVE_000399682
AMZ_KOVE_000399757
AMZ_KOVE_000399798
AMZ_KOVE_000399800
AMZ_KOVE_000399807
AMZ_KOVE_000400711
AMZ_KOVE_000405107
AMZ_KOVE_000427876
AMZ_KOVE_000430152
AMZ_KOVE_000430190
AMZ_KOVE_000430209

AMZ_KOVE_000430217
AMZ_KOVE_000430241
AMZ_KOVE_000430624
AMZ_KOVE_000433637
AMZ_KOVE_000434820
AMZ_KOVE_000437350
AMZ_KOVE_000438774
AMZ_KOVE_000439233
AMZ_KOVE_000442191
AMZ_KOVE_000444261
AMZ_KOVE_000444305
AMZ_KOVE_000444809
AMZ_KOVE_000445350
AMZ_KOVE_000445365
AMZ_KOVE_000446229
AMZ_KOVE_000446533
AMZ_KOVE_000449180
AMZ_KOVE_000449396
AMZ_KOVE_000449541
AMZ_KOVE_000449560
AMZ_KOVE_000449586
AMZ_KOVE_000450321
AMZ_KOVE_000450328
AMZ_KOVE_000450876
AMZ_KOVE_000452619
AMZ_KOVE_000454504
AMZ_KOVE_000455047
AMZ_KOVE_000455301
AMZ_KOVE_000456592
AMZ_KOVE_000456609
AMZ_KOVE_000456610
AMZ_KOVE_000456885
AMZ_KOVE_000457250
AMZ_KOVE_000457863
AMZ_KOVE_000459352
AMZ_KOVE_000460410
AMZ_KOVE_000461703
AMZ_KOVE_000462566
AMZ_KOVE_000463912
AMZ_KOVE_000463914
AMZ_KOVE_000463915
AMZ_KOVE_000463919
AMZ_KOVE_000463920
AMZ_KOVE_000463923
AMZ_KOVE_000463924
AMZ_KOVE_000463924
AMZ_KOVE_000463929

AMZ_KOVE_000463930
AMZ_KOVE_000463931
AMZ_KOVE_000463932
AMZ_KOVE_000463933
AMZ_KOVE_000463934
AMZ_KOVE_000464946
AMZ_KOVE_000464992
AMZ_KOVE_000465018
AMZ_KOVE_000465025
AMZ_KOVE_000465381
AMZ_KOVE_000465468
AMZ_KOVE_000465520
AMZ_KOVE_000465741
AMZ_KOVE_000465826
AMZ_KOVE_000465842
AMZ_KOVE_000465966
AMZ_KOVE_000466142
AMZ_KOVE_000466195
AMZ_KOVE_000466207
AMZ_KOVE_000466443
AMZ_KOVE_000466597
AMZ_KOVE_000466597
AMZ_KOVE_000467025
AMZ_KOVE_000467854
AMZ_KOVE_000467856
AMZ_KOVE_000467857
AMZ_KOVE_000468059
AMZ_KOVE_000468060
AMZ_KOVE_000470418
AMZ_KOVE_000470420
AMZ_KOVE_000471424
AMZ_KOVE_000472553
AMZ_KOVE_000472788
AMZ_KOVE_000472789
AMZ_KOVE_000472834
AMZ_KOVE_000472872
AMZ_KOVE_000472921
AMZ_KOVE_000472964
AMZ_KOVE_000472964
AMZ_KOVE_000473062
AMZ_KOVE_000473370
AMZ_KOVE_000473423
AMZ_KOVE_000473424
AMZ_KOVE_000475085
AMZ_KOVE_000475885
AMZ_KOVE_000475929
AMZ_KOVE_000476878

AMZ_KOVE_000476893
AMZ_KOVE_000477756
AMZ_KOVE_000478483
AMZ_KOVE_000478724
AMZ_KOVE_000479441
AMZ_KOVE_000479763
AMZ_KOVE_000480009
AMZ_KOVE_000480925
AMZ_KOVE_000480926
AMZ_KOVE_000480964
AMZ_KOVE_000480964
AMZ_KOVE_000480979
AMZ_KOVE_000480979
AMZ_KOVE_000480982
AMZ_KOVE_000480984
AMZ_KOVE_000480990
AMZ_KOVE_000481002
AMZ_KOVE_000481004
AMZ_KOVE_000481006
AMZ_KOVE_000481634
AMZ_KOVE_000481820
AMZ_KOVE_000482838
AMZ_KOVE_000482863
AMZ_KOVE_000482865
AMZ_KOVE_000483279
AMZ_KOVE_000487422
AMZ_KOVE_000487422
AMZ_KOVE_000487423
AMZ_KOVE_000487433
AMZ_KOVE_000487434
AMZ_KOVE_000487435
AMZ_KOVE_000487436
AMZ_KOVE_000487437
AMZ_KOVE_000487443
AMZ_KOVE_000487488
AMZ_KOVE_000487499
AMZ_KOVE_000487499
AMZ_KOVE_000487544
AMZ_KOVE_000487905
AMZ_KOVE_000487912
AMZ_KOVE_000487923
AMZ_KOVE_000487930
AMZ_KOVE_000487931
AMZ_KOVE_000487932
AMZ_KOVE_000488059
AMZ_KOVE_000488069
AMZ_KOVE_000488139

AMZ_KOVE_000488197
AMZ_KOVE_000488258
AMZ_KOVE_000488310
AMZ_KOVE_000488310
AMZ_KOVE_000488315
AMZ_KOVE_000488323
AMZ_KOVE_000488323
AMZ_KOVE_000488325
AMZ_KOVE_000489893
AMZ_KOVE_000490631
AMZ_KOVE_000490858
AMZ_KOVE_000491402
AMZ_KOVE_000491407
AMZ_KOVE_000491418
AMZ_KOVE_000491423
AMZ_KOVE_000491436
AMZ_KOVE_000491442
AMZ_KOVE_000491498
AMZ_KOVE_000491624
AMZ_KOVE_000497698
AMZ_KOVE_000498017
AMZ_KOVE_000498019
AMZ_KOVE_000498019
AMZ_KOVE_000498034.
AMZ_KOVE_000498035
AMZ_KOVE_000498036
AMZ_KOVE_000508373
AMZ_KOVE_000518497
AMZ_KOVE_000520257
AMZ_KOVE_000520258
AMZ_KOVE_000520259
AMZ_KOVE_000520260
AMZ_KOVE_000520261
AMZ_KOVE_000520262
AMZ_KOVE_000520263
AMZ_KOVE_000520264
AMZ_KOVE_000520265
AMZ_KOVE_000520266
AMZ_KOVE_000520267
AMZ_KOVE_000520268
AMZ_KOVE_000520269
AMZ_KOVE_000520270
AMZ_KOVE_000520271
AMZ_KOVE_000520272
AMZ_KOVE_000520274
AMZ_KOVE_000520275
AMZ_KOVE_000520818

AMZ_KOVE_000527789
AMZ_KOVE_000527790
AMZ_KOVE_000527791
AMZ_KOVE_000527792
AMZ_KOVE_000527793
AMZ_KOVE_000527794
AMZ_KOVE_000527847
AMZ_KOVE_000528106
AMZ_KOVE_000528221
AMZ_KOVE_000528222
AMZ_KOVE_000528223
AMZ_KOVE_000528240
AMZ_KOVE_000528288
AMZ_KOVE_000528289
AMZ_KOVE_000528290
AMZ_KOVE_000528291
AMZ_KOVE_000528295
AMZ_KOVE_000528296
AMZ_KOVE_000528317
AMZ_KOVE_000528317
AMZ_KOVE_000528339
AMZ_KOVE_000528363
AMZ_KOVE_000528389
AMZ_KOVE_000528397
AMZ_KOVE_000528397
AMZ_KOVE_000528397
AMZ_KOVE_000528422
AMZ_KOVE_000528430
AMZ_KOVE_000528430
AMZ_KOVE_000528435
AMZ_KOVE_000528436
AMZ_KOVE_000528439
AMZ_KOVE_000528439
AMZ_KOVE_000528536
AMZ_KOVE_000528537
AMZ_KOVE_000528551
AMZ_KOVE_000528552
AMZ_KOVE_000528553
AMZ_KOVE_000528554
AMZ_KOVE_000528555
AMZ_KOVE_000528556
AMZ_KOVE_000528617
AMZ_KOVE_000528618
AMZ_KOVE_000528619
AMZ_KOVE_000528620
AMZ_KOVE_000528621
AMZ_KOVE_000528622

AMZ_KOVE_000528623
AMZ_KOVE_000528624
AMZ_KOVE_000528625
AMZ_KOVE_000528627
AMZ_KOVE_000530226
AMZ_KOVE_000530329
AMZ_KOVE_000530346
AMZ_KOVE_000530371
AMZ_KOVE_000530389
AMZ_KOVE_000532309
AMZ_KOVE_000532598
AMZ_KOVE_000532602
AMZ_KOVE_000532766
AMZ_KOVE_000532788
AMZ_KOVE_000987922
AMZN_000000001
AMZN_000000002
ATI_KOVE_0000255
KOV_00036481
KOV_00039512
KOV_00123004
KOV_00123167
KOV_00126084
KOV_00163061
KOV_00174162
KOV_00174163
KOV_00174165
KOV_00174166
KOV_00174168
KOV_00174170
KOV_00174180
KOV_00174189
KOV_00216799
KOV_00216914

All materials relied upon and referenced and cited in this expert report.