# Exhibit 99

1      IN THE UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF ILLINOIS

3                 EASTERN DIVISION

4

5   KOVE I/O, INC.,

6         Plaintiff,

7     vs.                           Civil Action No.

8                                   1:18-cv-08175

9   Amazon Web Services, INC.,

10        Defendant.

11  _____

12

13

14            *** CONFIDENTIAL ***

15

16          DEPOSITION OF SETH MARKLE

17             Seattle, Washington

18          Thursday, January 30, 2020

19

20

21

22

23    Reported by:

24    GWEN S. BRASS, CCR 1908, CSR 5784

25    JOB NO. 175192

```
 1            30TH OF JANUARY, 2020

 2                 9:23 A.M.

 3

 4

 5      DEPOSITION OF SETH MARKLE, HELD AT

 6   THE OFFICES OF DAVIS WRIGHT TREMAINE

 7   LLP, 920 FIFTH AVENUE, SEATTLE,

 8   WASHINGTON, BEFORE GWEN BRASS, A

 9   CERTIFIED COURT REPORTER IN THE STATE OF

10   WASHINGTON.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S
 2
 3   REICHMAN JORGENSEN
 4   Attorneys for Plaintiff Kove 10 Inc.
 5   750 Third Avenue
 6   New York, New York 10017
 7   BY:  JAIME CARDENAS-NAVIA, ESQ.
 8
 9
10
11   REICHMAN JORGENSEN
12   Attorneys for Plaintiff Kove IO Inc.
13   750 Third Avenue
14   New York, New York 10017
15   BY:  RAHUL SARKAR, ESQ.
16
17
18
19   JENNER & BLOCK
20   Attorneys for Defendant Amazon Web Services Inc.
21   353 North Clark Street
22   Chicago Illinois 60654
23   BY:  MICHAEL BABBITT, ESQ.
24
25
```

```
 1   JENNER & BLOCK
 2   Attorneys for Defendant Amazon Web Services Inc.
 3   353 North Clark Street
 4   Chicago Illinois 60654
 5   BY:  MICHAEL WERNER, ESQ.
 6
 7
 8
 9
10
11   ALSO PRESENT:
12        JOHN M. REIDT, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              S. MARKLE - CONFIDENTIAL
 2                  SETH MARKLE,
 3         called as a witness, having been
 4   duly sworn by the court reporter, was examined
 5   and testified as follows:
 6
 7         THE VIDEOGRAPHER:  We're on the
 8      record.  All parties have waived the
 9      introduction required by Washington
10      Court Rule 30(b)(8)(F).
11         My name is John M. Reidt.  The time
12      on my video monitor is 9:23 a.m.  This
13      is the videotaped portion in the
14      deposition of Seth Markle.
15         This deposition is being recorded
16      this 30th day of January, 2020.
17         All those present will be noted on
18      the transcript.
19         The court reporter will now swear
20      in the witness, and you may proceed.
21         (Witness sworn by the
22      stenographer.)
23                  EXAMINATION
24   BY MR. SARKAR:
25      Q.  Good morning.
```

```
 1                S. MARKLE - CONFIDENTIAL
 2          A.    Hello.
 3          Q.    Please state your name.
 4          A.    Seth Markle.
 5          Q.    Where do you work?
 6          A.    Amazon.
 7          Q.    And what is your current job title?
 8          A.    Principal software engineer.
 9          Q.    Have you ever had your deposition
10   taken before?
11          A.    Yes.
12          Q.    How many times?
13          A.    Twice.
14          Q.    The first time you had your
15   deposition taken, who were the parties
16   involved?
17          A.    Myself and the person involved in
18   the car accident with me.
19          Q.    And the second time you had your
20   deposition taken?
21          A.    It was for Amazon.  I don't
22   remember the other party involved.
23          Q.    Was Amazon the plaintiff or the
24   defendant?
25          A.    Defendant.
```

```
 1            S. MARKLE - CONFIDENTIAL
 2       Q.   An environment is a component?
 3       A.   Sorry.  An environment is a
 4   collection of servers and a component.
 5       Q.   A collection of servers.  What is
 6   the collection of servers?
 7       A.   So, like I mentioned, that we have
 8   our code running on multiple servers in
 9   multiple buildings in multiple regions.  And
10   so there's no consistent pattern for this, and
11   it actually is quite complex.
12            But an environment could be, you
13   know, the ▮ code but on the server's net
14   building.  Right?  And the servers in that
15   building would be a different environment,
16   that other building.
17       Q.   So the ▮ code in one building is
18   an environment, and that ▮ code is
19   accessing -- so I guess what I'm asking is not
20   just the ▮ code, but when that ▮ code
21   accesses, say, a ▮▮▮▮, where is that
22   ▮▮▮▮ running?  In the same
23   environment?
24       A.   ▮▮▮▮▮▮▮▮
25   ▮▮▮▮
```

```
 1                S. MARKLE - CONFIDENTIAL
 2         Q.    So how do I associate which ▮
 3    ▮▮▮ version??you just used the word
 4    "version"??was working with that ▮?
 5               MR. BABBITT:  Objection to form.
 6         A.    So you're -- can you rephrase.
 7         Q.    So you said that ▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  So I
10    want to know ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11    ▮▮▮▮▮▮▮▮▮▮▮▮ is talking to.  How do I
12    establish that?
13         A.    I mean, I don't know that the ▮
14    was talking to a particular ▮▮▮▮▮ in
15    this hypothetical.
16         Q.    Well, ▮ would talk to a
17    particular ▮▮▮▮▮.  It's just in how
18    you're describing the structure.
19         A.    Yeah. I'd say in general ▮ are
20    capable of talking to ▮▮▮▮▮.  I can't
21    speak to whether any given server is taking
22    traffic.
23         Q.    Understood.
24               But I'm saying that in general when
25    the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

```
 1                S. MARKLE - CONFIDENTIAL
 2    ███████  -- and in this hypothetical, you said
 3    that the ███████████  ████████████████████
 4    ████████.  So how do I know ██████
 5    ████████████████████████████ was in?
 6              MR. BABBITT:  Objection to form.
 7         Q.   From ███████.
 8         A.   To be clear, it could be multiple
 9    environments.  Like I said, the environment is
10    a collection of both the component and the
11    servers.  And so the █████████████████████
12    ████████████████████████████████
13    ████████████.  In this particular case, the
14    ██████████████████████████████████████████████
15    ███, and ██████ should have a record of the
16    versions of the component per environment over
17    time.
18         Q.   So █████ will have a record of the
19    ████████ as it existed over time?
20              MR. BABBITT:  Objection to form.
21         A.   █████ should have a record of ██████
22    ████████████████████████████████ over time to
23    the various environments in ██.
24         Q.   And you said ██████████ is an
25    environment.
```

```
 1                  S. MARKLE - CONFIDENTIAL
 2          Q.    Okay.  I was using the -- is there
 3   a difference between a ████████ and a ████
 4   ████?
 5          A.    The ████████ is what it is referred
 6   to in the code.
 7          Q.    Okay.  Thank you for the
 8   clarification.
 9                Just to make sure, but there isn't
10   a ████████ also in the code that means
11   something different, right?
12          A.    I don't know if the phrase "████
13   ████" appears in the code.  It might or it
14   might not.
15          Q.    Are ████████ and ████████
16   different things?
17          A.    The name of the structure is a
18   ████████.  The use of the word -- phrase "████
19   ████" I think would be context sensitive.
20   I'd have to see the particular usage in the
21   code.
22          Q.    Okay.  What is a ████████?
23          A.    A ████████ is a ████████████████.
24          Q.    And how are ████████ used in S3 in
25   a ████████████?
```

```
 1                S. MARKLE - CONFIDENTIAL
 2            MR. BABBITT:  Objection to form.
 3       Vague and overbroad.
 4       A.   They are sent to the ■.
 5       Q.   Do ■■■■■ contain information
 6  that are used to identify the location of an
 7  object?
 8            MR. BABBITT:  Objection to form.
 9       Vague.  Misleading.  And to the extent
10       you're calling for any kind of legal
11       conclusion.
12       A.   I don't know what you mean by
13  "location" here.  So can you rephrase the
14  question.
15       Q.   I'll ask the same question again,
16  and let me first clarify what I mean by a
17  location.
18       A.   Okay.
19       Q.   Okay.  So objects store in S3 have
20  to exist on a particular piece of hardware,
21  right?
22       A.   Yes.
23       Q.   So by location I mean a particular
24  piece on a hardware where the object is
25  stored.
```

1        S. MARKLE - CONFIDENTIAL
2     A.    Okay.
3     Q.    So using that, let me ask again:
4  Does a ▮▮▮▮ contain information that is
5  used to identify the location of an object?
6           MR. BABBITT:  Same objections.
7     A.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8  ▮▮▮▮▮▮▮▮▮▮▮.
9     Q.    Is information used to determine
10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
11          MR. BABBITT:  Same objections.
12    A.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13    Q.    I understand.  Let me ask my
14 question again.
15          My question is:  Does a ▮▮▮▮
16 contain information that is ▮▮▮▮▮▮▮▮▮▮
17 ▮▮▮▮?
18          MR. BABBITT:  Same objections.
19    A.    I wouldn't --
20          MR. BABBITT:  Asked and answered.
21    A.    I wouldn't characterize it as that.
22    Q.    Do you think my statement is
23 incorrect?  Would it be incorrect to say that
24 a ▮▮▮▮ contains information --
25          (Parties speaking simultaneously.)

```
 1                S. MARKLE - CONFIDENTIAL
 2              THE STENOGRAPHER:  One at a time,
 3         please.
 4         Q.   -- that is used to determine the
 5    location of an object?
 6              MR. BABBITT:  Objection.  Asked and
 7         answered.
 8         A.   I can tell you what the ███
 9    contains, and I can tell you how the █ uses
10    it.
11         Q.   I appreciate that, and I'll
12    probably ask those questions as well, but I'm
13    hoping you can answer the question I asked.
14              MR. BABBITT:  He's already answered
15         the question.
16         A.   I wouldn't characterize it like
17    you're characterizing it.
18         Q.   Is my statement incorrect?
19              MR. BABBITT:  Asked and answered.
20         A.   I wouldn't characterize it like
21    you're characterizing it.
22         Q.   Okay.  I haven't gotten an answer.
23    I'll try again later, though.
24              MR. BABBITT:  You haven't gotten
25         the answer you like, Counsel, but he
```

S. MARKLE - CONFIDENTIAL

C E R T I F I C A T E

STATE OF WASHINGTON   )
                      ) SS.:
COUNTY OF ISLAND      )

       I, GWEN S. BRASS, a Certified Shorthand Reporter within and for the state of Washington, do hereby certify:

       That SETH MARKLE, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

       I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

       IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day of February, 2020.

*Gwen Brass*
_____
Gwen Brass, CCR 1908