# Exhibit 100

```
 1            IN THE UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF ILLINOIS

 3                     EASTERN DIVISION

 4

 5   KOVE IO, INC.,

 6            Plaintiff,

 7   vs.                      Case No. 1:18-cv-08175

 8   AMAZON WEB SERVICES, INC.,

 9            Defendant.

10   ---------------------------/

11

12

13              ** HIGHLY CONFIDENTIAL **

14    VIDEOTAPED 30 (b)(1) DEPOSITION OF JAMES SORENSON

15            Seattle, WA (Witness's location)

16               Tuesday, July 20, 2021

17

18

19

20

21   Stenographically reported by:
     LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
22   California CSR No. 10523
     Washington CSR No. 3318
23   Oregon CSR No. 19-0458
     Texas CSR No. 11318
24

25   Job No. 196955
```

1          July 20, 2021

2          9:21 a.m. PDT

3

4  Videotaped deposition of JAMES SORENSON,

5  before Lorrie L. Marchant, a Certified

6  Shorthand Reporter, Registered Merit

7  Reporter, Certified Realtime Reporter,

8  California Certified Realtime Reporter,

9  Certified Realtime Captioner.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              A P P E A R A N C E S

 2         (All appearances remotely via Zoom)

 3

 4   APPEARING ON BEHALF OF THE PLAINTIFF:

 5             REICHMAN JORGENSEN LEHMAN & FELDBERG

 6             BY:  JAIME CARDENAS-NAVIA, ESQ.

 7                  TAYLOR MAUZE, ESQ.

 8             750 Third Avenue

 9             New York, NY 10017

10

11   APPEARING ON BEHALF OF THE DEFENDANT:

12             FISCH SIGLER

13             BY:  JEFFREY SALTMAN, ESQ.

14             5301 Wisconsin Avenue Northwest

15             Washington, DC 20015

16

17   ALSO PRESENT:

18             Phil Rizuti, Videographer

19

20                  ---oOo---

21

22

23

24

25
```

1           SEATTLE, WA (Witness's location)

2               Tuesday, July 20, 2021

3                   9:21 a.m. PDT

4           THE VIDEOGRAPHER:  Good morning, Counsel.

5    My name is Phil Rizutti.  I am a legal videographer

6    in association with TSG Reporting, Inc.

7           Due to the severity of the COVID-19 and

8    following the practice of social distancing, I will

9    not be in the same room with the witness.  Instead,

10   I will record this videotaped deposition remotely.

11          The reporter, Lorrie Marchant, also will

12   not be in the same room and will swear the witness

13   remotely.

14          Do all parties stipulate to the validity of

15   this video recording and remote swearing and that it

16   will be admissible in the courtroom as if it had

17   been taken following Rule 30 of the Federal Rules of

18   Civil Procedure and the state's rules where this

19   case is pending?

20          MR. CARDENAS-NAVIA:  Yes, on behalf of the

21   plaintiff, Kove.

22          MR. SALTMAN:  Yes, on behalf of defendant,

23   Amazon Web Services, and the witness.

24          THE VIDEOGRAPHER:  Thank you.

25          This is the start of media labeled No. 1 of

1  the video-recorded deposition of Mr. James Sorenson,

2  in the matter of Kove IO, Inc., versus Amazon Web

3  Services, Inc., in the United States District Court,

4  for the Northern District of Illinois, Eastern

5  Division.  Case No. 1:18-cv-08175.

6          This deposition is being held on July 20,

7  2021, at approximately 9:22 a.m.  My name is

8  Phil Rizzuti.  I'm the legal video specialist from

9  TSG Reporting, Inc.

10         The court reporter is Lorrie Marchant, in

11  association with TSG Reporting.

12         Counsel, please introduce yourselves.

13         MR. CARDENAS-NAVIA:  Jaime Cardenas-Navia

14  of Reichman Jorgensen Lehman & Feldberg on behalf of

15  the plaintiff, Kove IO.  And with me is

16  Taylor Mauze, also of Reichman Jorgensen, also on of

17  behalf of Kove.

18         MR. SALTMAN:  Jeff Saltman from

19  Fisch Sigler, LLP, on behalf of the defendant,

20  Amazon Web Services, Inc., and the witness.

21         THE VIDEOGRAPHER:  Will the court reporter

22  please swear in the witness.

23         (Discussion off the record.)

24         JAMES CHRISTOPHER SORENSON, III,

25      FIRST DULY SWORN/AFFIRMED, TESTIFIED AS FOLLOWS:

1          EXAMINATION BY MR. CARDENAS-NAVIA

2          BY MR. CARDENAS-NAVIA:

3     Q.    Could you please state your full name.

4     A.    James Christopher Sorenson, III.

5     Q.    Where do you work?

6     A.    Amazon Web Services.

7     Q.    What is your current position?

8     A.    I'm a senior principal engineer.

9     Q.    And I know that you've done this before,

10    but I'm going to go ahead and go over some ground

11    rules.

12          So that we have a clear record of your

13    testimony, please answer my questions verbally

14    rather than, for example, shaking or nodding your

15    head.  Okay?

16    A.    You are very hard to understand.

17          THE STENOGRAPHER:  You're really cutting

18    out.

19          MR. CARDENAS-NAVIA:  Let's go off the

20    record.  Let me see if I can fix this.

21          THE VIDEOGRAPHER:  The time is 9:25 a.m.,

22    and we are going off the record.

23          (Recess taken from 9:25 to 9:31.)

24          THE VIDEOGRAPHER:  The time is 9:31 a.m.,

25    and we are back on the record.

1          BY MR. CARDENAS-NAVIA:

2     Q.   Mr. Sorenson, before we went on break, I

3    was going over some ground rules for us.

4          Can you also, whenever I'm asking

5    questions, please wait until I finish before

6    answering.  That way we're not talking over one

7    another.

8     A.   Yes.

9     Q.   And let me pin your screen real fast.

10         And, Mr. Sorenson, if at any time you don't

11   understand my question, please just let me know, and

12   I'll do my best to clarify.  Okay?

13    A.   Yes.

14    Q.   We'll take a break about every hour or so.

15   But if for some reason you want to break earlier,

16   please just let me know.  And as long as we're not

17   in the middle of a question, we'll go ahead and take

18   one.  All right?

19    A.   Yes.

20    Q.   Do you understand that you're under a duty

21   to provide testimony that is truthful and complete?

22    A.   Yes.

23    Q.   Is there any reason that you cannot give

24   truthful and complete testimony today?

25    A.   No.

1      Q.   Do you know if Amazon has a general policy

2   of █████████████████████████████████████████

3   ████████████████████████████████████████████████████

4   ████████ ?

5      A.   No.

6      Q.   Do you know who at Amazon or Amazon Web

7   Services would know the answers to these questions?

8            MR. SALTMAN:  Objection.  Calls for

9   speculation.

10           THE WITNESS:  Somebody in the legal

11  department.  If -- if there's anybody who would, I

12  presume they would be in the legal department.

13           BY MR. CARDENAS-NAVIA:

14     Q.   Do you know ████████████████████████████████

15  ████████████████████████████████████████████████████

16  █████████████████████████████ ?

17           MR. SALTMAN:  Objection.  Calls for

18  speculation.

19           THE WITNESS:  I have never heard of that

20  happening at Amazon.

21           BY MR. CARDENAS-NAVIA:

22     Q.   I want to switch back to S3, the

23  technology, and ask you some questions about the

24  ████████

25           As of 2014, what was in an ████████

```
 1      A.    So to give an accurate answer, I think we
 2  have to go back to the source code, and I don't
 3  know -- we're not looking at code today.  So how do
 4  you want to -- to go forward with this?
 5      Q.    Could you give an accurate answer as of
 6  2011?
 7      A.    I'm sure there would be things that I would
 8  miss or forget that are part of the      .  So I
 9  think -- short answer is, no.  Can I give you an
10  accurate answer of what's in an      ?  I think the
11  answer is, no.
12      Q.    Well, let me see if we can -- instead of
13  asking exhaustively what might be in an      let
14  me ask it a little different.
15            As of 2011, was there a        inside of
16  an
17      A.    Yes.
18      Q.    And what is a        comprised of?
19      A.    The        is made up of      parts.  It
20  has a
21      .
22      Q.    Did you say "              "?
23      A.    Yes.
24      Q.    What is a              ?
25      A.    In S3, there's a system of machines that
```

1    work together to provide the storage.  And a ███████

2    ██████ is a collection of those machines working

3    together.

4        Q.   What kind of data structure is a ███████

5    ██████?

6             MR. SALTMAN:  Objection.  Vague.

7             THE WITNESS:  Yeah.  Yes.  It's not a data

8    structure.

9             BY MR. CARDENAS-NAVIA:

10       Q.   Well, let me ask it a little differently.

11            Can you give me an example of what a ██████

12   ██████ would contain, what its value would be?

13       A.   You're talking about the value stored in

14   the ██████?

15       Q.   Yes.

16       A.   Okay.

17       Q.   Well, the ███████████.

18       A.   This term is overloaded.  When you ask me

19   what the ██████████ is, I'm sorry, I think of the

20   system that -- inside of ██████, the ███████████

21   identifies a particular ██████████, and it's just

22   an integer.

23       Q.   You also mentioned a ██████████.  What is a

24   ██████████?

25       A.   A ██████████ is an identifier for a ██████.

1    Q.   Does each -- does each ▇▇▇ in S3 have a
2  ▇▇▇▇▇▇▇▇▇▇▇?
3    A.   Within the ▇▇▇▇▇▇▇, yes.
4    Q.   Does a ▇▇▇▇▇▇ correspond to a region?
5    A.   No.
6    Q.   What is a ▇▇▇▇▇▇ correspond to?
7    A.   The collection of machines that are working
8  together to provide the functionality of the ▇▇▇▇
9  ▇▇.
10   Q.   Does that correspond to some other -- you
11 know, ▇▇▇▇▇▇▇, for example, or some other
12 kind of unit that's defined in S3?
13   A.   There's not really a direct correlation to
14 size or -- or anything like that.
15   Q.   How is the size of a ▇▇▇▇▇▇
16 determined?
17   A.   By how many other ▇▇▇ are in that
18 particular ▇▇▇▇▇▇.
19   Q.   And is that -- and how is that size
20 determined?
21   A.   Essentially by --
22        (Simultaneous speakers - unclear.)
23        BY MR. CARDENAS-NAVIA:
24   Q.   You said how many ▇▇▇?
25        THE STENOGRAPHER:  Was there an objection?

```
 1              MR. SALTMAN:  No.  I think they were just

 2    talking over each other.

 3              THE STENOGRAPHER:  Okay.

 4              BY MR. CARDENAS-NAVIA:

 5         Q.   You said by how many          are in that

 6    particular                .  Are you referring to

 7        ?

 8         A.          are part of the              , yes.

 9         Q.   What else is part of the               ?

10         A.

11                                     .

12         Q.   Anything else?

13         A.   Not that I can think of immediately.

14              (Simultaneous speakers - unclear.)

15              THE WITNESS:               was another

16    implement that I can think of now.

17              BY MR. CARDENAS-NAVIA:

18         Q.   Okay.  You also mentioned        .  What is a

19        ?

20         A.               I think, is what it stands for.

21         Q.   And what is a          ?

22         A.   The identifier for a        inside a

23    particular        .

24              MR. CARDENAS-NAVIA:  Let's go ahead and go

25    off the record.
```

1          THE VIDEOGRAPHER:  The time is 2:53 p.m.,

2   and we are going off the record.

3          (Recess taken from 2:53 to 3:11.)

4          THE VIDEOGRAPHER:  The time is 3:11 p.m.,

5   and we are back on the record.

6          BY MR. CARDENAS-NAVIA:

7     Q.   Mr. Sorenson, are you familiar with S4?

8     A.   I know what it is.

9     Q.   What is S4?

10    A.   S4 was the initial stab at building a

11  storage system.

12    Q.   What was the -- and to clarify, "the

13  initial stab at a storage system," does that mean

14  there was a predecessor to S3?

15         MR. SALTMAN:  Objection.  Assumes facts not

16  in evidence.

17         THE WITNESS:  Yeah.  Predecessor for S3.

18         BY MR. CARDENAS-NAVIA:

19    Q.   What was the architecture for S4?

20    A.   I do not know.

21    Q.   Do you remember generally how it was

22  architected?

23         MR. SALTMAN:  Objection.  Asked and

24  answered.

25         THE WITNESS:  No, I don't know what

1                STENOGRAPHER'S CERTIFICATE

2               I, LORRIE L. MARCHANT, Certified Shorthand

3     Reporter, Certificate No. 10523, for the State of

4     California, hereby certify that JAMES SORENSON was

5     by me duly sworn/affirmed to testify to the truth,

6     the whole truth and nothing but the truth in the

7     within-entitled cause; that said deposition was

8     taken at the time and place herein named; that the

9     deposition is a true record of the witness's

10    testimony as reported to the best of my ability by

11    me, a duly certified shorthand reporter and a

12    disinterested person, and was thereafter transcribed

13    under my direction into typewriting by computer;

14    that request [ X ] was [  ] was not made to read and

15    correct said deposition.

16               I further certify that I am not interested

17    in the outcome of said action, nor connected with,

18    nor related to any of the parties in said action,

19    nor to their respective counsel.

20               IN WITNESS WHEREOF, I have hereunto set my

21    hand this 31st day of July, 2021.

22

23    _____

          LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
24            Certified Shorthand Reporter #10523

25

                                                    2