# Exhibit 102

**In the Matter Of:**

KOVE vs AMAZON WEB SERVICES

1:18-cv-08175

---

**JAMES HAMILTON**

*April 27, 2023*

---

*Highly Confidential*



800.211.DEPO (3376)
EsquireSolutions.com

1           CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

2                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ILLINOIS
3                        EASTERN DIVISION

4   KOVE, INC.,                        )
                                       )
5              Plaintiff,              )
                                       )
6              vs.                     )  CASE NO.
                                       )  1:18-cv-08175
7   AMAZON WEB SERVICES, INC.,         )
                                       )
8              Defendant.              )

9

10

11         REMOTE VIDEOTAPED DEPOSITION UPON ORAL

12            EXAMINATION OF JAMES HAMILTON

13

14                   APRIL 27, 2023
                      7:23 A.M.
15

16        (All participants appeared remotely)

17

18

19         TAKEN AT THE INSTANCE OF THE PLAINTIFF

20

21

22

23

24   REPORTED BY:
     MONNA J. NICKESON, RPR, CRR, CCR, CSR CA 14430
25   JOB:  J9588956



```
 1              APPEARANCES:

 2
   FOR THE PLAINTIFF:
 3
           Mateo Z. Fowler, Esq.
 4         MZF Law Firm
           1105 Nueces Street, Suite A
 5         Austin, TX 78701

 6
   FOR THE DEFENDANT:
 7
           Ken Fung, Esq.
 8         Fisch Sigler
           400 Concar Drive
 9         San Mateo, CA  94402

10
   ALSO PRESENT:
11
           Dana Bachmann, Videographer
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1              I N D E X

 2              KOVE V. AMAZON
                NO. 1:18-cv-08175
 3              APRIL 27, 2023

 4    WITNESS:  JAMES HAMILTON                    PAGE

 5   EXAMINATION MR. FOWLER                        6

 6
                       EXHIBITS
 7
       NUMBER            DESCRIPTION              PAGE
 8
      Exhibit 1      Blog Post                     11
 9    Exhibit 2      Wired Article "Why Amazon Hired a   33
                     Car Mechanic to Run its Cloud
10                   Empire"
      Exhibit 3      Blog entry from               45
11                   perspectives.mvdirona.com
      Exhibit 4      Email chain from Andrew Jassy dated  48
12                   6/24/2007,  Bates number
                     AMZ_KOVE_000479441 to 479443
13    Exhibit 5      "On Designing and Deploying    51
                     Internet-Scale Services"by James
14                   Hamilton
      Exhibit 6      US Patent No. 7,814,170, Bates  55
15                   number AMZ_KOVE_000017676 to 17700
      Exhibit 7      Bates number AMZ_KOVE_000017527  56
16    Exhibit 8      US Patent No. 7,103,640, Bates  57
                     number AMZ_KOVE_000017500 to 17526
17    Exhibit 9      US Patent No. 8,331,370, Bates  59
                     number AMZ_KOVE_000062774 to 62790
18    Exhibit 10     James Hamilton blog post "A decade  68
                     of Innovation"
19    Exhibit 11     S3 Simple Storage Service AWS  81
                     Developer Relations Global Summit
20                   June 8, 2005, Bates number
                     AMZ_KOVE_000444261 to 444278
21    Exhibit 12     Problems with S3 indexing and how to  89
                     fix them, 6/2/2010, Bates number
22                   AMZ_KOVE_000226323 to 226325
      Exhibit 13     2019 OP1 for S3 and Glacier, Bates  95
23                   number AMZ_KOVE_000528626

24

25
```



```
 1              I N D E X

 2              KOVE V. AMAZON
                NO. 1:18-cv-08175
 3              APRIL 27, 2023

 4        WITNESS:  JAMES HAMILTON

 5                     EXHIBITS

 6     NUMBER              DESCRIPTION              PAGE
```

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 14 | S3/Console: 2017 AWS OP1, Bates number AMZ_KOVE_000528106 to 528134 | 122 |
| Exhibit 15 | Email chain from Michael Uhlar Dated 6/4/2010, Bates number AMZ_KOVE_000226416 to 226417 | 127 |
| Exhibit 16 | Email chain from James Hamilton Dated 7/12/2011, Bates number AMZ_KOVE_000478724 | 130 |
| Exhibit 17 | Emaili Dated 7/21/2010, Bates number AMZ__KOVE_000091490 | 134 |
| Exhibit 18 | Email Chain Dated 7/26/2010, Bates number AMZ_KOVE_000239961 to 239965 | 139 |
| Exhibit 19 | Email chain Dated 7/27/2010, Bates number AMZ_KOVE_000226290 to 226295 | 147 |
| Exhibit 20 | Perspectives One Size Does Not Fit All blog post | 156 |
| Exhibit 21 | Research Paper "The Cost of a Cloud: Research Problems in Data Center Networks." Bates number AMZ_KOVE_000455047 to 455052 | 192 |
| Exhibit 22 | Amazon S3 storage pricing July 2010, Bates number AMZ_KOVE_000430209 | 199 |
| Exhibit 23 | Amazon S3 storage pricing report dated November 2011, Bates number AMZ_KOVE_000430217 | 206 |
| Exhibit 24 | Description | 211 |
| Exhibit 25 | Blog entry titled "Google Application Engine Changes" dated June 2008 | 217 |
| Exhibit 26 | Email, Bates number AMZ_KOVE_000236665 | 225 |
| Exhibit 27 | Email,Bates number AMZ_KOVE_000475085 | 229 |



1          BE IT REMEMBERED that on APRIL 27, 2023,

2    at 7:23 A.M., the remote videotaped deposition

3    of JAMES HAMILTON was taken before Monna J.

4    Nickeson, Certified Realtime Reporter,

5    Registered Professional Reporter, Certified

6    LiveNote Reporter, Certified Court Reporter

7    (WA 3322), Certified Shorthand Reporter (ID

8    1045), (OR 16-0441), (CA 14430), the following

9    proceedings took place:

10                   * * * * *

11          THE VIDEOGRAPHER:  Good morning.  We're

12    now on the record at 7:22 a.m. Pacific time on

13    April 27th, 2023.

14          This begins the videoconference

15    deposition of James Hamilton taken in the matter        07:23

16    of Kove IO, Incorporated, versus Amazon Web

17    Services, Incorporated, filed in the U.S.

18    District Court, Northern District of Illinois,

19    Eastern Division, case Number 1:18-cv-08175.

20          My name is Dana Bachman.  I'm your              07:23

21    videographer today.  Our court reporter is Monna

22    Nickeson.  We're both representing Esquire

23    Deposition Solutions.

24          Will everyone present please identify

25    themselves, beginning with our witness,               07:23



 1        Mr. Hamilton.

 2              THE WITNESS:  Good morning.  I'm

 3        James Hamilton.

 4              THE VIDEOGRAPHER:  Thank you very much.

 5              Counsel, please.                          07:23

 6              MR. FOWLER:  Mateo Fowler for plaintiffs.

 7              MR. FUNG:  Ken Fung from Fisch Sigler,

 8        LLC, on behalf of defendant Amazon Web Services

 9        and the witness.

10              THE VIDEOGRAPHER:  Thank you very much.    07:24

11              Madam Reporter, would you please swear in

12        our witness.

13                      JAMES HAMILTON

14   Having been first duly sworn, was examined and

15   testified as follows:                               07:24

16                      EXAMINATION

17   BY MR. FOWLER:

18        Q.    Good morning, Mr. Hamilton.

19        A.    Good morning.

20        Q.    Can you state your full name for the     07:24

21   record just one more time?

22        A.    Certainly.  It's James Robert Hamilton.

23        Q.    Okay.  And sometimes do you go by

24   James R. Hamilton?

25        A.    Correct.                                 07:24



1      Q.      Okay.  Can you state your address for the
2  record?
3      A.      My address here in Seattle is ███████
4  ████████████████████████████████████.
5      Q.      Thank you.                                    07:25
6              And Seattle, Washington is your primary
7  residence; is that correct?
8      A.      Yes.
9      Q.      And were you born in America?
10     A.      I was born in Victoria, Canada.               07:25
11     Q.      Just across the border, then.
12     A.      Correct.
13     Q.      Okay.  Great.
14             Have you been deposed before, sir?
15     A.      Yes.  I was deposed before.                   07:25
16     Q.      How many times have you been deposed?
17     A.      Once.
18     Q.      And was that a recent deposition or quite
19  some time ago?
20     A.      That was 17 years ago.                        07:25
21     Q.      Okay.  Well, the good thing is, the rules
22  have not changed.  This is still going to be, while
23  it is informal, you're in your, you know, I guess,
24  apartment, and we're not in a conference room, we're
25  not in court, there's no judge, there's no jury, but  07:26



1    Sun Microsystems?

2         A.    Not that I can recall.  But, honestly,

3    I'm -- I just -- I am so far away from patent

4    litigation, like, I don't -- if I'm involved with a

5    patent litigation, it's because someone's asked to          08:24

6    talk to me rather than because my company has -- is

7    asking me to review them.

8         Q.    Understood.

9               Would you know who on the engineering

10   side would be involved in looking at ███████████           08:24

11   ██████████████████████?

12        A.    I would think not at all.  I wouldn't

13   think anybody in engineering would be involved with

14   that.

15        Q.    Okay.                                            08:25

16        A.    It's not a good decision to work that

17   way.

18        Q.    Does anybody -- well, at your time at

19   Amazon, do any of the engineers ██████████████

20   ████████████████████████████████████████████           08:25

21   ████████

22             MR. FUNG:  Objection.  Vague.  Calls for

23        speculation.

24             THE WITNESS:  Amazon's super careful to

25        ████████████████████████ -- so it would only be      08:25





```
 1  ████████████████████████████████████████
 2  ████████████████████████████████████████
 3  ████████████████████████████████████████
 4  ████████████████████████████████████████
 5  BY MR. FOWLER:                                    08:26
 6      Q.    So if I understand that correctly,
 7  engineers at Amazon will ███████████████████
 8  ████████████████████████████████████
 9  ████████████████████████████████████
10  ████████████████████████████████?                08:26
11          MR. FUNG:  Objection.  Objection.  Vague.
12      Legal conclusion.  Mischaracterizes prior
13      testimony.
14          THE WITNESS:  Engineers at Amazon do not
15      █████████████████████████████.  If that work is 08:26
16      done, █████████████████████████████.
17  BY MR. FOWLER:
18      Q.    Who performs that work at Amazon?
19      A.    ██████████████████████████████
20      Q.    And can you -- are you familiar with that 08:27
21  process?  Can you explain that to me?
22      A.    Which process is that?
23      Q.    ██████████████████████████████
24  ████████████████████████████████████████
25  ██████████████████████████                        08:27
```





1      A.    I don't know the details of how they

2  work.  But I ████████████████████████████████

3  ████████████████████████████████████████████

4  ████████████████████████.

5      Q.    Okay. ██████████████████████              08:27

6  ████████████████████████████████████████████

7  ████████████████████████████████████████████

8  ████

9      A.    ████████████████████████████████████

10 ████████████████████████████████████████████  08:28

11 ████████████████████████

12          MR. FOWLER:  We've been going about an

13      hour on the record.  Why don't we take a five

14      minute break.

15          THE VIDEOGRAPHER:  Off the record at      08:28

16      8:27 a.m. Pacific time.

17          (A recess was taken.)

18          THE VIDEOGRAPHER:  On the record at

19      8:34 a.m. Pacific time.

20 BY MR. FOWLER:                                    08:35

21      Q.    Welcome back, Mr. Hamilton.  You went a

22 little dark on your video.

23      A.    Yes, it did, didn't it?

24      Q.    That's okay.  I think I can proceed.  I'm

25 going --                                          08:35



1       A.      There, it's starting to recover.  I just

2   closed the blinds and I think this system is very

3   slow to change for different light levels.

4       Q.      Understood.

5               So I'm showing you a document on the          08:35

6   screen that I've marked as Exhibit 3.

7               (Exhibit 3 was identified.)

8   BY MR. FOWLER:

9       Q.      Do you recognize this document?

10      A.      Yeah, I do.                                   08:36

11      Q.      And what do you recognize this document

12  to be?

13      A.      It's a blog entry from

14  perspectives.mvdirona.com.

15      Q.      And what is that --                           08:36

16      A.      It's my personal blog.

17              (Parties speaking simultaneously.)

18              THE WITNESS:  MV is motor vessel.  Dirona

19          is the name of the boat.  So our boat name is MV

20          Dirona.  And this is a work blog called          08:36

21          perspectives that are on that site.

22  BY MR. FOWLER:

23      Q.      And does this appear to be a true and

24  accurate copy of this blog post?

25      A.      I haven't read it, but it looks good to       08:36



1  one of the patents that is asserted in this case

2  against Amazon.

3          And you have not seen this document

4  before?

5      A.    No, definitely.                              08:59

6      Q.    Or the patent that it reflects?

7      A.    No, sir.

8      Q.    I'm showing you another document that

9  I've marked as Exhibit 8.  And it is a document

10  produced in this litigation by Amazon bearing Bates   09:00

11  number AMZ_KOVE_000017500.

12          And I'll represent to you that this is

13  another one of patents that have been asserted

14  against Amazon in this lawsuit.

15          (Exhibit 8 was identified.)                   09:00

16  BY MR. FOWLER:

17      Q.    Do you recognize this document?

18      A.    I do not.

19      Q.    Okay.  And you'll see that the same

20  inventors are listed as the prior two patents --      09:01

21      A.    Yes, sir.

22      Q.    -- Overton and Mr. Bailey.  Okay.

23      A.    Yep, I can see that.

24      Q.    Now, it appears that -- you're familiar

25  with patents, there's a related U.S. application      09:01



1    data; do you see that?

2         A.    I see that section, yes.

3         Q.    And it indicates that it relates to a

4    provisional application that was filed on

5    September 14th, 1999.                              09:01

6         A.    Looks like it.

7         Q.    Thank you.

8               How often do you read patents in your

9    line of work?

10              MR. FUNG:  Objection.  Vague.           09:02

11              THE WITNESS:  ███████████████

12   BY MR. FOWLER:

13        Q.    And is that just a personal policy?

14        A.    █████████████████████████████

15   ████████████████████████████████████████████      09:02

16   ██████████████████████████████████████████

17        Q.    ████████████████████████████████████

18   ███████████████████████████

19        A.    ██████████████████████████████████

20   ████████████████████████████████████████████████  09:02

21   ████████████████████████████████

22        Q.    Okay.  Do you read articles ███████████

23   ██████  to familiarize yourself with the state of the

24   art?

25        A.    I do.                                   09:02



1      Q.     We're on Exhibit 9, correct?

2      A.     Are you asking me?

3      Q.     I think I got it.  It actually lists it

4   for me.  All right.

5             (Exhibit 9 was identified.)                    09:03

6   BY MR. FOWLER:

7      Q.     So I'm showing you a document that I've

8   marked as Exhibit 9.  It's a document that was

9   produced in this litigation by Amazon with Bates

10  number AMZ_KOVE_000062774; do you see that?           09:03

11     A.     No, sir.

12     Q.     It's down at the bottom.

13     A.     I've got a document in my list.  It's got

14  the list of all the documents that's showing on the

15  screen.  That's it.                                  09:04

16     Q.     There we go.

17            Do you recognize this document?

18     A.     I don't recognize it per se, but my

19  name's on it.

20     Q.     What do you recognize this document to    09:04

21  be?

22     A.     A U.S. patent filing.

23     Q.     That's your name, James R. Hamilton?

24     A.     Correct.

25     Q.     And the title of the patent is           09:04



1   "Distributed Routing Architecture"?

2        A.     Correct.

3        Q.     Do you recall filing for this patent?

4        A.     Just need to quickly scan through it just

5   to familiarize myself with which one this is.  Yes.      09:05

6   Sorry, I (audio disruption).

7        Q.     Yeah, yeah, that's fine.

8               Do you recall submitting an application

9   on this patent?

10       A.     Yes, yes.                                     09:06

11       Q.     And do you have any reason to doubt the

12  authenticity or that this represents a true and

13  correct copy of the patent that was issued to you?

14       A.     It looks like that, yes.

15       Q.     Okay.  For the record, this is patent        09:06

16  number U.S. 8,331,370 B2.

17              If someone wanted to create the service

18  or implement the service that is being claimed in

19  this patent, what type of educational background

20  would they need?                                          09:07

21              MR. FUNG:  Objection.  Vague.  Calls for

22      speculation.

23              THE WITNESS:  (Audio disruption.)

24              (The Court Reporter requested

25      clarification.)                                       09:07



1   because some objects are very small, some objects are

2   very large, it's complex to store objects of mixed

3   sizes.  So they get broken up into up blocks.  And

4   the blocks are allocated where there's space.

5            So they may not be all consecutive          10:35

6   because you've a space from a small object that was

7   removed previously, so I'll use that for my first

8   block.  And then this other block's never been used

9   (indecipherable).  Well, I'll use that one next.

10           And so it's a management technique that's    10:35

11  a little bit more efficient.  And so that's one

12  layer.  That's for efficiency of space management.

13           There's a next layer above that if you

14  ███████████████████████████████████████████████

15  ████████      And the reason why I was hesitating in  10:35

16  answering this, the way that that's been handled has

17  changed over the years.

18           In the early designs, it was  ████████████

19  ████████████  In later (audio disruption).

20           (The Court Reporter requested               10:35

21      clarification.)

22           THE WITNESS:  It's terrible.  It's not

23      here.

24           THE COURT REPORTER:  I'm sorry to

25      interrupt, sir, but I couldn't hear because of   10:36



1      it.

2              THE WITNESS:  No, I feel the same way.

3              MR. FOWLER:  It wasn't on my end either.

4              MR. FUNG:  I don't hear anything here.

5              THE WITNESS:  I'm hearing grunting and        10:36

6      papers flying around, but nobody on the screen.

7              MR. FOWLER:  Yeah, not me.

8   BY MR. FOWLER:

9       Q.     Okay.  So I think I understand.

10              Now, as I understand it, the      ████  can   10:36

11   be -- the servers that these particular   ██████

12   ████████████████████████████████████████████████████

13   ██████████████████████████████████?

14      A.     I think what you said is the server where

15   blocks are allocated can change?                        10:37

16      Q.     Correct.

17      A.     ██████████████████████████████.

18      Q.     Okay.  But the ██████████████████  for

19   that particular object data, that doesn't change?

20      A.     I would -- I think what you're saying is    10:37

21   correct, but I'm not positive.  Just forgive me, the

22   problem is, it's been a number of years, and I work

23   across all AWS products.  And so I'll have little

24   snippets that I'll know in intimate detail, and other

25   sections where I just don't remember, and some I may   10:37



 1  have never known.

 2       Q.    Understood.  Understood.  And I just want

 3  what you can recall, you know, as your percipient

 4  knowledge from being there since 2008, 2009.

 5       A.    Yep.                                        10:37

 6       Q.    Okay.  So once the data has been located,

 7  what happens next?

 8            MR. FUNG:  Objection.  Vague.

 9  BY MR. FOWLER:

10       Q.    Let me back up.                             10:38

11            So once you found a location for the data

12  that's being stored in S3, and you want to fulfill

13  the GET request, what happens next?

14       A.    I'm only hesitating because I'm not sure

15  how many layers of indirection there are.  What's    10:38

16  going to happen is a ████████████████████████████

17  ████████████████████████████████████████████

18  ████████████████████████████████████████████.

19            The ████████████████████████████████

20  ████████████████████████████████████████████         10:39

21  ███████.  But you'd need to ask -- I think there's

22  another level of indirection.  But you'd need to ask

23  someone on the team.  I don't know.

24       Q.    Okay.  Have you heard of something called

25  a ███████?                                            10:39



1    entitled "Perspectives One Size Does Not Fit All."

2         Do you recognize this document?

3    A.    Yes.

4    Q.    What do you recognize this document to

5    be?                                                  12:06

6    A.    This is a blog entry from my personal

7    blog.

8    Q.    Now, does this copy here, Exhibit 20,

9    appear to be a true and accurate representation of

10   that blog post?                                      12:06

11   A.    Yes.

12   Q.    And it lists the URL down at the bottom

13   for this blog post?

14   A.    Looks like it, yeah.

15   Q.    Okay.  Great.                                  12:07

16        One thing I really wanted to talk about

17   with this post, and it's on -- it's on the second

18   page of ten, so let's scroll down.

19        And I know that we've been talking a

20   lot -- well, you've been offering a lot of           12:07

21   information about security.

22        And, I guess, I just look at this last

23   sentence here before feature-first, and you kind of

24   make a good statement there that you would assume

25   that no database would ever be considered as viable  12:07



1  that wasn't secure and didn't maintain data

2  integrity.

3          So, I mean, I guess what I want to go

4  back to is, security, in a sense, isn't necessarily a

5  tenet as it's an assumption that should be looked at      12:08

6  in deciding whether there could be any viable

7  database offering?

8          MR. FUNG:  Objection.  Vague.

9          THE WITNESS:  It depends what your

10     meaning is.  AWS, and Amazon as a whole,           12:08

11     services and products and features have tenets.

12     And it's just -- it's the way Amazon works.

13          And so you would expect to find tenets on

14     every one of those services and all the features

15     across Amazon.                                     12:08

16          Whereas, ███████████████, you would

17     never see tenets written down.  It's just not

18     the way the company worked.  The company would

19     write down, you know, what problem they were

20     going to solve and what technical solutions.       12:08

21          But Amazon chooses to have tenets.  And

22     so security would be the top tenet for our

23     services.  And it's just the choice that -- it's

24     Amazon -- it's just the way the Amazon system

25     works is, we're a little peculiar.  We start       12:09



1       with the customer.  We don't look at

2       competitors.  We just start with the customer

3       and say, what problem are we trying to solve,

4       and let them guide us towards a solution.

5            And we write down the things that -- we      12:09

6       try to write down the set of rules that would --

7       the tenets that if someone coming to the team

8       only reads those tenets and then they start to

9       make independent decisions, they'd make good

10      decisions.                                         12:09

11           And we want each tenet to make a

12      difference, where if -- if all decisions are

13      made the same regardless of whether the tenet

14      was there or not, then it's not a tenet.  And so

15      that kind of strategy or approach is -- you'll     12:09

16      see in all Amazon documents.

17           So if you're asking me about that form

18      tenet, it would not be assumed, no.  If you're

19      asking me about, hey, look, couple engineers

20      ███████  were meeting.  Would they mention --       12:10

21      would they mention security as a tenet?

22      Probably not.  If I presented publicly on

23      database, would I mention the tenet?  I might, I

24      guess, I did it here, but it's not guaranteed.

25 BY MR. FOWLER:                                          12:10



1       Q.     Understood.  Understood.

2              But if you were going to consider

3    whether -- if you needed to change your design.

4       A.     Yep.

5       Q.     The S3 design or the DynamoDB design.      12:10

6       A.     Yep.

7       Q.     You wouldn't look at a different system

8    that wasn't secure, would you, as a starting point?

9       A.     No.

10             MR. FUNG:  Objection.  Vague.              12:10

11             THE WITNESS:  No.

12   BY MR. FOWLER:

13      Q.     It wouldn't be viable?

14      A.     If we had a component that was already

15   written and I believed it to be not secure, then we   12:11

16   would have to fix it or not use it.

17      Q.     Did you work with the DynamoDB product?

18      A.     I worked with the team.

19      Q.     What were your roles on the team?

20      A.     I never had a formal role on the team.     12:11

21   It's the same relationship that I described earlier

22   where they're one of the services in AWS, and so I

23   have technical responsibility with that team.

24      Q.     And what type of technical responsibility

25   did you have?                                         12:12



1                   C E R T I F I C A T E

2

3      I, MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR,

4  the undersigned Certified Court Reporter, authorized

5  to administer oaths and affirmations in and for the

6  states of Washington (3322), Oregon (16-0441), Idaho

7  (1045), and California (14430), do hereby certify:

8            That the sworn testimony and/or

9  proceedings, a transcript of which is attached, was

10  given before me at the time and place stated therein;

11  that the witness was duly sworn or affirmed to

12  testify to the truth; that the testimony and/or

13  proceedings were stenographically recorded by me and

14  transcribed under my supervision.  That the foregoing

15  transcript contains a full, true, and accurate record

16  of all the testimony and/or proceedings occurring at

17  the time and place stated in the transcript.

18            That I am in no way related to any party to

19  the matter, nor to any counsel, nor do I have any

20  financial interest in the event of the cause.

21  IN WITNESS WHEREOF I have set my hand on 2nd day of

22  May, 2023.

23  

24  MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR

25