IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE TO FILE
REPLY IN SUPPORT OF CROSS-MOTIONS FOR SUMMARY JUDGMENT AND TO
EXCLUDE AND EXHIBIT UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2(c), Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Plaintiff Kove IO, Inc. ("Kove") respectfully requests the Court to provisionally grant its motion for leave to file its Reply In Support of Cross-Motions for Summary Judgment and to Exclude, the corresponding LR56.1(b)(2) Response to Amazon Web Services, Inc.'s ("AWS") LR 56.1(b)(2) Additional Statement of Material Facts (Dkt. 717), as well as Exhibit K167 to the Declaration of Philip Eklem In Support of Kove's Reply In Support of Cross-Motions for Summary Judgment and to Exclude ("Exhibit"), under seal in their entirety. In support thereof, Kove states as follows:

Kove's Reply In Support of Cross-Motions for Summary Judgment and to Exclude, the corresponding LR56.1(b)(2) Response to AWS's LR 56.1(b)(2) Additional Statement of Material Facts (Dkt. 717), and Exhibit K167 contain information that AWS and Kove have each designated

as Highly Confidential under the Protective Order. Kove will work with AWS to file a public version of these documents with narrowly tailored redactions and supporting declarations from each party within four business days. See Dkt. 675.

For the foregoing reasons, Kove respectfully requests that the Court enter an order provisionally granting its motion for leave to file Kove's Reply In Support of Cross-Motions for Summary Judgment and to Exclude, the corresponding LR56.1(b)(2) Response to AWS's LR 56.1(b)(2) Additional Statement of Material Facts (Dkt. 717), and Exhibit K167 under seal.

Dated: December 22, 2023

Respectfully submitted,

*/s/ Courtland L. Reichman*_____

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 560-3501

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Facsimile: (650) 560-3501

Taylor Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
901 S. Mopac Expressway, Bldg. 1, Suite 300
Austin, TX 78746
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (*pro hac vice*)
sballard@reichmanjorgensen.com
Gina H. Cremona (*pro hac vice*)
gcremona@reichmanjorgensen.com
Navid Bayar (*pro hac vice*)
nbayar@reichmanjorgensen.com
Savannah Carnes (*pro hac vice*)
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

***ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.***

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of December, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

      */s/ Courtland L. Reichman*
      Courtland L. Reichman