IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**PLAINTIFF KOVE IO, INC.'S MOTION TO SEAL ITS REPLY
IN SUPPORT OF CROSS MOTIONS FOR
SUMMARY JUDGMENT AND TO EXCLUDE**

Pursuant to Local Rules 5.8 and 26.2(c), Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Plaintiff Kove IO, Inc. ("Kove") respectfully requests the Court to enter an order to seal its Reply in Support of Cross-Motions for Summary Judgment and to Exclude (Dkt. 728). In support of this Motion, Kove states as follows:

1. On July 10, 2019, the Court entered the parties' agreed Protective Order (Dkt. 55). Pursuant to the terms of the Protective Order, AWS has designated information that identifies the specific subcomponents of the S3 and DynamoDB systems. AWS doesn't publicly disclose specific information identifying the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

2. Pursuant to the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Kove files this motion and the supporting declaration of Lisa Phillips on behalf of AWS, along with redacted versions of Kove's Reply in Support of Cross-Motions for Summary Judgment and to Exclude within four business days of December 22, 2023.

For the foregoing reasons, Kove respectfully requests that the Court enter an order permitting Kove's Reply in Support of Cross-Motions for Summary Judgment and to Exclude (Dkt. 728) be filed under seal and/or redacted form.

Dated: December 28, 2023

Respectfully submitted,

*/s/ Courtland L. Reichman*

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 560-3501

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Facsimile: (650) 560-3501

Taylor Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
901 S. Mopac Expressway, Bldg. 1, Suite 300
Austin, TX 78746
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (*pro hac vice*)
sballard@reichmanjorgensen.com
Gina H. Cremona (*pro hac vice*)
gcremona@reichmanjorgensen.com
Navid Bayar (*pro hac vice*)
nbayar@reichmanjorgensen.com
Savannah Carnes (*pro hac vice*)
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

***ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of December, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                            */s/ Courtland L. Reichman*
                                                            Courtland L. Reichman