IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly |

_____

**DECLARATION OF LISA PHILLIPS IN SUPPORT OF AMAZON'S REDACTIONS TO KOVE'S REPLY IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE**

_____

I, Lisa Phillips, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("Amazon") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Pennsylvania and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of the redactions of Amazon's confidential information in Kove's Reply in Support of Cross-Motions for Summary Judgment and to Exclude (Dkt. 728).

2. Kove's Reply contains Amazon confidential information. Amazon has prepared a redacted version. The redactions are narrowly tailored to protect Amazon's confidential infor-

mation while providing the public with information relating to the proceeding. The redacted information identifies the specific subcomponents of the S3 and DynamoDB systems. Amazon doesn't publicly disclose specific information identifying the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access Amazon's systems or by competitors to learn about Amazon's proprietary technology. Thus, its disclosure could create significant security issues and could cause Amazon competitive harm.

3. Kove's Response to Amazon's Statement of Additional Material Facts (Dkt. 729) and the accompanying exhibit (Dkt. 729-1) do not contain Amazon confidential information. To the extent they contain Kove confidential information, Kove will prepare redacted versions and file them on the public docket.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2023.

/s/ Lisa Phillips
Lisa Phillips