# Exhibit K167

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

KOVE IO, INC.,              )
                            )
        Plaintiff,          )
                            )
v.                          )   No. 1:18-cv-08175
                            )
AMAZON WEB SERVICES, INC.,  )
                            )
        Defendant.          )
_____)    VOLUME I

HIGHLY CONFIDENTIAL

Video-recorded deposition of JOHN OVERTON, PH.D., taken at 161 North Clark Street, Chicago, Illinois, before Donna M. Kazaitis, IL-CSR, RPR, CRR, commencing at the hour of 8:11 a.m. on Tuesday, May 16, 2023.

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 11

1  colleagues, Alan Fisch and Andrew Ramos.

2        THE VIDEOGRAPHER: Will the court

3  reporter please swear in the witness.

4  (Witness sworn.)

5        JOHN OVERTON, PH.D.,

6  having been first duly sworn, was examined and

7  testified as follows:

8        EXAMINATION

9  BY MR. SIGLER:

10    Q.  Good morning, sir.

11    A.  Good morning.

12    Q.  Could you please state your full name

13  for the record.

14    A.  John Kent Overton.

15    Q.  We're here today in Chicago taking

16  your deposition; right, sir?

17    A.  Yes.

18    Q.  You live here in Chicago; is that

19  correct?

20    A.  I do.

21    Q.  And Kove's attorney,

22  Mr. Cardenas-Navia, is here representing you at

Page 205

1   right?
2       A.   Yes.
3       Q.   Sitting here today, do you know
4   whether you became aware of Amazon S3 on or around
5   March 14, 2006?
6       A.   That's a very specific date.  There's
7   probably a document floating around somewhere
8   about that.  I think I remember being aware of it
9   fairly early on.
10      Q.   Were you aware of Amazon S3 as of
11  March 14, 2006?
12      A.   It says so right there.
13      Q.   So you were aware of Amazon S3 as of
14  March 14, 2006?
15      A.   It says that I may have been and I may
16  have become generally aware.  So I'll stick with
17  that.
18      Q.   You don't know one way or the other
19  whether you became aware of Amazon S3 on or around
20  March 14, 2006?
21      A.   I think it's probable that I did.
22      Q.   Why do you think it's probable?

Page 210

1     A.   I have no opinion on any of this.  I
2  have no knowledge of anybody at Amazon.  I have no
3  idea who the people are, what they think, or what
4  they might think.
5     Q.   Has anyone ever notified Kove that
6  they believe Kove is infringing on their patents?
7     A.   I don't think so.
8     Q.   According to this Interrogatory
9  response, you may have become generally aware of
10 Amazon DynamoDB at least on or around January 18,
11 2012; right?
12    A.   Yes, that's what it says.
13    Q.   Did you become aware of DynamoDB on or
14 around January 18, 2012?
15    A.   Probably.  Again, I don't like to ever
16 say things where there's a specific date where I
17 don't see the specific referred document to it,
18 but that wouldn't be there were that not likely
19 and probably to be correct.  I believe that is the
20 case.
21    Q.   January 18, 2012, is more than six
22 years before you filed this lawsuit against

Page 413

```
 1   STATE OF ILLINOIS )
 2   COUNTY OF C O O K )
 3       I, Donna M. Kazaitis, CRR, RPR, IL-CSR
 4   No. 084-003145, do hereby certify:
 5       That the foregoing deposition of JOHN
 6   OVERTON, PH.D. was taken before me at the time and
 7   place therein set forth, at which time the witness
 8   was put under oath by me;
 9       That the testimony of the witness and all
10   objections made at the time of the examination
11   were recorded stenographically by me, were
12   thereafter transcribed under my direction and
13   supervision and that the foregoing is a true
14   record of same.
15       I further certify that I am neither counsel
16   for nor related to any party to said action, nor
17   in any way interested in the outcome thereof.
18       IN WITNESS WHEREOF, I have subscribed my name
19   this 26th day of May, 2023.
20   _____
21   DONNA M. KAZAITIS, IL-CSR, RPR, CRR
     Registered Professional Reporter
22   Certified Realtime Reporter
     IL-CSR License No. 084-003145
```