IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**DECLARATION OF PHILIP EKLEM IN SUPPORT OF PLAINTIFF KOVE IO, INC.'S REPLY IN SUPPORT OF CROSS-MOTIONS FOR SUMMARY JUDGMENT AND TO EXCLUDE**

I, Philip Eklem, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the District of Columbia, and I have been admitted to appear in this case pro hac vice. Unless otherwise stated, I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's Reply In Support of Cross-Motions for Summary Judgment and to Exclude.

3. Exhibit K167 is a true and correct copy of excerpts of the deposition transcript of John Overton, taken on May 16, 2023, with relevant portions highlighted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 22, 2023        /s/ *Philip Eklem*
                                      Philip Eklem