**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

**RE: Local Rule 3.2 Notification of Affiliates**

ANNUAL REMINDER: Pursuant to Local Rule 3.2 ("Notification of Affiliates"), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates. For any party that has no affiliates, a statement confirming this must be filed. An affiliate is defined as follows: any entity or individual owning 5% or more of a party. Any entity or individual who owns 5% or more of any such affiliate shall also be included within the definition of "affiliate." The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to remind all counsel of record of their obligation to provide updated information as to additional affiliates if any such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information.

ENTER:

FOR THE COURT

*Rebecca R. Pallmeyer*
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 28th day of December 2023