**FILED**
DEC 29 2023 TG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kove IO, Inc. v. Amazon Web Services, Inc.

Case No. 18-cv-8175 (ILND) (Kennelly, J)

DE 700-108, 109, 110, 116, 120-122, 161

Exhibits K108, K109, K110, K116, K120-122, K161

(Filed Manually under Seal per 11-16-2023 Court Order)

Courtland Reichman
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
creichman@reichmanjorgensen.com



November 21, 2023

BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street Suite 4300
Chicago IL 60601 3315
T: +1 312 602 5000
F: +1 312 602 5050

bclplaw.com

Steven G. Trubac
Counsel
Direct: +1 312 602 5042
steve.trubac@bclplaw.com

Clerk of the Court
U.S. District Court for the Northern District of Illinois
Dirksen Federal Building
219 S. Dearborn
Chicago, Illinois 60604

**Via Hand Delivery**

Re:   *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 1:18-cv-08175
      Manual Filing under Seal of Exhibits per November 16, 2023, Court Order (DE 707, 712)

Dear Clerk:

Pursuant to the Court's November 16, 2023, Order in the above-captioned matter (DE 707, 712), Plaintiff, Kove IO, Inc. ("Plaintiff"), is submitting for manual filing under seal with the Clerk of the Court the following:

- A USB flash drive containing Exhibits K108, K109, K110, K116, K120, K121, K122, and K161 to the Declaration of Savannah Carnes in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross Motions for Summary Judgment and to Exclude (DE 700-108, 109, 110, 116, 120, 121, 122, 161).

A copy of Plaintiff's Motion seeking leave to manually file under seal the foregoing (with information required by LR 26.2(d)) and the Court's order granting leave are also enclosed.

Very truly yours,

*Steve Trubac*

Steven G. Trubac

Enclosures
cc:   Counsel of Record (via e-mail, with electronic enclosures)
      RJ_Kove_AWS@reichmanjorgensen.com
      FS-Kove@fischllp.com

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Kove IO, Inc.
                        Plaintiff,

v.                                             Case No.: 1:18−cv−08175
                                                     Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 16, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion to file under seal [706] is granted. A complete version of plaintiff's submission, including the sealed exhibits, is to be filed under seal, and a redacted version is to be filed in the public record. Motion to file certain exhibits non−electronically and under seal [707] is also granted. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS NON-ELECTRONICALLY WITH THE CLERK AND TO SEAL CERTAIN EXHIBITS NOT FILED ELECTRONICALLY**

Pursuant to Local Rules 5.2(a) and 26.2(d), Plaintiff Kove IO, Inc. ("Kove") respectfully requests the Court for leave to file non-electronically with the Clerk Exhibits K107, K108, K109, K110, K116, K120, K121, K122, and K161 to the Declaration of Savannah Carnes In Support of Kove's Opposition to AWS's Motion for Summary Judgment AND Cross Motions for Summary Judgment and To Exclude (Dkt. 700-167) (collectively, "Video Exhibits").

Further, pursuant to Local Rules 5.8 and 26.2(d), Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Kove respectfully requests the Court to enter an order to seal Exhibits K108, K109, K110, K116, K120, K121, K122, and K161 (collectively, "Proprietary Video Exhibits"). The Proprietary Video Exhibits contain proprietary information that Defendant, Amazon Web Services, Inc. ("AWS"), has designated as Highly Confidential under the Protective Order. These Exhibits are .mp4 video files that exceed the ECF filing size limits and therefore,

were not filed electronically on November 6, 2023. Further, pursuant to the Court's procedures on Digital Media Exhibit submissions, any digital media exhibit to be filed under seal must be filed manually with the Clerk. In support of this Motion, Kove states as follows:

1. On July 10, 2019, the Court entered the parties' agreed Protective Order. (Dkt. 55) Pursuant to the terms of the Protective Order, AWS has designated information discussing the content of specific metrics AWS collects relating to the performance of its S3 and DynamoDB products (and AWS's analysis of them), the identification of the specific subcomponents of the S3 and DynamoDB systems, the identification of other proprietary systems used within AWS to collect and store metrics, information explaining how the S3 and DynamoDB systems work, sensitive AWS financial information, and AWS witness testimony and confidential internal explanatory documentation relating to each of these categories, as Highly Confidential.

2. On November 6, 2023, Kove filed its Opposition to AWS's Motion for Summary Judgment and Cross Motions for Summary Judgment and To Exclude (Dkt. 699), which included references to the Video Exhibits. The Video Exhibits exceed 35mb and are too large to file directly with the Court through its Digital Media Exhibit Submission page, and thus good cause exists under Rule 5.2(a) to file these exhibits non-electronically. Kove therefore requests leave to file the Video Exhibits non-electronically with the Clerk.

3. Some of the Video Exhibits contain confidential information. AWS identifies the Proprietary Video Exhibits as Highly Confidential and provides its own supporting declaration. Kove accordingly requests leave to file the Proprietary Video Exhibits non-electronically with the Clerk under seal.

4. Local Rule 26(d) requires that any Court Order granting a motion to file documents manually under seal include the following information: (1) the identity of the persons, if any, who

2

are to have access to the documents without further order of Court, and (2) instructions for the dispositions of the restricted documents following the conclusion of the case. A copy of the sealing order must be included with any document presented for filing under seal. L.R. 26.2(d).

5. Paragraph 4(c) of the Protective Order governs who may have access to the Proprietary Video Exhibits without further order of the Court (Dkt. 55). These people are only: a Party's outside counsel of record, including necessary paralegal, secretarial and clerical Personnel assisting such counsel; a stenographer and videographer recording testimony concerning the information; subject to the provisions of paragraph 4(d) of the Protective Order, experts and consultants and their staff whom a Party employs for purposes of this litigation only, including vendors to whom disclosure is reasonably necessary for this litigation (e.g., electronic discovery vendors); and the Court and Personnel assisting the Court.

6. Following the conclusion of the case, the Parties concur that the Court may dispose of these Sealed Video Exhibits in the same manner as it disposes of any other sealed manually filed materials in its possession.

For the foregoing reasons, Kove respectfully requests that the Court grant its motion and (1) enter an order granting Kove leave to file Exhibits K107, K108, K109, K110, K116, K120, K121, K122, and K161 to the Declaration of Savannah Carnes in Support of Kove's Opposition to AWS's Motion for Summary Judgment and Cross Motions for Summary Judgment and To Exclude (Dkt. 700-167) non-electronically with the Clerk, and (2) enter an order granting Kove leave to file Exhibits K108, K109, K110, K116, K120, K121, K122, and K161 under seal, with the individuals identified in Paragraph 5 of Kove's motion to have access to the sealed documents without further order of Court, and to be disposed of at the conclusion of this litigation as identified in Paragraph 6 of Kove's motion.

Dated: November 15, 2023

Khue V. Hoang *(pro hac vice)*
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia *(pro hac vice)*
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 560-3501

Christine E. Lehman *(pro hac vice)*
clehman@reichmanjorgensen.com
Adam Adler *(pro hac vice)*
aadler@reichmanjorgensen.com
Philip Eklem *(pro hac vice)*
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Facsimile: (650) 560-3501

Taylor Mauze *(pro hac vice)*
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
901 S. Mopac Expressway, Bldg. 1, Suite 300
Austin, TX 78746
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

Respectfully submitted,

*/s/ Courtland L. Reichman*

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000

Courtland L. Reichman *(pro hac vice)*
creichman@reichmanjorgensen.com
Shawna L. Ballard *(pro hac vice)*
sballard@reichmanjorgensen.com
Gina H. Cremona *(pro hac vice)*
gcremona@reichmanjorgensen.com
Navid Bayar *(pro hac vice)*
nbayar@reichmanjorgensen.com
Savannah Carnes *(pro hac vice)*
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

***ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.***

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Courtland L. Reichman*
Courtland L. Reichman
