# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.

                    Plaintiff,

v.                                                    Case No.: 1:18−cv−08175
                                                    Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 8, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 2/8/2024. The Court adopts the parties' proposed joint schedule for preparing and filing the final pretrial order (dkt. 738 at pp. 4−5). Daubert motions are due 2/16/2024 and are limited to 25 pages total; responses are due 2/23/2024 and are limited to 25 pages total; replies are due 3/1/2024 and are limited to 12 pages total. Plaintiff's spoliation motion (either the current version or a revised and shortened version) is included in the 25 pages. Motions in limine and responses are limited to 20 pages per side in the aggregate as proposed by the parties. The parties are directed to file status report regarding mediation discussions by 2/20/2024. The parties have leave to file the report under seal. Case remains set for a pretrial conference on 3/21/2024 [663]. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.