# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

---

### DECLARATION OF JEFFREY M. SALTMAN IN SUPPORT OF AMAZON'S MOTION FOR LEAVE TO FILE ITS MOTION TO EXCLUDE OPINIONS OF DR. GOODRICH AND MR. BERGMAN AND CERTAIN MATERIALS IN SUPPORT UNDER SEAL

---

I, Jeffrey Saltman, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("Amazon") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of Amazon's Motion for Leave to File its Motion to Exclude Opinions of Dr. Goodrich and Mr. Bergman ("Amazon's Motion") and Certain Materials in Support Under Seal.

2. Amazon's Motion and certain of the materials filed in support of the motion contain Amazon confidential information. Amazon has prepared and filed public versions of Amazon's Motion and Exhibits.

3. Exhibits 6-10 don't contain either Amazon or Kove confidential information and have been filed on the public docket.

4. The remaining exhibits have either been redacted or sealed in their entirety. The redactions are as narrowly tailored as possible to protect Amazon's confidential information while providing the public with information relating to the proceeding. The redacted information generally includes: the identification of the specific subcomponents of the S3 and DynamoDB systems, information explaining how the S3 and DynamoDB systems work and are designed, and Amazon financial information. Public disclosure of the information within any of the categories listed above would cause Amazon competitive harm. I explain the confidential nature of each of these categories of information below.

5. Exhibits 1-5 and 11 should be sealed in their entirety. These exhibits contain detailed information explaining how the S3 and DynamoDB systems work, including the identification of specific subcomponents, confidential diagrams, and collected metrics. Certain of these exhibits include source code for S3 and DynamoDB. And exhibit 11 also contains detailed information regarding Amazon financials and confidential business proposals.

6. The identification of the specific subcomponents of the S3 and DynamoDB systems has been redacted from the public versions. Amazon doesn't publicly disclose specific information identifying the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access Amazon's systems or by competitors to learn about Amazon's proprietary technology. Thus, its disclosure could create significant security issues and could cause Amazon competitive harm. Information within this category of information has been redacted from Amazon's Motion and Exhibit 12.

7. Information explaining how the S3 and DynamoDB systems work, and the development and tracking of those systems is also confidential to Amazon. This information could be used by competitors to learn about Amazon's proprietary technology and could cause competitive harm. Information within this category of information has been redacted from Amazon's Motion and Exhibit 12.

8. Financial data and information regarding Amazon's negotiation and recordation of licensing agreements is also confidential to Amazon. This information could be used by competitors and investors to gain competitive advantage and undue insight into Amazon's internal business practices. Information within this category of information has been redacted from Amazon's Motion and Exhibit 12.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2024.

/s/ *Jeffrey M. Saltman*
Jeffrey Saltman