# Exhibit 8

OIPE

FEB 22 2006

PATENT & TRADEMARK OFFICE

Express Mail" mailing label number <u>EV 655 031 233 US</u>

Date of Deposit: <u>February 22, 2006</u>

<u>Our Case No. 11958/49</u>

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                 )
                                      )
JOHN OVERTON et al.                   )
                                      )
Serial No. 09/872,736                 )     Examiner:  Delgado, Michael A.
                                      )
Filing Date: June 6, 2001             )     Group Art Unit: 2144
                                      )
For   METHOD AND APPARATUS FOR        )
      MANAGING LOCATION               )
      INFORMATION IN A                )
                                      )

## AMENDMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450


Dear Sir:

In response to the non-final Office Action dated August 22, 2005, please consider the following:

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application:

1.      (Withdrawn) A system for managing location information and providing location information to location queries, the system comprising:

a transfer protocol comprising an identifier and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each location specifies a location of data in a network pertaining to the entity;

a location server containing location information corresponding to at least one entity, the location information formatted according to the transfer protocol, and wherein the location of data for the location comprises an application server in communication with the network; and

programming logic stored on the location server responsive to a location query identifying a desired entity to return a location message, the location message comprising all locations associated with the desired entity, wherein the location server returns the location message if the location server contains location information for the desired entity.

2.      (Withdrawn) The system of claim 1, wherein the entity comprises a physical object and wherein the at least one location comprises a geographic location.

3.      (Withdrawn)  The system of claim 2, wherein the geographic location comprises at least one of a latitude, a longitude and an altitude.

4.      (Withdrawn)  The system of claim 1, wherein the at least one location comprises a plurality of geographic locations, each of the geographic locations representing a position of an object at a different time.

5.      (Withdrawn)  The system of claim 1, wherein the location server comprises a plurality of location servers, each of the plurality of location servers comprising at least a portion of a total amount of location information residing on the plurality of location servers, and wherein the location information is formatted according to the transfer protocol; and

wherein the programming logic is stored on each of the plurality of location servers.

6.      (Withdrawn)  The system of claim 5, wherein the programming logic stored at each of the location servers further comprises logic responsive to the location query to return one of a location message and a redirect message, wherein the location server returns the location message if the queried location server contains location information for the desired entity, and wherein the location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising a list of at least one other location server known to have location information relevant to the location query.

7.      (Withdrawn)  The system of claim 6, wherein the list of at least one other location server comprises a list of all location servers in the plurality of location servers and a corresponding list of each of the entities having location information on the respective location servers.

8.      (Withdrawn)  The system of claim 5, wherein each of the location servers stores at least a portion of the total amount of location information on a persistent storage device.

9.      (Withdrawn)  The system of claim 8, wherein the persistent storage device comprises one of a hard disk drive, tape drive, optical storage device and removable storage media.

10.     (Withdrawn)  The system of claim 1, wherein the location information in the location server is maintained in an indexed location store.

11.    (Withdrawn)  The system of claim 10, wherein the location store comprises a string store indexed by a hash table.

12.    (Withdrawn)  The system of claim 10, wherein the location query identifying the desired entity comprises a unique identifier for the desired entity, and wherein the programming logic stored on the location server further comprises programming logic for applying an index function to the unique identifier to retrieve at least a portion of the locations associated with the unique identifier in the location store.

13.    (Withdrawn)  The method of claim 12, wherein the programming logic further comprises logic for applying the index function to retrieve all of the locations associated with the unique identifier in the location store.

14.    (Withdrawn)  The system of claim 12, wherein the location store comprises a string store and the index function comprises a hash function.

15.    (Withdrawn)  The system of claim 6, wherein the plurality of location servers are arranged in a network topology having a plurality of nodes organized in a tree-structure, wherein each node comprises at least one location server and wherein each node is connected to at least one other node in the tree structure.

16.    (Withdrawn)  The system of claim 12, wherein the data location query is received at a data location server in a first node and wherein the redirect message comprises a list of at least one other location server in a node other than the first node that is known to have data location information relevant to the location query.

17.    (Withdrawn)  A system for managing location information and providing data location information to location queries, the system comprising:

a transfer protocol comprising an identifier and at least one location association, wherein the identifier uniquely specifies an entity and wherein each location specifies a location pertaining to the entity;

a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to the transfer protocol, and comprising at least one application server address, wherein

the plurality of location servers are arranged in a server cluster topology such that each location server contains a unique portion of the location information; and

programming logic stored on each of the location servers responsive to a location query for a desired identifier to return one of a location message, wherein a queried location server returns a location message if the queried location server contains location information for the desired identifier, and a redirect message if the queried location server does not contain location information relevant to the desired identifier, wherein the redirect message comprises a list of all of the plurality of location servers containing location information related to the desired identifier.

18.    (Withdrawn)  The system of claim 17, wherein the location information comprises geographic location information.

19.    (Withdrawn)  The system of claim 17, wherein the location information comprises network address information.

20.    (Withdrawn)  The system of claim 19, wherein the network address information comprises a network address of a data repository containing data pertaining to the desired identifier.

21.    (Withdrawn)  A method of handling location queries in a network, the network comprising a plurality of location servers containing location information correlating each of a plurality of identifiers with at least one location, the method comprising:

receiving a location query from a client at one of the plurality of location servers, the location query requesting an identifier's location;

sending a location response message to the client if the queried location server contains location information relevant to an entity identified in the query, the location response message comprising location information identifying at least one application server containing information relevant to the entity identified in the query; and

sending a redirect message to the client if the queried location server does not contain data location information relevant to the entity identified in the query, the

redirect message comprising a list of location servers containing location information relevant to the entity identified in the query.

22.     (Withdrawn)  The method of claim 21, further comprising applying information in the location query from the client to an indexing function to determine if the queried location server contains location information relevant to the entity identified in the query.

23.     (Withdrawn)  The method of claim 22, wherein each of the plurality of location servers comprises an indexed table of identifiers and associated locations, and wherein applying information in the location query comprises applying an identifier in the location query to a hash function.

24.     (Original)  A method of scaling at least one of location server capacity and transaction rate capability in a system for storing and retrieving location information, the method comprising:

        providing a transfer protocol configured to transport identifier and location information, the location information specifying the location of information relevant to the identifier;

        providing a first location server storing location information formatted according to the transfer protocol;

        receiving an identifier and a location relevant to the identifier at the first location server;

        storing the received location in a location store at the first data location server, the location store comprising a plurality of identifiers, each identifier associated with at least one location, wherein the received location is associated with the received identifier in the location store; and

        transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit.

25.     (Original)  The method of claim 24, wherein receiving an identifier and a location comprises receiving the identifier and the location at the first location server

from an application server, wherein the location comprises an address for the application server.

26.     (Original)  The method of claim 24, wherein receiving an identifier and a location comprises receiving the identifier and the location at the first location server from a physical object, wherein the identifier identifies the physical object and wherein the location comprises a geographic location for the physical object.

27.     (Original)  The method of claim 26, wherein the physical object comprises a vehicle.

28.     (Original)  The method of claim 26, wherein the physical object comprises a portable telecommunications device.

29.     (Original)  The method of claim 24, wherein transferring a portion of the identifier and location associations comprises:

identifying a portion of identifier and location associations on the first location server to be transferred to the second location server and identifying a data set state of the identified portion at an initial time;

copying a data set for the identified portion corresponding to the identified data set state from the first location server to the second location server and maintaining a second data set containing changes to the identified portion since the initial time;

identifying a data set state for the second data set;

ceasing operation of the first location server with respect to the identified portion and copying the second data set to the second location server, wherein the second data set corresponds to the identified data set state for the second data set; and

initiating operation of the second location server for the identified portion of identifiers and location associations.

30.     (Original)  The method of claim 24, wherein the performance criterion comprises an amount of available persistent storage space in the first location server.

31.     (Original)  The method of claim 24, wherein the performance criterion comprises a transaction rate limit.

32.     (Original)  The method of claim 24, wherein the transaction rate limit comprises a processor speed limit.

33.     (Original)  The method of claim 24, wherein the transaction rate limit comprises a network connection bandwidth limit.

34.     (Original)  The method of claim 24, further comprising transmitting a location server map from the first location server, the location server map comprising information identifying the second location server and a list of identifiers associated with the second location server.

35.     (Original)  The method of claim 34, wherein the first and second location servers are part of a location server cluster comprising a plurality of location servers, and wherein transmitting the location server map comprises transmitting the location server map to each of the plurality of data location servers asynchronously.

36.     (Original)  The method of claim 34, wherein transmitting a location server map comprises transmitting the location server map to a client in response to query received at the first location server from the client regarding an identifier that is not resident on the first location server.

37.     (Original)  The method of claim 24, wherein transferring a portion of the identifiers and associated locations to a second location server when a performance criterion of the first data location server reaches a predetermined performance limit further comprises monitoring the performance criterion and automatically transferring the portion of identifiers and associated locations when the first location server reaches the predetermined limit.

38.     (Original)  A database comprising:
    a computer readable medium;

a plurality of index designations, each index designation representative of one of a plurality of identifiers, wherein each identifier uniquely identifies an entity;

a plurality of locations, wherein each of the locations is associated with at least one of the plurality of index designations and represents a location of information relevant to an identifier represented by an index designation;

a location store stored in the computer readable medium, the location store comprising a table containing the plurality of index designations and associated locations; and

an indexing function stored in the computer readable medium, the indexing function operative to map each of the plurality of identifiers to a respective one of the plurality of index designations.

39.     (Original)  The database of claim 38, wherein the indexing function comprises one of a hash function, a b-tree function, and a t-tree function.

40.     (Original)  The database of claim 39, further comprising a front end in communication with the location store and indexing function, the front end operative to transport identifiers and associated locations via a transport protocol.

41.     (Original)  The database of claim 40, further comprising a buffer in communication with the front end, the buffer configured to maintain a log of each of a plurality of location store update transactions.

42.     (Original)  The database of claim 38, wherein the computer readable medium comprises at least one of RAM and a persistent storage device.

43.     (Original)  The database of claim 38, wherein the location store comprises a string store and wherein the plurality of locations comprise network address strings.

44.     (Original)  The database of claim 43, wherein at least one of the network address strings comprises an address of a database in a network.

45.     (Original)  A system for managing location information and providing location information to location queries, the system comprising:

a location server operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each location specifies a location of data in a network pertaining to the entity, the location server containing location information corresponding to at least one entity and formatted according to the transfer protocol, and wherein the location of data for the location comprises an application server in communication with the network; and

programming logic stored on the location server responsive to a location query identifying a desired entity to return a location message, the location message comprising all locations associated with the desired entity, wherein the location server returns the location message if the location server contains location information for the desired entity.

# REMARKS

## I.     Office Action Summary

Claims 24, 38 and 45 are the pending independent claims.  In the Office Action dated August 22, 2005, the Examiner rejected claims 24-26, 29-38, and 40-45, under 35 U.S.C. §102(e) as being anticipated by Lumelsky et al (U.S. Patent No. 6,466,980).  The Examiner also rejected claims 27-28 and 39 under 35 U.S.C. §103(a) as obvious over the combination of Lumelsky et al. in view of Bowman-Amuah (U.S. Patent No. 6,578,068).

## II.     Rejections Under 35 U.S.C. § 102(e)

Applicants respectfully disagree with the Examiner's rejections of claims 24-26, 29-38 and 40-45 over U.S. Patent No. 6,466,980 (Lumelsky).  As discussed in greater detail below, Lumelsky discloses using location information in service of optimizing **distribution of multimedia objects**[1], whereas Applicants' specification **manages location information** separately from the data to which the location information pertains[2].

CLAIM 24

Claim 24 relates to a method of scaling at least one of location server capacity and transaction rate capability in a system for storing and retrieving location information. Claim 24 includes, *inter alia,* the step of:

---

[1] See: "A system and method for dynamically shaping available capacity of **multimedia objects** based on aggregated demand across **distributed media/world-wide-web servers**" (Abstract; **bold** added).  See also: "Thus, unlike the prior art system **10**, the various **collections of objects** (**130, 131, 132**) found at each independent server (**1201,** 121**1, 1221**) aggregate now into a **distributed collection** (**130, 131, 132**) of objects** and **object replicas** which model a **multimedia object** as a **scalable** and relocatable resource **in accordance with demand and capacity conditions**" (col. 8, ll. 40-46; **bold** added).

[2] See specification: "According to one aspect of the invention, a system for managing **location information** and providing **location information** to data locations queries comprises a transfer protocol configured to manipulate an identifier, and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each data location specifies a location of data in a network pertaining to the entity" (Applicant's p. 3, ll. 4-9; **bold** added).  **See also**: "A network distributed tracking protocol (NDTP) is a transfer protocol having the capability to manipulate **location information** used to efficiently track the **location of information** associated with an individual entity in the distributed database system" (Applicant's p. 6, ll. 14-17; **bold** added).

transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first server reaches a predetermined performance limit (p. 46, ll. 25-27).

Thus, claim 24 relates to improvements for transaction rate scalability for **location information** separate and apart from any data to which the location information points.[3] As recited in claim 24, transferring a portion of the identifiers and associated locations to a second **data location server** involves isolating specifically the location information from the end-point data itself and making changes to how the location information is managed, not the end-point data that is stored at a location identified by the location information. Examples of partitioning portions of the *location information* across servers are found in Applicants' specification. Applicants' specification includes techniques and network topologies for optimizing transaction rate including *[1]* clustering and *[2]* distributed topology replication of *associated identifier and location information*.

> For example, FIG. 5 illustrates a flat NDTP server topology using *[1]* **clustering**, or a *[2]* **distributed topology using replication**, where each of the NDTP servers 12 in the cluster may contain a **different portion of** a pool of **associated identifier and location information** (p. 11, ll. 30 – p. 12, l. 1; **bold** and *[enumeration]* added).

Clustering and distributed topologies using replication separate specifically location information onto different machines, thereby allowing portions of the location information to be processed by more server and network resources.

In contrast to Claim 24, Lumelsky only focuses on replication of data objects rather than on management of specifically location information separated from the data objects themselves. Lumelsky teaches the use of location information to improve transmission performance and scalability of multimedia objects.[4] Instead of teaching

---

[3] Regarding **(a) transaction rate**, see: "An advantage of distributing an NDTP server data set across independent machines is that **both capacity and transaction rate scale can be increased**. In one embodiment, each additional machine in an NDTP server cluster 50 **linearly increases capacity**, by adding main and secondary storage, and **transaction rate**, by adding processing power and network bandwidth (assuming a properly scalable network infrastructure is employed)" (p. 25, ll. 24-30; **bold** added). Regarding **(b) specifically location information**, see: "For example, FIG. 5 illustrates a flat NDTP server topology using clustering, or a distributed topology using replication, where each of the NDTP servers 12 in the cluster may contain a different portion of a **pool of associated identifier and location information**" (p. 11, ll. 30 – p. 12, l. 1; **bold** added).

[4] See note 1.

the management of location data itself so that data location servers with data location information are reconfigured to handle queries for the location of data, Lumelsky discloses managing and replicating the end-point data itself (in Lumelsky, the data objects disclosed are multimedia files).[5] The method of claim 24 relates to the management of specifically location information and capacity and transaction rate scaling for accessing the location information needed to access data, while Lumelsky is concerned with the replicating and managing the data itself rather than the location information relating to the whereabouts of the data.

The Examiner asserts that Lumelsky teaches or suggests transferring portions of identifier-location associations to a second server given a performance limit. On page 3, the Examiner asserts that Lumelsky teaches:

> transferring a **portion of the identifiers and associated locations** to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit (Examiner remarks, p. 3; **bold** added).

In support of this assertion, the Examiner cites Lumelsky:

> More particularly, the present invention introduces the notion of a global server which **provides a spare, shared, and highly available capacity that can be used to assist a multimedia server** by temporarily increasing the overall system capacity associated **with some particular multimedia object** to match its predicted demand. The present invention additionally introduces the notion of a **transient replica** which replica acts as a **migrating object** of limited lifetime that responds to demand and capacity conditions. To do so, the controller node monitors demand and capacity and uses, creates, and deletes **transient replicas** from global servers (col. 6, ll. 33-43; **bold** added).

Lumelsky's "spare, shared, and highly available capacity" refers to resources assisting multimedia objects not location information. Lumelsky's "transient replica" refers to a multimedia object not location information. Therefore, Lumelsky teaches transferring data objects to additional servers but does not teach transferring portions of location information to additional servers. Lumelsky fails to teach or suggest the separate management of location information pertaining to the data, therefore Lumelsky does not teach transferring a portion of the identifiers and associated locations to a

---

[5] See: "Large databases store large amounts of data, but the NDTP server is only concerned with the location of that data, **rather than the end-point referent data itself**" (p. 8, ll. 23-26; **bold** added). "End-point referent data itself" are multimedia objects in Lumelsky.

second data location server when a performance criterion of the first location server reaches a predetermined performance limit as claimed in claim 24.

Thus, Lumelsky does not teach either (a) a method of scaling at least one of location server capacity and transaction rate capability in a system for storing and retrieving location information, or (b) transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit. For at least these reasons, Applicants submit that independent Claim 24 is patentable over Lumelsky. Claims 25-37 are dependent claims, therefore their allowability directly follows from the allowability of independent claim 24.

CLAIM 38.

Claim 38 relates to a database using an indexing function to map identifiers and index designations. Claim 38 includes, *inter alia,* the step of:

> an indexing function stored in the computer readable medium, the indexing function operative to map each of the plurality of identifiers to a respective one of the plurality of index designations

An example of an indexing function may be found in Applicants' specification at, for example p. 27, ll. 15-22, where a well-known function for mapping identifiers to index designations is described:

> The presently preferred embodiment for accomplishing this [NDTP database insertion and scaling] is to define **a well-known function of the identifier** and **use this function** to select from a set of NDTP servers. NDTP clients will preferably apply this well-known function to the identifier for each NDTP request, and send the NDTP request to the indicated NDTP server. This technique will effectively partition the set of all identifier/location associations across the NDTP servers. **Each NDTP server will only maintain the portion of the total association set which corresponds to its particular identifiers** (**bold** added).

An example of a "well-known function" is a hash function.[6] Using a specific **indexing function** Applicants deliberately permit distributing portions of the database's location information onto separate servers. In contrast, Lumelsky teaches three **components** (but not a <u>function</u>) to interact with placement recommendations and inquiries:

---

[6] Applicants' specification (p. 28, ll. 6-27) provides an example algorithm and specific usage conditions.

Particularly, the placement module (610) **interfaces with** both a replica directory service (665) (for maintaining the replica directory 666 as described herein with respect to FIG. 6(*a*)) and a server directory service (655) (for maintaining the server directory 656 as described herein with respect to FIG. 6(*b*)) **to generate the tentative placements** (620). That is, the placement module (610), replica directory service (665), and replica directory (666) **operate in conjunction** to locate all replicas associated with the given object identifier of the received request. Further, the placement module (610), server directory service (655) and server directory (656) **operate in conjunction** to determine the willingness of any such location (holding a replica) to consider new placement inquiries (620) (Col. 9, ll. 31-44; **bold** added).

Lumelsky teaches that the (a) placement module, (b) replica directory service, and (c) server directory service <u>interact</u> to generate placement recommendations and to consider placement inquiries, but Lumelsky does not teach an indexing function. Therefore, not teaching an indexing function, Lumelsky does not teach an indexing function operative to map each of the plurality of identifiers to a respective one of the plurality of index designations.

Illustrated in FIG. 6(a) and FIG. 6(b), Lumelsky further specifies the replica and server directories.[7] The replica directory records various statistics for identifiers, such as predicted demand, geography, demand volume, and time-to-live (col. 10, ll. 23-28). The server directory records information such as IP address or hostname and capacity rating (col. 10, ll. 42-46). These are <u>values</u>. However, Lumelsky does not teach an indexing <u>function</u> to map identifiers to index designations. Thus, Lumelsky does not teach an indexing <u>function</u> operative to map each of the plurality of identifiers to a respective one of the plurality of index designations.

Therefore, while Lumelsky teaches a placement module <u>interacting with</u> replica and server directory services, Lumelsky does not teach a database comprising the use of an indexing function stored in the computer readable medium, the indexing function operative to map each of the plurality of identifiers to a respective one of the plurality of index designations. For at least these reasons independent Claim 38 is patentable over Lumelsky. Claims 39-44 are dependent claims, therefore their allowability directly follows from the allowability of independent claim 38.

---

[7] See discussion of replica directory in Lumelsky, Col. 10, ll. 21-35, and server directory in Col. 10, ll. 36-62.

CLAIM 45

Claim 45 relates to a system for managing location information and providing location information to location queries. Claim 45 includes, *inter alia,* the step of:

> a location server operating in accordance with a transfer protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier

Different than Lumelsky, claim 45 recites a transfer protocol for **specifically managing location information**. Applicants' specification provides detail and figures describing an example of suitable protocol instructions for database management of specifically location information.[8]

> A network distributed tracking protocol (NDTP) is a transfer protocol having the capability to manipulate **location information** used to efficiently track the location of information associated with an individual entity in the distributed database system (p. 6, ll. 14-17; **bold** added).[9]

The NDTP transfer protocol runs on standard lower-level network transport protocols, such as TCP and UDP:

> NDTP defines a transaction oriented protocol, which can be carried over any of a variety of lower level network transport protocols. TCP and UPD are currently supported, however any of a number of other protocols are also supportable (p. 21, ll. 6-9; **bold** added).

NDTP is carried over TCP and UDP transport protocols, and NDTP is a transfer protocol designed for managing location information. In contrast, Lumelsky teaches use of transfer and transport protocols for transmitting multimedia data rather than for managing location information:

---

[8] See Applicants' specification, FIGS. 8-17B (p.12, l. 7 – p. 20, l. 20), which provides examples of instructions for database interaction and management of location information. Example instructions for location information include: (a) querying the database for identifier associations (NDTP_GET, NDTP_GET_RSP, NDTP_GET_TRANSACTION), (b) adding location associations to an identifier (NDTP_PUT, NDTP_PUT_RSP, NDTP_PUT_TRANSACTION), (c) deleting entries from the database (NDTP_DEL, NDTP_DEL_RSP, NDTP_DEL_TRANSACTION), (d) updating records in the database (NDTP_UPD, NDTP_UPD_RSP), and redirecting queries (NDTP_RDR_RSP).
[9] See also applicant specification: "The Network Distributed Tracking Protocol (NDTP) efficiently tracks the **location of data** associated with an individual entity in a distributed database" (p. 12, ll. 8-9, **bold** added).

It should be noted that standards for controlling multimedia streaming data over the World Wide Web such as H. 323 and Real Time Streaming Protocol (RTSP) are already in place and implemented to provide the streaming capabilities they are intended for. Whereas H.323 is **designed for videoconferencing** across small groups, RTSP is designed to efficiently **broadcast audio-visual data** to large groups. Each standard [H.323 and RTSP] describes a client-server application-level protocol for **controlling the delivery of data** with real-time properties. For example, the RTSP establishes and controls either a single or several time-synchronized **streams of continuous media**, such as **audio and video** and **uses transport protocols** such as **UDP, multicast UDP, TCP,** and **Real Time Protocol (RTP)** to **deliver the continuous streams** (Lumelsky, Col. 9, ll. 14-21; **bold** added).

Lumelsky teaches the use of transfer protocols designed for (a) videoconferencing and (b) broadcasting audio-visual data, (c) controlling delivery of data, and (d) lower-level transport protocols UDP, multicast UDP, TCP, and RTP to deliver continuous streams. However, Lumelsky does not teach use of a transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier.

Lumelsky additionally teaches use of a controller device for managing placement of multimedia objects:

FIG. 5 is a detailed block diagram of the intermediary *controller device* (**520**) implemented for *managing the placement of multimedia objects themselves* onto servers. As shown in FIG. 5, a request processing module (**600**) is provided for receiving requests (**601, 602, 603, 604**) from clients, the request including a unique object identifier, and feeding these requests to a *placement module* (**610**). The placement module (**610**) applies a *placement policy* (**615**) to each request and generates a set of tentative placement queries (**620**) for the request. Particularly, the placement module (**610**) *interfaces with both a replica directory service* (**665**) (for maintaining the replica directory **666** as described herein with respect to FIG. 6(*a*)) and a *server directory service* (**655**) (for maintaining the server directory **656** as described herein with respect to FIG. 6(*b*)) to generate the tentative placements (**620**) (Col. 9, ll. 22-37; *bold italic* added).

Lumelsky teaches use of a controller device for managing the placement of multimedia objects, using a placement module within a controller device, applying a placement policy, and interfacing the placement module with replica and server directory services, to generate tentative placements. However, Lumelsky does not teach the use of a transfer protocol comprising instructions for manipulating an identifier. Therefore, Lumelsky does not teach a location server operating in accordance with a transfer

protocol, the transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier.

Finally, Lumelsky teaches the use of replica and server directories to advise placement policy, illustrated in FIG. 6(a) and FIG. 6(b).[10] The *replica directory* records various statistics for identifiers, such as predicted demand, geography, demand volume, and time-to-live (col. 10, ll. 23-28). The *server directory* records information such as IP address or hostname and capacity rating (col. 10, ll. 42-46). However, Lumelsky does not teach the use of a *trans_fer protocol* comprising instructions for manipulating an identifier and at least one location associated with the identifier.

Lumelsky teaches the use of transport protocols for transmitting multimedia data, including videoconferencing, audio-visual data, and continuously streaming data. Lumelsky also teaches using a controller device and directory services for replicas and servers relating to placement policy of multimedia objects. However, Lumelsky does not teach the use of a transfer protocol comprising instructions for manipulating an identifier and at least one location associated with the identifier. For at least these reasons Applicants submit that claim 45 is patentable over Lumelsky.

## IV.    Rejections Under 35 U.S.C. § 103(a)

Applicants respectfully disagree with the Examiner's rejections under 35 U.S.C. § 103. Applicants submit that dependent claims 27-28 and 39 are allowable for at least the same reasons as provided above for their respective independent claims.

---

[10] See discussion of replica directory in Lumelsky, Col. 10, ll. 21-35, and server directory in Col. 10, ll. 36-62.

## V.    Conclusion

In light of the above, Applicants submit that claims 24-45 are in condition for allowance.  If any issues arise or questions remain, the Examiner is invited to contact the undersigned at the number listed below in order to expedite disposition of this case.

Respectfully submitted,

Kent E. Genin
Registration No. 37,834
Attorney for Applicants

BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO, ILLINOIS 60610
(312) 321-4200