# Exhibit 9

OIPE
NOV 0 1 2006
AP88
PATENT & TRADEMARK

"Express Mail" mailing label number <u>EV 316 041 955 US</u>

Date of Deposit: <u>November 1, 2006</u>

Our Case No. 11958/49

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | )<br>) |
| JOHN OVERTON et al. | )<br>) |
| Serial No. 09/872,736 | ) Examiner: Delgado, Michael A.<br>) |
| Filing Date: June 6, 2001 | ) Group Art Unit: 2144<br>) |
| For METHOD AND APPARATUS FOR MANAGING LOCATION INFORMATION IN A NETWORK | )<br>)<br>)<br>) |

## AMENDMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

In response to the Office Action dated August 24, 2006, please consider the following:

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application:

1. (Currently Amended) A system <u>having a plurality of location servers</u> for managing location information and providing location information to location queries, the system comprising:

<s>a transfer protocol comprising an identifier and at least one location associated with the identifier, wherein the identifier uniquely specifies an entity and wherein each location specifies a location of data in a network pertaining to the entity;</s>

a <u>first</u> location server containing <u>a first set of</u> location information corresponding to at least one entity, the location information <u>comprising an identifier and at least one location string associated with the identifier, wherein the identifier identifies an entity and the location string specifies a location of data pertaining to the entity</u> <s>formatted according to the transfer protocol, and wherein the location of data for the location comprises an application server in communication with the network</s>;

<u>a second location server comprising a second set of location information, wherein at least a portion of the second set of location information differs from the first set of location information;</u> and

programming logic stored on <u>each of the location servers</u> <s>the location server</s> responsive to a location query identifying a desired entity to return a location message, the location message comprising <s>all</s> <u>at least one location of data pertaining to</u> <s>locations associated with</s> the desired entity, <s>wherein the location server returns the location message</s> if the location server <u>receiving the location query</u> contains location information for the desired entity.

2. – 3. (Cancelled)

4. (Currently Amended) The system of claim 1, wherein the at least one location comprises a plurality of geographic locations, each of the geographic locations representing a position of the entity ~~an object~~ at a different time.

5. (Cancelled)

6. (Currently Amended) The system of claim 1[[5]], wherein the programming logic ~~stored at each of the location servers~~ further comprises logic responsive to the location query to return one of a location message or[[and]] a redirect message, wherein the location server receiving the query returns the location message if the queried location server contains location information for the desired entity, and wherein the queried location server returns a redirect message if the queried location server lacks location information for the desired entity, the redirect message comprising information for finding a ~~a list of at least one other~~ location server known to have location information relevant to the location query.

7. (Currently Amended) The system of claim 6, wherein the information for finding the location server known to have location information relevant to the location query ~~list of at least one other location server~~ comprises a list of [[all]] location servers ~~in the plurality of location servers~~ and a corresponding list of each of the entities having location information on the ~~respective~~ location servers.

8. (Currently Amended) The system of claim 1 [[5]], wherein each of the location servers stores at least a portion of the ~~total amount of~~ location information on a persistent storage device.

9. (Cancelled)

10. (Currently Amended) The system of claim 1, wherein the location information in the location server is maintained in an indexed location store indexed by a hash table.

11. (Cancelled)

Page 3 of 15

12. (Currently Amended) The system of claim 10, wherein the location query identifying the desired entity comprises a unique identifier for the desired entity, and wherein the programming logic stored on the location server further comprises programming logic for applying an index function to the unique identifier to retrieve at least a portion of the location information ~~locations~~ associated with the unique identifier in the indexed location store.

13. – 14. (Cancelled)

15. (Currently Amended) The system of claim 1[[6]], wherein the plurality of location servers are arranged in a network topology having a plurality of nodes organized in a logical hierarchy ~~tree structure~~, wherein each node comprises at least one location server and wherein each node is connected to at least one other node in the logical hierarchy ~~tree structure~~.

16. (Currently Amended) The system of claim 12, wherein the [[data]] location query is received at a [[data]] location server in a first node and wherein the redirect message comprises a list of at least one other location server in a node other than the first node that may ~~is known to~~ have [[data]] location information relevant to the location query.

17. (Currently Amended) A system having a plurality of location servers for managing location information and providing ~~data~~ location information to location queries, the system comprising:
~~a transfer protocol comprising an identifier and at least one location association, wherein the identifier uniquely specifies an entity and wherein each location specifies a location pertaining to the entity;~~
a plurality of location servers containing location information corresponding to a plurality of entities, the location information formatted according to a ~~the~~ transfer protocol configured for manipulating location information, and comprising at least one application server address, wherein the plurality of location servers are arranged in a ~~server~~ cluster topology such that each location server contains a unique set of location information ~~portion~~ of an aggregate set of the location information; and

because Lumelsky fails to teach or suggest a system for manipulating location information separately from the data to which the location data pertains.

For at least the above reasons, Applicants submit that claim 45 is allowable over the cited art.

### IV.    Rejections Under 35 U.S.C. § 103(a)

Applicants respectfully disagree with the Examiner's rejections under 35 U.S.C. § 103. Applicants submit that dependent claims 27-28 are allowable for at least the same reasons as provided above for independent claim 24. Claim 39 has been cancelled to expedite allowance of the remaining claims. Applicants reserve the right to refile claim 39 in a continuation application.

### V.    Reintroduction of Withdrawn Claims

In view of the August 9, 2006 interview and the clarification that the claims relate to systems and methods for manipulating location information, as opposed to data identified by the location information, Applicants have reintroduced claims 1, 4, 6-8, 10, 12, and 15-23 which all relate to manipulation of location information.

Independent claim 1 relates to a system for managing location information for an entity (e.g. data) separately from the entity itself, where location servers in the system each have differing sets of location information and are configured to return a location information for the desired entity (i.e. information on where to find the entity) if that location server contains the location information.

Independent claim 17 relates to a system for managing location information for data separately from the data itself, where, among other features, each of a plurality location servers are arranged in a cluster topology and, in response to a query, will return either the requested location information or a redirect message providing information on where to find a location server with the location information for the data.

Independent claim 21 recites a method for handling location queries where each of a plurality of location servers has a unique set of location information of an aggregate set of the location information. The method includes the steps of receiving an identifier for an entity, sending a location response with the location information of the entity if the

location server receiving the query possesses the location information, or sending a redirect message identifying another location server with the location information for the entity.

Applicants submit that each of the reintroduced claims, along with their respective dependent claims, distinguish over Lumelsky for at least one or more of the reasons provided above. Consideration and allowance of the reintroduced claims is respectfully requested.

## VI. Conclusion

In light of the above, Applicants submit that claims 1, 4, 6-8, 10, 12, 15-37 and 45 are in condition for allowance. Applicants further submit that the amendments to the claims are fully supported by the specification as filed. Applicants have cancelled claims 2-3, 5, 9, 11, 13-14 and 38-44 in order to expedite review and allowance of the remaining claims. Applicants reserve the right to refile these claims in a continuation application. If any issues arise or questions remain, the Examiner is invited to contact the undersigned at the number listed below in order to expedite disposition of this case.

Respectfully submitted,

_____
Kent E. Genin
Registration No. 37,834
Attorney for Applicants

BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO, ILLINOIS 60610
(312) 321-4200