IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly |

_____

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF AMAZON'S MOTION TO EXCLUDE OPINIONS OF DR. GOODRICH AND MR. BERGMAN**
_____

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("Amazon") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and the District of Columbia, and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of Amazon's Motion to Exclude Opinions of Dr. Goodrich and Mr. Bergman, filed February 16, 2024.

2. Attached as Exhibit 1 is a true and correct copy of Exhibit A to Kove's Fourth Amended Infringement Contentions, served March 20, 2023.

3. Attached as Exhibit 2 is a true and correct copy of Exhibit B to Kove's Fourth Amended Infringement Contentions, served March 20, 2023.

4. Attached as Exhibit 3 is a true and correct copy of Exhibit C to Kove's Fourth Amended Infringement Contentions, served March 20, 2023.

5. Attached as Exhibit 4 is a true and correct copy of Exhibit D to Kove's Fourth Amended Infringement Contentions, served March 20, 2023.

6. Attached as Exhibit 5 is a true and correct copy of Exhibit E to Kove's Fourth Amended Infringement Contentions, served March 20, 2023.

7. Attached as Exhibit 6 is a true and correct copy of a Non-Final Office Action in Application No. 09/872,736 ('978 patent), dated August 22, 2005.

8. Attached as Exhibit 7 is a true and correct copy of a Final Office Action in Application No. 09/872,736 ('978 patent), dated June 1, 2006.

9. Attached as Exhibit 8 is a true and correct copy of Kove's Patent Owner's Response to a Non-Final Office Action in Application No. 09/872,736 ('978 patent), dated February 22, 2006.

10. Attached as Exhibit 9 is a true and correct excerpted copy of Kove's Patent Owner's Response to a Non-Final Office Action in Application No. 09/872,736 ('978 patent), dated November 1, 2006.

11. Attached as Exhibit 10 is a true and correct copy of a Notice of Allowability in Application No. 09/872,736 ('978 patent), dated February 13, 2007.

12. Attached as Exhibit 11 is a true and correct copy of the Expert Report of Jim W. Bergman, dated July 3, 2023.

13. Attached as Exhibit 12 is a true and correct excerpted copy of the transcript from the deposition of Jim Bergman, taken on September 19, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2024.

                                                                         */s/ R. William Sigler*
                                                                          R. William Sigler