## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.
                              Plaintiff,

v.                                             Case No.: 1:18−cv−08175
                                                                     Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, February 18, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motions for leave to file under seal [744] [747] are granted. Redacted versions are to be filed in the public record. The under−seal version filed in CMECF must be a complete and unredacted version of the party's submission, including all exhibits. In addition, each party is directed to submit to Judge Kennelly's chambers (Room 2188), at or shortly after the time of filing, a USB drive with the complete, under−seal version of its Daubert motion/motion in limine submissions, including responses. A copy of the final pretrial order is likewise to be submitted to chambers on a USB drive. Finally, plaintiff's previously−filed motion for sanctions [679] [683] is terminated without prejudice based upon the refiling of the motion. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.