# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.
                              Plaintiff,

v.                                                    Case No.: 1:18−cv−08175
                                                      Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 20, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Response to plaintiff's motion to bifurcate [750] is to be filed by 2/27/2024. No reply may be filed unless requested by the Court. Telephonic motion hearing, unless deemed unnecessary by the Court, is set for 3/4/2024 at 9:05 AM, using call−in number 888−684−8852, access code 746−1053. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.