# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.
                        Plaintiff,

v.                                                     Case No.: 1:18−cv−08175
                                                            Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 21, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: At the request of defendant's counsel, the telephonic motion hearing set for 3/4/2024 is vacated and reset to 3/5/2024 at 9:15 a.m. The following call−in number will be used: 888−684−8852; access code 746−1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.