IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Matthew F. Kennelly <br><br> Jury Trial Demanded |

### PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL JASON SHEASBY

Pursuant to Local Rule 83.17, the undersigned respectfully requests leave to withdraw the appearance of Jason Sheasby as counsel on behalf of Plaintiff Kove IO, Inc. ("Kove").

Plaintiff will continue to be represented by counsel from the firm Reichman Jorgensen Lehman & Feldberg LLP. Counsel respectfully submits that Kove will not be prejudiced by the withdrawal of Jason Sheasby.

WHEREFORE, Kove respectfully requests that the Court enter an order granting this motion and withdrawing the appearance of Jason Sheasby as counsel for Kove.

| | |
|---|---|
| Dated: February 21, 2024 | Respectfully submitted, |
| | /s/ Courtland L. Reichman |
| Khue V. Hoang (*pro hac vice*)<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia (*pro hac vice*)<br>jcardenas-navia@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>400 Madison Avenue, Suite 14D<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>Facsimile: (650) 560-3501 | Renato Mariotti (State Bar No. 6323198)<br>renatto.mariotti@bclplaw.com<br>Holly H. Campbell (State Bar No. 6320395)<br>holly.campbell@bclplaw.com<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>161 North Clark Street, Suite 4300<br>Chicago, IL 60601<br>Telephone: (312) 602-5000 |
| Christine E. Lehman (*pro hac vice*)<br>clehman@reichmanjorgensen.com<br>Adam Adler (*pro hac vice*)<br>aadler@reichmanjorgensen.com<br>Philip Eklem (*pro hac vice*)<br>peklem@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>1909 K Street, NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 894-7310<br>Facsimile: (650) 560-3501 | Courtland L. Reichman (*pro hac vice*)<br>creichman@reichmanjorgensen.com<br>Shawna L. Ballard (*pro hac vice*)<br>sballard@reichmanjorgensen.com<br>Savannah Carnes (*pro hac vice*)<br>scarnes@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Facsimile: (650) 560-3501 |
| Amy L. Ruhland (*pro hac vice*)<br>aruhland@reichmanjorgensen.com<br>Taylor Mauze (*pro hac vice*)<br>tmauze@reichmanjorgensen.com<br>Navid Bayar (*pro hac vice*)<br>nbayar@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>901 S. Mopac Expressway, Building 1, Suite 30<br>Austin, TX 78746<br>Telephone: (650) 623-1401<br>Facsimile: (650) 560-3501 | ***ATTORNEYS FOR PLAINTIFF<br>KOVE IO, INC.*** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Courtland L. Reichman*
Courtland L. Reichman