IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly |

**DECLARATION OF JEFFREY SALTMAN IN SUPPORT OF AWS'S REDACTIONS TO KOVE'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE AND MOTION TO EXCLUDE CERTAIN EXPERT OPINIONS**

I, Jeffrey Saltman, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of the redactions of AWS's confidential information in Kove's Motion for Sanctions for Spoliation of Evidence and Motion to Exclude Certain Expert Opinions (Dkt. 748).

2. Kove's Motion contains AWS confidential information. AWS has prepared a redacted version. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information identifies the specific subcomponents of the S3 and DynamoDB systems and AWS's document

retention policies. AWS doesn't publicly disclose this information, including specific information identifying the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

3. Exhibits A, B, H, X, and RR don't contain AWS's confidential information. To the extent they contain Kove confidential information, Kove should prepare public versions of these documents. If they don't contain Kove confidential information, AWS agrees they can be filed on the public docket.

4. Exhibits GG to MM, QQ, AAA, and CCC to EEE also don't contain any AWS confidential information and can be filed on the public docket.

5. AWS has either partially or entirely redacted the remaining exhibits. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information generally includes: the identification of the specific subcomponents of the S3 and DynamoDB systems, information explaining how the S3 and DynamoDB systems work and are designed, including source code, specific metrics AWS collects relating to the performance of its S3 and DynamoDB products, details regarding AWS's confidential agreements with third parties, and AWS witness testimony and confidential internal explanatory documentation relating to each of these categories. Public disclosure of the information within any of the categories listed above would cause AWS competitive harm. I explain the confidential nature of each of these categories of information below.

6. Exhibits F, U, TT to YY, ZZ.1, ZZ.2, and BBB should be sealed in their entirety. These exhibits contain detailed information regarding the content of specific metrics AWS collects

relating to the performance of its S3 and DynamoDB products, as well as detailed information relating to the specific subcomponents of the S3 and DynamoDB systems along with how they are arranged and their functions.

7. Exhibits NN and PP should also be sealed in their entirety. These contain confidential financial information and information regarding AWS's confidential licensing agreements. This information could be used by competitors and investors to gain competitive advantage and undue insight into AWS's internal business practices. Further, the agreements are subject to confidentiality provisions with third parties.

8. Information specific subcomponents of the S3 and DynamoDB systems has been redacted from has been redacted from Exhibits C to E, G, I to T, V, W, Y to BB, DD to FF, SS, and FFF to NNN. AWS doesn't publicly disclose specific information identifying the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

9. Exhibits I to T, V to W, Y to BB, DD to FF, and FFF to NNN contain detailed information regarding the content of specific metrics AWS collects relating to the performance of its S3 and DynamoDB products, as well as detailed information relating to the specific subcomponents of the S3 and DynamoDB systems along with how they are arranged and their functions. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

10. Exhibits C, L, T, Y, OO, NN to PP, and GGG to III contain confidential AWS financial data and information regarding AWS's confidential licensing agreements. This information could be used by competitors and investors to gain competitive advantage and undue insight into AWS's internal business practices. Further, the agreements are subject to confidentiality provisions with third parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2024.

*/s/ Jeffrey Saltman*
Jeffrey Saltman