**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Matthew F. Kennelly <br><br> Jury Trial Demanded |

**DECLARATION OF SAVANNAH CARNES IN SUPPORT OF PLAINTIFF KOVE IO, INC.'S REDACTIONS TO EXHIBIT OO TO KOVE'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE AND MOTION TO EXCLUDE CERTAIN EXPERT OPINIONS**

I, Savannah Carnes, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the State of California, and I have been admitted to appear in this case pro hac vice. Unless otherwise stated, I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's Redactions to Exhibit OO to its Motion for Sanctions for Spoliation of Evidence and Motion to Exclude Certain Expert Opinions.

3. Amazon prepared redacted versions of Kove's Motion for Sanctions for Spoliation of Evidence and Motion to Exclude Certain Expert Opinions (Dkt. 748), the corresponding

Declaration of Dr. Michael T. Goodrich (Dkt. 748-1), and Exhibits C–G, I–W, Y–KK, NN–QQ, SS–ZZ, and BBB–NNN and provided them to Kove.

4.  Additionally, Kove partially redacts Exhibit OO pursuant to the parties' agreed Protective Order (Dkt. 55). The redactions are narrowly tailored to specifically target information that is either designated as Highly Confidential pursuant to this Court's Protective Order, or otherwise discusses or relates to information designated as Confidential or Highly Confidential pursuant to this Court's Protective Order. The redacted information generally includes discussions relating to Kove confidential financial data, the disclosure of which could be used by competitors and investors to gain competitive advantage and cause Kove competitive harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 22, 2024          /s/ *Savannah Carnes*
                                        Savannah Carnes