# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | |
| | Hon. Matthew F. Kennelly |
| v. | |
| | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

# DECLARATION OF DR. MICHAEL T. GOODRICH

I, Michael T. Goodrich, hereby declare as follows:

1. I have been asked by Patent Owner Kove IO, Inc. ("Kove") to offer my expert opinions in the above-captioned matter. I submit this declaration in support of Kove's Motion for Sanctions for Spoliation of Evidence.

## I. BACKGROUND AND QUALIFICATIONS

2. My complete qualifications and professional experiences are described in my curriculum vitae, which is attached as Exhibit 1 to this declaration. Exhibit 1 also includes a list of my publications.

3. The following is a brief summary of my qualifications and professional experiences that are relevant to this matter. My expertise qualifies me to do the type of analysis required in this case in the field of computer science, including algorithms, data structures, distributed computing, databases, and high-performance computing.

4. I received my Doctor of Philosophy (Ph.D.) degree in Computer Science from Purdue University (West Lafayette, Indiana) in 1987. I also earned a Master's Degree in Computer Science from Purdue University 1985, as well as a Bachelor's Degree in Mathematics and Computer Science in 1983 from Calvin University (Grand Rapids, Michigan).

5. I am currently a Distinguished Professor in the Department of Computer Science at the University of California in Irvine ("UC Irvine"), where I have held several professorial positions since joining the faculty in 2001. For example, I joined UC Irvine as a full Professor in 2001 and was awarded the title of Chancellor's Professor in 2007 and Distinguished professor in 2019. The Distinguished Professor title is a campus-level distinction and is reserved for above scale senate faculty who have achieved the highest levels of scholarship over the course of their careers. Distinguished Professors will typically have earned national and international level

distinctions and honors of the highest level.[1] I was also the Associate Dean for Faculty Development of the Bren School of Information and Computer Science from 2006 to 2012, as well as the chair of the Department of Computer Science from 2012 to 2013.

6. Prior to joining the faculty of UC Irvine, I was a Professor of Computer Science at Johns Hopkins University from 1996 to 2002. In 2000 I held the position of Visiting Professor of Computer Science at Brown University. I was also an Associate Professor of Computer Science at Johns Hopkins from 1992 to 1996. In 1994 I held the position of Visiting Associate Professor of Computer Science at the University of Illinois, Urbana-Champaign. Prior to being an Associate Professor, I was an Assistant Professor of Computer Science at Johns Hopkins from 1987 to 1992.

7. I am the recipient of prizes, honors, and awards for my academic achievements and contributions, which are listed Exhibit 1. For example, in 2019 I was named a Distinguished Professor by UC Irvine for achieving "the highest levels of scholarship" over the course of a career and having "earned national and international level distinctions and honors of the highest level." For example, I have been elected as a foreign member of the Royal Danish Academy of Sciences and Letters. In 2014, I received the ICS Dean's Award for Research "for contributions in the area of parallel and distributed algorithms." In 2009, I became a Fellow of both the Institute of Electrical and Electronics Engineers (IEEE) and of the Association for Computing Machinery (ACM) "for contributions to parallel and distributed algorithms for combinatorial and geometric problems" and "contributions to data structures and algorithms for combinatorial and geometric problems," respectively. In 2007 I was named as Chancellor's Professor by UC Irvine for having "demonstrated unusual academic merit" and "continued promise for scholarly achievement [that] is unusually high."

---

[1] *See, e.g.*, https://ap.uci.edu/titles-of-distinction/distinguished-professor/.

8. I am a co-inventor of four U.S. patents in the areas of information assurance, distributed computing, Internet searching, and geometric modeling (e.g., for animation and video production), including U.S. Patent 7,257,711, titled "Efficient Authenticated Dictionaries with Skip Lists and Commutative Hashing," U.S. Patent No. 7,299,219, titled "High Refresh-Rate Retrieval of Freshly Published Content using Distributed Crawling," U.S. Patent No. 8,681,145, titled "Attribute Transfer Between Computer Models Including Identifying Isomorphic Regions in Polygonal Meshes," and U.S. Patent No. 9,152,716, titled "Techniques for Verifying Search Results Over a Distributed Collection."

9. I have authored or contributed to numerous works that have been published and widely cited. For example, I am the co-author of 15 books and monographs on the subjects of data structures, algorithms, and their design. I have also authored or co-authored 12 book chapters in areas ranging from distributed computing, to geometric and peer-to-peer data structures, to algorithms for searching, sorting, and selecting. I have also authored or coauthored over 350 peer-reviewed publications, including journal papers and peer-reviewed conference papers, in the areas of computer science, including algorithms, data structures, distributed computing, databases, and high-performance computing. Exhibit 1 includes a list of books, chapters, papers, and other publications to which I have published as an author or co-author. For example, I have coauthored several books concerning algorithms, data structures, and computer security, including *Algorithm Design and Applications*, published by Wiley, and *Introduction to Computer Security*, published by Pearson. Some of these books have been translated into Chinese, Greek, Portuguese, and Spanish.

10. According to Google Scholar, works that I have authored or co-authored have been cited over 17,500 times. I also have an "H-index" (top H publications with at least H citations) of 72 and an i10-index (number of publications with at least 10 citations) of over 200.

11. I have over 35 years of experience in computer science, including the topics of algorithm design, data structures, networking, mobile devices, computer security, caching and mass storage optimization, parallel and distributed computing, and high-performance computing. For example, I was a co-principal investigator ("co-PI") on a $1.6M grant awarded in 1997 from the National Science Foundation on a networked computing environment for the manipulation and visualization of geometric data, I was co-PI on a $500K grant awarded in 2008 from the Office of Naval Research on scalable methods for the analysis of network-based data, and I was PI on a $500K grant awarded in 2010 from the National Science Foundation on trustworthy interactions in cloud computing. In addition, publications dealing with networking and/or caching and mass storage optimization include (using the numbering in my CV) journal articles J-26, J-38, J-56, J-61, J-62, J-78, J-83, and peer-reviewed conference publications C-33, C-41, C-49, C-102, C-106, C-127, C-134, C-139, C-152, C-157, C-173, C-177, C-182, and C-188. For instance, in my journal article J-56, my coauthors and I study methods for partitioning data into push and pull regions so as to optimize communication costs between a server and several clients. In my capacity as a Distinguished Professor at University of California, Irvine, my responsibilities include teaching undergraduate and graduate students, performing research in computer science, mentoring PhD students and postdoctoral fellows, and serving on various university committees.

12. I have taught undergraduate and graduate courses concerning algorithms, data structures, software design, networking, and computer security, beginning with my work as a graduate student at Purdue in 1983 and continuing as a professor at Johns Hopkins and University

of California, Irvine. In addition, I have taught courses on algorithms and Internet technologies during sabbaticals at the University of Illinois and Brown University, respectively. I supervise a research team that has, over the years, comprised 25 PhD students and 9 postdoctoral fellows.

## II. IMPACT OF THE MISSING DATA TO MY ANALYSIS.

13. I have evaluated the technical benefits of Kove's inventions with respect to Amazon S3 and Amazon DynamoDB (the Accused Products) from 2012-2020, and provided my opinions regarding how and to what extent Kove's inventions improved the performance of the Accused Products. I submitted a report with respect to such opinions, and the evidence supporting them, on July 3, 2023.

14. I understand that AWS maintains a system for collecting, tracking, and reviewing performance metrics for the Accused Products, including metrics relating to their speed, availability, throughput, and scalability.

15. As discussed in my July 3rd Report, AWS's performance metrics are evidence of the technical benefits of Kove's inventions. For example, some of the metrics indicate how much or how frequently AWS relies on the accused components. As another example, some of the metrics allow comparison between the performance of the accused products with the accused components against the performance of the products without the accused components. I have experience reviewing performance metrics of this kind when evaluating the performance or benefits of products, features, or components.

16. Counsel has informed me that AWS failed to preserve certain performance metrics, and that, as a result, such metrics were only available for, at most, ▆▆▆▆ prior to the time they were pulled. This is consistent with my review of the metrics data I was provided, which confirms that most of the data AWS has produced only show data from ▆▆ onwards. I have reviewed the

spreadsheet submitted as Exhibit A and confirm that it identifies some of the performance metrics for which data is missing.

17. The loss of data prevented me from reviewing the missing data or otherwise incorporating it into my analysis. I would have considered the missing data referenced in Exhibit U for purposes of forming my opinions in this matter if that data had been available to me.

18. The relevant analysis in my report regarding the technical benefits of Kove's patents to AWS, S3, and DynamoDB was based on the performance metrics data provided to me, which, as I noted, was primarily for ████████. To compensate for the data that I understand to have been destroyed, I used the data that was produced to estimate the data going back in time. This process is referred to as extrapolation.

19. If AWS had preserved its metrics, I would have had years of additional data, which would have reduced the size of the extrapolation period.

20. AWS's expert, Dr. Grama, criticized certain of my estimates and extrapolations relating to the destroyed data. *See, e.g.,* Rebuttal Expert Report of Ananth Grama ¶¶ 441, 445. Had such data not been lost and instead been provided to me, I would have been able to utilize them, and Dr. Grama would not have been able to criticize my extrapolations for the missing time periods.

21. I declare under penalty of perjury under the laws of California and the United States of America that the above facts are true and correct.

Executed on February 15, 2024, in Irvine, California.

*[signature: Michael T. Goodrich]*

                                                    Dr. Michael T. Goodrich