# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

## DECLARATION OF SAVANNAH CARNES IN SUPPORT OF KOVE IO, INC.'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE AND MOTION TO EXCLUDE CERTAIN EXPERT OPINIONS

I, Savannah Carnes, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the State of California, and I have been admitted to appear in this case pro hac vice. Unless otherwise stated, I have personal knowledge of the matters set forth herein and in the motion. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's Motion for Sanctions for Spoliation of Evidence and Motion to Exclude Certain Expert Opinions.

3. Exhibit A is a true and correct copy of excerpts of Plaintiff's First Set of Requests for Production of Documents and Things (Nos. 1-119), dated June 10, 2019.

4. Exhibit B is a true and correct copy of excerpts of Plaintiff's Fourth Set of Interrogatories (Nos. 12-16), dated March 13, 2020.

5. Exhibit C is a true and correct copy of a letter from Michael Marvin to Terri Mascherin, dated May 28, 2020.

6. Exhibit D is a true and correct copy of a letter from Adam Adler to Elizabeth Bernard, dated March 5, 2021.

7. Exhibit E is a true and correct copy of Kove's Second Supplemental Notice of Deposition of Amazon, dated July 28, 2020.

8. Exhibit F is a true and correct copy of Exhibit A to AWS's Initial Noninfringement Contentions, served on August 16, 2019.

9. Exhibit G is a true and correct copy of Kove's Final Infringement Contentions Under Local Patent Rule 3.1, dated February 13, 2020.

10. Exhibit H is a true and correct copy of a letter from Michael Marvin to Tim Barron, dated June 2, 2020.

11. Exhibit I is a true and correct copy of a letter from Michael Marvin to Tim Barron, dated October 15, 2020.

12. Exhibit J is a true and correct copy of a letter from Taylor Mauze to Jeffrey Saltman, dated July 29, 2021.

13. Exhibit K is a true and correct copy of a letter from Adam Adler to Jeffrey Saltman, dated August 26, 2021.

14. Exhibit L is a true and correct copy of a letter from Adam Adler to Jeffrey Saltman, dated December 14, 2022.

15. Exhibit M is a true and correct copy of a Declaration of Donal Walsh, executed January 10, 2023.

16. Exhibit N is a true and correct copy of excerpts of Kove's Seventh Set of Interrogatories to AWS (Nos. 19-22), dated October 2, 2020.

17. Exhibit O is a true and correct copy of excerpts of Kove IO, Inc.'s Fifth Set of Requests for Production of Documents and Things to Amazon Web Services, Inc. (Nos. 128-133), dated October 2, 2020.

18. Exhibit P is a true and correct copy of excerpts of the deposition of Donal Walsh 30(b)(6), taken on April 21, 2023.

19. Exhibit Q is a true and correct copy of excerpts of the deposition of Donal Walsh, taken on June 14, 2023.

20. Exhibit R is a true and correct copy of excerpts of the deposition of Shiv Pal Singh, taken on April 19, 2023.

21. Exhibit S is a true and correct copy of an e-mail from Jeff Saltman to RJ_Kove_AWS, dated May 15, 2023.

22. Exhibit T is a true and correct copy of a letter from Adam Adler to Jeffrey Saltman, dated May 12, 2023.

23. Exhibit U is a true and correct copy of the Metrics Appendix compiled by Kove, dated February 15, 2024.

24. Exhibit V is a true and correct copy of excerpts of the deposition of Donal Walsh, taken on August 25, 2021.

25. Exhibit W is a true and correct copy of a letter from Adam Adler to Jeffrey Saltman, dated March 18, 2022.

26. Exhibit X is a true and correct copy of a letter from Jeffrey Saltman to Adam Adler, dated April 1, 2022.

27.     Exhibit Y is a true and correct copy of a letter from Jeffrey Saltman to Adam Adler, dated June 13, 2023.

28.     Exhibit Z is a true and correct copy of an e-mail from Savannah Carnes to Jeffrey Saltman, dated June 2, 2023.

29.     Exhibit AA is a true and correct copy of an e-mail from Jeffrey Saltman to Savannah Carnes, dated June 12, 2023.

30.     Exhibit BB is a true and correct copy of an e-mail from Savannah Carnes to Jeffrey Saltman, dated May 19, 2023.

31.     Exhibit CC is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Ananth Grama, served by Amazon on August 18, 2023.

32.     Exhibit DD is a true and correct copy of a letter from Adam Adler to Jeffrey Saltman, dated May 4, 2023.

33.     Exhibit EE is a true and correct copy of an e-mail from Jeffrey Saltman to Savannah Carnes, dated May 25, 2023.

34.     Exhibit FF is a true and correct copy of a Declaration of Shiv Pal Singh, executed January 10, 2023.

35.     Exhibit GG is intentionally omitted.

36.     Exhibit HH is intentionally omitted.

37.     Exhibit II is intentionally omitted.

38.     Exhibit JJ is intentionally omitted.

39.     Exhibit KK is intentionally omitted.

40.     Exhibit LL is a true and correct copy of Appx. E-1 to the Expert Report of Joseph B. Greene, served by Amazon on July 3, 2023.

41. Exhibit MM is a true and correct copy of Appx. E to the Expert Report of Joseph B. Greene, served by Amazon on July 3, 2023.

42. Exhibit NN is a true and correct copy of excerpts of the Expert Report of Melissa Bennis, served by Amazon on August 18, 2023.

43. Exhibit OO is a true and correct copy of excerpts of the deposition transcript of Melissa Bennis, taken on September 1, 2023.

44. Exhibit PP is a true and correct copy of excerpts of the Expert Report of Jim W. Bergman, served by Kove on July 3, 2023.

45. Exhibit QQ is intentionally omitted.

46. Exhibit RR is a true and correct copy of Plaintiff's First Set of Interrogatories (Nos. 1-6), served by Kove on June 10, 2019.

47. Exhibit SS is a true and correct copy of Supplemental and Amended Responses to Plaintiff's First Set of Interrogatories (Nos. 1-6), served by Amazon on April 13, 2023.

48. Exhibit TT is a true and correct copy of excerpts of the Corrected Opening Expert Report of Michael Goodrich, served by Kove on July 6, 2023.

49. Exhibit UU is a true and correct copy of Second Amended Final Noninfringement Contentions of Defendant Amazon Web Services, Inc., served on March 21, 2023.

50. Exhibit VV is a true and correct copy Exhibit A to the Second Amended Final Noninfringement Contentions of Defendant Amazon Web Services, Inc., served on March 21, 2023.

51. Exhibit WW is a true and correct copy Exhibit B to the Second Amended Final Noninfringement Contentions of Defendant Amazon Web Services, Inc., served on March 21, 2023.

52. Exhibit XX is a true and correct copy Exhibit C to the Second Amended Final Noninfringement Contentions of Defendant Amazon Web Services, Inc., served on March 21, 2023.

53. Exhibit YY is a true and correct copy Exhibit D to the Second Amended Final Noninfringement Contentions of Defendant Amazon Web Services, Inc., served on March 21, 2023.

54. Exhibit ZZ is a true and correct copy Exhibit E to the Second Amended Final Noninfringement Contentions of Defendant Amazon Web Services, Inc., served on March 21, 2023.

55. Exhibit AAA is a true and correct copy of United States Patent No. 7,233,978, dated June 19, 2007.

56. Exhibit BBB is a true and correct copy of excerpts of the Supplemental Expert Report of Dr. Ananth Grama, served by Amazon on September 1, 2023.

57. Exhibit CCC is intentionally omitted.

58. Exhibit DDD is intentionally omitted.

59. Exhibit EEE is intentionally omitted.

60. Exhibit FFF is a true and correct copy of excerpts of the deposition of Alyssa Henry, taken on February 21, 2023.

61. Exhibit GGG is a true and correct copy of a letter from Jaime Cardenas-Navia to Elizabeth Bernard, dated February 8, 2021.

62. Exhibit HHH is a true and correct copy of a letter from Adam Adler to Jeffrey Saltman, dated April 30, 2021.

63. Exhibit III is a true and correct copy of excerpts of Kove IO, Inc.'s Seventh Set of Requests for Production of Documents and Things to Amazon Web Services, Inc. (Nos. 184-206), dated February 12, 2021.

64. Exhibit JJJ is a true and correct copy of a Declaration of James Kirschner, executed January 10, 2023.

65. Exhibit KKK is a true and correct copy of excerpts of Kove IO, Inc.'s Sixth Set of Requests for Production of Documents and Things to Amazon Web Services, Inc. (Nos. 134-183), dated February 5, 2021.

66. Exhibit LLL is a true and correct copy of excerpts of Supplemental Response and Objections of Amazon Web Services, Inc. to Plaintiff's Seventh Set of Interrogatories (No. 22), dated August 18, 2021.

67. Exhibit MMM is a true and correct copy of excerpts of Kove IO, Inc.'s Eighth Set of Requests for Production of Documents and Things to Amazon Web Services, Inc. (Nos. 207-219), dated June 11, 2021.

68. Exhibit NNN is a true and correct copy of the Amended Supplemental Declaration of Donal Walsh, executed June 13, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 16, 2024          /s/ Savannah Carnes
                                        Savannah Carnes