# Exhibit L

██████████████



Adam Adler
1909 K Street, NW Suite 800
Washington, DC 20006
(650) 623-1480
aadler@reichmanjorgensen.com

December 14, 2022

**By Email**

| | |
|---|---|
| Jeffrey Saltman | Lisa Phillips |
| Fisch Sigler LLP | Fisch Sigler LLP |
| 5301 Wisconsin Ave NW 4th Fl. | 5301 Wisconsin Ave NW 4th Fl. |
| Washington, DC 20015 | Washington, DC 200015 |
| Jeffrey.Saltman@fischllp.com | Lisa.Phillips@fischllp.com |

RE: *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Dear Counsel,

I write to summarize the parties' discussion and agreed-upon next steps arising from our December 12, 2022 meeting. Given the number of outstanding issues and the Court's directive that the parties try to resolve issues on their own, we would like to schedule another meeting for early next week to discuss the status of AWS's investigations and the various proposals summarized below.

We are available on Monday (12/19) at 3:00 PM ET, or on Tuesday (12/20) at 1:00 PM ET. Please let us know if either time works for you, and I will circulate a calendar invitation.

*ESI Productions*

AWS has not produced any supplemental ESI from Mr. Kelman relating to SimpleDB. AWS stated that it believed it had included additional documents in its November 30, 2022 production, and agreed to check with its ESI vendor to identify any documents that had been inadvertently omitted. We look forward to your update on this issue.[1]

AWS agreed to provide a metadata overlay for non-privileged documents early next week.

With respect to privileged documents, AWS stated it would provide a supplemental privilege log in January will contain the metadata Kove seeks, including "From," "To," "Date Sent" and "Subject" information.

*Wiki Productions*

AWS agreed to reproduce the "Improperly Formed Wikis" identified in the spreadsheet attached to Kove's December 6 letter. Please provide an update on the status of this production by December 19.

*SimpleDB Productions*

AWS's SimpleDB production is missing several categories of documents, including pre-2018 documents, particularly pre-redesign documents. AWS stated that it would check with the

---
[1] AWS asked Kove to confirm that its production did not skip any Bates numbers. Kove has reviewed AWS Production Volume 64 and has not identified any malformed or non-consecutive Bates numbers.

relevant individuals at AWS to determine whether additional responsive documents exist. AWS stated it would have an update early next week.

### *Nathan Hunt Deposition*

Kove plans to proceed with the deposition of Nathan Hunt on December 23. We request an 8:00 AM PT start time; AWS will inquire whether Mr. Hunt can start then.

### *The Parties' December 16 Status Report*

**Kove's Finance Motion (Dkt. 405).**

Category 1: ██████████████████████████████████████████

AWS is searching for this information and will produce any additional ██████ it is able to locate on a rolling basis. AWS was not able to provide more information as to which categories of ██████ is available. AWS will provide an update early next week.

Category 2: Internal accounting documents

AWS confirmed it is searching for documents and information in connection with each of the four sub-categories identified in Kove's 12/6/22 letter (at 2-3), including documents ██████ ████████████████████████████████████ as described in AWS's 12/12/22 letter (at 5).

With respect to ████████████████████ (the first two internal accounting sub-categories in Kove's 12/6 letter), AWS stated it has located the requested ████████████ ██████ for S3 and will produce the data early next week. AWS is still searching for the requested information for DynamoDB and will provide an additional update next week.

Kove also asked AWS to provide documents and information sufficient to show how and where ████████████████████████ for on the accused products' profit and loss statements. AWS said it would consider Kove's proposal.

As for marginal costs, AWS stated it has located marginal cost information for several usage categories starting ██████ and that its search is ongoing. Kove asked AWS to make sure its search includes analogous information from ██████. AWS agreed to do so.

Finally, AWS confirmed it is searching for "Management Allocation Reports" and will produce them if they are found and contain new information.

Categories 3 & 4: ████████████████████████████████████████████████ ████████████████████████████████████████

AWS confirmed it has access to the information Kove requested for Categories 3 and 4, but that it will not produce it on grounds of burden. Instead, AWS stated that it would search for contemporaneously generated analyses that may contain the information Kove seeks.

AWS was unable to provide any detail as to the amount of information it would be able to locate, the years that information would cover, or the substance that it would be able to locate. AWS stated it would not be able to provide any of this information until December 30, 2022. However, AWS agreed that its searches would likely not yield much (if any) of the requested information in connection with AWS's ████████████.

Kove explained that AWS's proposal was unacceptable, as it will not yield the information Kove is entitled to.

Category 5: Interrogatory supplementation

Kove explained that, in the event AWS is unable to locate documents that contain the information Kove seeks with respect to any of the outstanding categories, AWS should provide the requested information in supplemental interrogatory responses. AWS stated it would consider Kove's request.

Category 6: Documents responsive to Kove RFPs dating back to 2006

AWS stated it has not limited its search for any documents based on date, and that AWS has produced all documents responsive to Kove's request that it was able to locate.

**Kove's Hardware/Metrics Motion (Dkt. 409).**

Category 1: ▮

AWS stated it is still investigating the information it has available with respect to Kove's request for cost, capacity, and utilization data. Kove stated it may be willing to accept representative data from throughout the damages period as a potential compromise. AWS will let Kove know whether that could work for AWS. AWS further agreed to provide Kove with additional information as its investigation continues.

With respect to AMZ_KOVE_00091123, AWS stated that the data used to generate the statistics in that document are no longer available. AWS agreed to consider whether it would be willing to provide a sworn statement attesting to that fact.

AWS also agreed to search for cost, capacity, and utilization data for SimpleDB, and to provide Kove with an update as additional information becomes available.

Category 2: ▮

AWS stated it has located  ▮ AWS will produce this information next week.

With respect to Kove's request for additional information regarding the ▮ in DynamoDB ▮, AWS asked Kove to clarify the information Kove seeks. Kove directed AWS to AMZ_KOVE_000463930-463937. AWS stated it would investigate and provide additional information as it becomes available.

With respect to Kove's request for information regarding the ▮ AWS stated its investigation is ongoing and that it is trying to determine whether the information Kove seeks exists or, alternatively, whether AWS has a proxy that could be used instead of the requested information. AWS stated it would provide additional information as it becomes available.

Category 3: Identification of Most Significant Metrics or Metrics Reports Relating to Speed, Availability, Durability, and Scalability.

AWS confirmed that it has identified significant metrics for S3 and expects to produce additional documents shortly. AWS further stated that it is continuing to investigate whether it can identify significant metrics for DynamoDB and expects to have more information next week. AWS agreed to supplement its response to Interrogatory 14 so that Kove can inquire as to the meaning, substance, and significance of these significant metrics in depositions.

Category 4: Documents Relating to Predecessor Products, Including S4, Fargo, and SimpleDB

AWS confirmed it completed its non-ESI productions with respect to this category, aside from the SimpleDB issues discussed above.

**Kove's Request for Detailed Declarations and Document Depositions.**

Kove explained that AWS's productions and sworn witness testimony suggest that AWS has additional information and documents to produce with respect to each category of information at issue in the currently-pending motions. Kove further explained that its declaration/deposition proposal will allow the parties to resolve disputes about the sufficiency of AWS's search and productions without the need for additional judicial intervention.

AWS stated that it may be open to Kove's proposal, provided that Kove is willing to agree to reasonable parameters regarding the scope and timing of the depositions. AWS agreed to follow-up with Kove to discuss whether a compromise on this issue would be feasible.

AWS also agreed to let Kove know whether it would be willing to provide a detailed declaration that describes its search for internal accounting documents, given that it has already agreed to designate Nathan Hunt as a corporate representative on similar issues. AWS agreed to let Kove know by the end of this week if AWS would be willing to adopt this approach.

Best Regards,

Adam Adler