# Exhibit N

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Amazon Web Services, Inc.,<br><br>　　　　　　Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Rebecca R. Pallmeyer<br><br>Jury Trial Demanded |

### KOVE'S SEVENTH SET OF INTERROGATORIES TO AWS (NOS. 19-22)

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff Kove IO, Inc. ("Kove") requests that Defendant Amazon Web Services, Inc. ("AWS") answer the following interrogatories ("Interrogatories") within 30 days of service hereof, in writing and under oath.

### DEFINITIONS

The following Interrogatories are to be answered with reference to the definitions set forth below, each of which shall be deemed to be a material part of each Interrogatory.

1. "AWS," "Defendant," "You," and "Your" mean AWS Web Services, Inc. and any of its corporate parents, subsidiaries, divisions, or departments, and any of its present or former officers, directors, employees, members, representatives, or any others acting on its behalf.

2. "Kove" and "Plaintiff" mean Kove IO, Inc., as well as any of its corporate parents, subsidiaries, divisions, or departments, and any of its present or former officers, directors, employees, members, representatives, or any others acting on its behalf.

3. "'170 Patent" means U.S. Patent No. 7,814,170.

4. "'978 Patent" means U.S. Patent No. 7,233,978.

**INTERROGATORY NO. 21:**

For each alleged prior art reference that AWS intends to rely on for any purpose, including all prior art references identified in AWS's First Amended Final Invalidity Contentions and Second Amended Final Invalidity Contentions (and any amendments or supplements thereto), (i) identify the date(s) on which AWS contends the reference was first published, publicly used or known, on sale, or described in a patent application such that it qualifies as prior art under 35 U.S.C. § 102 (pre-AIA); (ii) identify all evidence AWS may rely on to support the date(s), and (iii) explain why the evidence supports the date(s). Your answer should include an identification of all documents and communications related to Your answer and the persons most knowledgeable about Your answer.

**INTERROGATORY NO. 22:**

For each storage class and configuration of Amazon S3 that has ever been provided to a customer and for each configuration of DynamoDB that has ever been provided to a customer: (i) identify the storage class and/or configuration; (ii) identify and describe the products and services offered related to the storage class and/or configuration; (iii) provide the pricing of the products and services offered related to the storage class and/or configuration (including any surcharges or discounts, and by storage tier), and identify and describe the methodology by which the pricing was arrived at; (iv) provide metrics on a per-month (or as often as possible) basis that cover the following: (a) durability (min/max/average/SLA values), (b) availability (min/max/average/SLA values), (c) scalability (min/max/average/SLA values), (d) latency (min/max/average/SLA values), (e) throughput (get and put) (min/max/average/SLA values), (f) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (min/max/average), and (g) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (min/max/average);

and (v) identify and describe all data, values, equations, assumptions, and methodologies used to arrive at the metrics in (iv). Your answer should include an identification of all documents and communications related to Your answer and the persons most knowledgeable about Your answer.

October 2, 2020

Respectfully submitted,

*/s/ Jaime F. Cardenas-Navia*

Renato Mariotti (State Bar No. 6323198)
  rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No. 6320395)
  hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500

Sarah O. Jorgensen (*pro hac vice*)
  sjorgensen@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (404) 609-1040
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
  clehman@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
1615 M Street, NW, Suite 300
Washington, DC 20036
Telephone: (202) 894-7310
Telecopier: (650) 623-1449

Khue Hoang (*pro hac vice*)
  khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
  jcardenas-navia@reichmanjorgensen.com
Wesley White (*pro hac vice*)
  wwhite@reichmanjorgensen.com
Rahul Sarkar (*pro hac vice*)
  rsarkar@reichmanjorgensen.com
Michael W. Marvin (*pro hac vice*)
  mmarvin@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

Courtland L. Reichman (*pro hac vice*)
  creichman@reichmanjorgensen.com
Shawna L. Ballard
(Identification No. 155188)
  sballard@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
  jestremera@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
  mflanigan@reichmanjorgensen.com
Kate M. Falkenstien (*pro hac vice*)
  kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

*Attorneys for Kove IO, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2020, Kove's Seventh Set of Interrogatories to AWS (Nos. 19-22) was served on counsel of record by email.

*/s/ Jaime F. Cardenas-Navia*
Jaime F. Cardenas-Navia