# Exhibit P

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DISTRICT DIVISION


- - - - - - - - - - - - - - - - - -X

KOVE IO, INC.,                            :

                Plaintiff               :

                                        : Civil Action No.

VS                                      : 1:18-cv-08175

                                        :

AMAZON WEB SERVICES, INC.,              :

                Defendant               :

- - - - - - - - - - - - - - - - - -X


HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER


VIDEO-RECORDED REMOTE DEPOSITION OF

DONAL WALSH 30(b)(6)

Zoom Recorded Videoconference

April 21, 2023

9:02 a.m. (EDT)


REPORTED BY:  MONIQUE CABRERA

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 131

1          Q.      And -- and you don't know whether

2     the information is missing in this column because

3     it was deleted or because of some other reason;

4     is that correct?

5          A.      It's likely that it's because it's

6     past th ▮▮▮▮ window.  If I'm doing my math

7     correctly, it' ▮▮▮▮▮▮ so that wa ▮▮▮▮▮.

8     The point at which we collected the data was

9     ▮▮▮▮.  After that entry point, then the data

10    would not longer be available in ▮▮.

11         Q.      Now, with respect to the -- the

12    metrics produced since August 2021, had AWS taken

13    any steps since your last deposition to prevent

14    data from being removed or deleted from ▮▮?

15              MR. FUNG:  Objection; scope.  Vague.

16         A.      I am not aware of any such measures,

17    and again, the standard policy, not just for

18    Dynamo but across AWS, to delete that data after

19    ▮▮▮▮▮.  It's cost prohibitive not to do

20    that.

21    BY MR. ADLER:

22         Q.      So sitting here today, you can't --

4/21/2023     Kove IO, Inc. v. Amazon Web Services, Inc.     Donal Walsh 30(b)(6)
Highly Confidential - Pursuant to Protective Order

Page 132

1    you don't -- you can't say -- sorry.  Scratch

2    that.

3              You have no basis to think that AWS

4    took steps to chang ▓ deletion policies in

5    connection with this litigation?

6              MR. FUNG:  Objection; scope.  Calls

7       for speculation.

8    BY MR. ADLER:

9         Q.    You can answer.

10        A.    I don't know and I don't -- I don't

11    know.

12        Q.    And we asked you a similar question

13    at your previous deposition with respect to the

14    earlier collected metrics, and your answer then

15    was also that you didn't know.  But I just want

16    to confirm, have you learned anything since your

17    last deposition that would change your answer

18    with respect to -- scratch that.

19              I am going to ask the question in a

20    way that makes a little bit more sense.

21              Are you aware of any steps that AWS

22    took to preserve metrics in the ▓ system

Page 133

1    relating to any of the metrics that were

2    previously produced?

3                     MR. FUNG:   The same objections.

4          A.     I am not aware of any such

5    initiative.

6    BY MR. ADLER:

7          Q.     Do you have any reason to think any

8    such measures were taken?

9                     MR. FUNG:   The same objections.

10         A.     I don't know.

11    BY MR. ADLER:

12         Q.     Okay.  And I am putting back up just

13    one last time Exhibit 18.

14                     Do you see that up on the screen?

15    We were talking about it before.

16         A.     Yes.  We referred to it a bit.

17         Q.     We did.  We talked about it a little

18    bit.

19                     I had asked you before if you knew

20    when DynamoDB started tracking the ███████

21    ████ .

22                     Do you remember that?

4/21/2023          Kove IO, Inc. v. Amazon Web Services, Inc.      Donal Walsh 30(b)(6)
                   Highly Confidential - Pursuant to Protective Order

                                                              Page 221

1        A.    Yes.

2        Q.    And then you said, "those metrics,"

3    meaning the metrics tha ███████████████████

4    ████████████████████████████████████████

5    ████████, "are those that I provided previously

6    in the case including the information provided in

7    2021 with filenames," skip two others, "DDB

8    Metric 4."

9              Do you see that?

10       A.    Yes.

11       Q.    So here's my question and it's "yes"

12   or "no," you're free -- you're going to be free

13   to elaborate.

14             But the yes-or-no question is:  Is

15   DDB Metric 4 a metric that the ███████████

16   ███████████████████████████████████████████

17   ████████████████████████

18       A.    We would look at it, yes.

19       Q.    Okay.  And -- and what would be the

20   reason why you would look at it?

21             MR. FUNG:  Objection; vague.

22   BY MR. ADLER:

4/21/2023         Kove IO, Inc. v. Amazon Web Services, Inc.      Donal Walsh 30(b)(6)
Highly Confidential - Pursuant to Protective Order

Page 222

1        Q.      Or let me -- the same question with

2    different words.

3                How does DDB Metric 4 speak to the

4    performance of the ████████████████

5        A.      So this is the -- this is the

6    metrics on the ███████████, right?

7        Q.      That's correct.  Get requests to

8    ████████████

9        A.      Yes.  So we would use that metric to

10   get insights on the rates at which the ███████

11   ██████ is getting used.  So it's a -- like a proxy

12   for the rate at which the ██████████████      are

13   getting used by the very subsystems in Dynamo.

14       Q.      Do you have another metric that --

15   that instead being of a proxy will just track

16   that directly in terms of the ██████████████

17   ███████

18              MR. FUNG:  Objection; vague.

19       A.      Well, we typically use metrics like

20   this and the one that we referred to earlier on,

21   ████.  It's used for ████████████████.  So this

22   will just give us an insight, is like the rate of

Page 267

```
 1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
 2                    I, Monique Cabrera, the officer
 3            before whom the foregoing deposition was
 4            taken, do hereby certify that the foregoing
 5            transcript is a true and correct record of
 6            the testimony given; that said testimony was
 7            taken by me stenographically and thereafter
 8            reduced to typewriting under my direction;
 9            and that I am neither counsel for, related
10            to, nor employed by any of the parties to
11            this case and have no interest, financial or
12            otherwise, in its outcome.
13                    IN WITNESS WHEREOF, I have hereunto
14            set my hand this 21st day of April, 2023.
15
16
17
18
19    _____
      MONIQUE CABRERA
20    Notary Public in and for the State of New York
      County of Suffolk
21    My Commission No.  01CA6043156
22    Expires:  06/12/2026
```