# Exhibit Q

Page 271

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT DIVISION

_____
KOVE IO, INC.,             )
　　　　Plaintiff,          )
                           ) Civil Action No.
 -against-                 ) 1:18-cv-08175
AMAZON WEB SERVICES, INC., )
　　　　Defendant.          )
_____)

VOLUME II

\*\*\* HIGHLY CONFIDENTIAL \*\*\*

VIDEO-RECORDED REMOTE DEPOSITION OF
DONAL WALSH
Zoom Recorded Videoconference
06/14/2023
1:05 a.m. (EDT)

REPORTED BY: AMANDA GORRONO
　　　　　　　CLR NO. 052005-01

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

| | | | |
|---|---|---|---|
| 1 | A. | Sorry. Which file are we looking at | 11:54:06 |
| 2 | here? | | 11:54:10 |
| 3 | Q. | This is document -- this is | 11:54:10 |
| 4 | Exhibit 30B. | | 11:54:12 |
| 5 | A. | Okay. Okay. Okay. So the one is | 11:54:12 |
| 6 | per day and one is per hour. That's the | | 11:54:14 |
| 7 | difference. | | 11:54:16 |
| 8 | Q. | That's right. | 11:54:17 |
| 13 | | Do you see that? | 11:54:29 |
| 18 | | Do you see that? | 11:54:42 |
| 19 | A. | I think, yes. | 11:54:43 |

```
11       Q.    Got it.                                    11:55:33
```

```
19             Do you see that?                           11:55:56
20       A.    Yes.                                       11:55:56
```





1 █
2 █
3 █
4 █
5 █
6 █
7 █
8 █
9 █
10 █

11    Q.  Okay. Got it.   13:19:32
12    So I'm going to say it back and   13:19:34
13 characterize it, and you can tell me if I've   13:19:36
14 characterized it correctly and understand what   13:19:38
15 you're saying.   13:19:40

16 █
17 █
18 █
19 █
20 █

21    MR. FUNG: Objection to form.   13:19:52
22 BY MR. ADLER:   13:19:53

Page 390

```
 1   ████  ██  █████████████████████  █████
 2   ██  ████████████████████████████  █████
 3   ██  ████████████████  █████
 4   ██  ██  ██  ████████████████████  █████
 5   ██  ██████████████████████████  █████
 6   ██  ██████████████████████████  █████
 7   ██  ███████████████  █████
 8   ██  ██  ██  ████████████████████  █████
 9   ██  ██████████████████████████  █████
10  ██  ██████████████████████████  █████
11             MR. FUNG:  Objection; form.           13:20:21
12  ██  ██  ██  ████████████████████  █████
13  ██  ██████████████████████████  █████
14  ██  ████████████████████  █████
15           MR. ADLER:  Okay.  So now let's pull    13:20:32
16   open the data.  It's going to be Exhibit 74,    13:20:33
17   a document with Bates No. 532852, and this is   13:20:40
18   going to be first ████████████████████  █████
     ██  ████████████████
20           (Whereupon, Exhibit 74, Excel            13:20:52
21   Spreadsheet Bates No. AMZ_KOVE_000532852, was   13:20:52
22   marked for identification.)                     13:20:57
```

```
                                                    Page 436
1    files that are stored in different places and    14:24:13
2    subject to different retention policies, right?  14:24:15
3         A.    Correct.                              14:24:18
4               MR. FUNG:  Objection; form.           14:24:19
5    BY MR. ADLER:                                    14:24:19
```

[lines 6–17 redacted]

```
18        Q.    Okay.                                 14:24:47
```

[lines 19–25 redacted]



Page 438

```
 1    ████████████████████████████████  ██
 2    ████████████████████████████████  ██
 3    ████████████████████████          ██
 4              MR. FUNG: Objection; form. Scope.   14:26:12
 5    ██ ██ ██                          ██
 6              MR. FUNG:  And I don't know if you   14:26:14
 7    have any more follow-ups, Adam, but I'm       14:26:16
 8    giving you leeway.                            14:26:21
 9              MR. ADLER:  Yeah, I think I -- I    14:26:22
10    think I'm done.  Let me just take ten seconds 14:26:23
11    to -- to close up my mind.  We don't need to  14:26:25
12    take a break --                               14:26:27
13              MR. FUNG:  Just for the record, we'd 14:26:27
14    like to read and sign as well.                14:26:28
15              (Whereupon, a request for Read &    14:26:30
16    Sign, was made.)                              14:26:30
17              MR. ADLER:  You just testified      14:26:38
18    that -- I only have, like, one or two more,   14:26:40
19    Ken.  So we're good.                          14:26:42
20    BY MR. ADLER:                                 14:26:43
21    ██ ██ ████████████████████████    ██
22    ██ ████████████████████████████████ ██
```



1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2          I, Amanda Gorrono, the officer
3    before whom the foregoing deposition was
4    taken, do hereby certify that the foregoing
5    transcript is a true and correct record of
6    the testimony given; that said testimony was
7    taken by me stenographically and thereafter
8    reduced to typewriting under my direction;
9    and that I am neither counsel for, related
10    to, nor employed by any of the parties to
11    this case and have no interest, financial or
12    otherwise, in its outcome.
13          IN WITNESS WHEREOF, I have hereunto
14    set my hand this 14th day of June, 2023.
15
16
17
18    _____
19    AMANDA GORRONO, CLR
      CLR NO: 052005 - 01
20   Notary Public in and for
     The State of New York
21   County of Suffolk
     My Commission No. 01G06041701
22   Expires: 01/07/2027