# Exhibit R

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

```
- - - - - - - - - - - - - - - - - - -X
KOVE IO, INC.,                        :
              Plaintiff               :
                                      : Civil Action No.
VS                                    : 1:18-cv-08175
                                      :
AMAZON WEB SERVICES, INC.,            :
              Defendant               :
- - - - - - - - - - - - - - - - - - -X
```

HIGHLY CONFIDENTIAL

Videotaped deposition of SHIV PAL SINGH taken via videoconference before Clifford Edwards, Certified Shorthand Reporter and Notary Public, on April 19, 2023, at 8:00 a.m. PDT.

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

1    A    I don't remember the exact date, but I
2    want to say summer of 2019 -- maybe summer of 2020.
3    Q    Okay.  And what team did you change to?
4    A    The S3 index team.
5    Q    Okay.  When you were on the storage team,
6    can you recall some of the metrics that were
7    included in -- in your regular review?
8    A    I mean, not off the top of my head.
9    Q    Okay.  So you can't remember any of them?
10   A    I probably remember some.
11   Q    What are some of the metrics that -- that
12   you could recall?
13   A    Let's see.  We looked at ▮▮▮▮▮▮▮▮
14   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17            Let's see.  Then there were a few
18   storage-related metrics that were specific to some
19   storage services.
20   Q    Okay.
21   A    I don't remember the exact names of the
22   metrics, sorry.

1      Q    I -- I use the word "important."
2   Important can mean a lot of things.
3           One of the things that important could
4   mean is most relevant to your responsibilities as a
5   manager.
6           MS. PHILLIPS:  Objection to form.
7   BY MR. ADLER:
8      Q    Would you agree that these metrics meet
9   that description?
10          MS. PHILLIPS:  Same objection.
11     A    I mean, I go back to the same thing,
12  which is from a context perspective, a different set
13  of metrics could be just as important based on the
14  context I'm in.
15          So it's sort of hard for me to really,
16  like, give you a black and white response on the
17  most important metrics because I don't think of
18  metrics like that.
19  BY MR. ADLER:
20     Q    Well, sure, but there is a reason why
21  these ones came to mind and not other ones; right?
22     A    Yes.  I -- I believe -- I mean, it's

1 primarily because these are more frequently looked
2 at on a regular basis.  They are related to
3 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ something that S3's
4 customers experience on a day-to-day basis and that
5 experience on S3 can be good or less good depending
6 upon whether, you know, these metrics change one way
7 or -- or the other.
8            So I would say I care about S3 customers
9 and their experience on S3, and as a result, like, I
10 worry about metrics related to ▓▓▓▓▓▓▓▓
11 ▓▓▓▓▓▓▓▓▓▓.
12            And these are also regular -- reviewed on
13 a regular basis, primarily because we want to ensure
14 that S3 customers are happy when it comes to
15 these -- these cores or metrics.
16      Q    So I'm going to say it back and -- and
17 before -- actually, before I do that, are there any
18 other metrics that would come to your mind as -- as
19 being ones that you frequently look at and would be
20 familiar with?
21      A    I mean, I -- I mean, I think these are,
22 like, the right classes of metrics.

1　　　　　　Like, within, like, each category there
2　　are many metrics that we look at.
3　　　　　　But yeah, I would say ▮▮▮▮▮
4　　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ are sort of, you know, a
5　　group that we do look at on a regular basis.
6　　Q　And the way -- you know, I want to go
7　　through each of -- each of these.  But generally
8　　speaking, for -- for the -- for the -- scratch that.
9　　　　　　For the group of metrics that you
10　　identified, do you look at metrics for the S3 -- for
11　　S3 as a whole, or do you look at -- or do you also
12　　look at metrics at a subcomponent level?
13　　　　　　MS. PHILLIPS:  Objection to form.
14　　A　So, I mean, I look at metrics for S3 as a
15　　whole, but not all of them obviously.  And I look at
16　　some specific metrics that are related to the ▮▮▮
17　　▮▮▮▮▮▮ as well.
18　　BY MR. ADLER:
19　　Q　And what ▮▮▮▮▮▮▮▮▮▮ metrics do
20　　you -- do you look at?
21　　A　I mean, like, on -- I deal with the ones
22　　that -- that you mentioned are what I look at, ▮▮

1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, if
2 that makes sense, for them to track the health and
3 performance of that particular, like, change or
4 feature that they have introduced.
5 　　　　　So yeah, I mean, like, that sounds
6 reasonable at a high level and directionally on how
7 things happen.
8 BY MR. ADLER:
9 　　Q　　How many metrics does AWS track in
10 connection with the ▓▓▓▓▓▓▓▓▓▓▓?
11 　　A　　I mean, S3 ▓▓▓▓▓▓▓▓ has many
12 services.  So I would say, like, a few thousand
13 maybe.
14 　　Q　　Okay.
15 　　A　　Depending upon, like, you know, how deep
16 and how granular you want to go.
17 　　Q　　And how many would you estimate they --
18 they track in connection with the ▓▓?
19 　　A　　I don't know, maybe, like, a couple
20 dozen.
21 　　Q　　Okay.  And are all of those metrics --
22 well, how many -- how many metrics in connection

1	with ▓▓▓▓▓▓▓?
2	A	Yeah, so it's a little open-ended.  I
3	apologize for keep saying "open-ended" here as well
4	because there are many ▓▓▓▓▓▓ that, you know,
5	communicate with the ▓▓▓▓▓▓▓ to do different
6	things.
7		So if I were to look at, like, what --
8	what -- how -- how broad do you want me to think of,
9	like in connection with the ▓▓▓▓▓▓▓?  I'm
10	using air quotes here.
11	Q	On the ▓▓▓▓▓▓▓.
12		MS. PHILLIPS:  Objection to form.
13	A	I would say, like, ▓▓▓▓ is probably,
14	like -- like, sounds reasonable to me from an order
15	of magnitude perspective.  Probably more than the
16	▓.
17	BY MR. ADLER:
18	Q	And if you wanted -- if you wanted to
19	determine whether a metric exists or not, whether
20	it's already being collected, how would you go about
21	doing that?
22	A	I mean, I could just ask someone on the

1  know, build some of these metrics and hence, like,
2  the name they might give a metric may not make the
3  same logical sense to someone that's not super
4  familiar with that system, whereas it would make
5  sense to someone that is familiar with that system.
6         So I would say, like, there isn't, like,
7  a central, super easy way to say, Hey, this is a
8  metric and here's, like, some easy way for you to
9  understand what this metric does.  No, that's not
10 that.
11    Q    How long are metrics stored in ▇?
12    A    I mean, really depends on, you know, the
13 type of metric, the frequency on which you are
14 collecting.
15        So it could be anything from, I don't
16 know, like, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
17 ▇▇▇▇▇▇▇▇▇▇▇▇.
18    Q    Does ▇ store metrics longer than
19 ▇▇▇▇▇▇?
20    A    So, like, can you be specific on what you
21 mean by that question?
22    Q    Yes.

1    Is there an auto-delete function or
2    recurring delete function that says, we are going to
3    wipe out metrics after a certain date?
4         MS. PHILLIPS:  Objection to form.
5    A    So I would say typically, like, services
6    make that decision for most metrics as far as, like,
7    retention is concerned.
8         I would say, like, not many systems,
9    like, from what -- what I'm familiar with -- and I'm
10   not familiar with everything, obviously -- like,
11   ███████  seems like sort of, like, you know, the
12   extent to what I've seen the common metrics being
13   retained in the system.
14   BY MR. ADLER:
15   Q    What about for S3?
16   A    My answer stays the same.
17   Q    And so if you were to go back, would you
18   expect to find any metrics from S3 prior to
19   ███████████████?
20   A    So --
21        MS. PHILLIPS:  Objection to form.
22   A    -- like, I cannot conclusively --

1                THE WITNESS:  Sorry, Lisa.
2                MS. PHILLIPS:  You are fine.
3        A     I cannot conclusively say whether, like,
4    there is any metric that exists older than that.
5                But I would say in the course of
6    collecting metrics for this case, I didn't find -- I
7    could not find metrics that were older than the ones
8    that I provided to counsel.
9    BY MR. ADLER:
10       Q     Okay.  I'm going to pull up Exhibit 67 on
11   screen share.
12               (Whereupon, Singh Exhibit 67,
13                Supplemental Response to Plaintiff's
14                Seventh Set of Interrogatories by
15                Amazon, Numbers 19 to 22, was marked
16                for identification.)
17   BY MR. ADLER:
18       Q     Do you see Exhibit 67 on screen share?
19       A     Yes.
20       Q     I'm going to page through this document.
21   It's titled "Supplemental Response to Plaintiff's
22   Seventh Set" -- excuse me -- "of Interrogatories by

1    BY MR. ADLER:
2         Q    Do you know if this data is available
3    going further back in time?
4         A    I don't.
5         Q    When did AWS first start tracking ▮
6    ▮ for S3?
7         A    I don't know.
8         Q    Okay.  So you don't -- okay.
9              So you don't know whether this data would
10   have existed prior to this date and then been
11   deleted in the way that we talked about before?
12             MS. PHILLIPS:  Objection to form.
13        A    That's correct, I don't know.
14   BY MR. ADLER:
15        Q    Okay.  Do you know if any steps were
16   taken as part of this litigation to prevent any ▮
17   metrics from being deleted or destroyed?
18             MS. PHILLIPS:  Objection to form.
19        A    I do not.
20   BY MR. ADLER:
21        Q    Okay.  I'm going to take down Exhibit 69.
22             I'm going to go back to Exhibit 67.  And

```
 1      A     I don't.
 2      Q     Do you -- is this ▮▮▮▮▮▮▮▮▮▮
 3     ▮▮▮▮▮ the same situation we talked about before
 4     where AWS would typically look at ▮▮▮▮▮▮▮ and
 5     other percentiles?
 6      A     Yes.
 7            MS. PHILLIPS:  Objection to form.
 8            And mischaracterizes former testimony.
 9     BY MR. ADLER:
10      Q     And -- excuse me -- and you don't know
11     what the retention policy is with respect to this
12     kind of data in terms of how long it's maintained?
13            MS. PHILLIPS:  Objection to form.
14            Mischaracterizes former testimony.  Asked
15            and answered.
16      A     I mean, my response is the same as
17     before.
18            The metrics are retained for -- like,
19     most metrics are retained for ▮▮▮▮▮▮▮▮▮▮ or a
20     shorter duration if the metric was created, you
21     know, earlier than -- or later than ▮▮▮▮▮▮ ago
22     so --
```

1　BY MR. ADLER:

2　　Q　Right. So, Mr. Singh, my question was
3　not: Did you pull the data for as far back as it
4　was available?

5　　　　My question was: Do you know what the
6　retention policy is for any of the metrics that AWS
7　pulled in connection with this case?

8　　　　And I take your answer to be you did not
9　look to see what the retention policy was and so you
10　do not know what the retention policy was.

11　　　　Is that correct?

12　　　　　　MS. PHILLIPS: Objection. Form.
13　　　　　　Mischaracterizes prior testimony. And
14　　　　　　asked and answered.

15　　　　　　And I also want to note on the
16　　　　　　record that someone else is designated
17　　　　　　with respect to the written retention
18　　　　　　policies. Mr. -- Mr. Singh is not
19　　　　　　designated on that.

20　　　　　　You may answer.

21　　A　Yes, that's correct.

22

1    BY MR. ADLER:

2         Q    Okay.

3         A    I don't know.

4         Q    Document 401269 shows the weekly average

5    in milliseconds across the U.S. nongovernment

6    regions for the timeframe ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; do you see that?

8         A    I don't --

9              MS. PHILLIPS:  Where -- where are

10             you reading that from?

11   BY MR. ADLER:

12        Q    I have the wrong -- I have the wrong

13   screen share up.  I apologize.

14             There we go.  Back to Exhibit 67.

15             Do you see that?

16        A    You are looking at B or C?

17             B; right?

18        Q    B.

19        A    Yes, I see it here.

20        Q    I'm going to put up Exhibit 9,

21   Document 401269.

22             (Whereupon, Singh Exhibit 9,

Page 200

1　　　A　　That particular week.

2　　　Q　　And is this the kind of -- is this the

3　　kind of metric where the S3 team would look at

4　　different percentiles to evaluate the ▌▌▌▌?

5　　　　　　MS. PHILLIPS:  Objection to form.

6　　　A　　Yes.

7　　BY MR. ADLER:

8　　　Q　　What percentiles would they look at for

9　　this?

10　　　A　　I would say, like, ▌▌▌▌ --

11　　　　　　MS. PHILLIPS:  Objection to form.

12　　　　　　And outside the scope.

13　　BY MR. ADLER:

14　　　Q　　Go ahead.

15　　　A　　I would say ▌▌▌▌.  And -- ▌▌▌▌

16　　▌▌▌▌ would be, like, the common percentiles,

17　　like, I would look at for, for instance, ▌▌▌▌

18　　metrics.

19　　　Q　　And -- and is that just for this ▌▌▌▌

20　　metric or does that apply to all -- to all the

21　　▌▌▌▌ metrics that we've looked at?

22　　　A　　I would say most ▌▌▌▌ --

Page 423

1                C E R T I F I C A T E
2        I, Clifford Edwards, do hereby certify that
   prior to the commencement of the examination, the
3  witness was duly remotely sworn to testify to the
   truth, the whole truth and nothing but the truth.
4  This electronic notarial act involved a remote
   online appearance involving the use of communication
5  technology
         I DO FURTHER CERTIFY that the foregoing is a
6  verbatim transcript of the testimony, that said
   deposition was taken by me stenographically at the
7  time and date hereinbefore set forth, and the
8  foregoing is a true and accurate transcript of the
9  testimony.
10       I FURTHER CERTIFY that I am neither of counsel
11 nor attorney to any of the parties to said suit, nor
12 am I interested in the outcome of said cause.
13       Witness my hand and seal as Notary Public this
14 3rd day of May, 2023.
15
16
17
18
19       _____
20                Clifford Edwards
21 Notary Public No. SNPC.0129714
22 My commission expires:  9/30/2026