# Exhibit U

# (UNDER SEAL)