# Exhibit V

1

2          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
3                   EASTERN DIVISION
   --------------------------------------X
4  KOVE IO, INC.,

5                   Plaintiff,              Case No.
              vs.                           1:18-cv-08175
6
   AMAZON WEB SERVICES, INC.,
7
                    Defendant.
8  --------------------------------------X

9

10       VIDEOTAPED DEPOSITION OF DONAL WALSH

11                  Taken Remotely

12            Wednesday, August 25, 2021

13               *HIGHLY CONFIDENTIAL*

14

15

16

17

18

19

20

21

22  Reported by

23  JEFFREY BENZ, CRR, RMR

24  JOB NO. 198771

25

1          Walsh - Highly Confidential

2     Q.    How long does ███████████████? 14:03

3           Scratch that. 14:03

4           How long is a metric stored ███████? 14:03

5           MS. BERNARD:  Objection.  Vague. 14:03

6     Q.    I'm going to rephrase my question. 14:03

7   When a metric is stored ███████, is there a hard 14:03

8   coded amount of time for which it is kept? 14:03

9     A.    It is not hard coded, but the maximum 14:04

10  amount of time is ██████████. 14:04

11    Q.    Are metrics automatically disposed of 14:04

12  after ████████████? 14:04

13    A.    Yes. 14:04

14    Q.    And how -- what automatically -- 14:04

15  well -- when -- scratch that. 14:04

16          When metrics are automatically 14:04

17  disposed of, do they leave ████████████████? 14:04

18    A.    I'm not an expert on the internals of 14:04

19  ██████████████ so I wouldn't be able to talk 14:04

20  to that. 14:04

21    Q.    Are there any reasons that metrics 14:04

22  would last less than ████████████ in the ██████ 14:04

23  ████████? 14:04

24    A.    Yes. 14:04

25    Q.    What would be an example of a reason 14:04

```
 1              Walsh - Highly Confidential

 2      A.    Okay.                                      15:05

 3            Yes.   Latency/performance would be an     15:05

 4   important metric for customers.                     15:05

 5      Q.    And why is that?                           15:05

 6      A.    The performance metrics dictate the        15:05

 7   speed at which the DynamoDB service responds to     15:05

 8   customer requests.   And many have -- customers     15:05

 9   have -- may have sensitive -- time-sensitive        15:05

10   workloads, and so it's an important metric.         15:05

11   Amongst many other important metrics.               15:05

12      Q.    And is latency important from an           15:06

13   engineering perspective?                            15:06

14            MS. BERNARD:   Objection.   Vague.         15:06

15      A.    Our customer experience is important       15:06

16   to our engineers.   So I'll say yes.                15:06

17      Q.    And on Exhibit 1, I'm in the second        15:06

18   sentence, under "DynamoDB Latency."                 15:06

19            The terminal Bates document 567 shows      15:06

20   the latency at a DynamoDB ███████, so I am going    15:06

21   to pull that document.                              15:06

22            Did you help -- well, give me one          15:06

23   second.                                             15:06

24            This will be Exhibit 4.                    15:06

25            (Document with Bates number                15:06
```

```
 1              Walsh - Highly Confidential

 2              MS. BERNARD:  Objection.  Vague.          18:45

 3         Outside the scope.                             18:45

 4         A.    I don't know if they have it by          18:45

 5    operation type.                                     18:45

 6         Q.    And earlier we had discussed that  ████  18:45

 7    has a time cutoff of  ██████████ ; is that right?   18:45

 8         A.    Yes.                                      18:45

 9         Q.    And has that been the case -- has that   18:45

10    always been the case?                               18:45

11         A.    To the best of my knowledge, yes.        18:45

12    Though, we'd have to consult with -- I'd have to    18:46

13    consult with the  ██████████  team to confirm.      18:46

14         Q.    And if we wanted metrics going back --   18:46

15    strike that.                                         18:46

16              Are you aware -- are you familiar with    18:46

17    litigation holds?                                   18:46

18              MS. BERNARD:  Objection.  Outside the     18:46

19         scope.  Vague.                                  18:46

20              Counsel, what is this relating to?        18:46

21    DIR  Q.    Mr. Walsh, have you been instructed to   18:46

22    preserve any documentation by counsel?              18:46

23              MS. BERNARD:  Mr. Walsh, I'm going to     18:46

24         instruct you not to answer.  That calls for    18:46

25         information protected by the                    18:46
```

```
 1                Walsh - Highly Confidential
 2          attorney-client privilege and work product          18:46
 3          protection.                                          18:46
 4          Q.   Mr. Walsh, would you consult with the           18:46
 5    █████ team on preservation of data stored in              18:47
 6    ████?                                                      18:47
 7               MS. BERNARD:  Objection.  Vague.                18:47
 8          Outside the scope.                                   18:47
 9          A.   Yeah, I'm not sure what you mean by             18:47
10    would I.  Are you asking if -- if I have, or --            18:47
11    I'm not sure of the question.                              18:47
12          Q.   If you wanted to preserve some data             18:47
13    stored in █████ for longer than the ████████,             18:47
14    default would you be able to do so?                        18:47
15               MS. BERNARD:  Objection.  Vague.                18:47
16          Outside the scope.                                   18:47
17          A.   We've never had cause to do so.  So            18:47
18    I'm not aware whether or not there is any                  18:47
19    special purpose exceptions supported by ████ or            18:47
20    not.  I haven't made use of it.                            18:47
21          Q.   And, Mr. Walsh, are you aware of any            18:47
22    metrics in █████ that have been retained for this         18:48
23    case?                                                      18:48
24               MS. BERNARD:  Objection.  Vague.                18:48
25          A.   Could you clarify what you mean by              18:48
```

```
 1              Walsh - Highly Confidential
 2    "retained"?                                          18:48
 3         Q.   Are you aware of any metrics in ███        18:48
 4    that have been set aside for this case?             18:48
 5              MS. BERNARD:  Objection.  Vague.           18:48
 6         Outside the scope.                              18:48
 7         A.   So, with respect to set aside, there's    18:48
 8    the various AMZ_KOVE spreadsheets that have been     18:48
 9    set aside and provided as inputs to the case.        18:48
10         Q.   And you've never had a reason to          18:48
11    consult with a ███ team about preserving any         18:48
12    data in ███?                                          18:48
13              MS. BERNARD:  Objection.  Vague.           18:49
14         Outside scope.                                  18:49
15         A.   No.                                         18:49
16         Q.   And may I take that to mean that you        18:49
17    have never consulted with the ███ team about         18:49
18    retaining documents in ███?                          18:49
19              MS. BERNARD:  Objection.  Outside the      18:49
20         scope.  Vague.  Misstates testimony.            18:49
21         A.   I've never consulted with the             18:49
22    ██████████ team with a view to holding on to         18:49
23    data beyond the █████████ window that they           18:49
24    currently store it against.                          18:49
25         Q.   So, you've been designated on Topic 63     18:49
```

1          Walsh - Highly Confidential

2    in this case.  Correct?  And I'm about to read          18:49

3    you it.          18:49

4               Are you aware that you've been          18:50

5    designated on Topic 63 in this case?          18:50

6        A.    Could -- would you -- could you share          18:50

7    a screen and show the topic to me, please?          18:50

8        Q.    Here's where the remote gets tough.          18:50

9    So I've got Topic 63 printed out in front of me.          18:50

10   But I will represent to you that Topic 63 covers          18:50

11   the existence, volume, location, custodians'          18:50

12   retention and collection and production efforts          18:50

13   for documents in this case.          18:50

14              MS. BERNARD:  Right.  And, Counsel,          18:50

15          he's designated with regards to 63 for the          18:50

16          metrics, performance metrics that he          18:50

17          collected in this case.          18:50

18       Q.    Right.  Mr. Walsh, for the performance          18:50

19   metrics that you -- strike that.          18:50

20              Have you specifically retained any          18:50

21   performance metrics in this case?          18:50

22              MS. BERNARD:  Objection.  Vague.          18:50

23          Asked and answered.          18:50

24       A.    So, the -- as I mentioned earlier, so          18:51

25   the -- the only metrics retained relate to the          18:51

```
 1              Walsh - Highly Confidential
 2    list of spreadsheets that I've been provided        18:51
 3    with respect to the questions asked.                18:51
 4    DIR  Q.   Have you been instructed to retain any    18:51
 5    documents in this case?                             18:51
 6              MS. BERNARD:  I'm going to instruct        18:51
 7         the witness not to answer as that question     18:51
 8         calls for substance of communications with     18:51
 9         attorneys.                                      18:51
10         Q.   Mr. Walsh, are you going to follow        18:51
11    your counsel's advice?                              18:51
12         A.   Yes.                                       18:51
13         Q.   Mr. Walsh, who maintains the ███          18:51
14    system?                                             18:52
15              MS. BERNARD:  Objection.  Vague.          18:52
16         Outside the scope.                             18:52
17         A.   The ██████ organization maintains         18:52
18    ███.                                                18:52
19         Q.   The ██████ organization maintains         18:52
20    ███?                                                18:52
21              Is that right?                            18:52
22         A.   Yes.                                       18:52
23         Q.   Okay.                                      18:52
24              What is ████?                             18:52
25         A.   ████ is a ███████ which gets used         18:52
```

1

2                    C E R T I F I C A T E

3

4   STATE OF NEW YORK      )
                           )   Ss.:
5   COUNTY OF NEW YORK     )

6            I JEFFREY BENZ, a Certified Realtime

7       Reporter, Registered Merit Reporter and

8       Notary Public within and for the State of

9       New York, do hereby certify:

10           That DONAL WALSH, the witness whose

11      examination is hereinbefore set forth, was

12      duly sworn by me and that this transcript

13      of such examination is a true record of the

14      testimony given by such witness.

15           I further certify that I am not

16      related to any of the parties to this

17      action by blood or marriage; and that I am

18      in no way interested in the outcome of this

19      matter.

20           IN WITNESS WHEREOF, I have hereunto

21      set my hand this 7th of September, 2021.

22      -----------_Jeffrey Benz_-----

23           JEFFREY BENZ, CRR, RMR

24

25