# Exhibit W



Adam Adler
1710 Rhode Island Avenue, NW
12th Floor
Washington, DC 20036
Direct Dial: (605) 623-1480
aadler@reichmanjorgensen.com

March 18, 2022

**By Email**

Jeffrey Saltman
Fisch Sigler LLP
5301 Wisconsin Ave NW 4th Fl.
Washington, DC 20015
Jeffrey.Saltman@fischllp.com

     RE:    *Kove IO, Inc. v. Amazon Web Services, Inc.*, Case No. 18-cv-8175 (N.D. Ill.)

Dear Jeff,

In light of the recently-entered stay (Dkt. 515), we write to remind AWS of its ongoing obligation to maintain and preserve all information related to this litigation. Based on testimony from AWS employees—including corporate designees—we believe that information that existed at the time the obligation attached may already have been spoliated, including information that existed at the time the Complaint was filed.

We request that AWS will take all necessary actions to preserve all reasonably relevant information, including, but not limited to, the following types of information, which AWS deponents identified as being subject to deletion:



- ▮▮▮▮ metrics relating to the accused products that would otherwise be deleted after ▮▮. Walsh Tr. at 49:6-13 (▮▮▮▮ metrics automatically disposed of after ▮▮▮▮▮).

- ▮▮▮▮▮▮▮▮▮ and any documents relating to the ▮▮▮▮▮ for AWS, S3, DynamoDB, SimpleDB, and any products that use S3 or DynamoDB. This includes, for example, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and so on. Gasper Tr. at 193:22-194:11 (historical ▮▮ documents "could be deleted").

- ESI from relevant or potentially relevant custodians, including ESI that would otherwise be deleted under Amazon's standard document retention policy. AMZ_KOVE_000061704 (standard policy is to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮); Gasper Tr. at 237:20-238:3 (Gasper ▮▮▮▮▮▮▮▮▮▮).

- Relevant ▮▮▮▮▮ containing data regarding the accused products or use of the accused products from the damages period. Walsh Tr. at 148:17-24 (▮▮ are automatically deleted ▮▮▮▮▮▮▮ (for DynamoDB) and ▮▮▮▮▮▮▮ (for S3)).

To prevent further spoliation from taking place during the pendency of this case, please ensure that auto-deletion or overwrite functions are deactivated and that AWS employees are aware of their continued obligation to preserve documents relevant to this litigation.

Please further ensure that all email and other relevant information belonging to persons identified in this matter as having relevant knowledge, including individuals identified by AWS in its initial disclosures and other discovery responses, are fully preserved, even if any such individuals change responsibilities or leave AWS.

Best Regards,

Adam Adler