# Exhibit X

█████████████████

# FISCH SIGLER LLP

5301 Wisconsin Avenue NW | Fourth Floor | Washington, DC 20015 USA

April 1, 2022

**Jeffrey M. Saltman**
Partner
Jeffrey.Saltman@FischLLP.com
Direct: +1.202.362.3640
Main: +1.202.362.3500

<u>**VIA EMAIL**</u>

Adam Adler
Reichman Jorgenson Lehman & Feldberg LLP
1710 Rhode Island Avenue, NW 12th Floor
Washington, DC, 20036
aadler@reichmanjorgensen.com

Re: *Kove IO, Inc. v. Amazon Web Services, Inc.*,
Case No. 18-cv-8175 (N.D. Ill.)

Dear Adam:

Thank you for your March 18 letter. AWS has met its obligations under the applicable rules to preserve information relevant to the litigation, and will continue to do so during the stay.

Sincerely,

Jeffrey M. Saltman

Intellectual Property Trial Lawyers
www.FischLLP.com