# Exhibit Y



5301 Wisconsin Avenue NW | Fourth Floor | Washington, DC 20015 USA

June 13, 2023

**Jeffrey M. Saltman**
Partner
Jeffrey.Saltman@FischLLP.com
Direct: +1.202.362.3640
Main: +1.202.362.3500

**VIA EMAIL**

Adam Adler
Savannah Carnes
Reichman Jorgensen Lehman & Feldberg LLP
1909 K Street NW, Suite 800
Washington, DC 20006
aadler@reichmanjorgensen.com
scarnes@reichmanjorgensen.com

**HIGHLY CONFIDENTIAL**

Re: *Kove IO, Inc. v. Amazon Web Services, Inc.*
Case No. 1:18-cv-8175 (N.D. Ill.)

Counsel:

I write to close out the final follow-up information identified in Amazon's May 25, 2023 correspondence and to address Kove's June 9, 2023 email.[1] Amazon agreed to address specific follow-up requests and produce targeted additional documents after the close of fact discovery on May 5. And the parties have discussed the information in the extensive correspondence exchanged, and during several meet-and-confers held since then. With the exception of a limited set of written deposition questions to Mr. Szafir, Ms. Sung, and Mr. Singh,[2] the information provided below fully satisfies Amazon's agreement regarding providing post-fact discovery information.

**Mr. Szafir's Deposition**

Regarding the "███████████" in Exhibit 48 of Mr. Szafir's deposition, the calculation should be ███████████████████████████████. So, this is the same as the previously provided formula except that the ███████████████████████████████. This should correct the issue identified in your letter. Further,

---

[1] Amazon's below responses are being provided in an effort to bring discovery to a close and don't constitute a waiver of the attorney-client privilege in its communications with its corporate designees.

[2] May 25, 2023 J. Saltman Letter to A. Adler, at 1. Mr. Walsh's supplemental deposition is scheduled for June 14, 2023. Amazon doesn't intend to provide additional information or collect additional metrics in response to any post-deposition requests.

Intellectual Property Trial Lawyers
www.FischLLP.com

this data represents the marginal cost involved with the S3 ███████ and doesn't include the ███████████████.

## Ms. Sung's Deposition

As discussed on our May 31, 2023 call, Ms. Sung looked for narratives and analyses describing the extent to which ████████████████████████████████████████ ████████████████████████████████. Ms. Sung was unable to locate the requested written narratives, so she also checked with other teams involved with DynamoDB. Those teams didn't locate any such documents. During her search, Ms. Sung did locate a document that included this data for the top 10, top 100, and top 1000 customers for 2018 and 2019. This document was produced at AMZ_KOVE_000532856.

## Mr. Singh's Deposition

Amazon's search for additional metrics information, like that shown in AMZ_KOVE_000528295 (Ex. 63), is complete and no similar information has been located. Which isn't surprising given that the document was created for litigation and the information was collected for as far back as it's available.[3]

Amazon searched for data similar to the ██████ shown in the ████████████ of Exhibit 62.[4] Although Amazon doesn't believe the information is relevant or responsive to the Court's Order,[5] Amazon located additional data and produced it on Thursday, June 8.[6] Based on its investigation, AMZ_KOVE_000532857 appears to show all ████████████████ ████████████████████████████████████ between December 21, 2016 and September 27, 2018. It ████████████████████████████████████████.

And based on Amazon's investigation, AMZ_KOVE_000532858 and AMZ_KOVE_000532859 each contain both actual and forecasted ██████. The actual ██████ appears to represent the ████████████████████████████████ between December 26,

---

[3] May 12, 2023 L. Phillips Letter to A. Adler, at n.3 (noting that the document was produced "as a result of negotiations directed to resolving Kove's motion to compel detailed information relating to ████████████████," citing December 21, 2023 N. Bayar Letter to Counsel, at 3). *See also*, May 25, 2023 J. Saltman Letter to A. Adler, at 4-5.

[4] May 25, 2023 J. Saltman Letter to A. Adler, at 5; May 17, 2023 J. Saltman Letter to A. Adler, at n.9; May 12, 2023 L. Phillips Letter to A. Adler, at 4.

[5] *See generally* Dkt. 562.

[6] *See* AMZ_KOVE_000532857-859. These are the three documents referenced in Kove's June 9 email.

**HIGHLY CONFIDENTIAL**

2016 and October 1, 2018. And the documents also reflect forecasted ▮▮▮▮. The engineer that developed the referenced forecasting model is no longer with Amazon. Mr. Singh and the current members of his team and the Finance Team were consulted, and none of them have additional information regarding the content of these documents. The search for information similar to the ▮▮▮▮ shown in the ▮▮▮▮ of Exhibit 62 is now complete.

Amazon provided the basis for the weekly averaging in Exhibits 27-29, 37, 71, and 72 in its June 2 letter.[7] The metric shown in Exhibit 35 (▮▮▮▮) is ▮▮▮▮, so there's no additional calculation that takes place.

**********

Thank you.

Sincerely,

Jeffrey M. Saltman

---

[7] June 2, 2023 L. Phillips Letter to A. Adler, at 1-2. Amazon also provided information relating to Exhibit 69 and the recollected metrics shown in Exhibits 8-11 at the P90, P99, and P99.9 levels in that correspondence. *Id*.

**HIGHLY CONFIDENTIAL**