# Exhibit CC

# (UNDER SEAL)