# Exhibit GG

---

# Intentionally Omitted