# Exhibit HH

---

# Intentionally Omitted