# Exhibit II

---

# Intentionally Omitted