# Exhibit JJ

---

# Intentionally Omitted