# Exhibit KK

# Intentionally Omitted