# Exhibit NN

# (UNDER SEAL)