# Exhibit PP

# (UNDER SEAL)