# Exhibit QQ

---

# Intentionally Omitted