# Exhibit TT
# (UNDER SEAL)