# Exhibit UU

# (UNDER SEAL)