# Exhibit VV

# (UNDER SEAL)