# Exhibit WW

# (UNDER SEAL)