# Exhibit XX

# (UNDER SEAL)