# Exhibit YY

# (UNDER SEAL)