# Exhibit ZZ.1

# (UNDER SEAL)