# Exhibit ZZ.2

# (UNDER SEAL)