# Exhibit BBB

# (UNDER SEAL)