# Exhibit CCC

---

# Intentionally Omitted