# Exhibit DDD

# Intentionally Omitted