# Exhibit EEE

---

# Intentionally Omitted