# Exhibit FFF

1        UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF ILLINOIS

3                  ---oOo---

4

5   KOVE IO, INC.,              )
                                )
6             Plaintiff,        )
                                )
7   vs.                         )   No. 1:18-cv-08175
                                )
8   AMAZON WEB SERVICES, INC.,  )
                                )
9             Defendant.        )
    _____)

10

11

12      H I G H L Y   C O N F I D E N T I A L

13

14      VIDEOTAPED DEPOSITION OF ALYSSA HENRY

15            REDWOOD SHORES, CALIFORNIA

16            TUESDAY, FEBRUARY 21, 2023

17

18

19

20

21  STENOGRAPHICALLY REPORTED BY:

22  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

23  CSR LICENSE NO. 9830

24  JOB NO. 222653

25

```
 1        MR. SALTMAN:  Objection; vague.                    09:20
 2        THE WITNESS:  I still don't understand the         09:20
 3   question.                                                09:20
 4        MR. ADLER:  Q.  What were the circumstances        09:20
 5   in which you interacted with Andy Jassy?                 09:20
 6     A   Yeah.  Again, I -- it's too vague.  I don't        09:20
 7   understand.                                              09:21
 8     Q   Do you know what it means to interact with a      09:21
 9   person?                                                  09:21
10     A   It could mean, Hey, we're eating wings            09:21
11   together at Tatanka.  So yes, he and I ate wings        09:21
12   together.                                                09:21
13     Q   Okay.                                              09:21
14     A   It could mean ███████████████████████████          09:21
15   ████████████████████████████████████████████████         09:21
16   ███████    ████████████████████████████████████          09:21
17   ████████                                                 09:21
18        Like, I mean, I don't know.  There were lots       09:21
19   of different things.                                     09:21
20     Q   Got it.  All right.                                09:21
21        So you mentioned three interactions.  One of       09:21
22   them was eating wings with -- with Mr. Jassy; right?    09:21
23     A   Yep.                                               09:21
24     Q   And -- and then you mentioned a ██████             09:21
25   ████████████████; right?                                 09:21
```

| | | | |
|---|---|---|---|
| 1 | A | Yep. | 09:21 |
| 2 | Q | And then you mentioned a ▮▮▮▮▮▮▮▮▮▮▮; | 09:21 |
| 3 | | is that right? | 09:21 |
| 4 | A | Sure. | 09:22 |
| 5 | Q | So for the ▮▮▮▮▮▮▮▮▮▮▮▮, the | 09:22 |
| 6 | | name is "weekly." Did those happen every week? | 09:22 |
| 7 | A | Generally. | 09:22 |
| 8 | Q | And what did you discuss in -- in the ▮▮▮ | 09:22 |
| 9 | | ▮▮▮▮▮▮▮▮▮▮? | 09:22 |
| 10 | A | ▮▮▮▮▮▮▮▮▮. | 09:22 |
| 11 | Q | What does that mean? | 09:22 |
| 12 | A | It's dependent on the service, but it's | 09:22 |
| 13 | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 09:22 |
| 14 | | ▮▮▮▮▮▮▮▮▮▮▮▮. | 09:22 |
| 15 | Q | And was the ▮▮▮▮▮▮▮▮▮▮▮▮ for | 09:22 |
| 16 | | multiple Amazon services, or just for S3? | 09:22 |
| 17 | A | It's for all of AWS. | 09:22 |
| 18 | Q | And in 2007, when you started as general | 09:22 |
| 19 | | manager, how many services were represented at that | 09:22 |
| 20 | | meeting? | 09:22 |
| 21 | A | Five. | 09:22 |
| 22 | Q | Do you remember what they were? | 09:22 |
| 23 | A | S3, EC2, SimpleDB, Mechanical Turk, and the | 09:22 |
| 24 | | original AWS. I forget what it was called. | 09:23 |
| 25 | Q | Was it Simple Queue Service? | 09:23 |

| | | |
|---|---|---|
| 1 | A    No.  The -- the one that's the retail | 09:23 |
| 2 | website. | 09:23 |
| 3 | Q    Okay.  And what ▬▬▬▬▬▬▬ did you | 09:23 |
| 4 | discuss at that meeting with respect to S3? | 09:23 |
| 5 | A    Latency and availability. | 09:23 |
| 6 | Q    Okay.  We're going to talk about those a | 09:23 |
| 7 | little bit more -- we're going to talk about those | 09:23 |
| 8 | more in a little bit. | 09:23 |
| 9 |       But when you -- when you referenced latency, | 09:23 |
| 10 | what kind of latency did you discuss at that meeting? | 09:23 |
| 11 | A    I don't understand the question. | 09:23 |
| 12 | Q    What is latency? | 09:23 |
| 13 | A    How long something takes. | 09:24 |
| 14 | Q    And so what was the "something" that you were | 09:24 |
| 15 | measuring the time of for latency at that meeting? | 09:24 |
| 16 | A    A request. | 09:24 |
| 17 | Q    A request.  Okay. | 09:24 |
| 18 |       And if we were to be a little bit more | 09:24 |
| 19 | technical about it, do you remember more specifically | 09:24 |
| 20 | or more -- in a more detailed fashion what kind of | 09:24 |
| 21 | request or -- or the -- the item of information that | 09:24 |
| 22 | was discussed in that meeting? | 09:24 |
| 23 | A    GET and PUT requests. | 09:24 |
| 24 | Q    Okay.  And so would that be ▬▬▬▬▬▬ | 09:24 |
| 25 | ▬▬▬▬▬▬▬▬▬▬▬▬▬ -- for a GET request? | 09:24 |

1   CERTIFICATE OF STENOGRAPHIC REPORTER

2

3         I, ANDREA M. IGNACIO, hereby certify that the

4   witness in the foregoing deposition was by me sworn to

5   tell the truth, the whole truth, and nothing but the

6   truth in the within-entitled cause;

7         That said deposition was taken in shorthand

8   by me, a disinterested person, at the time and place

9   therein stated, and that the testimony of the said

10  witness was thereafter reduced to typewriting, by

11  computer, under my direction and supervision;

12        That before completion of the deposition,

13  review of the transcript [x] was [ ] was not

14  requested.  If requested, any changes made by the

15  deponent (and provided to the reporter) during the

16  period allowed are appended hereto.

17        I further certify that I am not of counsel or

18  attorney for either or any of the parties to the said

19  deposition, nor in any way interested in the event of

20  this cause, and that I am not related to any of the

21  parties thereto.

22  Dated: February 28, 2023

23  _____

24  ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

25