# Exhibit III

████████████████

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br> Hon. Sheila M. Finnegan <br><br> Jury Trial Demanded |

**KOVE IO, INC.'S SEVENTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO AMAZON WEB SERVICES, INC. (NOS. 184-206)**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff Kove IO, Inc. ("Kove") requests that Defendant Amazon Web Services, Inc. ("Amazon") produce for inspection and copying the documents and things requested below in accordance with the definitions and instructions provided herein. Production shall take place within thirty (30) days of service of this request, at the offices of Reichman Jorgensen LLP, 100 Marine Parkway, Suite 300, Redwood Shores, California 94065, or at such location and time as the parties may agree.

## DEFINITIONS

1. "Amazon Web Services, Inc.," "Defendant," "You," and "Your" mean Amazon Web Services, Inc., any of its present or former officers, directors, employees, members, representatives, or any others acting on its behalf.

2. "Other Amazon Entity" means Amazon.com, Inc. or any of its subsidiaries or affiliates other than Amazon Web Services, Inc., including any present or former officers, directors, employees, members, representatives, or any others acting on its behalf.

3. "Kove" and "Plaintiff" mean Kove IO, Inc., as well as any of its corporate parents,

**REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS [184-206]**

**REQUEST FOR PRODUCTION NO. 184**

Documents sufficient to show, for each month from 2006 through 2020, the amount of time it takes ▮▮▮▮ in S3:

i. To retrieve an ▮▮▮▮

ii. To retrieve an ▮▮▮▮

iii. To retrieve an ▮▮▮▮

iv. For a ▮▮▮▮

v. For a ▮▮▮▮

**REQUEST FOR PRODUCTION NO. 185**

Documents sufficient to show, for each month from 2006 through 2020, ▮▮▮▮ in S3:

i. A ▮▮▮▮ for any reason.

ii. A ▮▮▮▮.

iii. A ▮▮▮▮

iv. A ███████████████████████████████████████
████████████████████████

v. A ███████████████████████████████████████
████████████████████████

vi. A ███████████████████████████████████████
████████████████████

**REQUEST FOR PRODUCTION NO. 186**

Documents sufficient to show, for each month from 2006 through 2020, (i) the number of ████████████████████████ and (ii) the number of ████████████████████████████

**REQUEST FOR PRODUCTION NO. 187**

Documents sufficient to show, for each month from 2012 through 2020, (i) the number of ███████████████████████████████████ (ii) the number of ██████████████████████ ████████████ and (iii) the number of ████████████████████████████

**REQUEST FOR PRODUCTION NO. 188**

Documents sufficient to show, for each month from 2012 through 2020, the amount of time it takes ███████████████████ in the DynamoDB system:

i. For a ███████████████████████████████████████
████████████████████████████████

ii. For a █████████████████████████████████

iii. For a ███████████████████████████████████████
███████████████████████████████████████
████████████████████████████

iv. For a ███████████████████████████████████████

  v. To ███████████████████████████

  vi. For ██████████████████████████

**REQUEST FOR PRODUCTION NO. 189**

Documents sufficient to show the likelihood or probability that a ████████ in DynamoDB will ██████████████████ miss when processing a request for data.

**REQUEST FOR PRODUCTION NO. 190**

Documents sufficient to show for each month from 2012 through 2020, the frequency of ███████████████████████████ in the DynamoDB system.

**REQUEST FOR PRODUCTION NO. 191**

Documents sufficient to support James Sorensen's claim—made at AWS's 30(b)(6) deposition—that AWS uses ████████████████████████████████████ ██████████████████ including documents sufficient to describe the ████████ ███████████████████████

**REQUEST FOR PRODUCTION NO. 192**

Documents sufficient to show, for each month (form 2012 through 2020) the ███████ ███████████████████████████████████ in the DynamoDB system.

**REQUEST FOR PRODUCTION NO. 193**

Documents sufficient to show, for each month from 2012 through 2020, ████████ ██████ in which DynamoDB's ████████████████████ (i) ████████ and (ii) ████████ ██████ in the DynamoDB system.

**REQUEST FOR PRODUCTION NO. 194**

Documents sufficient to show, for each month from 2012 through 2020, ▉▉▉▉ ▉▉ in the DynamoDB system in which:

i. A ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

ii. A ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

iii. A ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

iv. A ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

v. A ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

vi. A ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

vii. A ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

**REQUEST FOR PRODUCTION NO. 195**

Documents sufficient to show the ▉▉▉▉ of DynamoDB ▉▉▉▉ (i) ▉▉▉ and (ii) ▉▉▉, from 2012 through 2020.

████████████████████████████████ (iii) ██████████████████████ and (iv) ██████████████████████

**REQUEST FOR PRODUCTION NO. 206**

All design, business, product development, marketing, and financial documents related to the use of each of the Relevant Features in the Accused Products, including the initial consideration of each Feature, and the benefits resulting from using each Feature (including benefits related to design, performance, availability, scalability, durability, revenue, costs, and profitability).

Dated: February 12, 2021

Respectfully submitted,

*/s/ Adam Adler*

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (650) 623-1403
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1710 Rhode Island Ave, NW, 12th Floor
Washington, DC 20036
Telephone: (202) 894-7310
Fax: (650) 623-1449

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Michael Marvin (*pro hac vice*)

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No. 6320395)
hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna Ballard (Identification No. 155188)
sballard@reichmanjorgsensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

| | |
|---|---|
| mmarvin@reichmanjorgensen.com<br>Rahul Sarakar (*pro hac vice*)<br>rsarkar@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>750 Third Avenue, Suite 2400<br>New York, NY 10017<br>Telephone: (646) 921-1474<br>Telecopier: (650) 623-1449 | Telecopier: (650) 623-1449 |
| | **ATTORNEYS FOR PLAINTIFF<br>KOVE IO, INC.** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 12, 2021, the foregoing Seventh Set of Requests for Production of Documents And Things to Defendants Amazon Web Services, Inc. was electronically served on counsel of record by email.

                                                */s/ Adam Adler*
                                                Adam Adler