# Exhibit KKK



HIGHLY CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Rebecca R. Pallmeyer <br><br> Jury Trial Demanded |

**KOVE IO, INC.'S SIXTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO AMAZON WEB SERVICES, INC. (NOS. 134-183)**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff Kove IO, Inc. ("Kove") requests that Defendant Amazon Web Services, Inc. ("Amazon") produce for inspection and copying the documents and things requested below in accordance with the definitions and instructions provided herein. Production shall take place within thirty (30) days of service of this request, at the offices of Reichman Jorgensen LLP, 100 Marine Parkway, Suite 300, Redwood Shores, California 94065, or at such location and time as the parties may agree.

**DEFINITIONS**

1. "Amazon Web Services, Inc.," "Defendant," "You," and "Your" mean Amazon Web Services, Inc., any of its present or former officers, directors, employees, members, representatives, or any others acting on its behalf.

2. "Other Amazon Entity" means Amazon.com, Inc. or any of its subsidiaries or affiliates other than Amazon Web Services, Inc., including any present or former officers, directors, employees, members, representatives, or any others acting on its behalf.

3. "Kove" and "Plaintiff" mean Kove IO, Inc., as well as any of its corporate parents,

1

**REQUEST FOR PRODUCTION NO. 162**

Documents sufficient to show the total number of ▮ stored in S3, on a monthly basis, from 2006 through 2020.

**REQUEST FOR PRODUCTION NO. 163**

Documents sufficient to show the cumulative number of ▮ stored in S3 from 2006 through 2020.

**REQUEST FOR PRODUCTION NO. 164**

Documents sufficient to show the quantity of ▮ stored in S3, on a monthly basis, from 2006 through 2020.

**REQUEST FOR PRODUCTION NO. 165**

Documents sufficient to show the cumulative number of ▮ stored in S3 from 2006 through 2020.

**REQUEST FOR PRODUCTION NO. 166**

Documents sufficient to show the distribution of ▮, from 2006 through 2020.

**REQUEST FOR PRODUCTION NO. 167**

Documents sufficient to show the number of ▮, on an annual basis, from 2006 through 2020.

**REQUEST FOR PRODUCTION NO. 168**

Documents sufficient to show the average number of ▮, on an annual basis, from 2006 through 2020.

**REQUEST FOR PRODUCTION NO. 175**

Documents sufficient to show the average amount of down time per physical device, on an annual basis, for the physical devices that function as ███████ for S3, from 2006 through 2020.

**REQUEST FOR PRODUCTION NO. 176**

Documents sufficient to show the price You paid for each make and model of the devices that function as ███████████████████ for S3, from 2006 through 2020.

**REQUEST FOR PRODUCTION NO. 177**

Documents sufficient to show the average life span for each make and model of the devices that function as ███████████████████ for S3, from 2006 through 2020.

**REQUEST FOR PRODUCTION NO. 178**

Documents sufficient to show the frequency with which You purchased devices that function as ████ for S3, from 2006 through 2020.

**REQUEST FOR PRODUCTION NO. 179**

Documents sufficient to show the frequency with which You purchased devices that function as ██████████ for S3, from 2006 through 2020.

**REQUEST FOR PRODUCTION NO. 180**

Documents sufficient to show the frequency with which You purchased devices that function as ██████████ for S3, from 2006 through 2020.

**REQUEST FOR PRODUCTION NO. 181**

Documents sufficient to show the likelihood or probability that a ██████████████ ████████████████████████████████.

**REQUEST FOR PRODUCTION NO. 182**

All documents describing the vision, purpose, or goals, of Amazon Web Services, Inc., including the "six-pager" memo from Andy Jassy to Jeff Bezos referenced in https://www.nytimes.com/2021/02/03/technology/andy-jassy-amazon-ceo-jeff-bezos.html.

**REQUEST FOR PRODUCTION NO. 183**

Documents sufficient to show the extent to which You share costs or profits related to the Accused Products with any Other Amazon Entity.

Dated: February 5, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Adam Adler

| | |
|---|---|
| Sarah O. Jorgensen (*pro hac vice*)<br>sjorgensen@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>1201 West Peachtree, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (650) 623-1403<br>Telecopier: (650) 623-1449<br><br>Christine E. Lehman (*pro hac vice*)<br>clehman@reichmanjorgensen.com<br>Adam Adler (*pro hac vice*)<br>aadler@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>1710 Rhode Island Ave, NW, 12th Floor<br>Washington, DC 20036<br>Telephone: (202) 894-7310<br>Fax: (650) 623-1449<br><br>Khue V. Hoang (*pro hac vice*)<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia (*pro hac vice*)<br>jcardenas-navia@reichmanjorgensen.com<br>Michael Marvin (*pro hac vice*)<br>mmarvin@reichmanjorgensen.com<br>Rahul Sarakar (*pro hac vice*) | Renato Mariotti (State Bar No. 6323198)<br>rmariotti@thompsoncoburn.com<br>Holly H. Campbell (State Bar No. 6320395)<br>hcampbell@thompsoncoburn.com<br>Thompson Coburn LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603<br>Telephone: (312) 346-7500<br>Telecopier: (312) 580-2201<br><br>Courtland L. Reichman (*pro hac vice*)<br>creichman@reichmanjorgensen.com<br>Shawna Ballard (*pro hac vice*)<br>sballard@reichmanjorgensen.com<br>Jennifer P. Estremera (*pro hac vice*)<br>jestremera@reichmanjorgensen.com<br>Michael G. Flanigan (*pro hac vice*)<br>mflanigan@reichmanjorgensen.com<br>Kate Falkenstien (*pro hac vice*)<br>kfalkenstien@reichmanjorgensen.com<br>Reichman Jorgensen LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>Telecopier: (650) 623-1449 |

rsarkar@reichmanjorgensen.com
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (646) 921-1474
Telecopier: (650) 623-1449

        **ATTORNEYS FOR PLAINTIFF
        KOVE IO, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 5, 2021, the foregoing Sixth Set of Requests for Production of Documents And Things to Defendants Amazon Web Services, Inc. was electronically served on counsel of record by email.

*/s/ Adam Adler*
Adam Adler
