# Exhibit MMM



HIGHLY CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc.,<br><br>          Plaintiff,<br><br>v.<br><br>Amazon Web Services, Inc.,<br><br>          Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Rebecca R. Pallmeyer<br>Hon. Sheila M. Finnegan<br><br>Jury Trial Demanded |

**KOVE IO, INC.'S EIGHTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO AMAZON WEB SERVICES, INC. (NOS. 207-219)**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff Kove IO, Inc. ("Kove") requests that Defendant Amazon Web Services, Inc. ("Amazon") produce for inspection and copying the documents and things requested below in accordance with the definitions and instructions provided herein. Production shall take place within thirty (30) days of service of this request, at the offices of Reichman Jorgensen LLP, 100 Marine Parkway, Suite 300, Redwood Shores, California 94065, or at such location and time as the parties may agree.

**DEFINITIONS**

1. "Amazon Web Services, Inc.," "Defendant," "You," and "Your" mean Amazon Web Services, Inc., any of its present or former officers, directors, employees, members, representatives, or any others acting on its behalf.

2. "Other Amazon Entity" means Amazon.com, Inc. or any of its subsidiaries or affiliates other than Amazon Web Services, Inc., including any present or former officers, directors, employees, members, representatives, or any others acting on its behalf.

3. "Kove" and "Plaintiff" mean Kove IO, Inc., as well as any of its corporate parents,

**REQUEST FOR PRODUCTION NO. 213**

Documents sufficient to show the number of (a) ▓▓▓ and (b) ▓▓▓▓▓▓ in the S3 system, on a monthly basis, from 2006 through 2020.

**REQUEST FOR PRODUCTION NO. 214**

Documents sufficient to show the number of (a) ▓▓▓▓▓▓ and (b) ▓▓▓▓▓ in the DynamoDB system, on a monthly basis, from 2006 through 2020.

**REQUEST FOR PRODUCTION NO. 215**

Documents and data sufficient to confirm the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ contained in AMZ_KOVE_000091121.

**REQUEST FOR PRODUCTION NO. 216**

To the extent not already requested, documents relating to predecessor products to the Accused Products and early or exploratory designs for the Accused Products or the products that would become the Accused Products, including documents that discuss or consider the scalability, speed/latency, availability, durability, and cost of those designs. This includes documents relating to ▓▓▓▓▓▓▓▓▓▓ and any other designs or products that were considered in connection with either of the Accused Products.

**REQUEST FOR PRODUCTION NO. 217**

To the extent not already requested, documents relating to or describing how AWS stores and retains documents relating to the Accused Products, including, for example, design documents, development documents, marketing documents, consumer surveys, testing relating to the Accused Products, metrics relating to how the Accused Products are used, metrics relating to the operation of the Accused Products, and telemetry data.

**REQUEST FOR PRODUCTION NO. 218**

To the extent not already requested, documents relating to or describing how and where AWS

stores and retains documents relating to the Accused Products and Relevant Components, including, for example, design documents, development documents, marketing documents, consumer surveys, documents that describe or discuss the benefits of the Accused Products, testing relating to the Accused Products, forecasts relating to the Accused Products, financial information (including revenues, costs, profits, and losses), financial projections, accounting statements, metrics relating to how the Accused Products are used, metrics relating to the operation of the Accused Products, and telemetry data. This includes documents sufficient to identify the databases in which documents are stored, as well as documents describing or setting forth the preservation or retention policies for those databases.

**REQUEST FOR PRODUCTION NO. 219**

To the extent not already requested, documents relating to AWS's mailing list system(s), including documents sufficient to identify mailing lists relating to the Accused Products or Relevant Features, documents sufficient to identify the software AWS uses to run its mailing list systems, documents sufficient to identify how mailing lists or group e-mail accounts are preserved or maintained, and documents sufficient to show where and how messages sent to or from mailing lists or group accounts are preserved.

Dated: June 11, 2021

Respectfully submitted,

*/s/ Adam Adler*

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (650) 623-1403

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No. 6320395)
hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603

Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1710 Rhode Island Ave, NW, 12th Floor
Washington, DC 20036
Telephone: (202) 894-7310
Fax: (650) 623-1449

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Michael Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (646) 921-1474
Telecopier: (650) 623-1449

Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna Ballard (Identification No. 155188)
sballard@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Michael G. Flanigan (State Bar No. 6309008)
mflanigan@reichmanjorgensen.com
Kate Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
Taylor Mauze
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449


**ATTORNEYS FOR PLAINTIFF KOVE IO, INC.**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 11, 2021, the foregoing Eighth Set of Requests for Production of Documents and Things to Defendants Amazon Web Services, Inc. (NOS. 207-219) was electronically served on counsel of record by email.

               */s/ Adam Adler*
               Adam Adler