IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | |
| | Hon. Matthew F. Kennelly |
| v. | |
| Amazon Web Services, Inc., | Jury Trial Demanded |
| Defendant. | |

**KOVE IO, INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF
IN SUPPORT OF ITS MOTION TO BIFURCATE**

Pursuant to Local Rule 7.1 and the Court's Order (Dkt. 751), Plaintiff Kove, IO, Inc. ("Kove"), respectfully moves the Court for leave to file a reply brief in support of its motion to bifurcate the upcoming trial. In support of this Motion, Kove states as follows.

1. On February 19, 2024, Kove filed a Motion to Bifurcate Amazon's Inequitable Conduct and OTDP Defenses, *see* Dkt. 750.

2. On February 20, 2024, the Court issued an order setting Amazon's response deadline to February 27, 2024, stating that "no reply may be filed unless requested by the Court," and set a telephonic hearing for March 4, 2024. Dkt. 751. The hearing was changed to March 5, 2024, at Amazon's request. Dkt. 753.

3. On February 27, 2024, Defendant Amazon Web Services, Inc. ("AWS") filed its response in opposition. *See* AWS's Response to Kove's Motion to Bifurcate AWS's Inequitable Conduct and OTDP, Dkt. 767.

4. Amazon's opposition brief raises new arguments that were not identified prior to filing the motion and therefore could not have been addressed in the opening brief. As one

example, Amazon's opposition argues that new witnesses it did not previously identify will provide overlapping testimony regarding the alleged inequitable conduct reference and its materiality. As another example, Amazon alleges that it has a jury trial right to overlapping facts between invalidity and inequitable conduct. There are additional examples of new or misleading arguments that Kove could not have addressed in the opening brief that Kove believes should be addressed in the reply brief.

5. Given the significance of this issue, Kove therefore respectfully requests that the Court grant it leave to file a 7-page reply by March 1, 2024 and provide the Court with a full and fair record on which to make its decision.

Dated: February 27, 2024

Respectfully submitted,

*/s/ Courtland L. Reichman*

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 560-3501

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Facsimile: (650) 560-3501

Amy Ruhland (*pro hac vice*)
aruhland@reichmanjorgensen.com
Taylor Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
Navid Bayar (*pro hac vice*)
nbayar@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
901 S. Mopac Expressway, Building 1, Suite 300
Austin, TX 78746
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (*pro hac vice*)
sballard@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Gina H. Cremona (*pro hac vice*)
gcremona@reichmanjorgensen.com
Savannah Carnes (*pro hac vice*)
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

***ATTORNEYS FOR PLAINTIFF KOVE IO, INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Courtland L. Reichman*
Courtland L. Reichman