IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL KOVE IO, INC.'S OPPOSITION TO AMAZON'S MOTION TO EXCLUDE OPINIONS OF DR. GOODRICH AND MR. BERGMAN AND EXHIBITS**

Pursuant to Local Rules 5.8 and 26.2(c), Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Plaintiff Kove IO, Inc. ("Kove") respectfully requests the Court to enter an order to seal its Opposition to Amazon's Motion to Exclude Opinions of Dr. Goodrich and Mr. Bergman and Exhibits OOO–JJJJ ("Exhibits") to the Declaration of Savannah Carnes In Support of Kove's Opposition to Amazon's Motion to Exclude Opinions of Dr. Goodrich and Mr. Bergman. In support thereof, Kove states as follows:

1. On July 10, 2019, the Court entered the parties' agreed Protective Order (Dkt. 55). Pursuant to the terms of the Protective Order, AWS has designated information discussing the identification of the specific subcomponents of the S3 and DynamoDB systems, information explaining how the S3 and DynamoDB systems work and are designed, internal source code, specific metrics AWS collects relating to the performance of its S3 and DynamoDB products,

details regarding AWS's confidential agreements with third parties, confidential financial information and information regarding AWS's confidential licensing agreements, and AWS witness testimony and confidential internal explanatory documentation relating to each of these categories, as Highly Confidential.

2. AWS requests the Court to enter an order to seal in entirety Exhibits OOO-SSS.2, UUU, WWW-ZZZ, FFFF, and IIII-JJJJ to the Declaration of Savannah Carnes In Support of Kove IO, Inc.'s Opposition to Amazon's Motion to Exclude Opinions of Dr. Goodrich and Mr. Bergman (Dkt. 762-1), which contains proprietary information that either Kove or Amazon Web Services, Inc. ("AWS") has designated as Highly Confidential under the Protective Order.

3. AWS has otherwise provided redactions to Exhibits TTT, AAAA, BBBB, CCCC, DDDD, EEEE, and GGGG and provides its own supporting declaration.

4. Pursuant to the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Kove files this motion, the supporting declaration of Jeffrey Saltman on behalf of AWS, along with redacted versions of Kove's Opposition to Amazon's Motion to Exclude Opinions of Dr. Goodrich and Mr. Bergman and corresponding attachments and Exhibits, within four business days of February 23, 2024.

For the foregoing reasons, Kove respectfully requests that the Court enter an order permitting Kove's Opposition to Amazon's Motion to Exclude Opinions of Dr. Goodrich and Mr. Bergman (Dkt. 762), as well as corresponding attachments and Exhibits to be filed under seal and/or redacted form.

| | |
|---|---|
| Dated: February 29, 2024 | Respectfully submitted, |
| | /s/ *Courtland L. Reichman* |

Khue V. Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 560-3501

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Facsimile: (650) 560-3501

Amy Ruhland (*pro hac vice*)
aruhland@reichmanjorgensen.com
Taylor Mauze (*pro hac vice*)
tmauze@reichmanjorgensen.com
Navid Bayar (*pro hac vice*)
nbayar@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
901 S. Mopac Expressway, Building 1, Suite 300
Austin, TX 78746
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (*pro hac vice*)
sballard@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Gina H. Cremona (*pro hac vice*)
gcremona@reichmanjorgensen.com
Savannah Carnes (*pro hac vice*)
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

***ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.***

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on the 29th day of February, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                               */s/ Courtland L. Reichman*
                                                               Courtland L. Reichman