IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>    *Defendant*. | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly |

**DECLARATION OF JEFFREY SALTMAN IN SUPPORT OF AWS'S REDACTIONS TO KOVE'S OPPOSITION TO AWS'S MOTION TO EXCLUDE OPINIONS OF DR. GOODRICH AND MR. BERGMAN**

I, Jeffrey Saltman, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of the redactions of AWS's confidential information in Kove's Opposition to AWS's Motion to Exclude Opinions of Dr. Goodrich and Mr. Bergman (Dkt. 762).

2. Kove's Opposition contains AWS confidential information. AWS has prepared a redacted version. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information identifies the specific subcomponents of the S3 and DynamoDB systems, AWS's and Amazon's

financial information, and Amazon's investment and acquisition practices. AWS doesn't publicly disclose this information, including specific information identifying the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access AWS's systems, by competitors to learn about AWS's proprietary technology, or to gain competitive financial advantage. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

3. S. Carnes Declaration ISO the Opposition as well as Exhibits VVV and HHHH don't contain AWS's confidential information. To the extent that they contain Kove confidential information, Kove will prepare public versions of these documents. AWS agrees they can be filed on the public docket.

4. AWS has either partially or entirely redacted the remaining exhibits. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information generally includes: the identification of the specific subcomponents of the S3 and DynamoDB systems, information explaining how the S3 and DynamoDB systems work and are designed, including source code, specific metrics AWS collects relating to the performance of its S3 and DynamoDB products, details regarding AWS's confidential agreements with third parties, Amazon's investment and acquisition practices, and AWS witness testimony and confidential internal explanatory documentation relating to each of these categories. Public disclosure of the information within any of the categories listed above would cause AWS competitive harm. I explain the confidential nature of each of these categories of information below.

5. Exhibits OOO-SSS.2, UUU, WWW-ZZZ, and IIII-JJJJ should be sealed in their entirety. These exhibits contain detailed information regarding the content of specific metrics

AWS collects relating to the performance of its S3 and DynamoDB products, as well as detailed information relating to the specific subcomponents of the S3 and DynamoDB systems along with how they are arranged and their functions. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

6. Exhibits XXX and FFFF should also be sealed in their entirety. These contain confidential financial information, information regarding AWS's confidential licensing agreements, and information relating to Amazon's investment and acquisition practices. This information could be used by competitors and investors to gain competitive advantage and undue insight into AWS's internal business practices. Further, the agreements are subject to confidentiality provisions with third parties.

7. Information relating to the specific subcomponents of the S3 and DynamoDB systems has been redacted from Exhibits TTT, AAAA, and GGGG. AWS doesn't publicly disclose specific information identifying personnel or the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

8. Exhibits XXX, AAAA, and BBBB-EEEE contain confidential AWS financial data, information regarding AWS's confidential licensing agreements, and information relating to Amazon's investment and acquisition practices. This information could be used by competitors and investors to gain competitive advantage and undue insight into AWS's internal business practices. Further, the agreements are subject to confidentiality provisions with third parties.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on February 29, 2024.

*/s/ Jeffrey Saltman*
Jeffrey Saltman
