# Exhibit OOO

# (UNDER SEAL)