# Exhibit PPP

# (UNDER SEAL)