# Exhibit QQQ

# (UNDER SEAL)