# Exhibit RRR

# (UNDER SEAL)