# Exhibit SSS.1

# (UNDER SEAL)