# Exhibit SSS.2

# (UNDER SEAL)