# Exhibit TTT



```
                                                              Page 1
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF ILLINOIS

 3                        EASTERN DIVISION

 4

 5    KOVE I/O, INC.,

 6         Plaintiff,

 7      vs.                                      Civil Action No.

 8                                               1:18-cv-08175

 9    Amazon Web Services, INC.,

10         Defendant.

11   _____

12

13

14                     *** CONFIDENTIAL ***

15

16                  DEPOSITION OF SETH MARKLE

17                     Seattle, Washington

18                  Thursday, January 30, 2020

19

20

21

22

23      Reported by:

24      GWEN S. BRASS, CCR 1908, CSR 5784

25      JOB NO. 175192
```

```
 1                    S. MARKLE - CONFIDENTIAL
 2         A.    The [REDACTED] would no longer route
 3   requests to that [REDACTED]
 4         Q.    So requests that would have
 5   previously gone to that [REDACTED] would go to
 6   different [REDACTED] now, correct?
 7               MR. BABBITT:  Object to form.
 8         A.    If a request came in that would
 9   have gone to that [REDACTED] it will go to a
10   different [REDACTED]
11         Q.    And the different [REDACTED] that the
12   [REDACTED] goes to would be determined by the
13   [REDACTED] correct?
14               MR. BABBITT:  Objection.
15         A.    The [REDACTED] will use the
16   [REDACTED] to decide the [REDACTED]
17         Q.    And then the new [REDACTED] that's
18   selected by the [REDACTED] will then execute
19   whatever requests came in, if it can, correct?
20               MR. BABBITT:  Objection to form.
21         A.    Yeah, the [REDACTED] executes requests
22   from the [REDACTED]
23         Q.    And if that [REDACTED] does not have the
24   [REDACTED] corresponding to that request, it will
25   retrieve it from the [REDACTED] and then
```

```
 1                S. MARKLE - CONFIDENTIAL
 2    store it into its  ▮▮▮  correct?
 3             MR. BABBITT:  Objection to form.
 4        A.   Did you say ▮▮▮▮▮?
 5        Q.   I might have.  I meant to say
 6    ▮▮▮?
 7        A.   Sorry.  So can you repeat the
 8    question then.
 9        Q.   Sure.
10             If the ▮ does not have the ▮
11    corresponding to that request, it will receive
12    it from the ▮▮▮▮▮ and then store it in
13    its ▮?
14             MR. BABBITT:  Objection.
15        A.   If the ▮ does not have the ▮
16    for the ▮ in the GET request, it will
17    retrieve it from the ▮▮▮▮.
18        Q.   So after the ▮ stopped working
19    because of -- its process stopped, for
20    whatever reason, the data in its ▮ would
21    end up on other ▮ as the objects in those
22    ▮ were requested again, correct?
23             MR. BABBITT:  Object to form.
24             Misleading.  Vague.
25        A.   I wouldn't characterize it like
```

1　　　　　　　　S. MARKLE - CONFIDENTIAL
2　　that.
3　　　　　Q.　　Do you disagree with my statement?
4　　　　　A.　　I think so.
5　　　　　Q.　　Which part of it?
6　　　　　　　　MR. BABBITT:　Objection.
7　　　　　A.　　The data in the ▇▇▇▇ at the
8　　time it went down is a reflection of what the
9　　▇▇▇ were at that point in time.
10　　　　Q.　　I see.
11　　　　　　　So if the ▇▇▇ have not changed
12　　for that object -- if an ▇▇▇ for an object
13　　had not changed, then, for example, if that
14　　specific object was requested again, it would
15　　end up on a different ▇▇, correct?
16　　　　　　　MR. BABBITT:　Object to form.
17　　　　A.　　The ▇▇ would end up on a
18　　different ▇▇.
19　　　　Q.　　So let me talk about, then, stale
20　　data.
21　　　　　　　Can you explain how portions of a
22　　▇▇ get removed from a ▇▇ due to stale
23　　data?
24　　　　　　　MR. BABBITT:　Object to form.
25　　　　A.　　It is complicated, but generally if

```
 1                S. MARKLE - CONFIDENTIAL
 2                   C E R T I F I C A T E
 3     STATE OF WASHINGTON  )
 4                          ) SS.:
 5     COUNTY OF ISLAND     )
 6
 7           I, GWEN S. BRASS, a Certified
 8     Shorthand Reporter within and for the state of
 9     Washington, do hereby certify:
10           That SETH MARKLE, the witness whose
11     deposition is hereinbefore set forth, was duly
12     sworn by me and that such deposition is a true
13     record of the testimony given by such witness.
14           I further certify that I am not
15     related to any of the parties to this action
16     by blood or marriage; and that I am in no way
17     interested in the outcome of this matter.
18           IN WITNESS WHEREOF, I have hereunto
19     set my hand this 3rd day of February, 2020.
20
21
22                              *Gwen Brass*
23                              _____
24                              Gwen Brass, CCR 1908
25
```