# Exhibit UUU

# (UNDER SEAL)