# Exhibit VVV

---

# Intentionally Omitted