# Exhibit WWW

# (UNDER SEAL)