# Exhibit XXX

# (UNDER SEAL)