# Exhibit YYY

# (UNDER SEAL)