# Exhibit ZZZ

# (UNDER SEAL)