# Exhibit AAAA



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-08175 <br> Judge: Hon. Matthew F. Kennelly <br><br> HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY |

# ERRATA TO THE EXPERT REPORT OF JIM W. BERGMAN

*Executed on August 31, 2023 at Chicago, Illinois*

_____

Jim W. Bergman

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

*Paragraph 383 of the July 3, 2023 Expert Report of Jim W. Bergman (the "July Bergman Report") is corrected as follows:*

- " ██████████ just in IAD" in the first sentence is changed to "██████████ ██"

*Paragraph 384 of the July Bergman Report is to be replaced in its entirety as follows:*

384. To get to the additional costs associated with the Accused Regions, I took into account that, per the analysis, "IAD accounts for ████ of global capacity," and that, according to AWS financial data, in January 2019, IAD represented ████ of total Accused Region revenue.[1] Applying the analysis described above to all the Accused Regions results in estimated addition costs to AWS of between ██████████████████.[2]

*Paragraph 385 of the July Bergman Report is corrected as follows:*

- "██████████████████" in the last sentence is changed to "██████████ ██"

- "██████████████████" in the last sentence is changed to "██████████ ██."

*These corrections do not impact any other paragraphs in the July Bergman Report nor any of the underlying opinions.*

---

[1] AMZ_KOVE_000483279 at 3286; AMZ_KOVE_000463919.

[2] Calculated as ██████████████ and ██████████████████