# Exhibit BBBB



Page 228

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

---------------------------------X
KOVE IO, INC.,　　　　　　　　　　:
　　　　　　　　Plaintiff,　　:　Civil Action No.:
　v.　　　　　　　　　　　　　:　1:18-cv-08175
AMAZON WEB SERVICES, INC.　　:
　　　　　　　　Defendant.　　:
---------------------------------X


*** HIGHLY CONFIDENTIAL ***

Day II

Deposition of SWAMI SIVASUBRAMANIAN, PH.D., as the

corporate representative of Amazon Web Services,

Inc. and personally

Conducted Remotely

Thursday, May 11, 2023

9:03 a.m. PST


Reported by: Matthew Goldstein, RMR, CRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 334

```
 1        A.    Yes.
 2        Q.    And isn't it true that for a
 3   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 4   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 5   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇?
 6        A.    Can you clarify what you mean by
 7   ▇▇▇▇▇▇▇▇ please?
 8        Q.    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 9   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
10        A.    Yes, we will look at ▇▇▇▇▇▇▇▇▇
11   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ as
12   one of the metrics.
13        Q.    And then you would also consider how
14   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
15   ▇▇▇▇▇▇▇; correct?
16              MR. SALTMAN:  Objection; vague.
17              THE WITNESS:  Yes.
18   BY MR. ADLER:
19        Q.    And is there, you know, return on
20   investment -- ROI stands for return on investment.
21              Is there a target return that you would
22   have as part of your quantitative model?
```

5/11/2023　　Kove IO, Inc. v. Amazon Web Services, Inc.　Swami Sivasubramanian, Ph.D.
Highly Confidential

Page 335

1　　　　　MR. SALTMAN:  Objection; scope.

2　　　　　THE WITNESS:  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3　▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4　Because if it is a critical need for customers,

5　▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ we actually would

6　probably build it.  That's another reason when

7　there was no other cloud computing provider, we

8　still dropped prices ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

9　▓▓▓▓▓  So I think we want to do what's right for

10　customers and to enable them is really how we look

11　at it.

12　BY MR. ADLER:

13　　　Q.　Do you know if in estimating -- well,

14　let me ask, do you estimate the target returns as

15　part of a quantitative analysis?

16　　　　　MR. SALTMAN:  Objection; scope and

17　vague.

18　　　　　(Cross talk.)

19　BY MR. ADLER:

20　　　Q.　I'm sorry, I missed your answer through

21　an audio blip.

22　　　A.　Can you define what you mean by

Page 496

```
 1    STATE OF MARYLAND      )

 2                           ss:

 3    COUNTY OF MONTGOMERY   )

 4

 5            I, Matthew Goldstein, Notary Public within

 6    and for the State of Maryland, do hereby certify:

 7            That I reported the proceedings in the within

 8    entitled matter, and that the within transcript is a

 9    true record of said proceedings.

10            I further certify that I am not related to

11    any of the parties to the action by blood or marriage,

12    and that I am in no way interested in the outcome of

13    this matter.

14            IN WITNESS WHEREOF, I have hereunto set my

15    hand this 23rd day of May, 2023.

16

17

18

19

20

21                          _____

22                          Matthew Goldstein, RMR, CRR
```