# Exhibit CCCC



Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

_____

KOVE IO, INC.,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
Plaintiff,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　　　　　　)No. 1:18-cv-08175
　　　　　　　　　　　　　　　　　　　)
AMAZON WEB SERVICES, INC.,　　　　　　)
　　　　　　　　　　　　　　　　　　　)
Defendant.　　　　　　　　　　　　　　)
_____)

HIGHLY CONFIDENTIAL

Deposition Upon Oral Examination Of

ANDREW JASSY

2:20 p.m.

May 1, 2023

2121 Seventh Avenue

Seattle, Washington


REPORTED BY:　Yvonne A. Gillette, RPR, CCR No. 2129.

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 6

```
 1    A         Yes.
 2    Q         Could you state your full name and job title
 3    for the record?
 4    A         My name is Andy Jassy.  I'm the president
 5    and CEO of Amazon.
 6    Q         That's Amazon.com?
 7    A         Yes.
 8    Q         And you became the CEO of Amazon in 2021; is
 9    that correct?
10    A         Yes.
11    Q         And prior to that time, you were the CEO of
12    Amazon Web Services, Inc.; is that right?
13    A         Yes.
14    Q         When did you become the CEO of AWS?
15    A         I don't remember exactly.  I would guess
16    2016 or '17.
17    Q         And what was your title prior to that time?
18    A         I was the senior vice president of AWS.
19    Q         And in that role, were you responsible for
20    leading AWS?
21    A         Yes.
22    Q         Now, I'm going to play a video for you.
```

Page 35

1    A      Yes.

2    Q      And so is it fair to say that if you --
3 generally speaking, you know, AWS ▮▮▮▮▮▮▮▮
4 ▮▮▮▮▮▮▮, but it's more important that it has a
5 positive customer experience?

6      MR. SIGLER: Objection. Compound. Vague.

7    A      I mean, I don't know if I have a different
8 answer than I just gave you. There are a number of
9 things that matter in a business. What matters most
10 to us is, you know, that we're building the right
11 relationships with customers over a long period of
12 time. So you don't ignore ▮▮▮▮▮, but we care most
13 about customer experience.

14    Q      How do you ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 against the customer experience?

17    A      Can you ask that again?

18    Q      Sure. How you do you balance ▮▮▮▮▮▮
19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ against maximizing and having the
21 best customer experience possible?

22    A      Well, again, it's always a balance. It's

```
                                                              Page 60
 1                     C E R T I F I C A T E
 2    State of Washington   )
 3                          )  ss.
 4    County of King        )
 5             I, the undersigned Registered Professional
      Reporter and Washington Certified Court Reporter, hereby
 6    certify that the foregoing deposition upon Oral examination
      of ANDREW JASSY was taken before me on May 1, 2023 and
 7    transcribed under my direction;
               That the witness was duly sworn by me pursuant to
 8    RCW 5.28.010 to testify truthfully; that the transcript of
      the deposition is a full, true, and correct transcript to
 9    the best of my ability; that I am neither attorney for, nor
      a relative or employee of, any of the parties to the action
10    or any attorney or counsel employed by the parties hereto,
      nor financially interested in its outcome.
11             I further certify that in accordance with CR
      30(e), the witness was given the opportunity to examine,
12    read, and sign the deposition, within 30 days, upon its
      completion and submission, unless waiver of signature was
13    indicated in the record.
               IN WITNESS WHEREOF, I have hereunto set my hand
14    and seal this date, May 8, 2023:
15
16
17                                 _____
18                                 Yvonne A. Gillette
19                                 Washington Certified Court Reporter
                                   License No. 2129
20
21
22
```