# Exhibit DDDD



Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

------------------------------X

KOVE IO, INC.,　　　　　　　　　　)

　　　　　Plaintiff,　　　　) Civil Action

　　vs.　　　　　　　　　　　) No. 1:18-cv-08175

AMAZON WEB SERVICES, INC.,　　)

　　　　　Defendant.　　　　)

------------------------------X

　H I G H L Y　 C O N F I D E N T I A L


　　　　　VIDEOTAPED DEPOSITION OF

　　　　　　CHRISTOPH BARTENSTEIN

　　　　　　Wednesday, May 3, 2023

　　　　　　　Conducted Remotely




REPORTED BY:

Christina Diaz, CRC, CRR, RMR, CSR, CLR

_____

　　　　　　　DIGITAL EVIDENCE GROUP

　　　　　1730 M Street, NW, Suite 812

　　　　　　　Washington, D.C. 20036

　　　　　　　　(202) 232-0646

5/3/2023   Kove IO, Inc. v. Amazon Web Services, Inc.   Christoph Bartenstein
Highly Confidential

Page 25

```
 1   BY MR. SOKHANSANJ:
 2       Q.   As I mentioned earlier,
 3   Mr. Bartenstein, I will ask a question.
 4   Your attorney will object.  The objection
 5   has to go on the record and then you can
 6   answer after that, as long as we are not
 7   talking over each other.
 8            So my question was what your role
 9   is at AWS, your job title.
10       A.   I am a director for product and
11   engineering.
12       Q.   What are your responsibilities as
13   a director of product and engineering?
14       A.   Are you asking about, like, the
15   roles, in particular, what I am doing, or
16   what do you mean by "responsibilities"?
17       Q.   Sure.
18            What are your roles?  What do you
19   do?  What are you in charge of?
20       A.   I see.
21            MS. PHILLIPS:  Objection.  Form.
22       A.   I lead product teams, engineering
```

5/3/2023   Kove IO, Inc. v. Amazon Web Services, Inc.   Christoph Bartenstein
Highly Confidential

Page 26

1  teams who work on Amazon S3 features.
2  BY MR. SOKHANSANJ:
3      Q.   What are the features of S3?
4           MS. PHILLIPS:  Objection to form.
5      Outside the scope.
6           You can answer.
7      A.   I think the -- you know, it's
8  hard to talk about the features of S3
9  because it's a service with different
10 features.  The features I focus on are
11 metering.  Metering of storage as well as
12 one feature which is called intelligent
13 tiering.
14 BY MR. SOKHANSANJ:
15     Q.   How long have you been a
16 director?
17     A.   I got promoted to director in
18 2020, I believe.
19     Q.   What were you doing before that?
20     A.   I worked for Amazon Web Services
21 as well in a different role.
22     Q.   What role was that?

1　　A.　　Before that, I was a senior
2　manager of product management.
3　　Q.　　And what product or features were
4　you working on then?
5　　　　MS. PHILLIPS:　Objection.
6　　Compound.
7　　A.　　The focus was on storage classes.
8　Different storage tiers.
9　BY MR. SOKHANSANJ:
10　　Q.　　Within S3?
11　　A.　　Within Amazon S3.
12　　Q.　　How was being -- what was the
13　difference between your role as a manager
14　and your role as a director?
15　　A.　　I would say the scope was
16　probably different as the senior manager of
17　product management, I was -- I had a team
18　of product managers, so I focused on the
19　product side, defining products and
20　thinking about what products customers want
21　in the complex of storage classes.  And now
22　I lead product and engineering teams.

1  to maintain net margins ove ▓▓▓▓.

2          Was this a goal at this time

3  around 2016?

4          MS. PHILLIPS:  Objection to form.

5     A.    It was a goal in the context of

6  this discussion for the templates

7  discussion in 2019 for the regions we have

8  here.  I am not aware that it was, like, an

9  S3-wide goal.

10 BY MR. SOKHANSANJ:

11    Q.    Generally now -- and I'm going to

12 say, let's focus on 2019, 2020 -- is the

13 goal still -- do you have, like, a goal of

14 what net margin you are trying to maintain?

15         MS. PHILLIPS:  Object to the

16     form.  And outside the scope.

17    A.    We like to be profitable

18 long-term.  We like to run a profitable

19

20 business.  I don't think there is one magic

21 number.  It might have been -- the quote

22 was ▓▓▓▓ from you, or some other

Page 236

```
 1   number.
 2              We would rather think of it as a
 3   long-term profitable business.  So I am not
 4   aware in 2019 or 2020, there was one
 5   specific number we went after.
 6              MR. SOKHANSANJ:  Let us take a
 7        quick look at Tab 104, AMZ_KOVE
 8        00465826.  This will be marked as
 9        Exhibit 18.
10              (Exhibit 18, Slip Sheet with
11        attachment bearing Production Nos.
12        AMZ_KOVE_465826 through 465833, was
13        marked for identification)
14   BY MR. SOKHANSANJ:
15        Q.   Let's go to the first page of
16   this document.
17        A.   This document?
18        Q.   Do you recognize what kind of a
19   document this is just from the title in the
20   first kind of paragraph?
21        A.   (Witness reviewing document).
22
```

Page 411

```
 1              C E R T I F I C A T E
 2    STATE OF NEW YORK )
 3                      ) ss.:
 4    COUNTY OF NEW YORK)
 5              I, Christina Diaz, a Certified Realtime
      Captioner, Registered Merit Reporter and
 6    Certified Realtime Reporter and Notary Public
      within and for the State of New York, do hereby
 7    certify:
                That CHRISTOPH BARTENSTEIN, the witness
 8    whose deposition is hereinbefore set forth, was
      duly remotely sworn by me and that such
 9    deposition is a true record of the testimony
      given by such witness on May 3, 2023.
10              I further certify that I am not related
      to any of the parties to this action by blood or
11    marriage and that I am in no way interested in
      the outcome of this matter.
12    Dated:  May 14, 2023
13
14
15
16              _____
17              CHRISTINA DIAZ, CRC, CRR, RMR, CSR, CLR
18              NCRA Certified Realtime Captioner
19              NCRA Certified Realtime Reporter
20              NCRA Registered Merit Reporter
21              NYS Certified Shorthand Reporter
22              West Certified LiveNote Reporter
```