# Exhibit EEEE



Highly Confidential

Page 1

1      UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF ILLINOIS

3           ---oOo---

4

5   KOVE IO, INC.,          )
                            )
6        Plaintiff,        )
                            )
7   vs.                    ) No. 1:18-cv-08175
                            )
8   AMAZON WEB SERVICES, INC.,)
                            )
9        Defendant.         )
   _____)

10

11

12      HIGHLY CONFIDENTIAL

13

    VIDEOTAPED DEPOSITION OF ALYSSA HENRY

14

    REDWOOD SHORES, CALIFORNIA

15

    TUESDAY, FEBRUARY 21, 2023

16

17

18

19

20

    STENOGRAPHICALLY REPORTED BY:

21

    ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

22

    CSR LICENSE NO. 9830

23

    JOB NO. 222653

24

25

Highly Confidential

Page 18

| | | |
|---|---|---|
| 1 | A   This is software that helps do that. | 09:14 |
| 2 | Q   Got it. | 09:14 |
| 3 | And when you were in this role, did you use | 09:14 |
| 4 | any AWS software or services? | 09:14 |
| 5 | A   No. | 09:14 |
| 6 | Q   And it says at the bottom of the description | 09:15 |
| 7 | for this: | 09:15 |
| 8 | "I eliminated my own position.  It wasn't | 09:15 |
| 9 | easy, but it was the right thing to do for the | 09:15 |
| 10 | business." | 09:15 |
| 11 | Do you see that? | 09:15 |
| 12 | A   Yes. | 09:15 |
| 13 | Q   Is that why you stopped being the director of | 09:15 |
| 14 | software development in February of 2007? | 09:15 |
| 15 | A   Well, I was still director of software | 09:15 |
| 16 | development, but that's when I stopped working on the | 09:15 |
| 17 | retail website. | 09:15 |
| 18 | Q   Got it. | 09:15 |
| 19 | The next entry is: | 09:15 |
| 20 | "General Manager, Amazon S3." | 09:15 |
| 21 | Do you see that a little bit higher on | 09:15 |
| 22 | page 2? | 09:15 |
| 23 | A   Yes. | 09:15 |
| 24 | Q   How did you become to be -- how did you come | 09:15 |
| 25 | to be the general manager of S3? | 09:15 |

Highly Confidential

Page 19

| | | |
|---|---|---|
| 1 | MR. SALTMAN: Objection; vague. | 09:15 |
| 2 | MR. ADLER: Q. You can answer. | 09:15 |
| 3 | A An internal transfer. | 09:15 |
| 4 | Q Did you request that transfer? | 09:15 |
| 5 | A I'm not quite sure what -- I -- I don't | 09:15 |
| 6 | understand. | 09:15 |
| 7 | Q So at some point, you stopped being director | 09:15 |
| 8 | of software development at Amazon.com; right? | 09:16 |
| 9 | A Correct. | 09:16 |
| 10 | Q Why -- why -- what was the reason why you | 09:16 |
| 11 | stopped being director of software development? | 09:16 |
| 12 | A Again, I didn't stop being director of | 09:16 |
| 13 | software development. I stopped working on the retail | 09:16 |
| 14 | website when I transferred internally to AWS. | 09:16 |
| 15 | Q Okay. So when -- when you were general | 09:16 |
| 16 | manager of Amazon S3, were you also director of | 09:16 |
| 17 | software development? | 09:16 |
| 18 | A Yes. | 09:16 |
| 19 | Q Okay. And did you choose to become the | 09:16 |
| 20 | general manager of Amazon S3, or was it an assignment? | 09:16 |
| 21 | A I chose. | 09:16 |
| 22 | Q Did you have to apply for it? | 09:16 |
| 23 | A Yes. | 09:16 |
| 24 | Q What was the application process like? | 09:16 |
| 25 | MR. SALTMAN: Objection; vague. | 09:16 |

Highly Confidential

Page 21

| | | |
|---|---|---|
| 1 | MR. SALTMAN: Objection; compound. | 09:18 |
| 2 | THE WITNESS: No, not in detail. | 09:18 |
| 3 | MR. ADLER: Q. Do you remember at a high | 09:18 |
| 4 | level? | 09:18 |
| 5 | A Peter was technical, and Felipe more | 09:18 |
| 6 | interpersonal. | 09:18 |
| 7 | Q Got it. | 09:18 |
| 8 | What were your responsibilities as general | 09:18 |
| 9 | manager of Amazon S3 when you joined in -- when you -- | 09:18 |
| 10 | when you assumed that role in February 2007? | 09:18 |
| 11 | A Responsibility for the product and the | 09:18 |
| 12 | business. | 09:18 |
| 13 | Q What does that mean? | 09:18 |
| 14 | A Making sure -- well, roadmap, product | 09:18 |
| 15 | development, operations, P&L, pricing, strategy. | 09:18 |
| 16 | Q Was it a technical role? | 09:19 |
| 17 | MR. SALTMAN: Objection; vague. | 09:19 |
| 18 | THE WITNESS: Yeah, I'm not quite sure what | 09:19 |
| 19 | that means. | 09:19 |
| 20 | MR. ADLER: Q. Did you consider yourself an | 09:19 |
| 21 | engineer? | 09:19 |
| 22 | A I considered myself an engineering manager as | 09:19 |
| 23 | well as a product manager. | 09:19 |
| 24 | Q Could you provide a little bit more detail | 09:19 |
| 25 | about the kind of work you did as general manager. | 09:19 |

Highly Confidential

Page 257

| | | |
|---|---|---|
| 1 | the acquisition." | 15:14 |
| 2 | Do you see that? | 15:14 |
| 3 | A   I do. | 15:14 |
| 4 | Q   And so that means that on top of the | 15:14 |
| 5 | ██████████████████████████ | 15:14 |
| 6 | ████████████████████████████ | 15:14 |
| 7 | ████████████████████ | 15:14 |
| 8 | A   That's what it says.  I can't recall. | 15:14 |
| 9 | Q   And so all told, you thought AWS would stand | 15:15 |
| 10 | ████████████████████████ 1 | 5:15 |
| 11 | A   Well, what it says is, we believe we would | 15:15 |
| 12 | ██████████████████████████ | 15:15 |
| 13 | ██████████████████████████ | 15:15 |
| 14 | ████████████████████████ | 15:15 |
| 15 | ██████ | 15:15 |
| 16 | Q   Say -- say that again. | 15:15 |
| 17 | A   It says we believed we could get a good | 15:15 |
| 18 | ██████████████████████ | 15:15 |
| 19 | ██████ | 15:15 |
| 20 | Q   And what does ██████████ | 15:15 |
| 21 | ██████████? | 15:15 |
| 22 | A   I -- I don't know precisely. | 15:15 |
| 23 | Q   So is the right -- is the right way to | 15:15 |
| 24 | interpret this, if you -- if you know and can remember | 15:15 |
| 25 | what -- what you were thinking and what your reasoning | 15:15 |

Highly Confidential

Page 258

| | | |
|---|---|---|
| 1 | was, that AWS would ████████████████ | 15:15 |
| 2 | ████████████████████████ | 15:15 |
| 3 | ██████████████████ | 15:16 |
| 4 | MR. SALTMAN: Objection; mischaracterizes the | 15:16 |
| 5 | document. | 15:16 |
| 6 | You can answer. | 15:16 |
| 7 | THE WITNESS: Again, I don't recall. But | 15:16 |
| 8 | reading this, it would be that if we ████████, | 15:16 |
| 9 | █████████████████████ | 15:16 |
| 10 | ████████ | 15:16 |
| 11 | MR. ADLER: Okay. | 15:16 |
| 12 | Q And so in deciding to ████████ | 15:16 |
| 13 | █████████████████████ | 15:16 |
| 14 | ███████████████ | 15:16 |
| 15 | MR. SALTMAN: Objection; vague. | 15:16 |
| 16 | THE WITNESS: What do you mean about the -- | 15:16 |
| 17 | MR. ADLER: Q. So you would have -- you | 15:16 |
| 18 | would have some ████████████ | 15:16 |
| 19 | ███████████████ | 15:16 |
| 20 | ████████████, | 15:16 |
| 21 | ████████████ | 15:16 |
| 22 | █████████████████ | 15:16 |
| 23 | █████████████████ | 15:16 |
| 24 | ███████████████ | 15:16 |
| 25 | ██████ | 15:16 |

Highly Confidential

Page 259

| | | |
|---|---|---|
| 1 | A   Right.  That's what it says. | 15:16 |
| 2 | Q   Right. | 15:16 |
| 3 | And so AWS would ███████████████ | 15:16 |
| 4 | ██████████████████████████████ | 15:17 |
| 5 | ███████████████████████ | 15:17 |
| 6 | MR. SALTMAN:  Objection; calls for | 15:17 |
| 7 | speculation. | 15:17 |
| 8 | THE WITNESS:  Yeah, I -- yeah, I don't know. | 15:17 |
| 9 | MR. ADLER:  Q.  Well, I mean, I don't | 15:17 |
| 10 | think -- I don't think it's -- it shouldn't be that | 15:17 |
| 11 | complicated. | 15:17 |
| 12 | But, like, is -- is the question just, like, | 15:17 |
| 13 | are you -- AWS would ████████████████ | 15:17 |
| 14 | ████████████████████████████████ | 15:17 |
| 15 | ████ | 15:17 |
| 16 | A   Yes. | 15:17 |
| 17 | Q   Okay.  So -- let's see.  If you look at | 15:17 |
| 18 | the -- the first e-mail, ██████████████ | 15:17 |
| 19 | ████████████ | 15:17 |
| 20 | Do you see that? | 15:17 |
| 21 | A   I see "good draft." | 15:17 |
| 22 | Is that what you're talking about? | 15:17 |
| 23 | Q   Yeah. | 15:17 |
| 24 | A   Okay. | 15:17 |
| 25 | Q   Did you then iterate on the draft and -- and | 15:17 |

Highly Confidential

Page 331

1          CERTIFICATE OF STENOGRAPHIC REPORTER

2

3        I, ANDREA M. IGNACIO, hereby certify that the

4   witness in the foregoing deposition was by me sworn to

5   tell the truth, the whole truth, and nothing but the

6   truth in the within-entitled cause;

7        That said deposition was taken in shorthand

8   by me, a disinterested person, at the time and place

9   therein stated, and that the testimony of the said

10  witness was thereafter reduced to typewriting, by

11  computer, under my direction and supervision;

12       That before completion of the deposition,

13  review of the transcript [x] was [ ] was not

14  requested.  If requested, any changes made by the

15  deponent (and provided to the reporter) during the

16  period allowed are appended hereto.

17       I further certify that I am not of counsel or

18  attorney for either or any of the parties to the said

19  deposition, nor in any way interested in the event of

20  this cause, and that I am not related to any of the

21  parties thereto.

22  Dated: February 28, 2023

23

24  ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

25