# Exhibit FFFF

# (UNDER SEAL)