# Exhibit GGGG



Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

----------------------------------X

KOVE IO, INC.,                              :

          Plaintiff,     :

                        : Civil Action No.:

  v.                                        :

                        : 1:18-cv-08175

AMAZON WEB SERVICES, INC.      :

          Defendant.     :

----------------------------------X

*** HIGHLY CONFIDENTIAL ***

Deposition of SWAMI SIVASUBRAMANIAN, PH.D., as the

corporate representative of Amazon Web Services,

Inc. and personally

Conducted Remotely

Wednesday, May 10, 2023

9:01 a.m. PST


Reported by: Matthew Goldstein, RMR, CRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 16

1  BY MR. ADLER:

2      Q.   And who is that?

3      A.   His name i ███████████.

4      Q.   All right.  And we're going to get into

5  your background and everything you've done at AWS,

6  but i ███████████ the general manager of

7  DynamoDB today?

8      A.   Yes.

9      Q.   And was he the person who -- you were

10  the general manager of DynamoDB and database

11  services previously; correct?

12     A.   Yes.

13     Q.   Was he your replacement in that role?

14     A.   I was the general manager of DynamoDB

15  and a few of the database services, not all of it,

16  until 2015, early 2016.  And he is doing some of

17  those roles right now.

18     Q.   Got it.

19          And then do you also understand that

20  you've been -- that this deposition will also at

21  various points be covering or seeking testimony in

22  your personal capacity?

5/10/2023     Kove IO, Inc. v. Amazon Web Services, Inc.     Swami Sivasubramanian, Ph.D.
Highly Confidential

Page 224

```
 1    STATE OF MARYLAND      )
 2                           ss:
 3    COUNTY OF MONTGOMERY   )
 4
 5              I, Matthew Goldstein, Notary Public within
 6    and for the State of Maryland, do hereby certify:
 7
 8              That I reported the proceedings in the within
 9    entitled matter, and that the within transcript is a
10    true record of said proceedings.
11
12              I further certify that I am not related to
13    any of the parties to the action by blood or marriage,
14    and that I am in no way interested in the outcome of
15    this matter.
16
17              IN WITNESS WHEREOF, I have hereunto set my
18    hand this 22nd day of May, 2023.
19
20                              _____
21                              Matthew Goldstein, RMR, CRR
22
```