# Exhibit IIII

# (UNDER SEAL)