# Exhibit JJJJ

# (UNDER SEAL)