**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**DECLARATION OF GINA CREMONA IN SUPPORT OF PLANTIFF KOVE IO, INC.'S REDACTIONS TO EXHIBIT 3 TO AWS'S RESPONSE TO KOVE'S MOTION FOR SANCTIONS AND MOTION TO EXCLUDE EXPERT OPINIONS**

I, Gina Cremona, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the State of California, and I have been admitted to appear in this case pro hac vice. Unless otherwise stated, I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's Redactions to Exhibit 3 to AWS's Response to Kove's Motion for Sanctions for Spoliation of Evidence and Motion to Exclude Certain Expert Opinions.

3. Kove partially redacts Exhibit 3 pursuant to the parties' agreed Protective Order (Dkt. 55). The redactions are narrowly tailored to specifically target information that is either

designated as Highly Confidential pursuant to this Court's Protective Order, or otherwise discusses or relates to information designated as Confidential or Highly Confidential pursuant to this Court's Protective Order. The redacted information generally includes information relating to Kove confidential third-party agreements, the disclosure of which could cause Kove competitive harm.

      4.     To the extend Exhibit 3 contains AWS confidential information, AWS will provide further redactions with its own supporting declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 29, 2024            /s/ *Gina H. Cremona*
                                                              Gina H. Cremona