**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| KOVE IO, INC., | |
| *Plaintiff*, | Case No. 1:18-cv-8175 |
| | Judge Matthew F. Kennelly |
| v. | |
| AMAZON WEB SERVICES, INC., | |
| *Defendant*. | |

_____

**DECLARATION OF JEFFREY SALTMAN IN SUPPORT OF AWS'S REDACTIONS
TO ITS RESPONSE TO KOVE'S MOTION FOR SANCTIONS
AND MOTION TO EXCLUDE CERTAIN EXPERT OPINIONS**
_____

I, Jeffrey Saltman, declare as follows:

1.      I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of the redactions of AWS's confidential information in its Response to Kove's Motion for Sanctions and Motion to Exclude Certain Expert Opinions (Dkt. 760).

2.      AWS's Response contains AWS confidential information. AWS has prepared a redacted version. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information identifies the specific subcomponents of the S3 and DynamoDB systems, how those products

work, and AWS's document retention policies. AWS doesn't publicly disclose this information, including specific information identifying how the products function or the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

3.      R. William Sigler's Declaration ISO the Response and Exhibits 4, 10-11, and 13-14 don't contain AWS's confidential information. AWS will file them on the public docket.

4.      AWS has either partially or entirely redacted the remaining exhibits. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information generally includes: the identification of the specific subcomponents of the S3 and DynamoDB systems, information explaining how the S3 and DynamoDB systems work and are designed, including source code, specific metrics AWS collects relating to the performance of its S3 and DynamoDB products, details regarding AWS's confidential agreements with third parties, and AWS witness testimony and confidential internal explanatory documentation relating to each of these categories. Public disclosure of the information within any of the categories listed above would cause AWS competitive harm. I explain the confidential nature of each of these categories of information below.

5.      Exhibit 2 should be sealed in its entirety. This exhibit contains detailed information regarding the content of specific metrics AWS collects relating to the performance of its S3 and DynamoDB products, as well as detailed information relating to the specific subcomponents of the S3 and DynamoDB systems along with how they are arranged and their functions.

6.      Exhibit 15 should also be sealed in its entirety. This exhibit consists of citations to the source code for AWS's S3 product. This information could be used by competitors to learn about AWS's proprietary technology and could cause competitive harm.

7.      Information relating to specific subcomponents of the S3 and DynamoDB systems has been redacted from Exhibits 1, 3, 5-7, 9, and 12. AWS doesn't publicly disclose specific information identifying the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

8.      Exhibits 3 and 5-7 contain detailed information regarding the content of specific metrics AWS collects relating to the performance of its S3 and DynamoDB products, as well as detailed information relating to the specific subcomponents of the S3 and DynamoDB systems along with how they are arranged and their functions. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

9.      Exhibits 1, 3, and 7-9 contain confidential AWS financial data and information regarding AWS's confidential licensing agreements. This information could be used by competitors and investors to gain competitive advantage and undue insight into AWS's internal business practices. Further, the agreements are subject to confidentiality provisions with third parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 29, 2024.

/s/ *Jeffrey Saltman*
Jeffrey Saltman

3