# Exhibit 1

Page 1

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DISTRICT DIVISION

_____

KOVE IO, INC.,　　　　　　　　)

　　　　Plaintiff,　　　　　　)

　　　　　　　　　　　　　　　)　　Civil Action No.

　　-against-　　　　　　　　 )　　1:18-cv-08175

AMAZON WEB SERVICES, INC.,　 )

　　　　Defendant.　　　　　　)

_____)

*** HIGHLY CONFIDENTIAL TRANSCRIPT ***

VIDEO-RECORDED REMOTE DEPOSITION OF

JAMES W. BERGMAN

Zoom Recorded Videoconference

09/19/2023

10:59 a.m. (EDT)

REPORTED BY:　AMANDA GORRONO, CLR

CLR NO. 052005-01

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 92

1   are called the redirect claims, right?
2          A.   Yes.
3          Q.   All right.  And you haven't provided
4   any damages related to the redirect claims,
5   correct?
6          A.   I haven't separately valued those
7   claims if the jury were to find that only those
8   claims infringe.
9          Q.   So I'd like to go through some of
10  the calculations in this chart on Page 222.
11             So for the S3 -- excuse me.
12             For S3 for the hash claims, you have
13  the Get/Read Request Cost Savings of
14  ███████████████████████, right?
15         A.   Yes.
16         Q.   And that's the same number under the
17  Scaling Claims for the ███; for the Get/Read
18  Request Cost Savings, correct?
19         A.   Yes.
20         Q.   And that calculation is based on the
21  elimination of the ████████, right?
22         A.   Yes.

1       Q.    Okay.  All right.  If we turn to
2   Exhibit 2 of your report, of Exhibit 1.  Let me
3   know when you're there.
4       A.    I'm there.
5       Q.    Okay.  This is where you did the
6   calculations for the cost savings associated with
7   the -- with the hash claims, right?
8             MR. ADLER:  Sorry.  Which exhibit
9      are we on?
10            MR. SALTMAN:  Exhibit 2.
11      A.    Yes.  There's -- obviously there's a
12  lot of supporting exhibits, but this is the one
13  that calculates the ▇▇▇▇▇▇ number.
14  BY MR. SALTMAN:
15      Q.    And that's -- you see that ▇
16  ▇▇▇ in the lower right-hand corner, right?
17      A.    Yes.
18      Q.    And that's the same calculation for
19  the cost savings associated with the -- the
20  scaling claims related to the ▇, right?
21      A.    That's correct.
22      Q.    Okay.  And for the 2012 and 2013

1    data, you had to extrapolate that data, correct?

2         A.    Yes.

3         Q.    Okay.  And that's because AWS didn't

4    have pre-2014 usage data, right?

5         A.    That's right.

6         Q.    Okay.  And have you had to

7    extrapolate data going back in -- like this in

8    prior cases?

9         A.    All the time.

10        Q.    Yeah.  It's a pretty common

11   technique for experts when data isn't available,

12   right?

13        A.    Yes.

14        Q.    So in Exhibit 2, the first row says,

15   "Accused Region Request Get/Read (10k requests)."

16              Do you see that?

17        A.    Yes.

18        Q.    So the numbers in this row are --

19   are 10,000 requests or 10,000 GET requests; is

20   that fair?

21              MR. ADLER:  Objection to form.

22        Vague.

 1         A.    Each request in this row represents

 2    10,000 requests.

 3    BY MR. SALTMAN:

 4         Q.    So if the number were -- in this row

 5    were 2, for example, that would be 20,000 GET

 6    requests, right?

 7         A.    That's right.

 8         Q.    So looking at 2014, for example,

 9    this -- in Exhibit 2, there's approximately

10    ███████  GET requests listed, right?

11         A.    Repeat that one more time.

12         Q.    Sure.

13               For 2014 in exhibit -- sorry.

14               MR. SALTMAN:  Strike that.

15    BY MR. SALTMAN:

16         Q.    In Exhibit 2 under "Accused Region

17    Request Get/Read (10k requests)" for 2014, there

18    are approximately ███████ GET requests that

19    are listed in Exhibit 2, right?

20         A.    I don't know if I would put it that

21    way.  I would say that there's ███████,

22    10,000 GET requests or ███████ GET requests.

Page 391

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2            I, Amanda Gorrono, the officer

3    before whom the foregoing deposition was

4    taken, do hereby certify that the foregoing transcript is a true and correct record of

5    the testimony given; that said testimony was taken by me stenographically and thereafter

6    reduced to typewriting under my direction;

7    and that I am neither counsel for, related to, nor employed by any of the parties to

8    this case and have no interest, financial or

9    otherwise, in its outcome.

10           IN WITNESS WHEREOF, I have hereunto

11    set my hand this 19th day of September, 2023.

12

13

14

15    _(signature)_

16    AMANDA GORRONO, CLR

17    CLR NO: 052005 - 01

18    Notary Public in and for

19    The State of New York

20    County of Suffolk

21    My Commission No. 01G06041701

22    Expires: 01/07/2027