# Exhibit 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

## PLAINTIFFS KOVE IO, INC.'S DEPOSITION DESIGNATIONS

Plaintiff Kove IO, Inc's. ("Kove") identifies the following listing of all persons whose testimony at trial will be given by deposition and designates the following portions of each person's testimony which may be introduced in its case-in-chief. Kove reserves the right to revise, amend, or supplement these designations as necessitated by the Court's pretrial or trial rulings; Amazon Web Services, Inc.'s ("Amazon") trial designations, exhibits, or arguments; or to address any additional developments in the case. Kove further reserves the right to provide designations for use in its rebuttal case and to use any portion of any deposition transcript for the purposes of impeachment. All extraneous and unnecessary matters, including nonessential colloquy of counsel, will be removed from the designations below when they are read to or viewed by the jury.

| Donal Walsh (August 25, 2021) | | | | |
|---|---|---|---|---|
| Designation[5] | Objection | Counter-Designation | Objs. to Counter-Designation | Counter-Counter-designation |
| 5:8-5:12 | | | | |
| 6:20-6:21 | | | | |
| 15:23-16:13 | | | | |
| 19:4-19:19 | | | | |
| 25:17-25:19 | | | | |
| 26:17-27:11 | | | | |
| 27:23-28:8 | | | | |
| 28:16-28:21 | | | | |
| 29:3-29:10 | | | | |
| 29:22-29:24 | | | | |
| 41:6-41:7 | | | | |
| 41:12-41:17 | | | | |
| 46:14-47:9 | | | | |
| 48:21-48:25 | | | | |
| 49:4-49:13 | | | | |
| 55:8-55:22 | | | | |
| 56:10-56:17 | | | | |
| 85:18-86:16 | | | | |
| 101:16-102:14 | | | | |
| 107:18-110:9 | | | | |
| 135:24-138:3 | | | | |
| 170:22-172:11 | | | | |
| 218:4-218:20 | | | | |
| 219:16-219:24 | | | | |
| 220:20-221:3 | | | | |
| 226:7-226:9 | | | | |
| 227:3-229:21 | | | | |
| 230:18-231:18 | | | | |
| 232:18-233:3 | | | | |
| 236:9-237:10 | | | | |
| 237:14-238:5 | | | | |
| 273:12-273:23 | | | | |

[5] These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

| Donal Walsh (April 21, 2023) | | | | |
|---|---|---|---|---|
| Designation[6] | Objection | Counter-Designation | Objs. to Counter-Designation | Counter-Counter-designation |
| 9:1-9:5 | | | | |
| 10:19-11:7 | | | | |
| 18:6-18:12 | | | | |
| 24:4-24:11 | | | | |
| 24:19-24:22 | | | | |
| 25:5-25:16 | | | | |
| 26:11-26:22 | | | | |
| 28:6-28:17 | | | | |
| 29:20-30:8 | | | | |
| 30:14-31:11 | | | | |
| 34:7-34:20 | | | | |
| 75:7-77:7 | | | | |
| 101:14-103:7 | | | | |
| 105:2-105:16 | | | | |
| 106:6-107:2 | | | | |
| 110:20-114:9 | | | | |
| 114:16-116:3 | | | | |
| 123:6-125:19 | | | | |
| 128:11-132:11 | | | | |
| 132:21-133:10 | | | | |
| 193:11-194:4 | | | | |
| 200:1-200:21 | | | | |
| 205:20-209:10 | | | | |
| 209:19-211:19 | | | | |
| 212:2-212:22 | | | | |
| 213:6-215:21 | | | | |
| 217:1-217:6 | | | | |
| 217:17-217:22 | | | | |
| 218:12-219:14 | | | | |
| 221:14-221:18 | | | | |
| 222:3-222:13 | | | | |

---

[6] These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

| 247:15-251:4 | | | | |
|---|---|---|---|---|

| Donal Walsh (June 14, 2023) | | | | |
|---|---|---|---|---|
| **Designation[7]** | **Objection** | **Counter-Designation** | **Objs. to Counter-Designation** | **Counter-Counter-designation** |
| 278:2-279:4 | | | | |
| 280:1-280:17 | | | | |
| 283:2-283:7 | | | | |
| 284:13-287:10 | | | | |
| 290:9-295:22 | | | | |
| 296:16-296:22 | | | | |
| 298:4-299:19 | | | | |
| 301:15-304:17 | | | | |
| 306:2-306:9 | | | | |
| 307:3-307:22 | | | | |
| 319:21-321:21 | | | | |
| 322:1-325:15 | | | | |
| 339:3-342:7 | | | | |
| 342:16-344:8 | | | | |
| 344:11-344:20 | | | | |
| 346:4-347:6 | | | | |
| 360:9-360:18 | | | | |
| 384:1-386:22 | | | | |
| 387:1-390:22 | | | | |
| 391:2-393:1 | | | | |
| 404:16-407:7 | | | | |
| 407:16-410:21 | | | | |
| 411:21-412:8 | | | | |
| 413:7-413:15 | | | | |
| 418:6-419:17 | | | | |
| 422:10-423:6 | | | | |
| 424:15-425:3 | | | | |
| 430:8-430:18 | | | | |

---

[7] These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

| Shiv Pal Singh (April 19, 2023) | | | | |
|---|---|---|---|---|
| Designation[18] | Objection | Counter-Designation | Objs. to Counter-Designation | Counter-Counter-designation |
| 10:1-10:5 | | | | |
| 12:12-12:20 | | | | |
| 23:1-23:6 | | | | |
| 23:13-23:15 | | | | |
| 30:3-31:4 | | | | |
| 33:22-34:6 | | | | |
| 37:5-37:11 | | | | |
| 38:1-38:3 | | | | |
| 39:13-40:4 | | | | |
| 41:3-41:12 | | | | |
| 41:15-42:3 | | | | |
| 46:18-47:1 | | | | |
| 47:17-48:11 | | | | |
| 48:16-49:3 | | | | |
| 49:9-49:15 | | | | |
| 51:7-51:11 | | | | |
| 51:16-52:5 | | | | |
| 52:22-53:4 | | | | |
| 54:20-55:15 | | | | |
| 64:1-64:2 | | | | |
| 64:6-64:9 | | | | |
| 64:17-64:22 | | | | |
| 68:17-69:1 | | | | |
| 71:13-72:18 | | | | |
| 73:10-73:14 | | | | |
| 73:18-73:19 | | | | |
| 74:6-74:10 | | | | |
| 75:9-75:19 | | | | |
| 75:21-76:15 | | | | |
| 100:8-100:21 | | | | |
| 101:3-101:14 | | | | |
| 108:9-109:16 | | | | |

---

[18] These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

| | | | |
|---|---|---|---|
| 112:11-112:17 | | | |
| 113:2-113:13 | | | |
| 113:15-114:8 | | | |
| 114:18-115:8 | | | |
| 121:19-122:3 | | | |
| 123:6-123:20 | | | |
| 130:19-130:22 | | | |
| 135:21-137:13 | | | |
| 145:11-146:15 | | | |
| 171:18-172:14 | | | |
| 183:21-184:11 | | | |
| 193:11-193:22 | | | |
| 201:18-204:2 | | | |
| 204:8-204:10 | | | |
| 206:13-208:8 | | | |
| 208:17-208:20 | | | |
| 209:2-210:11 | | | |
| 211:4-212:14 | | | |
| 219:12-220:7 | | | |
| 221:5-221:12 | | | |
| 227:10-228:21 | | | |
| 229:2-229:10 | | | |
| 230:5-231:1 | | | |
| 232:19-234:13 | | | |
| 235:12-236:4 | | | |
| 242:12-242:20 | | | |
| 244:5-244:19 | | | |
| 245:1-245:13 | | | |
| 246:2-246:6 | | | |
| 249:18-249:20 | | | |
| 254:3-255:3 | | | |
| 262:6-262:10 | | | |
| 281:21-282:21 | | | |
| 283:2-283:12 | | | |
| 285:9-285:16 | | | |
| 292:10-294:1 | | | |
| 362:22-363:9 | | | |
| 364:17-365:9 | | | |
| 376:15-377:1 | | | |
| 377:10-377:13 | | | |

| | | | | |
|---|---|---|---|---|
| 381:5-381:13 | | | | |
| 384:2-384:21 | | | | |
| 385:18-386:6 | | | | |