# Exhibit 6

| | | |
|---|---|---|
| KOVE IO, INC., | ) | **HIGHLY CONFIDENTIAL** |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:18-cv-08175 |
| v. | ) | |
| | ) | Hon. Matthew Kennelly |
| AMAZON WEB SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## AMAZON'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FOURTH SET OF INTERROGATORIES (NOS. 12-16)

Pursuant to Federal Rule of Civil Procedure 33 and the rules and orders of this Court, Defendant Amazon Web Services, Inc. ("Amazon") hereby responds with the second supplemental responses and objections set forth below to Plaintiff Kove IO, Inc.'s ("Kove") Fourth Set of Interrogatories (Nos. 12-16). Amazon's investigation concerning the matters raised by Kove's Interrogatories and Kove's discovery is ongoing, and, pursuant to Federal Rule of Civil Procedure 26(e), Amazon expressly reserves the right to amend and/or supplement its responses and its production of documents if it learns of additional responsive information.

## GENERAL OBJECTIONS

Amazon hereby incorporates its General Objections set forth in its Response to Plaintiff's First Set of Interrogatories, its First Amended Response to Plaintiff's First Set of Interrogatories and its Second Supplemental Response to Plaintiff's First Set of Interrogatories.

Amazon further objects to each Interrogatory to the extent Kove seeks Amazon respond to additional discrete subparts that are outside the scope of the Interrogatory, as requested in Kove's March 5, 2021 letter from Adam Adler to Elizabeth Bernard. Amazon is only obligated to respond

AMZ_KOVE_000428624, AMZ_KOVE_000453631, AMZ_KOVE_000453642,

AMZ_KOVE_000453862, AMZ_KOVE_000467738, AMZ_KOVE_000467739,

AMZ_KOVE_000475389, AMZ_KOVE_000482115.

Amazon also states that the information responsive to this interrogatory as to projections

relating to DynamoDB can be obtained by reviewing the following documents:

AMZ_KOVE_000087407, AMZ_KOVE_000106650, AMZ_KOVE_000226663,

AMZ_KOVE_000464830, AMZ_KOVE_000464892, AMZ_KOVE_000467736,

AMZ_KOVE_000482114.

**INTERROGATORY NO. 14:**

Identify in detail all metrics, including ██████████████████, you used to measure
the performance of each of the Relevant Features and each Accused Product, the reports and
analyses regarding such metrics and the identity of all documents and things related to your
response.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14 (JULY 8, 2021):**

Amazon objects to this Interrogatory as overly broad and not proportionate to the needs of

this case. Amazon S3 and DynamoDB are highly complex and sophisticated software systems,

each of which is comprised of thousands of source code packages and a myriad of components.

There are over ████ potential "metrics" that are measured within S3 and DynamoDB that relate

to the components and functionality that Kove has defined as the "Relevant Features," many of

which are unrelated to any claim or defense at issue in this case, and Amazon does not, as a matter

of course, monitor or measure the performance of each of those "Relevant Features" or have

reports and analyses of the metrics.

Amazon also objects to this Interrogatory as vague and ambiguous, particularly with

respect to the phrases "metrics," ██████████████████ "the performance of each of the

Relevant Features and each Accused Product," and "the reports and analyses regarding such

metrics." Specifically, regarding ██████████████████████, Amazon uses ██ as a shorthand to describe one or more methods customers may use to define and monitor the performance of the customer's application(s).[7] Internally at Amazon, ██ are a very general concept that a team could use as a measure of their outputs and goals at a given point in time. For example, S3 as a whole might have numerous ██ at a certain point in time as could specific components of S3. S3 has ██ of components, each owned by various teams, totaling hundreds of people. And based on Amazon's investigation, there's no standard reports or central location for documents regarding ██.[8] Amazon further objects to this Interrogatory to the extent it seeks information regarding any Amazon service other than "S3" and "DynamoDB." Specifically, Amazon won't respond to this Interrogatory regarding the unaccused Glacier service.

Amazon further objects to this Interrogatory to the extent Kove seeks a response regarding additional discrete subparts.[9] Amazon is only obligated to respond to the Interrogatory as propounded. Amazon also isn't obligated to create information for this litigation, including determining, e.g., the ██████████████████████ as demanded by Kove. Amazon further objects to this Interrogatory as including discrete subparts, as it seeks a response regarding two separate and different accused services, and thus Amazon counts this Interrogatory as at least two separate Interrogatories.[10]

---

[7] *See, e.g.*, AMZ_KOVE_000004357.

[8] To the extent Amazon has located documents reflecting internal ██ after a reasonable search, Amazon directs Kove to the following documents: AMZ_KOVE_000386750, AMZ_KOVE_000399743, AMZ_KOVE_000430626, AMZ_KOVE_000430986, AMZ_KOVE_000432060, AMZ_KOVE_000432362, AMZ_KOVE_000432680, AMZ_KOVE_000473183.

[9] *See* March 5, 2021 A. Adler Letter to E. Bernard.

[10] *See Synopsys*, 319 F.R.D. at 295.

Amazon further states that the parties have participated in several meet and confers regarding Kove's overbroad and vague requests regarding metrics. Amazon has also requested on several occasions that Kove articulate the specific relevance for its extensive and burdensome metrics demands in this case, but Kove has refused. Indeed, Kove refuses to provide a substantive response to Amazon's Interrogatory No. 7. Amazon therefore further objects to this request as irrelevant, unduly burdensome, and not proportional to the needs of the case. Amazon will, however, respond with the metrics as agreed by the parties, including the metrics from Jaime Cardenas-Navia's February 8, 2021 letter and the specific metrics requested in Kove's 6th and 7th Requests for Production and the metrics Amazon agreed to produce to resolve Kove's Motion Regarding Hardware and Metrics Information (Dkt. 409).

Subject to the foregoing specific and general objections, Amazon responds as follows. The parties have had extensive discussions about metrics regarding the accused services. Amazon has collected and produced those metrics that it located after a reasonable search. Below are citations to and explanations of those metrics.

### S3

**Discrete Metrics Subparts Requested in Kove's February 8, 2021 Correspondence**

a. S3: Time to retrieve ███████ in connection with a GET request (from when the request is received at a web server until the response is received at a web server) ████████████████████████████████████████████

- AMZ_KOVE_000401268 shows the weekly average in milliseconds across the US non-government regions for ███████████████████████████████ over the metric available period.

b. S3: Time to retrieve ███████ in connection with a PUT request (from when the request is received at a web server until the response is received at a web server) ████████████████████████████████████

- AMZ_KOVE_000401269 shows the weekly average in milliseconds across the US non-government regions for ████████████████████████████████████████ over the metric available period.

c. S3: Time for ████████████████████████ (can be from the perspective of the closest querying component, e.g., ████████) (min, max, average)

- AMZ_KOVE_000401270 shows the weekly average in milliseconds across the US non-government regions for the time it takes for ████████████████████. Amazon began tracking this information in January 2020.

d. S3: Time for ████████████ to retrieve ████████ (can be from the perspective of the closest querying component, e.g., ████████) (min, max, average)

- Amazon doesn't maintain this information for the ████████████████, but instead maintains the aggregate metric for ████████████████████████, either by going to ████████████████ or to ████████. AMZ_KOVE_000401271 shows the weekly average in milliseconds across the US non-government regions for this aggregate metric over the metric available period. As discussed above, AMZ_KOVE_000401270 shows the weekly average in milliseconds across the US non-government regions for the time it takes for ████████████████████

e. S3: Percentage of requests for ████████ that are retrieved from ████████████████████████

- AMZ_KOVE_000401272 shows the weekly average across the US non-government regions for the percentage of requests that are retrieved from the ████████ over the metric available period.

f.: S3: The number of times a ████ is added or removed (for any reason, including failure)
g. S3: The number of times a ████████████ is added or removed (for any reason, including failure)

- Amazon doesn't have metrics responsive to these requests.

## Metrics Requests from Kove's 6th and 7th Sets of Requests for Production

1. The ███████████ stored in S3, on a monthly basis (RFP No. 162):

**Response**: AMZ_KOVE_000401273 shows the weekly average of the ███████████ across the US non-government regions over the metric available period.

2. The cumulative number of ████ stored in S3 (RFP No. 163):

**Response**: AMZ_KOVE_000401273 shows the weekly average of the ███████████ across the US non-government regions over the metric available period.

3. The quantity of █████ stored in S3, on a monthly basis (RFP No. 164):

**Response**: AMZ_KOVE_000401273 shows the weekly average of the ███████████ across the US non-government regions over the metric available period. The ██████ is also the best proxy for ████████████.

4. The cumulative number of █████ stored in S3 (RFP No. 165):

**Response**: AMZ_KOVE_000401273 shows the weekly average of the ███████████ across the US non-government regions over the metric available period. The key count is also the best proxy for ████████████

5. The distribution of ████████████ (RFP No. 166):

**Response**: Amazon doesn't have a metric for this information.

6. The number of ██████ associated with ████████████████████, on an annual basis (RFP No. 167):

**Response**: Amazon doesn't have a metric for this information.

7. The average number of ████████████, on an annual basis (RFP No. 168):

**Response**: Amazon doesn't have a metric for this information.

8. The average number of █████████████████████████ (ordered by ████████████), on an annual basis (RFP No. 169):

**Response**: Amazon doesn't have a metric for this information.

9. Documents showing the likelihood or probability that a ███ will experience a ██████ when it receives a request for an ███ (RFP No. 181):

**Response**: AMZ_KOVE_000401272 shows the weekly average across the US non-government regions for the percentage of requests that are retrieved from the ██████ over the metric available period.

10. The amount of time it takes in S3 to get ████ in connection with a GET request (RFP No. 184):

- To retrieve ████ in connection with a GET request (from when the request is received at the web server, until the response is received at the web server)
- To retrieve ████ in connection with a GET request (from when the request is received at the web server, until the response is received at the web server), when the ████ is retrieved from a ████████████████
- To retrieve ████ in connection with a GET request (from when the request is received at the web server, until the response is received at the web server), when the ████████████████

**Response**: AMZ-KOVE_000401268 shows the weekly average in milliseconds across the US non-government regions for the time for ████████████████████ over the metric available period.

- For a ███ to retrieve an ████ from ██████

**Response**: AMZ_KOVE_000401270 shows the weekly average in milliseconds across the US non-government regions for the time it takes for the ████████████████. Amazon began tracking this information in January 2020.

- For a ██████ to retrieve ████ from its ████████

**Response**: Amazon doesn't maintain this information for the ██████ alone, but instead maintains the aggregate metric for the time for ████ to retrieve for all GET requests, either by going to the ████████ or to the ███. AMZ_KOVE_000401271 shows the weekly average

17

in milliseconds across the US non-government regions for this aggregate metric over the metric available period.

11. The number of times in S3 a ▮▮▮ is moved from one ▮▮▮▮▮▮ to another, for any reason, and/or (RFP No. 185):

   ○ A ▮▮▮ is moved from one ▮▮▮▮▮▮ to another because a ▮▮▮▮▮ detects that a ▮▮▮ is corrupt, such as through a certain number of ▮▮▮▮▮.
   ○ A ▮▮▮ is moved from one ▮▮▮▮▮▮ to another because its host ▮▮▮▮▮ is offline.
   ○ A ▮▮▮ is moved from one ▮▮▮▮▮▮ to another, because its host ▮▮▮▮▮ exceeds a storage threshold or is too full.
   ○ A ▮▮▮ is moved from one ▮▮▮▮▮▮ to another because its host ▮▮▮▮▮ is receiving too many transactions per second.
   ○ A ▮▮▮ is moved from one ▮▮▮▮▮▮ to another because the host ▮▮▮▮▮ has experienced a hardware failure.

**Response**: Amazon doesn't have metrics responsive to these requests.

12. The number of ▮▮▮ added to S3 each month and the number of unique ▮▮▮ by month (RFP No. 186):

**Response**: AMZ_KOVE_000401273 shows the weekly average of the ▮▮▮▮▮▮▮ across the US non-government regions over the metric available period. The ▮▮▮ is also the best proxy for ▮▮▮▮▮.

**DynamoDB**

**Discrete Metrics Subparts Requested in Kove's February 8, 2021 Correspondence**

h. DDB: Time to retrieve ▮▮▮▮▮▮▮▮ from ▮▮▮▮▮▮▮▮▮

In DynamoDB, ▮▮▮▮▮▮▮▮ are performed by multiple clients. A ▮▮▮▮▮▮ is a software component internal to DynamoDB that communicates with ▮▮▮. Each client's use of ▮▮▮ solves for different use cases. And different clients may have distinct performance characteristics for ▮▮▮▮▮ and all don't use the same execution path. Moreover, there are two main ▮▮▮▮▮ operation types: a ▮▮▮ to retrieve a

single ██████ and a ██████████ to retrieve a list of ██████ . A ██████████ is used on the DynamoDB data plane and Amazon has metrics related information for ██████████ Amazon doesn't have metrics related information for ██████████

In addition, there are two distinct ██████████ used currently in DynamoDB for ██████████ : ██████████ and ██████████ and ████ ████ have distinct performance characteristics. ██████████ has been used since DynamoDB's launch and continues to be used in some use cases, but it has been replaced for data plane ██████████ lookups by ██████████████████████ has been in use since 2020. Currently, ██████████ doesn't ██████████████ data, all data resides on each ██████████████ and so ██████████ lookups can happen against any ██████████ . Amazon doesn't have server-side processing times for ██████ ██████████████████████ but Amazon does have processing times from one client type for the ██████████████ on ██████████ which performs a ██ ██████ over ██████ , similar to the ██████████████ The ██████████ ██████████ time is the sum of the processing time on the client, including outgoing and incoming time spent on the network and the time spent processing on the ██████████ . Amazon also has client side ██████████ processing time for ██████████████

As described above, providing every combination of data for every client, technology stack, and operation type isn't practical and would be unduly burdensome. Amazon is providing ██ data sets in response to this request, ██████████████ , for ██████████ and ██████████ DynamoDB measures processing times using ██████████ , so the data provided is ██████████████████ The data provided is the full period for which the metric is available.

- AMZ_KOVE_000390558 is the ███████████████████████ ███████████████████ over the metric available period for the U.S. non-government regions, for ████████████ against the ████████████ ████████ for ████████████████████████ where data is captured over 1-week intervals.

- AMZ_KOVE_000390570 is the ███████████████████████ ██████████████ over the metric available period for the U.S. non-government regions, for ████████████ against the ████████████ ████████ for ████████████████████ where data is captured over 1-week intervals.

i. DDB: Time to complete ████████████ from ██████████████████ and to ████████████ (min, max, average)

In DynamoDB, ████████████ don't update data in ██████████. Amazon's response to (h) for DynamoDB covers the time to return data to the ████████████.

j: <u>DDB: Time to load</u> ██████████████

AMZ_KOVE_000390571 is the █████████████████████████████ ██████████████ over the metric available period for the U.S. non-government regions.

k: <u>DDB: The percentage of GET requests in which a</u> ████████████ <u>provides</u> ████████████ ████

In DynamoDB for ████████████████ practically all GET requests from customers are served locally to the ████████████, from ████████, and don't require a request to ████████ ████ For requests which do make it to the ████████████████, the percentage of requests with successful results is ████████ AMZ_KOVE_000390572 shows the absolute count of requests to ████████████ measured over 1-week intervals to 12 decimal points availability.

l. <u>DDB: The number of times that</u> ████ <u>are moved between</u> ████████ <u>(for any reason)</u>

In DynamoDB, ████ aren't physically moved between ████████. ████ can be added or removed on ████████ Therefore, there's no metric for ████ in response to this request. AMZ_KOVE_000390573 shows the rate of data shipped to and from ████████, which is the best proxy for this request.

m. <u>DDB: The number of times that</u> ████ <u>are moved between</u> ████████ <u>(for any reason, including failure)</u>

In DynamoDB, ████ aren't physically moved between ████████. ████ can be added or removed on ████████. Therefore, there's no metric for ████ in response to this request. AMZ_KOVE_000390574 shows the rate of data shipped to and from ████████, which is the best proxy for this request. Amazon doesn't have this data for the CMH (Columbus) region.

n. <u>DDB: The number of times that a</u> ████████ <u>is added or removed (for any reason, including failure)</u>

AMZ_KOVE_000390575 shows the change in ████████ by region for ████ ████████ "removes" and "adds" may cancel each other out in any given interval, but this data is the best available proxy for add/removes.

o: <u>DDB: The number of times that a</u> ████████ <u>is added or removed (for any reason, including failure)</u>

AMZ_KOVE_000390576 shows the ████████ over 1-week intervals as well as changes week-on-week for the full duration that the metric is available. This data will capture moves and adds on a cumulative basis, though removes and adds may cancel each other out in any given interval. This is the best available metric to capture ████████ over an extended period.[11]

---

[11] Each ████ has ████████ so this data is the best available set of metrics for Kove's

**Metrics Requests from Kove's 7ᵗʰ Set of Requests for Production**

1. ███████ (RFP No. 187):

   - the number of ████████ added to the DynamoDB system
   - the number of ██████████████ stored in the DynamoDB system
   - the number of ████████ stored in the DynamoDB system

**Response**: As each ████ has ███████████████, AMZ_KOVE_000390576 is the best available

set of metrics in response to this request. *See* (o) above.

2. Time it takes the ████████████████████████████ (RFP No 188):

   - In connection with a GET request (starting from when the request is received at the ████████████)
   - From its ████████████████
   - In connection with a GET request (starting from when the request is received at the ████████████), when the ████████ is not stored in the ████████████████████████ ████████

**Response**: The "time it takes the ████████████████████████████" "in connection with a GET

request (starting from when the request is received at the ████████████)" and "when the ████████

is not stored in the ████████████████████████" are the same metric as (h) above. "From

its ████████████████████" is ████████████████████████████████ and isn't captured

by a metric. However, the average response times would be very low, far less than ████████

████████████████████.

   - Time it takes for a ████████████ to retrieve a ████████ in response to a request from a ████████████████

**Response**: This is also ████████████████████████████████████ and isn't captured by a

metric. However, the average response times would be very low, ████████████████████████

████████████████.

---

additional ████████ requests. *See* RFP No. 187.

- Time it takes to propagate a ███████████ to a ███████████

**Response**: Amazon doesn't have a metric responsive to this request.

- Time it takes for a ███████ to retrieve ███████ from ██

**Response**: Amazon doesn't have a client-side metric for this request, ███████████████████████

████ as shown in AMZ_KOVE_000390571. *See* (j) above.

3. The likelihood or probability that a ███████████ in DynamoDB will experience a ███████ ███████ when processing a request for data (RFP No. 189):

**Response**: AMZ_KOVE_000463923 shows the percentage of customer requests which could be

successfully processed against the ████████████████████████████████████

█████████████ AMZ_KOVE_000463924 shows the percentage of customer requests

which could be successfully processed against the ███████████████████████████

██████████████████████████

4. The frequency of ███████████ propagated to a ███████ in the DynamoDB system (RFP No. 190):

**Response**: In DynamoDB, ██████ doesn't propagate updates to the ███████████. The

███████████ initiates the requests.

5. The number of instances in which operators ████████████████████ in the DynamoDB system (RFP No. 192):

**Response**: In DynamoDB, the operators, as in real people, ███████████████████████

████, as it is ███████████████████████ using ███████ Amazon doesn't

have a metric to ████████████████████████████, but ████████████████

██████████ daily to weekly, across ███████████████████. *See* (l) above for additional

data.

6. The number of instances in which DynamoDB's ███████████ splits or moves (i) ██████ and (ii) ███████████████ in the DynamoDB system (RFP No. 193):

**Response***: See* above response to #5.

7. The number of instances in which a ███████████ is split, or moved from one node to ███████ (RFP No. 194):

- For any reason
- Because its host ████████████ process has stopped or there has been a hardware failure
- Because its host ███████████ is not responsive, such as when a ████████████ timed out or failed
- Because its host ██████████ exceeds a storage threshold, or is too full
- Because its host ██████████ is receiving too many transactions per second
- Because its host ██████████ is receiving too much ██████
- Because the storage hardware of its host ██████████ becomes corrupt, such as through a certain number of ████████████████████

**Response**: *See* above response to #5.

8. The distribution of DynamoDB ████████████████████ (RFP No. 195):

**Response**: In DynamoDB, each customer (or user) can have ██████ per account per region. Each Table is broken up into ██████████, with █ increasing as the customer read/write capacity and storage needs increase. ████████████ are distributed across ██████████████

9. The number of DynamoDB ██████ associated with (i) the ten usernames with the most ██████ and (ii) the ten tables with the most ██████, on an annual basis (RFP No. 196):

**Response**: AMZ_KOVE_000463925 (CMH), AMZ_KOVE_000463926 (IAD), AMZ_KOVE_000463927 (PDX), and AMZ_KOVE_000463928 (SFO) shows ████████████

████████████████████████████████████████████████████ This data is only available as a snapshot in time.

10. The average number of ██████ (i) per username and (ii) per table, on an annual basis (RFP No. 197):

**Response**: AMZ_KOVE_000463929 shows a snapshot on March 23, 2021 of the ██████ ████████████████████████████ for the U.S non-governmental regions. This data is only available as a snapshot in time.

11. The ████████████████████████ in the DynamoDB system ████████████████████████████████████████ on an annual basis (RFP No. 198):

**Response**: (i): AMZ_KOVE_000463930 (CMH), AMZ_KOVE_000463931 (IAD), AMZ_KOVE_000463932 (PDX), and AMZ_KOVE_000463933 (SFO) shows a snapshot on March 23, 2021 the ████████████████████████ This data is only available as a snapshot in time; and (ii): AMZ_KOVE_000463934 (CMH), AMZ_KOVE_000463935 (IAD), AMZ_KOVE_000463936 (PDX), and AMZ_KOVE_000463937 (SFO) shows a snapshot on March 23, 2021 of the ████████████████████████. This data is only available as a snapshot in time.

## SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14 (FEBRUARY 1, 2023):

Subject to the foregoing specific and general objections, Amazon responds as follows. The parties have had extensive discussions about metrics regarding the accused services. Amazon has collected and produced those metrics that it located after a reasonable search. And Amazon has also collected and produced the additional metrics described in the Court's Order on Kove's motion (Dkt. 562). Below are citations to and explanations of those metrics.

### S3

████████████████████████████████████████████

AMZ_KOVE_000401273 shows the weekly average of the ████████████████ across the US non-government regions over the metric available period. The ████████████████ is equivalent to ████████████████████████ AMZ_KOVE_000528564 shows the

average, minimum, and maximum number of ████████████████████████████ in each region over the metric available period. The key count is also the best proxy for ████████████. ████. AMZ_KOVE_000528239 shows the weekly average of the total ████████████ stored in the ████████████ across the US non-government regions over the metric available period. AMZ_KOVE_000528565 shows the average, minimum, and maximum number of ████████████ ████████████ in each region over the metric available period. ████████ that is stored in the ████████████████████████████████.

Amazon also investigated which metrics the S3 leadership team and Index team review on a regular basis. Those metrics are summarized below. All of the data was collected as far back as the data is maintained.

The S3 leadership team reviews the following metrics on a regular basis. AMZ_KOVE_000527781 and AMZ_KOVE_000527787 represent ████████████████████████ ████████████████████████████████ in the IAD, CMH, PDX, and SFO datacenters, respectively. The data is measured at the web server. AMZ_KOVE_000527782 and AMZ_KOVE_000527788 represent this data for the ████████ of transactions. AMZ_KOVE_00052779 and AMZ_KOVE_000527785 represents ████████████████████████ ████████████████. This is based on a ████████ that Amazon uses to measure this data. AMZ_KOVE_000527780 and AMZ_KOVE_000527786 represents this data for the ████████████ of transactions.

The S3 Index team reviews the following metrics on a regular basis. Each of these metrics was collected over the available time period. AMZ_KOVE_000528557 and AMZ_KOVE_000528559 represent ████████████████████████████ respectively, measured per second. AMZ_KOVE_000528558 represents the ████████████████████

measured in ███████████. AMZ_KOVE_000528560, AMZ_KOVE_000528561, AMZ_KOVE_000528562, and AMZ_KOVE_000528563 represent ████████████████████ ████████████████████████████████ respectively. AMZ_KOVE_000528566 and AMZ_KOVE_000528567 represent ████████████████████████, respectively.

Amazon incorporates the Declarations of James Kirschner and Shiv Pal Singh into this response.

**DynamoDB**

Total number of ████████████████████████████████████████████ in DynamoDB:

AMZ_KOVE_000520273 represents the ████████████ of DynamoDB for as far back as the data is available. These figures include both ████████████████████████ AMZ_KOVE_000463930 (CMH), AMZ_KOVE_000463931 (IAD), AMZ_KOVE_000463932 (PDX), and AMZ_KOVE_000463933 (SFO) show a snapshot on March 23, 2021 the ████████ ████████████████████████ By adding up column B in these documents, you can determine the ████████████████ in DynamoDB. This data is only available as a snapshot in time but is representative and moves directionally with ████████████████; and (ii): AMZ_KOVE_000463934 (CMH), AMZ_KOVE_000463935 (IAD), AMZ_KOVE_000463936 (PDX), and AMZ_KOVE_000463937 (SFO) shows a snapshot on March 23, 2021 of the ████████ ████████████████████████ The final row of column A provides the total number rounded to the nearest 1,000. This data is only available as a snapshot in time but is representative and move directionally with ████████████████. And AMZ_KOVE_000390575 represents the ████████████████████████████████████

AMZ_KOVE_000520272 represents the ████████████████████████████, showing

████████████████████████████████████████. This data was collected as far back as data was available. AMZ_KOVE_000520274, AMZ_KOVE_000520275, AMZ_KOVE_000520276, and AMZ_KOVE_000520277 represent the ████████████████████████████ as far back as that data is available.

Amazon also investigated which metrics the DynamoDB engineering team reviews on a regular basis. Those metrics are summarized below. All of the data was collected as far back as the data is maintained.

AMZ_KOVE_000527789 represents ████████████████████ for as far back as the data is available. The data is measured over one-day intervals where the number reported measures ████████. In other words, a ████████████████████████████████

AMZ_KOVE_000527790 represents ████████████████ for as far back as the data is available. The data is measured over one-day intervals. Some early data have zeroes or are blank. These capture the time before the metrics were enabled or dates on which metrics weren't captured.

AMZ_KOVE_000527791 represents ████████████████████ for as far back as the data is available. For the data, the numbers represent the ████████████████████████████ ████████. Some early data have zeroes or are blank. These capture the time before the metrics were enabled or dates on which metrics weren't captured.

AMZ_KOVE_000527792 represents ████████████████ for as far back as the data is available. The data is measured over one-day intervals. Some early data have zeroes or are blank. These capture the time before the metrics were enabled or dates on which metrics weren't captured.

AMZ_KOVE_000527793 represents ████████████████ for as far back as the data is available. The data is measure over one-day intervals. For the data, the numbers represent the ████████████████████████████████. Some early data have zeroes or are blank.

These capture the time before the metrics were enabled or dates on which metrics weren't captured.

AMZ_KOVE_000527794 represents ████████████████████ for as far back as the data is available. The data is measure over one-day intervals. For the data, the numbers are in minutes. Some early data have zeroes or are blank. These capture the time before the metrics were enabled or dates on which metrics weren't captured.

Amazon also investigated which metrics the DynamoDB Metadata team reviews when they evaluate performance of the ████████████. Those metrics include AMZ_KOVE_000390558, AMZ_KOVE_000390570, AMZ_KOVE_000390572, AMZ_KOVE_000390575, and AMZ_KOVE_000520272.

Amazon incorporates the Declaration of Donal Walsh into this Response.

**INTERROGATORY NO. 15:**

Identify in detail, including dates and persons involved, all facts, circumstances, communications, results, and documents concerning your studies, testing, including split testing and A/B testing, analyses, reports, and presentations, pertaining to the performance of each Relevant Feature and each Accused Instrumentality.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 15 (JULY 8, 2021):**

Amazon objects to this Interrogatory as overly broad and not proportionate to the needs of this case to the extent that it seeks information regarding "all studies testing, including split testing and A/B testing, analyses, reports, and presentations" regarding the performance of the accused services. Amazon S3 and DynamoDB are highly complex and sophisticated software systems which are continuously being studied, updated, and tested. Amazon implements over ████ potential "metrics" to measure and understand its performance. And many aspects of each service are unrelated to any claim or defense in this litigation. It would be unduly burdensome and not proportional to the needs of the case to attempt to identify the facts related to all its testing of each accused service since its development began. Amazon will therefore limit its response to those

AMZ_KOVE_000103540, AMZ_KOVE_000103593, AMZ_KOVE_000103886,

AMZ_KOVE_000104438, AMZ_KOVE_000104484, AMZ_KOVE_000104789,

AMZ_KOVE_000105716, AMZ_KOVE_000105986, AMZ_KOVE_000205483,

AMZ_KOVE_000221659, AMZ_KOVE_000222459, AMZ_KOVE_000445346,

AMZ_KOVE_000446229, AMZ_KOVE_000446672, AMZ_KOVE_000448483,

AMZ_KOVE_000448526, AMZ_KOVE_000450201, AMZ_KOVE_000467243,

AMZ_KOVE_000467266, AMZ_KOVE_000467269, AMZ_KOVE_000467288,

AMZ_KOVE_000467326, AMZ_KOVE_000467329, AMZ_KOVE_000467332.

Amazon incorporates by reference its response to Kove's Interrogatory No. 10 and the documents cited therein pursuant to Fed. R. Civ. P. 33(d), which provide information regarding customer references and use cases for DynamoDB.


Dated: February 1, 2023                                     Respectfully Submitted,


                                                           Amazon WEB SERVICES, INC.

                                                           By:  */s/ Jeffrey M. Saltman*

                                                           Alan M. Fisch
                                                           *alan.fisch@fischllp.com*
                                                           R. William Sigler
                                                           *bill.sigler@fischllp.com*
                                                           Jeffrey M. Saltman (*pro hac vice*)
                                                           *jeffrey.saltman@fischllp.com*
                                                           Lisa N. Phillips (*pro hac vice*)
                                                           *lisa.phillips@fischllp.com*
                                                           FISCH SIGLER LLP
                                                           5301 Wisconsin Avenue NW
                                                           Suite 400
                                                           Washington, DC 20015
                                                           202.362.3500

                                                           *Attorneys for Defendant Amazon Web Services, Inc.*