# Exhibit 7

Page 271

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DISTRICT DIVISION

_____

KOVE IO, INC.,              )
            Plaintiff,      )
                            ) Civil Action No.
 -against-                  ) 1:18-cv-08175
AMAZON WEB SERVICES, INC.,)
            Defendant.      )
_____)

VOLUME II

\*\*\* HIGHLY CONFIDENTIAL \*\*\*

VIDEO-RECORDED REMOTE DEPOSITION OF

DONAL WALSH

Zoom Recorded Videoconference

06/14/2023

1:05 a.m. (EDT)

REPORTED BY:  AMANDA GORRONO

              CLR NO. 052005-01

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 429

1       A.      Yes.
2       Q.      And do you see Column A is the time
3    interval?
4       A.      Yes.
5       Q.      And this time interval is ▮▮▮▮▮
6    ▮▮▮▮▮▮▮▮; is that correct?
7       A.      Yes.
8       Q.      And if we look at the -- the new
9    metric -- I guess I'll say Exhibit 68, Bates No.
10   532808 -- we'll go to the same date, 4/15/2018.
11              If you look at Column A here, this
12   is ▮▮▮▮▮▮▮▮; is that correct?
13      A.      Yes.
14      Q.      And so would you expect the values
15   here for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
17      A.      No.
18              MR. ADLER:  Objection.
19      A.      I expect them to be different
20   because you're measuring ▮▮▮▮▮▮▮▮ over
21   different time periods.
22   BY MR. FUNG:

1　　Q.　And so I just want to touch on one
2　other thing.
3　　　　Do you recall earlier counsel for
4　Kove discussing with you about Amazon's retention
5　period of the underlyin ▇ data and the
6　DynamoD ▇ for the DynamoDB metrics?
7　　A.　Yes.
8　　Q.　And this is the data -- th ▇
9　data and DynamoD ▇ necessary to
10　generate the metric you pulled from ▇; is that
11　correct?
12　　A.　Yes.
13　　Q.　And generally, about how long are
14　the ▇ data and DynamoDB ▇ retained
15　for?
16　　A.　▇ and ▇ is retained for
17　▇ for all AWS services, including
18　DynamoDB.
19　　Q.　And what type of databases or
20　services are used to store this underlying
21　DynamoDB metrics, data, and ▇?
22　　A.　There are three different systems

1　that get -- are used to stor ▮▮▮
2　▮. So there i ▮ itself and then als ▮
3　▮▮▮. It's
4　just an internal code name.  It's an internal
5　version of th ▮▮▮.
6　　　　Q.　And as far as you understand it, why
7　is the DynamoDB data an ▮ retained fo ▮
8　▮ and not for more?
9　　　　A.　Two primary reasons.  The one is
10　what happened operationally some years back, and
11　is irrelevant, but ▮▮▮
12　▮▮▮
13　▮▮▮  But -- and I think
14　beyond that is even for one month -- excuse me --
15　storage of ▮▮▮
16　▮▮▮.
17　　　　So for that reason we only store ▮
18　▮ for ▮, and ▮ stores a kind of
19　compressed version of that -- those ▮ over
20　that ▮ period, storing only the metric
21　data that we've been reviewing.
22　　　　Q.　And would you know what the rough

1　estimated cost of retaining just one month of

2　tha ▇▇ data and DynamoD ▇▇▇▇ would

3　be for DynamoDB metrics?

4　　　A.　Yes.  So we run a audit for the

5　calendar month April 2023, and the cumulative

6　cost for one calender month i ▇▇▇▇▇▇

7　approximately.

8　　　Q.　So just so I'm clear, are you saying

9　that for the month of April 2023 in order to

10　store the ▇ data and DynamoDB ▇ for only

11　DynamoDB metrics, it would -- it costed

12　▇▇▇▇ just for the month of April 2023?

13　　　　MR. ADLER:  Objection to form.

14　　Objection, outside the scope of main exam.

15　　Objection, lack of foundation.  That is all.

16　　　A.　So, yes, for that calendar month,

17　the ▇▇▇▇ encompasses total costs for that

18　one calendar month for all DynamoDB ▇ and

19　metric data across ▇▇▇ and ▇.

20　BY MR. FUNG:

21　　　Q.　And again, how did you calculate

22　this rough estimated cost for April 2023?

1  A. There is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
3  ▓▓▓▓▓. And so I worked with our finance
4  manager to source that data.
5  Q. And for the metrics that you pulled
6  for this matter, the -- were the underlyin ▓
7  data and DynamoD ▓ retained for those
8  specific requests?
9  A. Yes. So for every specific request
10 as part of this process, the requests, the
11 process that we used to source the data and the
12 results set pertaining to each question has been
13 stored.
14     MR. FUNG: That's it for me.
15     MR. ADLER: I've got a few
16  follow-ups.
17 EXAMINATION
18 BY MR. ADLER:
19  Q. Mr. Walsh, I was a little bit
20 confused in some of your answers distinguishing
21 between ▓ files and ▓▓▓▓▓. ▓▓▓▓▓ is
22 different than a ▓ file, right?

1      A.   ███ or, you know, the -- the

2   overarching service i ██████ which runs that

3   system and they will us ██████ their own set

4   o ████████, that capture DynamoDB metrics.  So

5   ultimately, you know ███ is, you know, the --

6   the tool, the visual interface that we use to

7   kind of interact with that data, but ultimately

8   all that data and the reports that are available

9   throug ████ are based on tha ███████.

10      Q.   Yeah, so you didn't -- ████ -- ████

11   files are based off of ████████, but they are not

12   ████████, right?

13      A.   They are ████████████████████████████

14   team.

15      Q.   They are not DynamoDB ████████?

16      A.   There's DynamoDB████████████████████

17   within ████████.  So they are able to attribute

18   ████████ specific -- they are able to attribute

19   DynamoDB-specific costs for ████████████████.

20      Q.   Right, but so -- so DynamoDB has ███

21   ██████ that -- that it creates that are

22   voluminous, right?

Page 435

1        A.    Yes.
2        Q.    Those would be, for example, the
3   kind o ▇▇▇▇ that you use to compile the
4   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ information, right?
5        A.    Yes.
6        Q.    That's a much bigger file than the
7   information that's stored i ▇▇ , right?
8        A.    Not -- I don't -- in terms of size.
9   In terms of cost attribution, there isn't a huge
10  difference actually between them.  Like, the
11  volume of data that we send to ▇▇▇▇▇ is
12  enormous.  It's ▇▇▇▇▇▇▇▇▇▇▇ of
13  metrics, you know, being sent all of the time
14  from many, many sub-services of DynamoDB.  So
15  it's voluminous also.
16       Q.    No.  But what I mean is you only
17  retained -- we were talking earlier.  There's
18  some data that you only retain for a period of
19  ▇▇▇▇▇, and there's other data that you
20  retain for ▇▇▇▇▇ right?
21       A.    Yes.
22       Q.    Those data, those are different data

1　files that are stored in different places and

2　subject to different retention policies, right?

3　　　　A.　　Correct.

4　　　　　　　MR. FUNG:  Objection; form.

5　BY MR. ADLER:

6　　　　Q.　　The -- the data i ▮▮▮ is retained

7　fo ▮▮▮▮▮▮▮, right?

8　　　　A.　　Yes.

9　　　　Q.　　Th ▮▮▮▮▮▮ probably varies b ▮▮

10　but are retained on order of days and week?

11　　　　A.　　Yeah, it's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

12　　　　Q.　　Does that ▮▮▮▮▮▮▮▮ that you

13　talked about, does that refer to the -- the ▮

14　▮▮▮ that are only kept for a few days or weeks,

15　or does that refer to the ▮▮ files that are

16　kept for ▮▮▮▮▮▮▮?

17　　　　A.　　All -- all of the above.

18　　　　Q.　　Okay.

19　　　　A.　　So it's the calendar month cost

20　across those three systems for -- for April.

21　　　　Q.　　So the cost of -- of retaining ▮▮

22　is lower than ▮▮▮▮▮▮▮▮▮?

```
 1          A.   Yes.
 2          Q.   And the cost of retaining metrics in
 3     ▮    relating to the US regions is going to be
 4     less tha     ▮        ?
 5          A.   Yes.
 6          Q.   And the cost of retaining metrics
 7     relating to the DynamoD    ▮       in the
 8     US regions is going to be less than
 9     ▮
10          A.   Yes, I mean, if that is possible,
11     right, so I imagine    ▮    would not have the
12     mechanisms through which they could control,
13     like, at that level of granularity what gets
14     saved, you know, where, for which service.  It --
15     their policy is AWS-wide and so they would not be
16     able to say, hey, you know, just store these
17     metrics for, you know, these regions in the US
18     for this individual service.
19               I suspect that they'd have to bought
20     and build software or build a new product or new
21     product feature to be able to do that.
22          Q.   You haven't provided a cost estimate
```

Page 441

1　CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2　　　　　I, Amanda Gorrono, the officer
3　before whom the foregoing deposition was
4　taken, do hereby certify that the foregoing
5　transcript is a true and correct record of
6　the testimony given; that said testimony was
7　taken by me stenographically and thereafter
8　reduced to typewriting under my direction;
9　and that I am neither counsel for, related
10　to, nor employed by any of the parties to
11　this case and have no interest, financial or
12　otherwise, in its outcome.
13　　　　　IN WITNESS WHEREOF, I have hereunto
14　set my hand this 14th day of June, 2023.
15
16
17
18　_____
19　AMANDA GORRONO, CLR
　　　CLR NO: 052005 - 01
20　Notary Public in and for
　　　The State of New York
21　County of Suffolk
　　　My Commission No. 01G06041701
22　Expires: 01/07/2027