# Exhibit 10

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| *In re*: Reexam of U.S. Patent No. 7,103,640 | Confirmation No.: 7777 |
| Control No. 90/019,036 | Art Unit: 3992 |
| Filed: November 19, 2021 | Examiner: KE, Peng |
| For: **Network Distributed Tracking Wire Transfer Protocol** | Atty. Docket: KOVE-640EPR036 |

# DECLARATION OF MICHAEL T. GOODRICH, PH.D.

('640 Patent, 15:35-49).

29. Nothing in the plain language of the claim or the specification of the '640 patent causes me to believe that "calculate" has any meaning other than its plain and ordinary meaning. It is therefore my opinion that "calculate" should be given its ordinary and customary meaning.

## VI. CLAIMS 17 AND 18

30. Claims 17 and 18 both require "each" data location server in the claimed data location network have computer executable code "configured to execute" certain steps, including transmitting a redirect message to the client containing information for use by the client to calculate the location of the location server that contains the location string. It is my opinion that a POSA at the time of this invention would understand this limitation to require a non-hierarchical cluster configuration as taught by the '640 patent.

## VII. ORACLE NAMES

31. It is my opinion that Oracle Admin discloses a fundamentally different configuration than the '640 patent.

32. Specifically, Oracle Admin describes the Oracle Names system. Oracle Names allows for assigning aliases to network services in a network. (Oracle Admin, 30-32; 52-54). A client device may query a Names Server for the network address of a network service using the network service's alias. (*Id.*)

33. Oracle Admin relies on a hierarchical structure where any given node only knows about its direct children, such that requests and responses can only be made between nodes immediately "above" or "below." (*Id.*, 190-192). Figure C-4 depicts an example of an Oracle Names network:



34.

35. Oracle Admin provides the following description of how a request is sent and information is returned in a Names system: "1. The client sends request to preferred Names Server in its local region (DR1). 2. The preferred Names Server in DR1 issues request for the Names Servers authoritative for the destination server (in region DR2.1). 3. The root Names Server does not have the answer (because root only knows about its direct child regions), but forwards the request to a Names Server in region DR2. 4. The receiving server in DR2 forwards the request to a Names Server in region DR2.1. 5. The name is retrieved from its authoritative Names Server in DR2.1. 6. The names Server in region DR2 caches the answer and returns it to the root. 7. The root caches the answer and returns it to the preferred Names Server in region DR1. 8. The preferred Names Server caches the answer and returns it to the client. 9. The client establishes a connection to the destination server." (*Id.*, 191).

36. Oracle Admin describes a configuration that is akin to conventional Domain Names Service (DNS) or Names Service systems. In fact, Oracle Admin touts its compatibility with DNS by disclosing:

> Many companies already have global naming standards for their PC LANs, large hosts, or mail systems. If such policies exist, you can use them as the basis for the Oracle Names naming model. Using the same structure leverages the investment in the education users already have with global names.

For example, many companies with TCP/IP networks use the Domain Name Service (DNS) model for communication on the worldwide Internet. In this model, all naming models are hierarchical from a set of base domains such as:

- COM – commercial organizations

- EDU – educational institutions

- MIL – military

- ORG – organizations

Individual companies are then assigned domains within which to build their naming model (for example, ACME.COM). To adapt any example in this book to the DNS Internet model, add a single high-level domain, such as COM (or other stem). For organizations which are on the Internet, and therefore already have one or more DNS domains, the sensible choice is to align their Oracle naming domains with their DNS domains.

(*Id.*, 56-57).

37. In this regard, Oracle Admin describes a system that is built on top of DNS or Names Service. Like DNS or Names Service, Oracle Admin relies on traversing network paths and relationships organized in a hierarchical tree structure.

38. Oracle Admin's hierarchical configuration is foundationally different from the non-hierarchical cluster configuration required by claims 17 and 18. An important distinction is that, unlike the non-hierarchical cluster configuration required by claims 17 and 18, the Names Servers in Oracle Admin's hierarchical structure do not have information that can be used to calculate the location of location servers containing data location strings. Oracle Names Servers are also not configured to transmit such information directly back to the client.

## VIII. A PERSON OF ORDINARY SKILL IN THE ART (POSA) WOULD NOT BE MOTIVATED TO MODIFY ORACLE ADMIN WITH ORACLESG, MCGARVEY, AND/OR RAJANI

### A. Claims 17 and 18

39. It is my opinion that a POSA would not be motivated to modify Oracle Admin or

the non-trivial task of modifying Oracle Admin-McGarvey-OracleSG with Rajani to satisfy claim 24's requirements without any teaching or suggestion in the asserted references or general knowledge in the art.

57. Based on the above reasons, it is my opinion that a POSA would not be motivated nor would a POSA find it obvious to modify Oracle with OracleSG and McGarvey to satisfy the requirements of claim 24.

I declare under penalty of perjury under the laws of California and the United States of America that the above facts are true and correct.

Executed on August 4, 2022.

_____
Dr. Michael T. Goodrich