# Exhibit 12

Page 1

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT DIVISION

_____
KOVE IO, INC.,                )
     Plaintiff,         )
                              )    Civil Action No.
  -against-                  )    1:18-cv-08175
AMAZON WEB SERVICES, INC.,    )
     Defendant.         )
_____  )

VOLUME I
\*\*\* HIGHLY CONFIDENTIAL \*\*\*
\*\*\* ATTORNEYS' EYES ONLY \*\*\*
\*\*\* CONTAINS SOURCE CODE \*\*\*
VIDEO-RECORDED DEPOSITION OF
MICHAEL GOODRICH PH.D.
Reichman Jorgensen LLP
400 Madison Avenue
New York, New York

09/09/2023
9:08 a.m. (EDT)

REPORTED BY: AMANDA GORRONO, CLR
CLR NO. 052005-01

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

9/9/2023   Kove IO, Inc. v. Amazon Web Services, Inc.   Michael Goodrich Ph.D., Vol I
Highly Confidential - Attorneys' Eyes Only - Contains Source Code

Page 296

1    this OverX technology.

2        Q.    Okay.  Are you aware that no one has

3    ever paid --

4              MR. SIGLER:   Well, strike that.

5    BY MR. SIGLER:

6        Q.    Are you aware nobody has bought any

7    products that practices the asserted patents?

8              MR. CARDENAS-NAVIA:   Objection to

9      form.

10       A.    I don't recall having addressed that

11   question.

12   BY MR. SIGLER:

13       Q.    You didn't consider that in forming

14   your infringement opinions, right?

15       A.    I don't recall that that would have

16   come up in my analysis.

17       Q.    Okay.  Let's go back to -- actually

18   not back to.  Let's go to Exhibit D, please, sir,

19   of your infringement report.

20       A.    I am there.

21       Q.    Okay.  And in Exhibit D, you analyze

22   whether S3 infringes the '978 patent and '170

9/9/2023　　Kove IO, Inc. v. Amazon Web Services, Inc.　Michael Goodrich Ph.D., Vol I
Highly Confidential - Attorneys' Eyes Only - Contains Source Code

Page 297

```
 1   patents, right?
 2        A.   That's right.
 3        Q.   Okay.  Let's go --
 4        A.   Yeah.  The title should have not
 5   included the '640.
 6        Q.   Okay.  Let's go to Paragraph 3 on
 7   Page 1, please.
 8        A.   I am there.
 9        Q.   And the beginning of Paragraph 3
10   states that S3 is an "object storage service"
11   that is "built to store and retrieve any amount
12   of data from anywhere."
13             Do you see that, sir?
14        A.   Yeah.  That's citing from an Amazon
15   document.
16        Q.   All right.  And so S3 stores data,
17   right?
18        A.   Yes.
19        Q.   And it can store and retrieve large
20   datasets, right?
21        A.   I agree.
22        Q.   And you can store that data anywhere
```

9/9/2023     Kove IO, Inc. v. Amazon Web Services, Inc.   Michael Goodrich Ph.D., Vol I
Highly Confidential - Attorneys' Eyes Only - Contains Source Code

Page 298

1   in the world, right?
2           A.   Broadly speaking, more or less, yes.
3           Q.   For example, you could be in
4   northern Virginia and store data anywhere that
5   S3 -- excuse me -- that Amazon has S3 servers,
6   right?
7           A.   I believe that is correct.  Yes.
8           Q.   So you can store in Ohio or Sydney
9   or Beijing, right?
10          A.   Yes.  I think those are all possible
11  places you can store S3 data.
12          Q.   Let's go to Paragraph 9, please.  It
13  starts on Page 3 and spans onto Page 4.
14          A.   I am there.
15          Q.   Okay.  At the end of that paragraph,
16  it states that "objects 'consist of ▆▆▆▆▆▆
17  ▆▆▆▆▆▆' where "▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
18  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
19  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆"
20          Do you see that, sir?
21          A.   Yes.
22          Q.   All right.  So the ▆▆▆▆ is a set

9/9/2023  Kove IO, Inc. v. Amazon Web Services, Inc.  Michael Goodrich Ph.D., Vol I
Highly Confidential - Attorneys' Eyes Only - Contains Source Code

Page 299

1  o ▮▮▮▮▮▮▮▮▮▮ that describe the object,
2  right?
3      A.   It's inclusive of it, yes.  This is
4  citing to an Amazon document that is stating
5  that.
6      Q.   And th ▮▮▮▮▮ would include
7  location information, right?
8      A.   In this case, yes.
9      Q.   And location information is used to
10 retrieve the object for the user, right?
11     A.   That's right.
12     Q.   And ▮▮▮▮▮ would also include
13 identifiers, right?
14     A.   Yes.
15     Q.   And identifiers are also used to
16 retrieve the object for the user, right?
17     A.   That's right.
18     Q.   Without the identifier, you can't
19 retrieve an object, right?
20     A.   Depending on what you mean by
21 "retrieve," the user needs to have the identifier
22 to be able to retrieve their data.

9/9/2023　　　　Kove IO, Inc. v. Amazon Web Services, Inc.　Michael Goodrich Ph.D., Vol I
Highly Confidential - Attorneys' Eyes Only - Contains Source Code

Page 405

1　CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2　　　　　　　I, Amanda Gorrono, the officer
3　　before whom the foregoing deposition was
4　　taken, do hereby certify that the foregoing
5　　transcript is a true and correct record of
6　　the testimony given; that said testimony was
7　　taken by me stenographically and thereafter
8　　reduced to typewriting under my direction;
9　　and that I am neither counsel for, related
10　　to, nor employed by any of the parties to
11　　this case and have no interest, financial or
12　　otherwise, in its outcome.
13　　　　　　　IN WITNESS WHEREOF, I have hereunto
14　　set my hand this 9th day of September, 2023.
15
16
17
18　_____
　　　AMANDA GORRONO, CLR
19　CLR NO: 052005 - 01
　　Notary Public in and for
20　The State of New York
　　County of Suffolk
21　My Commission No. 01G06041701
22　Expires: 01/07/2027