# Exhibit 14



# Data Structures and Algorithms in Java

## Michael T. Goodrich

Department of Computer Science University of California, Irvine

7.3.3

Properties of Binary Trees ..............

285

7.3.4

A Linked Structure for Binary Trees.........

287

7.3.5

An Array-List Representation of a Binary Tree....

296

7.3.6

Traversals of Binary Trees...............

298

7.3.7

The Template Method Pattern............

305

**7.4**

**Exercises........................**

**309**

java.datastructures.net

## 7.1   General Trees

Productivity experts say that breakthroughs come by thinking "nonlinearly." In this chapter, we discuss one of the most important nonlinear data structures in computing—*trees*. Tree structures are indeed a breakthrough in data organization, for they allow us to implement a host of algorithms much faster than when using linear data structures, such as list. Trees also provide a natural organization for data, and consequently have become ubiquitous structures in file systems, graphical user interfaces, databases, Web sites, and other computer systems.

375

It is not always clear what productivity experts mean by "nonlinear" thinking, but when we say that trees are "nonlinear," we are referring to an organizational relationship that is richer than the simple "before" and "after" relationships between objects in sequences. The relationships in a tree are *hierarchical*, with some objects being "above" and some "below" others. Actually, the main terminology for tree data structures comes from family trees, with the terms "parent," "child," "ancestor," and "descendent" being the most common words used to describe relationships. We show an example of a family tree in Figure 7.1.

**Figure 7.1:** A family tree showing some descendents of Abraham, as recorded in Genesis, chapters 25–36.



### 7.1.1 Tree Definitions and Properties

A *tree* is an abstract data type that stores elements hierarchically. With the exception of the top element, each element in a tree has a *parent* element and zero or more *children* elements. A tree is usually visualized by placing elements inside ovals or rectangles, and by drawing the connections between parents and children with straight lines. (See Figure 7.2.) We typically call the top element the *root* of the tree, but it is drawn as the highest element, with the other elements being connected below (just the opposite of a botanical tree).

**Figure 7.2:** A tree with 17 nodes representing the organization of a fictitious corporation. The root stores

*Electronics R'Us*. The children of the root store *R&D, Sales, Purchasing*, and *Manufacturing*. The internal nodes store *Sales, International, Overseas, Electronics R'Us*, and *Manufacturing*.



## Formal Tree Definition

Formally, we define a ***tree T*** as a set of *nodes* storing elements such that the nodes have a ***parent-child*** relationship, that satisfies the following properties:

•  If *T* is nonempty, it has a special node, called the ***root*** of *T*, that has no parent.

•  Each node *v* of *T* different from the root has a unique ***parent*** node *w*; every node with parent *w* is a ***child*** of *w*.

Note that according to our definition, a tree can be empty, meaning that it doesn't have any nodes. This convention also allows us to define a tree recursively, such that a tree *T* is either empty or consists of a node *r*, called the root of *T*, and a (possibly empty) set of trees whose roots are the children of *r*.

## Other Node Relationships

Two nodes that are children of the same parent are *siblings*. A node *v* is *external* if *v* has no children. A node *v* is *internal* if it has one or more children. External nodes are also known as *leaves*.

**Example 7.1:** *In most operating systems, files are organized hierarchically into nested directories (also called folders), which are presented to the user in the form of a tree. (See Figure 7.3.) More specifically, the internal nodes of the tree are associated with directories and the external nodes are associated with regular files. In the UNIX and Linux operating systems, the root of the tree is appropriately called the "root directory," and is represented by the symbol "/."*

**Figure 7.3:** Tree representing a portion of a file system.



A node *u* is an *ancestor* of a node *v* if *u* = *v* or *u* is an ancestor of the parent of *v*. Conversely, we say that a node *v* is a *descendent* of a node *u* if *u* is an ancestor of *v*. For example, in Figure 7.3, cs252/ is an ancestor of papers/, and pr3 is a descendent of cs016/. The *subtree* of *T rooted* at a node *v* is the tree consisting of all the descendents of *v* in *T* (including *v* itself). In Figure 7.3, the subtree rooted at cs016/ consists of the nodes cs016/, grades, homeworks/, programs/, hw1, hw2, hw3, pr1, pr2, and pr3.