# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly |

___

### DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF AWS'S RESPONSE TO KOVE'S MOTION FOR SANCTIONS AND TO EXCLUDE CERTAIN EXPERT OPINIONS
___

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and the District of Columbia and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's Response to Kove's Motion for Sanctions and to Exclude Certain Expert Opinions, filed February 23, 2024.

2. Attached as Exhibit 1 is a true and correct excerpted copy of the transcript from the deposition of Jim Bergman, taken on September 19, 2023.

3. Attached as Exhibit 2 is a true and correct of the Metrics Appendix, compiled by AWS on February 23, 2024, identifying all metric documents AWS has produced in this case.

4. Attached as Exhibit 3 is a true and correct excerpted copy of Kove's Proposed Trial Exhibit List, served February 9, 2024.

5. Attached as Exhibit 4 is a true and correct copy of Kove's Affirmative Deposition Designations, served February 10, 2024, with relevant portions highlighted.

6. Attached as Exhibit 5 is a true and correct copy of a letter from Michael Marvin to Tim Barron, dated October 15, 2020.

7. Attached as Exhibit 6 is a true and correct excerpted copy of Amazon's Second Supplemental Objections and Responses to Kove's Fourth Set of Interrogatories (Nos. 12-16), dated February 1, 2023.

8. Attached as Exhibit 7 is a true and correct excerpted copy of the transcript from the deposition of Donal Walsh, taken on June 14, 2023.

9. Attached as Exhibit 8 is a true and correct excerpted copy of the transcript from the deposition of Melissa Bennis, taken September 1, 2023.

10. Attached as Exhibit 9 is a true and correct copy of Kove's Fourth Amended Response to AWS's First Set of Interrogatories (No. 7), dated April 4, 2023.

11. Attached as Exhibit 10 is a true and correct excerpted copy of the Declaration of Michael Goodrich filed in Reexamination No. 90/019,036 ('640 patent), dated August 4, 2022.

12. Attached as Exhibit 11 is a true and correct copy of Exhibit 3A to Kove's Third Amended Final Validity Contentions, served March 20, 2023.

13. Attached as Exhibit 12 is a true and correct excerpted copy of the transcript from the deposition of Michael Goodrich, taken on September 9, 2023.

14. Attached as Exhibit 13 is a true and correct copy of the Declaration of Michael Goodrich filed in Reexamination No. 90/019,034 ('978 patent), dated September 28, 2022.

15. Attached as Exhibit 14 is a true and correct excerpted copy of a book entitled "Data Structures & Algorithms in Java" (fourth edition) by M. Goodrich *et al.*

16. Attached as Exhibit 15 is a true and correct excerpted copy of Appendix A to the Opening Expert Report of Michael Goodrich Regarding U.S. Patent Nos. 7,103,640; 7,233,978; and 7,814,170, dated July 3, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23, 2024.

/s/ R. William Sigler
R. William Sigler