UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Kove IO, Inc.
                    Plaintiff,
v.                                          Case No.: 1:18−cv−08175
                                            Honorable Matthew F. Kennelly
Amazon Web Services, Inc.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 1, 2024:

    MINUTE entry before the Honorable Matthew F. Kennelly: Motion by Ian Washburn to withdraw as attorney for Kove IO, Inc. is granted [771]. Motions to file under seal [772] [774] [776] are also granted. Complete versions of the filings, including all exhibits, are to be filed under seal, and redacted versions are to be filed in the public record. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.