**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175 Judge Matthew F. Kennelly |

_____

**DECLARATION OF JEFFREY SALTMAN IN SUPPORT OF
AWS'S REDACTIONS TO THE FINAL PRETRIAL ORDER**
_____

I, Jeffrey Saltman, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of the redactions of AWS's confidential information in the parties' proposed Final Pretrial Order and attachments (Dkt. 765).

2. The parties' proposed Final Pretrial Order and Attachments 1-5, 7A, 7B, 8, 9A, and 9B don't contain AWS's confidential information. To the extent they don't contain Kove confidential information, AWS agrees to their filing on the public docket.

3. AWS has partially redacted the remaining attachments. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information generally includes: the identification of the specific subcomponents of the S3 and DynamoDB systems, information explaining how the S3 and DynamoDB systems work and are designed, including source code, specific metrics AWS collects relating to the performance of its S3 and DynamoDB products, AWS financial information, information regarding AWS's confidential agreements with third parties, and AWS witness testimony and confidential internal explanatory documentation relating to each of these categories. Public disclosure of the information within any of the categories listed above would cause AWS competitive harm. I explain the confidential nature of each of these categories of information below.

4. Information relating to specific subcomponents of the S3 and DynamoDB systems has been redacted from Attachments 4A, 4B, 5A, and 5B. AWS doesn't publicly disclose specific information identifying the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

5. Attachments 5A and 5B contain detailed information regarding the content of specific metrics AWS collects relating to the performance of its S3 and DynamoDB products, as well as detailed information relating to the specific subcomponents of the S3 and DynamoDB systems along with how they are arranged and their functions. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology.

Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

6. Attachments 4A, 4B, 5A, and 5B contain confidential AWS financial data and information regarding AWS's confidential licensing agreements. This information could be used by competitors and investors to gain competitive advantage and undue insight into AWS's internal business practices. Further, the agreements are subject to confidentiality provisions with third parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 1, 2024.

/s/ *Jeffrey Saltman*
Jeffrey Saltman