**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**FINAL PRETRIAL ORDER**
**(ATTACHMENT 1)**

**JURISDICTION.** *A concise statement of the basis for federal subject matter jurisdiction, and if jurisdiction is disputed, the nature and basis of the dispute.*

Kove's claims for patent infringement and willful infringement arise under the patent laws of the United States, Title 35 of the United States Code. Amazon's counterclaims arise out of the Declaratory Judgment Act, Title 28 of the United States Code, and under the patent laws of the United States.

This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a). The parties do not dispute jurisdiction.