**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Amazon Web Services, Inc.,<br><br>Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Matthew F. Kennelly<br><br>Jury Trial Demanded |

**FINAL PRETRIAL ORDER
(ATTACHMENT 2)**

**CLAIMS.** *A concise statement (1 or 2 short paragraphs) of the claim(s) of the plaintiff(s), defense(s) of defendant(s), and all counterclaims and cross claims. In a jury trial, this statement will be read to the jury during voir dire.*

**A. Kove's Claims**

Plaintiff Kove IO, Inc. is a Chicago-based company that owns technology invented by Kove's CEO, John Overton, which is protected by United States patents. Kove's inventions, generally speaking, cover a way of storing and retrieving massive amounts of data in a network computer system. Kove brought this lawsuit because it believes Amazon Web Services, Inc., (or "AWS") used Kove's patented technology without permission. In other words, Kove believes AWS infringed Kove's patents and did so willfully. Kove seeks reasonable compensation under United States patent law for AWS's alleged infringement.

### B. Amazon's Defenses and Counterclaims

Defendant/Counterclaimant Amazon Web Services, Inc. does not infringe and has not infringed any of the three asserted patents. It further asserts that the claims of the asserted patents are invalid because they fail to meet the conditions for patentability set forth in 35 U.S.C. §§ 102, 103, and 112**[**, and that the '978 patent's claims are invalid based on the doctrine of obviousness-type double patenting. It also asserts that the asserted patents are unenforceable because the applicants engaged in inequitable conduct by making a deliberate decision to withhold a material prior art reference, "Consistent Hashing and Random Trees: Distributed Caching Protocols for Relieving Hot Spots on the World Wide Web," by David Karger et al., from the USPTO during prosecution of the asserted patents.**]** AWS brings counterclaims for declaratory judgment as to its non-infringement, as well as the invalidity, unpatentability, and unenforceability of each of the three asserted patents.

**Kove's Objections:** Kove objects to the inclusion of Amazon's statements regarding obviousness-type double patenting and inequitable conduct because they are issues for a bench trial, not the jury, as articulated in Kove's Motion to Bifurcate (Dkt. 750).

**AWS's Response to Kove's Objections:** AWS has bracketed the material relating to its OTDP and inequitable conduct defenses for inclusion in the event Kove's motion to bifurcate is denied.