# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

## FINAL PRETRIAL ORDER
## (ATTACHMENT 3)

**RELIEF SOUGHT.**  *An itemization of damages and other relief sought.*

**A. Kove's Statement of Relief Sought**

Kove contends that it is entitled to damages as a result of AWS's infringement, in no event less than a reasonable royalty for the unlawful use of the '640 Patent, '978 Patent, and '170 Patent. Kove contends it is entitled to damages between $517 million and $1.034 billion, to be paid as a running royalty.

Kove contends that it is further entitled to enhanced damages because AWS's infringement was willful infringement, in an amount up to three times the reasonable royalty found by the jury. Kove further seeks enhanced damages and/or attorneys' fees and costs, in an amount to be proven, as well as pre-judgment and post-judgment interest.

### B. AWS's Statement of Relief Sought

AWS disputes that Kove is entitled to relief on any of its claims. AWS contends that it is entitled to a judgment declaring that it does not infringe the '978, '170, and '640 patents, the claims of each patent are invalid, the claims of each patent are unenforceable, and the claims of the '978 patent are invalid under the doctrine of obviousness-type double patenting. Amazon further contends that it is entitled to attorneys' fees, costs, and expenses in this exceptional case.