**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**FINAL PRETRIAL ORDER**
**(ATTACHMENT 4)**

**WITNESSES.** *A list of names and addresses of all witnesses: (a) who will be called; (b) who may be called; and (c) whose deposition will be used. In a jury trial, this list will be read to the jury during voir dire. Any witness not listed in the final pretrial order will be precluded from testifying absent a showing of good cause, except that each party reserves the right to call such rebuttal witnesses (who are not presently identifiable) as may be necessary.*

   A. *Objections. A statement of any objections to the calling of any witness, including expert witnesses. Objections not made in the final pretrial order will be deemed waived absent a showing of good cause. If the objection is the subject of a motion in limine, the pretrial order may simply refer to the motion and need not repeat the grounds stated in the motion.*

   B. *Depositions. For each witness whose deposition will be used, a chart containing the following information: (a) a listing, by page and line, of the testimony that each side seeks to present; (b) a concise statement of objections to any testimony and the basis for the objection; and (c) a concise statement of the asserted basis of admissibility. Objections not made in the final pretrial order will be deemed waived absent a showing of good cause. If the Court will be called upon to rule upon objections, a copy of the deposition (preferably in small-type format) is to be provided with the final pretrial order.*

1. **Witnesses**

    A. <u>Kove's Witnesses</u>

Kove identifies the following names of all witnesses it intends to call or may call to testify, other than solely for impeachment or rebuttal of witnesses called by AWS. If any witness Kove intends to call is unavailable, Kove reserves the right to offer deposition testimony from such witness. Kove reserves the right to call any witness called live by AWS or identified on AWS's witness list. Kove reserves the right to call additional rebuttal witnesses and witnesses to authenticate documents. Kove reserves the right to supplement this list consistent with the parties' agreements and as otherwise permitted by the Court.

| Witness Name and Address | Will Call / May Call | AWS Objection |
|---|---|---|
| John Overton (live)<br>Address: Can be reached through Plaintiff's attorneys of record | Will Call | |
| Stephen Bailey (live)<br>Address: Can be reached through Plaintiff's attorneys of record | May Call | |
| Keith Connolly (live)<br>Address: Can be reached through Plaintiff's attorneys of record | May Call | |
| Andy Poling (live)<br>Address: Can be reached through Plaintiff's attorneys of record | May Call | |
| Michael Goodrich (live) – Expert<br>Address: Can be reached through Plaintiff's attorneys of record | Will Call | Subject to potential *Daubert* motion |
| Jim Bergman (live) – Expert<br>Address: Can be reached through Plaintiff's attorneys of record | Will Call | Subject to potential *Daubert* motion |
| Karim Fanous (live) – Expert | Will Call | |

| | | |
|---|---|---|
| Address: Can be reached through Plaintiff's attorneys of record | | |
| Allan Vermeulen (live or by deposition) Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Andrew Jassy (live or by deposition) Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Ariel Szafir (live or by deposition) Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Christoph Bartenstein (live or by deposition) Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Donal Walsh (live or by deposition) Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| James Hamilton (live or by deposition) Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| James Sorensen (live or by deposition) Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Jeff Barr (live or by deposition) Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Kevin Gasper (live or by deposition) Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Nathan Hunt (live or by deposition) Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Rande Blackman (live or by deposition) Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Robbie Wright (live or by deposition) Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Scott Hayden (live or by deposition) Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Seth Markle (live or by deposition) Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |

| | | |
|---|---|---|
| Shiv Pal Singh (live or by deposition)<br>Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Steve Schick (live or by deposition)<br>Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Swami Sivasubramanian (live or by deposition)<br>Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Tiffany Sung (live or by deposition)<br>Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Tim Rath (live or by deposition)<br>Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Werner Vogels (live or by deposition)<br>Address: AWS | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |
| Michael Pechette (live or by deposition)<br>Address: Founders Capital | May Call | |
| Alyssa Henry (live or by deposition)<br>Address: Square | May Call | Amazon objects to Kove calling any adverse witness live that isn't within the subpoena power of the Court. |

B. <u>Amazon's Witnesses</u>

As required by the Court's November 2020 standing order, Amazon identifies the following witnesses it will call, those it may call, and those it may call by deposition. Amazon reserves the right to call as witnesses at trial individuals listed on Kove's witness list. Amazon also reserves the right to move one or more of the witnesses listed as will call below to either may call or call by deposition. Amazon further reserves the right to object on any ground to the admissibility of the testimony of trial witnesses on Kove's witness list and move for the exclusion or limitation of such testimony. Amazon reserves the right to amend or supplement this witness list as the case progresses provided there's good cause to do so.

| Witness Name and Address | Will/May Call or By Deposition | Kove Objection |
|---|---|---|
| Seth Markle<br>Address: Can be reached through Amazon's attorneys of record | Will Call Live | * Kove reserves the right to object to any Amazon fact witness' testimony that is beyond the scope of subjects identified for that witness in Amazon's initial disclosures or was not otherwise disclosed in discovery by Amazon, despite an obligation to do so.<br><br>Kove objects to any Amazon fact witness testifying as an expert witness or otherwise testifying as to matters beyond the scope of their personal knowledge.<br><br>Kove objects to Amazon calling its current employees by prior testimony as these employees are under Amazon's control and Amazon must call them live in order to testify. |
| Rande Blackman<br>Address: Can be reached through Amazon's attorneys of record | Will Call Live | *Same objection |
| Scott Hayden<br>Address: Can be reached through Amazon's attorneys of record | Will Call Live | *Same objection |
| Joe Greene - Expert<br>Address: Can be reached through Amazon's attorneys of record | Will Call Live | Subject to potential *Daubert* motion. Kove reserves the right to object to inadmissible testimony or opinions not adequately disclosed. |
| Dr. Ananth Grama - Expert<br>Address: Can be reached through Amazon's attorneys of record | Will Call Live | Subject to potential *Daubert* motion. Kove reserves the right to object to inadmissible testimony or opinions not adequately disclosed. |
| Melissa Bennis - Expert<br>Address: Can be reached through Amazon's attorneys of record | Will Call Live | Subject to potential *Daubert* motion. Kove reserves the right to object to inadmissible testimony or opinions not adequately disclosed. |
| Dr. Allan Vermeulen<br>Address: Can be reached through Amazon's attorneys of record | May Call Live | *Same objection |

| Witness Name and Address | Will/May Call or By Deposition | Kove Objection |
|---|---|---|
| Dr. Swami Sivasubramanian<br>Address: Can be reached through Amazon's attorneys of record | May Call Live | *Same objection |
| Tim Rath<br>Address: Can be reached through Amazon's attorneys of record | May Call Live | *Same objection |
| Christoph Bartenstein<br>Address: Can be reached through Amazon's attorneys of record | May Call Live | *Same objection |
| Kevin Gasper<br>Address: Can be reached through Amazon's attorneys of record | May Call Live | *Same objection |
| Ariel Szafir<br>Address: Can be reached through Amazon's attorneys of record | May Call Live | *Same objection |
| Tiffany Sung<br>Address: Can be reached through Amazon's attorneys of record | May Call Live | *Same objection |
| John Overton<br>Address: Can be reached through Kove's attorneys of record | May Call Live | |
| Steve Schick<br>Address: 4 Clinch Avenue<br>Garden City, NY 11530<br>Former Amazon employee | May Call Live or By Deposition | *Same objection |
| Alyssa Henry<br>Address: Oakland, CA<br>Former Amazon employee | May Call Live or By Deposition | *Same objection |
| Nathan Hunt<br>Address: Vanilla Technologies | May Call Live or By Deposition | *Same objection |

| Witness Name and Address | Will/May Call or By Deposition | Kove Objection |
|---|---|---|
| Former Amazon employee | | |
| James Sorenson Address: Can be reached through Amazon's attorneys of record | May Call Live or By Deposition | *Same objection |
| Former Amazon employee | | |
| Keith Connolly Address: Can be reached through Kove's attorneys of record | May Call Live or By Deposition | |
| Andy Poling Address: Can be reached through Kove's attorneys of record | May Call Live or By Deposition | |
| Stephen Bailey Address: Can be reached through Kove's attorneys of record | May Call Live or By Deposition | Kove objects to Amazon calling any adverse witness live that is not within the subpoena power of the Court. |
| Michael Pechette Address: Founders Capital | May Call Live or By Deposition | *Same objection |

2. **Deposition Designations**

Tables listing the parties' deposition designations, counter designations, objections, and reasons for admissibility are attached hereto as **Attachments 4A** (Kove's deposition designations) **and 4B** (Amazon's deposition designations).

3. **Deposition Transcripts**

The parties will provide in a USB drive the transcripts of the depositions which include objections to designations that the Court may be called to rule upon. The parties will also be prepared to address the objections at the pretrial conference.

7