# Attachment 4B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>       Defendant. | Civil Action No. 1:18-cv-08175<br><br>Judge Matthew F. Kennelly<br><br>Jury Trial Demanded |

## AWS'S OBJECTIONS TO KOVE'S
## COUNTER DEPOSITION DESIGNATIONS

Amazon Web Services, Inc. ("AWS") hereby provides its objections to Kove's counter deposition designations, which are attached as Exhibit A. AWS reserves the right to supplement, amend, or otherwise modify these objections based on the circumstances that may evolve prior to, or during, trial. AWS further provides in Exhibit A its basis for admissibility for its affirmative designations.

AWS has marked several objections as fairness/incomplete and has provided additional designations to correct Kove's incomplete corresponding counter designations. To the extent that the Court does not accept these additional designations as fairness/incomplete designations, AWS designates them as affirmative designations. AWS has included a glossary of terms used in its objections. AWS objects to the extent Kove intends to play its counter designations in non-chronological order. AWS also objects to any of Kove's counter designations that are not associated with any of AWS's affirmative designations.

AWS reserves the right to play at trial, as rebuttal to any of its or Kove's designated deposition testimony played at trial, any designation or counter-designation identified by AWS or Kove, even if that designation was not made specifically as a counter to the deposition

testimony played. AWS reserves the right to object on any ground to the admissibility of the

testimony of any witness and move for exclusion of any additional testimony Kove designates.

## Glossary of Terms

| R | This testimony is objection because it is not relevant to issues in the case (see F.R.E. 402). |
|---|---|
| P | This testimony is objectionable because its probative value is substantially outweighed by the danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence (see F.R.E. 403). |
| A/C | Attorney Client Privilege and/or Work Product Immunity. |
| AA | Asked and Answered. |
| AF | This testimony is objectionable because it assumes a fact not in evidence. |
| BE | Not best evidence (F.R.E. 1002). |
| CQ | Compound Question. |
| S | Calls for Speculation. |
| E | This testimony is objectionable because it constitutes attempted expert testimony from a person who was not designated as an expert and who did not submit an expert report (see Fed. R. Civ. P. 26). |
| F | Form objection. |
| H | This testimony is objectionable because it constitutes hearsay under F.R.E. 802. |
| I | This testimony is objectionable because it is incomplete and requires additional testimony for fairness |
| IE | Improper opinion testimony by expert witness (F.R.E. 702). |
| LC | Calls for a legal conclusion. |
| LF | This testimony is objectionable because it lacks foundation. |
| MC | Mischaracterizes witness's testimony. |
| NR | Nonresponsive. |
| OS | Outside the scope of Rule 30(b)(6) topics or of the affirmative designation. |
| V | Vague. |

Dated: February 26, 2024

Respectfully Submitted,

/s/ R. William Sigler

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW, Suite 400
Washington, D.C. 20015
202.362.3500

Ken K. Fung (*pro hac vice*)
*ken.fung@fischllp.com*
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
202.362.3500

*Attorneys for Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024 I caused a true and correct copy of the foregoing document to be served on all counsel of record *via* electronic mail.

/s/ R. William Sigler
R. William Sigler

# Exhibit A

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 13:6-12 | n/a | | n/a | | |
| 13:21 – 14:10 | n/a | | n/a | | |
| 18:15 – 19:13 | n/a | | n/a | | |
| 20:12 – 21:1 | n/a | | n/a | | |
| 21:18 – 23:4 | n/a | | n/a | | |
| 26:22 – 27:16 | n/a | | n/a | | |
| 27:20 – 28:5 | n/a | | n/a | | |
| 28:16 – 32:9 | n/a | | n/a | | |
| 44:1-17 | n/a | | n/a | | |
| 46:13 – 47:22 | n/a | | n/a | | |
| 48:3 – 50:7 | n/a | | n/a | | |
| 51:12-16 | n/a | | n/a | | |
| 56:19 – 57:1 | n/a | | n/a | | |
| 65:11 – 69:7 | n/a | | 73:4-16, 76:5-19, 77:15-22, 78:6-79:5 | OS of Initial Designation | Relevant to witness background |
| 86:17 – 88:23 | n/a | | n/a | | |
| 92:17 – 94:15 | n/a | | n/a | | |
| 112:2-17 | n/a | | 92:17-93:9, 99:20-100:14 | | |
| 114:1-10 | n/a | | 92:17-93:9, 99:20-100:14, 114:14-19, 115:13-116:14 | | |

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 120:5-15 | Legal Conclusion, Calls for Expert Opinion | Based on inventor's understanding of his invention | 115:13-116:14, 117:10-119:18 | | |
| 135:16 – 136:20 | Lacks Foundation, Legal Conclusion, Calls for Expert Opinion | Relates to white paper and not patents. Objections not made during deposition. | 133:18-134:1, 135:13-15, 136:21-137:16 | | |
| 149:7-10 | n/a | | 148:18-24 | | |
| 162:17-23 | n/a | | 153:6-19 | | |
| 164:4-7 | Legal Conclusion | Based on inventor's understanding of his invention. Objection not made during deposition. | 92:17-93:9, 99:20-100:14, 115:13-116:14 | | |
| 171:3-15 | n/a | | n/a | | |
| 172:5-7 | n/a | | n/a | | |
| 176:22 – 177:1 | n/a | | n/a | | |
| 190:1-21 | n/a | | n/a | | |
| 194:21 – 195:3 | n/a | | n/a | | |
| 200:7-22 | n/a | | n/a | | |
| 201:12-22 | n/a | | n/a | | |
| 211:24 – 212:2 | n/a | | n/a | | |
| 212:23 – 213:3 | n/a | | 213:4-10 | | |
| 213:11-13 | n/a | | n/a | | |
| 233:2-15 | n/a | | n/a | | |

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

**DEPOSITION OF KEITH CONNOLLY[1]**

**August 12, 2021**

Kove IO, Inc. v. Amazon Web Services, Inc.
Case No. 1:18-cv-08175

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 7:17–9:12 | n/a | | n/a | | |
| 10:19–12:5 | n/a | | n/a | | |
| 23:9–17 | n/a | | 22:22-23:8 | I (requires 21:22-22:12) | Kove disagrees. |
| 25:2-10 | n/a | | n/a | | |
| 26:7–15 | n/a | | 25:18-26:3 | I (requires 26:4-26:6) | Kove disagrees. |
| 30:2–9 | n/a | | n/a | | |
| 33:1–35:12 | Legal Conclusion, Calls for Expert Opinion | As to 33:5-8, these objections aren't applicable. As to the remainder of the designated testimony, these objections weren't made during the deposition. | n/a | | |
| 37:7–39:1 | n/a | | n/a | | |
| 61:10–20 | n/a | n/a | n/a | | |
| 84:18–85:15 | n/a | | n/a | | |
| 100:7-101:16 | n/a | | n/a | | |
| 101:20-102:5 | n/a | | n/a | | |
| 102:9-104:14 | n/a | | n/a | | |

[1] AWS has withdrawn certain designations from Mr. Connelly's deposition in response to Kove's objections. Those designations did not include any counter designations from Kove.

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 104:19–105:22 | n/a | | n/a | | |
| 124:5–125:20 | n/a | | n/a | | |
| 132:10-133:9 | n/a | | n/a | | |
| 135:1–137:11 | n/a | | 134:18-22 | I (requires 131:4-8, 132:10-19) | Kove disagrees. |
| 142:7–144:5 | n/a | | n/a | | |
| 145:5-147:15 | n/a | | n/a | | |
| 149:15–152:3 | n/a | | n/a | | |
| 159:13–160:2 | n/a | | n/a | | |
| 181:8–184:11 | n/a | | 184:13-185:1 | | |
| 186:6–190:10 | n/a | | n/a | | |

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

**DEPOSITION OF ALYSSA HENRY**

**February 21, 2023**

Kove IO, Inc. v. Amazon Web Services, Inc.
Case No. 1:18-cv-08175

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 10:25-11:1 | n/a | | n/a | | |
| 16:16-18:1 | n/a | | n/a | | |
| 18:19-19:3 | n/a | | n/a | | |
| 19:10-23 | n/a | | n/a | | |
| 21:8-22:17 | n/a | | 22:18-23:19 | R, P, OS of Initial Designation | Designation concerns Henry's structure and hierarchy. Counter finishes question of who she reported to and in what fashion. Relevant for witness background. |
| 52:10-19 | n/a | | 52:20-53:11 | | |
| 53:12-55:8 | n/a | | n/a | | |
| 57:18-59:20 | n/a | | 59:21-60:11 | R, P, OS of Initial Designation | Relevant for witness background. Counter finishes line of questioning about Henry's ███ ███████ |

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| | | | | | |
| 65:24-66:11 | n/a | | 66:12-67:11 | | |
| 93:8-20 | n/a | | 94:7-11 | | |
| 98:6-20 | n/a | | 99:1-100:1 | I (requires 100:2-4) | Kove disagrees. |
| 101:3-18 | n/a | | n/a | | |
| 102:11-103:17 | n/a | | n/a | | |
| 103:20-105:5 | n/a | | n/a | | |
| 110:11-111:2 | n/a | | n/a | | |
| 112:2-113:17 | n/a | | 111:18-22 | | |
| 229:8-22 | n/a | | 229:23-230:5 | | |
| 279:1-6 | n/a | | 279:7-20 | I (requires 279:21-280:10) | Kove disagrees. |
| 326:5-14 | n/a | | 327:1-13 | R, P | Relevant to infringement. Counter finishes line of questioning about Henry's understanding of what it means to identify the location of objects. |

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

**DEPOSITION OF NATHAN HUNT**

**January 12, 2023**

Kove IO, Inc. v. Amazon Web Services, Inc.
Case No. 1:18-cv-08175

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 10:23-24 | n/a | | n/a | | |
| 32:22-34:7 | n/a | | n/a | | |
| 50:13-51:5 | n/a | | n/a | | |
| 57:16-22 | n/a | | 60:15-22 | | |
| 70:16-71:4 | n/a | | 71:13-20 | | |
| 87:6-22 | n/a | | n/a | | |
| 253:8-254:15 | n/a | | 254:16-255:7 | I (requires 255:10-14) | Kove disagrees. |
| 268:13-269:4 | n/a | | 269:5-17 | R, P | Relevant to damages. Counter finishes questioning about what ▮ information AWS chooses to put on its P&Ls. |

\*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

**DEPOSITION OF MICHAEL PECHETTE**

**May 4, 2023**

Kove IO, Inc. v. Amazon Web Services, Inc.
Case No. 1:18-cv-08175

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 8:9–13 | n/a | | n/a | | |
| 9:19–10:15 | n/a | | n/a | | |
| 16:8-17:10 | n/a | | n/a | | |
| 31:9–22 | n/a | | n/a | | |
| 39:8–41:6 | n/a | | n/a | | |
| 41:19–42:19 | n/a | | n/a | | |
| 44:21–45:9 | n/a | | 44:6-20 | | |
| 45:15–46:4 | n/a | | 46:5-11 | | |
| 57:9–58:18 | n/a | | n/a | | |
| 60:21–62:16 | n/a | | n/a | | |
| 64:5–66:8 | n/a | | n/a | | |
| 67:8–68:18 | n/a | | n/a | | |
| 70:2–15 | n/a | | n/a | | |
| 78:3–79:22 | n/a | | n/a | | |
| 80:7–81:20 | n/a | | n/a | | |
| 84:16-85:14 | n/a | | 85:15-21 | | |
| 100:3–18 | n/a | | n/a | | |
| 103:16–104:16 | n/a | | n/a | | |
| 105:18–106:22 | n/a | | 107:2-10 | | |
| 108:13–110:20 | n/a | | n/a | | |
| 118:21–119:19 | n/a | | n/a | | |
| 120:22–121:18 | n/a | | n/a | | |
| 122:19–22 | n/a | | 122:2-17 | | |
| 130:12–131:9 | n/a | | n/a | | |

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 144:10–145:9 | n/a | | n/a | | |
| 147:5–149:5 | n/a | | n/a | | |
| 150:18–152:1 | n/a | | n/a | | |
| 156:5–157:14 | n/a | | n/a | | |
| 162:9–163:7 | n/a | | n/a | | |
| 164:20–165:17 | n/a | | n/a | | |
| 166:10–167:6 | n/a | | n/a | | |
| 181:5–183:19 | n/a | | n/a | | |
| 184:12–15 | n/a | | n/a | | |
| 188:1–190:15 | n/a | | n/a | | |
| 193:6–194:3 | n/a | | 194:4-16 | | |
| 200:1–16 | n/a | | n/a | | |
| 201:20–203:3 | n/a | | n/a | | |
| 204:21-205:19 | n/a | | n/a | | |
| 207:21–208:18 | n/a | | 207:7-20, 208:19-209:4 | | |
| 209:14–210:14 | n/a | | n/a | | |
| 226:22–228:22 | n/a | | 229:2-14 | | |
| 232:2–233:14 | n/a | | n/a | | |

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

**DEPOSITION OF ANDY POLING**

**April 21, 2023**

Kove IO, Inc. v. Amazon Web Services, Inc.
Case No. 1:18-cv-08175

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 8:14–9:3 | n/a | | n/a | | |
| 14:22–16:20 | n/a | | n/a | | |
| 17:4–18:4 | n/a | | n/a | | |
| 24:19–26:22 | n/a | | n/a | | |
| 28:12–30:10 | n/a | | n/a | | |
| 31:2–32:19 | n/a | | n/a | | |
| 35:15–38:22 | Lacks foundation | This objection wasn't made during the deposition, so it was waived. Further, the questions and answers provide a foundation. | 32:20-35:14 | I (requires 32:10-19) | Kove disagrees. |
| 39:7-15 | Lacks foundation | This objection wasn't made during the deposition, so it was waived. Further, the questions and answers provide a foundation. | 39:1-6 | | |

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 40:2-41:5 | n/a | | n/a | | |
| 45:16-47:21 | n/a | | n/a | | |
| 48:16-49:17 | Lacks foundation | This objection wasn't made during the deposition, so it was waived. Further, the questions and answers provide a foundation. | n/a | | |
| 53:16–55:22 | n/a | | n/a | | |
| 56:14–57:19 | n/a | | 57:20-58:4 | | |
| 58:5–58:12 | n/a | | n/a | | |
| 58:21-60:15 | n/a | | n/a | | |
| 62:7-63:9 | n/a | | n/a | | |
| 70:19-73:13 | n/a | | n/a | | |
| 81:17–84:7 | n/a | | n/a | | |
| 110:12-20 | n/a | | n/a | | |
| 146:10–147:14 | Lacks foundation | This objection wasn't made during the deposition, so it was waived. Further, the questions and answers provide a foundation. | 147:15-21 | | |
| 148:2–149:12 | n/a | | n/a | | |
| 149:19–150:11 | n/a | | n/a | | |
| 152:20–153:18 | n/a | | n/a | | |
| 175:19–176:4 | n/a | | n/a | | |
| 176:16–177:22 | n/a | | n/a | | |

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 178:8-19 | n/a | | n/a | | |
| 179:14-180:9 | n/a | | n/a | | |
| 181:13-15 | n/a | | n/a | | |
| 182:13-186:22 | n/a | | n/a | | |
| 187:5–188:13 | n/a | | n/a | | |
| 189:4–18 | n/a | | n/a | | |
| 190:17–192:1 | n/a | | 192:2-18 | LF, I (requires 192:19-194:3) | This objection wasn't made during the deposition, so was waived. The questions and answers provide a foundation. |
| 194:17-22 | n/a | | n/a | | |
| 195:16-22 | Lacks foundation | This objection wasn't made during the deposition, so it was waived. Further, the questions and answers provide a foundation. | 195:5-15 | I (requires 194:17-195:4) | Kove disagrees. |
| 201:2-202:20 | n/a | | n/a | | |
| 203:17-208:19 | n/a | | n/a | | |
| 211:7-13 | n/a | | n/a | | |
| 240:3-241:19 | n/a | | n/a | | |
| 243:21-244:10 | n/a | | n/a | | |

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

## DEPOSITION OF STEVEN SCHICK

### August 11, 2021

Kove IO, Inc. v. Amazon Web Services, Inc.
Case No. 1:18-cv-08175

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 6:10-22 | n/a | | n/a | | |
| 16:4-6 | n/a | | n/a | | |
| 18:22-19:22 | n/a | | n/a | | |
| 20:18-21:25 | n/a | | n/a | | |
| 23:21-27:9 | n/a | | n/a | | |
| 44:18-47:16 | n/a | | 41:13-23, 47:17-24 | | |
| 48:5-51:19 | n/a | | 51:20-52:11 | R | Relevant to contextualize Schick's immediately prior comments regarding his familiarity with certain Kove products. |
| 52:12-53:15 | n/a | | 53:19-54:6 | | |
| 54:7-56:16 | n/a | | n/a | | |
| 59:20-62:25 | n/a | | 63:1-64:4 | | |
| 64:5-14 | n/a | | n/a | | |
| 67:19-21 | n/a | | n/a | | |
| 68:11-71:2 | n/a | | 71:3-24 | | |
| 72:9-73:7 | n/a | | n/a | | |
| 73:22-74:13 | n/a | | n/a | | |

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 74:22-78:17 | n/a | | 78:18-22 | | |
| 79:6-82:9 | n/a | | 84:2-22 | | |
| 85:16-86:6 | n/a | | n/a | | |
| 92:10-93:22 | Lacks foundation; Hearsay | Conversation to prepare 30(b)(6) witness to testify. Includes foundation of basis for call. | n/a | | |
| 94:4-17 | Lacks foundation; Hearsay | Conversation to prepare 30(b)(6) witness to testify. Includes foundation of basis for call. | n/a | | |

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

Defendant Amazon Web Services Inc.'s Deposition Designations

## DEPOSITION OF JAMES SORENSON

### January 29, 2020

Kove IO, Inc. v. Amazon Web Services, Inc.
Case No. 1:18-cv-08175

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 6:4-23 | n/a | | n/a | | |
| 8:3-15 | n/a | | n/a | | |
| 29:3-30:4 | n/a | | n/a | | |
| 34:12-35:4 | n/a | | n/a | | |
| 36:10-23 | n/a | | n/a | | |
| 49:10-50:4 | n/a | | 50:23-51:11 | LC | Testimony does not require a legal analysis and does not require legal opinion. |
| 57:7-59:6 | n/a | | n/a | | |
| 59:10-62:8 | n/a | | 62:9-21, 63:23-64:19, 66:9-15 | LC (as to 62:9-21) | Testimony does not require a legal analysis and does not require legal opinion. |
| 66:16-69:20 | n/a | | 69:21-70:21 | | |
| 90:21-91:9 | n/a | | 91:10-22 | | |
| 95:23-96:10 | n/a | | 95:7-95:22 | | |
| 98:6-13 | n/a | | n/a | | |
| 99:16-100:24 | n/a | | 101:5-101:15 | | |
| 106:2-107:21 | n/a | | n/a | | |

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 192:3-193:6 | n/a | | 193:7-9 | | |
| 243:4-244:19 | n/a | | n/a | | |

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

## DEPOSITION OF JAMES SORENSON

### July 21, 2021

Kove IO, Inc. v. Amazon Web Services, Inc.
Case No. 1:18-cv-08175

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 6:2-8 | n/a | | n/a | | |
| 13:2-13 | n/a | | 12:2-5 | | |
| 14:7-18 | n/a | | 14:19-21 | | |
| 31:24-33:23 | Lack of foundation | Objection is to Kove's own questioning. Foundation from preceding testimony at 17:3-31:22 | n/a | | |
| 54:16-24 | n/a | | n/a | | |
| 57:16-58:6 | n/a | | 57:11-57:15 | | |
| 59:15-60:20 | n/a | | n/a | | |
| 68:5-22 | n/a | | 68:23-25 | | |
| 92:5-93:13 | n/a | | 93:14-93:18 | | |
| 93:19-94:18 | n/a | | n/a | | |
| 95:19-96:1 | n/a | | n/a | | |
| 96:6-7 | n/a | | n/a | | |
| 107:11-109:9 | n/a | | n/a | | |
| 118:1-4 | Lack of foundation | Objection is to Kove's own questioning. Foundation from preceding testimony at 117:12-25. | n/a | | |

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.

| AWS's Initial Designation* | Kove's Objections to AWS's Initial Designation | AWS's Basis for Admissibility | Kove's Counter Designation | AWS's Objections to Kove's Counter Designations | Kove's Basis for Admissibility |
|---|---|---|---|---|---|
| 118:10-19 | Lack of foundation | Objection is to Kove's own questioning. Foundation from preceding testimony at 117:12-25. | n/a | | |
| 135:25-136:3 | n/a | | 136:3-11 | | |
| 136:19-138:18 | Lack of foundation | Objection is to Kove's own questioning. Foundation from preceding testimony at 136:15-18. | n/a | | |
| 139:5-16 | n/a | | n/a | | |
| 146:2-18 | n/a | | n/a | | |
| 146:23-25 | n/a | | n/a | | |
| 147:17-18 | n/a | | n/a | | |
| 148:21-149:1 | n/a | | n/a | | |

*These designations are made with the understanding that objections, struck or withdrawn questions, and attorney colloquy will be excluded.