**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Matthew F. Kennelly <br><br> Jury Trial Demanded |

**FINAL PRETRIAL ORDER
(ATTACHMENT 5)**

**EXHIBITS.** *A schedule of all exhibits a party may enter into evidence, identified by trial exhibit number, with a brief description of each exhibit. Any exhibit not listed in the final pretrial order will be excluded from evidence absent a showing of good cause.*

A. *Objections. A statement of any objections to each exhibit. Objections not made in the final pretrial order will be deemed waived absent a showing of good cause.*

B. *Copies for Court. A bench book of each party's exhibits is to be delivered to the Court at or before the start of trial, unless excused by the Court in advance. Counsel should inquire on this point at the final pretrial conference.*

C. *Exhibits to be displayed to jury. Judge Kennelly's courtroom has evidence presentation equipment allowing exhibits (including video and audio files) to be projected and displayed to witnesses, the court, counsel, and the jury. The jurors have individual screens. This equipment will be used as the default method of displaying exhibits to the jury. As a backup, however, each party must have a hard copy of all of its exhibits available, in a format that will make it easy to provide them to the jury for its use during deliberations if necessary.*