# Attachment 5B

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-1 | AWS_SRC_CODE_000000157 | ███████████████████████████ | |
| DTX-2 | AWS_SRC_CODE_000001377 | source code | |
| DTX-3 | AWS_SRC_CODE_000000948 | ███████████████████████████ | |
| DTX-4 | AWS_SRC_CODE_000001084 | ███████████████████████████ | |
| DTX-5 | AMZ_KOVE_000401272 | ███████████████████████████ | |
| DTX-6 | NA | 8/19/21 privilege log | |
| DTX-7 | AMZ_KOVE_000498645 | ████████████████ | |
| DTX-8 | AMZ_KOVE_000521223 | ████████████████ | |
| DTX-9 | AMZ_KOVE_000521468 | Error Code Spike | |
| DTX-10 | NA | 2021-07-15 Kove R&Os to AWS 6th Set ROGs (22-25) | |
| DTX-11 | AMZ_KOVE_000442191 | | |
| DTX-12 | AMZ_KOVE_000523546 | ████████████████ | |
| DTX-13 | AMZ_KOVE_000525835 | Email | |
| DTX-14 | AMZ_KOVE_000526034 | ██████████████████ | |
| DTX-15 | AMZ_KOVE_000526083 | ████████████████ | |
| DTX-16 | AMZ_KOVE_000531079 | Launch of DDB | |
| DTX-17 | AMZ_KOVE_000445144 | █████████████ | |
| DTX-18 | OREILLY_00000001 | Book information.pdf | |
| DTX-19 | IEEE_00000042 | Exhibit D - Supplemental MacPherson Declaration.pdf | |
| DTX-20 | NA | Kove's First Amended Response to Amazon's Third Set of Interrogatories (No. 18) | |
| DTX-21 | IEEE_00000057 | Supplemental_MacPherson_Declaration.pdf | |
| DTX-22 | AMZ_KOVE_000504890 | | |
| DTX-23 | MIT_00000001 | Declaration of Katherine Zimmerman_with Exhibits.pdf ("MIT Declaration") | |
| DTX-24 | VIXIE_00000001 | bind81declaration.pdf (Declaration of Paul Vixie re Bind 8.0 code) | |
| DTX-25 | ACM_000000008 | Delman Decl Ex B.pdf ██████████████████████ | |
| DTX-26 | ACM_000000018 | Delman Declaration SIGNED.pdf | |
| DTX-27 | ISC_00000001 | 2021-03-26 Declaration of Robert Carolina re BIND 8_1 EXECUTED.pdf | |
| DTX-28 | OREILLY_00000030 | Declaration of O'Reilly Media - final_RHoward.pdf | |
| DTX-29 | AMZ_KOVE_000075654 | AmazonDynamoDBUseCasesandDesignPatternsbyIndustryVertical_103118(1)[3].docx | |
| DTX-30 | FOUNDERS_00000758 | Bid from John Overton and Michael Roizen, dated November 25, 2002 | |
| DTX-31 | AMZ_KOVE_000204218 | Amazon DynamoDB Use Cases and Design Patterns by Industry Vertical.docx | |
| DTX-32 | AMZ_KOVE_000204415 | Analytics Category Customer Reference Slides.pptx | |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-33 | AMZ_KOVE_000065101 | ███████████████████████ | |
| DTX-34 | AMZ_KOVE_000205241 | █████████████████████████████████ | |
| DTX-35 | AMZ_KOVE_000207540 | ████████████████████████████ | |
| DTX-36 | AMZ_KOVE_000213902 | ███████████████████████████████ | |
| DTX-37 | AMZ_KOVE_000225293 | S3 Pricing JeffB Draft 6.doc | |
| DTX-38 | AMZ_KOVE_000453487 | Big Data Analysis v2 2014-05-06.pptx | |
| DTX-39 | AMZ_KOVE_000460921 | 2013 Verticals and Use Case Analysis.docx | |
| DTX-40 | FOUNDERS_00000533 | Letter dated 3-10-03 from Founders Capital Corporation to James M. Denny re: Liquidation of OverX | |
| DTX-41 | AMZ_KOVE_000221659 | Introduction to Scalable Game Development Patterns on AWS.pdf | |
| DTX-42 | AMZ_KOVE_000403049 | Global S3 Landing Page.pdf | |
| DTX-43 | AMZ_KOVE_000405238 | Storage Customer References_04142020.pptx | |
| DTX-44 | AMZ_KOVE_000012900 | ████████████████████ | |
| DTX-45 | AMZ_KOVE_000453035 | S3 Sales Slides v20.ppt | |
| DTX-46 | AMZ_KOVE_000453075 | S3 Sales Slides v21_NoSpeakerNotes.ppt | |
| DTX-47 | AMZ_KOVE_000058722 | US 8234403.pdf | |
| DTX-48 | AMZ_KOVE_000058768 | US 8239571.pdf | |
| DTX-49 | KOV_00000124 | patent assignment cover sheet | |
| DTX-50 | KOV_00009956 | Asset Purchase and Assignment Agreement between Founders Capital Corporation, Econnectix LLC, and John Overton, Michael F. Roizen, and Paul D. Carmichael, dated December 31, 2002 | |
| DTX-51 | KOV_00000203 | notice of recordation of assignment document | |
| DTX-52 | KOV_00000219 | notice of recordation of assignment document | |
| DTX-53 | KOV_00000232 | notice of recordation of assignment document | |
| DTX-54 | KOV_00000243 | notice of recordation of assignment document | |
| DTX-55 | AWS_SRC_CODE_000000101 | source code | |
| DTX-56 | AWS_SRC_CODE_000001424 | source code | |
| DTX-57 | AWS_SRC_CODE_000001417 | source code | |
| DTX-58 | AWS_SRC_CODE_000001059 | source code | |
| DTX-59 | AWS_SRC_CODE_000001109 | source code | |
| DTX-60 | KOV_00060977 | Stock Ledger (Overton Exhibit 105) | 402, 403 |
| DTX-61 | KOV_00000256 | patent assignment cover sheet | |
| DTX-62 | KOV_00000258 | assignment agreement | |
| DTX-63 | KOV_00000261 | trust agreement and assignment | |
| DTX-64 | AWS_SRC_CODE_000000803 | source code | |
| DTX-65 | AWS_SRC_CODE_000001396 | source code | |
| DTX-66 | AWS_SRC_CODE_000001405 | source code | |
| DTX-67 | KOV_00000279 | patent assignment cover sheet | |
| DTX-68 | KOV_00000297 | patent assignment cover sheet | |
| DTX-69 | KOV_00000302 | patent assignment cover sheet | |
| DTX-70 | KOV_00051944 | 2007 Econnectix Corporate Return | |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-71 | KOV_00000547 | trust agreement and assignment | |
| DTX-72 | KOV_00036285 | Asset-Purchase.pdf | |
| DTX-73 | KOV_00060030 | DHT_Single_Hop.pdf | |
| DTX-74 | AMZ_KOVE_000069221 | ███████████████ | |
| DTX-75 | AMZ_KOVE_000062584 | "An Adaptive Data Placement Scheme for Parallel Database Computer Systems" ("Hua") | |
| DTX-76 | NA | Exhibits 1002, 1036-1037 in IPR 2020-00276 | |
| DTX-77 | KOV_00206104 | U.S. Patent No. 10,776,395 | |
| DTX-78 | KOV_00057828 | Overton October 2005 Letter re NDTP patent claims | |
| DTX-79 | AMZ_KOVE_000463919 | DDB Revenue ███████ | |
| DTX-80 | KOV_00036481 | Email re: Q4 2009 Self Eval, dated December 25, 2009 | |
| DTX-81 | AMZ_KOVE_000487437 | Excel Spreadsheet (S3 Usage ███████████) | |
| DTX-82 | AMZ_KOVE_000463920 | Excel Spreadsheet, S3 Global P&L | |
| DTX-83 | AMZ_KOVE_000089433 | Patent License Agreement.PDF | |
| DTX-84 | NA | Amazon S3 FAQs, found at https://aws.amazon.com/s3/faqs | |
| DTX-85 | AMZ_KOVE_000532601 | ████████████████████████████████ | subject to Daubert |
| DTX-86 | Intentionally Left Blank | | |
| DTX-87 | KOV_00063503 | Kove XPD and XFM Sales.xlsx | |
| DTX-88 | KOV_00209560 | U.S. Patent No. 8,819,027 | |
| DTX-89 | AMZ_KOVE_000062514 | "Design and Implementation of DDH: A Distributed Dynamic Hashing Algorithm" ("Devine") | |
| DTX-90 | KOV_00009963 | Asset Purchase and License Agreement between Kove IO, Inc. and Arctide, LLC, dated June 27, 2015 | |
| DTX-91 | AMZ_KOVE_000062609 | "Scale in Distributed Systems" ("Neuman") | |
| DTX-92 | AMZ_KOVE_000062648 | "Distributed Cooperative Web Servers" ("Baker") | |
| DTX-93 | AMZ_KOVE_000070487 | "Dynamic Load Balancing on Web-server Systems" ("Cardellini") | |
| DTX-94 | AMZ_KOVE_000075975 | "Resource Location in Very Large Networks" ("Dasgupta") | |
| DTX-95 | AMZ_KOVE_000080051 | BIND 8.1 code | |
| DTX-96 | AMZ_KOVE_000090362 | RFC 2136 | |
| DTX-97 | ELSEVIER_000000001 | Declaration of Michael Amato ("Elsevier Declaration") | |
| DTX-98 | AMZ_KOVE_000076181 | RFC 1035 | |
| DTX-99 | KOV_00211383 | U.S. Patent No. 9,569,513 | |
| DTX-100 | KOV_00009978 | Asset Purchase and License Agreement between Arctide, LLC. and Kove IO, Inc., dated June 5, 2018 | |
| DTX-101 | NA | IPR2015-01046 Paper 71 p.24 | |
| DTX-102 | NA | 2023-04-04 Kove Fourth Amended Response to ROG 7 | |
| DTX-103 | AMZ_KOVE_000002786 | Amazon S3 Reduced Redundancy Storage.pdf | |
| DTX-104 | AMZ_KOVE_000006032 | Cloud Storage Pricing _ S3 Pricing by Region _ Amazon Simple Storage Service.pdf | |
| DTX-105 | NA | Amazon S3 Storage Classes found at https://aws.amazon.com/s3/storage-classes/?nc=sn&loc=3 | |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-106 | AMZ_KOVE_000467857 | ██████████████████ | |
| DTX-107 | AMZ_KOVE_000467854 | ████████████████████████ | |
| DTX-108 | AMZ_KOVE_000012910 | █████████ | |
| DTX-109 | AMZ_KOVE_000064843 | | |
| DTX-110 | KOV_00051654 | Econnectix Corporation Profit & Loss Prev Year Comparison, January through December 2006 | |
| DTX-111 | KOV_00211407 | U.S. Patent No. 9,576,038 | |
| DTX-112 | AMZ_KOVE_000064870 | | |
| DTX-113 | AMZ_KOVE_000064993 | ██████████████ | |
| DTX-114 | AMZ_KOVE_000463276 | 314.html | |
| DTX-115 | AMZ_KOVE_000463489 | 127.html | |
| DTX-116 | AMZ_KOVE_000437135 | ███████████ | |
| DTX-117 | AMZ_KOVE_000436349 | | |
| DTX-118 | AMZ_KOVE_000437122 | Document Titled ██████ dated 3/21/2008 | |
| DTX-119 | AMZ_KOVE_000428595 | Amazon_S3_2017_vFinal.docx | |
| DTX-120 | KOV_00051990 | Econnectix Corporation Profit & Loss, January through December 2009 | |
| DTX-121 | AMZ_KOVE_000453642 | 2012 AWS Storage Services ███ Final.docx | |
| DTX-122 | KOV_00213771 | U.S. Patent Publication No. 2020/0175035 | |
| DTX-123 | NA | Reexam. 11/354,224 Patent Term Adjustment, found at https://patentcenter.uspto.gov/applications/11354224/patentTermAdjustment. | |
| DTX-124 | AMZ_KOVE_000528106 | 2016-07-13_Amazon_S3_2017_vFinal-2.docx | |
| DTX-125 | AMZ_KOVE_000520273 | ████████████████████ | |
| DTX-126 | AMZ_KOVE_000401268 | ███████████████████████████ | |
| DTX-127 | AMZ_KOVE_000463924 | ██████████ | |
| DTX-128 | AMZ_KOVE_000066359 | ██████████ | |
| DTX-129 | AMZ_KOVE_000085501 | ██████████ | |
| DTX-130 | KOV_00049762 | Econnecix Corporation 2009 Profit & Loss | |
| DTX-131 | KOV_00049761 | Econnectix Corporation 2009 Balance Sheet | |
| DTX-132 | KOV_00184413 | Kove IO, Inc. Confidential Investment Memorandum, 19 pgs. | subject to MIL |
| DTX-133 | KOV_00204278 | U.S. Patent No. 10,303,669 | |
| DTX-134 | KOV_00186081 | Kove IO, Inc. Confidential Investment Memorandum, 82 pgs. | subject to MIL |
| DTX-135 | AMZ_KOVE_000463702 | 411.html | |
| DTX-136 | AMZ_KOVE_000464239 | 421.html | |
| DTX-137 | AMZ_KOVE_000007001 | ██████████ | |
| DTX-138 | AMZ_KOVE_000450201 | nosql meetup 2-22-12 (stefano)pptx | |
| DTX-139 | AMZ_KOVE_000467243 | index.html | |
| DTX-140 | NA | 2023-04-13 Amazon's Third Supp. Response to First Set of Interrogatories (Nos. 1-6) | 103 |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-141 | NA | 2020-10-16 AWS Supp Response to ROG No. 7 | 103 |
| DTX-142 | NA | 2020-01-22 AWS Responses to Kove Third Set of ROGs (Nos. 7-11) | 103 |
| DTX-143 | NA | 2023-04-13 Amazon's Supplemental Response to 3rd Set of Rogs (Nos. 9 & 11) | 103 |
| DTX-144 | KOV_00214509 | U.S. Patent No. 8,396,840 | |
| DTX-145 | NA | 2023-06-09 Amazon Supplemental Responses to Fourth Set of ROGs (ROG 12-16) | 103 |
| DTX-146 | AMZ_KOVE_000467266 | dynamodb-281118-090352.html | |
| DTX-147 | AMZ_KOVE_000467326 | dynamodb_features-2018-nov28-index.html | |
| DTX-148 | AMZ_KOVE_000467332 | dynamodb_features-2018-nov29_dec17-index.html | |
| DTX-149 | KOV_00016619 | Econnectix Corporation Advisors Agreement, signed, undated | |
| DTX-150 | AMZ_KOVE_000530389 | █████████████ | subject to Daubert |
| DTX-151 | NA | 2020-09-16 privilege log | |
| DTX-152 | AMZ_KOVE_000014452 | Provisional Application for Patent Cover Sheet (Small Entity) | |
| DTX-153 | KOV_00002146 | head 1.2 | |
| DTX-154 | KOV_00002003 | Declaration for Patent Application | |
| DTX-155 | KOV_00212706 | U.S. Patent No. 9,875,212 | |
| DTX-156 | AMZ_KOVE_000027411 | Declaration for Patent Application | |
| DTX-157 | KOV_00016621 | Email from Bailey to Dellenbach 10/15/2018 | |
| DTX-158 | AMZ_KOVE_000038545 | System and Method for Establishing and Retrieving Data Based on Global Indices | |
| DTX-159 | NA | 2006-09-27 article "We Build Muck, So You Don't Have To" (AWS News Blog), found at https://aws.amazon.com/blogs/aws/we_build_muck_s/ | |
| DTX-160 | AMZ_KOVE_000089617 | █████████████ | subject to Daubert |
| DTX-161 | AMZ_KOVE_000477756 | AWS Discussion of Service Level Agreements | |
| DTX-162 | NA | AWS analyst reports webpage, found at https://aws.amazon.com/resources/analyst-reports/22-global-gartner-mq-cips/?trk=2ccd4211-9b88-4637-934e-e730ec39a732&sc_channel=el | |
| DTX-163 | AMZ_KOVE_000454430 | █████████████ | |
| DTX-164 | AMZ_KOVE_000532788 | █████████████ | |
| DTX-165 | KOV_00123462 | Performance Analysis, Kove XPD L3-4i, dated September 11, 2017 | |
| DTX-166 | KOV_00213920 | U.S. Patent No. 7,702,640 | |
| DTX-167 | AMZ_KOVE_000399304 | █████████████ | |
| DTX-168 | AMZ_KOVE_000399784 | █████████████ | |
| DTX-169 | AMZ_KOVE_000091119 | Emai██████████████ (Henry Ex. 7) | |
| DTX-170 | AMZ_KOVE_000089642 | █████████████ | |
| DTX-171 | NA | AWS regions and availablity zones webpage, found at https://aws.amazon.com/about-aws/global-infrastructure/regions_az/ | |
| DTX-172 | NA | Kove's Responses and Objections to AWS's Sixth Set of Interrogatories (No. 22-25) | |
| DTX-173 | NA | Amazon S3 Service Level Agreement – Not Currently In Effect, found at https://aws.amazon.com/s3/sla/historical | |
| DTX-174 | AMZ_KOVE_000444305 | JeffB S3 Meeting Review Notes (12-7-04) | |
| DTX-175 | AMZ_KOVE_000479534 | Wright Exhibit 8: ███████████████, dated July 12, 2007 | |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-176 | KOV_00139468 | Request for Proposal and Notice of Bidding Proce[]dures for The Assignee Trust Assets, dated November 12, 2002 | |
| DTX-177 | KOV_00216000 | U.S. Patent No. 7,716,180 | |
| DTX-178 | AMZ_KOVE_000468275 | ███ Pricing Update - June 18, 2015 | |
| DTX-179 | AMZ_KOVE_000465604 | S3 Quarterly Pricing Review - Q1 2016 | |
| DTX-180 | AMZ_KOVE_000487488 | ████ | subject to Daubert |
| DTX-181 | AMZ_KOVE_000454176 | S3 and Glacier Business Overview - May 10, 2013 | |
| DTX-182 | AMZ_KOVE_000457863 | Amazon S3 Overview | |
| DTX-183 | AMZ_KOVE_000177608 | Amazon DynamoDB ███ Pricing - July 20, 2018 | |
| DTX-184 | AMZ_KOVE_000177623 | ████████ | |
| DTX-185 | NA | Reexam 09/661,222 Patent Term Adjustment, found at https://patentcenter.uspto.gov/applications/09661222/patentTermAdjustment. | |
| DTX-186 | NA | https://sub.bvresources.com/defaulttextonly.asp?f=bvglossary | |
| DTX-187 | NA | Bloomberg Weighted Average Cost of Capital report for Amazon.com Inc as of Q2 2007 | |
| DTX-188 | NA | 2023-07-03 Response in Reexam. 90/019,109 | |
| DTX-189 | NA | Email from Lisa Phillips at Fisch Sigler LLP to Gina Cremona at Reichman Jorgensen Lehman & Feldberg LLP re: ████ dated April 14, 2023. | |
| DTX-190 | AMZ_KOVE_000453862 | Amazon S3 2013 ██, dated June 28, 2012 (Henry Exhibit 44) | |
| DTX-191 | NA | Reexam 09/872,736 Patent Term Adjustment, found at https://patentcenter.uspto.gov/applications/09872736/patentTermAdjustment. | |
| DTX-192 | AMZ_KOVE_000528537 | ████ | subject to Daubert |
| DTX-193 | AMZ_KOVE_000061904 | Press Release: "Amazon Web Services Launches," dated March 14, 2006 | |
| DTX-194 | NA | S3 user guide - What is Amazon S3?, found at https://docs.aws.amazon.com/AmazonS3/latest/userguide/Welcome.html | |
| DTX-195 | AMZ_KOVE_000217353 | Overview of Amazon Web Services, dated August 2020 | |
| DTX-196 | NA | S3 user guide - Amazon S3 Objects Overview, found at https://docs.aws.amazon.com/AmazonS3/latest/userguide/UsingObjects.html | |
| DTX-197 | ROIZEN_000295 | John Overton Affidavit of Claim, dated November 12, 2002 (Overton Exhibit 58) | |
| DTX-198 | ROIZEN_000287 | Michael Roizen Affidavit of Claim, dated November 25, 2002 | |
| DTX-199 | NA | Reexamination Control No. 90/019,034: 09/28/2022 Patent Owner's Reply to Office Action | |
| DTX-200 | AMZ_KOVE_000446229 | ████████ | |
| DTX-201 | ROIZEN_000286 | Paul Carmichael Affidavit of Claim, dated November 25, 2002 | |
| DTX-202 | NA | Building Blocks for True Internet Applications AWS presentation, found at https://www.slideshare.net/deimos/jeff-barr-amamazon-services-cloud-computing/17-Common_Amazon_S3_Use_Cases | |
| DTX-203 | ROIZEN_000297 | OverX, Inc. Bid Form for Redleaf Group, Inc., dated November 25, 2002 | |
| DTX-204 | NA | S3 Storage Classes webpage, found at https://aws.amazon.com/s3/storage-classes/ | |
| DTX-205 | AMZ_KOVE_000444737 | Amazon DynamoDB Differentiation Document, dated June 12, 2018 | |
| DTX-206 | NA | AWS blog: Auto Scaling for DDB, found at https://aws.amazon.com/blogs/aws/new-auto-scaling-for-amazon-dynamodb/ | |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-207 | AMZ_KOVE_000087922 | █████████████ | subject to Daubert |
| DTX-208 | AMZ_KOVE_000532598 | ████████████████████████████ | subject to Daubert |
| DTX-209 | AMZ_KOVE_000532602 | █████████████████████ | subject to Daubert |
| DTX-210 | AMZ_KOVE_000423473 | General S3 FAQs Webpage | |
| DTX-211 | AMZ_KOVE_000530371 | ████████████████████ | subject to Daubert |
| DTX-212 | AMZ_KOVE_000530346 | ████████████████████████ | subject to Daubert |
| DTX-213 | AMZ_KOVE_000530226 | ████████████████ | subject to Daubert |
| DTX-214 | AMZ_KOVE_000530329 | ████████████ | subject to Daubert |
| DTX-215 | AMZ_KOVE_000200928 | 2017-07-17 Amazon DynamoDB Pricing – Amazon Web Services (AWS) | |
| DTX-216 | AMZ_KOVE_000000143 | aws_pricing_overview.pdf | |
| DTX-217 | AMZ_KOVE_000089395 | ████████████ | subject to Daubert |
| DTX-218 | NA | Magic Quadrant for Cloud Infrastructure as a Service, Worldwide, found at https://blackfinsquare.com/wp-content/uploads/2017/08/2016-Gartner-Quadrant-IaaS.pdf | |
| DTX-219 | NA | Amazon.com, Inc. Form 10-K for the fiscal year ended December 31, 2022. | |
| DTX-220 | AMZ_KOVE_000529107 | "Oracle 8 Server: Unleashed" by Joseph Greene, Advanced Information Systems, Inc. et al, 1998 ("OracleUnleashed") | |
| DTX-221 | NA | DDB pricing webpage, found at https://aws.amazon.com/dynamodb/pricing/ | |
| DTX-222 | AMZ_KOVE_000445365 | DynamoDB Launch Announcement | |
| DTX-223 | NA | Investopedia article on AWS success, found at https://www.investopedia.com/articles/investing/011316/what-amazon-web-services-and-why-it-so-successful.asp | |
| DTX-224 | AMZ_KOVE_000487923 | ████████████████████ dated October 30, 2019 | |
| DTX-225 | AMZ_KOVE_000448312 | █████████████ | |
| DTX-226 | NA | Econnectix Corporation 2008 Profit & Loss Previous Year Comparison | |
| DTX-227 | AMZ_KOVE_000267916 | Email ████████ (Thu 12/13/2018) | |
| DTX-228 | AMZ_KOVE_000272438 | Email ██████████ (Tue 12/19/2017) | |
| DTX-229 | AMZ_KOVE_000456084 | S3 ████████ 6/7/2014 calculations spreadsheet | |
| DTX-230 | AMZ_KOVE_000528884 | "Oracle Names Administrator's Guide, Release 2.0, Oracle Corporation, ("OracleNamesAdminGuide") | |
| DTX-231 | AMZ_KOVE_000458257 | ████████████████████ | |
| DTX-232 | AMZ_KOVE_000272441 | Email ████████████ | |
| DTX-233 | AMZ_KOVE_000273374 | Email ██████ | |
| DTX-234 | AMZ_KOVE_000391124 | ████████████████████ | |
| DTX-235 | AMZ_KOVE_000392780 | ██████████████████████ | |
| DTX-236 | AMZ_KOVE_000448418 | ████████████████████ | |
| DTX-237 | AMZ_KOVE_000487931 | █████████████████████████ | |
| DTX-238 | AMZ_KOVE_000532602 | ███████████████████████████████ | |
| DTX-239 | NA | Docket Entries - ZitoVault, LLC vs. Amazon.com, Inc., et al., Docket Navigator | subject to Daubert |
| DTX-240 | AMZ_KOVE_000530201 | U.S. Patent No. 6,473,781 ("Skagerwall") | |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-241 | AMZ_KOVE_000380260 | ████████████████████████████████ | |
| DTX-242 | NA | Amazon S3 Service Level Agreement last updated July 31, 2019, found at https://aws.amazon.com/s3/sla/ historical | |
| DTX-243 | KOV_00126084 | December 30, 2018, email to John Overton and Keith Connolly from Darren Bock, SUBJECT: Kove's use of Amazon Web Services | |
| DTX-244 | KOV_00132385 | March 1, 2015, email chain SUBJECT: Re: Amazon | |
| DTX-245 | KOV_00126772 | June 4-6, 2019, email chain SUBJECT: RE: Kove / VSA - Exploratory Meeting (NDA Template) | |
| DTX-246 | KOV_00125484 | June 6, 2017, email to Keith Connolly SUBJECT: Re: NDA form request | |
| DTX-247 | KOV_00123457 | Email: August 16, 2017, Overton email re: L3-4i White Paper for Amazon (attachment is the XPD L3-4i Performance Analysis packet and starts at KOV_00123462) | |
| DTX-248 | KOV_00123456 | September 7, 2017, email chain SUBJECT: RE: aws hpc ideas | |
| DTX-249 | KOV_00123461 | September 10, 2017, email to John Overton from Dan Doyle SUBJECT: L3-4i White Paper for Amazon.com (with attachment) | |
| DTX-250 | AMZ_KOVE_000530183 | U.S. Patent No. 6,230,183 ("Yocum") | |
| DTX-251 | KOV_00126093 | December 26, 2018, email to Keith Connolly from Dan Doyle SUBJECT: AMZN Tracking (3 pages total) | |
| DTX-252 | KOV_00126094 | Excel Spreadsheet, WebEx. | |
| DTX-253 | KOV_00125808 | May 30, 2018, email to John Overton from Keith Connolly SUBJECT: Investor Update | |
| DTX-254 | Intentionally Left Blank | | |
| DTX-255 | KOV_00126880 | May 4, 2020, email to Adam Marchewka from Keith Connolly SUBJECT: Investment | subject to MIL |
| DTX-256 | NA | Amazon S3 Service Level Agreement document (Ex. 11 to 2023-09-05 K. Fanous deposition) | |
| DTX-257 | NA | AWS Database Blog article entitled, "Is Amazon RDS for PostgreSQL or Amazon Aurora PostgreSQL a better choice for me?" (Ex. 12 to 2023-09-05 K. Fanous deposition) | |
| DTX-258 | NA | Screenshot headed, "Amazon RDS for PostgreSQL pricing" (Ex. 13 to 2023-09-05 K. Fanous deposition) | |
| DTX-259 | NA | Screenshot headed, "Amazon Aurora Pricing" (Ex. 14 to 2023-09-05 K. Fanous deposition) | |
| DTX-260 | AMZ_KOVE_000530100 | U.S. Patent No. 6,185,601 ("Wolff") | |
| DTX-261 | NA | Screenshot headed, "Amazon RDS for MySQL pricing" (Ex. 15 to 2023-09-05 K. Fanous deposition) | |
| DTX-262 | NA | Azure Database for PostgreSQL pricing document (Ex. 16 to 2023-09-05 K. Fanous deposition) | |
| DTX-263 | NA | Azure Cosmos DB pricing document (Ex. 17 to 2023-09-05 K. Fanous deposition) | |
| DTX-264 | AMZ_KOVE_000396783 | Document headed, ████████████████ | |
| DTX-265 | NA | United States Patent Application dated March 30, 2006 (Ex. 2 to 2023-09-05 K. Fanous deposition) | |
| DTX-266 | NA | Applying the Principle of Least Privilege to Multi-Cloud Enviornments (article dated August 10, 2022) (Ex. 3 to 2023-09-05 K. Fanous deposition) | |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-267 | NA | Website screenshot headed, "What is Qumulo?" (Ex. 4 to 2023-09-05 K. Fanous deposition) | |
| DTX-268 | NA | Website screenshot headed, "The Infrastructure Access Platform - StrongDM" (Ex. 5 to 2023-09-05 K. Fanous deposition) | |
| DTX-269 | NA | Website screenshot headed, "StrongDM's Security" (Ex. 6 to 2023-09-05 K. Fanous deposition) | |
| DTX-270 | AMZ_KOVE_000530077 | U.S. Patent No. 6,122,664 ("Boukobza") | |
| DTX-271 | NA | Kove's Responses and Objections to Amazon's Second Set of Interrogatories (Nos. 10-14) | |
| DTX-272 | NA | United States Patent, Patent No. US 6,553,420 B1, dated April 22, 2003 | |
| DTX-273 | NA | United States Patent, Patent No. US 6,430,618 B1, dated April 22, 2003 | |
| DTX-274 | AMZ_KOVE_000487905 | | |
| DTX-275 | AWS_SRC_CODE_000001040 | source code | |
| DTX-276 | NA | Source Code (Retained by Counsel) | |
| DTX-277 | AMZ_KOVE_000091659 | Email: 10/16/2012 | |
| DTX-278 | NA | US Patent 6,098,096 | |
| DTX-279 | NA | US Patent 5,938,732 | |
| DTX-280 | NA | ex Parte Reexamination order (90/014,552) (Ex. 21 to 2023-09-11 M. Goodrich deposition) | |
| DTX-281 | NA | ex Parte Reexamination Interview Summary (90/019,035) (Ex. 22 to 2023-09-11 M. Goodrich deposition) | |
| DTX-282 | NA | ex Parte Reexamination Interview Summary (90/019,036) (Ex. 23 to 2023-09-11 M. Goodrich deposition) | |
| DTX-283 | KOV_00226137 | ex Parte Reexamination Interview Summary (90/019,034) (Ex. 26 to 2023-09-11 M. Goodrich deposition) | |
| DTX-284 | NA | Presentation (Ex. 27 to 2023-09-11 M. Goodrich deposition) | |
| DTX-285 | NA | Notice of Intent to Issue ex Parte Reexamination Certificate (90/019,035) (Ex. 29 to 2023-09-11 M. Goodrich deposition) | |
| DTX-286 | NA | Notice of Intent to Issue ex Parte Reexamination Certificate (90/019,036)(Ex. 30 to 2023-09-11 M. Goodrich deposition) | |
| DTX-287 | NA | Supplemental Notice of Intent to Issue ex Parte Reexamination Certificate (90/019,036) (Ex. 31 to 2023-09-11 M. Goodrich deposition) | |
| DTX-288 | KOV_00228314 | Office action in Reexamination Control No. 10/019,034 | |
| DTX-289 | NA | Reexamination Document 90/019,162 (Ex. 33 to 2023-09-11 M. Goodrich deposition) | |
| DTX-290 | NA | Skagerwall Reference (Ex. 34 to 2023-09-11 M. Goodrich deposition) | |
| DTX-291 | NA | Order in reexamination 90/019,165 (Ex. 35 to 2023-09-11 M. Goodrich deposition) | |
| DTX-292 | NA | Steen Reference (Ex. 36 to 2023-09-11 M. Goodrich deposition) | |
| DTX-293 | NA | Presentation (Ex. 38 to 2023-09-11 M. Goodrich deposition) | |
| DTX-294 | NA | 2023-05-05 Kove Supplement to Fourth Amended Response to ROG 7 | |
| DTX-295 | NA | Document in the 90/019,109 re-exam (Ex. 40 to 2023-09-11 M. Goodrich deposition) | |
| DTX-296 | NA | 2021-04-14 Kove Amended ROs to AWS 1st Rogs 3 | |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-297 | NA | US Patent 6,430,618 | |
| DTX-298 | NA | Oracle Names Administrator's Guide Release 2.0 (Ex. 43 to 2023-09-11 M. Goodrich deposition) | |
| DTX-299 | NA | U.S. Patent Number 6,230,183 B1 (Yocom) | |
| DTX-300 | NA | Kove's Sixth Amended Objections and Responses to Amazon's Second Set of Interrogatories (No. 10 and 12) | |
| DTX-301 | NA | Kove Amended ROs to AWS 1st Rogs 3 | |
| DTX-302 | NA | Table of annual U.S. patent activity since 1790 from USPTO, found at https://www.uspto.gov/web/offices/ac/ido/oeip/taf/h_counts.htm | |
| DTX-303 | AMZ_KOVE_000467845 | Kove Software Defined Memory presentation slides | |
| DTX-304 | KOV_00123540 | Email: J. Overton to P. Moyer re meeting on elastic memory | |
| DTX-305 | AMZ_KOVE_000467813 | Kove Software-Defined Memory | |
| DTX-306 | AMZ_KOVE_000467814 | Kove External Memory guide prepared for Amazon | |
| DTX-307 | AMZ_KOVE_000467839 | Kove FAQs prepared for Amazon | |
| DTX-308 | KOV_00162949 | Email: Connolly to Overton email chain re: NDA | |
| DTX-309 | KOV_00164168 | Email: J. Overton to Amazon attaching Kove External Memory proposal | |
| DTX-310 | KOV_00163365 | Email: Overton-Majmundar chain re AWS DoD meeting | |
| DTX-311 | KOV_00163382 | Email: J. Overton-Keith Connolly 2018 on post-Amazon meeting status check | |
| DTX-312 | KOV_00163368 | Email: J. Overton-Steve Schnick email chain re AWS DoD meeting | |
| DTX-313 | KOV_00164169 | Kove External Memory proposal to Amazon | |
| DTX-314 | AMZ_KOVE_000532766 | ███████████████████ | |
| DTX-315 | AMZ_KOVE_000487544 | ████████████████████████████████████ | |
| DTX-316 | AWS_SRC_CODE_000000535 | ██████████████████████████████ | |
| DTX-317 | KOV_00039222 | "Consistent Hashing and Random Trees: Distributed Caching Protocols for Relieving Hot Spots on the World Wide Web," by David Karger et al. | |
| DTX-318 | NA | What is AWS? Webpage, found at https://aws.amazon.com/what-is-aws/ | |
| DTX-319 | NA | Amazon's Supplemental and Amended Responses to Kove's First Set of Interrogatories (Nos. 1-6) | 103 |
| DTX-320 | NA | Amazon's Supplemental Response and Objections to Kove's Third Set of Interrogatories (No. 11) | 103 |
| DTX-321 | AMZ_KOVE_000226779 | ████████ for 11/3/2012 | |
| DTX-322 | AMZ_KOVE_000269492 | ██████ 12/18/2019 email | |
| DTX-323 | AMZ_KOVE_000065279 | ████████████████ | |
| DTX-324 | AMZ_KOVE_000525421 | Moving Database Customers to the AWS Cloud | |
| DTX-325 | NA | Amazon's Supplemental Responses to Fourth Set of ROGs (ROG 12-16) | 103 |
| DTX-326 | AMZ_KOVE_000390625 | ████████████████ | |
| DTX-327 | AMZ_KOVE_000275138 | ████████████ | |
| DTX-328 | MISHRA_0000001 | 01/24/2022 A. Mishra Declaration | |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-329 | KOV_00233193 | Reexamination Control No. 90/019,036: Nov. 19, 2021 Request | |
| DTX-330 | KOV_00236746 | Reexamination Control No. 90/019,036: Dec. 23, 2021 Order | |
| DTX-331 | KOV_00236774 | Reexamination Control No. 90/019,036: May 4, 2022 Office Action | |
| DTX-332 | KOV_00223531 | Reexamination Control No. '034, '035, '036: Hall-Ellis Evidence (Ex. 18) | |
| DTX-333 | NA | Reexamination Control No. 90/019,036: Aug. 4, 2022 Patent Owner's reply to Office Action | |
| DTX-334 | KOV_00237579 | Reexamination Control No. 90/019,036: Sept. 22, 2022 Nol to Issue EPR Cert | |
| DTX-335 | KOV_00057831 | '276 IPR Materials, Amazon Web Services, Inc. v. Kove IO, Inc., Paper 2 | |
| DTX-336 | KOV_00225655 | Reexamination Control No. 90/019,034: Dec. 23, 2021 Decision on Request | |
| DTX-337 | KOV_00058054 | '276 IPR Materials, Amazon Web Services, Inc. v. Kove IO, Inc., Paper 23 | |
| DTX-338 | KOV_00222030 | Reexamination Control No. 90/019,034: Nov. 19, 2021 Request | |
| DTX-339 | AMZ_KOVE_000006576 | Amazon DynamoDB API Reference Manual | |
| DTX-340 | AMZ_KOVE_000226532 | Jarvik Overview - March 2011 | |
| DTX-341 | AWS_SRC_CODE_000000541 | S3 - ██████████████████████████████ | |
| DTX-342 | AMZ_KOVE_000400711 | S3 ████████████ Review | |
| DTX-343 | AWS_SRC_CODE_000001380 | source code | |
| DTX-344 | AWS_SRC_CODE_000001368 | source code | |
| DTX-345 | AMZ_KOVE_000012916 | S3-Jim-Sorenson.png | |
| DTX-346 | AWS_SRC_CODE_000001086 | source code | |
| DTX-347 | AMZ_KOVE_000065845 | ████████████████████████ | |
| DTX-348 | AMZ_KOVE_000498930 | ████████████████████████ | |
| DTX-349 | AMZ_KOVE_000065276 | ██████████ | |
| DTX-350 | AMZ_KOVE_000062766 | ██████████ | |
| DTX-351 | AMZ_KOVE_000086390 | | |
| DTX-352 | NA | Dewitt and Gray, Parallel Database Systems, The Future of High-Performance Database Systems, Communications of the ACM, Vol. 35, No. 6, pp. 90-91 (June 1992), found at https://people.eecs.berkeley.edu/~brewer/cs262/5-dewittgray92.pdf | |
| DTX-353 | AMZ_KOVE_000069619 | | |
| DTX-354 | AMZ_KOVE_000487443 | Video of J. McHugh presenting ████████████████ PowerPoint | |
| DTX-355 | NA | Amazon's Supplemental Response to Kove's Seventh Set of Interrogatories (Nos. 19-22) | 103 |
| DTX-356 | NA | D. Lenoski, et al., "The Stanford DASH Multiprocessor," IEEE Computer, pp. 63-79 (March 1992). | |
| DTX-357 | NA | Reexamination Control No. 90/019,036: 7/3/23 NFOA | |
| DTX-358 | NA | RFC 1945 | |
| DTX-359 | AMZ_KOVE_000439096 | Press release: Amazon S3 Introduces Server Side Encryption | |
| DTX-360 | AMZ_KOVE_000527781 | | |
| DTX-361 | AMZ_KOVE_000472964 | ██████████████████████ | |
| DTX-362 | AMZ_KOVE_000506367 | ██████████████████████ | |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-363 | AMZ_KOVE_000532840 | ███████████████████ | |
| DTX-364 | AMZ_KOVE_000532841 | ███████████████████ | |
| DTX-365 | AMZ_KOVE_000532855 | ████████ | |
| DTX-366 | AMZ_KOVE_000532795 | █████████████ | |
| DTX-367 | AMZ_KOVE_000483119 | ██████ | |
| DTX-368 | AMZ_KOVE_000483279 | ████ | |
| DTX-369 | AMZ_KOVE_000012871 | █████ | |
| DTX-370 | NA | Amazon's Third Supplemental Response to Kove's First Set of Interrogatories | 103 |
| DTX-371 | NA | Reexamination Control No. 90/019,034 Notice of Intent to Issue Reexamination Certificate | |
| DTX-372 | AMZ_KOVE_000010429 | AWS Database Blog - Resolve to follow Amazon DynamoDB best practices in 2019 | |
| DTX-373 | KOV_00057945 | '276 IPR Materials, Amazon Web Services, Inc. v. Kove IO, Inc., Paper 11 | |
| DTX-374 | NA | Reexamination Control No. 90/019,036: 7/3/23 Response to NFOA | |
| DTX-375 | KOV_00183389 | Amazon S3 Developer Guide API Version 2006-03-01 | |
| DTX-376 | KOV_00197981 | U.S. Patent No. 7,814,170 | |
| DTX-377 | NA | RFC 882 | |
| DTX-378 | NA | RFC 883 | |
| DTX-379 | KOV_00225703 | Reexamination Control No. 90/019,034: 06/28/2022 Office Action | |
| DTX-380 | NA | Reexamination Control No. 90/019,036: 08/04/2022 Patent Owner's Reply to Office Action | |
| DTX-381 | KOV_00237609 | Reexamination Control No. 90/019,109: 08/31/2022 Request | |
| DTX-382 | KOV_00238570 | Reexamination Control No. 90/019,109: 11/22/2022 Determination – Reexamination Ordered at 28-29 | |
| DTX-383 | KOV_00238617 | Reexamination Control No. 90/019,036: 4/3/23 NFOA | |
| DTX-384 | NA | Reexamination Control Number 90/019,162: Feb. 17, 2023 Request | |
| DTX-385 | KOV_00226389 | Reexamination Control No. 90/019,035: Nov. 19, 2021 Request | |
| DTX-386 | KOV_00233141 | Reexamination Control No. 90/019,035: Sept. 27, 2022 Notice of Intent to issue EPR Certicate | |
| DTX-387 | KOV_00263823 | Reexamination Control Number 90/019,165: Feb. 17, 2023 Request | |
| DTX-388 | NA | Reexamination Control No. 90/019,035: Aug. 11, 2022 Patent Owner's reply to Office Action | |
| DTX-389 | KOV_00226172 | Reexamination Control No. 90/019,034: '034 Interview Powerpoint | |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-390 | KOV_00223899 | Oracle - Investor Relations – FAQ, [(Ex. 22 to '034, '035, & '036 Reexamination Requests, Investor Relations – FAQ at 3)] | |
| DTX-391 | KOV_00222952 | Oracle v2 (See Ex. 12 to '034, '035, & '036 Reexamination Requests, Oracle v2 at 2) | |
| DTX-392 | KOV_00222954 | Oracle7 Server Concepts, Release 7.3 (Oracle Corp., Redwood City, CA), published 1996. (Ex. 13 to '034, '035, & '036 Reexamination Requests) | |
| DTX-393 | KOV_00223488 | Oracle DBA Handbook (Ex. 15 to '034, '035, & '036 Reexamination Requests) | |
| DTX-394 | KOV_00038863 | U.S. Patent No. 7,103,640 | |
| DTX-395 | NA | Kove's Sixth Amended Responses to Amazon's First Set of Interrogatories (Nos. 2,4,8,9) | |
| DTX-396 | KOV_00223479 | Oracle: The Complete Reference (Ex. 14 to '034, '035, & '036 Reexamination Requests)] | |
| DTX-397 | AMZ_KOVE_000530071 | "Locating Objects in Wide-Area Systems" by Maarten van Steen, Franz J. Hauck, Philip Homburg, and Andrew S. Tanenbaum, IEEE Communication Magazine, January 1998 ("Steen") | |
| DTX-398 | KOV_00254239 | "An Efficient Mobility Management Strategy for Personal Communication Systems," Yigd Bejerano and Israel Cidont, Department of Electrical Engineering, October 25, 1998 [(Ex. 33 to the '162, '165, & '166 Reexamination Request)] | |
| DTX-399 | KOV_00254247 | "Lightweight Crash Recovery in a Wide-area Location Service," Ballintijn, C.; van Steen, M.; Tanenbaum, A.S., (VU Technical Report; No. IR-451 (October)) [(Ex. 34 to the '162, '165, & '166 Reexamination Request)] | |
| DTX-400 | KOV_00254262 | "An Efficient Hierarchical Scheme for Locating Highly Mobile Users," Pitoura, Evaggelia and Fudos, Ioannis, Dept. of Computer Science, University of Ioannina, (1998) [(Ex. 35 to the '162, '165, & '166 Reexamination Request)] | |
| DTX-401 | KOV_00254270 | "Active Naming: Programmable Location and Transport of Wire-Area Resources," Vahdat, A., Anderson, T., and Dahlin, M. (1998) [(Ex. 36 to the '162, '165, & '166 Reexamination Request)] | |
| DTX-402 | AMZ_KOVE_000044829 | U.S. Patent No. 5,542,087 ("Neimat") | |
| DTX-403 | NA | A Brief History of Cloud Computing, IBM.com, Jan. 6, 2017, found at ibm.com/cloud/blog/cloud-computing-history | |
| DTX-404 | AMZ_KOVE_000062299 | U.S. Patent No. 6,212,521 ("Minami") | |
| DTX-405 | AMZ_KOVE_000081149 | "DNS and BIND" by Paul Albitz and Cricket Liu ("DNS and BIND") | |
| DTX-406 | AMZ_KOVE_000062528 | "RFC1034 Domain Names – Concepts and Facilities" ("RFC1034") | |
| DTX-407 | AMZ_KOVE_000062052 | "Distributed Web Caching System with Consistent Hashing" ("Sherman") | |
| DTX-408 | AMZ_KOVE_000070470 | "Web Caching with Consistent Hashing" ("Karger/Sherman") | |
| DTX-409 | NA | What is a Cloud Service Provider, CloudSecurityAlliance.com, Apr. 4, 2020, found at https://cloudsecurityalliance.org/blog/2020/04/30/what-is-a-cloud-service-provider/ | |
| DTX-410 | AMZ_KOVE_000081113 | U.S. Patent No. 6,430,618 ("Karger '618") | |
| DTX-411 | AMZ_KOVE_000062395 | U.S. Patent No. 6,553,420 ("Karger '420") | |
| DTX-412 | AMZ_KOVE_000070511 | "Load Management in Distributed Video Servers" ("Venkatasubramanian") | |
| DTX-413 | KOV_00059914 | U.S. Patent No. 7,233,978 | |
| DTX-414 | AMZ_KOVE_000062042 | "Consistent Hashing and Random Trees: Distributed Caching Protocols for Relieving Hot Spots on the World Wide Web" ("Karger '97") | |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-415 | KOV_00061409 | Abandoned child application of Asserted Patents | |
| DTX-416 | NA | An Analysis of Diffusive Load-Balancing by Subramanian, Raghu (Proceedings of the Sixth Annual ACM Symposium on Parallel Algorithms and Architectures, 1994) | |
| DTX-417 | NA | What is a Load Balancer?, found at https://www.f5.com/glossary/load-balancer#:~:text=A%20load%20balancer%20is%20a,users)%20and%20reliability%20of%20applications | |
| DTX-418 | NA | Latency, Load Balancing Glossary – Kemp, found at https://kemptechnologies.com/glossary/latency | |
| DTX-419 | NA | What is an Elastic Load Balancer (ELB), HG Insights, found at https://hginsights.com/glossary/elastic-load-balancer-elb#:~:text=An%20Elastic%20Load%20Balancer%20(ELB)%20is%20a%20virtual%20appliance%20that,makes%20it%20more%20fault%20tolerant | |
| DTX-420 | AMZ_KOVE_000070463 | "Location-Independent Naming for Virtual Distributed Software Repositories" ("Browne") | |
| DTX-421 | AMZ_KOVE_000070519 | "Locating Copies of Objects Using the Domain Name System" ("Kangasharju") | |
| DTX-422 | NA | Reexamination Control Number 90/019,162: May 16, 2023 Decision | |
| DTX-423 | NA | Kove's Seventh Amended Objections and Responses to Amazon's Interrogatories | |
| DTX-424 | NA | Reexamination Control Number 90/019,035: 8/4/22 Patent Owner's reply to Office Action | |
| DTX-425 | NA | Reexamination Control Number 90/019,165: 3/29/23 Grant | |
| DTX-426 | KOV_00279902 | Reexamination Control Number 90/019,166: 4/4/23 order | |
| DTX-427 | NA | Reexamination Control Number 90/019,162: 5/8/23 Grant | |
| DTX-428 | KOV_00002868 | Prosecution History of U.S. Patent No. 7,103,640 | |
| DTX-429 | KOV_00060091 | Reexamination Control Number 90/014,552 | |
| DTX-430 | KOV_00279597 | Reexamination Control Number 90/019,166: Feb. 17, 2023 Request | |
| DTX-431 | KOV_00003457 | Prosecution History of U.S. Patent No. 7,814,170 | |
| DTX-432 | KOV_00002445 | Prosecution History of U.S. Patent No. 7,233,978 | |
| DTX-433 | KOV_00226354 | Reexamination Control No. 90/019,034: 10/27/2022 Final Office Action | |
| DTX-434 | NA | Reexamination Control No. 90/019,036: 4/3/23 Order | |
| DTX-435 | AMZ_KOVE_000455047 | The Cost of a Cloud: Research Problems in Data Center Networks | |
| DTX-436 | AMZ_KOVE_000226323 | | |
| DTX-437 | NA | LinkedIn Profile: A. Henry | |
| DTX-438 | NA | Tweet by Alyssa Henry (A. Henry deposition Ex. 80) | |
| DTX-439 | AMZ_KOVE_000498019 | Linear Algebra Segment Assignment Part 1 | |
| DTX-440 | AMZ_KOVE_000062719 | | |
| DTX-441 | AMZ_KOVE_000009918 | "Create and Manage a Nonrelational Database" Learning Paths on AWS Module entitled "Inserting and retrieving data" | |
| DTX-442 | AMZ_KOVE_000009865 | AWS paper entitled "Best Practices for Migrating from RDBMS to Amazon DynamoDB" | |
| DTX-443 | KOV_00220187 | PDF of a webpage entitled "AWS Global Infrastructure" | |
| DTX-444 | AWS_SRC_CODE_000000158 | source code | |
| DTX-445 | AWS_SRC_CODE_000000798 | source code | |
| DTX-446 | AWS_SRC_CODE_000001058 | source code | |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-447 | AMZ_KOVE_000064878 | ███████████████████ | |
| DTX-448 | AMZ_KOVE_000074059 | ███████████████████████ | |
| DTX-449 | AMZ_KOVE_000075263 | ██████████████████████ | |
| DTX-450 | KOV_00174165 | "Products" webpage of Econnectix | |
| DTX-451 | KOV_00163061 | 8/16/2017 email from Nick Russo to John Overton, et al. SUBJECT: AWS databases | |
| DTX-452 | KOV_00061286 | Econnectix Corporation  Advisors Agreement, signed, undated | |
| DTX-453 | KOV_00217927 | Mutual Nondisclosure Agreement | |
| DTX-454 | KOV_00164175 | 9/1/17 email, plus attachment from John Overton to Keith Connolly | |
| DTX-455 | KOV_00163075 | 9/10/17 email, plus attachment from Dan Doyle to John Overton | |
| DTX-456 | KOV_00163139 | 9/12/17 email string from Dan Doyle to John Overton | |
| DTX-457 | KOV_00124987 | 9/10/18 email string from John Overton to Keith Connolly | |
| DTX-458 | KOV_00055714 | OverX Fourth-Month Plan dated 4-11-21 | |
| DTX-459 | KOV_00053962 | Schedule 1 | |
| DTX-460 | FOUNDERS_00000180 | Letter dated 8-15-01 to Shareholders from OverX | |
| DTX-461 | ROIZEN_000292 | Letter dated 5-6-22 from James M. Deny to John Overton | |
| DTX-462 | KOV_00063514 | Bid from John Overton and Michael Roizen | |
| DTX-463 | KOV_00063512 | Bid from John Overton and Michael Roizen | |
| DTX-464 | FOUNDERS_00000213 | Bid from John Overton dated 11-25-02 | |
| DTX-465 | KOV_00000002 | Transmittal Letter | |
| DTX-466 | KOV_00216746 | 7/1/03 email string from Stephen Kuhn to John Overton | 402, 403 |
| DTX-467 | KOV_00216743 | 7/2/03 email string from John Overton to Time Covington | 402, 403 |
| DTX-468 | KOV_00048305 | 3/5/03 email string from Stephen Kuhn to Richard Young re: term sheet cover sheet and Econnectix TCS Terms | 402, 403 |
| DTX-469 | KOV_00051721 | 2006 Federal Summary Depreciation Schedule | |
| DTX-470 | KOV_00051681 | Econnectix Corporation 2006 Balance Sheet Previous Year Comparison | |
| DTX-471 | KOV_00051925 | 2007 Federal Summary Depreciation Schedule | |
| DTX-472 | KOV_00051887 | Econnectix Corporation Balance Sheet Previous Year Comparison, 2007 | |
| DTX-473 | KOV_00052028 | 2008 Federal Worksheets | |
| DTX-474 | KOV_00051991 | Econnectix Corporation 2008 Balance Sheet | |
| DTX-475 | KOV_00003024 | Response to Notice to File Missing Parts of Nonprovisional Application Filing Date Granted | |
| DTX-476 | KOV_00263760 | John Overtonn and Michael Roizen patent application | |
| DTX-477 | KOV_00232297 | Ex. Parte Reexamination of '170 and '640 Patents | |
| DTX-478 | KOV_00232293 | Ex. Parte Reexamination Interview Summary, '170 Patent | |
| DTX-479 | KOV_00237229 | Ex. Parte Reexamination Interview Summary, '640 Patent | |
| DTX-480 | KOV_00226141 | Ex. Parte Reexamination of '978 Patent | |
| DTX-481 | KOV_00226314 | Ex. Parte Reexamination of '978 Patent | |
| DTX-482 | NA | Amazon Web Services Launches Amazon DynamoDB, A New NoSQL Database Service Designed for the Scale of the Internet, announcment, 1/18/12 | |
| DTX-483 | KOV_00060976 | Ownership Positions | |
| DTX-484 | KOV_00220395 | Journal Entries (prepared 02-15-2003, as of 12-31-2002 and 02-02-2003) | |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-485 | KOV_00220392 | Copy of Check December 26, 2002, $47,000.00 | |
| DTX-486 | KOV_00220400 | "How JKO acquired OverX assets" | |
| DTX-487 | KOV_00048328 | Econnectix/TCS Term Sheet | |
| DTX-488 | NA | United States Patent and Trademark Office, ex Parte Reexamination Commmunication Transmittal Form (J. Overton deposition Ex. 112) | |
| DTX-489 | NA | In the United States Patent and Trademark Office, In Re: ex Parte Reexaminations of U.S. Patent 7,233,978 (J. Overton deposition Ex. 114) | |
| DTX-490 | Intentionally Left Blank | | |
| DTX-491 | FOUNDERS_00000192 | Letter dated 9-21-01 to Shareholders | |
| DTX-492 | FOUNDERS_00000006 | Exhibit C | |
| DTX-493 | FOUNDERS_00000167 | Noteholder/Warrant Purchase Price | |
| DTX-494 | FOUNDERS_00000451 | Proposal | |
| DTX-495 | FOUNDERS_00000755 | Engagement Agreement | |
| DTX-496 | FOUNDERS_00000621 | Notice of Assignment for the Benefit of Creditors dated 10-23-02 | |
| DTX-497 | FOUNDERS_00000423 | Request for Proposal and Notice of Bidding Procedures for The Assignee Trust Assets dated 10-8-02 | |
| DTX-498 | FOUNDERS_00000453 | Letter dated 1-8-03 from Michael A. pechette to 53rd & Blackstone, LLC | |
| DTX-499 | FOUNDERS_00000455 | Letter dated 2-10-04 from Founders Capital Corporation 53rd & Blackstone, LLC | |
| DTX-500 | FOUNDERS_00000801 | Letter dated 2-12-04 from Michael A. Pechette to Maggie Kimbro | |
| DTX-501 | KOV_00056790 | Michael A. Pechette Curriculm Vitae | |
| DTX-502 | NA | LinkedIn Profile: Michael Pechette | |
| DTX-503 | KOV_00053756 | OverX, Inc. 1999 Stock Plan - Stock Option Agreement - Early Exercise | |
| DTX-504 | KOV_00050597 | Press Release dated 4-2-01 | |
| DTX-505 | Intentionally Left Blank | | |
| DTX-506 | KOV_00174170 | Application Domains webpage of Econnectix | |
| DTX-507 | KOV_00216914 | KOVE IO, Inc. Business Plan 2020-09-15 Prepared for Reuben Auspitz | subject to MIL |
| DTX-508 | NA | LinkedIn Profile: Andy Poling | |
| DTX-509 | AMZ_KOVE_000494957 | Email chain 3/24/2015 (re: ▮▮▮▮▮▮▮▮▮▮▮) | |
| DTX-510 | AMZ_KOVE_000465520 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| DTX-511 | AMZ_KOVE_000466209 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| DTX-512 | NA | LinkedIn Profile: Steven Schick | |
| DTX-513 | NA | Kove External Memory Brochure (S. Schick deposition Ex. 4) | |
| DTX-514 | KOV_00123527 | Kove External Memory Best Practices | |
| DTX-515 | AMZ_KOVE_000500539 | ▮▮▮▮▮▮▮▮▮▮▮▮ | |
| DTX-516 | NA | Patent Sheet - Full Managed and Continuously Trained Automatic Speech Recognition Service US10490183B2 | |
| DTX-517 | NA | Patent Sheet - Request Routing Using Network Computing Components US7925782B2 | |
| DTX-518 | NA | Patent Sheet - Network Distributed Tracking Wire Transfer Protocol US7814170B2 | |
| DTX-519 | AMZ_KOVE_000445727 | Amazon Database Services- Serving NoSQL Market FAQ | |
| DTX-520 | AMZ_KOVE_000498624 | SimpleDB Organizational Change | |
| DTX-521 | AMZ_KOVE_000487912 | ▮▮▮▮▮▮▮▮▮▮ | |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-522 | AMZ_KOVE_000488069 | | |
| DTX-523 | AMZ_KOVE_000487435 | | |
| DTX-524 | AMZ_KOVE_000464946 | Excel Spreadsheet, | |
| DTX-525 | AMZ_KOVE_000466195 | Excel Spreadsheet, | |
| DTX-526 | AMZ_KOVE_000226201 | August 7, 2010 - August 8, 2010 Email Chain RE: | |
| DTX-527 | AMZ_KOVE_000226201 | August 7, 2010 - August 8, 2010 Email Chain RE: | |
| DTX-528 | AMZ_KOVE_000225338 | February 28, 2007 - March 1, 2007 Email Chain RE: | |
| DTX-529 | AMZ_KOVE_000066208 | | |
| DTX-530 | AMZ_KOVE_000225190 | | |
| DTX-531 | AMZ_KOVE_000225292 | | |
| DTX-532 | AMZ_KOVE_000491423 | December 5, 2004 - December 6, 2004 Email Chain RE: | |
| DTX-533 | AMZ_KOVE_000489509 | December 6, 2004 - December 10, 2004 Email Chain | |
| DTX-534 | AMZ_KOVE_000467034 | A. Vermeulen Consulting Agreement | |
| DTX-535 | AMZ_KOVE_000491425 | December 1, 2004 - December 6, 2004 Email Chain | |
| DTX-536 | AMZ_KOVE_000491436 | December 2004, email chain, | |
| DTX-537 | AMZ_KOVE_000491442 | December 6-10, 2004, email chain, | |
| DTX-538 | AMZ_KOVE_000491418 | December 1-3, 2004, email chain | |
| DTX-539 | AMZ_KOVE_000226206 | Email chain | |
| DTX-540 | AMZ_KOVE_000226327 | Email chain | |
| DTX-541 | AMZ_KOVE_000521234 | Email chain | |
| DTX-542 | AMZ_KOVE_000523302 | | |
| DTX-543 | AMZ_KOVE_000525815 | | |
| DTX-544 | AMZ_KOVE_000530618 | | |
| DTX-545 | AMZ_KOVE_000530979 | Email chain | |
| DTX-546 | AMZ_KOVE_000531067 | Email chain | |
| DTX-547 | AMZ_KOVE_000531600 | Email chain | |
| DTX-548 | KOV_00179941 | Amazon Web Services_the secret to the online retailer's future success article | |
| DTX-549 | NA | 2021-06-01 AWS 6th Set of Interrogatories (Nos. 22-25).pdf | |
| DTX-550 | NA | 2023-06-09 Amazon Supplemental Response to 7th Set of Rogs Nos. 19-22 | 103 |
| DTX-551 | NA | 2021-07-02 AWS Supp. Response to Third Set of Interrogatories (No. 10) | 103 |
| DTX-552 | NA | 2020-01-22 AWS Responses to Kove Third Set of ROGs (Nos. 7-11) | 103 |
| DTX-553 | NA | Amazon's Second Supplemental Response and Objections to Kove's Interrogatory No. 4 | 103 |
| DTX-554 | NA | 2021-04-09 Kove Amended ROs to AWS 5th Rogs 20 | |
| DTX-555 | NA | 2021-02-12 Kove Amended Response to AWS ROGs (18) | |
| DTX-556 | NA | 2020-10-02 Kove Seventh Set of Interrogatories (Nos. 19-22) | |
| DTX-557 | NA | 2023-05-05 Kove's 7th Amended O&Rs to AWS ROGs [1, 2, 5, 6, 9] | |

| Exhibit Number | Bates Start | Document Description | Objections |
|---|---|---|---|
| DTX-558 | NA | 2023-05-05 Kove's 6th Amended O&Rs to AWS ROGs [10, 12] | |
| DTX-559 | NA | 2022-02-25 Kove's 6th Amended Response to AWS 1st ROGS (2, 4, 8, 9) | |
| DTX-560 | KOV_00280440 | Joint Amendment to Asset Purchase Agreement and Arctide, LLC Limited Liability Company Agreement | 403, 402 |
| DTX-561 | KOV_00280475 | 2023 Amendment to Limited Liabilty Company Agreement of Arctide, LLC | 402 |
| DTX-562 | KOV_00280478 | Arctide, LLC Limited Liability Company Agreement | subject to MIL |
| DTX-563 | NA | Interview summary in Reexamination 90/019,109 (Ex. 37 to 2023-09-11 Goodrich deposition) | |
| DTX-564 | NA | 04/03/2023 Non-Final Office Action in Reexamination Control No. 90/019,109 | |
| DTX-565 | AWS_SRC_CODE_000001424 | Native source code corresponding to the source code shown in the printed document | |
| DTX-566 | AWS_SRC_CODE_000001417 | Native source code corresponding to the source code shown in the printed document | |
| DTX-567 | AWS_SRC_CODE_000001405 | Native source code corresponding to the source code shown in the printed document | |
| DTX-568 | AWS_SRC_CODE_000001396 | Native source code corresponding to the source code shown in the printed document | |
| DTX-569 | AWS_SRC_CODE_000001380 | Native source code corresponding to the source code shown in the printed document | |
| DTX-570 | AWS_SRC_CODE_000001377 | Native source code corresponding to the source code shown in the printed document | |
| DTX-571 | AWS_SRC_CODE_000001368 | Native source code corresponding to the source code shown in the printed document | |
| DTX-572 | AWS_SRC_CODE_000001109 | Native source code corresponding to the source code shown in the printed document | |
| DTX-573 | AWS_SRC_CODE_000001086 | Native source code corresponding to the source code shown in the printed document | |
| DTX-574 | AWS_SRC_CODE_000001084 | Native source code corresponding to the source code shown in the printed document | |
| DTX-575 | AWS_SRC_CODE_000001059 | Native source code corresponding to the source code shown in the printed document | |
| DTX-576 | AWS_SRC_CODE_000000948 | Native source code corresponding to the source code shown in the printed document | |
| DTX-577 | AWS_SRC_CODE_000000803 | Native source code corresponding to the source code shown in the printed document | |
| DTX-578 | AWS_SRC_CODE_000000541 | Native source code corresponding to the source code shown in the printed document | |
| DTX-579 | AWS_SRC_CODE_000000535 | Native source code corresponding to the source code shown in the printed document | |
| DTX-580 | AWS_SRC_CODE_000000157 | Native source code corresponding to the source code shown in the printed document | |
| DTX-581 | AWS_SRC_CODE_000000101 | Native source code corresponding to the source code shown in the printed document | |
| DTX-582 | AWS_SRC_CODE_000001040 | Native source code corresponding to the source code shown in the printed document | |
| DTX-583 | AWS_SRC_CODE_000000158 | Native source code corresponding to the source code shown in the printed document | |
| DTX-584 | AWS_SRC_CODE_000000798 | Native source code corresponding to the source code shown in the printed document | |
| DTX-585 | AWS_SRC_CODE_000001058 | Native source code corresponding to the source code shown in the printed document | |
| DTX-586 | NA | 2022-08-31 Response to FOA in Reexamination Control No. 90/019,109 | |
| DTX-587 | NA | 2023-11-28 NOIRC in Reexamination Control No. 90/019,109 | |
| DTX-588 | AMZ_KOVE_000482864 | DynamoDB Metric | |
| DTX-589 | NA | 2023-08-18 A. Grama Expert Report with Appendices A-E and Exhibits 1-3 | |
| DTX-590 | NA | 2023-07-03 J. Greene Expert Invalidity Report with Appendices A-E | |
| DTX-591 | NA | 2023-08-10 J. Greene First Supplemental Expert Invalidity Report with Appendix A and Exhibits 1-2 | |
| DTX-592 | NA | 2023-08-25 J. Greene Second Supplemental Expert Invalidity Report with Appendix A and Exhibit 1 | |
| DTX-593 | NA | 2023-08-18 M. Bennis Rebuttal Expert Report with Appendices A-C and Exhibits 1-7 | |