# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
|---|---|
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

## FINAL PRETRIAL ORDER
## (ATTACHMENT 8)

**PROPOSED VOIR DIRE QUESTIONS.** *For a jury trial, proposed voir dire questions. Judge Kennelly uses a written questionnaire as the basis for voir dire, samples of which are posted on his web page. The parties should assume that the "general" questions typically used on these samples will be asked and should not duplicate them in the final pretrial order. Rather, the parties should focus their attention on areas of questioning that are specific to the case being tried. If any question proposed by an opposing party is objected to, the objection should be noted in the pretrial order.*

| # | Kove's Proposed Voir Dire Questions | AWS's Objections |
|---|---|---|
| 1 | Are you familiar with any of the following companies: Kove IO, Amazon Web Services, or Amazon? | None, agreed. |
| 2 | Do you have an opinion (whether favorable or unfavorable) of Kove IO, Amazon Web Services, or Amazon? | None, agreed. |
| 3 | Have you, or a close family member or friend, ever been employed by Kove IO, Amazon Web Services, or Amazon? | None, agreed. |
| 4 | Do you or anyone close to you have a financial interest in Kove IO, Amazon Web Services, or Amazon? | None, agreed. |

| # | | Kove's Objections |
|---|---|---|
| 5 | Have you or anyone you know ever applied for, or obtained, a patent, trademark, or copyright? | None, agreed. |
| 6 | Have you or any member of your immediate family ever been involved in a dispute about patent rights? | None, agreed. |
| 7 | Do you consider yourself to be an inventor, or have you ever invented anything? | None, agreed. |
| 8 | Do you have any education, training, or experience in the field of computers, information technology, IT support, virtual/cloud-based infrastructure or cloud management software, software development or programming, or engineering? | None, agreed. |
| 9 | Do you have any opinions (whether favorable or unfavorable) about patents, patent rights, or the United States Patent and Trademark Office? | None, agreed. |
| 10 | Are you, anyone in your immediate family, or anyone close to you, a lawyer, or have ever been employed by a law firm, in the court system, or otherwise in the legal field? | None, agreed. |

| # | AWS's Proposed Voir Dire Questions | Kove's Objections |
|---|---|---|
| 1 | Have you, or a close family member or friend, ever been employed by the United States Patent Office or any other government agency? | None, agreed. |
| 2 | Do you have an account with Amazon Web Services, Inc.? | None, agreed. |
| 3 | Have you, or a close family member or friend, ever owned a small business? | None, agreed. |
| 4 | Have you ever worked for a company that owned any patents? | None, agreed. |
| 5 | Have you had any significant negative life events in the past three years, such as death of a loved one, divorce, or job loss? | Kove objects to this question as inappropriate. |
| 6 | Do you have strong negative opinions about large corporations? | None, agreed. |