# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.
                              Plaintiff,

v.
                                                      Case No.: 1:18−cv−08175
                                                    Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, March 2, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant's motion to compel [782] is set for a hearing by video at the existing hearing date and time of 3/5/2024 at 9:15 AM. If plaintiff wishes to file a response to the motion, it must be filed by 12:00 PM Chicago time on 3/4/2024. No reply may be filed. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.