IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly<br><br>Jury Trial Demanded |

**AWS'S MOTION FOR LEAVE TO FILE ITS RESPONSE
TO KOVE'S MOTION TO BIFURCATE AWS'S INEQUITABLE CONDUCT
AND OTDP DEFENSES UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Defendant Amazon Web Services, Inc. ("AWS") respectfully requests that the Court grant its motion for leave to file portions of AWS's Response to Kove's Motion to Bifurcate AWS's Inequitable Conduct and OTDP Defenses (Dkt. 767) ("AWS's Response") and certain of the materials submitted in support, specifically, Exhibit 1,[1] under seal. AWS seeks leave to file AWS's Response and Exhibit 1 under seal due to the confidential nature of the information discussed therein, which includes AWS confidential information. In support of this Motion, AWS submits the attached Declaration of Jeffrey Saltman and states as follows:

---

[1] The remaining exhibits to AWS's Response and the Declaration of R. William Sigler in Support don't contain either AWS or Kove confidential information and have been filed publicly.

1.        On July 10, 2019, the Court entered the parties' agreed Protective Order. (Dkt. 55) Pursuant to the terms of the Protective Order, AWS has designated the content of the identification of the specific subcomponents of the S3 system, information explaining how the S3 system works and is designed, including source code and, and deposition testimony and confidential internal explanatory documentation relating to each of these categories as Highly Confidential.

2.        AWS has provided narrowly tailored redactions that specifically target information that is either designated as Highly Confidential pursuant to this Court's Protective Order or otherwise discusses or relates to information designated as Highly Confidential pursuant to this Court's Protective Order. AWS's limited redactions protect its confidential information while still providing the public with information relating to the proceeding. Public disclosure of the information within any of the categories listed above would cause AWS competitive harm.

For the foregoing reasons, AWS respectfully requests that the Court enter an order granting its motion for leave to file AWS's Response and Exhibit 1 to AWS's Response under seal.

Dated: March 4, 2024

Respectfully submitted,

/s/ Jeffrey M. Saltman
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW Suite 400
Washington, DC 20015
202.362.3500

Ken K. Fung (*pro hac vice*)
*ken.fung@fischllp.com*
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
650.362.8200

*Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, *via* the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

/s/ Jeffrey M. Saltman
Jeffrey M. Saltman