**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| KOVE IO, INC., | |
| *Plaintiff*, | Case No. 1:18-cv-8175 |
| | Judge Matthew F. Kennelly |
| v. | |
| AMAZON WEB SERVICES, INC., | |
| *Defendant*. | |

**DECLARATION OF JEFFREY SALTMAN IN SUPPORT OF ITS MOTION FOR
LEAVE TO FILE ITS RESPONSE TO KOVE'S MOTION TO BIFURCATE
AWS'S INEQUITABLE CONDUCT AND OTDP DEFENSES UNDER SEAL**

I, Jeffrey Saltman, declare as follows:

1.     I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's motion for leave to file its Response to Kove's Motion to Bifurcate AWS's Inequitable Conduct and OTDP Defenses (Dkt. 767, "AWS's Response") and supporting Exhibit 1 under seal.

2.     AWS's Response contains AWS confidential information. AWS has prepared a redacted version. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information identifies the specific subcomponents of the S3 system, and how this product works. AWS doesn't

publicly disclose this information, including specific information identifying how the products function or the subcomponents used in the S3 architecture. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

3.      R. William Sigler's Declaration ISO AWS's Response and Exhibits 2-3 don't contain AWS's confidential information.

4.      AWS has partially redacted Exhibit 1. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information explains how S3 works and is designed. AWS doesn't publicly disclose this information. This information could be used by competitors to learn about AWS's proprietary technology. Thus, its disclosure could cause AWS competitive harm.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 4, 2024.


                                                    /s/ Jeffrey M. Saltman
                                                    Jeffrey M. Saltman