# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>Amazon Web Services, Inc.,<br><br>        Defendant. | Civil Action No. 1-18-cv-08175<br><br>Hon. Matthew F. Kennelly<br><br>**JURY TRIAL DEMANDED** |

**REBUTTAL EXPERT REPORT OF MICHAEL GOODRICH**
**REGARDING VALIDITY OF U.S. PATENT NOS. 7,103,640; 7,233,978; AND 7,814,170**

Executed on this 18th day of August, 2023, at Irvine, California

*[signature]*

Dr. Michael Goodrich



FIG. 2

89. As shown in Fig. 2, a client generates a key value and a first memory address using the key value.[76] The client can generate the first memory address from the key using a hash function.[77] The client transmits the key value, including the first memory address to a first server.[78] The first server determines whether the first memory address is the correct memory location for the record.[79] If the first memory address is not the correct memory address for a record, the first server generates a second memory address using the key value and transmits the key value

---

[76] *Id*. at 8:48-9:52.
[77] *Id*.
[78] *Id*. at 9:52-55.
[79] *Id*. at 9:56-10:13.

36

including the second memory address to a second server.[80] The second server determines whether the second memory address is the correct memory location for the record.[81] If the third memory address is not the correct memory address for a record, the second server generates a third memory address using the key value and transmits the key value including the third memory address to a third server.[82] The servers do not know and cannot determine which server stores the location of the record.

90. As compared with the '170, '640, and '978 patents, Neimat does not teach or suggest location information of data separate from the data itself. Neimat also does not disclose data location information or location information (relationship between identifiers and locations or location servers), identifiers (not uniquely associated with entities), or location servers.

5. **Karger '618/'420**

91. Mr. Greene relies on two patents he refers to collectively as "Karger '618/'420." The '618 patent is U.S. Patent No. 6,430,618 to Karger et al., filed March 13, 1998, and issued on August 6, 2002. The '420 patent is U.S. Patent No. 6,553,420 to Karger et al., filed June 2, 1998, and issued on April 22, 2003. The '420 patent is a continuation in part of the '618 patent. I understand that the material included at column 18, line 9 through column 19, line 28 of the '420 patent is new matter not found in the '618 patent. However, Mr. Greene does not appear to rely on any of the new matter contained in the '420 patent and instead cites only to information common to both the '618 and '420 patents. While I do not understand Mr. Greene's purpose for referring to two different patents as though they were one, because he only relies on common citations, I will, for those limited citations, adopt his convention of referring to the '618 patent as "Karger

---

[80] *Id*. at 10:14-59.
[81] *Id*. at 10:60-11:28.
[82] *Id*. at 11:29-64.

'618/'420." I reserve the right to amend and/or supplement my opinions if Mr. Greene is permitted to rely on matter found only in the '420 patent.

92.  Karger '618/'420 describes allocating resources by distributing requests resources.[83] A flowchart of for allocating resources is illustrated in Karger '618 and '420's Fig. 4A (reproduced below).



Karger '618 and '420 Fig. 4A.  With respect to Fig. 4A, Karger '618 states, "In one aspect of the present invention a mathematical mapping space is chosen and a mapping is used to locate requests and resources in the mathematical space.  A specific mathematical relationship is also chosen to match a request with a resource in the mathematical space.  A request is assigned to the resource

---

[83] Karger '618 at Abstract; *see also* Karger '420 at abstract.

38

whose location in the mapping space has the specific mathematical relationship with the request's location in the mathematical mapping space. Referring to FIG. 4A, a request is mapped to at least one location in the mathematical mapping space (Step 492). Available resources are each mapped to at least one location in the mathematical mapping space (Step 494). These steps, step 492 and step 494, do not have to occur in the order shown, each can be accomplished independently from the other. In fact, in one embodiment, the resources are mapped once, and the mapping is stored for future use with each request. Having mapped the request and the resources to the mathematical mapping space, the request is allocated to a resource based on a mathematical relationship between the request and the resource in the mathematical mapping space (Step 496)."[84] The requests may be mapped using a hash function.[85]

93. Mr. Greene primarily relies on Karger '618/'420's disclosures of a hash function to satisfy the limitations related to the hash function in claim 1 of the '170 patent, claim 24 of the '640 patent, and claim 6 of the '978 patent. However, Karger '618/'420 does not teach or suggest separating location of data from the data itself. Furthermore, Karger '618/'420 does not describe data location information or location information (relationship between identifiers and locations or location servers), identifiers (not uniquely associated with entities), or location servers, and therefore does not teach or suggest using a hash function to organize locations across location servers and using the same hash function to determine the location server storing the sought-after location.

### 6. Venkatasubramanian

94. Venkatasubramanian is a paper authored by Venkatasubramanian et al., titled "Load Management in Distributed Video Servers," and dated May 1997. Other than noting that it

---

[84] Karger '618 at 9:18-38; *see also* Karger '420 at 9:27-47.
[85] Karger '618 at 10:13-19; *see also* Karger '420 at 10:22-26.

is self-dated May 1997, Mr. Greene provides no evidence or analysis that Venkatasubramanian is a printed publication that was published and indexed in a way that POSITA could find it by performing a search for its subject matter as of the priority date of the Patents-in-Suit.[86] The paper describes load management in video servers.[87] Venkatasubramanian describes storing video content in servers to be accessed by subscribers.[88] Venkatasubramanian allows for replicating video objects to allow for additional subscribers to access the video content.[89] The video object can also be de-replicated when additional storage is needed.[90] The video objects can be allocated to various servers for load management issues.[91]

95. Mr. Greene appears to rely on Venkatasubramanian to allegedly teach the limitations of claim 24 of the '978 patent.

96. As compared with the '978 patent, Venkatasubramanian does not teach or suggest separating location of data from the data itself. Furthermore, Venkatasubramanian does not describe data location information or location information (relationship between identifiers and locations or location servers), identifiers (not uniquely associated with entities), or location servers, and therefore does not teach or suggest determining whether a location server has reached a predetermined performance limit.

### 7. OracleNamesAdminGuide (ONAG)

97. OracleNamesAdminGuide is a manual that provides information about Oracle Names products.[92] Oracle Names involves making network address and database link information

---

[86] Greene at ¶ 226.
[87] Venkatasubramanian at 1.
[88] *Id*.
[89] *Id* at 1-2.
[90] *Id*.
[91] *Id* at 3.
[92] ONAG at 5.

alternate path) for the location information from another location server (e.g., Skagerwall's S28 checking other servers) known to contain the desired location information."[832] However, a POSITA would not have been motivated or found it obvious to modify or combine Skagerwall and/or Wolff to teach or suggest resolving a location request in two or fewer requests.

717. Skagerwall does not contemplate resolving a location request in two or fewer requests.[833] Skagerwall's location-request process involves searching primary directory server and the other (e.g., child directory servers).[834] Wolff is completely silent about resolving location requests. As such, any rationale to modify Skagerwall and/or Wolff to resolve location requests in two or fewer iterations is based on impermissible hindsight.

718. Furthermore, a POSITA would not have a reasonable expectation of attempting to modify Skagerwall and/or Wolff to resolve location requests in two or fewer iterations. As indicated above, Skagerwall does not teach or suggest resolving a location request in two or fewer iterations. Wolff does not teach or suggest servers configured to resolving location request. Therefore, attempting to combine or modify Skagerwall and/or Wolff to resolving location requests in two or fewer iterations would require extensive reengineering of Skagerwall and/or Wolff. For example, a POSITA would have to configure Skagerwall's entire location-request lookup process. Additionally or alternatively, a POSITA would have to configure Wolff's architecture to allow it to resolve location requests. In this regard, attempting modify and/or combine Skagerwall and/or Wolff in this way would require changing the basic underpinning of Skagerwall and/or Wolff.

          **x.**    **Skagerwall alone or in combination with Wolff does not render claims 1, 2, 6, 8, 12, and 15 obvious**

---

[832] Greene Invalidity Report, Appendix D-1B at 18 (citations omitted).
[833] Section VIII.B.1.b.viii.(2).
[834] *See Id.*

719. For the reasons above, Skagerwall alone or in combination with Wolff does not render claims 1, 6, and 15 obvious based on the Court ordered constructions and/or AWS's alternative constructions. Claim 2 is not rendered obvious based on Skagerwall alone or in combination with Wolff by virtue of its dependency to claim 1 and its own respective features. Claims 8 and 12 are not rendered obvious based on Skagerwall alone or in combination with Wolff by virtue of its dependency to claim 6 and their own respective features.

    c.  **Claims 1, 2, 6, 8, 12, and 15 are not obvious in view of Neimat and RFC1034 and/or BIND and Karger '618/'420**

720. I understand that AWS and Mr. Greene allege that claims 1, 2, 6, 8, 12, and 15 are invalid as being obvious in view of Neimat, DNS, Karger '618/'420 based on AWS's alternative constructions.[835] For "DNS," he relies on citations to RFC1034 and, for certain elements, BIND.[836] I disagree for the reasons below.

    i.  **Claims 1, 2, 6, 8, 12, and 15 are not obvious in view of Neimat and RFC1034 and/or BIND and Karger '618/'420 based on the Court ordered constructions and AWS's alternative constructions**

721. Claims 1, 2, 6, 8, 12, and 15 are not obvious in view of Neimat and RFC1034 and/or BIND and Karger '618/'420 based on the Court ordered Constructions and AWS's alternative constructions for at least the same reasons as stated above with respect to Appendix C-1C.[837]

    ii.  **Claims 1, 2, 6, 8, 12, and 15 are not obvious in view of Neimat and RFC1034 and/or BIND and Karger '618/'420 based on AWS's alternative constructions**

---

[835] Greene Invalidity Report at ¶¶ 442-451, Appendix D-1C.
[836] Greene Invalidity Report at Appendix D-1C.
[837] Sections VIII.A.1.e-g; Mr. Greene does not rely on Karger '618/'420 for claims 6 and 15. Therefore, claims 6 and 15 are not obvious in view of Neimat and RFC1034 and/or BIND based on the reasons stated above with respect to claims 6 and 15 in SectionVIII.A.1.f.

296

722. Mr. Greene alleges "Niemat alone or in combination with DNS and/or Karger '618/420 discloses or renders obvious the additional limitations proposed by Amazon. First, while many Domain Name systems are hierarchical, there is no requirement for the system to be hierarchical. And as explained by the inventors, the location server network using the NDTP can be used with otherwise hierarchical system. Additionally, because each file server can determine the location of location information on the network (i.e., "knows" where to find any requested location data), Niemat alone or in combination with DNS and/or Karger '618/420 renders obvious that each location server can resolve a data location request in two or fewer traversals, consistent with Amazon's proposed constructions and Kove's statements during reexamination. In the first traversal (i.e., first step), the client requests its desired location information from any name server, which responds with either the location information of the data or the location information for a location server known to contain the requested location information. In the second traversal (i.e., second step), if necessary, the client uses the redirect message to make an alternate request for the information from another file server known to contain the desired location information. Thus, Niemat alone or in combination with DNS and/or Karger '618/420 renders obvious resolving any client's data location request in two or fewer traversals."[838]

723. As an initial matter, Neimat, RFC1034 and/or BIND, and/or Karger '618 do not teach or suggest location server, as proposed to be construed based on AWS's alternative constructions for the same reasons they do not teach or suggest location server based on the Court ordered constructions.[839]

       **(1)  Neimat does not teach or suggest a network or a system that is non-hierarchical cluster**

---

[838] Greene Invalidity Report, Appendix D-1C at 21.
[839] Sections VIII.A.1.e-g.

297

           **configuration as required by claims 1, 2, 6, 8, 12, and 15 based on AWS's alternative constructions**

724. Mr. Greene does not point to any support to show that Neimat describes a network or system that is non-hierarchical.[840] Therefore, Neimat is not relied upon for and does not teach or suggest a network or a system that is non-hierarchical cluster configuration, as required by AWS's alternative constructions.

     **(2)** **Neimat does not teach or suggest "providing, without performing any request iterations,… location information / determin[e/ing], without performing any request iterations, … location servers / retrieving in two or fewer request iterations location information," as required by claims 1, 2, 6, 8, 12, and 15 based on AWS's alternative constructions**

725. Neimat's look-up process may take three or more iterations. In Neimat's look-up process, a client generates a key value and a first memory address using the key value.[841] The client can generate the first memory address from the key using a hash function.[842] The client transmits the key value, including the first memory address to a first server.[843] The first server determines whether the first memory address is the correct memory location for the record.[844] If the first memory address is not the correct memory address for a record, the first server generates a second memory address using the key value and transmits the key value including the second memory address to a second server.[845] The second server determines whether the second memory address is the correct memory location for the record.[846] If the third memory address is not the correct

---

[840] *See e.g.,* Greene Invalidity Report at ¶¶ 442-451, Appendix D-1D.
[841] Neimat at 8:48-9:52.
[842] *Id*.
[843] *Id*. at 9:52-55.
[844] *Id*. at 9:56-10:13.
[845] *Id*. at 10:14-59.
[846] *Id*. at 10:60-11:28.

298

memory address for a record, the second server generates a third memory address using the key value and transmits the key value including the third memory address to a third server.[847] Based on this, Neimat's servers cannot process a look-up request in two or fewer iterations each time. Therefore, Neimat does not teach or suggest "providing, without performing any request iterations,… location information / determin[e/ing], without performing any request iterations, … location servers / retrieving in two or fewer request iterations location information," as required by claims 1, 2, 6, 8, 12, and 15 based on AWS's alternative constructions.

**(3) Neimat does not teach or suggest "return / sending / transmit[s/ting] a redirect message without performing any request iterations," as required by claims 6 and 15 based on AWS's alternative constructions**

726. As an initial matter, for the reasons indicated above, Neimat does not teach or suggest transmitting a redirect message to a client.[848]

727. Furthermore, for the reasons indicated above, Neimat's servers cannot process a look-up request in two or fewer iterations each time. As such, Neimat cannot "return / sending / transmit[s/ting] a redirect message without performing any request iterations"[849]

**(4) RFC1034 and/or BIND, teach or suggest a network or a system that is non-hierarchical cluster configuration as required by claims 1, 2, 6, 8, 12, and 15 based on AWS's alternative constructions**

728. As indicated by Mr. Greene himself "while many Domain Name systems are hierarchical, there is no requirement for the system to be hierarchical." DNS, as described in RFC1034 and/or BIND, is in fact hierarchical.

---

[847] *Id*. at 11:29-64.
[848] Section VIII.A.1.f.
[849] Section VIII.B.c.ii.(2).

729. For example, in RFC1034, the domain name data is stored in a hierarchical tree structure[850], an example of which is shown in the figure below:[851]



730. Each node on the tree corresponds to a domain.[852] Name servers store domain name data — called "resource records" — for one or more domains.[853] For redundancy purposes, there are always at least two name servers storing the same resource records.[854] This is a hierarchical configuration.

---

[850] RFC1034 at 10.
[851] *Id*.
[852] *Id*. at 7, 11-12; *see also* BIND at 13, 15-16.
[853] RFC1034 at 7, 11-12.
[854] *Id*. at 19.

731. Therefore, RFC1034 and/or BIND do not teach or suggest a network or a system that is non-hierarchical cluster configuration as required by claims 1, 2, 6, 8, 12, and 15 based on AWS's alternative constructions.

> **(5) RFC1034 and/or BIND do not teach or suggest "providing, without performing any request iterations,… location information / determin[e/ing], without performing any request iterations, … location servers / retrieving in two or fewer request iterations location information," as required by claims 1, 2, 6, 8, 12, and 15 based on AWS's alternative constructions**

732. RFC1034 provides two general approaches for performing a look-up, "iterative" and "recursive."[855] In DNS, as described in RFC1034 or BIND, the "recursive approach" "a server pursues the query for the client at another server."[856] The "recursive approach" may take more than two iterations as the server may continue to pursue the query until it retrieves the sought-after data.[857]

733. In the "iterative approach," if a names server does not contain the sought-after location, the names server asks the client to query the next names server without knowledge of whether the next names server stores the sought-after location. For example, RFC1034 states "The simplest mode for the server is non-recursive, since it can answer queries using only local information: the response contains an error, the answer, or a referral to some other server "closer" to the answer."[858] There is no limit how many times the client may be referred to a different server. Therefore, the "iterative approach" also may take more than two iterations or traversals to resolve a look-up request.

---

[855] *Id*. at 22-23.
[856] *Id*. at 4.
[857] *Id*. at 4, 22-23.
[858] *Id*. at 22.

734. For the reasons above, DNS, as described in RFC1034 and/or BIND, does not teach or suggest "providing, without performing any request iterations,… location information / determin[e/ing], without performing any request iterations, … location servers / retrieving in two or fewer request iterations location information," as required by claims 1, 2, 6, 8, 12, and 15 based on AWS's alternative constructions.

    **(6) Karger '618/'420 does not cure the deficiencies of Neimat and/or RFC1034 or BIND to satisfy the claim requirements based on AWS's alternative constructions**

735. Karger '618/'420 is not relied upon for and does not teach or suggest:

- a network or a system that is non-hierarchical cluster configuration as required by claims 1, 2, 6, 8, 12, and 15 based on AWS's alternative constructions

- "providing, without performing any request iterations,… location information / determin[e/ing], without performing any request iterations, … location servers / retrieving in two or fewer request iterations location information," as required by claims 1, 2, 6, 8, 12, and 15 based on AWS's alternative constructions

- "return / sending / transmit[s/ting] a redirect message without performing any request iterations," as required by claims 6 and 15 based on AWS's alternative constructions

736. Therefore, Karger '618/'420 does not cure the deficiencies of Neimat and/or RFC1034 or BIND to satisfy the claim requirements based on AWS's alternative constructions.

    iii. **Motivation to Combine**

737. A POSITA would not be motivated or find it obvious to combine and/or modify Neimat, RFC1034 or BIND, and/or Karger '618/'420 to satisfy the claim requirements based on the Court ordered constructions and/or AWS's alternative constructions, for at least the reasons

stated above.[859] Furthermore, A POSITA would not be motivated or find it obvious to combine and/or modify Neimat, RFC1034 or BIND, and/or Karger '618/'420 to satisfy the claim requirements based on the AWS's alternative constructions.

> **(1) A POSITA would not find it obvious or be motivated to combine or modify Neimat, RFC1034 or BIND, and Karger '618/420 to teach a network or a system that is non-hierarchical cluster topology as required by claims 1, 2, 6, 8, 12, and 15 based on AWS's alternative constructions**

738. A POSITA would not find it obvious or be motivated to combine or modify Neimat, RFC1034 or BIND, and Karger '618/420 to teach a network or a system that is non-hierarchical cluster topology as required by claims 1, 2, 6, 8, 12, and 15 based on AWS's alternative constructions because Neimat, RFC1034 or BIND, and Karger '618/420 do not contemplate implementing a non-hierarchical cluster topology. As such, any rationale to combine or modify Neimat, RFC1034 or BIND, and Karger '618/420 to teach a network or a system that is non-hierarchical cluster topology is based on impermissible hindsight. Furthermore, a POSITA would not have a reasonable expectation of success of modifying or combining Neimat, RFC1034 or BIND, and Karger '618/420 to teach a network or a system that is non-hierarchical cluster topology because it would require extensive reengineering of Neimat, RFC1034 or BIND, and Karger '618/420. For example, a POSITA would have to collapse DNS, as described in RFC1034 and BIND, into a non-hierarchical cluster topology. Such teachings are not present in Neimat, RFC1034 or BIND, and Karger '618/420. This regard, attempting to modify or combine Neimat, RFC1034 or BIND, and Karger '618/420 to teach a network or a system that is non-hierarchical

---

[859] Sections VIII.A.1.e-g

cluster topology would change the basic underpinning of Neimat, RFC1034 or BIND, and Karger '618/420.

> **(2)** **A POSITA would not find it obvious or be motivated to combine or modify Neimat, RFC1034 or BIND, and Karger '618/420 to teach "providing, without performing any request iterations,… location information / determin[e/ing], without performing any request iterations, … location servers / retrieving in two or fewer request iterations location information," as required by claims 1, 2, 6, 8, 12, and 15 based on AWS's alternative constructions**

739. A POSITA would not find it obvious or be motivated to combine or modify Neimat, RFC1034 or BIND, and Karger '618/420 to teach "providing, without performing any request iterations,… location information / determin[e/ing], without performing any request iterations, … location servers / retrieving in two or fewer request iterations location information," as required by claims 1, 2, 6, 8, 12, and 15 based on AWS's alternative constructions because Neimat, RFC1034 or BIND, and Karger '618/420 resolving a location request in two or fewer traversals or iterations. As such, any rationale to combine or modify Neimat, RFC1034 or BIND, and Karger '618/420 to teach a "providing, without performing any request iterations,… location information / determin[e/ing], without performing any request iterations, … location servers / retrieving in two or fewer request iterations location information," is based on impermissible hindsight. Furthermore, a POSITA would not have a reasonable expectation of success of modifying or combining Neimat, RFC1034 or BIND, and Karger '618/420 to teach "providing, without performing any request iterations,… location information / determin[e/ing], without performing any request iterations, … location servers / retrieving in two or fewer request iterations location information," because it would require extensive reengineering of Neimat, RFC1034 or BIND, and/or Karger '618/420. For example, a POSITA would have to upend the entire look-up process

described in Neimat, RFC1034, and BIND. This regard, attempting to modify or combine Neimat, RFC1034 or BIND, and Karger '618/420 to teach "providing, without performing any request iterations,… location information / determin[e/ing], without performing any request iterations, … location servers / retrieving in two or fewer request iterations location information," would change the basic underpinning of Neimat, RFC1034 or BIND, and Karger '618/420.

      **iv. Neimat in view of RFC1034 and/or BIND, and Karger '618/420 does not render claims 1, 2, 6, 8, 12, and 15 obvious**

740. For the reasons above, Neimat in view of RFC1034 and/or BIND, and Karger '618/420 does not render claims 1, 6, and 15 obvious based on the Court ordered constructions and/or AWS's alternative constructions. Claim 2 is not rendered obvious based on Neimat in view of RFC1034 and/or BIND, and Karger '618/420 by virtue of its dependency to claim 1 and its own respective features. Claims 8 and 12 are not rendered obvious based on Neimat in view of RFC1034 and/or BIND, and Karger '618/420 by virtue of its dependency to claim 6 and their own respective features.

    **d. Claims 1, 2, 6, 8, 12, and 15 are not obvious in view of Minami and RFC1034 and/or BIND and Karger '618/'420**

741. I understand that AWS and Mr. Greene allege that claims 1, 2, 6, 8, 12, and 15 are invalid as being obvious in view of Minami, DNS, Karger '618/'420 based on AWS's alternative constructions.[860] For "DNS," he relies on citations to RFC1034 and, for certain elements, BIND.[861] I disagree for the reasons below.

      **i. Claims 1, 2, 6, 8, 12, and 15 are not obvious in view of Minami and RFC1034 and/or BIND and Karger '618/'420 based on the Court ordered constructions and AWS's alternative constructions**

---

[860] Greene Invalidity Report at ¶¶ 452-464, Appendix D-1D.
[861] Greene Invalidity Report, Appendix D-1D.

305

742. Claims 1, 2, 6, 8, 12, and 15 are not obvious in view of Minami and RFC1034 and/or BIND and Karger '618/'420 based on the Court ordered constructions and AWS's alternative constructions for at least the same reasons as stated above with respect to Appendix C-1D.[862]

> ii. Claims 1, 2, 6, 8, 12, and 15 are not obvious in view of Minami and RFC1034 and/or BIND and Karger '618/'420 based on AWS's alternative constructions

743. Mr. Greene alleges "Minami alone or in combination with DNS and/or Karger '618/420 discloses or renders obvious the additional limitations proposed by Amazon. First, while many Domain Name systems are hierarchical, there is no requirement for the system to be hierarchical. And as explained by the inventors, the location server network using the NDTP can be used with otherwise hierarchical system. Additionally, because each file server can determine the location of location information on the network (i.e., "knows" where to find any requested location data), Minami alone or in combination with DNS and/or Karger '618/420 renders obvious that each location server can resolve a data location request in two or fewer traversals, consistent with Amazon's proposed constructions and Kove's statements during reexamination. In the first traversal (i.e., first step), the client requests its desired location information from any name server, which responds with either the location information of the data or the location information for a location server known to contain the requested location information. In the second traversal (i.e., second step), if necessary, the client uses the redirect message to make an alternate request for the information from another file server known to contain the desired location information. Thus,

---

[862] Sections VIII.A.1.h-j; Mr. Greene does not rely on Karger '618/'420 for claims 6 and 15. Therefore, claims 6 and 15 are not obvious in view of Neimat and RFC1034 and/or BIND based on the reasons stated above with respect to claims 6 and 15 in VIII.A.1.h.