**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

───────────────────────────────────────────────

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF
AWS'S RESPONSE TO KOVE'S MOTION TO BIFURCATE**

───────────────────────────────────────────────

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and the District of Columbia and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's Response to Kove's Motion to Bifurcate, filed February 27, 2024.

2. Attached as Exhibit 1 is a true and correct excerpted copy of the transcript from the deposition of John Overton, taken on May 17, 2020.

3. Attached as Exhibit 2 is a true and correct excerpted copy of the Expert Report of Joseph B. Greene Regarding Invalidity of U.S. Patent Nos. 7,103,640, 7,233,978, and 7,814,170, dated July 3, 2023.

4. Attached as Exhibit 3 is a true and correct excerpted copy of the Rebuttal Expert Report of Michael Goodrich Regarding Validity of U.S. Patent Nos. 7,103,640; 7,233,978; and 7,814,170, dated August 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2024.

/s/ R. William Sigler
R. William Sigler