# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.

                Plaintiff,

v.                                            Case No.: 1:18−cv−08175

                                                     Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 5, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 3/5/2024. Plaintiff's motion to bifurcate [750] is granted for the reasons stated on the record. The defenses of inequitable conduct and obviousness−type double patenting are bifurcated given both sides' agreement that these are issues for the Court. The evidence relating to these defenses will be elicited after the jury has been excused on the date(s) that the witnesses bearing on these defenses are testifying before the jury. The Court may make a modest modification to the parties' jury trial time allocations based on the removal of these issues from the jury's consideration. Defendant's motion to compel [782] is denied for the reasons stated on the record. Case remains set for an in−person pretrial conference on 3/21/2024 at 1:30 p.m. [663]. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.