**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kove IO, Inc.

                                    Plaintiff,

v.                                                          Case No.: 1:18−cv−08175
                                                            Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 6, 2024:

        MINUTE entry before the Honorable Matthew F. Kennelly: The Court directed the
parties to deliver to chambers (Room 2188) a single USB drive that included "all of both
sides' complete, under−seal versions of motion in limine/Daubert/spoliation/other pending
motions, responses, and replies, as well as the final pretrial order." The Court has
examined the USB drive that was delivered on 3/5/2024. It appears to include the entirety
of the final pretrial order and the briefing on Daubert motions, the motion to bifurcate, and
the motion to compel, but it <u>does not</u> include the motions in limine or the spoliation
motion and related briefing. In addition, the materials that were delivered have each
attachment as a separate PDF file, which is now how the materials were filed with the
Clerk, and which makes downloading cumbersome. Counsel are directed to deliver to
chambers (Room 2188) by 9:00 tomorrow (3/7/2024) a single USB drive that actually
includes everything the Court's order directed. In addition, each filing should be on the
USB drive the way it was actually filed with the Clerk, in other words each docket entry
should be its own single PDF file that includes all exhibits/attachments, with each
exhibit/attachment bookmarked within the single PDF file. Also, at this point there is no
need to include the motion to bifurcate or the motion to compel, as the Court has already
ruled on those motions. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.