IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175 <br> Judge Matthew F. Kennelly <br> Jury Trial Demanded |

**AWS'S MOTION FOR LEAVE TO FILE ITS REPLY
IN SUPPORT OF ITS MOTION TO EXCLUDE THE OPINIONS
OF DR. GOODRICH AND MR. BERGMAN UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Defendant Amazon Web Services, Inc. ("AWS") respectfully requests that the Court grant its motion for leave to file portions of AWS's Reply in Support of Its Motion to Exclude Opinions of Dr. Goodrich and Mr. Bergman (Dkt. 780) ("AWS's Reply")[1] under seal. AWS seeks leave to file AWS's Reply under seal due to the confidential nature of the information discussed therein, which includes AWS confidential information. In support of this Motion, AWS submits the attached Declaration of Jeffrey Saltman and states as follows:

1.      On July 10, 2019, the Court entered the parties' agreed Protective Order. (Dkt. 55) Pursuant to the terms of the Protective Order, AWS has designated the content of AWS financial

---

[1] The exhibits to AWS's Reply and the Declaration of R. William Sigler in Support don't contain either AWS or Kove confidential information and have been filed publicly.

information, information regarding AWS's confidential agreements with third parties, identification of the specific subcomponents of the S3 and DynamoDB systems, and information explaining how the S3 and DynamoDB systems work and are designed as Highly Confidential.

2. AWS has provided narrowly tailored redactions that specifically target information that is either designated as Highly Confidential pursuant to this Court's Protective Order or otherwise discusses or relates to information designated as Highly Confidential pursuant to this Court's Protective Order. AWS's limited redactions protect its confidential information while still providing the public with information relating to the proceeding. Public disclosure of the information within any of the categories listed above would cause AWS competitive harm.

For the foregoing reasons, AWS respectfully requests that the Court enter an order granting its motion for leave to file AWS's Reply under seal.

Dated: March 7, 2024

Respectfully submitted,

/s/ Jeffrey M. Saltman
Alan M. Fisch
alan.fisch@fischllp.com
R. William Sigler
bill.sigler@fischllp.com
Jeffrey M. Saltman (*pro hac vice*)
jeffrey.saltman@fischllp.com
Lisa Phillips (*pro hac vice*)
lisa.phillips@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Avenue NW Suite 400
Washington, DC 20015
202.362.3500

Ken K. Fung (*pro hac vice*)
ken.fung@fischllp.com
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
650.362.8200

*Attorneys for Amazon Web Services, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, *via* the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

                                                      */s/ Jeffrey M. Saltman*
                                                      Jeffrey M. Saltman