**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

_____

**DECLARATION OF JEFFREY M. SALTMAN IN SUPPORT OF AWS'S MOTION TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE OPINIONS OF DR. GOODRICH AND MR. BERGMAN UNDER SEAL**
_____

I, Jeffrey M. Saltman, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's motion for leave to file its Reply in Support of Its Motion to Exclude Opinions of Dr. Goodrich and Mr. Bergman (Dkt. 780, "AWS's Reply") under seal.

2. AWS's Reply contains AWS confidential information. AWS has prepared a redacted version. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information identifies AWS financial information, as well as specific subcomponents of the S3 and DynamoDB

systems and information explaining how these products work. AWS doesn't publicly disclose this information, including specific information identifying how the products function or the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

3. R. William Sigler's Declaration ISO AWS's Reply and Exhibit 13 don't contain AWS's confidential information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 7, 2024.

/s/ *Jeffrey M. Saltman*
Jeffrey M. Saltman