IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

_____

**DECLARATION OF R. WILLIAM SIGLER**
_____

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and the District of Columbia and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's Reply in Support of its Motion to Exclude Opinions of Dr. Goodrich and Mr. Bergman.

2. Attached as Exhibit 13 is a true and correct copy of a Notice of Intent to Issue *Ex Parte* Reexamination Certificate in Application (Reexamination) No. 90/019,109 ('978 patent), dated November 28, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 1, 2024.

*/s/ R. William Sigler*
R. William Sigler