IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

**DECLARATION OF JEFFREY M. SALTMAN IN SUPPORT OF AWS'S REDACTIONS TO KOVE'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE AND MOTION TO EXCLUDE**

I, Jeffrey M. Saltman, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of the redactions of AWS's confidential information in Kove's Reply in Support of Its Motion for Sanctions for Spoliation of Evidence and Motion to Exclude (Dkt. 786, "Kove's Reply") and associated exhibits.

2. Kove's Reply contains AWS confidential information. AWS has prepared a redacted version. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information includes identification of specific subcomponents of the S3 and DynamoDB systems, information

explaining how these products work, AWS financial information, information regarding AWS's confidential agreements with third parties, Amazon's investment and acquisition policies, and AWS witness testimony and confidential internal explanatory documentation relating to each of these categories. AWS doesn't publicly disclose this information, including specific information identifying how the products function or the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

3. S. Carnes Declaration ISO the Reply as well as Exhibit LLLL don't contain AWS's confidential information. To the extent that they contain Kove confidential information, Kove will prepare public versions of these documents. AWS agrees they can be filed on the public docket.

4. AWS has either partially or entirely redacted the remaining exhibits. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information generally includes: the identification of the specific subcomponents of the S3 and DynamoDB systems, information explaining how the S3 and DynamoDB systems work and are designed, including source code, details regarding AWS's confidential agreements with third parties, Amazon's investment and acquisition practices, and AWS witness testimony and confidential internal explanatory documentation relating to each of these categories. Public disclosure of the information within any of the categories listed above would cause AWS competitive harm. I explain the confidential nature of each of these categories of information below.

5. Exhibit NNNN should be sealed in its entirety. This exhibit contains detailed information regarding the content of source code relating to AWS's S3 product, as well as detailed

information relating to the specific subcomponents of the S3 and DynamoDB systems along with how they are arranged and their functions. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

6. Exhibits KKKK and MMMM contain information regarding AWS's confidential licensing agreements, and information relating to Amazon's investment and acquisition practices. This information could be used by competitors and investors to gain competitive advantage and undue insight into AWS's internal business practices. Further, the agreements are subject to confidentiality provisions with third parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 7, 2024.

/s/ *Jeffrey M. Saltman*
Jeffrey M. Saltman