# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**DECLARATION OF SAVANNAH CARNES IN SUPPORT OF KOVE IO, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE AND MOTON TO EXCLUDE CERTAIN EXPERT OPINIONS**

I, Savannah Carnes, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the State of California, and I have been admitted to appear in this case pro hac vice. Unless otherwise stated, I have personal knowledge of the matters set forth herein and in the motion. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's Reply In Support of Its Motion for Sanctions for Spoliation of Evidence and Motion to Exclude Certain Expert Opinions.

3. Exhibit KKKK is a true and correct copy of excerpts of the deposition of Melissa Bennis, taken on September 1, 2023.

4. Exhibit LLLL is a true and correct copy of Exhibit 1 to the deposition of Scott Hayden, taken on April 24, 2023.

5. Exhibit MMMM is a true and correct copy of excerpts of the deposition of Scott Hayden, taken on April 24, 2023.

6. Exhibit NNNN is a true and correct copy of Appendix A to the expert report of Michael Goodrich, executed on July 6, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 1, 2024            /s/ Savannah Carnes
                                                        Savannah Carnes