# Exhibit LLLL

Case: 1:18-cv-08175 Document #: 802-3 Filed: 03/07/24 Page 2 of 5 PageID #:51751

        



**Scott Hayden (he/him)** · 2nd
VP Intellectual Property at Amazon

-  Amazon.com
-  Saint Louis University School of Law

Seattle, Washington, United States · **Contact info**
**323** connections

 Kevin Keller is a mutual connection

Connect   🔒 Message   More

## About

Amazon.com
Vice President and Chief Intellectual Property Counsel – Lead incredibly talented team responsible for all aspects of Company's Intellectual Property (IP).
…

## Activity
342 followers

**Scott hasn't posted lately**
Scott's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **VP Intellectual Property**
Amazon.com
Apr 2006 - Present · 17 yrs 1 mo

**General Electric Company**
6 yrs 11 mos

**Director Global Patent Operation**
Dec 2004 - Apr 2006 · 1 yr 5 mos

Leader of GE's domestic and international patent preparation and prosecution operation. Direct management of twelve patent a …see more

Exhibit 1
24th Apr 2023

**Senior International Patent Counsel**
Apr 2002 - Apr 2005 · 3 yrs 1 mo
Fairfield, Connecticut

Senior International Patent Counsel - Member of International Patent Operation (IPO) responsible for large volume of filing, prosecu ...see more

**General Counsel**
Nov 2000 - Apr 2002 · 1 yr 6 mos

## Education


**Saint Louis University School of Law**
JD, Intellectual Property
1990 - 1994


**Southern Illinois University Edwardsville**
MBA, Finance and Management
1984 - 1986


**Purdue University**
BS Elec. Eng.
1979 - 1983

## Skills

**Intellectual Property**

 Endorsed by Lloyd Sadler and 6 others who are highly skilled at this

 Endorsed by 2 colleagues at Amazon

 12 endorsements

**Licensing**

 Endorsed by Lloyd Sadler and 5 others who are highly skilled at this

 8 endorsements

**Patents**
Richard Ludwin has given an endorsement for this skill

 12 endorsements

Show all 20 skills →

## Interests

**Top Voices**   Companies   Groups   Schools


**Andy Jassy** 🔗 · 3rd
President and CEO at Amazon
536,486 followers

+ Follow

**People also viewed**

**Dana Brown Northcott** · 2nd
Vice President and Associate General Counsel, Intellectual Property at Amazon
Connect

**Dave Platz** · 2nd
Associate General Counsel at Amazon
Connect

**Andrew DeVore** · 2nd
Vice President & Associate General Counsel at Amazon.com
Connect

**John Morgan** · 2nd
VP & Associate General Counsel, International at Amazon
Connect

**Stephen Worth** · 2nd
Associate General Counsel, Digital Music at Amazon
Connect

Show more

**People you may know**
From Scott's school

**Megan Penrod Aghili**
Partner and Associate Recruiter at Lateral Link
Connect

**Gerard Mantese**
CEO, Trial Attorney, Mantese Honigman, P.C. Offices in Michigan, Manhattan and Missouri
Connect

**X. Shawn Zhao (赵晓雪)**
Vice President, General Counsel, APAC at Aptiv
Connect

**Kari Jones Dulin**
Partner with Kane Dulin McQuinn Young, LLP

Connect

**Paul Brusati**
Partner at Armstrong Teasdale LLP

Connect

Show more

**You might like**
Newsletters for you

**Cadwalader Climate**
Clear and concise summaries of key climate news plus an assessment of the legal implications for business
Published weekly

Jason Halper

+ Subscribe

**Privacy Top 5**
What to read and watch on #privacy. My top recommendations!
Published monthly

Daniel Solove

+ Subscribe

Show more



