# Exhibit MMMM



```
 1         CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
 2                UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF ILLINOIS
 3                      EASTERN DIVISION

 4    KOVE, INC.,                    )
                                     )
 5          Plaintiff,                )
                                     )
 6          vs.                       )   CASE NO.
                                     )   1:18-cv-08175
 7    AMAZON WEB SERVICES, INC.,     )
                                     )
 8          Defendant.               )

 9

10

11      REMOTE VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

12                       OF SCOTT HAYDEN

13

14                      APRIL 24, 2023
                          8:03 A.M.
15

16          (All participants appeared remotely)

17

18

19
               TAKEN AT THE INSTANCE OF THE PLAINTIFF
20

21

22

23

24    REPORTED BY:
      MONNA J. NICKESON, RPR, CRR, CCR, CSR CA 14430
25    JOB:   J9559085
```



| SCOTT HAYDEN | April 24, 2023 |
|---|---|
| KOVE vs AMAZON WEB SERVICES, INC., | 59 |

| | | |
|---|---|---|
| 1 | Q. Sir, do you have an idea of what the | 09:06 |
| 2 | '640 patent-in-suit does? | 09:06 |
| 3 | MS. PHILLIPS: Objection to form. Calls for | 09:06 |
| 4 | a legal conclusion. And outside the scope. | 09:06 |
| 5 | THE WITNESS: No. | 09:06 |
| 6 | BY MR. BAYAR: | 09:06 |
| 7 | Q. Mr. Hayden, I am pulling another document | 09:06 |
| 8 | that I've labeled Exhibit 6. I'm sorry that it's | 09:07 |
| 9 | confusing because it is also Exhibit 5 to Kove's | 09:07 |
| 10 | complaint in this case, but it's Exhibit 6 in this | 09:07 |
| 11 | deposition. | 09:07 |
| 12 | (Exhibit 6 was marked.) | |
| 13 | BY MR. BAYAR: | |
| 14 | Q. This is U.S. Patent 7,2233,978, another one | 09:07 |
| 15 | of the patents-in-suit. I would just only direct | 09:07 |
| 16 | your attention to the second page of this PDF, which | 09:07 |
| 17 | I've used the software to direct your attention to. | 09:07 |
| 18 | Have you seen this page of this document | 09:07 |
| 19 | before? | 09:07 |
| 20 | MS. PHILLIPS: And objection. I want to | 09:07 |
| 21 | reveal -- sorry, I want to caution the | 09:07 |
| 22 | witness not to reveal any privileged | 09:07 |
| 23 | communication. You can answer that question | 09:07 |
| 24 | yes or no. | 09:07 |
| 25 | THE WITNESS: Yes. | 09:07 |



| | | |
|---|---|---|
| 1 | BY MR. BAYAR: | 09:07 |
| 2 |     Q.   And do you have an understanding of what | 09:07 |
| 3 | this patent is about, aside from flipping through the | 09:08 |
| 4 | documents? | 09:08 |
| 5 |         MS. PHILLIPS:  Objection to the form. | 09:08 |
| 6 |         Outside the scope.  And calls for a legal | 09:08 |
| 7 |         conclusion. | 09:08 |
| 8 |         THE WITNESS:  I'm not sure I understand your | 09:08 |
| 9 |         question.  Can you repeat it or ask it in a | 09:08 |
| 10 |         different way? | 09:08 |
| 11 | BY MR. BAYAR: | 09:08 |
| 12 |     Q.   Sure. | 09:08 |
| 13 |     Do you have an understanding of what the | 09:08 |
| 14 | '978 patent does with respect to its claims?  What is | 09:08 |
| 15 | the -- actually, let me ask a better question. | 09:08 |
| 16 | Withdrawn. | 09:08 |
| 17 |     Do you have an understanding of the claimed | 09:08 |
| 18 | invention in the '978 patent? | 09:08 |
| 19 |         MS. PHILLIPS:  Objection. Outside the | 09:08 |
| 20 |         scope.  Calls for a legal conclusion.  And | 09:08 |
| 21 |         form.  And I want to caution the witness not | 09:08 |
| 22 |         to reveal any privileged communications.  If | 09:08 |
| 23 |         you can answer that question without doing | 09:09 |
| 24 |         so, you may. | 09:09 |
| 25 |         THE WITNESS:  [REDACTED] | 09:09 |



| | | |
|---|---|---|
| 1 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 09:09 |
| 2 | BY MR. BAYAR: | 09:09 |
| 3 | Q.  And, Mr. Hayden, I have pulled up a | 09:09 |
| 4 | document that I've marked Exhibit 7.  This document | 09:09 |
| 5 | was Exhibit 6 to Kove's complaint in this case.  It | 09:09 |
| 6 | is U.S. Patent Number 7,814,170, one of the | 09:10 |
| 7 | patents-in-suit. | 09:10 |
| 8 | Mr. Hayden, I'm going to direct you to the | 09:10 |
| 9 | second page of this PDF, and only the second page. | 09:10 |
| 10 | (Exhibit 7 was marked.) | 09:10 |
| 11 | BY MR. BAYAR: | 09:10 |
| 12 | Q.  Do you have an understanding of the claimed | 09:10 |
| 13 | invention of this '170 patent? | 09:10 |
| 14 | MS. PHILLIPS:  Objection.  Outside the | 09:10 |
| 15 | scope.  Calls for a legal conclusion.  And | 09:10 |
| 16 | form. | 09:10 |
| 17 | THE WITNESS:  No. | 09:10 |
| 18 | BY MR. BAYAR: | 09:10 |
| 19 | Q.  Have you tried to understand the scope of | 09:10 |
| 20 | the '170 patent? | 09:10 |
| 21 | MS. PHILLIPS:  Objection.  Outside the | 09:10 |
| 22 | scope.  Calls for a legal conclusion.  Form. | 09:10 |
| 23 | And I want to caution the witness not to | 09:10 |
| 24 | reveal any privileged communications.  If | 09:10 |
| 25 | you can answer that without doing so, you | 09:10 |



| | | |
|---|---|---|
| 1 | Population and Use Thereof," correct? | 10:00 |
| 2 |     MS. PHILLIPS: Objection to form. | 10:00 |
| 3 |     THE WITNESS: Yes. | 10:00 |
| 4 | BY MR. BAYAR: | 10:00 |
| 5 |    Q. And can you tell me what that technology is | 10:00 |
| 6 | about? | 10:00 |
| 7 |     MS. PHILLIPS: Objection to form. You may | 10:00 |
| 8 |     answer. | 10:00 |
| 9 |     THE WITNESS: At a high level, related to | 10:00 |
| 10 |     indexing of content so that you can find it. | 10:00 |
| 11 | BY MR. BAYAR: | 10:00 |
| 12 |    Q. And how is that related to Kove's patents? | 10:00 |
| 13 |     MS. PHILLIPS: Objection. Outside the | 10:00 |
| 14 |     scope. And form. | 10:00 |
| 15 |     THE WITNESS: At a high level, of indexing | 10:00 |
| 16 |     and finding content. | 10:01 |
| 17 | BY MR. BAYAR: | 10:01 |
| 18 |    Q. And after AWS -- withdrawn. | 10:01 |
| 19 |     Is there any other basis that AWS would | 10:01 |
| 20 | contend that makes the patents in ██████ relevant | 10:01 |
| 21 | to Kove's patents? | 10:01 |
| 22 |     MS. PHILLIPS: Objection to form. | 10:01 |
| 23 |     THE WITNESS: There may be, but I have not | 10:01 |
| 24 |     studied these patents in a lot of detail. I | 10:01 |
| 25 |     know at a high level they're relevant. | 10:01 |



| | | |
|---|---|---|
| 1 | There may be additional reasons or factors. | 10:01 |
| 2 | BY MR. BAYAR: | 10:01 |
| 3 | Q.  Do you have any other additional reasons or | 10:01 |
| 4 | factors to provide today? | 10:01 |
| 5 | A.  I do not. | 10:01 |
| 6 | Q.  And after AWS received this license, did it | 10:01 |
| 7 | use the patents? | 10:01 |
| 8 | MS. PHILLIPS:  Objection to form.  And | 10:01 |
| 9 | outside the scope. | 10:02 |
| 10 | THE WITNESS:  Could you repeat the question, | 10:02 |
| 11 | please? | 10:02 |
| 12 | BY MR. BAYAR: | 10:02 |
| 13 | Q.  After AWS received this license, did it use | 10:02 |
| 14 | the patents? | 10:02 |
| 15 | MS. PHILLIPS:  Same objections. | 10:02 |
| 16 | THE WITNESS:  ███████████████ | 10:02 |
| 17 | ███████████████████████████████ | 10:02 |
| 18 | ███████████████████████████████ | 10:02 |
| 19 | ██████████████ | 10:02 |
| 20 | ████████████████████████████ | 10:02 |
| 21 | ███████████████████████████ | 10:02 |
| 22 | ███████████████████████████ | 10:02 |
| 23 | ███████████████████████████ | 10:02 |
| 24 | ███████████████████████████ | 10:02 |
| 25 | ████████████ | 10:02 |



```
 1              prior testimony.  And form.                     10:56
 2              THE WITNESS:  That's correct.                   10:56
 3   BY MR. BAYAR:                                              10:56
 4       Q.  And                                                10:56
 5                                          -- sorry.           10:56
 6   Withdrawn.                                                 10:57
 7                                                              10:57
 8                                                              10:57
 9                                                              10:57
10              MS. PHILLIPS:  Objection.  Outside the          10:57
11          scope.  And calls for expert testimony.             10:57
12              THE WITNESS:  I did not.                        10:57
13   BY MR. BAYAR:                                              10:57
14       Q.                                                     10:57
15                                                              10:57
16                                                              10:57
17              MS. PHILLIPS:  Objection.  Calls for expert     10:57
18          testimony.                                          10:57
19              THE WITNESS:                                    10:57
20                                                              10:57
21   BY MR. BAYAR:                                              10:57
22       Q.                                                     10:57
23                                                              10:57
24       A.                                                     10:57
25                                                              10:57
```



|    |    |       |
|----|----|-------|
| 1  | ████████████████████████████████████████████, | 11:17 |
| 2  | correct? | 11:17 |
| 3  |        MS. PHILLIPS:  Objection.  Mischaracterizes | 11:17 |
| 4  |        prior testimony.  And form. | 11:17 |
| 5  |        THE WITNESS:  Yes. | 11:17 |
| 6  | BY MR. BAYAR: | 11:17 |
| 7  |     Q.  ████████████████████████████████████ | 11:17 |
| 8  | ████████████████████████ as potentially | 11:17 |
| 9  | relevant to technology in this case, correct? | 11:18 |
| 10 |     A.  I -- | 11:18 |
| 11 |        MS. PHILLIPS:  Objection.  Mischaracterizes | 11:18 |
| 12 |        prior testimony. | 11:18 |
| 13 |        THE WITNESS:  ██████████████████████ | 11:18 |
| 14 | ████████████████████████████████████████ | 11:18 |
| 15 | ██████████████████████ | 11:18 |
| 16 | BY MR. BAYAR: | 11:18 |
| 17 |     Q.  And that ████████████████████████ | 11:18 |
| 18 | ████████████████████████████████████████ | 11:18 |
| 19 | correct? | 11:18 |
| 20 |     A.  Correct. | 11:18 |
| 21 |     Q.  And since ██████████████████ for -- | 11:18 |
| 22 | actually, withdrawn. | 11:18 |
| 23 | ████████████████████████████████████████ | 11:18 |
| 24 | ██████████████████████████████ | 11:18 |
| 25 |        MS. PHILLIPS:  Objection to form. | 11:18 |



|    |                                                                  |       |
|----|------------------------------------------------------------------|-------|
| 1  | ███████████████████████████████████████                           | 01:07 |
| 2  | ███████████████████████████████████████                           | 01:07 |
| 3  | ███████████████████████████████████████                           | 01:07 |
| 4  | ███████████████████████████████████████                           | 01:07 |
| 5  | ████████                                                         | 01:07 |
| 6  | BY MR. BAYAR:                                                    | 01:07 |
| 7  | Q.   And so in addition to the 97 -- apologies,                  | 01:07 |
| 8  | the ████████ and I think you said ████████, am                   | 01:07 |
| 9  | I right?                                                         | 01:07 |
| 10 | A.   Those are the two I called out as examples,                 | 01:07 |
| 11 | yes.                                                             | 01:07 |
| 12 | Q.   Any other patents that you consider                         | 01:07 |
| 13 | relevant to the technology in this case?                         | 01:07 |
| 14 | MS. PHILLIPS:  Objection to form.                                | 01:07 |
| 15 | THE WITNESS: ████████████████                                    | 01:07 |
| 16 | ███████████████████████████████████████                           | 01:07 |
| 17 | ██████████████                                                   | 01:07 |
| 18 | BY MR. BAYAR:                                                    | 01:07 |
| 19 | Q.   I understand.                                               | 01:07 |
| 20 | A.   I haven't studied these patents, so what I                  | 01:07 |
| 21 | mentioned are the ones who come to mind.  I've not               | 01:08 |
| 22 | gone through these patents since then.                           | 01:08 |
| 23 | Q.   Did you identify these two patents as                       | 01:08 |
| 24 | relevant to the technologies in this case?                       | 01:08 |
| 25 | A.   I confirmed that they were, yes.                            | 01:08 |



| | | |
|---|---|---|
| 1 | Q.   And earlier, I asked you whether before | 03:15 |
| 2 | this deposition you had attempted to identify whether | 03:15 |
| 3 | any of these patents are related to Kove's patented | 03:15 |
| 4 | technology, ███████████████████████████████████ | 03:15 |
| 5 | ███████████████████ | 03:15 |
| 6 | A.   I believe that's correct. | 03:15 |
| 7 | Q.   And when I ask you now, can you name one | 03:15 |
| 8 | patent underlying this license agreement that would | 03:15 |
| 9 | be comparable to Kove's patents, ████████████████ | 03:15 |
| 10 | ████████████████████████████████████████████████ | 03:15 |
| 11 | ████████████████████████████████████████████████ | 03:16 |
| 12 | ████████████████████████████████████████████████ | 03:16 |
| 13 | ██████████████████████████████████████████ | 03:16 |
| 14 | ████████████ | 03:16 |
| 15 | Do you understand? | 03:16 |
| 16 | MS. PHILLIPS:  Objection to form.  Outside | 03:16 |
| 17 | the scope.  And calls for expert testimony. | 03:16 |
| 18 | BY MR. BAYAR: | 03:16 |
| 19 | Q.   Do you understand my question, Mr. Hayden? | 03:16 |
| 20 | A.   I do not. | 03:16 |
| 21 | Q.   I'm going to ask you the following | 03:16 |
| 22 | question, and this is going to be asking you to | 03:16 |
| 23 | ████████████████████████████████████████████████ | 03:16 |
| 24 | ███████████████████████████████████████ | 03:16 |
| 25 | ████████████████████████████████████████████████ | 03:16 |



```
 1                                                              03:16
 2                                                              03:16
 3            MS. PHILLIPS:  Objection to form.  Calls for      03:16
 4       expert testimony.  And outside the scope.              03:16
 5            THE WITNESS:                                      03:16
 6                                                              03:16
 7                                                              03:17
 8  BY MR. BAYAR:                                               03:17
 9       Q.   Understood.                                       03:17
10            And when                                          03:17
11                                                              03:17
12                                                              03:17
13            MS. PHILLIPS:  Objection.  Objection.  I          03:17
14       want to caution the witness not to reveal              03:17
15       any privileged communications.  You can                03:17
16       answer that question yes or no.                        03:17
17            THE WITNESS:                                      03:17
18                                                              03:17
19  BY MR. BAYAR:                                               03:17
20       Q.   And did                                           03:17
21                                                              03:17
22                                                              03:17
23            MS. PHILLIPS:  Objection to form.                 03:17
24            THE WITNESS:                                      03:17
25                                                              03:17
```





1  C E R T I F I C A T E

3  I, MONNA J. NICKESON, CCR, CSR, CLR, RPR,
4  CRR, the undersigned Certified Court Reporter,
5  authorized to administer oaths and affirmations in
6  and for the states of Washington (3322), Oregon
7  (16-0441), Idaho (1045), and California (14430), do
8  hereby certify:
9      That the sworn testimony and/or
10  proceedings, a transcript of which is attached, was
11  given before me at the time and place stated therein;
12  that the witness was duly sworn or affirmed to
13  testify to the truth; that the testimony and/or
14  proceedings were stenographically recorded by me and
15  transcribed under my supervision.  That the foregoing
16  transcript contains a full, true, and accurate record
17  of all the testimony and/or proceedings occurring at
18  the time and place stated in the transcript.
19      That I am in no way related to any party to
20  the matter, nor to any counsel, nor do I have any
21  financial interest in the event of the cause.
22  IN WITNESS WHEREOF I have set my hand on 2nd day of
23  May, 2023.



25  MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR