# Exhibit NNNN

# (UNDER SEAL)