IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

**AWS'S MOTION FOR LEAVE TO FILE ITS MOTION TO COMPEL DEPOSITIONS AND OTHER DISCOVERY BASED ON KOVE'S PRODUCTION OF NEW INFORMATION AND CERTAIN MATERIALS IN SUPPORT UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Defendant Amazon Web Services, Inc. ("AWS") respectfully requests that the Court grant its motion for leave to file portions of AWS's Motion to Compel Depositions and Other Discovery Based on Kove's Production of New Information (Dkt. 782) ("AWS's Motion to Compel") and certain of the materials submitted in support, specifically, Exhibits 1-2, 4-7, 9-10, and 12-13 (collectively, "Supporting Materials"),[1] under seal. AWS seeks leave to file its Motion to Compel and Supporting Materials under seal due to the confidential nature of the information discussed therein, which includes both AWS and Kove confidential information. Kove has provided the attached Declaration of Gina Cremona in support of its proposed

---

[1] The remaining exhibits to AWS's Motion to Compel and the Declaration of R. William Sigler in Support don't contain either AWS or Kove confidential information and have been filed publicly.

redactions. In support of this Motion, AWS also submits the attached Declaration of Jeffrey Saltman and states as follows:

1.      On July 10, 2019, the Court entered the parties' agreed Protective Order. (Dkt. 55) Pursuant to the terms of the Protective Order, AWS has designated information relating to its internal policies and practices as Highly Confidential.

2.      AWS has provided narrowly tailored redactions that specifically target information that is either designated as Highly Confidential pursuant to this Court's Protective Order or otherwise discusses or relates to information designated as Highly Confidential pursuant to this Court's Protective Order. AWS's limited redactions protect its confidential information while still providing the public with information relating to the proceeding. Public disclosure of the redacted information would cause AWS competitive harm.

3.      Pursuant to the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), AWS files this motion, the supporting Declaration of Gina Cremona on behalf of Kove, the supporting Declaration of Jeffrey Saltman on behalf of AWS, and redacted versions of AWS's Motion to Compel and certain of the Supporting Materials within four business days of March 1, 2024.

For the foregoing reasons, AWS respectfully requests that the Court enter an order granting its motion for leave to file AWS's Motion to Compel and Supporting Materials under seal.

Dated: March 7, 2024                              Respectfully submitted,

*/s/ Jeffrey M. Saltman*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW Suite 400
Washington, DC 20015
202.362.3500

Ken K. Fung (*pro hac vice*)
*ken.fung@fischllp.com*
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
650.362.8200

*Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, *via* the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

                                                */s/ Jeffrey M. Saltman*
                                                Jeffrey M. Saltman