IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

───────────────────────────────────────────────

**DECLARATION OF JEFFREY SALTMAN IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE ITS MOTION TO COMPEL DEPOSITIONS AND OTHER DISCOVERY AND CERTAIN MATERIALS IN SUPPORT UNDER SEAL**

───────────────────────────────────────────────

I, Jeffrey Saltman, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's motion for leave to file its Motion to Compel Depositions and Other Discovery Based on Kove's Production of New Information (Dkt. 782, "AWS's Motion") and certain of the exhibits filed in support under seal.

2. AWS's Motion, R. William Sigler's Declaration in Support, and Exhibits 1-11 don't contain AWS's confidential information. To the extent they contain Kove's confidential information, Kove has prepared redacted versions. AWS will file them on the public docket.

3. AWS has partially redacted Exhibits 12 and 13. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information is AWS witness testimony relating to AWS's internal policies and practices. Public disclosure of this information would cause AWS competitive harm since it could be used by competitors to gain competitive advantage and undue insight into AWS's internal business practices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 7, 2024.

/s/ *Jeffrey M. Saltman*
Jeffrey M. Saltman