# Exhibit 2

**Subject:** RE: Kove v. AWS: Overton Follow-Up
**Date:** Wednesday, February 28, 2024 at 8:55:58 PM Eastern Standard Time
**From:** Amy L Ruhland
**To:** Bill Sigler, RJ_Kove_AWS
**CC:** Kove Team

Bill,

We have been more than reasonable in providing AWS with the requested information, even acquiescing in an out-of-time deposition on the eve of trial. The additional information you are seeking is either not relevant to any issue for trial or disproportionate to the needs of the case.

If AWS wants to file a motion, we will respond.

Amy


Amy L. Ruhland | 512.739.6420 | Reichman Jorgensen Lehman & Feldberg LLP


**From:** Bill Sigler <Bill.Sigler@fischllp.com>
**Sent:** Wednesday, February 28, 2024 8:13 AM
**To:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; Amy L Ruhland <aruhland@reichmanjorgensen.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** Kove v. AWS: Overton Follow-Up

**CAUTION: EXTERNAL SENDER**

Counsel,

As trial begins in 32 days and the pretrial conference is in 22 days, please let us know by the close of business today if Kove will agree to the requests I placed on the record at the end of Dr. Overton's deposition yesterday: depositions of Stephen Bailey and Robert Dellenbach, and the production of Kove's and/or Arctide's agreement(s)                          .

Dr. Overton was unable to answer questions about Dr. Bailey's and Mr. Dellenbach's knowledge of, participation in, and understanding of the Arctide-related agreements that Kove produced in

February, after the close of discovery and summary judgment briefing. (*See* Rough Tr. at 1034:11-19; 1049:3-1051:1; 1072:13-15; 1093:18-21; 1125:9-1126:13; 1128:18-1129:4). Among other things, Dr. Overton also testified that he didn't understand how the Arctide ownership shares work, including his own share, but that Mr. Dellenbach would know. (1052:4-1054:19).

In addition, the agreement(s) with ⬛⬛⬛ are relevant to several issues in the case, including who has a financial stake in the outcome, the funding of Kove's business operations, and Kove's statements about the litigation to third-parties. And Dr. Overton testified about the contents of the ⬛⬛⬛ yesterday, but was unable to recall details bearing on these and other issues. (*See e.g.*, Rough Tr. at 1110:14-1112:5; 1114:3-22; 1118:5-1119:6).

Thank you.

Best,
Bill

**Bill Sigler | Fisch Sigler LLP | Partner**
+1.202.362.3520 (o)
+1.703.304.3131 (m)

5301 Wisconsin Avenue NW, Suite 400
Washington, DC 20015 USA

Biography | Firm Victories | LinkedIn

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.