# Exhibit 3

**Subject:** Re: Kove v. Amazon: Kove Production KOV_00280473-512
**Date:** Thursday, February 15, 2024 at 7:40:28 PM Eastern Standard Time
**From:** Bill Sigler
**To:** Gina Cremona
**CC:** RJ_Kove_AWS, Kove Team

Hi Gina,

That works. Thank you.

Best,
Bill

**Bill Sigler | Fisch Sigler LLP | Partner**
+1.202.362.3520 (o)
+1.703.304.3131 (m)

---

**From:** Gina Cremona <gcremona@reichmanjorgensen.com>
**Date:** Thursday, February 15, 2024 at 2:36 PM
**To:** Bill Sigler <Bill.Sigler@fischllp.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>, Kove Team <FS-Kove@fischllp.com>
**Subject:** RE: Kove v. Amazon: Kove Production KOV_00280473-512

Hi Bill,

Dr. Overton can be available for deposition on Feb. 27 from 2-4pm CT. Please confirm that time still works for you.

Thanks,
Gina

---

**From:** Bill Sigler <Bill.Sigler@fischllp.com>
**Sent:** Thursday, February 15, 2024 7:41 AM
**To:** Gina Cremona <gcremona@reichmanjorgensen.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; Kove Team <FS-Kove@fischllp.com>
**Subject:** Re: Kove v. Amazon: Kove Production KOV_00280473-512

**CAUTION: EXTERNAL SENDER**

Hi Gina,

Thank you, but we have a conflict that day. Would anytime on Feb. 21, 22, or 26 work? Or anytime on Feb. 27 except 11-1 CT? Those days/times would all work for us. Thank you.

Best,
Bill

**Bill Sigler | Fisch Sigler LLP | Partner**
+1.202.362.3520 (o)

+1.703.304.3131 (m)

---

**From:** Gina Cremona <gcremona@reichmanjorgensen.com>
**Date:** Thursday, February 15, 2024 at 10:16 AM
**To:** Bill Sigler <Bill.Sigler@fischllp.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>, Kove Team <FS-Kove@fischllp.com>
**Subject:** RE: Kove v. Amazon: Kove Production KOV_00280473-512

Hi Bill,

Dr. Overton can be available for deposition on Feb. 23 from 1-3pm CT. Please confirm if that time works for you.

Regards,
Gina

**From:** Bill Sigler <Bill.Sigler@fischllp.com>
**Sent:** Wednesday, February 14, 2024 3:27 PM
**To:** Gina Cremona <gcremona@reichmanjorgensen.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; Kove Team <FS-Kove@fischllp.com>
**Subject:** Re: Kove v. Amazon: Kove Production KOV_00280473-512

**CAUTION: EXTERNAL SENDER**

Hi Gina,

Following up on scheduling the Overton deposition. Please let us know. Thank you.

Best,
Bill

**Bill Sigler | Fisch Sigler LLP | Partner**
+1.202.362.3520 (o)
+1.703.304.3131 (m)

---

**From:** Bill Sigler <Bill.Sigler@fischllp.com>
**Date:** Monday, February 12, 2024 at 10:23 PM
**To:** Gina Cremona <gcremona@reichmanjorgensen.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>, Kove Team <FS-Kove@fischllp.com>
**Subject:** Re: Kove v. Amazon: Kove Production KOV_00280473-512

Hi Gina,

Thank you. Please let us know if we can proceed on Feb. 19, 20, or 21.

Best,
Bill

**Bill Sigler | Fisch Sigler LLP | Partner**
+1.202.362.3520 (o)
+1.703.304.3131 (m)

On Feb 12, 2024, at 9:19 PM, Gina Cremona <gcremona@reichmanjorgensen.com> wrote:

Hi Bill,

We appreciate your flexibility and can agree to make Dr. Overton available for two hours over zoom. As mentioned in my last email, Dr. Overton will be available to answer questions related to the recently disclosed agreements, and we recognize that may overlap with some interrogatory responses.

Regards,
Gina

**From:** Bill Sigler <Bill.Sigler@fischllp.com>
**Sent:** Monday, February 12, 2024 1:58 PM
**To:** Gina Cremona <gcremona@reichmanjorgensen.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; Kove Team <FS-Kove@fischllp.com>
**Subject:** Re: Kove v. Amazon: Kove Production KOV_00280473-512

**CAUTION: EXTERNAL SENDER**

Hi Gina,

Thank you for your email, and agreeing to produce Dr. Overton for additional deposition time. Given where we are in the case schedule, we can be flexible on the format and will proceed by video.

But one hour isn't sufficient time to cover the relevant questioning. These agreements are relevant to numerous case issues, as Kove's production of them shows. And, as I stated in my email below, these newly disclosed agreements will require us to revisit topics that we asked Dr. Overton about in prior depositions but he could not answer. (See, e.g., Overton Dep. Tr. at 606:18-607:19 (referring to the "Arctide ownership" and "a table somewhere that breaks that down"). The belated production will also require us to revisit Kove's

responses to interrogatories 13, 15, and 22, which each discuss agreements with Arctide, but don't reference or incorporate these newly produced agreements. In addition, the agreements disclose for the first time several entities that have a financial interest in the outcome of the case, which we'll need to question Dr. Overton on.

As a compromise to move the case forward, though, we can agree to two hours. We believe more time than two hours is appropriate, and will seek more from the Court if this compromise is declined. February 19-21 remain available for us to take the deposition. Thank you.

Best,
Bill

**Bill Sigler | Fisch Sigler LLP | Partner**
+1.202.362.3520 (o)
+1.703.304.3131 (m)

---

**From:** Gina Cremona <gcremona@reichmanjorgensen.com>
**Date:** Monday, February 12, 2024 at 12:26 AM
**To:** Bill Sigler <Bill.Sigler@fischllp.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>, Kove Team <FS-Kove@fischllp.com>
**Subject:** RE: Kove v. Amazon: Kove Production KOV_00280473-512

Hi Bill,

We do not believe a deposition is required because the LLC agreements do not provide anything new to the case and are barely, if at all, relevant. But we also do not think it is worth burdening the Court with this dispute and accordingly are willing to offer Dr. Overton for 1 hour over zoom to answer any questions related to The Arctide, LLC Limited Liability Company Agreement (KOV_00280475), The 2023 Amendment to Limited Liability Company Agreement of Arctide, LLC dated March 29, 2023 (KOV_00280473), and Joint Amendment to Asset Purchase Agreement and Arctide, LLC Limited Liability Company Agreement between, among others Arctide, LLC and Kove (KOV_00280440).

Please confirm that you agree to these conditions, and we can schedule a date.

Regards,
Gina

---

**From:** Bill Sigler <Bill.Sigler@fischllp.com>
**Sent:** Friday, February 9, 2024 6:46 AM
**To:** Gina Cremona <gcremona@reichmanjorgensen.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; Kove Team <FS-Kove@fischllp.com>
**Subject:** Re: Kove v. Amazon: Kove Production KOV_00280473-512

**CAUTION: EXTERNAL SENDER**

Hi Gina,

Thank you. We request that Dr. Overton be made available in Chicago for an in-person, three-hour deposition on issues relating to these newly produced agreements. Given the production of the 2015 and March 2023 after the discovery cutoff and both of his prior depositions, we will also need to revisit questioning from his earlier depositions on Arctide, Kove IP LLC, Mr. Bailey, Mr. Auspitz, Mr. Dellenbach, and other entities involved in the Arctide-Kove agreements, as well as other people and entities that may have a financial or other interest in the outcome of this case.

As we're already into pre-trial exchanges and briefing, this deposition needs to be scheduled expeditiously. We are available on February 16 or February 19-21 to take the deposition. We also seek an agreement in advance to taking only one break in the deposition, so that it's completed fairly and efficiently for all parties. Please confirm which of these dates works for Dr. Overton. Thank you.

Best,
Bill

**Bill Sigler | Fisch Sigler LLP | Partner**
+1.202.362.3520 (o)
+1.703.304.3131 (m)

**From:** Gina Cremona <gcremona@reichmanjorgensen.com>
**Date:** Thursday, February 8, 2024 at 8:13 PM
**To:** Bill Sigler <Bill.Sigler@fischllp.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>, Kove Team <FS-Kove@fischllp.com>
**Subject:** Kove v. Amazon: Kove Production KOV_00280473-512

Bill,

Per your request, attached are the following production documents:

1. The Arctide, LLC Certificate of Formation (KOV_00280478)
2. The Arctide, LLC Limited Liability Company Agreement (KOV_00280475)
    1. (Note the reference in the Joint Amendment to March 15, 2015 for the Arctide, LLC Agreement is a typo; the underlying LLC agreement is attached and is dated June 24, 2015
3. The 2023 Amendment to Limited Liability Company Agreement of Arctide, LLC dated March 29, 2023 (KOV_00280473)

The Certificate of Formation has no confidentiality designation. The other two documents are designated Highly Confidential under the protective order. The password for the Highly Confidential documents will be sent in a separate email.

Regards,
Gina

**From:** Bill Sigler <Bill.Sigler@fischllp.com>
**Sent:** Thursday, February 8, 2024 12:24 PM
**To:** Gina Cremona <gcremona@reichmanjorgensen.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>; Kove Team <FS-Kove@fischllp.com>
**Subject:** Re: Kove v. Amazon: Kove Production KOV_00280440-472

**CAUTION: EXTERNAL SENDER**

Hi Gina,

Please let us know when Kove will be producing the March 15, 2015 agreement and March 29, 2023 amendment referenced below. Thank you.

Best,
Bill

**Bill Sigler | Fisch Sigler LLP | Partner**
+1.202.362.3520 (o)
+1.703.304.3131 (m)

---

**From:** Bill Sigler <Bill.Sigler@fischllp.com>
**Date:** Tuesday, February 6, 2024 at 3:06 PM
**To:** Gina Cremona <gcremona@reichmanjorgensen.com>, Kove Team <FS-Kove@fischllp.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Re: Kove v. Amazon: Kove Production KOV_00280440-472

Hi Gina,
Thank you for your email. This agreement references an "Arctide, LLC Limited Liability Company Agreement dated as of March 15, 2015, as amended by 2023 Amendment to Limited Liability Company Agreement of Arctide, LLC effective March 29, 2023 (as so amended, the "*LLC Agreement*")." It appears that Kove hasn't produced this agreement and amendment, as our search of the production didn't locate them. And Kove didn't disclose or cite them in its response to our interrogatory No. 22, despite disclosing other agreements involving Arctide that relate to the asserted patents. Please produce the March 15, 2015 agreement and March 29, 2023 amendment.
As we review these agreements in more detail and more fully assess other related discovery, we'll likely have further follow up requests. Thank you.

Best,
Bill

**Bill Sigler | Fisch Sigler LLP | Partner**
+1.202.362.3520 (o)
+1.703.304.3131 (m)

---

**From:** Gina Cremona <gcremona@reichmanjorgensen.com>
**Date:** Monday, February 5, 2024 at 7:05 PM
**To:** Kove Team <FS-Kove@fischllp.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Kove v. Amazon: Kove Production KOV_00280440-472

Counsel,

Please find a Joint Amendment to Asset Purchase Agreement and Arctide, LLC Limited Liability Company Agreement between, among others Arctide, LLC and Kove that was entered into in conjunction with litigation financing, i.e., financing secured by litigation proceeds. The attached has been marked Highly Confidential under the Protective Order. Further, it has been redacted to eliminate references to dealings with our firm as litigation counsel. We are not producing the underlying documents related to the referenced litigation financing given the controlling case law and the Court's previous order.

The password for the document will be sent in a separate email.

Regards,
Gina

Gina H. Cremona | 650.623.5077 | **Reichman Jorgensen Lehman & Feldberg LLP**

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.
NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.
NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.
NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*