# Exhibit 8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| KOVE IO, INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>               Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Judge Rebecca R. Pallmeyer |

## KOVE'S RESPONSES AND OBJECTIONS TO AMAZON'S
## SECOND SET OF INTERROGATORIES (NOS. 10-14)

Plaintiff Kove IO, Inc. ("Kove"), by and through their undersigned counsel, Federal Rules of Civil Procedure 26 and 33, the Northern District of Illinois Local Rules ("Local Rules"), and any applicable procedures, laws, or Court orders, hereby serves the following objections and responses to the Second Set of Interrogatories ("Interrogatories") of Amazon Web Services, Inc. ("Defendant" or "Amazon").

## GENERAL OBJECTIONS

1. Kove incorporates by reference each general objection in its First Amended Responses to Amazon's First Set of Interrogatories (Nos. 2-5) into each specific response. The specific response may repeat a general objection for emphasis or any other reason and/or may also include one or more specific objection(s). The failure to include any general objection in any specific response shall not be interpreted as a waiver of any general objection to that response.

2. Kove's responses to Amazon's Interrogatories are made to the best of Kove's present knowledge, information, and belief. Kove reserves the right to supplement or amend these responses should future investigation indicate that such supplementation or amendment is

1

Pursuant to Federal Rule of Civil Procedure 33(d), Kove identifies the following documents: KOV_00029087; KOV_00029148; KOV_00030755; KOV_00030782; KOV_00034357; KOV_00034383; KOV_00034437; KOV_00042621; KOV_00042652; KOV_00042667; KOV_00052861; KOV_00052896; KOV_00052921; KOV_00052947; KOV_00053052; KOV_00053105; KOV_00053131; KOV_00053165; KOV_00053232; KOV_00053257; KOV_00053282; KOV_00053308; KOV_00053361; KOV_00053382; KOV_00053407; KOV_00053432; KOV_00053457; KOV_00053478; KOV_00053499; KOV_00053522; KOV_00053543; KOV_00055337; KOV_00054212; KOV_00054233; KOV_00055060; KOV_00055073; KOV_00055088; KOV_00055410; KOV_00055443; KOV_00055468; KOV_00055760; KOV_00055783; KOV_00055802; KOV_00055839; KOV_00055862; KOV_00055882; KOV_00056180; KOV_00057810.

John Overton is knowledgeable about Kove's answer.

Kove reserves the right to amend or supplement this response as discovery progresses.

**INTERROGATORY NO. 13:**

Identify all persons with any ownership interest related to the Asserted Patents or this lawsuit, including a detailed description of the nature, extent, and dates of the ownership interest. Your answer should include an identification of all documents and communications related to Your answer (by Bates range) and the persons most knowledgeable about Your answer.

**RESPONSE TO INTERROGATORY NO. 13:**

In addition to its general objections, Kove objects to Amazon's request for Kove to search, identify, and catalogue document productions, communications, or things as an improper request for work product and an overbroad and unduly burdensome request to, for example, marshal evidence to which Amazon or its counsel also has equal access. Kove further objects to this

Interrogatory as being compound and containing multiple subparts.

Kove further objects to this Interrogatory on the grounds that it is vague, unclear and ambiguous, unduly broad and burdensome, and disproportionate, including, without limitation, with respect to its use of the term "all persons with any ownership interest related to the Asserted Patents or this lawsuit," "a description of the relationship with the customer (including the start and end dates of the relationship and an identification of meetings and communications)," "a detailed description of the nature, extent, and dates of the ownership interest," and "all documents and communications related to Your answer." Kove also specifically objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, attorney work-product doctrine, or any other applicable privilege or exception.

Kove also objects to this Interrogatory as premature to the extent it seeks Kove's expert opinions and/or disputed legal or factual contentions before the appropriate deadlines prescribed by the Federal Rules, Local Rules, and any applicable procedures, laws, or Court orders.

Kove objects to this Interrogatory to the extent that it seeks information or documents that are not relevant to any parties' claims or defenses in this litigation, and as being unduly broad, unduly burdensome, and disproportionate, including, without limitation "any ownership interest related to . . . this lawsuit."

Subject to the foregoing general and specific objections, Kove responds as follows:

Kove identifies, pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, the documents beginning with the following Bates stamps: KOV_00000001; KOV_00000002; KOV_0000009; KOV_00000014; KOV_00000015; KOV_0000019; KOV_00000022; KOV_00000026; KOV_00000034; KOV_00000048; KOV_00000078; KOV_00000086; KOV_00000098; KOV_00000137; KOV_00000155; KOV_00000219; KOV_00000232;

KOV_00000811; KOV_00005873; KOV_00005888; KOV_00009947; and KOV_00009956.

John Overton is knowledgeable about Kove's answer.

Kove reserves the right to amend or supplement this response as discovery progresses.

## INTERROGATORY NO. 14:

Identify all financing, fee, or contingency arrangements related to the Asserted Patents or this lawsuit, including the identity of any investors or funders of Kove's participation in this lawsuit. Your answer should include an identification of all documents and communications related to Your answer (by Bates range) and the persons most knowledgeable about Your answer.

## RESPONSE TO INTERROGATORY NO. 14:

In addition to its general objections, Kove objects to Amazon's request for Kove to search, identify, and catalogue document productions, communications, or things as an improper request for work product and an overbroad and unduly burdensome request to, for example, marshal evidence to which Amazon or its counsel also has equal access. Kove further objects to this Interrogatory as being compound and containing multiple subparts.

Kove further objects to this Interrogatory on the grounds that it is vague, unclear and ambiguous, unduly broad and burdensome, and disproportionate, including, without limitation, with respect to its use of the term "all documents and communications related to Your answer." Kove also specifically objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, attorney work-product doctrine, or any other applicable privilege or exception.

Kove objects to this Interrogatory to the extent that it seeks information or documents that are not relevant to any parties' claims or defenses in this litigation. *Miller UK Ltd. v. Caterpillar, Inc.*, 17 F. Supp. 3d 711, 742 (N.D. Ill. 2014) (Documents evidencing structure and terms of third-

9

Dated: June 19, 2020                    Respectfully submitted,

                                        */s/  Jaime F. Cardenas-Navia*
                                        Jaime F. Cardenas-Navia

                                        Renato Mariotti (State Bar No. 6323198)
                                        rmariotti@thompsoncoburn.com
                                        Thompson Coburn LLP
                                        55 E. Monroe St., 37th Floor
                                        Chicago, IL 60603
                                        Telephone: (312) 346-7500
                                        Telecopier: (312) 580-2201

Sarah O. Jorgensen (*pro hac vice*)         Courtland L. Reichman (*pro hac vice*)
sjorgensen@reichmanjorgensen.com        creichman@reichmanjorgensen.com
Reichman Jorgensen LLP                  Shawna Ballard (*pro hac vice*)
1201 West Peachtree, Suite 2300         sballard@reichmanjorgensen.com
Atlanta, GA 30309                       Jennifer P. Estremera (*pro hac vice*)
Telephone: (404) 609-1040               jestremera@reichmanjorgensen.com
Telecopier: (650) 623-1449              Joachim B. Steinberg (*pro hac vice*)
                                        jsteinberg@reichmanjorgensen.com
Christine E. Lehman (*pro hac vice*)        Michael G. Flanigan (*pro hac vice*)
clehman@reichmanjorgensen.com           mflanigan@reichmanjorgensen.com
Reichman Jorgensen LLP                  Kate Falkenstien (*pro hac vice*)
818 Connecticut Ave NW, Suite 850       kfalkenstien@reichmanjorgensen.com
Washington, DC 20006                    Reichman Jorgensen LLP
Telephone: (202) 894-7310               100 Marine Parkway, Suite 300
Telecopier: (650) 623-1449              Redwood Shores, CA 94065
                                        Telephone: (650) 623-1401
Khue V. Hoang (*pro hac vice*)              Telecopier: (650) 623-1449
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Michael Marvin (*pro hac vice*)
mmarvin@reichmanjorgensen.com
Rahul Sarakar (*pro hac vice*)
rsarkar@reichmanjorgensen.com
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

                                        **ATTORNEYS FOR PLAINTIFF
                                        KOVE IO, INC.**

11

## VERIFICATION

I verify that I have reviewed the above responses, which are true to the best of my knowledge, information, and belief. I verify that Kove IO, Inc. ("Kove") collected factual information in the above responses from documents in the possession, custody, or control of Kove, or from persons with personal knowledge of the subject matter of the response, and with the assistance of counsel representing Kove. I am informed and believe that the matters stated herein are true and correct, and on that basis verify the response on behalf of Kove. To the extent Kove based the above responses on information collected from others, I verify not on personal knowledge, but on information and belief. I am authorized to make this verification for and on behalf of Kove. I declare under penalty of perjury that the foregoing is true and correct.

By: John Overton
Date: June 19, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2020, Kove's Responses and Objections to Amazon's

Second Set of Interrogatories (Nos. 10-14) was served on counsel of record via email.


*/s/ Jaime F. Cardenas-Navia*
Jaime F. Cardenas-Navia