# Exhibit 12

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

_____

KOVE IO, INC.,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
Plaintiff,　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　　　　　　　　　)No. 1:18-cv-08175
　　　　　　　　　　　　　　　　　　　　　　)
AMAZON WEB SERVICES, INC.,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
Defendant.　　　　　　　　　　　　　　　　　)
_____)

HIGHLY CONFIDENTIAL

Deposition Upon Oral Examination Of

ANDREW JASSY

2:20 p.m.

May 1, 2023

2121 Seventh Avenue

Seattle, Washington


REPORTED BY: Yvonne A. Gillette, RPR, CCR No. 2129.

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

```
                                                              Page 48
 1              MR. SIGLER:  Objection.  Asked and answered.
 2    Vague.
 3    A
 4    Q         Is it wrong to steal intellectual property?
 5              MR. SIGLER:  Objection.  Vague.
 6    A
 7
 8    Q         Is it wrong to use someone's invention
 9    without permission?
10              MR. SIGLER:  Objection.  Vague.
11    A
12
13
14    Q         Why?
15    A
16
17
18    Q         Is that the only reason why it's wrong to
19    use someone's invention without permission?
20              MR. SIGLER:  Objection.  Asked and answered.
21    Q         These aren't supposed to be hard "got you"
22    questions.
```

Page 49

1　A

2

3　Q　　　You understand that intellectual property is

4　important, right?

5　　　　　MR. SIGLER: Objection. Vague.

6　A

7

8

9　Q　　　Do you think it's important for big

10　companies like Amazon and AWS to take steps to avoid

11　infringing patents?

12　　　　　MR. SIGLER: Objection. Compound. Vague.

13　A

14

15

16　Q　　　Is infringing a patent a business decision?

17　　　　　MR. SIGLER: Objection. Vague.

18　A

19　Q　　　If you infringe a patent and then pay and

20　provide appropriate compensation, would you say that

21　you have done everything you're supposed to do?

22　　　　　MR. SIGLER: Objection. Vague. Calls for

Page 50

1    speculation.

2    A

3

4    Q      Sure, but we can talk about hypotheticals,

5    right?

6          MR. SIGLER: Objection. Is that a question?

7    Q      If -- if you found out that AWS infringed a

8    patent, would you want AWS to take steps to make it

9    right?

10         MR. SIGLER: Objection. Calls for

11    speculation. Lack of foundation.

12    A

13    Q      That wasn't my question. If you found out

14    that AWS infringed a patent, would you want AWS to

15    take steps to make it right?

16         MR. SIGLER: Objection. Asked and answered.

17    Calls for speculation.

18    A

19

20    Q      Are you saying that AWS has never infringed

21    a patent?

22    A

Page 60

```
 1                  C E R T I F I C A T E
 2     State of Washington   )
 3                           )  ss.
 4     County of King        )
 5              I, the undersigned Registered Professional
       Reporter and Washington Certified Court Reporter, hereby
 6     certify that the foregoing deposition upon Oral examination
       of ANDREW JASSY was taken before me on May 1, 2023 and
 7     transcribed under my direction;
                That the witness was duly sworn by me pursuant to
 8     RCW 5.28.010 to testify truthfully; that the transcript of
       the deposition is a full, true, and correct transcript to
 9     the best of my ability; that I am neither attorney for, nor
       a relative or employee of, any of the parties to the action
10     or any attorney or counsel employed by the parties hereto,
       nor financially interested in its outcome.
11              I further certify that in accordance with CR
       30(e), the witness was given the opportunity to examine,
12     read, and sign the deposition, within 30 days, upon its
       completion and submission, unless waiver of signature was
13     indicated in the record.
                IN WITNESS WHEREOF, I have hereunto set my hand
14     and seal this date, May 8, 2023:
15
16
17
18                              /S/Yvonne A. Gillette
19                              _____
                                Yvonne A. Gillette
                                Washington Certified Court Reporter
20                              License No. 2129
21
22
```