# Exhibit 13

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF ILLINOIS

 3                        ---oOo---

 4

 5   KOVE IO, INC.,              )
                                 )
 6             Plaintiff,        )
                                 )
 7   vs.                         )  No. 1:18-cv-08175
                                 )
 8   AMAZON WEB SERVICES, INC.,  )
                                 )
 9             Defendant.        )
     _____)
10

11

12        H I G H L Y   C O N F I D E N T I A L

13
          VIDEOTAPED DEPOSITION OF ALYSSA HENRY
14
               REDWOOD SHORES, CALIFORNIA
15
               TUESDAY, FEBRUARY 21, 2023
16

17

18

19

20
     STENOGRAPHICALLY REPORTED BY:
21
     ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22
     CSR LICENSE NO. 9830
23
     JOB NO. 222653
24

25
```

Highly Confidential

Page 288

```
1    infringement case; right?
2        A    Yes.
3        Q    Do you have any patents?
4        A    I believe so.
5        Q    Have you read them?
6        A    I would have, yes.
7        Q    Do you know what they are as you sit here
8    today?
9        A    I do not.
10       Q    How many patents do you have?
11       A    I don't know.
12       Q    More than five?
13       A    I don't know.
14       Q    Were all -- all of your patents made in
15   connection with your work at Amazon.com                    1
16       A    No.
17       Q    Or at AWS?
18       A    No.
19       Q    Are any of the patents associated with your
20   work at Square?
21       A    I don't know.
22       Q    Are there any patents that you can think of
23   that do not arise from your work at AWS?
24       A    Yes.
25       Q    In what capacity -- or what was the context
```

TSG Reporting - Worldwide    877-702-9580

```
 1    in which you obtained that patent?
 2        A    Microsoft.
 3        Q    Do you own any of those patents?
 4        A    I'm not sure what that means.
 5        Q    It means, are you listed as an inventor on
 6    the patent, or -- or is the patent assigned to you?
 7        A    I don't know.
 8        Q    Are you the owner of the patent?
 9        A    I don't know.
10        Q    What would you do if someone was infringing
11    one of your patents?
12        A    I don't know.
13        Q    Would you be okay with that infringement?
14             MR. SALTMAN:  Objection; calls for
15    speculation.
16             THE WITNESS:  I don't know.
17             MR. ADLER:
18        A
19        Q
20        A
21        Q    Okay.  Would you agree that it would not be
22    okay for a big company to use a small company's
23    patents without permission?
24             MR. SALTMAN:  Objection; calls for
25    speculation.
```

```
 1            THE WITNESS:
 2            MR. ADLER:  Q.
 3
 4       A
 5       Q
 6
 7            MR. SALTMAN:  Objection; asked and answered.
 8            THE WITNESS:  I don't know.
 9            MR. ADLER:  Q.  Why not?
10       A
11       Q    So when you were at AWS, did you take steps
12   to avoid infringing others' patents?
13            MR. SALTMAN:  I just want to caution the
14   witness to the extent that that involves any
15   discussion with counsel internal to AWS or external
16   counsel, to not reveal the substance of those
17   discussions.
18            Otherwise, you can answer the question.
19            THE WITNESS:
20
21
22            MR. ADLER:  Q.
23
24       A
25
```

Highly Confidential

Page 331

```
 1              CERTIFICATE OF STENOGRAPHIC REPORTER
 2
 3         I, ANDREA M. IGNACIO, hereby certify that the
 4   witness in the foregoing deposition was by me sworn to
 5   tell the truth, the whole truth, and nothing but the
 6   truth in the within-entitled cause;
 7         That said deposition was taken in shorthand
 8   by me, a disinterested person, at the time and place
 9   therein stated, and that the testimony of the said
10   witness was thereafter reduced to typewriting, by
11   computer, under my direction and supervision;
12         That before completion of the deposition,
13   review of the transcript [x] was [ ] was not
14   requested.  If requested, any changes made by the
15   deponent (and provided to the reporter) during the
16   period allowed are appended hereto.
17         I further certify that I am not of counsel or
18   attorney for either or any of the parties to the said
19   deposition, nor in any way interested in the event of
20   this cause, and that I am not related to any of the
21   parties thereto.
22   Dated: February 28, 2023
23         [signature]
24   ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830
25
```