**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., *Plaintiff,* v. AMAZON WEB SERVICES, INC., *Defendant.* | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly |

_____

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF
AWS'S MOTION TO COMPEL ADDITIONAL DEPOSITIONS AND OTHER DISCOVERY BASED ON KOVE'S PRODUCTION OF NEW INFORMATION**
_____

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and the District of Columbia and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's Motion to Compel Additional Depositions and Other Discovery Based on Kove's Production of New Information, filed March 1, 2024.

2. Attached as Exhibit 1 is a true and correct excerpted copy of the rough transcript from the deposition of John Overton, taken on February 27, 2024.

3. Attached as Exhibit 2 is a true and correct copy of an email chain between Amy Ruhland and Bill Sigler, dated February 28, 2024.

4. Attached as Exhibit 3 is a true and correct copy of an email chain between Gina Cremona and Bill Sigler, dated February 5-15, 2024.

5. Attached as Exhibit 4 is a true and correct copy of the December 2023 "Joint Amendment to Asset Purchase Agreement and Arctide, LLC Limited Liability Company Agreement," bearing beginning production number KOV_00280440.

6. Exhibit 5 is a true and correct copy of the June 2015 "Arctide, LLC Limited Liability Company Agreement," bearing beginning production number KOV_00280478.

7. Attached as Exhibit 6 is a true and correct copy of the March 2023 "2023 Amendment to Limited Liability Company Agreement of Arctide, LLC," bearing beginning production number KOV_00280475.

8. Attached as Exhibit 7 is a true and correct excerpted copy of the transcript from the deposition of Steven Bailey, taken on October 9, 2020.

9. Attached as Exhibit 8 is a true and correct excerpted copy of Kove's Responses and Objections to AWS's Second Set of Interrogatories (Nos. 10-14), dated June 19, 2020.

10. Attached as Exhibit 9 is a true and correct excerpted copy of Kove's Responses and Objections to AWS's Sixth Set of Interrogatories (Nos. 22-25), dated July 15, 2021.

11. Attached as Exhibit 10 is a true and correct copy of AWS's Rule 30(b)(6) Notice of Deposition to Kove, dated August 20, 2021.

12. Attached as Exhibit 11 is a true and correct copy of a Subpoena to Testify at a Deposition in a Civil Action directed to Arctide, LLC, dated July 28, 2021.

3

13. Attached as Exhibit 12 is a true and correct excerpted copy of the transcript from the deposition of Andrew Jassy, taken on May 1, 2023.

14. Attached as Exhibit 13 is a true and correct excerpted copy of the transcript from the deposition of Alyssa Henry, taken on February 21, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 1, 2024.

*/s/ R. William Sigler*
R. William Sigler