IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL KOVE IO, INC.'S RESPONSE TO AWS'S MOTION TO COMPEL DEPOSITIONS AND OTHER DISCOVERY BASED ON KOVE'S PRODUCTION OF NEW INFORMATION AND EXHIBITS**

Pursuant to Local Rules 5.8 and 26.2(c), Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Plaintiff Kove IO, Inc. ("Kove") respectfully requests the Court to enter an order to seal its Response to AWS's Motion to Compel Depositions and Other Discovery Based on Kove's Production of New Information (Dkt. 793) and Exhibits A–I to the Declaration of Jennifer Estremera In Support of Kove's Response to AWS's Motion to Compel Depositions and Other Discovery Based on Kove's Production of New Information. In support thereof, Kove states as follows:

1.  On July 10, 2019, the Court entered the parties' agreed Protective Order (Dkt. 55). Pursuant to the terms of the Protective Order, Kove has designated information discussing

confidential financial and technical information, the disclosure of which is likely to significantly harm Kove's competitive position.

2. Kove has provided narrowly tailored redactions that specifically target information that is either designated as Highly Confidential pursuant to this Court's Protective Order, or otherwise discusses or relates to information designated as Confidential or Highly Confidential pursuant to this Court's Protective Order. Specifically, Kove's limited redactions to Kove's Response to AWS's Motion to Compel Depositions and Other Discovery Based on Kove's Production of New Information and Exhibits E and G protect its confidential information while still providing the public with information relating to the proceeding. Public disclosure of the information within any of the categories listed above would cause Kove competitive harm.

3. Kove further requests the Court to enter an order to seal in entirety Exhibits A, C, and H to the Declaration of Jennifer Estremera In Support of Kove IO, Inc.'s Response to AWS's Motion to Compel Depositions and Other Discovery Based on Kove's Production of New Information (Dkt. 793-1), which contains proprietary information that Kove has designated as Highly Confidential under the Protective Order.

4. AWS did not provide any redactions to Kove's Response to AWS's Motion to Compel Depositions and Other Discovery Based on Kove's Production of New Information and Exhibits A–I to the Declaration of Jennifer Estremera In Support of Kove's Response to AWS's Motion to Compel Depositions and Other Discovery Based on Kove's Production of New Information.

5. Pursuant to the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Kove files this motion and supporting declaration of Gina Cremona on behalf of Kove, along with redacted versions of Kove's Response to AWS's Motion to Compel Depositions and Other

Discovery Based on Kove's Production of New Information and Exhibits, within four business days of March 4, 2024.

For the foregoing reasons, Kove respectfully requests that the Court enter an order permitting Kove's Response to AWS's Motion to Compel Depositions and Other Discovery Based on Kove's Production of New Information (Dkt. 793), and corresponding Exhibits to be filed under seal and/or redacted form.

Dated: March 8, 2024        Respectfully submitted,

/s/ *Courtland L. Reichman*

| | |
|---|---|
| Khue V. Hoang (*pro hac vice*) <br> khoang@reichmanjorgensen.com <br> Jaime F. Cardenas-Navia (*pro hac vice*) <br> jcardenas-navia@reichmanjorgensen.com <br> REICHMAN JORGENSEN LEHMAN & FELDBERG LLP <br> 400 Madison Avenue, Suite 14D <br> New York, NY 10017 <br> Telephone: (212) 381-1965 <br> Facsimile: (650) 560-3501 | Renato Mariotti (State Bar No. 6323198) <br> renatto.mariotti@bclplaw.com <br> Holly H. Campbell (State Bar No. 6320395) <br> holly.campbell@bclplaw.com <br> BRYAN CAVE LEIGHTON PAISNER LLP <br> 161 North Clark Street, Suite 4300 <br> Chicago, IL 60601 <br> Telephone: (312) 602-5000 |
| Christine E. Lehman (*pro hac vice*) <br> clehman@reichmanjorgensen.com <br> Adam Adler (*pro hac vice*) <br> aadler@reichmanjorgensen.com <br> Philip Eklem (*pro hac vice*) <br> peklem@reichmanjorgensen.com <br> REICHMAN JORGENSEN LEHMAN & FELDBERG LLP <br> 1909 K Street, NW, Suite 800 <br> Washington, DC 20006 <br> Telephone: (202) 894-7310 <br> Facsimile: (650) 560-3501 | Courtland L. Reichman (*pro hac vice*) <br> creichman@reichmanjorgensen.com <br> Shawna L. Ballard (*pro hac vice*) <br> sballard@reichmanjorgensen.com <br> Jennifer P. Estremera (*pro hac vice*) <br> jestremera@reichmanjorgensen.com <br> Gina H. Cremona (*pro hac vice*) <br> gcremona@reichmanjorgensen.com <br> Navid Bayar (*pro hac vice*) <br> nbayar@reichmanjorgensen.com <br> Savannah Carnes (*pro hac vice*) <br> scarnes@reichmanjorgensen.com <br> REICHMAN JORGENSEN LEHMAN & FELDBERG LLP <br> 100 Marine Parkway, Suite 300 <br> Redwood Shores, CA 94065 <br> Telephone: (650) 623-1401 <br> Facsimile: (650) 560-3501 |
| Amy Ruhland (*pro hac vice*) <br> aruhland@reichmanjorgensen.com <br> REICHMAN JORGENSEN LEHMAN & FELDBERG LLP <br> 901 S. Mopac Expressway, Building 1, Suite 300 <br> Austin, TX 78746 <br> Telephone: (650) 623-1401 <br> Facsimile: (650) 560-3501 | ***ATTORNEYS FOR PLAINTIFF KOVE IO, INC.*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of March, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Courtland L. Reichman*
Courtland L. Reichman