IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

### DECLARATION OF GINA CREMONA IN SUPPORT OF PLANTIFF KOVE IO, INC.'S REDACTIONS TO KOVE'S RESPONSE TO AWS'S MOTION TO COMPEL DEPOSITIONS AND OTHER DISCOVERY BASED ON KOVE'S PRODUCTION OF NEW INFORMATION

I, Gina Cremona, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the State of California, and I have been admitted to appear in this case *pro hac vice*. Unless otherwise stated, I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's redactions of Kove's confidential information in its Response to AWS's Motion to Compel Depositions and Other Discovery Based on Kove's Production of New Information (Dkt. 793, "Kove's Response") and associated exhibits.

3.  Kove's Response contains Kove confidential information. Kove has prepared a redacted version. The redactions are narrowly tailored to specifically target information that is either designated as Highly Confidential pursuant to this Court's Protective Order, or otherwise discusses or relates to information designated as Confidential or Highly Confidential pursuant to this Court's Protective Order. The redacted information generally includes information relating to Kove confidential third-party agreements, the disclosure of which could cause Kove competitive harm.

4.  Kove partially redacts Exhibits E and G pursuant to the parties' agreed Protective Order (Dkt. 55). The redactions are narrowly tailored to specifically target information that is either designated as Highly Confidential pursuant to this Court's Protective Order, or otherwise discusses or relates to information designated as Confidential or Highly Confidential pursuant to this Court's Protective Order. The redacted information generally includes information relating to Kove confidential third-party agreements and Kove confidential technical information, including source code, the disclosure of which could cause Kove competitive harm.

5.  Exhibits A, C, and H should be sealed in their entirety. These exhibits contain detailed information regarding Kove's confidential investments and third-party agreements, the disclosure of which could be used by competitors and investors to gain competitive advantage and undue insight into Kove's internal business practices and cause Kove competitive harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 8, 2024          /s/ *Gina H. Cremona*
                                    Gina H. Cremona