IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**DECLARATION OF JENNIFER ESTREMERA IN SUPPORT OF KOVE IO, INC.'S RESPONSE IN OPPOSITION TO AWS'S MOTION TO COMPEL DEPOSITIONS AND OTHER DISCOVERY BASED ON KOVE'S PRODUCTION OF NEW INFORMATION**

I, Jennifer Estremera, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. This Declaration is submitted in support of Kove's Response in Opposition to AWS's Motion to Compel Depositions and Other Discovery Based On Kove's Production of New Information. I am admitted to the bar in the State of California, and I have been admitted to appear in this case pro hac vice. Unless otherwise stated, I have personal knowledge of the matters set forth herein based on both my personal experience and my review of the file for this matter. If called upon to testify, I could and would testify competently thereto.

2. Exhibit A is a true and correct copy of an Asset Purchase Agreement between Kove IO, Inc. and Arctide, LLC dated June 5, 2018 bearing bates numbers KOV_00009978-KOV_00009989.

3. Attached as Exhibit B is a true and correct copy of a November 23, 2019 e-mail pursuant to which Kove produced production volume 4 to AWS, included within this November 23, 2019 production was the Asset Purchase Agreement bearing bates numbers KOV_00009978-KOV_00009989.

4. Exhibit C is a true and correct copy of the Arctide LLC Limited Liability Company Agreement bearing bates numbers KOV_00061348-KOV_00061382.

5. Exhibit D is a true and correct copy of a January 22, 2021 e-mail pursuant to which Kove produced production volume 16 to AWS, included within this January 22, 2021 production was the Arctide LLC Limited Liability Company Agreement bearing bates numbers KOV_00061348-KOV_00061382.

6. Exhibit E is a true and correct copy of Kove's Fifth Amended Responses to AWS's Second Set of Interrogatories (Nos. 10, 13), served on February 25, 2022.

7. Exhibit F is a true and correct copy of Kove's Third Amended Responses to AWS's Third Set of Interrogatories (Nos. 15-16), served on May 5, 2023.

8. Exhibit G is a true and correct copy of Kove's Responses and Objections to AWS's Sixth Set of Interrogatories (Nos. 22-25), served on July 15, 2021.

9. Exhibit H is a true and correct copy of excerpts of the deposition of John Overton, Ph.D., taken on February 27, 2024.

10. Exhibit I is a true and correct copy of a letter from R. William Sigler to Gina H. Cremona, dated September 22, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 4, 2024                         /s/ Jennifer P. Estremera
                                                   Jennifer P. Estremera