# Exhibit B

| | |
|---|---|
| **From:** | Michael Marvin |
| **To:** | Unikowsky, Adam G.; Mascherin, Terri L.; lschoedel@jenner.com; dgarcia@jenner.com; Werner, Michael T.; FMcDowell@jenner.com; Babbitt, Michael |
| **Cc:** | "Mariotti, Renato"; mparks@thompsoncoburn.com; "Campbell, Holly H."; RJ_Kove_AWS |
| **Subject:** | Kove v. Amazon - Production Volume 4 |
| **Date:** | Saturday, November 23, 2019 2:25:18 PM |

Counsel,

Kove's production volume four can be accessed here: https://harbor-west.mediashuttle.com/download.jsp?id=891a9001-e9b9-444a-a138-9bc661b6b44f

Please note that this production includes documents designated "Highly Confidential" or "Confidential" under the Protective Order.

The password to the production will be sent separately.

Regards,
Michael

Michael Walton Marvin
Reichman Jorgensen LLP