# Exhibit D

| | |
|---|---|
| **From:** | Michael Marvin |
| **To:** | "adam.allgood@fischllp.com"; "alan.fisch@fischllp.com"; "Elizabeth Bernard"; "jeffrey.saltman@fischllp.com"; "Bill Sigler"; "Kove Team" |
| **Cc:** | RJ_Kove_AWS; mparks@thompsoncoburn.com; rmariotti@thompsoncoburn.com |
| **Subject:** | Kove IO, Inc. v. AWS, Inc. (N.D. Ill. 18-cv-8175) |
| **Date:** | Friday, January 22, 2021 5:33:01 PM |

Counsel:

Kove's production volume 16 can be accessed here: https://harbor-west.mediashuttle.com/download.jsp?id=cb6fa13b-b3ec-45be-ae98-deeb8e829540

Please note that this production contains documents designated "Highly Confidential" or "Confidential" under the Protective Order. The password will be sent separately.

Regards,
Michael

Michael W. Marvin
Reichman Jorgensen LLP
750 Third Avenue
Suite 2400
New York, NY 10017
Direct: (310) 600-0834
mmarvin@reichmanjorgensen.com