# Exhibit E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Amazon Web Services, Inc.,<br><br>Defendant. | Civil Action No. 1:18-cv-08175 |

**KOVE'S FIFTH AMENDED RESPONSE TO AWS'S SECOND SET OF INTERROGATORIES (NOS. 10, 13)**

Plaintiff Kove IO, Inc. ("Plaintiff" or "Kove"), by and through their undersigned counsel, Federal Rules of Civil Procedure 26 and 33, the Northern District of Illinois Local Rules ("Local Rules"), and any applicable procedures, laws, or Court orders, hereby serves the following Fifth Amended Response to AWS's Second Set of Interrogatories (Nos. 10, 13) of Amazon Web Services, Inc. ("Defendant" or "AWS").

**PRELIMINARY STATEMENT**

1. Kove incorporates by reference each general objection in its First Amended Responses to AWS's First Set of Interrogatories (Nos. 2-5) into each specific response. The specific response may repeat a general objection for emphasis or any other reason and/or may also include one or more specific objections(s). The failure to include any general objection in any specific response shall not be interpreted as a waiver of any general objection to that response.

2. Kove's responses to AWS's Interrogatories are made to the best of Kove's present knowledge, information, and belief. Kove reserves the right to supplement or amend these responses should future investigation indicate that such supplementation or amendment is

necessary. Kove reserves the right to make any use of, introduce at any hearing or at trial, information or documents that are responsive to Kove's interrogatories, but discovered subsequent to Kove's service of these responses, including, but not limited to, any information or documents obtained in discovery herein.

**AMENDED RESPONSE TO INTERROGATORIES**

**INTERROGATORY NO. 10:**

Provide a chart identifying specifically where each element of each Asserted Claim of the Asserted Patents is found within each Kove Embodiment, including pinpoint citations to the portions of any source code that identify specifically each element and all supporting evidence and documents.

**SECOND AMENDED RESPONSE TO INTERROGATORY NO. 10:**

In addition to its general objections, Kove objects to Amazon's request for Kove to search, identify, and catalogue document productions, communications, or things as an improper request for work product and an overbroad and unduly burdensome request to, for example, marshal evidence to which Amazon or its counsel also has equal access. Kove further objects to this Interrogatory as being compound and containing multiple subparts.

Kove further objects to this Interrogatory on the grounds that it is vague, unclear and ambiguous, unduly broad and burdensome, and disproportionate, including, without limitation, with respect to its use of the term "all supporting evidence and documents," "pinpoint citations," and "identify specifically each element." Kove also specifically objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, attorney work-product doctrine, or any other applicable privilege or exception.

Kove also objects to this Interrogatory as premature to the extent it seeks Kove's expert

opinions and/or disputed legal or factual contentions before the appropriate deadlines prescribed by the Federal Rules, Local Rules, and any applicable procedures, laws, or Court orders.

Kove objects to this Interrogatory to the extent that it seeks information or documents that are not relevant to any parties' claims or defenses in this litigation, and as being unduly broad, unduly burdensome, and disproportionate.

Subject to the foregoing general and specific objections, Kove responds as follows: Kove incorporates by reference Appendices A-C.

Kove may also rely on the testimony of witnesses, including of John Overton, Stephen Bailey, and Kove's experts.

Kove reserves the right to amend or supplement this response as discovery progresses.

**INTERROGATORY NO. 13:**

Identify all persons with any ownership interest related to the Asserted Patents or this lawsuit, including a detailed description of the nature, extent, and dates of the ownership interest. Your answer should include an identification of all documents and communications related to Your answer (by Bates range) and the persons most knowledgeable about Your answer.

**SECOND AMENDED RESPONSE TO INTERROGATORY NO. 13:**

In addition to its general objections, Kove objects to Amazon's request for Kove to search, identify, and catalogue document productions, communications, or things as an improper request for work product and an overbroad and unduly burdensome request to, for example, marshal evidence to which Amazon or its counsel also has equal access. Kove further objects to this Interrogatory as being compound and containing multiple subparts. Kove further objects to this Interrogatory on the grounds that it is vague, unclear and ambiguous, unduly broad and burdensome, and disproportionate, including, without limitation, with respect to its use of the term

"all persons with any ownership interest related to the Asserted Patents or this lawsuit," "a detailed description of the nature, extent, and dates of the ownership interest," and "all documents and communications related to Your answer." Kove also specifically objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, attorney work-product doctrine, or any other applicable privilege or exception.

Kove also objects to this Interrogatory as premature to the extent it seeks Kove's expert opinions and/or disputed legal or factual contentions before the appropriate deadlines prescribed by the Federal Rules, Local Rules, and any applicable procedures, laws, or Court orders. Kove objects to this Interrogatory to the extent that it seeks information or documents that are not relevant to any parties' claims or defenses in this litigation, and as being unduly broad, unduly burdensome, and disproportionate, including, without limitation "any ownership interest related to . . . this lawsuit."

Subject to the foregoing general and specific objections, Kove responds as follows:

Kove IO, Inc. is the owner of the Asserted Patents. On June 27, 2015, Kove IO, Inc. sold the Asserted Patents to Arctide, LLC, a company controlled by John Overton. *See* KOV_00009963. Then, on June 5, 2018, Arctide, LLC, sold back the Asserted Patents to Kove IO, Inc. *See* KOV_00009978. Kove IO, Inc. has held all ownership interest in the Asserted Patents since June 5, 2018.

In addition, pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, Kove identifies the documents beginning with the following Bates stamps: KOV_00000001; KOV_00000002; KOV_00000009; KOV_00000013; KOV_0000014; KOV_00000015; KOV_00000019; KOV_00000020; KOV_00000022; KOV_00000026; KOV_00000034; KOV_00000038; KOV_00000043; KOV_00000045; KOV_00000047; KOV_00000048; KOV_00000053;

KOV_00000068; KOV_00000070; KOV_00000072; KOV_00000074; KOV_00000078; KOV_0000086; KOV_00000093; KOV_00000094; KOV_00000098; KOV_00000104; KOV_00000106; KOV_00000110; KOV_00000116; KOV_00000122; KOV_00000124; KOV_00000131; KOV_00000137; KOV_00000151; KOV_00000152; KOV_00000154; KOV_00000155; KOV_00000164; KOV_00000166; KOV_00000170; KOV_00000203; KOV_00000213; KOV_00000215; KOV_00000216; KOV_00000219; KOV_00000224; KOV_00000226; KOV_00000228; KOV_00000230; KOV_00000232; KOV_00000243; KOV_00000247; KOV_00000251; KOV_00000256; KOV_00000258; KOV_00000260; KOV_00000261; KOV_00000268; KOV_00000272; KOV_00000277; KOV_00000279; KOV_00000286; KOV_00000287; KOV_00000295; KOV_00000297; KOV_00000301; KOV_00000302; KOV_00000514; KOV_00000547; KOV_00000697; KOV_00000796; KOV_00000811; KOV_00001552; KOV_00001672; KOV_00002863; KOV_00003762; KOV_00009947; KOV_00009956; KOV_00009963; KOV_00009978; and KOV_00061348.

John Overton is knowledgeable about Kove's answer.

Kove reserves the right to amend or supplement this response as discovery progresses.

Dated: February 25, 2022

Respectfully submitted,

*/s/ Jaime F. Cardenas-Navia*
Jaime F. Cardenas-Navia

Khue Hoang (*pro hac vice*)
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Telephone: (212) 381-1965
Telecopier: (650) 623-1449

Christine E. Lehman *(pro hac vice)*
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1710 Rhode Island Ave, NW, 12th Floor
Washington, DC 20036
Telephone: (202) 894-7311
Telecopier: (650) 623-1449

Renato Mariotti (State Bar No. 6323198)
rmariotti@thompsoncoburn.com
Holly H. Campbell (State Bar No. 6320395)
hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Telecopier: (312) 580-2201

Courtland L. Reichman (pro hac vice)
creichman@reichmanjorgensen.com
Shawna Ballard (Identification No. 155188)
sballard@reichmanjorgsensen.com
Kate M. Falkenstien (pro hac vice)
kfalkenstien@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

**ATTORNEYS FOR PLAINTIFF KOVE IO, INC.**

**VERIFICATION**

I verify that I have reviewed the above responses, which are true to the best of my knowledge, information, and belief. I verify that Kove IO, Inc. ("Kove") collected factual information in the above responses from documents in the possession, custody, and control of Kove, or from persons with personal knowledge of the subject matter of the responses, and with the assistance of counsel representing Kove. I am informed and believe that the matters stated therein are true and correct, and on that basis verify the response on behalf of Kove. To the extent Kove based the above responses on information collected from others, I verify not on personal knowledge, but on information and belief. I am authorized to make this verification for and on behalf of Kove. I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:
John Overton
2C1B28E2EFD5402...

By: John Overton
Date: February 25, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2022, Kove's Fifth Amended Response to AWS's Second Set of Interrogatories (Nos. 10, 13) was served on counsel of record via email.

*/s/ Jaime F. Cardenas-Navia*
Jaime F. Cardenas-Navia

# Exhibit E

---

Appendices A–C

pp. 10–47

Redacted In Full