IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.,<br><br>  *Plaintiff*,<br><br> v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>  *Defendant*. | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly |

_____

**DECLARATION OF JEFFREY M. SALTMAN IN SUPPORT OF ITS
MOTION FOR LEAVE TO FILE ITS MOTIONS IN LIMINE
AND CERTAIN MATERIALS IN SUPPORT UNDER SEAL**
_____

I, Jeffrey M. Saltman, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's motion for leave to file its Motions *in Limine* (Dkt. 806, "AWS's Motion") and certain of the exhibits filed in support under seal.

2. R. William Sigler's Declaration in Support and Exhibits 1-2, 5, and 10 don't contain AWS's confidential information. AWS will file them on the public docket.

3. AWS has partially redacted AWS's Motion and Exhibits 3-4 and 6-9.[1] The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information is AWS's financial information, its internal policies and practices, employee compensation, and AWS witness testimony relating to these categories of information. Public disclosure of this information would cause AWS competitive harm since it could be used by competitors to gain competitive advantage and undue insight into AWS's internal business practices.

4. Financial information, information regarding employee compensation, and witness testimony about these categories is confidential to AWS. This information could be used by competitors and investors to gain competitive advantage and undue insight into AWS's internal business practices. Information within this category has been redacted from AWS's Motion and Exhibit 7.

5. AWS has also partially redacted AWS witness testimony relating to AWS's internal policies and practices. AWS doesn't publicly disclose this information. Public disclosure of this information would cause AWS competitive harm since it could be used by competitors to gain competitive advantage and undue insight into AWS's internal business practices. Information within this category has been redacted from Exhibits 3-4 and 8-9.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2024.

*/s/ Jeffrey M. Saltman*
Jeffrey M. Saltman

---

[1] AWS has redacted its outside counsel's confidential conference call access information from Exhibit 6.