IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**DECLARATION OF GINA CREMONA IN SUPPORT OF PLANTIFF KOVE IO, INC.'S REDACTIONS TO AMAZON'S MOTIONS IN *LIMINE***

I, Gina Cremona, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the State of California, and I have been admitted to appear in this case *pro hac vice*. Unless otherwise stated, I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's redactions of Kove's confidential information in Amazon's Motions in *Limine* (Dkt. 806, "AWS's MILs") and associated exhibits.

3. AWS's MILs contain Kove confidential information. Kove has prepared a redacted version. The redactions are narrowly tailored to specifically target information that is either

designated as Highly Confidential pursuant to this Court's Protective Order, or otherwise discusses or relates to information designated as Confidential or Highly Confidential pursuant to this Court's Protective Order. The redacted information generally includes information relating to Kove confidential third-party agreements, the disclosure of which could cause Kove competitive harm.

4. R. Sigler Declaration ISO AWS's MILs as well as Exhibits 1-10 do not contain Kove's confidential information. To the extent that they contain AWS confidential information, AWS will prepare public versions of these documents. Kove agrees they can be filed on the public docket.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 13, 2024            /s/ *Gina H. Cremona*
                                       Gina H. Cremona