# Exhibit 3

███████████████████████

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

_____

KOVE IO, INC.,                              )
                                            )
  Plaintiff,                                )
                                            )
        vs.                                 )No. 1:18-cv-08175
                                            )
AMAZON WEB SERVICES, INC.,                  )
                                            )
  Defendant.                                )
_____)

HIGHLY CONFIDENTIAL

Deposition Upon Oral Examination Of

ANDREW JASSY

2:20 p.m.

May 1, 2023

2121 Seventh Avenue

Seattle, Washington


REPORTED BY:  Yvonne A. Gillette, RPR, CCR No. 2129.

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

1  ████████████████████████████████████
2  ██████████
3  ████████████████████████████████
4  ████████████████████████████████████
5  ████████████████████████████████████
6  ████████████████████████████
7  ████████████████████████████████
8  ██████████████████████
9   Q      And do you think you accomplished those
10  goals by treating internal customers the same way as
11  you would external customers?
12  A       ████████████████████████████
13  ████████████████████████████████████
14  ████████████████████████████████████
15  ██████████
16  Q      I'm going to mark Exhibit 3.  It is a
17  document bearing Bates number 487544.  This is really
18  just a bit of bookkeeping.  I just want to confirm
19  that this is the document that you ██████████████
20  ██████████████ that we discussed earlier.
21         (Exhibit 3 marked for identification.)
22  A       ████████████████

1        MR. ADLER: Okay. And with that, let's go

2  off the record. I'm going to take a short break,

3  gather my thoughts, and then we'll close it out.

4        THE VIDEOGRAPHER: Okay. Off the record at

5  3:10 p.m.

6        (Recess taken.)

7        THE VIDEOGRAPHER: Back on the record at

8  3:14 p.m.

9  Q     Mr. Jassy, is it wrong to steal?

10  A     [REDACTED]

11  Q     Is it wrong to steal?

12  A     [REDACTED]

13  Q     Yes.

14  A     [REDACTED]

15  Q     That wasn't my question. Is it wrong to

16  steal?

17        MR. SIGLER: Objection. Asked and answered.

18  A     [REDACTED]

19  [REDACTED]

20  Q     My question wasn't whether you're allowed to

21  steal. My question was not whether it's illegal to

22  steal. My question was, is it wrong to steal?

```
1              MR. SIGLER:  Objection.  Asked and answered.
2    Vague.
3      A      ████████████████████████
4      Q      Is it wrong to steal intellectual property?
5              MR. SIGLER:  Objection.  Vague.
6      A      ██████████████████████████████████████
7    ██████████████████████
8      Q      Is it wrong to use someone's invention
9    without permission?
10             MR. SIGLER:  Objection.  Vague.
11     A      ██████████████████████████████████████
12   ██████████████████████████████████████
13   ████████████████████
14     Q      Why?
15     A      ██████████████████████████████████████
16   ██████████████████████████████████████
17   ████████████
18     Q      Is that the only reason why it's wrong to
19   use someone's invention without permission?
20             MR. SIGLER:  Objection.  Asked and answered.
21     Q      These aren't supposed to be hard "got you"
22   questions.
```

Page 49

```
 1    A       ████████████████████████████████
 2    ████████████████
 3    Q       You understand that intellectual property is
 4    important, right?
 5            MR. SIGLER:  Objection.  Vague.
 6    A       ████████████████████████████████
 7    ████████████████████████████████████████
 8    ████████████
 9    Q       Do you think it's important for big
10    companies like Amazon and AWS to take steps to avoid
11    infringing patents?
12            MR. SIGLER:  Objection.  Compound.  Vague.
13    A       ████████████████████████████████
14    ████████████████████████████████████████
15    ████████████████
16    Q       Is infringing a patent a business decision?
17            MR. SIGLER:  Objection.  Vague.
18    A       ████████████████████████████
19    Q       If you infringe a patent and then pay and
20    provide appropriate compensation, would you say that
21    you have done everything you're supposed to do?
22            MR. SIGLER:  Objection.  Vague.  Calls for
```

```
 1   speculation.
 2   A       ███████████████████████████████
 3   █████████████████████
 4   Q       Sure, but we can talk about hypotheticals,
 5   right?
 6           MR. SIGLER:  Objection.  Is that a question?
 7   Q       If -- if you found out that AWS infringed a
 8   patent, would you want AWS to take steps to make it
 9   right?
10           MR. SIGLER:  Objection.  Calls for
11   speculation.  Lack of foundation.
12   A       ████████████████████████████████████
13   Q       That wasn't my question.  If you found out
14   that AWS infringed a patent, would you want AWS to
15   take steps to make it right?
16           MR. SIGLER:  Objection.  Asked and answered.
17   Calls for speculation.
18   A       ██████████████████████████████████████
19   █████████████████████████
20   Q       Are you saying that AWS has never infringed
21   a patent?
22   A       ████████████████████████████
```

```
 1            C E R T I F I C A T E
 2   State of Washington    )
 3                          ) ss.
 4   County of King         )
 5            I, the undersigned Registered Professional
     Reporter and Washington Certified Court Reporter, hereby
 6   certify that the foregoing deposition upon Oral examination
     of ANDREW JASSY was taken before me on May 1, 2023 and
 7   transcribed under my direction;
              That the witness was duly sworn by me pursuant to
 8   RCW 5.28.010 to testify truthfully; that the transcript of
     the deposition is a full, true, and correct transcript to
 9   the best of my ability; that I am neither attorney for, nor
     a relative or employee of, any of the parties to the action
10   or any attorney or counsel employed by the parties hereto,
     nor financially interested in its outcome.
11            I further certify that in accordance with CR
     30(e), the witness was given the opportunity to examine,
12   read, and sign the deposition, within 30 days, upon its
     completion and submission, unless waiver of signature was
13   indicated in the record.
              IN WITNESS WHEREOF, I have hereunto set my hand
14   and seal this date, May 8, 2023:
15
16
17
18   /S/Yvonne A. Gillette
19   _____
     Yvonne A. Gillette
20   Washington Certified Court Reporter
     License No. 2129
21
22
```