# Exhibit 4

████████████████

1   UNITED STATES DISTRICT COURT
2   FOR THE NORTHERN DISTRICT OF ILLINOIS
3   ---oOo---
4
5   KOVE IO, INC.,              )
                                )
6             Plaintiff,        )
                                )
7   vs.                         )  No. 1:18-cv-08175
                                )
8   AMAZON WEB SERVICES, INC.,  )
                                )
9             Defendant.        )
   _____)
10
11
12          H I G H L Y   C O N F I D E N T I A L
13
14       VIDEOTAPED DEPOSITION OF ALYSSA HENRY
15             REDWOOD SHORES, CALIFORNIA
16             TUESDAY, FEBRUARY 21, 2023
17
18
19
20
    STENOGRAPHICALLY REPORTED BY:
21
    ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22
    CSR LICENSE NO. 9830
23
    JOB NO. 222653
24
25

```
1   infringement case; right?
2       A   Yes.
3       Q   Do you have any patents?
4       A   I believe so.
5       Q   Have you read them?
6       A   I would have, yes.
7       Q   Do you know what they are as you sit here
8   today?
9       A   I do not.
10      Q   How many patents do you have?
11      A   I don't know.
12      Q   More than five?
13      A   I don't know.
14      Q   Were all -- all of your patents made in
15  connection with your work at Amazon.com                    1
16      A   No.
17      Q   Or at AWS?
18      A   No.
19      Q   Are any of the patents associated with your
20  work at Square?
21      A   I don't know.
22      Q   Are there any patents that you can think of
23  that do not arise from your work at AWS?
24      A   Yes.
25      Q   In what capacity -- or what was the context
```

```
 1   in which you obtained that patent?
 2     A    Microsoft.
 3     Q    Do you own any of those patents?
 4     A    I'm not sure what that means.
 5     Q    It means, are you listed as an inventor on
 6   the patent, or -- or is the patent assigned to you?
 7     A    I don't know.
 8     Q    Are you the owner of the patent?
 9     A    I don't know.
10     Q    What would you do if someone was infringing
11   one of your patents?
12     A    I don't know.
13     Q    Would you be okay with that infringement?
14          MR. SALTMAN:  Objection; calls for
15   speculation.
16          THE WITNESS:  I don't know.
17          MR. ADLER:  ███████████████
18     A    ███████
19     Q    ██████████████████████
20     A    ██████████
21     Q    Okay.  Would you agree that it would not be
22   okay for a big company to use a small company's
23   patents without permission?
24          MR. SALTMAN:  Objection; calls for
25   speculation.
```

```
1            THE WITNESS:  I don't know.
2            MR. ADLER:  Q.  ███████████████████
3    ████████████████████████████████████
4       A    ████████████████
5       Q    ████████████████████████████████
6    ████████████████████████
7            MR. SALTMAN:  Objection; asked and answered.
8            THE WITNESS:  I don't know.
9            MR. ADLER:  Q.  Why not?
10      A    ████████████████████
11      Q    So when you were at AWS, did you take steps
12   to avoid infringing others' patents?
13           MR. SALTMAN:  I just want to caution the
14   witness to the extent that that involves any
15   discussion with counsel internal to AWS or external
16   counsel, to not reveal the substance of those
17   discussions.
18           Otherwise, you can answer the question.
19           THE WITNESS:  ████████████████████████
20   ████████████████████████████████████████
21   ████████████████████
22           MR. ADLER:  Q.  ████████████████████
23   ████████████████████████████████
24      A    ████████████████████████████████████
25   ████████████
```

```
 1      Q    Did you ever investigate whether any of the
 2   work that you were doing at AWS or in connection with
 3   S3 would infringe on someone's patents?
 4      A    [REDACTED]
 5      Q    [REDACTED]
 6      A    [REDACTED]
 7      Q    [REDACTED]
 8   [REDACTED]
 9      A    [REDACTED]
10   [REDACTED]
11      Q    That wasn't my question.
12   [REDACTED]
13   [REDACTED]
14   [REDACTED]
15      A    [REDACTED]
16   [REDACTED]
17   [REDACTED]
18      Q    [REDACTED]
19   [REDACTED]
20      A    [REDACTED]
21           MR. SALTMAN:  Again, caution the witness --
22           THE WITNESS:  [REDACTED]
23           MR. ADLER:  Q.  Did you or the S3 team, to
24   your knowledge, ever design around a patent?
25      A    [REDACTED]
```

```
1    Q    When you were involved with the acquisitions
2   that we discussed, did you ever consider acquiring a
3   company for their patents?
4    A    ████████████████
5    Q    Do you think it's wrong to steal?
6         MR. SALTMAN:  Objection; calls for
7   speculation.
8         THE WITNESS:  ████
9         MR. ADLER:  Q.  Do you think it's wrong to
10  steal intellectual property?
11   A    ████████████
12   Q    ██████
13   A    ██████████████████████████████████
14  ████████████████████████████████████████████
15  ████████████████████████████
16   Q    Do you know what intellectual property is?
17   A    I couldn't define it for you.
18   Q    Do you know what it means to have an
19  invention?
20   A    In what?
21        MR. SALTMAN:  Object --
22        THE WITNESS:  Like --
23        MR. ADLER:  Q.  Do you know what it means to
24  invent something?
25        MR. SALTMAN:  Objection; calls for a legal
```

```
 1   conclusion.
 2           THE WITNESS:  Well, that's why I'm -- like, I
 3   don't -- I -- I have no idea what it means to legally
 4   invent something.
 5           MR. ADLER:  Q.  So you were a high-level
 6   manager at AWS; right?
 7      A    Kind of.
 8      Q    And AWS is at the forefront of offering
 9   technology for people to use that powers the Internet;
10   right?
11           MR. SALTMAN:  Objection; vague.
12           THE WITNESS:  Yeah, I don't know.
13           MR. ADLER:  Q.  ████████████████████████████
14   ████████████████████████████████████
15   ██████████████████████████████████████
16   ██████████████████████████████████████
17   █████████████████████████████████████
18   ███████████████
19           MR. SALTMAN:  Objection --
20           THE WITNESS:  I don't know.
21           MR. SALTMAN:  -- mischaracterizes prior
22   testimony.
23           MR. ADLER:  Q.  Would it trouble you to learn
24   that AWS infringed a patent?
25           MR. SALTMAN:  Objection; vague.
```

Page 331

CERTIFICATE OF STENOGRAPHIC REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: February 28, 2023

_____
ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830