# Exhibit 5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

_____

KOVE IO, INC.,            )
                           )
        Plaintiff,     )
                           )
v.                        )    No. 1:18-cv-08175
                           )
AMAZON WEB SERVICES, INC.,)
                           )
        Defendant.     )
_____)     VOLUME I

HIGHLY CONFIDENTIAL

Video-recorded deposition of JOHN OVERTON,
PH.D., taken at 161 North Clark Street,
Chicago, Illinois, before Donna M. Kazaitis,
IL-CSR, RPR, CRR, commencing at the hour of
8:11 a.m. on Tuesday, May 16, 2023.

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 343

1        Q.   He says:  "No, the article isn't about

2    Kove; it's about what startups call strip mining."

3    Do you see that?

4        A.   I do.

5        Q.   And then he includes a quote from the

6    article that says:  "Software startups have a

7    phrase for what Amazon is doing to them:  Strip

8    mining them of their innovations."  Do you see

9    that?

10       A.   I do.

11       Q.   Then he goes on to say:  "It's about

12   AWS clobbering companies that build their

13   innovations around AWS."  Do you see that, sir?

14       A.   I do.

15       Q.   Did Kove build any of its innovations

16   around AWS?

17       A.   No.

18       Q.   Mr. Poling goes on to say:  "IMO it

19   shows a pattern of behavior."  Do you see that?

20       A.   Yes.

21       Q.   Do you agree with Mr. Poling's view?

22       A.   I don't think I have an opinion about

Page 344

1   this one way or the other.

2          Q.   You don't have an opinion one way or

3   the other about Amazon's dealings with startups?

4                MR. CARDENAS-NAVIA:  Objection, asked

5   and answered.

6                THE WITNESS:  I mean I don't, I think

7   companies make their own decisions about how they

8   behave and you do business.  I don't really have

9   an opinion about Amazon one way or the other.

10  BY MR. SIGLER:

11         Q.   When you had your dealings with AWS in

12  2017 and 2018, did you feel that they were

13  professional with you?

14         A.   Some were, some weren't.

15         Q.   Did you feel that Amazon Web Services

16  treated you ethically?

17         A.   Some were, some of the individuals

18  did, some of the individuals didn't.

19         Q.   Which individuals didn't?

20         A.   I don't recall.  I just remember some

21  of the people were really fine and some of the

22  people were kind of harassing.

Page 345

1      Q.    What do you mean by "harassing"?

2      A.    Pushy, you know, arrogant.

3      Q.    Do you believe Amazon is an arrogant

4 company?

5      A.    I don't have an opinion about them as

6 a company. I focus on individuals I work with.

7            (Deposition Exhibit 45 was marked

8              for identification.)

9 BY MR. SIGLER:

10     Q.    I'm passing you Exhibit 45. (Document

11 tendered to the witness.)

12            Do you have Exhibit 45 in front of

13 you, sir?

14     A.    I do.

15     Q.    There's a heading, well, not a

16 heading. There's a logo here at the top that says

17 "Aim for the Climate." Do you see that?

18     A.    Yes, I do.

19     Q.    What is that?

20     A.    It's a conference I was at last week.

21     Q.    And on this document it says "Grand

22 Challenge Winner." Do you see that?

Page 346

1          A.    I do.

2          Q.    What's a grand challenge?

3          A.    I am the vice chair of an organization

4    called Enterprise Neuro System.  And the USDA and

5    a number of other organizations have engaged or

6    are in the process of engaging that organization.

7                The USDA just held a conference

8    where they had delegates from a number of

9    countries come into the U.S. to discuss using AI

10   and machine learning for benefit of agriculture,

11   and they ask us to partner with them to create a

12   grand challenge competition which we hosted.

13               We had a number of folks compete

14   from around the world for this.  And then we

15   released -- we had a series of judges and we did a

16   blind vote to see who would win the innovation

17   award, or the grand prize, or the grand challenge

18   winner.  And this I believe is a copy of what was

19   projected onto the screen when we announced the

20   grand challenge winner.  Or it might be a copy of

21   the certificate that was awarded to the winners.

22         Q.    And it identifies a grand prize?

Page 413

1   STATE OF ILLINOIS )

2   COUNTY OF C O O K )

3        I, Donna M. Kazaitis, CRR, RPR, IL-CSR

4   No. 084-003145, do hereby certify:

5        That the foregoing deposition of JOHN

6   OVERTON, PH.D. was taken before me at the time and

7   place therein set forth, at which time the witness

8   was put under oath by me;

9        That the testimony of the witness and all

10  objections made at the time of the examination

11  were recorded stenographically by me, were

12  thereafter transcribed under my direction and

13  supervision and that the foregoing is a true

14  record of same.

15       I further certify that I am neither counsel

16  for nor related to any party to said action, nor

17  in any way interested in the outcome thereof.

18       IN WITNESS WHEREOF, I have subscribed my name

19  this 26th day of May, 2023.

20       _____

21            DONNA M. KAZAITIS, IL-CSR, RPR, CRR

22            IL-CSR License No. 084-003145