# Exhibit 7

Page 228

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

----------------------------------X

KOVE IO, INC.,　　　　　　　　　　　　:

　　　　　　　　Plaintiff,　　:　Civil Action No.:

　v.　　　　　　　　　　　　　　:　1:18-cv-08175

AMAZON WEB SERVICES, INC.　　　　　:

　　　　　　　　Defendant.　　:

----------------------------------X


*** HIGHLY CONFIDENTIAL ***

Day II

Deposition of SWAMI SIVASUBRAMANIAN, PH.D., as the

corporate representative of Amazon Web Services,

Inc. and personally

Conducted Remotely

Thursday, May 11, 2023

9:03 a.m. PST


Reported by: Matthew Goldstein, RMR, CRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

1            THE VIDEOGRAPHER:  All right.  The time
2   is 9:03 a.m., Pacific time.  Today's date is
3   May 11th, 2023.  And we are back on the record.
4            THE COURT REPORTER:  And, sir, just a
5   reminder that you are still under oath from
6   yesterday.
7            THE WITNESS:  Yes.
8            THE COURT REPORTER:  Whenever you're
9   ready, Counsel.
10     EXAMINATION BY COUNSEL FOR THE PLAINTIFF
11  BY MR. ADLER:
12      Q.   All right.  Mr. Sivasubramanian, you
13  understand that you're still under oath?
14      A.   Yes.
15      Q.   And all the rules that I explained to
16  you at the beginning of yesterday's deposition
17  still apply.  Do you understand?
18      A.   Yes.
19      Q.   Will you endeavor to answer all of my
20  questions today to the best of your ability?
21      A.   Yes.
22      Q.   Will you endeavor to provide yes-or-no

1  answers to questions when possible, if those

2  questions call for yes-or-no answers?

3      A.  Yes, if they can be answered with a

4  "yes" or "no."

5      Q.  Are you being paid for your testimony

6  today?

7      A.  I don't understand.  Can you explain?  I

8  work at Amazon.  So can you clarify?

9      Q.  Yeah.  Are you being paid to testify

10 today at deposition?

11     A.  I work at Amazon.  I get the same

12 salary.  Nobody is paying me extra, if that's what

13 you're asking.  Can you clarify what you mean?

14     Q.  What is your salary from Amazon?

15     A.  It is ▇▇▇▇ as a base salary and some

16 stock amount.

17     Q.  And what is the -- I'm sorry, go ahead.

18     A.  ▇▇▇▇ per year.

19     Q.  And what is the stock-based compensation

20 that you receive each year?

21     A.  I don't have the exact number on the --

22 sorry.

1    Q.   Do you have an approximate number?

2         MR. SALTMAN:  Objection; scope.

3         THE WITNESS:  I don't have it on top of

4  my head, the exact number of stock amounts.

5  BY MR. ADLER:

6    Q.   Do you know if you receive more than ▮

7  shares a year?

8         MR. SALTMAN:  Objection; scope.

9         THE WITNESS:  I would think so.

10  BY MR. ADLER:

11    Q.   Do you know if you receive more than ▮

12  shares a year?

13        MR. SALTMAN:  Objection; scope.

14        THE WITNESS:  I would think so.

15  BY MR. ADLER:

16    Q.   Do you know if you receive more than

17  ▮  shares a year?

18        MR. SALTMAN:  Objection; scope.

19        THE WITNESS:  I am -- I'm trying to

20  actually remember.  I would say maybe.

21  BY MR. ADLER:

22    Q.   Do you have an estimate of the total

1　amount in dollar value of the amount of

2　stock-based compensation that you receive each

3　year?

4　　　　　MR. SALTMAN:  Objection; scope.

5　　　　　THE WITNESS:  It varies from year to

6　year.  Last year it should have been -- I mean,

7　obviously, it depends on what is the stock market

8　value, you know, and so forth, as you can imagine

9　with stock-based compensation.  So last year the

10　stock market, probably Amazon stock decreased by,

11　I don't know, 40 percent.  It could have been, I

12　don't know, close to ███████████, but I don't

13　have the exact number.

14　BY MR. ADLER:

15　　　Q.　And that was just for last year?

16　　　　　MR. SALTMAN:  Objection; scope.

17　　　　　THE WITNESS:  I think so.  But I don't

18　know the exact number.

19　BY MR. ADLER:

20　　　Q.　What is the total amount of Amazon stock

21　that you own?

22　　　　　MR. SALTMAN:  Objection; scope.

1  THE WITNESS: I don't recall.
2  BY MR. ADLER:
3      Q. Do you know if you own more than
4  ▮▮▮▮▮ worth of Amazon stock?
5      MR. SALTMAN: Objection; scope.
6      THE WITNESS: I might.
7  BY MR. ADLER:
8      Q. So you don't know whether you own more
9  than ▮▮▮▮▮?
10     MR. SALTMAN: Objection; scope and asked
11 and answered.
12     THE WITNESS: Again, I said I might
13 purely because I don't know the Amazon stock value
14 for me to answer it. And I haven't looked at what
15 is the total number of stocks. I haven't done the
16 multiplication to know.
17 BY MR. ADLER:
18     Q. So this is one of those questions that
19 demands a yes or a no or an I don't know.
20     Do you own more than ▮▮▮▮▮ worth of
21 Amazon stock?
22     A. I don't know right now.

1      Q.   Do you track the value of Amazon's stock
2   price?
3           MR. SALTMAN:  Objection; vague and
4   scope.
5   BY MR. ADLER:
6      Q.   I'm going to ask a better version of
7   that question.
8           Do you track the share price of Amazon
9   stock?
10          MR. SALTMAN:  Objection; scope, vague.
11          THE WITNESS:  I don't.  I don't track it
12  regularly.
13  BY MR. ADLER:
14     Q.   You're aware that Amazon has disclosed
15  this litigation as one that could materially
16  impact the value of its share price; correct?
17          MR. SALTMAN:  Objection; scope, lack of
18  foundation.
19          THE WITNESS:  I -- no, I don't know
20  where they disclosed, if any.
21  BY MR. ADLER:
22     Q.   You said you were unsure as to whether

Page 242

1  you own more than ▮▮▮▮ of Amazon stock.  Do
2  you know whether you own more than ▮▮▮▮ of
3  Amazon stock?
4           MR. SALTMAN:  Objection; scope.
5           THE WITNESS:  I'm trying to answer.
6  Yes, most likely I might.  But, again, I can't
7  answer definitely purely because I haven't done
8  the math, and you-all are wanting me to be
9  100 percent accurate.  And given the oath, I just
10 want to tell you the nuance I haven't done the
11 math.  So I'm trying to be honest and answer what
12 you're asking me.
13 BY MR. ADLER:
14     Q.  How many options do you have, stock
15 options for Amazon?
16          MR. SALTMAN:  Objection; scope.
17          THE WITNESS:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19 ▮▮▮▮▮▮▮▮
20 BY MR. ADLER:
21     Q.  And do you have any unvested stock
22 interest in Amazon?

1  STATE OF MARYLAND     )
2                        ss:
3  COUNTY OF MONTGOMERY  )
4
5         I, Matthew Goldstein, Notary Public within
6  and for the State of Maryland, do hereby certify:
7         That I reported the proceedings in the within
8  entitled matter, and that the within transcript is a
9  true record of said proceedings.
10        I further certify that I am not related to
11 any of the parties to the action by blood or marriage,
12 and that I am in no way interested in the outcome of
13 this matter.
14        IN WITNESS WHEREOF, I have hereunto set my
15 hand this 23rd day of May, 2023.
16
17
18
19
20
21        _____
           Matthew Goldstein, RPR
22