# Exhibit 9

1           CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2                   UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF ILLINOIS
3                        EASTERN DIVISION

4    KOVE, INC.,                       )
                                       )
5           Plaintiff,                 )
                                       )
6           vs.                        )   CASE NO.
                                       )   1:18-cv-08175
7    AMAZON WEB SERVICES, INC.,        )
                                       )
8           Defendant.                 )

9

10

11      REMOTE VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

12                       OF SCOTT HAYDEN

13

14                      APRIL 24, 2023
                          8:03 A.M.
15

16          (All participants appeared remotely)

17

18

19
             TAKEN AT THE INSTANCE OF THE PLAINTIFF
20

21

22

23

24   REPORTED BY:
     MONNA J. NICKESON, RPR, CRR, CCR, CSR CA 14430
25   JOB:   J9559085



|   |   |   |
|---|---|---|
| 1 | witness not to reveal any privileged | 05:45 |
| 2 | communication.  You can answer that question | 05:45 |
| 3 | yes or no. | 05:45 |
| 4 | THE WITNESS:  Yes. | 05:45 |
| 5 | MS. PHILLIPS:  Object to form. | 05:45 |
| 6 | BY MR. BAYAR: | 05:45 |
| 7 | Q.   And you conducted analysis to determine | 05:45 |
| 8 | that you don't infringe, correct? | 05:45 |
| 9 | MS. PHILLIPS:  I want to caution the witness | 05:45 |
| 10 | not to reveal any privileged communications. | 05:45 |
| 11 | And objection to form.  You can answer that | 05:45 |
| 12 | question yes or no. | 05:45 |
| 13 | THE WITNESS:  Yes. | 05:45 |
| 14 | BY MR. BAYAR: | 05:45 |
| 15 | Q.   And what's Amazon process for determining | 05:46 |
| 16 | whether it infringes on asserted patent? | 05:46 |
| 17 | MS. PHILLIPS:  Objection to form. | 05:46 |
| 18 | THE WITNESS:  Could you repeat the question, | 05:46 |
| 19 | please? | 05:46 |
| 20 | MR. BAYAR:  Court Reporter, can you please | 05:46 |
| 21 | repeat the question? | 05:46 |
| 22 | (THEREUPON, the requested portion of the | 05:46 |
| 23 | record was read by the Court Reporter.) | 05:46 |
| 24 | THE WITNESS:  Could you rephrase that in a | 05:46 |
| 25 | way that I can understand? | 05:46 |



```
 1   BY MR. BAYAR:                                              05:46
 2       Q.   Sure.                                             05:46
 3            MS. PHILLIPS:  I also think that might not        05:46
 4       have been the last question.                           05:46
 5   BY MR. BAYAR:                                              05:46
 6       Q.   What's Amazon's process for determining           05:46
 7   whether it infringes on an asserted patent?                05:46
 8            MS. PHILLIPS:  Objection to form.                 05:47
 9            THE WITNESS:  ███████████████████████             05:47
10   ████████████████████████████████████████████████           05:47
11   ████████████████████████████████████████████████           05:47
12   ████████████████████████████████████████████████           05:47
13   ████████████████████████████████████████████               05:47
14   BY MR. BAYAR:                                              05:47
15       Q.   Sir, I'm going to pull up a document that         05:48
16   I've marked Exhibit 27.  This is a trial transcript        05:48
17   of Vocalife, LLC, versus Amazon.com, Inc.  And it's a      05:48
18   transcript of the jury trial, specifically the             05:48
19   morning session, held on October 2nd, 2020.                05:48
20            (Exhibit 27 was marked.)                          05:48
21   BY MR. BAYAR:                                              05:48
22       Q.   Do you see that?                                  05:48
23       A.   I do.                                             05:48
24       Q.   And do you recall providing testimony in          05:48
25   this case?                                                 05:48
```



| | | |
|---|---|---|
| 1 | A. I was deposed for this case, yes. | 05:48 |
| 2 | Q. Are you aware, was that deposition under | 05:48 |
| 3 | oath? | 05:48 |
| 4 | A. It was. | 05:48 |
| 5 | Q. Are you aware that your testimony was | 05:49 |
| 6 | played at trial? | 05:49 |
| 7 | MS. PHILLIPS: Objection to form. And | 05:49 |
| 8 | outside the scope. | 05:49 |
| 9 | THE WITNESS: I am. | 05:49 |
| 10 | BY MR. BAYAR: | 05:49 |
| 11 | Q. And are you aware that this patent | 05:49 |
| 12 | infringement case resulted in a verdict against | 05:49 |
| 13 | Amazon? | 05:49 |
| 14 | MS. PHILLIPS: Objection to form. And | 05:49 |
| 15 | outside the scope. | 05:49 |
| 16 | THE WITNESS: I am. And subject to appeal, | 05:49 |
| 17 | it was overturned. | 05:49 |
| 18 | BY MR. BAYAR: | 05:49 |
| 19 | Q. What's the status of the case now? | 05:49 |
| 20 | MS. PHILLIPS: Objection to form. And | 05:49 |
| 21 | outside the scope. | 05:49 |
| 22 | THE WITNESS: I'm not sure what the -- | 05:49 |
| 23 | whether they appealed again. I'm not sure | 05:49 |
| 24 | of the current status. | 05:49 |
| 25 | BY MR. BAYAR: | 05:49 |



| | | |
|---|---|---|
| 1 | Q.  I'm directing your attention to page 74 of | 05:49 |
| 2 | the PDF, but it's page 355 of the transcript. | 05:49 |
| 3 | Do you see the bottom of the page that | 05:50 |
| 4 | says: | 05:50 |
| 5 | Scott Hayden, plaintiff's witness, | 05:50 |
| 6 | presented by video deposition? | 05:50 |
| 7 | A.  I do. | 05:50 |
| 8 | Q.  And I'm going to direct your attention to | 05:50 |
| 9 | page 358 of the transcript, page 77 of the PDF of the | 05:50 |
| 10 | exhibit, and specifically line 10. | 05:50 |
| 11 | I'm going to read this question into the | 05:50 |
| 12 | record.  And could you -- quote: | 05:50 |
| 13 | And could you explain a little more | 05:50 |
| 14 | specifically how Amazon would determine what the | 05:50 |
| 15 | value of a particular patent is to what Amazon wants | 05:50 |
| 16 | to do, end quote. | 05:50 |
| 17 | Do you see that, sir? | 05:50 |
| 18 | A.  I do. | 05:50 |
| 19 | Q.  And can you please read your answer into | 05:50 |
| 20 | the record? | 05:50 |
| 21 | MS. PHILLIPS:  Objection to the form.  And | 05:50 |
| 22 | to the extent it's outside the scope. | 05:50 |
| 23 | THE WITNESS:  If the -- their patent is | 05:51 |
| 24 | valid, enforceable, and -- we would look at | 05:51 |
| 25 | the claims that determine the actual | 05:51 |



1           coverage and the relevance of the patent to     05:51
2           what we are doing.  If it is something that     05:51
3           is a small piece that doesn't make any          05:51
4           difference, we could use that or an             05:51
5           alternative, then, obviously, it's going to    05:51
6           be worth a lot less.                            05:51
7               If it is on something that is the --       05:51
8           essential piece of that, then it could be      05:51
9           worth more.  But all those things still get    05:51
10          to the point of being reasonable from the      05:51
11          standpoint.                                     05:51
12              There are people in the past --             05:51
13          (The Court Reporter requested                   05:51
14          clarification.)                                 05:51
15          THE WITNESS:  We've had people in the past     05:51
16          that have demanded, you know, one -- one       05:51
17          company came in and said, you know, when I    05:51
18          first started, that they wanted 5 percent of  05:52
19          our gross.                                      05:52
20  BY MR. BAYAR:                                           05:52
21      Q.  And continue reading.                           05:52
22      A.  I had to change the page.                       05:52
23          Revenues.  Unfortunately, we didn't make 5     05:52
24  percent at the time.                                    05:52
25          So that was one where we would say, well,      05:52



800.211.DEPO (3376)
EsquireSolutions.com

| | | |
|---|---|---|
| 1 | our best answer is that there is just so -- just turn | 05:52 |
| 2 | the feature off and we won't do it.  And so that's | 05:52 |
| 3 | always an alternative that say if we can't come to | 05:52 |
| 4 | reasonable terms, then we'll stop doing things. | 05:52 |
| 5 |     Q.   AWS has worked on a product where its | 05:52 |
| 6 | approached allegedly infringed on another patent, but | 05:52 |
| 7 | then had to design around it, right? | 05:53 |
| 8 |         MS. PHILLIPS:  Objection to scope.  And | 05:53 |
| 9 |         form. | 05:53 |
| 10 |         THE WITNESS:  Could you repeat the question, | 05:53 |
| 11 |         please? | 05:53 |
| 12 | BY MR. BAYAR: | 05:53 |
| 13 |     Q.   AWS has worked on a product where its | 05:53 |
| 14 | approach allegedly infringed on another person's | 05:53 |
| 15 | patent, but then had to design around the claimed | 05:53 |
| 16 | invention, right? | 05:53 |
| 17 |         MS. PHILLIPS:  Objection to scope.  And | 05:53 |
| 18 |         form. | 05:53 |
| 19 |         THE WITNESS:  I believe that would be | 05:53 |
| 20 |         privileged. | 05:53 |
| 21 | BY MR. BAYAR: | 05:53 |
| 22 |     Q.   Sir, do you have any examples of situations | 05:53 |
| 23 | where AWS designed around someone's asserted patents? | 05:53 |
| 24 |         MS. PHILLIPS:  Objection to scope.  And | 05:53 |
| 25 |         form. | 05:53 |



```
1            THE WITNESS:  ██████                    05:53
2    BY MR. BAYAR:                                   05:53
3        Q.   And how many times?                    05:53
4            MS. PHILLIPS:  Same objections.         05:53
5            THE WITNESS:  I believe that would be   05:54
6        privileged.                                 05:54
7    BY MR. BAYAR:                                   05:54
8        Q.   You can't even tell me the number of times   05:54
9    that you've designed around a particular patent?    05:54
10           MS. PHILLIPS:  Objection to form.  And  05:54
11       outside the scope.                          05:54
12           THE WITNESS:  ██████████████████████    05:54
13       █████████████████                           05:54
14   BY MR. BAYAR:                                   05:54
15       Q.   ███████████████████████████            05:54
16       ███████████████████████████████             05:54
17   ██████████████████████████████████████████      05:54
18   █████████████                                   05:54
19           MS. PHILLIPS:  Objection to form.  And  05:54
20       outside the scope.  And I want to caution   05:54
21       the witness not to reveal any privileged    05:54
22       communications.  You can answer that        05:54
23       question yes or no.                         05:54
24           THE WITNESS:  It's privileged, so I don't   05:54
25       have any additional detail.                 05:54
```



1                    C E R T I F I C A T E

2

3              I, MONNA J. NICKESON, CCR, CSR, CLR, RPR,

4    CRR, the undersigned Certified Court Reporter,

5    authorized to administer oaths and affirmations in

6    and for the states of Washington (3322), Oregon

7    (16-0441), Idaho (1045), and California (14430), do

8    hereby certify:

9              That the sworn testimony and/or

10   proceedings, a transcript of which is attached, was

11   given before me at the time and place stated therein;

12   that the witness was duly sworn or affirmed to

13   testify to the truth; that the testimony and/or

14   proceedings were stenographically recorded by me and

15   transcribed under my supervision.  That the foregoing

16   transcript contains a full, true, and accurate record

17   of all the testimony and/or proceedings occurring at

18   the time and place stated in the transcript.

19             That I am in no way related to any party to

20   the matter, nor to any counsel, nor do I have any

21   financial interest in the event of the cause.

22   IN WITNESS WHEREOF I have set my hand on 2nd day of

23   May, 2023.

24   

25   MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR