# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

_____

## DECLARATION OF R. WILLIAM SIGLER
## IN SUPPORT OF AWS'S MOTIONS *IN LIMINE*
_____

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and the District of Columbia and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's Motions *in Limine*, filed March 7, 2024.

2. Attached as Exhibit 1 is a true and correct copy of Judge Gilstrap's Standing Order on Motions *in Limine*, available at https://www.txed.uscourts.gov/sites/default/files/judgeFiles/12.14.22%20Standing%20Order%20on%20Motions%20in%20Limine.pdf.

3. Attached as Exhibit 2 is a true and correct copy of Judge Albright's Standing Order on Motions *in Limine*, available at https://www.txwd.uscourts.gov/wp-content/uploads/2023/01/Standing-Order-Governing-Proceedings-Patent-Cases-01232024.pdf.

4. Attached as Exhibit 3 is a true and correct excerpted copy of the transcript from the deposition of Andrew Jassy, taken on May 1, 2023.

5. Attached as Exhibit 4 is a true and correct excerpted copy of the transcript from the deposition of Alyssa Henry, taken on February 21, 2023.

6. Attached as Exhibit 5 is a true and correct excerpted copy of the transcript from the deposition of John Overton, taken on May 16, 2023.

7. Attached as Exhibit 6 is a true and correct copy of an email chain between Savannah Carnes and Lisa Phillips, dated March 4-5, 2024.

8. Attached as Exhibit 7 is a true and correct excerpted copy of the transcript from the deposition of Swami Sivasubramanian, taken on May 11, 2023.

9. Attached as Exhibit 8 is a true and correct excerpted copy of Kove's Seventh Amended Objections and Responses to AWS's First Set of Interrogatories (Nos. 1, 2, 5, 6, 9), dated May 7, 2023.

10. Attached as Exhibit 9 is a true and correct excerpted copy of the transcript from the deposition of Scott Hayden taken on April 24, 2023.

11. Attached as Exhibit 10 is a true and correct excerpted copy of the transcript from the deposition of James Bergman, taken on September 19, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 7, 2024.

/s/ *R. William Sigler*
R. William Sigler