IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL KOVE IO, INC.'S OMNIBUS MOTIONS IN *LIMINE***

Pursuant to Local Rules 5.8 and 26.2(c), Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Plaintiff Kove IO, Inc. ("Kove") respectfully requests the Court to enter an order to seal its Omnibus Motions in *Limine* (Dkt. 808) and Exhibits K1-K9 to the Declaration of Savannah Carnes In Support of Kove IO's Omnibus Motions in *Limine*. In support thereof, Kove states as follows:

1. On July 10, 2019, the Court entered the parties' agreed Protective Order (Dkt. 55). Pursuant to the terms of the Protective Order, Kove has designated information discussing confidential financial information, the disclosure of which is likely to significantly harm Kove's competitive position. AWS has also designated information discussing the identification of the specific subcomponents of the S3 and DynamoDB systems, information explaining how the S3 and DynamoDB systems work and are designed, internal source code, and AWS witness testimony

and confidential internal explanatory documentation relating to each of these categories, as Highly Confidential.

2. Kove has provided narrowly tailored redactions that specifically target information that is either designated as Highly Confidential pursuant to this Court's Protective Order, or otherwise discusses or relates to information designated as Confidential or Highly Confidential pursuant to this Court's Protective Order. Specifically, Kove's limited redactions to Exhibit K1 protect its confidential information while still providing the public with information relating to the proceeding. Public disclosure of the information within any of the categories listed above would cause Kove competitive harm.

3. AWS has provided redactions to Kove's Omnibus Motions in *Limine* and Exhibits K6 and K7 and provides its own supporting declaration.

4. Pursuant to the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Kove files this motion, supporting declaration of Gina Cremona on behalf of Kove, supporting declaration of Jeffrey Saltman on behalf of AWS, along with redacted versions of Kove's Omnibus Motions in *Limine* and Exhibits, within four business days of March 7, 2024.

For the foregoing reasons, Kove respectfully requests that the Court enter an order permitting Kove's Omnibus Motions in *Limine* (Dkt. 808), and corresponding Exhibits to be filed under seal and/or redacted form.

| | |
|---|---|
| Dated: March 13, 2024 | Respectfully submitted,<br><br>*/s/ Courtland L. Reichman*_____ |

Khue V. Hoang *(pro hac vice)*
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia *(pro hac vice)*
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 560-3501

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Facsimile: (650) 560-3501

Amy Ruhland (*pro hac vice*)
aruhland@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
901 S. Mopac Expressway, Building 1, Suite 300
Austin, TX 78746
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000

Courtland L. Reichman *(pro hac vice)*
creichman@reichmanjorgensen.com
Shawna L. Ballard (*pro hac vice*)
sballard@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Gina H. Cremona (*pro hac vice*)
gcremona@reichmanjorgensen.com
Navid Bayar (*pro hac vice*)
nbayar@reichmanjorgensen.com
Savannah Carnes (*pro hac vice*)
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

***ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

>*/s/ Courtland L. Reichman*
>Courtland L. Reichman