IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

─────────────────────────────────────────────────────────────

**DECLARATION OF JEFFREY M. SALTMAN IN SUPPORT OF AWS'S REDACTIONS TO KOVE'S MOTIONS IN LIMINE**
─────────────────────────────────────────────────────────────

I, Jeffrey M. Saltman, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of the redactions of AWS's confidential information in Kove's Omnibus Motions *in Limine* (Dkt. 808, "Kove's Motion") and associated exhibits.

2. Kove's Motion contains AWS confidential information. AWS has prepared a redacted version. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information explains how S3 works. AWS doesn't publicly disclose that information and it could be used to

attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

3. S. Carnes Declaration ISO the Motion as well as Exhibits K1-5, and K8-9 don't contain AWS's confidential information. To the extent that they contain Kove confidential information, Kove will prepare public versions of these documents. AWS agrees they can be filed on the public docket.

4. AWS has partially redacted Exhibits K6 and K7. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information generally includes: the identification of the specific subcomponents of the S3 and DynamoDB systems, information explaining how the S3 and DynamoDB systems work and are designed, including source code, and AWS witness testimony and information from confidential internal explanatory documentation relating to each of these categories. This information could be used to attempt by competitors to learn about AWS's proprietary technology. Thus, public disclosure of the information within any of the categories listed above would cause AWS competitive harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2024.

                                                  /s/ *Jeffrey M. Saltman*
                                                  Jeffrey M. Saltman