# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

## DECLARATION OF SAVANNAH CARNES IN SUPPORT OF KOVE IO, INC.'S OMNIBUS MOTIONS IN LIMINE

I, Savannah Carnes, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the State of California, and I have been admitted to appear in this case pro hac vice. Unless otherwise stated, I have personal knowledge of the matters set forth herein and in the motion. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's Omnibus Motions in Limine.

3. Exhibit K1 is a true and correct copy of the transcript of the hearing before Judge Matthew F. Kennelly on March 5, 2024.

4. Exhibit K2 is a true and correct copy of Amazon Web Services, Inc.'s Fifth Amended Final Unenforceability and Invalidity Contentions, dated March 2, 2023.

5. Exhibit K3 is a true and correct copy of Appendix D, Exhibit 2a to the to the Expert Report of Joseph B. Greene, executed July 3, 2023.

6. Exhibit K4 is a true and correct copy of an e-mail string from Lisa Phillips to Savannah Carnes, et. al., Subject: Re: Kove v. AWS – Motions in Limine, dated March 6, 2024.

7. Exhibit K5 is a true and correct copy of Appendix D, Exhibit 1d to the to the Expert Report of Joseph B. Greene, executed July 3, 2023

8. Exhibit K6 is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Ananth Grama, executed August 18, 2023.

9. Exhibit K7 is a true and correct copy of experts of the deposition of Dr. Ananth Grama, taken on September 5, 2023.

10. Exhibit K8 is a true and correct copy of U.S. Patent No. 7,233,978 to Overton et al. ("'978 patent").

11. Exhibit K9 is a true and correct copy of U.S. Patent No. 7,814,170 to Overton et al. ("'170 patent").

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 7, 2024         /s/ Savannah Carnes
                                   Savannah Carnes