# Exhibit K3

<u>**Appx. D - Exhibit 2a: Invalidity Claim Chart Against U.S. Patent No. 7,103,640 in View of OracleNamesAdminGuide,**</u>
<u>**OracleUnleashed, Steen, and Wolff**</u>

Amazon asserts that U.S. Patent No. 7,103,640 ("the '640 patent") claims 17, 18, and 24 are rendered obvious by OracleNamesAdminGuide alone or in combination with OracleUnleashed, Steen, and/or Wolff. OracleNamesAdminGuide, OracleUnleashed, and Steen each qualifies as prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because they were all publicly available before the earliest possible priority date of July 8, 1998 and more than a year before Kove's October 28, 1999 claimed priority date for the '640 patent. Wolff is prior art under pre-AIA 35 U.S.C. § 102(a), (b), and/or (f), e.g., because it has a filing date of April 15, 1998, as a continuation in part of App. No. 08/905,307 filed August 1, 1997, with priority to provisional applications filed March 6, 1998 (App. No. 60/077,146) and August 2, 1996 (App. No. 60/023,218). The citations below are representative of where specifically in the item of prior art each element of each asserted claim may be found, and Amazon reserves the right to rely on other portions of the prior art, versions of the cited documents, and/or evidence to show the invalidity of the asserted claims, including all evidence referenced in the accompanying contentions.

This claim chart reflects the additional requirements for the claims based on Kove's statements in reexamination and are consistent with Amazon's proposed constructions reflecting those statements. *See* Dkt. 539. Specifically, based on Kove's statements and Amazon's proposed constructions, claims 17, 18, amd 24 also require that the location servers be organized in a non-hierarchical cluster structure, that each location server be able to respond to any location request with either the location of the data or the location of a server known to contain the requested location data without an intervening traversal, and that each request must be resolved in two or fewer traversals. As described below, OracleNamesAdminGuide alone or in combination with Steen or OracleUnleashed renders obvious each claim regardless of Kove's arguments based on additional limitations.

Furthermore, the following list includes examples of specifically where certain '640 patent claim elements are found in each reference.

**OracleNamesAdminGuide & OracleUnleashed:**
- Client:                              client appliances
- Identifier:                          service name
- Location information:   connection description
                                            (host name, port, and database instance)
- Location server:               Names Server
- Data repository:              database
- Hash function:                 hash function

**Steen:**
- Client:                              client
- Identifier:                          object name
- Location information:  object tag & contact addresses
- Location server:               directory nodes
- Data repository:              database
- Hash function:                 hashing based methods

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| **[17.Preamble]** A system for retrieving data location information for data stored in a distributed network, the system comprising: | To the extent any preamble is limiting, OracleNamesAdminGuide discloses an Oracle database system for managing data stored in a distributed network and method of using the same. As shown below in Figure 2-1, OracleNamesAdminGuide teaches an Oracle database system having multiple Oracle Names Servers for retrieving location information for data stored in a distributed network. For instance, OracleNamesAdminGuide describes an Oracle7 system that provides user access to a distributed database network. OracleNamesAdminGuide teaches the system components include SQL*Net functionalities that allow users to request data that is located in the system using Names Servers in a flat, non-hierarchical configuration.[1] |

---

[1] *See, e.g.*, OracleNamesAdminGuide at 5, 32.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | <br><br>OracleNamesAdminGuide Fig. 2-1<br><br>Further, OracleNamesAdminGuide teaches that its system receives a client's query for location information associated with a network-service-name-alias (i.e., identifier string). A POSITA would have understood that OracleNamesAdminGuide's connection descriptor is "location information" because each descriptor pertains to a location of data and identifies that location using the host name, port, and database instance:<br><br>    Oracle Names product … makes network address and database link information in an enterprise-wide distributed database network available to all nodes throughout the network.[2]<br><br>    [A]dress [is a] unique network location used to identify a network object such as a database service, client, Interchange, or Names Server. TNS addresses have a specific format. Addresses must be unique.[3] |

---

[2] OracleNamesAdminGuide at 5.

[3] *Id.* at 199.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | [C]onnect descriptor [is a] specially formatted description of the destination for a network connection. Connect descriptors are constructed using a set of keywords and values. They are mapped to *service names* to provide more convenient reference.[4] |
| | As OracleNamesAdminGuide explains, a database instance is a virtual collection of data where a server may store multiple database instances and the network may connect to multiple servers storing database instances. A POSITA would have understood that the database server will store multiple databases where each server connects to OracleNamesAdminGuide's network. |
| | OracleNamesAdminGuide teaches a system for small-scale applications that uses a non-hierarchical "flat naming model."[5] The below illustration shows how OracleNamesAdminGuide's non-hierarchical configuration mirrors Kove's statements that the '640 Patent requires a non-hierarchical configuration. In each of these non-hierarchical configurations, the network is flat, resulting in a client being able to send a query to any location server in the network. Each of these non-hierarchical configurations doesn't have a local region and doesn't require a location query to travel up or down a network "tree" to reach a root server.[6] |

---

[4] *Id.* at 200 (emphasis in original); *see also id.* at 129 (BONES.DEM.MEDICINE identifier example that includes host name, port, and database instance). A POSITA would have understood that a "host name" may include a direct IP address or a host name that uses DNS to obtain an IP address.

[5] OracleNamesAdminGuide at 40-41.

[6] *Compare* OracleNamesAdminGuide at 45 & 52 *with* 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 22-23.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| |  |

OracleNamesAdminGuide specifies that this system is non-hierarchical because "[a]ll names are unique within a single domain—the WORLD domain. The WORLD domain is predefined in the Oracle Network Manager for customers choosing a flat naming model."[7] And OracleNamesAdminGuide details that its flat non-hierarchical configuration is different from a hierarchical configuration for large-scale applications of more than 100 services.[8] Below, OracleNamesAdminGuide's Figure 3-8 illustrates how a system having the "flat" non-hierarchical configuration differs from other systems having a hierarchical configuration.[9] POSITAs using real-

---

[7] OracleNamesAdminGuide at 40.

[8] *Id.* at 40-41.

[9] OracleNamesAdminGuide at 44-45.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
|  | world Oracle7 systems employed OracleNamesAdminGuide's non-hierarchical configuration because such systems typically involved less than 100 services.[10]<br><br><br><br>Figure 3 – 8  Two Centralized Administration Alternatives<br><br>Further, OracleNamesAdminGuide's non-hierarchical configuration meets the purported requirements for the "redirect messages" limitations. As shown above in Figure 3-8, OracleNamesAdminGuide's non-hierarchical system has an upper Names Server and a lower Names Server that cumulatively store all the location strings known in the system. When the upper Names Server receives a client's query but lacks the location string to answer that query, |

---

[10] OracleNamesAdminGuide at 40-41.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | OracleNamesAdminGuide teaches the upper Names Server transmits a message to the client where the message includes in the address of the lower Names Server housing the location string. The client uses that address to calculate the location of the lower Names Server, then the client sends its data location request to the lower Names Server.[11] |
| | A POSITA would understand that a similar scenario transpires when the lower Names Server receives a client's query but lacks the location string to answer that query. This results in the lower Names Server transmitting a message to the client containing the address of the upper Names Server housing the location string. The client uses that address to calculate the location of the upper Names Server, then the client sends its data location request to the upper Names Server.[12] |
| | As shown above in Figure 3-8, OracleNamesAdminGuide teaches an embodiment with a non-hierarchical system having just two Names Servers. In the embodiment with two Names Servers, a POSITA would understand that the first queried Names Server will return address information that the client uses to determine the second Names Server that contains the sought-after location string.[13] Thus, if the first Names Server doesn't have the location string for client's query, the first Names Server will always transmit a redirect messages to the client having information to calculate the location of the second Names Server containing the location string. |
| | Further, even if a POSITA would not have understood this from OracleNamesAdminGuide alone, it would have been obvious based on Steen's teachings. |
| | For instance, Steen describes a location service in a system for "locating mobile objects in a worldwide system": |
| | *Locating mobile objects* in a worldwide system requires a scalable location service. An object can be a telephone or a note-book computer, but also a software or data object, such as a file or an electronic document. Our service strictly separates an object's name |

---

[11] *See* OracleNamesAdminGuide at 137.

[12] *See* OracleNamesAdminGuide at 137.

[13] *See* OracleNamesAdminGuide at 44-45, 137.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | from the addresses where it can be contacted. This is done by introducing a location-independent object handle. An object's name is bound to its unique object handle, which, in turn, is mapped to the addresses where the object can be contacted. To locate an object, we need only its object handle. We present a scalable location service based on a worldwide distributed search tree that adapts dynamically to an object's migration pattern to optimize lookups and updates.[14] <br><br> And Steen explains that, in distributed systems, there can be multiple instances of the same data or service: <br> In distributed systems, this way of locating a service is also known as anycasting: *a client requires a particular service, but is really not interested in which server will handle the request*. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is then subsequently resolved to the address of *any server that can handle the request*.[15] <br><br> A POSITA would have appreciated that Steen's principle of "anycasting" allows for faster resolution of clients' requests because multiple servers can resolve any given query. As a result, a POSITA would have been motivated by OracleNamesAdminGuide's goal of "lightning fast" resolution to incorporate anycasting to its data storage. This would have resulted in multiple data repositories where each server connects to OracleNamesAdminGuide's Names Service, i.e., location server network. <br><br> Accordingly, Steen discloses or render obvious the claim preambles. <br><br> Because each server can determine the location of location information on the location server network (i.e., "knows" where to find any requested location data), OracleNamesAdminGuide also renders obvious alone or in view of Steen or OracleUnleashed that each location server can resolve a data |

---

[14] Steen at Abstract.

[15] Steen at 105.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | location request in two or fewer traversals, consistent with Amazon's proposed constructions and Kove's statements during reexamination. In the first traversal, the client requests its desired location information from any location server, which responds with either the location information of the data or the location information for a location server known to contain the requested location information. In the second traversal, if necessary, the client uses the redirect message to request the location information from the location server known to contain the desired location information (e.g., Oracle's hashing [16] and Steen's organizational awareness [17]). Thus, OracleNamesAdminGuide alone or in view of Steen or OracleUnleashed renders obvious resolving any client's data location request in two or fewer traversals.<br><br>Based on the above teachings, OracleNamesAdminGuide discloses or renders obvious in light of Steen the preambles' system for managing data stored in a distributed network. |
| **[17.a.i]** a plurality of data repositories configured to store data, | OracleNamesAdminGuide discloses this claim element or renders obvious it alone or in view of OracleUnleashed and Steen. OracleNamesAdminGuide teaches that its system includes a plurality of data repositories in the form of databases that store data. For instance, OracleNamesAdminGuide states that its system includes multiple databases storing data: "[A] network using the Oracle Names Service consists of … one or more Oracle Names Servers [and] one or more databases."[18] And OracleNamesAdminGuide details that its system's databases store data objects: "For a given network, all of these objects are stored together in the Network Manager network definition database."[19]<br><br>Further, OracleNamesAdminGuide explains that its system connects each database together in the network: "A global database link is a link that connects *each database in a network to all other* |

---

[16] OracleUnleashed at 394.

[17] Steen at 108.

[18] OracleNamesAdminGuide at 32; *see also id.* at 28 ("Oracle Names 1.0 required administrators to enter the names and addresses of all databases in the network into Oracle Network Manager. Network Manager then created a network definition which it **stored in a database**.").

[19] *Id.* at 51; *id.* at 35 ("… Oracle Names 2.0 architecture is designed to function on most SQL*Net networks composed of clients and databases.").

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | *databases*. This link is created automatically by the Network Manager for use with Oracle Names. Each global database link created by Network Manager connects you to every other database server in the network."[20] In the example shown below in Figure 3-12, OracleNamesAdminGuide describes its system connecting two data repositories (e.g., databases TOM.WORLD within one server and JERRY.WORLD within another server).[21]<br><br>![Figure 3-12 Distributed Database Connection showing a SELECT OBJECT FROM RUN@JERRY WHERE OBJECT LIKE '%STICK%' query, Oracle Names Server, DB Link JERRY.WORLD, TNS Network, Server TOM.WORLD, and Server JERRY.WORLD with numbered connections 1, 2, 3, 4]<br><br>Figure 3 – 12 Distributed Database Connection<br><br>To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose "a plurality of data repositories configured to store data," a POSITA would have found this limitation obvious. OracleNamesAdminGuide teaches the Oracle Names location service assists in location |

---

[20] *Id.* at 99.

[21] *Id.* at 53-54.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | management. OracleUnleashed and Steen both teach the use of a location service, like OracleNamesAdminGuide's Names location service, to manage data stored in multiple repositories. Specifically, Steen provides a location service to manage stored objects, including data files: |

> "Locating mobile objects in a worldwide system requires a scalable location service. An object can be…software or [a]data object, such as a file or an electronic document."[22]

To the extent that Kove argues that Steen doesn't disclose a data depository, it would have been obvious to a POSITA that the data object would have to be stored somewhere. Further, it would also have been obvious that Steen discloses a plurality of data repositories, because if there were only one, it would be simple to manage the locations, rendering the location service unnecessary. Further, even if it didn't require a plurality of data repositories, Steen describes its location service as "scalable," e.g., expanding.[23] Thus, even if there were only one data repository to begin with, Steen teaches adding data repositories moving forward.

OracleUnleashed also provides for using a location service, like Oracle Names, to manage data on a plurality of data repositories. The Oracle product was designed to store massive quantities of data across multiple servers and databases:

> SQL*Net has a Names Server to resolve names to locations. This method makes it very easy to move Oracle servers and data-bases with no impact on the end-user community. The Net8 Name Services has the ability to cache names at the client for much faster resolution, and the various listeners and connection managers register as available with Names Services.[24]

A POSITA would have understood the servers and databases to be "data repositories" in OracleUnleashed's system because they are locations to store data. Based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, and Steen disclose or render obvious claim element 17.a's plurality of data repositories configured to store data.

---

[22] Steen at Abstract.

[23] *Id.*

[24] OracleUnleashed at 220.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| **[17.a.ii]** wherein the data is associated with a respective identifier string in each data repository; | Consistent with the Parties' agreed upon construction, Amazon construes an "identifier string" as "a unique encoding that identifies an individual entity, and with which zero or more location strings are associated in a location server."[25]<br><br>OracleNamesAdminGuide discloses or alone renders obvious the data being associated with a respective identifier string. OracleNamesAdminGuide teaches that each data entity is located at a network address associated with a network-service-name-alias, which is an identifier string. OracleNamesAdminGuide uses a network-service-name-alias as an identifier string to easily refer to desired data entities on the distributed database network and to obtain connection information from the Names Server. OracleNamesAdminGuide explains that using such aliases allow customers to request data entities from databases using a simple name rather than a lengthy network location address:<br><br>Oracle Names makes network address and database link information available to all nodes throughout the network. *Each database server's network address is stored with a name that is used to identify it. Client applications can then request a database connection with a simple name rather than a lengthy address.*"[26]<br>[A]liases [are] so that users can connect to a database or use a database link by using a simple name instead of having to specify the global database name or global database link name (that is, the fully–qualified name).[27]<br><br>A POSITA would have understood OracleNamesAdminGuide's network-service-name-alias refers to the alias that the system uses on the client-side of a client-server connection. A POSITA would have understood that Oracle literature uses "alias" in other contexts, such as server-side aliases and object aliases. Because those other types of aliases are different and distinct from aliases used on the client-side of an Oracle7 system, this chart refers to client-side identifiers as network-service-name-aliases. |

---

[25] Joint Claim Construction Chart (Updated) (Dkt. No. 382) at 6.
[26] OracleNamesAdminGuide at 20.

[27] *Id.* at 101.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Further, OracleNamesAdminGuide explains that each data entity is associated with a respective identifier string in each data repository (e.g., a database server). For instance, OracleNamesAdminGuide specifies each data entity is associated with a network-service-name-alias, connect string, and database service name: |

> An Oracle Names Server stores names and addresses for network services such as databases or MultiProtocol Interchanges, database link definitions, and object aliases. The Names Server stores the following types of objects, which are described below:
>
> • *database service names—The service name is the global database name that is mapped to the SQL\*Net connect descriptor*. The combination of a listener address and connect data make up a connect descriptor that locates a database service. Gateways to non–Oracle databases and Oracle RDB databases are also stored.
> • database links—Global database links are automatically created to each defined database from all database servers in the network. These links are made available to all users.
> • *aliases—You can assign service name aliases as alternate names for any defined database service or database link. Service name aliases are resolved as if they were the original object*.
> • V1 connect strings—A V1 *connect string can be mapped to a service name in the Oracle Names database. The service name you enter acts as an alias for the SQL\*Net V1 connect string*, making it easy to access a server in a network that still uses SQL\*Net V1.[28]

Thus, a POSITA would have understood that each network-service-name-alias is the claimed "identifier string" because it is a unique encoding that identifies an entity and that is associated with a connection descriptor (i.e., location information) in a Names Server.

Further, a POSITA would have understood that each identifier string in OracleNamesAdminGuide's system is associated with a data entity, and not simply a data repository (e.g., a database server).

---

[28] *See* OracleNamesAdminGuide at 23.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | OracleNamesAdminGuide's database server is a physical device that houses multiple virtual database instances. In Reexamination Control No. 90/019,034 toward the related '978 Patent, the Examiner noted that Kove's assertion that OracleNamesAdminGuide "does not teach an identifier that uniquely identifies a single entity is not factual."[29] The Examiner stated that, in the OracleNamesAdminGuide embodiment shown in Figure 3-5, the system has one domain that contains all identifier strings (e.g., names) where each string uniquely identifies a single entity (e.g., object). In support, the Examiner included the figure and its accompanying quote: "All names in the WORLD domain must be unique. The Network Manager has a validation feature that ensures that all names you enter are unique."[30]<br><br>To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose "the data is associated with a respective identifier string in each data repository," a POSITA would have found obvious this limitation.<br><br>OracleNamesAdminGuide teaches using identifier strings to identify location on a network. A POSITA would have appreciated that the network would include data repositories. And a POSITA would have understood that all data entities stored on the data repositories are associated with respective identifier strings, and that the identifier strings are all stored collectively in the location server network.<br><br>Further, OracleNamesAdminGuide and OracleUnleashed render obvious this claim element. Based on OracleUnleashed's teachings, a POSITA would have been motivated and found it obvious to have OracleNamesAdminGuide's system associate each data repository's data with a respective identifier string. OracleUnleashed explains that SQL*Net, which OracleNamesAdminGuide utilizes, makes it easier for users to connect to various databases and find their data, which is advantageous because "[y]our users do not want to write complex queries."[31] A POSITA would have understood that associating respective identifier strings with data improves the users' experience and to ease the |

---

[29] 10/27/2022 Final Office Action in Reexamination Control No. 90/019,034 at 21.

[30] *Id.* at 17 (citing and quoting OracleNamesAdminGuide at 40-41).

[31] *See* OracleUnleashed at 255.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | ability to find desired data since that is one of the objectives of an Oracle DBA. The benefits of associating data with a respective identifier string are directly perceived by the end user, and a DBA would have been motivated to simplify the users' experience in this manner.<br><br>Thus, a POSITA would have found it obvious to have each of OracleNamesAdminGuide's data repositories' data be associated with a respective identifier string for use in optimizing query efficiency, based on OracleUnleashed's teachings.[32] During the relevant timeframe, Oracle DBAs were often asked to help improve query efficiency, as OracleUnleashed details:<br><br>    It seems pretty obvious that a search method that works well for one of these types of queries is probably not the best method for the others. In fact, Oracle and most other databases have a number of search algorithms in their systems that are designed to handle different needs. This is what enables them to work in such a large number of environments and applications. When an application is performing slowly on a well-tuned database, the first thing you should **check is how the query is being processed to ensure that it is as efficient as it can be.**[33]<br><br>Based on the commonplace need for efficiency in running queries, a POSITA would have been motivated to associate a respective identifier string with data because this allows OracleNamesAdminGuide's Names Server to quickly return one or more locations associated with the identifier string to the query requestor with minimized cost.[34]<br><br>For example, Steen teaches the use of an "object name" that is "well known to its users."[35] Steen explains that, in distributed systems, users need names that are separated from locations: "What is needed is a naming facility that hides all aspects of an object's location. Users should not be concerned where an object is located or whether it can move."[36] Steen explains that the user uses |

---

[32] *See* OracleUnleashed at 452.

[33] OracleUnleashed at 652.

[34] *See* OracleUnleashed at 452.

[35] Steen at 104.

[36] *Id.* at 105.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | this "object name" to identify the desired service and obtain the object handle: "A client has the service's name resolved to the object handle."[37] Steen explains that this object-name approach simplifies the resolution process for users: "Our approach allows an object to update its contact addresses independent of how users have named the object."[38] |
| | Based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, and Steen disclose or render obvious claim element 17.a.i's identifier string identifier string that identifies that data entity. |
| **[17.b.i]** a data location sewer [sic] network having a plurality of data location servers, | OracleUnleashed, and Steen each discloses this element, for example, as described below. |
| | As shown below in Figure 2-1, OracleNamesAdminGuide explains that its system includes a network of Names Servers.[39] A POSITA would have understood that these Names Servers are the claimed "location servers." Kove has asserted a "location server" is "a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to location request messages from clients." |

---

[37] *Id*.

[38] *Id*.

[39] Joint Claim Construction Chart (Updated) (Dkt. No. 382) at 4.



OracleNamesAdminGuide Fig. 2-1

A POSITA would have understood that OracleNamesAdminGuide's Names Server is a "location server" because it is a network-attached server that maintains data location mappings to service client requests. For instance, OracleNamesAdminGuide states that each Names Server attaches to the network and maps data locations to objects that clients may request:

> Oracle Names makes network address and database link information available to all nodes throughout the network. *Each database server's network address is stored with a name that is used to identify it. Client applications can then request a database connection with a simple name rather than a lengthy address.*[40]
>
> *The Names Server has a single purpose: to resolve, or assist in resolving, a client-initiated name request.* It interprets the request, then looks up the name in its cache, or

---

[40] OracleNamesAdminGuide at 20.

|  | it calls a Names Server in another region. The response or error conditions are passed back to the client. [41] |
|---|---|

And as shown below in Figure 2-2, each Names Server connects to a client and includes a processor and a cache memory for resolving location queries from clients.[42] OracleNamesAdminGuide explains that the "user and application developer are exposed only to the name of a network object. No knowledge of the connection path is required…. When making a connection, the client specifies the name of a destination and Oracle Names provides the address."[43]



OracleNamesAdminGuide Fig. 2-2

Further, OracleNamesAdminGuide discloses that its system has at least two Names Servers on the network for fault tolerance and load balancing: "Oracle recommends that each administrative region should have at least two Names Servers. If one Names Server is unavailable, clients will automatically forward requests to the other…. There is also an issue of network loading, or load

[41] *Id.* at 5, 32 ("We recommend that you set up at least two Names Servers for fault tolerance."), 36 (explaining that each region has "one or more Oracle Names Servers").

[42] *Id.* at 32-33.

[43] *Id*. at 22.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
|  | balancing. Although any given Names Server is only engaged for a short period of time when a client initiates a connection, the goal is to keep name resolutions lightning fast.… [L]oad balancing across multiple Names Servers can increase system performance."[44]

Regarding the claimed "processor" and "programming logic," OracleNamesAdminGuide explains that each Names Server includes a processor and memory.[45] A POSITA would have understood that, for this processor to function, the memory contains programming logic to execute steps.

Further, OracleNamesAdminGuide teaches that each Names Server loads and executes software to preform steps in response to a data location request: "At startup, the Names Server reads its configuration files to set up its operating parameters, then loads all data for the administrative region."[46] A POSITA would have understood that each Names Server includes programming logic to read configuration files and set up operating parameters.

And OracleNamesAdminGuide discloses that each Names Servers is a resource running as software on a computer and is executable on operating systems, such as UNIX, Windows, and OS/2:
   *An Oracle Names Server is portable software that runs on a variety of computer platforms*…. In general, Oracle Names runs on:
   • A variety of UNIX and VAX/VMS minicomputers and workstations.
   • Intel-based computers (PCs) running operating systems such as OS/2, NetWare, Windows NT, and UNIX.
   The computer does not have to be dedicated as an Oracle Names Server. In fact, Oracle Names typically requires relatively little CPU and memory to function. |

<hr>

[44] *Id*. at 60.

[45] *Id*. at 32-33.

[46] *See* OracleNamesAdminGuide at 160; *id.* at 104 ("The STARTUP command loads the Names Server into memory and tells it to begin executing. At startup, the Names Server loads its configuration, loads its data, then becomes available to answer requests…. The SHUTDOWN command stops the execution of a Names Server. The program stops executing, and releases any machine resources being used.").

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Your choice of computer to use as a Names Server should be based on … [s]oftware availability—While Oracle Names runs on many operating systems, it does not run on all. *As a shared resource, Oracle Names only needs to be on one type of operating system to serve all clients and servers*. It does not have to be available on all of the operating systems you use….” [47]<br><br>A POSITA would have understood that the computer acting as the Names Server contains programming logic to execute steps.<br><br>OracleNamesAdminGuide provides an example command NAMESCTL for each Names Server that results in operations executing on the computer: “NAMESCTL is loaded and *all operations are executed within it*…. You can also execute most commands from the operating system command line by running the NAMESCTL program with a complete command as a parameter to the program. In this case, NAMESCTL *will load and execute the command*, then return the operating system prompt.”[48]<br><br>Further, OracleUnleashed and/or Steen teaches it would have been obvious to have OracleNamesAdminGuide’s system include a plurality of location servers. For instance, as illustrated below in Figure 19.4, OracleUnleashed describes the benefits of partitioning a dataset into “smaller, easier-to-manage pieces”:<br><br>A new feature of Oracle8 is that of partitioning. Partitioning enhances Oracle’s support for very large databases as ***partitioning breaks tables and indexes into smaller, easier-to-manage pieces,*** storing these pieces at the tablespace level. Partitioned tables/indexes are nothing more than a logical collection of tablespaces (see Figure 19.4).<br><br>***Partitioning greatly enhances database performance. This performance can be monitored and adjusted*** in a variety of manors. Read/write activity can be load-balanced among the disk drives/disk arrays. The Oracle optimizer recognizes partitions |

---

[47] OracleNamesAdminGuide at 62-63.

[48] OracleNamesAdminGuide at 116.

and can select from partitions that contain the data being selected. The Oracle Parallel Server can divide work based on the number of partitions.

Availability is higher, backups are easier, and recovery is shorter. High availability is the single goal of most computer systems. Recovery and time to recover are always an issue. Downtime for maintenance or backups is not possible with some applications. Machine failures are inevitable. Partitions can be backed up online, individually, and only the ones that have changes. This makes the backup/recovery process much quicker. If recovery is needed, the other partitions not affected are still available online.

Administration and tuning is much easier. ***Oracle8 partitioning has many features that make partitions easy to create, move, split, and so on.*** One can even swap in an existing non-partitioned table structure and data to an existing table partition. Tuning is enhanced with additional indexing features available.[49]



FIGURE 19.4.
*Oracle tablespace layout example.*

---

[49] OracleUnleashed at 424-25.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | A POSITA would have been motivated by OracleUnleashed's descriptions of the performance benefits of partitioning to apply its teachings to any of OracleNamesAdminGuide's underperforming Names Servers. A POSITA would have had a reasonable expectation of success because both OracleUnleashed and OracleNamesAdminGuide describe the same product lines and are intended to be used in conjunction with each other.<br><br>Further, Steen describes a two-level system for managing and locating an object's contact addresses. In the first level, Steen describes using a directory system for resolving an object name to an "object handle." The object handle includes location information for a contact record.[50] Thus, in the first level, Steen describes a data location server network that resolves "object names" (i.e., the claimed "identifiers") to object handles (i.e., the claimed "location information"). Accordingly, Steen's first level constitutes a data location server network comprising a plurality of data location servers. Then, in the second level, Steen teaches that the user uses the location information (i.e., object handle) to obtain object addresses from the contact record.<br><br>Further, Steen teaches using a plurality of servers to provide services. Steen provides the exemplary description of *anycasting* to show how multiple servers provide services like the disclosed location service.<br>    In distributed systems, this way of locating a service is also known as anycasting: a client requires a particular service, but is really not interested in which server will handle the request. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is then subsequently resolved to the address of any server that can handle the request.[51]<br><br>To manage the first level of the system, Steen discloses the use of "directory nodes," which correspond to the claimed "location servers." As shown below in Figure 2, Steen's system includes a directory node Dir(R), for resolving object names to object handles, e.g., location information for |

---

[50] Steen at 105.
[51] Steen at 105.

addresses. Steen describes that, in systems with multiple regions, there may be multiple directory nodes, e.g., location servers.[52]



■ **Figure 2.** *The logical organization of the location service as a virtual search tree.*

Steen describes that, in systems with multiple regions, there may be multiple directory nodes, e.g., location servers:

> In our model for tracking objects, we assume hierarchical decomposition of a (worldwide) network into regions. This decomposition is relevant only to the location service. With each region we associate a directory node capable of storing addresses that lie within that region. This leads to a logical tree-based organization, as shown in Fig. 2. [53]

Steen teaches that the system assumes addresses be location-dependent, i.e., the region in which an address lies is encoded in the address itself:

---

[52] *Id*. at 105-06.
[53] Steen at 105.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | The location service normally stores new addresses at the leaf node representing the region in which the address lies. For each new object, it constructs a path of forwarding pointers from the root to each leaf node where an address is stored. Addresses and forwarding pointers are stored in contact records. An implication of this design is that in the worst case it is always possible to locate every object by following the chain of pointers from the root node. In practice, we can do much better than this, as described later.[54]<br><br>Further, Steen also describes that dir(R) may be partitioned into multiple subnodes, as shown below in Figure 6:<br><br>In particular, higher-level directory nodes not only have to handle a relatively large number of requests, they also have enormous storage demands. Our solution is to partition a directory node into one or more directory subnodes such that each subnode is responsible for a subset of the records originally stored at the directory node.[55] |

[54] *Id*. at 105.
[55] *Id*. at 107-108.



■ **Figure 6.** *A search tree and a corresponding logical tree after partitioning the directory nodes into subnodes.*

For a partitioned dir(R), Steen teaches its system configures each subnode to function as its own server and contains its own subset of location information.[56] For those reasons, a POSITA would understand that each subnode is a location server containing location information.

---

[56] *Id.*

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | <br><br>Steen Figure 6 Annotated<br><br>Thus, Steen discloses a system of flat location servers which each contain a portion of a total dataset of location information.<br><br>A POSITA would have understood that Steen's partitioned group of location servers organized in a non-hierarchical configuration results in each server containing a subset of the data location information originally stored on the first location server. Further, a POSITA would have been motivated to adopt Steen's partitioning approach for grouping OracleNamesAdminGuide's Names Servers to maintain "lightning fast" resolutions to data queries. Thus, applying either (1) OracleUnleashed's teachings toward partitioning servers and datasets or (2) Steen's teachings toward partitioning a location server into a group of servers to OracleNamesAdminGuide's Names Servers would have rendered obvious that the data location server network has a plurality of data location servers.<br><br>Based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, and Steen disclose or render obvious claim element 17.b.i's data location server network comprising a plurality of data location servers. |

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| **[17.b.ii]** each of the plurality of data location servers containing location strings associated with respective identifier strings and | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below.<br><br>A POSITA would have understood that OracleNamesAdminGuide's connection descriptors are the claimed "location strings."[57] Kove has asserted that the claimed "location strings" refers to a "location."[58] Consistent with the Parties' agreed construction, Amazon construes "location" as "an encoding that is a member of a set of associations with an identifier in a location server, and that specifies where data pertaining to the entity identified by the identifier is stored."[59]<br><br>OracleNamesAdminGuide discloses or renders obvious location strings associated with respective identifier strings. OracleNamesAdminGuide discloses that each Names Server, i.e., location server, contains connection descriptors, i.e., location strings, associative with respective network-service-name-aliases, i.e., identifier strings. For instance, OracleNamesAdminGuide explains that its SQL*Net uses a data entity's location information to build a "connection descriptor," also called a connect string or dbstring.[60] OracleNamesAdminGuide teaches that its connection descriptor is a "specially formatted description of the destination for a network connection. Connect descriptors are constructed using a set of keywords and values. They are mapped to *service names* to provide more convenient reference."[61] And OracleNamesAdminGuide explains that each "unique network |

---

[57] *See id.* ¶ 250.

[58] *See* 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 18, 35 (Patent Owner stating: "'Location strings' are also known as 'location' or 'data location,' which are construed as specifying where 'data pertaining to the entity' is stored.").

[59] Joint Claim Construction Chart (Updated) (Dkt. No. 382) at 6.

[60] OracleNamesAdminGuide at 23, 100.

[61] *Id.* at 200; *see also id.* at 202 (describing that a connect descriptor may include a system identifier ("SID"), which is a "unique name for an Oracle database instance…. The SID is included in the CONNECT DATA parts of the connect descriptors in a TNSNAMES.ORA file, and in the definition of the network listener in the LISTENER.ORA file").

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | location [is] used to identify a network object such as a database service, client, Interchange, or Names Server. TNS addresses have a specific format. Addresses must be unique."[62]<br><br>A POSITA would have understood that OracleNamesAdminGuide's connection descriptors are "location strings" because each descriptor pertains to a location of data and identifies that location using the host name, port, and database instance. For instance, OracleNamesAdminGuide specifies that its system uses SQL*Net to map each connection descriptor to the location where each data entity is stored:<br><br>The Names Server stores the following types of objects …<br>• database service names—*The service name is the global database name that is mapped to the SQL*Net connect descriptor.* The combination of a listener address and connect data make up a connect descriptor that locates a database service. Gateways to non–Oracle databases and Oracle RDB databases are also stored….<br><br>• aliases—*You can assign service name aliases as alternate names for any defined database service or database link.* Service name aliases are resolved as if they were the original object.<br><br>• V1 connect strings—A V1 *connect string can be mapped to a service name in the Oracle Names database*. The service name you enter acts as an alias for the SQL*Net V1 connect string, making it easy to access a server in a network that still uses SQL*Net V1.[63]<br><br>Below, OracleNamesAdminGuide's Figure 3-11 provides an example of how each Names Server (i.e., location server) includes connection descriptors (i.e., location strings) associated with respective network-service-name-aliases (i.e., identifier strings). At step 1, the client sends a data location request for POULTRY to the Names Server. Based on this request, at step 2, the Names Server identifies the connection descriptor (e.g., host name, port, and database instance) for the POULTRY.WORLD database, and sends this connection descriptor to the client. And at steps 3-4, |

[62] *Id.* at 199.

[63] OracleNamesAdminGuide at 23-24.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | the client receives connection descriptor from the Names Server then uses that connection descriptor to connect to the POULTRY.WORLD database.[64] |



OracleNamesAdminGuide Fig. 3-11

Similarly, OracleNamesAdminGuide provides another example of how each Names Server (i.e., location server) includes connection descriptors (i.e., location strings) associated with respective network-service-name-aliases (i.e., identifier strings). Here, the user of client device issues the command "QUERY BONES.DEM.MEDICINE A.SMD."[65] Like the above POULTRY example, the client sends a request for the BONES.DEM.MEDICINE data to the Names Server. The Names Server uses the identifier BONES.DEM.MEDICINE to identify the connection descriptor, and sends that connection descriptor to the client. OracleNamesAdminGuide discloses that the connection descriptor includes the host name "cowboy," port 1522, and database instance "rodeo" along with

---

[64] *See id.* at 52-53.

[65] *See* OracleNamesAdminGuide at 128-29.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | "protocol=TCP."[66] The client uses the connection descriptor to connect to the BONES.DEM.MEDICINE database.

To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose "each of the plurality of data location servers containing location strings associated with respective identifier strings," a POSITA would have found this limitation obvious. For instance, a POSITA would have found it obvious to associate OracleNamesAdminGuide's location strings (e.g., connection descriptor) with respective identifier strings (e.g., network-service-name-alias) and to respond to queries with location messages for use in optimizing query efficiency.

Further, OracleNamesAdminGuide and OracleUnleashed render obvious locating strings associated with respective identifier strings. Accordingly, OracleNamesAdminGuide and OracleUnleashed render obvious this claim element. Before the '640 Patent, it was well known and ubiquitous for computer network systems to associate location information with identifiers. With respect to Oracle systems like those in OracleNamesAdminGuide, OracleUnleashed teaches that SQL *Net associates the data's network address to an "easy name" alternate:

> A synonym is merely a way of assigning an alias with which users can reference a table or view. This makes it easier to access tables that you do not own. When you own a table, you use its name in your SQL queries. When you want to access a table owners by an-other user, you need to specify both the owner of the table and the table name (in the owner.table_name format). When you reference tables located in a different database using SQL*Net, the format can be rather complicated. Synonyms simplify this access because you can create a simple synonym that contains the details of a complex reference string.[67]

Based on OracleUnleashed's teachings, a POSITA would have found it obvious for OracleNamesAdminGuide to associate location strings (i.e., connection descriptor) with respective |

---

[66] *See id*. at 129; *see id.* at 39, 201 (describing other available transport protocols, like DECnet). A POSITA would understand that the host name would be converted to an IP address using a DNS server before the connection string was compiled.

[67] OracleUnleashed at 228.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | identifier strings (i.e., network-service-name-alias). For instance, OracleUnleashed explains that OracleNamesAdminGuide's SQL*Net uses executable code to make it easier for users to connect to various databases and find their data: |

SQL*Net has a Names Server to resolve names to locations. This method makes it very easy to move Oracle Servers and databases with no impact on the end-user community. The Net8 Name Services has the ability to cache names at the client for much faster resolution, and the various listeners and connection managers register as available with Names Services.[68]

Indeed, before the '640 Patent, POSITAs were combining these teachings in Oracle systems in the 1990s. As OracleUnleashed explains, it should be studied in conjunction with Oracle manuals, like OracleNamesAdminGuide:

Instead, the constant reader would first study this book to gain an understanding of the many issues surrounding this Herculean task, using the expert knowledge and examples as a template when referring to specific documentation regarding the many tasks that they faced. Once the large picture has been grasped, the reader might then dive into specific Oracle manuals in order to extract useful details needed to complete the task.

Using [this book] in this way, the reader will save a great deal of time. Instead of getting lost in endless reams of manuals, by first referring to this book, one can focus on the issues and hotpoints surrounding the complex tasks faced in purchasing, installing, and implementing the appropriate Oracle technology.[69]

Further, OracleUnleashed specifically directs DBAs to combine its teachings with reference manuals published by Oracle Corporation—like OracleNamesAdminGuide—to fully utilize Oracle database systems and all their capabilities.[70] Beyond the traditional Oracle reference manuals, DBAs

---

[68] OracleUnleashed at 220.

[69] *See* OracleUnleashed at 30.

[70] *See id.* at 235, 527, 558, 565, 591.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
|  | would have been expected to combine their systems with various technologies and tools as they develop to maximize functionality and effectiveness. As OracleUnleashed explains: "Technology surpasses itself each year, especially in the world of Oracle and relational database systems. New tools are constantly made available to the DBA to aid in overall job effectiveness."[71] |
|  | Maintaining a working knowledge of the state of the art would be imperative for managing a distributed system, especially an Oracle system, because a POSITA would have been expected to combine the system with related technologies to improve efficiency and optimization. OracleUnleashed outlines these motivations, stating: "However, all these responsibilities revolve around the common goals of protecting the data, providing desirable functionality, and optimizing performance as much as possible."[72] |
|  | For those reasons, a POSITA would have been motivated to associate identifier strings with OracleNamesAdminGuide's data and location information for use in optimizing query efficiency, based on OracleUnleashed's teachings. As described in OracleUnleashed, SQL*Net makes it easier for users to connect to various databases and find their data, which is advantageous because "[y]our users do not want to write complex queries."[73] A POSITA would have understood that making use of location strings associated with identifier strings improves the users' experience and eases the ability to find desired data since that is one of the objectives of an Oracle DBA. The benefits of associating a location string with an identifier string are directly perceived by the end user, and a DBA would have been motivated to simplify the users' experience in this manner. |
|  | It was understood in the art that a POSITA was often asked to help improve query efficiency. During the relevant timeframe, Oracle DBAs were often asked to help improve query efficiency, as OracleUnleashed details:<br><br>    It seems pretty obvious that a search method that works well for one of these types of    queries is probably not the best method for the others. In fact, Oracle and most other |

---

[71] OracleUnleashed at 476.

[72] OracleUnleashed at 510.

[73] *Id*. at 255.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | databases have a number of search algorithms in their systems that are designed to handle different needs. This is what enables them to work in such a large number of environments and applications. When an application is performing slowly on a well-tuned database, the first thing you should **check is how the query is being processed to ensure that it is as efficient as it can be.**[74] |
| | Based on the commonplace need for efficiency in running queries, a POSITA would have been motivated to associate location strings with respective identifier strings because this allows OracleNamesAdminGuide's Names Server to quickly return one or more locations associated with the identifier string to the query requestor with minimized cost.[75] Further, this would have resulted in the effective use of SQL*Net functionality, and improve query efficiency and optimization of Oracle systems to ease users' ability to find their desired data. Based on the commonplace need for efficiency in running queries, a POSITA would have been motivated to associate the identifier string with data and location information because this allows OracleNamesAdminGuide's Names Server to contain location strings associated with respective identifier strings to service data requests with minimized cost. |
| | Steen provides that its location service resolves names to "object tags" containing location information. Steen teaches that, in the lower level, the system uses data files called "contact records": "Addresses and forwarding pointers are *stored in contact records*."[76] Thus, Steen's contact record constitutes stored data associated with an object. In the lower level, the system resolves object handles to contact records. Steen teaches that the object handle doesn't rely on the addresses contained in the contact record, describing it as "location independent."[77] Rather, Steen explains that the system uses that object handle for locating stored "contact record" data: "[The] object handle may contain information that can be *used to assist in locating the object*."[78] For |

---

[74] OracleUnleashed at 652.

[75] *See* OracleUnleashed at 452.

[76] Steen at 105.

[77] *Id*. at Abstract, 105.

[78] *Id*. at 105.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | example, Steen describes that the object handle can include subnode identification for a given contact record: "As an example, we can use the first n bits of an object's handle to identify the subnode responsible for that object."[79]<br><br>Steen illustrates the role of the object handle as location information by comparing it to a "lifetime telephone number":<br>    As an illustration, consider an officeless company whose employees are located across the country, normally working at home or visiting customers. Using our approach, we assign a lifetime location-independent telephone number to the company. This number corresponds to an object handle. A naming or directory service would maintain a mapping between the company's name and its lifetime telephone number.[80]<br><br>Accordingly, Steen's object handle contains location information for finding the contact record. Thus, a POSITA would understand Steen's object handle to be the claimed location information.<br><br>Further, the claim construction that Kove proposed and the district court adopted provides that location information means "information pertaining to one or more locations of data and/or the identities of one or more location servers."[81] To the extent Kove argues that Steen's "object handle" doesn't contain location information for the final data entity, the object handle provides information that identifies which lower level location servers contain that information. Thus, to the extent Kove asserts that the object handle isn't "information pertaining to the location of data," it's location information because it pertains to "the identities of one or more location servers." And a POSITA would understand that the lower level of Steen contains directory servers that contain addresses for the stored data. Accordingly, Steen's lower level has "one or more location servers" and the object handle identifies which lower-level servers contains the desired object location information. |

---

[79] *Id*. at 108.

[80] *Id*. at 105.

[81] Joint Claim Construction Chart (Updated) (Dkt. No. 382) at 4-6.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, and Steen disclose or render obvious claim element 17.b.ii's at least one of the plurality of data location servers includes location information associated with the identifier string. |
| **[17.b.iii]** each of the plurality of data location servers having computer executable code configured to execute the following steps: | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below.<br><br>OracleNamesAdminGuide explains that each Names Server includes a processor and memory.[82] A POSITA would have understood that, for this processor to function, the memory contains computer executable code to execute steps.<br><br>Further, OracleNamesAdminGuide teaches that each Names Server loads and executes software to preform steps in response to a data location request: "At startup, the Names Server reads its configuration files to set up its operating parameters, then loads all data for the administrative region."[83] A POSITA would have understood that each Names Server includes executable code to read configuration files and set up operating parameters.<br><br>And OracleNamesAdminGuide discloses that each Names Servers is a resource running as software on a computer and is executable on operating systems, such as UNIX, Windows, and OS/2:<br>*An Oracle Names Server is portable software that runs on a variety of computer platforms*…. In general, Oracle Names runs on:<br>• A variety of UNIX and VAX/VMS minicomputers and workstations.<br>• Intel-based computers (PCs) running operating systems such as OS/2, NetWare, Windows NT, and UNIX.<br>The computer does not have to be dedicated as an Oracle Names Server. In fact, Oracle Names typically requires relatively little CPU and memory to function. |

---

[82] OracleNamesAdminGuide at 32-33.

[83] *See* OracleNamesAdminGuide at 160; *id.* at 104 ("The STARTUP command loads the Names Server into memory and tells it to begin executing. At startup, the Names Server loads its configuration, loads its data, then becomes available to answer requests…. The SHUTDOWN command stops the execution of a Names Server. The program stops executing, and releases any machine resources being used.").

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Your choice of computer to use as a Names Server should be based on … [s]oftware availability—While Oracle Names runs on many operating systems, it does not run on all. *As a shared resource, Oracle Names only needs to be on one type of operating system to serve all clients and servers*. It does not have to be available on all of the operating systems you use….” [84]<br><br>A POSITA would have understood that the computer acting as the Names Server contains computer executable code to execute steps.<br><br>OracleNamesAdminGuide provides an example command NAMESCTL for each Names Server that results in operations executing on the computer: “NAMESCTL is loaded and *all operations are executed within it*…. You can also execute most commands from the operating system command line by running the NAMESCTL program with a complete command as a parameter to the program. In this case, NAMESCTL *will load and execute the command*, then return the operating system prompt.”[85]<br><br>To the extent Kove asserts that OracleNamesAdminGuide doesn’t expressly disclose “each one of the plurality of data location servers comprises a processor and a portion of the data location information” steps, a POSITA would have found this limitation obvious based on Steen’s teachings. Steen describes a system for managing the location of data on a distributed network. As Steen explains, a single server providing location information can be overwhelmed with too much data or too many requests: “higher-level directory nodes not only have to handle a relatively large number of requests, they also have enormous storage demands.” [86] To avoid this potential strain on a system, Steen teaches partitioning a directory server functioning as a location server into a flat, non-hierarchical group of “subnode” location servers: “Our solution is to partition a directory node into one or more directory subnodes such that each subnode is responsible for a subset of the records |

[84] OracleNamesAdminGuide at 62-63.

[85] OracleNamesAdminGuide at 116.

[86] Steen at 107-08.

| | originally stored at the directory node."[87] Below, a portion of Steen's Figure 6 includes annotations illustrating this non-hierarchical group of locations servers.<br><br><br><br>A POSITA would have understood that Steen's partitioned group of location servers organized in a non-hierarchical configuration results in each server containing a subset of the data location information originally stored on the first location server. Further, a POSITA would have been motivated to adopt Steen's partitioning approach for grouping OracleNamesAdminGuide's Names Servers to maintain "lightning fast" resolutions to data queries.<br><br>Accordingly, because any component of a network must have executable code to function properly, including data location servers, it would have been understood by a POSITA that each of Steen's data location server in the data location server network executes certain steps to respond to a request. |
|---|---|

[87] *Id.*

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Based on the above teachings, OracleNamesAdminGuide and Steen disclose or render obvious claim element 17.b.iii's each of the plurality of data location servers having computer executable code configured to execute the steps set forth in the remaining claim elements.[88] |
| **[17.c.i]** in response to receiving a data location request from a client to retrieve a location string associated with an identification string provided in the data location request, | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below.<br><br>Claim element 17.c.i builds on claim element 17.b.iii to require each location server be configured to receive a client's data location request. The prior art discloses or renders obvious claim element 17.c.i.<br><br>OracleNamesAdminGuide discloses or renders obvious a client sending a data location request. OracleNamesAdminGuide teaches that each client connects to the system and submits data location requests. Kove has asserted that the claim term "client" means "a network-attached component that initiates update or lookup of identifier/location mappings from a location server with location request messages." A POSITA would have understood that OracleNamesAdminGuide's client is the claimed "client." For instance, OracleNamesAdminGuide explains that its client is a software component attaching to the network for looking up identifiers from the Names Servers: "The client is the software that requests the name to be resolved. The name itself typically comes from the user's application, or the actual user…. When the name is successfully resolved, the client uses it to connect to the intended destination. All interaction with the Names Server and use of the results is transparent to the user."[89]<br><br>And as shown below in Figure 2-2, OracleNamesAdminGuide's client initiates data location request messages and receives answers from Names Servers: "The true user of Oracle Names is always |

[88] *See id*. ¶ 272.

[89] OracleNamesAdminGuide at 51-52.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | either *a client application in a client–server connection* …. Oracle Names is not visible to the user or the application programmer."[90] |



OracleNamesAdminGuide Fig. 2-2

As discussed regarding claim element 17.b.ii, OracleNamesAdminGuide teaches that its system receives a data location request from a client to retrieve a location string associated with an identification string provided in the data location request. And OracleNamesAdminGuide explains that such systems have flat, non-hierarchical configurations. For example, as shown below in the non-hierarchical configuration of Figure 3-11, the client sends the data location request "sqlplus scott/tiger@POULTRY" to retrieve the connection descriptor (i.e., location string) associated with the request's identifier string POULTRY:

[Step] 1. The client application issues a connection request to SQL*Net of the form: `sqlplus scott/tiger@POULTRY` where POULTRY is a database service name defined in the Oracle Names Server. SQL*Net determines from the client configuration in the SQLNET.ORA file that the client's default domain is WORLD

[90] *Id*. at 24; *see id.* at 33 ("Architecturally, Oracle Names is a network service that provides name resolution to Oracle clients and servers."), 43-44, 91-92 (similar).

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | and the preferred Names Server is the one shown. SQL*Net sends the Names Server a request to resolve the name POULTRY.WORLD.[91]<br><br><br><br>OracleNamesAdminGuide Fig. 3-11<br><br>To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose each Names Server being configured to "respon[d] to receiving a data location request from a client to retrieve a location string associated with an identification string provided in the data location request," a POSITA would have found this limitation obvious. For instance, a POSITA would have found it obvious to have each Names Server in OracleNamesAdminGuide's non-hierarchical configuration be able to respond to a client's data location request to retrieve a location string to optimize query efficiency. A failure to resolve a request causes wasted resources on a network. To avoid waste and optimize performance, a POSITA would have designed servers to minimize failure. Accordingly, it would have been beneficial for a POSITA to design each Names Server to be able to handle any request it receives, even when it doesn't contain the requested location information. |

---

[91] *Id.* at 52-53; *see id.* at 128-29 (describing client sending data location request to Names Server where request includes identifier string for BONES.DEM.MEDICINE).

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Accordingly, a POSITA would have found it obvious to configure each Names Server to respond to any data location request to optimize efficiency.<br><br>Further, even if OracleNamesAdminGuide alone doesn't render this obvious, it would have been obvious based on Steen's teachings. Steen teaches the use of "anycasting" to provide a single service from multiple servers. A POSITA would have understood that such a system results in each server being configured to resolve any request it received. A POSITA would have been motivated to incorporate Steen's anycasting into OracleNamesAdminGuide's Names Servers to improve the location request responsiveness of the system.<br><br>OracleNamesAdminGuide discloses or alone renders obvious a non-hierarchical system with each Names Server being configured to receive the data location request from the client.<br><br>Kove has asserted that "claims 17 and 18 recite a *non-hierarchical* cluster configuration. A client can send a query to *any* server in the network—not just its local region."[92] Kove uses "non-hierarchical" and "cluster" synonymously.[93] To the extent Kove argues that claim element 17.c.i requires a non-hierarchical configuration where a client can query any location server, OracleNamesAdminGuide discloses or renders obvious. As detailed below, OracleNamesAdminGuide teaches a system having a flat, non-hierarchical configuration where a client can send a data location query to each and every Names Server (i.e., location server) in the network. A POSITA would understand this occurs without the client having to navigate a tree structure.<br><br>OracleNamesAdminGuide teaches that its system has a flat, non-hierarchical configuration, resulting in "all clients" and Names Servers residing on the same network using one naming convention. For example, OracleNamesAdminGuide states that its non-hierarchical configuration has a single WORLD domain for "all clients and services": |

[92] 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 23 (emphasis in original) (citation omitted).

[93] *See e.g.*, 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 27-28 ("requires a non-hierarchical cluster configuration").

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | In a flat naming model, when defined by Network Manager, the default domain for all clients is the WORLD domain; that is, all clients and services reside in the WORLD domain. (Without SQLNET.ORA, the default domain is [ROOT] or ".") For example, a global database service name in a flat model might be SALES.WORLD.[94] <br><br> As shown below, OracleNamesAdminGuide's Figure 3-8 shows this non-hierarchical configuration with a single region AR housing the WORLD domain and directly connected to every Names Server.[95] And as shown below, OracleNamesAdminGuide's Figure 2-1 shows each Names Server and client being connected to the same non-hierarchical network.[96] <br><br>  <br><br> OracleNamesAdminGuide Fig. 3-8 (Upper Portion) |

---

[94] OracleNamesAdminGuide at 91.

[95] *Id*. at 45.

[96] *Id*. at 32-33.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| |  |

OracleNamesAdminGuide Fig. 2-1

Further, OracleNamesAdminGuide discloses that its non-hierarchical configuration works well "until you have several hundreds or thousands of names."[97] POSITAs using real-world Oracle7 systems employed OracleNamesAdminGuide's non-hierarchical configuration because such systems typically involved data location information employing less than several hundred names. Amazon hasn't presented evidence toward OracleNamesAdminGuide's non-hierarchical configuration in any previous proceeding or reexamination.

Kove has asserted that a "hierarchical configuration restricts the ability of a client to find the authoritative server in the network without undergoing the traversals (iterations) required in navigating a tree structure."[98] OracleNamesAdminGuide discloses that its non-hierarchical configuration doesn't have a root server or result in the client needing to travel up or down a network tree. A POSITA would understand that OracleNamesAdminGuide's flat, non-hierarchical

---

[97] *Id*. at 57.

[98] 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 27-28 (emphasis in original).

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | configuration doesn't use a tree structure of clients to navigate because it describes name resolution as being "lightning fast." A POSITA would have appreciated that, while hierarchical structures provide fault tolerance for organization, the response times for queries may not follow the most efficient routes. Accordingly, the lightning fast response times of OracleNamesAdminGuide require more direct pathways to resolve location queries. As shown below, OracleNamesAdminGuide's Figure 3-8 contrasts a hierarchical configuration having a root server and sub-domains US, Europe, and Row, against a flat, non-hierarchical configuration having no root server.[99] |

---

[99] OracleNamesAdminGuide at 45.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | <br><br>OracleNamesAdminGuide Fig. 3-8<br><br>OracleNamesAdminGuide's non-hierarchical system is different that OracleNamesAdminGuide's other embodiments having hierarchical configurations in which a client's request message are sent |

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | up and down branches of a network tree to a root server, such as the example network shown in the reference's Figure C-4 using the "Dynamic Discovery Option."[100]<br><br>Further, Kove may attempt to distinguish claim 17 from OracleNamesAdminGuide's flat, non-hierarchical configuration by asserting that OracleNamesAdminGuide uses a data location mapping approach similar to the Domain Name Service ("DNS") protocol.[101] But this assertion lacks merit for at least two reasons. First, OracleNamesAdminGuide details that its flat, non-hierarchical configuration uses a simpler naming convention than DNS where the configuration has a single domain, e.g., WORLD, with each location string having a unique name in the single domain.[102] Second, even if OracleNamesAdminGuide were to use a naming convention like DNS, the '640 Patent's specification describes its system as using the NDTP protocol to associate data entities with data location information. The specification discloses that NDTP employs functions in the same way as the DNS protocol for mapping data entities to location information:<br><br>    NDTP is designed for use in the larger context of a distributed data collection. As such, it supports an architecture, in which information about where data associated with particular application entities, can be managed and obtained independently of the data itself. *One way to understand this is as a highly dynamic DNS for data. DNS maintains a mapping between names and machines*. NDTP and its associated servers maintain a mapping between entity identifiers and data locations. *The identifier/location mapping maintained by NDTP servers is much more dynamic (more frequent updates), than the domain name/IP address mapping maintained by DNS*. NDTP is designed to support very fast, very diverse, and very large scale mapping manipulations.[103] |

[100] *See* 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 23-25 (citing OracleNamesAdminGuide at 28, 32, 60, 190-92 toward a system having a hierarchical configuration); '640 Pat. at 16:15-39, 18:5-8, 18:46-52, Figs. 10, 12-13 (describing system with hierarchical configuration with messages being sent up and down network tree).

[101] *See* 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 25-26 (citing OracleNamesAdminGuide at 56-57 toward using a data location mapping standard based on DNS).

[102] OracleNamesAdminGuide at 40-41.

[103] '640 Pat. at 20:4-17.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | To any extent OracleNamesAdminGuide alone doesn't render obvious the non-hierarchical cluster structure, it renders it obvious in further view of OracleUnleashed or Steen. Both Steen and OracleUnleashed teach the idea of partitioning servers to improve performance. As a result of combining OracleNamesAdminGuide's Names Servers with Steen and OracleUnleashed's server partitioning, a POSITA would have found it obvious that the Names Servers be arranged in non-hierarchical clusters.<br><br>Further, even if they weren't organized into these non-hierarchical clusters, Kove's arguments that hierarchical structures can't employ redirect messages is incorrect. While hierarchical structures *can* find data by following the hierarchies, they aren't limited to doing so. As Steen states, "[a]n implication of [hierarchical designs] is that in the worst case it's always possible to locate every object by following the chain of pointers from the root node. *In practice, we can do much better than this*..."[104] A POSITA would have been motivated to "do much better than this" to make resolutions "lightning fast" as OracleNamesAdminGuide's stated goal explains. Hence, network hierarchies provide *fault tolerance* to ensure data can always be found, not the optimized path for finding it quickly. As a result, Kove's alleged distinction over the prior art doesn't reflect the function of the technology itself.<br><br>Based on the above teachings, OracleNamesAdminGuide discloses or renders obvious in view of Steen or OracleUnleashed claim element 17c.i.'s each location server being configured to respond to receiving a data location request from a client to retrieve a location string associated with an identification string provided in the data location request.<br><br>Further, OracleNamesAdminGuide, OracleUnleashed, and Steen render obvious claim element 17.c.i. OracleNamesAdminGuide teaches that clients may request network services.<br>    A client can request a network service within its default domain using the service's simple, unqualified name, that is, without specifying a domain name. If a user requests |

---

[104] Steen at 105.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | a name without a '.' character in it, the default domain name will be automatically appended to the database service or data-base link name requested.[105] |
| | A POSITA would have understood these network services include data requests and that data requests would require a data location request. |
| | Further, even if OracleNamesAdminGuide doesn't disclose this explicitly, a POSITA would have been motivated to any client be able to connect to any Names Server where each Names Server is configured to respond to receiving a data location request from a client to retrieve a location string associated with an identification string provided in the data location request. For instance, this would have resulted in the effective use of SQL*Net functionality, and improve query efficiency and optimization of Oracle7 systems to ease users' ability to find their desired data. |
| | OracleNamesAdminGuide discloses a flat, non-hierarchical configuration in which "[a]ll names are unique within a single domain—the WORLD domain."[106] And OracleNamesAdminGuide explains that, "[i]n the most common case of a single, central administrative region, all Names Servers contain identical data, and give identical results."[107] Thus, a POSITA would have found it obvious to have a non-hierarchical system where a client can send a query to any Names Server in the network based on OracleNamesAdminGuide and Steen's teachings. |
| | And Steen teaches a location service to manage and locate data for users. Steen further teaches the use of single services fulfilled by a multitude of servers: |
| | In distributed systems, this way of locating a service is also known as anycasting: *a client requires a particular service*, but is really not interested in which server will handle the request. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the |

---

[105] OracleNamesAdminGuide at 43-44.

[106] OracleNamesAdminGuide at 40.

[107] *Id*. at 45.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | service's name resolved to the object handle, which is then subsequently resolved to the address of any server that can handle the request.[108]<br><br>In such a system, any server can receive any request and it can still be resolved. A POSITA would have been motivated to apply this to OracleNamesAdminGuide's Names Servers to maximize the servers capable of resolving location queries to provide users with the "lightning fast" results that OracleNamesAdminGuide aspires to.<br><br>Further, as described by OracleUnleashed's partitioning methods, each Names Server may contain a portion of the location information in the total dataset. As a result, a POSITA would have found it obvious that each of the partitioned subsets must be able to receive and respond to location questions.<br><br>Based on the above teachings, OracleNamesAdminGuide and Steen and OracleUnleashed render obvious claim element 17.c.i. |
| [17.c.ii] transmitting a redirect message to the client if the identification string is not associated with a location string at the data location server, wherein the redirect message contains information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below.<br><br>OracleNamesAdminGuide discloses this claim element, or renders it obvious alone or in view of OracleUnleashed and Steen. Claim element 17.c.ii addresses the scenario of how the system will respond if a location server doesn't have a location string associated with a client's requested identification string. In that scenario, this claim element requires that the system transmit a redirect message to the client where the message contains information useable by the client to calculate the location of a different location server that has the relevant location string. The prior art discloses or renders obvious this claim element.<br><br>OracleNamesAdminGuide discloses or renders obvious transmitting a redirect message to the client. OracleNamesAdminGuide teaches that each Names Server is configured to transmit a redirect message to the client if the identification string isn't associated with a location string at the Names Server which received the client's data location request message. And OracleNamesAdminGuide |

[108] Steen at 105.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | discloses that the redirect message contains information for use by the client to calculate a location of a different Names Server where that different Names Server contains the location string.<br><br>Like the '640 Patent, OracleNamesAdminGuide discloses that its system will periodically have changes in location information when the network administrator adds a new database or Names server and/or alters a database's address.[109] When those changes occur, the administrator will refresh the memories of the system's Names Servers which results in updates to the identifier strings associated with location strings of the databases.[110] At times, this process of refreshing the memories will result in some, but not all, Names Servers having the location string for a particular data entity.[111]<br><br>As shown in the below table, OracleNamesAdminGuide discloses two configurations for addressing how the system will respond if a Names Server doesn't have a location string associated with a client's requested identification string.[112] |

| Configuration 1 (Forwarding Enabled) | Configuration 2 (Forwarding Disabled) |
|---|---|
| The initial Names Server that received the request will forward the request to a second Names Server containing the requested location string, the second Names Server will return the location string to the initial Names | The initial Names Server that received the request will send a message to the client where the message contains the address of a second Names Server containing the requested location string, then the client will |

---

[109] *E.g.*, '640 Patent at 10:27-59; OracleNamesAdminGuide at 45.

[110] *See* OracleNamesAdminGuide at 45.

[111] *See* OracleNamesAdminGuide at 45, 104 ("A method for requesting to add, change, or delete network objects and their associated names from the Names Server is required…. The administrator can then modify the data and refresh the Names Servers at regular intervals."); *see id.* at 37, 199 (describing different refresh frequencies in Names Servers' cache memories).

[112] OracleNamesAdminGuide at 137.

| | |
|---|---|
| | Server, then the initial Names Server will return the location string to the client. | send its request to the address of the second Names Server. |

OracleNamesAdminGuide explains that its system will alternate between these two configurations based on the network administrator turning on and off the SET FORWARDING_AVAILABLE command.[113] OracleNamesAdminGuide teaches that it's desirable to disable the forwarding function to lessen the workload on each Names Server by having the client, rather than the initially-requested Names Server, calculate the location of the different Names Server that has the requested location string.[114] OracleNamesAdminGuide states the administrator is able to turn off this command in all Names Servers on the network.[115]

When the administrator has turned off the forwarding command, OracleNamesAdminGuide discloses that the initially-requested Names Server that doesn't have the answer to the client's query "tells the requestor [i.e., client] the address of the Names Server that can answer the request."[116] The message containing the address of the different Names Server corresponds to the claimed "redirect message."

Below, OracleNamesAdminGuide's Figure 3-8 illustrates how this redirect message meets all the requirements of claim element 17.f.2. Figure 3-8 depicts a non-hierarchical system with an upper Names Server and a lower Names Server that cumulatively store all the location strings known in the system. As OracleNamesAdminGuide explains, when the upper Names Server receives a client's query but lacks the location string to answer that query, a POSITA would understand the upper Names Server transmits a message to the client where the message includes in the address of the

---

[113] *Id.* at 137.

[114] *E.g.*, *id.* at 137; *see also id.* at 119-20 (explaining forwarding command will "Turn on or off name request forwarding for a Names Server).

[115] *See id.* at 119-20, 137.

[116] OracleNamesAdminGuide at 137.

lower Names Server housing the location string. The client uses that address to calculate the location of the lower Names Server, then the client sends its data location request to the lower Names Server.[117]



OracleNamesAdminGuide Fig. 3-8 (Upper Portion)

A POSITA would understand that a similar scenario transpires when the lower Names Server receives a client's query but lacks the location string to answer that query. This results in the lower Names Server transmitting a message to the client containing the address of the upper Names Server housing the location string. The client uses that address to calculate the location of the upper Names Server, then client sends its data location request to the upper Names Server.[118]

To the extent Kove asserts that OracleNamesAdminGuide doesn't expressly disclose each Names Server "transmitting a redirect message to the client if the identification string is not associated with a location string at the data location server, wherein the redirect message contains information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string," a POSITA

---

[117] *See* OracleNamesAdminGuide at 137.

[118] *See* OracleNamesAdminGuide at 137.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | would have found this limitation obvious. For instance, to optimize query efficiency, a POSITA would have found it obvious to have each Names Server in OracleNamesAdminGuide's non-hierarchical configuration be able to transmit a redirect message to the client having information the client can use to calculate the location of a different Names Server that contains the requested location string. A POSITA would have been motivated to do so because this would further the use of OracleNamesAdminGuide' s SQL *Net and Names Servers to respond to certain data requests and lessen the workload of the initially-requested Names Server because it no longer needs to perform forwarding functions to other servers containing the requested information.<br><br>Moreover, a POSITA would have been motivated to do so because providing a redirect message to calculate the location of a different Names Server would improve the ability of OracleNamesAdminGuide's system to locate the client's requested information. To accomplish this, a POSITA would have designed OracleNamesAdminGuide's system to detect and resolve problems without placing the burden on the user. This is the DBA's inherent role, and the clear benefits for the user would have motivated a POSITA to modify OracleNamesAdminGuide in this way.<br><br>Kove has asserted that, "[b]y its plain language, the claim [17] requires that each (i.e., every) location server must be configured to return information that the *client uses* to determine a second location server that contain the sought-after location string, if the first queried location does not contain that location string."[119] OracleNamesAdminGuide discloses or alone renders obvious Kove's asserted requirement for claim 17. This is because a POSITA would understand that OracleNamesAdminGuide's teachings toward redirect messages and a non-hierarchical system with two Names Servers (Figure 3-8) establish that the first queried Names Server will return address information that the client uses to determine the second Names Server that contains the sought-after location string.[120] Amazon hasn't presented evidence toward OracleNamesAdminGuide's non-hierarchical configuration, e.g., Figure 3-8, in any previous proceeding or reexamination. |

[119] 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 24 (emphasis in original).

[120] *See* OracleNamesAdminGuide at 44-45, 137.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Further, Kove has asserted that OracleNamesAdminGuide doesn't disclose claim element 17.c.ii because the initially-requested Names Server returns the address of "next server above it in the network path," rather than the Names Server containing the location string.[121] But this assertion lacks merit for at least two reasons. First, OracleNamesAdminGuide describes an embodiment having a non-hierarchical configuration, e.g., Figure 3-8, that is a flat network architecture without any Names Servers connecting upward toward a root server.[122] Second, even if OracleNamesAdminGuide's system were limited to hierarchical configurations, the '640 Patent acknowledges that those configurations still provide redirect messages sent to a second Names Servers functioning as the claimed "client." For instance, like claim 17, claim 18 recites "transmit[ting] a redirect message to the client." And claim 25 depends from claim 18 and recites "a plurality of servers related in a *logical hierarchy* between the client and the data location servers, wherein *each of the plurality of servers is configured to function as a next client and retransmit the data location request to a next logically associated server until a data location server receives the data location request.*" Thus, the '640 Patent expressly teaches that returning the address of next location server above it in the network path would meet claim element 17.c.ii because that server would "function as a next client."<br><br>Kove has asserted that OracleNamesAdminGuide doesn't disclose claim element 17.c.ii because disabling the SET FOWARDING_AVAILABLE command results in the client being "not capable of redirecting their requests as Names Servers would" for "foreign names."[123] But this argument is incorrect. In the flat, non-hierarchical configuration, OracleNamesAdminGuide has only one domain, e.g., WORLD, where there aren't any foreign names.[124] OracleNamesAdminGuide specifies all names in the domain of the non-hierarchical configuration will be unique and accessible to all services and clients connected to the system.[125] A POSITA |

[121] *See* 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 32.

[122] *See* OracleNamesAdminGuide at 44-45, 137.

[123] *See* 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 30-31.

[124] *See* OracleNamesAdminGuide at 40-41, 44-45.

[125] *See id.*

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | would understand that there would be no foreign names in this configuration and no risk of a client being unable to resolve a foreign name. Rather, OracleNamesAdminGuide's system functions just like the '640 Patent's non-hierarchical embodiment where each location server is able to transmit to the client a redirect message containing information for use by the client to calculate the location of the different location sever that contains the location string.<br><br>OracleNamesAdminGuide discloses that its forwarding command (enabled or disabled) is preferably for Names Servers having "no local clients" that are servicing request inquiries from "foreign Names Servers."[126] To the extent Kove asserts this preference teaches away from the claimed "redirect message," this is incorrect for at least three reasons. First, OracleNamesAdminGuide states this is an "intended" preference rather than a requirement. Illustrating this isn't a requirement, OracleNamesAdminGuide specifies that a Names Server with this forwarding command disabled may have "clients who rely directly on that Names Server."[127] A POSITA would understand that this is particularly relevant to OracleNamesAdminGuide's non-hierarchical configurations with all Names Servers and location strings located on the same network resulting in no foreign location information and no foreign Names Servers.<br><br>OracleNamesAdminGuide warns that, when forwarding is disabled and the Names Server sends redirect messages to the client, the server can't resolve request inquiries for "foreign names."[128] But this concern is irrelevant to OracleNamesAdminGuide's non-hierarchical configuration because all the data entities are locating in the same region, thus resulting in no foreign names.<br><br>Second, even assuming the system has a "foreign Names Server," a POSITA would have understood such a server would be the claimed "client" that is sending data location requests. Kove proposes that a "client" is "a network-attached component that initiates update or lookup of identifier/location mappings from a location server with location request messages." Thus, in this context, a foreign Names Server is a client because it's a network-attached component initiating a lookup of an identifier/location mapping from a Names Server via a location request message. This is consistent |

---

[126] OracleNamesAdminGuide at 137.

[127] *Id*.

[128] OracleNamesAdminGuide at 137.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | with the '640 Patent's specification, which expressly teaches that another location server that sends request messages is the claimed "client." For instance, '640 claim 25 states "each of the plurality of servers is configured to function *as a next client* and retransmit the data location request to a next logically associated server." Thus, the Names Server servicing a data request from a foreign Names Server is servicing a request from the claimed "client" and sending a redirect message back to that client if the server doesn't have a location string associated with the requested identifier.<br><br>A POSITA would have been motivated to have OracleNamesAdminGuide's non-hierarchical configuration provide each Names Server with code that allows the server to receive requests from and send redirect messages to both clients and foreign Names Servers. For those reasons, a POSITA would have found it obvious to modify OracleNamesAdminGuide's system such that every Names Server (not just those with no local clients) has code for sending redirect messages to clients that include information for the client to calculate the location of a different Names Server.<br>Based on the above teachings, OracleNamesAdminGuide discloses or renders obvious claim element 17.c.ii.<br><br>Further, OracleNamesAdminGuide, OracleUnleashed, and Steen render obvious the "redirect message" limitations. OracleNamesAdminGuide describes a distributed database system, focusing on Names Servers that respond to a client's data requests using unique identifiers associated with the data's network address. Similarly, both OracleUnleashed and Steen describe a distributed network configuration that uses well-known name resolution techniques.<br><br>As explained above for claim element 17.b.i, Steen and OracleUnleashed teach partitioning network servers to improve performance. Each of Steen and OracleUnleashed further teach methods of organizing datasets across servers, including hashing.<br><br>In particular, OracleUnleashed teaches multiple hashing methods providing the benefit of organizing data using hash clusters and hash joins:<br>    A hash cluster is similar to a cluster but uses a hash function rather than an index to reference the cluster key. A hash cluster stores the data based on the result of a hash |

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | function (a numeric function that determines the data block in the cluster based on the value of the cluster key).[129] |
| | Hash joins greatly enhance the performance of two joined tables, where one table is significantly larger than the other. Hash joins replace the "sort-merge" join algorithm and is only supported by the cost-based optimizer. The hash join works by splitting two tables into partitions. A partition is read into memory and a hash table is created. This hash table is then used to map join columns from the other table, eliminating the sometimes resource-expensive sort-merge. In the hash join method, both tables are scanned only once. [130] |
| | A POSITA would understand that hashing datasets makes it easier to find a piece of data at a later point. As a result, a POSITA would have been motivated to hash the partitioned location servers taught by the combination of OracleNamesAdminGuide and OracleUnleashed. Doing so would allow any Names Servers on the network to "know" the location of a desired piece of location information. As a result of this knowledge, it would have been obvious to a POSITA that, if a Names Server received a request it could not resolve because it lacked the location data, it would redirect the client to a Names Server containing the desired location data. |
| | Likewise, Steen also teaches hashing, specifically in connection with partitioned location servers. As Steen provides, this hashing ensures each subnode is aware of (i.e., knows) the location of any requested location information regardless of which server it's contained on: |
| | Because communication between directory nodes in the original search tree now takes place between their respective subnodes, each subnode should be aware of how the directory node with which it communicates is actually partitioned. This information is contained in a separate tree management service. This service also maintains the mapping of subnodes to physical nodes. Partitioning and mapping information is assumed to be relatively stable so that it can be easily cached by subnodes.[131] |

[129] OracleUnleashed at 394.

[130] *Id.* at 638.

[131] Steen at 108.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Steen explains that this awareness minimizes the need to request partition information from other services to identify the location server storing the requested data. For instance, Steen explains that minimizing such requests improves system efficient by decreasing the need for repeated requests:<br><br>    "This assumption is necessary to avoid having to query the management service each time a subnode needs to communicate with its parent or children, which would turn the management service into a potential communication bottleneck."[132]<br><br>Thus, based on OracleUnleashed's and/or Steen's teachings, a POSITA would have found it obvious for OracleNamesAdminGuide's first Names Server, if it lacks an association to the requested location string, to send a redirect message to the client containing redirect information for the client to calculate the location of a different Names Server having the request location string. A POSITA would have been motivated to do so because this would further the use of OracleNamesAdminGuide' s SQL *Net and Names Servers to respond to certain data requests and lessen the workload of the initially-requested Names Server because it no longer needs to perform forwarding functions to other servers containing the requested information.<br><br>Further, if a Names Server can't resolve a client's information query, a POSITA would have been motivated to have that Names Server transmit a redirect message so the client can calculate the location of another Names Server housing the requested location string. This is because using such redirect messages was an established method to address unresolved location requests, as taught by OracleUnleashed and Steen.<br><br>Moreover, a POSITA would have been motivated to do so because providing a redirect message to calculate the location of a different Names Server would improve the ability of OracleNamesAdminGuide's system to locate the client's requested information. To accomplish this, a POSITA would have designed OracleNamesAdminGuide's system to detect and resolve problems without placing the burden on the user. This is the DBA's inherent role, and the clear benefits for the user would have motivated a POSITA to modify OracleNamesAdminGuide in this way. Because each server can determine the location of location information on the location server network (i.e., "knows" where to find any requested location data), OracleNamesAdminGuide alone |

---

[132] *Id.*

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | or in combination with Steen and/or OracleUnleashed teach that each location server can resolve a data location request in two or fewer traversals, consistent with Amazon's proposed constructions and Kove's statements during reexamination. In the first traversal, the client requests its desired location information from any location server, which responds with either the location information of the data or the location information for a location server known to contain the requested location information. In the second traversal, if necessary, the client uses the redirect message to request the location information from the location server known to contain the desired location information. Thus, OracleNamesAdminGuide alone or in combination with Steen and/or OracleUnleashed renders obvious resolving any client's data location request in two or fewer traversals.<br><br>To the extent OracleNamesAdminGuide doesn't disclose all elements of the Asserted Claims, OracleUnleashed's teachings render obvious partitioning the contents of one high volume location server onto multiple location servers with a flat, non-hierarchical architecture, organizing the contents according to a hash function, mapped onto with a hash table, and using a redirect message to redirect a client to make the request to another server, and Wolff renders obvious using a redirect message to redirect a client to another server to prevent failure.<br><br>Similarly to OracleNamesAdminGuide, OracleUnleashed and Wolff describe the challenges of expanding the networks and maintaining performance. [133] Wolff explains that such swift growth can overload a system, making a server a "bottleneck" in the system. [134] OracleUnleashed explains that "[m]any items that can cause database downtime can be monitored and corrected proactively."[135]<br><br>Accordingly, a POSITA implementing Oracle's system would have been motivated to incorporate teachings like Wolff's toward optimizing performance by reducing processing load on network servers. Wolff's redirection command offers one such teaching toward reducing the processing load on Oracle's Names Servers by moving the processing to the access server. Thus, a POSITA would have identified Wolff's redirection command as a technique for optimizing Oracle's Names Servers to use processing power to resolve requests intended for other directory servers. And a POSITA |

[133] *E.g.*, OracleUnleashed at 40, 273.
[134] Wolff at 2:1-2.
[135] OracleUnleashed at 471.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | would have been motivated to modify Oracle's Names Servers to use Wolff's redirection command to identify another directory server having the requested data then sending a redirect message containing the location of that other server.

For example, OracleNamesAdminGuide discloses a non-hierarchical Name server network in Figure 3-8, and teaches that its Names servers can be applied to various topologies based on the specific needs of the database. For each server, OracleNamesAdminGuide teaches that any server lacking location information can "simply tell[] the requestor the address of the location server that can answer the request."[136] Dr. Stephen Bailey, one of the co-inventors, described the redirect message in the same way, explaining that "[w]hen it came to request data for a particular entity, it would receive the redirect if the server that received it did not have the location data for that – for that entity."[137] While Figure 3-8 describes these servers' contents as "identical," no dynamic pairing of servers can maintain identical contents at all times because they will need to be updated as the data changes. Thus, any time one name server was updated, the other server wouldn't immediately contain that entry. As a result, a request to the other server would be redirected to the other server to be fulfilled.

As a further example, if the pair of Names servers were tasked with a high volume of data or a high volume of transactions, OracleUnleashed teaches partitioning the servers into a cluster and organizing contents with hashing.[138] In the cluster formation, the servers would each contain a subset of the location dataset. Thus, the partitioned Names Server cluster would contain Names servers with redirect capability that could direct requests to the proper Names servers to fulfill the requests.

Based on the above teachings, OracleNamesAdminGuide, OracleUnleashed, and Steen render obvious claim element 17.c.ii. |
| **[18.Preamble]** A system for retrieving data location | See above evidence regarding the preamble of claim 17. |

---

[136] May 16, 2023 Decision at 30; OracleNamesAdminGuide at 137.
[137] 10/9/2020 S. Bailey Dep. Tr. at 138:1-5.
[138] *E.g.*, OracleUnleashed at 40 (partitioning) and 372 (hashing).

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| information for data stored in a distributed network, the system comprising: | |
| **[18.a]** a data repository configured to store data, wherein the data is associated with an identifier string; | See above evidence regarding claim limitations 17.a.i and 17.a.ii. |
| **[18.b]** a client responsive to a data query to query a data location server for location information associated with the identifier string; | See above evidence regarding claim limitations 17.b.i ans 17.c.i.<br><br>Claim 18.b is the first instance of a limitation requiring "location information." As shown above regarding claim 17's preamble, OracleNamesAdminGuide's connection description is "location information" because each connection description includes information—such as the host name, port, and database instance—that pertains to the location of data in the network.[139] In the BONES.DEM.MEDICINE example, OracleNamesAdminGuide teaches the location information includes the host cowboy, port 1522, database rodeo, connection type TCP that pertains to the location of data associated with the BONES.DEM.MEDICINE alias.[140]<br><br>Further, for all the reasons shown for claim elements 17.b.i and 17.c.i, OracleNamesAdminGuide discloses claim element 18.c or renders it obvious alone or in view of OracleUnleashed and/or Steen.<br><br>Further, Steen provides that its system receives requests from users and that the servers handle those requests:<br>    In distributed systems, this way of locating a service is also known as anycasting: a<br>    client requires a particular service, but is really not interested in which server will |

[139] *Id.* at 23-24, 52-53, 128-29.

[140] *See id.* at 128-29.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | handle the request. Using our approach, the service is assigned a unique object handle, and each server registers its network address under that object handle. A client has the service's name resolved to the object handle, which is then subsequently resolved to the address of any server that can handle the request.[141]<br><br>A POSITA would have appreciated that, when a user needs information, the user makes a data query on its device in Steen's system. A POSITA would further understand that the device would go to the directory server for location information, i.e., query, a location server.[142] |
| **[18.c]** a data location server network comprising a plurality of data location servers, at least one of the plurality of data location servers containing location information associated with the identifier string, wherein each of the plurality of data location servers comprises computer executable code configured to execute the following steps in response to receiving a data location request from the client: | See above evidence regarding claim limitations 17.b.i, 17.b.ii, and 17.b.iii. |
| **[18.d]** if the data location server contains the location string associated with the identification string provided in the data location request, the data location server | OracleNamesAdminGuide discloses this claim element or renders it obvious alone or in view of OracleUnleashed and Steen.<br><br>As shown regarding claim elements 17.b.i, 17.c.i, and 18.c, OracleNamesAdminGuide teaches its Names Server (i.e., location server) receives a query for a connection descriptor (i.e., location information) associated with a network-service-name-alias (i.e., identification string). As shown |

---

[141] Steen at 105.

[142] Steen at 105-06.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| transmits location information for use by the client to calculate a location of the data associated with the identification string; | below in the example for Figure 3-1, OracleNamesAdminGuide explains that, in response to the POULTRY query (step 1), the Names Server checks whether it contains location information associated with the identification string for POULTRY.WORLD (step 2). If it does, the Names Server sends the location information, including the host name, port, and database instance, to the client (step 2). As shown below in Figure 3-1, steps 3-4 include the client using the location information to calculate a location of the data associated with the POULTRY.WORLD alias.[143]<br><br><br>OracleNamesAdminGuide Fig. 3-11<br><br>Further, as shown regarding claim elements 17.c, 17.f.1, and 18.c, OracleNamesAdminGuide teaches another example to illustrate the QUERY command in which the client sends a data location request containing the identification string for BONES.DEM.MEDICINE. If the queried Names Server contains the location string associated with that identification string, the Names Server transmits location information, including "ADDR:...(DESCRIPTION=(ADDRESS= (COMMUNITY=tcp)(PROTOCOL=TCP) (Host=cowboy) |

[143] *See* OracleNamesAdminGuide at 52-53; *see also id.* at 22 ("When making a connection, the client specifies the name of a destination and Oracle Names provides the address."), 51-52 ("When the name is successfully resolved, the client uses it to connect to the intended destination.").

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | (Port=1522))(CONNECT_DATA=(SID=rodeo)))" to the client.[144] Like the example in Figure 3-1, the client uses the location information (e.g., host cowboy, port 1522, database rodeo, connection type TCP) to calculate the location of the data associated with the BONES.DEM.MEDICINE alias.[145]<br><br>As shown regarding claim elements 17.b.i, 17.c.i, and 18.c, OracleUnleashed or Steen's teachings further render obvious claim element 18.d. In each of Steen and OracleUnleashed, the purpose of a location service is getting the desired location information to the requesting client. As a result, it would have been appreciated by a POSITA that any system designed to help locate data, like Steen's and OracleUnleashed's, would return the requested information to the client if it contained it.<br><br>Thus, based on OracleUnleashed or Steen, a POSITA would have been motivated to have OracleNamesAdminGuide's Names Server, if it contains the location information associated with the network-service-name-alias (i.e., identifier string) provided in the data location request, transmit location information for use by the client to calculate a location of the data associated with the alias. For instance, this would have resulted in the effective use of SQL*Net functionality, and improve query efficiency and optimization of Oracle7 systems to ease users' ability to find their desired data. Based on the above teachings, OracleNamesAdminGuide and OracleUnleashed and Steen disclose or render obvious claim element 18.d.<br><br>Further, as described for element 17.pre, Steen provides that a location service to manage stored objects, including data files. A POSITA would have appreciated that any data location directory server returns the requested information if it was contained on the requested server. A POSITA would have understood this to be the primary function of a location server. |
| **[18.e]** if the data location server does not contain the location string associated | Claim element 18.e is substantially similar to claim element 17.c.ii. For all the reasons shown for claim element 17.c.ii, OracleNamesAdminGuide discloses claim element 18.e or renders it obvious alone or in view of OracleUnleashed and Steen. |

---

[144] *See id.* at 128-29.

[145] *See id.*

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| with the identification string, the location server transmits a redirect message to the client, wherein the redirect message contains redirect information for use by the client to calculate a location of a different data location server in the plurality of data location servers, wherein the different data location server contains the location string. | OracleNamesAdminGuide alone or in view of Steen or OracleUnleashed renders obvious this claim element. OracleNamesAdminGuide describes a distributed database system, focusing on Names Servers that respond to a client's data requests using unique identifiers associated with the data's network address. Similarly, both OracleUnleashed and Steen describe a distributed network configuration that uses well-known name resolution techniques.<br><br>As explained above for claim elements 17.b.i and 18.c, Steen and OracleUnleashed teach partitioning network servers to improve performance. Each of Steen and OracleUnleashed further teach methods of organizing datasets across servers, including hashing.<br><br>In particular, OracleUnleashed teaches multiple hashing methods providing the benefit of organizing data using hash clusters and hash joins:<br><br>    A hash cluster is similar to a cluster but uses a hash function rather than an index to reference the cluster key. A hash cluster stores the data based on the result of a hash function (a numeric function that determines the data block in the cluster based on the value of the cluster key).[146]<br><br>    Hash joins greatly enhance the performance of two joined tables, where one table is significantly larger than the other. Hash joins replace the "sort-merge" join algorithm and is only supported by the cost-based optimizer. The hash join works by splitting two tables into partitions. A partition is read into memory and a hash table is created. This hash table is then used to map join columns from the other table, eliminating the sometimes resource-expensive sort-merge. In the hash join method, both tables are scanned only once.[147]<br><br>And a POSITA would understand that hashing datasets makes it easier to find a piece of data at a later point. As a result, a POSITA would have been motivated to hash the partitioned location servers taught by the combination of OracleNamesAdminGuide and OracleUnleashed. Doing so would allow any Names Servers on the network to "know" the location of a desired piece of |

---

[146] OracleUnleashed at 394.

[147] *Id*. at 638.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | location information. As a result of this knowledge, it would have been obvious to a POSITA that, if a Names Server received a request it could not resolve because it lacked the location data, it would redirect the client to a Names Server containing the desired location data.<br><br>Likewise, Steen also teaches hashing, specifically in connection with partitioned location servers. As Steen provides, this hashing ensures each subnode is aware, i.e., knows, the location of any requested location information regardless of which server it is contained on:<br><blockquote>Because communication between directory nodes in the original search tree now takes place between their respective subnodes, each subnode should be aware of how the directory node with which it communicates is actually partitioned. This information is contained in a separate tree management service. This service also maintains the mapping of subnodes to physical nodes. Partitioning and mapping information is assumed to be relatively stable so that it can be easily cached by subnodes.[148]</blockquote>Steen explains that this awareness minimizes the need to request partition information from other services to identify the location server storing the requested data. For instance, Steen explains that minimizing such requests improves system efficient by decreasing the need for repeated requests:<br><blockquote>"This assumption is necessary to avoid having to query the management service each time a subnode needs to communicate with its parent or children, which would turn the management service into a potential communication bottleneck."[149]</blockquote><br>Thus, based on OracleUnleashed's and/or Steen's teachings, a POSITA would have found it obvious for OracleNamesAdminGuide's first Names Server, if it lacks an association to the requested location string, to send a redirect message to the client containing redirect information for the client to calculate the location of a different Names Server having the request location string. A POSITA would have been motivated to do so because this would further the use of OracleNamesAdminGuide' s SQL *Net and Names Servers to respond to certain data requests and lessen the workload of the initially-requested Names Server because it no longer needs to perform forwarding functions to other servers containing the requested information. |

[148] Steen at 108.

[149] *Id.*

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | Further, if a Names Server can't resolve a client's information query, a POSITA would have been motivated to have that Names Server transmit a redirect message so the client can calculate the location of another Names Server housing the requested location string. This is because using such redirect messages was an established method to address unresolved location requests, as taught by OracleUnleashed and Steen.<br><br>Moreover, a POSITA would have been motivated to do so because providing a redirect message to calculate the location of a different Names Server would improve the ability of OracleNamesAdminGuide's system to locate the client's requested information. To accomplish this, a POSITA would have designed OracleNamesAdminGuide's system to detect and resolve problems without placing the burden on the user. This is the DBA's inherent role, and the clear benefits for the user would have motivated a POSITA to modify OracleNamesAdminGuide in this way.<br><br>Further, based on Steen's teachings, a POSITA would have found it obvious for Steen directory server, if it lacks an association to the requested location string, to send a redirect message to the client containing redirect information for the client to calculate the location of a different directory server having the request location string. A POSITA would have been motivated to do so because this would further the goals of the location service itself to respond to certain data requests and to lessen the workload of the initially-requested directory servers because it no longer needs to perform forwarding functions to other servers containing the requested information.<br><br>Further, if a directory can't resolve a client's information query, a POSITA would have been motivated to have that directory server transmit a redirect message so the client can calculate the location of another directory server housing the requested location string. This is because using such redirect messages was an established method to address unresolved location requests, as a POSITA would have been generally aware.<br><br>Moreover, a POSITA would have been motivated to do so because providing a redirect message to calculate the location of a different directory server would improve the ability of Steen's system to locate the client's requested information. To do so, a POSITA would have designed Steen's system to detect and resolve problems without placing the burden on the user. The clear benefits for the user |

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | would have motivated a POSITA to modify Steen in this way. Based on the above teachings, Steen render this element obvious.<br><br>Further, Wolff's teachings render obvious the claimed "redirect message" limitations. Wolff explains that servers will not always be able to fulfill each request received from a given client. For example, Wolff describes an "overloaded" server which has received too many requests and lacks the processing power to fulfill them all:<br><br>    In operation at time T=0, normal client 100A is shown accessing memory resource 118 via path 70 through overloaded server 104. At the same time, aware client 102A is shown accessing memory resource 18, via path 74, through overloaded server 104A. At time T=1, process 102P1, implemented on aware client 102A, detects the overload condition of server 104A, and accesses memory resource 118 via an alternate path 76 through server 106A. Thus, in this subsequent state, the load on server 104A is reduced and the access by aware client 102A to memory resource 118 is enhanced. Normal client 100A cannot initiate the processes 35 discussed above in connection with the aware client 102A and is unable to select an alternate path 72 to the underutilized server 106A.[150]<br><br>And Wolff teaches optimizing network performance by redirecting requests from an overloaded server, e.g., a server that can't satisfy the request, to another server that can satisfy the request with a "redirection command" from the overloaded server:<br><br>    Client load rebalancing refers to the ability of a client, enabled with processes in accordance with the current invention, to re-map a path through a plurality of nodes to a resource. *The re-mapping may take place in response to a redirection command emanating from an overloaded node, e.g. server.* The embodiments disclosed allow more efficient, robust communication between a plurality of clients and a plurality of resources, via a plurality of nodes. Resources can include, but are not limited to, |

---

[150] Wolff at 5:25-38.

| | computers, memory devices, imaging devices, printers, and data sets. A data set can include a database or a file system.[151] |
|---|---|
| | Accordingly, based on Wolff's teachings, a POSITA would have found it obvious to have Steen's queried location server transmit a redirect message to the access server (i.e., client) if that location server doesn't contain the location string associated with the identification string wherein the redirect message has information for use by the access server to calculate a location of another directory server containing the location string. A POSITA would have been motivated to do so because this would optimize performance of Steen's system by having the queried directory server send a redirect message to the client rather than the server determine and forward the request to another directory server. |
| | Because each location server can determine the location of location information on the location server network (i.e., "knows" where to find any requested location data), Steen alone or in combination with Wolff renders obvious that each location server can resolve a data location request in two or fewer traversals,[152] consistent with Amazon's proposed constructions and Kove's statements during reexamination. In the first traversal (i.e., first step), the client requests its desired location information from any location server, which responds with either the location information of the data or the location information for a location server known to contain the requested location information.[153] In the second traversal (i.e., second step), if necessary, the client uses the redirect message to make an alternate request (e.g., Wolff's redirected alternate path[154]) for the location information from another location server (e.g., Steen's 'awareness' and pointers) [155] known to contain the desired location information. Thus, Steen alone or in combination with Wolff renders obvious resolving any client's data location request in two or fewer traversals. |
| | Accordingly, Steen in view of Wolff, disclose or render obvious in combination claim element 18.e. |

---

[151] *Id*. at 2:41-51.
[152] *See id*. ¶ 447.
[153] Steen at 105-07.
[154] Wolff at 5:25-38.
[155] Steen at 105-07.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| **[24]** The system of claim 18, wherein the location information comprises a portion of a hash table distributed over the plurality of data location servers. | OracleNamesAdminGuide, OracleUnleashed, and Steen each discloses this element, for example, as described below.<br><br>OracleNamesAdminGuide renders obvious claim 24, alone or in view of OracleUnleashed and/or Steen. Claim 24 recites that "[t]he system of claim 18, wherein the location information comprises a portion of a hash table distributed over the plurality of data location servers."<br><br>During the prior reexamination, Kove asserted that OracleNamesAdminGuide's hierarchical configuration fails to teach the requirements of claim 24 toward hash tables. This Request focuses on OracleNamesAdminGuide's teachings toward a system having a non-hierarchical configuration that renders obvious claim 24 based on OracleUnleashed's and Steen's teachings.<br><br>The '640 Patent establishes that it was already well known in the art for a computer network system to use a hash table to locate information stored in the system. The '640 Patent specifies that it uses one, and only one, hash table configuration based on the "well-known function" hashpjw for distributing the hash table over the locations servers (e.g., NDTP servers): |

The appropriate NDTP server is selected from the table in the NDTP_RDR_RSP message by applying **a well-known function** to the identifier string and using the function result as an index into the NDTP server table.

**The well-known function preferably applied is the hash pjw function presented by Aho, Sethi and Ullman in their text *Compilers, Principles, Techniques and Tools*:**

```
uint32_t
hash (uint8_t *s, uint32_t slen, uint32_t size)
{
        uint32_t g;
        uint32_t i;
               unit32_t h = 0;
        uint8_t c;
        for (i = 0; i < slen; i++) {
              c = s[i];
```

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | h = (h << 4) + c;<br>g = (h & 0xf0000000);<br>if (g) {ˆ<br>    h ˆ= g >> 24;<br>    h = g;<br>}<br>}<br>return h % size;<br>}.[156]<br><br>Further, during the original examination of the '640 Patent, the Examiner took official notice that "use of a [] hashing operation in a computer networking environment was well known in the art at the time the invention was made."[157] This was confirmed in the related reexamination for the '170 Patent, where the Reexamination Specialist found that "the use of hash functions was well known in the database art long before the date of the invention."[158] Similarly, during the original examination, the Applicant admitted that the '640 Patent's "disclosure illustrates this using the standard hashpjw function from a reference computer science text book…. [T]he system distributes hash-function computation, or creates a 'distributed hash table'."[159]<br><br>Thus, the '640 Patent acknowledges that motivation existed in a POSITA's general knowledge before the earliest priority date to have OracleNamesAdminGuide's location information comprise a portion of a hash table distributed over the plurality of Names Servers. This establishes that claim 24 is obvious over the prior art. And a POSITA would have had a reasonable expectation of success in modifying OracleNamesAdminGuide's redirect message to include a portion of a hash table distributed over the Names Servers because system messages containing such fields were well known in the art. A POSITA would have understood a redirect message includes information |

---

[156] *See* '640 Patent at 14:64-15:21.

[157] '640 History at 447-48.

[158] 09/27/2022 '170 Patent Notice of Intent to Issue Reexamination Certificate at 11.

[159] *Id.* at 522.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | needed by the client to make its request to the intended other location server. A POSITA would have understood that, for a location server network organized by hashing, the portion of the hash table identifying which location server contains the requested location information would constitute such necessary information. Thus, it would have been obvious to a POSITA that for the client to know where it should redirect its request, the redirect message should include the necessary portion of the hash table informing it which location server to send its redirected message to. |
| | To the extent Kove argues that claim 24 requires "a single hash table" that is "divided into portions that are distributed over the data location servers in the data location server network,"[160] a POSITA would have found this configuration obvious. For example, each location server would only need to use the hash table for location information that it didn't store. Accordingly, it would have been obvious to a POSITA that only the portions of the hash table describing the contents of other location servers would need to be on the server. As a result, in a scenario where there were only two location servers, each location server would contain a half portion of a single hash table describing the data location server network. |
| | OracleNamesAdminGuide, Steen, and OracleUnleashed Render Obvious Having a Hash Table Distributed Over the Names Servers. For example, Steen's and OracleUnleashed's teachings render obvious OracleNamesAdminGuide's location information comprising a portion of a hash table distributed over the plurality of Names Servers. Steen teaches organizing location information by distributing portions of a hash table over multiple location servers. For instance, Steen teaches hashing to organize identifier string-location information on its directory subnode location servers. As shown below in Figure 6, Steen describes using the first n-bits of an object's handle to identify the subnode responsible in a hashing method:<br><br>    As an example, we can use the first n bits of an object's handle to identify the subnode responsible for that object…To illustrate, Fig. 6 shows a search tree in which the root node has been partitioned into four subnodes based on the first two bits of the object handle (n = 2), and each of the leaf nodes into two subnodes (n = 1).[161] |

---

[160] 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 42.

[161] Steen at 108.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | <br>**Figure 6.** *A search tree and a corresponding logical tree after partitioning the directory nodes into subnodes.*<br><br>A POSITA would have understood that Steen's use of bits to organize the object handle contents across servers applies a basic hash function. Accordingly, a POSITA would see Steen's method as a simple hashing technique for data organization.<br><br>Steen further teaches that more complex hashing methods exist and should be used in systems like OracleNamesAdminGuide's: "We note that we have developed more realistic hashing-based methods than explained here. For example, we also have to take into account that the total number of links between parent and children subnodes remains manageable."[162] A POSITA would have understood that such "realistic hashing-based methods" includes more complex hashing methods, including hash functions. Accordingly, it would have been obvious to a POSITA that, if the division of location information data was more complex, it would be beneficial to organize its distribution with a hash function. |

---

[162] Steen at 108.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | And Steen describes that a POSITA would find important for each location server to be aware of how the location information has been partitioned and for each location server to easily store the hashing information: |
| | Because communication between directory nodes in the original search tree now takes place between their respective subnodes, each subnode should be aware of how the directory node with which it communicates is actually partitioned. This information is contained in a separate tree management service. This service also maintains the mapping of subnodes to physical nodes. Partitioning and mapping information is assumed to be relatively stable so that it can be easily cached by subnodes.[163] |
| | A POSITA would have understood the location servers will store this partitioning and mapping information and use the hash function to determine which location information should be stored on which location server. Steen emphasizes the need to minimize each location server's need to request partition information from other services. Steen explains that excessive requests can make the system less efficient by demanding repeated requests: "This assumption is necessary to avoid having to query the management service each time a subnode needs to communicate with its parent or children, which would turn the management service into a potential communication bottleneck."[164] Similarly, OracleUnleashed describes the use of hashing to organize datasets across multiple servers. OracleUnleashed teaches multiple hashing methods that help organize data, including hash clusters and hash joins: |
| | A hash cluster is similar to a cluster but uses a hash function rather than an index to reference the cluster key. A hash cluster stores the data based on the result of a hash function (a numeric function that determines the data block in the cluster based on the value of the cluster key).[165] |
| | Hash joins greatly enhance the performance of two joined tables, where one table is significantly larger than the other. Hash joins replace the "sort-merge" join algorithm and is only supported by the cost-based optimizer. The hash join works by splitting two tables into partitions. A partition is read into memory and a hash table is created. |

---

[163] Steen at 108.
[164] Steen at 108.
[165] OracleUnleashed at 394.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | This hash table is then used to map join columns from the other table, eliminating the sometimes resource-expensive sort-merge. In the hash join method, both tables are scanned only once. [166] |
| | A POSITA would understand that hashing tables make it easier to find a piece of data when needed. As a result, a POSITA would have been motivated to hash the partitioned location servers taught by the combination of OracleNamesAdminGuide and OracleUnleashed. Doing so would have allowed any component on the network to "know" where a desired piece of location information was located. As a result of this knowledge, it would have been obvious to a POSITA for OracleNamesAdminGuide's location information to include a portion of a hash table distributed over the Names Servers. |
| | As explained regarding claim element 18.e, OracleNamesAdminGuide, OracleUnleashed, and Steen render obvious sending a redirect message with information necessary to identify the Names Server containing the object data for a given object tag. A POSITA would understand that the mapping information or the relevant portion of the hash table would be necessary for the client to identify the correct Names Server and send the request to it. |
| | Because OracleNamesAdminGuide and OracleUnleashed share the common goal of parsing data sets quickly, a POSITA would have been motivated to use OracleUnleashed's hashing table techniques in OracleNamesAdminGuide's Names Servers to quickly and efficiently determine the location of the requested data. It was understood in the art that DBAs would actively search for resources to solve problems that may arise in the specific database environment that they are working in. |
| | A POSITA would understand that, as a system's configuration becomes more complex requiring more information to uniquely identify the data's location, the storage and processing requirements for the OracleNamesAdminGuide's Names Servers increase along with it. A DBA would have been motivated to minimize these burdens and operate the Names Servers at optimal efficiency. This |

---

[166] *Id.* at 638.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | would have furthered OracleNamesAdminGuide's goal of having its Names Servers identify the requested data's location "lightning fast."[167] |
| | And based on the desire to maximize efficiency in running queries, a POSITA would have been motivated to combine OracleNamesAdminGuide's and OracleUnleashed's techniques of locating data using hashing location tables to quickly return location information associated with the requested data. |
| | Thus, a POSITA would have been motivated and found it obvious to have OracleNamesAdminGuide's location information include a portion of a hash table distributed over multiple Names Servers. This would have furthered OracleNamesAdminGuide's goal of having its Names Servers identify the requested data's location "lightning fast."[168] |
| | A POSITA would have had a reasonable expectation of success in modifying OracleNamesAdminGuide's location server identification, i.e., the contents of a redirect message, to include a portion of a hash table distributed over the Names Servers because system messages containing such fields was well known in the art. A POSITA would have understood a redirect message to include information needed by the client to make its request to the intended other location server. For example, as Steen describes, this information for locating the requested data on a location server should be easily cached on each location server: "Partitioning and mapping information is assumed to be relatively stable so that it can be *easily cached by subnodes*."[169] Accordingly, a POSITA would have appreciated that, for a location server network organized by hashing, the portion of the hash table identifying which location server contained the requested location information would constitute such necessary information, e.g., the cache mapping and partitioning information. Thus, it would have been obvious to a POSITA that, for the client to know where it should redirect its request to, the redirect message will include the necessary portion of the hash table informing it which location server to send its redirected message to. |

---

[167] OracleNamesAdminGuide at 60.

[168] OracleNamesAdminGuide at 60.

[169] Steen at 108.

| U.S. Patent No. 7,103,640 | OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff |
|---|---|
| | To the extent Kove argues that claim 24 requires a single hash table that is "divided into portions that are distributed over the data location servers in the data location server network,"[170] Steen's and OracleUnleashed's teachings would have rendered this configuration obvious. For example, each location server would only need to use the hash table for location information that it did not store. Accordingly, it would be obvious to a POSITA that only the portions of the hash table describing the contents of other location servers would need to be on the server. As a result, in a scenario where there were only two location servers, one server would contain a portion of a single hash table describing the data location server network, and the other server would contain the rest of the hash table.

In sum, OracleNamesAdminGuide alone or in view of Steen or OracleUnleashed renders obvious dependent claim 24. |

---

[170] 08/04/2022 Patent Owner's Reply to Office Action in Reexamination Control No. 90/019,036 at 42.