# Exhibit K6

████████████████████

■

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>               Defendant. | Civil Action No. 1:18-cv-08175<br><br>Hon. Matthew F. Kennelly<br><br>Jury Trial Demanded |

**REBUTTAL EXPERT REPORT OF ANANTH GRAMA REGARDING
U.S. PATENT NOS. 7,103,640, 7,233,978, AND 7,814,170**



234. Dr. Goodrich opines that the "location server" requirement of the Asserted Claims is met by the ████████.[297] I disagree. The Court construed the "location server" as "a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to location request messages from clients." As I explained above, DDB's components don't meet this requirement. ██ only store ████████████ of DDB's ████████ store associations between ██████ and ██████, but don't provide ██ ██ between the ██████ and either the ██████ or the ██████. And ██ only store associations between a ██████ with multiple objects and the ██ with that ██████.

235. Thus, DDB doesn't meet the claimed "location server." For at least this reason, it is my opinion that DDB doesn't infringe the Asserted Claims.

### 3. DDB Doesn't Use the Required ██████████.

236. Each of the Hashing Claims requires that the location information be organized through hashing. As I explained above in Section III.B.5.c, features of hashing data include applying a hash function to the data to assign it a storage location, storing the assignments in a hash table, and applying the hash function to requests for the data. As I explain below, none of the components in DDB ████ any of the ██████ used to eventually locate the data.

237. Dr. Goodrich alleges that the ████████████████ satisfies the required hashing claims because it has "one or more ████, each containing ██████████ with ██ ██████████."[298] I disagree. Hash tables assign ██ to random ██████, and tend to make these assignments in an even manner. Dr. Goodrich does not point to any indication that there is

---

[297] *See, e.g.*, Goodrich Report, Ex. E, ¶ 81.
[298] Goodrich Report, Ex. E, ¶33.

Page 117

any randomization (a requirement for hash tables) applied in the ████████, nor have I found any such evidence of this.

238. Additionally, there are no hash tables on any other component of the DDB system. For example, the ███ do not use hashing. Instead, ███ use "██████." ██████ are also not hashing, but help to organize data for access with less randomization.[299]

239. And the ███ are not indexed by a hash table. Dr Goodrich's description of DDB's functionality is incorrect. DDB does not "store[] the ███████████████████ relationships in a hash table."[300] As I explained above, Dr Goodrich errs in conflating "████████" and "████████"; ███ store ████████, which do not identify any specific data in DDB. In addition, the ███ do not store a hash table comprised of location information. The citations Dr. Goodrich relies on also do not show a hash table comprised of location information. Dr Goodrich contends via these citations that ███ contain ████████████████████████████████. The ████████ identifies the user who owns the data. The ███ specifies what table the user seeks the data from. The ████████ identifies what ███████ was assigned for the table. And the ████ indicates what, if any, duplicated versions of the data there are. Thus, in my opinion, none of these tables are hash tables with location information as required by claim 2 of the '170 patent and claim 6 of the '978 patent.

240. Finally, as my testing shows, there is no ████████ in any of the DDB requests I made.[301] As a result, the DDB data storage and location process does not involve ██████ any data.

---

[299] AMZ_KOVE_000504893.

[300] Goodrich Report, Ex. E, ¶ 122.

[301] Section VIII.

███ to query to obtain the ████████ that correspond to the ████████████ of the item."[311] I disagree, since the ██ only return the requested █ if found and do not offer any redirect messages for the █ to locate the correct █, as detailed above.

251. Thus, DDB doesn't use the ████████ required by the Redirect Claims. For at least this reason, it is my opinion that DDB doesn't infringe the Redirect Claims.

### 5. DDB Doesn't Infringe the Transfer Claims.

252. DDB doesn't meet several limitations of the Transfer Claims.

253. First, the Transfer Claims require a "unique set of location information of an aggregate set of location information." As noted, ████████ is extensively ████████ in DDB at various levels. ████████████████████ all ██ data. Furthermore, data in ████████ is ████████ to ensure reliable access. Specifically, all ████████████ exist at multiple locations, and so fails to meet the ████████ requirement of the Transfer Claims. Nonetheless, Dr. Goodrich states that this limitation is met because "████████████████████████████████████████████████████████████████████████████████████"[312] And I understand that Dr. Goodrich identifies the "████████████ and their associated item ████████████████" as the claimed "location information."[313] But even if the ████████████ were "location servers," which they are not, they do not store a "████████████████████" As Dr. Goodrich notes, a large portion of the ████████████ in the ████████████ is also stored in the ████████████████ to the point of which over ██ of

---

[311] Goodrich Report, Ex. E, ¶ 111.
[312] Goodrich Report, Ex. E, ¶165.
[313] *See, e.g.,* Goodrich Report, Ex. E, ¶147.

Page **123**

all requests are handled by the ▮▮▮▮ without need to contact the ▮▮▮▮.[314] And the fact that a user's request is received by a ▮▮▮▮ means that ▮▮▮▮ must also ▮▮ the same "location information" as the ▮▮▮▮. Hence, any such "set of location information" stored on the ▮▮▮▮ are not ▮▮▮▮ as the Transfer Claims require.

254. Second, no "transferring" of "identifiers" or "associated locations" from "the first location server" occurs. The claims state: "transferring … the identifiers and associated locations." As the claims show, "the identifiers and associated locations" are the identifiers and associated locations on "the first location server"—the same "first location server" that reaches the "predetermined performance limit." So, to satisfy the claim language, the "transferring" must take place from the "first location server" that reaches the "predetermined performance limit" to the "second location server." The purported "predetermined performance limits" identified by Dr. Goodrich, however, make clear that such "transferring" is impossible. For instance, Dr. Goodrich asserts that "transferring" takes place if ▮▮▮▮ "process has stopped or had a hardware failure" or if ▮▮▮▮ "is not responsive."[315] But in those scenarios, it would be impossible for any information to be "transferred" from that ▮▮▮▮, because that ▮▮▮▮ wouldn't be functioning. Dr. Goodrich thus does not show that information is transferred from the ▮▮▮▮ on which the alleged "predetermined performance limit" is reached.

255. Third, Dr. Goodrich has not substantiated that ▮▮▮▮ ▮▮▮▮ takes place. Dr. Goodrich does not identify the particular

---

[314] Goodrich Report, ¶242; 4/21/23 D. Walsh Dep. Tr. at 114:16-116:3; AMZ_KOVE_00046392.

[315] Goodrich Report, Ex. E, ¶ 5.



262. ███

263. ███

264. ███

---

[322] *See* AMZ_KOVE_000442191.

[323] 1/30/2020 S. Markle Dep. Tr. at 120:15-17 (███).

[324] AWS_SRC_CODE_000001424 at AWS_SRC_CODE_000001424; AMZ_KOVE_000012903; 4/27/23 J. Hamilton Dep. Tr. at 108:18-19 (███).

[325] AMZ_KOVE_000012900 at AMZ_KOVE_000012902-04.

[326] AWS_SRC_CODE_000001417 at AWS_SRC_CODE_000001417-1422 (demonstrating that ███).

[327] AWS_SRC_CODE_000001059.

Page 128



265. Instead, ▮▮▮ contains a ▮▮▮, which does not change even when the location of the associated data on S3 changes, and so is not location data.[329] When data is moved between S3's ▮▮▮, a portion of the system called ▮▮▮ handles the internal updating of where the data is stored.[330] Per Amazon's description of the S3 architecture, ▮▮▮ is the service responsible for actually knowing where the data is located, i.e., converting the ▮▮▮ to the actual location of the ▮▮▮ for the ▮▮▮ to assemble.

266. However, the changes made in ▮▮▮ do not affect any component of an ▮▮▮, including the ▮▮▮. In fact, once a ▮▮▮ object is created, there exists no way to update that

---

[328] 6/4/2021 A. Vermeulen Dep. Tr. at 166:6-10 ("And nowhere except in the ▮▮▮ itself is there any information to tell you which drives the object is, quote, located on.").

[329] 4/19/23 S. Markle Dep. Tr. at 86:12-17 (stating that ▮▮▮ It's not a pointer. It's like a name or a label associated with the storage of the data. You cannot tell from the ▮▮▮ where it is, but it's a name."); 1/30/2020 S. Markle Dep. Tr. at 176:7-8 ("The location of the object is not in the ▮▮▮"), 176:12 ("The ▮▮▮ is not a location.").

[330] AMZ_KOVE_000012900 at AMZ_KOVE_000012901.

[331] AMZ_KOVE_000012900 at AMZ_KOVE_000012901.

object and its internal attributes, as it contains only immutable references to immutable variables.[332] Therefore, it does not change when data is moved in the S3 system.

267. The information contained in an ███ must be processed through multiple components in S3 after it is retrieved from █████████████ to retrieve information that specifies the IP address of ████ that store the ████. ████ - an entirely different portion of the S3 system - handles storing and outputting the location of a users' requested data. While ████ takes components of ██████ as inputs, ████ themselves are not location aware.[333] Thus, S3 █████████████████████████████████████████████████████████████████
████████████
█████████████████████████████████████████████

268. █████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████
████[334]



---

[332] AWS_SRC_CODE_000001109; 4/19/23 S. Markle Dep. Tr. at 86:18-20 ("When an object is overwritten, the new data is assigned a ████████. The ██████ has the ██████████. The █ ████ does not.").

[333] E.g., 1/30/2020 S. Markle Dep. Tr. at 224:17-19 ("And the ████ does not contain ████. I don't know what ██████████ are here.").

[334] AWS_SRC_CODE_000001059.

269. As a result of this, there would be no division between the data and the ████. Since Kove's alleged invention is premised on separating data from its location, in my opinion, the ████ cannot be the location information when it itself can also be the data.

270. Thus, S3 does not rely on the claimed identifier-location mappings. And, for at least this reason, it is my opinion that S3 does not infringe the Asserted Claims.

### 2. S3 Lacks the Claimed "Location Server."

271. Each of the S3 Asserted Claims requires one or more location servers. The Court has construed "location server" as "a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to location request messages from clients."[335] As I explain below, in my opinion, none of the components in S3, including ████ ████, constitute a "location server" as construed by the Court.

272. First, the Court has construed the term "client" as "a network-attached component (which may be software or hardware) that initiates update or lookup of identifier/location mappings from a location server with location request messages."[336] As a result, the client must "initiate[] update or lookup of identifier/location mappings." The only component which initiates the requests in S3 is the ████. And the ████ only sends requests to the ████. As a result, there is no component in S3 that meets this requirement.

---

[335] Dkt. 484 at 35.
[336] Dkt. 484 at 35.

relates to simple gateways, routers, or switches that a connection must pass through to traverse the internet. As the claim states, these "next clients" simply "retransmit" the request. They are not part of the processing of the request that the ▓▓▓ or ▓▓▓ would be responsible for within S3. As such, neither the S3 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in S3 that meets the claimed "client" requirement.

277. Second, the location server must store "a set of identifier/location mappings." No component of S3 satisfies this requirement at least because ▓▓▓ are not locations and S3 does not rely on ▓▓▓▓▓▓▓▓.[347]

278. Dr. Goodrich identifies "every group of ▓▓▓▓▓" as the required location servers containing the ▓▓▓ he alleges are location information.[348] But per Amazon's description of the S3 architecture, the ▓▓▓ role is not storing location information—or even ▓▓▓. Instead, the ▓▓▓ are tasked with communicating between the ▓▓▓▓ and the ▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.[349]

279. It is in fact the ▓▓▓▓▓ that store the ▓▓▓ that Dr. Goodrich accuses of being location information.

---

[347] 4/19/23 S. Markle Dep. Tr. at 86:10-17 ("So ▓▓▓ contain a set of ▓▓▓▓ for objects. When I overwritten an object, a new ▓▓▓ gets created. One of the fields of the ▓▓▓▓ is called a ▓▓▓. That ▓▓▓ is an identifier for storage. It's not a pointer. It's like a name or a label associated with the storage of the data. You cannot tell from the ▓▓▓ where it is, but it's a name.").

[348] Goodrich Report, Ex. E, ¶78.

[349] AMZ_KOVE_000012900 at AMZ_KOVE_000012901; 4/19/23 S. Markle Dep. Tr. at 82:18-20 ("The ▓▓▓▓ exists to shield the ▓▓▓▓▓▓ from some amount of traffic.").



280. Further, the ▮▮▮ and ▮▮ only store ▮▮ in their ▮▮.[351] The ▮▮ does not contain any set of ▮▮, and no ▮▮ is assigned to be stored in their ▮▮. Instead, the ▮▮ and ▮▮ store the most frequently accessed ▮▮ from the full set of ▮▮ stored in the ▮▮.[352] And ▮▮ data is neither ▮▮ nor ▮▮ ▮▮▮▮▮▮▮▮▮▮.

281. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[353]

---

[350] AMZ_KOVE_000012900 at AMZ_KOVE_000012901; 4/19/23 S. Markle Dep. Tr. at 142:1-2 ("So what that means is that the ▮▮▮▮ were the source of truth for ▮▮.").

[351] 1/30/2020 S. Markle Dep. Tr. at 172:5-6 ("[The ▮▮] returns the ▮▮ from its ▮▮" if available), 173:10-11("[The ▮▮] will retrieve the ▮▮ from the ▮▮" if not available).

[352] *See* AMZ_KOV_000226532 at AMZ_KOV_000226533-34.

[353] AWS_SRC_CODE_000001084.

282. [redacted]

283. [redacted]

---

[354] *See* AMZ_KOV_000226532 at AMZ_KOV_000226533-34.

[355] AWS_SRC_CODE_000000535 at AWS_SRC_CODE_000000535.

288. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████ undermines the very purpose of the Hashing Claims, e.g. *knowing* where to find the identifier-location mappings for each request. As Kove described in the reexaminations, the claims required the location server to *know* what the other location servers contained.

> In contrast, claims 1, 6, and 15 of the '170 patent require networks with *non-hierarchical* (or "cluster") configurations of location servers that enable each server in the server network to know which location server contains the location(s) of the desired data.[363]
>
> Each of the claims at issue require, expressly or impliedly, a non-hierarchical cluster configuration of locations servers in a network.[364]

---

[360] *See* AMZ_KOV_000226532 at AMZ_KOV_000226533-34; 1/30/20 S. Markle Dep. Tr. at 271:15-16 (███████████████████████); 6/4/21 A. Vermeulen Dep. Tr. at 226:1-15 (describing using the █████ to obtain the ████; AWS_SRC_CODE_000000541-544.

[361] *E.g.*, AMZ_KOVE_000400711 at AMZ_KOVE_000400715.

[362] *See* AMZ_KOV_000226532 at AMZ_KOV_000226533-34; 1/30/20 S. Markle Dep. Tr. at 271:15-16 ("The ██████████████████"); 6/4/21 A. Vermeulen Dep. Tr. at 226:1-15 (describing using the █████ to obtain the █████.

[363] August 11, 2022 Patent Owner's Reply to Office Action in *Ex Parte* Reexamination, in Reexamination No. 90/019,035 ('170 patent) at 25 (emphasis in original).

[364] *Id.*

████████████████████████████████████████

Claim 6's non-hierarchical configuration is embodied [sic] the requirement that the location server must be able to return a "redirect message" where "the redirect message compris[es] a list of at least one other location server known to have the location information for the desired entity." **This limitation cannot be met in hierarchical configurations…**[365]

In contrast, independent claims 10 and 14 and dependent claim 3 of the '978 patent require networks with non-hierarchical (or "cluster") configurations of location servers that enable each server in the server network to know which location server contains the location(s) of the desired data.[366]

289. Further, both my source code review and my testing have confirmed that the ████ ████████████████████████████████.[367]

290. Finally, claim 2 of the '170 patent and claim 6 of the '978 patent require the location associations to be indexed by a hash table. Dr. Goodrich states that ████████████ ████████████████████████████████████████████████████████████████████ ████████████████████."[368] But as I explained above, ████████████████████ ████████████████████████████████ Dr. Goodrich cites to meet this claim limitation[369] doesn't relate to the ████████████████, but instead to ████████

---

[365] *Id.* at 26 (emphasis added).

[366] September 28, 2022 Patent Owner's Reply to Office Action in *Ex Parte* Reexamination, in Reexamination No. 90/019,034 ('978 patent) at 35.

[367] AWS_SRC_CODE_000001380 at AWS_SRC_CODE_000001380 ████████ ████████████████████████████████).

[368] Goodrich Report, Ex. D, ¶111.

[369] *See* Goodrich Report, Ex. D, ¶112-113.

Page **140**



300. My testing also confirms this understanding of the components. Specifically, in tests of S3 including over ▮ data items requests, ▮.

301. Thus, S3 doesn't use the redirect message required by the Redirect Claims. For at least this reason, it is my opinion that S3 doesn't infringe the Redirect Claims.

### 5. S3 Doesn't Infringe the Transfer Claims.

302. S3 doesn't meet several limitations of the Transfer Claims. ▮

303. First, the Transfer Claims require a "unique set of location information of an aggregate set of location information." Even if the ▮, which in my opinion they aren't, they don't meet the "unique set" requirement because ▮. In fact, the ▮, as shown during my source code review.[376]

---

[376] AWS_SRC_CODE_000001377 at AWS_SRC_CODE_000001377.



304. When the ▉▉ uses multiple ▉▉, and the ▉▉ requests ▉▉ for each ▉▉ from all resulting ▉▉, each one of the ▉▉ are designed to request and potentially ▉▉ the same ▉▉.[377] The use of multiple ▉▉ is necessary to accommodate a system as large as S3. By using multiple ▉▉ routing to multiple ▉▉, it provides the ▉▉ with redundancy. This redundancy both prevents failure if one of the ▉▉ has failed and allows the ▉▉ to use the fastest result, eliminating the risk of throttling at an especially ▉▉ C.

305. As a result, the ▉▉ are designed to contain duplicative content in their ▉▉ and are not unique. Likewise, the ▉▉ is replicated and ▉▉ for durability purposes.

---

[377] *See, e.g.,* 1/30/2020 S. Markle Dep. Tr. at 272:18-273:18 (confirming that a ▉▉ "▉▉ would end up on a different ▉▉.")

This also means that each ▇ is stored on multiple ▇. This is again reflected by the requests sent by the ▇ because each ▇ requests ▇ from ▇ different ▇ whenever it is queried for an ▇ not in its ▇.[378] Thus, the content of the ▇ is also not ▇. And that is for good reason. Storing data in one place creates a much higher risk that the data will be lost or unavailable based on high demand or failure, among other things.

306. Second, S3 does not contain a "transfer protocol configured to transport identifier and location information." Because S3 does not rely on ▇, there would be no purpose for such a transport protocol. And Dr. Goodrich fails to identify what a transport protocol would be or how it would be defined even if it there were such ▇.

307. Finally, the Transfer Claims require "transferring a portion of the identifiers and associated locations to a second data location server when a performance criterion of the first location server reaches a predetermined performance limit." In my opinion, neither the ▇ nor the ▇ satisfy this requirement.

308. First, no "transferring" of "identifiers" or "associated locations" from "the first location server" ever occurs. The claims require: "transferring … the identifiers and associated locations." As the remainder of these claims make clear, "the identifiers and associated locations" are the identifiers and associated locations on "the first location server"—the same "first location server" that reaches the "predetermined performance limit." Therefore, a POSITA would understand that, to meet the claim limitation, the "transferring" must take place from the "first location server" that reaches the "predetermined performance limit" to the "second location server."

---

[378] AMZ_KOVE_000012916.

364. Thus, S3's structure contains multiple levels of hierarchy, and does not satisfy Kove's requirement for the system to be "arranged in a non-hierarchical, cluster topology." As a result, my opinion is that for at least this reason, S3 does not infringe the S3 Asserted Claims.

### 2. S3 Has No Location Servers That Can Respond To Any Request On The Network.

365. According to the proposed construction, the Asserted Claims require a location server that "maintains, for satisfying every request for the location of data on the network, a set of at least one of (1) identifier/location mappings or (2) information about the location of such."[428]

366. In his analysis, Dr. Goodrich accused the ▮ of being the claimed location servers.[429] The ▮ cannot handle "*every* request" for an object's data location, because they cannot handle *any* requests for an object's data location. As discussed above, ▮ provide ▮ stored on the ▮ back to the ▮.[430] ▮ do not contain any information about which ▮ store the requested data.[431] Even further, even if the ▮ were location information, ▮ are not the primary component storing ▮ information. That role is reserved for the ▮.[432] The only ▮ information stored by the ▮ is located in the ▮.[433] As a result, not all ▮ are saved in the ▮ of S3. So, the ▮ as a whole do not contain information for every request on the network.

---

[428] Dkt. No. 539 at Appendix A.
[429] Goodrich Rpt., Ex. E, ¶315.
[430] AMZ_KOVE_000012900 at AMZ_KOVE_000012902.
[431] AMZ_KOVE_000012900 at AMZ_KOVE_000012902.
[432] AMZ_KOVE_000012900 at AMZ_KOVE_000012902.
[433] AMZ_KOVE_000069619 at AMZ_KOVE_000069620.

Page **168**

551. I declare that all statements made herein of my knowledge are true, and that all statements made on information and belief are believed to be true, and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Dated: 8/18/2023

Dr. Ananth Grama