# Exhibit K7

████████████████████

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

--------------------------------X

KOVE IO, INC.,                    :

             Plaintiff,      :

                              : Civil Action No.:

   v.                            :

                              : 1:18-cv-08175

AMAZON WEB SERVICES, INC.      :

             Defendant.      :

--------------------------------X

*** HIGHLY CONFIDENTIAL ***

SOURCE CODE INFORMATION

Deposition of ANANTH GRAMA, PH.D.

Conducted Remotely

Tuesday, September 5, 2023

9:03 a.m.

Reported by: Matthew Goldstein, RMR, CRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 184

1   of location servers stores unique set of location

2   information of an aggregate set of location

3   information."

4          Do you see that, Dr. Grama?

5   A.   Yes, I do.

6   Q.   Okay.  And what is your understanding of

7   what it means that each of the plurality of

8   location servers stores a unique set of location

9   information?

10          MR. SIGLER:  Objection; calls for a

11   legal conclusion.

12          THE WITNESS:  So to begin with, you

13   would start with the claim language for what

14   "location" means.  And I can go back to the claim

15   language for "location," which is -- or location

16   information here, in the context of the

17   '978 patent, is one or more identifiers and their

18   associated location.  And, of course, I take

19   "identifiers" to be associated with data entities.

20          Okay.  So with that being said, the way

21   I read this is that there are multiple servers

22   that store the mapping between data entities and

1    their location -- that's the first part of

2    plurality of location servers -- and that these

3    servers store a unique set of location

4    information.

5              What that means is that the set of

6    location information -- once again, location

7    information is a mapping between a data entity and

8    the claim term "location."  And uniqueness would

9    suggest that no two servers have the same data.

10   And, of course, we're talking about an aggregate

11   set of location information.

12             So putting all of that together, you

13   have an aggregate set of location information,

14   which is located at these location servers -- once

15   again, with all of the implications and

16   limitations of the claim term "location

17   servers" -- and that there is no overlap between

18   any of the information across these servers.  And

19   that's the uniqueness aspect of this claim.

20   BY MR. CARDENAS-NAVIA:

21        Q.   And thank you for that explanation.  I

22   want to walk through that a little bit more.

Page 186

1          So there is the reference to the

2    plurality of location servers, and that means two

3    or more location servers; correct?

4          A.   Yes, that would be correct.

5          Q.   And you also talked about the uniqueness

6    aspect, what it means for the servers to store a

7    unique set of location information.

8          So do you read this language of Claim 17

9    as requiring that no two location servers can

10   store any of the same location information?

11         A.   To a POSITA, a unique set would identify

12   that there are no -- there are no two sets that

13   are the same.

14         Q.   Okay.  And let me maybe give an example

15   to make sure I'm understanding your position on

16   this.  So let's have a simple scenario.  We've got

17   two location servers, location server 1 and

18   location server 2.

19         Are you with me so far?

20         A.   Yes.

21         Q.   And now let's say we have three items of

22   location information.  We've got location

Page 187

1    information A, location information B, and

2    location information C.

3              Are you with me?

4         A.   Yes, I am.

5         Q.   And so now let's say that location

6    server 1 stores location information A and B, and

7    then location server 2 stores location information

8    B and C.

9              Are you still with me?

10        A.   Yes.

11        Q.   And so in this case, are location

12   servers 1 and location servers 2 each storing a

13   unique set of location information?

14        A.    It is my interpretation of this that it

15   is the information that is unique, not that the

16   set that is unique, in other words, that the

17   information must be uniquely stored.  So your

18   description of those two servers is not a unique

19   set of location information, according to this

20   claim.

21        Q.   Okay.  So in your view, for each server

22   to store -- for the uniqueness requirement of

Page 188

1   Claim 17 to be met, as you understand it, location

2   server 1 would -- cannot store any of the same

3   location information that is stored on location

4   server 2; correct?

5        A.   Indeed, I read this claim to associate

6   uniqueness with location information.

7        Q.   Okay.  And the claim refers to a unique

8   set of location information; correct?

9        A.   That is reading, it's a unique set of

10  location information.

11       Q.   And a set of something can be one or --

12  can encompass one or more items; correct?

13       A.   That is correct.

14       Q.   Okay.  But you believe the proper

15  analysis is not to compare a complete set to

16  another complete set, but to compare any subset of

17  a set to any subset of a different set; correct?

18       A.   In fact, what I'm exactly saying is that

19  the word "unique" is associated with information

20  as opposed to set.

21       Q.   Okay.  In DynamoDB, do any ██████████

22  ████████  store the exact same set of ██████████ as

Page 201

1    BY MR. CARDENAS-NAVIA:

2         Q.    And let me direct you again to

3    paragraph 262 of your report.  And I want to point

4    you to the second sentence.  You say, "But the

5    ████████ are not associated with any location

6    becaus ██████ in S3 have no single location.

7    Rather, th ██████ are split int ████████ which

8    are stored in separat █████.  For example, the

9    object can be assembled b ████████████████████

10   ██████.  So there is no location where the ██████

11   is stored."

12             Do you see that?

13        A.    Yes, please.

14        Q.    Well, what do you mean when you say,

15   "There is no location where the ██████ is stored"?

16        A.    What I mean to say is there's no single

17   location where the ██████ is stored.  The ██████

18   is ██████████████, and as I say in the last

19   line, "As a result, there is ██████████████ to

20   associate with the ██████."

21        Q.    Okay.  So in your view, the data is

22   stored at -- in your view, the data is stored at

Page 202

1    ████████████████████████████████████████?

2        A.    That is correct.

3        Q.    Okay.  Can -- in your view, do the

4    asserted claims of the Kove patents require that

5    only a single location be associated with an

6    identifier?

7            MR. SIGLER:  Objection; lack of

8    foundation, calls for a legal conclusion.

9            THE WITNESS:  Could you point me to the

10   specific thing you're looking for?

11   BY MR. CARDENAS-NAVIA:

12       Q.    Sure.  Let's pull up Claim 17 of the

13   '978 patent again.

14           So in your view for Claim 17 of the

15   '978 patent, is it required that only a single

16   location could be associated with an identifier?

17       A.    So at multiple points in this claim a

18   singular location is used, and that would suggest

19   to me that it's a location, not locations.  For

20   example, it says, "storing the received location

21   in a location store at the first location server."

22           None of this is in plurals.  I can only

Page 203

1   understand from this that it's a singular

2   location, not locations.

3        Q.   Could you turn to page 102 of your

4   rebuttal report.

5        A.   Yes, please.

6        Q.   And do you see that in paragraph 207, it

7   says, "I further understand that the court has

8   recognized the following constructions for terms

9   agreed upon by the parties," and then below that

10  there's a list of constructions of certain claim

11  terms?

12       A.   Yes, please.

13       Q.   And do you see that one of those claim

14  terms is "location," and it's been construed as

15  "an encoding that is a member of a set of

16  associations with an identifier in a location

17  server, and that specifies where data pertaining

18  to the entity identified by the identifier is

19  stored"?

20            Do you see that?

21       A.   Yes, I do.

22       Q.   And so a location can be a set of

Page 204

1    associations; correct?

2          A.   No, let me read this, and I will give

3    you my interpretation of this.  So the reading is,

4    "an encoding that is a member of the set of

5    associations with an identifier in a location

6    server, and that specifies where data pertaining

7    to the entity identified by the identifier is

8    stored."

9               So the way I read this is a single data

10   entity may in its entirety be stored in multiple

11   locations, but that a single data entity is itself

12   not split into multiple locations.

13         Q.   I see.

14              So in your view, there can be multiple

15   locations, but they all have to store complete

16   copies of the data entity that's being stored?

17         A.   That is how I read this claim.

18         Q.   Okay.  I see.

19              So in your view, to avoid infringement

20   of the Kove patents, you just need to divide the

21   data that's being stored into multiple different

22   parts; is that right?

Page 205

1          A.    My statement is that this claim requires

2     the data to be associated with a location.  Like I

3     said, there's very clear similar language here.

4     And that the data is at multiple locations.  That

5     singular language does not conform with a very

6     clear singular association that is in this claim.

7          Q.    And you already said you're not an

8     expert in patent law; correct?

9          A.    That is correct.

10          Q.    Are you aware that by default when a

11     claim says "a" something, that "a" is interpreted

12     as one or more?

13               MR. SIGLER:  Objection; lack of

14     foundation, calls for a legal conclusion.

15               THE WITNESS:  Yeah, I offer no legal

16     interpretation.

17     BY MR. CARDENAS-NAVIA:

18          Q.    Okay.  And so if in Claim 17 "a

19     location" is interpreted as one or more locations,

20     then would that change your opinion on whether or

21     not the location limitation is met?

22          A.    As a POSITA --

Page 214

1          Q.    Okay.

2          A.    But not in the context of anything that

3    in S3 you'd like to do with a ████ that I can

4    think of.

5          Q.    Well, in S3, th ████ is used to

6    retrieve th ██████; correct?

7          A.    That is correct.  A ████ is used to

8    retriev ██████.

9          Q.    And in the instance of you being in the

10   Fisch Sigler office, someone could use your

11   address to find you; correct?

12         A.    You probably would have to need a number

13   of other systems to find me.  If all you said was,

14   I was in Fisch Sigler's office, you probably need

15   other systems, such as a receptionist, perhaps a

16   map to find me.

17         Q.    Okay.  So in your view, then, is it --

18   to make something a location, you would have to

19   have enough information that you can definitively

20   get to where the data is stored?

21         A.    So to a POSITA, a location is something

22   that enables you to do whatever the operation is

Page 215

1   that you want to perform on that data.  And in

2   this particular case, we're trying to do a get or

3   a put.

4        Q.   Does ████████ uniquely identify ████?

5        A.   ████████ uniquely identifies ████,

6   yes.

7        Q.   So I believe earlier you testified

8   that -- well, actually, let me have you say it in

9   your own words, but we were talking about this

10  concept of -- you know, for a file on a hard

11  drive, you have a specific sector and a specific

12  offset in the memory where a file is stored.

13           How would you refer to that location?

14       A.   I'm sorry, I don't understand the

15  question.

16       Q.   Let me ask it a little better.

17           So a data file, let's say, is stored at

18  a specific physical space on a piece of memory;

19  correct?

20       A.   Yes.

21       Q.   Okay.  And in your view -- well, how

22  would that specific physical space be identified

Page 216

1    in a computer?

2         A.   So if it's a main memory, that would

3    simply be the memory location.  If it's on a disk,

4    those would typically be in terms of what I

5    call -- they're called disk pages, and disk pages

6    are laid out on sectors and offsets.

7         Q.   Okay.  And once you have that sector and

8    offset, the computer still has to have some kind

9    of map to tell it where that specific sector and

10   offset is; correct?

11        A.   Well, that's literally in the hard drive

12   controller where it moves the head to that

13   particular sector and then to the offset and then

14   reads off the data from there.

15        Q.   Okay.  So the hard drive controller has

16   to interpret that data to go to a specific

17   physical location; correct?

18        A.   Absolutely.  But the key here is that

19   that location uniquely tells you where that data

20   is.  It's all that you need to find exactly the

21   data that you're looking for.

22        Q.   Well, it's not all that you need; right?

Page 217

1    Because you also need to be able to physically go

2    there?

3         A.    In terms of information I meant, yes.

4         Q.    So the key in your view is the location

5    has to tell you uniquely where the data is?

6         A.    Once again, I repeat, a location is a

7    piece of information that lets you access data to

8    support the operations that you want to perform on

9    that data.

10        Q.    Okay.

11        A.    And once again, this entire conversation

12   was prefixed as a POSITA, not in the claim term

13   language of "location."

14        Q.    In your view, what is the difference

15   between a POSITA and at claim term language of

16   "location"?

17        A.    So the claim term is defined -- once

18   again, I don't want to render a legal judgment

19   here, but my understanding is a claim term

20   incorporates the limitations of the context in

21   which it is applied.  Whereas, the limitations of

22   a POSITA would be the intellectual context within

Page 218

1   which it operates.

2          MR. CARDENAS-NAVIA:  Let's -- we've been

3   going for a while.  Let's go ahead and take a

4   break.

5          THE VIDEOGRAPHER:  All right.  The time

6   is 2:57 p.m.  We're going off the record.

7          (Recess from the record.)

8          THE VIDEOGRAPHER:  The time is

9   3:15 p.m., and we're back on the record.

10  BY MR. CARDENAS-NAVIA:

11      Q.   So, Dr. Grama, could you turn to

12  page 102 of your report.

13      A.   Yes, please.

14      Q.   And do you see the construction for the

15  term "location" on page 102?

16      A.   Yes, please.

17      Q.   Okay.  So I'm asking you -- when I ask

18  you questions about "location," I'm asking as, you

19  know, your view on "location" as that term has

20  been construed by the court.  Okay?

21      A.   Yes, please.

22      Q.   Okay.  In -- let's say you've got a

Page 219

1    filed stored on a standard memory, is that file

2    ever stored at multiple different physical

3    locations on the memory?

4         A.   I apologize, you'd have to be a little

5    more specific.  Is a file stored on my laptop, or

6    is it a file stored in the cloud?

7         Q.   I'm asking about on the memory of a

8    single computer.  In that instance -- and let's

9    say you've got a movie file.

10        A.   Yeah.

11        Q.   Can a movie file ever be stored at

12   multiple physical locations on the memory?

13        A.   It's actually -- if you look at the

14   entire stack, it's a little more complicated than

15   that.  Because when you fetch something from disk,

16   there are disk pages that are actually stored in

17   memory.  So, indeed, when you're doing anything

18   with a file, there might be pages that are sitting

19   in memory and the same pages that are also sitting

20   in disk.

21        Q.   So are you saying that there might be

22   multiple copies of the file in different memories?

Page 220

1          A.    There might be either multiple copies of

2    the file, one, residing in your DRAM or random

3    access memory of your computer.  Whereas, the same

4    copy is actually also sitting on the disk.

5          Q.    Okay.  And I'm not talking about

6    complete copies of the same file.  I'm wondering

7    if a single file might be broken -- well, not

8    broken, but a single file might be stored in

9    multiple parts of the disk?

10          A.    So typically, a single file is, in fact,

11    broken into multiple parts on the disk.  The file

12    is typically broken into pages, and the pages are

13    stored on the disk.

14          Q.    And in your view, then, because a file

15    is often stored on multiple pages on a disk, would

16    that file not have a location, as that term is

17    used in the Kove patents?

18          A.    Once again, the Kove patent doesn't talk

19    about ████████████████████.  So if you're talking

20    about a specific claim that you're referring to

21    where a file is actually ██████████, if you could

22    point that to me, I'm happy to comment on that.

Page 221

1       Q.   Well, I believe earlier you testified

2  that you didn't believe the claims of the Kove

3  patents encompass scenarios where a data object

4  was broken into multiple parts and stored in

5  multiple places; correct?

6       A.   That is correct.

7       Q.   And so I'm asking you if a data file --

8  I'm asking you if a data object is stored on

9  multiple parts of a physical memory, would that

10  also not then meet the limitation of "location" in

11  the Kove patents?

12            MR. SIGLER:  Objection; lack of

13  foundation.

14            Go ahead, Dr. Grama.

15            THE WITNESS:  You need to be a little

16  bit clearer than that.  I'm not sure I understand

17  your question.

18  BY MR. CARDENAS-NAVIA:

19       Q.   In the scenario where you're storing a

20  data object on a single computer, that data

21  object -- there's a good chance it's going to be

22  broken up into multiple parts as it's stored;

Page 222

1    correct?

2        A.    Sure.  Yes.

3        Q.    And you don't believe that the claims of

4    the Kove patents encompass a data object being

5    broken up into the multiple parts and stored that

6    way; correct?

7            MR. SIGLER:  Objection; lack of

8    foundation, vague.

9            THE WITNESS:  Once again, the Kove

10   patent teaches a single location, and if there is

11   a descriptor that tells me exactly how to fetch

12   that file, which as you say is broken into

13   multiple parts, then indeed that would correspond

14   to a location, even in the context of the Kove

15   patent.

16           And just to be sure, I think I've said

17   this a few times, a location is what enables you

18   to perform the operations that you want to perform

19   on that object.

20   BY MR. CARDENAS-NAVIA:

21       Q.    Okay.  And let me ask you something, are

22   you familiar with the term "URL"?

Page 236

 1    reasons, as well, why th ███████ cannot be

 2    location information.

 3         Q.   So -- and my question is -- I understand

 4    you have other reasons why you don't believe an

 5    ██████ is a location or location information, but

 6    specifically with respect to this argument about

 7    th ██████ can sometimes be th ████████████, my

 8    question is whether you believe that in those

 9    instances where th ██████ is a ████████████ --

10    well, let me ask it differently.

11         Is it your opinion that because the

12    ██████ can sometimes be the ████████████, that

13    the ██████ can never be location?

14         A.   Well, it's my opinion that ██████ can

15    never be a location.  And I'll give you a very

16    simple reason for it, and there is no more

17    convincing reason.  You can physically move the

18    data without ever changing the ██████.  It's kind

19    of like saying that you can move a person from

20    their home to another home and say that the

21    address never changed.  That's not the address.

22    That's not their location.

Page 237

1          So the fact that you can physically move

2     data without changing th ████ is by far the

3     clearest indication tha ████ is not location

4     information.  In addition to that, there are cases

5     wher ████ carries the payload of the data

6     itself, and that is yet another reason why an

7     ████ cannot be location information.

8          Q.   Okay.  You didn't really answer my

9     question, but I'll move on.

10          So let me ask you something.  Would you

11    say your physical location if we say -- if we

12    provide your address and you're at Fisch Sigler's

13    office and we provide the room number you're in,

14    would you agree that that's your location?

15          A.   Yes, to the extent that you are trying

16    to do something -- you're trying to reach me, that

17    would get you to me, yes.

18          Q.   Okay.  And let me ask you something.

19    Earlier you agreed that a file path to a file, you

20    believed that was a location; correct?

21          A.   Yes, that is a location.

22          Q.   Okay.  But in that instance, can't the

Page 245

1   www.Google.com?

2   BY MR. CARDENAS-NAVIA:

3       Q.   No.

4       A.   Okay.

5       Q.   Could you please turn to page 136.  And

6   specifically to paragraph 280.

7       A.   Yes, please.

8       Q.   The last sentence of paragraph 280 says,

9   "An ████████ is neithe ████████ no ████████."

10           Do you see that?

11      A.   Yes, please, I do.

12      Q.   Do you believe any claims of the Kove

13  patents require that the stored location

14  information be a complete set?

15      A.   I'd have to look at it.  What specific

16  patents are you -- which of the three and claim

17  numbers are you referring to?

18      Q.   Any of the Kove claims?

19      A.   It would be faster if you could specify.

20      Q.   Okay.

21           MR. CARDENAS-NAVIA:  Can we pull up

22  Exhibit 21, which is the '170 patent.  And could

Page 246

1   you go to the claims at the end, to Claim No. 1.

2            THE WITNESS:  Yes, please.

3   BY MR. CARDENAS-NAVIA:

4        Q.   Do you believe Claim 1 requires that the

5   location servers store a complete set of location

6   information?

7        A.   I apologize, part of your question did

8   not come through.  Could you repeat that question?

9        Q.   Does Claim 1, in your opinion, require

10  that the location server store a complete set of

11  location information?

12       A.   Okay.  So the last sentence says -- last

13  of what's on my screen says, "and each one of the

14  data location servers is configured to determine

15  the at least one of the plurality of data location

16  servers based on a hash function."

17            Okay.  There's -- let me be sure before

18  I answer this question, but...

19            Okay.  So if you look at the second

20  paragraph, it says, "a data location server

21  network comprising a plurality of data location

22  servers, wherein data location information for a

Page 247

1   plurality of data entities is stored in the data

2   location server network..."

3         So this tells me that, and I'll read

4   again, data location information for a plurality

5   of data entities is stored in the data location

6   server network.  I read this to mean that the

7   location information is stored in the data

8   location server network.

9         In other words, this says that if there

10  were a million entries and there was one server

11  that stored one of those million entries, that is

12  not what this teaches.  This says that the

13  information is stored in the servers.  That

14  doesn't mean a subset of the information.  It

15  means all of the information is stored in the

16  servers.

17     Q.  Well, all right, so you -- well, the

18  claim requires data location information for a

19  plurality of data entries; correct?

20     A.  Yes, please.

21     Q.  And a plurality of data entities just

22  means two or more data entities; correct?

Page 248

1        A.    Yes, please.

2        Q.    And so the location information that is

3   stored in the location servers could be as few as

4   the location information for two data entities;

5   correct?

6        A.    It will be for as many as data entities

7   as you build the system for, yes.

8        Q.    So you believe you have to look at the

9   entire system.  You can't analyze just a plurality

10  of data entities in a system?

11       A.    I read this claim to exactly mean that

12  you're building a system to support location

13  information lookup for a plurality of data

14  entities and that that information must be stored

15  in the location server network.  I read it exactly

16  as it says.  It's not wherein a subset of the

17  information is stored in the net server network.

18  It says where the information is stored in the

19  server network.

20       Q.    Okay.  And, again, you're not an expert

21  in patent law; correct?

22       A.    That is correct.

Page 251

1     Q.   Can you look at paragraph 282 of your

2   report.

3     A.   Yes, please.

4     Q.   And you say, "As a result, th ██

5   ██████ an ██ contents are mere snapshots of the

6   full set and do not consistently contain any set

7   or subset of th ████. Th ██ also fail to

8   meet this requirement."

9          Do you see that?

10    A.   Yes, please.

11    Q.   What requirement are you referring to?

12    A.   So in this case, as the first sentence

13  says, we're talking about whether they're the full

14  set or -- let me read this carefully -- they're

15  mere snapshots of the full set.  In other words,

16  this is the completeness requirement I'm talking

17  about.  If you look at simply the ██, they do

18  not contain all of the information.  And if you

19  look at the ██ themselves, there are updates that

20  may not be propagated to the ██, as well.

21    Q.   Okay.  And so you believe that for the

22  ██ to infringe any claims of the Kove patents,

Page 252

1    they would need to store all of th ████?

2         A.    Among other things.

3              MR. SIGLER:  Objection --

4    BY MR. CARDENAS-NAVIA:

5         Q.    Sorry.  Okay.

6              And let me ask a slightly better

7    question.  So you believe that for th ████ to

8    infringe any claims of the Kove patents, they

9    would need to store all the location information?

10             MR. SIGLER:  Objection; lack of

11   foundation.

12             THE WITNESS:  Okay.  So to answer that

13   question, we can walk through this.  So you're

14   saying that ████ are the location servers?

15   BY MR. CARDENAS-NAVIA:

16        Q.    In an analysis of the system that you

17   performed -- I'm trying to understand what you

18   mean when you say that there's a requirement

19   related to a full set.

20        A.    Sure.

21        Q.    And so what I think you're saying is

22   that for there to be infringement of the ████, if

Page 253

1    they're being analyzed as a set of location

2    servers, would need to store the complete set of

3    location information.

4              Am I correct about that?

5        A.   If you go back to the claim that you

6    mentioned, as I mentioned right there, the claim

7    says that the location information must be stored

8    on the server network.  If you're thinking o ▮▮▮

9    as a server network, then the location information

10   must be stored on the server network, not a subset

11   of it, the location information.  All of it must

12   be stored on the ▮▮▮▮▮▮▮.

13       Q.   And the claim you're referring to was

14   Claim 1 of the '170 patent?

15       A.   I apologize --

16       Q.   Is that the --

17       A.   This was what was the exhibit in --

18   three questions back?

19            MR. CARDENAS-NAVIA:  Are you able to

20   pull back up -- I think it was Claim 1 of the

21   '170 patent?

22

Page 254

1    BY MR. CARDENAS-NAVIA:

2        Q.    This is the claim you're referring to,

3    Dr. Grama?

4        A.    Indeed, that's correct.

5        Q.    Okay.  And this is Claim 1 of the

6    '170 patent; correct?

7              MR. CARDENAS-NAVIA:  Maybe zoom out so

8    Dr. Grama can see.

9              THE WITNESS:  No, I apologize, I'm on a

10   laptop, and my window is actually very small.  But

11   yes, it is Claim 1 of the '170 patent, yes.

12   BY MR. CARDENAS-NAVIA:

13       Q.    Thank you.

14             Do you believe that all claims of the

15   Kove patents require for the ████ to infringe --

16   well, let me ask it differently.

17             Do you believe that all claims of the

18   Kove patents require the location servers to store

19   the complete set of locations?

20       A.    We would have to go through all of the

21   claims.  Like I said, we literally went through

22   this claim language.  And when it says that

Page 255

1　plurality of data entities is stored in data

2　location server network, I read that to mean that

3　all of that information is stored in the network.

4　And if your network is then th ▓▓▓▓▓▓, then

5　I translate this claim to mean wherein data

6　location information for a plurality of data

7　entities is stored in th ▓▓▓▓▓ network.

8　　　　　And what I'm trying to opine in

9　paragraph 282 is that all -- is that the data

10　location information for a plurality of data

11　entities is not stored in the ▓▓▓▓▓ network.

12　　　　　MR. CARDENAS-NAVIA:  Could you pull up

13　Claim 17 of the '978 patent?

14　BY MR. CARDENAS-NAVIA:

15　　　Q.　Do you believe that Claim 17 of the

16　'978 patent requires that the location servers

17　store the system's complete set of location

18　information?

19　　　A.　I apologize, I'll go through this

20　carefully and answer.

21　　　Q.　Sure.

22　　　　　(Witness peruses the exhibit.)

Page 256

1            THE WITNESS:  Yes, I do.

2   BY MR. CARDENAS-NAVIA:

3       Q.   What is your basis for that?

4       A.   Among others, there's a very specific

5   phrase here, which says, "each identifier

6   associated with at least one location."

7       Q.   Okay.

8            MR. CARDENAS-NAVIA:  Let's go ahead and

9   take a break.

10           THE VIDEOGRAPHER:  Okay.  Stand by.

11           The time is 4:01 p.m., and we're going

12  off the record.

13           (Recess from the record.)

14           THE VIDEOGRAPHER:  The time is

15  4:16 p.m., and we're back on the record.

16  BY MR. CARDENAS-NAVIA:

17      Q.   Dr. Grama, in preparing your rebuttal

18  report, did you speak to anyone who works in

19  finance at Amazon or AWS?

20      A.   No, I did not.

21      Q.   In preparing your rebuttal report, did

22  you speak with anyone who works in marketing at

Page 347

1   STATE OF MARYLAND      )

2                          ss:

3   COUNTY OF MONTGOMERY   )

4

5           I, Matthew Goldstein, Notary Public within

6   and for the State of Maryland, do hereby certify:

7           That I reported the proceedings in the

8   within entitled matter, and that the within transcript

9   is a true record of said proceedings.

10          I further certify that I am not related to

11  any of the parties to the action by blood or marriage,

12  and that I am in no way interested in the outcome of

13  this matter.

14          IN WITNESS WHEREOF, I have hereunto set my

15  hand this 18th day of September, 2023.

16

17

18

19

20

21          _____

            Matthew Goldstein, RPR

22