# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.
                                  Plaintiff,

v.                                                   Case No.: 1:18−cv−08175
                                                         Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 14, 2024:

        MINUTE entry before the Honorable Matthew F. Kennelly: Motions to file under seal [813] [815] are granted. Redacted versions are to be filed in the public record, and complete versions, including all exhibits, are to be filed under seal. In addition, as with the Daubert/spoliation motions, the parties are directed to deliver to chambers (Room 2188), within one day after the filing of responses to the motions in limine, a single USB drive that contains the complete, under seal versions of the motions and responses, formatted as the parties did with the USB drive on the earlier motions that was delivered to chambers on 3/7/2024. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.