IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

**AWS'S MOTION FOR LEAVE TO FILE ITS RESPONSE TO
KOVE'S OMNIBUS MOTIONS *IN LIMINE* UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Defendant Amazon Web Services, Inc. ("AWS") respectfully requests the Court provisionally grant its motion for leave to file AWS's Response to Kove's Omnibus Motions *in Limine* ("AWS's Response") and Exhibits thereto ("Supporting Materials") under seal in their entirety. AWS's Response and Supporting Materials contain information that the parties have designated as Highly Confidential under the Protective Order. AWS will work with Kove to file a public version of those documents with narrowly tailored redactions and supporting declarations from each party within four business days. *See* Dkt. 675.

For the foregoing reasons, AWS respectfully requests that the Court enter an order provisionally granting its motion for leave to file its Response to Kove's Omnibus Motions *in Limine* and Supporting Materials under seal.

|  |  |
|---|---|
| Dated: March 14, 2024 | Respectfully submitted,<br><br>*/s/ R. William Sigler*<br>Alan M. Fisch<br>*alan.fisch@fischllp.com*<br>R. William Sigler<br>*bill.sigler@fischllp.com*<br>Jeffrey M. Saltman (*pro hac vice*)<br>*jeffrey.saltman@fischllp.com*<br>Lisa Phillips (*pro hac vice*)<br>*lisa.phillips@fischllp.com*<br>FISCH SIGLER LLP<br>5301 Wisconsin Avenue NW Suite 400<br>Washington, DC 20015<br>202.362.3500<br><br>Ken K. Fung (*pro hac vice*)<br>*ken.fung@fischllp.com*<br>FISCH SIGLER LLP<br>400 Concar Drive<br>San Mateo, CA 94402<br>650.362.8200<br><br>*Attorneys for Amazon Web Services, Inc.* |

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 14, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, *via* the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

              */s/ R. William Sigler*
              R. William Sigler