IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE TO FILE ITS RESPONSE TO AMAZON'S MOTIONS IN LIMINE AND EXHIBITS UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2(c), Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Plaintiff Kove IO, Inc. ("Kove") respectfully requests the Court to provisionally grant its motion for leave to file its Response to Amazon's Motions In Limine, Declaration of Savannah Carnes In Support of Kove's Response to Amazon's Motions In Limine, as well as Exhibits K10–K19, under seal in their entirety. In support thereof, Kove states as follows:

Kove's Response to Amazon's Motions In Limine, Declaration of Savannah Carnes In Support of Kove's Response to Amazon's Motions In Limine, as well as Exhibits K10–K19 contain information that AWS and Kove have each designated as Highly Confidential under the Protective Order. Kove will work with AWS to file a public version of these documents with

narrowly tailored redactions and supporting declarations from each party within four business days. *See* Dkt. 675.

For the foregoing reasons, Kove respectfully requests that the Court enter an order provisionally granting its motion for leave to file Kove's Response to Amazon's Motions In Limine, Declaration of Savannah Carnes In Support of Kove's Response to Amazon's Motions In Limine, as well as Exhibits K10–K19, under seal.

| | |
|---|---|
| Dated: March 14, 2024 | Respectfully submitted, |
| | */s/ Courtland L. Reichman* |
| Khue V. Hoang (*pro hac vice*) | Renato Mariotti (State Bar No. 6323198) |
| khoang@reichmanjorgensen.com | renatto.mariotti@bclplaw.com |
| Jaime F. Cardenas-Navia (*pro hac vice*) | Holly H. Campbell (State Bar No. 6320395) |
| jcardenas-navia@reichmanjorgensen.com | holly.campbell@bclplaw.com |
| REICHMAN JORGENSEN LEHMAN & FELDBERG LLP | BRYAN CAVE LEIGHTON PAISNER LLP |
| 400 Madison Avenue, Suite 14D | 161 North Clark Street, Suite 4300 |
| New York, NY 10017 | Chicago, IL 60601 |
| Telephone: (212) 381-1965 | Telephone: (312) 602-5000 |
| | Courtland L. Reichman (*pro hac vice*) |
| Christine E. Lehman (*pro hac vice*) | creichman@reichmanjorgensen.com |
| clehman@reichmanjorgensen.com | Shawna L. Ballard (*pro hac vice*) |
| Adam Adler (*pro hac vice*) | sballard@reichmanjorgensen.com |
| aadler@reichmanjorgensen.com | Jennifer P. Estremera (*pro hac vice*) |
| Philip Eklem (*pro hac vice*) | jestremera@reichmanjorgensen.com |
| peklem@reichmanjorgensen.com | Gina H. Cremona (*pro hac vice*) |
| REICHMAN JORGENSEN LEHMAN & FELDBERG LLP | gcremona@reichmanjorgensen.com |
| 1909 K Street, NW, Suite 800 | Navid Bayar (*pro hac vice*) |
| Washington, DC 20006 | nbayar@reichmanjorgensen.com |
| Telephone: (202) 894-7310 | Savannah Carnes (*pro hac vice*) |
| | scarnes@reichmanjorgensen.com |
| | REICHMAN JORGENSEN LEHMAN & FELDBERG LLP |
| Amy Ruhland (*pro hac vice*) | 100 Marine Parkway, Suite 300 |
| aruhland@reichmanjorgensen.com | Redwood Shores, CA 94065 |
| REICHMAN JORGENSEN LEHMAN & FELDBERG LLP | Telephone: (650) 623-1401 |
| 901 S. Mopac Expressway, Bldg. 1, Suite 300 | |
| Austin, TX 78746 | ***ATTORNEYS FOR PLAINTIFF*** |
| Telephone: (650) 623-1401 | ***KOVE IO, INC.*** |