# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.
                          Plaintiff,

v.
                                          Case No.: 1:18−cv−08175
                                          Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 15, 2024:

       MINUTE entry before the Honorable Matthew F. Kennelly: Motions for leave to file under seal [818] [820] are granted; redacted versions are to be filed in the public record. The USB drive referenced in the Court's order of 3/14/2024 is to be delivered to chambers (Room 2188) by no later than 12:00 noon today. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.