IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | |
| *Plaintiff*, | Case No. 1:18-cv-8175 |
| v. | Judge Matthew F. Kennelly |
| AMAZON WEB SERVICES, INC., | Jury Trial Demanded |
| *Defendant*. | |

**AWS'S MOTION FOR LEAVE TO FILE ITS RESPONSE TO KOVE'S OMNIBUS MOTIONS IN LIMINE AND CERTAIN MATERIALS IN SUPPORT UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Defendant Amazon Web Services, Inc. ("AWS") respectfully requests that the Court grant its motion for leave to file portions of AWS's Response to Kove's Omnibus Motions in Limine (Dkt. 819) ("AWS's Response") and Exhibit 5,[1] under seal. AWS seeks leave to file its Response under seal due to the confidential nature of the information discussed therein, which includes AWS confidential information. In support of this Motion, AWS also submits the attached Declaration of Jeffrey Saltman and states as follows:

1. On July 10, 2019, the Court entered the parties' agreed Protective Order. (Dkt. 55) Pursuant to the terms of the Protective Order, AWS has designated information relating to its internal policies and practices and its employee compensation as Highly Confidential.

---

[1] The remaining exhibits to AWS's Response and the Declaration of R. William Sigler in Support don't contain either AWS or Kove confidential information and have been filed publicly.

2. AWS has provided narrowly tailored redactions that specifically target information that is either designated as Highly Confidential pursuant to this Court's Protective Order or otherwise discusses or relates to information designated as Highly Confidential pursuant to this Court's Protective Order. AWS's limited redactions protect its confidential information while still providing the public with information relating to the proceeding. Public disclosure of the redacted information would cause AWS competitive harm.

3. Pursuant to the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), AWS files this motion, the supporting Declaration of Jeffrey Saltman, and redacted versions of AWS's Response to Kove's Omnibus Motions in Limine and Exhibit 5 within four business days of March 14, 2024.

For the foregoing reasons, AWS respectfully requests that the Court enter an order granting its motion for leave to file AWS's Response and Exhibit 5 under seal.

Dated: March 20, 2024                               Respectfully submitted,

*/s/ Jeffrey M. Saltman*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW Suite 400
Washington, DC 20015
202.362.3500

Ken K. Fung (*pro hac vice*)
*ken.fung@fischllp.com*
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
650.362.8200

*Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 20, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, *via* the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

                                                */s/ Jeffrey M. Saltman*
                                                Jeffrey M. Saltman