IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KOVE IO, INC.,

    *Plaintiff*,

  v.

AMAZON WEB SERVICES, INC.,

    *Defendant*.

Case No. 1:18-cv-8175

Judge Matthew F. Kennelly

_____

**DECLARATION OF JEFFREY M. SALTMAN IN SUPPORT OF AWS'S MOTION FOR LEAVE TO FILE ITS RESPONSE TO KOVE'S OMNIBUS MOTIONS IN *LIMINE* AND CERTAIN MATERIALS IN SUPPORT UNDER SEAL**
_____

I, Jeffrey M. Saltman, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's motion for leave to file its Response to Kove's Omnibus Motions *in Limine* (Dkt. 819, "AWS's Response") and certain of the exhibits filed in support under seal.

2. R. William Sigler's Declaration in Support and Exhibits 1-4 and 6-7[1] don't contain AWS's confidential information. AWS will file them on the public docket.

---

[1] AWS has redacted its outside counsel's confidential conference call access information from

2

3. AWS has partially redacted AWS's Response. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information identifies specific subcomponents of the S3 and DynamoDB systems and information explaining how these products work. AWS doesn't publicly disclose this information, including specific information identifying how the products function or the subcomponents used in the S3 and DynamoDB architectures. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2024.

*/s/ Jeffrey M. Saltman*
Jeffrey M. Saltman

---

Exhibit 5.