# Exhibit 1

5/24/2023    Kove IO, Inc. v. Amazon Web Services, Inc.  Rande Anthony Blackman
Highly Confidential

Page 1

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DISTRICT DIVISION

_____

KOVE IO, INC.,                    )
       Plaintiff,            )    Civil Action No.
  -against-                      )     1:18-cv-08175
AMAZON WEB SERVICES, INC.,        )
       Defendant.            )
_____)

*** HIGHLY CONFIDENTIAL TRANSCRIPT ***

VIDEO-RECORDED REMOTE DEPOSITION OF

RANDE ANTHONY BLACKMAN

Zoom Recorded Videoconference

05/24/2023

9:03 a.m. (PDT)

REPORTED BY:   AMANDA GORRONO, CLR

CLR NO. 052005-01

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 22

1    time and it was a very small team of three
2    developers.
3         Q.   And what did that product end up
4    being?
5         A.   It didn't.
6         Q.   Okay.
7         A.   We -- we didn't even complete the
8    prototype.
9         Q.   And then after that, did you work on
10   S3?
11        A.   I did not.
12        Q.   Did you work on SimpleDB?
13        A.   I did.
14        Q.   And so when -- when was that about
15   that you started working on SimpleDB?
16        A.   Probably 2006.
17        Q.   And what did you do as part of that
18   role?
19        A.   I was the software development
20   manager.
21        Q.   So what did that -- what did that
22   entail?

Page 23

1        A.   My team was asked to -- to take over
2   SimpleDB which was being built by another team in
3   Berkeley and to get it ready -- to get it
4   production ready.
5        Q.   So in that role, you had direct
6   reports?
7        A.   I did.
8        Q.   And who -- who was reporting to you?
9        A.   The names?
10       Q.   Yeah.
11       A.   It was a long time ago.  There was a
12  few I can remember.  Tim Rath, Chris Newcombe.
13  Those are the only two that come to mind.
14       Q.   Were there like subdepartments or
15  subgroups?
16       A.   No.  We were one big group.
17       Q.   Now, Tim Rath, did he -- did he -- I
18  guess he did not stay a direct report to you for
19  long, did he?
20       A.   He did, even through DynamoDB.
21       Q.   So after -- whenabouts were you
22  working on SimpleDB then?

```
                                                      Page 24
 1            A.    2006 and I'd say probably a year

 2     after launch.  So that would be 2008, late 2008.

 3            Q.    Okay.  And then after launch, did

 4     you stay -- what did you switch on to?

 5            A.    Dynamo, DynamoDB.

 6            Q.    I'm sorry.  Is that Dynamo or

 7     DynamoDB?

 8            A.    DynamoDB.

 9            Q.    And so DynamoDB from 2008 to -- are

10     you still working on that today?

11            A.    I am, yes.

12            Q.    I'm curious.  How did the culture

13     at -- when you joined Amazon in 2004, how did

14     that differ from the culture at Microsoft from

15     the '90s?

16            A.    It had very much of a startup nature

17     to it.  By the time I left the team -- when I

18     joined the team in Microsoft, there were 12 of

19     us.  By the time I left, there were over 1,000,

20     so the team had just gotten huge, the

21     organization.

22            Q.    That's more than two pizzas, huh?
```

Page 222

1　　　　CERTIFICATE OF SHORTHAND REPORTER
2　　　　　　　　NOTARY PUBLIC
3　　　　　　I, Amanda Gorrono, the officer
4　　before whom the foregoing deposition was
5　　taken, do hereby certify that the foregoing
　　　transcript is a true and correct record of
6　　the testimony given; that said testimony was
　　　taken by me stenographically and thereafter
7　　reduced to typewriting under my direction;
　　　and that I am neither counsel for, related
8　　to, nor employed by any of the parties to
　　　this case and have no interest, financial or
9　　otherwise, in its outcome.
10　　　　　　IN WITNESS WHEREOF, I have hereunto
11　　set my hand this 24th day of May, 2023.
12
13
14　　_____
15
16　　AMANDA GORRONO, CLR
17　　CLR NO: 052005 - 01
18　　Notary Public in and for
19　　The State of New York
20　　County of Suffolk
21　　My Commission No. 01G06041701
22　　Expires: 01/07/2027