# Exhibit 2

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

----------------------------------X

KOVE IO, INC., :

               Plaintiff, :

                         : Civil Action No.:

  v. :

                         : 1:18-cv-08175

AMAZON WEB SERVICES, INC. :

             Defendant. :

----------------------------------X

\*\*\* HIGHLY CONFIDENTIAL \*\*\*

Deposition of SWAMI SIVASUBRAMANIAN, PH.D., as the corporate representative of Amazon Web Services, Inc. and personally

Conducted Remotely

Wednesday, May 10, 2023

9:01 a.m. PST


Reported by: Matthew Goldstein, RMR, CRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 33

1　explanation or plan for what you would do with

2　respect to SimpleDB or NoSQL services more

3　generally?

4　　　　　MR. SALTMAN:  Objection; compound,

5　scope.

6　　　　　THE WITNESS:  It's not required to write

7　a doc because I transitioned to this new job, if

8　that's what you're asking.  So there is no, like

9　in -- what is that, rite of passage test to write

10　a doc to transition from one job to another.

11　That's why I'm getting confused on what you're

12　asking.

13　BY MR. ADLER:

14　　Q.　Yeah, so it's not -- one form of what

15　you might have done would have been writing a

16　document, but there also could have been, for

17　example, conversations where you said, If I were

18　the manager, this is what I would do, or

19　aspirations or plans for where you would take the

20　product or the team.

21　　　　　Did you have any of those kind of

22　conversations?

Page 34

1        MR. SALTMAN:  Objection; scope.
2        THE WITNESS:  I'm pretty sure I --
3    BY MR. ADLER:
4        Q.  I'm sorry, go ahead.
5        A.  I'm pretty sure I would have had
6    conversations and written documentation on what we
7    want to do with -- in this space of databases.
8        Q.  And I know it was a long time ago, but
9    do you remember even generally what your thoughts
10   were at that time as to the direction that you
11   wanted to go?
12       A.  At that time, we were discussing what
13   are some of the challenges our customers are
14   having at SimpleDB.  And how we should actually
15   support them as they scaled their applications.
16   That is one of the big focus.
17       Q.  Anything else that you can remember
18   about your plan or agenda or vision at the time?
19       A.  I'm happy to share what are some of the
20   challenges customers faced with SimpleDB.  I think
21   if you are more specific, I can answer specific --
22   can give specific answers.  Otherwise, I will have

Page 35

 1   to do a two-hour keynote.
 2       Q.   That's right.  That's right.
 3            So I'm going to pull up a document, and
 4   I'm going to mark it as Exhibit 10.  It
 5   corresponds to Bates No. 498624.
 6            (Sivasubramanian Deposition Exhibit 10
 7   was marked for identification and attached to the
 8   transcript.)
 9   BY MR. ADLER:
10       Q.   Do you see Exhibit 10 up on the screen?
11       A.   Yeah, I do.
12       Q.   And this is an e-mail from Raju Gulabani
13   to the AWS team -- or to aws-team@amazon.com.
14            Do you see that?
15       A.   Yes.
16       Q.   Take a look, and let me know if you
17   remember this e-mail.
18       A.   Okay.  Now I can think of Raj writing
19   such a message.  So probably -- I can't see.  But
20   it's fascinating you have e-mails from 2010 that I
21   haven't seen.  It's a good --
22       Q.   Yeah.

Page 224

1    STATE OF MARYLAND      )

2                           ss:

3    COUNTY OF MONTGOMERY   )

4

5             I, Matthew Goldstein, Notary Public within

6    and for the State of Maryland, do hereby certify:

7

8             That I reported the proceedings in the within

9    entitled matter, and that the within transcript is a

10   true record of said proceedings.

11

12            I further certify that I am not related to

13   any of the parties to the action by blood or marriage,

14   and that I am in no way interested in the outcome of

15   this matter.

16

17            IN WITNESS WHEREOF, I have hereunto set my

18   hand this 22nd day of May, 2023.

19

20                             _____

21                             Matthew Goldstein, RPR

22