# Exhibit 3

**Subject:** RE: Kove v. AWS: DRAFT Preliminary and Final Jury Instructions
**Date:** Monday, February 26, 2024 at 8:25:50 PM Eastern Standard Time
**From:** Gina Cremona
**To:** Lisa Phillips, RJ_Kove_AWS
**CC:** Kove Team

Hi Lisa,

LPR 3.1(b) requires AWS to limit its prior art grounds to no more than 4 per claim. When AWS served its Fifth Amended Final Unenforceability and Invalidity Contentions, it violated that rule by identifying 5 prior art grounds for each of the '640 and '170 patents, and up to 6 prior art combinations for the '978 patent. Based on your response below, it appears that AWS is in further violation of LPR 3.1(b) by claiming to reserve the ability to argue anticipation with respect, for example, to Oracle Names Admin Guide, despite never having identified that reference as a standalone ground for any patent in its Fifth Amended Contentions.

Please identify which 4 prior art grounds (from among the grounds disclosed in its Fifth Amended Contentions) AWS contends is its invalidity position for each asserted claim by COB tomorrow. Relatedly, we'd discussed narrowing each party's respective positions. Kove can narrow its asserted claims from 17 to 12 provided AWS narrow its grounds of invalidity from 4 grounds per claim to 2 grounds per claim.

Regards,
Gina

---

**From:** Lisa Phillips <Lisa.Phillips@fischllp.com>
**Sent:** Monday, February 26, 2024 11:10 AM
**To:** Gina Cremona <gcremona@reichmanjorgensen.com>; RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** Re: Kove v. AWS: DRAFT Preliminary and Final Jury Instructions

**CAUTION: EXTERNAL SENDER**

Hi Gina,

Thank you for your email. Yes, the anticipation defense is still in the case. Among other things, AWS's invalidity contentions set forth anticipation grounds against several of the asserted claims. For example, as explained in AWS's invalidity contentions, Oracle Names Admin Guide discloses every element of claims 1, 2, 6, 8, 12, and 15 of the '170 patent. *See* 2023-03-02 Invalidity Contentions, Ex. 1A, at 2, 11, 14, 16, 17, 24, 25, 27, 32, 35, 38, 39, and 48. Thank you.

Best,
Lisa

**Lisa Phillips** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3521 (o)
+1.240.988.3448 (m)

**From:** Gina Cremona <gcremona@reichmanjorgensen.com>
**Date:** Monday, February 26, 2024 at 12:29 PM
**To:** Lisa Phillips <Lisa.Phillips@fischllp.com>, RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** RE: Kove v. AWS: DRAFT Preliminary and Final Jury Instructions

Counsel,

We see that you've included anticipation in the jury instructions. Is it AWS's view that the anticipation defense remains in this case?

Regards,
Gina

---

**From:** Lisa Phillips <Lisa.Phillips@fischllp.com>
**Sent:** Sunday, February 25, 2024 7:07 PM
**To:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Cc:** Kove Team <FS-Kove@fischllp.com>
**Subject:** Re: Kove v. AWS: DRAFT Preliminary and Final Jury Instructions

**CAUTION: EXTERNAL SENDER**

Counsel,

Please find attached AWS's revisions to the preliminary and final jury instructions (both agreed and disputed sets). AWS agrees to the versions of the Exhibit 9A and 9B cover sheets Kove provided on Friday. Thank you.

Best,
Lisa

**Lisa Phillips | Fisch Sigler LLP | Partner**
+1.202.362.3521 (o)
+1.240.988.3448 (m)

---

**From:** Gina Cremona <gcremona@reichmanjorgensen.com>
**Date:** Saturday, February 24, 2024 at 4:17 PM
**To:** Kove Team <FS-Kove@fischllp.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>

**Subject:** Kove v. AWS: DRAFT Final Jury Instructions

Counsel,

Please find attached Kove's updated Final Jury Instructions. We have provided Agreed Proposed Final Jury Instructions and Disputed Proposed Final Jury Instructions as discussed.

Regards,
Gina

Gina H. Cremona | 650.623.5077 | **Reichman Jorgensen Lehman & Feldberg LLP**

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.
NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.
NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.