# Exhibit 4

**'170 Patent, Claim 1**

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on Skagerwall alone
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420

Non-Prior Art Grounds:
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

**'170 Patent, Claim 2**

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on Skagerwall alone
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420

Non-Prior Art Grounds:
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

**'170 Patent, Claim 6**

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall and Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420

Non-Prior Art Grounds:
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1

    3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

**'170 Patent, Claim 8**

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall and Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420

Non-Prior Art Grounds:
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

**'170 Patent, Claim 12**

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall and Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420

Non-Prior Art Grounds:
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

**'170 Patent, Claim 15**

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall and Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420

Non-Prior Art Grounds:

1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

**'640 Patent, Claim 17**

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall and Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

Non-Prior Art Grounds:
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

**'640 Patent, Claim 18**

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall and Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

Non-Prior Art Grounds:
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

**'640 Patent, Claim 24**

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall and Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

Non-Prior Art Grounds:
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

**'978 Patent, Claims 3**

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall and Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

Non-Prior Art Grounds:
1. Invalid for Double Patenting
2. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
3. Lack of enablement under 35 U.S.C. § 112 ¶ 1

**'978 Patent, Claim 6**

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on Skagerwall alone
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

Non-Prior Art Grounds:
1. Invalid for Double Patenting
2. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
3. Lack of enablement under 35 U.S.C. § 112 ¶ 1

**'978 Patent, Claim 10**

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall and Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

Non-Prior Art Grounds:
1. Invalid for Double Patenting
2. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
3. Lack of enablement under 35 U.S.C. § 112 ¶ 1

**'978 Patent, Claim 14**

*Prior Art Grounds:*

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall and Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

Non-Prior Art Grounds:
1. Invalid for Double Patenting
2. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
3. Lack of enablement under 35 U.S.C. § 112 ¶ 1

### '978 Patent, Claim 17

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, and Yocom
2. Obviousness based on Skagerwall and Yocom
3. Obviousness based on the combination of Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

Non-Prior Art Grounds:
1. Invalid for Double Patenting
2. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
3. Lack of enablement under 35 U.S.C. § 112 ¶ 1

### '978 Patent, Claim 23

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, and Yocom
2. Obviousness based on Skagerwall and Yocom
3. Obviousness based on the combination of Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Neimat

Non-Prior Art Grounds:
1. Invalid for Double Patenting
2. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
3. Lack of enablement under 35 U.S.C. § 112 ¶ 1

### '978 Patent, Claim 24

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, and Yocom
2. Obviousness based on Skagerwall and Yocom

3. Obviousness based on the combination of Neimat, DNS, and Venkatasubramanian
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, Neimat, and Venkatasubramanian

Non-Prior Art Grounds:
1. Invalid for Double Patenting
2. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
3. Lack of enablement under 35 U.S.C. § 112 ¶ 1

### '978 Patent, Claim 30

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, and Yocom
2. Obviousness based on Skagerwall and Yocom
3. Obviousness based on the combination of Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Neimat

Non-Prior Art Grounds:
1. Invalid for Double Patenting
2. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
3. Lack of enablement under 35 U.S.C. § 112 ¶ 1

### '978 Patent, Claim 31[1]

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall and Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

Non-Prior Art Grounds:
1. Invalid for Double Patenting
2. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
3. Lack of enablement under 35 U.S.C. § 112 ¶ 1

---

[1] Claim 31 has been invalidated and is no longer being asserted, but is included here for completeness.