IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

_____

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF
AWS'S RESPONSE TO KOVE'S OMNIBUS MOTIONS *IN LIMINE***
_____

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and the District of Columbia and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's Response to Kove's Omnibus Motions *in Limine*, filed March 14, 2024.

2. Attached as Exhibit 1 is a true and correct excerpted copy of the transcript from the deposition of Rande Blackman, taken on May 24, 2023.

3. Attached as Exhibit 2 is a true and correct excerpted copy of the transcript from the deposition of Swami Sivasubramanian, taken on May 10, 2023.

4.  Attached as Exhibit 3 is a true and correct copy of an email chain between Kove's counsel, Gina Cremona and AWS's counsel, Lisa Phillips, dated February 24-26, 2024.

5.  Attached as Exhibit 4 is a true and correct appendix listing the four prior art grounds and three non-prior art grounds per claim that AWS intends to be available for trial.

6.  Attached as Exhibit 5 is a true and correct copy of an email chain between AWS's counsel, Lisa Phillips and Kove's counsel, Gina Cremona, dated February 27 to March 4, 2024.

7.  Attached as Exhibit 6 is a true and correct copy of an email chain between AWS's counsel, Lisa Phillips and Kove's counsel, Savannah Carnes, dated March 4-6, 2024.

8.  Attached as Exhibit 7 is a true and correct copy of Judge Kennelly's Standing Order on the Preparation of Final Pretrial Order, available at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_judges/KENNELLY/FinalPretrialOrder.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2024.

/s/ R. William Sigler
R. William Sigler