IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

**PLAINTIFF KOVE IO, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL KOVE IO, INC.'S RESPONSE TO AMAZON'S MOTIONS IN *LIMINE* AND EXHIBITS**

Pursuant to Local Rules 5.8 and 26.2(c), Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Plaintiff Kove IO, Inc. ("Kove") respectfully requests the Court to enter an order to seal its Response to Amazon's Motions in *Limine* and Exhibits K10–K19 to the Declaration of Savannah Carnes In Support of Kove's Response to Amazon's Motions in *Limine*. In support thereof, Kove states as follows:

1. On July 10, 2019, the Court entered the parties' agreed Protective Order (Dkt. 55). Pursuant to the terms of the Protective Order, Kove has designated information discussing confidential third-party and financial information, the disclosure of which is likely to significantly harm Kove's competitive position. AWS has designated information discussing the identification of the specific subcomponents of the S3 and DynamoDB systems, information explaining how the S3 and DynamoDB systems work and are designed, internal source code, specific metrics AWS

collects relating to the performance of its S3 and DynamoDB products, details regarding AWS's confidential agreements with third parties, confidential financial information and information regarding AWS's confidential licensing agreements, and AWS witness testimony and confidential internal explanatory documentation relating to each of these categories, as Highly Confidential.

2. Kove has provided narrowly tailored redactions that specifically target information that is either designated as Highly Confidential pursuant to this Court's Protective Order, or otherwise discusses or relates to information designated as Confidential or Highly Confidential pursuant to this Court's Protective Order. Specifically, Kove's limited redactions to its Response to Amazon's Motions in *Limine* and Exhibit K19 protect its confidential information while still providing the public with information relating to the proceeding. Public disclosure of the information within any of the categories listed above would cause Kove competitive harm.

3. AWS requests the Court to enter an order to seal in entirety Exhibit K17 to the Declaration of Savannah Carnes In Support of Kove's Response to Amazon's Motions in *Limine* (Dkt. 821-1), which contains proprietary information that AWS has designated as Highly Confidential under the Protective Order.

3. AWS has otherwise provided redactions to Kove's Response to Amazon's Motions in *Limine* and Exhibits K16, K18, and K19 and provides its own supporting declaration.

4. Pursuant to the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Kove files this motion, supporting declaration of Gina Cremona on behalf of Kove, the supporting declaration of Jeffrey Saltman on behalf of AWS, along with redacted versions of Kove's Response to Amazon's Motions in *Limine* and Exhibits, within four business days of March 14, 2024.

For the foregoing reasons, Kove respectfully requests that the Court enter an order permitting Kove's Response to Amazon's Motions in *Limine* (Dkt. 821), as well as corresponding Exhibits to be filed under seal and/or redacted form.

Dated: March 20, 2024

Respectfully submitted,

*/s/ Courtland L. Reichman*

| | |
|---|---|
| Khue V. Hoang *(pro hac vice)*<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia *(pro hac vice)*<br>jcardenas-navia@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>400 Madison Avenue, Suite 14D<br>New York, NY 10017<br>Telephone: (212) 381-1965<br>Facsimile: (650) 560-3501 | Renato Mariotti (State Bar No. 6323198)<br>renatto.mariotti@bclplaw.com<br>Holly H. Campbell (State Bar No. 6320395)<br>holly.campbell@bclplaw.com<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>161 North Clark Street, Suite 4300<br>Chicago, IL 60601<br>Telephone: (312) 602-5000 |

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
Facsimile: (650) 560-3501

Amy Ruhland (*pro hac vice*)
aruhland@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
901 S. Mopac Expressway, Building 1, Suite 300
Austin, TX 78746
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (*pro hac vice*)
sballard@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Gina H. Cremona (*pro hac vice*)
gcremona@reichmanjorgensen.com
Navid Bayar (*pro hac vice*)
nbayar@reichmanjorgensen.com
Savannah Carnes (*pro hac vice*)
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 560-3501

***ATTORNEYS FOR PLAINTIFF KOVE IO, INC.***

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 20th day of March, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                */s/ Courtland L. Reichman*
                Courtland L. Reichman