**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| KOVE IO, INC., | |
| *Plaintiff*, | Case No. 1:18-cv-8175 |
| v. | Judge Matthew F. Kennelly |
| AMAZON WEB SERVICES, INC., | |
| *Defendant*. | |

_____

**DECLARATION OF JEFFREY M. SALTMAN IN SUPPORT OF AWS'S
REDACTIONS TO KOVE'S RESPONSE TO AWS'S MOTIONS IN LIMINE**
_____

I, Jeffrey M. Saltman, declare as follows:

1.      I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of the redactions of AWS's confidential information in Kove's Response to AWS's Motions *in Limine* (Dkt. 821, "Kove's Response") and associated exhibits.

2.      S. Carnes Declaration ISO the Response as well as Exhibits K10-15 don't contain AWS's confidential information. To the extent that they contain Kove confidential information, Kove will prepare public versions of these documents. AWS agrees they can be filed on the public docket.

3.      Kove's Response and Exhibit K19 contain AWS confidential information. AWS has prepared redacted versions. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information contains confidential AWS financial information and witness testimony relating to AWS's financial decisions. This information could be used by competitors and investors to gain competitive advantage and undue insight into AWS's internal business practices and could cause competitive harm.

4.      AWS has partially redacted Exhibits K16 and K18. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information generally includes: the identification of the specific subcomponents of the S3 and DynamoDB systems, information explaining how the S3 and DynamoDB systems work and are designed, and AWS witness testimony and information from confidential internal explanatory documentation relating to each of these categories. This information could be used to attempt by competitors to learn about AWS's proprietary technology. Thus, public disclosure of the information within any of the categories listed above would cause AWS competitive harm.

5.      Exhibit K17 should be sealed in its entirety. This exhibit contains detailed information regarding the specific subcomponents of the S3 and DynamoDB systems, how these subcomponents are arranged, and their functions. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm. Additionally, Exhibit K17 contains confidential AWS financial information. This information

could be used by competitors and investors to gain competitive advantage and undue insight into

AWS's internal business practices, and thus its disclosure could cause AWS competitive harm.

I declare under penalty of perjury that the foregoing is true and correct.

        Executed on March 20, 2024.

                                           */s/ Jeffrey M. Saltman*
                                           Jeffrey M. Saltman