# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.

                              Plaintiff,

v.                                                Case No.: 1:18−cv−08175
                                                          Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 20, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court advises that at tomorrow's final pretrial conference, it does not intend to hear or invite argument regarding all, or even most, of the motions in limine/"Daubert" motions and other motions that are currently pending before the Court. Rather, the Court will have questions or will invite argument regarding the following points and motions. (1) On defendant's "Daubert" motions: the issue regarding whether Brick Managers (BMs) are still appropriately accused products at trial (Motion at 23; Response at 9−10). (2) On plaintiff's spoliation/"Daubert" motions: the spoliation motion (Motion at 1−11; Response at 1−10); the issue regarding Grama's opinion regarding "naming convention hierarchy" (Motion at 29; Response at 21); the issue regarding Grama's "practicing the prior art" testimony (Motion at 21−22; Response at 21−23); and the issue regarding Grama's "hierarchy" opinions (Motion at 22−23; Response at 23−25). (3) Defendant's motions in limine 5, 6, 7, and 10. (4) Plaintiff's motions in limine 1, 3, 4, 5, 6, and possibly 7. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.