# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

## DECLARATION OF SAVANNAH CARNES IN SUPPORT OF KOVE IO, INC.'S RESPONSE TO AMAZON'S MOTIONS IN LIMINE

I, Savannah Carnes, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the State of California, and I have been admitted to appear in this case pro hac vice. Unless otherwise stated, I have personal knowledge of the matters set forth herein and in the motion. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Kove's Response to Amazon's Motions in Limine.

3. Exhibit K10 is a true and correct copy of excerpts of the Seventh Circuit Model Patent Jury Instructions.

4. Exhibit K11 is a true and correct copy of excerpts of The Federal Circuit Bar Association Model Patent Jury Instructions, last edited May 2020.

5. Exhibit K12 is a true and correct copy of a recent Docket Navigator search that yielded 51 results for the language "similar to a landowner who can prevent others from trespassing on the bounded property".

6. Exhibit K13 is a true and correct copy of excerpts of the Federal Civil Jury Instructions of the Seventh Circuit, revised 2017.

7. Exhibit K14 is a true and correct copy of excerpted pages of the '162 Reexam.

8. Exhibit K15 is a true and correct copy of L. Phillips email dated 3/6/2024.

9. Exhibit K16 is a true and correct copy of excerpted pages of the Corrected Opening Expert Report of Michael Goodrich dated July 6, 2023.

10. Exhibit K17 is a true and correct copy of excerpted pages of the Expert Report of Jim Bergman dated July 3, 2023.

11. Exhibit K18 is a true and correct copy of excerpted pages of the Expert Report of Karim Fanous dated July 3, 2023.

12. Exhibit K19 is a true and correct copy of excerpted pages of the Rebuttal Expert Report and Disclosure of Melissa A. Bennis dated August 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 14, 2024         /s/ Savannah Carnes
                                    Savannah Carnes