# Exhibit K12



# Orders

51 Results

Document Text: "similar to a landowner who can prevent others from trespassing on the bounded property"

| Type of Document | Result o... | Case | Date | Appeal Status | Judge | | |
|---|---|---|---|---|---|---|---|
| Jury Instructions | N/A | Prolitec, Inc. v. ScentAir Technologies, LLC<br>1-20-cv-00984 (DDE) | Jan. 26, 2024 | | William C. Bryson | | |
| | | … way that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | |
| Jury Instructions | N/A | Willis Electric Co., Ltd. v. Polygroup Limited (Macao Commercial Offshore) et al<br>0-15-cv-03443 (DMN) | Jan. 18, 2024 | | | | |
| | | … way that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | |
| Jury Instructions | N/A | The Trustees of Purdue University v. STMicroelectronics NV et al<br>6-21-cv-00727 (WDTX) | Dec. 01, 2023 | | Alan D. Albright | | |
| | | … way that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed Claims may be independent or … | | | | | |
| Jury Instructions | N/A | WR Grace & Co. - Conn. v. Elysium Health, Inc.<br>1-20-cv-01098 (DDE) | Aug. 25, 2023 | | Gregory B. Williams | | |
| | | … way that a legal description in a deed specifies the boundaries of land, i.e. similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. claims may be independent or … | | | | | |
| Jury Instructions | N/A | CellTrust Corporation v. ionLake, LLC<br>0-19-cv-02855 (DMN) | May. 09, 2023 | Appealed (Jan. 18, 2024) | Wilhelmina M. Wright | | |

### MATCHING PDF TEXT

… way that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. Claims may be independent or …

### EXPANDED APPEAL STATUS

| Case | Appealed Case | Status | Type of Document | Judge | Date | Profile Link | PDF |
|---|---|---|---|---|---|---|---|
| 23-2057 | 0-19-cv-02855 | Appealed | CAFC Corrected/Amended Docketing Statement | | Jan. 18, 2024 | | |

| Type of Document | Result | Case | Date | Appeal Status | Judge | | |
|---|---|---|---|---|---|---|---|
| Jury Instructions | N/A | Global eTicket Exchange Ltd. v. Ticketmaster LLC et al<br>6-21-cv-00399 (WDTX) | May. 04, 2023 | | Alan D. Albright | | |
| | | … way that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | |
| Jury Instructions | N/A | Hafeman v. LG Electronics, Inc. et al<br>6-21-cv-00696 (WDTX) | Apr. 28, 2023 | | Alan D. Albright | | |
| | | … way that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | |
| Jury Instructions | N/A | DeCurtis LLC v. Carnival Corporation<br>1-20-cv-22945 (SDFL) | Mar. 10, 2023 | | Robert N. Scola, Jr. | | |
| | | … way that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ⊖ | Verdict | N/A | SRAM, LLC v. Princeton Carbon Works Inc.<br>9-21-cv-80581 (SDFL) | Feb. 24, 2023 | Appealed (Apr. 26, 2023) | Roy Altman | 📄 | 📕 |

**MATCHING PDF TEXT**

… way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or …

**EXPANDED APPEAL STATUS**

| Case | Appealed Case | Status | Type of Document | Judge | Date | Profile | PDF Link |
|---|---|---|---|---|---|---|---|
| 23-1740 | 9-21-cv-80581 | Appealed | CAFC Docketing Statement | | Apr. 26, 2023 | 📄 | 📕 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ⊖ | Proposed Jury Instructions | N/A | CR Bard Inc. et al v. AngioDynamics Inc.<br>1-15-cv-00218 (DDE) | Nov. 22, 2022 | | Joseph F. Bataillon | 📄 | 📕 |

… way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or …

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ⊖ | Jury Instructions | N/A | CR Bard Inc. et al v. AngioDynamics Inc.<br>1-15-cv-00218 (DDE) | Nov. 14, 2022 | | Joseph F. Bataillon | 📄 | 📕 |

… way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or …

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ⊖ | Jury Instructions | N/A | Ravgen, Inc. v. Laboratory Corporation of America Holdings<br>6-20-cv-00969 (WDTX) | Sep. 23, 2022 | | Alan D. Albright | 📄 | 📕 |

… way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or …

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ⊖ | Jury Instructions | N/A | Ingenico Inc. v. IOENGINE, LLC<br>1-18-cv-00826 (DDE) | Jul. 15, 2022 | Appealed (Jan. 24, 2023) | William C. Bryson | 📄 | 📕 |

**MATCHING PDF TEXT**

… way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or …

**EXPANDED APPEAL STATUS**

| Case | Appealed Case | Status | Type of Document | Judge | Date | Profile | PDF Link |
|---|---|---|---|---|---|---|---|
| 23-1367 | 1-18-cv-00826 | Appealed | CAFC Docketing Statement | | Jan. 24, 2023 | 📄 | 📕 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ⊖ | Jury Instructions | N/A | Sorrell Holdings LLC v. Infinity Headwear & Apparel, LLC<br>4-16-cv-04019 (WDAR) | May. 10, 2022 | | Barry A. Bryant | 📄 | 📕 |

… way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or …

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ⊖ | Jury Instructions | N/A | VideoShare, LLC v. Google LLC et al<br>6-19-cv-00663 (WDTX) | Nov. 15, 2021 | | Alan D. Albright | 📄 | 📕 |

… way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or …

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ⊖ | Jury Instructions | N/A | M-I LLC v. FPUSA, LLC<br>5-15-cv-00406 (WDTX) | Oct. 18, 2021 | | David Alan Ezra | 📄 | 📕 |

… way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or …



| | Jury Instructions | N/A | Automatic Equipment Manufacturing Company v. Danko Manufacturing, LLC<br>8-19-cv-00162 (DNE) | Sep. 20, 2021 | Brian C. Buescher | | |
|---|---|---|---|---|---|---|---|
| | … way that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. Conception: The complete mental part … | | | | | | |
| | Jury Instructions | N/A | Freshub, Inc. et al v. Amazon.Com Inc. et al<br>6-21-cv-00511 (WDTX) | Jun. 22, 2021 | Alan D. Albright | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | Freshub, Inc. et al v. Amazon.Com Inc. et al<br>6-21-cv-00511 (WDTX) | Jun. 21, 2021 | Alan D. Albright | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | Wapp Tech Limited Partnership et al v. Micro Focus International PLC<br>4-18-cv-00469 (EDTX) | Mar. 08, 2021 | Amos L. Mazzant, III | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | Virginia Innovation Sciences, Inc. v. Amazon.com, Inc.<br>4-18-cv-00474 (EDTX) | Sep. 02, 2020 | Amos L. Mazzant, III | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | CR Bard Inc. et al v. AngioDynamics Inc.<br>1-15-cv-00218 (DDE) | Mar. 05, 2019 | Joseph F. Bataillon | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Pretrial Order | N/A | HVLPO2, LLC v. Oxygen Frog, LLC et al<br>4-16-cv-00336 (NDFL) | Oct. 18, 2018 | Mark E. Walker | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Proposed Jury Instructions | N/A | HVLPO2, LLC v. Oxygen Frog, LLC et al<br>4-16-cv-00336 (NDFL) | Oct. 18, 2018 | Mark E. Walker | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | Eko Brands, LLC v. Adrian Rivera Maynez Enterprises, Inc. et al<br>2-15-cv-00522 (WDWA) | Jun. 06, 2018 | James P. Donohue | | |
| | … that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | Sonos, Inc. v. D&M Holdings Inc. d/b/a The D+M Group et al<br>1-14-cv-01330 (DDE) | Dec. 15, 2017 | William C. Bryson | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., similar to a landowner who can prevent others from trespassing on the bounded property, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |



| | Jury Instructions | N/A | ATEN International Co., Ltd. v. Uniclass Technology Co., Ltd. et al<br>2-15-cv-04424 (CDCA) | Oct. 04, 2017 | Andrew J. Guilford | | |
|---|---|---|---|---|---|---|---|
| | … that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | iLife Technologies, Inc. v. Nintendo of America, Inc.<br>3-13-cv-04987 (NDTX) | Aug. 30, 2017 | Barbara M.G. Lynn | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Drawings: The drawings are Visual … | | | | | | |
| | Jury Instructions | N/A | Evicam International, Inc. v. Enforcement Video, LLC<br>4-16-cv-00105 (EDTX) | Jul. 14, 2017 | Amos L. Mazzant, III | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | PTAB Expert Declaration | N/A | Natus Medical Incorporated et al. v. Nox Medical EHF<br>IPR2016-01822 (PTAB) | Sep. 15, 2016 | | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | Nortek Air Solutions LLC v. Energy Labs, Inc. et al<br>5-14-cv-02919 (NDCA) | Aug. 05, 2016 | Beth Labson Freeman | | |
| | … that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | Arctic Cat Inc. v. Bombardier Recreational Products Inc. et al<br>0-14-cv-62369 (SDFL) | Jun. 01, 2016 | Beth Bloom | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | Finisar Corporation v. Nistica, Inc.<br>5-13-cv-03345 (NDCA) | May. 11, 2016 | Beth Labson Freeman | | |
| | … that a legal description in a deed specifies the boundaries of land, i. e. , <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | Imperium IP Holdings (Cayman), Ltd. v. Samsung Electronics Co., Ltd. et al<br>4-14-cv-00371 (EDTX) | Feb. 08, 2016 | Amos L. Mazzant, III | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | Motio, Inc. v. BSP Software LLC et al<br>4-12-cv-00647 (EDTX) | Jan. 28, 2016 | Amos L. Mazzant, III | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | Adaptix, Inc. v. Alcatel-Lucent USA, Inc., et. al.<br>6-12-cv-00022 (EDTX) | Dec. 21, 2015 | Robert W. Schroeder, III | | |
| | … that a legal description in' a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be … | | | | | | |



| | Jury Instructions | N/A | Exmark Manufacturing Company Inc. v. Briggs & Stratton Corporation<br>8-10-cv-00187 (DNE) | Sep. 21, 2015 | Joseph F. Bataillon | | |
|---|---|---|---|---|---|---|---|
| | … way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Conception: The complete mental part … | | | | | | |
| | Jury Instructions | N/A | Exmark Manufacturing Company Inc. v. Briggs & Stratton Corporation<br>8-10-cv-00187 (DNE) | Sep. 21, 2015 | Joseph F. Bataillon | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Conception: The complete mental part … | | | | | | |
| | Jury Instructions | N/A | NobelBiz, Inc. v. Global Connect, LLC<br>6-12-cv-00244 (EDTX) | Sep. 16, 2015 | Robert W. Schroeder, III | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims can be independent or … | | | | | | |
| | Jury Instructions | N/A | Finjan, Inc. v. Blue Coat Systems, Inc.<br>5-13-cv-03999 (NDCA) | Aug. 04, 2015 | Beth Labson Freeman | | |
| | … that a legal description in a deed specifies the boundaries of land, i.e. <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | Eagle Harbor Holdings, LLC, et. al. v. Ford Motor Company<br>3-11-cv-05503 (WDWA) | Mar. 24, 2015 | Benjamin H. Settle | | |
| | … that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | Mentor Graphics Corporation v. EVE-USA, Inc. et al<br>3-12-cv-01500 (DOR) | Oct. 09, 2014 | Michael W. Mosman | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | U.S. Ethernet Innovations, LLC v. Texas Instruments Incorporated et al<br>6-11-cv-00491 (EDTX) | Jun. 20, 2014 | Michael H. Schneider | | |
| | … way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | Kaneka Corporation v. JBS Hair Inc. et al<br>3-10-cv-01430 (NDTX) | Jun. 27, 2013 | Jeff Kaplan | | |
| | … that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Verdict | N/A | Kaneka Corporation v. JBS Hair Inc. et al<br>3-10-cv-01430 (NDTX) | Jun. 27, 2013 | Jeff Kaplan | | |
| | … that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |
| | Jury Instructions | N/A | Syntrix Biosystems, Inc. v. Illumina Inc.<br>3-10-cv-05870 (WDWA) | Mar. 18, 2013 | Benjamin H. Settle | | |
| | … that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or … | | | | | | |



| | Jury Instructions | N/A | Transweb, LLC v. 3M Innovative Properties Company, et. al. 2-10-cv-04413 (DNJ) | Nov. 30, 2012 | Garrett E. Brown, Jr. | | |
|---|---|---|---|---|---|---|---|
| | ... way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or ... that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or ... | | | | | | |
| | Jury Instructions | N/A | Shelbyzyme LLC v. Genzyme Corporation 1-09-cv-00768 (DDE) | Jul. 13, 2012 | Gregory M. Sleet | | |
| | ... way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. As I already told you, ... | | | | | | |
| | Jury Instructions | N/A | Sunovion Pharmaceuticals v. Dey Pharma et al 1-06-cv-00113 (DDE) | Feb. 08, 2012 | Leonard P. Stark | | |
| | ... way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or ... | | | | | | |
| | Jury Instructions | N/A | Sunovion Pharmaceuticals v. Dey Pharma et al 1-06-cv-00113 (DDE) | Jan. 27, 2012 | Leonard P. Stark | | |
| | ... way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or ... | | | | | | |
| | Jury Instructions | N/A | Vnus Medical Technologies Inc. v. Biolitec, Inc. et al 3-08-cv-03129 (NDCA) | Dec. 09, 2010 | Maxine M. Chesney | | |
| | ... way that a legal description in a deed specifies the boundaries of land, i.e., <u>similar to a landowner who can prevent others from trespassing on the bounded property</u>, the inventor can prevent others from using what is claimed. Claims may be independent or ... | | | | | | |