# Exhibit K14



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/019,162 | 02/17/2023 | 7233978 | 10406/49 | 3927 |

| 184647 | 7590 | 05/16/2023 |
|---|---|---|

Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway
Suite 300
Redwood City, CA 94065

| EXAMINER |
|---|
| SORRELL, ERON J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 05/16/2023 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

### *Summary of Proposed SNQ*

The Examiner agrees with the following proposed SNQs:

**SNQ I:** Skagerwall in view of Wolff to raise a SNQ over claim 6;

**SNQ II:** ONAG in view of OracleUnleashed and Steen to raise a SNQ over claim 6;

**SNQ III:** Steen in view of Wolff and Skagerwall to raise a SNQ over claim 6.

The Examiner disagrees with the following proposed SNQs:

**SNQ I:** Skagerwall in view of Wolff to raise SNQs over claims 3, 10, and 14.

**SNQ II:** ONAG in view of OracleUnleashed and Steen to raise SNQs over claims 3, 10, and 14.

**SNQ III:** Steen in view of Wolff and Skagerwall to raise SNQs over claims 3, 6, 10, and 14. This group of SNQs is based on proposed rejections of claims 3, 6, 10, and 14 under 35 USC § 103(a) as being obvious over Steen in view of one or more of Wolff and Skagerwall.