# Exhibit K15

| From: | Lisa Phillips |
|---|---|
| To: | Savannah Carnes; RJ_Kove_AWS |
| Cc: | Kove Team |
| Subject: | Re: Kove v. AWS - Motions in Limine |
| Date: | Wednesday, March 6, 2024 10:37:14 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |

**CAUTION: EXTERNAL SENDER**

Counsel,

Thank you for your email providing Kove's revised list of MILs and for the information relating to Kove's former MIL #1. AWS agrees to Kove's MIL #7 ("Derogatory or pejorative references to Kove as 'troll'"), on the understanding that the agreement is to the use of that specific term. For clarity, under this agreement, AWS will be permitted to discuss that Kove hasn't sold any products that practice the patent and hasn't attempted to do so since at least 2006.

With respect to Kove's previous MIL #1, below please find AWS's invalidity grounds (prior art and non-prior art), by patent and by claim. Please note that claim 31 of the '978 patent is included for completeness, but, as that claim was cancelled, AWS understands it's no longer in the case. Please confirm. Thank you.

Best,
Lisa


### '170 Patent, Claim 1

*Prior Art Grounds:*

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall alone
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Karger

*Non-Prior Art Grounds:*

1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

### '170 Patent, Claim 2

*Prior Art Grounds:*

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall alone
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Karger

*Non-Prior Art Grounds:*

1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

### '170 Patent, Claim 6

*Prior Art Grounds:*

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall in combination with Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Karger

*Non-Prior Art Grounds:*

1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

### '170 Patent, Claim 8

*Prior Art Grounds:*

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall in combination with Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Karger

*Non-Prior Art Grounds:*

1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

### '170 Patent, Claim 12

*Prior Art Grounds:*

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen

2. Obviousness based on the combination of Skagerwall in combination with Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Karger

*Non-Prior Art Grounds:*
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

### '170 Patent, Claim 15

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall in combination with Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Karger

*Non-Prior Art Grounds:*
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

### '640 Patent, Claim 17

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall in combination with Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

*Non-Prior Art Grounds:*
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

### '640 Patent, Claim 18

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall in combination with Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

*Non-Prior Art Grounds:*
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1

2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

**'640 Patent, Claim 24**

*Prior Art Grounds:*

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall in combination with Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

*Non-Prior Art Grounds:*

1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1
3. Indefiniteness under 35 U.S.C. § 112 ¶ 2

**'978 Patent, Claim 3**

*Prior Art Grounds:*

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall and Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

*Non-Prior Art Grounds:*

1. Invalid for Double Patenting
2. Lack of proper written description support under 35 U.S.C. § 112, ¶ 1
3. Lack of enablement under 35 U.S.C. § 112, ¶ 1

**'978 Patent, Claim 6**

*Prior Art Grounds:*

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on Skagerwall alone
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

*Non-Prior Art Grounds:*

1. Invalid for Double Patenting
2. Lack of proper written description support under 35 U.S.C. § 112, ¶ 1
3. Lack of enablement under 35 U.S.C. § 112, ¶ 1

**'978 Patent, Claim 10**

*Prior Art Grounds:*

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall and Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS

4.   Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

*Non-Prior Art Grounds:*

1.   Invalid for Double Patenting
2.   Lack of proper written description support under 35 U.S.C. § 112, ¶ 1
3.   Lack of enablement under 35 U.S.C. § 112, ¶ 1

### **'978 Patent, Claim 14**

*Prior Art Grounds:*

1.   Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2.   Obviousness based on the combination of Skagerwall and Wolff
3.   Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS
4.   Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

*Non-Prior Art Grounds:*

1.   Invalid for Double Patenting
2.   Lack of proper written description support under 35 U.S.C. § 112, ¶ 1
3.   Lack of enablement under 35 U.S.C. § 112, ¶ 1

### **'978 Patent, Claim 17**

*Prior Art Grounds:*

1.   Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2.   Obviousness based on the combination of the Skagerwall and Yocum
3.   Obviousness based on the combination of Neimat and DNS
4.   Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Neimat

*Non-Prior Art Grounds:*

1.   Invalid for Double Patenting
2.   Lack of proper written description support under 35 U.S.C. § 112, ¶ 1
3.   Lack of enablement under 35 U.S.C. § 112, ¶ 1

### **'978 Patent, Claim 23**

*Prior Art Grounds:*

1.   Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2.   Obviousness based on the combination of the Skagerwall and Yocum
3.   Obviousness based on the combination of Neimat and DNS
4.   Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Neimat

*Non-Prior Art Grounds:*

1.   Invalid for Double Patenting
2.   Lack of proper written description support under 35 U.S.C. § 112, ¶ 1
3.   Lack of enablement under 35 U.S.C. § 112, ¶ 1

### **'978 Patent, Claim 24**

*Prior Art Grounds:*

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of the Skagerwall and Yocum
3. Obviousness based on the combination of Neimat, DNS, and Venkatasubramanian
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, Neimat, and Venkatasubramanian

*Non-Prior Art Grounds:*

1. Invalid for Double Patenting
2. Lack of proper written description support under 35 U.S.C. § 112, ¶ 1
3. Lack of enablement under 35 U.S.C. § 112, ¶ 1

**'978 Patent, Claim 30**

*Prior Art Grounds:*

1. Obviousness based on OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of the Skagerwall and Yocum
3. Obviousness based on the combination of Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Neimat

*Non-Prior Art Grounds:*

1. Invalid for Double Patenting
2. Lack of proper written description support under 35 U.S.C. § 112, ¶ 1
3. Lack of enablement under 35 U.S.C. § 112, ¶ 1

**'978 Patent, Claim 31**

*Prior Art Grounds:*

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff
2. Obviousness based on the combination of Skagerwall and Wolff
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS

*Non-Prior Art Grounds:*

1. Invalid for Double Patenting
2. Lack of proper written description support under 35 U.S.C. § 112, ¶ 1
3. Lack of enablement under 35 U.S.C. § 112, ¶ 1

**Lisa Phillips** | **Fisch Sigler LLP** | **Partner**
+1.202.362.3521 (o)
+1.240.988.3448 (m)

---

**From:** Savannah Carnes <scarnes@reichmanjorgensen.com>
**Date:** Wednesday, March 6, 2024 at 10:28 AM

**To:** Kove Team <FS-Kove@fischllp.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Re: Kove v. AWS - Motions in Limine

Counsel,

Good morning. Given that MILs are due tomorrow, we need your response by 12 pm CT today.

Best regards,
Savannah

---

**From:** Savannah Carnes <scarnes@reichmanjorgensen.com>
**Sent:** Monday, March 4, 2024 4:59 PM
**To:** Kove Team <FS-Kove@fischllp.com>
**Cc:** RJ_Kove_AWS <RJ_Kove_AWS@reichmanjorgensen.com>
**Subject:** Kove v. AWS - Motions in Limine

Counsel,

We have a few updates from our Friday discussion. We are available for a call to further discuss any of the below issues, if necessary.

We can agree to a joint stipulation on the agreed-upon MILs, pending review of the language.

As to the modified MILs you raised on our call:
- AWS did not provide cases in support of AWS MIL #1 and so Kove maintains its disagreement.
- Kove agrees to a MIL about the prosecution of non-asserted **Kove** patents but disagrees as to the prosecution of **AWS** patents (AWS MIL #5).
- Kove agrees to adding "overall profits for Amazon and AWS" to MIL #10, excluding profits of the accused products.
- To the extent that AWS discusses litigation funding (Kove's MIL #2 below), Kove disagrees with AWS MIL #11 (SEC statements)
- Kove disagrees with AWS's MILs #12 and #14 because of the difficulties in enforcement, among other reasons.

Here is our sharpened list of MILs. Please let us know if you can agree to any.

1. Invalidity grounds including DNS as prior art are excluded per the Court's SJ order.
2. Evidence and portions of documents that reference litigation funding.
3. AWS/ATI is not allowed to raise AWS's/ATI's patents as related to noninfringement or

invalidity.
4. No testimony or arguments regarding Kove's delay in bringing the lawsuit per the Court's SJ order on equitable estoppel/waiver defenses
5. No testimony or arguments contrary to the court's claim construction e.g. ¶¶ 230, 243, 272, 274-276, 293 ("client"); 231, 234 ("location server"); 236-237, 240 ("hash function" and "hash table"); 244-246, 288, 294-295 ("redirect"); 253, 277, 280-282, 288, 303-305, 366 ("set" and "unique set"); 258, 319 ("transfer"); 262 ("identifier"/ "location" pairings); 264-265, 267 ("location"); 268-269 ("location information")
6. No testimony or arguments regarding a practicing the prior art defense
7. Derogatory or pejorative references to Kove as "troll"

With respect to what was previously Kove's MIL #1, we have the following questions, the answers to which may refine or moot the need for a MIL:
- Does AWS agree that it is limited to the number of invalidity grounds (prior art and non-prior art), set forth in LPR 3.1(b)?
- Does AWS agree that its invalidity grounds are set forth in its Fifth Amended Final Contentions, as summarized below? (screen clips taken from AWS's Fifth Amended contentions)
- For A, B, and C below, AWS identifies more than the permitted 4 prior art grounds. Which ground does AWS assert (see red below)?

## A. '170 patent – claims 1, 2, 6, 8, 12, 15
**Prior art grounds:**

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff (*see* Exhibit 1A);
2. Obviousness based on Skagerwall alone or in combination with Wolff (*see* Exhibit 1B);
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat, DNS, and Karger '618/420 (*see* Exhibit 1C);
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Karger '618/420 (*see* Exhibit 1D).

Each identified combination counts as one ground.

Ground 2 has two grounds: Skagerwall alone; Skagerwall in combination with Wolff. **Which one is AWS asserting?**

**Non-prior art grounds:**

1. Unpatentable under 35 U.S.C. § 101 (as described in Amazon motion to dismiss[3], *see* Dkts. 38, 45 etc. and Section VII below);
2. Lack of proper written description support under 35 U.S.C. § 112, ¶ 1 (*see* Section VI);
3. Lack of enablement under 35 U.S.C. § 112, ¶ 1 (*see* Section VI);
4. Indefiniteness under 35 U.S.C. § 112, ¶ 2 (*see* Section VI).

## B. '640 patent – claims 17, 18, 24

**Prior art grounds:**

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff (*see* Exhibit 2A);
2. Obviousness based on Skagerwall alone or in combination with Wolff (*see* Exhibit 2B);
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS (*see* Exhibit 2C);
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS (*see* Exhibit 2D).

Each identified combination counts as one ground.

Ground 2 has two grounds: Skagerwall alone; Skagerwall in combination with Wolff.  **Which <u>one</u> is AWS asserting?**

**Non-prior art grounds:**

1. Unpatentable under 35 U.S.C. § 101 (as described in Amazon motion to dismiss, *see* Dkts. 38, 45 etc. and Section VII below);
2. Lack of proper written description support under 35 U.S.C. § 112, ¶ 1 (*see* Section VI);
3. Lack of enablement under 35 U.S.C. § 112, ¶ 1 (*see* Section VI);
4. Indefiniteness under 35 U.S.C. § 112, ¶ 2 (*see* Section VI).

## C. '978 patent – claims 3, 6, 10, 14, 31

**Prior art grounds:**

1. Obviousness over the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, and Wolff (*see* Exhibit 3A);
2. Skagerwall and Wolff (*see* Exhibit 3B);
3. Obviousness based on the combination of U.S. Patent No. 5,542,087 to Neimat and DNS (*see* Exhibit 3E);
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami and DNS (*see* Exhibit 3F).

Each identified combination counts as one ground.

Ground 2 has three grounds: Skagerwall alone; Wolff alone; Skagerwall in combination with Wolff.  **Which <u>one</u> is AWS asserting?**

**Non-prior art grounds:**

1. Unpatentable under 35 U.S.C. § 101 (as described in Amazon motion to dismiss, *see* Dkts. 38, 45 etc. and Section VII below);
2. Invalid for Double Patenting (*see* Section VII);
3. Lack of proper written description support under 35 U.S.C. § 112, ¶ 1 (*see* Section VI);
4. Lack of enablement under 35 U.S.C. § 112, ¶ 1 (*see* Section VI).

## D. '978 patent – claims 17, 23, 30

**Prior art grounds:**

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, Yocum, and Boukobza (*see* Exhibit 3C);
2. Obviousness based on the combination of Skagerwall, Steen, Yocum, and Boukobza (*see* Exhibit 3D);
3. Obviousness based on the combination of Neimat and DNS (*see* Exhibit 3E);
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, and Neimat (*see* Exhibit 3F);

Each identified combination counts as one ground.

**Non-prior art grounds:**

1. Unpatentable under 35 U.S.C. § 101 (as described in Amazon motion to dismiss, *see* Dkts. 38, 45 etc. and Section VII below);
2. Invalid for Double Patenting (*see* Section VII);
3. Lack of proper written description support under 35 U.S.C. § 112, ¶ 1 (*see* Section VI);
4. Lack of enablement under 35 U.S.C. § 112, ¶ 1 (*see* Section VI).

## E. '978 patent – claim 24

**Prior art grounds:**

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, Yocum, and Boukobza (*see* Exhibit 3C);
2. Obviousness based on the combination of the Skagerwall, Steen, Yocum, and Boukobza (*see* Exhibit 3D);
3. Obviousness based on the combination of Neimat, DNS, and Venkatasubramanian (*see* Exhibit 3E);
4. Obviousness based on the combination of U.S. Patent No. 6,212,521 to Minami, DNS, Neimat, and Venkatasubramanian (*see* Exhibit 3F).

Each identified combination counts as one ground.

**Non-prior art grounds:**

1. Unpatentable under 35 U.S.C. § 101 (as described in Amazon motion to dismiss, *see* Dkts. 38, 45 etc. and Section VII below);
2. Invalid for Double Patenting (*see* Section VII);
3. Lack of proper written description support under 35 U.S.C. § 112, ¶ 1 (*see* Section VI);
4. Lack of enablement under 35 U.S.C. § 112, ¶ 1 (*see* Section VI).

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*