# Exhibit K16

████████████████████

HIGHLY CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1-18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | **JURY TRIAL DEMANDED** |
| Amazon Web Services, Inc., | |
| Defendant. | |

**CORRECTED OPENING EXPERT REPORT OF MICHAEL GOODRICH
REGARDING U.S. PATENT NOS. 7,103,640; 7,233,978; AND 7,814,170**

Executed on this 6th day of July, 2023

_____
Michael Goodrich

find it (and, in S3's case, AWS would never be able to stitch the pieces of the object back together, even if they knew where the pieces were).[20]

77. It is my opinion that S3's use of a ███████████████████████████ ███████████, in the manner claimed in the Hash Function Claims, is essential to AWS's efficient and effective operation of the ████, which, in turn, is essential to the effective operation and performance of the █████ and to S3 as a whole. For example, claim 1 of the '170 Patent recites, in part, "a hash function used to organize the data location information across the plurality of data location servers," claim 2 of the '170 Patent further recites "wherein the location information comprises any portion of a hash table generated with the hash function," and claim 6 of the '978 Patent recites "wherein the location in the location server is maintained in an indexed location store indexed by a hash table."

78. There are several benefits associated with using ███████ to distribute ███ across the ████████ in the manner claimed in the Hash Function Claims.

79. One benefit of the Hash Function Claims to AWS is that the claimed ██████ evenly distribute ███ across the ████████ in a way that does not meaningfully correlate with user demand.[21] Other methods of distribution would result in hotspots, where some ███ would receive substantially more ███ than others, or where ███ would be distributed in a way that

---

[20] AMZ_KOVE_000528071 (2016 S3 OP1) ("We hold ███ storage to the same durability and availability standards that we expect from object storage. If we lose ███ or a customer can't access ███ for some reason, the customer does not have any way to retrieve their object.").
[21] AMZ_KOVE_000226435 (AWS distinguished engineer explaining that, at small scales the difference between a ████████████ (like the ████) and an ████████████ (like the ████████) "is not that big a deal," but "in the case of a really massive and busy database, where the index itself must, for performance, be ████████ across multiple ████████████, then the ████████ can win out big time."); see AMZ_KOVE_000487443 at 32:00 ("Any correlation between customer requests and machine resources creates hotspots").

83. In view of the above advantages, ▮▮▮▮ are the ideal choice for the ▮▮. AWS's own documents and testimony support this conclusion.[25] I am not aware of any technically acceptable designs for the ▮▮ that avoid using ▮▮▮▮ in a manner claimed by the Hash Function Claims, and, in my opinion, AWS has not identified any such designs. As one AWS engineer explained, ▮▮▮▮ are the "magic" that makes the ▮▮ work.[26]

84. To better understand the technical benefits of the Hash Function Claims to S3, I have considered how S3 performance would change if it did not use ▮▮▮▮ to distribute ▮▮ across the ▮▮▮▮. I conclude that ▮▮▮▮ are integral to the effective operation of the ▮▮, and that, without ▮▮▮▮, S3 would not be able to use the ▮▮, and that would not be technically acceptable to AWS or to its customers.[27] I further conclude that, if S3 were not able to use ▮▮▮▮, it would experience a significant hit to performance with respect to speed, availability, durability, and scalability. S3 would also have to significantly expand its hardware capacity.

85. I have considered the technical significance of the Hash Function Claims. My conclusions—which are explained in detail below—are summarized as follows:

---

[25] 5/23/23 Vermeulen Tr. at 84:7-19 ("the ▮▮ used ▮▮▮▮ specifically because ▮▮ is—like I said, they ▮▮▮▮▮▮▮▮."); AMZ_KOVE_000437351 ("The ▮▮▮▮ should be load balanced independent of hot spots - this implies a ▮▮▮▮. ▮▮▮▮ should be highly available and scalable - this implies a distributed design (▮▮)."); AMZ_KOVE_000487443 at 23:58 (describing ▮▮▮▮ as "the best possible thing that we can do"). AMZ_KOVE_000530224 at 27:25 (mapping ▮▮ "into the domain of hash tables"), 30:30 (describing benefits of using a ▮▮ to distributed location information across the ▮▮).
[26] See AMZ_KOVE_000434982 ("The magic of ▮▮▮▮ means that pretty much every request for a given ▮▮ hits a single ▮▮.").
[27] See AMZ_KOVE_000487443 at 31:12 ("But this is S3, and S3 customers are sort of obsessed with latency."); AMZ_KOVE_000461703 at 6 (▮▮ of customers drive ▮▮ of revenue).

- **Speed**: My conservative estimate is that, without the ▮, the average index latency in S3 for GET requests would increase by at least 4-5 milliseconds and the p99 index latency in S3 for GET requests would increase by at least 30-50 milliseconds, with even larger increases towards the end of the damages period.[28] Latency for PUT requests would also increase, though I have not quantified the size of that effect. These estimates are conservative, as they account for the increase in latency caused by a slower ▮ lookup, but do not account for an increase in latency caused by the uneven distribution of data across ▮, which would result in an even larger impact in performance.[29]

- **Availability**: My conservative estimate is that, without the ▮, S3 would experience a loss of availability of at least 1.93%, without over-provisioning compute capacity. AWS could reduce the availability loss by over-provisioning compute capacity.[30] The resulting hit to availability would then depend on the extent to which AWS over-provisions.

- **Durability**: S3 would be less durable without the ▮ because it would increase the frequency of ▮ which, in turn, increases the likelihood that objects will be lost.

- **Scalability**: Without the ▮, S3 would not be able to reliably support demand for "hot" objects (that is, highly-requested objects), and would not be able to effectively scale the capacity of the ▮ to keep up with customer demand.

---

[28] I.e., an increase of 4-5 milliseconds in latency is the same as being 4-5 milliseconds slower, that is, increased latency = decreased speed.

[29] As described above, an uneven distribution of data across ▮ would tend to decrease speed, increase latency, and decrease throughput by creating hotspots.

[30] *See* Swami Tr. at 419:3-420:1 (explaining over-provisioning and that customers do not like over-provisioning capacity because it results in paying for capacity the customers do not use).

- **Cost**: Without the [REDACTED], load on S3's [REDACTED] would be roughly [REDACTED] times the load with the [REDACTED], as the fraction of request serviced by [REDACTED] would increase from [REDACTED] to [REDACTED]. To accommodate the increased demand on the [REDACTED], AWS would need to [REDACTED]. This would increase the marginal cost of GET requests.

86. These conclusions are supported by three independent data points: (1) metrics AWS collected when the [REDACTED] was first implemented, (2) tests and models AWS built in 2019, when considering whether to eliminate the [REDACTED], and (3) an analysis I performed using AWS metrics and cost models.

    **a. Contemporaneous metrics from when Kache was first introduced**

87. S3 operated without the [REDACTED] for over two years—from March 2006-August 2008.[31] Prior to the introduction of the [REDACTED], each request was sent to a random [REDACTED], which then forwarded the request to the [REDACTED].[32] This caused significant problems, as the [REDACTED] was unable to handle the demand, which led to frequent brownouts,[33] slow request processing, and reductions in availability.[34] AWS has referred to this as the "hotspot" problem.

---

[31] AMZ_KOVE_000091123.
[32] AMZ_KOVE_000530224 at 18:54 ("[I]t then chooses a random [REDACTED]."); AMZ_KOVE_000439001 at 1 (AWS used "a randomly selected back-end [REDACTED]").
[33] "[B]rownouts refer to failures that are not complete failures but that impact your system in some way," for example when "you find things are just running more slowly." Vermeulen Tr. (May 23, 2023) at 103:11-104:15. Brownouts are characterized by "performance degradation," rather than "[o]utright failures." *Id.* "[T]he brownout can be caused by any one of a number of things in your browser," like "intermittent failures of the networking gear." *Id.*
[34] Vermeulen I Tr. at 196:24-199:14; AMZ_KOVE_000226323; AMZ_KOVE_000435516 ("The [REDACTED] is not just about latency and throughput improvements. One of the major limitations in our current world is that we are vulnerable to hot [REDACTED] (not even hot [REDACTED]). All [REDACTED] requests to all [REDACTED] in a [REDACTED] go to the same [REDACTED]. High request loads targeted on single [REDACTED] are common. A high GET rate on [REDACTED] with a particular prefix or [REDACTED] in a particular bucket can cause the [REDACTED] backing [REDACTED] of one [REDACTED] to brownout. [REDACTED] hot spots

187. It is my opinion that S3's use of the Scaling Claims is essential to the operation and performance of the ▮ and to S3 as a whole. S3 would not be technically or operationally viable without these claims.

188. The Scaling Claims can be divided into two primary use cases: load balancing (LB) and hardware failure (HF). LB refers to instances in which S3 transfers ▮ between ▮ in response to "performance criteria" relating to heat or load, such as ▮ capacity or storage capacity.[125] HF refers to instances in which S3 transfers ▮ between ▮ in response to critical hardware errors, including those resulting in machine death or memory corruption, or in response to other circumstances in which a ▮ is taken offline.

189. The Scaling Claims are essential to the LB use cases, since they function as AWS's primary mechanism for responding to the uneven distribution of data and requests across the ▮ ▮.[126] If AWS were unable to move ▮ and ▮ between ▮, then each ▮ would be limited to serving a fixed set of ▮ and would only be able to serve a ▮ ▮. This would negatively impact speed, availability, scalability, and durability.[127]

---

[125] AWS relies on load balancing to keep ▮ up and running. One of the key drivers of durability is the ability to replicate or replace an item when one of ▮. If a ▮ gets too hot (has too many requests), AWS moves ▮ to another ▮ to relieve the load. If a ▮ server fails, AWS can replicate that drive or can redistribute its ▮ across the rest of the ▮. See AMZ_KOVE_000512621 ("▮ ▮."); AMZ_KOVE_000497975 (same).
[126] See AMZ_KOVE_000436708 at 2-3 (describing the numerous benefits of ▮, including improvements to each of the SADS benefits); Hamilton Tr. at 92:17-93:5.
[127] If the relevant ▮ are at max throughput capacity and there is no way to offload any of the demand, the ▮ would not be able to service any requests, resulting in a loss of availability, as client requests would simply fail. Further, without the Scaling Claims, the ▮ would not be able to handle spikes in demand, hurting scalability.

71

that cannot be served by the ▮.[135] Additionally, the ▮ needs to be provisioned to accommodate circumstances in which the ▮ is overwhelmed by requests, in which case requests go directly to the ▮.[136] The ▮ also needs to have sufficient capacity to accommodate usage patterns that skip the ▮ (e.g., sequential GETs that iterate over the objects in a ▮—each object is read once, so would not be in the ▮, but would still reflect considerable demand on a single ▮).[137]

195. To estimate the cost associated with a 10x over-provisioning, one can change the ▮ (in the same manner as described above).

196. I do not believe the over-provisioning solution would be technically acceptable. While over-provisioning would avoid *some* hotspots, many—including the largest and most troublesome—would still exist, including hotspots attributable to the customers with the largest workloads. More broadly, over-provisioning does not change the fact that S3 would have fundamental scaling limits, and so would not be able to meet the core product requirement of infinite scalability.

**Remove Automatic Partitioning**

197. Without LB abilities, S3 would have a per-bucket capacity limit that would prevent S3 from accommodating the customers who drive the most demand, i.e., S3's largest customers.[138]

---

[135] AMZ_KOVE_000399121 (describing variability in request volumes that exceed S3's I/O capacity).
[136] AMZ_KOVE_000284234 at 11.
[137] AMZ_KOVE_000399112 at 1-2 (gets on sequentially named ▮ overwhelms ▮ I/O capacity); AMZ_KOVE_000434413.
[138] *See* AMZ_KOVE_000399121 (explaining how S3 usage is top-heavy, and, even among the top users, the distribution of request volume varies tremendously across time); AMZ_KOVE_000378442 (showing that the top ▮ external customers in each region are responsible for ▮ of S3's usage in each region).

232. Thus, the technical benefits associated with the combination of the Hash Function and Scaling Claims are the same as the benefits described in ¶¶ 222-229.[151]

C. **DynamoDB**

1. **Benefits of the Hash Function Claims to DynamoDB**

▇▇▇▇ are built into the DNA of DynamoDB. One of the first things AWS does upon receiving a DynamoDB request is to apply a ▇▇▇▇. DynamoDB then uses the output of that ▇▇▇ to identify the ▇▇▇ that should be used to service the request (whether a read or a write).[152]

233. AWS has recognized that ▇▇▇ are key to DynamoDB's "limitless scalability." As AWS Senior Vice President Charlie Bell[153] recognized: "Dynamo achieves limitless scalability by requiring a ▇▇▇ for the data."[154]

234. DynamoDB operates two classes of servers relevant to this analysis: ▇▇▇, which contain ▇▇▇, and ▇▇▇, which store information regarding ▇▇▇.

235. ▇▇▇ are the basic unit of data in DynamoDB. DynamoDB uses ▇▇▇ to identify ▇▇▇ that should be used to service a request. Additionally, where the ▇▇▇ information is stale or otherwise unavailable, DynamoDB uses

---

[151] No separate consideration or analysis of the Scaling ▇▇▇ claims is needed, since the associated technical benefits are the same as the technical benefits of the Hash Function Claims. *See* ¶ 216.
[152] AMZ_KOVE_000007001 at 16; *see* AMZ_KOVE_000463841 ("DDB is a NoSQL database that uses a ▇▇▇, on the ▇▇▇, to distribute the data evenly across the ▇▇▇ of a table. By running the ▇▇▇ through the ▇▇▇ DDB can quickly figure out which ▇▇▇ the requested is located.").
[153] https://www.linkedin.com/in/charlie--bell/.
[154] AMZ_KOVE_000494957.

but that data excludes the CMH region.[186] Nevertheless, the average data in 2017 is generally consistent with the average data from 2018 and beyond. Based on the available data, I would expect to see similar levels of data transferred between ▇▇▇ dating back to the launch of DynamoDB. However, ▇▇▇, I cannot know for sure whether there was a substantial change (up or down) in this metric—at either the average or p99 level—over time.[187]

265. The constant and high rate of data transfer shows the extent to which demand distribution varies across the ▇▇▇ and highlights the need for DynamoDB to be able to ▇▇▇ in response to those variations.

266. This need is further highlighted by the fact that DynamoDB suffers from the same kinds of hotspots as S3, in which "most of the traffic is directed toward ▇▇▇," which "causes ▇▇▇ to be hotter (busier) than the other ▇▇▇," which leads to throttling and a loss of availability.[188]

267. If DynamoDB were unable to respond to hardware failures or to an uneven distribution of demand, it would suffer significant negative consequences with respect to each of the SADS benefits.

268. With respect to LB use cases:

- A DynamoDB ▇▇▇ would only be able to serve a fixed number of ▇▇▇, and would only be able to store a fixed number of ▇▇▇ entries. If those thresholds were exceeded, all subsequent requests relating to the threshold would fail, resulting in a loss of availability commensurate to the level of excess demand.

---

[186] AMZ_KOVE_000390574.
[187] Id. at 405:11-406:21.
[188] AMZ_KOVE_000463841 at 3.