# Exhibit K17

# (UNDER SEAL)