# Exhibit K18

████████████████

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1-18-cv-08175 <br><br> Hon. Matthew F. Kennelly <br><br> **JURY TRIAL DEMANDED** |

### EXPERT REPORT OF KARIM FANOUS

Executed on this 3rd day of July, in Seattle, Washington

_____
Karim Fanous

27.     I have been asked to consider the impact to customers and their products running on AWS's DynamoDB and S3, if any of the "SADS" properties were not guaranteed. Additionally, I have also been asked to assess how customers could mitigate those impacts.

1. **Speed**

28.     Kove's damages expert, Mr. Jim Bergman, asked that I consider how a ▌▌▌▌▌▌▌▌▌▌▌▌▌▌ in S3's average first-byte latency and a ▌▌▌▌▌▌▌▌▌▌▌▌▌▌ in p99 latency would impact S3's customers.

29.     There is no one-size-fits-all answer when assessing the significance of speed to consumers. Different customers have different use cases, and changes that may be significant for one customer may be meaningless to another. In general, however, it is my experience that customers value performance, and would not like any reduction in performance.

30.     Based on my experience, I believe a ▌▌▌▌▌▌▌▌▌▌ in p99 latency would be significant to customers whose use cases involve a high volume of get requests for small objects. These customers are sensitive to increases in first-byte latency, since, for small objects, first-byte latency comprises most of the overall latency for the request, and because the high volume of requests increases their need for consistent performance.

31.     The most common use cases fitting this profile include data analytics (including business intelligence (BI), Big Data and training for AI and ML workloads) and streaming technologies (including video encoding and rendering). Over the years, I have experienced these kinds of use cases at both Dremio and Qumulo. Many of Qumolo's customers use the product for use cases similar to the ones mentioned above. For example, video editing, rendering, and transcoding are very common use-case for Qumulo customers. A very small increase in latency

would have a significant impact for these customers. Delays in transcoding or rendering videos affect the very tight release deadlines that these customers face.

32. Similarly, Dremio is extensively used for BI and Big Data use cases. Dremio customers required that these use cases operate under very low latency, therefore increases in latencies of S3 and DynamoDB would have a negative impact to these customers.

33. As stated above, Kove's damages expert, Mr. Bergman asked that I consider how a ████████████ in DynamoDB's p99 latency for reads and writes, and a ████████ in p99.9 latency would impact DynamoDB's customers.

34. As with S3, it is my experience DynamoDB customers, and database customers more generally, value speed, and would not suffer latency increases. Likewise, it is my experience customers with high throughput requirements would be especially sensitive to increases in latency—even changes as ████████████████. For example, the following use cases are very latency and throughput sensitive and could suffer from an increase in observed DynamoDB latencies.

35. Real-time Applications: Applications that rely on real-time data updates, such as chat applications, real-time analytics dashboards, or online gaming, can be adversely affected by increased DynamoDB latency.

36. High-Frequency Transaction Processing: Workloads that involve high-frequency transaction processing, such as financial trading systems or e-commerce platforms, require low-latency access to data. Increased latency in DynamoDB can hinder the ability to process transactions quickly and accurately, impacting the responsiveness and efficiency of these systems.

37. Caching and Session Management: Many applications employ caching mechanisms to improve performance and reduce the load on databases. If DynamoDB experiences

high latency, it can impact the efficiency of caching systems, leading to increased cache misses and slower response times. Similarly, session management systems that rely on DynamoDB for storing session data may experience delays in retrieving and updating session information.

38. Real-time Collaboration and Synchronization: Collaborative applications or distributed systems that require real-time synchronization across multiple clients or nodes can be negatively impacted by increased DynamoDB latency. Delays in data updates and synchronization can lead to inconsistencies and hinder real-time collaboration or coordination among users or system components.

### 2. Availability

39. "Availability" is a measure generally referring to the fraction of the time a system is available to serve customer requests. In my experience, availability is one of the primary metrics customers use to evaluate the performance of a system and one of the primary metrics developers use to determine whether their service is reliable. Companies across the infrastructure industry typically offer availability guarantees through "Service Level Agreements," (SLAs). While the implementation of SLAs can vary from company to company, most guarantee a certain level of availability to their customers and offer some kind of payment or credit if the SLA is not met.

40. Based on my experience , DynamoDB's SLAs offer a minimum of 99.99% monthly availability, and S3 SLA's offer a 99.9% monthly availability guarantee.[2]

41. The prevalence of SLAs in the infrastructure business is consistent with what I have observed from my interactions with infrastructure customers and as an infrastructure customer. In my experience, availability is a top priority for customers dependent on having access to their data and to the various platforms allowing them to use their data.

---

[2] https://aws.amazon.com/dynamodb/sla/; https://aws.amazon.com/s3/sla/.

42. One of the primary advantages of services like S3 and DynamoDB is the guarantee of high levels of availability. In my experience, while there is tremendous variability in how services like S3 and DynamoDB are used, there is almost no variability in customers' expectations that the services they pay for should work as promised. Even small outages can be significant and can cause customers to look for other solutions. Customers tend to be most sensitive to system outages when they experience higher than normal or higher than expected load on their system, as that is when customers need their infrastructure the most. As a simple example, consider an online retail store that uses DynamoDB for their infrastructure. A DynamoDB outage on Black Friday—even for just a few hours—could mean the end of that business. This can be especially challenging, since systems are more likely to experience operational difficulties when they experience a substantial increase in demand.

43. Mr. Bergman asked that I consider the significance of a drop in S3's availability from 99.9% to 99.5%. In my experience, availability guarantees are a key feature differentiating the various cloud service platforms. In general, I have found the IaaS (infrastructure as a service) field is very competitive—even small differences in price, availability, or even speed can cause customers to choose one platform over another. In my experience, S3 would not be able to compete with other service providers if its availability fell from 99.9% to 99.5%.

44. While specific SLAs may vary among providers, it is common to see cloud storage SLAs with availability commitments ranging from 99.9% to 99.99% These availability percentages represent the expected uptime over a given period, usually on an annual basis. Here are some examples of commonly seen availability levels in the cloud storage industry:

45. 99.5% availability: This is far below common baselines for cloud storage services. It allows approximately 43.8 hours of downtime per year. Other than perhaps budget cloud storage

services, I am not aware of any significant cloud storage services that offer this minimal level of availability.

46. 99.9% availability: This is a common baseline for cloud storage services. It allows for approximately 8.76 hours of downtime per year. Dropbox offers this level of availability.3

47. 99.95% availability: This represents a higher level of availability, with an allowance of about 4.38 hours of downtime per year. Google's Cloud Storage (Standard Storage) offers this availability guarantee.4

48. 99.99% availability: This represents an even higher level of availability and allows for 52.56 minutes of downtime per year. Microsoft Azure Storage offers this availability guarantee.5

49. The market norms and industry standards I have seen would allow any customers willing to stick with S3 after such a performance drop to negotiate a substantial reduction in price.

50. For example, at every infrastructure company I've ever worked at, we have insisted on at least 99.9% availability to meet our demands. For example, StrongDM offers a 99.9% availability guarantee to its customers.6

### 3. Durability

51. Durability in databases like DynamoDB and file-systems like S3 is the feature ensuring data is saved permanently and does not disappear or get erased, even during a crash. This property is table stakes and is core to the functionality of systems like DynamoDB and S3.

---

3 https://dropbox.tech/infrastructure/lessons-learned-in-incident-management#:~:text=To%20stay%20within%20our%20SLA,43%20minutes%20total%20per%20month.
4 https://cloud.google.com/storage/sla.
5 https://www.azure.cn/en-us/support/sla/storage/.
6 https://www.strongdm.com/legal/service-level-agreement.

52. A reduction in durability guarantees for products like S3 and DynamoDB can introduce several risks for users and organizations. Here are some potential risks to consider:

53. Data Loss: Durability guarantees ensure that data stored with these products remains accessible and intact over time. If these guarantees are reduced, there is an increased risk of data loss due to hardware failures, software bugs, or other issues. Inadequate durability measures could result in the permanent loss of critical data, which can have severe consequences for businesses and individuals.

54. Business Disruption: Reduced durability guarantees can lead to service disruptions, impacting the availability of stored data. If data becomes inaccessible or experiences significant downtime, businesses may face operational disruptions, loss of productivity, and potential financial losses. This is particularly critical for organizations relying on these products for mission-critical operations.

55. Compliance and Legal Concerns: Certain industries, like healthcare, banking and other highly regulated industries, and jurisdictions have specific data retention and compliance requirements. If these products suffer a reduction in their durability guarantees, it might become challenging to meet these obligations. This can result in legal and regulatory issues, penalties, and reputational damage.

56. Trust and Reputation: Products like S3 and DynamoDB build their reputation on the security and reliability of their services. A reduction in durability guarantees can erode trust among customers and users, leading to a loss of confidence in the provider's ability to safeguard data. Customers may consider alternative providers or seek additional backup measures, affecting the provider's market position and long-term viability.

57. Cost of Mitigation: If durability guarantees are reduced, users may need to invest additional resources in implementing data redundancy and backup strategies to mitigate the increased risk. This can involve maintaining additional backups, replicating data across multiple providers, or adopting hybrid cloud solutions. Such measures can increase operational costs for users and organizations.

### 4. Scalability

58. Scalability refers to the ability of a system to work at scale, and to handle large or unexpected changes in demand, data, or the distribution of demand/data.

59. Scalability is important because customers of any significant size will have data and workloads that exceed the capacity of a single machine. To support those customers' workloads, the data and workloads must be distributed across several machines. A scalable system has sufficient infrastructure in place to facilitate the distribution and (where appropriate) the consolidation of data and workloads across the several machines.

60. One of the most challenging aspects of scalability is data partitioning. Partitioning refers to the process of dividing data into separate pieces or partitions that can be stored, accessed, and managed independently of one another.

61. Partitioning allows customer data and workloads to be distributed across multiple servers. If data is partitioned (like in S3 and DynamoDB), then the storage system can be scaled "horizontally," meaning more servers can be added. Each additional server increases the overall capacity of the system which improves both availability and performance.

62. Developing, implementing, and maintaining a partitioning system at scale is hard. One of the key benefits provided by products like DynamoDB and S3 (and other infrastructure services) is they provide infrastructure allowing customers to avoid partitioning their own data.

And for the reasons set forth below, it is my opinion automatic partitioning is key to consumer demand for products like S3 and DynamoDB.

63. I have been asked to consider what the customer impact to DynamoDB and S3 would be if AWS were unable to offer automatic partitioning to their customers.

## B. Automated Partitioning in Dynamo DB

64. Automated partitioning is one of the most important features offered by DynamoDB and is an essential feature of any database offering.

65. It is my opinion that very few customers would use DynamoDB if it did not have automatic partitioning. Taking this feature away would require users to spend money and resources to partition their data, which means they would not be willing to pay for DynamoDB services at the same price.

66. Over the last ten or so years, automatic partitioning has become a standard feature in NoSQL database services, like DynamoDB. Each of the most popular NoSQL-based services, and many of the leading SQL-based services, offer automatic partitioning as matter of standard practice. These services include Google Cloud Spanner,[7] Cockroach DB,[8] MongoDB,[9] and Azure CosmosDB.[10]

67. Automatic partitioning is key to consumer demand for database services and is one of the primary reasons why customers would choose services like DynamoDB (and S3) instead of building their own database system. I would not consider using a NoSQL database service without automatic partitioning, and I don't know of anyone who would.

---

[7] https://cloud.google.com/spanner/docs/autoscaling-overview.
[8] https://www.cockroachlabs.com/docs/v2.0/automated-scaling-and-repair.html.
[9] https://www.mongodb.com/docs/atlas/cluster-autoscaling/.
[10] https://learn.microsoft.com/en-us/azure/cosmos-db/how-to-choose-offer.

### 1. Impact of Removing Automatic Partitioning from DynamoDB

68. In my work with enterprise companies, I found one of the primary benefits customers look for is the ability to scale their business without having to worry about partitioning or other infrastructure-related headaches. Introducing a managed infrastructure service without automated partitioning is not something that I believe is likely to happen.

69. AWS markets DynamoDB's automated partitioning benefits, saying that DynamoDB "maintains performance with zero administration," that DynamoDB "takes care of managing capacity for you," and that DynamoDB has "no servers to provision."[11]

70. To understand why automated partitioning is significant, consider what a customer would need to do to build their own partitioning system, and what it would cost to manage that system.[12] I am familiar with these steps because I had to build partitioning systems as part of my work on QFS, and in connection with database and storage services that were used before the industry adopted automated partitioning.

71. First, a customer would need to estimate the amount of demand they expect to have over a 6-12 month period. The estimates would then be used to determine the amount of hardware or infrastructure resources needed to store the object metadata or partitions information.

72. A customer would need to provision enough resources to support peak demand. These resources will not be fully utilized most of time because peak workloads usually occur infrequently; meaning customers end up paying for more resources than they need, which leads to increased operational costs and reduced return on investment.

---

[11] https://aws.amazon.com/dynamodb/features/?pg=dynamodbt&sec=hs.
[12] The costs to customers of having to partition their own data don't include the costs associated with storing the data itself. The servers and database I'm referencing here store only metadata, but the metadata itself has to be partitioned.

73. Customers also account for uncertainty and unpredictability in their expected workloads and have to over-provision even relative to their expected peak to ensure they can satisfy even higher-than-expected demand. This increases the likelihood of low utilization and wasted resources.

74. Second, the customer would need to distribute data across multiple servers or database instances. Based on my experience, the diagram below illustrates the conventional method for accomplishing this.



75. As shown in the diagram, a scalable database can store all of a customer's metadata {A, B, C, D}, but a non-scalable database can store just some, with one database storing {A, B}, and the other storing {C, D}. The data in the scalable database can still be stored across multiple servers, but from the customer's perspective, all data appears to be in the same logical database structure. In this sense, automatic partitioning is transparent to the user.

76. The non-scalable database has two problems: (1) how to locate existing metadata, and (2) where to store additional metadata. For example, what if a customer wants to retrieve {C}. In the scalable database, there is no problem because all data is stored in the same database instance

and the customer always knows where to go to retrieve the data. But in the non-scalable database case, the customer must figure out which database needs to be queried to retrieve the {C}. Is {C} in database 1 or database 2? In my experience, the most common solution to this problem is for customers to build a Request Router (an index) that points the requestor to the database storing the data. This index would need to be developed and maintained by the customer and may even need to be stored in its own database structure.

77. If a customer wants to add a new item of metadata, it must figure out which database to put it in. In a scalable database, there is only one option. But in the non-scalable system, the customer must decide between database 1 or database 2, or whether the customer should create a new database, database 3. This requires the customer to consider which databases have additional capacity, and to estimate the amount of capacity needed to store the new item.

78. To handle this functionality at scale, the customer would need to develop a separate engine to monitor the capacity of its various databases, and to make key decisions regarding product placement and database creation.

79. Third, the customer will need to repartition to ensure the efficient use of server resources. As data is added and deleted, the non-scalable database will suffer from fragmentation, or the need to move data between instances for space or performance optimizations. Consider the following stream of additions and deletions: Add E, Add F, Add G, Add H, Del B, Del D, Del F and Del H. At the end of this stream of events the state of the non-scalable database can be represented as such:



80. The state represented above is inefficient as each partition is now 50% populated, which is wasteful. A more efficient alternative is to re-partition the data and store it in fewer partitions as shown below:



81. To evenly distribute this metadata across servers, the customer will have to move the data to a new or underutilized server.

82. Thus, the customer would have to constantly monitor the system (or build an automated system monitor) to ensure load is evenly distributed across the various database servers.

83. A fourth cost of self-partitioning is the way applications interacting with the non-scalable database will have to be modified. This is illustrated in the diagram below:



84. The application would have to be modified to first interface with the Request Router that will point it to where it needs to store or retrieve metadata. This contrasts with a scalable database where the application could read and write directly to DynamoDB, or, as the case may be, to S3.

85. The extra layer of indirection introduced by the Request Router will increase latency and potentially become a performance bottleneck, since all requests have to first flow through it. This makes it necessary to monitor Request Router's health and to provision sufficient resources for it to scale.

86. Below is a summary of the costs associated with customers self-partitioning:

87. Overhead costs:

- The cost of the servers, hardware, or infrastructure on which the database is built.
- The cost of building out a capacity or provisioning model to estimate the amount of resources needed to support the partitioning system.

- The cost of the hardware for the request router, as well as the costs associated with the development of the request router.

- The cost to implement a caching layer to mitigate increased latency from the Request Router. This, too, will require increased investment in infrastructure and engineering resources.

- For large systems, the customer will need to build a component that can monitor database load and capacity, including the associated infrastructure and development costs.

- Customers will also need to build out logic regarding when, how, and where to move data or repartition, as well as when and whether to create a new database, and where to place new objects.

- Applications will have to be modified to interface through this Request Router versus directly with DynamoDB or S3.

Operational costs:

- Managing the various underlying servers and partitions the non-scalable database will run on. These servers will need to be monitored for their overall health, updates and so forth. Additionally, the overall storage and load against these instances will have to be monitored and might require manual intervention. For larger customers, this typically requires the use of an "on-call" technician who must be available 24 hours a day to fix problems as they arise.

- Customers will need to update their capacity estimates on a regular basis and purchase more infrastructure resources as needed.

88. The advantages of automatic partitioning—and the disadvantages of manual or customer-side partitioning have, in my experience, been a primary reason why customers choose to use databases like DynamoDB (and file systems like S3). I understand that automatic partitioning is the main feature connected to four of the five "benefits" of DynamoDB that AWS describes in its "Amazon DynamoDB Overview."[13]

89. "Zero administrative overhead"—as demonstrated above, manual partitioning requires extensive administrative overhead.

---

[13] https://docs.aws.amazon.com/whitepapers/latest/comparing-dynamodb-and-hbase-for-nosql/amazon-dynamodb-overview.html

90. "Virtually unlimited throughput and scale"—Because all database requests must pass through the customer-built partitioning system, the scale of the overall system will be limited by the scale of the customer's index.

91. "Elasticity and flexibility"—DynamoDB's ability to handle unpredictable workloads would not extend to the customer's partitioning system. Customers would have to choose between over-provisioning (potentially to a very high peak) and wasting resources or lacking the ability to support large and unexpected spikes in demand.

92. "Automatic Scaling"—Scaling would not be automatic if customers were required to repartition in response to increased load.

93. "Integration with other AWS services"—DynamoDB would still be able to integrate with other AWS services, even with manual partitioning. However, depending on use case, customers would still need to use their index to interface their DynamoDB data with other AWS services.

94. Given the importance of automatic partitioning, it is my opinion that few if any customers would use DynamoDB if they had to partition their own data. Because self-partitioning comes at significant costs to customers, for those customers that might continue to use DynamoDB, I believe AWS would have to significantly lower its pricing if it requires DynamoDB customers to do manual partitioning.

95. The difference between automated and manual partitioning is well known in the database market and is the subject of well-known and consistent pricing patterns. In particular, database services offering automated partitioning and database management are consistently priced at least 150% the price of manually managed databases.