**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KOVE IO, INC.,

*Plaintiff*,

v.

AMAZON WEB SERVICES, INC.,

*Defendant*.

Case No. 1:18-cv-8175

Judge Matthew F. Kennelly

Jury Trial Demanded

**JOINT STIPULATION**

Pursuant to the Court's Standing Order on the Preparation of the Pretrial Order in Civil Cases, and as a result of the meet and confer process relating to the parties recently-filed motions *in limine*, Plaintiff Kove IO, Inc. and Defendant Amazon Web Services, Inc., stipulate that several categories of evidence, testimony, and argument are presumptively inadmissible at trial. The agreed categories of such evidence, testimony, and argument are as follows:

1. Any reference to insider sales of Amazon's stock;
2. Any characterization of AWS (or Amazon) as a "monopolist" or as "evil";
3. Any references to Jeff Bezos' wealth, interests, or other businesses;
4. Any references to a duty to seek the opinion of counsel;
5. Any reference to AWS's (or Amazon's) overall revenues and/or overall profits;
6. Any reference to the unionization of Amazon's employees; and,
7. Any use of the term "troll" to refer to Kove.

The parties acknowledge that the introduction of the information above would be prejudicial. And if a party opens the door on one of these issues, the other party shall be permitted to respond (in addition to any other remedy the Court deems appropriate), but will approach the bench before doing so. The parties respectfully request that this stipulation be entered since memorializing these agreements will provide further clarity on the scope of evidence the parties may present to the jury.

Dated: March 20, 2024

Respectfully Submitted,

KOVE IO, INC.

By: *<u>/s/ Courtland L. Reichman</u>*

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5037

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (*pro hac vice*)
sballard@reichmanjorgensen.com
Jennifer P. Estremera *(pro hac vice)*
jestremera@reichmanjorgensen.com
Gina H. Cremona (*pro hac vice*)
gcremona@reichmanjorgensen.com
Navid Bayar (*pro hac vice*)
nbayar@reichmanjorgensen.com
Savannah Carnes (*pro hac vice*)
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

AMAZON WEB SERVICES, INC.

By: *<u>/s/ R. William Sigler</u>*

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Ave, NW Suite 400
Washington, D.C. 20015
Telephone: 202.362.3500

Ken K. Fung (*pro hac vice*)
*ken.fung@fischllp.com*
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
Telephone: 202.362.3500

*Attorneys for Defendant Amazon Web Services, Inc.*

Khue V. Hoang
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310

Amy Ruhland (*pro hac vice*)
aruhland@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
901 S. Mopac Expressway, Bldg. 1, Suite 300
Austin, TX 78746
Telephone: (650) 623-1401

*Attorneys for Plaintiff*
*Kove IO, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, *via* the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

*/s/ Courtland L. Reichman*