IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Matthew F. Kennelly <br><br> **JURY TRIAL DEMANDED** |

## JOINT STIPULATION REGARDING NARROWING OF ISSUES

Plaintiff Kove IO, Inc. ("Plaintiff" or "Kove") and Defendant Amazon Web Services, Inc. ("Defendant" or "AWS") (collectively, the "Parties"), by and through their undersigned counsel, previously stipulated to narrow the issues for trial by reducing the number of asserted claims to nine claims and reducing the number of invalidity grounds to two prior art grounds and two non-prior art grounds per claim. (Dkt. 822). The Parties thereafter identified and exchanged the specific claims and grounds. The Parties now hereby STIPULATE:

That Kove's asserted claims are limited to the following:

'170 patent – claims 1, 2, 15
'640 patent – claim 18
'978 patent – claims 10, 17, 23, 24, 30.

That AWS's invalidity grounds are limited to those in attached Ex. A.

FURTHER, in view of the above, and to narrow the issues for trial and reduce the burdens on the Court and Parties, AWS agrees not to present defenses or arguments based an inequitable conduct or obviousness-type double patenting, thus obviating the need for a bench trial on those issues.

FURTHER, AWS agrees not to present defenses or arguments with respect to its

1

indefiniteness defense.

FURTHER, the following motions pending before the Court are now moot for the reasons stated below:

1) Kove's *Daubert* motion on "Inadmissible Invalidity Opinions" (Dkt. 748, pp. 24–25) is mooted by AWS's decision not to present its obviousness-type double patenting defense;

2) Kove's MIL No. 6, on "Indefiniteness As An Invalidity Defense" (Dkt. 808 at 9–11) is mooted by AWS's decision not to present its indefiniteness defense;

3) In light of AWS's reduction of prior art grounds, Kove agrees to withdraw Kove's MIL No. 5, on "Prior Art Grounds Other Than The Combinations Presented In [AWS] Invalidity Contentions," (Dkt. 808 at 8–9), but reserves all rights to object at trial, depending on what AWS presents with respect to its invalidity grounds; and

4) AWS has decided to withdraw its *Daubert* motion on "Dr. Goodrich's 'Hash Table 'DOE Opinion Under Prosecution History Estoppel" (Dkt. 745, pp. 11–13), because AWS considers the motion moot.

Dated: March 20, 2024

Respectfully submitted,

| KOVE IO, INC. | AMAZON WEB SERVICES, INC. |
|---|---|
| By: /s/ *Courtland L. Reichman* | By: /s/ *R. William Sigler* |

Renato Mariotti (State Bar No. 6323198)
renato.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000

Courtland L. Reichman (pro hac vice)
creichman@reichmanjorgensen.com
Shawna L. Ballard (pro hac vice)
sballard@reichmanjorgensen.com
Jennifer P. Estremera (pro hac vice)
jestremera@reichmanjorgensen.com
Gina H. Cremona (pro hac vice)
gcremona@reichmanjorgensen.com
Navid Bayar (pro hac vice)
nbayar@reichmanjorgensen.com
Savannah Carnes (pro hac vice)
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Khue V. Hoang *(pro hac vice)*
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia *(pro hac vice)*
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 560-3501

Alan M. Fisch
alan.fisch@fischllp.com
R. William Sigler
bill.sigler@fischllp.com
Jeffrey M. Saltman *(pro hac vice)*
jeffrey.saltman@fischllp.com
Lisa N. Phillips *(pro hac vice)*
lisa.phillips@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Ave., NW
Suite 400
Washington, D.C. 20015
Telephone: (202) 362-3500

Ken K. Fung (*pro hac vice*)
ken.fung@fischllp.com
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
(650) 362-8200

***ATTORNEYS FOR DEFENDANT
AMAZON WEB SERVICES, INC.***

3

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, D.C. 20006
Telephone: (202) 894-7310

Amy L. Ruhland (pro hac vice)
aruhland@reichmanjorgensen.com
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
901 S. Mopac Expressway, Bldg. 1, Suite 300
Austin, TX 78746
Telephone: (650) 623-1401

***ATTORNEYS FOR PLAINTIFF***
***KOVE IO, INC.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, *via* the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

/s/ R. William Sigler
R. William Sigler