# Exhibit A

### '170 Patent, Claim 1

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on Skagerwall alone

*Non-Prior Art Grounds:*
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1

### '170 Patent, Claim 2

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on Skagerwall alone

*Non-Prior Art Grounds:*
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1

### '170 Patent, Claim 15

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall and Wolff

*Non-Prior Art Grounds:*
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1

### '640 Patent, Claim 18

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall and Wolff

*Non-Prior Art Grounds:*
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1

### '978 Patent, Claim 10

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, and Steen
2. Obviousness based on the combination of Skagerwall and Wolff

*Non-Prior Art Grounds:*
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1

**'978 Patent, Claim 17**

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, and Yocom
2. Obviousness based on the combination of Skagerwall and Yocom

*Non-Prior Art Grounds:*
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1

**'978 Patent, Claim 23**

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, and Yocom
2. Obviousness based on the combination of Skagerwall and Yocom

*Non-Prior Art Grounds:*
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1

**'978 Patent, Claim 24**

*Prior Art Grounds:*
1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, and Yocom
2. Obviousness based on the combination of Skagerwall and Yocom

*Non-Prior Art Grounds:*
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1

**'978 Patent, Claim 30**

*Prior Art Grounds:*

1. Obviousness based on the combination of OracleNamesAdminGuide, OracleUnleashed, Steen, and Yocom
2. Obviousness based on the combination of Skagerwall and Yocom

*Non-Prior Art Grounds:*
1. Lack of proper written description support under 35 U.S.C. § 112 ¶ 1
2. Lack of enablement under 35 U.S.C. § 112 ¶ 1