IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Matthew F. Kennelly <br><br> **JURY TRIAL DEMANDED** |

# NOTICE

At the pretrial conference yesterday, this Court stated that it was taking under advisement part five of Kove's MIL No. 7 ("Location"), where Kove argued that "Dr. Grama adds the requirement that something cannot be a location if the data moves but the location stays the same, and that a location must be 'all that you need to find exactly the data that you're looking for.'" Dkt. 808 at 16–17. The Court also gave the parties until the close of business today to reach an agreement resolving that dispute. The parties conferred, but were unable to reach an agreement.

As stated in court, AWS agreed that Dr. Grama won't offer any opinion that a location must be all that you need to find exactly the data that you're looking for. But AWS maintains that if data moves and the alleged location stays the same, that's relevant evidence of non-infringement and consistent with both the agreed "location" construction[1] and the embodiments Kove referenced at the hearing. To the extent this Court treats Kove's request as raising a new claim construction dispute that it must resolve, as the Court appeared to indicate yesterday, AWS respectfully requests that the Court grant the parties leave to each submit up to five pages of

---

[1] Dkt. 484 at 11 (location "specifies where data … identified by the identifier is stored").

1

additional briefing on this issue by 5 p.m. on Monday, March 25.

Dated: March 22, 2024

Respectfully submitted,

*/s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman *(pro hac vice)*
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips *(pro hac vice)*
*lisa.phillips@fischllp.com*
Brandon Evans (*pro hac vice*)
*brandon.evans@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Ave., NW Suite 400
Washington, D.C. 20015
(202) 362-3500

Ken K. Fung (*pro hac vice*)
*ken.fung@fischllp.com*
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
(650) 362-8200

**ATTORNEYS FOR DEFENDANT
AMAZON WEB SERVICES, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 22, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, *via* the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

                                      */s/ R. William Sigler*
                                      R. William Sigler