IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1-18-cv-08175 <br><br> Hon. Matthew F. Kennelly <br><br> **JURY TRIAL DEMANDED** |

### KOVE'S RESPONSE TO AWS'S NOTICE REGARDING KOVE'S MIL NO. 7

Plaintiff Kove IO, Inc. ("Plaintiff" or "Kove") submits this response to the Notice of Amazon Web Services, Inc. ("AWS) regarding Kove's MIL No. 7 (Dkt. 835).

In its Notice, AWS requests leave for additional claim construction briefing on the term "location." The problem is AWS has forfeited this very position. Dkt. 808 at 17 n. 10. In the original claim construction process before Judge Pallmeyer, the parties disputed the meaning of "location." AWS argued for substantively the same construction it now seeks – namely, that the "location" must be used to directly contact the server storing the data, such that if the data moves, the location must change (because no intermediate steps are allowed, i.e., the final data location must be specified). Dkt. 219 at 2-8; *id.* at 6 (the location must be "used to directly contact a server storing data and retrieve the data."). Then, as now, Kove pointed out how this would read out preferred embodiments, Dkt. 247 at 9-10, leading AWS to abandon its proposed construction and adopt Kove's. Dkt. 382, Ex. B. at 1. The Court entered the agreed-to construction of "location." Dkt. 484 at 11.

As Kove pointed out in its MIL No. 7, Dkt. 808 at 16-17, AWS's expert (Dr. Grama) sought to add this same requirement by reading the claim to require that a location must be "all that you

1

need to find exactly the data that you're looking for," and therefore that if the data moves, the location must change. *Id.* at 16 (citing Grama Report). This is the same as requiring that the location must be used to directly contact the server. This requirement is not present in the claim, and reads out a preferred embodiment. *Id.* at 16-17. It is the exact dispute the parties previously had at claim construction and that AWS forfeited by abandoning it. Its request for new claim construction to revisit these points should be denied. The scope of "location" has already been briefed during claim construction, summary judgment, and as part of motions in *limine*, and the Court has twice heard argument on it. Dkt. 219, 247, 262, 265, 699, 808, 819. Indeed, AWS has forfeited this point multiple times over. It moved for summary judgment on this same issue and Kove pointed out that AWS had already forfeited this argument. Dkt. 699 at 10-14. AWS then dropped the point.

      Accordingly, Kove's MIL No. 7 as to "location," Dkt. 808 at 16-17, should be granted and AWS's request for another claim construction process denied.

Dated: March 22, 2024

Respectfully submitted,

KOVE IO, INC.

By: */s/ Courtland L. Reichman*

| | |
|---|---|
| Renato Mariotti (State Bar No. 6323198) | Christine E. Lehman (*pro hac vice*) |
| renato.mariotti@bclplaw.com | clehman@reichmanjorgensen.com |
| Holly H. Campbell (State Bar No. 6320395) | Adam Adler (*pro hac vice*) |
| holly.campbell@bclplaw.com | aadler@reichmanjorgensen.com |
| BRYAN CAVE LEIGHTON PAISNER LLP | Philip Eklem (*pro hac vice*) |
| 161 North Clark Street, Suite 4300 | peklem@reichmanjorgensen.com |
| Chicago, IL 60601 | REICHMAN JORGENSEN LEHMAN & FELDBERG LLP |
| Telephone: (312) 602-5000 | 1909 K Street, NW, Suite 800 |
| | Washington, D.C. 20006 |
| Courtland L. Reichman (pro hac vice) | Telephone: (202) 894-7310 |
| creichman@reichmanjorgensen.com | |
| Shawna L. Ballard (pro hac vice) | Amy L. Ruhland (pro hac vice) |
| sballard@reichmanjorgensen.com | aruhland@reichmanjorgensen.com |
| Jennifer P. Estremera (pro hac vice) | REICHMAN JORGENSEN LEHMAN & FELDBERG LLP |
| jestremera@reichmanjorgensen.com | 901 S. Mopac Expressway, Bldg. 1, Suite 300 |
| Gina H. Cremona (pro hac vice) | Austin, TX 78746 |
| gcremona@reichmanjorgensen.com | Telephone: (650) 623-1401 |
| Navid Bayar (pro hac vice) | |
| nbayar@reichmanjorgensen.com | ***ATTORNEYS FOR PLAINTIFF*** |
| Savannah Carnes (pro hac vice) | ***KOVE IO, INC.*** |
| scarnes@reichmanjorgensen.com | |
| REICHMAN JORGENSEN LEHMAN & FELDBERG LLP | |
| 100 Marine Parkway, Suite 300 | |
| Redwood Shores, CA 94065 | |
| Telephone: (650) 623-1401 | |

Khue V. Hoang *(pro hac vice)*
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia *(pro hac vice)*
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
Facsimile: (650) 560-3501