**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1-18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | **JURY TRIAL DEMANDED** |
| Amazon Web Services, Inc., | |
| Defendant. | |

**<u>ORDER REGARDING EQUIPMENT FOR COURT</u>**

It is hereby ORDERED that Plaintiff Kove IO, Inc. ("Plaintiff" or "Kove") be permitted to bring in and utilize the following large equipment into Courtroom 2103 of the United States Courthouse for use starting on March 26, 2024 and for the duration of trial beginning on April 1, 2024, and continue through, no later than, April 12, 2024: one (1) printer and requisite cables and power cords, and one (1) small, foldable table.

Counsel and support staff for Kove will be required to present a copy of this Order upon entering the security station. Proper identification will also be required. Said equipment shall be subject to inspection by the United States Marshals Service.

Date: 3-25-2024

Judge Matthew F. Kennelly

1