IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc.,<br><br>               Plaintiff,<br><br>   v.<br><br>Amazon Web Services, Inc.,<br><br>               Defendant. | Civil Action No. 1-18-cv-08175<br><br>Hon. Matthew F. Kennelly<br><br>**JURY TRIAL DEMANDED** |

**KOVE'S WITHDRAWAL OF OPPOSITION TO AWS'S PROPOSED JURY INSTRUCTION ON "PERSON OF ORDINARY SKILL"**

Plaintiff Kove IO, Inc. ("Plaintiff" or "Kove") and Defendant Amazon Web Services, Inc. ("Defendant" or "AWS") submitted disputed proposed jury instructions as part of their Final Pretrial Order. *See* Dkt. 765-14, Attachment 9B.

To ease the Court's burden of resolving these disputes, Kove agrees to AWS's proposed instruction for "Person of Ordinary Skill." AWS's proposal provides:

> The person of ordinary skill in the art of distributed database storage technology in the 1999/2000 timeframe would have had a Bachelor's degree in Computer Science (or a similar field), and at least two years of industry experience working with database management software systems. Alternatively, a person of ordinary skill in the art would have had a Master's degree or similar post-graduate studies in computer science or a related field, including database management software systems with fewer years of experience.

*See id.* at 4 (AWS's proposal). Kove understands there are no meaningful differences between the parties' positions in light of how the case has progressed. Because Kove withdraws its opposition, the "Person of Ordinary Skill" instruction may be removed and replaced with the stipulated level of ordinary skill. *See* Comments to the Seventh Circuit Model Patent Instructions (11.2.2 Person of Ordinary Skill) ("In cases in which the level of ordinary skill has been determined by pretrial

ruling or by stipulation of the parties, it should be inserted in lieu of this instruction."). AWS represented in correspondence to the Court that it agrees with Kove's suggested approach.

Dated: March 26, 2024

Respectfully submitted,

KOVE IO, INC.

By: /s/ Courtland L. Reichman

Renato Mariotti (State Bar No. 6323198)
renato.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000

Courtland L. Reichman (pro hac vice)
creichman@reichmanjorgensen.com
Shawna L. Ballard (pro hac vice)
sballard@reichmanjorgensen.com
Jennifer P. Estremera (pro hac vice)
jestremera@reichmanjorgensen.com
Gina H. Cremona (pro hac vice)
gcremona@reichmanjorgensen.com
Navid Bayar (pro hac vice)
nbayar@reichmanjorgensen.com
Savannah Carnes (pro hac vice)
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Khue V. Hoang
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, D.C. 20006
Telephone: (202) 894-7310

Amy L. Ruhland (pro hac vice)
aruhland@reichmanjorgensen.com
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
901 S. Mopac Expressway, Bldg. 1, Suite 300
Austin, TX 78746
Telephone: (650) 623-1401

***ATTORNEYS FOR PLAINTIFF
KOVE IO, INC.***