IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Judge Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| AMAZON WEB SERVICES, INC., | |
| Defendant. | |

## ORDER REGARDING LARGE EQUIPMENT

It is hereby ORDERED that Defendant Amazon Web Services, Inc. ("Defendant" or "AWS") be permitted bring the following equipment into Courtroom 2103 of the United States Courthouse starting on March 29, 2024 and to utilize it for the duration of trial beginning on April 1, 2024, and continue through, no later than, April 12, 2024: one (1) computer monitor and requisite cables and power cords, two (2) AV switches, one (1) 3' x 2' dry erase easel, two (2) paper flipcharts, and one (1) small folding table.

Counsel and support staff for AWS will be required to present a copy of this Order upon entering the security station. Proper identification will also be required. Said equipment shall be subject to inspection by the United States Marshals Service.

Date: _3/27/2024

_____
Judge Matthew F. Kennelly

1