**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>    *Defendant*. | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly |

_____

**DECLARATION OF JEFFREY M. SALTMAN IN SUPPORT OF AWS'S MOTION FOR LEAVE TO FILE ITS MOTION FOR CLARIFICATION OR RECONSIDERATION OF PREVIOUS RULING EXCLUDING CERTAIN DR. GRAMA OPINIONS UNDER SEAL**
_____

I, Jeffrey M. Saltman, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's accompanying motion for leave to file AWS's Motion for Clarification or Reconsideration of Previous Ruling Excluding Certain Dr. Grama Opinions (Dkt. 843) ("AWS's Motion for Clarification or Reconsideration") under seal.

2. R. William Sigler's declaration in support of AWS's Motion for Clarification or Reconsideration doesn't contain AWS's confidential information. AWS will file it on the public docket.

3. AWS has partially redacted AWS's Motion for Clarification or Reconsideration and the supporting Exhibit A. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information identifies specific subcomponents of the S3 and DDB systems and information explaining how these products work. AWS doesn't publicly disclose this information, including specific information identifying how the products function or the subcomponents used in the S3 and DDB architectures. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2024.

/s/ *Jeffrey M. Saltman*
Jeffrey M. Saltman