**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant.* | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

_____

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF
AWS'S MOTION FOR CLARIFICATION OR RECONSIDERATION OF PREVIOUS
RULING EXCLUDING CERTAIN DR. GRAMA OPINIONS**
_____

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and the District of Columbia and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's accompanying Motion for Clarification or Reconsideration of Previous Ruling Excluding Certain Dr. Grama Opinions.

2. Attached as Exhibit A is a true and correct excerpted copy of the transcript of the proceedings before this Court at the Pretrial Conference on March 21, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on March 28, 2024.

                                                */s/ R. William Sigler*
                                                R. William Sigler