UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Kove IO, Inc.
                    Plaintiff,

v.                                      Case No.: 1:18−cv−08175
                                             Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, March 31, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Both sides' motions for leave to file under seal [842] [845] [847] are granted; redacted versions are to be filed in the public record. Motion of Andrew Ramos to appear pro hac vice [841] is granted. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.