IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175 Judge Matthew F. Kennelly Jury Trial Demanded |

**NOTICE OF FINAL CLAIM CONSTRUCTIONS
FOR JURY NOTEBOOK AND FINAL JURY INSTRUCTIONS**

Plaintiff Kove IO, Inc. ("Kove") attaches a final list of claim constructions entered by the Court at various stages of the litigation. *See* Exhibit A. Kove respectfully requests that these constructions be provided to the jury in the jury notebook and as part of the final instructions provided at the end of the case.

Kove also brings to the Court's attention a disagreement between the parties. In preparing notebooks for the jury, Kove drafted a chart of the Court's various claim constructions and served them to AWS the morning of Friday, March 29, 2024. Kove included the Court's constructions of the terms "plurality of location servers" and "non-hierarchical" as follows:

| Term | Construction |
|---|---|
| Plurality of location servers: | "location servers in non-hierarchical structures" |
| Non-Hierarchical: | "Any given server is able to return either the requested information or information useable by the client to locate the server with the requested information." |

These constructions are quoted from the Court's Summary Judgment Order. Dkt. 739 at 18 ("Kove

repeatedly described what 'non-hierarchical' meant in the context of the patent" as "[A]ny given server is able to return either the requested information or information useable by the client to locate the server with the requested information."); 19 (construing "plurality of location servers" to require "location servers in non-hierarchical structures," and stating that there would be no further construction).

The Court further confirmed these constructions at the March 21, 2024 pretrial conference when the Court granted Kove's motion *in limine* #7 on "non-hierarchical" (when AWS previously attempted to change the Court's construction). Exhibit B (3/21/2024 Tr.) at 79:12-21, 80:18-81:12 ("So the claim construction ruling was that the phrase plurality of location servers means location servers in a non-hierarchical structure. And then it was further stated that non-hierarchical, the term non-hierarchical meant, comma, as Kove had defined it, comma, that any given server can return the requested information or information usable by the client to locate the server that has the requested information. So those are rulings that have been made. . . . Can I include – is there any reason why I can't include in the instructions, when we're talking about what claim terms mean, the definition of, quote, non-hierarchical, close quote, that you effectively say was determined[?] . . . We're going to include that definition of non-hierarchical in the instructions.").

At 10:32 pm last night, Saturday, March 31, AWS responded and proposed constructions contrary to the Court's rulings. Kove wrote back first thing this morning, explaining that AWS is changing the Court's construction. Kove heard back at approximately 1 pm today that AWS maintains its position – *i.e.*, that the construction should be changed. AWS now seeks to instruct the jury:

| Term | Construction |
|---|---|
| "plurality of location servers" / "plurality of data location servers": | "location servers in non-hierarchical structures, where any given server is able to return either the requested information or information usable by the client to locate the server with the requested information" |

  This is a subtle but fundamental change to the definitions of "plurality of location servers" and "non-hierarchical" that is contrary to the Court's constructions. AWS in substance is yet again asking for a new claim construction. By combining the terms, AWS's proposal reads as requiring location servers be *both* "non-hierarchical structures" and *also* "able to return either the requested information or information usable by the client . . ." This imports a new requirement into the Court's constructions and any such argument has been forfeited. It is also contrary to the Court's ruling that non-hierarchical be separately instructed upon, and that "plurality of location servers" needs no construction beyond "location servers in non-hierarchical structures." The very point of the Court's ruling was to clarify that "non-hierarchical" had a very specific meaning. AWS's proposed change would undo that ruling.

  AWS's proposed changes to the Court's constructions, sent hours before trial, would be extraordinarily prejudicial to Kove, and have long been forfeited.

  Given that trial starts tomorrow morning, Kove thought it prudent to submit the constructions to the Court. Kove believes that the appropriate course would be that if AWS seeks reconsideration of these constructions, then AWS should file a motion on the record.

Dated: March 31, 2024

Respectfully Submitted,

KOVE IO, INC.

By: */s/ Courtland L. Reichman*

Renato Mariotti (State Bar No. 6323198)
renatto.mariotti@bclplaw.com
Holly H. Campbell (State Bar No. 6320395)
holly.campbell@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5037

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna L. Ballard (*pro hac vice*)
sballard@reichmanjorgensen.com
Jennifer P. Estremera *(pro hac vice)*
jestremera@reichmanjorgensen.com
Gina H. Cremona (*pro hac vice*)
gcremona@reichmanjorgensen.com
Navid Bayar (*pro hac vice*)
nbayar@reichmanjorgensen.com
Savannah Carnes (*pro hac vice*)
scarnes@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Khue V. Hoang
khoang@reichmanjorgensen.com
Jaime F. Cardenas-Navia
jcardenas-navia@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
aadler@reichmanjorgensen.com
Philip Eklem (*pro hac vice*)
peklem@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310

Amy Ruhland (*pro hac vice*)
aruhland@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
901 S. Mopac Expressway, Bldg. 1, Suite 300
Austin, TX 78746
Telephone: (650) 623-1401

*Attorneys for Plaintiff Kove IO, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, *via* the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

/s/ Courtland L. Reichman