# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Matthew F. Kennelly <br><br> Jury Trial Demanded |

### DECLARATION OF SAVANNAH CARNES IN SUPPORT OF NOTICE OF FINAL CLAIM CONSTRUCTIONS FOR JURY NOTEBOOKS AND FINAL JURY INSTRUCTIONS

I, Savannah Carnes, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. I am admitted to the bar in the State of California, and I have been admitted to appear in this case pro hac vice. Unless otherwise stated, I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently thereto.

2. This Declaration is submitted in support of Notice of Final Claim Constructions for Jury Notebooks and Final Jury Instructions.

3. Exhibit A is a true and correct copy of Kove's proposed final claim construction chart for the jury.

4. Exhibit B is a true and correct copy of the transcript of the Court's Final Pretrial Conference, taken on March 21, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 31, 2024 　　　　　　　　　　　 /s/ *Savannah Carnes*
　　　　　　　　　　　　　　　　　　　　　　　　　 Savannah Carnes