# Claim Construction

| Claim Term | Court's Construction |
|---|---|
| "location" | "an encoding that is a member of a set of associations with an identifier in a location server, and that specifies where data pertaining to the entity identified by the identifier is stored" |
| "location information" | For the '978 Patent: "one or more identifiers and their associated locations"<br>For the '170 and '640 Patents: "information pertaining to one or more locations of data and/or the identities of one or more location servers" |
| "location server" | "a network-attached component that maintains a set of identifier/location mappings that are modified or returned in response to location request messages from clients" |
| "plurality of location servers" / "plurality of data location servers" | "location servers in non-hierarchical structures" |
| "non-hierarchical" | "Any given server is able to return either the requested information or information useable by the client to locate the server with the requested information." |
| "identifier" / "identifier string" / "identification string" | "a unique encoding that identifies an individual entity, and with which zero or more location strings are associated in a location server" |

| | |
|---|---|
| For claim 17 of the '978 Patent: | Preamble after "having" limits the claim. |
| "client" | "a network-attached component (which may be software or hardware) that initiates update or lookup of identifier/location mappings from a location server with location request messages" |
| "based on a hash function used to organize the data location information across the plurality of data location servers, . . . based on the hash function applied to the identifier string" | "the portion of the data location information included in a corresponding one of the data location servers is based on a hash function that maps identifier strings to one or more of the data location servers, and each one of the data location servers is configured to determine the at least one of the plurality of data location servers based on the hash function applied to the identifier string" |
| "hash table" | "a data structure that stores values in a table, where values are stored and retrieved by applying a hash function to an input and using the function result as an index into the table." |