# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.

                  Plaintiff,

v.                                          Case No.: 1:18−cv−08175
                                          Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2024:

       MINUTE entry before the Honorable Matthew F. Kennelly: The Court rules as follows on the objections to certain testimony designated from the depositions of Andrew Jassy and Alyssa Henry. <u>Jassy deposition</u>. The objections to the following passages are sustained: 47:9–50:22 (Rule 403 given the wording of the questions); 51:16–53:9, 55:6–56:5 (Rule 403); 57:18–58:20 (Rule 403). The objections to the following passages are overruled: 53:10–55:5, 56:6–56:17. <u>Henry deposition</u>. The following objections are sustained: 59:21–60:17 (relevance); 291:12–291:15 (Rule 403; argumentative). For its consideration of the objections, the Court allocates 12 minutes to plaintiff (the designating party) and 3 to defendant (the objecting party). (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.