IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF
DEADLINE FOR FILING PUBLIC VERSIONS**

Defendant Amazon Web Services, Inc. ("AWS"), moves this Court for an extension of time from April 4, 2024, to April 11, 2024, for filing public versions of Kove's Opposition of AWS's Motion for Reconsideration, and accompanying exhibits. Kove doesn't oppose AWS's requested extension.

In support thereof, AWS states the following:

1. On September 2, 2023, the Court entered a minute order approving the parties' proposed procedures for sealing confidential material and giving the non-filing party four business days from the filing of a document to provide a redacted version and accompanying declaration(s) to the filing party. (Dkt. 675, 676).

2. Kove filed its opposition on March 29, 2024, meaning that, under the parties agreed procedure, redacted versions must be filed by Thursday, April 4, 2024.

3. The ongoing trial will prevent AWS from conducting a full and complete review of the materials and securing the necessary approvals. As such, AWS requests a short extension so that it can appropriately review and redact so that Kove can publicly file these

1

documents.

4. No party will be prejudiced by this extension, and it isn't being sought for purpose of delay.

WHEREFORE, for the foregoing reasons, AWS respectfully requests that this Court grant its motion and extend the deadline to Thursday, April 11, 2024, for filing public versions of Kove's Opposition of AWS's Motion for Reconsideration.

Dated: April 3, 2024          Respectfully submitted,

/s/ R. William Sigler
Alan M. Fisch
alan.fisch@fischllp.com
R. William Sigler
bill.sigler@fischllp.com
Jeffrey M. Saltman (*pro hac vice*)
jeffrey.saltman@fischllp.com
Lisa Phillips (*pro hac vice*)
lisa.phillips@fischllp.com
Andrew L. Ramos (*pro hac vice*)
andrew.ramos@fischllp.com
Brandon P. Evans (*pro hac vice*)
brandon.evans@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
202.362.3500

Ken K. Fung (*pro hac vice*)
ken.fung@fischllp.com
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
650.362.8200

*Attorneys for Amazon Web Services, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 3, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system.

*/s/ R. William Sigler*
R. William Sigler
