# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.

                        Plaintiff,

v.                                                  Case No.: 1:18−cv−08175
                                                  Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 8, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant's counterclaims of invalidity, unenforceability, and unpatentability of the '978, '170, and '640 patents−−Counterclaims 2, 3, 4, 6, 7, 8, 10, 11, 12, and 13−−have been withdrawn and are dismissed with prejudice. The corresponding affirmative defenses−−Defenses 2, 4, 7, and 8−−have also been withdrawn are likewise stricken with prejudice. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.