**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

─────────────────────────────────────────────

**DECLARATION OF JEFFREY M. SALTMAN IN SUPPORT OF
AWS'S REDACTIONS TO KOVE'S MOTION TO EXCLUDE**

─────────────────────────────────────────────

I, Jeffrey M. Saltman, declare as follows:

1.  I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of the redactions of AWS's confidential information in Kove's Motion to Exclude (Dkt. 858, "Kove's Motion") and supporting exhibits.

2.  Kove's Motion contains AWS confidential information. AWS has prepared a redacted version. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information includes information explaining how DynamoDB is designed. This information could be used by

competitors to attempt to learn about AWS's proprietary technology. Thus, public disclosure of this information would cause AWS competitive harm.

3. S. Carnes Declaration ISO Motion to Exclude doesn't contain AWS's confidential information. AWS agrees that it can be filed on the public docket.

4. Exhibits A and B should be sealed in their entirety. These exhibits contain information identifying the subcomponents used in the S3 and DynamoDB architectures, and how S3 and DynamoDB are designed. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm. And any non-confidential information in these exhibits will be disclosed to the public once redacted copies of the trial transcripts are entered into the docket.

5. Exhibits C.1-D should also be sealed in their entirety. These exhibits reference highly confidential source code and contain detailed information regarding the design and functionality of the S3 and DynamoDB products, and their subcomponents. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2024.

/s/ Jeffrey M. Saltman
Jeffrey M. Saltman