## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., | Civil Action No. 1:18-cv-08175 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | Jury Trial Demanded |
| Amazon Web Services, Inc., | |
| Defendant. | |

### DECLARATION OF SAVANNAH CARNES IN SUPPORT OF KOVE IO, INC.'S MOTION TO EXCLUDE

I, Savannah Carnes, hereby declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Kove IO, Inc. ("Kove") in this matter. This Declaration is submitted in support of Kove's Motion to Exclude. I am admitted to the bar in the State of California, and I have been admitted to appear in this case pro hac vice. Unless otherwise stated, I have personal knowledge of the matters set forth herein and in the motion. If called upon to testify, I could and would testify competently thereto.

2. Exhibit A is a true and correct copy of the Transcript of Proceedings before the Honorable Matthew F. Kennelly, Volume 1-A.

3. Exhibit B is a true and correct copy of Transcript of Proceedings before the Honorable Matthew F. Kennelly, Volume 2-A.

4. Exhibit C (C.1 through C.6) is a true and correct copy of the Second Amended Final Noninfringement Contentions of Defendant Amazon Web Services, Inc., dated March 21, 2023.

5. Exhibit D is a true and correct copy of the Rebuttal Expert Report of Ananth Grama Regarding U.S. Patent Nos. 7,103,640, 7,233,978, and 7,814,170 dated August 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 3, 2024  /s/ Savannah Carnes
Savannah Carnes