**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Kove IO, Inc.
                            Plaintiff,

v.                                                        Case No.: 1:18−cv−08175
                                                        Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 10, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: AWS's motion [869] for leave to file under seal its Rule 50(a) motion is granted; a redacted version is to be filed promptly in the public record. On Kove's motion [872] to file under seal its motion to strike, the Court is somewhat perplexed; the motion to strike was already filed under seal pursuant to docket entry 865, and the version being filed now appears to be the redacted, public−record version. Kove will need to explain to the Court why another motion to file under seal has been filed. Regardless, the motion to strike [858] [873] has been addressed via rulings during the trial and instructions to the jury, and to the extent any claimed inappropriate arguments are made during closing, a contemporaneous objection should be made. The motion to strike is therefore terminated as a pending motion. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.