IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly <br><br> Jury Trial Demanded |

**AWS'S MOTION FOR LEAVE TO FILE ITS
RESPONSE TO KOVE'S MOTION TO EXCLUDE UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Local Patent Rule 1.4, the requirements of the Protective Order entered in this case (Dkt. 55), and the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), Defendant Amazon Web Services, Inc. ("AWS") respectfully requests that the Court grant its motion for leave to file portions of AWS's Response to Kove's Motion to Exclude (Dkt. 863) ("AWS's Response") and supporting exhibits under seal. AWS seeks leave to file its Response to Kove's Motion to Exclude and supporting exhibits under seal due to the confidential nature of the information discussed therein, which includes AWS confidential information. In support of this motion to seal AWS also submits the attached Declaration of Jeffrey M. Saltman and states as follows:

1. On July 10, 2019, the Court entered the parties' agreed Protective Order. (Dkt. 55) Pursuant to the terms of the Protective Order, AWS has designated information identifying the components of the Accused Products as Highly Confidential.

2. AWS has provided narrowly tailored redactions that specifically target information that is either designated as Highly Confidential pursuant to this Court's Protective Order or otherwise discusses or relates to information designated as Highly Confidential pursuant to this Court's Protective Order. AWS's limited redactions protect its confidential information while still providing the public with information relating to the proceeding. Public disclosure of the redacted information would cause AWS competitive harm.

3. Pursuant to the Parties' Sealing Procedures (Dkt. 675) approved by the Court (Dkt. 676), AWS files this motion, the supporting Declaration of Jeffrey M. Saltman, and redacted versions of AWS's Response and supporting exhibits within four business days of April 4, 2024.

For the foregoing reasons, AWS respectfully requests that the Court enter an order granting this motion for leave to file AWS's Response to Kove's Motion to Exclude under seal.

Dated: April 10, 2024	Respectfully submitted,

*/s/ Jeffrey M. Saltman*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
Brandon P. Evans *(pro hac vice)*
*brandon.evans@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW Suite 400
Washington, DC 20015
202.362.3500

Ken K. Fung (*pro hac vice*)
*ken.fung@fischllp.com*
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
650.362.8200

*Attorneys for Amazon Web Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, *via* the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

/s/ Jeffrey M. Saltman
Jeffrey M. Saltman