IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC.,<br><br>    *Plaintiff*,<br><br>  v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>    *Defendant*. | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly |

_____

**DECLARATION OF JEFFREY M. SALTMAN IN SUPPORT OF AWS'S MOTION FOR LEAVE TO FILE ITS RESPONSE TO KOVE'S MOTION TO EXCLUDE UNDER SEAL**
_____

I, Jeffrey M. Saltman, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's accompanying motion for leave to file AWS's Response to Kove's Motion to Exclude (Dkt. 863) ("AWS's Response") and supporting exhibits under seal.

2. Kove confirmed that AWS's Response and supporting exhibits don't contain Kove confidential material.

3. R. William Sigler's declaration in support of AWS's Response to Kove's Motion to Exclude and Exhibit 10 don't contain AWS's confidential information. AWS will file the declaration and that exhibit on the public docket.

4. AWS has partially redacted AWS's Response and Exhibits 1, 3-4, and 6-8. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information identifies specific subcomponents used in the S3 and DDB architectures and how S3 and DynamoDB are designed. AWS doesn't publicly disclose this information, including specific information identifying how the products function or the subcomponents used in the S3 and DDB architectures. This information could be used by competitors to attempt to access AWS's systems or learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

5. AWS also partially redacted Exhibits 5 and 9, which contain confidential company strategy and confidential information regarding an agreement between AWS and a third party. This information could be used by competitors and investors to gain competitive advantage and undue insight into AWS's internal business practices, and thus its disclosure could cause AWS competitive harm.

6. Exhibit 2 should be sealed in its entirety. This exhibit contains detailed information regarding the specific subcomponents of DynamoDB, how these subcomponents are arranged, and their functions. This information could be used to attempt to access AWS's systems or by competitors to learn about AWS's proprietary technology. Thus, its disclosure could create significant security issues and could cause AWS competitive harm.

I declare under penalty of perjury that the foregoing is true and correct.

      Executed on April 10, 2024.

                                                                          */s/ Jeffrey M. Saltman*
                                                                          Jeffrey M. Saltman