# Exhibit 1

JAMES HAMILTON  Highly Confidential                    April 27, 2023
KOVE vs AMAZON WEB SERVICES                                        1

1            CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

2                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF ILLINOIS
3                       EASTERN DIVISION

4    KOVE, INC.,                          )
                                          )
5                   Plaintiff,            )
                                          )
6                   vs.                   )  CASE NO.
                                          )  1:18-cv-08175
7    AMAZON WEB SERVICES, INC.,           )
                                          )
8                   Defendant.            )

9

10

11            REMOTE VIDEOTAPED DEPOSITION UPON ORAL

12              EXAMINATION OF JAMES HAMILTON

13

14                     APRIL 27, 2023
                        7:23 A.M.
15

16          (All participants appeared remotely)

17

18

19
              TAKEN AT THE INSTANCE OF THE PLAINTIFF
20

21

22

23

24   REPORTED BY:
     MONNA J. NICKESON, RPR, CRR, CCR, CSR CA 14430
25   JOB:  J9588956



1      Q.     Have you ever seen this document before?

2      A.     Let me just quickly scan it to see what

3  it is.

4      Q.     Please do.

5      A.     I don't think I've seen this one.          09:44

6      Q.     Okay.  Notwithstanding that you haven't

7  seen it, do you have any reason to doubt this is an

8  Amazon-generated document?

9      A.     No, I don't -- no.

10      Q.     Okay.  I'm looking at this -- the third   09:45

11  page on this PowerPoint.

12      A.     Yes.

13      Q.     Product objectives.

14      A.     Uh-huh.

15      Q.     Now, you would agree, right, that the     09:45

16  market to be addressed was cheap, connected storage?

17      A.     I would say the market -- it's hard to

18  say.  I think that the breadth of the market that S3

19  eventually satisfied is unbelievably broad.  In the

20  early days, and this looks like an early-days          09:46

21  document, it seems like a fine characterization.

22             I mean, the most notable thing about S3

23  was that it's inexpensive.  And it connected, but I'm

24  not so sure.  But I think what the author probably

25  meant was that it's accessible via the internet, and   09:46

1  that was a key characteristic.

2      Q.    I've seen it a couple places, the tenets

3  of S3, AWS has certain tenets that it has for its S3

4  deliverable, correct?

5      A.    Correct.                  09:46

6      Q.    And those tenets ███████████

7  ██████████████████████████████████; is that

8  correct?

9      A.    The first tenet should have been

10  security.  And if it wasn't, you should just tell me  09:46

11  where it is so I can fix it.

12      Q.    Yeah.  I don't think Amazon ████████

13  ████████████████████████████████████████████████

14  █████; is that correct?

15      A.    I would think, no, that is not correct.  09:47

16  We got to get you more docs.

17      Q.    I mean, everything before 2016, 2017 only

18  has four tenets.

19      A.    The tenets that I see are -- in each

20  year's operational review, I told you I see every  09:47

21  product, like, every year, and ████████████████████

22  ████████████████████████████

23          And from the very beginning onward, I

24  couldn't imagine one of those documents not featuring

25  security as the number one most important thing.  09:47

1   I've never seen a document that didn't include it as

2   first.  For us, it's more important than air and

3   water.

4              (The Court Reporter requested

5       clarification.)                                    09:48

6   BY MR. FOWLER:

7       Q.    It's fascinating for something that

8   you're saying was so important to ███████████████

9   ███████████████████████████████

10      A.    Yeah, I'm contesting that.  I don't         09:48

11  contest the fact that the documents that you have

12  show it that way.  But to get through a review ████

13  ██████████████████████████████████████████ --

14  would require great skill.

15      Q.    Yeah, let's just look over here at          09:48

16  page 6.

17      A.    Okay.  Well, this is just -- I mean, the

18  documents I'm talking about are engineering team

19  documents that are produced by the development team.

20  This appears to be a sales presentation to customers.  09:48

21      Q.    Okay.  Okay.  Yeah, I mean, if you have

22  in your possession a document that ████████████████

23  ████████████████████████████████████████

24  ████████████, I would love for you to make that

25  available to me because I have yet to see one.        09:49



1    A.    I hear you.  I hear you.

2    Q.    And this is a chance, and I'm putting it

3  on the record for your counsel, that I understand

4  that security is a new theme, but if it doesn't match

5  up with the documentation, well, all we have is        09:49

6  y'all's word for it?

7    A.    It's not important to me that it's part

8  of the record.  It's just -- it is definitely the

9  first concern of every one of our engineering teams.

10 It may be the case the documents that you've got       09:49

11 don't ▮▮▮▮▮▮▮▮▮, but --

12   Q.    Wouldn't you assume that the storage

13 service provided is secure?  Isn't that an assumption

14 that's built in, not necessarily a tenet?

15   A.    Well, I hear what you're saying.  Tenets    09:50

16 mean something special at Amazon.  And so I think if

17 you were describing Microsoft or IBM, I would say,

18 yes, absolutely.  I mean, to say we don't lose your

19 data and we don't destroy your data and other people

20 don't access your data, of course.  Like, who would    09:50

21 sell a product that didn't do that?

22        But Amazon is a more explicit company,

23 and we have in our ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  And security would be the

25 top of that list in anything that Andy Jassy led.      09:50



1  Q. If you were going to design an

2 alternative system, you would have to assume that the

3 system was secure?

4    MR. FUNG:  Objection.  Vague.

5    THE WITNESS:  A quibble is just, if 09:51

6   you're a customer, you would just assume it.  I

7   think that's fair.  If you're an engineer, you

8   would never just assume it.  It's a lot of hard

9   work that delivers security.

10 BY MR. FOWLER: 09:51

11  Q. I appreciate that.

12    So looking back at page 4 of this

13 PowerPoint, it gives a functionality overview.

14  A. Yeah.

15  Q. Is that a pretty accurate representation 09:51

16 of the functionality of S3 at a high level?

17  A. My guess -- I can't see the date on the

18 document, so I'm speculating a little bit.  But I

19 believe what you're -- I believe what you're looking

20 at is a sales document that's possibly before S3 is 09:52

21 even shipped.  This might predate S3 shipping, or it

22 would be very, very early days of S3.

23    The fact that it's confidential suggests

24 that probably it's -- you know, it's definitely a

25 sales document.  And the fact that it's confidential 09:52



1       A.      Thank you.

2       Q.      I'm sharing a document with you that I

3   marked as Exhibit 14.

4               (Exhibit 14 was identified.)

5   BY MR. FOWLER:                                          11:07

6       Q.      It's a document that bears Bates number

7   AMZ_KOVE_000528106.

8               Do you see that document on the screen?

9       A.      Yes, I do.

10      Q.      Do you recognize this document?            11:08

11      A.      By title, I do, yes.

12      Q.      And what --

13      A.      I just looked at the tenets.  Appendix 2,

14  number 1, secure.

15      Q.      Where are the tenets?                       11:08

16      A.      Appendix 2.

17      Q.      Oh, Appendix 2.

18      A.      On page 11.

19      Q.      I see that.

20              Do you know when that was added to the      11:08

21  tenets?

22      A.      To my knowledge, it's been there since

23  day one.  And it should show up in all ██████    you

24  have access to.

25      Q.      So every ███ related to S3 will have       11:08



 1  secure as the number 1 tenet, that's your testimony

 2  today?

 3      A.    Yeah, that would be -- I can't say for

 4  sure.  But, yeah, I've been to every one since 2009,

 5  and that would be my belief, yes.                    11:09

 6      Q.    And you would be surprised to learn that

 7  secure wasn't in every single ████ related to S3?

 8      A.    I would.

 9      Q.    Because if it wasn't there, it would

10  just -- it wouldn't be a tenet, would it?           11:09

11      A.    Well, it would be -- it would be a tough

12  meeting with Andrew Jassy is what it would be.

13      Q.    So if secure wasn't in any ████ we can

14  attribute that to Andy -- Andrew Jassy not asking for

15  it to be in there?                                  11:10

16      A.    No.  I'm just saying that, as leader of

17  the company, he wants every one of us to look to

18  security as the number one most important, can't get

19  wrong feature.

20      Q.    And so if it's coming from the top, it     11:10

21  will absolutely be in every ████ document, correct?

22          MR. FUNG:  Objection.  Vague.

23      Mischaracterizes prior testimony.

24          THE WITNESS:  I think -- S3 is a very

25      major service.  It would amaze me if S3 was do    11:10

```
1        an ███ and not include it.
2   BY MR. FOWLER:
3        Q.    Someone would have been asleep at the
4   wheel, right?
5        A.    Well, it would definitely be a mistake.     11:10
6        Q.    I mean, after one year, maybe accidental.
7   Two years, three years in a row of it not being
8   there, customers can rely upon that, right?
9        A.    Customers can definitely rely on security
10  as being one of our -- not one of our -- our number   11:11
11  one engineering focus.
12       Q.    Okay.  I wanted to look at, on this
13  document, in addition to that, which I found helpful,
14  page 6.  Yeah, towards the bottom, right above --
15  let's go to it.  Page 6.  Right above ████████████     11:11
16  ███████████
17       A.    Yes.
18       Q.    There's a paragraph that reads, ████████
19  ███████
20       A.    Yes.                                         11:12
21       Q.    All right.  So the next sentence:
22             The ██████████████████████████████,
23  which has served us well since S3's launch, is
24  ██████████████████████████████████████████████
25  ████████████████  and other use cases.                 11:12
```



```
 1                Do you know what that sentence means?

 2                MR. FUNG:  Objection.  Vague.

 3                THE WITNESS:  Technically, I know what it

 4        means.  I'm just thinking about what they're

 5        referring to as ▮▮▮▮▮ and other use cases."       11:12

 6        I don't know exactly what they're going after

 7        there, but, yeah, broadly speaking, I understand

 8        it.

 9   BY MR. FOWLER:

10        Q.    What about the ▮▮▮▮▮▮▮▮▮                      11:12

11   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for S3?

12                MR. FUNG:  Objection.  Vague.

13                THE WITNESS:  I probably could -- I'm

14        guessing the doc probably has more data on it

15        somewhere else in the doc, but it's really hard    11:13

16        to tell from such a small paragraph.

17   BY MR. FOWLER:

18        Q.    Okay.

19        A.    But it's a big enough issue that if the

20   team was going to do something, they'd say more than    11:13

21   just that.

22        Q.    Well, what's the ▮▮▮▮▮▮▮▮

23   ▮▮▮▮▮▮▮▮, that it's referring to in that

24   paragraph, if you know?

25        A.    I see.  Yeah.  So what this is referring      11:13
```



```
 1                C E R T I F I C A T E

 2

 3        I, MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR,

 4   the undersigned Certified Court Reporter, authorized

 5   to administer oaths and affirmations in and for the

 6   states of Washington (3322), Oregon (16-0441), Idaho

 7   (1045), and California (14430), do hereby certify:

 8              That the sworn testimony and/or

 9   proceedings, a transcript of which is attached, was

10   given before me at the time and place stated therein;

11   that the witness was duly sworn or affirmed to

12   testify to the truth; that the testimony and/or

13   proceedings were stenographically recorded by me and

14   transcribed under my supervision.  That the foregoing

15   transcript contains a full, true, and accurate record

16   of all the testimony and/or proceedings occurring at

17   the time and place stated in the transcript.

18              That I am in no way related to any party to

19   the matter, nor to any counsel, nor do I have any

20   financial interest in the event of the cause.

21   IN WITNESS WHEREOF I have set my hand on 2nd day of

22   May, 2023.

23

24   MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR

25
```

