# Exhibit 3

```
 1            CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

 2                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ILLINOIS
 3                          EASTERN DIVISION

 4   KOVE, INC.,                          )
                                          )
 5            Plaintiff,                  )
                                          )
 6            vs.                         )  CASE NO.
                                          )  1:18-cv-08175
 7   AMAZON WEB SERVICES, INC.,           )
                                          )
 8            Defendant.                  )

 9

10

11           REMOTE VIDEOTAPED DEPOSITION UPON ORAL

12                 EXAMINATION OF SETH MARKLE

13

14                      APRIL 19, 2023
                          8:03 A.M.
15

16            (All participants appeared remotely)

17

18

19
            TAKEN AT THE INSTANCE OF THE PLAINTIFF
20

21

22

23

24   REPORTED BY:
     MONNA J. NICKESON, RPR, CRR, CCR, CSR CA 14430
25   JOB:  J9559080
```



```
1   customers -- many customers who get ███ are
2   customers who name their objects similarly such that
3   they fall under the same ████████████████████████
4   ████████████████ today.
5              (The Court Reporter requested
6       clarification.)
7              THE WITNESS: ████████████████
8       ██████████████████████████████ today.
9   BY MR. SOKHANSANJ:
10      Q.    And how does using ████████████ help        12:31
11  such customers?
12      A.    For the customers who would opt into
13  this, that using ████████████ would route their
14  requests to ███████████████████████████, even
15  if the ████████████████████████.                      12:31
16      Q.    Why would that be advantageous?
17      A.    Each group of ████████████ would ████
18  ████████, potentially.
19      Q.    And if each group of ████████████
20  received less traffic, what benefit would there be?   12:32
21      A.    If each group of ████████████ received
22  less traffic, you might get fewer ████.
23      Q.    I'm a little lost (indecipherable).
24             (The Court Reporter requested
25       clarification.)                                  12:32
```



```
 1   BY MR. SOKHANSANJ:
 2         Q.     I'm just a little lost with       ▆▆ .
 3                So if each ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 4   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ , what benefit would there be?
 5   Like, what would happen with the ▆▆▆▆▆▆▆▆▆ that        12:32
 6   would result in ▆▆▆▆▆▆▆ ?
 7         A.     Customers would see ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ .
 8         Q.     What was causing those ▆▆▆ ?
 9         A.     Like we talked about earlier, there's
10   many causes of ▆▆▆▆  But in this case, it would be     12:33
11   the ▆▆▆ that were due to ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
12   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ .
13         Q.     And if the ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
14   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
15   ▆▆▆▆ , what would that do to the ▆▆▆▆▆▆▆▆▆▆ ?         12:33
16         A.     The ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
17   ▆▆▆▆▆▆▆▆ , and we would start ▆▆▆▆▆▆▆▆▆▆▆▆ .
18         Q.     So by using ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ , you're
19   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
20   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆         12:33
21   ▆▆▆▆▆▆▆▆ ?
22         A.     That would be the intent of ▆▆▆
23   ▆▆▆▆▆▆▆▆▆▆▆ . We didn't build it, but, yes.
24         Q.     So the ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ is a more
25   efficient way of ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆         12:34
```



SETH MARKLE  Highly Confidential　　　　　　　　April 19, 2023
KOVE vs AMAZON WEB SERVICES　　　　　　　　　　　160

1　　██████████████████████
2　　　　A.　　I don't know if I -- I would not use the
3　word "efficient."  I think ████████████ would
4　result in a ███████████████████████ more
5　█████████████████████████████████████　12:34
6　██████.
7　　　　Q.　　And what would the benefit be of such a
8　█████████████████████████████████ to the use
9　██████████████?
10　　　A.　　We would return ████████ to customers.　12:34
11　　　Q.　　And the customers would be happier?
12　　　A.　　And the customers would be happier.
13　　　　　　MR. SOKHANSANJ:  We promised our reporter
14　a break for lunch at around this time, so I
15　think we should go off the record for that, if　12:34
16　everyone's okay with that.
17　　　　　　MR. FUNG:  Sounds good.
18　　　　　　THE COURT REPORTER:  So off the record at
19　12:35.
20　　　　　　(A recess was taken.)　　　　　　　　　　01:22
21　　　　　　THE COURT REPORTER:  We're back on the
22　record at 1:22 p.m.
23　　　　　　MR. SOKHANSANJ:  So my colleague has
24　joined us, a matter has come up for our
25　colleague, Mr. Cardenas-Navia.　　　　　　　　　01:22



1    A.   This says it was sent on September 8th,
2    2013 at 12:03 and 8 seconds p.m.
3    Q.   And at that time, were you working on the
4    ████████████ ?
5    A.   Yes, I think so.                                          01:25
6    Q.   Okay.  And there are some names on the
7    "To" line that I think I recognize from previously in
8    this deposition.  There's a Mai-Lan Tomsen Bukovec --
9         (The Court Reporter requested
10        clarification.)                                            01:25
11   BY MR. SOKHANSANJ:
12   Q.   On the "To" line I recognize names from
13   earlier in the deposition.  You can pronounce them
14   for me.
15   A.   Mai-Lan Tomsen Bukovec, Michael Uhlar,                     01:25
16   there's a team alias on the cc line, and then Al, or
17   Allan Vermeulen.
18   Q.   And are Mai-Lan and Michael and Allan the
19   individuals you talked about earlier in the
20   deposition today?                                               01:26
21   A.   Yes.
22   Q.   And are these people you worked with on
23   the ████████████ ?
24   A.   These are people I worked with on the
25   ████████████ yes.                                               01:26



1    Q.    Did you work with these specific three
2    people on other projects in September 2013?
3              MR. FUNG:  Objection.  Vague.  Scope.
4              THE WITNESS:   I don't remember if I
5    worked with all three of them together on                01:26
6    individual -- or on another project.
7    BY MR. SOKHANSANJ:
8    Q.    Okay.  And on the cc line, what was the
9    ▓▓▓▓▓▓▓▓ address?
10   A.    That would have been the group of                  01:26
11   engineers, possibly others, like, maybe product
12   management, I don't know, but the engineers on the
13   team that owned the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ at the time
14   this was sent.
15   Q.    Okay. And I'd like you to take a look at           01:27
16   the first email in this chain, which is the email
17   that says it was sent from Seth Markle.  And I just
18   want you to read up to where it then goes to other
19   emails in the chain.
20   A.    So this is in reverse order.  You want me          01:27
21   to read the one on top or the one that was
22   chronologically first?
23   Q.    The one on top.
24   A.    I think this is in reverse order.  Maybe
25   it's not.  I don't know.  I'll read the one on top.      01:27

1  Q. Okay.
2  A. Okay. Okay. I've read the first email.
3  Q. Is that -- does that remind you of the
4  circumstances around the time when you wrote this
5  email?                                                              01:29
6  A. I don't remember the catalyst for the
7  email in particular. I believe this was Mai-Lan had
8  just recently joined the team and was asking
9  questions. Maybe that's the context. But I'm
10 familiar with what's being discussed. I just don't    01:29
11 remember the catalyst for the actual email exchange.
12 Q. By the team, you mean, the ▓▓▓▓ team?
13 A. The ▓▓▓▓ team and the broader ▓▓▓▓.
14 Mai-Lan managed all of S3 at this time.
15 Q. And does this email sound like something   01:29
16 you wrote?
17 A. This email sounds like something I wrote.
18 Q. Do you have any reason to believe it
19 isn't something you wrote?
20 A. I don't have reason to believe it is not   01:29
21 something that I wrote.
22 Q. Okay. And are these emails ways in which
23 you would communicate with other engineers and other
24 management and other people on the team?
25 A. Yes.                                                             01:30



1    Q.    And as far as you understand it, is
2    ███████████████ ?
3    A.    No.
4          MR. SOKHANSANJ:  Objection.  Leading.
5    Calls for speculation.  Lacks foundation.                       04:43
6    BY MR. FUNG:
7    Q.    And ████████████████████████████████
8    ████, correct?
9    A.    I don't know what his undergraduate
10   degree is.                                                      04:43
11   Q.    And as far as you understand it, the
12   engineers who worked on S3 when it was being
13   ████████████████████, like Al Vermeulen that you
14   mentioned, are no longer with AWS; is that correct?
15   A.    That is correct.                                          04:43
16   Q.    And Al Vermeulen was one of the lead
17   engineers involved in ██████████; is that correct?
18   A.    Yes.
19   Q.    And, again, he's -- just to confirm, he's
20   no longer at AWS; is that correct?                              04:44
21   A.    Correct.
22   Q.    Mr. Markle, do you recall earlier counsel
23   for Kove asking you about the -- about certain
24   characteristics of S3, such as scalability,
25   durability, availability, consistency, and costs?               04:44



1  A. Yes.
2  Q. Are there any other characteristics of S3
3  that AWS or, as far as you understand it, customers
4  consider important?
5  A. Yes. A big one --                                              04:44
6  MR. SOKHANSANJ: Objection. Lacks
7  foundation.
8  THE WITNESS: A big one that we didn't
9  discuss is security.
10 BY MR. FUNG:                                                      04:44
11 Q. How would you rate security in comparison
12 to, for example, scalability?
13 A. Security is the number one most important
14 feature -- or not feature, but characteristic of S3.
15 Q. And as far as you understand it, why is     04:45
16 security considered the most important characteristic
17 of S3?
18 A. Customers care about security of their
19 data, of their systems, more than anything else.
20 MR. FUNG: I have no further questions.    04:45
21 And just before we go off the record, I
22 just want to make sure that the record is clear
23 that Mr. Markle was designated today as the Rule
24 30(b)(6) witness for AWS on Topics 12 and 27
25 with respect to S3 as to the technical-related  04:45



1    aspects of S3 of Topics 22, 24, 36, 41, 61, 62.
2            (The Court Reporter requested
3    clarification.)
4            MR. FUNG:  Sorry, that was a little fast.
5            As the technical related aspect of S3 of         04:45
6    Topics 22, 24, 36, 41, 61, and 62.  Topics 42
7    and 70 regarding document issues relating to
8    these topics.  And 62 as they concern
9    non-infringing predecessor products.
10           And I will note that these designations          04:46
11   are subject to AWS's general and specific
12   objections, as well as the agreements between
13   the parties during multiple meet and confers
14   regarding this deposition.
15           MR. SOKHANSANJ:  Okay.  I --                     04:46
16                      EXAMINATION
17   BY MR. SOKHANSANJ:
18       Q.    Mr. Markle, did Mr. Vermeulen ▮▮▮▮▮
19   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, as you described earlier?
20       A.    No, no.  He retired.                           04:46
21       Q.    Okay.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22       A.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23       Q.    Okay.  Does anyone at AWS continue to
24   communicate with Mr. Vermeulen?
25           MR. FUNG:  Objection.  Calls for                 04:46



```
1                    C E R T I F I C A T E

2

3        I, MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR,

4   the undersigned Certified Court Reporter, authorized

5   to administer oaths and affirmations in and for the

6   states of Washington (3322), Oregon (16-0441), Idaho

7   (1045), and California (14430), do hereby certify:

8            That the sworn testimony and/or

9   proceedings, a transcript of which is attached, was

10  given before me at the time and place stated therein;

11  that the witness was duly sworn or affirmed to

12  testify to the truth; that the testimony and/or

13  proceedings were stenographically recorded by me and

14  transcribed under my supervision.  That the foregoing

15  transcript contains a full, true, and accurate record

16  of all the testimony and/or proceedings occurring at

17  the time and place stated in the transcript.

18            That I am in no way related to any party to

19  the matter, nor to any counsel, nor do I have any

20  financial interest in the event of the cause.

21  IN WITNESS WHEREOF I have set my hand on

22  April 28, 2023.

23            

24  MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR

25
```