# Exhibit 4

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------x
KOVE IO, INC.,                 :
          Plaintiff,           :
                               : Civil Action No.
     vs.                       :
                               : 1:18-cv-08175
AMAZON WEB SERVICES, INC.,     :
                               :
          Defendant.           :
------------------------------x


       ***   HIGHLY CONFIDENTIAL   ***




       VIRTUAL VIDEOTAPED DEPOSITION OF
          WERNER PETER HANS VOGELS
            Tuesday, May 2, 2023
        8:00 a.m. Eastern Standard Time


REPORTER:  Dawn A. Jaques, CSR, CLR


_____
            DIGITAL EVIDENCE GROUP
         1730 M Street, NW, Suite 812
            Washington, D.C. 20036
               (202) 232-0646

5/2/2023     Kove IO, Inc. v. Amazon Web Services, Inc. Werner Peter Hans Vogels
Highly Confidential

Page 124

1    before, was on communication infrastructure,

2    group communication, and tools like that, and

3    so my focus during this meeting was on what

4    kind of communication tools we should be using

5    to have the different components be able to

6    communicate reliably.

7        Q    Okay. Okay, well let's go back to

8    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. I'm going to share

9    Exhibit 8 again on my screen, and I want to

10    scroll to -- this is under the subheading

11    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and then I want to

12    direct you to here.

13          It says ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

14    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

15    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

16    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

17          And JeffB is Mr. Bezos, correct?

18          MR. SALTMAN: Objection, calls for

19    speculation.

20          THE WITNESS: I understand that to

21    be Jeff Bezos, yeah.

22

Page 125

1           BY MR. CARDENAS-NAVIA:

2      Q    Okay.  And th ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  correct?

5      A    Indeed.

6      Q    And that' ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, correct?

8      A    That I have identified by now.

9      Q    And I understand you had mentioned

10   that sustainability is a more recent

11   requirement, correct?

12     A    Absolutely.

13     Q    Is security also a more recent

14   requirement?

15     A    No, it was a requirement on day one.

16     Q    Okay.  Just not in the documents yet

17   it looks like?

18     A    Not in this document.

19     Q    Okay.  Are there other documents

20   you're aware of that identify security as a

21   tier 1 requirement?

22     A    No, I don't.

5/2/2023 Kove IO, Inc. v. Amazon Web Services, Inc. Werner Peter Hans Vogels
Highly Confidential

Page 126

1     Q    Let's go ahead and move on to the
2 next email.
3         I'm going to put up Exhibit 9. It's
4 Bates number AMZ_KOVE_491442 through 445.
5         (Vogels Exhibit 9 was marked
6         for identification.)
7         BY MR. CARDENAS-NAVIA:
8     Q    And I'll share it on my screen.
9         Do you recognize this email chain?
10     A    No, I don't.
11     Q    Okay. But you are -- you are on the
12 ▮▮▮ chain, correct?
13 ▮ Yes, I am.
14 ▮ I want to scroll down. This is a
15 ▮▮▮▮▮▮▮▮▮▮, email from Mr. Bezos, and
16 I'm going to read this first paragraph of his
17 email.
18         It says, "If we're going to work
19 ▮ I'd rather have a system that is
20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Page 266

1  CERTIFICATE OF NOTARY PUBLIC

I, DAWN A. JAQUES, a Notary Public in and for
2  the Commonwealth of Virginia, before whom the
foregoing deposition was taken, do hereby certify
3  that witness whose testimony appears in the
foregoing pages was duly sworn by me; that the
4  testimony of said witness was taken by me in
shorthand at the time and place mentioned in the
5  caption hereof and thereafter reduced to typewriting
6  under my supervision; that said deposition is a true
7  record of the testimony given by said witness; that
8  I am neither counsel for, related to, nor employed
9  by any of the parties to the action in which this
10 deposition is taken; and, further, that I am not a
11 relative or employee of any attorney or counsel
12 employed by the parties thereto, nor financially or
13 otherwise interested in the outcome of the actions.
14
15
16
17                             Dawn A. Jaques, CSR, CLR
18                             Notary Public in and for
19                             Commonwealth of Virginia
20 My commission expires:
21 August 31, 2023
22 Registration No. 132328