# Exhibit 5

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

_____

| | |
|---|---|
| KOVE IO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:18-cv-08175 |
| | ) |
| AMAZON WEB SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |
| _____) | |

HIGHLY CONFIDENTIAL

Deposition Upon Oral Examination Of

ANDREW JASSY

2:20 p.m.

May 1, 2023

2121 Seventh Avenue

Seattle, Washington

REPORTED BY: Yvonne A. Gillette, RPR, CCR No. 2129.

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 35

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | And so is it fair to say that if you -- |

3 generally speaking, you know, AWS ▮▮▮▮▮▮

4 ▮▮▮▮▮▮, but it's more important that it has a

5 positive customer experience?

6          MR. SIGLER: Objection. Compound. Vague.

7 A      I mean, I don't know if I have a different

8 answer than I just gave you. There are a number of

9 things that matter in a business. What matters most

10 to us is, you know, that we're building the right

11 relationships with customers over a long period of

12 time. So you don't ignore ▮▮▮▮▮, but we care most

13 about customer experience.

14 Q      How do you ▮▮▮▮▮▮▮▮▮▮

15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16 against the customer experience?

17 A      Can you ask that again?

18 Q      Sure. How you do you balance ▮▮▮▮▮

19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20 ▮▮▮▮▮▮▮▮▮▮ against maximizing and having the

21 best customer experience possible?

22 A      Well, again, it's always a balance. It's

Page 36

1    not viable to only focus on customer experience and

2    ███████████████████████████████████████████. So

3    you always have to make sure whenever you're building

4    something or whatever decision you're making that it's

5    ████████████████████████████████████████████████

6    ████. But, you know, we, as I said, we -- what we

7    think most about is trying to provide a great customer

8    experience as long as it has ████████████████████

9    ████████████████████████████.

10    Q       What do you view as -- well, I'll couch it

11    in terms of time. From the early days of AWS back in,

12    say, 2007 to 2012, the earlier segment, what did you

13    view as the largest threat to the business with

14    respect to S3?

15    A       I don't know if I remember the prioritized

16    list. I mean, I can kind of guess what was in our

17    heads back then. I think that we believed it had to

18    be secure. I think we believed that we had to make

19    sure that we didn't lose data, so it was durable. We

20    believed it had to have strong operational

21    performance. We believed we had to have enough

22    features that customers would find it useful. We

Page 37

1  believed that it had to be cost-effective.  We had to
2  build a cost structure where we could make a profit.
3  Q       I don't mean to interrupt.  I am tight on
4  time.  I would like to refocus you on my question,
5  which was, what did you view as the largest threat?
6  Do you view not having those requirements, not
7  satisfying those requirements as your biggest threat?
8  Or was there a competitor?  Or, you know, was what
9  kept you up at night your customers and your
10 customers' needs?
11         MR. SIGLER:  Objection.  Compound.  Asked
12 and answered.
13 A       As I said earlier, I don't remember what the
14 biggest one was.  I'm not sure that we ever specified
15 it, but I can guess what the biggest ones were.  I
16 tried to just name them.
17 Q       But those aren't threats.  You know, if
18 you're looking at -- those are things -- those are
19 requirements for your business, but those aren't
20 things that would necessarily be external to the
21 business that would jeopardize it.
22 A       I disagree.

Page 60

1　　　　　　　　　　C E R T I F I C A T E
2　　State of Washington　　)
3　　　　　　　　　　　　　　) ss.
4　　County of King　　　　)
5　　　　　　I, the undersigned Registered Professional
　　　Reporter and Washington Certified Court Reporter, hereby
6　　certify that the foregoing deposition upon Oral examination
　　　of ANDREW JASSY was taken before me on May 1, 2023 and
7　　transcribed under my direction;
　　　　　　　　That the witness was duly sworn by me pursuant to
8　　RCW 5.28.010 to testify truthfully; that the transcript of
　　　the deposition is a full, true, and correct transcript to
9　　the best of my ability; that I am neither attorney for, nor
　　　a relative or employee of, any of the parties to the action
10　　or any attorney or counsel employed by the parties hereto,
　　　nor financially interested in its outcome.
11　　　　　　I further certify that in accordance with CR
　　　30(e), the witness was given the opportunity to examine,
12　　read, and sign the deposition, within 30 days, upon its
　　　completion and submission, unless waiver of signature was
13　　indicated in the record.
　　　　　　　　IN WITNESS WHEREOF, I have hereunto set my hand
14　　and seal this date, May 8, 2023:
15
16
17
18　　　　　　　　　　　　　/S/Yvonne A. Gillette
19　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Yvonne A. Gillette
　　　　　　　　　　　　　　Washington Certified Court Reporter
20
　　　　　　　　　　　　　　License No. 2129
21
22