# Exhibit 6

Page 1

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DISTRICT DIVISION

_____

KOVE IO, INC.,                  )
          Plaintiff,            )    Civil Action No.
     -against-                  )     1:18-cv-08175
AMAZON WEB SERVICES, INC.,      )
          Defendant.            )
_____  )


*** HIGHLY CONFIDENTIAL TRANSCRIPT ***

VIDEO-RECORDED REMOTE DEPOSITION OF

RANDE ANTHONY BLACKMAN

Zoom Recorded Videoconference

05/24/2023

9:03 a.m. (PDT)


REPORTED BY:   AMANDA GORRONO, CLR

               CLR NO. 052005-01

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 26

1     A.    That would have been 2006.
2     Q.    So you mentioned that when you
3  joined Amazon, it had much more of a startup
4  culture.  I'm curious.  How did that -- how did
5  that impact your day-to-day work?  What was that
6  like?
7           MR. SALTMAN:  Objection; compound.
8     A.    It -- it gave a certain sense of
9  freedom in terms of what we could try, you know,
10 and the risks we could take with the software.
11 You know, there really was ████████████████████
12 ████████████████████████████████████████████████
13 ████████████████████████████████████████████████
14 ████████████████████████
15 BY MS. CARNES:
16    Q.    And what types of products were you
17 focused on in those early days?
18    A.    In Amazon?
19    Q.    Yes.
20          MR. SALTMAN:  Objection; asked and
21      answered.
22          You can answer.

Page 27

```
 1          A.    The first was SimpleDB.
 2     BY MS. CARNES:
 3          Q.    What was -- can you explain SimpleDB
 4     to me, what it is?
 5          A.    SimpleDB is a NoSQL data store.
 6     It'  ███████████ .    It's -- it's built fo ███ .
 7     T ████████████████████████████████████████████
 8     █████████████████████████████████████████████
 9     █████████████████████████████████████████████
10     ██████████████████████ .    The underlying system is
11     built to scale.  ███████████████████████████████
12     ████████     ████████████████████████████████
13     █████████████████████████████████ .    Security
14     is No. 1 on these systems.
15          Q.    For SimpleDB?
16          A.    Yes.
17          Q.    Would you say that SimpleDB is a
18     ███████████ ?
19                MR. SALTMAN:   Objection; vague.
20          A.    Can you elaborate on that?
21     BY MS. CARNES:
22          Q.    Sure.
```

Page 28

1　　　　　　　　Are you aware of what ▇▇▇▇▇

2　　is?

3　　　　A.　　In this context, no.

4　　　　Q.　　Sure.

5　　　　　　　　MS. CARNES:　Dan, could we please

6　　pull up Exhibit 1.

7　　　　　　　　(Whereupon, Exhibit 1, Web Services

8　　Vision Doc Bates No. AMZ_KOVE_000532766 -

9　　AMZ_KOVE_000532771, was marked for

10　　identification.)

11　　　　　　　THE TECH:　Just to be clear,

12　　Counsel, I'm sure you meant Tab 1 but you

13　　want to mark as Exhibit 1 or the numbering

14　　you give me, is that going to be your exhibit

15　　number?

16　　　　　　　MS. CARNES:　Could you mark this as

17　　Exhibit 1, please.

18　　　　　　　THE TECH:　Very good.

19　　　　　　　MS. CARNES:　Thank you, Dan.

20　　　　　　　MR. SALTMAN:　And like to mark the

21　　transcript as highly confidential.

22　　　　　　　(Whereupon, a request for Mark

Page 222

```
 1          CERTIFICATE OF SHORTHAND REPORTER
 2                   NOTARY PUBLIC
 3             I, Amanda Gorrono, the officer
 4     before whom the foregoing deposition was
 5     taken, do hereby certify that the foregoing
       transcript is a true and correct record of
 6     the testimony given; that said testimony was
       taken by me stenographically and thereafter
 7     reduced to typewriting under my direction;
       and that I am neither counsel for, related
 8     to, nor employed by any of the parties to
       this case and have no interest, financial or
 9     otherwise, in its outcome.
10             IN WITNESS WHEREOF, I have hereunto
11     set my hand this 24th day of May, 2023.
12
13
14     _____
15
16     AMANDA GORRONO, CLR
17     CLR NO: 052005 - 01
18     Notary Public in and for
19     The State of New York
20     County of Suffolk
21     My Commission No. 01G06041701
22     Expires: 01/07/2027
```