# Exhibit 7

Page 228

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

----------------------------------X

KOVE IO, INC.,                      :

              Plaintiff,     :  Civil Action No.:

  v.                                :  1:18-cv-08175

AMAZON WEB SERVICES, INC.     :

              Defendant.    :

----------------------------------X


*** HIGHLY CONFIDENTIAL ***

Day II

Deposition of SWAMI SIVASUBRAMANIAN, PH.D., as the

corporate representative of Amazon Web Services,

Inc. and personally

Conducted Remotely

Thursday, May 11, 2023

9:03 a.m. PST


Reported by: Matthew Goldstein, RMR, CRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 248

```
 1        Q.    The term ████████████████████████
 2   ██████████████████████████████████████████████
 3   ██████████████████████████████████; right?
 4              MR. SALTMAN:  Objection; scope.
 5              THE WITNESS:  Yes, that is broadly how
 6   you would define ████████████████████████.
 7   BY MR. ADLER:
 8        Q.    And one of the things that can impact
 9   the size of a ███████████████████████████
10   ██████████████████████████████████████████████
11   ██████████████████; correct?
12              MR. SALTMAN:  Objection; scope.
13              THE WITNESS:  Yes.
14   BY MR. ADLER:
15        Q.    And so yesterday you might recall that
16   we discussed ██████████████████████████████.
17   Do you remember that?
18        A.    Yes.
19        Q.    And so if a service is a ████████████
20   ██████████████████████████████████████████████
21   ██████████████████████████████████████████████
22   ██████████████████████████████████████████████
```

5/11/2023     Kove IO, Inc. v. Amazon Web Services, Inc.  Swami Sivasubramanian, Ph.D.
Highly Confidential

Page 249

```
 1     ████████████████████████████████████████
 2     ██████ ; correct?
 3              MR. SALTMAN:  Objection; scope and calls
 4     for speculation.
 5              THE WITNESS:  Yes, in theory, but there
 6     is a nuance to how the services are ████████.
 7     So just because a service ████████████████
 8     ████████████████████████████████████   It
 9     depends on how it is ████████.
10     BY MR. ADLER:
11          Q.   Well, and AWS takes steps to reduce the
12     ████████████████████████████████████
13     ████████ ; right?
14              MR. SALTMAN:  Objection; scope.
15              THE WITNESS:  Yes, we work hard to
16     improve the availability of our services every
17     day, along with security, durability,
18     availability, and performance, in that order.
19     BY MR. ADLER:
20          Q.   Well, and just to be clear, those steps
21     to ensure availability include taking steps to
22     reduce the size of ████████████████████████ ;
```

5/11/2023         Kove IO, Inc. v. Amazon Web Services, Inc.  Swami Sivasubramanian, Ph.D.
Highly Confidential

Page 250

1    correct?
2         A.    Yes.
3               MR. SALTMAN:  Objection; scope.
4               THE WITNESS:  It is one -- yes, it is
5    one of the things you need to do.
6    BY MR. ADLER:
7         Q.    Are you familiar with the ▮▮▮▮▮▮
8    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
9         A.    Yes.
10        Q.    What do you remember about ▮▮▮▮▮▮▮▮?
11              MR. SALTMAN:  Objection; scope.
12              THE WITNESS:  My recollection, sir, is
13   going to be vague purely because I'm not fully
14   familiar to the point to recall the exact ones.
15   But we had an issue in one of the components of
16   ▮▮▮▮▮▮, I think, that held some of the core
17   information around which ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and so forth, and that had
19   difficulty ▮▮▮▮▮▮▮ -- or it experienced a
20   ▮▮▮▮▮▮, which resulted in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21   ▮▮▮▮▮▮ is what I think has happened.
22

Page 496

1    STATE OF MARYLAND      )

2                            ss:

3    COUNTY OF MONTGOMERY   )

4

5         I, Matthew Goldstein, Notary Public within

6   and for the State of Maryland, do hereby certify:

7         That I reported the proceedings in the within

8   entitled matter, and that the within transcript is a

9   true record of said proceedings.

10        I further certify that I am not related to

11   any of the parties to the action by blood or marriage,

12   and that I am in no way interested in the outcome of

13   this matter.

14        IN WITNESS WHEREOF, I have hereunto set my

15   hand this 23rd day of May, 2023.

16

17

18

19

20

21                           _____

22                           Matthew Goldstein, RPR