# Exhibit 9

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

_____
                                )

KOVE IO, INC.,             )
                                )

       Plaintiff,      )
                                )

    v.                 )   No. 1:18-cv-08175
                                )

AMAZON WEB SERVICES, INC., )
                                )

       Defendant.      )
_____)

** HIGHLY CONFIDENTIAL **

The videotaped deposition of
MELISSA BENNIS, taken at One South Wacker Drive,
Chicago, Illinois, before Janice M. Kocek, CSR,
CLR, commencing at the hour of 9:02 a.m. on
Friday, September 1st, 2023.

_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 251

1    actually use the patents, correct?

2         A.    I don't know that I noted anything in

3    my report to that effect.  So -- and I'm not sure

4    sitting here that I have seen any testimony or

5    facts to that effect.  So I'm not sure.

6         Q.    Did you consider ███████████████████

7    ████████████████████████████████  evaluated them for

8    the hypothetical negotiation?

9         A.    For these patents?

10        Q.    Yes, for these patents and -- and for

11   the licenses to the patents.

12        A.    I'm not sure.  I think, again, this

13   license was considered given that it contained

14   patents that are considered comparable to the

15   patents-in-suit.

16             But like I mentioned within my report,

17   there are some distinguishing economic factors,

18   like the fact that the ████████████████████

19   ████████, for example, that would have made it

20   different.

21        Q.    And then the last license that you

22   considered was the ████████████████████████,

Page 252

```
 1   correct?

 2        A.    Yes.

 3        Q.    And this was another license that you

 4   considered to be less relevant, correct?

 5        A.    Yes.

 6        Q.    And would the parties to the

 7   hypothetical negotiation have considered less

 8   relevant licenses?

 9             MR. SALTMAN:  Objection.  Asked and

10        answered.

11             THE WITNESS:  Like I mentioned, because

12        this agreement, like the others, was

13        identified as having certain patents that

14        might be deemed comparable or related and

15        particular to this agreement, I understand

16        that the ██████████████████████████████

17        ████████  relates to security and networking.

18        And security is -- as I understand it, very,

19        very important to Amazon.  That --

20   BY MR. ADLER:

21        Q.    Yeah, so my question was --

22        A.    If I could.
```

9/1/2023        Kove IO, Inc. v. Amazon Web Services, Inc.        Melissa Bennis
Highly Confidential

Page 253

 1      Q.    -- a little simpler.

 2      A.    That the license technology in this

 3   agreement is less comparable than the patents in

 4   the other agreements but it still generally

 5   relates to the idea of how you store and locate

 6   data.

 7          So it -- again, it has its differences.

 8   But it still would have been an agreement I think

 9   that would have been considered by the

10   hypothetical negotiation given those aspects.  But

11   at the end, it would have been less relevant than

12   the others.

13      Q.    And does this license in any way inform

14   the royalty in this case?

15      A.    Like certain of the others, I think its

16   terms would have been a factor that was considered

17   amongst many factors and licenses and terms and

18   things.  I don't think it's one of the most

19   important of the licenses that we've talked about.

20   But it's a data point.

21      Q.    And that's true -- just to close the

22   loop, that's true with respect to all the licenses

Page 389

```
 1   STATE OF ILLINOIS )
 2   COUNTY OF C O O K )
 3           I, Janice M. Kocek, CSR, CLR, License
     No. 084-002871, do hereby certify:
 4           That the foregoing deposition of
     MELISSA BENNIS, was taken before me at the time
 5   and place therein set forth, at which time the
     witness was put under oath by me;
 6           That the testimony of the witness and all
     objections made at the time of the examination
 7   were recorded stenographically by me, were
     thereafter transcribed under my direction and
 8   supervision and that the foregoing is a true
     record of same.
 9           I further certify that I am neither
10   counsel for nor related to any party to said
11   action, nor in any way interested in the outcome
12   thereof.
13           IN WITNESS WHEREOF, I have subscribed my
14   name this 13th day of September, 2023.
15
16
17
18
19
20                  Janice M. Kocek
21   _____
22           JANICE M. KOCEK, CSR, CLR
```