# Exhibit 10

# **EXHIBIT B**

List of Materials Considered for Expert Report by Michael Goodrich

**Documents**

U.S. Patent No. 7,103,640
U.S. Patent No. 7,233,978
U.S. Patent No. 7,814,170
File History of U.S. Patent No. 7,103,640
File History of U.S. Patent No. 7,233,978
File History of U.S. Patent No. 7,814,170

Claim Construction Order, *Kove IO, Inc. v. Amazon Web Services, Inc.*, No.18-Cv-08175 (Dkt. 484), December 17, 2021.

Joint Motion Regarding Deadlines Following the Court's Claim Construction Order (Dkt. 484), *Kove IO, Inc. v. Amazon Web Services, Inc.,* No.18-Cv-08175, December 30, 2021.

AWS's Motion for Additional Claim Construction Briefing (Dkt. 539), *Kove IO, Inc. v. Amazon Web Services, Inc.* No.18-Cv-08175, November 28, 2022.

Notification of Docket Entry (Dkt. 580), *Kove IO, Inc. v. Amazon Web Services, Inc.,* No.18-Cv-08175, January 14, 2023

**Deposition Transcripts**

Deposition transcript of James Sorenson and exhibits thereto, January 29, 2020
Deposition transcript of Seth Markle and exhibits thereto, January 30, 2020
Deposition transcript of Stephen Bailey and exhibits thereto, October 09, 2020
Deposition transcript of Michael Goodrich and exhibits thereto, December 18, 2020
Deposition transcript of Allan Vermeulen and exhibits thereto, June 04, 2021
Deposition transcript of James Sorenson and exhibits thereto, July 20, 2021
Deposition transcript of Jeff Barr and exhibits thereto, August 5, 2021
Deposition transcript of Keith Connolly and exhibits thereto, August 12, 2021
Deposition transcript of Donal Walsh and exhibits thereto, August 25, 2021
Deposition transcript of Seth Markle and exhibits thereto, April 19, 2023
Deposition transcript of Shiv Pal Singh and exhibits thereto, Apr. 19, 2023
Deposition transcript of Donal Walsh and exhibits thereto, April 21, 2023
Deposition transcript of Andy Poling and exhibits thereto, April 21, 2023
Deposition transcript of James Hamilton and exhibits thereto, April 27, 2023
Deposition transcript of Werner Vogels and exhibits thereto, May 02, 2023
Deposition transcript of Tim Rath and exhibits thereto, May 05, 2023
Deposition transcript of Swami Sivasubramanian and exhibits thereto, May 10, 2023
Deposition transcript of Swami Sivasubramanian and exhibits thereto, May 11, 2023
Deposition transcript of John Overton and exhibits thereto, May 16, 2023
Deposition transcript of John Overton and exhibits thereto, May 17, 2023
Deposition transcript of Allan Vermeulen and exhibits thereto, May 23, 2023
Deposition transcript of Christopher Bartenstein and exhibits thereto, May 3, 2023
Deposition transcript of Rande Blackman and exhibits thereto, May 24, 2023

List of Materials Considered for Expert Report by Michael Goodrich

Deposition transcript of Kevin Gasper and exhibits thereto, February 17, 2022
Deposition transcript of Alyssa Henry and exhibits thereto, February 21, 2023
Deposition transcript of James Hamilton and exhibits thereto, April 27, 2023
Deposition transcript of Scott Hayden and exhibits thereto, April 23, 2023
Deposition transcript of Scott Hayden and exhibits thereto, May 26, 2023
Deposition transcript of Michael Pechette and exhibits thereto, May 04, 2023
Deposition transcript of Doanl Walsh and exhibits thereto, April 21, 2023
Deposition transcript of Robbie Wright and exhibits thereto, May 5, 2023

**Production Documents**

AMZ_KOVE_000002743
AMZ_KOVE_000005179
AMZ_KOVE_000012794
AMZ_KOVE_000012916
AMZ_KOVE_000017500
AMZ_KOVE_000017527
AMZ_KOVE_000017676
AMZ_KOVE_000061704
AMZ_KOVE_000061904
AMZ_KOVE_000062774
AMZ_KOVE_000065716
AMZ_KOVE_000081692
AMZ_KOVE_000081695
AMZ_KOVE_000087359
AMZ_KOVE_000087409
AMZ_KOVE_000087409
AMZ_KOVE_000089395
AMZ_KOVE_000089617
AMZ_KOVE_000091070
AMZ_KOVE_000091119
AMZ_KOVE_000091490
AMZ_KOVE_000091828
AMZ_KOVE_000094830
AMZ_KOVE_000098817
AMZ_KOVE_000100108
AMZ_KOVE_000106253
AMZ_KOVE_000106253
AMZ_KOVE_000106321
AMZ_KOVE_000106321
AMZ_KOVE_000109696
AMZ_KOVE_000177517
AMZ_KOVE_000177581
AMZ_KOVE_000177586
AMZ_KOVE_000177608
AMZ_KOVE_000177608
AMZ_KOVE_000177623

List of Materials Considered for Expert Report by Michael Goodrich

AMZ_KOVE_000225191
AMZ_KOVE_000226290
AMZ_KOVE_000226323
AMZ_KOVE_000226416
AMZ_KOVE_000226532
AMZ_KOVE_000226633
AMZ_KOVE_000235364
AMZ_KOVE_000236500
AMZ_KOVE_000236588
AMZ_KOVE_000236665
AMZ_KOVE_000237880
AMZ_KOVE_000239961
AMZ_KOVE_000241335
AMZ_KOVE_000270933
AMZ_KOVE_000272192
AMZ_KOVE_000273226
AMZ_KOVE_000276922
AMZ_KOVE_000344577
AMZ_KOVE_000380260
AMZ_KOVE_000385878
AMZ_KOVE_000385970
AMZ_KOVE_000390558
AMZ_KOVE_000390567
AMZ_KOVE_000390570
AMZ_KOVE_000390572
AMZ_KOVE_000390575
AMZ_KOVE_000390577
AMZ_KOVE_000390617
AMZ_KOVE_000391674
AMZ_KOVE_000391674
AMZ_KOVE_000393792
AMZ_KOVE_000396783
AMZ_KOVE_000397370
AMZ_KOVE_000399033
AMZ_KOVE_000399074
AMZ_KOVE_000399318
AMZ_KOVE_000399682
AMZ_KOVE_000399757
AMZ_KOVE_000399798
AMZ_KOVE_000399800
AMZ_KOVE_000399807
AMZ_KOVE_000400711
AMZ_KOVE_000405107
AMZ_KOVE_000427876
AMZ_KOVE_000430152
AMZ_KOVE_000430190
AMZ_KOVE_000430209