IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., *Plaintiff*, v. AMAZON WEB SERVICES, INC., *Defendant*. | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly |

_____

**DECLARATION OF R. WILLIAM SIGLER IN SUPPORT OF AWS'S RESPONSE TO KOVE'S MOTION TO EXCLUDE**
_____

I, R. William Sigler, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the Commonwealth of Virginia and the District of Columbia and am admitted in the Northern District of Illinois. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of AWS's Response to Kove's Motion to Exclude, filed April 4, 2024.

2. AWS produced 10,803 documents containing the terms "secure" or "security", and Kove produced 2,760, based on a search of all documents produced in this case.

3. Attached as Exhibit 1 is a true and correct excerpted copy of the transcript from the deposition of James Hamilton, taken on April 27, 2023.

4. Attached as Exhibit 2 is a true and correct excerpted copy of the transcript from the deposition of Tim Rath, taken on May 5, 2023.

5. Attached as Exhibit 3 is a true and correct excerpted copy of the transcript from the deposition of Seth Markle, taken on April 19, 2023.

6. Attached as Exhibit 4 is a true and correct excerpted copy of the transcript from the deposition of Werner Vogels, taken on May 2, 2023.

7. Attached as Exhibit 5 is a true and correct excerpted copy of the transcript from the deposition of Andrew Jassy, taken on May 1, 2023.

8. Attached as Exhibit 6 is a true and correct excerpted copy of the transcript from the deposition of Rande Blackman, taken on May 24, 2023.

9. Attached as Exhibit 7 is a true and correct excerpted copy of the transcript from the deposition of Swami Sivasubramanian, taken on May 11, 2023.

10. Attached as Exhibit 8 is a true and correct copy of Kove's First Notice of Deposition of Amazon, marked Exhibit PTX-0531.

11. Attached as Exhibit 9 is a true and correct excerpted copy of the transcript from the deposition of Melissa Bennis, taken on September 1, 2023.

12. Attached as Exhibit 10 is a true and correct excerpted copy of Exhibit B to the Expert Report of Michael Goodrich.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2024.

/s/ R. William Sigler
R. William Sigler