# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.

                    Plaintiff,

v.                                                        Case No.: 1:18−cv−08175
                                                        Honorable Matthew F. Kennelly

Amazon Web Services, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 10, 2024:

       MINUTE entry before the Honorable Matthew F. Kennelly: Jury trial held and completed on 4/10/2024. Defendant's Rule 50 motion [870] is taken under advisement. Jury returns a verdict. Judgment is entered in favor of plaintiff Kove IO, Inc. and against defendant Amazon Web Services, Inc., as follows: (a) On Count 1 of plaintiff's complaint, finding infringement by defendant of U.S. Patent No. 7,814,180; (b) On Count 2 of plaintiff's complaint, finding infringement by defendant of U.S. Patent No. 7,233,978; (c) On Count 3 of plaintiff's complaint, finding infringement by defendant of U.S. Patent No. 7,103,640. (d) The infringement was not willful. (e) Defendant's counterclaims 1 through 13, asserting non−infringement; invalidity; unpatentability; and unenforceability of the three patents in suit, as well as double patenting, are all dismissed with prejudice. (f) Damages are awarded in favor of the plaintiff and against the defendant in the amount of $525,000,000. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.