**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KOVE IO, INC.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>    *Defendant*. | Case No. 1:18-cv-8175<br><br>Judge Matthew F. Kennelly |

───────────────────────────────────────────────

**DECLARATION OF JEFFREY M. SALTMAN IN SUPPORT OF
AWS'S REDACTIONS TO KOVE'S RESPONSE TO AWS'S MOTION FOR
CLARIFICATION OR RECONSIDERATION OF PREVIOUS RULING
EXCLUDING CERTAIN DR. GRAMA OPINIONS**

───────────────────────────────────────────────

I, Jeffrey M. Saltman, declare as follows:

1. I am a partner at Fisch Sigler LLP, counsel for Defendant Amazon Web Services, Inc. ("AWS") in the above-captioned action. I am duly licensed to practice law in the State of Maryland and the District of Columbia and am admitted *pro hac vice* in this action. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify to the matters herein. I submit this Declaration in support of the redactions of AWS's confidential information in Kove's Response to AWS's Motion for Clarification or Reconsideration of Previous Ruling Excluding Certain Dr. Grama Opinions (Dkt. 846, "Kove's Response").

2. Kove's Response contains AWS confidential information. AWS has prepared a redacted version. The redactions are narrowly tailored to protect AWS's confidential information while providing the public with information relating to the proceeding. The redacted information

includes the identification of the specific subcomponents of the DynamoDB system and information explaining how S3 and DynamoDB are designed. This information could be used by competitors to attempt to learn about AWS's proprietary technology. Thus, public disclosure of the information within either of these categories would cause AWS competitive harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2024.

/s/ *Jeffrey M. Saltman*
Jeffrey M. Saltman