ILND 450 (Rev. 10/13)  Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Kove IO, Inc. ,

Plaintiff(s),

v.

Amazon Web Services, Inc.,

Defendant(s).

Case No.  18 C 8175
Judge Matthew F. Kennelly

## CORRECTED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
     and against defendant(s)
     in the amount of $         ,

          which  ☐  includes       pre–judgment interest.
                 ☐  does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
     and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: The Clerk is directed to enter judgment in favor of plaintiff Kove IO, Inc. and against defendant Amazon Web Services, Inc., as follows: (a) On Count 1 of plaintiff's complaint, finding infringement by defendant of U.S. Patent No. 7,814,170; (b) On Count 2 of plaintiff's complaint, finding infringement by defendant of U.S. Patent No. 7,233,978; (c) On Count 3 of plaintiff's complaint, finding infringement by defendant of U.S. Patent No. 7,103,640.  (d) The infringement was not willful. (e) Defendant's counterclaims 1 through 13, asserting non-infringement; invalidity; unpatentability; and unenforceability of the three patents in suit, as well as double patenting, are all dismissed with prejudice.  (f) Damages are awarded in favor of the plaintiff and against the defendant in the amount of $525,000,000.

This action was *(check one)*:

☒  tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐  tried by Judge      without a jury and the above decision was reached.
☐  decided by Judge Matthew F. Kennelly on a motion

Date:   4/12/2024

Thomas G. Bruton, Clerk of Court

Melissa Astell , Deputy Clerk