# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.
                            Plaintiff,

v.
                                            Case No.: 1:18−cv−08175
                                            Honorable Matthew F. Kennelly

Amazon Web Services, Inc.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, April 20, 2024:

       MINUTE entry before the Honorable Matthew F. Kennelly: The joint motion to amend the deadline and process to seek attorney's fees [895] is granted to the following extent: the process and determination of the amount of any fee award is deferred pending resolution of whether fees should be awarded under 24 USC 285. Any motion for attorney's fees must be filed within the deadline for motions under Fed. R. Civ. P. 59. The Court advises that if it ultimately determines to award fees, it likely will shorten the time intervals under LR 54.3, which in some cases end up with the attorney's fee motion not being fully briefed until as long as 6 months after the LR 54.3 process starts, which in the Court's view is unduly long. But the specifics of this can and should be determined, in this case, only after a determination that fees should be awarded in the first place. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.