IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Judge Matthew F. Kennelly |

**AMAZON WEB SERVICES, INC.'S MOTION
TO WITHDRAW ANDREW RAMOS AS COUNSEL**

Pursuant to Local Rule 83.17, Defendant Amazon Web Services, Inc. respectfully requests leave to withdraw the appearance of Andrew L. Ramos as counsel for AWS.

AWS will continue to be represented by counsel from Fisch Sigler LLP and AWS will not be prejudiced by the withdrawal of Mr. Ramos.

Thus, AWS respectfully requests that the Court enter an order granting this motion, and withdrawing the appearance of Andrew L. Ramos as counsel for AWS.

Dated: May 1, 2024

Respectfully Submitted,

*/s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
Brandon P. Evans (*pro hac vice*)
*brandon.evans@fischllp.com*

FISCH SIGLER LLP
5301 Wisconsin Ave NW Suite 400
Washington, D.C. 20015
202.362.3500

Ken K. Fung (*pro hac vice*)
*ken.fung@fischllp.com*
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
650.362.8200

*Attorneys for Defendant Amazon Web Services, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

   I certify that on May 1, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, *via* the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

              *<u>/s/ R. William Sigler</u>*
              R. William Sigler