IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kove IO, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon Web Services, Inc., <br><br> Defendant. | Civil Action No. 1:18-cv-08175 <br><br> Hon. Matthew F. Kennelly |

**PLAINTIFF'S MOTION TO WITHDRAW KARLANNA LEWIS AS COUNSEL**

Pursuant to Local Rule 83.17, the undersigned respectfully requests leave to withdraw the appearance of Karlanna Lewis as counsel on behalf of Plaintiff Kove IO, Inc. ("Kove").

Plaintiff will continue to be represented by counsel from the firm Reichman Jorgensen Lehman & Feldberg LLP. Counsel respectfully submits that Kove will not be prejudiced by the withdrawal of Karlanna Lewis.

WHEREFORE, counsel respectfully requests that the Court enter an order granting this motion, and withdrawing the appearance of Karlanna Lewis as counsel for Kove.

| | |
|---|---|
| Dated: August 28, 2024 | Respectfully submitted,<br><br>*/s/ Courtland L. Reichman* |
| Khue V. Hoang (*pro hac vice*)<br>khoang@reichmanjorgensen.com<br>Jaime F. Cardenas-Navia (*pro hac vice*)<br>REICHMAN JORGENSEN<br>  LEHMAN & FELDBERG LLP<br>400 Madison Avenue, Suite 14D<br>New York, NY 10017<br>Telephone: (212) 381-1965 | Renato Mariotti (State Bar No. 6323198)<br>renatto.mariotti@bclplaw.com<br>Holly H. Campbell (State Bar No. 6320395)<br>holly.campbell@bclplaw.com<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>161 North Clark Street, Suite 4300<br>Chicago, IL 60601<br>Telephone: (312) 602-5037 |
| Christine E. Lehman (*pro hac vice*)<br>clehman@reichmanjorgensen.com<br>Adam Adler (*pro hac vice*)<br>Philip Eklem (*pro hac vice*)<br>Brian C. Baran (*pro hac vice*)<br>REICHMAN JORGENSEN<br>  LEHMAN & FELDBERG LLP<br>1909 K Street, NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 894-7310 | Courtland L. Reichman (*pro hac vice*)<br>creichman@reichmanjorgensen.com<br>Shawna L. Ballard (*pro hac vice*)<br>Jennifer P. Estremera (*pro hac vice*)<br>Gina H. Cremona (*pro hac vice*)<br>Navid Bayar (*pro hac vice*)<br>Savannah Carnes (*pro hac vice*)<br>REICHMAN JORGENSEN<br>  LEHMAN & FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401 |
| Amy L. Ruhland (*pro hac vice*)<br>aruhland@reichmanjorgensen.com<br>REICHMAN JORGENSEN<br>  LEHMAN & FELDBERG LLP<br>901 S. Mopac Expressway, Bldg. 1, Suite 300<br>Austin, TX 78746<br>Telephone: (650) 623-1401 | **Attorneys for Plaintiff Kove IO, Inc.** |