IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOVE IO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> *Defendant*. | Case No. 1:18-cv-8175 <br><br> Hon. Matthew F. Kennelly |

**DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Defendant AWS requests leave to withdraw the appearances of Alan Fisch, R. William Sigler, Jeffrey Saltman, Lisa Phillips, Brandon Evans, and Ken Fung of Fisch Sigler LLP as counsel for AWS, pursuant to Local Rule 83.17.

Messrs. Fisch and Sigler are founding a new AI-focused start-up company, and Fisch Sigler LLP is ceasing operations on December 31, 2024. Thus, AWS moves to withdraw the Fisch Sigler LLP attorneys who have appeared in this case, namely Alan Fisch, R. William Sigler, Jeffrey Saltman, Lisa Phillips, Brandon Evans, and Ken Fung.

AWS will continue to be represented by J. David Hadden of Fenwick & West LLP, whose appearance was granted on December 28, 2024 (Dkt. 939). This case remains administratively closed and on appeal at the Federal Circuit. Hence, granting this motion will not prejudice any party or cause any undue delay.

AWS has conferred with Plaintiff Kove's counsel, who stated that Kove does not oppose this motion.

1

Accordingly, AWS respectfully requests that the Court enter an order granting the withdraw of Alan Fisch, R. William Sigler, Jeffrey Saltman, Lisa Phillips, Brandon Evans, and Ken Fung of Fisch Sigler LLP.

Dated: December 29, 2024      Respectfully submitted,

*/s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Lisa Phillips (*pro hac vice*)
*lisa.phillips@fischllp.com*
Brandon P. Evans (*pro hac vice*)
*brandon.evans@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
202.362.3500

Ken K. Fung (*pro hac vice*)
*ken.fung@fischllp.com*
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
650.362.8200

*Attorneys for Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, via the CM/ECF system, which served a copy on all counsel of record.

*/s/ R. William Sigler*